IN RE: Vioxx® PRODUCTS
LIABILITY LITIGATION

MDL Docket No. 1657

Plaintiff or Claimant: *Maurice Robinson*
(name)

## AMENDED AND SUPPLEMENTAL PLAINTIFF PROFILE FORM

This Amended and Supplemental Plaintiff Profile Form ("ASPPF") is to be completed and served pursuant to the requirements of Pre-Trial Orders ("PTOs") 28 and 29.

Other than in Sections I (C) and VIII, those questions using the term "You" should refer to the person who used Vioxx. Please use the Additional Information pages, located at the end of this form, as necessary to fully answer these questions. Sources of Information must be completed by each plaintiff who used Vioxx or their personal representative. Section VIII must be completed by loss of consortium plaintiffs.

If you are completing this questionnaire in a representative capacity, please respond to all questions with respect to the person who used Vioxx, unless the question instructs you otherwise. Those questions using the term "You" refer to the person who used the Vioxx, unless you are instructed otherwise. If the individual is deceased, please respond as of the time immediately prior to his or her death, unless a different time period is specified. In filling out this form, please use the following definitions:

(1) **"health care provider"** means any hospital, clinic, medical center, physician's office, infirmary, medical or diagnostic laboratory, or other facility that provides medical, dietary, psychiatric, mental, emotional or psychological care or advice and any pharmacy, counselor, dentist, X-ray department, laboratory, physical therapist or physical therapy department, rehabilitation specialist, physician, psychiatrist, osteopath, homeopath, chiropractor, psychologist, therapist, nurse, herbalist, nutritionist, dietician or other persons or entities involved in evaluation, diagnosis, care and/or treatment;

(2) **"document"** means any writing or record or any type, however produced and whatever the medium on which it was produced or reproduced, and includes, without limitation, the original and any non-identical copy (whether different from the original because of handwritten notes or underlying on the copy or otherwise) and all drafts of papers, letters, telegrams, telexes, notes, notations, memoranda of conversations or meeting, calendars, diaries, minutes of meetings, interoffice communications, electronic mail, message slips, notebooks, agreements, reports, articles, books, tables, charts, schedules, memoranda, medical records, X-rays, advertisements, pictures, photographs, films, accounting books or records, billings, credit card records, electrical or magnetic recordings or tapes, or any other writings, recordings, or pictures of any kind of description.



WCSR
FEB 0 1 2010
RECEIVED

1

I. **CASE INFORMATION**

A. Name of person completing this form: *MAURICE ROBINSON*

B. Please state the following for the civil action or claim which you filed:

1. Case caption: *MAURICE Robinson on BeHalf of Bobbie Robinson (Deceased)*

2. Case No.: *08-1406*

3. If Tolling Claimant, set forth the date you executed your Notice of Tolling Agreement: _____

4. Please state the name, address, and telephone number of the principal attorney representing you. If you are not represented by an attorney in this case, please state "none."

   Name: _____

   Firm name: _____

   City, State and Zip Code: _____

   Telephone number: _____

C. If you are completing this questionnaire in a representative capacity (e.g., on behalf of the estate of a deceased person, or a minor, or incapacitated person), please complete the following:

1. Your name: *MAURICE Robinson*

2. Social Security Number: *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*

3. Any other names used or by which you have been known, including but not limited to maiden name: *N O*

4. Street Address: *P. o. Box 2744*

5. City, State and Zip Code: *OLAthe Ks 66063*

6. If you are serving in a representative capacity, state which individual or estate you are representing, and in what capacity you are representing the individual or estate: *Husband this was My wife*

7. If you were appointed as a representative by a court, state the:

   _____        _____
   Court                                           Date of Appointment

2

M00EF97704

8. Your relationship to deceased or represented person or person claimed to be injured:
My Wife

9. If you represent a decedent's estate based on a decedent's death, state the date of death of the decedent and the address of the place where the decedent died:
Methodist Hospital North
Memphis Tenn

D. Claim Information:

1. Identify each bodily injury you claim resulted from your use of Vioxx:
Fainting episodes Complex heart Disease
Hypertension, Obesity, And Fibroids problems

2. Identify the date(s) that you claim each injury occurred: At A
Later time   I can not think of all date At
this time.

3. Who diagnosed the conditions? Dcctors

4. Did you ever suffer the same type of injury(ies) prior to the date(s) set forth in Section I (D) (2)? Yes _____   No Deceased

If "yes," please specify each prior injury, when it occurred and who diagnosed each prior injury at that time: _____
Deceased

5. Do you claim that your use of Vioxx worsened a condition that you already had or had in the past? Yes ✓   No _____

If "yes," set forth the injury or condition; whether or not you had already recovered from that injury or condition before you took Vioxx; and the date of recovery, if any:
Her Asthama WAS Better
Before Vioxx, Fibroids started Along the time
She started takeing Vioxx, And Worsended

E. Are you claiming damages for any psychological, psychiatric or other mental or emotional problem as a consequence of using Vioxx? Yes _____   No X

If "yes," describe each kind of injury you allege you suffered and when you allegedly suffered it: _____

3

MDOEF97705

*Also if "yes,"* did you seek treatment for these injuries?

Yes _____ No _____

*If "yes,"* provide:

1. Name and address of each person who treated you:

   _Catherine Womack, Michael Jones, Michael D Wilons, John R._
   Name                                                    _C Rockaren Jr_

   _Madison Av. Wolf River Circle, Ridge Lake Blvd, Madison Avenue_
   Address (if not otherwise provided)

2. Condition(s) for which treated: _Arthritis, Complex heart disease, Hypertension, Obesity,_
   _Colon Cancer_                            _1999_

3. When treated:   From: _2000_   To: _2003_

4. Medications prescribed for each such condition: _all Medication in Medical Record_

*Also if "yes,"* state whether you have experienced or been treated for any psychological, psychiatric or other mental or emotional problem prior to the physical injury you claim from Vioxx, including but not limited to panic attacks, anxiety, post traumatic stress disorder, depression, thoughts of hurting yourself or other people, schizophrenia, bipolar disorder, personality disorders (e.g., obsessive compulsive, paranoid, borderline, histrionic, other), generalized anxiety disorder, social phobia/anxiety disorder, post-traumatic stress disorder, depression, mania, poor sleep, poor concentration, suicidal thoughts/attempts, and drug abuse.   Yes _____ No _X_

*If "yes,"* state:

5. Name and address of each person who treated you:

   _____
   Name

   _____
   Address (if not otherwise provided)

6. Condition(s) for which treated: _____

7. When treated:   From: _____   To: _____

8. Medications prescribed for each such condition: _____

4

MODEF97706

II.    **VIOXX® PRESCRIPTION INFORMATION**

A. Who prescribed Vioxx for you?  *all Her Doctors*

B. On which dates did you begin to take, and stop taking, Vioxx?
*My wife Begin taking in 1999 to the day She pass away in 2003*

C. For what condition were you prescribed Vioxx?
*Arthritis*

D. Did you receive a prescription for Vioxx?  Yes **X**   No ____

*If "yes,"* set forth the name(s) and address(es) of each pharmacy where you filled each Vioxx prescription: *Super D Drugs on Union Memphis Tn Walgreen on Union Av. Memphis Tn And I Have Medical Record of the precription*

1. Did you renew your prescription for Vioxx?  Yes **X**   No ____

   *If "yes,"* how many times? *eight Precription*

E. Did you receive any samples of Vioxx?  Yes **✓**   No ____

*If "yes,"* for each provider, provide the following:

1. Identify the full name and address of person who provided you a sample of Vioxx:
*Dr. John R. Cnockanell Sr. M.D. 910 Madison Avenue, Memphis Tn, For Arthristis And Pain*

2. Identify how many tablets of each dosage were provided: *do not no at this time*

3. Identify each date samples of each dosage were provided: *do not no at this Time*

F. Which form of Vioxx did you take (check all that apply)?

   _____ 12.5 mg Tablet (cream, round, MRK 74)
   _____ 12.5 mg Oral Suspension
   __**X**__ 25 mg Tablet (round, yellow, MRK 110)
   _____ 25 mg Oral Suspension
   _____ 50 mg Tablet (round, orange, MRK·114)

MODEF97707

G. How many times per day did you take Vioxx?

*my wife Deceaed every day but do not no How many times At this time*

H. Have you reviewed any written, televised or internet-based advertising or labeling materials regarding Vioxx? Yes _____   No _X_

*If "yes,"* state which written, televised or internet-based advertising or labeling materials you reviewed regarding Vioxx and when you reviewed such materials. _____

_____

_____

_____

I. Have you had discussions with any doctor about whether your claimed injury(ies) set forth in Section I (D), above, is related to the use of Vioxx? Yes _____   No _X_

*If "yes,"* provide the following:

1. Identify the doctor(s) with whom you had such discussions.

_____
   Name

_____
   Address (if not otherwise provided) *(If discussed with more than one doctor, please provide details in the Additional Information page located at the end of this form)*

J. State whether you requested that any doctor or clinic provide you with Vioxx or a prescription for Vioxx. Yes _X_   No _____ *WAlgreen Drugs And Super D Drug*

K. Were you given any written instructions or warnings regarding the use of Vioxx? Yes _____   No _____ *Do Not no At this time*

*If "yes,"* state:

1. When the written instructions or warnings were given:

_____

_____

2. A description of the written warnings or instructions (e.g., package insert, patient product information, pharmacy handout, etc.): _____

_____

_____

3. Identify each person or entity from whom you received the warnings or instructions:

_____

_____

_____

6

M0DEF97708

4. Approximate date you received the written instructions or warnings: _____

5. Summary of instructions/warnings received: _Wife Deceged Do not noAt this time_

L. What other medications (including aspirin), if any, were you taking at the same time you were taking Vioxx?
the Medical Report From Walgreen Drug And Super D Drugs will Show all Medications

M. What other medications (including, but not limited to, aspirin, ibuprofen, naproxen, and Celebrex) have you taken for osteoarthritis, rheumatoid arthritis, or pain relief, and when did you take them?
The Medical Report will Show All MediCation on File

1. Do you believe you ever experienced gastrointestinal problems or other adverse side effects from any or all of these other medications? If "yes," list the type of adverse side effect, the medication you were taking and the date(s) on which you experienced the adverse side effect. there was Side effects

2. Did you believe you experienced any of the adverse side effects listed in your answer to the preceding question while taking Vioxx? If "yes," set forth which adverse side effect you experienced, when, what treatment you received for the adverse side effect, and who prescribed that treatment. there was Side Effects While talking vioxx

N. On what date, and in what city and state, did you first experience any symptoms you believe are related to the injury(ies) alleged in Section I (D) and what were those symptoms? Memphis Tenn, Fainting episodes And Fibroids pro'lems, And pain all the time

O. Were there any witnesses to the symptoms identified in Section I (D)? If "yes," state their names, addresses, phone numbers and relationships to you. Husband Manaice Rosinson

7

P. When did you first contact a doctor or healthcare professional concerning the injury you allege in Section I (D) and whom did you contact? _____ *Medical Record Show* *July 15, 1999* _____

Q. If you were taken to a doctor or health care facility for the injury(ies) alleged in Section I (D), state the name and address of the persons, police department, fire department, emergency medical workers, or ambulance company that took you to the doctor or health care facility. _____ ~~Rockdale~~ *Rural/Metro Mid-South* ____ *L P Department 8036 Knoxville tn 37995-8036*

## III. PERSONAL INFORMATION OF THE PERSON WHO USED VIOXX®

A. Last name: *Robinson*

First name: *Bobbie*

Middle name or initial: *Jean*

B. Any other names used of by which you have been known, including but not limited to maiden name: *No*

C. Social Security Number: *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*

D. Driver's license number: _____ State issuing your license: _____

E. Date and place of birth: *June 29 58 Memphis Tn*

F. Sex: Male _____ Female *X*

G. Current street address: *P.E. Box 2744 Olathe KS 66063*

MODEF97710

H. Identify each other address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one *(if you have not resided at another address in the last ten (10) years please state "none."):*

| Address | Dates of Residence | |
| --- | --- | --- |
| | From: | To: |
| 2484 Lockmeade Dr. Memphis Tn 38127 | 1995 | 2004 |
| | | |
| P.O. Box 2742I Olathe KS 66063 | 2004 | 2010 |

I. Identify each high school, college, university or other educational institution (except grade school) you have attended, the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas & Degrees |
| --- | --- | --- | --- |
| High School Colege | Do not no At this Time | Do not no At this time | yes. |
| | | | |
| | | | |
| | | | |

J. **Employment Information.**

1. Current employer (if not currently employed, last employer):

   Name of employer: U of Tennessee

   Address: _____

   Dates of employment: From: 1995   To: 2001

   Occupation/Job duties: Administrator Secretary

9

MODEF97711

2. List the following for each employer you have had in the last ten (10) years (not including any employer listed in Section III (J) (1) above):

Name of employer: *University of Tennessee*

Address: *Do not no at this Time*

Dates of employment: From: *1995*    To: *2001*

Occupation/Job duties: *Administrator Secretary And others*

Name of employer: *City of Memphis*

Address: *Do not no At this Time*

Dates of employment: From: *1981*    To: *1994 or 95*

Occupation/Job duties: *Accountant, Secretary work*

Name of employer: _____

Address: _____

Dates of employment: From: _____    To: _____

Occupation/Job duties: _____

Name of employer: _____

Address: _____

Dates of employment: From: _____    To: _____

Occupation/Job duties: _____

K. **Military Service Information**

1. Have you ever served in any branch of the U.S. Military?
   Yes _____ No *X*

   *If "yes,"* please state:

   a. What branch and the dates of service: _____
      _____

   b. Were you discharged for any reason relating to your physical, psychiatric or emotional condition?
      Yes _____ No _____

10

M0DEF97712

*If "yes,"* state what that condition was: _____

_____

2. Have you ever been rejected from military service for any reason relating to your health or physical condition?
   Yes _____   No  ✗

   *If "yes,"* state what that condition was: _____

   _____

3. Have you ever served in the military overseas?
   Yes _____   No  ✗

   *If "yes,"* state location and dates: _____

   _____

L. Insurance/Claim Information

1. Have you ever filed a worker's compensation claim?  Yes _____   No  ✗

   *If "yes,"* please state:

   a.  Year claim was filed: _____

   b.  Court/State where claim was filed: _____

   c.  Claim/docket number, if applicable: _____

   d.  Nature of disability: _____

   e.  Period of disability: _____

   f.  Benefits received, if any: _____

   g.  Identify the full name and address of the entity most likely to have records concerning your claim: Johnston Hoefer, Holwadel,
   Vioxx Chaims ADministrator 115 South 15 Street Suite 400 Richmaul Vic
   *(If necessary, to describe more than one claim, please provide details in the Additional Information page located at the end of this form.)*

2. Have you ever filed a social security disability claim (SSI or SSD)?
   Yes  ✗   No _____

   *If "yes,"* please state:

   a.  Year claim was filed: Do not no At this Time

   b.  Where claim was filed: Memphis Tn

11

MODEF97713

c.  Nature of disability: _Disable_____

d.  Period of disability: _2006_____

e.  Benefits received, if any: _Do not this Time_____

f.  Identify the full name and address of the entity most likely to have records
    concerning your claim: ~~Entire Administrator~~ ~~life insurance~~
    ~~Stockton New Jackson Mississippi 282 Jackson~~ _Social Security_

    *(If necessary, to describe more than one claim, please provide details in the
    Additional Information page located at the end of this form.)*

3.  Have you ever been denied life insurance or medical insurance for reasons relating to
    your medical or physical condition? Yes _____ No _X_

    *If "yes,"* state when, the name of the company and the company's stated
    reason for denial: _____
    _____
    _____

4.  *(Answer this question if you are claiming damages for mental or emotional
    distress.)* Have you ever been denied life insurance or medical insurance for reasons
    relating to your mental or emotional condition? Yes _____ No _X_

    *If "yes,"* state when, the name of the company and the company's stated
    reason for denial: _____
    _____

5.  Has any insurance or other company provided medical coverage to you (either
    directly or through a group including any employer of yours) or paid medical bills on
    your behalf at any time, beginning ten (10) years before your alleged injury through
    the present? Yes _____ No _X_

    *If "yes,"* then as to each company, separately state:

    Name of the company: _____

    Address of the company: _____

    The account/policy number or designation: _____

    Dates of coverage: _____

    When claim was made: _____

6.  Have you ever been out of work for more than thirty (30) days for reasons related to
    your health? Yes _____ No _____

M0DEF97714

*If "yes,"* identify the date you were out of work and the reason(s).

When: From: **2001**   To: **2003**

Reason: **Disable**

7. Have you ever filed a lawsuit or made a claim, other than in the present suit, relating to any bodily injury? Yes ____ No **X**

*If "yes,"* please provide the following:

When the lawsuit or claim was made: _____

Court in which such action was filed: _____

Case caption: _____

Case name: _____

Civil action/Docket No.: _____

Name(s) of adverse parties: _____

Brief description of claims asserted: _____

_____

M. Have you ever been convicted or plead guilty of a crime? Yes ____ No **X**

*If "yes,"* identify where, when, and the crime: _____

_____

## IV.   **FAMILY INFORMATION**

A. List for each marriage the name of your spouse; spouse's date of birth (for your current spouse only); spouse's occupation; date of marriage; date the marriage ended, if applicable; and how the marriage ended (i.e. divorce, annulment, death):

_____

_____

_____

B. Has your spouse filed a loss of consortium claim in this action? Yes ____ No **X**

C. Has any parent, grandparent, child, or sibling ever been diagnosed with a problem or condition relating to the same organ or organ system identified in your answer to Section I(D)? Yes ____ No **X**

13

M0DEF97715

*If "yes,"* identify each such person below and provide the information requested.

1. Name: _____

   Current age (or age at death): _____

   Type of problem or condition: _____

   Age at problem or condition: _____

   If applicable, cause of death: _____

2. Name: _____

   Current age (or age at death): _____

   Type of problem or condition: _____

   Age at problem or condition: _____

   If applicable, cause of death: _____

3. Name: _____

   Current age (or age at death): _____

   Type of problem or condition: _____

   Age at problem or condition: _____

   If applicable, cause of death: _____

D. Provide the full name, address and age of each of your children.  If you had no children, state *"none."* _____
   _____
   _____
   _____
   _____

E. If you are claiming the wrongful death of a family member, list any and all heirs of the decedent who have standing to assert a wrongful death claim. _____
   _____
   _____

14

F.  If you are bringing a survivor cause of action, state whether you have been appointed as the decedent's personal representative authorized to prosecute the decedent's claims, and when and by whom you were so appointed: _____

_____ *THIS WAS MY WIFE* _____

_____

## V.  CURRENT MEDICAL CONDITION

A.  Do you currently suffer from any physical injuries, illnesses or disabilities other than those you alleged are the result of your use of Vioxx in Section I (D)?
Yes _____ No X___

*If "yes,"* please state the following for each injury, illness or disability:

1.  Identify the injury, illness, or disability, their symptoms and date of onset:

_____

_____

_____

2.  By whom first diagnosed:

_____          _____
Name                                                 Address

_____
Date of diagnosis

## VI.  MEDICAL BACKGROUND

A.  Height: _____

B.  Current Weight: _____

C.  Weight at the time of the injury, illness or disability described in Section I (D): _____

15

M00EF97717

D. Prescription Medicines

1. To the best of your knowledge, state whether you used any of the following from ten (10) years prior to the date of the injury you allege in Section I (D) through the present, check all medications you have used, state the first and last dates you took the medication, and identify the doctor that prescribed the medication.

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Angiotension Converting Enzyme ("ACE") Inhibitors: <br> Altace: _____ <br> Aceon: _____ <br> Accupril: _____ <br> Monopril: _____ <br> Lotensin: _____ <br> Capoten: _____ <br> Vasotec: _____ <br> Prinivil: _____ <br> Zestril: _____ <br> Univasc: _____ <br> Mavik: _____ <br> **Other:** | | | | High blood pressure: _____ <br> Heart disease: _____ <br> Cardiomyopathy: _____ <br> Previous heart attack: _____ <br> Enlarged heart: _____ <br> Kidney problems: _____ <br> Diabetes: _____ <br> **Other:** |
| Angiotension II Receptor Antagonists ("ARBs"): <br> Cozaar: _____ <br> Diovan: _____ <br> Avapro: _____ <br> Micardis: _X_ <br> Atacard: _____ <br> **Other:** | | | *MedicAl Record With show all Drugs* | High blood pressure: _X_ <br> Heart disease: _X_ <br> Cardiomyopathy: _____ <br> Previous heart attack: _____ <br> Enlarged heart: _____ <br> Kidney problems: _____ <br> Diabetes: _____ <br> **Other:** |
| Beta Blockers: <br> Inderal: _____ <br> Lopresser: _____ <br> Toprol: _____ <br> Sectral: _____ <br> Corgard: _____ <br> Coreg: _____ <br> Tenormin: _____ <br> Timoptic: _____ | | | | High blood pressure: _____ <br> Heart problems: _____ <br> Previous heart attack: _____ <br> Recurrent chest pain: _____ <br> Migraine headaches: _____ <br> Eye problems: _____ <br> Panic disorders: _____ <br> Social phobias: _____ <br> **Other:** |

MODEF97718

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Betoptic:_____<br>Breviblic:_____<br>Betapace:_____<br>Viskin:_____<br>**Other:** | | | | |
| Calcium Channel Blockers:<br>Norvasc:__X__<br>Procardia:_____<br>Calan:_____<br>Cardizem:_____<br>Plendil:_____<br>Cardene:_____<br>Sular:_____<br>**Other:** | | | | Recurrent chest pain:_____<br>Heart problems:_____<br>Raynaud's phenomenon:_____<br>Migraine headaches:_____<br>Esophageal (throat) spasm:_____<br>**Other:** |
| Alpha Blockers:<br>Cardura:_____<br>Minipress:_____<br>Hytrin:_____<br>**Other:** | | | | High blood pressure:_____<br>Benign prostatic hypertrophy (BPH):_____<br>Heart problems:_____<br>**Other:** |
| Diuretics:<br>Hydrodiuril:_____<br>Hygroton:_____<br>Microx:_____<br>Lozol:_____<br>Lasix (furosemide):_____<br>Demadex:_____<br>Dyazide:_____<br>Aldactazide:_____<br>Moduretic:_____<br>**Other:** | | | | High blood pressure:_____<br>Edema in legs (fluid):_____<br>Heart problems:_____<br>**Other:** |

MODEF97719

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Central Alpha Agonists: Catapres:_____ Tenex:_____ Aldomet:_____ Wytensin:_____ **Other:** | | | | High blood pressure:_____ **Other:** |
| Other (please list): (can include combination pills, or any other pill thought be to prescribed for high blood pressure): | | | | |
| Heart Medications: (other than ACE Inhibitors, ARBs, or high blood pressure medications already listed above) Digoxin (lanoxin):_____ Amrinone:_____ Primacor:_____ **Other:** | | | | |
| Anticoagulants: Coumadin (warfarin):_____ Heparin or Low Molecular Weight Heparin:_____ **Other:** | | | | Blood clot (DVT):_____ Atrial fibrillation:_____ Previous heart attack:_____ Prolonged hospitalization:_____ Suspected or proven pulmonary Embolism (PE):_____ Heart valve problems:_____ **Other:** |

M0DEF97720

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Aspirin:<br>81mg: ___<br>325mg: ___<br>Number of times taken each day _____ | | | | Prevention for heart attack:_____<br>Prevention for stroke and/or transient ischemic attack (TIA):_____<br>Rheumatoid arthritis:_____<br>Other pain syndromes:_____<br>Rheumatic fever:_____<br>Osteoarthritis:_____<br>Previous heart or other surgery:_____<br>**Other:** |
| Anti-Platelet Medications: (other than aspirin)<br>Plavix:_____<br>Apo-Dipyridamole:_____<br>Ticlid:_____<br>**Other:** | | | *Medical Record Show all Medication!* | Heart surgery:_____<br>Heart attack:_____<br>Catherization:_____<br>Stenting:_____<br>Chest pain at rest:_____<br>**Other:** |
| Cholesterol Lowering Drugs:<br>Lipitor:_____<br>Zocor:_____<br>Pravachol:_____<br>Lescol:_____<br>Colestid:_____<br>Niacin:_____<br>Lopid:_____<br>**Other:** | | | | |
| Pain Medications:<br>Advil:_____<br>Motrin:_____<br>Naproxen (can be sold as "Naprosyn"):_____<br>Aleve:_____<br>Tylenol (acetaminophen)<br>Actron:_____<br>Indocin (indomethacin):____<br>Migraine medications (e.g., Imitrex): _____<br>**Other:** | | | | |

M00EF97721

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Hormone Replacement Therapy: <br> Prempro: _____ <br> Premarin: _____ <br> Other: | | | | |
| Rifampin: _____ | | | | |
| Theophylline: _____ | | | | |
| Methotrexate: _____ | | | | |
| Diet Drugs or Diet Supplements: <br> Phen-Fen:_____ <br> **Other:** | | | | |
| Herbal Remedies or Supplements: Kava:_____ <br> Ginseng:_____ <br> Ginko Biloba:_____ <br> St. John's Wort:_____ <br> Sal Palmetto:_____ <br> **Other:** | | | | |

M0DEF9772.2

<u>Psychiatric Medications</u> *(Only answer these questions if you are claiming damages for mental or emotional distress. If you are not claiming such damages, please go the next question below.)*

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Antidepressants:<br>Tricyclic Anti-Depressants (TCAs):<br>Amitril:_____<br>Asendin:_____<br>Anafranil:_____<br>Adapin:_____<br>Ludiomil:_____<br>Vivactil:_____<br>Surmontil:_____<br>Elavil:_____<br>Endep:_____<br>Norpramin:_____<br>Pertofrane:_____<br>Imipramine:_____<br>Janimine:_____<br>Tofranil:_____<br>Aventyl:_____<br>Pamelor:_____<br>**Other:** | | | *Medical Record will Show all Medication* | Depression:_____<br>Chronic fatigue syndrome:_____<br>Bipolar disorder:_____<br>Generalized anxiety disorder:_____<br>Panic disorder:_____<br>Poor concentration:_____<br>Suicidal thoughts or attempts:_____<br>Alcohol or drug abuse:_____<br>Personality disorders:_____<br>Schizophrenia:_____<br>Eating disorders:_____<br>**Other:** |
| Selective Serotonin Reuptake Inhibitors (SSRIs):<br>Prozac:_____<br>Paxil:_____<br>Zoloft:_____<br>Celexa:_____<br>Luvox:_____<br>**Other:** | | | | |
| Monamine Oxidase Inhibitors (MAOIs):<br>Nardil:_____<br>Parnate:_____<br>**Other:** | | | | |

M00EF97723

| Medication | Date First Taken | Date Last Taken | Prescribing Doctor | Reason for Prescription |
|---|---|---|---|---|
| Anti-Anxiety Medications: Benzodiazepines: Xanax:_____ Librium:_____ Klonopin:_____ Tranxene:_____ Valium:_____ Dalmame:_____ Paxipam:_____ Ativan:_____ Serex:_____ Centrax:_____ **Other:** | | *I Have Medical Record of all Medication* | | Depression:_____ Chronic fatigue syndrome:_____ Bipolar disorder:_____ Generalized anxiety disorder:_____ Panic disorder:_____ Poor concentration:_____ Suicidal thoughts or attempts:_____ Personality disorders:_____ Alcohol or drug abuse:_____ Schizophrenia:_____ Eating disorders:_____ **Other:** |
| Anti-Psychotic Medications: Haldol:_____ Risperdal:_____ Zyprexa:_____ Clozaril:_____ Leponex:_____ Geodon:_____ **Other:** | | | | Schizophrenia:_____ **Other:** |
| Anti-Convulsant Medications: Tegretol:_____ Depakote:_____ **Other:** | | | | Schizophrenia:_____ Seizure disorder:_____ **Other:** |
| Lithium:_____ | | | | Bipolar disorder:_____ **Other:** |

MODEF97724

2. List each any other prescription medicine not identified in Section VI (D) (1) you have taken regularly in the last ten (10) years, identifying the medication and the condition for which it was prescribed.

_____ *Do not no at this time* _____

Medication

_____

Condition for which prescribed

_____

Medication

_____

Condition for which prescribed

_____

Medication

_____

Condition for which prescribed

_____

Medication

_____

Condition for which prescribed        *Do not Smoke*

E. Smoking/Tobacco Use History:  (*Check the answer and fill in the blanks applicable to your history of smoking and/or tobacco use.*)

____ Current smoker of cigarettes ___; cigars ___; pipe tobacco ___; or user of chewing tobacco/snuff ___.
   1. Amount smoked or used:  on average ____ per day for ____ years.
____ Past smoker of cigarettes ___; cigars ___; pipe tobacco ___; or user of chewing tobacco/snuff ___.
   2. Date on which smoking/tobacco use ceased: _____
   3. Amount smoked or used on average ____ per day for ____ years.
____ Never smoked cigarettes, cigars, pipe tobacco, or used chewing tobacco/snuff.

F. Drinking History:

   1. Do you now drink or have you in the past drank alcohol (beer, wine, whiskey, etc.)?
   Yes ____  No X

   *If "no,"* go Section G below.

*Bobbie Robinson Did not Smoke or Drink*

23

M00EF9772S

*If "yes,"* check the following box which represents your greatest alcohol consumption over an extended (6 months or greater) period within the last 10 years:

_____ 1-5 drinks per week
_____ 6-10 drinks per week
_____ 11-14 drinks per week
_____ 15 or more drinks per week
_____ Other (describe) _____

Check the following box which represents your weekly alcohol consumption for the month prior to the time that you sustained the injuries alleged in the complaint:

_____ 1-5 drinks per week
_____ 6-10 drinks per week
_____ 11-14 drinks per week
_____ 15 or more drinks per week
_____ Other (describe) _____

G.  Caffeine History:

   1.  Do you now or have you in the past consumed caffeinated beverages (coffee, tea, sodas, etc.)?
       Yes _____   No _____

       *If "yes,"* check the following box which represents your greatest caffeine consumption over an extended (6 months or greater) period within the last 10 years:

       _____ 1-5 drinks per week
       _____ 6-10 drinks per week
       _____ 11-14 drinks per week
       _____ 15 or more drinks per week
       _____ Other (describe) _____

       Check the following box which represents your weekly caffeine consumption for the month prior to the time that you sustained the injuries alleged in the complaint:

       _____ 1-5 drinks per week
       _____ 6-10 drinks per week
       _____ 11-14 drinks per week
       _____ 15 or more drinks per week
       _____ Other (describe) _____

M0DEF97726

H.  Illicit Drugs:

    1.  Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced any alleged Vioxx-related injury?  Yes _____  No _X_

    *If "yes,"* identify each substance and state when you first and last used it.

    _____

    _____

    _____

I.  To the best of your knowledge, have you or your parents, grandparents, children or siblings ever experienced, or been told by a doctor or other healthcare professional, that you/they have, may have or had any of the following (check all that apply)?

    _no_ Abdominal aortic aneurysm (AAA disease)
    _no_ Alcoholism (as to you only, if applicable)
    _no_ Allergic reaction to medication
    _no_ Amputations (as to you only, if applicable)
    _no_ Aneurysm
    _no_ Atherosclerosis (blocked or narrow arteries)
    _yes_ Atrial fibrillation
    _____ Bipolar Disorder (as to you only, if applicable)
    _yes_ Bleeding/clotting disorders (hemophillia, Von Willibrands disease, scurvy, other)
    _yes_ Blood in stool or dark/black stools
    _yes_ Cancer (lung, colon, liver, breast, other)
    _yes_ Carotid stenosis (neck arteries)
    _yes_ Chest pain/angina (at rest or with exertion)
    _____ Chronic Fatigue Syndrome
    _____ Chronic obstructive pulmonary disease/COPD
    _yes_ Congenital heart disease
    _____ Congestive heart failure
    _____ Cor pulmonale
    _yes_ Coronary heart disease
    _____ Deep vein thrombosis/DVT/blood clot in lower legs
    _____ Dermatomyositis
    _____ Diabetes
    _yes_ Eating disorders (anorexia, bulimia) (as to you only, if applicable)
    _____ Endocarditis
    _____ Esophagus problems (strictures, achalasia, Barrett's esophagus, difficulty swallowing, other)
    _____ Eye hemorrhages
    _____ Fibromyalgia
    _____ Glaucoma
    _____ Gout
    _____ Heart attack/MI/myocardial infarction
    _____ Heart murmur

MODEF97727

_____ Heart valve problems (pulmonary hypertension, mitral valve prolapse, aortic/mitral valve regurgitation, aortic/mitral stenosis, bicuspid aortic valve, other)

_yes_ Heartburn/ reflux/ esophageal reflux disease/ GERD

_____ Hernia (strangulated or incarcerated)

_____ Herpes (as to you only, if applicable)

_yes_ High blood pressure/hypertension

_yes_ High total cholesterol, high LDLs (bad cholesterol), or low HDLs (good cholesterol)

_____ High triglycerides

_____ HIV/AIDS (as to you only, if applicable)

_____ Hodgkins disease/ non-Hodgkin's lymphoma

_____ Hypoxia (low oxygen saturation)

_____ Intestinal obstruction (not including constipation)

_yes_ Irregular heart rhythm (palpitations, tachycardia, bradycardia, atrial fibrillation, skipped beats, other)

_____ Kidney disease

_____ Leukemia

_____ Liver disease (hepatitis B/C, cirrhosis, cysts, other)

_____ Lupus

_yes_ Obesity (as to you only, if applicable)

_____ Osteoarthritis

_____ Pancreatitis

_____ Panic Disorder

_____ Peptic ulcer disease

_____ Peripheral vascular disease

_____ Pulmonary embolism/blood clot in the lung

_____ Rheumatic fever (as to you only, if applicable)

_____ Rheumatoid arthritis

_____ Seizure disorder

_yes_ Shortness of breath not associated with vigorous exercise

_____ Sickle cell anemia/ sickle cell trait

_____ Silent MI

_yes_ Sleep apnea

_____ Stomach problems (ulcers, perforations, bleeding)

_____ Stroke

_____ Swelling/edema/fluid in legs ankles (other than in pregnancy)

_____ Syphilis (as to you only, if applicable)

_____ Thyroid disorder and/or goiter

_____ Transient ischemic attack/TIA

_____ Tuberculosis

J.  ***If you responded "yes" to any of the above***, please identify/state the condition, the individual affected, the date of onset (as to you only, if applicable), any medication prescribed to treat the condition (as to you only if applicable), and the name of the physician or other person who made the diagnosis or informed the individual of the condition and their address if not provided in the accompanying list (as to you only, if applicable).

26

M00EF97728

1. Condition: _All Condition that I MARKed_

   Patient name: _Bobbie J. Robinson_

   Onset date and medication: _Do not no at this Time_

   Name and address of physician or other person: _Do not no at this Time_
   _MEDical Record I Have will Snow THAt_

2. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _____

3. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _____

4. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _____

5. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _Wife Deceged_

M00EF97729

6. Condition: _____

   Patient name: _____

   Onset date and medication: _____

   Name and address of physician or other person: _____

   _____

K. Please indicate whether you have ever received any of the following treatments or diagnostic procedures:

1. Surgeries (other than abortion), including but not limited to the following, and specify for what condition the surgery was performed: open heart or bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, or intestinal surgery.

| Surgery | Condition | When Performed | Treating Physician | Hospital |
|---------|-----------|----------------|--------------------|----------|
|         | Do not not At |            |                    |          |
|         | This Time |                |                    |          |
|         |           |                |                    |          |

M00EF97730

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments, including but not limited to the following: cardiac catheterization, angioplasty (balloon), stenting, and electroconversion.

| Treatment/Intervention | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
|  | Do not wo At this Time |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

3. Have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head or neck, CT scan of the head, echocardiogram, bubble/microbubble study, EKG, Holter monitor.

*If "yes,"* answer the following:

| Diagnostic Test | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Yes |  |  |  |  |
| All in my medical Records on Wife |  |  |  |  |
|  |  |  |  |  |

29

M0DEF97731

L.  Have you ever participated in any clinical trials or studies relating to any drugs or treatments for any medical conditions?  Yes _X_   No ____

*If "yes,"* please identify:

1.  Name of the trial or study: *Memorial Sloan-Kettering Cancer Center*

2.  Sponsor of trial or study: *Chinical Trials, gov.*

3.  Drug or treatment studied: *Vegf Trap*

4.  Purpose of the drug or treatment studied: *with a Solid Tumors*

5.  Name and address of the investigator in charge of your care and treatment in the trial or study: *Michael Jones MD Memphis TN*

6.  The dates you participated in the trial or study: *Do not no At this time*

## VII.  WAGE LOSS INFORMATION AND OTHER MONETARY LOSS CLAIMS

A.  Are you making a claim for loss of wages?  Yes ____   No _X_

*If "no,"* then go to Section VII (B).

1.  State the total amount of time you have lost from work as a result of any condition that you claim or believe was caused by your use of Vioxx and the amount of income that you claim you lost. *Do not no At this Time*

2.  State your total earned income (including salary, bonus, and benefits) for each of the last ten (10) years.

*Wife Deceaed*
*Do not no At this Time*

| Year | Income |
|------|--------|
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |
| _____ | $_____ |

30

MODEF97732

_____    $_____
_____    $_____
_____    $_____

B. Have you paid or incurred any medical expenses that are related to any condition that you claim or believe was caused by your use of Vioxx and for which you seek recovery in the action you have filed?

Yes _____ No _____ *Her Insurance Company Paid all Bills*

If "yes," state the total amount of such expenses at this time: $ _____

C. Has your insurer, or any other entity or person, paid or incurred any medical expenses that are related to any condition that you claim or believe was caused by your use of Vioxx and for which you seek recovery in the action you have filed?

Yes _____ No X *No Wife pass away Useing this Drug*

If "yes," state the total amount of such expenses at this time: $ _____

D. Please provide an itemized statement of the nature and amount of damages you are claiming. *I Seeing the Vioxx Manufactory Merck For the Damages that this Cause and the Presumption of that Drug Ingested in Her Body For So many years.*

E. Please identify all persons not identified elsewhere in this ASPPF who you believe possess information relevant to your claims in this matter and for each, state his or her name, address, telephone number and a description of the information you believe he or she possesses.

*Do not no at this time*

_____
_____
_____
_____

## VIII.  PERSONAL INFORMATION OF LOSS OF CONSORTIUM

*If you are a representative or loss of consortium plaintiff, please provide your personal responses to these questions.*

A. Last Name: *Husband Maurice Robinson*

First Name: *Maurice*

Middle Name or Initial: *Egal*

31

MODEF97733

B. Any other names used or by which you have been known, including but not limited to maiden name: _N ᵛ_____

C. Social Security Number: _412 11-0781_____

D. Driver's license number: _____ State issuing your license: _____

E. Date and place of birth: _Oct 3, 56_____

F. Sex: Male X___ Female ____

G. Current street address and date began residing at this address: _P. E. 2744___

_Ohathe Ks 66063_____

| Same | Ks | 66063 |
|------|-----|-------|
| City | State | Zip Code |

H. Identify each other address at which you have resided during the last ten (10) years, and list when you started and stopped living at each one:

| Address | Dates of Residence | |
|---------|:---:|:---:|
| | From: | To: |
| 2484 Lockmeade Dr. Memphis Tw 38127 | 95 | 2004 |
| 8822 Broadmoor Drive Overland Pk Kansas 66212 | 2004 | 2010 |
| | | |
| | | |

32

I. Identify each high school, college, university or other educational institution (except grade school) you have attended, the dates of attendance, courses of study pursued, and diplomas or degrees awarded:

| Institution | Dates Attended | Course of Study | Diplomas & Degrees |
|---|---|---|---|
| Forred Jr High | | | Diplomas |
| South Side High | | | |
| | | | |
| | | | |

J. **Employment Information**.

Current employer (if not currently employed, last employer):

_Robinson Flea Market Business For last 20 years_
Name

_P.C. Box 2744_
Address

_1980_
Dates of employment

_Buy And Sale_
Occupation/Job duties

K. Date and place of marriage: _Memphis Tn_

L. Have you ever been convicted or plead guilty of a crime? Yes _____ No _X_

*If "yes,"* where, when, and the crime: _____

_____

33

M00EF97735

## IX.   LIST OF MEDICAL PROVIDERS AND OTHER SOURCES OF INFORMATION

EACH PLAINTIFF OR CLAIMANT, AS THE CASE MAY BE, IS REQUIRED TO PRODUCE ALL MEDICAL RECORDS FROM ALL HEALTHCARE PROVIDERS WHOSE IDENTITY IS REQUESTED BELOW PURSUANT TO (a) PTO 28, SECTION II(A)(6), REGARDLESS OF WHETHER PLAINTIFF OR CLAIMANT IS REQUIRED TO RESPOND TO THIS AMENDED AND SUPPLEMENTAL PROFILE FORM UNDER SECTION II(A)(3), AND (b) PTO 29, SECTION II(A)(2).

List the following:

A.  Your current family and/or primary care physician:

| Name | Address | Approximate Dates of Treatment | |
|------|---------|---------------|---------------|
| | | From: | To: |
| | Do not No At this Time | | |
| | | | |
| | | | |

B.  To the best of your ability, identify each of your *other* family and/or primary care physicians from 1995 to the present.

| Name | Address | Approximate Dates of Treatment | |
|------|---------|---------------|---------------|
| | | From: | To: |
| | Do not No At this Time | | |
| | | | |
| | | | |

34

MODEF97736

C. Each hospital, clinic, or healthcare facility where you have received inpatient treatment or been admitted as a patient from 1995 to the present.

| Name | Address | Admission Dates | Reason for Admission |
|------|---------|-----------------|----------------------|
|      | *Do not Have THis Information At this Time* |      |      |
|      |         |                 |                      |
|      |         |                 |                      |
|      |         |                 |                      |

D. Each hospital, clinic, or healthcare facility where you have received outpatient treatment (including treatment in an emergency room) from 1995 to the present.

| Name | Address | Treatment Dates | Reason for Treatment |
|------|---------|-----------------|----------------------|
|      | *Do not Have this Information At this Time* |      |      |
|      |         |                 |                      |
|      |         |                 |                      |

E.  Each physician or healthcare provider, not already listed in Sections IX (A) and
    IX (B) above, from whom you have received treatment from 1995 to the present.

| Name | Address | Specialty | Approximate Dates of Treatment | |
|---|---|---|---|---|
| | | | From: | To: |
| | | | | |
| | | | | |
| | | | | |
| | | | | |

*I only Have wife Medical Records*

F.  Each pharmacy that has dispensed medication to you from 1995 to the present.

| Name | Address | Approximate Dates Pharmacy Used | |
|---|---|---|---|
| | | From: | To: |
| | | | |
| | | | |

36

M00EF97738

X.   **DOCUMENTS AND THINGS**

Please indicate if any of the following documents and things are currently in your possession, custody, or control, or in the possession, custody, or control of your lawyers by checking *"yes"* or *"no."* Where you have indicated *"yes,"* please attach the documents and things to your responses to this fact sheet. If not attached, please indicate why not.

A.  A copy of all prescriptions for Vioxx, receipts, physician or office records, drug containers, packaging and other records that show the period during which you have taken Vioxx, the dosage of Vioxx and the frequency with which you took Vioxx.
Yes X___   No ____

B.  If you have been the claimant or subject of any worker's compensation, Social Security or other disability proceeding, all documents relating to such proceeding.
Yes X___   No ____

C.  All diagnostic tests or test results for any disease, illness or conditions as detailed in this PPF.
Yes X___   No ____

D.  Copies of all documents from physicians or other healthcare providers identified in this PPF.
Yes X___   No ____

E.  All documents constituting, concerning or relating to product use instructions, product warnings, package inserts, pharmacy handouts or other materials distributed or provided to you when your prescriptions for Vioxx were filled.
Yes ____   No X___

F.  Copies of all advertisements or promotions for Vioxx received or seen before filing this action.
Yes ____   No X___

G.  Executed authorizations signed and undated in the forms appended hereto, in following manner:

   • If you are claiming damages for lost earnings or earning capacity, execute authorization forms #s 1-5 as provided on the court's website at http://vioxx.laed.uscourts.gov/Forms/Forms.htm
   • If you are not claiming damages for lost earnings or earning capacity, execute authorization forms #s 1-3 and #5 as provided on the court's website at http://vioxx.laed.uscourts.gov/Forms/Forms.htm

H.  If you claim you have suffered loss of earnings or earning capacity, all documents that evidence your income/earnings for each of the last ten (10) years.
Yes X___   No ____

M0DEF9773

I.   If you claim any loss from medical expenses, copies of all bills from any physician, hospital, pharmacy or other health care provider and statements and explanations of benefits from your health care insurer or plan.

Yes _____   No _Not At this Time_

J.   Copy of all written communications, whether written or electronic (including email, communications as part of internet "chat rooms" or e-mail groups), with others not including your counsel, regarding Vioxx, your injuries or this case.

Yes _____   No _X_

K.   Copies of letters testamentary, letters of administration, powers of attorney, guardianship or guardian *ad litem* orders or other documents relating to your status as plaintiff if you are suing and/or are completing this PPF and the Authorizations on behalf of another individual.

Yes _X_   No _____ _my wife_

L.   Decedent's death certificate (in death case).

Yes _X_   No _____

M.   Report of autopsy of decedent (in death case).

Yes _____   No _____

N.   All photographs, drawings, slides, movies, day-in-the-life films, or videotapes, edited and unedited, taken by anyone, in your possession, the possession of your attorney or experts, or any other person acting on your behalf, relating to plaintiff's injuries, limitations or damages, and which are not privileged work product or otherwise not discoverable.

Yes _____   No _X_

O.   All documents relating to Vioxx in plaintiff's possession or control that were generated, published or disseminated by or obtained from Merck, whether or not it originated at Merck, that were in plaintiff's possession prior to the date on which plaintiff filed his/her Complaint in this action.

Yes _____   No _X_

P.   All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, discussing alleged risks of Vioxx or any other COX-2 inhibitor drugs, or any alleged health impact, including, but not limited to, newspaper articles, scientific studies, health and fitness publications, union or other organizational newsletters, bulletins, or brochures.

Yes _____   No _X_

Q.   All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, concerning any guidelines, procedures, requirements, recommendations, protocols, instructions, warnings or precautions for the use of Vioxx or any other COX-2 inhibitor drugs.

Yes _X_   No _____

R.   All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, relating to any support or information group,

38

MODEF97740

including internet sources, concerning Vioxx or any other COX-2 inhibitor drugs, including, but not limited to, communications from you, or received by you from such groups concerning Vioxx or other COX-2 inhibitor drugs.

Yes _____ No __X__

S. All documents in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, concerning Vioxx or any other COX-2 inhibitor drugs distributed by public or private organizations, including without limitation, the American Nursing Association, the Food and Drug Administration, the Center for Disease Control, the American Medical Association, the American Heart Association, the National Institutes of Health, the Occupational Safety and Health Administration, or NIOSH.

Yes _____ No __X__

T. Any videotape or sound recordings that have been broadcast on television or radio, or any newspaper, magazine or other published document wherein plaintiff has discussed Vioxx or any aspect of the alleged incident or injury that forms the basis of this action.

Yes _____ No __X__

U. Any and all product insert data sheets, marketing materials, promotional materials, advertisements, packaging information, labels, bottles, boxes, samples, labeling fact sheets or informational sheets provided to plaintiff by any prescribing physician, pharmacy or other healthcare provider, or any other materials provided by any prescribing physician, pharmacy, or other healthcare provider, or anyone else prior to the date on which plaintiff filed his/her Complaint in this action, and relating to Vioxx, CELEBREX®, or BEXTRA®.

Yes _____ No __X__

V. Each and every document in plaintiff's possession or control, prior to the date on which plaintiff filed his/her Complaint in this action, including but not limited to magazine or newspaper articles, brochures, material from internet sites, videotapes (including videotapes of news or other television programs), or audiotapes (including tapes of news or other radio or television programs), that mentions, refers to or relates to Vioxx and that was made available to plaintiff or reviewed by plaintiff prior to ingesting Vioxx.

Yes _____ No __X__

W. All non-privileged documents reflecting communications between plaintiff and any other person or entity, prior to the date on which plaintiff filed his/her Complaint in this action, and relating to, referring to, or regarding the allegations of the Complaint, Merck, Vioxx or any injury you claim resulted from plaintiff's use of, or exposure to, Vioxx.

Yes __X__ No _____

X. Each and every document that evidences any communication between plaintiff and any doctor, any employer, any defendant, any federal or state agency, or any other person (other than your attorney) regarding the incident made the basis of this suit or your claims in this lawsuit.

Yes _____ No __X__

M00EF9774I

Y. All entries in personal diaries, calendars, journals, logs, appointment books, date books, or similar materials plaintiff kept or continues to keep from January 1, 1995 to the present which relate or refer to plaintiff's medical care, medical condition, or employment and not prepared at the direction of your attorney.

Yes _____ No _X_

Z. Have you prepared personal diaries, calendars, journals, logs, appointment books, date books, or similar materials at the direction of your attorney(s)?

Yes _____ No _X_

M00EF97742

ADDITIONAL INFORMATION

MODEF97743

ADDITIONAL INFORMATION

M00EF97744

## CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this Profile Form is true and correct to the best of my knowledge, that I have completed the List of Medical Providers and Other Sources of Information appended hereto, which is true and correct to the best of my knowledge, that I have supplied all the documents requested in part X of this declaration, to the extent that such documents are in my possession, custody, control or access, or in the possession, custody, control or access of my lawyers, and that I have supplied the authorizations attached to this declaration.

_Maurice Robinson_   MAURICE ROBINSON   1-29-2010
Signature                       Print Name                        Date

MODEF97745