UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Maurice Robinson  v. Merck & Co., Inc., 2:08-cv-01406-EEF-DEK* | * | |
| | * | |

****************************************************************************

## ORDER GRANTING DEFENDANT
## MERCK SHARP & DOHME CORP.'S MOTION TO DISMISS

This matter is before the Court on the motion of Defendant Merck Sharp & Dohme Corp. ("Merck") for the dismissal of Plaintiff's claims with prejudice. The Court being sufficiently advised, hereby **GRANTS** said motion and hereby **ORDERS** that all claims of Plaintiff Maurice Robinson against Merck are hereby dismissed with prejudice.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 20___.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1144124v1