IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHERRILL HERKE, individually and on behalf of a proposed class of those similarly situated,<br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br>Defendant. | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>No. 2:09-cv-07218<br><br>Hearing Date:   December 13, 2013<br><br>Time:              8:30 a.m. |

# O R D E R

Considering the Motion for Leave to Exceed Page Limitation filed by Plaintiffs (Rec. Doc. 64703);

IT IS ORDERED BY THE COURT that Plaintiffs are granted leave to exceed page limitation and the attached Motion for Final Approval of Vioxx Consumer Class Settlement and Memorandum in Support, with attached exhibits, be and are hereby filed into the record.

New Orleans, Louisiana, this 26th day of November, 2013.

_____
UNITED STATES DISTRICT JUDGE