IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHERRILL HERKE, individually and on behalf of a proposed class of those similarly situated,<br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br>Defendant. | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>No. 2:09-cv-07218<br><br>Hearing Date: December 13, 2013<br><br>Time: 8:30 a.m. |

**PLAINTIFFS' MOTION FOR
FINAL APPROVAL OF VIOXX CONSUMER CLASS SETTLEMENT**

NOW COME Plaintiffs, through Co-Lead Class Settlement Counsel, Russ M. Herman and Elizabeth J. Cabraser, who respectfully submit that the Court should grant final approval of the Vioxx Consumer Class Settlement and confirm Class certification, as will be more fully set forth in the accompanying memorandum in support.

DATED: November 22, 2013                              Respectfully submitted,

/s/ Russ M. Herman                                                /s/ Elizabeth J. Cabraser
Russ M. Herman, Esquire                                   Elizabeth J. Cabraser, Esquire
Leonard A. Davis, Esquire                                 LIEFF, CABRASER, HEIMANN &
HERMAN, HERMAN & KATZ, L.L.C.          BERNSTEIN, LLP
820 O'Keefe Avenue                                            275 Battery Street, 30th Floor
New Orleans, Louisiana 70113                         San Francisco, CA  94111-3339
Phone: (504) 581-4892                                      Telephone: (415) 956-1000
Fax: (504) 561-6024                                            Facsimile: (415) 956-1008
ldavis@hhklawfirm.com                                   ecabraser@lchb.com

*Settlement Class Counsel*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of November, 2013.

      I hereby further certify that copies have been forwarded to the following via U.S. Mail, postage pre-paid and properly addressed:

1. Patricia A. Schisler
   523 W. Adams Street
   Greenview, IL  62642

2. Geneva Meloy
   c/o Endeman, Lincoln, Turek & Heater
   600 B Street
   #2400
   San Diego, CA  92101

3. James P. Lyle, Esq.
   1116 Second Street, NW
   Albuquerque, NM  87102

      */s/ Leonard A. Davis*
      LEONARD A. DAVIS