# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **VIOXX**<br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Sherrill Herke, individually and on behalf of a proposed class of those similarly situated v. Merck & Co., Inc.*; Case No. 2:09-cv-07218 | **MDL NO. 1657**<br><br>**SECTION "L"**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

STATE OF LOUISIANA

PARISH OF ORLEANS

## DECLARATION OF DAWN M. BARRIOS, ESQ.

I, Dawn M. Barrios, declare as follows:

1. I am an attorney duly licensed to practice law in the state of Louisiana and as Federal-State Liaison Counsel make this Declaration based upon my personal knowledge.

2. I have reviewed all objections and correspondence which have been received pursuant to the Court's Notice and Order For Preliminary Certification of a Class for Purposes of Settlement and Preliminary Approval of Class Settlement, Class Notice and Related Matters (Rec. Doc. 64526) and have prepared the spreadsheet attached hereto as Exhibit 1, which spreadsheet lists: 1) the name, address, telephone number of the writer; 2) the date of receipt of the objections and correspondence; 3) identity of those receiving the objections and correspondence; 4) the ground for objection/reason for correspondence; (5) a statement of intent to make appearance at Final Approval Hearing; and (6) whether a description of documents, witness list and expert identification were attached.

3. The information set forth on Exhibit A was gathered by Declarant through interviews with and correspondence from the Court's Clerk and Law Clerk, Mr. Leonard Davis, Mr. John Beisner and Mr. Marvin.

4. The spreadsheet attached as Exhibit 1 is current as of the date of this Declaration and will be supplemented when, and if, additional information is received by Declarant.

5. I declare under penalty of perjury that the foregoing is true and correct.

_____
Dawn M. Barrios

SWORN AND SUBSCRIBED
BEFORE ME, THIS 22nd DAY OF NOVEMBER, 2013.

_____
NOTARY PUBLIC

| Name, Address and Telephone Number | Received by and date of Receipt | Ground for objection | Statement of Appearance | Attachments of documentation, witness list or expert identification |
|---|---|---|---|---|
| Geneva Meloy<br>1490 Arcadia Road<br>Kent, Ohio 44240<br>330-678-7527 | Herman received on 11/7/13.<br><br>Marvin received on 11/11/13.<br><br>Clerk received 11/7/13. | Amount of attorney's fees being paid with reservation of right to add additional objections | No plans to attend at time of objection. | No |
| Patricia A. Schisler<br><br>(217) 968-7017 | Marvin received 11/1/13. | No specified objection. | None | No |
| Debbie Pace and Patricia Archuleta, on behalf of all New Mexico Purchasers and Consumers (NM)<br>Counsel- James P. Lyle<br>1116 Second Street N.W.<br>Albuquerque, New Mexico 87102 | Brown Greer received on 11/12/2013.<br><br>Chambers received faxed copy on 11/8/13. | Counsel (James P. Lyle) requested of Liaison Counsel a list of putative NM class members to whom notice was being sent, the proposed settlement agreement and exhibits, and the exhibits to the Order. Counsel advised if he didn't get the information, he would file objections. Counsel understands that the total proposed nationwide settlement is $95,000, and wants the specific breadown and distribution to NM consumers or information regarding how the settlement will affect NM consumers. | None | No |


EXHIBIT A

# EXHIBIT B

COPY

10-28-13

If I could speak at the final Hearing I would say this. I had no trouble with my heart until I took Vioxx. Now, I have to keep Nitrostat on hands for chest pain as needed. Merk should be held responsible in these cases. I know the Lord is going to hold these people accountable, that seat in high places for their actions. I pray that this is done right for the people. Our lives has changed because of Vioxx.

Thanks
Patricia A. Schisler

Phone #

523 W. Adams St
Greenview Ill.
62642

COPY

| | | | MEDICAL EXPENSES | | | | Birthdate: | |
|---|---|---|---|---|---|---|---|---|
| Patient:<br>Resp. Party: | SCHISLER, PATRICIA A.<br>523 W. ADAMS<br>GREENVIEW IL-62642 | | NABP: | | | | Wal-Mart Pharmacy<br>1501 WOODLAWN ROAD<br>LINCOLN IL-62656<br>ID: | |
| Last Fill | Rx # | Drug Name | | Qty | DAW | Physician Name | | Patient Paid |
| Written | Fill ID | NDC/DIN | DS | Refill # | | | | TP Ref # |
| 01/25/2000 | | VIOXX 25MG TAB | | 30 | 0 | LAYA,MARIA(LINCOLN) | | $78.46 |
| 01/25/2000 | | 00006-0110-68 | 15 | 0 | | | | |

Copy

**MALOU FADER LAYA, M.D**
FAMILY MEDICAL CENTER
515 NORTH COLLEGE
LINCOLN, IL 62656
(217) 732-9681
(217) 482-3226
DEA #
LIC # 036-090685 (IL)

NAME: Patricia Schuster
ADDRESS:
DATE: 3/16/01

Rx ILLEGAL IF NOT SAFETY BLUE BACKGROUND

℞ Vioxx samples given:
11/2/99
3/21/00
6/12/00
7/31/00

☐ MAY SUBSTITUTE
☐ MAY NOT SUBSTITUTE
MAY REFILL _____ TIMES

(Signature)

6GFP5085173

P. Schillo
523. W. Adams St
Greenview Ill. 62642

SPRINGFIELD IL 625
28 OCT 2013 PM 1 T

Douglas R. Marvin
Counsel for Merck
Williams + Connolly, LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005

20005+5501

# EXHIBIT C

OBJECTOR:

Geneva Meloy
1490 Arcadia Road
Kent, Ohio 44240
(330) 678-7527

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | : MDL No. 1657 |
| | : SECTION L |
| SHERRILL HERKE, individually and on behalf of a Proposed class of those similarly situated, | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |
| Plaintiffs, | : |
| v. | : No. 2:09-cv-07218 |
| MERCK & CO., INCL., | |
| Defendant. | |

NOTICE OF OBJECTION TO CLASS SETTLEMENT
AND MOTION FOR ATTORNEY'S FEES

I am a member of the class because I purchased Vioxx prior to October 1, 2004. I just learned of the proposed settlement and I object to the amount of attorney's fees being paid. Although there may be other things I may find objectionable about the settlement, I wanted to register my objection about fees now so I don't missing the filing deadline. I reserve the right to supplement or amend my Notice of Objection after I meet with a lawyer to learn all of my rights. I have no plans to attend the fairness hearing at this time.

1

Sincerely,

*Geneva Meloy*
Geneva Meloy

Certificate of Service

I hereby certify that a copy of my Notice of Objections and Motion for Attorney's Fees was mailed on November 5, 2013 to the following:

Russ Herman, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Co-Lead Settlement Class Counsel for Plaintiffs

Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Co-Counsel for Merck

*Geneva Meloy*
Geneva Meloy

ENDEMAN, LINCOLN, TUREK & HEATER
ATTORNEYS AT LAW
600 "B" STREET, SUITE 2400
SAN DIEGO, CALIFORNIA 92101-4508

7011 3121 2520

Russ Herman, Esq.
Herman, Herman + Katz LLC
820 O'Keefe Ave
New Orleans, LA 70113



02 1P
0000810457    $ 000.46⁰
MAILED FROM ZIP CODE 92101   NOV 05 2013
UNITED STATES POSTAGE   PITNEY BOWES

# EXHIBIT D

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to All Cases | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| ****************************************** | * | |

## NOTICE OF OBJECTION TO PROPOSED PURCHASE CLAIMS AND CONSUMER CLAIMS SETTLEMENT

COME NOW Plaintiffs Debbie Pace and Patricia Archuleta, As Class Representatives on behalf of all New Mexico Purchasers and Consumers and offer the following as their objections to the proposed Purchase Claims And Consumer Claims Settlement reached in this matter. These Plaintiffs object to the proposed settlement because:

1. Plaintiff Debbie Pace filed her lawsuit in New Mexico State Court on October 14, 2004. Plaintiff Patricia Archuleta filed her lawsuit in New Mexico State Court on February 17, 2005. These Complaints are docketed in this action as NDL Docket Nos. 05-1078 and 05-3159.

2. The Complaints were removed to the United States District Court for the District of New Mexico on December 3, 2004 (USDNM Cause No. CIV 04-1356 MCA/ACT) and April 6, 2005 (USDNM Case No. CIV 05-388 JH/WDS).

3. These Plaintiffs filed Motions To Remand because the amount in controversy did not meet the requirements of 28 U.S.C. §1332. Specifically, the claim for relief must exceed the sum or value of $75,000 exclusive of interest, costs and attorney's fees.

4. Plaintiffs' Motions To Remand were never considered by the United States

District Court for the District of New Mexico before these cases were transferred to this Court as part of the Multi-District Litigation at issue.

5. During the pendency of this case, Plaintiffs' Liaison Counsel has communicated has communicated twice with counsel for the New Mexico Class Representatives. The first communication was on or about February, 2008, when liaison counsel asked for more details regarding the New Mexico litigation, and specifically, regarding any pending and unresolved motions which had been filed in New Mexico. At this time, Liaison Counsel was informed that both cases were subject to unresolved Motion To Remand for failure to satisfy the amount in controversy requirements of 28 U.S.C. §1332(a).

6. More recently, Plaintiffs' Liaison Counsel provided counsel for these Defendants with a "settlement package" which contained certain information regarding the proposed settlement. The settlement package did not contain a list of putative New Mexico class members to whom notice was being sent, did not contain the proposed settlement agreement and exhibits, and did not provide the class certification exhibits attached to the Order granting preliminary class certification (Document No. 64,526).

7. On October 17, 2013, counsel for the New Mexico Plaintiffs sent a fax to Plaintiffs' Liaison Counsel advising them of the deficiencies with the materials received as part of the settlement package and asking for additional information. The fax also advised Liaison Counsel that if these materials were not received, the New Mexico Plaintiffs would file objections to the proposed settlement.

8. As of this writing, the materials requested have not been received. This attorney understands that the total proposed settlement of all of the Purchase and Consumer claims, nationwide, is Ninety-Five Thousand Dollars ($95,000.00), although this amount has not been

confirmed by Liaison Counsel. The specific breakdown and distribution of the paltry amount to the affected New Mexico consumers and purchasers has not been provided. In fact, Liaison Counsel has not provide any specific information or justification regarding how the proposed settlement will benefit affected New Mexico consumers.

For all of the above reasons, these Plaintiffs object on behalf of all affected New Mexico consumers to the proposed settlement. These Plaintiffs ask the Court promptly and timely resolve the Motions To Remand they filed many years ago, and that the Court grant such further relief as it deems just and proper under the circumstances.

Respectfully submitted,

LAW OFFICES OF JAMES P. LYLE, P.C.

/s/ James P. Lyle, Attorney At Law
James P. Lyle
*Counsel for New Mexico Plaintiffs & Class*
1116 Second Street N.W.
Albuquerque, New Mexico   87102
(505) 843-8000  - Telephone
(505) 843-8043  - Facsimile

I hereby certify that a true copy of the foregoing pleading was served upon all counsel of record via CM/ECF filing of this pleading with the United States District Court For the District Of New Mexico this 8th day of November, 2013.

/s/   James P. Lyle, Attorney
James P. Lyle



Law Offices of *James P. Lyle, P.C.*
1116 2nd Street NW · Albuquerque, NM 87102



RECEIVED
NOV 12 2013
BrownGreer PLC
Richmond

Vioxx Consumer Claims Administrator
P.O. Box 26882
Richmond, VA 23261

02 1P
0003169912
MAILED FROM ZIP CODE 87102
$ 000.46⁰
NOV 04 2013
PITNEY BOWES
UNITED STATES POSTAGE