UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO TPP | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER JUNEAU |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | |
| Pascal Calogero, Jr. | * | November 27, 2013 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR LEAVE TO EXCEED PAGE LIMIT OF MEMORANDUM
IN OBJECTION TO SPECIAL MASTER'S RECOMMENDATION**

NOW COMES the law offices of Eric H. Weinberg, and moves for leave to exceed the page limit in its memorandum in opposition to the recommendation made by the Special Master, upon showing that the Federal Rules and this Court's March 15, 2013 order call for *de novo* review of the recommendation. To place Weinberg's objection to the Master's recommendation in context, Weinberg must reiterate his objections to the recommendations of the TPP FAC. This requires consolidation of extensive briefing made to the Master and to this Court; without such briefing Weinberg cannot adequately articulate his objections. In the proposed 48-page submission, Weinberg brings all of his objections together in one place, so that the Court will not have to refer to other memoranda to understand Weinberg's objection to the Special Master's recommendation.

| /s/ Robert E. Arceneaux | /s/ Margaret E. Woodward |
|---|---|
| Robert E. Arceneaux, La Bar No. 01199 | MARGARET E. WOODWARD, La. Bar No.13677 |
| ROBERT E. ARCENEAUX LLC | 3701 Canal Street, Suite C |
| 47 Beverly Garden Drive | New Orleans, Louisiana  70119 |
| Metairie, LA 70001 | (504) 301-4333 office |
| (504) 833-7533 office | (504) 301-4365 fax |
| (504) 833-7612 fax | mewno@aol.com |
| rea7001@cox.net | |

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for the law offices of Eric H. Weinberg

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on TPP Counsel, Russ Herman, by e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 27th day of November, 2013.

/s/ Robert Arceneaux
_____

-2-