UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION  L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| THIRD PARTY PAYOR COMMON | * | SPECIAL MASTER JUNEAU |
| BENEFIT FEES | * | |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | November 27, 2013 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ERIC H. WEINBERG'S OBJECTION TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION REGARDING THIRD PARTY PAYOR  COMMON BENEFIT AWARDS (REC. DOC #64682)

NOW COME the Law Offices of Eric H. Weinberg, through undersigned counsel**,** and pursuant to this Court's order of March 15, 2013, Rec. Doc. 64304, II(D), p. 4, object to the Report and Recommendation of Special Master Regarding Third Party Payor Common Benefit Awards, rendered on November 8, 2013, for the reasons set forth in the accompanying memorandum.

/s/ Robert E. Arceneaux
_____
Robert E. Arceneaux, La Bar No. 01199
ROBERT E. ARCENEAUX LLC
47 Beverly Garden Drive
Metairie, LA 70001
(504) 833-7533 office
(504) 833-7612 fax
rea7001@cox.net

/s/ Margaret E. Woodward
_____
MARGARET  E.  WOODWARD,  La.  Bar No.13677
3701 Canal Street, Suite C
New Orleans, Louisiana  70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for Law Offices of Eric Weinberg

-2-

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Memorandum has been served on Russ Herman by e-mail, and by upon all parties by electronically uploading the same to Lexis Nexis File & Serve in accordance with Pre Trial Order No.8, on this date, November 27, 2013.


                /s/ Robert Arceneaux
                _____