UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION   L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| THIRD PARTY PAYOR COMMON | * | SPECIAL MASTER JUNEAU |
| BENEFIT FEES | * | |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | November 26, 2013 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION OF ERIC H. WEINBERG

1.        I reviewed with care my time entries, calendar, and emails related to the private
          Third Party Payor litigation to verify the dates set forth in my attorneys'
          memorandum in objection to the FAC's and Special Master's recommendation.
          The attached emails are not a comprehensive record of my exchanges with counsel
          related to the private TPP litigation; however, each attached email,
          Bates-numbered 1-77, was either authored, directed to or copied to me in the
          course of the captioned litigation; and this collection, with which I am personally
          familiar, was assembled by me for attachment to the memorandum.


                                        ERIC H. WEINBERG

-----Original Message-----
From: Eric H. Weinberg
Sent: Tuesday, October 09, 2007 3:43 PM
To: Buchanan, David; cplacitella@cprlaw.com
Cc: Seeger, Chris
Subject: RE: Kostis

After these were done he did logistic regressions on APPROVe that came
out pretty much the same in terms of RRs.

Do you want to meet with him?

Madigan's report served on Merck today, fyi.


-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Tuesday, October 09, 2007 2:49 PM
To: cplacitella@cprlaw.com; Eric H. Weinberg
Cc: Seeger, Chris
Subject: Kostis

Following up on Chris P's suggestion, please let me know when it would
be possible to check out Kostis's updated model.

| KKI_VIOXX_FIGURES .ppt | KKI_Vioxx_report.doc | Vioxx and Cardiovascular Risk - |
| --- | --- | --- |

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Wednesday, October 24, 2007 7:25 PM
To: Eric H. Weinberg
Subject: RE: Madigan's Report

I'm still reading, but I really like the report.  Will send to Dick and
let you know his comments.

-----Original Message-----
From: ehw@erichweinberg.com [mailto:ehw@erichweinberg.com]
Sent: Wednesday, October 24, 2007 7:26 PM
To: Buchanan, David
Subject: Re: Madigan's Report

Thanks.  Pls send to Kronmal.  Yes will be there.
Sent from my Verizon Wireless BlackBerry

-----Original Message-----
From: "Buchanan, David" <dbuchanan@seegerweiss.com>

Date: Wed, 24 Oct 2007 18:46:17
To:"Eric H. Weinberg" <ehw@erichweinberg.com>
Subject: Madigan's Report


Eric, I'm reading David's report...it's very strong.  You guys did a
great job.  Would like to send to Kronmal, if you and David permit.
Will be at the CMC tomorrow...will you be there?

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Friday, November 09, 2007 12:32 PM
To: steveschwartz@chimicles.com; wmarvin@cprlaw.com; scohen@cprlaw.com;
Seeger, Chris; Weiss, Stephen. A; Eric H. Weinberg
Cc: cplacitella@cprlaw.com; jrosen@cprlaw.com;
josephsauder@chimicles.com; nick@chimicles.com
Subject: Re: Vioxx TPP claims

None.  Only eligible PI claims are in he deal.  Full steam ahead on
tpp.

-----Original Message-----
From: Steven A. Schwartz <steveschwartz@chimicles.com>
To: Buchanan, David; William D. Marvin <wmarvin@cprlaw.com>; Stewart
Cohen <scohen@cprlaw.com>; Seeger, Chris; Weiss, Stephen. A;
ehw@erichweinberg.com <ehw@erichweinberg.com>
CC: Chris Placitella <cplacitella@cprlaw.com>; Joel S. Rosen
<jrosen@cprlaw.com>; Joseph G. Sauder <josephsauder@chimicles.com>;
Nicholas E. Chimicles <nick@chimicles.com>
Sent: Fri Nov 09 11:46:14 2007
Subject: RE: Vioxx TPP claims

What effect does the settlement announced today have on the TPP claims?

Steven A. Schwartz
Chimicles & Tikellis LLP
One Haverford Centre
Haverford, PA 19041
(610) 642-8500 (extension 319)
(610) 645-4720 (direct dial)
(610) 649-3633 (telecopy)

PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE The information contained
in this e-mail message is confidential information that is intended to
remain confidential.

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Wednesday, October 31, 2007 4:06 PM
To: William D. Marvin; Steven A. Schwartz; Stewart Cohen; Seeger,
Chris; Weiss, Stephen. A; ehw@erichweinberg.com
Cc: Chris Placitella; Joel S. Rosen
Subject: RE: Vioxx TPP claims

Got it.

-----Original Message-----
From: William D. Marvin [mailto:wmarvin@cprlaw.com]
Sent: Wednesday, October 31, 2007 4:07 PM
To: Buchanan, David; steveschwartz@chimicles.com; Stewart Cohen;
Seeger, Chris; Weiss, Stephen. A; ehw@erichweinberg.com
Cc: Chris Placitella; Joel S. Rosen
Subject: RE: Vioxx TPP claims

OK, we will try again at 4:30.

**From:** Eric H. Weinberg
**Sent:** Saturday, February 16, 2008 8:51 AM
**To:** Buchanan, David; Stewart Cohen; cplacitella@cprlaw.com
**Subject:** RE: TPP

Good, thanks.

**From:** Buchanan, David [mailto:dbuchanan@seegerweiss.com]
**Sent:** Saturday, February 16, 2008 8:45 AM
**To:** Eric H. Weinberg; Stewart Cohen; cplacitella@cprlaw.com
**Subject:** RE: TPP

I must have missed the earlier email... I have a dep Tues, but can do a call Mon afternoon.
How's 3:30 work?

**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Saturday, February 16, 2008 8:45 AM
**To:** Buchanan, David; Stewart Cohen; cplacitella@cprlaw.com
**Subject:** TPP

David, I'm not sure if you got my blackberry message the other day. Can we set up some time to
talk about the MDL TPP cases? Thanks, Eric

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Tuesday, February 19, 2008 6:31 PM
To: Eric H. Weinberg; scohen@cprlaw.com; cplacitella@cprlaw.com;
wmarvin@cprlaw.com
Subject: RE: TPP

3pm tomorrow works ok for me.

-----Original Message-----
From: Eric H. Weinberg [mailto:ehw@erichweinberg.com]
Sent: Tuesday, February 19, 2008 6.18 PM
To: Eric H. Weinberg; Buchanan, David; scohen@cprlaw.com;
cplacitella@cprlaw.com; wmarvin@cprlaw.com
Subject: RE: TPP

I would like to get together on this issue.  We are thinking about
different approaches and I think it's important that we be on the same
page, in terms of how to proceed, potential clients, the proofs to be
offered etc.  I noted that some of these kinds of cases might be teed
up soon in the MDL, which suggests possible motion practice that could
affect cases.

If tomorrow at 3 pm is not good, how about Thursday morning at 9 am?

Thanks.

Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, New Jersey 08901
732-246-7080 tel
732-246-1981 fax
ehw@erichweinberg.com

**From:** Seeger, Chris [mailto:cseeger@seegerweiss.com]
**Sent:** Thursday, March 20, 2008 9:01 AM
**To:** Eric H. Weinberg
**Subject:** RE: TPP

Eric, we already have a working group of which you're a part..........us, Placitella's firm and you. In my view, we don't need others but I don't rule out working and cooperating with others. Let's set up a time to talk.

**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Thursday, March 20, 2008 8:16 AM
**To:** Seeger, Chris
**Subject:** TPP

I know you must be running on fumes but I do want to work closely with you guys on this. Jeff and I have talked about some nuts and bolts. I had some interaction with Wendy Fleishman and Nick Diamand at Lieff and they are doing these too. I suggested a working group but this is your original project. Please let me know if this makes sense.

The attached is my summary of investigation into the Alzheimer's Studies (still in draft.) I deposed Gil Block and intend to hold Ted Mayer to his agreement to produce Scott Reines and a 30b6, once we get going on discovery again. This should help on TPP cases. We are not limited to CV risk as a basis for fraudulent representation of the risk/benefit profile of the drug

Let's try to talk soon.

Thanks, Chris.

-----Original Message-----
From: Grand, Jeff [mailto:jgrand@seegerweiss.com]
Sent: Thursday, March 27, 2008 9:41 AM
To: Eric H. Weinberg; Buchanan, David; wmarvin@cprlaw.com;
scohen@cprlaw.com
Subject: Re: Concordance

Works for me.

-----Original Message-----
From: Eric H. Weinberg <ehw@erichweinberg.com>
To: Grand, Jeff; Buchanan, David; William D. Marvin
<wmarvin@cprlaw.com>; Stewart Cohen <scohen@cprlaw.com>
Sent: Thu Mar 27 09:41:37 2008
Subject: RE: Concordance


How about noon today?


-----Original Message-----
From: Grand, Jeff [mailto:jgrand@seegerweiss.com]
Sent: Thursday, March 27, 2008 9:09 AM
To: Eric H. Weinberg
Subject: Re: Concordance

I would schedule it after 10:30 if you can.


-----Original Message-----
From: Eric H. Weinberg <ehw@erichweinberg.com>
To: Grand, Jeff
Sent: Thu Mar 27 09:09:48 2008
Subject: RE: Concordance

Ok I will set up a time shortly.  I would like at least Bill Marvin on
the line since he is doing the drafting.  Thanks.

-----Original Message-----
From: Grand, Jeff [mailto:jgrand@seegerweiss.com]
Sent: Wednesday, March 26, 2008 10:32 PM
To: Eric H. Weinberg
Subject: Re: Concordance

Eric, Dave and I are in the office tomorrow and available for a call
with you on TPP.


-----Original Message-----
From: Eric H. Weinberg <ehw@erichweinberg.com>
To: Grand, Jeff
Sent: Tue Mar 25 08:26:25 2008
Subject: RE: Concordance

Can you call me when you have a couple of minutes?  I am trying to
figure out what a TPP complaint should now say.  Thanks.  Cell

732-718-7025

-----Original Message-----
From: Grand, Jeff [mailto:jgrand@seegerweiss.com]
Sent: Friday, March 21, 2008 10:58 AM
To: Eric H. Weinberg
Subject: RE: Concordance

I can do calls in the early evening.  I'm out of the office all next
week on depositions and expert prep.

-----Original Message-----
From: Eric H. Weinberg [mailto:ehw@erichweinberg.com]
Sent: Friday, March 21, 2008 10:58 AM
To: Grand, Jeff
Subject: RE: Concordance

Do you know why?  I think once the time log function is enabled the
system should keep time indefinitely.

I am interviewing Karl Herrup, MD.  He is a world class expert on
Alzheimer's.  My thinking is to get him to say Merck's omissions from
marketing materials and the label on possible causation of Alzheimers
were meaningful and misleading.

I have made some inroads into finding a pharmacy benefit manager type
expert and/or a pharmacy committee type expert.

Are you around to talk early next week?

Exh. A-attchment

**From:** Eric H. Weinberg
**Sent:** Wednesday, July 09, 2008 11:52 AM
**To:** Eric H. Weinberg; Grand, Jeff; Buchanan, David; wmarvin@cprlaw.com
**Cc:** Chris Placitella; Seeger, Chris; Stewart Cohen; Harry M. Roth
**Subject:** RE: Memo

First draft fyi.

---

**From:** Eric H. Weinberg
**Sent:** Tuesday, July 08, 2008 10:43 AM
**To:** 'Grand, Jeff'; Buchanan, David; wmarvin@cprlaw.com
**Cc:** Chris Placitella; Seeger, Chris; 'Stewart Cohen'
**Subject:** Memo

I am working up a memo to the file as a sort of gameplan or roadmap to prosecute the TPP reimbursement case

I would like to identify the elements of the case, the discovery we need to do or to provide, the basic evidence we will use to prove the case, and the experts we will call.

If you have any working notes or something that has been done along these lines already, would you please send it around?   If not, I will just work up a first draft and we can go from there

Thanks.


working memo
7-9-08.doc

Exh. A-attchment

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Wednesday, July 23, 2008 11:01 AM
To: Stewart Cohen; Eric H. Weinberg; Chris Placitella; Grand, Jeff;
William D. Marvin
Cc: Seeger, Chris; Harry M. Roth; Mark C. Schultz
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

877.526.3010, *5840713*...dialing now.

-----Original Message-----
From: Stewart Cohen [mailto:scohen@cprlaw.com]
Sent: Wednesday, July 23, 2008 10:34 AM
To: Buchanan, David; ehw@erichweinberg.com; Chris Placitella; Grand,
Jeff; William D. Marvin
Cc: Seeger, Chris; Harry M. Roth; Mark C. Schultz
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

Do you have a call in number you want us to use?


Stewart L. Cohen, Esquire
http://www.cprlaw.com



-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Wednesday, July 23, 2008 10:31 AM
To: ehw@erichweinberg.com; Chris Placitella; Grand, Jeff; Stewart
Cohen; William D. Marvin
Cc: Seeger, Chris; Harry M. Roth; Mark C. Schultz
Subject: Re: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

11am works for us.

----- Original Message -----
From: Eric H. Weinberg <ehw@erichweinberg.com>
To: Buchanan, David; cplacitella@cprlaw.com <cplacitella@cprlaw.com>;
Grand, Jeff; scohen@cprlaw.com <scohen@cprlaw.com>; wmarvin@cprlaw.com
<wmarvin@cprlaw.com>
Cc: Seeger, Chris; hroth@cprlaw.com <hroth@cprlaw.com>;
mschultz@cprlaw.com <mschultz@cprlaw.com>
Sent: Wed Jul 23 09:05:04 2008
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

Yes, any time today is fine.  Thanks.

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Wednesday, July 23, 2008 8:38 AM

To: cplacitella@cprlaw.com; Grand, Jeff; scohen@cprlaw.com;
wmarvin@cprlaw.com
Cc: Seeger, Chris; Eric H. Weinberg; hroth@cprlaw.com;
mschultz@cprlaw.com
Subject: Re: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

Can people do a quick call today to update on yesterday's conference
and client status?

----- Original Message -----
From: Chris Placitella <cplacitella@cprlaw.com>
To: Grand, Jeff; Stewart Cohen <scohen@cprlaw.com>; William D. Marvin
<wmarvin@cprlaw.com>; Buchanan, David
Cc: Seeger, Chris; ehw@erichweinberg.com <ehw@erichweinberg.com>; Harry
M. Roth <hroth@cprlaw.com>; Mark C. Schultz <mschultz@cprlaw.com>
Sent: Tue Jul 22 21:55:14 2008
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

I messed up and did not put this on my calendar. Went to NB to court
instead. What happened. Good news is we are working our tails off to
sign up clients

Sincerely,


Chris


Cohen, Placitella & Roth

127 Maple Ave

Red Bank, NJ, 07701

(W) 732 747 9003

cplacitella@cprlaw.com


"The very essence of civil liberty certainly consists in the right of
every individual to claim protection of the laws whenever he receives
an injury."


Marbury v. Madison (1803) (John Marshall)



-----Original Message-----

From: Grand, Jeff [mailto:jgrand@seegerweiss.com]
Sent: Tuesday, July 22, 2008 9:38 AM
To: Stewart Cohen; William D. Marvin; Buchanan, David
Cc: Chris Placitella; Seeger, Chris; ehw@erichweinberg.com; Harry M.
Roth; Mark C. Schultz
Subject: Re: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

Sure, I'm free on Wednesday and Thursday.  Also, if enough of us are at
the conference today, perhaps we can discuss afterwards?

----- Original Message -----
From: Stewart Cohen <scohen@cprlaw.com>
To: Grand, Jeff; William D. Marvin <wmarvin@cprlaw.com>; Buchanan,
David
Cc: Chris Placitella <cplacitella@cprlaw.com>; Seeger, Chris;
ehw@erichweinberg.com <ehw@erichweinberg.com>; Harry M. Roth
<hroth@cprlaw.com>; Mark C. Schultz <mschultz@cprlaw.com>
Sent: Tue Jul 22 09:26:52 2008
Subject: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

 Jeff, Bill and David,

We have a number of tpp cases in suit where we are co-counsel, and we
need to discuss how all of this work is to be done among ourselves,
apart from the leadership role in the rest of the cases. Bill and Jeff,
can you set up a telecon to discuss?


Stewart L. Cohen, Esquire
http://www.cprlaw.com

From: Eric H. Weinberg
Sent: Wednesday, July 23, 2008 12:08 PM
To: Buchanan, David; Stewart Cohen; Chris Placitella; Grand, Jeff;
William D. Marvin
Cc: Seeger, Chris; Harry M. Roth; Mark C. Schultz
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

Fyi memo and a simple slide that summarizes a broader risk-benefit
argument applicable to TPP cases.

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Wednesday, July 23, 2008 11:01 AM
To: Stewart Cohen; Eric H. Weinberg; Chris Placitella; Grand, Jeff;
William D. Marvin
Cc: Seeger, Chris; Harry M. Roth; Mark C. Schultz
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

877.526.3010, *5840713*...dialing now.

-----Original Message-----
From: Stewart Cohen [mailto:scohen@cprlaw.com]
Sent: Wednesday, July 23, 2008 10:34 AM
To: Buchanan, David; ehw@erichweinberg.com; Chris Placitella; Grand,
Jeff; William D. Marvin
Cc: Seeger, Chris; Harry M. Roth; Mark C. Schultz
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

Do you have a call in number you want us to use?


Stewart L. Cohen, Esquire
http://www.cprlaw.com


 

working memo        The True risk benefit
7-9-08.doc          profile of Vioxx .ppt

Exh. A-attchment

From: Eric H. Weinberg
Sent: Sunday, August 03, 2008 8:57 PM
To: Grand, Jeff
Subject: RE: Vioxx TPP

Jeff,

Thanks for circulating this.  My concern would be if the information
that is designated is somehow probative generally of fraud -- eg if
information provided by Merck that is inconsistent with actual
statistical data, or is inconsistent with information that is provided
to other plaintiffs or third parties, somehow gets to be highly
confidential under this definition.

I am not sure how to address that if it is a legitimate concern.

I note that "Lead Counsel" may be privy to this type of information.
It could be a burden but a necessary one that if information is highly
confidential, but is somehow probative of other plaintiffs' cases, an
exception for disclosure should be made; perhaps with similar caveats
but permitting wider dissemination.

By the way, following up on our conference call about documents that
have been produced, do you have some time to put together a list of
what has been produced thus far that may help on the task of
identifying the hierarchy of Merck's managed care organization and how
they strategized on common marketing issues?  I would be willing to do
this, or work with you to do this, so that we can get a sense of where
to start on document review and depositions.  Chris P. should probably
be involved since he took many of the marketing depositions.

Are we still planning to meet on August 14/15?  I would like to put
some kind of chart together before then so we can circulate it.

I also think that Madigan, Kronmal or both of them should do some
analyses of Vioxx v. comparators  We have good placebo analyses but
the comparator analyses will be important in this litigation.

Thanks.

Eric

-----Original Message-----
From: Grand, Jeff [mailto:jgrand@seegerweiss.com]
Sent: Friday, August 01, 2008 3:59 PM
To: Grand, Jeff; bcarmody@SusmanGodfrey.com; Buchanan, David;
scohen@cprlaw.com; jlipofsky@zsz.com; DPaolicelli@lpklaw.com;
rdm@lanierlawfirm.com; RDassow@hovdelaw.com; wmarvin@cprlaw.com;
jgrinstein@susmangodfrey.com; Eric H. Weinberg; RichFreese@aol.com;
js5@rawlingsandassociates.com; dcohen@smbb.com; Pdoamaral@lchb.com;
EMJ@lanierlawfirm.com; tlieverman@srk-law.com; jkeefe@keefebartels.com;
amarks@crowell.com; Seeger, Chris; DBarrios@bkc-law.com;
mmcclaren@websterszanyi.com; Huntingcreek@insightbb.com;
pkleidman@zsz.com; lwhite@susmangodfrey.com;
mms@rawlingsandassociates.com; GLawrence@lowey.com; sbossier@bossier-
law.com; JColby@websterszanyi.com
Subject: Vioxx TPP

I'd like to propose the attached order concerning "Highly Confidential" information to Charlie Cohen as a supplement to the existing Confidentiality Order.  This is intended to prevent disclosure of such information to an individual plaintiff's competitors, regardless of whether such competitors are parties to this litigation.  Please let me know if you have any comments.

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Thursday, September 04, 2008 5:55 PM
**To:** wmarvin@cprlaw.com; Buchanan, David; Seeger, Chris
**Cc:** scohen@cprlaw.com; hroth@cprlaw.com; mschultz@cprlaw.com; cplacitella@cprlaw.com;
Eric H. Weinberg
**Subject:** Re: Vioxx confab

Chris, Dave, and I.

**From:** William D. Marvin
**To:** Grand, Jeff; Buchanan, David; Seeger, Chris
**Cc:** Stewart Cohen ; Harry M. Roth ; Mark C. Schultz ; Chris Placitella ; ehw@erichweinberg.com
**Sent:** Thu Sep 04 17:50:56 2008
**Subject:** RE: Vioxx confab
Jeff, our guys have been travelling far and wide today, but I've heard from Mark, Harry, and Eric,
we'll all be there around noon tomorrow.  Look forward to seeing you.  Chris P. may be able to
join us in progress.

Who else from your firm will be there?

William D. Marvin, Esq. -- wmarvin@cprlaw.com
http://www.cprlaw.com

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Wednesday, September 03, 2008 5:37 PM
**To:** William D. Marvin; Buchanan, David; Seeger, Chris
**Cc:** Stewart Cohen; Harry M. Roth; Mark C. Schultz; Chris Placitella; ehw@erichweinberg.com
**Subject:** RE: Vioxx confab

I thought, as you suggested in your prior email, that we were meeting in our offices.  We have
not prepared a formal agenda.  My understanding is that we were going to discuss trial themes
and vet liability theories.

**From:** William D. Marvin [mailto:wmarvin@cprlaw.com]
**Sent:** Wednesday, September 03, 2008 5:35 PM
**To:** Grand, Jeff; Buchanan, David
**Cc:** Stewart Cohen; Harry M. Roth; Mark C. Schultz; Chris Placitella; ehw@erichweinberg.com
**Subject:** RE: Vioxx confab

Thanks.  How about the when and where questions?  Has anyone prepared an agenda?  CPR
people, let's take a roll call and coordinate.

William D. Marvin, Esq. -- wmarvin@cprlaw.com
http://www.cprlaw.com

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Wednesday, September 03, 2008 1:40 PM
**To:** William D. Marvin; Buchanan, David
**Cc:** Stewart Cohen; Harry M. Roth; Mark C. Schultz; Chris Placitella; ehw@erichweinberg.com
**Subject:** RE: Vioxx confab

Sorry, I was buried yesterday. I'm still free to meet.

**From:** William D. Marvin [mailto:wmarvin@cprlaw.com]
**Sent:** Wednesday, September 03, 2008 1:35 PM
**To:** Grand, Jeff; Buchanan, David
**Cc:** Stewart Cohen; Harry M. Roth; Mark C. Schultz; Chris Placitella; ehw@erichweinberg.com
**Subject:** RE: Vioxx confab

Jeff & David ------- haven't heard back from you about the below and we'd like to confirm or cancel our travel plans. Please let me know as soon as you can.

-----Original Message-----
From: Eric H. Weinberg
Sent: Monday, October 20, 2008 8:59 AM
To: Seeger, Chris; Grand, Jeff
Cc: Buchanan, David; cplacitella@cprlaw.com; wmarvin@cprlaw.com;
scohen@cprlaw.com; Mark C. Schultz
Subject: RE: Vioxx TPP - Document Review

Can we try for this week?

There is a CMC on October 31, so it would be good to talk about some
things before then.

Thanks.

-----Original Message-----
From: Seeger, Chris [mailto:cseeger@seegerweiss.com]
Sent: Friday, October 10, 2008 9:17 AM
To: Eric H. Weinberg; Grand, Jeff
Cc: Buchanan, David; cplacitella@cprlaw.com; wmarvin@cprlaw.com;
scohen@cprlaw.com
Subject: RE: Vioxx TPP - Document Review

Today and Monday are bad for me.  what about next week.....Tues - Fri?

-----Original Message-----
From: Eric H. Weinberg [mailto:ehw@erichweinberg.com]
Sent: Friday, October 10, 2008 8:44 AM
To: Grand, Jeff
Cc: Seeger, Chris; Buchanan, David; cplacitella@cprlaw.com;
wmarvin@cprlaw.com; scohen@cprlaw.com
Subject: RE: Vioxx TPP - Document Review

Chris S. suggested we get a call together among just us to talk about
these cases.  Is there a time today that works?  I am ok between 10 am
and 11 am, and after 3 pm.  Thanks.

-----Original Message-----
From: Grand, Jeff [mailto:jgrand@seegerweiss.com]
Sent: Thursday, October 09, 2008 8:51 AM
To: Eric H. Weinberg
Cc: Seeger, Chris; Buchanan, David; cplacitella@cprlaw.com;
wmarvin@cprlaw.com; scohen@cprlaw.com
Subject: Re: Vioxx TPP - Document Review

A primer for those new to the litigation is a good idea.  In fact, it
might make sense to hold a mini Vioxx camp to teach the liability case
and science issues.  I think we are already on solid ground in that
respect and the review should be geared more toward the promotion to
PBMs and formulary decision makers and how risks were minimized or not
disclosed.

----- Original Message -----
From: Eric H. Weinberg <ehw@erichweinberg.com>
To: Grand, Jeff

Cc: Seeger, Chris; Buchanan, David; Chris Placitella
<cplacitella@cprlaw.com>; William D. Marvin <wmarvin@cprlaw.com>;
scohen@cprlaw.com <scohen@cprlaw.com>
Sent: Thu Oct 09 08:15:28 2008
Subject: RE: Vioxx TPP - Document Review

Jeff,

I am out today for the holiday but I am around tomorrow.

Since most of these firms have no background in the case, would it be
helpful to give them an overview of the types of documents they should
be tagging?

Attached is a quick, rough and very incomplete list as a suggestion.

Eric

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Tuesday, October 21, 2008 8:46 PM
**To:** Eric H. Weinberg
**Subject:** Re: VIOXX TPP

It will likely be the 5th, although it is geared to those who don't know the case generally. I'm grateful for any input from you and am happy to meet in advance of the meeting.

**From:** Eric H. Weinberg
**To:** Grand, Jeff
**Sent:** Tue Oct 21 18:56:05 2008
**Subject:** RE: VIOXX TPP

Can it be the 6th? It looks like the 5th is a conflict for me.

I would really like to talk through how we are doing this. What do you think about meeting in AC, Newark, Red Bank or New Brunswick on the Thursday evening before the next CMC?

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Tuesday, October 21, 2008 3:24 PM
**To:** Jeremy Colby; RichFreese@aol.com; DBarrios@bkc-law.com; sbossier@bossier-law.com; scohen@cprlaw.com; wmarvin@cprlaw.com; amarks@crowell.com; RRhoad@crowell.com; Eric H. Weinberg; rdassow@hovdelaw.com; Huntingcreek@insightbb.com; jkeefe@keefebartels.com; EMJ@lanierlawfirm.com; rdm@lanierlawfirm.com; Pdoamaral@lchb.com; GLawrence@lowey.com; Diane Paolicelli; js5@rawlingsandassociates.com; mms@rawlingsandassociates.com; Seeger, Chris; Buchanan, David; dcohen@smbb.com; tlieverman@srk-law.com; asubramanian@susmangodfrey.com; bcarmody@susmangodfrey.com; jgrinstein@susmangodfrey.com; lwhite@susmangodfrey.com; tnagy@susmangodfrey.com; Michael McClaren; jlipofsky@zsz.com; pkleidman@zsz.com; Sigelman, Daniel
**Cc:** Glasser, Stefanie; Grand, Jeff
**Subject:** RE: VIOXX TPP

Please let me know your availability for a Vioxx Background Info. Meeting and Document Review Training on Nov. 5th in NY.

Also, please see the attached document, which lists the various National Account Executives (NAEs) and Customer Contract Managers (CCMs) handled the various PBMs/TPAs identified thus far in the TPP litigation. The last two pages indicate which NAE/CCM custodial files have been produced so far, as of 10/8/08.

**From:** Eric H. Weinberg
**Sent:** Sunday, November 23, 2008 5:48 PM
**To:** Buchanan, David
**Subject:** FW:

Congratulations on your verdict in the Accutane cases.  Sounds like you guys did a wonderful job on the label.

Fyi re Vioxx...


alzPneum.pdf

**From:** Eric H. Weinberg
**Sent:** Tuesday, December 09, 2008 6:11 PM
**To:** rherman@hhkc.com
**Subject:** Vioxx bone fracture

Russ,

Thank you for coming up to Atlantic City. I hope the rest of your road trip went well and you are home safe and sound.

I have asked my staff to pull together our work product on bone fracture healing issues, as you requested. Here is a brief overview.

I retained Dr. James Patrick O'Connor, a PhD researcher at the University of Medicine and Dentistry of New Jersey, in Newark. Dr. O'Connor is a preeminent investigator on the effects of NSAIDs and Cox-2 inhibitors on fracture healing. His CV and a few of his publications are attached. I have also attached a fairly recent study which suggests there is an increased risk of high trauma fracture in patients with osteoporosis.

In 2000, O'Connor approached Merck to express concern about the possible adverse effects of Vioxx on bone fracture healing, based upon animal studies he was conducting. An internal Merck email, which refers to his call, is attached – O'Connor is discussed at the very beginning of the email.

The bottom line is that Merck chose not to work with Dr. O'Connor to study this potential issue. When he began to publish papers about delays in bone fracture healing in rats (which generated some publicity), Merck created a PR campaign to demean the impact of the data because it was from animal studies, not human studies.

Dr. O'Connor reviewed several documents I put together on this issue. Dr. David Madigan, the biostatistician I retained to analyze Merck's SAS data, has done some analysis of osteoporosis data in Merck clinical studies. There was far more osteoporosis in Vioxx patients than in placebo patients in the 078 study. Dr. Madigan is re-analyzing this data.

It appears that Vioxx may contribute to three inter-related problems. First, Vioxx may cause decrease in bone mineral density, which leads to osteoporosis. Second, osteoporosis is a condition that may increase the risk of both low trauma and high trauma fractures. Third, Vioxx may delay the healing of fractures, resulting in non-unions.

Merck did a study of bone mineral density, called Protocol 083. They also did some retrospective database analyses. Dr. O'Connor has looked at these.

I would be happy to work with you to make this information available. I am still working with Drs. O'Connor and Madigan, so I would prefer to meet and discuss what the overall plan would be. There is more to do to pull this story together.

Regards,

Eric

Eric H. Weinberg
Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, New Jersey 08901
732-246-7080 tel

732-246-1981 fax
ehw@erichweinberg.com



JBJS_89_500        Dawn Mackey        Sundeep Khosla
(2007).pdf      High-Trauma FractureHigh-Trauma Fracture

2008-11-19       July 26, 2000       JBMR_18_585       JOT_19_717
O'Connor CV.pdf  APD0008775 Email fro  (2003).pdf      (2005).pdf

From: Eric H. Weinberg
Sent: Friday, December 12, 2008 12:11 PM
To: 'Lillian Flemming'
Cc: fallon@laed.uscourts.gov; Nathan_Bays@laed.uscourts.gov; Lenny
Davis; Regina Valenti; alevin@lfsblaw.com;
andy.birchfield@beasleyallen.com; cseeger@seegerweiss.com; Eblizzard
(E-mail); pweitz@weitzlux.com; Russ Herman; tgirardi@girardikeese.com;
trafferty@levinlaw.com; wml@lanierlawfirm.com; Russ Herman;
bp@brettpowers.com; Christopher Seeger (PSC) (E-mail 2); Christopher
Seeger (PSC) (E-mail 3); Christopher Vincent Tisi (PSC) (E-mail); David
R. Buchanan (E-mail); Drew Ranier (PSC) (E-mail); Elizabeth Cabraser
(PSC) (E-mail); flonger@lfsblaw.com; Frank Woodson (E-mail); Gerald E.
Meunier (PSC) (E-mail 2); lee.balefsky@klinespecter.com; Mark Robinson
(PSC) (E-mail 2); Mark Robinson (PSC) (E-mail); Michael Wagner @ Seeger
Weiss; Michelle A. Parfitt (E-mail 2); Michelle A. Parfitt (E-mail);
mweinkowitz@lfsblaw.com; P. Leigh O'Dell (E-mail); Paulina do Amaral
(E-mail); Richard J. Arsenault (PSC) (E-mail); Shelly Sanford; Steve
Herman; Thomas Kline (PSC) (E-mail); lynne.mccloskey@klinespecter.com;
ZVioxx Archive; Chris Placitella; 'Sigelman, Daniel'
Subject: RE: Vioxx MDL 1657

Dear Russ,

Thank you for your letter.  I am pleased to share all of our work
product on this issue.  My staff is pulling the materials together, and
I will send them to you next week.

I will arrange meetings with the experts I retained with you, or anyone
else who is working on this issue.  Dr. O'Connor is at UMDNJ in Newark,
and Dr. Madigan is at Columbia University and lives in North Jersey, so
it would make sense to meet in New Jersey.

I am also attaching Dr. Madigan's report, which you referenced in your
letter.  Dr. Madigan was designated as an expert in several of the New
Jersey cases set for trial in January of 2008, and his report was
served on Merck counsel on October 9, 2007.

I did send you the email reproduced below on Tuesday, with several
attachments including Dr. O'Connor's CV, several published articles,
and a Merck internal email concerning Dr. O'Connor's call to Merck on
July 11, 2000 in which he advised that his research suggested that
Vioxx might have deleterious effects on bone fracture healing.

Best regards and happy holidays to all.

Eric Weinberg

David Madigan's
report_scanned.pdf.

**From:** Eric H. Weinberg
**Sent:** Thursday, January 08, 2009 8:38 AM
**To:** Russ Herman
**Cc:** 'Chris Placitella'; 'Seeger, Chris'
**Subject:** Osteoporosis



Bone Fracture
Spreadsheet.xls ...

Russ,

I hope you had a nice holiday.

Attached is a spreadsheet of documents we retrieved related to osteoporosis and fracture healing.  Most of these were provided to our expert Dr. O'Connor for review.  I have recently been in touch with him and with Dr. Madigan.

Would you clarify whether there are there pending claims that Vioxx caused osteoporosis; or that Vioxx caused delays in bone fracture healing; or something else?  Has any work been done in the MDL around these issues?

Thanks.

Regards,

Eric

Exh. A-attchment

From: Eric H. Weinberg
Sent: Thursday, January 15, 2009 5:41 PM
To: Eric H. Weinberg; 'Lillian Flemming'
Cc: 'fallon@laed.uscourts.gov'; 'Nathan_Bays@laed.uscourts.gov'; 'Lenny
Davis'; 'Regina Valenti'; 'alevin@lfsblaw.com';
'andy.birchfield@beasleyallen.com'; 'cseeger@seegerweiss.com';
'Eblizzard (E-mail)'; 'pweitz@weitzlux.com'; 'Russ Herman';
'tgirardi@girardikeese.com'; 'trafferty@levinlaw.com';
'wml@lanierlawfirm.com'; 'Russ Herman'; 'bp@brettpowers.com';
'Christopher Seeger (PSC) (E-mail 2)'; 'Christopher Seeger (PSC) (E-
mail 3)'; 'Christopher Vincent Tisi (PSC) (E-mail)'; 'David R. Buchanan
(E-mail)'; 'Drew Ranier (PSC) (E-mail)'; 'Elizabeth Cabraser (PSC) (E-
mail)'; 'flonger@lfsblaw.com'; 'Frank Woodson (E-mail)'; 'Gerald E.
Meunier (PSC) (E-mail 2)'; 'lee.balefsky@klinespecter.com'; 'Mark
Robinson (PSC) (E-mail 2)'; 'Mark Robinson (PSC) (E-mail)'; 'Michael
Wagner @ Seeger Weiss'; 'Michelle A. Parfitt (PSC) (E-mail 2)'; 'Michelle A.
Parfitt (E-mail)'; 'mweinkowitz@lfsblaw.com'; 'P. Leigh O'Dell (E-
mail)'; 'Paulina do Amaral (E-mail)'; 'Richard J. Arsenault (PSC) (E-
mail)'; 'Shelly Sanford'; 'Steve Herman'; 'Thomas Kline (PSC) (E-
mail)'; 'lynne.mccloskey@klinespecter.com'; 'ZVioxx Archive'; 'Chris
Placitella'; 'Sigelman, Daniel'
Subject: RE: Vioxx MDL 1657


Russ,

The link below pertains to effects of Cox 2 on bone fracture healing.
It was published online today in the Journal of Bone and Mineral
Research.

Regards,

Eric Weinberg

http://insciences.org/article_php?article_id=1464

**From:** Buchanan, David [mailto:dbuchanan@seegerweiss.com]
**Sent:** Tuesday, January 20, 2009 1:41 PM
**To:** Eric H. Weinberg; Grand, Jeff; cplacitella@cprlaw.com
**Subject:** Re: bone

This is great...dovetails nicely w/ everything else in bd of advisors memo.

**From:** Eric H. Weinberg
**To:** Grand, Jeff; Buchanan, David; Chris Placitella
**Sent:** Tue Jan 20 09:57:02 2009
**Subject:** bone
I have learned confidentially that an article has been submitted for publication that shows a greater effect on delay in bone fracture healing by Vioxx than ibuprofen in rats. If it is accepted for publication it will be very helpful to us on the class effect defense to the risk of bone mineral density loss secondary to cox-2 inhibition. The emerging science on bone mineral density is consistent with early concerns and the analyses of the osteoporosis risk in 078. Merck never reported the statistically significant risk of osteoporosis in 078, even in the CSR, where they attributed the difference in risk to chance.

The study referred to in the RMC 1998 document was probably Protocol 083. O'Connor has reviewed it.

I have been reviewing some TPP documents. Has anyone sent any hot documents? My concern is that nobody really knows that osteoporosis and bone density is a risk issue that could play out in our favor.

I would like to co-chair a science committee with someone from your firm and broaden our approach to risk benefit. This would include briefing counsel on issues they could be looking for in document review.

It could be helpful to depose Ford Hutchinson and perhaps a few other Merck people. I understand we want to keep pressure on Merck so any requested discovery should be limited in terms of scope and time required.

Thanks.

Eric H. Weinberg
Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, New Jersey 08901
732-246-7080 tel
732-246-1981 fax
ehw@erichweinberg.com

**From:** Eric H. Weinberg
**Sent:** Tuesday, January 20, 2009 2:16 PM
**To:** Buchanan, David; Grand, Jeff; cplacitella@cprlaw.com
**Subject:** RE: bone

Agreed.

Another issue that might be worth a closer look involved the alternative therapy with an NSAID and a generic PPI. I have pulled some documents and we are scanning them. I will put together a spreadsheet of documents on this issue.

At a Multidisciplinary Advisors meeting in Vail in 2000, Loren Laine told Merck that once PPIs went generic in 2001 the combination therapy might become preferred because it did the same thing as Vioxx, but cheaper. This concern was repeated in the Stejbach email in 2001. The VA published a study in June of 2004 in the Archives – basically that generic PPI + NSAID was preferable therapy to Cox -2s. After the recall, there was some thought given to chasing the Nitric Oxide Vioxx angle. Ford Hutchinson basically admits in the 2004 email that the PPI combination therapy was as good as Vioxx.

I wonder if Merck was seeing the handwriting on the wall in late 2004 when the CV data came in, that they were going to lose market share anyway and so they might as well pull the plug?

If NSAID + PPI was cheaper and just as safe for CV and GI (or even safer) and Merck counter marketed to preserve market share, this could be relevant in the TPP litigation.

**From:** Buchanan, David [mailto:dbuchanan@seegerweiss.com]
**Sent:** Tuesday, January 20, 2009 1:41 PM
**To:** Eric H. Weinberg; Grand, Jeff; cplacitella@cprlaw.com
**Subject:** Re: bone

This is great...dovetails nicely w/ everything else in bd of advisors memo.

**From:** Eric H. Weinberg
**To:** Grand, Jeff; Buchanan, David; Chris Placitella
**Sent:** Tue Jan 20 09:57:02 2009
**Subject:** bone

I have learned confidentially that an article has been submitted for publication that shows a greater effect on delay in bone fracture healing by Vioxx than ibuprofen in rats. If it is accepted for publication it will be very helpful to us on the class effect defense to the risk of bone mineral density loss secondary to cox-2 inhibition. The emerging science on bone mineral density is consistent with early concerns and the analyses of the osteoporosis risk in 078. Merck never reported the statistically significant risk of osteoporosis in 078, even in the CSR, where they attributed the difference in risk to chance.

The study referred to in the RMC 1998 document was probably Protocol 083. O'Connor has reviewed it.

I have been reviewing some TPP documents. Has anyone sent any hot documents? My concern is that nobody really knows that osteoporosis and bone density is a risk issue that could play out in our favor.

I would like to co-chair a science committee with someone from your firm and broaden our approach to risk benefit. This would include briefing counsel on issues they could be looking for in document review.

It could be helpful to depose Ford Hutchinson and perhaps a few other Merck people. I understand we want to keep pressure on Merck so any requested discovery should be limited in terms of scope and time required.

Thanks.

Eric H. Weinberg
Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, New Jersey 08901
732-246-7080 tel
732-246-1981 fax
ehw@erichweinberg.com

(Note: Attachments Stejbach 2001 and Reicin 2004 PPI emails

**From:** Eric H. Weinberg
**Sent:** Thursday, January 29, 2009 10:30 AM
**To:** Jeremy Colby; RichFreese@aol.com; chaffin@bernlieb.com; sbossier@bossier-law.com;
Daniel Sigelman; Daniel Sigelman; Chris Placitella; mschultz@cprlaw.com; scohen@cprlaw.com;
wmarvin@cprlaw.com; amarks@crowell.com; RRhoad@crowell.com; rdassow@hovdelaw.com;
Huntingcreek@insightbb.com; jkeefe@keefebartels.com; EMJ@lanierlawfirm.com;
rdm@lanierlawfirm.com; Pdoamaral@lchb.com; GLawrence@lowey.com; DPaolicelli@lpklaw.com;
js5@rawlingsandassociates.com; mms@rawlingsandassociates.com; Chris Seeger; David
Buchanan; Jeff Grand; dcohen@smbb.com; tlieverman@srk-law.com;
asubramanian@susmangodfrey.com; bcarmody@susmangodfrey.com;
jgrinstein@susmangodfrey.com; lwhite@susmangodfrey.com; tnagy@susmangodfrey.com;
Michael McClaren; jlipofsky@zsz.com; pkleidman@zsz.com
**Cc:** Stefanie Glasser
**Subject:** RE: In re Vioxx TPP

Jeremy,

I am interested in subjects covered in the attached document. Feel free to contact me with any
questions.

Regards,

Eric Weinberg

732-246-7080 t

ehw@erichweinberg.com


**From:** Jeremy Colby [mailto:JColby@websterszanyi.com]
**Sent:** Wednesday, January 21, 2009 4:17 PM
**To:** RichFreese@aol.com; chaffin@bernlieb.com; sbossier@bossier-law.com; Daniel Sigelman;
Daniel Sigelman; Chris Placitella; mschultz@cprlaw.com; scohen@cprlaw.com;
wmarvin@cprlaw.com; amarks@crowell.com; RRhoad@crowell.com; Eric H. Weinberg;
rdassow@hovdelaw.com; Huntingcreek@insightbb.com; jkeefe@keefebartels.com;
EMJ@lanierlawfirm.com; rdm@lanierlawfirm.com; Pdoamaral@lchb.com;
GLawrence@lowey.com; DPaolicelli@lpklaw.com; js5@rawlingsandassociates.com;
mms@rawlingsandassociates.com; Chris Seeger; David Buchanan; Jeff Grand;
dcohen@smbb.com; tlieverman@srk-law.com; asubramanian@susmangodfrey.com;
bcarmody@susmangodfrey.com; jgrinstein@susmangodfrey.com; lwhite@susmangodfrey.com;
tnagy@susmangodfrey.com; Michael McClaren; jlipofsky@zsz.com; pkleidman@zsz.com
**Cc:** Stefanie Glasser
**Subject:** RE: In re Vioxx TPP

Dear Jeff,

A few calls ago, we discussed certain BCBS documents that you reviewed that may be relevant when considering BCBS entities as trial candidates.  Can you please circulate these documents?  Also, do you have a draft of a document that will serve as the guidepost for attorneys reviewing Merck documents for list of assignments you circulated previously?  Thank you.

Best,

Jeremy

Jeremy A. Colby
Partner

WEBSTER SZANYI LLP
 Attorneys at Law

1400 Liberty Building
Buffalo, New York  14202
Tel - 716-842-2800
Fax -716-845-6709
E-mail jcolby@websterszanyi.com
www.abuffalolawyer.blogspot.com
www.websterszanyi.com

(Note:  Guideline Memo attached)

Exh. A-attchment

-----Original Message-----
From: Eric H. Weinberg
Sent: Monday, February 23, 2009 9:39 AM
To: 'Lenny Davis'
Cc: Russ Herman
Subject: Dennis Harrison case

Lenny,

I have been in touch a few times with Mr. Harrison.  He advises me that
he is facing a deadline of some sort with respect to an expert
designation.  I am not sure what he means.

I have been working for the past couple of years with Dr. J. Patrick
O'Connor, a leading bone researcher at UMDNJ, who approached Merck in
2000 to advise that his research suggested a potential problem with
bone fracture healing related to Vioxx. (Merck blew him off.) Dr.
O'Connor is a PhD, not a medical doctor, and therefore would be
challenged as to any causation opinion he might render regarding Mr.
Harrison's case.  I have made some inquiries to find a medical doctor
who is conversant in bone fracture healing issues related to Cox-2
inhibition, and who is willing to assist Mr. Harrison.

So far, one leading doctor in this area (O'Keefe, at Rochester) has
declined to become involved (perhaps relatedly, he has worked as a paid
consultant to Merck.)  I am waiting to hear back from two others who
have sufficient understanding of bone metabolism to render an opinion
for Mr. Harrison, if they are willing to be engaged.

If so I would assist in getting records to them, though I have not
advised Mr. Harrison that I would represent him in his case.  He would
have to retain the expert directly.

Please let me know if you need any further information for the Court's
assistance regarding Mr. Harrison's case.

Regards,

Eric

ps I believe that the evidence I have developed in this area will be
very helpful in any Vioxx third party payor cases against Merck, as
issues of risk and benefit should clearly not be limited to
cardiovascular thrombotic risk in those cases.  I previously sent Russ
a fairly detailed spread sheet of the key bone issue documents I have
culled from the New Jersey Concordance database, along with articles I
identified in my research on the scientific issues.  I have analyzed
other risks which became statistically signficant in the Alzheimer's
Study data.  Please let me know if you are interested in this work in
connection with the Vioxx TPP cases.  E

-----Original Message-----
From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Friday, January 23, 2009 2:18 PM
To: Eric H. Weinberg
Cc: Russ Herman

Subject: RE: Vioxx MDL 1657

The psc prepared a trial package that is full of info on prepping and trying vioxx cases. As to specific bone issues I am not aware of any materials. That said there is generic info however, motions in limine, depos,journal articles,etc. Also in the depository there are literally millions of pages of discovery responses from merk that may deal with bone issues

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

-----Original Message-----
From: Eric H. Weinberg [mailto:ehw@erichweinberg.com]
Sent: Wednesday, January 21, 2009 8:20 AM
To: Lenny Davis
Subject: RE: Vioxx MDL 1657

Lenny,

Would you please advise if there is any work product in the MDL related to osteoporosis and bone fracture healing?  I would like to have a sense of what is out there in addition to the materials I've put together, in case Mr. Harrison contacts me and has questions.

Would you also please send me the table of contents for the MDL Trial Package?  It appears that I have one and maybe several cases that will not participate in the settlement program.

Thanks,

Eric

-----Original Message-----
From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Tuesday, January 20, 2009 3:18 PM
To: Eric H. Weinberg
Subject: RE: Vioxx MDL 1657

Mr harrisons email is "dharrison6@hvc.rr.com"

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information
intended solely for the addressee. Please do not read, copy, or
disseminate it unless you are the addressee. If you have received it in
error, please call us (collect) immediately at (504) 581-4892 and ask
to speak with the message sender. Also, we would appreciate your
forwarding the message back to us and deleting it from your system.
Thank you.


CONFIDENTIAL ATTORNEY WORK PRODUCT


-----Original Message-----
From: Eric H. Weinberg [mailto:ehw@erichweinberg.com]
Sent: Friday, January 16, 2009 10:49 AM
To: Lenny Davis
Subject: RE: Vioxx MDL 1657

Lenny,

Who is Mr. Harrison?

Eric

-----Original Message-----
From: Lenny Davis [mailto:LDAVIS@hhkc.com]
Sent: Friday, January 16, 2009 10:47 AM
To: Eric H. Weinberg; Lillian Flemming
Cc: fallon@laed.uscourts.gov; Nathan_Bays@laed.uscourts.gov; Regina
Valenti; alevin@lfsblaw.com; andy.birchfield@beasleyallen.com;
cseeger@seegerweiss.com; Eblizzard (E-mail); pweitz@weitzlux.com; Russ
Herman; tgirardi@girardikeese.com; trafferty@levinlaw.com;
wml@lanierlawfirm.com; Russ Herman; bp@brettpowers.com; Christopher
Seeger (PSC) (E-mail 2); Christopher Seeger (PSC) (E-mail 3);
Christopher Vincent Tisi (PSC) (E-mail); David R. Buchanan (E-mail);
Drew Ranier (PSC) (E-mail); Elizabeth Cabraser (PSC) (E-mail);
flonger@lfsblaw.com; Frank Woodson (E-mail); Gerald E. Meunier (PSC)
(E-mail 2); lee.balefsky@klinespecter.com; Mark Robinson (PSC) (E-mail
2); Mark Robinson (PSC) (E-mail); Michael Wagner @ Seeger Weiss;
Michelle A. Parfitt (E-mail 2); Michelle A. Parfitt (E-mail);
mweinkowitz@lfsblaw.com; P. Leigh O'Dell (E-mail); Paulina do Amaral
(E-mail); Richard J. Arsenault (PSC) (E-mail); Shelly Sanford; Steve
Herman; Thomas Kline (PSC) (E-mail); lynne.mccloskey@klinespecter.com;
ZVioxx Archive; Chris Placitella; Sigelman, Daniel
Subject: RE: Vioxx MDL 1657

Please send this to mr Harrison. He may want assistance and your representation.

Leonard A. Davis
Attorney at Law
Herman, Herman, Katz & Cotlar LLP
Herman  Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

-----Original Message-----
From: Eric H. Weinberg [mailto:ehw@erichweinberg.com]
Sent: Thursday, January 15, 2009 4:41 PM
To: Eric H. Weinberg; Lillian Flemming
Cc: fallon@laed.uscourts.gov; Nathan_Bays@laed.uscourts.gov; Lenny Davis; Regina Valenti; alevin@lfsblaw.com; andy.birchfield@beasleyallen.com; cseeger@seegerweiss.com; Eblizzard (E-mail); pweitz@weitzlux.com; Russ Herman; tgirardi@girardikeese.com; trafferty@levinlaw.com; wml@lanierlawfirm.com; Russ Herman; bp@brettpowers.com; Christopher Seeger (PSC) (E-mail 2); Christopher Seeger (PSC) (E-mail 3); Christopher Vincent Tisi (PSC) (E-mail); David R. Buchanan (E-mail); Drew Ranier (PSC) (E-mail); Elizabeth Cabraser (PSC) (E-mail); flonger@lfsblaw.com; Frank Woodson (E-mail); Gerald E. Meunier (PSC) (E-mail 2); lee.balefsky@klinespecter.com; Mark Robinson (PSC) (E-mail 2); Mark Robinson (PSC) (E-mail); Michael Wagner @ Seeger Weiss; Michelle A. Parfitt (E-mail 2); Michelle A. Parfitt (E-mail); mweinkowitz@lfsblaw.com; P. Leigh O'Dell (E-mail); Paulina do Amaral (E-mail); Richard J. Arsenault (PSC) (E-mail); Shelly Sanford; Steve Herman; Thomas Kline (PSC) (E-mail); lynne.mccloskey@klinespecter.com; ZVioxx Archive; Chris Placitella; Sigelman, Daniel
Subject: RE: Vioxx MDL 1657

Russ,

The link below pertains to effects of Cox 2 on bone fracture healing. It was published online today in the Journal of Bone and Mineral Research.

Regards,

Eric Weinberg

http://insciences.org/article.php?article_id=1464

-----Original Message-----
From: Eric H. Weinberg
Sent: Friday, December 12, 2008 12:11 PM
To: 'Lillian Flemming'
Cc: fallon@laed.uscourts.gov; Nathan_Bays@laed.uscourts.gov; Lenny
Davis; Regina Valenti; alevin@lfsblaw.com;
andy.birchfield@beasleyallen.com; cseeger@seegerweiss.com; Eblizzard
(E-mail); pweitz@weitzlux.com; Russ Herman; tgirardi@girardikeese.com;
trafferty@levinlaw.com; wml@lanierlawfirm.com; Russ Herman;
bp@brettpowers.com; Christopher Seeger (PSC) (E-mail 2); Christopher
Seeger (PSC) (E-mail 3); Christopher Vincent Tisi (PSC) (E-mail); David
R. Buchanan (E-mail); Drew Ranier (PSC) (E-mail); Elizabeth Cabraser
(PSC) (E-mail); flonger@lfsblaw.com; Frank Woodson (E-mail); Gerald E.
Meunier (PSC) (E-mail 2); lee.balefsky@klinespecter.com; Mark Robinson
(PSC) (E-mail 2); Mark Robinson (PSC) (E-mail); Michael Wagner @ Seeger
Weiss; Michelle A. Parfitt (E-mail 2); Michelle A. Parfitt (E-mail);
mweinkowitz@lfsblaw.com; P. Leigh O'Dell (E-mail); Paulina do Amaral
(E-mail); Richard J. Arsenault (PSC) (E-mail); Shelly Sanford; Steve
Herman; Thomas Kline (PSC) (E-mail); lynne.mccloskey@klinespecter.com;
ZVioxx Archive; Chris Placitella; 'Sigelman, Daniel'
Subject: RE: Vioxx MDL 1657

Dear Russ,

Thank you for your letter.  I am pleased to share all of our work
product on this issue.  My staff is pulling the materials together, and
I will send them to you next week.

I will arrange meetings with the experts I retained with you, or anyone
else who is working on this issue.  Dr. O'Connor is at UMDNJ in Newark,
and Dr. Madigan is at Columbia University and lives in North Jersey, so
it would make sense to meet in New Jersey.

I am also attaching Dr. Madigan's report, which you referenced in your
letter.  Dr. Madigan was designated as an expert in several of the New
Jersey cases set for trial in January of 2008, and his report was
served on Merck counsel on October 9, 2007.

I did send you the email reproduced below on Tuesday, with several
attachments including Dr. O'Connor's CV, several published articles,
and a Merck internal email concerning Dr. O'Connor's call to Merck on
July 11, 2000 in which he advised that his research suggested that
Vioxx might have deleterious effects on bone fracture healing.

Best regards and happy holidays to all.

Eric Weinberg


From: Eric H. Weinberg
Sent: Tuesday, December 09, 2008 6:11 PM
To: rherman@hhkc.com
Subject: Vioxx bone fracture

Russ,

Thank you for coming up to Atlantic City.  I hope the rest of your road trip went well and you are home safe and sound.

I have asked my staff to pull together our work product on bone fracture healing issues, as you requested.  Here is a brief overview.

I retained Dr. James Patrick O'Connor, a PhD researcher at the University of Medicine and Dentistry of New Jersey, in Newark.  Dr. O'Connor is a preeminent investigator on the effects of NSAIDs and Cox-2 inhibitors on fracture healing.  His CV and a few of his publications are attached.  I have also attached a fairly recent study which suggests there is an increased risk of high trauma fracture in patients with osteoporosis.

In 2000, O'Connor approached Merck to express concern about the possible adverse effects of Vioxx on bone fracture healing, based upon animal studies he was conducting.  An internal Merck email, which refers to his call, is attached - O'Connor is discussed at the very beginning of the email.

The bottom line is that Merck chose not to work with Dr. O'Connor to study this potential issue.  When he began to publish papers about delays in bone fracture healing in rats (which generated some publicity), Merck created a PR campaign to demean the impact of the data because it was from animal studies, not human studies.

Dr. O'Connor reviewed several documents I put together on this issue. Dr. David Madigan, the biostatistician I retained to analyze Merck's SAS data, has done some analysis of osteoporosis data in Merck clinical studies.  There was far more osteoporosis in Vioxx patients than in placebo patients in the 078 study.  Dr. Madigan is re-analyzing this data.

It appears that Vioxx may contribute to three inter-related problems. First, Vioxx may cause decrease in bone mineral density, which leads to osteoporosis.  Second, osteoporosis is a condition that may increase the risk of both low trauma and high trauma fractures.  Third, Vioxx may delay the healing of fractures, resulting in non-unions.

Merck did a study of bone mineral density, called Protocol 083.  They also did some retrospective database analyses    Dr. O'Connor has looked
at these.

I would be happy to work with you to make this information available. I am still working with Drs. O'Connor and Madigan, so I would prefer to meet and discuss what the overall plan would be.  There is more to do to pull this story together.

Regards,

Eric

Eric H. Weinberg
Law Offices of Eric H. Weinberg
149 Livingston Avenue

New Brunswick, New Jersey 08901
732-246-7080 tel
732-246-1981 fax
ehw@erichweinberg.com


-----Original Message-----
From: Lillian Flemming [mailto:LFLEMMING@hhkc.com]
Sent: Thursday, December 11, 2008 11:51 AM
To: Eric H. Weinberg
Cc: fallon@laed.uscourts.gov; Nathan_Bays@laed.uscourts.gov; Lenny
Davis; Regina Valenti; alevin@lfsblaw.com;
andy.birchfield@beasleyallen.com; cseeger@seegerweiss.com; Eblizzard
(E-mail); pweitz@weitzlux.com; Russ Herman; tgirardi@girardikeese.com;
trafferty@levinlaw.com; wml@lanierlawfirm.com; Russ Herman;
bp@brettpowers.com; Christopher Seeger (PSC) (E-mail 2); Christopher
Seeger (PSC) (E-mail 3); Christopher Vincent Tisi (PSC) (E-mail); David
R. Buchanan (E-mail); Drew Ranier (PSC) (E-mail); Elizabeth Cabraser
(PSC) (E-mail); flonger@lfsblaw.com; Frank Woodson (E-mail); Gerald E.
Meunier (PSC) (E-mail 2); lee.balefsky@klinespecter.com; Mark Robinson
(PSC) (E-mail 2); Mark Robinson (PSC) (E-mail); Michael Wagner @ Seeger
Weiss; Michelle A. Parfitt (E-mail 2); Michelle A. Parfitt (E-mail);
mweinkowitz@lfsblaw.com; P. Leigh O'Dell (E-mail); Paulina do Amaral
(E-mail); Richard J. Arsenault (PSC) (E-mail); Shelly Sanford; Steve
Herman; Thomas Kline (PSC) (E-mail); lynne.mccloskey@klinespecter.com;
ZVioxx Archive
Subject: Vioxx MDL 1657


Please see attached from Russ M. Herman.

Lillian M. Flemming
Legal Assistant to Leonard A. Davis
and Stephen J. Herman
Herman, Herman, Katz & Cotlar, LLP
Herman Gerel, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113
504-581-4892
504-561-6024 (Fax)
<http://www.hhkc.com/>

This e-mail message contains confidential, privileged information
intended solely for the addressee. Please do not read, copy, or
disseminate it unless you are the addressee. If you have received it in
error, please call us (collect) immediately at (504) 581-4892 and ask
to speak with the message sender. Also, we would appreciate your
forwarding the message back to us and deleting it from your system.
Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT

Exh. A-attchment

**From:** Eric H. Weinberg
**Sent:** Friday, March 20, 2009 11:55 AM
**To:** Gross, Jennie; Grand, Jeff; rdm@lanierlawfirm.com; EMJ@lanierlawfirm.com; Rob Dassow; Susanne Scovern; Joseph S. Grinstein; Arun Subramanian; Bill Carmody; DPaolicelli@lpklaw.com; Melissa Stewart; Roxanne DeFrancesco; do Amaral, Paulina; RRhoad@crowell.com; mschultz@cprlaw.com; cplacitella@cprlaw.com
**Cc:** Buchanan, David; Glasser, Stefanie; Foreman, Melanie
**Subject:** RE: In re Vioxx TPP

Emails relevant to Protocol 136 and PPI + NSAID alternative to Vioxx.


(Note:  Attached documents regarding subject)

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Thursday, March 26, 2009 11:19 AM
To: Eric H. Weinberg
Subject:

Where r u guys?


From: Eric H. Weinberg
Sent: Tuesday, March 24, 2009 9:15 PM
To: Eric H. Weinberg; 'Jeremy Colby'; 'RichFreese@aol.com';
'chaffin@bernlieb.com'; 'sbossier@bossier-law.com';
'dsigelman@CMHT.com'; 'dsigelman@cohenmilstein.com';
'cplacitella@cprlaw.com'; 'mschultz@cprlaw.com'; 'scohen@cprlaw.com';
'wmarvin@cprlaw.com'; 'amarks@crowell.com'; 'RRhoad@crowell.com';
'rdassow@hovdelaw.com'; 'Huntingcreek@insightbb.com';
'jkeefe@keefebartels.com'; 'EMJ@lanierlawfirm.com';
'rdm@lanierlawfirm.com'; 'Pdoamaral@lchb.com'; 'GLawrence@lowey.com';
'DPaolicelli@lpklaw.com'; 'js5@rawlingsandassociates.com';
'mms@rawlingsandassociates.com'; 'cseeger@seegerweiss.com';
'dbuchanan@seegerweiss.com'; 'jgrand@seegerweiss.com';
'dcohen@smbb.com'; 'tlieverman@srk-law.com';
'asubramanian@susmangodfrey.com'; 'bcarmody@susmangodfrey.com';
'jgrinstein@susmangodfrey.com'; 'lwhite@susmangodfrey.com';
'tnagy@susmangodfrey.com'; 'Michael McClaren'; 'jlipofsky@zsz.com';
'pkleidman@zsz.com'; Sigelman, Daniel
Cc: 'SGlasser@seegerweiss.com'; Margaret Rheinstadter
Subject: RE: In re Vioxx TPP - document review & other adverse events

We have made arrangements to meet at Fox Rothschild, 1301 Atlantic
Avenue #400 (which is across the square from the court house) after the
CMC on Thursday.

The agenda will be the list of topics I circulated plus the comments
from Diane and Joe plus the damages issues raised in the
Kleinman/Martin Memorandum of Decision.

Please confirm your attendance so your name will be on the
receptionist's list.

Thanks.

**From:** Buchanan, David [mailto:dbuchanan@seegerweiss.com]
**Sent:** Sunday, March 29, 2009 10:32 PM
**To:** Eric H. Weinberg; Grand, Jeff
**Subject:** Re: Australia

We're in tomorrow

**From**: Eric H. Weinberg
**To**: Eric H. Weinberg ; Buchanan, David; Grand, Jeff
**Sent**: Sun Mar 29 21:06:56 2009
**Subject**: RE: Australia

This is important.

I have spent time this weekend in the database and I do not see the Protocol, the original DAP, or the CSR for 091.

Can we talk on Monday or soon this week?  I would like to find all of the versions of these documents asap.

Thanks.

**From:** Eric H. Weinberg
**Sent:** Friday, March 27, 2009 1:53 PM
**To:** dbuchanan@seegerweiss.com; Grand, Jeff
**Subject:** Australia

Do you have the Protocol for Study 091?  I thought I did but I cannot find it here or in Concordance.  Madigan is getting ready and asked for it.

I will need that document for Reines anyway, so if you dont have it would you please ask Merck to identify the Bates range of the original, or produce it if they havent already?

Thanks.

From: Eric H. Weinberg
Sent: Wednesday, April 01, 2009 9:34 AM
To: 'Joseph S. Grinstein'; Diane Paolicelli; Jeremy Colby;
RichFreese@aol.com; chaffin@bernlieb.com; sbossier@bossier-law.com;
dsigelman@CMHT.com; dsigelman@cohenmilstein.com;
cplacitella@cprlaw.com; mschultz@cprlaw.com; scohen@cprlaw.com;
wmarvin@cprlaw.com; amarks@crowell.com; RRhoad@crowell.com;
rdassow@hovdelaw.com; Huntingcreek@insightbb.com;
jkeefe@keefebartels.com; EMJ@lanierlawfirm.com; rdm@lanierlawfirm.com;
Pdoamaral@lchb.com; GLawrence@lowey.com; js5@rawlingsandassociates.com;
mms@rawlingsandassociates.com; cseeger@seegerweiss.com;
dbuchanan@seegerweiss.com; jgrand@seegerweiss.com; dcohen@smbb.com;
tlieverman@srk-law.com; Arun Subramanian; Bill Carmody; Lexie White;
Tibor L. Nagy; Michael McClaren; jlipofsky@zsz.com; pkleidman@zsz.com
Cc: SGlasser@seegerweiss.com
Subject: RE: In re Vioxx TPP - document review & other adverse events

Enclosed please find a draft of the summary of our meeting last week.

Coordination on depositions and documents going forward would be
helpful.

Thanks.

-----Original Message-----
From: Joseph S. Grinstein [mailto:jgrinstein@susmangodfrey.com]
Sent: Thursday, March 05, 2009 12:21 PM
To: Diane Paolicelli; Eric H. Weinberg; Jeremy Colby;
RichFreese@aol.com; chaffin@bernlieb.com; sbossier@bossier-law.com;
dsigelman@CMHT.com; dsigelman@cohenmilstein.com;
cplacitella@cprlaw.com; mschultz@cprlaw.com; scohen@cprlaw.com;
wmarvin@cprlaw.com; amarks@crowell.com; RRhoad@crowell.com;
rdassow@hovdelaw.com; Huntingcreek@insightbb.com;
jkeefe@keefebartels.com; EMJ@lanierlawfirm.com; rdm@lanierlawfirm.com;
Pdoamaral@lchb.com; GLawrence@lowey.com; js5@rawlingsandassociates.com;
mms@rawlingsandassociates.com; cseeger@seegerweiss.com;
dbuchanan@seegerweiss.com; jgrand@seegerweiss.com; dcohen@smbb.com;
tlieverman@srk-law.com; Arun Subramanian; Bill Carmody; Lexie White;
Tibor L. Nagy; Michael McClaren; jlipofsky@zsz.com; pkleidman@zsz.com
Cc: SGlasser@seegerweiss.com
Subject: RE: In re Vioxx TPP - document review & other adverse events

The SG group has a good damages expert, so we will take the laboring
oar on that ultimate issue, among other issues.

-----Original Message-----
From: Diane Paolicelli [mailto:DPaolicelli@lpklaw.com]
Sent: Thursday, March 05, 2009 10:59 AM
To: Eric H. Weinberg; Jeremy Colby; RichFreese@aol.com;
chaffin@bernlieb.com; sbossier@bossier-law.com; dsigelman@CMHT.com;
dsigelman@cohenmilstein.com; cplacitella@cprlaw.com;
mschultz@cprlaw.com; scohen@cprlaw.com; wmarvin@cprlaw.com;
amarks@crowell.com; RRhoad@crowell.com; rdassow@hovdelaw.com;
Huntingcreek@insightbb.com; jkeefe@keefebartels.com;
EMJ@lanierlawfirm.com; rdm@lanierlawfirm.com; Pdoamaral@lchb.com;
GLawrence@lowey.com; js5@rawlingsandassociates.com;
mms@rawlingsandassociates.com; cseeger@seegerweiss.com;

dbuchanan@seegerweiss.com; jgrand@seegerweiss.com; dcohen@smbb.com;
tlieverman@srk-law.com; Arun Subramanian; Bill Carmody; Joseph S.
Grinstein; Lexie White; Tibor L. Nagy; Michael McClaren;
jlipofsky@zsz.com; pkleidman@zsz.com
Cc: SGlasser@seegerweiss.com
Subject: RE: In re Vioxx TPP - document review & other adverse events

Eric:

Thanks for stepping in to organize this.

I've reviewed your list with my colleagues, and we (LPK and C&M)
believe that we can be most useful developing experts to explain the
role of third party payors (insurers/unions)in the purchase and payment
of prescriptions, and how Merck's fraud was directed at victimizing our
clients; this would include issues of Formulary Placement; Pharmaco-
economics and Marketing and would likely take a couple of experts to do
this. We also have a cardiology expert that we are working with.

It seems to Bob Rhoad and I that we need to begin to focus on Merck's
marketing fraud on the doctors and consumers as an essential lynchpin
of Merck's scheme to rip off our TPP clients, who Merck well knew were
the ones who'd be footing the bill. No drug (even one approved by the
FDA) gets purchased unless a physician prescribes it. So it seems to us
that even clients with open formularies that required them to pay for
any FDA approved drug, can show damages as a consequence of Merck's
lies to the physicians/consumers. (In downplaying the role of the FDA
and reaffirming the manufacturers' duties to warn the Wyeth decision
yesterday is helpful) In any event, we'd like to work on developing
expert testimony to explain all this...

I had indicated last week to Dave and Paulina that I'd be happy to be
involved in the "legal" committee as well. We had specifically talked
about the legal support for damages based on fraud on
doctors/consumers, and we've begun to look at that.

And we are open to helping out as needed with document review and other
things....

Thanks again.


Diane Paolicelli
Levy Phillips & Konigsberg, LLP
800 Third Avenue
New York, NY 10022
212-605-6250
dpaolicelli@lpklaw.com

**From:** David Madigan [mailto:davidbmadigan@gmail.com]
**Sent:** Friday, May 01, 2009 8:07 AM
**To:** Buchanan, David
**Cc:** Grand, Jeff; Eric H. Weinberg
**Subject:** Re: marks

I mislead you too by saying he's from Alabama - in fact Marks is from Florida. D.

On Fri, May 1, 2009 at 7:14 AM, Buchanan, David <dbuchanan@seegerweiss.com>
wrote:

I mis-remembered the name.  The UAB biostat they named in our Humeston trial was George
Howard, not Marks.

**From:** David Madigan [mailto:davidbmadigan@gmail.com]
**Sent:** Thursday, April 30, 2009 8:05 PM
**To:** Grand, Jeff
**Cc:** ehw@erichweinberg.com; Buchanan, David
**Subject:** Re: marks

Did the Marks depo show up? Regards, David

On Tue, Apr 28, 2009 at 10:03 PM, Grand, Jeff <jgrand@seegerweiss.com> wrote:

I won't be in the office until tomorrow afternoon. Is that too late to get it to you?

---

**From:** Eric H. Weinberg
**To:** David Madigan
**Cc:** Buchanan, David; Grand, Jeff
**Sent:** Tue Apr 28 21:59:49 2009
**Subject:** RE: marks

Dave/Jeff can you help?  We need deposition and exhibits.  Thanks, Eric

---

**From:** David Madigan [mailto:davidbmadigan@gmail.com]
**Sent:** Tuesday, April 28, 2009 9:20 PM
**To:** Eric H. Weinberg
**Subject:** marks

Hi Eric, Dave Buchanan told me that Marks was deposed

in the US litigation. Can you lay your hands on his

deposition? Thanks, David

**From:** Joseph S. Grinstein [mailto:jgrinstein@susmangodfrey.com]
**Sent:** Tuesday, May 05, 2009 11:51 AM
**To:** Grand, Jeff; Buchanan, David
**Cc:** Arun Subramanian; Tibor L. Nagy; DPaolicelli@lpklaw.com; mschultz@cprlaw.com; Eric H. Weinberg
**Subject:** RE: [44SW88] - RE: In re Vioxx TPP - Found word(s) pharmacy list error in the Text body

I think they are science depos mainly, but I defer to Eric/Mark.

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Tuesday, May 05, 2009 10:45 AM
**To:** Joseph S. Grinstein; Buchanan, David
**Cc:** Arun Subramanian; Tibor L. Nagy; DPaolicelli@lpklaw.com; mschultz@cprlaw.com; ehw@erichweinberg.com
**Subject:** Re: [44SW88] - RE: In re Vioxx TPP - Found word(s) pharmacy list error in the Text body

I'm taking Bounanno in a week--he's on the dep schedule. What's the significance of the remaining witnesses on the list?

**From:** Joseph S. Grinstein
**To:** Grand, Jeff; Buchanan, David
**Cc:** Arun Subramanian ; Tibor L. Nagy ; DPaolicelli@lpklaw.com ; Mark C. Schultz ; Eric H. Weinberg
**Sent:** Tue May 05 10:34:55 2009
**Subject:** [44SW88] - RE: In re Vioxx TPP - Found word(s) pharmacy list error in the Text body
Dave/Jeff --

Would you like to ask for these depos?  If not, I will do so today.

Thanks,
Joe

**From:** Joseph S. Grinstein
**Sent:** Friday, May 01, 2009 10:49 AM
**To:** Mark C. Schultz; Eric H. Weinberg
**Cc:** Arun Subramanian; Tibor L. Nagy; Buchanan, David; DPaolicelli@lpklaw.com; 'Grand, Jeff'
**Subject:** RE: In re Vioxx TPP

Dave/Jeff --

Please request these from Merck, or, if you would like, I will do so.

Thanks,
Joe

Exh. A-attchment

**From:** Mark C. Schultz [mailto:mschultz@cprlaw.com]
**Sent:** Friday, May 01, 2009 10:34 AM
**To:** Joseph S. Grinstein; Eric H. Weinberg
**Cc:** Arun Subramanian; Tibor L. Nagy; Buchanan, David; DPaolicelli@lpklaw.com; 'Grand, Jeff'
**Subject:** RE: In re Vioxx TPP

Paulette Lewis
Tom Buonanno
Matt Strassburger
Dr. Calder
Erik Hart

Mark C. Schultz, Esquire
Cohen, Placitella & Roth
2001 Market Street
Suite 2900
Philadelphia, PA 19103
215.567.3500

## CONFIDENTIALITY NOTICE:

This message is confidential and may contain attorney-work product, attorney-client communications, and other privileged information. Only the person to whom it is addressed should read or use it. If you are not the intended recipient, please notify us by replying to the sender or calling us at (888) 375-7600. Then please delete this message immediately; no copying, forwarding, or other use is allowed.

**From:** Joseph S. Grinstein [mailto:jgrinstein@susmangodfrey.com]
**Sent:** Wednesday, April 29, 2009 5:03 PM
**To:** Eric H. Weinberg; Mark C. Schultz
**Cc:** Arun Subramanian; Tibor L. Nagy
**Subject:** RE: In re Vioxx TPP

Do y'all have a wish list for additional depos?   I recall Eric at least had been thinking about some additional science depos.

We'd like to ask for them from Merck ASAP.   We will help you with the burden of taking them.

**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Wednesday, April 29, 2009 3:30 PM
**To:** Joseph S. Grinstein; Diane Paolicelli; Mark C. Schultz; Grand, Jeff; rdm@lanierlawfirm.com; EMJ@lanierlawfirm.com; rdassow@hovdelaw.com; SScovern@audetlaw.com; Arun Subramanian;

Bill Carmody; Melissa Stewart; Roxanne DeFrancesco; Pdoamaral@lchb.com; jgross@lchb.com;
RRhoad@crowell.com; Chris Placitella; Lexie White; Tridgell, Amy; Tibor L. Nagy
**Cc:** Seeger, Chris; Glasser, Stefanie; Foreman, Melanie; Buchanan, David
**Subject:** RE: In re Vioxx TPP

Joe,

Thank you.

Eric

**From:** Joseph S. Grinstein [mailto:jgrinstein@susmangodfrey.com]
**Sent:** Wednesday, April 29, 2009 11:56 AM
**To:** Eric H. Weinberg; Diane Paolicelli; Mark C. Schultz; Grand, Jeff; rdm@lanierlawfirm.com;
EMJ@lanierlawfirm.com; rdassow@hovdelaw.com; SScovern@audetlaw.com; Arun Subramanian;
Bill Carmody; Melissa Stewart; Roxanne DeFrancesco; Pdoamaral@lchb.com; jgross@lchb.com;
RRhoad@crowell.com; Chris Placitella; Lexie White; Tridgell, Amy; Tibor L. Nagy
**Cc:** Seeger, Chris; Glasser, Stefanie; Foreman, Melanie; Buchanan, David
**Subject:** RE: In re Vioxx TPP

Until such time as we have a more formal process for sharing
depositions, we absolutely need to circulate transcripts via email.

Attached is the transcript of Chris Haney, if people haven't seen it yet.

I have also attached the two transcripts of Ben Zelman, VP of Pharmacy
Benefits at MMOH.   I believe his is the first "substantive" deposition that
Merck has taken of the TPPs, so it may be of some use to you in
preparing your own clients.

**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Wednesday, April 29, 2009 5:59 AM
**To:** Diane Paolicelli; Mark C. Schultz; Grand, Jeff; rdm@lanierlawfirm.com;
EMJ@lanierlawfirm.com; rdassow@hovdelaw.com; SScovern@audetlaw.com; Joseph S.
Grinstein; Arun Subramanian; Bill Carmody; Melissa Stewart; Roxanne DeFrancesco;
Pdoamaral@lchb.com; jgross@lchb.com; RRhoad@crowell.com; Chris Placitella; Lexie White;
Tridgell, Amy
**Cc:** Seeger, Chris; Glasser, Stefanie; Foreman, Melanie; Buchanan, David
**Subject:** RE: In re Vioxx TPP

Can we lodge these depositions and exhibits on a server somewhere so they are easily
accessible?

At the Shalaby deposition we heard about a Dr. Calder, who was a Merck employee charged with
providing medical information to Medco.  It is not clear to me that we have established the
hierarchy of how medical information was delivered to managed care customers.

The testimony Diane has summarized seems somewhat inconsistent with what I recall of Shalaby's testimony – that the NAEs were the folks who were answering the medical questions unless they needed Dr. Calder or someone like him to get involved.

Thanks Diane.

**From:** Diane Paolicelli [mailto:DPaolicelli@lpklaw.com]
**Sent:** Tuesday, April 28, 2009 12:49 PM
**To:** Mark C. Schultz; Grand, Jeff; rdm@lanierlawfirm.com; EMJ@lanierlawfirm.com; rdassow@hovdelaw.com; SScovern@audetlaw.com; jgrinstein@susmangodfrey.com; asubramanian@SusmanGodfrey.com; bcarmody@susmangodfrey.com; Melissa Stewart; Roxanne DeFrancesco; Pdoamaral@lchb.com; jgross@lchb.com; RRhoad@crowell.com; Chris Placitella; Eric H. Weinberg; lwhite@susmangodfrey.com; Tridgell, Amy
**Cc:** Seeger, Chris; Glasser, Stefanie; Foreman, Melanie; Buchanan, David
**Subject:** RE: In re Vioxx TPP

Hi all:

Some hightlights from the deposition of Janette Tavs which took place last Friday:

Tavs is an NAE for the PBM division of Managed Care Sales. The PBM team did not interract with field sales. Nor did they interact with P & T Commitees, or physicians in the field.

Tavs was the NAE for Express Scripts only until August 1999; thereafter Tom Buonanno was the ESI NAE. She was not on the Medco account. Her big accounts were Caremark and MedImpact.

PBM NAEs, says Tavs, only dealt with the business side of the PBMs - the Trade Relations Group. For ESI this was Jim Hill and Don Hagen. Her job was mainly about contract negotiation "and overall meeting with the client" As for Vioxx, she gave the PBMs "medically legally approved detail pieces" and "the top line presentation" -- both available from the Brand Team. She said nothing to them about Vioxx that she did not read off the annotated Package Insert.

The most striking thing about Tavs is her inability to remember anything at all (tho she spent 2 and 1/2 days preparing with Brody). She remembers nothing that she said to anyone, except that she passed on "medically/legally approved" information as required. If there was a question about Vioxx, she would get a Regional Medical Director to respond, or the Brand Team.

Astoundingly, Tavs was the "Point for Vioxx." Yet, she knew next to nothing about risks, benefits, VIGOR, the Naproxen theory, efficacy, "Be the Power" or anything else re Vioxx. By her description all "Point" meant is that she was the "liason" for other NAEs and she would coordinate teleconferences from time to time on Vioxx. She was basically an administrator by her description, tho she has a BS in Chemistry and did 2 years of medical school. By her description she never had an independent thought as an NAE.

Tavs did remember this, and said so a couple of times: The PBS have "clinical teams" and a process in place to gather information on new products and assess these products based on "multiple sources" including the FDA and available medical literature, as well as documents provided by Merck. She identified the "dossier" that was developed by Merck Medical Services and sent the the PBMs. Plainly the defense is that the PBMs made the formulary decisions based on their own expertise and were not tainted by anything from Merck.

The Brand Team Manager was Sandy Reiss -- we should probably depose her, if this was not done already. We should also take a deposition of a Regional Medical Director who dealt with PBMs who had Vioxx questions. It is essential in my view to get a full picture of the documents/presentations that Merck provided to the PBMs about Vioxx. There was precious little in the Tavs production on this. Tavs needless to say did not recall any names of Regional Medical Directors.

The deposition did not actually finish. That is, at 5:45 I had many other documents I wished to question on, but Brody refused to adjourn to another day. I reserved our rights to continue, and he objected. Frankly, I doubt there is anything to get out of this witness anyway, so I am not sure it makes sense to push for a day 2. If we get a Caremark or MedImpact case in the future we may want more time with her.

We will be following up with a letter listing the documents demanded at the deposition.

Diane Paolicelli
Levy Phillips & Konigsberg, LLP
800 Third Avenue
New York, NY 10022
212-605-6250
dpaolicelli@lpklaw.com

**From:** Mark C. Schultz [mailto:mschultz@cprlaw.com]
**Sent:** Monday, April 13, 2009 5:53 PM
**To:** 'Grand, Jeff'; rdm@lanierlawfirm.com; EMJ@lanierlawfirm.com; rdassow@hovdelaw.com; SScovern@audetlaw.com; jgrinstein@susmangodfrey.com; asubramanian@SusmanGodfrey.com; bcarmody@susmangodfrey.com; Diane Paolicelli; Melissa Stewart; Roxanne DeFrancesco; Pdoamaral@lchb.com; jgross@lchb.com; RRhoad@crowell.com; Chris Placitella; ehw@erichweinberg.com; lwhite@susmangodfrey.com
**Cc:** Seeger, Chris; Glasser, Stefanie; Foreman, Melanie; Buchanan, David
**Subject:** In re Vioxx TPP

I took Rick Shalaby's deposition last week. I think it would be very helpful if we created a simple shared site for recent information developed that will be available quickly as we prepare for depositions.   To start with, I would like to propose that we include a cast of characters,  and a glossary of Merck-speak and acronyms that come up at each deposition, and maybe a brief summary. I would be interested in hearing from those more tech savvy as to an appropriate format.   Let me know if you think this would be worthwhile.

Mark C. Schultz, Esquire
Cohen, Placitella & Roth
2001 Market Street
Suite 2900
Philadelphia, PA 19103
215.567.3500

From: Mark C. Schultz [mailto:mschultz@cprlaw.com]
Sent: Wednesday, June 03, 2009 11:09 AM
To: 'Gross, Jennie'; Grand, Jeff; Buchanan, David;
jgrinstein@susmangodfrey.com; sscovern@audetlaw.com;
DPaolicelli@lpklaw.com; rdm@lanierlawfirm.com; EMJ@lanierlawfirm.com;
rdassow@hovdelaw.com; asubramanian@SusmanGodfrey.com;
bcarmody@susmangodfrey.com; MStewart@lpklaw.com;
RDeFrancesco@lpklaw.com; do Amaral, Paulina; RRhoad@crowell.com; Chris
Placitella; Eric H. Weinberg; ATridgell@crowell.com;
lwhite@susmangodfrey.com; Seeger, Chris; Glasser, Stefanie; Foreman,
Melanie; tnagy@susmangodfrey.com; Eric H. Weinberg; Evan M. Janush
Subject: TPP meeting - NJ cases

Eric Weinberg and I would like to have a meeting in Philadelphia with
as many of you as possible to review where are cases stand, what our
theories are, and what experts we have to support each theory. We are
proposing next Friday June 12, or any day the following week, June 15-
19. I have spoken to several of you already who are supportive of this
and believe it is critical. Please let me know your availability.


Mark C. Schultz, Esquire
Cohen, Placitella & Roth
2001 Market Street
Suite 2900
Philadelphia, PA 19103
215.567.3500

**From:** Buchanan, David [mailto:dbuchanan@seegerweiss.com]
**Sent:** Wednesday, June 24, 2009 8:46 AM
**To:** Eric H. Weinberg
**Subject:** Re: meeting

Kronmal's analysis was limited to conversion to Alz disease and mortality (all cause and cv). If I remember correctly, he only looked at one time cut, but I need to check. I'm out next week on vacation, but let me see what I can work out.

**From:** Eric H. Weinberg
**To:** Eric H. Weinberg ; Buchanan, David
**Sent:** Wed Jun 24 08:47:14 2009
**Subject:** RE: meeting
Sorry the experts are available to meet on Tuesday, not Thursday.

**From:** Eric H. Weinberg
**Sent:** Tuesday, June 23, 2009 2:50 PM
**To:** Buchanan, David
**Subject:** meeting

Enclosed are transcripts from the biostatistics hot tub in Australia. Woodward is also available to us; he did the analysis of the Naproxen cv benefit based on all studies.

Can you meet on Thursday next week? If we met in Newark we could also get together with Madigan and O'Connor.

Would you please send me Kronmal's analysis of the Alzheimer's conversion data? I haven't seen it.

I can show that Merck failed to follow the written CDOC/CRRC recommendation for design of the Alzheimer's studies (which was in place in 1997 and continued through 2002) by failing to create a DSMB. It goes to safety monitoring and would be useful. Reines, who was on CDOC/CRRC, would be the witness to cover this with. So for what it is worth the adjournment of his deposition was meaningful though I would not want Merck to know exactly why.

**From:** Eric H. Weinberg
**Sent:** Wednesday, June 24, 2009 11:37 PM
**To:** Arbitblit, Donald C.
**Subject:** RE: PPI

I think this is very important to these cases and I have a good file and experts on this as well.

Do you have Kronmal's analysis of the Alzheimer's conversion data? David Buchanan also mentioned that to me but I don't think I have it.

I have the framework of this case sketched out. Who among the MDL firms are working substantively on this case? I understand Jim Dugan is, and we have traded calls. I am not sure who else.

Thanks.

---

**From:** Arbitblit, Donald C. [mailto:darbitblit@lchb.com]
**Sent:** Tuesday, June 23, 2009 12:10 PM
**To:** Eric H. Weinberg
**Subject:** Re: PPI

Eric,
I agree with your analysis, and we are on the same page with this. I think it is where Dr Julie comes outas well.
Don

---

**From:** Eric H. Weinberg
**To:** Arbitblit, Donald C.
**Sent:** Tue Jun 23 07:41:02 2009
**Subject:** PPI
Don,

Here is the ppt I mentioned. I will send you the paper I wrote later today. I have been meaning to revise it slightly and want to do that before I send it out again.

A question I have is who in the MDL is working on overall risk benefit issues. As we discussed, I am far down that road.

Best,

Eric

**From:** Eric H Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Thursday, June 25, 2009 10:55 AM
**To:** Lexie White; Eric H. Weinberg
**Subject:** Re: experts

Yes now cell 732-718-7025

Sent from my Verizon Wireless BlackBerry

---

**From:** "Lexie White"
**Date:** Thu, 25 Jun 2009 09:43:12 -0500
**To:** Eric H. Weinberg<ehw@erichweinberg.com>
**Subject:** experts
Eric – is there a number where I could reach you for a few minutes today (re experts)?  Thanks in advance.

**From:** Eric H. Weinberg
**Sent:** Thursday, June 25, 2009 5:45 PM
**To:** Lexie White
**Subject:** RE: experts

Fyi

(Note: Attached was Naproxen ppt)

**From:** Lexie White [mailto:lwhite@susmangodfrey.com]
**Sent:** Thursday, June 25, 2009 10:43 AM
**To:** Eric H. Weinberg
**Subject:** experts

Eric — is there a number where I could reach you for a few minutes today (re experts)?  Thanks in advance.

**From:**   Eric H. Weinberg
**Sent:**   Saturday, June 27, 2009 9:44 AM
**To:**     Eric H. Weinberg; 'jdugan@dugan-lawfirm.com'
**Cc:**     Mark C. Schultz; Arbitblit, Donald C.; Chris Placitella
**Subject:** RE: vioxx tpp

Jim,

We've traded calls.  Can we talk Monday?

The attached reflects some of my thinking and work on this case.  I am working closely with Mark Schultz and Chris Placitella.  Don and I worked together in the tort cases and have circled back to talk about putting our work together on the TPP case.

Please let me know if there is interest on your part in collaborating.

Regards,

Eric

   

The True risk     It's Naproxen,
benefit profile ...   stupid.ppt (733...

---

**From:** Eric H. Weinberg
**Sent:** Thursday, June 18, 2009 1:59 PM
**To:** jdugan@dugan-lawfirm.com
**Subject:** vioxx tpp

Jim,

My cell is 732-718-7025

Eric Weinberg

From: Eric H. Weinberg
Sent: Monday, July 06, 2009 10:36 PM
To: James Dugan
Subject: RE: Vioxx - discovery responses - rebates

Jim,

Please excuse the length of this email.

Mark Schultz and I have been working diligently these past several
months on many fronts, and we are ready to join up with you to help.

Last week I sent you a couple of powerpoints.  The True Risk Benefit
profile ppt captures the basics of the claim that Vioxx, by inhibiting
Cox-2, caused a wide array of serious and fatal side effects.  The key
data were accrued in the Alzheimer's Studies, particularly Protocol
078, which were the largest placebo controlled clinical trials underway
at Merck before APPROVe.

A key point is that Merck eliminated all external safety monitoring in
the Alzheimer's Studies.  They got rid of the DSMB and the Steering
Committee.  There was no unblinded statistician assigned to the
Studies.  Despite the fact that statistically significant evidence of
risk emerged in the study data in 1999 and 2000, these risks were not
reported to FDA, if at all, until late 2003.  Informed Consents in the
studies were not revised to warn participants of emerging risk data, in
what seems to me to have been a clear violation of the CFR.  The FDA
had concerns about the Alzheimer's conversion risk in 078, beginning in
late 2003 when Merck first told them about the problem, and asked Merck
to come explain the data.  The meeting at which Merck was to explain
why the adverse finding on the primary endpoint should be disregarded
in their own study was set for September 27, 2004, and Merck cancelled
it the same day, as a result of the APPROVe DSMB calling a halt to that
study.

So a focus in our case is the way Merck manipulated the Alzheimer's
Studies to control the placebo data at a time when they knew there were
potential thromboembolic risks.  CV data Merck selectively took from
these ongoing studies convinced the FDA that the Naproxen theory had
merit, and were added to the revised label in 2002.  Yet, it was in
these studies that other dramatic safety signals emerged which Merck
hid from public view for many years.

There is something really awful about how Merck abused the elderly
patients in these studies that would resonate with any judge or jury.

I believe Merck's conduct of the Alzheimer's Studies violated several
sections of the Code of Federal Regulations.  We are thinking about how
that factor might help us, for example in a burden shifting argument
that would preclude Merck from asserting that in an open formulary case
fraud doesn't matter because anything in the PDR or other drug
compendia would have been paid for.

This particular approach -- using the Alzheimer's Studies, Merck's
primary defense in litigation thus far, directly against them as an
offensive weapon -- has not yet been used.  I think if there were a way

to mount a frontal assault on Merck using this evidence they would be hard pressed to defend.

We would build the overall risk benefit case around Dr. David Madigan's analyses. He authored a report for me that was served on Merck in NJ cases in October 2007, one month before the settlement. The enclosed version was adapted for the Australian litigation. David testified, along with another plaintiff biostatistician, Mark Woodward. I could bring both experts to your case; I thought they did well in Australia. Of course while David has analysed the other risks, there would be some work to be done here to add those analyses, and the background information, to his CVT report.

We are also deep into a thought process about proving damages in these cases. One concept we are exploring is to work with an expert we have identified in the area of market forecasting, to build on the Anstice forecast of the projected loss of sales with a Warning versus a Precaution, and conduct a similar analysis for each provable risk, and a regression/cumulative analysis of the loss of sales with all risks. We would contend that each of the statistically significant risks associated with Vioxx required disclosure to FDA and a warning in the product label.

The Naproxen ppt is a summary of the argument that Naproxen plus a PPI was and is a preferable therapy to Vioxx, and provides a comparator product at a highly discounted price. I am speaking tomorrow with a leading expert in this area of medicine, who might serve as an expert.

Another potential expert, Dr. Pat O'Connor, would address the apparent deleterious effects on bone mineral density and fracture healing caused by inhibition of Cox 2. The Board of Scientific Advisors cautioned Merck about the potential effects of Vioxx on bone mineral density in 1998. A world leading scientist in this area, Dr. O'Connor approached Merck in 2000 to warn them about some findings from his research at UMDNJ on rats and the effects of Cox 2 inhibition on fracture healing. Merck blew him off; yet within months had data from the Alzheimer's Studies that showed a statistically significant risk of osteoporosis in men (November 2000.) A totally separate Canadian retrospective database analysis found the very same effect. Merck argued in the CSR for 078 that the increased risk of osteoporosis was due to "chance", a common argument for Merck against several serious side effects.

I have Dr. O'Connor on retainer, and he has reviewed Merck documents and the literature in general related to this issue. What is particularly nice here is that he called and met with Merck bone scientists (recall that they sell Fosamax to treat osteoporosis so they know the problems) in 2000 seeking a scientific collaboration to explore the effects of Cox 2 inhibition on bone, but Merck was not interested.

I have extensively analyzed issues raised by the Alzheimer's Studies in the paper I wrote and attach here. The paper is long but discusses in great detail how Merck was able to eliminate external safety monitoring in the Alzheimer's Studies and ultimately use the information they chose from those studies to fool FDA and get the label they wanted. Nobody but Merck knew the truth and Merck did not disclose the significant risks of osteoporosis and conversion to Alzheimer's disease

associated with Vioxx until late 2003 -- four years after the evidence was available.

Please regard my paper as confidential work product, as I have submitted it to a peer review journal in hopes of getting it published.

I am available to talk or meet next week on the 13th, 14th or 15th. The 14th looks best right now.

There are a few other experts we could bring to the table.  We can discuss this next week.  I completely understand your reluctance to adjourn discovery dates; yet I think there is much we could do to help one another if we had some more time to serve reports.

Mark and I are ready to help and collaborate with you in any way to win these important cases.

Regards,

Eric


-----Original Message-----
From: James Dugan [mailto:jdugan@dugan-lawfirm.com]
Sent: Monday, July 06, 2009 2:52 PM
To: Eric H. Weinberg
Subject: RE: Vioxx - discovery responses - rebates

Will do, it should be in about 30,ok?

-----Original Message-----
From: Eric H Weinberg [mailto:ehw@erichweinberg.com]
Sent: Monday, July 06, 2009 1:50 PM
To: James Dugan
Subject: Re: Vioxx - discovery responses - rebates

Jim please call my cell 732-718-7025 thanks Eric Sent from my Verizon Wireless BlackBerry


(Note: Attached Alzheimer's Paper, Osteoporosis Powerpoint, Madigan Final Report)

From: Eric H. Weinberg
Sent: Tuesday, July 07, 2009 6:12 PM
To: Dawn Barrios
Subject: RE: Vioxx - discovery responses - rebates

More reading material...looks like Dr. Speigel will work with us.
Great on GI and particularly economics of PPI therapy.  Note that it
was BETTER than Vioxx for dyspepsia -- a big chunk of Merck's GI
market.

E

-----Original Message-----
From: Dawn Barrios [mailto:DBarrios@bkc-law.com]
Sent: Tuesday, July 07, 2009 5:56 PM
To: Eric H. Weinberg
Subject: RE: Vioxx - discovery responses - rebates

Thanks, Eric.
Let's talk in the morning.
d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, LA 70139-3650
504.524.3300 (phone)
504.524-3313 (fax)
www.bkc-law.com

P Please consider the environment before printing this e-mail


-----Original Message-----
From: Eric H. Weinberg [mailto:ehw@erichweinberg.com]
Sent: Tuesday, July 07, 2009 3:55 PM
To: Dawn Barrios
Subject: FW: Vioxx - discovery responses - rebates

Dawn,

I am sharing with you the below email to Jim with attachments.  Please
keep in confidence.

I hope all is well with you and yours.

Call me to chat when you can, please.

Eric
Cell 732-718-7025

-----Original Message-----
From: Eric H. Weinberg
Sent: Monday, July 06, 2009 10:36 PM
To: 'James Dugan'
Subject: RE: Vioxx - discovery responses - rebates

Jim,

Please excuse the length of this email.

Mark Schultz and I have been working diligently these past several months on many fronts, and we are ready to join up with you to help.

Last week I sent you a couple of powerpoints.  The True Risk Benefit profile ppt captures the basics of the claim that Vioxx, by inhibiting Cox-2, caused a wide array of serious and fatal side effects.  The key data were accrued in the Alzheimer's Studies, particularly Protocol 078, which were the largest placebo controlled clinical trials underway at Merck before APPROVe.

A key point is that Merck eliminated all external safety monitoring in the Alzheimer's Studies.  They got rid of the DSMB and the Steering Committee.  There was no unblinded statistician assigned to the Studies.
Despite the fact that statistically significant evidence of risk emerged in the study data in 1999 and 2000, these risks were not reported to FDA, if at all, until late 2003.  Informed Consents in the studies were not revised to warn participants of emerging risk data, in what seems to me to have been a clear violation of the CFR.  The FDA had concerns about the Alzheimer's conversion risk in 078, beginning in late 2003 when Merck first told them about the problem, and asked Merck to come explain the data.  The meeting at which Merck was to explain why the adverse finding on the primary endpoint should be disregarded in their own study was set for September 27, 2004, and Merck cancelled it the same day, as a result of the APPROVe DSMB calling a halt to that study.

So a focus in our case is the way Merck manipulated the Alzheimer's Studies to control the placebo data at a time when they knew there were potential thromboembolic risks.  CV data Merck selectively took from these ongoing studies convinced the FDA that the Naproxen theory had merit, and were added to the revised label in 2002.  Yet, it was in these studies that other dramatic safety signals emerged which Merck hid from public view for many years.

There is something really awful about how Merck abused the elderly patients in these studies that would resonate with any judge or jury.

I believe Merck's conduct of the Alzheimer's Studies violated several sections of the Code of Federal Regulations.  We are thinking about how that factor might help us, for example in a burden shifting argument that would preclude Merck from asserting that in an open formulary case fraud doesn't matter because anything in the PDR or other drug compendia would have been paid for.

This particular approach -- using the Alzheimer's Studies, Merck's primary defense in litigation thus far, directly against them as an offensive weapon -- has not yet been used.  I think if there were a way to mount a frontal assault on Merck using this evidence they would be hard pressed to defend.

We would build the overall risk benefit case around Dr. David Madigan's analyses. He authored a report for me that was served on Merck in NJ cases in October 2007, one month before the settlement. The enclosed version was adapted for the Australian litigation. David testified, along with another plaintiff biostatistician, Mark Woodward. I could bring both experts to your case; I thought they did well in Australia. Of course while David has analysed the other risks, there would be some work to be done here to add those analyses, and the background information, to his CVT report.

We are also deep into a thought process about proving damages in these cases. One concept we are exploring is to work with an expert we have identified in the area of market forecasting, to build on the Anstice forecast of the projected loss of sales with a Warning versus a Precaution, and conduct a similar analysis for each provable risk, and a regression/cumulative analysis of the loss of sales with all risks. We would contend that each of the statistically significant risks associated with Vioxx required disclosure to FDA and a warning in the product label.

The Naproxen ppt is a summary of the argument that Naproxen plus a PPI was and is a preferable therapy to Vioxx, and provides a comparator product at a highly discounted price. I am speaking tomorrow with a leading expert in this area of medicine, who might serve as an expert.

Another potential expert, Dr. Pat O'Connor, would address the apparent deleterious effects on bone mineral density and fracture healing caused by inhibition of Cox 2. The Board of Scientific Advisors cautioned Merck about the potential effects of Vioxx on bone mineral density in 1998. A world leading scientist in this area, Dr. O'Connor approached Merck in 2000 to warn them about some findings from his research at UMDNJ on rats and the effects of Cox 2 inhibition on fracture healing. Merck blew him off; yet within months had data from the Alzheimer's Studies that showed a statistically significant risk of osteoporosis in men (November 2000.) A totally separate Canadian retrospective database analysis found the very same effect. Merck argued in the CSR for 078 that the increased risk of osteoporosis was due to "chance", a common argument for Merck against several serious side effects.

I have Dr. O'Connor on retainer, and he has reviewed Merck documents and the literature in general related to this issue. What is particularly nice here is that he called and met with Merck bone scientists (recall that they sell Fosamax to treat osteoporosis so they know the problems) in 2000 seeking a scientific collaboration to explore the effects of Cox 2 inhibition on bone, but Merck was not interested.

I have extensively analyzed issues raised by the Alzheimer's Studies in the paper I wrote and attach here. The paper is long but discusses in great detail how Merck was able to eliminate external safety monitoring in the Alzheimer's Studies and ultimately use the information they chose from those studies to fool FDA and get the label they wanted. Nobody but Merck knew the truth and Merck did not disclose the significant risks of osteoporosis and conversion to Alzheimer's disease associated with Vioxx until late 2003 -- four years after the evidence was available.

Please regard my paper as confidential work product, as I have submitted it to a peer review journal in hopes of getting it published.

I am available to talk or meet next week on the 13th, 14th or 15th. The 14th looks best right now.

There are a few other experts we could bring to the table. We can discuss this next week. I completely understand your reluctance to adjourn discovery dates; yet I think there is much we could do to help one another if we had some more time to serve reports.

Mark and I are ready to help and collaborate with you in any way to win these important cases.

Regards,

Eric


-----Original Message-----
From: James Dugan [mailto:jdugan@dugan-lawfirm.com]
Sent: Monday, July 06, 2009 2:52 PM
To: Eric H. Weinberg
Subject: RE: Vioxx - discovery responses - rebates

Will do, it should be in about 30,ok?

-----Original Message-----
From: Eric H Weinberg [mailto:ehw@erichweinberg.com]
Sent: Monday, July 06, 2009 1:50 PM
To: James Dugan
Subject: Re: Vioxx - discovery responses - rebates

Jim please call my cell 732-718-7025 thanks Eric Sent from my Verizon Wireless BlackBerry

**From:** Eric H. Weinberg
**Sent:** Saturday, July 11, 2009 6:12 PM
**To:** Dawn Barrios; Mark C. Schultz
**Cc:** Buchanan, David; Chris Placitella; Lenny Davis; James Dugan
**Subject:** RE: Deposition transcript/exhs Connie Peschmann

I think there are parallel document depositories in the MDL and in NJ.  The same things should be in both, right?

However this speaks to a larger issue.  There is a substantial body of work created in Vioxx litigation outside of the MDL which may help all counsel representing Vioxx TPP plaintiffs.  If the point of the consolidated litigations is to make sure the best evidence is available to all plaintiffs, then there is no question in my mine that this body of work should be included.

Our work is ongoing and we have recruited world class experts and are working on different approaches to winning these cases.  Jim Dugan and I have discussed this though there might not be enough time to integrate our work into his case if we wanted to.  For other cases however it would make sense.

For example I just recruited a world class gastroenterologist who has studied the issue of coxib v. nsaid and ppi and has anlaysed the QALY values of each and concludes, over the years, that coxibs were not as good on GI as they were made up by Merck etc. to be.  This expert could be extremely helpful on a variety of issues.  Mark recruited Nash who is a world authority on P&T practice.  Of course there is Chris Placitella's remarkable work on marketing which has never been fully utilized and Dr. Madigan's statistical analyses of significant risks including CVT but also other risks associated with Vioxx that would increase damages our clients can prove.  Madigan recently testified for SlaterGordon in the Australian class action litigation.

We have repeatedly offered to share this work.  Like anyone, in a common benefit context we would want to be recognized for our contributions.  But the point is to put the best evidence together and make it available and we have always been willing to do this.

So how does all of the best work product become integrated and how do we who were not in the tort MDL get to take leadership roles in this litigation especially since we can bring good work product which we have developed to the table to benefit all plaintiffs?

Can we meet and discuss this?  I really think this makes sense and we are willing to work hard to help.


Eric H. Weinberg, Esq.
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, New Jersey 08901
732-246-7080 t
732-246-1981 f
ehw@erichweinberg.com

**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Friday, July 10, 2009 1:11 PM
**To:** Mark C. Schultz; Eric H. Weinberg
**Subject:** RE: Deposition transcript/exhs Connie Peschmann

I have no idea, but know you will be charged something at some point. I don't think you will be charged a flat rate for just this depo, but rest assured you won't get it for free.

Mark, I am in for another hour if you need me.
d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, LA 70139-3650
504.524.3300 (phone)
504.524.3313 (fax)
www.bkc-law.com

 Please consider the environment before printing this e-mail

**From:** Mark C. Schultz [mailto:mschultz@cprlaw.com]
**Sent:** Friday, July 10, 2009 12:11 PM
**To:** Dawn Barrios; Eric H. Weinberg
**Subject:** RE: Deposition transcript/exhs Connie Peschmann

How are we charged?

**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Friday, July 10, 2009 1:04 PM
**To:** Eric H. Weinberg; Mark C. Schultz
**Subject:** RE: Deposition transcript/exhs Connie Peschmann

Eric and Mark,
Do you want a copy of the depo? If I get it for you, I want you to understand that
Getting the transcript will be deemed getting MDL "work product" and you will be charged.

I don't have any access to the depos myself, and would have to go through Lenny.

d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, LA 70139-3650
504.524.3300 (phone)
504.524-3313 (fax)
www.bkc-law.com

 Please consider the environment before printing this e-mail

**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Tuesday, July 07, 2009 5:04 PM
**To:** Buchanan, David; Grand, Jeff; Mark Schultz; Chris Placitella; James Dugan
**Cc:** Foreman, Melanie; Dawn Barrios
**Subject:** RE: Deposition transcript/exhs Connie Peschmann

Jim and Dawn,

Can you help here?  This is an issue that we want to circle around.

Thanks much,

Eric

**From:** Buchanan, David [mailto:dbuchanan@seegerweiss.com]
**Sent:** Tuesday, July 07, 2009 5:21 PM
**To:** Eric H. Weinberg; Grand, Jeff; Mark Schultz; Chris Placitella
**Cc:** Foreman, Melanie
**Subject:** RE: Deposition transcript/exhs Connie Peschmann

Eric, she was only offered (as an expert for plaintiffs) in the MDL and Ca.  By copy of this to
Melanie, we'll see if we have any of those transcripts, but I doubt it.

**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Tuesday, July 07, 2009 2:04 PM
**To:** Grand, Jeff; Buchanan, David; Mark Schultz; Chris Placitella
**Subject:** Deposition transcript/exhs Connie Peschmann

Jeff,

Apparently this witness was deposed in the tort litigation and questioned about the Anstice LROP Forecast document projecting loss of revenue from a CV warning.  If you are able would you kindly send the transcript and exhibits?  We are drafting a notice to depose a Merck witness on this issue and are interested in any existing testimony.

Thanks,

Eric

**From:** Eric H. Weinberg
**Sent:** Wednesday, July 15, 2009 9:07 AM
**To:** Mark C. Schultz; 'Dawn Barrios'; Ashley Davis ; Bill Rossbach; Bruce Kingsdorf; Chris Tisi ; Chris Tisi ; Christopher McDonald ; Clark Trout; Dave Vermont; David Dickens ; David Stallard ; David Ward ; Diane Paolicelli; Don Arbitblit; Douglas Plymale; Evan M. Janush; James Dugan ; James Fosler; James Young ; urbangator@bellsouth.net; John Low-Beer; Joseph W. Steele; Justin Bloom ; Kenneth Lougee ; Kristen Johnson Parker; Laura Daugherty ; Melissa Stewart; Michael Miller ; Pam Slate; Patrick J. Coughlin ; Randall Fox; Robert C. Morton; Roxanne DeFrancesco; Russell Kent; Scott Palmer ; Seth Lesser; Sheila Bossier ; Shelly Sanford ; Stephen B. Murray, Sr.; Stephen Murray, Jr.; Steve W. Berman ; Stuart Kritzer; Tom Sobol; Trish Conners; Trudy Bryant; Vince McKnight
**Cc:** Lenny Davis; Elizabeth J. Cabraser
**Subject:** RE: Committee Assignments

I would be pleased to serve as Co-Chair of the Expert Committee with Mark. My focus would be to prove that Vioxx was a dangerous drug and Merck knew it very early.

My firm filed about 300 personal injury cases against Merck in New Jersey. (I am also Of Counsel to Cohen Placitella & Roth.) I have retained numerous expert witnesses in Vioxx since October 2004. I have worked extensively on this litigation since the withdrawal of the drug in late 2004.

I have been litigating pharmaceutical drug and device cases for over 20 years. My experience includes representing persons with hemophilia who suffered HIV infection from commercial plasma products (in which I was a member of the Executive Committee of the PSC in MDL-986, in the Northern District of Illinois); in Baycol litigation against Bayer, in which my firm took a leading role in the state court consolidated litigation in Philadelphia, and in Vioxx.

We can present a new case that Merck has not yet had to defend. This case would be based on evidence, supported by documents and expert witnesses, that Vioxx caused not just cardiovascular adverse events, but a far wider array of serious and fatal injuries to patients.

A brief summary of this case is presented in the attached Power Point. This work product is derived from analyses of Merck's Clinical Study data by Dr. David Madigan. I retained Dr. Madigan in December 2005. Dr. Madigan testified for the Plaintiffs in a Vioxx Class Action trial in Australia this past May. If there is interest I would review this Power Point with the group on July 28 in New Orleans.

Thanks,

Eric

Eric H. Weinberg, Esq.
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, New Jersey 08901
732-246-7080 t
732-246-1981 f
ehw@erichweinberg.com

**From:** Arbitblit, Donald C. [mailto:darbitblit@lchb.com]
**Sent:** Thursday, July 16, 2009 1:23 AM
**To:** Eric H. Weinberg
**Subject:** Re: Deposition transcript/exhs Connie Peschmann

Eric,
Are you able to talk Thursday around noon eastern?
Don

**From:** Eric H. Weinberg
**To:** Arbitblit, Donald C.
**Cc:** Mark C. Schultz
**Sent:** Mon Jul 13 09:00:28 2009
**Subject:** FW: Deposition transcript/exhs Connie Peschmann
Don,

I have now retained two excellent gastroenterologists for our PA and SC cases.  Both experts have published relevant peer reviewed papers on the issue of coxib v. nsaid and GI benefit/risk.

As noted below, I am interested in sharing my work product and getting the benefit of others' work product to win these cases.  So far I have not heard back from the MDL leadership on this.

I am happy to discuss this with you in detail.

Eric

Eric H. Weinberg, Esq.
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, New Jersey 08901
732-246-7080 t
732-246-1981 f
ehw@erichweinberg.com

**From:** Eric H. Weinberg
**Sent:** Saturday, July 11, 2009 6:12 PM
**To:** 'Dawn Barrios'; Mark C. Schultz
**Cc:** 'Buchanan, David'; 'Chris Placitella'; Lenny Davis; 'James Dugan'
**Subject:** RE: Deposition transcript/exhs Connie Peschmann

I think there are parallel document depositories in the MDL and in NJ.  The same things should be in both, right?

However this speaks to a larger issue.  There is a substantial body of work created in Vioxx litigation outside of the MDL which may help all counsel representing Vioxx TPP plaintiffs.  If the point of the consolidated litigations is to make sure the best evidence is available to all plaintiffs, then there is no question in my mine that this body of work should be included.

Our work is ongoing and we have recruited world class experts and are working on different approaches to winning these cases. Jim Dugan and I have discussed this though there might not be enough time to integrate our work into his case if we wanted to. For other cases however it would make sense.

For example I just recruited a world class gastroenterologist who has studied the issue of coxib v. nsaid and ppi and has anlaysed the QALY values of each and concludes, over the years, that coxibs were not as good on GI as they were made up by Merck etc. to be. This expert could be extremely helpful on a variety of issues. Mark recruited Nash who is a world authority on P&T practice. Of course there is Chris Placitella's remarkable work on marketing which has never been fully utilized and Dr. Madigan's statistical analyses of significant risks including CVT but also other risks associated with Vioxx that would increase damages our clients can prove. Madigan recently testified for SlaterGordon in the Australian class action litigation.

We have repeatedly offered to share this work. Like anyone, in a common benefit context we would want to be recognized for our contributions. But the point is to put the best evidence together and make it available and we have always been willing to do this.

So how does all of the best work product become integrated and how do we who were not in the tort MDL get to take leadership roles in this litigation especially since we can bring good work product which we have developed to the table to benefit all plaintiffs?

Can we meet and discuss this? I really think this makes sense and we are willing to work hard to help.


Eric H. Weinberg, Esq.
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, New Jersey 08901
732-246-7080 t
732-246-1981 f
ehw@erichweinberg.com


**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Friday, July 10, 2009 1:11 PM
**To:** Mark C. Schultz; Eric H. Weinberg
**Subject:** RE: Deposition transcript/exhs Connie Peschmann

I have no idea, but know you will be charged something at some point. I don't think you will be charged a flat rate for just this depo, but rest assured you won't get it for free.

Mark, I am in for another hour if you need me.
d

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650
701 Poydras Street
New Orleans, LA 70139-3650
504.524.3300 (phone)
504.524.3313 (fax)
www.bkc-law.com

 Please consider the environment before printing this e-mail

**From:** Mark C. Schultz [mailto:mschultz@cprlaw.com]
**Sent:** Friday, July 10, 2009 12:11 PM
**To:** Dawn Barrios; Eric H. Weinberg
**Subject:** RE: Deposition transcript/exhs Connie Peschmann

How are we charged?

**From:** Dawn Barrios [mailto:DBarrios@bkc-law.com]
**Sent:** Friday, July 10, 2009 1:04 PM
**To:** Eric H. Weinberg; Mark C. Schultz
**Subject:** RE: Deposition transcript/exhs Connie Peschmann

Eric and Mark,
Do you want a copy of the depo?  If I get it for
you, I want you to understand that
Getting the transcript will be deemed getting
MDL "work product" and you will be charged.

I don't have any access to the depos myself,
and would have to go through Lenny.

d
Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
Suite 3650

701 Poydras Street
New Orleans, LA 70139-3650
504.524.3300 (phone)
504.524.3313 (fax)
www.bkc-law.com

 Please consider the environment before printing this e-mail

**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Tuesday, July 07, 2009 5:04 PM
**To:** Buchanan, David; Grand, Jeff; Mark Schultz; Chris Placitella; James Dugan
**Cc:** Foreman, Melanie; Dawn Barrios
**Subject:** RE: Deposition transcript/exhs Connie Peschmann

Jim and Dawn,

Can you help here? This is an issue that we want to circle around.

Thanks much,

Eric

**From:** Buchanan, David [mailto:dbuchanan@seegerweiss.com]
**Sent:** Tuesday, July 07, 2009 5:21 PM
**To:** Eric H. Weinberg; Grand, Jeff; Mark Schultz; Chris Placitella
**Cc:** Foreman, Melanie
**Subject:** RE: Deposition transcript/exhs Connie Peschmann

Eric, she was only offered (as an expert for plaintiffs) in the MDL and Ca. By copy of this to Melanie, we'll see if we have any of those transcripts, but I doubt it.

**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Tuesday, July 07, 2009 2:04 PM
**To:** Grand, Jeff; Buchanan, David; Mark Schultz; Chris Placitella
**Subject:** Deposition transcript/exhs Connie Peschmann

Jeff,

Apparently this witness was deposed in the tort litigation and questioned about the Anstice LROP Forecast document projecting loss of revenue from a CV warning. If you are able would you kindly send the transcript and exhibits? We are drafting a notice to depose a Merck witness on this issue and are interested in any existing testimony.

Thanks,

Eric

From: Arbitblit, Donald C. [mailto:darbitblit@lchb.com]
Sent: Friday, July 24, 2009 3:20 AM
To: Eric H. Weinberg
Subject: RE: Vioxx TPP

Eric,

Thanks for sending this. I have reviewed it and found a couple of minor items in an otherwise excellent report.

At page 16, line 1, "5.0" should be changed to "4.0."

At page 16, paragraph 48, delete the superfluous word "becomes."

At page 17, paragraph 49, Dr. Madigan refers to the 41 v 18 events from the VIGOR CSR, while noting in a footnote that the Merck Briefing Document said 45 v 19. The latter figures are the final totals, as noted in Shapiro's July 5, 2000 memo to Reicin, as well as the October 2000 updated safety report to FDA, and Targum's report of 2/1/01. There is no reason to use the 41 v 18 figures, which were based on the events prior to the so-called "cutoff date", and I can only assume that the CSR cited by Dr. Madigan was prepared sometime prior to the incorporation of the complete event totals into the July 5, 2000 memo.

At page 25, paragraph 74, line 2, "the" should be changed to "them."

Based on our discussion today, I gather that, although this is a "corrected" report, Dr. Madigan wants to make further changes that he feels cannot be made before July 31. Is that right? I must say that it looks to me like a report that could withstand scrutiny, but then I am not the one who would be most directly scrutinized, so I don't get to make that decision.

If there is a possibility that Dr. Madigan will reconsider and allow the use of this report, please let me know. I am not expecting that, but I would welcome it.

Meanwhile, on the assumption that Dr. Madigan will not participate in this round of expert discovery, I intend to have Dr. Zipes remove references to Dr. Madigan from his draft report, to avoid subjecting Dr. Madigan to Merck's likely efforts to take his deposition at a time when he does not want to have it taken, since I cannot guarantee that Merck's efforts would fail.

Don

---

From: Eric H. Weinberg [mailto:ehw@erichweinberg.com]
Sent: Thu 7/23/2009 8:11 PM
To: Arbitblit, Donald C.
Subject: RE: Vioxx TPP

Don,

Enclosed please find Dr. Madigan's corrected report.

I have discussed the July 31 deadline with Dr. Madigan. For various reasons which I have explained to you, he does not feel comfortable signing onto a report by that date.

I have urged a collaborative effort, that I think would broaden the issues with which Merck would have to contend. We could bring several additional experts to the case. We might help expand the damages claims, and provide additional bases upon which to assert FDA related contentions in support of the case.

I respect the fact that some lawyers are working very hard on their cases. My goal, as you know, has long been to share Dr. Madigan's expertise and other contributions to a common effort.

Additional time would enable us to explore some options.

Regards,

Eric

Eric H. Weinberg, Esq.
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, New Jersey 08901
732-246-7080 t
732-246-1981 f
ehw@erichweinberg.com

---

From: Arbitblit, Donald C. [mailto:darbitblit@lchb.com]
Sent: Thursday, July 23, 2009 4:55 PM
To: Eric H. Weinberg
Subject: RE: Vioxx TPP

Eric,

Jim asked me to contact you to see if there is a way to get a Madigan report in by July 31, with the understanding that this is not his last shot, that there will be reply reports on Sept. 15 to address any additional points raised by Merck. If he is going to play a meaningful role, participation in the first trial is critical. Let me know when we can discuss and see whether anything can be done.

Thanks,

Don

---

From: Eric H. Weinberg [mailto:ehw@erichweinberg.com]
Sent: Tuesday, July 21, 2009 10:00 AM

To: Arbitblit, Donald C.
Cc: Mark C. Schultz
Subject: Vioxx TPP

I spoke with Madigan.  The deadline is not feasible for him at this
point.  We need 60 days.  There is a lot to pull together so he is
prepared.  Eg we will need to review all of the Australian reports and
corrected reports and testimony.  He is in Nantucket for the month of
August.

Nobody called Mark yesterday regarding Donohue or Nash.


Eric H. Weinberg, Esq.
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, New Jersey 08901
732-246-7080 t
732-246-1981 f
ehw@erichweinberg.com

From: Arbitblit, Donald C. [mailto:darbitblit@lchb.com]
Sent: Friday, December 25, 2009 6:51 PM
To: Eric H. Weinberg
Subject: Reines

Eric,
Hope you're well and having a good holiday.
Among many other things, I have been thinking about the Alzheimer's
trials and wondering if you are still thinking of deposing Reines. If
so, I remain interested in working on that with you.
We are going to serve some discovery to get the 078 compliance and
dropout records taken contemporaneously during the trial. Do you think
Reines would be knowledgeable about that subject?
Also, my rough math tells me that the ITT thrombotic event mortality
numbers were about 18 v 6 before the 2002 label came out with much
smaller on-drug numbers. Has Madigan ever analyzed that data?
Finally, if you have a module worked up on the documents relating to
the FDA's planned meeting with Merck re Alzheimer's results in
September 2004, please let me know if you are willing to share the
documents with me.
If you have signed the letter agreement that Dugan's office prepared,
and if you received the GI expert reports that we served, I would be
interested in your thoughts about them.
Thanks,
Don

**From:** Buchanan, David [mailto:DBuchanan@seegerweiss.com]
**Sent:** Friday, March 05, 2010 1:27 PM
**To:** Eric H. Weinberg
**Subject:** Vx-Australia

Eric, congrats on the verdict! I saw the news squib the am...I'll need a week's vacation to read the report, though. Quick question. I tried to send Peter Gordon a congratulatory note, but it bounced back and send he's no longer an attorney w/ Slater Gordon (just on the board or some nonsense). Do you have a working email for him? I met him a few years ago and wanted to congratulate him.