UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION  L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | * | |
| THIRD PARTY PAYOR COMMON | * | SPECIAL MASTER JUNEAU |
| BENEFIT FEES | * | |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward/ | * | July 15, 2013 |
| Pascal F. Calogero, Jr. | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## DECLARATION OF MARK C. SCHULTZ

1. I am an Attorney at Law of the Commonwealth of Pennsylvania and a shareholder in the firm of Schultz Law, LLC.  During the Vioxx private Third Party Payor litigation, I was a partner in the firm of Cohen, Placitella and Roth ("CPR").  In that capacity, I represented plaintiffs in the TPP litigation and worked with Eric Weinberg, who was of counsel to CPR.

2. At Mr. Weinberg's request, I reviewed a transcript of the testimony given by Christopher Seeger in the captioned matter on June 20, 2013.  That testimony does not conform to my recollection of events relating to the private TPP litigation in New Jersey.

3. Mr. Seeger testified that all of the private TPP cases built upon the work done by his firm in Local 68. (Tr., p. 71).  To my recollection, Local 68 had no ongoing impact.  The firm of Seeger Weiss came to CPR and Mr. Weinberg seeking a collaboration in attracting clients and establishing a case for liability and damages. There was little we could use out of Local 68.

4. Mr. Seeger described Local 68 as the "hammer over Merck's head" for purposes of settlement.  (Tr., p. 70).  I did not participate in the settlement discussions, but I find the claim surprising, because Local 68 appeared to die a complete death when certification was denied; I do not recall the case being mentioned further by anyone.

5. Mr. Seeger testified that he did not invite Mr. Weinberg to meetings, and that Mr.

-1-

Weinberg sat in idly at the pleasure of Mr. Placitella. (Tr., p. 67). That is not my recollection of Mr. Weinberg's involvement, which was active. Mr. Seeger was not himself an active participant in the matters CPR and Mr. Weinberg pursued in the private TPP litigation. Other members of the Seeger Weiss firm, however, were more engaged, notably, Dave Buchanan and Jeff Grand. While Mr. Seeger was copied on numerous emails, he seldom attended meetings and conferences or participated in telephone conferences. I do not recall ever having met him.

6.    Mr. Seeger testified that he had no idea that Mr. Weinberg did anything in TPP. (Tr., p. 67). There were regular communications by email among members of CPR, Mr. Weinberg, and Seeger, Weiss, advising of our thoughts, theories, and actions concerning the litigation. I have not maintained a full record of these communications. Some of these are attached as Exhibit B. The emails were supplemented by telephone calls, conferences, and court appearances.

7.    In addition to several case management conferences in Atlantic City, I recall at least three meetings of lead counsel in the New Jersey private TPP litigation: in 2009 in Atlantic City, organized by Weinberg; in April 2009 at Lanier's office with damage experts; and in June 2009 in Philadelphia. These are reflected in the attached emails. Mr. Weinberg and I were actively engaged in each of these meetings. Mr. Buchanan attended the March meeting in person and the April and June meetings by telephone. Mr. Seeger attended none of them.

8.    Mr. Seeger testified that he had no recollection of Mr. Weinberg working on a damage model for TPP; he attributed that work to me. (Tr., p. 82). Mr. Seeger is correct that I worked on the damages model, but it was a collaborative effort with Mr. Weinberg.

9.    Mr. Seeger repeatedly described Mr. Weinberg's contributions to the litigation as "useless," "unused," and "unusable." (Tr., p. 67, 68, 77, 78, 83). It is true that the work was not introduced in a court of law; but this is so because no TPP cases were tried. In that sense no one's work was "used." Mr. Weinberg and I believed that we had developed a workable theory of the case; but Mr. Buchanan advised that he felt compelled to settle the case by an opinion authored by Judge Higbee which suggested that the consumer claims could not be aggregated.

10.   Mr. Seeger testified that Mr. Weinberg "chases everything that glitters," and "had a tendency to prepare lots of things." (Tr., pp. 77, 78). These statements are true, and correctly describe Mr. Weinberg's doggedness, persistence, and intense work ethic. Mr. Seeger's statements, however, do not credit the knowledge, experience, creativity, and intelligence with which Mr. Weinberg approaches his work. In combination, these attributes made him a leader in the development of the science underpinning the private TPP litigation.

MARK C. SCHULTZ

SWORN TO AND SUBSCRIBED
BEFORE ME, NOTARY PUBLIC
THIS _22ND_ DAY OF JULY, 2013.

NOTARY PUBLIC

COMMONWEALTH OF PENNSYLVANIA
NOTARIAL SEAL
LINDA A. VONDERCRONE., Notary Public
Towamencin Twp., Montgomery County
My Commission Expires December 22, 2016

-3-

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Friday, November 09, 2007 12:32 PM
To: steveschwartz@chimicles.com; wmarvin@cprlaw.com; scohen@cprlaw.com;
Seeger, Chris; Weiss, Stephen. A; Eric H. Weinberg
Cc: cplacitella@cprlaw.com; jrosen@cprlaw.com;
josephsauder@chimicles.com; nick@chimicles.com
Subject: Re: Vioxx TPP claims


None.  Only eligible PI claims are in he deal.  Full steam ahead on
tpp.

-----Original Message-----
From: Steven A. Schwartz <steveschwartz@chimicles.com>
To: Buchanan, David; William D. Marvin <wmarvin@cprlaw.com>; Stewart
Cohen <scohen@cprlaw.com>; Seeger, Chris; Weiss, Stephen. A;
ehw@erichweinberg.com <ehw@erichweinberg.com>
CC: Chris Placitella <cplacitella@cprlaw.com>; Joel S. Rosen
<jrosen@cprlaw.com>; Joseph G. Sauder <josephsauder@chimicles.com>;
Nicholas E. Chimicles <nick@chimicles.com>
Sent: Fri Nov 09 11:46:14 2007
Subject: RE: Vioxx TPP claims


What effect does the settlement announced today have on the TPP claims?

Steven A. Schwartz
Chimicles & Tikellis LLP
One Haverford Centre
Haverford, PA 19041
(610) 642-8500 (extension 319)
(610) 645-4720 (direct dial)
(610) 649-3633 (telecopy)


PRIVILEGED INFORMATION/CONFIDENTIALITY NOTICE The information contained
in this e-mail message is confidential information that is intended to
remain confidential.

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Wednesday, October 31, 2007 4:06 PM
To: William D. Marvin; Steven A. Schwartz; Stewart Cohen; Seeger,
Chris; Weiss, Stephen. A; ehw@erichweinberg.com
Cc: Chris Placitella; Joel S. Rosen
Subject: RE: Vioxx TPP claims


Got it.

-----Original Message-----
From: William D. Marvin [mailto:wmarvin@cprlaw.com]
Sent: Wednesday, October 31, 2007 4:07 PM
To: Buchanan, David; steveschwartz@chimicles.com; Stewart Cohen;
Seeger, Chris; Weiss, Stephen. A; ehw@erichweinberg.com
Cc: Chris Placitella; Joel S. Rosen
Subject: RE: Vioxx TPP claims


OK, we will try again at 4:30.

**From:** Eric H. Weinberg
**Sent:** Saturday, February 16, 2008 8:51 AM
**To:** Buchanan, David; Stewart Cohen; cplacitella@cprlaw.com
**Subject:** RE: TPP

Good, thanks.

---

**From:** Buchanan, David [mailto:dbuchanan@seegerweiss.com]
**Sent:** Saturday, February 16, 2008 8:45 AM
**To:** Eric H. Weinberg; Stewart Cohen; cplacitella@cprlaw.com
**Subject:** RE: TPP

I must have missed the earlier email... I have a dep Tues, but can do a call Mon afternoon.
How's 3:30 work?

**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Saturday, February 16, 2008 8:45 AM
**To:** Buchanan, David; Stewart Cohen; cplacitella@cprlaw.com
**Subject:** TPP

David, I'm not sure if you got my blackberry message the other day.  Can we set up some time to
talk about the MDL TPP cases?  Thanks, Eric

Exh. B

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Tuesday, February 19, 2008 6:31 PM
To: Eric H. Weinberg; scohen@cprlaw.com; cplacitella@cprlaw.com;
wmarvin@cprlaw.com
Subject: RE: TPP

3pm tomorrow works ok for me.

-----Original Message-----
From: Eric H. Weinberg [mailto:ehw@erichweinberg.com]
Sent: Tuesday, February 19, 2008 6:18 PM
To: Eric H. Weinberg; Buchanan, David; scohen@cprlaw.com;
cplacitella@cprlaw.com; wmarvin@cprlaw.com
Subject: RE: TPP

I would like to get together on this issue.  We are thinking about
different approaches and I think it's important that we be on the same
page, in terms of how to proceed, potential clients, the proofs to be
offered etc.  I noted that some of these kinds of cases might be teed
up soon in the MDL, which suggests possible motion practice that could
affect cases.

If tomorrow at 3 pm is not good, how about Thursday morning at 9 am?

Thanks.

Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, New Jersey 08901
732-246-7080 tel
732-246-1981 fax
ehw@erichweinberg.com

-----Original Message-----
From: Grand, Jeff [mailto:jgrand@seegerweiss.com]
Sent: Thursday, March 27, 2008 9:41 AM
To: Eric H. Weinberg; Buchanan, David; wmarvin@cprlaw.com;
scohen@cprlaw.com
Subject: Re: Concordance

Works for me.

-----Original Message-----
From: Eric H. Weinberg <ehw@erichweinberg.com>
To: Grand, Jeff; Buchanan, David; William D. Marvin
<wmarvin@cprlaw.com>; Stewart Cohen <scohen@cprlaw.com>
Sent: Thu Mar 27 09:41:37 2008
Subject: RE: Concordance


How about noon today?


-----Original Message-----
From: Grand, Jeff [mailto:jgrand@seegerweiss.com]
Sent: Thursday, March 27, 2008 9:09 AM
To: Eric H. Weinberg
Subject: Re: Concordance

I would schedule it after 10:30 if you can.


-----Original Message-----
From: Eric H. Weinberg <ehw@erichweinberg.com>
To: Grand, Jeff
Sent: Thu Mar 27 09:09:48 2008
Subject: RE: Concordance

Ok I will set up a time shortly.  I would like at least Bill Marvin on
the line since he is doing the drafting.  Thanks.

-----Original Message-----
From: Grand, Jeff [mailto:jgrand@seegerweiss.com]
Sent: Wednesday, March 26, 2008 10:32 PM
To: Eric H. Weinberg
Subject: Re: Concordance

Eric, Dave and I are in the office tomorrow and available for a call
with you on TPP.


-----Original Message-----
From: Eric H. Weinberg <ehw@erichweinberg.com>
To: Grand, Jeff
Sent: Tue Mar 25 08:26:25 2008
Subject: RE: Concordance

Can you call me when you have a couple of minutes?  I am trying to
figure out what a TPP complaint should now say.  Thanks.  Cell

**From:** Eric H. Weinberg
**Sent:** Wednesday, July 09, 2008 11:52 AM
**To:** Eric H. Weinberg; Grand, Jeff; Buchanan, David; wmarvin@cprlaw.com
**Cc:** Chris Placitella; Seeger, Chris; Stewart Cohen; Harry M. Roth
**Subject:** RE: Memo

First draft fyi.

---

**From:** Eric H. Weinberg
**Sent:** Tuesday, July 08, 2008 10:43 AM
**To:** 'Grand, Jeff'; Buchanan, David; wmarvin@cprlaw.com
**Cc:** Chris Placitella; Seeger, Chris; 'Stewart Cohen'
**Subject:** Memo

I am working up a memo to the file as a sort of gameplan or roadmap to prosecute the TPP reimbursement case.

I would like to identify the elements of the case, the discovery we need to do or to provide, the basic evidence we will use to prove the case, and the experts we will call.

If you have any working notes or something that has been done along these lines already, would you please send it around?   If not, I will just work up a first draft and we can go from there.

Thanks.


working memo
7-9-08.doc

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Wednesday, July 23, 2008 11:01 AM
To: Stewart Cohen; Eric H. Weinberg; Chris Placitella; Grand, Jeff;
William D. Marvin
Cc: Seeger, Chris; Harry M. Roth; Mark C. Schultz
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

877.526.3010, *5840713*...dialing now.

-----Original Message-----
From: Stewart Cohen [mailto:scohen@cprlaw.com]
Sent: Wednesday, July 23, 2008 10:34 AM
To: Buchanan, David; ehw@erichweinberg.com; Chris Placitella; Grand,
Jeff; William D. Marvin
Cc: Seeger, Chris; Harry M. Roth; Mark C. Schultz
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

Do you have a call in number you want us to use?


Stewart L. Cohen, Esquire
http://www.cprlaw.com



-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Wednesday, July 23, 2008 10:31 AM
To: ehw@erichweinberg.com; Chris Placitella; Grand, Jeff; Stewart
Cohen; William D. Marvin
Cc: Seeger, Chris; Harry M. Roth; Mark C. Schultz
Subject: Re: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

11am works for us.

----- Original Message -----
From: Eric H. Weinberg <ehw@erichweinberg.com>
To: Buchanan, David; cplacitella@cprlaw.com <cplacitella@cprlaw.com>;
Grand, Jeff; scohen@cprlaw.com <scohen@cprlaw.com>; wmarvin@cprlaw.com
<wmarvin@cprlaw.com>
Cc: Seeger, Chris; hroth@cprlaw.com <hroth@cprlaw.com>;
mschultz@cprlaw.com <mschultz@cprlaw.com>
Sent: Wed Jul 23 09:05:04 2008
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

Yes, any time today is fine.  Thanks.

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Wednesday, July 23, 2008 8:38 AM

To: cplacitella@cprlaw.com; Grand, Jeff; scohen@cprlaw.com;
wmarvin@cprlaw.com
Cc: Seeger, Chris; Eric H. Weinberg; hroth@cprlaw.com;
mschultz@cprlaw.com
Subject: Re: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

Can people do a quick call today to update on yesterday's conference
and client status?

----- Original Message -----
From: Chris Placitella <cplacitella@cprlaw.com>
To: Grand, Jeff; Stewart Cohen <scohen@cprlaw.com>; William D. Marvin
<wmarvin@cprlaw.com>; Buchanan, David
Cc: Seeger, Chris; ehw@erichweinberg.com <ehw@erichweinberg.com>; Harry
M. Roth <hroth@cprlaw.com>; Mark C. Schultz <mschultz@cprlaw.com>
Sent: Tue Jul 22 21:55:14 2008
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

I messed up and did not put this on my calendar. Went to NB to court
instead. What happened. Good news is we are working our tails off to
sign up clients


Sincerely,


Chris


Cohen, Placitella & Roth

127 Maple Ave

Red Bank, NJ, 07701

(W) 732 747 9003

cplacitella@cprlaw.com


"The very essence of civil liberty certainly consists in the right of
every individual to claim protection of the laws whenever he receives
an injury."


Marbury v. Madison (1803) (John Marshall)



-----Original Message-----

From: Grand, Jeff [mailto:jgrand@seegerweiss.com]
Sent: Tuesday, July 22, 2008 9:38 AM
To: Stewart Cohen; William D. Marvin; Buchanan, David
Cc: Chris Placitella; Seeger, Chris; ehw@erichweinberg.com; Harry M.
Roth; Mark C. Schultz
Subject: Re: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

Sure, I'm free on Wednesday and Thursday.  Also, if enough of us are at
the conference today, perhaps we can discuss afterwards?

----- Original Message -----
From: Stewart Cohen <scohen@cprlaw.com>
To: Grand, Jeff; William D. Marvin <wmarvin@cprlaw.com>; Buchanan,
David
Cc: Chris Placitella <cplacitella@cprlaw.com>; Seeger, Chris;
ehw@erichweinberg.com <ehw@erichweinberg.com>; Harry M. Roth
<hroth@cprlaw.com>; Mark C. Schultz <mschultz@cprlaw.com>
Sent: Tue Jul 22 09:26:52 2008
Subject: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

 Jeff, Bill and David,

We have a number of tpp cases in suit where we are co-counsel, and we
need to discuss how all of this work is to be done among ourselves,
apart from the leadership role in the rest of the cases. Bill and Jeff,
can you set up a telecon to discuss?


Stewart L. Cohen, Esquire
http://www.cprlaw.com

Exh. B

From: Eric H. Weinberg
Sent: Wednesday, July 23, 2008 12:08 PM
To: Buchanan, David; Stewart Cohen; Chris Placitella; Grand, Jeff;
William D. Marvin
Cc: Seeger, Chris; Harry M. Roth; Mark C. Schultz
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

Fyi memo and a simple slide that summarizes a broader risk-benefit
argument applicable to TPP cases.

-----Original Message-----
From: Buchanan, David [mailto:dbuchanan@seegerweiss.com]
Sent: Wednesday, July 23, 2008 11:01 AM
To: Stewart Cohen; Eric H. Weinberg; Chris Placitella; Grand, Jeff;
William D. Marvin
Cc: Seeger, Chris; Harry M. Roth; Mark C. Schultz
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

877.526.3010, *5840713*...dialing now.

-----Original Message-----
From: Stewart Cohen [mailto:scohen@cprlaw.com]
Sent: Wednesday, July 23, 2008 10:34 AM
To: Buchanan, David; ehw@erichweinberg.com; Chris Placitella; Grand,
Jeff; William D. Marvin
Cc: Seeger, Chris; Harry M. Roth; Mark C. Schultz
Subject: RE: Vioxx TPP Conference--We need to discuss SW/CPR
procedures/protocols/work responsibilities

Do you have a call in number you want us to use?


Stewart L. Cohen, Esquire
http://www.cprlaw.com


working memo          The True risk benefit
7-9-08.doc            profile of Vioxx.ppt

Exh. B

From: Eric H. Weinberg
Sent: Sunday, August 03, 2008 8:57 PM
To: Grand, Jeff
Subject: RE: Vioxx TPP

Jeff,

Thanks for circulating this. My concern would be if the information
that is designated is somehow probative generally of fraud -- eg if
information provided by Merck that is inconsistent with actual
statistical data, or is inconsistent with information that is provided
to other plaintiffs or third parties, somehow gets to be highly
confidential under this definition.

I am not sure how to address that if it is a legitimate concern.

I note that "Lead Counsel" may be privy to this type of information.
It could be a burden but a necessary one that if information is highly
confidential, but is somehow probative of other plaintiffs' cases, an
exception for disclosure should be made; perhaps with similar caveats
but permitting wider dissemination.

By the way, following up on our conference call about documents that
have been produced, do you have some time to put together a list of
what has been produced thus far that may help on the task of
identifying the hierarchy of Merck's managed care organization and how
they strategized on common marketing issues? I would be willing to do
this, or work with you to do this, so that we can get a sense of where
to start on document review and depositions. Chris P. should probably
be involved since he took many of the marketing depositions.

Are we still planning to meet on August 14/15? I would like to put
some kind of chart together before then so we can circulate it.

I also think that Madigan, Kronmal or both of them should do some
analyses of Vioxx v. comparators. We have good placebo analyses but
the comparator analyses will be important in this litigation.

Thanks.

Eric

-----Original Message-----
From: Grand, Jeff [mailto:jgrand@seegerweiss.com]
Sent: Friday, August 01, 2008 3:59 PM
To: Grand, Jeff; bcarmody@SusmanGodfrey.com; Buchanan, David;
scohen@cprlaw.com; jlipofsky@zsz.com; DPaolicelli@lpklaw.com;
rdm@lanierlawfirm.com; RDassow@hovdelaw.com; wmarvin@cprlaw.com;
jgrinstein@susmangodfrey.com; Eric H. Weinberg; RichFreese@aol.com;
js5@rawlingsandassociates.com; dcohen@smbb.com; Pdoamaral@lchb.com;
EMJ@lanierlawfirm.com; tlieverman@srk-law.com; jkeefe@keefebartels.com;
amarks@crowell.com; Seeger, Chris; DBarrios@bkc-law.com;
mmcclaren@websterszanyi.com; Huntingcreek@insightbb.com;
pkleidman@zsz.com; lwhite@susmangodfrey.com;
mms@rawlingsandassociates.com; GLawrence@lowey.com; sbossier@bossier-
law.com; JColby@websterszanyi.com
Subject: Vioxx TPP

Exh. B

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Thursday, September 04, 2008 5:55 PM
**To:** wmarvin@cprlaw.com; Buchanan, David; Seeger, Chris
**Cc:** scohen@cprlaw.com; hroth@cprlaw.com; mschultz@cprlaw.com; cplacitella@cprlaw.com;
Eric H. Weinberg
**Subject:** Re: Vioxx confab

Chris, Dave, and I.

---

**From**: William D. Marvin
**To:** Grand, Jeff; Buchanan, David; Seeger, Chris
**Cc:** Stewart Cohen ; Harry M. Roth ; Mark C. Schultz ; Chris Placitella ; ehw@erichweinberg.com
**Sent**: Thu Sep 04 17:50:56 2008
**Subject**: RE: Vioxx confab
Jeff, our guys have been travelling far and wide today, but I've heard from Mark, Harry, and Eric,
we'll all be there around noon tomorrow.  Look forward to seeing you.  Chris P. may be able to
join us in progress.

Who else from your firm will be there?


William D. Marvin, Esq. -- wmarvin@cprlaw.com
http://www.cprlaw.com

---

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Wednesday, September 03, 2008 5:37 PM
**To:** William D. Marvin; Buchanan, David; Seeger, Chris
**Cc:** Stewart Cohen; Harry M. Roth; Mark C. Schultz; Chris Placitella; ehw@erichweinberg.com
**Subject:** RE: Vioxx confab

I thought, as you suggested in your prior email, that we were meeting in our offices.  We have
not prepared a formal agenda.  My understanding is that we were going to discuss trial themes
and vet liability theories.

**From:** William D. Marvin [mailto:wmarvin@cprlaw.com]
**Sent:** Wednesday, September 03, 2008 5:35 PM
**To:** Grand, Jeff; Buchanan, David
**Cc:** Stewart Cohen; Harry M. Roth; Mark C. Schultz; Chris Placitella; ehw@erichweinberg.com
**Subject:** RE: Vioxx confab

Thanks.  How about the when and where questions?  Has anyone prepared an agenda?  CPR
people, let's take a roll call and coordinate.


William D. Marvin, Esq. -- wmarvin@cprlaw.com
http://www.cprlaw.com

Exh. B

-----Original Message-----
From: Eric H. Weinberg
Sent: Monday, October 20, 2008 8:59 AM
To: Seeger, Chris; Grand, Jeff
Cc: Buchanan, David; cplacitella@cprlaw.com; wmarvin@cprlaw.com;
scohen@cprlaw.com; Mark C. Schultz
Subject: RE: Vioxx TPP - Document Review

Can we try for this week?

There is a CMC on October 31, so it would be good to talk about some
things before then.

Thanks.

-----Original Message-----
From: Seeger, Chris [mailto:cseeger@seegerweiss.com]
Sent: Friday, October 10, 2008 9:17 AM
To: Eric H. Weinberg; Grand, Jeff
Cc: Buchanan, David; cplacitella@cprlaw.com; wmarvin@cprlaw.com;
scohen@cprlaw.com
Subject: RE: Vioxx TPP - Document Review

Today and Monday are bad for me.  what about next week.....Tues - Fri?

-----Original Message-----
From: Eric H. Weinberg [mailto:ehw@erichweinberg.com]
Sent: Friday, October 10, 2008 8:44 AM
To: Grand, Jeff
Cc: Seeger, Chris; Buchanan, David; cplacitella@cprlaw.com;
wmarvin@cprlaw.com; scohen@cprlaw.com
Subject: RE: Vioxx TPP - Document Review

Chris S. suggested we get a call together among just us to talk about
these cases.  Is there a time today that works?  I am ok between 10 am
and 11 am, and after 3 pm.  Thanks.

-----Original Message-----
From: Grand, Jeff [mailto:jgrand@seegerweiss.com]
Sent: Thursday, October 09, 2008 8:51 AM
To: Eric H. Weinberg
Cc: Seeger, Chris; Buchanan, David; cplacitella@cprlaw.com;
wmarvin@cprlaw.com; scohen@cprlaw.com
Subject: Re: Vioxx TPP - Document Review

A primer for those new to the litigation is a good idea.  In fact, it
might make sense to hold a mini Vioxx camp to teach the liability case
and science issues.  I think we are already on solid ground in that
respect and the review should be geared more toward the promotion to
PBMs and formulary decision makers and how risks were minimized or not
disclosed.

----- Original Message -----
From: Eric H. Weinberg <ehw@erichweinberg.com>
To: Grand, Jeff

Exh. B

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Tuesday, October 21, 2008 8:46 PM
**To:** Eric H. Weinberg
**Subject:** Re: VIOXX TPP

It will likely be the 5th, although it is geared to those who don't know the case generally. I'm grateful for any input from you and am happy to meet in advance of the meeting.

---

**From:** Eric H. Weinberg
**To:** Grand, Jeff
**Sent:** Tue Oct 21 18:56:05 2008
**Subject:** RE: VIOXX TPP

Can it be the 6th? It looks like the 5th is a conflict for me.

I would really like to talk through how we are doing this. What do you think about meeting in AC, Newark, Red Bank or New Brunswick on the Thursday evening before the next CMC?

---

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Tuesday, October 21, 2008 3:24 PM
**To:** Jeremy Colby; RichFreese@aol.com; DBarrios@bkc-law.com; sbossier@bossier-law.com; scohen@cprlaw.com; wmarvin@cprlaw.com; amarks@crowell.com; RRhoad@crowell.com; Eric H. Weinberg; rdassow@hovdelaw.com; Huntingcreek@insightbb.com; jkeefe@keefebartels.com; EMJ@lanierlawfirm.com; rdm@lanierlawfirm.com; Pdoamaral@lchb.com; GLawrence@lowey.com; Diane Paolicelli; js5@rawlingsandassociates.com; mms@rawlingsandassociates.com; Seeger, Chris; Buchanan, David; dcohen@smbb.com; tlieverman@srk-law.com; asubramanian@susmangodfrey.com; bcarmody@susmangodfrey.com; jgrinstein@susmangodfrey.com; lwhite@susmangodfrey.com; tnagy@susmangodfrey.com; Michael McClaren; jlipofsky@zsz.com; pkleidman@zsz.com; Sigelman, Daniel
**Cc:** Glasser, Stefanie; Grand, Jeff
**Subject:** RE: VIOXX TPP

Please let me know your availability for a Vioxx Background Info. Meeting and Document Review Training on Nov. 5th in NY.

Also, please see the attached document, which lists the various National Account Executives (NAEs) and Customer Contract Managers (CCMs) handled the various PBMs/TPAs identified thus far in the TPP litigation. The last two pages indicate which NAE/CCM custodial files have been produced so far, as of 10/8/08.

Exh. B

## Eric H. Weinberg

**From:**   Eric H. Weinberg

**Sent:**   Friday, November 07, 2008 4:49 PM

**To:**   'David Egilman'

**Subject:**   RE: hide nor hare I cannot figure out what merck did in this cv sae analysis on the web Daivd can you help or can get you produce the real data?

Ask Baron if they asked themselves why the effect persists.

I think I can get a resume looked at.   Send with short note about usaid and why it should be you and I will pass on.

---

**From:** David Egilman [mailto:degilman@egilman.com]
**Sent:** Friday, November 07, 2008 2:00 PM
**To:** Kristal, Jerry; david egilman; David Madigan; Harlan Krumholz; Kevin P. Hill; Ross, Joseph
**Cc:** kbest@seattletimes.com; Emily; Amos Presler; Chris Placitella; DARA HEGAR; dbuchanan@seegerweiss.com; Donald C. Arbitblit; Eric H. Weinberg; Janush, Evan; Jeff Grand; Ken S. Soh; Lisa Dagostino; liz.dudley@huttonlaw.com; Mark Lanier; Maura Kolb; Chris Seeger; Sigelman, Daniel
**Subject:** RE: hide nor hare I cannot figure out what merck did in this cv sae analysis on the web Daivd can you help or can get you produce the real data?

I am trying to get to be head of usaid.  No joke. So any help would be appreciated.

David Egilman MD, MPH
Clinical Associate Professor
Brown University
Department of Community Health
8 North Main Street
Attleboro, Massachusetts 02703
Office: 508-226-5091 ext 11
Cell: 508-472-2809
Fax: 425-699-7033

"The best, most affordable way to save the most lives and improve overall health is to increase the number of trained local, primary healthcare workers. By leveraging small investments and the leadership of local change agents, GHETS' programs offer the most cost-effective and sustainable strategies to recruit, train and support primary care workers in developing countries."

Donate to GHETS!

**From:** Kristal, Jerry [mailto:Jkristal@weitzlux.com]
**Sent:** Friday, November 07, 2008 1:59 PM
**To:** david egilman; David Madigan; Harlan Krumholz; Kevin P. Hill; Ross, Joseph
**Cc:** kbest@seattletimes.com; Emily; Amos Presler; Chris Placitella; DARA HEGAR; dbuchanan@seegerweiss.com; Donald C. Arbitblit; Eric H. Weinberg; Janush, Evan; Jeff Grand; Ken S. Soh; Lisa Dagostino; liz.dudley@huttonlaw.com; Mark Lanier; Maura Kolb; Chris Seeger; Sigelman, Daniel
**Subject:** RE: hide nor hare I cannot figure out what merck did in this cv sae analysis on the web Daivd can you help or can get you produce the real data?

I can't even pass the test of understanding your email. does it come  as a surprise that the disingenuous continues??

Is it true obama wants Egilman to head OSHA?

    -----Original Message-----
    **From:** david egilman [mailto:degilman@gmail.com]
    **Sent:** Friday, November 07, 2008 7:42 AM
    **To:** David Madigan; Harlan Krumholz; Kevin P. Hill; Ross, Joseph
    **Cc:** kbest@seattletimes.com; emily@egilman.com; Amos Presler; 'Chris Placitella'; 'DARA HEGAR'; dbuchanan@seegerweiss.com; 'Donald C. Arbitblit'; 'Eric H. Weinberg'; 'Janush, Evan'; 'Jeff Grand'; 'Ken S. Soh'; Kristal, Jerry; 'Lisa Dagostino'; liz.dudley@huttonlaw.com; 'Mark Lanier'; 'Maura Kolb'; Chris Seeger; 'Sigelman,

**Eric H. Weinberg**

**From:**    Eric H. Weinberg
**Sent:**    Thursday, December 04, 2008 8:22 AM
**To:**      David Egilman
**Subject:** RE: his meeting interviews were sept 23-25 he forgto this?

I can't download docs from home.

BNN0000997

Honig to Nies

Subject June 1 visit

Send April 26, 2001

"Our conversation in Orlando was quite general...I have recently completed interviews with other companies and before I can give them any feedback/answers, I need to know a little more about the potential at Merck. This should in no way be construed as my trying to play you off against others."

He lied in deposition about when this all started and how. He was shopping for a big payday.

---

**From:** David Egilman [mailto:degilman@egilman.com]
**Sent:** Thursday, December 04, 2008 7:43 AM
**To:** Eric H. Weinberg; Amos Presler; cplacitella@cprlaw.com; dgh@lanierlawfirm.com; dbuchanan@seegerweiss.com; darbitblit@lchb.com; Janush, Evan; Jeff Grand; Ken S. Soh; Kristal, Jerry; Lisa Dagostino; liz.dudley@huttonlaw.com; wml@lanierlawfirm.com; mck@lanierlawfirm.com; Seeger, Chris; Sigelman, Daniel
**Cc:** berenson@nytimes.com; snigdhaprakash@verizon.net; David Egilman
**Subject:** his meeting interviews were sept 23-25 he forgto this?


David Egilman MD, MPH
8 North Main Street
Attleboro, Ma 02703
Clinical Associate Professor
Brown University
degilman@egilman.com
O 508-226-5091 ext 11
C 508-472-2809
F 425-699-7033

This holiday season, shop for your loved ones and support GHETS at the same time! Visit the online shopping mall at www.goodshop.com and choose GHETS as the organization you choose to support!

Donate to GHETS today!


**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Thursday, December 04, 2008 7:34 AM
**To:** David Egilman
**Subject:** [SPAM] RE: [SPAM] RE: [SPAM] RE: [SPAM] RE: he took the job in december 2001 wow what an agency WHAT LAWYERING TO MISS THIS

6/20/2013

From: Eric H. Weinberg
Sent: Friday, December 12, 2008 12:11 PM
To: 'Lillian Flemming'
Cc: fallon@laed.uscourts.gov; Nathan_Bays@laed.uscourts.gov; Lenny
Davis; Regina Valenti; alevin@lfsblaw.com;
andy.birchfield@beasleyallen.com; cseeger@seegerweiss.com; Eblizzard
(E-mail); pweitz@weitzlux.com; Russ Herman; tgirardi@girardikeese.com;
trafferty@levinlaw.com; wml@lanierlawfirm.com; Russ Herman;
bp@brettpowers.com; Christopher Seeger (PSC) (E-mail 2); Christopher
Seeger (PSC) (E-mail 3); Christopher Vincent Tisi (PSC) (E-mail); David
R. Buchanan (E-mail); Drew Ranier (PSC) (E-mail); Elizabeth Cabraser
(PSC) (E-mail); flonger@lfsblaw.com; Frank Woodson (E-mail); Gerald E.
Meunier (PSC) (E-mail 2); lee.balefsky@klinespecter.com; Mark Robinson
(PSC) (E-mail 2); Mark Robinson (PSC) (E-mail); Michael Wagner @ Seeger
Weiss; Michelle A. Parfitt (E-mail 2); Michelle A. Parfitt (E-mail);
mweinkowitz@lfsblaw.com; P. Leigh O'Dell (E-mail); Paulina do Amaral
(E-mail); Richard J. Arsenault (PSC) (E-mail); Shelly Sanford; Steve
Herman; Thomas Kline (PSC) (E-mail); lynne.mccloskey@klinespecter.com;
ZVioxx Archive; Chris Placitella; 'Sigelman, Daniel'
Subject: RE: Vioxx MDL 1657

Dear Russ,

Thank you for your letter.  I am pleased to share all of our work
product on this issue.  My staff is pulling the materials together, and
I will send them to you next week.

I will arrange meetings with the experts I retained with you, or anyone
else who is working on this issue.  Dr. O'Connor is at UMDNJ in Newark,
and Dr. Madigan is at Columbia University and lives in North Jersey, so
it would make sense to meet in New Jersey.

I am also attaching Dr. Madigan's report, which you referenced in your
letter.  Dr. Madigan was designated as an expert in several of the New
Jersey cases set for trial in January of 2008, and his report was
served on Merck counsel on October 9, 2007.

I did send you the email reproduced below on Tuesday, with several
attachments including Dr. O'Connor's CV, several published articles,
and a Merck internal email concerning Dr. O'Connor's call to Merck on
July 11, 2000 in which he advised that his research suggested that
Vioxx might have deleterious effects on bone fracture healing.

Best regards and happy holidays to all.

Eric Weinberg

David Madigan's
report_scanned.pdf.

From: Eric H. Weinberg
Sent: Thursday, January 15, 2009 5:41 PM
To: Eric H. Weinberg; 'Lillian Flemming'
Cc: 'fallon@laed.uscourts.gov'; 'Nathan_Bays@laed.uscourts.gov'; 'Lenny
Davis'; 'Regina Valenti'; 'alevin@lfsblaw.com';
'andy.birchfield@beasleyallen.com'; 'cseeger@seegerweiss.com';
'Eblizzard (E-mail)'; 'pweitz@weitzlux.com'; 'Russ Herman';
'tgirardi@girardikeese.com'; 'trafferty@levinlaw.com';
'wml@lanierlawfirm.com'; 'Russ Herman'; 'bp@brettpowers.com';
'Christopher Seeger (PSC) (E-mail 2)'; 'Christopher Seeger (PSC) (E-
mail 3)'; 'Christopher Vincent Tisi (PSC) (E-mail)'; 'David R. Buchanan
(E-mail)'; 'Drew Ranier (PSC) (E-mail)'; 'Elizabeth Cabraser (PSC) (E-
mail)'; 'flonger@lfsblaw.com'; 'Frank Woodson (E-mail)'; 'Gerald E.
Meunier (PSC) (E-mail 2)'; 'lee.balefsky@klinespecter.com'; 'Mark
Robinson (PSC) (E-mail 2)'; 'Mark Robinson (PSC) (E-mail)'; 'Michael
Wagner @ Seeger Weiss'; 'Michelle A. Parfitt (E-mail 2)'; 'Michelle A.
Parfitt (E-mail)'; 'mweinkowitz@lfsblaw.com'; 'P. Leigh O'Dell (E-
mail)'; 'Paulina do Amaral (E-mail)'; 'Richard J. Arsenault (PSC) (E-
mail)'; 'Shelly Sanford'; 'Steve Herman'; 'Thomas Kline (PSC) (E-
mail)'; 'lynne.mccloskey@klinespecter.com'; 'ZVioxx Archive'; 'Chris
Placitella'; 'Sigelman, Daniel'
Subject: RE: Vioxx MDL 1657

Russ,

The link below pertains to effects of Cox 2 on bone fracture healing.
It was published online today in the Journal of Bone and Mineral
Research.

Regards,

Eric Weinberg

http://insciences.org/article.php?article_id=1464

**From:** Eric H. Weinberg
**Sent:** Thursday, January 15, 2009 5:40 PM
**To:** 'degilman@egilman.com'; Chris Placitella; Buchanan, David; 'Sigelman, Daniel'; Grand, Jeff;
'Seeger, Chris'; wml@lanierlawfirm.com; rdm@lanierlawfirm.com; rdassow@hovdelaw.com; Mark
C. Schultz; Stewart Cohen; 'kss@lanierlawfirm.com'; EMJ@lanierlawfirm.com
**Subject:** FW: FYI....

This is consistent with our analysis of Alz SAS on osteoporosis with increased stat sig risk in
elderly men by November of 2000 and all by 2002.

Remember bone mineral density was raised by Scientific Advisors as a concern with Vioxx in
1998.

They did one study called Protocol 083.  Per O'Connor not properly designed to answer question
with answer we now have.

Meeting with Madigan and maybe O'Connor tomorrow so if you have any questions let me know.
It is possible we could access a major database to do a retrospective analysis of data with power.

---

**From:** David Madigan [mailto:davidbmadigan@gmail.com]
**Sent:** Thursday, January 15, 2009 2:53 PM
**To:** Eric H. Weinberg
**Subject:** FYI....

http://insciences.org/article.php?article_id=1464

**From:** Eric H. Weinberg
**Sent:** Tuesday, January 20, 2009 2:16 PM
**To:** Buchanan, David; Grand, Jeff; cplacitella@cprlaw.com
**Subject:** RE: bone

Agreed.

Another issue that might be worth a closer look involved the alternative therapy with an NSAID and a generic PPI. I have pulled some documents and we are scanning them. I will put together a spreadsheet of documents on this issue.

At a Multidisciplinary Advisors meeting in Vail in 2000, Loren Laine told Merck that once PPIs went generic in 2001 the combination therapy might become preferred because it did the same thing as Vioxx, but cheaper. This concern was repeated in the Stejbach email in 2001. The VA published a study in June of 2004 in the Archives – basically that generic PPI + NSAID was preferable therapy to Cox -2s. After the recall, there was some thought given to chasing the Nitric Oxide Vioxx angle. Ford Hutchinson basically admits in the 2004 email that the PPI combination therapy was as good as Vioxx.

I wonder if Merck was seeing the handwriting on the wall in late 2004 when the CV data came in, that they were going to lose market share anyway and so they might as well pull the plug?

If NSAID + PPI was cheaper and just as safe for CV and GI (or even safer) and Merck counter marketed to preserve market share, this could be relevant in the TPP litigation.


**From:** Buchanan, David [mailto:dbuchanan@seegerweiss.com]
**Sent:** Tuesday, January 20, 2009 1:41 PM
**To:** Eric H. Weinberg; Grand, Jeff; cplacitella@cprlaw.com
**Subject:** Re: bone


This is great...dovetails nicely w/ everything else in bd of advisors memo.


**From:** Eric H. Weinberg
**To:** Grand, Jeff; Buchanan, David; Chris Placitella
**Sent:** Tue Jan 20 09:57:02 2009
**Subject:** bone
I have learned confidentially that an article has been submitted for publication that shows a greater effect on delay in bone fracture healing by Vioxx than ibuprofen in rats. If it is accepted for publication it will be very helpful to us on the class effect defense to the risk of bone mineral density loss secondary to cox-2 inhibition. The emerging science on bone mineral density is consistent with early concerns and the analyses of the osteoporosis risk in 078. Merck never reported the statistically significant risk of osteoporosis in 078, even in the CSR, where they attributed the difference in risk to chance.

The study referred to in the RMC 1998 document was probably Protocol 083. O'Connor has reviewed it.

I have been reviewing some TPP documents. Has anyone sent any hot documents? My concern is that nobody really knows that osteoporosis and bone density is a risk issue that could play out in our favor.

Exh. B

**From:** Eric H. Weinberg
**Sent:** Thursday, January 29, 2009 10:30 AM
**To:** Jeremy Colby; RichFreese@aol.com; chaffin@bernlieb.com; sbossier@bossier-law.com;
Daniel Sigelman; Daniel Sigelman; Chris Placitella; mschultz@cprlaw.com; scohen@cprlaw.com;
wmarvin@cprlaw.com; amarks@crowell.com; RRhoad@crowell.com; rdassow@hovdelaw.com;
Huntingcreek@insightbb.com; jkeefe@keefebartels.com; EMJ@lanierlawfirm.com;
rdm@lanierlawfirm.com; Pdoamaral@lchb.com; GLawrence@lowey.com; DPaolicelli@lpklaw.com;
js5@rawlingsandassociates.com; mms@rawlingsandassociates.com; Chris Seeger; David
Buchanan; Jeff Grand; dcohen@smbb.com; tlieverman@srk-law.com;
asubramanian@susmangodfrey.com; bcarmody@susmangodfrey.com;
jgrinstein@susmangodfrey.com; lwhite@susmangodfrey.com; tnagy@susmangodfrey.com;
Michael McClaren; jlipofsky@zsz.com; pkleidman@zsz.com
**Cc:** Stefanie Glasser
**Subject:** RE: In re Vioxx TPP

Jeremy,

I am interested in subjects covered in the attached document. Feel free to contact me with any
questions.

Regards,

Eric Weinberg

732-246-7080 t

ehw@erichweinberg.com

---

**From:** Jeremy Colby [mailto:JColby@websterszanyi.com]
**Sent:** Wednesday, January 21, 2009 4:17 PM
**To:** RichFreese@aol.com; chaffin@bernlieb.com; sbossier@bossier-law.com; Daniel Sigelman;
Daniel Sigelman; Chris Placitella; mschultz@cprlaw.com; scohen@cprlaw.com;
wmarvin@cprlaw.com; amarks@crowell.com; RRhoad@crowell.com; Eric H. Weinberg;
rdassow@hovdelaw.com; Huntingcreek@insightbb.com; jkeefe@keefebartels.com;
EMJ@lanierlawfirm.com; rdm@lanierlawfirm.com; Pdoamaral@lchb.com;
GLawrence@lowey.com; DPaolicelli@lpklaw.com; js5@rawlingsandassociates.com;
mms@rawlingsandassociates.com; Chris Seeger; David Buchanan; Jeff Grand;
dcohen@smbb.com; tlieverman@srk-law.com; asubramanian@susmangodfrey.com;
bcarmody@susmangodfrey.com; jgrinstein@susmangodfrey.com; lwhite@susmangodfrey.com;
tnagy@susmangodfrey.com; Michael McClaren; jlipofsky@zsz.com; pkleidman@zsz.com
**Cc:** Stefanie Glasser
**Subject:** RE: In re Vioxx TPP

Dear Jeff,

Exh. B

A few calls ago, we discussed certain BCBS documents that you reviewed that may be relevant when considering BCBS entities as trial candidates.  Can you please circulate these documents?  Also, do you have a draft of a document that will serve as the guidepost for attorneys reviewing Merck documents for list of assignments you circulated previously?  Thank you.

Best,

Jeremy

Jeremy A. Colby
Partner

WEBSTER SZANYI LLP
Attorneys at Law

1400 Liberty Building
Buffalo, New York  14202
Tel - 716-842-2800
Fax -716-845-6709
E-mail jcolby@websterszanyi.com
www.abuffalolawyer.blogspot.com
www.websterszanyi.com


(Note:  Guideline Memo attached)

Exh. B

**From:** Eric H. Weinberg
**Sent:** Friday, March 20, 2009 11:55 AM
**To:** Gross, Jennie; Grand, Jeff; rdm@lanierlawfirm.com; EMJ@lanierlawfirm.com; Rob Dassow; Susanne Scovern; Joseph S. Grinstein; Arun Subramanian; Bill Carmody; DPaolicelli@lpklaw.com; Melissa Stewart; Roxanne DeFrancesco; do Amaral, Paulina; RRhoad@crowell.com; mschultz@cprlaw.com; cplacitella@cprlaw.com
**Cc:** Buchanan, David; Glasser, Stefanie; Foreman, Melanie
**Subject:** RE: In re Vioxx TPP

Emails relevant to Protocol 136 and PPI + NSAID alternative to Vioxx.


(Note:  Attached documents regarding subject)

From: Eric H. Weinberg
Sent: Wednesday, April 01, 2009 9:34 AM
To: 'Joseph S. Grinstein'; Diane Paolicelli; Jeremy Colby;
RichFreese@aol.com; chaffin@bernlieb.com; sbossier@bossier-law.com;
dsigelman@CMHT.com; dsigelman@cohenmilstein.com;
cplacitella@cprlaw.com; mschultz@cprlaw.com; scohen@cprlaw.com;
wmarvin@cprlaw.com; amarks@crowell.com; RRhoad@crowell.com;
rdassow@hovdelaw.com; Huntingcreek@insightbb.com;
jkeefe@keefebartels.com; EMJ@lanierlawfirm.com; rdm@lanierlawfirm.com;
Pdoamaral@lchb.com; GLawrence@lowey.com; js5@rawlingsandassociates.com;
mms@rawlingsandassociates.com; cseeger@seegerweiss.com;
dbuchanan@seegerweiss.com; jgrand@seegerweiss.com; dcohen@smbb.com;
tlieverman@srk-law.com; Arun Subramanian; Bill Carmody; Lexie White;
Tibor L. Nagy; Michael McClaren; jlipofsky@zsz.com; pkleidman@zsz.com
Cc: SGlasser@seegerweiss.com
Subject: RE: In re Vioxx TPP - document review & other adverse events

Enclosed please find a draft of the summary of our meeting last week.

Coordination on depositions and documents going forward would be
helpful.

Thanks.

-----Original Message-----
From: Joseph S. Grinstein [mailto:jgrinstein@susmangodfrey.com]
Sent: Thursday, March 05, 2009 12:21 PM
To: Diane Paolicelli; Eric H. Weinberg; Jeremy Colby;
RichFreese@aol.com; chaffin@bernlieb.com; sbossier@bossier-law.com;
dsigelman@CMHT.com; dsigelman@cohenmilstein.com;
cplacitella@cprlaw.com; mschultz@cprlaw.com; scohen@cprlaw.com;
wmarvin@cprlaw.com; amarks@crowell.com; RRhoad@crowell.com;
rdassow@hovdelaw.com; Huntingcreek@insightbb.com;
jkeefe@keefebartels.com; EMJ@lanierlawfirm.com; rdm@lanierlawfirm.com;
Pdoamaral@lchb.com; GLawrence@lowey.com; js5@rawlingsandassociates.com;
mms@rawlingsandassociates.com; cseeger@seegerweiss.com;
dbuchanan@seegerweiss.com; jgrand@seegerweiss.com; dcohen@smbb.com;
tlieverman@srk-law.com; Arun Subramanian; Bill Carmody; Lexie White;
Tibor L. Nagy; Michael McClaren; jlipofsky@zsz.com; pkleidman@zsz.com
Cc: SGlasser@seegerweiss.com
Subject: RE: In re Vioxx TPP - document review & other adverse events

The SG group has a good damages expert, so we will take the laboring
oar on that ultimate issue, among other issues.

-----Original Message-----
From: Diane Paolicelli [mailto:DPaolicelli@lpklaw.com]
Sent: Thursday, March 05, 2009 10:59 AM
To: Eric H. Weinberg; Jeremy Colby; RichFreese@aol.com;
chaffin@bernlieb.com; sbossier@bossier-law.com; dsigelman@CMHT.com;
dsigelman@cohenmilstein.com; cplacitella@cprlaw.com;
mschultz@cprlaw.com; scohen@cprlaw.com; wmarvin@cprlaw.com;
amarks@crowell.com; RRhoad@crowell.com; rdassow@hovdelaw.com;
Huntingcreek@insightbb.com; jkeefe@keefebartels.com;
EMJ@lanierlawfirm.com; rdm@lanierlawfirm.com; Pdoamaral@lchb.com;
GLawrence@lowey.com; js5@rawlingsandassociates.com;
mms@rawlingsandassociates.com; cseeger@seegerweiss.com;

dbuchanan@seegerweiss.com; jgrand@seegerweiss.com; dcohen@smbb.com;
tlieverman@srk-law.com; Arun Subramanian; Bill Carmody; Joseph S.
Grinstein; Lexie White; Tibor L. Nagy; Michael McClaren;
jlipofsky@zsz.com; pkleidman@zsz.com
Cc: SGlasser@seegerweiss.com
Subject: RE: In re Vioxx TPP - document review & other adverse events

Eric:

Thanks for stepping in to organize this.

I've reviewed your list with my colleagues, and we (LPK and C&M)
believe that we can be most useful developing experts to explain the
role of third party payors (insurers/unions)in the purchase and payment
of prescriptions, and how Merck's fraud was directed at victimizing our
clients;  this would include issues of Formulary Placement; Pharmaco-
economics and Marketing and would likely take a couple of experts to do
this. We also have a cardiology expert that we are working with.

It seems to Bob Rhoad and I that we need to begin to focus on Merck's
marketing fraud on the doctors and consumers as an essential lynchpin
of Merck's scheme to rip off our TPP clients, who Merck well knew were
the ones who'd be footing the bill. No drug (even one approved by the
FDA) gets purchased unless a physician prescribes it. So it seems to us
that even clients with open formularies that required them to pay for
any FDA approved drug, can show damages as a consequence of Merck's
lies to the physicians/consumers. (In downplaying the role of the FDA
and reaffirming the manufacturers' duties to warn the Wyeth decision
yesterday is helpful)  In any event, we'd like to work on developing
expert testimony to explain all this...

I had indicated last week to Dave and Paulina that I'd be happy to be
involved in the "legal" committee as well. We had specifically talked
about the legal support for damages based on fraud on
doctors/consumers, and we've begun to look at that.

And we are open to helping out as needed with document review and other
things....

Thanks again.


Diane Paolicelli
Levy Phillips & Konigsberg, LLP
800 Third Avenue
New York, NY 10022
212-605-6250
dpaolicelli@lpklaw.com

**From:** Joseph S. Grinstein [mailto:jgrinstein@susmangodfrey.com]
**Sent:** Tuesday, May 05, 2009 11:51 AM
**To:** Grand, Jeff; Buchanan, David
**Cc:** Arun Subramanian; Tibor L. Nagy; DPaolicelli@lpklaw.com; mschultz@cprlaw.com; Eric H. Weinberg
**Subject:** RE: [44SW88] - RE: In re Vioxx TPP - Found word(s) pharmacy list error in the Text body

I think they are science depos mainly, but I defer to Eric/Mark.

**From:** Grand, Jeff [mailto:jgrand@seegerweiss.com]
**Sent:** Tuesday, May 05, 2009 10:45 AM
**To:** Joseph S. Grinstein; Buchanan, David
**Cc:** Arun Subramanian; Tibor L. Nagy; DPaolicelli@lpklaw.com; mschultz@cprlaw.com; ehw@erichweinberg.com
**Subject:** Re: [44SW88] - RE: In re Vioxx TPP - Found word(s) pharmacy list error in the Text body

I'm taking Bounanno in a week--he's on the dep schedule. What's the significance of the remaining witnesses on the list?

**From:** Joseph S. Grinstein
**To:** Grand, Jeff; Buchanan, David
**Cc:** Arun Subramanian ; Tibor L. Nagy ; DPaolicelli@lpklaw.com ; Mark C. Schultz ; Eric H. Weinberg
**Sent:** Tue May 05 10:34:55 2009
**Subject:** [44SW88] - RE: In re Vioxx TPP - Found word(s) pharmacy list error in the Text body
Dave/Jeff --

Would you like to ask for these depos?  If not, I will do so today.

Thanks,
Joe

**From:** Joseph S. Grinstein
**Sent:** Friday, May 01, 2009 10:49 AM
**To:** Mark C. Schultz; Eric H. Weinberg
**Cc:** Arun Subramanian; Tibor L. Nagy; Buchanan, David; DPaolicelli@lpklaw.com; 'Grand, Jeff'
**Subject:** RE: In re Vioxx TPP

Dave/Jeff --

Please request these from Merck, or, if you would like, I will do so.

Thanks,
Joe

Exh. B

**From:** Mark C. Schultz [mailto:mschultz@cprlaw.com]
**Sent:** Friday, May 01, 2009 10:34 AM
**To:** Joseph S. Grinstein; Eric H. Weinberg
**Cc:** Arun Subramanian; Tibor L. Nagy; Buchanan, David; DPaolicelli@lpklaw.com; 'Grand, Jeff'
**Subject:** RE: In re Vioxx TPP

Paulette Lewis
Tom Buonanno
Matt Strassburger
Dr. Calder
Erik Hart

Mark C. Schultz, Esquire
Cohen, Placitella & Roth
2001 Market Street
Suite 2900
Philadelphia, PA 19103
215.567.3500

### CONFIDENTIALITY NOTICE:

This message is confidential and may contain attorney-work product, attorney-client communications, and other privileged information. Only the person to whom it is addressed should read or use it. If you are not the intended recipient, please notify us by replying to the sender or calling us at (888) 375-7600. Then please delete this message immediately; no copying, forwarding, or other use is allowed.

**From:** Joseph S. Grinstein [mailto:jgrinstein@susmangodfrey.com]
**Sent:** Wednesday, April 29, 2009 5:03 PM
**To:** Eric H. Weinberg; Mark C. Schultz
**Cc:** Arun Subramanian; Tibor L. Nagy
**Subject:** RE: In re Vioxx TPP

Do y'all have a wish list for additional depos?   I recall Eric at least had been thinking about some additional science depos.

We'd like to ask for them from Merck ASAP.   We will help you with the burden of taking them.

**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Wednesday, April 29, 2009 3:30 PM
**To:** Joseph S. Grinstein; Diane Paolicelli; Mark C. Schultz; Grand, Jeff; rdm@lanierlawfirm.com;
EMJ@lanierlawfirm.com; rdassow@hovdelaw.com; SScovern@audetlaw.com; Arun Subramanian;

Exh. B

Bill Carmody; Melissa Stewart; Roxanne DeFrancesco; Pdoamaral@lchb.com; jgross@lchb.com;
RRhoad@crowell.com; Chris Placitella; Lexie White; Tridgell, Amy; Tibor L. Nagy
**Cc:** Seeger, Chris; Glasser, Stefanie; Foreman, Melanie; Buchanan, David
**Subject:** RE: In re Vioxx TPP

Joe,

Thank you.

Eric

---

**From:** Joseph S. Grinstein [mailto:jgrinstein@susmangodfrey.com]
**Sent:** Wednesday, April 29, 2009 11:56 AM
**To:** Eric H. Weinberg; Diane Paolicelli; Mark C. Schultz; Grand, Jeff; rdm@lanierlawfirm.com;
EMJ@lanierlawfirm.com; rdassow@hovdelaw.com; SScovern@audetlaw.com; Arun Subramanian;
Bill Carmody; Melissa Stewart; Roxanne DeFrancesco; Pdoamaral@lchb.com; jgross@lchb.com;
RRhoad@crowell.com; Chris Placitella; Lexie White; Tridgell, Amy; Tibor L. Nagy
**Cc:** Seeger, Chris; Glasser, Stefanie; Foreman, Melanie; Buchanan, David
**Subject:** RE: In re Vioxx TPP

Until such time as we have a more formal process for sharing
depositions, we absolutely need to circulate transcripts via email.

Attached is the transcript of Chris Haney, if people haven't seen it yet.

I have also attached the two transcripts of Ben Zelman, VP of Pharmacy
Benefits at MMOH.  I believe his is the first "substantive" deposition that
Merck has taken of the TPPs, so it may be of some use to you in
preparing your own clients.

---

**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Wednesday, April 29, 2009 5:59 AM
**To:** Diane Paolicelli; Mark C. Schultz; Grand, Jeff; rdm@lanierlawfirm.com;
EMJ@lanierlawfirm.com; rdassow@hovdelaw.com; SScovern@audetlaw.com; Joseph S.
Grinstein; Arun Subramanian; Bill Carmody; Melissa Stewart; Roxanne DeFrancesco;
Pdoamaral@lchb.com; jgross@lchb.com; RRhoad@crowell.com; Chris Placitella; Lexie White;
Tridgell, Amy
**Cc:** Seeger, Chris; Glasser, Stefanie; Foreman, Melanie; Buchanan, David
**Subject:** RE: In re Vioxx TPP

Can we lodge these depositions and exhibits on a server somewhere so they are easily
accessible?

At the Shalaby deposition we heard about a Dr. Calder, who was a Merck employee charged with
providing medical information to Medco.  It is not clear to me that we have established the
hierarchy of how medical information was delivered to managed care customers.

The testimony Diane has summarized seems somewhat inconsistent with what I recall of Shalaby's testimony – that the NAEs were the folks who were answering the medical questions unless they needed Dr. Calder or someone like him to get involved.

Thanks Diane.

**From:** Diane Paolicelli [mailto:DPaolicelli@lpklaw.com]
**Sent:** Tuesday, April 28, 2009 12:49 PM
**To:** Mark C. Schultz; Grand, Jeff; rdm@lanierlawfirm.com; EMJ@lanierlawfirm.com; rdassow@hovdelaw.com; SScovern@audetlaw.com; jgrinstein@susmangodfrey.com; asubramanian@SusmanGodfrey.com; bcarmody@susmangodfrey.com; Melissa Stewart; Roxanne DeFrancesco; Pdoamaral@lchb.com; jgross@lchb.com; RRhoad@crowell.com; Chris Placitella; Eric H. Weinberg; lwhite@susmangodfrey.com; Tridgell, Amy
**Cc:** Seeger, Chris; Glasser, Stefanie; Foreman, Melanie; Buchanan, David
**Subject:** RE: In re Vioxx TPP

Hi all:

Some hightlights from the deposition of Janette Tavs which took place last Friday:

Tavs is an NAE for the PBM division of Managed Care Sales. The PBM team did not interract with field sales.  Nor did they interact with P & T Commitees, or physicians in the field.

Tavs was the NAE for Express Scripts only until August 1999;  thereafter Tom Buonanno was the ESI NAE.  She was not on the Medco account.  Her big accounts were Caremark and MedImpact.

PBM NAEs, says Tavs, only dealt with the business side of the PBMs - the Trade Relations Group.  For ESI this was Jim Hill and Don Hagen.  Her job was mainly about contract negotiation "and overall meeting with the client"  As for Vioxx, she gave the PBMs "medically legally approved detail pieces" and "the top line presentation" -- both available from the Brand Team.  She said nothing to them about Vioxx that she did not read off the annotated Package Insert.

The most striking thing about Tavs is her inability to remember anything at all (tho she spent 2 and 1/2 days preparing with Brody).  She remembers nothing that she said to anyone, except that she passed on "medically/legally approved" information as required.  If there was a question about Vioxx, she would get a Regional Medical Director to respond, or the Brand Team.

Astoundingly, Tavs was the "Point for Vioxx."  Yet, she knew next to nothing about risks, benefits, VIGOR, the Naproxen theory, efficacy, "Be the Power" or anything else re Vioxx.  By her description all "Point" meant is that she was the "liason" for other NAEs and she would coordinate teleconferences from time to time on Vioxx.  She was basically an administrator by her description, tho she has a BS in Chemistry and did 2 years of medical school.  By her description she never had an independent thought as an NAE.

Tavs did remember this, and said so a couple of times:  The PBS have "clinical teams" and a process in place to gather information on new products and assess these products based on "multiple sources" including the FDA and available medical literature, as well as documents provided by Merck.  She identified the "dossier" that was developed by Merck Medical Services and sent the the PBMs.  Plainly the defense is that the PBMs made the formulary decisions based on their own expertise and were not tainted by anything from Merck.

Exh. B

The Brand Team Manager was Sandy Reiss -- we should probably depose her, if this was not done already. We should also take a deposition of a Regional Medical Director who dealt with PBMs who had Vioxx questions. It is essential in my view to get a full picture of the documents/presentations that Merck provided to the PBMs about Vioxx. There was precious little in the Tavs production on this. Tavs needless to say did not recall any names of Regional Medical Directors.

The deposition did not actually finish. That is, at 5:45 I had many other documents I wished to question on, but Brody refused to adjourn to another day. I reserved our rights to continue, and he objected. Frankly, I doubt there is anything to get out of this witness anyway, so I am not sure it makes sense to push for a day 2. If we get a Caremark or MedImpact case in the future we may want more time with her.

We will be following up with a letter listing the documents demanded at the deposition.

```
Diane Paolicelli
Levy Phillips & Konigsberg, LLP
800 Third Avenue
New York, NY 10022
212-605-6250
dpaolicelli@lpklaw.com
```

---

**From:** Mark C. Schultz [mailto:mschultz@cprlaw.com]
**Sent:** Monday, April 13, 2009 5:53 PM
**To:** 'Grand, Jeff'; rdm@lanierlawfirm.com; EMJ@lanierlawfirm.com; rdassow@hovdelaw.com; SScovern@audetlaw.com; jgrinstein@susmangodfrey.com; asubramanian@SusmanGodfrey.com; bcarmody@susmangodfrey.com; Diane Paolicelli; Melissa Stewart; Roxanne DeFrancesco; Pdoamaral@lchb.com; jgross@lchb.com; RRhoad@crowell.com; Chris Placitella; ehw@erichweinberg.com; lwhite@susmangodfrey.com
**Cc:** Seeger, Chris; Glasser, Stefanie; Foreman, Melanie; Buchanan, David
**Subject:** In re Vioxx TPP

I took Rick Shalaby's deposition last week. I think it would be very helpful if we created a simple shared site for recent information developed that will be available quickly as we prepare for depositions. To start with, I would like to propose that we include a cast of characters, and a glossary of Merck-speak and acronyms that come up at each deposition, and maybe a brief summary. I would be interested in hearing from those more tech savvy as to an appropriate format. Let me know if you think this would be worthwhile.

Mark C. Schultz, Esquire
Cohen, Placitella & Roth
2001 Market Street
Suite 2900
Philadelphia, PA 19103
215.567.3500

From: Mark C. Schultz [mailto:mschultz@cprlaw.com]
Sent: Wednesday, June 03, 2009 11:09 AM
To: 'Gross, Jennie'; Grand, Jeff; Buchanan, David;
jgrinstein@susmangodfrey.com; sscovern@audetlaw.com;
DPaolicelli@lpklaw.com; rdm@lanierlawfirm.com; EMJ@lanierlawfirm.com;
rdassow@hovdelaw.com; asubramanian@SusmanGodfrey.com;
bcarmody@susmangodfrey.com; MStewart@lpklaw.com;
RDeFrancesco@lpklaw.com; do Amaral, Paulina; RRhoad@crowell.com; Chris
Placitella; Eric H. Weinberg; ATridgell@crowell.com;
lwhite@susmangodfrey.com; Seeger, Chris; Glasser, Stefanie; Foreman,
Melanie; tnagy@susmangodfrey.com; Eric H. Weinberg; Evan M. Janush
Subject: TPP meeting - NJ cases

Eric Weinberg and I would like to have a meeting in Philadelphia with
as many of you as possible to review where are cases stand, what our
theories are, and what experts we have to support each theory.  We are
proposing next Friday June 12, or any day the following week, June 15-
19.  I have spoken to several of you already who are supportive of this
and believe it is critical.  Please let me know your availability.


Mark C. Schultz, Esquire
Cohen, Placitella & Roth
2001 Market Street
Suite 2900
Philadelphia, PA 19103
215.567.3500

Exh. B

**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Tuesday, June 09, 2009 2:27 PM
**To:** Mark C. Schultz; Laura T. Pizzi; David.Glatter@jefferson.edu; David.Nash@jefferson.edu;
neil.goldfarb@jefferson.edu
**Cc:** David Buchanan; Martha.Romney@jefferson.edu
**Subject:** RE: Scope of Work Vioxx

I can be available to call in.

---

**From:** Mark C. Schultz [mailto:mschultz@cprlaw.com]
**Sent:** Tuesday, June 09, 2009 2:11 PM
**To:** 'Laura T. Pizzi'; David.Glatter@jefferson.edu; David.Nash@jefferson.edu;
neil.goldfarb@jefferson.edu
**Cc:** Eric H. Weinberg; 'David Buchanan'; Martha.Romney@jefferson.edu
**Subject:** RE: Scope of Work Vioxx

3 pm sounds good.  Eric or Dave can you call in?

---

**From:** Laura T. Pizzi [mailto:Laura.Pizzi@jefferson.edu]
**Sent:** Monday, June 08, 2009 1:09 PM
**To:** Mark C. Schultz; David.Glatter@jefferson.edu; David.Nash@jefferson.edu;
neil.goldfarb@jefferson.edu
**Cc:** ehw@erichweinberg.com; 'David Buchanan'; Martha.Romney@jefferson.edu
**Subject:** RE: Scope of Work Vioxx

Mark, This sounds reasonable but we do have a quick question:  Does the information withheld
by Merck include the company's original documents, and/or someone's synthesis of those
documents?

Also, regarding June 15—yes, Marty and I are available.  Might you be available at 3pm? Could
the meeting occur at your office, in case we need to access information during the course of
conversation?

Regards,
Laura

---

**From:** Mark C. Schultz [mailto:mschultz@cprlaw.com]
**Sent:** Sunday, June 07, 2009 2:19 PM
**To:** 'Laura T. Pizzi'; David.Glatter@jefferson.edu; David.Nash@jefferson.edu;
neil.goldfarb@jefferson.edu
**Cc:** 'ehw@erichweinberg.com'; David Buchanan
**Subject:** FW: Scope of Work Vioxx
**Importance:** High

Laura,  It was good talking to you Friday.  I think it is evident that will be difficult to
freeze the scope of work since it will evolve as the case proceeds.  I would like to include
the following as per our discussion.

Exh. B

A review of information withheld by Merck from P and T committees and doctors, and whether that information should have been provided according to then existing standards. According to then existing standards, what action was mandated and what action would have likely been taken by PBMs according to those standards. The economic effect on program payor purchasers of such action, based on the action of doctors, PBMS or a combination.

As we discussed, let's try to meet on June 15

---

**From:** Laura T. Pizzi [da.Pizzi@jefferson.edu]
**Sent:** Thursday, June 04, 2009 5:49 PM
**To:** Mark C. Schultz
**Cc:** Martha.Romney@jefferson.edu; David.Nash@jefferson.edu; David.Glatter@jefferson.edu; neil.goldfarb@jefferson.edu
**Subject:** Scope of Work Vioxx
**Importance:** High

Dear Mark,

In response to the discussion that Marty Romney and I had with you earlier this week, and our subsequent discussion with Dr. Nash, we have drafted the following scope of work for your consideration (please see below). If you would kindly review this and let me know if you have any questions or suggested changes, we can address those before finalizing this for inclusion in the consultancy contract.

Sincerely,
Laura Pizzi


Laura T. Pizzi, PharmD, MPH
Associate Professor and Program Director, Health Economics and Outcomes Research
Doris N. Grandon Center for Health Economics and Outcomes Research
Jefferson School of Population Health
1015 Walnut Street - Suite 319
Philadelphia, PA 19107

Telephone: (215) 955-1159
Fax: (215) 923-7583
Email: laura.pizzi@jefferson.edu

---

Scope of Work: Vioxx litigation

I. Written report. A 15-20 page written report will be developed under the leadership of Laura Pizzi, PharmD, MPH, and Martha Romney, JD, two Jefferson School of Population Health (JSPH) faculty who are experienced with P&T processes and pharmaceutical regulatory requirements. The report will include:

Exh. B

A. Assessment of the structure and function of P & T Committees for the time period 1999- 2004, by pharmacy plans (pharmacy benefit managers) and managed care organizations focused on:

-Guidelines pertaining to formulary decision making processes, which were applicable during the period (e.g. Academy of Managed Care Pharmacy)

-Review of Medicare Modernization Act of 2003 for language pertaining to the structure and function of P&T Committees, and regulations pertaining to P&T as established by the Center for Medicare and Medicaid Services

-Assessment of Pennsylvania Medicaid regulations for language pertaining to P&T Committees, 1999-2004

Though hospitals are of lesser relevance to the case, a review of the P&T Guidelines from the American Society for Hospital Pharmacists will be included, as will a scan of Joint Commission requirements to identify any accreditation measures relevant to P&T structure and function during the designated period.

B. Assessment of U.S. regulatory actions pertaining to Celebrex labeling specific to increased cardiovascular risks. Since Celebrex was also attributed to increased cardiovascular risk and is a sister product to Vioxx, our report will also include:

-A summary of FDA actions in response to the cardiovascular safety concerns related to Celebrex, which received a black box warning

-Approximation of U.S. sales decline of Celebrex following this warning based on available data from the period 2005-2008

Is this a predictor for what we would have spent on Vioxx? It is minimum loss. Less prescribing; less approval

medicaid - no P and T

TIME REQUIRED TO COMPLETE THIS DELIVERABLE: 6-8 weeks

II. Testimony. Provide expert testimony (David Nash, MD, MBA) on findings of the written report.

III. Survey of P&T Decision Makers (optional). A brief 30 minute telephone survey of Pharmacy and Medical Directors (sample to include 20 persons) during which they will be interviewed one-on-one by a trained researcher from the Jefferson School of Population Health. The survey will be developed under the leadership of Drs. Pizzi and Romney. The first section of the survey will present the decision maker with a structured scenario

summarizing a hypothetical pharmaceutical which is later found to pose significant clinical risks. The second portion of the survey will include no more than 5 structured questions aimed at determining the participant's likely actions with respect to managing the product on their formulary. A summary report, consisting of approximately 10 pages, will be provided to the firm on the findings of this survey.

TIME REQUIRED TO COMPLETE THIS DELIVERABLE: 4-5 months

Exh. B

| | |
|---|---|
| **From:** | Eric H. Weinberg |
| **Sent:** | Saturday, June 27, 2009 9:44 AM |
| **To:** | Eric H. Weinberg; 'jdugan@dugan-lawfirm.com' |
| **Cc:** | Mark C. Schultz; Arbitblit, Donald C.; Chris Placitella |
| **Subject:** | RE: vioxx tpp |

Jim,

We've traded calls.  Can we talk Monday?

The attached reflects some of my thinking and work on this case.  I am working closely with Mark Schultz and Chris Placitella.  Don and I worked together in the tort cases and have circled back to talk about putting our work together on the TPP case.

Please let me know if there is interest on your part in collaborating.

Regards,

Eric



The True risk       It's Naproxen,
benefit profile ...   stupid.ppt (733...

---

**From:** Eric H. Weinberg
**Sent:** Thursday, June 18, 2009 1:59 PM
**To:** jdugan@dugan-lawfirm.com
**Subject:** vioxx tpp

Jim,

My cell is 732-718-7025

Eric Weinberg

Exh. B

**From:** Eric H. Weinberg
**Sent:** Saturday, July 11, 2009 6:12 PM
**To:** Dawn Barrios; Mark C. Schultz
**Cc:** Buchanan, David; Chris Placitella; Lenny Davis; James Dugan
**Subject:** RE: Deposition transcript/exhs Connie Peschmann

I think there are parallel document depositories in the MDL and in NJ.  The same things should
be in both, right?

However this speaks to a larger issue.  There is a substantial body of work created in Vioxx
litigation outside of the MDL which may help all counsel representing Vioxx TPP plaintiffs.  If the
point of the consolidated litigations is to make sure the best evidence is available to all plaintiffs,
then there is no question in my mine that this body of work should be included.

Our work is ongoing and we have recruited world class experts and are working on different
approaches to winning these cases.  Jim Dugan and I have discussed this though there might not
be enough time to integrate our work into his case if we wanted to.  For other cases however it
would make sense.

For example I just recruited a world class gastroenterologist who has studied the issue of coxib v.
nsaid and ppi and has anlaysed the QALY values of each and concludes, over the years, that
coxibs were not as good on GI as they were made up by Merck etc. to be.  This expert could be
extremely helpful on a variety of issues.  Mark recruited Nash who is a world authority on P&T
practice.  Of course there is Chris Placitella's remarkable work on marketing which has never
been fully utilized and Dr. Madigan's statistical analyses of significant risks including CVT but also
other risks associated with Vioxx that would increase damages our clients can prove.  Madigan
recently testified for SlaterGordon in the Australian class action litigation.

We have repeatedly offered to share this work.  Like anyone, in a common benefit context we
would want to be recognized for our contributions.  But the point is to put the best evidence
together and make it available and we have always been willing to do this.

So how does all of the best work product become integrated and how do we who were not in the
tort MDL get to take leadership roles in this litigation especially since we can bring good work
product which we have developed to the table to benefit all plaintiffs?

Can we meet and discuss this?   I really think this makes sense and we are willing to work hard to
help.


Eric H. Weinberg, Esq.
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, New Jersey 08901
732-246-7080 t
732-246-1981 f
ehw@erichweinberg.com

Exh. B