Confidential - Subject to Further Confidentiality Review

Page 1

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION: ATLANTIC COUNTY

- - -

IN RE:                                    :
                                          :
    VIOXX LITIGATION                      :
                                          :
    CASE CODE 619                         :
                                          :
APPLICABLE TO ALL THIRD PARTY             :
PAYOR CASES                               :

- - -

CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

- - -

DEPOSITION UNDER VIDEOTAPED EXAMINATION OF

TAREK SHALABY

April 8, 2009

- - -

REPORTED BY:  ANN MARIE MITCHELL, CRR, RDR, CCR

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.951.5672 fax
deps@golkow.com

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - Subject to Further Confidentiality Review

Page 2

1  Transcript of the deposition of TAREK
2  SHALABY, called for Videotaped Examination in the
3  above-captioned matter, said deposition taken
4  pursuant to Superior Court Rules of Practice and
5  Procedure by and before ANN MARIE MITCHELL, a
6  Federally Approved Certified Realtime Reporter,
7  Registered Diplomate Reporter, Certified Court
8  Reporter, and Notary Public for the State of New
9  Jersey, at the offices of Dechert LLP, Cira Centre,
10 2929 Arch Street, Philadelphia, Pennsylvania,
11 commencing at 9:33 a.m.
12
13          - - -

Page 3

1  APPEARANCES:
2
3      COHEN, PLACITELLA & ROTH
       BY:  MARK SCHULTZ, ESQUIRE
4      Two Commerce Square
       2001 Market Street, Suite 2900
5      Philadelphia, Pennsylvania 19103
       (215) 567-6019
6      mschultz@cprlaw.com
       Representing Certain Plaintiffs
7
8
       THE LAW OFFICES OF ERIC H. WEINBERG
9      BY:  ERIC H. WEINBERG, ESQUIRE
       149 Livingston Avenue
10     New Brunswick, New Jersey 08903
       (732) 246-7080
11     ehw@erichweinberg.com
       Representing Certain Plaintiffs
12
13
       CROWELL & MORING LLP
14     BY:  MATTHEW T. FORNATARO, ESQUIRE
       1001 Pennsylvania Avenue, NW
15     Washington, DC 20004
       (202) 624-2500
16     mfornataro@crowell.com
       Representing Blue Cross/Blue Shield of
17     Nebraska, Blue Cross/Blue Shield of
       Minnesota and Excellus Health Plan
18
19
       O'MELVENY & MYERS LLP
20     BY:  STEPHEN D. BRODY, ESQUIRE
       1625 Eye St, NW
21     Washington, DC 20006
       (202) 838-5300
22     sbrody@omm.com
23     -and-
24
25

Page 4

1  APPEARANCES (cont.'d):
2
3      O'MELVENY & MYERS LLP
       BY:  JESSICA A. HOOGS, ESQUIRE
4      Two Embarcadero Center
       28th Floor
5      San Francisco, California 94111
       (415) 984-8700
6      jhoogs@omm.com
       Representing Merck and the Witness
7
8
       VIDEOTAPE TECHNICIAN:
9       ROBERT WHITAKER
10     ALSO PRESENT:
        MARCH COLEMAN, ESQUIRE
11      MERCK
12
13          - - -

Page 5

1           - - -
2          I N D E X
3           - - -
4
5  Testimony of: TAREK SHALABY
6     By Mr. Schultz          12
      By Mr. Brody            177
7
8           - - -
9         E X H I B I T S
10          - - -
11
    NO.      DESCRIPTION           PAGE
12
13  Shalaby-1  Managed Care Strategy and     30
               Tactics Summary Guide 2S 2003 -
14             Vioxx, Bates stamped
               MRK-EBBC0002378 through
15             MRK-EBBC0002382
16  Shalaby-2  E-mails dated 2004-07-08, Bates  42
               stamped MRK-EBBC0010459 through
17             MRK-EBBC0010465
18  Shalaby-3  E-mails dated 2004-05-24, Bates  55
               stamped MRK-EBBC0010006 and
19             MRK-EBBC0010007
20  Shalaby-4  E-mails dated 2004-07-19, Bates  59
               stamped MRK-EBBC0010567 and
21             MRK-EBBC0010568
22  Shalaby-5  Voice Mail Transcription, Bates  66
               stamped MRK-EBBC0010495
23
24
25

2 (Pages 2 to 5)

Confidential - Subject to Further Confidentiality Review

Page 1

SUPERIOR COURT OF NEW JERSEY

LAW DIVISION: ATLANTIC COUNTY

- - -

IN RE:

    VIOXX LITIGATION

    CASE CODE 619

APPLICABLE TO ALL THIRD PARTY
PAYOR CASES

- - -

CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

- - -

DEPOSITION UNDER VIDEOTAPED EXAMINATION OF

TAREK SHALABY

April 8, 2009

- - -

REPORTED BY: ANN MARIE MITCHELL, CRR, RDR, CCR

- - -

GOLKOW TECHNOLOGIES, INC.
877.370.3377 ph | 917.951.5672 fax
deps@golkow.com

Confidential - Subject to Further Confidentiality Review

Page 2

```
 1      Transcript of the deposition of TAREK
 2   SHALABY, called for Videotaped Examination in the
 3   above-captioned matter, said deposition taken
 4   pursuant to Superior Court Rules of Practice and
 5   Procedure by and before ANN MARIE MITCHELL, a
 6   Federally Approved Certified Realtime Reporter,
 7   Registered Diplomate Reporter, Certified Court
 8   Reporter, and Notary Public for the State of New
 9   Jersey, at the offices of Dechert LLP, Cira Centre,
10   2929 Arch Street, Philadelphia, Pennsylvania,
11   commencing at 9:33 a.m.
12
13                     - - -
```

Page 3

```
 1   APPEARANCES:
 2
 3      COHEN, PLACITELLA & ROTH
        BY: MARK SCHULTZ, ESQUIRE
 4      Two Commerce Square
        2001 Market Street, Suite 2900
 5      Philadelphia, Pennsylvania 19103
        (215) 567-6019
 6      mschultz@cprlaw.com
        Representing Certain Plaintiffs
 7
 8
        THE LAW OFFICES OF ERIC H. WEINBERG
 9      BY: ERIC H. WEINBERG, ESQUIRE
        149 Livingston Avenue
10      New Brunswick, New Jersey 08903
        (732) 246-7080
11      ehw@erichweinberg.com
        Representing Certain Plaintiffs
12
13
        CROWELL & MORING LLP
14      BY: MATTHEW T. FORNATARO, ESQUIRE
        1001 Pennsylvania Avenue, NW
15      Washington, DC 20004
        (202) 624-2500
16      mfornataro@crowell.com
        Representing Blue Cross/Blue Shield of
17      Nebraska, Blue Cross/Blue Shield of
        Minnesota and Excellus Health Plan
18
19
        O'MELVENY & MYERS LLP
20      BY: STEPHEN D. BRODY, ESQUIRE
        1625 Eye St, NW
21      Washington, DC 20006
        (202) 838-5300
22      sbrody@omm.com
23      -and-
24
25
```

Page 4

```
 1   APPEARANCES (cont.'d):
 2
 3      O'MELVENY & MYERS LLP
        BY: JESSICA A. HOOGS, ESQUIRE
 4      Two Embarcadero Center
        28th Floor
 5      San Francisco, California 94111
        (415) 984-8700
 6      jhoogs@omm.com
        Representing Merck and the Witness
 7
 8
        VIDEOTAPE TECHNICIAN:
 9      ROBERT WHITAKER
10      ALSO PRESENT:
        MARCH COLEMAN, ESQUIRE
11      MERCK
12
13                  - - -
```

Page 5

```
 1                  - - -
 2                I N D E X
 3                  - - -
 4
 5   Testimony of: TAREK SHALABY
 6      By Mr. Schultz              12
        By Mr. Brody               177
 7
 8
 9              E X H I B I T S
10                  - - -
11
12   NO.         DESCRIPTION           PAGE
13   Shalaby-1  Managed Care Strategy and      30
                Tactics Summary Guide 2S 2003 -
14              Vioxx, Bates stamped
                MRK-EBBC0002378 through
15              MRK-EBBC0002382
16   Shalaby-2  E-mails dated 2004-07-08, Bates 42
                stamped MRK-EBBC0010459 through
17              MRK-EBBC0010465
18   Shalaby-3  E-mails dated 2004-05-24, Bates 55
                stamped MRK-EBBC0010006 and
19              MRK-EBBC0010007
20   Shalaby-4  E-mails dated 2004-07-19, Bates 59
                stamped MRK-EBBC0010567 and
21              MRK-EBBC0010568
22   Shalaby-5  Voice Mail Transcription, Bates 66
                stamped MRK-EBBC0010495
```

2 (Pages 2 to 5)

Golkow Technologies, Inc. - 1.877.370.DEPS