UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:    *Antonio Denson*

## ORDER

The Court has received and reviewed the attached correspondence from Anthony Denson. Mr. Denson requests that this Court contact Judge Higbee to discuss "the medical report provided in [record document] numbers 64516, 62722-1 and 63755," a disc with his brother's claim materials from BrownGreer, and this Court's October 26, 2012 order. Mr. Denson also requests that this Court provide those items to Judge Higbee, as well as "any an[d] all other documents [it] deem[s] necessary."

The Court must decline Mr. Denson's request that it contact Judge Higbee. As the United States Supreme Court has noted, "[s]ince the beginning of this country's history Congress has, subject to few exceptions, manifested a desire to permit state courts to try state cases free from interference by federal courts." *Younger v. Harris*, 401 U.S. 37, 43 (1971). Further, such contact is unnecessary because the Court's interactions with Mr. Denson and his brother are confined within the record of this multidistrict litigation, which is accessible to the public. Mr. Denson may obtain a copy of all relevant documents (including pleadings, orders, correspondence, and so on) from the Clerk's Office and provide those to Judge Higbee if he so desires.

**IT IS ORDERED** that the Clerk's Office provide, without charge, a copy of those documents relevant to his brother's case.

New Orleans, Louisiana, this 2nd day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:    Anthony D. Denson
                   804 Lyons Street
                   New Orleans, LA 70115