

Anthony Denson
804 Lyons Street
New Orleans, Louisiana  70115
(504) 800-2132
October 30, 2013

REF: VIOXX PRODUCTS LIABILITY
LITIGATION      CIVIL CASE

Honorable Judge Eldon Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St.  Room C456
New Orleans, Louisiana  70130

Dear Judge Fallon,

In reference to your orders of October 17, 2013 and October 22, 2013, I received several phone calls from the Assistant U.S. Attorney, Sharon Smith of the U.S. Department of Justice where in we discussed the Vioxx matter in reference to Antonio Denson the deceased claimant and how possibly to move forward toward an expeditious resolution to the matter.    We discussed the matter of jurisdiction and we both understand clearly the position as it relates to the court and its jurisdiction. Ms. Smith was able to review the orders and suggested a remedy to resolve the request for relief.  In this matter, Ms Smith suggested a conference call between you and the Honorable Judge Higbee in New Jersey to discuss the medical report provided in document reference numbers 64516, 62722-1 and 63755, a disc containing Mr. Denson's claim materials as filed with Brown Greer. Also your order of October 26, 2012 document number 64156.

In an attempt to get an expedited judgment from the Superior Court of New Jersey in this matter would you please forward the disc from Brown Greer with the medical records and any an all other documents you deem necessary to the Honorable Judge Higbee so that she can review the documents to enable her to make and expeditious informed decision as it relates to this case.  Judge Higbee may also refer to the report from liaison council Ms. Ann Oldfather which acknowledged injuries as a result of ingestion of Vioxx which lead to Antonio Denson's death.

Thanking you in advance for your assistance with this matter.

Sincerely,

Anthony D. Denson, Pro Se on behalf of
Estate of Deceased Antonio D. Denson

CC: Ms. Sharon Smith, Assistant U.S. Attorney

# FILED

2013 AUG -1 A 9:51

## Civil District Court for the Parish of Orleans

CIVIL
DISTRICT COURT

### State of Louisiana

## LETTERS TESTAMENTARY

NO.                                   DIVISION "    "

IN RE: SUCCESSION OF ANTONIO D. DENSON

BE IT KNOWN:

That RITA SHELLING has been named, appointed and confirmed as Independent Executrix of the LAST WILL AND TESTAMENT of the late, ANTONIO D. DENSON, and, having complied with all legal requirements relative thereto, is fully qualified, authorized and empowered to collect all property of said deceased, and to perform all other lawful acts as **Independent Executrix** aforesaid.

WITNESS our hand and the Seal of said Court, at the City of New Orleans; this _____ day of AUG 0 1 2013 , 2013.

_____
J U D G E
Bernadette G. D'Souza

_____
DEPUTY CLERK

A TRUE COPY

DEPUTY CLERK, CIVIL DISTRICT COURT
PARISH OF ORLEANS
STATE OF LA