UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO TPP | * | MAG. JUDGE KNOWLES |
| | * | SPECIAL MASTER JUNEAU |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | |
| Pascal Calogero, Jr. | * | November 27, 2013 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*

## ORDER

On the above and foregoing motion, (Rec. Doc. 64720);

**IT IS ORDERED** that leave be and it is hereby GRANTED for the filing of Weinberg's Opposition Memorandum in excess of the 25-page limit.

New Orleans, Louisiana, this  2nd  day of ___December___, 2013

_____
UNITED STATES DISTRICT JUDGE