UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Posey v. Merck & Co., Inc.*, 2:06-cv-10104-EEF-DEK | * | KNOWLES |
| | * | |
| | * | |
| | * | |

**************************************************************************

**DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE UNDER RULE 25(a)(1)**

1.  There has been a Suggestion of Death on the record in this case since March 30, 2013. (Rec. Doc. 64311). As noted in the Suggestion of Death, it is understood that Mr. Posey may have passed away on or around September 15, 2011.

2.  Under Rule 25(a), the Court may order substitution of a proper party within 90 days of a suggestion of death being made. However, if no motion for substitution is made within 90 days, the case must be dismissed. Specifically, the Rule states:

    > If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. **If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.**

    Fed. R. Civ. P. 25(a)(1) (emphasis added).

3.  As of the filing of this motion, no motion for substitution has been served, and over 90 days have passed since the death of Mr. Posey was suggested on the record.

1144548v1

4. Accordingly, Merck, through its undersigned counsel, moves the Court for entry of an order requiring plaintiff (or a proper representative) for plaintiff, be instructed to appear and show cause at a hearing on January 8, 2014 why this case should not be dismissed with prejudice under Federal Rule of Civil Procedure Rule 25(a)(1). A proposed order is attached.

Dated: December 4, 2013

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

1144548v1

- 3 -

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion and Rule to Show Cause has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of December, 2013.

          /s/ Dorothy H. Wimberly
          Dorothy H. Wimberly, 18509
          STONE PIGMAN WALTHER
          WITTMANN L.L.C.
          546 Carondelet Street
          New Orleans, Louisiana  70130
          Phone:  504-581-3200
          Fax:     504-581-3361
          dwimberly@stonepigman.com

          Defendants' Liaison Counsel

1144548v1