UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Posey v. Merck & Co., Inc.*, 2:06-cv-10104-EEF-DEK | * | |
| | * | |
| | * | |

**************************************************************************

ORDER TO SHOW CAUSE WHY CASE
SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiff Rudolph Posey in the above-numbered case show cause on the 8th day of January, 2014 at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 25(a)(1).

**IT IS FURTHER ORDERED** that plaintiff in the above-numbered case file and serve any opposition to the Rule on or before the 31st day of December, 2013.

**IT IS FURTHER ORDERED** that defendant Merck Sharp & Dohme Corp., file and serve any reply to the opposition on or before the 6th day of January, 2014.

**NEW ORLEANS, LOUISIANA**, this _____ day of December, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1144549v1