UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Sherrill Herke, individually and on behalf of a proposed class of those similarly situated*

## ORDER

**IT IS ORDERED** that a telephone status conference will be held in this matter on Monday, December 9, 2013, at 10:30 a.m. The call-in number is 877-336-1839, the access code is 4227405, and the security code is 120913.

New Orleans, Louisiana, this 4th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

1