UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **VIOXX**<br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Sherrill Herke, individually and on behalf of a proposed class of those similarly situated v. Merck & Co., Inc.*; Case No. 2:09-cv-07218 | MDL NO. 1657<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

### CLASS SETTLEMENT COUNSEL'S MOTION FOR LEAVE OF COURT TO SUPPLEMENT EXHIBITS FILED IN SUPPORT OF MOTION FOR FINAL APPROVAL OF VIOXX CONSUMER CLASS SETTLEMENT

Co-Lead Class Settlement Counsel, Russ M. Herman and Elizabeth J. Cabraser, hereby move for leave of Court to file into the record three additional declarations in support of the Motion for Final Approval of Vioxx Consumer Class Settlement for the following reasons, to wit:

1. On November 15, 2013, the parties filed into the Record a Joint Motion to Set Briefing Schedule for Final Approval of Class Settlement (Rec. Doc. 64691), which set an opening brief deadline of November 22, 2013, a response deadline of November 29, 2013 and a reply deadline of December 6, 2013;

2. Pursuant to this briefing schedule, on November 22, 2013, Plaintiffs, through Co-Lead Class Settlement Counsel, filed their Motion for Final Approval of Vioxx Consumer Class Settlement (Rec. Doc. 64703), which Motion included Exhibits A, B, C and D in support thereof;

3. As of the response deadline of November 29, 2013, and through the date of the filing of this Motion, no response has been filed to the Motion for Final Approval of Vioxx Consumer Class Settlement;

4. Since the date of filing of the Motion for Final Approval of Vioxx Consumer Class Settlement, three additional declarations, which are attached hereto as Exhibits E, F, and G, have been prepared which the Plaintiffs ask the Court to consider in ruling on the Motion for Final Approval of Vioxx Consumer Class Settlement; and

5. Leave of Court is therefore sought to file these declarations/affirmation into the record.

WHEREFORE, Co-Lead Class Settlement Counsel pray that after due consideration the Court grant this Motion for Leave.

DATED: December 6, 2013                Respectfully submitted,

By: */s/ Russ M. Herman*
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*
*Co-Lead Class Settlement Counsel*

        Elizabeth J. Cabraser, Esquire
LIEFF CABRASER HEIMANN &
  BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA  94111
Phone: (415) 956-1000
Fax:  (415) 956-1008
*Co-Lead Class Settlement Counsel*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 6th day of December, 2013.

      I hereby further certify that copies have been forwarded to the following via U.S. Mail, postage pre-paid and properly addressed:

    1.    Patricia A. Schisler
          523 W. Adams Street
          Greenview, IL  62642

    2.    Geneva Meloy
          c/o Endeman, Lincoln, Turek & Heater
          600 B Street
          #2400
          San Diego, CA  92101

    3.    James P. Lyle, Esq.
          1116 Second Street, NW
          Albuquerque, NM  87102

          /s/ Leonard A. Davis
          Leonard A. Davis