**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: **VIOXX**<br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Sherrill Herke, individually and on behalf*<br>*of a proposed class of those similarly*<br>*situated v. Merck & Co., Inc.*; **Case No.**<br>**2:09-cv-07218** | **MDL NO. 1657**<br><br>**SECTION "L"**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

**ORDER**

Considering the foregoing Motion for Leave of Court to Supplement Exhibits Filed in Support of Motion for Final Approval of Vioxx Consumer Class Settlement filed by Co-Lead Class Settlement Counsel, Russ M. Herman and Elizabeth J. Cabraser:

IT IS ORDERED that leave of Court is hereby granted and the declarations/affirmation attached to the Motion as Exhibits E, F and G may be filed into the record of these proceedings.

New Orleans, Louisiana, this _____ day of _____, 2013.


                                        _____

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE