# EXHIBIT "F"

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---------------------------------------------------------------- X
In Re: VIOXX PRODUCTS LIABILITY LITIGATION   :   MDL No. 1657
                                             :
---------------------------------------------------------------- :   SECTION L
SHERRILL HERKE, individually and on behalf of a   X
proposed class of those similarly situated,      :   JUDGE FALLON
                                             :   MAG. JUDGE KNOWLES
                    Plaintiffs,              :
                                             :
v.                                           :   No. 2:09-cv-07218
                                             :
MERCK & CO., INC.,                           X

                    Defendant.
----------------------------------------------------------------

## AFFIRMATION OF BRIAN BAGGETTA

CITY OF WASHINGTON        )
                          ) ss.:
DISTRICT OF COLUMBIA      )

Brian Baggetta, an attorney duly licensed to practice law before the courts of the District of Columbia, hereby affirms under penalty of perjury as follows:

1. I am over eighteen years of age, not a party to the action, and am an attorney with the firm of Skadden, Arps, Slate, Meagher & Flom LLP, 1440 New York Avenue, N.W., Washington, DC 20005.

2. On the 24th day of July, 2013, in accordance with the Class Action Fairness Act, 28 U.S.C. §1715 (2005), I served a true copy of the documents pertaining to the proposed settlement that was first filed with the court on July 17, 2013, including the complaint, the proposed settlement, the proposed preliminary approval order, and the proposed final judgment, along with the proposed notice plan, and a cover letter by John Beisner of this firm providing required information about the case, by Priority Express Mail via the U.S. Postal Service by

depositing same in a post-paid properly addressed box, deposited by authorized personnel in an official depository under the exclusive care and custody of the U.S. Postal Service within the District of Columbia upon (1) the Attorney General of the United States, Eric H. Holder, Jr., and (2) the Attorney General of each state and U.S. territory, as identified on the attached Exhibit A, CAFA Service List.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Brian Baggetta, Esq.

Exhibit A – CAFA Service List

United States Attorney General

The Honorable Eric Holder
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Ave., N.W.
Washington, D.C. 20530-0001

Attorneys General of the States and U.S. Territories

1. The Honorable Luther Strange
Alabama Attorney General
501 Washington Ave.
P.O. Box 300152
Montgomery, AL 36130-0152

2. The Honorable Michael Geraghty
Alaska Attorney General
P.O. Box 110300
Juneau, AK 99811-0300

3. The Honorable Afoa Leulumoega Lutu
American Samoa Attorney General
American Samoa Gov't, Exec. Ofc. Bldg.
Utulei, Territory of American Samoa,
Pago Pago, AS 96799

4. The Honorable Tom Horne
Arizona Attorney General
1275 W. Washington St.
Phoenix, AZ 85007

5. The Honorable Dustin McDaniel
Arkansas Attorney General
323 Center St., Suite 200
Little Rock, AR 72201-2610

6. The Honorable Kamala Harris
California Attorney General
1300 I St., Ste. 1740
Sacramento, CA 95814

7. The Honorable John Suthers
Colorado Attorney General
Ralph L. Carr Colorado Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

8. The Honorable George Jepsen
Connecticut Attorney General
55 Elm St.
Hartford, CT 06106

9. The Honorable Joseph R. Biden, III
Delaware Attorney General
Carvel State Office Bldg.
820 N. French St.
Wilmington, DE 19801

10. The Honorable Irvin Nathan
District of Columbia Attorney General
414 4th Street, NW, Suite 1100S
Washington, DC 20001

11. The Honorable Pam Bondi
Florida Attorney General
The Capitol, PL 01
Tallahassee, FL 32399-1050

12. The Honorable Sam Olens
Georgia Attorney General
40 Capitol Square, SW
Atlanta, GA 30334-1300

Exhibit A -- CAFA Service List

13. The Honorable Lenny Rapadas
    Guam Attorney General
    Office of the Attorney General, ITC Building
    590 S. Marine Corps Dr., Ste. 706
    Tamuning, Guam 96913

14. The Honorable David Louie
    Hawaii Attorney General
    425 Queen St.
    Honolulu, HI 96813

15. The Honorable Lawrence Wasden
    Idaho Attorney General
    Statehouse
    Boise, ID 83720-1000

16. The Honorable Lisa Madigan
    Illinois Attorney General
    James R. Thompson Ctr.
    100 W. Randolph St.
    Chicago, IL 60601

17. The Honorable Greg Zoeller
    Indiana Attorney General
    Indiana Government Center South - 5th Floor
    302 West Washington Street
    Indianapolis, IN 46204

18. The Honorable Tom Miller
    Iowa Attorney General
    Hoover State Office Bldg.
    1305 E. Walnut
    Des Moines, IA 50319

19. The Honorable Derek Schmidt
    Kansas Attorney General
    120 S.W. 10th Ave., 2nd Fl.
    Topeka, KS 66612-1597

20. The Honorable Jack Conway
    Kentucky Attorney General
    700 Capitol Avenue, Capitol Building
    Suite 118
    Frankfort, KY 40601

21. The Honorable James D. Caldwell
    Louisiana Attorney General
    P.O. Box 94095
    Baton Rouge, LA 70804-4095

22. The Honorable Janet T. Mills
    Maine Attorney General
    State House Station 6
    Augusta, ME 04333

23. The Honorable Douglas F. Gansler
    Maryland Attorney General
    200 St. Paul Place
    Baltimore, MD 21202-2202

24. The Honorable Martha Coakley
    Massachusetts Attorney General
    1 Ashburton Place
    Boston, MA 02108-1698

25. The Honorable Bill Schuette
    Michigan Attorney General
    P.O. Box 30212
    525 W. Ottawa St.
    Lansing, MI 48909-0212

26. The Honorable Lori Swanson
    Minnesota Attorney General
    State Capitol, Ste. 102
    St. Paul, MN 55155

27. The Honorable Jim Hood
    Mississippi Attorney General
    Department of Justice, P.O. Box 220
    Jackson, MS 39205

28. The Honorable Chris Koster
    Missouri Attorney General
    Supreme Ct. Bldg., 207 W. High St.
    Jefferson City, MO 65101

Exhibit A – CAFA Service List

29. The Honorable Tim Fox
Montana Attorney General
Justice Bldg., 215 N. Sanders
Helena, MT 59620-1401

30. The Honorable Jon Bruning
Nebraska Attorney General
State Capitol, P.O. Box 98920
Lincoln, NE 68509-8920

31. The Honorable Catherine Cortez Masto
Nevada Attorney General
Old Supreme Ct. Bldg.
100 N. Carson St.
Carson City, NV 89701

32. The Honorable Joseph Foster
New Hampshire Attorney General
33 Capitol St.
Concord, NH 03301

33. The Honorable John Jay Hoffman
New Jersey Attorney General (Acting)
Richard J. Hughes Justice Complex
25 Market Street
P.O. Box 080
Trenton, NJ 08625

34. The Honorable Gary King
New Mexico Attorney General
P.O. Drawer 1508
Santa Fe, NM 87504-1508

35. The Honorable Eric Schneiderman
New York Attorney General
Dept. of Law - The Capitol, 2nd Fl.
Albany, NY 12224

36. The Honorable Roy Cooper
North Carolina Attorney General
Dept. of Justice, P.O. Box 629
Raleigh, NC 27602-0629

37. The Honorable Wayne Stenehjem
North Dakota Attorney General
State Capitol, 600 E. Boulevard Ave.
Bismarck, ND 58505-0040

38. The Honorable Joey Patrick San Nicolas
Northern Mariana Islands Attorney General
Administration Building, P.O. Box 10007
Saipan, MP 96950-8907

39. The Honorable Mike DeWine
Ohio Attorney General
State Office Tower, 30 E. Broad St.
Columbus, OH 43266-0410

40. The Honorable Scott Pruitt
Oklahoma Attorney General
313 NE 21st Street
Oklahoma City, OK 73105

41. The Honorable Ellen F. Rosenblum
Oregon Attorney General
Justice Bldg., 1162 Court St., NE
Salem, OR 97301

42. The Honorable Kathleen Kane
Pennsylvania Attorney General
1600 Strawberry Square
Harrisburg, PA 17120

43. The Honorable Louis Sánchez Betances
Puerto Rico Attorney General
PO Box 902192
San Juan, PR 00902-0192

44. The Honorable Peter Kilmartin
Rhode Island Attorney General
150 S. Main St.
Providence, RI 02903

Exhibit A – CAFA Service List

45. The Honorable Alan Wilson
South Carolina Attorney General
Rembert C. Dennis Office Bldg.
P.O. Box 11549
Columbia, SC 29211-1549

46. The Honorable Marty J. Jackley
South Dakota Attorney General
1302 East Highway 14, Suite I
Pierre, SD 57501-8501

47. The Honorable Robert E. Cooper, Jr.
Tennessee Attorney General
425 5th Avenue North
Nashville, TN 37243

48. The Honorable Greg Abbott
Texas Attorney General
Capitol Station, P.O. Box 12548
Austin, TX 78711-2548

49. The Honorable John Swallow
Utah Attorney General
State Capitol, Rm. 236
Salt Lake City, UT 84114-0810

50. The Honorable William H. Sorrell
Vermont Attorney General
109 State St.
Montpelier, VT 05609-1001

51. The Honorable Vincent Frazer
Virgin Islands Attorney General
Dept. of Justice, G.E.R.S. Complex
488-50C Kronprinsdens Gade
St. Thomas, VI 00802

52. The Honorable Ken Cuccinelli
Virginia Attorney General
900 East Main Street
Richmond, VA 23219

53. The Honorable Bob Ferguson
Washington Attorney General
1125 Washington St. SE
PO Box 40100
Olympia, WA 98504-0100

54. The Honorable Patrick Morrisey
West Virginia Attorney General
State Capitol, 1900 Kanawha Blvd., E.
Charleston, WV 25305

55. The Honorable J.B. Van Hollen
Wisconsin Attorney General
Wisconsin Department of Justice
State Capitol, Room 114 East
P.O. Box 7857
Madison, WI 53707-7857

56. The Honorable Greg Phillips
Wyoming Attorney General
State Capitol Bldg.
Cheyenne, WY 82002