# Exhibit A

**Notice of Receipt of Claim**

 

# VIOXX CONSUMER SETTLEMENT
MDL 1657

| NOTICE OF RECEIPT OF CLAIM |
|---|
| **CLAIM FILED DATE :** [DATE CLAIM POSTMARKED OR SUBMITTED THROUGH PORTAL] |

| I. CLAIMANT INFORMATION | | | |
|---|---|---|---|
| **Claimant Name** | Last | First | Middle |
| **Claimant ID** | | **Law Firm** | |

| II. EXPLANATION |
|---|
| This Notice is an official communication from the Claims Administrator for the Nationwide Vioxx Consumer Settlement Program.  We received your Claim Form and will process your claim in accordance with the Settlement Agreement.  The Claims Administrator will notify you of the outcome of the review of your claim.  As required by the Settlement Agreement, the Claims Administrator will not issue any payments until (1) the Judgment becomes Final, (2) the Effective Date of this Settlement Agreement is reached, (3) the Claim Filing Deadline passes and all cure periods expire, and (4) all claim audits are completed. |
| The "Claim Filed Date" indicated above is the date on which you submitted your claim online through the Settlement Program's Portal.  That date will control the timeliness of your submission.  [OR] |
| The "Claim Filed Date" indicated above is the date on which your paper claim was postmarked in the mail.  That date will control the timeliness of your submission. |

| III. GET MORE INFORMATION |
|---|
| For questions about the Settlement Program, go to www.VioxxSettlement.com, call 1-866-439-6932, or send an email to **Questions@VioxxSettlement.com**. |



[**Note for the Court**:  the date field and text highlighted above are dynamic and change to fit the appropriate circumstances of each Notice, as do, of course, the Claimant Information fields.]