# Exhibit

# D



K E A I S
R E C O R D S
S E R V I C E
I N C O R P O R A T E D

MCMLXXV

STYLE OF
CASE :

IN RE:

*TMB 2A*

MABEL C. DUMBELL

PERTAIN TO :   Mabel C. Dumbell

FROM :   St. Joseph Hospital West (Medical Records)

DELIVER TO :   Edward Blizzard
Bailey Blizzard Salim & Fibich LLP
The LyricCentre Building 440 Louisiana, Suite 1900
Houston, TX  77002

CASE NO :

COURT :

Order No.     01-36654-001     

# Table of Contents

**Image Page No.**

001-ER-6-1-02.................................................................... 1

002-ER-6-4-02.................................................................. 2

003-ER-10-31-02................................................................. 17

004-SHORT-STAY-2-23-03........................................................ 41

# STATUS

# MEDICAL RECORDS

# ORGANIZATION

The attached records were provided by the custodian of records. There appear to be missing portions of some documents, however, we have contacted the custodian and she is adamant that all existing records have been provided.

STATE OF MISSOURI       )
                               )

COUNTY OF ST. CHARLES  )

Before me, the undersigned authority, personally appeared Sharon L Mandry, RHIA who, being by me duly sworn, deposed as follows:

My name is Sharon L. Mandry, RHIA, I am of sound mind, capable of making this affidavit, and personally acquainted with the facts herein stated:

I am the custodian of the records of St. Joseph Hospital West.  Attached hereto are ~~201~~ *84* pages of records regarding patient *Mabel Dumbell* .  These records are kept by Health Information Management in the regular course of business of St. Joseph Hospital West and it was the regular course of business of St. Joseph Hospital West for an employee or representative of St. Joseph Hospital West with knowledge of the act, event, condition, opinion, or diagnosis recorded to make the record or to transmit information thereof to be included in such record: and the record was made at or near the time of the act, event, condition, opinion or diagnosis.  The records attached hereto are the original or exact duplicates of the original.

*Sharon L Mandry*
_____
Custodian

SUBSCRIBE AND SWORN TO BEFORE

THIS 1st DAY OF _April_ , 2006 _____

" NOTARY SEAL "
Kathleen A. Rogers, Notary Public
St. Charles County, State of Missouri
My Commission Expires 11/2/2006

" NOTARY SEAL "
Kathleen A. Rogers, Notary Public
St. Charles County, State of Missouri
My Commission Expires 11/2/2006

# DAILY PATIENT CARE FLOWSHEET

✓ = WNLs or task completed   * = See additional comments   → = Unchanged from previous assessment   Use bolded key letter if indicated   Date __10-02-02__

| PSYCHOSOCIAL | 24 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Situational behavior appropriate for patient/family | | ✓ | | | | | | | | | | | | | | | | | | | | | |
| Behavior | | | | | | | | | | | | | | | | | | | | | | | |
| (AGitated, Angry, ANxious, Combative, Denial, Fearful, Hostile, HYsterical, Irritable, NC-Non compliant, Resistive, Tearful, Uncooperative, Withdrawn | | | | | | | | | | | | | | | | | | | | | | | |
| Family/SO Contact | | | | | | | | | | | | | | | | | | | | | | | |

**FALL RISK SCORE (Complete on the DAY shift based on past 24 hours)**

| | | |
|---|---|---|
| If total score is 15 or if patient's age is ≥ 80, initiate appropriate Fall Risk Protocol | *5 points for any of the following:* ☐ Drug/Alcohol withdrawal ☐ Anesthesia <24 hrs ago ☐ Sedatives/Narcotics ☐ Decreased visual impairment | *5 points each of the following:* ☐ Uses assistive devices or uses BSC ☐ ≥70 years old | *10 points for each of following:* ☐ Confused/Disoriented ☐ Unstable gait/balance ☐ Orthostatic hypotension ☐ *15 points:* ☐ ≥80 years of age | ☐ Fall Risk ☑ Weakness ☐ Incontinent |

| SCORE | | |
|---|---|---|
| TIME | | ☐ Fall risk precautions |
| INITIALS | | ☐ Fall risk bracelet |

| IV ACCESS | No IV access | ☐ A | ☐ D | ☐ E | 24 | 01 | 02 | 03 | 04 | 05 | 06 | 07 | 08 | 09 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 23 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Absence of redness, pain, drainage, swelling, leakage of fluid and appropriately secured | | | | | | | | | | | | | | | | | | | | | | | | | | | |
| Site #1 | | | | A | | | | | | | ✓ | | | ✓ | | | | ✓ | | | A | | |
| Site #2 | | | | | | | | | | | | | | | | | | ✓ | | | | | |
| Site #3 | | | | | | | | | | | | | | | | | | | | | | | |
| Central line location _____ /site | | | | | | | | | | | | | | | | | | | | | | | |
| length of catheter in cm | | | | | | | | | | | | | | | | | | | | | | | |
| Other | | | | | | | | | | | | | | | | | | | | | | | |

| IV SITE KEY | IV LOCATIONS | HAND | WRIST | FOREARM | ANTECUBITAL | UPPER ARM | CENTRAL LINE | OTHER - Specify | OTHER - Specify |
|---|---|---|---|---|---|---|---|---|---|
| Location codes will be documented for all IV starts | LEFT | A | C | E | G | I | K | M: | O: |
| | RIGHT | B | D | F | H | J | L | N: | P: |

**ADDITIONAL COMMENTS / Include interventions, reassessment and outcomes when check boxes are not sufficient**

0600 No CP No Nausea NSR- 02 2L/NC CC 0600 aware
alert No CP No Nausea
1500 Tylenol 01 X PRO given for HA ~ MBailey
1745 1 Reglam 5mg IV given for nausea
MBailey
1900 pt c complains of HA barrier & renewed Nitro paste
Dird prn pain No CP But C̄ Nausea R/t HA renewed
Reglan 1½ ago P̄

**PROBLEM LIST - RN Section Only**

Indicate problems identified from this flowsheet. Transcribe problems to the Plan of Care.

☐ 1. Neurological status    ☐ 7. Elimination    ☐ 13. Thermoregulation    ☐ 19. Communication impairment
☐ 2. Oxygenation / Resp. function    ☐ 8. Mobility / Activity intolerance    ☐ 14. Infection    ☐ 20.
☐ 3. Comfort / Pain management    ☐ 9. Self care / Knowledge deficit    ☐ 15. Glycemic imbalance    ☐ 21.
☐ 4. Nutrition    ☐ 10. Safety    ☐ 16. Discharge barriers
☐ 5. Hemodynamic status    ☐ 11. Fluid and electrolyte balance    ☐ 17. Psychosocial disturbances
☐ 6. Skin integrity    ☐ 12. Anxiety    ☐ 18. Spiritual disturbances

| INITS | SIGNATURE / TITLE | HRS WORKED | INITS | SIGNATURE / TITLE | HRS WORKED |
|---|---|---|---|---|---|
| OS | O Shields RN 01/7 | | M | M Bedero | 19/07 |
| MB | M Bedero RN 07/1901 | | | | |

PATIENT LABEL/ADDRESSOGRAPH

St Joseph Hosp West
SHETTLES, MABEL C          ER
0215200044   06/01/02 09:2
12/22/1946 55Y F          ERS
WRIGHT, THOMAS F    00018791

1



**St Joseph Hosp West**
**100 Medical Plaza**
**Lake St Louis, MO  63367**

**ADMISSION RECORD**

| ACCOUNT NO. | ADMISSION DATE / TIME | P.C. | DATE OF BIRTH | AGE | SEX | RACE | MS | SERVICE | STATION | ROOM NO. | ACC. | PAT TYPE | BY | UNIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0215500129 | 06/04/02 12:07 | 50 | 12/22/1946 | 55Y | F | 1 | S | ERS | | - | | ER | SG | 000187915 |

**PATIENT**

| PATIENT NAME AND ADDRESS | SOC-SEC-NO | PATIENT EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| SHETTLES,MABEL C | 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 | WALMART | (636)456-4243 |
| 1047 HAWTHORN | TELEPHONE NO. | | |
| WARRENTON    MO 63383 | (636)456-7084 | WARRENTON    MO 63383 | HOW LONG |

**GUARANTOR / EMPLOYERS**

| GUARANTOR NAME AND ADDRESS | SOC-SEC-NO | GUARANTOR EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| SHETTLES,MABEL C | 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 | WALMART | (636)456-4243 |
| 1047 HAWTHORN | TELEPHONE NO. | | |
| WARRENTON    MO 63383 | (636)456-7084 | WARRENTON    MO 63383 | |
| | RELATION SELF | | OCCUPATION PHARMACY TEC |

**RELATIVES**

| RELATIVE 1 NAME AND ADDRESS | SOC-SEC-NO | RELATIVE 1 EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| COLBERT,KATHY | | | |
| | TELEPHONE NO. (636)456-1005 | | |
| | RELATION: DAUGHTER | | |

| RELATIVE 2 NAME AND ADDRESS | TELEPHONE NO. |
|---|---|
| | EMP. TELEPHONE NO. |
| | RELATION |

| DIAGNOSIS/COMPLAINT | ACCIDENT WK. REL | ACCIDENT DATE/TIME | ADM TYPE/SOURCE | ARRIVAL MODE | DENOM | SMK/PUB/VAL |
|---|---|---|---|---|---|---|
| 786.50-CHEST PAIN NOS | NO | | 1 7 | PER | U | N |

| LAST ADMISSION DATE | LOCATION | | | |
|---|---|---|---|---|
| 06/01/02 | ED | ROOM PREF | PAT CLA | CHURCH |

| MEDICAL COMMENT | ADVANCE DIRECTIVES | DISCHARGE DATE/TIME |
|---|---|---|
| | | |

**MEDICAL/PHYSICIAN INFO**

| ADMITTING PHYSICIAN | REFERRING PHYSICIAN |
|---|---|
| WRIGHT,THOMAS F            915983 | 786.59 |
| 600 MEDICAL DRIVE    SUITE 106 | 300.00 |
| WENTZVILLE    MO  63385 | OFC: |
| OFC: (636)327-1250    FAX: 636 327 1251 | FAX: |

| ATTENDING PHYSICIAN | PRIMARY CARE PHYSICIAN |
|---|---|
| WRIGHT,THOMAS F            915983 | WRIGHT,THOMAS F            915983 |
| 600 MEDICAL DRIVE    SUITE 106 | 600 MEDICAL DRIVE    SUITE 106 |
| WENTZVILLE    MO  63385 | WENTZVILLE    MO  63385 |
| OFC: (636)327-1250    FAX: 636 327 1251 | OFC: (636)327-1250    FAX: 636 327 1251 |

| EMERGENCY CARE PHYSICIAN | SHARED CARE PHYSICIAN |
|---|---|
| SCHILLER,STANTON          15617 | |
| 100 MEDICAL PLAZA | |
| LAKE ST LOUIS MO 63367 | |
| OFC: (636)625-5300    FAX: | OFC:    FAX: |

**INSURANCE**

| INSURANCE 1 | CODE | INS 1 TELEPHONE NO. | INSURANCE 2 | CODE | INS 2 TELEPHONE NO. |
|---|---|---|---|---|---|
| BLUE CROSS MO WALMART | 543324 | (800)421-1362 | BLUE SHIELD MO  1500 PLA | 543200 | (800)421-1362 |
| P O BOX 66897 | PC# | | P O BOX 66897 | PC# | |
| ST LOUIS    MO 63166-6897 | | | ST LOUIS    MO 63166-6897 | | |
| GRP# | GRP WALMART | | GRP# | GRP WALMART | |
| | POL# WM1345360930 | | | POL# WM1345360930 | |
| INSURED: SHETTLES,MABEL C | | 1 | INSURED: SHETTLES,MABEL C | | 1 |
| INSURANCE COMMENTS: | | | INSURANCE COMMENTS: | | |

| INSURANCE 3 | CODE | INS 3 TELEPHONE NO. | INSURANCE 4 | CODE | INS 4 TELEPHONE NO. |
|---|---|---|---|---|---|
| | PC# | | | PC# | |
| GRP# | GRP | | GRP# | GRP | |
| | POL# | | | POL# | |
| INSURED: | | | INSURED: | | |
| INSURANCE COMMENTS: | | | INSURANCE COMMENTS: | | |

| INSURANCE 5 | CODE | INS 5 TELEPHONE NO. | INSURANCE 6 | CODE | INS 6 TELEPHONE NO. |
|---|---|---|---|---|---|
| | PC# | | | PC# | |
| GRP# | GRP | | GRP# | GRP | |
| | POL# | | | POL# | |
| INSURED: | | | INSURED: | | |
| INSURANCE COMMENTS: | | | INSURANCE COMMENTS: | | |

2

SSM HEALTH CARE

St Joseph Hosp West
Lake St Louis, MO  63367

| PT ACCT | | ADM DATE/TIME | MR NO |
|---|---|---|---|
| 0215500129 | | 06/04/02 12:07 | 000187915 |

| NAME | DOB/AGE | SEX | SSN |
|---|---|---|---|
| SHETTLES, MABEL C | 12/22/46  55Y | F | 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 |

| ADDRESS | | | TELEPHONE |
|---|---|---|---|
| 1047 HAWTHORN | WARRENTON | MO 63383 | (636)456-7084 |

PRIMARY PHYSICIAN: WRIGHT, THOMAS F    TREATING PHYSICIAN    EDUC / CULTURAL BARRIERS

**INITIAL ASSESSMENT**

CHIEF COMPLAINT: (handwritten, illegible) Chest pain that started @ 0630 while laying ... with dyspnea & diaphoresis radiates to ...

| TIME | B/P | P | R | Pain Score | IMMUNIZATIONS | CHILDHOOD | BBG |
|---|---|---|---|---|---|---|---|
| 1310 | 105/75 | 86 | 18 | 8/10 | Tetanus | | |

**ALLERGIES** (handwritten, illegible)

**MEDICATIONS / DOSE / FREQUENCY**
Celexa 20mg
Norco ...
Wellbutrin 150 mg
Toprol XL - 100mg - ... ½ tab

PMH: angina
HTV

**TB SCREENING**
□ Persistent cough ≥ 3 weeks
□ Coughing blood   □ Night sweats
□ Fast TB exposure  □ Unexplained wt. loss

SOCIAL HX  ☑ Lives alone
SMOKE ☑ No  ETOH ☑ No
FAMILY HX

**TRAUMA**

MECHANISM OF INJURY
□ MVC  □ Blunt  □ Driver
□ MCC  □ Penetrating  □ Passenger
□ Fall  □ Burn  □ Pedestrian
□ Crush  ☑ Other

SAFETY DEVICES
□ None  □ Helmet
□ Seatbelt  □ Airbag
□ Car seat
□ Other

PREHOSPITAL TREATMENT
□ Oxygen  □ I.V.
□ Splint  □ Backboard
□ Cervical collar
□ Other

ASSESSMENT FOR ABUSE
☑ No evidence of abuse noted
□ Abuse suspected (See documentation)

**REVIEW OF SYSTEMS**

**NEURO**

MENTAL STATUS
Orientation ☑ Person ☑ Place ☑ Time
□ Cooperative □ Uncooperative □ Lethargic
□ Combative □ Crying □ Age appropriate
□ GCS

GLASGOW COMA SCALE
Eye Opening:  Spontaneous — 4
Verbal Response: Oriented — 5
Motor Response: Obeys commands — 6

PUPIL SCALE

**RESPIRATORY**

☑ Normal effort  □ Labored
□ Nasal flaring  □ Expiratory grunt
□ Retractions  □ Stridor
□ Accessory muscle use
□ Exertional dyspnea

□ Congestion: □ Nasal □ Chest
□ Cough: □ Prod. □ Non-prod.
Color _____

BREATH SOUNDS
☑ Clear
□ Crackles
□ Wheezing
□ Diminished

**CARDIOVASCULAR**

PULSES
Radial  R ___ L ___
Femoral  R ___ L ___
Pedal  R ___ L ___

□ JVD

**GASTROINTESTINAL**

Abdomen: Injury? ☑ No □ Yes
Spasity _____
Pain? ☑ No □ Yes
Onset: □ Sudden □ Gradual
Duration _____
Location _____
Nausea? ☑ No □ Yes
Vomiting? ☑ No □ Yes
Diarrhea? ☑ No □ Yes
Comments _____

Constipation? ☑ No □ Yes
Last BM _____
Difficulty swallowing? ☑ No □ Yes
Abdomen: ☑ Soft □ Hard
□ Guarding □ Distended □ Rigid
□ Other _____
Bowel sounds:
☑ Present □ Absent □ Hypoactive
Time last p.o. intake _____
Comments _____

**MUSCULOSKELETAL**

Deformity:
1. Abrasion
2. Amputation
3. Avulsion
4. Bleeding
5. Burn
6. Contusion
7. Crepitus
8. Decubitus
9. Deformity
10. Ecchymosis
11. Edema
12. GSW
13. Laceration
14. Pain
15. Penetration
16. Swelling
17. Tenderness
18.

Swelling: □ Present □ Absent
Sensation: □ Present □ Absent

**GU / REPRODUCTIVE**

GU □ Flank pain - □ L □ R
□ Dysuria □ Frequency □ Urgency □ Hematuria □ Discharge

REPRODUCTIVE
Gravida ___ Para ___ Ab ___
□ Discharge
□ Bleeding _____ No. of pads ___
□ Trauma
Sexually active? ☑ No □ Yes

**SKIN / SURFACE TRAUMA**

COLOR ☑ Pink (mucosa) □ Pale □ Flushed □ Cyanotic □ Ashen
□ Other _____
MOISTURE □ Dry ☑ Moist □ Diaphoretic ☑ Warm □ Cool □ Hot □ Cold
BLEEDING □ None □ Controlled □ Arterial
RASH _____
OTHER _____

REVIEW OF SYSTEMS TIME: 1215    SIGNATURE

EMERGENCY / TRAUMA PATIENT    CARE FLOWSHEET

3

| TIME | VITAL SIGNS | PUPILS | MENTAL STATUS | SPEECH | EXTREMITIES | SKIN CONDITION | GLASGOW COMA SCALE |
|------|-------------|--------|---------------|--------|-------------|----------------|--------------------|

Monitor

## MEDICATIONS

| TIME | MEDICATION | DOSE | ROUTE | SITE | INITS | TIME | RESPONSE/ASSESSMENT | INITS |
|------|-----------|------|-------|------|-------|------|---------------------|-------|
| 1308 | Ativan | 1 mg | IIP | no | | 1400 | Resting 0/10 | m |
| 1312 | Toradol | 30mg | IIP | m | | | | |

☐ dT  ☐ TT  ☐ DT  ☐ DPT  Lot Number _____    0.5cc    IM            VIS Given? ☐ Yes  VIS Revision Date _____

## PARENTERAL THERAPY STARTED

| TIME | PARENTERAL AMOUNT/SOLUTION | ADDITIVES | GAUGE | SITE | RATE cc/HR | INITIALS | DISCONTINUED TIME / INITIALS | AMOUNT INFUSED |
|------|---------------------------|-----------|-------|------|-----------|----------|------------------------------|----------------|
| 1250 | | PUMP ☐ | 20 | LFA | 100c | m | 1435 | m |
| | | PUMP ☐ | | | | | | |
| | | PUMP ☐ | | | | | | |
| | | PUMP ☐ | | | | | | |

| TIME | TREATMENT OR APPLICATION/DRSG | INITIALS | TIME | TREATMENT OR APPLICATION/DRSG | INITIALS |
|------|-------------------------------|----------|------|-------------------------------|----------|
| 1250 | labs & EKG | m | | | |

## INTERVENTIONS

| TIME | BY | |
|------|----|----|
| | | ☐ CONTINUOUS CARDIAC MONITOR |
| | | INITIAL RHYTHM |
| | | O2 ☐ MASK ☐ NASAL _____ LITERS |
| | | ☐ STRAIGHT CATH ☐ FOLEY SIZE _____ AMT _____ |
| | | COLOR _____ |
| | | ☐ CHEST TUBE ☐ RIGHT ☐ LEFT SIZE _____ |
| | | AIRWAY: ☐ ORAL ☐ NASAL ET # ___ mm LIPLINE ___ cm |
| | | ☐ N.G. SIZE # _____ ☐ SUCTION ☐ CLAMPED |
| | | ☐ EVACUATOR SIZE _____ |
| | | LAVAGE AMOUNT _____ cc RETURN _____ |

X-RAY:  TIME TO _____   TIME RETURNED _____

### NOTES
1315 Pt c/o c.p. — That started
c̄ DSO this am while
@ rest — States (+) nausea
was D/c ter. yesterday
& C.P. had stress test
that was (-) — Maxie
1315 Given Nitral — Dr Sok
@ bedside — Maxie
1400 Pt resting quietly & den
any pain @ present m

| I N P U T | TIME | TYPE | AMOUNT | O U T P U T | TIME | TYPE | AMOUNT |
|-----------|------|------|--------|-------------|------|------|--------|
| | TOTAL INPUT ▸ | | | | TOTAL OUTPUT ▸ | | |

NOTIFICATION ☐ Case management ☐ DFS ☐ Pastoral care ☐ Rabies control ☐ Police
☐ Family ☐ Medical Examiner ☐ Other: _____

DISPOSITION
☐ Discharged
☐ Admitted _____
☐ Transferred _____
☐ Morgue _____

MODE OF DISPOSITION
☐ Walk ☐ Ambulance ☐ Other _____
ESCORTED BY
☐ Self ☐ Family/Friend ☐ Transporter/Tech.
☐ RN ☐ Other _____

Pt given D/c verbalizes
understanding

DISCHARGE SIGNATURE Max RN          D/C PAIN SCORE 0/10    TIME 1435

| INITS | SIGNATURE | INITS | SIGNATURE |
|-------|-----------|-------|-----------|
| m | Marlee Sax | | |

4

**.33**   **Chest Pain  (Adult)**

TIME SEEN: 1230   ROOM: 15   *EMS Arrival*

HISTORIAN: ✓patient __spouse __paramedics _____

HX / __ EXAM LIMITED BY: _____

**HPI**

**chief complaint:**   chest pain / discomfort

started:  4 dw c/o Hospitalized
c discharged yesterday =
⊕ Stress test
This Am another CP at Rest

**time course:**
✓still present   __better
__gone now
__lasted _____
__resolved on arrival in E.D.

**quality:**
pressure
tightness
indigestion
burning
dull
aching
(sharp)
(stabbing)
"pain"
"numbness"
"like prior MI"

**Location of pain:**

**radiation:**   none   diagrammed above

**associated symptoms:**
__nausea
__vomiting
__shortness of breath
__sweating

**worsened by:**
change in position
deep breaths / turning
exertion
nothing

**relieved by:**
sitting up
rest
antacid
nothing

NTG: 1,2,3
patient's own supply
given by paramedics
relief: none / partial /
complete / transient
Oxygen    NRB

**onset during:**
sleep / rest / light activity
mod / heavy exertion
emotional upset
anorexia

**severity:**
maximum (1-10)
mild / moderate / severe
when seen in ED: (1-10)
gone / improved / same
residual discomfort in arm (L) (R)

__Similar symptoms previously

Recently seen/treated by doctor _____

**ROS**

**CHEST-CONST**
__fever
__chills
__cough
__sputum
__ankle swelling
__calf / leg pain

**FEMALE REPRODUCTIVE**
__LNMP
__vaginal discharge
__abnormal bleeding

c numbness both hands
CP c̄ c̄ breath / mvt

**NEURO**
__headache
__blackouts

**EYE-ENT**
__blurred vision
__sore throat

**Gland/GU**
__abdominal pain
__black / bloody stools
__problem urinating

**SKIN & LYMPH/MS**
__rash / swelling
__joint pain

all systems neg except as marked

**PAST HISTORY** __negative    * = MI risk factors
*  __high blood pressure    __emphysema
*  __diabetes  insulin / oral / diet    __collapsed lung
*  __high cholesterol    __stroke
*  __heart disease    __peptic ulcer
      heart attack (MI) _____    __documented  yes / no
      angina / heart failure    __gall stones

__DVT / PE / risk factors
__other problems

**Surgeries/Procedures:**   __none   __non-contributory
__cardiac bypass    __tonsillectomy
__cardiac cath    __cholecystectomy
__angioplasty    __appendectomy
__thrombolytics    (hysterectomy)
__pacemaker

**Medications** __none __ASA __NSAID
__acetaminophen __BCP's
__see nurses note

**Allergies** __NKDA
see nurses note

**SOCIAL HX** __smoker __drugs

__alcohol (recent / heavy / occasional)

**FAMILY HX** __CAD (<55yo / >55yo)

---

SSM HEALTH CARE
St Joseph Hospital West

© 1995-99 E.S.C.  *Circle positives,
check normals, backslash (\) negatives.*
**EMERGENCY
PHYSICIAN RECORD**

Chest Pain  (5)
SWM-2000-035 (6/99) 33 Front

**ADDRESSOGRAPH/LABEL**

St Joseph Hosp West
SHETTLES, MABEL C        ERO
0215500129   06/04/02 12:07
12/22/1946 55Y F        ERS
WRIGHT, THOMAS F   000187915

☑ Nursing Assessment Reviewed.   ☑ BP, HR, RR, Temp reviewed.

**PHYSICAL EXAM**   ☑ Alert   Anxious   IV
Distress   NAD   mild   moderate   severe

**HEENT**
☐ ENT nml inspection   ☐ scleral icterus / pale conjunctiva
☐ pharynx nml   ☐ pharyngeal erythema
☐ abnml TM / hearing deficit
**NECK**   ☐ thyromegaly
☐ nml inspection   ☐ lymphadenopathy ( R / L )
**RESPIRATORY**   ☐ see diagram
☐ no resp. distress   ☐ respiratory distress
☐ chest non-tender   ☐ manifests distinct pain on movement
☐ nml breath sounds   of R / L arm / of trunk
☐ splinting / decsd air mvmnt
☐ rales
☐ rhonchi
☐ wheezing
**CVS**
☐ regular rate, rhythm   ☐ irregularly irregular rhythm
☐ no murmur   ☐ extrasystoles (occasional / frequent)
☐ no gallop   ☐ tachycardia / bradycardia
☐ no friction rub   ☐ PMI displaced laterally
☐ JVD present
☐ murmur grade _/6   sys / dias
☐ cresc / cresc-decresc / decresc
☐ gallop ( S3 / S4 )
☐ friction rub

☐ decreased pulse(s)
R   carotd ___ fem ___ dors ped ___
L   carotd ___ fem ___ dors ped ___

T = tenderness
G = guarding
R = rebound
m = mild
mod = moderate
sv = severe
(e.g., T sv =
severe tenderness)

**ABDOMEN**
☐ non-tender   ☐ tenderness
☐ no organomegaly   ☐ guarding
☐ rebound
☐ abnml bowel sounds
☐ hepatomegaly / splenomegaly / mass
**RECTAL**   ☐ black / bloody / heme pos stool
☐ non-tender   ☐ tenderness
☐ heme neg stool
**SKIN**   ☐ cyanosis / diaphoresis / pallor
☐ color nml, no rash   ☐ skin rash
☐ warm, dry
**EXTREMITIES**
☐ non-tender   ☐ pedal edema
☐ normal ROM   ☐ calf tenderness
☐ no pedal edema   ☐ clubbing
☐ no calf tenderness
**NEURO/PSYCH**   ☐ disoriented to person / place / time
☐ oriented x3   ☐ depressed affect
☐ mood/affect nml,   ☐ facial droop/EOM palsy/anisocoria
☐ CN's nml as tested   ☐ weakness / sensory loss
☐ no motor/sensry deficit

**EKG, LABS, and XRAYS**
**EKG MONITOR STRIP**
EKG   NML   ☐ interp by me   ☐ reviewed by me   Rate ___
NSR   abnml intervals   abnml axis   abnml ST/T

not changed from ___
Repeat EKG   unchanged

CXG   ☐ interp by me   ☐ reviewed by me   ☐ read w/ radiology
nml / abn   nml infiltrates   nml heart size   abnml air/distn

not changed from ___

| CBC | Chemistries | | UA |
|-----|-------------|--|-----|
| normal except | normal except | CK | normal except |
| WBC | Glu | CKMB | WBC |
| Hgb | BUN | Troponin | RBC |
| Hct | Creat | | bacteria |
| Platelets | Na | | alb |
| | K | | |
| bands | Cl | PT | |
| lymph | CO2 | PTT | |
| monos | ASP | INR | |

**Pulse Ox**   ___ % on RA/ ___   L (time) ___
Time ___   unchanged   improved   re-examined ___

Discussed with Dr ___   CRIT CARE: 30-74 min
Will see patient in office / ED / hospital   75-104 min
Counseled patient / family regarding   Proc/records ordered
lab results / diagnosis / test / condition / fellow-up   Additional history from
Admit orders written   family, caretaker, paramed

**CLINICAL IMPRESSION**
Chest Pain: angina / precordial   Acute MI
Chest Wall Pain: acute   Unstable Angina
Dyspnea: acute   Pericarditis: acute
Costochondritis: acute   Acute Aortic Dissection
Myofascial Strain: acute   Pulmonary Embolism
Viral Syndrome: acute   Acute Pulmonary Edema / CHF
Bronchitis: acute   Atrial Fibrillation   rapid vent. response
Viral Pleurisy (Pleurisy)   controlled   uncontrolled   new-onset   chronic
Abnormal EKG   Pneumonia
Pneumothorax

**DISPOSITION**   ☑ home   ☐ admitted   ☐ transferred
**CONDITION**   ☑ unchanged   ☐ improved   ☑ stable

**PHYSICIAN SIGNATURE**

**ADDRESSOGRAPH/LABEL**

St Joseph Hosp West
SHETTLES, MABEL C   ER
0215500129   06/04/02 12:07
12/22/1946 55Y F   ERS
WRIGHT, THOMAS F   000187915

SSM
HEALTH CARE
St. Joseph Hospital West

Chest Pain
SWM-2000-035 (6/99) 33 Back

*SSM* HEALTH CARE

| PT ACCT NO 0215500129 | St Joseph Hosp West Lake St Louis, MO  63367 | ADM DATE/TIME 06/04/02 12:07 | MR NO. 000187915 |
| NAME SHETTLES, MABEL C | | DOB/AGE 12/22/46 55Y | SEX F | SSN 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 |
| ADDRESS 1047 HAWTHORN | WARRENTON  MO 63383 | TELEPHONE (636)456-7084 | EDUC/CULTURAL BARRIERS |
| PRIMARY PHYSICIAN WRIGHT, THOMAS F | TREATING PHYSICIAN | | ☐ None ☒ Yes: |

CHIEF COMPLAINT: 40 Chest pain that started c 0930 while lying on couch c nausea & diaphoresis radiates in axillia area. Discharged from here 6-3-02 for CP

| TIME 1210 | B/P 165/75 | R 20 | P 60 | R 18 | Pain Score 8/10 | IMMUNIZATIONS: Tetanus ___ yr | CHILDHOOD: ☐ UTD ☐ IUTD ☐ Unk | BBG |
| HT | WT | O2 SAT 98% | VISUAL ACUITY: RT 20/ LT 20/ BOTH 20/ Corrected Uncorrected | LNMP | PREG: ☐ Yes ☐ No ☐ Unk |
| ☐ A ☐ S ☐ E RA/O2 | | | | EDC | HT |

ALLERGIES: Compazine ☐ NKA

MEDICATIONS / DOSE / FREQUENCY
Celexa 20mg
Pepcid Ac
Wellbutrin 150 mg
Topol XL — 100mg — us Lately

PMH: angina
HTN

TB SCREENING: ☐ Persistent cough ≥ 3 weeks ☐ Coughing blood ☐ Night sweats ☐ Past TB exposure ☐ Unexplained wt. loss
SOCIAL HX ☒ Lives alone ☐ Lives with:
SMOKE ☐ No ☐ Qit ___ ppd ___ yr ETOH ☐ No ☐ Qit Amount:
FAMILY HX

SIGNATURE ☐ NC

| LABS | INIT | X-RAY | INIT | SPECIAL PROCEDURES | INIT | CARDIO/PULMONARY | INIT | MISCELLANEOUS | INIT |
|---|---|---|---|---|---|---|---|---|---|
| CBC c Diff. | | Chest Pa & Lat | | Head CT | | ABG'S | | Old Chart | |
| Met: Basic / Comp. | | Port CXR | | ABD/Pelvic CT | | EKG | | Old EKG | |
| U/A: CVS / Cath | | OBS c CXR | | - W IV Contrast | | Nebulizer | | Old Chest X-ray | |
| Urine Culture | | OBS s CXR | | - W/O IV Contrast | | | | | |
| Stool for Culture / C-Dili | | KUB | | IVP | | | | | |
| CK MB / Troponin / Myoglobin | | Humerus L / R | | Ultrasound | | ORDERS | | | |
| PT / PTT | | Elbow L / R | | - Pelvic | | IV | | Or | |
| Type & Screen | | Forearm L / R | | - Gallbladder | | | | | |
| Type Xmatch u | | Wrist L / R | | Venous Doppler | | Cardiac Monitor | | Pulse Ox | |
| Digoxin Level | | Hand L / R | | R | | Orthostatics | | | |
| Tox Screen Urine / Serum | | Digits 1 2 3 4 5 | | L | | Time: | | | |
| Amylase / Lipase | | Pelvis | | VQ Scan | | Orthostatics | | | |
| Sputum Culture | | Hip L / R | | | | Time: | | | |
| Blood Culture | | Femur L / R | | MEDS/TREATMENT | | | | | |
| GC / Chlamydia | | Knee L / R | | hep lock | | | | | |
| BHCG Qual. / Quan. | | Tib / Fib L / R | | | | | | | |
| Electrolyte Panel | | Ankle L / R | | Toradol 20 Im x1 | | | | | |
| Hepatic Panel | | Foot L / R | | Ativan 1P IV x 1 | | | | | |
| Renal Panel | | Digits 1 2 3 4 5 | | | | | | | |
| Thyroid Protocol | | Skull | | | | | | | |
| Coma Protocol | | Mandible / Panorex | | | | | | | |
| R/O MI Protocol | | Facial Bones | | CLINICAL IMPRESSION: Chest wall muscular pain | | | | | |
| Cardiac Protocol | | Nasal | | Anxiety | | | | | |
| Abd. Pain Protocol | | Ribs L / R | | | | | | | |
| Hepatitis Acute Panel | | Shoulder L / R | | DISCHARGE INSTRUCTIONS | | | | | |
| Lumbar Puncture Protocol | | Clavicle L / R | | Naprosyn | | | | | |
| Pelvic Protocol | | X-table C - Spine | | Cont Home med | | | | | |
| Trauma Alert Protocol | | C - Spine | | PMD 2-3d | | | | | |
| Trauma Code Protocol | | T - Spine | | | | | | | |
| Other | | L / S Spine | | | | | | | |
| POINT OF CARE TESTING | | | | | | | | | |
| Glucose | | | | | | | | | |
| UHCG | | | | T SHEET COMPLETED | | | | | |

PHYSICIAN NOTIFIED ☐ No ☐ Yes

PHYSICIAN NOTIFIED ☐ No ☐ Yes

PHYSICIAN'S SIGNATURE

| CONDITION | DISPOSITION | | Discharge Time 1435 |
| ☒ Stable | ☒ Home ☐ Return to work | | |
| ☐ Improved | ☐ Admit to Inpatient ☐ Observation | | Time Bed Requested |
| ☐ Unstable | ☐ Service | | |
| ☐ Expired | ☐ Transfer | Room No. | |
| | ☐ Other | | |

MEDICAL RECORDS COPY

EMERGENCY DEPARTMENT RECORD

# RHYTHM ANALYSIS MOUNT SHEET



SHETTLES   RM 15 6/4/02 12:10:47   ALARMS SUSPENDED   SpO2 NON-PULSATILE   HR 59   SV BRADY RHYTHM   PULSE -?-   PVC 0

| Atrial Rate | Vent Rate | PR Interval | QRS Interval | QT Interval |
|---|---|---|---|---|
| Rhythm | | | Initials | Date | Time |

SHETTLES   RM 15 6/4/02 14:00:05   HR 58   SV BRADY RHYTHM   PULSE 58   PVC 0   ST-I 0.0   ST-aVF 0.0   ST-V 0.3   NBP 151/7

| Atrial Rate | Vent Rate | PR Interval | QRS Interval | QT Interval |
|---|---|---|---|---|
| Rhythm | | | Initials | Date | Time |

SHETTLES   RM 15 6/4/02 14:35:35   SpO2 NON-PULSATILE   HR 58   SINUS BRADY   PULSE -?-   PVC 0   ST-I 0.0   ST-aVF -0.1   ST

| Atrial Rate | Vent Rate | PR Interval | QRS Interval | QT Interval |
|---|---|---|---|---|
| Rhythm | | | Initials | Date | Time |

PATIENT LABEL / ADDRESSOGRAPH

SSM
H E A L T H · C A R E

**RHYTHM ANALYSIS SHEET**

SLM-1300-003 (10/97) 15 FRONT

St Joseph Hosp West   ERO
SHETTLES, MABEL C
0215500129   06/04/02 12:0
.12/22/1946 55Y F   ERS
WRIGHT, THOMAS F   00018791

```
                        St. Joseph Hospital West
              100 Medical Plaza  Lake St Louis, MO  63367
                        Tue Jun 04, 2002 06:07 pm
                        Outpatient Summary Report
Pat Name:           SHETTLES,MABEL C                    Page:  1
Unit #/Acct #:      000187915/A0215500129        Reg Date: 06/04/02
Loc:                ER                           Dis Date: 06/04/02
Phys-Service:       WRIGHT,THOMAS F - EMERGENCY
915983 903281
****************************************************************
In:  06/04/02 1246    --------------------------      Spec: Blood
Out: 06/04/02 1317    | R/O MI PROTOCOL/REFLEX |      Techs: VER TKMEYER*
Coll Time: 06/04/02 1235  --------------------------
Order Phys: SALEH,MAHMOUD A                      [A0215500129/547437]
                        *STAT*STAT*STAT*
Result Name           Result                    Reference Range

CK(U/L):              <20 L                      38-174
CK-MB Interpretation: Absent                     Absent
Myoglobin(ng/mL):     20.9                       <75
Troponin I(ng/mL):    <0.3                       <0.5 normal
                                                 0.6-0.7 indeterminate
                                                 >0.9 elevated
R/O MI Comment 1:     Myoglobin phase of protocol 2nd Myoglobin
                      will be drawn


----------------------------------------------------------------
In:  06/04/02 1246   ---------------------------       Spec: Blood
Out: 06/04/02 1309   | COMPREHENSIVE METABOLIC PNL 1 |  Techs: VER TKMEYER
Coll Time: 06/04/02 1235 ---------------------------
Order Phys: SALEH,MAHMOUD A                      [A0215500129/547437]
                        *STAT*STAT*STAT*
Result Name           Result                    Reference Range

Glucose(mg/dL):       83.                        65-105 Fasting
Urea Nitrogen(mg/dL): 16.                        7-18
Creatinine(mg/dL):    .8                         0.5-1.2
BUN/Creat:            20.0
Sodium(mEq/L):        140.                       137-145
Potassium(mEq/L):     4.2                        3.6-5.0
Chloride(mEq/L):      106.                       98-107
CO2(mEq/L):           28.                        22-31
Anion Gap:            6.
Calcium(mg/dL):       8.7                        8.4-10.2
Alk Phos(U/L):        91.                        38-126
ALT/SGPT      (U/L):  30.                        7-56
AST/SGOT(U/L):        29.                        8-78
Prot Total(gm/dl):    6.6                        6.3-8.2
Albumin(gm/dl):       3.4 L                      3.9-5.0
Bilirubin(mg/dL):     .9                         0.2-1.3


----------------------------------------------------------------



                                    SHETTLES,MABEL C
                                    000187915/A0215500129
                                    ER
                                    (F-12/22/46)
*Outpatient Summary Report          Dr. WRIGHT,THOMAS F
```

9

```
                        St. Joseph Hospital West
                100 Medical Plaza  Lake St Louis, MO  63367
                      Tue Jun 04, 2002 06:07 pm
                       Outpatient Summary Report
Pat Name:         SHETTLES,MABEL C                      Page:  2
Unit #/Acct #:    000187915/A0215500129          Reg Date: 06/04/02
Loc:              ER                              Dis Date: 06/04/02
Phys-Service:     WRIGHT,THOMAS F - EMERGENCY
915983
***************************************************************************
In:  06/04/02 1251       ----------------------          Spec: Blood
Out: 06/04/02 1305       | DIFFERENTIAL MANUAL |    Techs: VER TKMEYER
Coll Time: 06/04/02 1235 ----------------------
Order Phys: WRIGHT,THOMAS F                        [A0215500129/547437]
                            *STAT*STAT*STAT*
Result Name        Result  Ref Range   Result Name    Result  Ref Range

WBC(1000/mm:       6.6     4.2-10.2    RBC Morph:     Normal
Segs(%):           68      45-73       Plt Est:       Normal
Lymphs(%):         23      15-42       Eosins(%):     1       0-5
Monos(%):          8       4-12

-----------------------------------------------------------------------------
In:  06/04/02 1246       ----------------------          Spec: Blood
Out: 06/04/02 1251       | CBC W AUTO DIFF I |     Techs: VER TKMEYER*
Coll Time: 06/04/02 1235 ----------------------
Order Phys: SALEH,MAHMOUD A                        [A0215500129/547437]
                            *STAT*STAT*STAT*
Result Name                  Result               Reference Range

WBC(1000/mm3):               6.6                  4.2-10.2
RBC(M/CUMM):                 4.42                 3.80-5.30
Hgb(gm/dl):                  13.6                 11.7-15.5
Hct(%):                      41.3                 36-46
MCV(fl):                     93.4                 79-96
MCH(pg):                     30.8                 27.1-33.1
MCHC(gm/dl):                 32.9                 32-36
RDW(%):                      11.6                 11.5-14.5
Platelet Count(X(10)3 uL):   203                  145-400
Manual Diff:                 see manual diff order

-----------------------------------------------------------------------------
In:  06/04/02 1246       ----------                      Spec: Blood
Out: 06/04/02 1305       | PT PTT |                 Techs: VER TKMEYER
Coll Time: 06/04/02 1235 ----------
Order Phys: SALEH,MAHMOUD A                        [A0215500129/547437]
                            *STAT*STAT*STAT*
Result Name                  Result               Reference Range

PT(seconds):                 11.5                 9.8-12.3
INR:                         1.0                  0.9-1.2 Normal
                                                  2.0-3.0 Therapeutic
                                                  2.5-3.5 High Risk
PTT(seconds):                26.3                 20.1-29.3

-----------------------------------------------------------------------------
              End of Report - 06/04/02 18:07
                               SHETTLES,MABEL C
                               000187915/A0215500129
                               ER
                               (F-12/22/46)
   *Outpatient Summary Report   Dr. WRIGHT,THOMAS F
```

10

ST JOSEPH HOSP WEST

06/04/2002  12:21:34

SHETTLES, MABEL C          ER
0215500129   06/04/02 12:0
12/22/1946 55Y F           ER
WRIGHT, THOMAS F   00018791

| Rate | 56 | . Normal sinus rhythm, rate 56.................Normal P axis, PR, rate & |
|------|-----|
| PR | 175 | . Consider left atrial enlargement.................P V1 -.10 mV or more neg |
| QRSD | 78 | . Probable Anteroseptal MI, age indeterminate.............Q waves V1-V2, ne |
| QT | 390 | |
| QTc | 376 | |

--AXIS--

| P | 69 |
| QRS | 14 |          - ABNORMAL ECG -
| T | 20 |



11

ST. JOSEPH HOSPITAL WEST
100 MEDICAL PLAZA       LAKE ST. LOUIS, MO 63367
DIAGNOSTIC IMAGING

.: SHETTLES,MABEL C                          Med Rec # A000187915
                                             ACCT: A0215500129
DOB: 12/22/46 Age: 55Y   Sex: F              Pt Location: DIS - ER

Date: 06/04/02 1234                SALEH,MAHMOUD A
                                   1049 RIDGEWAY MEADOW DR
                                   BALLWIN, MO  63021

Exam                        Check-In #  Order Diagnosis
XR CHEST ONE VIEW PORTABLE   242576    Ord Diag: 786.50-CHEST PAIN NOS

        PORTABLE CHEST

        An AP upright view of the chest from 1250 hours shows that cardiac
        monitor leads are present.  Heart size is upper limits of normal.
        The lungs are clear of acute processes.  Old granulomatous disease
        is incidentally noted.



        IMPRESSION:

        NO ACTIVE DISEASE IN THE CHEST.

        NO CHANGE COMPARED WITH FILM OF 6/1/02.


                        /READ BY/ Lewis Halverson M.D.
                        /Released By/ Lewis Halverson M.D.
                        Report Released  06/05/02 0755
DMH 06/04/02 1804
PHYSICIANS OF RECORD:
ADM: WRIGHT,THOMAS F              ATT: WRIGHT,THOMAS F
REF:                             CON:
PCP: WRIGHT,THOMAS F             SCP:


INAL                        Page  1

12

SHETTLES, MABEL                    4 JUN 2002          12:21:34

55 yrs        Female

PR    175     *Sinus bradycardia, rate of 56
QRSD   78     *Left atrial abnormality
QT    390     *Anteroseptal myocardial infarction, old by review
QTc   376     *Compared to the tracing from 6-2-02, there is no significant change

--AXES--
P      69
QRS    14
T      20

                                                              *Dudwa Eys*

        PREVIOUS ECG: 2 JUN 2002 13:49:30, CONFIRMED BY CAS - NS
ST. JOSEPH HOSPITAL WEST - Cardiopulmonary                     D. EYSTER, I



25 mm/sec  10

13

## EMERGENCY DEPARTMENT ACUITY ASSESSMENT CRITERIA

### 1 POINT

| | | |
|---|---|---|
| ____ Central Intake | ____ Fax (send/receive) | ____ Radiology/Vascular Lab |
| ____ Control Bleeding | ____ Ice Bag | ____ Registration |
| ____ Discharge Instructions | ____ Lab (1 pt/test;not more than 4 pts) | ____ Social Service Consult |
| ____ Excuse/Fit For Confinement | ____ Old Chart/Old X-ray | ____ Triage (Includes initial Pulse Ox) |

### 2 POINTS

____ Bedside Blood Glucose
____ Bedside UHCG
____ EKG (2 pts each)
____ IV/Heplock Insertion (2 pts ea)
____ Maintain IV established PTA

**Med Administration (2pts/med)**
____ Eye gtts
____ GI Cocktail (2 pts total)
____ Insulin IV or SubQ
____ Nasal Spray
____ NTG SL/Paste/Spray
____ Oral Meds/Contrast
____ Rectal Suppositories
____ Topical
____ NG Insertion

____ Nursing Assessment (Simple)
____ Orthostatics (2 pts each set)
____ Oxygen Therapy
____ Papoose
____ Permits (DPT/OP/Vol Psych/Ch of Poss)
____ Phlebotomy
____ Photographs
____ Poison/Animal Control, Police contact
____ Psych observation q 30 min, up to 3X
____ Pulse Oximetry (2 pts/cont 6)
____ Referrals to shelters, haven, etc.
____ Repeat Vital Signs
____ Restraints (q 30 min)
____ Steri-Strips
____ Suction

**Specimen Collection**
____ Blood Cx
____ Nasal/Pharyngeal Swab
____ Sputum
____ Stool
____ Strep
____ Urine
____ Wound Cx

____ X-ray Copies

**Wound Care-Simple-Non-Sutured**
____ Irrigate
____ Cleanse
____ Dressing

### 3 POINTS

____ Admission
____ Affidavits
____ AMA
____ Ambulance Arrival
____ BP Monitoring (Graphic)
____ Cardiac Monitoring (Mounted Strips)
____ Catheterization - Simple
____ Control Bleeding, Complex
____ Disimpaction
____ Enema
* ____ Eye Irrigation (6 pts each eye)
____ Fetal Heart Tones
____ IV start (complex)

____ Meal Tray
____ MTS (Organ Donation) contact
____ Nursing Assessment (Complex)
     (Must Include Neuro & Vascular)
____ Nurse to CT
____ Pelvic Exam
____ Porta-Cath (accessing)
____ Post Mortem Care
____ Prepare for the O.R.
* ____ Rape Kit (9 pts)
____ Security Attendance
____ Suture/Staple Removal

____ Transfer (+2 pts permits)
* ____ Transfer w/RN to other facility 6 pts
____ Ventilator Pt care
____ Visual Acuity

**Wound Care-Complex-Non-Sutured**
____ Irrigate
____ Cleanse
____ Dressing

Other: _____
_____
_____

| Total Pts | | |
|---|---|---|

*Special Points

St. Joseph Hospital West



# EMERGENCY DEPARTMENT CHARGE SHEET

| Description | | QTY | Description | | QTY |
|---|---|---|---|---|---|
| LWOT/NC | | 81 | **Wound Repair** | | |
| Level I (0-4) | 99281 24 | 24634 | simp scalp neck trunk ext < 2.5 | 12001 | 178 |
| Level II (5-7) | 99282 25 | 24624 | simp scalp neck trunk 2.6-7.5 | 12002 | 179 |
| Level III (8-15) | 99283 26 | 24609 | simp face eye ear nose < 2.5 | 12011 | 164 |
| Level IV (16-30) | 99284 | 24677 | simp face eye ear nose 2.6-5.0 | 12013 | 165 |
| Level V (>-31) | 99285 | 24626 | interm scalp axilla trunk < 2.5 | 12031 | 184 |
| Critical Care (1 hr) | | 30838 | interm scalp axilla trunk 2.6-7.5 | 12032 | 185 |
| ER/Priv. MD Only | | 23 | interm neck hands feet < 2.5 | 12041 | 190 |
| **TRAUMA\*** | | | interm neck hands feet 2.6-7.5 | 12042 | 191 |
| Code (I) | | 32 | interm face ear lip eyelid < 2.5 | 12051 | 171 |
| Alert (II) | | 33 | interm face ear lip eyelid 2.6-5.0 | 12052 | 172 |
| **Immobilizers** | | | Treatment of burns 1st degree | 16000 | 49 |
| Splint, long arm, adult | | 91 | Treat burns small 2nd degree | 16020 | 37943 |
| Splint, long arm, peds | | 82 | **Critical Care Items** | | |
| Splint, short arm, adult | | 87 | Code Blue | 92950 | 67 |
| Splint, short arm, peds | | 89 | Level I fluid warmer | | 34 |
| Splint, long leg, adult | | 90 | Bair Hugger | | 31285 |
| Splint long leg, peds | | 92 | **Splinting Strapping** | | |
| Splint, short leg, adult | | 86 | applic of long leg splint | 29505 | 232 |
| Splint, short leg, peds | | 88 | applic of lower leg splint | 29515 | 231 |
| Finger splint | | 84 | applic of finger splint | 29130 | 236 |
| Soft Bulky | | 53 | applic of forearm splint | 29125 | 235 |
| | | | applic of long arm splint | 29105 | 234 |
| | | | strapping of toes | 29550 | 238 |
| | | | strapping of ankle | 29540 | 233 |
| | | | strapping of shoulder | 29240 | 237 |
| | | | strapping of elbow or wrist | 29260 | 40661 |
| | | | strapping of hand or finger | 29260 | 40663 |
| | | | strapping of knee | 29530 | 40666 |
| | | | **Misc Items** | | |
| | | | Blood transfusion | 36430 | 27120 |
| | | | Poison Control (fax) | | 73 |
| **INJECTIONS** | | | Medical Control-EMS | | 78 |
| Immun. admin. | 90471 | 47667 | Slit lamp | | 74 |
| Each add immun. | 90472 | 47668 | Eye Tray | csr | 18316 |
| Intravenous | 90784 | 24895 | Pelvic Tray | | 72 |
| IM/SQ | 90782 | 64 | Spinal fluid tap diagnostic | 62270 | 70080 |
| IM antibiotic | 90788 | 23570 | Psych diagnostic interview | 90801 | 47356 |
| IV infusion 1st hr | 90780 | 39 | Conscious sedation | 99141 | 47360 |
| IV infusion add hrs | 90781 | 25128 | | | |

99285~

**\* When charging Trauma Level do not charge to ED level**

St. Joseph Hospital West

Staff Initials _____

St Joseph Hosp West
SHETTLES, MABEL C          ERC
0215500129    06/04/02 12:07
12/22/1946 55Y F      ERS
WRIGHT, THOMAS F    00018791

SWS-2000-997  (5/2001) FRONT

15

# AUTHORIZATION/CONDITIONS OF ADMISSION/TREATMENT AGREEMENT

**CONSENT TO ADMISSION/TREATMENT:** I request and consent to admission/treatment.

**CONSENT TO MEDICAL AND RELATED HEALTH CARE:** I request and consent to the medical care, diagnostic and treatment procedures as determined necessary by my physician(s) or his/her assistants. I acknowledge the care I receive while in this facility is under the direction of my physician(s). This facility is not responsible for the acts or omissions of my physician(s).

**MEDICAL AND ALLIED HEALTH CARE PROVIDERS:** I have been informed and understand that the physician(s) providing service to me in this facility, such as my personal physician(s), radiologists, pathologists, anesthesiologist, consulting physicians, surgeons and other allied health care providers such as dentists and psychologists are independent contractors and are not employees or agents of this facility unless otherwise specifically identified.

**TEACHING PROGRAMS:** I understand this facility may, from time to time, enter into agreements with academic medical, nursing and allied health programs. Because of these agreements, residents, interns, medical students, nursing students and various allied health profession students, may participate in my care. I agree to participate in these programs, but have the right to limit my participation at any time.

**RELEASE OF INFORMATION:** I understand this facility will make every effort to treat my medical information as confidential; however, I realize information must be shared with providers and/or individuals involved in my care or in the payment of my care. I understand this will include information found in my medical record. I agree to the release of information in my medical record to the extent necessary for the following purposes:

    a. to any medical and/or health care providers responsible for my care while in this facility and if transferred to another facility for care, to that facility and its care providers.

    b. to those responsible for collecting and those responsible for the payment of my care. This may include a person, government agency, insurance company, health plan or employer sponsored group plan. This is for the purpose of verifying insurance benefits for precertification and extended stay review and/or the payment of the cost of my care.

    c. to utilize for internal medical care studies and quality improvement activities.

    d. to comply with the Federal Safe Medical Device Act of 1990 and other state and federal reporting.

**MEDICARE/CHAMPUS RIGHTS:** If applicable, I acknowledge receipt of the Medicare/Champus letter explaining my rights as a patient of this facility. I understand this includes my right to request a review.

**PATIENT RIGHTS:** I acknowledge receipt of the patient rights information explaining my rights as a patient in this facility.

**PERSONAL PROPERTY:** I have been informed and understand this facility will not be liable for any loss of my personal property unless it is inventoried and placed in a secured area maintained by this facility.

**PAYMENT FOR MEDICAL AND RELATED CARE:** I agree to pay the charges incurred for the care I receive as ordered by my physician(s) at this facility, including charges by independent contractors (such as radiologists, pathologists and anesthesiologists). I guarantee full payment of all charges unless restricted by Medicare, Medicaid or contractual arrangement between my insurance company and this facility.

**ASSIGNMENT OF BENEFITS:** I hereby authorize and assign payment to this facility and/or independent contractors of any type of reimbursement or payment due from Medicare, Medicaid, or any other third party payor, for any and all cost incurred for my medical and related care at this facility and/or by the independent contractors providing services at this facility.

**ACKNOWLEDGEMENT OF UNDERSTANDING RECEIPT:** *I certify that I have read and understand the preceding agreement. I have had any unclear items explained to me and understand its contents and accept its terms.* I understand that new numbers may be issued for follow-up services related to this admission/treatment and that would not change this agreement or be considered a discharge by Medicare. I understand I may withdraw my agreement to the preceding at any time by written notification to this facility.

| | | |
|---|---|---|
|  | 6-4-02 | LeAH SHETTLES |
| Signature of Patient, Parent, Legal Guardian, or other Legal Representative | Date | Please Print Name |
| | | |
| Witness | Date | |
| | | |
| Signature of Guarantor | Date | Please Print Name |

ADDRESSOGRAPH / LABEL

```
St Joseph Hosp West
SHETTLES, MABEL C
0215500129        06/04/02 12:07
12/22/1946  55Y  F          ERO
WRIGHT, THOMAS F            ERS
                        00018791
```

**SSM**
H E A L T H · C A R E

**AUTHORIZATION/CONDITIONS OF ADMISSION/TREATMENT AGREEMENT**

SLM-8511-020 (10/2001) 16



**St Joseph Hosp West**
**100 Medical Plaza**
**Lake St Louis, MO  63367**

**ADMISSION RECORD**

| ACCOUNT NO. | ADMISSION DATE/TIME | F.C. | DATE OF BIRTH | AGE | SEX | RACE | MS | SERVICE | STATION | ROOM NO. | ACC. | PAT TYPE | BY | UNIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0230400121 | 10/31/02 11:16 | 50 | 12/22/1946 | 55Y | F | 1 | S | ERS | | - | | ER | SG | 000187915 |

**PATIENT**

PATIENT NAME AND ADDRESS
SHETTLES,MABEL C
1047 HAWTHORN
WARRENTON    MO 63383

SOC-SEC-NO
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

TELEPHONE NO.
(636)456-7084

PATIENT EMPLOYER
WALMART

WARRENTON    MO 63383

TELEPHONE NO.
(636)456-4243

HOW LONG

**GUARANTOR**

GUARANTOR NAME AND ADDRESS
SHETTLES,MABEL C
1047 HAWTHORN
WARRENTON    MO 63383

SOC-SEC-NO
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

TELEPHONE NO.
(636)456-7084

RELATION
SELF

**EMPLOYERS**

GUARANTOR EMPLOYER
WALMART

WARRENTON    MO 63383

TELEPHONE NO.
(636)456-4243

OCCUPATION
PHARMACY TEC

**RELATIVES**

RELATIVE 1 NAME AND ADDRESS
COLBERT,KATHY

SOC-SEC-NO

TELEPHONE NO.
(636)456-1005

RELATION
DAUGHTER

RELATIVE 1 EMPLOYER

TELEPHONE NO.

RELATIVE 2 NAME AND ADDRESS

TELEPHONE NO.

EMP. TELEPHONE NO.

RELATION

| DIAGNOSIS/COMPLAINT | ACCIDENT WK. REL. | ACCIDENT DATE/TIME | ADM TYPE/SOURCE | ARRIVAL MODE | DENOM | SMK/FUN/VAL |
|---|---|---|---|---|---|---|
| 786.50-CHEST PAIN NOS | NO | | 1  7 | WARREN CO | | U    N |

| LAST ADMISSION DATE | LOCATION | ROOM PREF | PAT CLA | CHURCH |
|---|---|---|---|---|
| 06/26/02 | ED | | | |

MEDICAL COMMENT

ADVANCE DIRECTIVES

DISCHARGE DATE/TIME

**MEDICAL/PHYSICIAN INFO**

ADMITTING PHYSICIAN
WRIGHT,THOMAS F          915983
600 MEDICAL DRIVE        SUITE 106
WENTZVILLE    MO 63385
OFC: (636)327-1250    FAX: 636 327 1251

REFERRING PHYSICIAN

786.50

OFC:    FAX:

ATTENDING PHYSICIAN
WRIGHT,THOMAS F          915983
600 MEDICAL DRIVE        SUITE 106
WENTZVILLE    MO 63385
OFC: (636)327-1250    FAX: 636 327 1251

PRIMARY CARE PHYSICIAN
WRIGHT,THOMAS F          915983
600 MEDICAL DRIVE        SUITE 106
WENTZVILLE    MO 63385
OFC: (636)327-1250    FAX: 636 327 1251

EMERGENCY CARE PHYSICIAN
DEAN,RONALD D            903674
300 FIRST CAPITOL DR
ST CHARLES    MO 63301
OFC: (636)947-5111    FAX: 636 947 5117

SHARED CARE PHYSICIAN

OFC:    FAX:

**INSURANCE**

INSURANCE 1
BLUE CROSS MO WALMART
P O BOX 66897
ST LOUIS    MO 63166-6897

CODE
543324

INS 1 TELEPHONE NO.
(800)421-1362

PC#

GRP# WALMART
POL#WM1345360930

INSURED: SHETTLES,MABEL C              1

INSURANCE COMMENTS:

INSURANCE 2
BLUE SHIELD MO 1500 PLA
P O BOX 66897
ST LOUIS    MO 63166-6897

CODE
543200

INS 2 TELEPHONE NO.
(800)421-1362

PC#

GRP# WALMART
POL#WM1345360930

INSURED: SHETTLES,MABEL C              1

INSURANCE COMMENTS:

INSURANCE 3

CODE

INS 3 TELEPHONE NO.

PC#

GRP#
POL#

INSURED:

INSURANCE COMMENTS:

INSURANCE 4

CODE

INS 4 TELEPHONE NO.

PC#

GRP#
POL#

INSURED:

INSURANCE COMMENTS:

INSURANCE 5

CODE

INS 5 TELEPHONE NO.

PC#

GRP#
POL#

INSURED:

INSURANCE COMMENTS:

INSURANCE 6

CODE

INS 6 TELEPHONE NO.

PC#

GRP#
POL#

INSURED:

INSURANCE COMMENTS:

Chart Copy                    10/31/2002  11:30:50

17

**47    Dizziness    (5)**

TIME SEEN: 0445  ROOM: 1  MOA: ___
HISTORIAN: X patient ___ spouse
AGE 55 ___ M (F) RACE ___
___ HX / ___ EXAM LIMITED BY: ___
V/S BP 180/100 HR 72 RR 16 Temp 98.5 Ht ___ Wgt ___
☐ Tetanus immun. current  ☐ Vital signs reviewed

**HPI**
chief complaint: (dizziness) weakness near-syncope
vertigo (person / room) Rev 1030
headache x 2 days    1518 88

started: Chest tightness and
some SOB. felt bad 1354
and headaches.

time course:
___ sudden / gradual onset
___ still present ___ better
___ gone now
lasted:

quality:
___ sense of movement ___
___ spinning / falling
___ vague / distinct
___ off-balance
___ faint / light-headed
___ blacked out / almost did
   standing sitting while supine
   fell  suffered injury
   lasted:
___ sense of confusion
___ weak all over

severity:                    worsened by:
___ maximum-              ___ nothing
Pain Scale (1 - 10) ___    ___ changing position
                              movement of head
   when seen in UC           standing position
   gone almost gone
Pain Scale (1 - 10) ___

**ROS**
NEURO
___ headache / head injury
___ double vision
___ sensory/motor loss
___ difficulty walking

VESTIBULAR
___ hearing loss
___ ringing/roaring in ear
___ ear pain
___ nausea/vomiting
___ sweating

CVS, BLOOD LOSS
___ racing/irregular heart beat
___ chest pain
___ black/bloody stools

___ LNMP

**PAST HISTORY** ___ negative
___ stroke                    ___ high blood pressure
___ inner ear problems        ___ elevated cholesterol
___ peptic ulcer              ___ heart disease
___ GI bleeding                 rhythm problems  atrial fib.
___ diabetes insulin / oral / diet  CAD  angina  CHF  MI
___ other problems

TB Screening: ___ denies Sx ___ persistent cough > 3 wks
___ coughing blood ___ night sweats ___ past TB exposure
___ unexplained weight loss
Surgeries:
___ cardiac bypass
___ pacemaker

Medications ___ none (see nurses note) Allergies ___ NKDA
___ ASA ___ ibuprofen ___ acetaminophen ___ see nurses note

x _____ RN/LPN / ___ MD / DO
HISTORY- RN/LPN sign after obtaining; physician initial after reviewing w/ patient.
© 2000 T-System, Inc. Circle or check affirmatives, backslash (\) negatives.

**URGENT CARE RECORD**

SHETTLES    MABEL          DOB:12-22-1946
1047 HAWTHORN VILL.
WARRENTON    MO    63383
PH:636-456-7084
SSN: 345-360-930          L. HANNA, M.D.
PCP; WRIGHT
                    10-31-2002 THURSDAY

18

**PHYSICAL EXAM** ⟲Alert⟳ __Anxious __IV __Hyperventilating
Distress- ⟲ NAD ⟳ __mild __moderate __severe

**HEENT**
✓ nml ENT inspectn
✓ pharynx nml
✓ TM's nml

__pharyngeal erythema / tonsillar exudate___
__TM erythema/dullness____
__scleral icterus / pale conjunctivae____

**NECK**
✓ supple

__thyromegaly___
__carotid bruit ( R / L )_____

**RESPIRATORY**
✓ no resp. distress
✓ breath sounds nml

__resp. distress___
__rales / rhonchi / wheezing___

**CVS**
✓ regular rate, rhythm
✓ heart sounds nml

__tachycardia / bradycardia___
__irregularly irregular rhythm___
__gallop ( S3 / S4 )____
__murmur   grade ___ /6   sys / dias
__decreased pulse(s)_____

**ABDOMEN**
__non-tender
__no organomegaly

__tenderness___
__organomegaly / mass____

~~RECTAL~~
~~heme neg stool~~    ~~heme positive stool~~

**SKIN**
✓ color nml, no rash
✓ warm, dry

__cyanosis / diaphoresis / pallor___
__skin rash____

**EXTREMITIES**
__non tender
__normal ROM
__no pedal edema

__pedal edema____

**NEURO/PSYCH**
**higher**
**functions**
__nml orientation
__mood/affect nml
*cranial nerves-*
__normal as tested
__pupils equal,
   round, and
   reactive to light
__EOM's intact
__no nystagmus

*cerebellar-*
__normal as tested

*sensorimotor*
__no motor deficit
__no sensory deficit

__slow responsiveness___
__depressed affect____
__disoriented____
   to:   time   place   person

__facial droop   ( R / L )___
__hearing deficit ( R / L )____
__tongue deviation ( to R / L )___
__dysarthria___
__nystagmus___
      fast component to:   left   right
__unequal pupils___
   R pupil ___mm   L pupil ___mm
__EOM palsy___
__papilledema (funduscopic)___
__abnormal Romberg test___
__abnormal finger-nose-finger___
__abnormal gait___

__weakness___
   *hemiparesis / hemiplegia ( R / L )*
__pronator drift ( RUE / LUE )___

__altered light-touch sensation___
__abnormal pin-prick sensation___

---

**LABS, XRAYS, and PROGRESS**

EKG ▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒▒

UA ▒Normal ▒ ▒Cloudy ▒▒▒▒▒▒
WBC ▒▒▒▒▒ RBC ▒▒ bacteria ▒▒▒▒ dip

LAB ORDERS: ▒▒▒▒▒▒▒▒▒▒▒▒▒

Head CT ▒ nml ▒▒▒▒▒▒▒▒▒

Postural Vitals ▒ nml ▒ abnormal

Time ___ __unchanged __improved __re-examined

~ O2 sat 99%

_____
_____
_____
_____
_____
_____
_____
_____
_____

**Physician Orders:**_____

**Nurse's Notes:** 1040 4 Baby ASA given Po. 1 Nitro
given. Pt. tolerated T. N/c. Albuterol-Ihn
O2 ~ 2L/ NC.

__Rx given_____
__Discussed with Dr._____ Time:___
*will see patient in:  office / UC / hospital*

**CLINICAL IMPRESSION:**

Dizziness/Vertigo - *acute*         Acute GI Bleed/ Hypovolemia
Syncope/ Near Syncope               Cerebrovascular Accident
Generalized Weakness                Cardiac Dysrhythmia
Difficulty Walking                  Transient Ischemic Attack·
Hyperventilation                    Labyrinthitis- *acute   diffuse  toxic*
Pregnancy                           Vestibular Neuronitis- *acute*

*chest pain*

Follow-up with:_____
D/C instructions: ☑ See DC sheet
   Pt will be transferred to st.
   Joseph ER
DISPOSITION- ☐ home ☐ UC ☐ physician's office___
Time_____

_Carla Hanna_____ MD / DO

---

SHETTLES        MABEL            DOB:12-22-1946
1047 HAWTHORN VILL.
WARRENTON           MO     63383
PH:636-456-7084              L. HANNA, M.D.
SSN: 345-360-930
PCP; WRIGHT

# MISSOURI AMBULANCE REPORTING FORM

**047202**

Mo. Day Year | Date of Run: 10 3 02 | Ambulance Service # 219629 | Vehicle License # 529
Ambulance Service Name: Warren County Ambulance District

## BILLING INFORMATION
Guarantor's name (if different from patient): Mable Shattles   Relationship: self
Address: 1047 Hawthorne   Phone #: 636-456-708
City: Warrenton   State: MO   Zip Code: 63383
Patient Social Security #: 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
Guarantor Social Security #: 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   Employer:
Insurance Company, Group & Policy Numbers:
Medicare #   State:
Medicaid #   State:

## LOCATION OF PICKUP
Name of Hospital, Nursing Home, Clinic, or Street, Route, Highway #: Urgent Care
City: Warrenton   County: Warren
State: MO   Zip: 63383

### ODOMETER
At dispatch:
At scene:
At destination:

## TYPE OF RUN

**TO SCENE**
- [X] 1 Emergency response requested — Lights/Sirens
- [ ] 2 Non-emergency response (routine) — Lights/Sirens

**FROM SCENE**
- [ ] 01 Life threatening, transported
- [X] 02 Urgent, transported
- [ ] 03 Routine, transported
- [ ] 04 Treated, transferred care
- [ ] 05 Treated, transported by private vehicle
- [ ] 06 Treated and released
- [ ] 07 No treatment required
- [ ] 08 Patient refused care and/or transport
- [ ] 09 Dead at scene, not transported
- [ ] 10 Cancelled
- [ ] 11 No patient found
- [ ] 12 Crank call

## TIMES
Call Received: 1633
Unit Dispatched: 1636
Unit En Route: 1637
Arrive Location: 1641
Arrive Patient: 1641
Depart Location: 1053
Arrive Destination: 1114
Unit Available:

## PLACE OF INCIDENT
- [ ] 0 Home
- [ ] 1 Farm
- [ ] 2 Mine/Quarry
- [ ] 3 Industrial Place
- [ ] 4 Recreation or Sport
- [ ] 5 Street or Highway
- [ ] 6 Public Building
- [ ] 7 Residential Institution (hospital)
- [ ] 8 Other
- [ ] 9 Unspecified

## PATIENT DESTINATION
Name of Hospital, Nursing Home, Clinic, Ambulance Service, Home, etc.: St. Josephs Hospital West
Lake St. Louis   State: MO
Referring Physician: Dr. Wright
Receiving Physician: Dr. Schilles
Driver or Pilot: Jason Bastie   Lic. #:
Attendant #1: X Bra Heppner   Lic. #: P 1 4 1 9
Attendant #2: X   Lic. #:
Person Receiving Patient: X _____
Medical Control Name/Hospital: St. Josephs Hospital West

## PRIOR CARE BY:
- [ ] 0 Ambulance Service
- [ ] 1 Police
- [ ] 2 Fire
- [X] 3 Medical Facility
- [ ] 4 Bystander
- [ ] 5 Other
- [ ] 6 Farm

Aid/Diagnostics/Treatment: 20 33
Name: Urgent Care Warrenton
- [X] 1 ALS
- [ ] 2 BLS

## PEDIATRIC TRAUMA SCORE COMPONENTS (P.T.S.)
Weight:
Airway:
Systolic Blood Pressure:
Central Nervous System:
Wounds:
Fractures:
TOTAL P.T.S.:

## REVISED TRAUMA SCORE COMPONENTS (R.T.S.)
Systolic Blood Pressure:
Respiratory Rate:
Glasgow Coma Score:
Eye Opening:
Best Verbal Response:
Best Motor Response:
TOTAL R.T.S.:

## PROTECTIVE EQUIPMENT
- [ ] 1 None
- [ ] 2 Unknown
- [ ] 3 Seat Belt
- [ ] 4 Child Seat
- [ ] 5 Air Bag
- [ ] 6 Belt & Bag
- [ ] 7 Helmet
- [ ] 8 Other
- [X] 9 Not Applicable

## FACTORS AFFECTING EMS
- [ ] 01 Adverse weather
- [ ] 02 Adverse road conditions
- [ ] 03 Traffic problems
- [ ] 04 Unsafe scene
- [ ] 05 Language Barrier
- [ ] 06 Extrication >20 minutes
- [ ] 07 Hazardous materials
- [ ] 08 Crowd control
- [ ] 09 Med. Control failure
- [ ] 10 Other
- [X] 11 Not applicable

## TREATMENT AUTHORIZATION
- [X] 1 On-line (radio/telephone)
- [ ] 2 On-scene
- [ ] 3 Protocol
- [ ] 4 Written orders (patient specific)
- [ ] 5 Orders refused
- [ ] 6 Unknown
- [ ] 7 Not applicable

## TRAUMA ASSESSMENT
(circle boxes that apply)

| | Amputation | Burn | Crush | Dislocation/FX | Blunt | Gunshot | Laceration | Puncture/Stab | Pain | Soft Tissue |
|---|---|---|---|---|---|---|---|---|---|---|
| Head | 00 | 10 | 20 | 30 | 40 | 50 | 60 | 70 | 80 | 90 |
| Face/Eye/Ear | 01 | 11 | 21 | 31 | 41 | 51 | 61 | 71 | 81 | 91 |
| Neck | 02 | 12 | 22 | 32 | 42 | 52 | 62 | 72 | 82 | 92 |
| Spine | 03 | 13 | 23 | 33 | 43 | 53 | 63 | 73 | 83 | 93 |
| Thorax | 04 | 14 | 24 | 34 | 44 | 54 | 64 | 74 | 84 | 94 |
| Abdomen/Pelvic Contents | 05 | 15 | 25 | 35 | 45 | 55 | 65 | 75 | 85 | 95 |
| Upper Arm/Shoulder | 06 | 16 | 26 | 36 | 46 | 56 | 66 | 76 | 86 | 96 |
| Lower Arm/Hand/Elbow | 07 | 17 | 27 | 37 | 47 | 57 | 67 | 77 | 87 | 97 |
| Upper Leg/Hip | 08 | 18 | 28 | 38 | 48 | 58 | 68 | 78 | 88 | 98 |
| Lower Leg/Foot/Knee | 09 | 19 | 29 | 39 | 49 | 59 | 69 | 79 | 89 | 99 |

Cause of Injury: 30

## ILLNESS ASSESSMENT
- [ ] 01 Abdominal pain/problems
- [ ] 02 Airway obstruction
- [ ] 03 Allergic reaction
- [ ] 04 Altered level of consciousness
- [ ] 05 Behavioral/psychiatric
- [X] 06 Cardiac arrest
- [ ] 07 Cardiac rhythm disturbance
- [ ] 08 Chest pain/discomfort
- [ ] 09 Diabetic symptoms
- [ ] 10 Hyperthermia
- [ ] 11 Hypothermia
- [ ] 12 Hypovolemia/shock
- [ ] 13 Inhalation injury (toxic gas)
- [ ] 14 Poisoning/drug ingestion
- [ ] 15 Pregnancy/O.B. delivery
- [ ] 16 Respiratory arrest
- [ ] 17 Respiratory distress
- [ ] 18 Seizure
- [ ] 19 Smoke inhalation
- [ ] 20 Stroke/CVA
- [ ] 21 Syncope/fainting
- [ ] 22 Vaginal hemorrhage
- [ ] 23 Other _____
- [ ] 24 Unknown
- [ ] 25 Not applicable (trauma)

## DESTINATION DETERMINATION
- [ ] 01 Closest facility (none below)
- [ ] 02 Patient/family choice
- [ ] 03 Patient physician choice
- [ ] 04 Managed care
- [ ] 05 Law enforcement choice
- [ ] 06 Protocol
- [ ] 07 Specialty resource center
- [ ] 08 On-line medical direction
- [ ] 09 Diversion (name of hospital diverted from)
- [ ] 10 Other
- [ ] 11 Unknown
- [ ] 12 Not applicable

MAA 110 (R 3-99)

MISSOURI AMBULANCE ASSOCIATION

PATIENT _____ ENT TO TREATMENT/TRANSPORT, AUTHORIZATION & _____ GE

I, the undersigned, hereby authorize the Ambulance Service named ____ form to provide emergency or non-emergency transportation and any med__ ____ment or services deemed necessary. By authorizing such treatment and/or transportation, I acknowledge that I am responsible for paying for all charges based on current billing rates, regardless of whether or not I personally requested ambulance service originally. I hereby assign to the ambulance service all my rights and benefits for ambulance services provided by any and all of my insurers and any third party agencies. I further authorize my insurers and any third party agencies to pay directly to the ambulance service whatever benefits or payments may be available for services rendered to me or my dependents by the ambulance service. I hereby authorize any holder of any medical, hospital, or other records or information about me or my dependents to release to the Health Care Financing Administration, its intermediaries or other carriers, as well as to the ambulance service, any such information needed to determine insurance and other third party benefits payable for any services provided to me or my dependents by the ambulance service or for related services now or in the future.

Date: __/__/__   Signature: X _____   Date: __/__/__   Witness: X _____

## PATIENT INFORMATION

| | | |
|---|---|---|
| Last Name: Shettles | First Name: Mable | M.I. C |
| Street, Route, etc: 4447 Hawthorne Village | | |
| City: Wasserton | State: MD | Zip: 63383 |

Date of Birth: 12/22/1940   Age in Years: 055

RACE: 1 Black, 2 Hispanic, 5 White, 5 Indian, 7 Other, 8 Asian
SEX: 1 Male, 2 Female
Weight: 060 (kgs)

### PRE-EXISTING CONDITION
01 Behavioral/Psych.
02 Blood disorder
03 Cardiac
04 Cancer
05 Communicable Disease
06 Diabetes
07 Dialysis/Renal failure
08 Hypertension
09 Neuro/Seizure/Para.
10 Respiratory
11 Other
12 Unknown
13 None

| TIME | B/P | P | R | SaO2 | TIME | MEDS/IV FLUIDS | RT | DOSAGE | FLUIDS | IN (ml) | OUT (ml) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 150/91 | 82 | 16 | 98 | | O₂ | NC | 3 L/min | Blood | | |
| | 157/89 | 78 | 16 | 98 | | 0.9%NS | IV | TKO | I.V. Fluids | 100 | |
| | 167/90 | 78 | 16 | 98 | | nitro | SL | 0.4 mg | Oral Fluids | | |
| | 148/92 | 82 | 16 | 99 | | | | | Emesis | | |
| | 139/-19 | 76 | 16 | 99 | | | | | Urine | | |
| | | | | | | | | | TOTALS | | |

ONSET: Date 10/24/02   Time 0900   Personal Protection Equipment Utilized ☒

Chief Complaint: Chest pain, SOB

Was responded to Urgent care for chest pain & SOB. On scene pt was A+O×3, 55 y/o ♀
Rapid's pearl. Skin pink, warm, dry. PMS good in all extremities. L/S clear = ². Pt.
stated she had chest pain, headache for 2 days and had trouble getting deep breath. When
Pt arrived @ Urgent care pain was rated 7 on 1-10 scale. Urgent Care gave 4 bab, ASA & 1 nitro
sublingual. Pain to 5 on 1-10 scale. L/S as above. Pt given O₂ via 18# IV maintained w/
(L) hand & 0.9% NS @ TKO rate. Pt. given 3 L/min O₂ via NC. Pt exam unremarkable. Pt.
described pain as tightness in chest and pain did not move anywhere. Report given to SJHW.
Monitor showed sinus rhythm ℅ no ectopy. 12 lead unconfirmed, possible infarct. Orders for
2 nitro sublingual given. 2 more nitro given SL. Final nitro abolished chest pain completely.
Headache remained. Pt. transported and care transferred to RN _____ EOR
P14119

Hx: HTN
Rx Meds: Zoloft, toprol, Premarin
Allergies: Coumadine

## AID/DIAGNOSTIC/TREATMENT

| D | Alt. | B | Alt. | B | Alt. | D | Alt. |
|---|---|---|---|---|---|---|---|
| 01 | 02 Bag mask/Demand valve | 17 | 18 Doppler | 37 | 38 Hemodynamic monitor | 57 | 58 Oxygen by cannula 3 |
| 03 | 04 Bleeding controlled | 19 | 20 Drug administered | 39 | 40 I.V. administered 1 | 59 | 60 Oxygen by mask ___ lpm |
| 05 | 06 Blood Specimen drawn | 21 | 22 Oral tracheal or Nasal tracheal tube # ___ attempts | 41 | 42 I.V. failed # | 61 | 62 P.C.P.D. applied |
| 07 | 08 C.P.R. | 23 | 24 Oral tracheal or Nasal tracheal tube failed# ___ attempts | 43 | 44 I.V. maintained | 63 | 64 Pulse oximetry |
| 09 | 10 Cardiac pacing # ___ mA | 25 | 26 Other airway | 45 | 46 Infusion pump ___ rpm | 65 | 66 Restraints |
| 11 | 12 Cardioversion | 27 | 28 EKG monitor | 47 | 48 Intraosseous infusion # | 67 | 68 Spinal immobilization |
| | ___ watts/sec. # ___ attempts | 29 | 30 Extremity Splint | 49 | 50 Isolette ___ FiO2 | 69 | 70 Suction airway |
| 13 | 14 Cricthyrotomy | 31 | 32 Extrication ___ time | 51 | 52 Mechanical ventilator | 71 | 72 Thoracentesis |
| 15 | 16 Defibrillation | 33 | 34 Rapid extrication ___ time | 53 | 54 N.G. tube | 73 | 74 Stretcher |
| | ___ watts/sec. # ___ attempts | 35 | 36 Glucose test ___ mg/dl | 55 | 56 O.B. delivery | 75 | 76 Other VS, PE |

SSM HEALTH CARE

| | | | ED RM NO. |
|---|---|---|---|
| PT ACCT NO. 0230400121 | St Joseph Hosp West Lake St Louis, MO 63367 | ADM. DATE/TIME 10/31/02 11:16 | MR NO. 000187915 |
| NAME SHETTLES, MABEL C | DOB/AGE 12/22/46 55Y | SEX F | SSN 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 |
| ADDRESS 1047 HAWTHORN | WARRENTON          MO 63383 | TELEPHONE (636) 456-7084 | |
| PRIMARY PHYSICIAN WRIGHT, THOMAS F | TREATING PHYSICIAN | EDUC / CULTURAL BARRIERS ☐ None ☐ Yes _____ | |

**CHIEF COMPLAINT:** H/A x 3 days - worse this a.m. CP onset last NOC - worse when laying on Ⓛ side & "tingles to L arm" CP 100% relieved

| TIME 11:15 | B/P 149/85 | P 76 | R 18 | Pain Score 10/10 | IMMUNIZATIONS: Tetanus ___ yr ☐ UTD ☐ NTD ☐ Unk | CHILDHOOD: ☐ UTD ☐ NUTD ☐ UNK | BBG |
| HT | WT | O2 SAT 95% RA | VISUAL ACUITY: RT 20/ LT 20/ BOTH 20/ ☐ Corrected ☐ Uncorrected | LNMP 1976 | PREG. ☐ Yes ☐ No • ☐ Unk EDC ___ FHT ___ |

**ALLERGIES:** compazine

**MEDICATIONS / DOSE / FREQUENCY**
Premarin
Zoloft
Toprol

**PMH:** HTN
HTN

**TB SCREENING:** ☒ Denies Sx
☐ Persistent cough ≥ 3 weeks
☐ Coughing blood      ☐ Night sweats
☐ Past TB exposure    ☐ Unexplained wt. loss
**SOCIAL HX** ☐ Lives alone
☐ Lives with: _____
SMOKE ☐ No  Cig ___   ETOH ☐ No  Oz ___
☐ Yes                 ☐ Yes   Amount: ___
FAMILY HX parents HTN/CAD
TB disease ☐ NC
**SIGNATURE** [signature]

**ASSESSMENT FOR ABUSE**
☒ No evidence of abuse noted
☐ Abuse suspected (See documentation)

| MECHANISM OF INJURY | SAFETY DEVICES | PREHOSPITAL TREATMENT |
|---|---|---|
| ☐ MVC  ☐ Blunt  ☐ Driver | ☐ None  ☐ Helmet | ☐ Oxygen  ☐ I.V. |
| ☐ MCC  ☐ Penetrating  ☐ Passenger | ☐ Seatbelt  ☐ Airbag | ☐ Splint  ☐ Backboard |
| ☐ Fall  ☐ Burn  ☐ Pedestrian | ☐ Car seat | ☐ Cervical collar  ☐ None |
| ☐ Crush  ☐ Other | ☐ Other | ☐ Other |

## REVIEW OF SYSTEMS

**MENTAL STATUS**
Orientation - ☒ Person ☒ Place ☒ Time
☐ Cooperative  ☐ Uncooperative  ☐ Lethargic
☐ Combative  ☐ Crying  ☐ Age appropriate
☐ GCS _____

**GLASGOW COMA SCALE**
| Eye Opening: | | Verbal Response: | | Motor Response: | |
|---|---|---|---|---|---|
| Spontaneous | 4 | Oriented | 5 | Obeys commands | 6 |
| To voice | 3 | Confused | 4 | Localizes pain | 5 |
| To pain | 2 | Inappropriate words | 3 | Withdraws (pain) | 4 |
| None | 1 | Incomprehensible sounds | 2 | Flexion (pain) | 3 |
| | | None | 1 | Extension (pain) | 2 |
| | | | | None | 1 |

**PUPIL SCALE**
1mm  3mm  5mm  7mm
Size: L ___
PERRLA? ☐ Yes ☐ No

**RESPIRATORY**
☒ Normal effort  ☐ Labored
☐ Nasal flaring  ☐ Expiratory grunt
☐ Retractions  ☐ Stridor
☐ Accessory muscle use
☐ Exertional dyspnea

☐ Congestion: ☐ Nasal ☐ Chest
☐ Cough: ☐ Prod. ☐ Non-prod.
Color _____
How long _____

**BREATH SOUNDS**
| | R | L |
|---|---|---|
| Clear | ☒ | ☐ |
| Crackles | ☐ | ☐ |
| Wheezing | ☐ | ☐ |
| Diminished | ☐ | ☐ |

**CARDIOVASCULAR**
**PULSES** ☐ JVD
Radial R _____ L _____     A = Absent
                            W = Weak
Femoral R _____ L _____    S = Strong
                            D = Doppler
Pedal R _____ L _____

**GASTROINTESTINAL**
Abdomen: Injury? ☒ No ☐ Yes
Specify _____
Pain? ☒ No ☐ Yes
Onset - ☐ Sudden ☐ Gradual
Duration _____
Location _____
Nausea? ☒ No ☒ Yes
Vomiting? ☒ No ☐ Yes
Times ___ Duration ___
Diarrhea? ☐ No ☐ Yes
Comments _____
Times ___ Duration ___

Constipation? ☐ No ☐ Yes
Last BM _____
Difficulty swallowing? ☐ No ☐ Yes
Abdomen: ☐ Soft ☐ Tender
☐ Guarding ☐ Distended ☐ Rigid
☐ Other _____
Bowel sounds:
☐ Present ☐ Absent ☐ Hypoactive
Time last p.o. intake _____
Comments _____

**GU**  ☐ Flank pain - L  ☐ R
☐ Dysuria  ☐ Frequency  ☐ Urgency  ☐ Hematuria  ☐ Discharge

**REPRODUCTIVE**
Gravida _____ Para _____ Ab _____
☐ Discharge _____
☐ Bleeding _____ No. of pads _____
☐ Trauma _____
Sexually active? ☐ No ☐ Yes

**SKIN / SURFACE**
COLOR ☒ Pink (mucosa) ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Ashen
☐ Other: _____
MOISTURE ☒ Dry ☐ Moist ☐ Diaphoretic ☐ Warm ☐ Cool ☐ Hot ☐ Cold
BLEEDING ☐ None ☐ Controlled ☐ Arterial
RASH _____
OTHER _____

**MUSCULOSKELETAL**
Swelling: ☐ Present ☐ Absent
Sensation: ☐ Present ☐ Absent
**Deformity**
1. Abrasion
2. Amputation
3. Avulsion
4. Bleeding
5. Burn
6. Contusion
7. Crepitus
8. Decubitus
9. Deformity
10. Ecchymosis
11. Edema
12. GSW
13. Laceration
14. Pain
15. Penetration
16. Swelling
17. Tenderness
18. _____



PLANTAR       DORSAL
L  R           L  R

REVIEW OF SYSTEMS   TIME   SIGNATURE [signature]

EMERGENCY / TRAUMA PATIENT     CARE FLOWSHEET

22

| VITAL SIGNS | | | PUPILS | MENTAL STATUS | SPEECH | EXTREMITIES | | SKIN CONDITION | | | GLASGOW COMA SCALE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| TIME | P | BP | | | | | | COLOR | MOIST | | |

## MEDICATIONS

| TIME | MEDICATION | DOSE | ROUTE | SITE | INITS | TIME | RESPONSE/ASSESSMENT | INITS |
|---|---|---|---|---|---|---|---|---|
| 1135 | Tylenol ES | 2 po. | | | MD | 1210 | H/A remains 9/10 | MB |
| 1410 | Ibuprofen | 800 mg | po | | MB | 1510 | H/A 9/10 | MB |
| 1514 | Dilaudid | 1 mg | SIV | | MB | 1643 | H/A 3/10 c nausea | MB |
| 1643 | Zofran | 4 mg | SIV | | MB | 1700 | nausea better | MB |

☐ dT  ☐ TT  ☐ DT  ☐ DPT   Lot Number _____   0.5cc   IM

VIS Given? ☐ Yes   VIS Revision Date _____

## PARENTERAL THERAPY STARTED

| TIME | PARENTERAL AMOUNT / SOLUTION | ADDITIVE | GAUGE | SITE | RATE (CONT.) | INITIALS | DISCONTINUED TIME | INITIALS | AMOUNT INFUSED |
|---|---|---|---|---|---|---|---|---|---|
| | PTA N.S. | — | PUMP | 16 | R | KVO | GTS | | |

| TIME | TREATMENT OR APPLICATION / DRSG | INITIALS | TIME | TREATMENT OR APPLICATION / DRSG | INITIALS |
|---|---|---|---|---|---|
| 1124 | EKG done | JP | | | |
| 1130 | Blood drawn | MB | | | |

## INTERVENTIONS

| TIME | BY | |
|---|---|---|
| | | ☐ CONTINUOUS CARDIAC MONITOR |
| | | INITIAL RHYTHM _____ |
| | | O2  ☐ MASK  ☐ NASAL _____ LITERS |
| | | ☐ STRAIGHT CATH  ☐ FOLEY  SIZE _____ AMT _____ |
| | | COLOR _____ |
| | | ☐ CHEST TUBE  ☐ RIGHT  ☐ LEFT  SIZE _____ |
| | | AIRWAY: ☐ ORAL  ☐ NASAL  ET # _____ mm  LIPLINE _____ cm |
| | | ☐ N.G. SIZE # _____  ☐ SUCTION  ☐ CLAMPED |
| | | ☐ EVACUATOR SIZE _____ |
| | | LAVAGE AMOUNT _____ cc  RETURN _____ |

| INPUT | | | | OUTPUT | | | |
|---|---|---|---|---|---|---|---|
| TIME | TYPE | AMOUNT | | TIME | TYPE | AMOUNT | |
| TOTAL INPUT | | | | TOTAL OUTPUT | | | |

X-RAY: TIME TO _____   TIME RETURNED _____

**NOTES**

Pt to ER via W.C. ambulance from P.M.D. office. 21P c/o H/A x3 days & C/P x 12 hours. C/P 10/10 relief p̄ NTG-SL. a feeling of tightness & no dyspnea. c̄ nausea. H/A x 3 days 9/10 until this a.m.- now 10/10. Pt tearful @ times. — MD

1340 States H/A cont about 8/10. — MD

1243 Pt c/o nausea. H/A "better". — MB

### NOTIFICATION
☐ Case management  ☐ DFS  ☐ Pastoral care  ☐ Rabies control  ☐ Police
☐ Family  ☐ Medical Examiner  ☐ Other: _____

### DISPOSITION
☑ Discharged _____
☐ Admitted _____
☐ Transferred _____
☐ Morgue _____

### MODE OF DISPOSITION
☑ Walk  ☐ Ambulance  ☐ Other _____
ESCORTED BY
☐ Self  ☑ Family/Friend  ☐ Transporter/Tech.
☐ RN  ☐ Other: _____

Discharge instruction given. Pt. to home c̄ daughter

(DC PAR) SCORE _____

| DISCHARGE SIGNATURE | MD | TIME | 1705 |
|---|---|---|---|

| INITS | SIGNATURE | INITS | SIGNATURE |
|---|---|---|---|
| JP | J. De Peters | MB | M. Mowinski |

23

## 33   Chest Pain  (Adult)

TIME SEEN: _120_   ROOM: _14_   ___ EMS Arrival

HISTORIAN: (patient)  spouse  paramedics ___

HX / ___ EXAM LIMITED BY: ___

**HPI**

**chief complaint:** ☐ chest pain / discomfort

**started:** _lens right chest to shoulder or_ _(R) side - Had 2 days_ _is relate to pain_ _Avg: 5mm BP — mod — (R x)_

**time course:**
__ still present   __ better
(gone now)
__ lasted
__ resolved on arrival in E.D.

☐ constant   ☐ waxing & waning
☐ intermittent episodes lasting
☐ worse/persistence

**quality:**
pressure
tightness
indigestion
burning
dull
aching
sharp
stabbing
"pain"
"numbness"
"like prior MI"

**Location of pain:**

_tight and_ _un_

**radiation:** __ none   __ diagrammed above

**associated symptoms:**
__ nausea
__ vomiting
__ shortness of breath
__ sweating

**worsened by:**
change in position
deep breaths / turning
exertion
nothing

**relieved by:**
sitting up
rest
antacid
nothing

**NTG [ ] 2-3:**
patient's own supply
given by paramedics
relief: none / partial
complete / transient
Oxygen:  NRB

**onset during:**
sleep/rest   light activity
mod / heavy exertion
emotional upset
cannot recall

**severity:**
maximum: _(1-10)_
mild / moderate / severe
when worst in ED: _(1-10)_
gone at most one   mild   moderate   severe
residual discomfort in arm: (L/R)

__ Similar symptoms previously

__ Recently seen/treated by doctor

**ROS**

CHEST-CONST
__ fever
__ chills
__ cough
  sputum
__ ankle swelling
__ calf / leg pain

FEMALE REPRODUCTIVE
__ LNMP
__ vaginal discharge
__ abnormal bleeding

**PAST HISTORY** __ negative   * = MI risk factors
* __ high blood pressure
* __ diabetes  insulin / oral / diet
* __ high cholesterol
* __ heart disease
    __ heart attack (MI)
    __ angina / heart failure

__ DVT / PE / risk factors
__ other problems

_depression_
_percocet at bedtime_

NEURO
__ headache
__ blackouts
EYES ENT
__ blurred vision
__ sore throat
Gland GU
__ abdominal pain
__ black / bloody stools
__ problems urinating
SKIN & LYMPH & MS
__ skin rash / swelling
__ joint pain
☒ all systems neg. except as marked

__ emphysema
__ collapsed lung
__ stroke
__ peptic ulcer
__ documented: yes / no
__ gall stones

**Surgeries/Procedures:** __ none   __ non-contributory
__ cardiac bypass
__ cardiac cath
__ angioplasty
__ thrombolytics
__ pacemaker

__ tonsillectomy
__ cholecystectomy
__ appendectomy
__ hysterectomy

**Medications** __ none  __ ASA  __ NSAID
__ acetaminophen __ BCP's
__ see nurses note

**Allergies** __ NKDA
__ see nurses note
_Lortab_

**SOCIAL HX** __ smoke __ drug
__ alcohol (recent / heavy / occasional)

**FAMILY HX** __ CAD (<55yo / >55yo)

© 1995-99 E.S.C.  Circle positives,
check normals, backslash (\) negatives.

**EMERGENCY
PHYSICIAN RECORD**

SSM
HEALTH · CARE
St. Joseph Hospital West

Chest Pain   (5)
SWM-2000-035 (6/99) 33 Front

**ADDRESSOGRAPH/LABEL**
St Joseph Hosp West
SHETTLES, MABEL C            ERO
0230400121   10/31/02 11:16
12/22/1946 55Y F              ERS
WRIGHT, THOMAS F   000187915

24

☑ Nursing Assessment Reviewed.   ☑ BP, HR, RR, Temp reviewed.

**PHYSICAL EXAM**   _Alert _Anxious _IV
_Distress-_   _NAD _mild _moderate _severe

**HEENT**
☑ ENT nml inspection
☑ pharynx nml
**NECK**
☑ nml inspection
**RESPIRATORY**
☑ no resp. distress
☑ chest non-tender
☑ nml breath sounds

___ scleral icterus / pale conjunctivae___
___ pharyngeal erythema___
___ abnml TM / hearing deficit___
___ thyromegaly___
___ lymphadenopathy ( R / L )___
___ see diagram___
___ respiratory distress___
___ manifests distinct pain on movement
       of R /L arm  of trunk___
___ splinting / dcrsd air mvmnt___
___ rales___
___ rhonchi___
___ wheezing___

**CVS**
☑ regular rate, rhythm
☑ no murmur
☑ no gallop
☑ no friction rub

___ irregularly irregular rhythm___
___ extrasystoles (occasional / frequent)___
___ tachycardia / bradycardia___
___ PMI displaced laterally___
___ JVD present___
___ murmur grade __/6  sys / dias
      cresc / cresc-decresc / decresc
      gallop ( S3 / S4)___
___ friction rub___

___ decreased pulse(s)___
      R  carotd___ fem___ dors ped___
      L  carotd___ fem___ dors ped___

| T = tenderness |
| G = guarding |
| R = rebound |
| m = mild |
| mod = moderate |
| sv = severe |
| (e.g., T sv = |
| severe tenderness) |

**ABDOMEN**
☑ non-tender
☑ no organomegaly

___ tenderness___
___ guarding___
___ rebound___
___ abnml bowel sounds___
___ hepatomegaly /splenomegaly / mass___

**RECTAL**
☑ non-tender
☑ heme/neg stool

___ black / bloody / heme pos stool___
___ tenderness___

**SKIN**
☑ color nml, no rash
☑ warm, dry
**EXTREMITIES**
☑ non-tender
☑ normal ROM
☑ no pedal edema
☑ no calf tenderness

___ cyanosis / diaphoresis / pallor___
___ skin rash___

___ pedal edema___
___ calf tenderness___

___ clubbing___

**NEURO/PSYCH**
☑ oriented x3
☑ mood/affect nml
☑ CN's nml as tested
☑ no motor/sensry deficit

___ disoriented to person / place / time___
___ depressed affect___
___ facial droop/EOM palsy/anisocoria___
___ weakness / sensory loss___

**EKG, LABS, and XRAYS**

EKG MONITOR STRIP   ☐ NSR ☐ abnml

EKG   ☐ NML  ☐ interp by me /  ☐ Reviewed by me /
☐ NSR     nml intervals     nml axis     nml QRS     nml ST-T
not changed from
Repeat EKG     unchanged

CXR   ☐ Interp by me  ☐ Reviewed by me  ☐ Distal radiolbgst
    nml/NAD    infiltrates    nml heart size    nml mediastinum

not changed from

| CBC | Chemistries | | UA |
|---|---|---|---|
| normal except | normal except | | normal except |
| WBC | Gluc | CK | WBC |
| Hgb | BUN | CKMB | RBCs |
| Hct | Creat | Troponin | bacteria |
| Platelet | Na | | nitr |
| segs | K | | |
| bands | Cl | | |
| lymphs | CO2 | PT | |
| monos | AGap | PTT | |
| | | INR | |

Pulse Ox ___ % on  RA /  L / ___ at (time)___

Time _____ unchanged ___ improved ___ re-examined _____

___ Discussed with Dr.___                CRIT CARE  30-74 min
___ w/ sep agenda in office / ED / hospital       > 104 min
___ Counseled patient / family regarding      Prior records ordered
___ lab results  diagnosis  need for f/u w/u   Additional history from
___ Rx given   Admit order  written       family, caretaker, paramedics

**CLINICAL IMPRESSION:**
(Chest Pain)  acute precordial          Acute MI
Chest Wall Pain- acute             Unstable Angina
Dyspnea- acute                Pericarditis- acute
Costochondritis- acute            Acute Aortic Dissection
Myofascial Strain- acute           Pulmonary Embolism
Viral Syndrome- acute            Acute Pulmonary Edema / CHF
Bronchitis- acute              Atrial Fibrillation-  rapid vent. response
Viral Pleuritis (Pleurisy)           controlled  uncontrolled  new-onset  chronic
Abnormal EKG                Pneumonia
                       Pneumothorax

DISPOSITION-   ☑ home  ☐ admitted  ☐ transferred___
CONDITION-    ☐ unchanged  ☐ improved  ☑ stable___

PHYSICIAN SIGNATURE-

ADDRESSOGRAPH/LABEL
St Joseph Hosp West
SHETTLES, MABEL C            ERQ
0230400121   10/31/02 11:16
12/22/1946 55Y F            ERS
WRIGHT, THOMAS F   000187915

SSM
H E A L T H · C A R E
St Joseph Hospital West

Chest Pain

2

SSM HEALTH CARE

| | | ED RM NO. | |
|---|---|---|---|
| PT ACCT NO. 0230400121 | St Joseph Hosp West Lake St Louis, MO 63367 | ADM. DATE/TIME 10/31/02 11:16 | MR NO. 000187915 |
| NAME SHETTLES, MABEL C | DOB/AGE 12/22/46 55Y | SEX F | SSN 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 |
| ADDRESS 1047 HAWTHORN WARRENTON MO 63383 | | TELEPHONE (636)456-7084 | |
| PRIMARY PHYSICIAN WRIGHT, THOMAS F | TREATING PHYSICIAN | EDUC / CULTURAL BARRIERS ☐ None  ☐ Yes: | |

**CHIEF COMPLAINT:** H/A X 3 days - worse this a.m. CP onset last NOC - worse when laying on (R) side & "harder to breath." CP 100% relieved

| TIME 11:15 | 97° ☐O ☐R ☐A ☐T | BP 149/85 | P 76 | R 18 | Pain Score 10/10 | IMMUNIZATIONS: Tetanus ___ yr | CHILDHOOD: ☐ UTD ☐ NUTD ☐ Unk | BBG |
|---|---|---|---|---|---|---|---|---|
| HT ___ ☐A ☐S ☐E | WT ___ | O2 SAT 95% | VISUAL ACUITY: RT 20/___ ☐ Corrected ☐ Uncorrected | LT 20/___ | BOTH 20/___ | LNMP 1976 | PREG: ☐ Yes ☐ No ☐ Unk | FHT ___ |
| | | | | | | EDC ___ | TB SCREENING: ☒ Denies Sx | |

**ALLERGIES:** ☐ NKA  MEDICATIONS / DOSE / FREQUENCY

Compazine    Premarin
             Zoloft
**PMH:** Hept    Zaphol
HTN

TB SCREENING:
☐ Persistent cough ≥ 3 weeks
☐ Coughing blood     ☐ Night sweats
☐ Past TB exposure   ☐ Unexplained wt. loss
SOCIAL HX   ☐ Lives alone
☐ Lives with: ___
SMOKE ☐Yes ☐ Quit    ETOH ☐Yes ☐ Quit
☐ Yes ___ yr    Amount: ___
FAMILY HX Parents HTN + ___
TB denies
**SIGNATURE** ___

| LABS | INIT | X-RAY | INIT | SPECIAL PROCEDURES | INIT | CARDIO/PULMONARY | INIT | MISCELLANEOUS | INIT |
|---|---|---|---|---|---|---|---|---|---|
| CBC c̄ Diff. | | Chest PA & Lat | | Head CT | | ABG'S | CM | Old Chart | CM |
| Met. Basic / Comp. | CM | Port CXR | CM | ABD/Pelvic CT | | EKG | CM | Old EKG | |
| U/A: CVS / Cath | | OBS c̄ CXR | | - W IV Contrast | | Nebulizer | | Old Chest X-ray | |
| Urine Culture | | OBS s̄ CXR | | - W/O IV Contrast | | | | | |
| Stool for Culture / C-Dif | | KUB | | IVP | | | | | |
| CK MB / Troponin / Myoglobin | | Humerus L / R | | Ultrasound | | | | ORDERS | |
| PT / PTT | | Elbow L / R | | - Pelvic | | IV ___ | | ___ | |
| Type & Screen | | Forearm L / R | | - Gallbladder | | | | | |
| Type Xmatch ___ u | | Wrist L / R | | Venous Doppler | | Cardiac Monitor   Pulse Ox | | | |
| Digoxin Level | | Hand L / R | | R ___ | | Orthostatics | | | |
| Tox Screen Urine / Serum | | Digits 1 2 3 4 5 | | L ___ | | Time: | | | |
| Amylase / Lipase | | Pelvis | | VQ Scan | | Orthostatics | | | |
| Sputum Culture | | Hip L / R | | | | Time: | | | |
| Blood Culture | | Femur L / R | | MEDS / TREATMENT | | | | | |
| GC / Chlamydia | | Knee L / R | | Nexium ___ | | | | | |
| BHCG Qual. / Quan. | | Tib / Fib L / R | | Serax FB √ 1135 (R) | | | | | |
| Electrolyte Panel | | Ankle L / R | | Hbuprofen 800 po | | | | | |
| Hepatic Panel | | Foot L / R | | Dilaudid 1 q IV (R) | | | | | |
| Renal Panel | | Digits 1 2 3 4 5 | | Zofran 4mg IV √ 1140 | | | | | |
| Thyroid Protocol | | Skull | | | | | | | |
| Coma Protocol | | Mandible / Panorex | | | | | | | |
| R/O MI Protocol | | Facial Bones | | CLINICAL IMPRESSION | | | | | |
| Cardiac Protocol | CM | Nasal | | Chest pain | | | | | |
| Abd. Pain Protocol | | Ribs L / R | | | | | | | |
| Hepatitis Acute Panel | | Shoulder L / R | | DISCHARGE INSTRUCTIONS | | | | | |
| Lumbar Puncture Protocol | | Clavicle L / R | | | | | | | |
| Pelvic Protocol | | X-table C - Spine | | Continue present medications | | | | | |
| Trauma Alert Protocol | | C - Spine | | flu c̄ FB (R) # ✓ | | | | | |
| Trauma Code Protocol | | T - Spine | | Return to ER if worse | | | | | |
| Other | | L / S Spine | | Work excuse | | | | | |
| **POINT OF CARE TESTING** | | | | | | | | | |
| Glucose | | | | ☐ T SHEET COMPLETED | | | | Discharge Time 1705 | |
| UHCG | | | | CONDITION | DISPOSITION | | | | |

| PHYSICIAN NOTIFIED ☐ No ☐ Yes | CONDITION ☐ Stable ☐ Improved ☐ Unstable ☐ Expired | DISPOSITION ☐ Home ☐ Return to work ☐ Admit to Inpatient ☐ Observation ☐ Service ___ ☐ Transfer ___ ☐ Other ___ | Discharge Time 1705 Time/Bed Requested ___ Room No. ___ |
|---|---|---|---|
| PHYSICIAN NOTIFIED ☐ No ☐ Yes | | | |
| PHYSICIAN'S SIGNATURE  Dedn | | | |

MEDICAL RECORDS COPY

**EMERGENCY DEPARTMENT RECORD**

```
                    St. Joseph Hospital West
            100 Medical Plaza  Lake St Louis, MO  63367
                    Thu Oct 31, 2002 07:41 pm
                    Outpatient Summary Report
Pat Name:        SHETTLES,MABEL C                          Page:  1
Unit #/Acct #:   000187915/A0230400121          Reg Date: 10/31/02
Loc:             ER                              Dis Date: 10/31/02
Phys-Service:    WRIGHT,THOMAS F - EMERGENCY
915983 903674
*******************************************************************
In:  10/31/02 1148   --------------------------------    Spec: Blood
Out: 10/31/02 1215   | COMPREHENSIVE METABOLIC PNL 1 |   Techs: VER TJHALLT
Coll Time: 10/31/02 1132---------------------------------
Order Phys: DEAN,RONALD D                        [A0230400121/595795]
                         *STAT*STAT*STAT*
Result Name               Result              Reference Range

Glucose(mg/dL):           80.                 65-105 Fasting
Urea Nitrogen(mg/dL):     15.                 7-18
Creatinine(mg/dL):        .8                  0.5-1.2
BUN/Creat:                19.9
Sodium(mEq/L):            139.                137-145
Potassium(mEq/L):         4.3                 3.6-5.0
Chloride(mEq/L):          103.                98-107
CO2(mEq/L):               30.                 22-31
Anion Gap:                6.
Calcium(mg/dL):           8.7                 8.4-10.2
Alk Phos(U/L):            74.                 38-126
ALT/SGPT      (U/L):      19.                 7-56
AST/SGOT(U/L):            20.                 8-78
Prot Total(gm/dl):        6.6                 6.3-8.2
Albumin(gm/dl):           3.4 L               3.9-5.0
Bilirubin(mg/dL):         .7                  0.2-1.3


In:  10/31/02 1148   -------------------       Spec: Blood
Out: 10/31/02 1223   | R/O MI PROFILE |        Techs: VER TJHALLT
Coll Time: 10/31/02 1132 -------------------
Order Phys: DEAN,RONALD D                        [A0230400121/595795]
                         *STAT*STAT*STAT*
Result Name               Result              Reference Range

Myoglobin(ng/mL):         23.1                <75
Troponin I(ng/mL):        <0.3                <0.5 Normal
                                              0.5-1.9 Indeterminate
                                              2.0 Abnormal
MI Comment:               Protocol Myoglobin Phase started.

-------------------------------------------------------------------


                                    SHETTLES,MABEL C
                                    000187915/A0230400121
                                    ER
                                    (F-12/22/46)
   *Outpatient Summary Report      Dr. WRIGHT,THOMAS F
```

27

```
                          St. Joseph Hospital West
                  100 Medical Plaza  Lake St Louis, MO  63367
                          Thu Oct 31, 2002 07:41 pm
                          Outpatient Summary Report
Pat Name:          SHETTLES,MABEL C                      Page:  2
Unit #/Acct #:     000187915/A0230400121        Reg Date: 10/31/02
Loc:               ER                           Dis Date: 10/31/02
Phys-Service:      WRIGHT,THOMAS F - EMERGENCY
915983 903674
*******************************************************************
In: 10/31/02 1148          ---------------------        Spec: Blood
Out: 10/31/02 1153         | CBC W AUTO DIFF I |    Techs: VER TAHOLTZ
Coll Time: 10/31/02 1132   ---------------------
Order Phys: DEAN,RONALD D                        [A0230400121/595795]
                           *STAT*STAT*STAT*
Result Name               Result              Reference Range

WBC(1000/mm3):            6.4                  4.2-10.2
RBC(M/CUMM4):             4.58                 3.80-5.30
Hgb(gm/dl):              14.4                 11.7-15.5
Hct(%):                  42.4                 36-46
MCV(fl):                 92.6                 79-96
MCH(pg):                 31.4                 27.1-33.1
MCHC(gm/dl):             34.0                 32-36
RDW(%):                  12.9                 11.5-14.5
Platelet Count(X(10)3 uL): 199                145-400
Gran(%):                 62.2                 45-73
Lymph(%):                30.7                 22-41
Mono(%):                  5.5                  2-13
Eos(%):                   1.3                  0-6
Baso(%):                  0.3                  0-2
Manual Diff:             Automated Diff Performed


------------------------------------------------------------------
In:  10/31/02 1148         ----------              Spec: Blood
Out: 10/31/02 1214         | PT PTT |          Techs: VER TJHALLT
Coll Time: 10/31/02 1132   ----------
Order Phys: DEAN,RONALD D                        [A0230400121/595795]
                           *STAT*STAT*STAT*
Result Name               Result              Reference Range

PT(seconds):             11.6                 9.8-12.3
INR:                      1.0                 0.9-1.2 Normal
                                              2.0-3.0 Therapeutic
                                              2.5-3.5 High Risk
PTT(seconds):            28.1                 20.1-29.3
Coumadin Dose:           Unknown
Heparin Infusion Rate:   Unknown


------------------------------------------------------------------



                               SHETTLES,MABEL C
                               000187915/A0230400121
                               ER
                               (F-12/22/46)
   *Outpatient Summary Report   Dr. WRIGHT,THOMAS F
```

28

```
                      St. Joseph Hospital West
            100 Medical Plaza  Lake St Louis, MO  63367
                      Thu Oct 31, 2002 07:41 pm
                      Outpatient Summary Report
Pat Name:        SHETTLES,MABEL C                      Page: 3
Unit #/Acct #:   000187915/A0230400121       Reg Date: 10/31/02
Loc:             ER                           Dis Date: 10/31/02
Phys-Service:    WRIGHT,THOMAS F - EMERGENCY
915983
*********************************************************.**************
In:  10/31/02 1456           -------------            Spec: Blood
Out: 10/31/02 1555          | MYOGLOBIN |     Techs: VMBEELL TRHASEK
Coll Time: 10/31/02 1440     -------------
Order Phys: WRIGHT,THOMAS F                    [A0230400121/595818]

Result Name              Result                Reference Range

Myoglobin(ng/mL):        31.6                  <75
MI Comment:              Myoglobin Phase complete.

------------------------------------------------------------------------

                End of Report - 10/31/02 19:41
```

```
                          SHETTLES,MABEL C
                          000187915/A0230400121
                          ER
                          (F-12/22/46)
                          Dr. WRIGHT,THOMAS F
```

# TENTATIVE RADIOLOGY REPORT

14

NAME _____Shettles, Mabel C._____   DATE __10/31/02__

EXAMINATION _____PCXR_____

| TENTATIVE REPORT | RADIOLOGIST'S FINDINGS |
|---|---|
| | |

Physician _____Dean_____   Radiologist _____

---

**FOR EMERGENCY ROOM USE ONLY:**

ACTION TAKEN _____

_(DATE AND SIGN ALL ENTRIES)_

WHITE - SEND WITH FILMS / CANARY - DEPARTMENT RETAIN

ADDRESSOGRAPH / LABEL

**SSM** HEALTH·CARE  *St. Joseph Health Center*
*St. Joseph Hospital West*

TENTATIVE RADIOLOGY REPORT

@715590122246264857   CI#:264857
DT:10/31/02 1144
XR CHEST 1 VIEW PORTABLE
PT: SHETTLES,MABEL C   PHY: DEAN,RONALD D

SJM-4202-002 (11/2001)

30

187915          10/31/2002  11:24:08      SHETTLES,MABEL
                55 years    Female

Rate    70    . Normal sinus rhythm, rate 70....................Normal P axis, PR, rate &
PR     181    . Probable Anteroseptal MI, age indeterminate...............Q waves V1-V2, n
QRSD    70
QT     377
QTc    407

--AXIS--
P       77
QRS     25                        - ABNORMAL ECG -
T       16                                                                              P



KENDALL MEDITRACE

31

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        10/31/2002   11:24:19      SHETTLES,MABEL
                   55 years     Female

Rate    70    . Normal sinus rhythm, rate  70...................Normal P axis, PR, rate &
PR      181   . Consider left atrial enlargement..................P V! -.10 mV or more ne
QRSD    72    . Probable Anteroseptal MI, age indeterminate.............Q waves V1-V2, n
QT      358   S Artifact in lead(s) III
QTc     386

--AXIS--
P     70
QRS   20                                        - ABNORMAL ECG -
T     23

SHETTLES, MABEL                    31 OCT 2002              11:24:08

55 yrs      Female

```
PR    181    . Normal sinus rhythm, rate  70
QRSD   70    *Previous Anteroseptal MI
QT    377    *Left atrial enlargement
QTc   407    *Compared to 6-4-02, no significant changes are noted

--AXES--
P      77
QRS    25
T      16
```

              PREVIOUS ECG: 4 JUN 2002 12:21:34, CONFIRMED BY DE - NS
ST. JOSEPH HOSPITAL WEST - Cardiopulmonary                    Carlos A. Seuc,



Loc 71208                                            25 mm/sec  10

# RHYTHM ANALYSIS MOUNT SHEET

SHETTLES, MABEL    RM 14 10/31/02 11:29:28  ALL ECG ALARMS OFF  Sinus RHYTHM  PULSE 74  PVC 0  NBP 145/85 (98)  7



| Atrial Rate | Vent Rate | PR Interval | QRS Interval | QT Interval |
|---|---|---|---|---|
| Rhythm | | Initials | Date | Time |

| Atrial Rate | Vent Rate | PR Interval | QRS Interval | QT Interval |
|---|---|---|---|---|
| Rhythm | | Initials | Date | Time |



| Atrial Rate | Vent Rate | PR Interval | QRS Interval | QT Interval |
|---|---|---|---|---|
| Rhythm | | Initials | Date | Time |

*PATIENT LABEL / ADDRESSOGRAPH*

**SSM**
H E A L T H · C A R E

**RHYTHM ANALYSIS SHEET**

SLM-1300-003 (10/97) 15 FRONT

St Joseph Hosp West
SHETTLES,MABEL C            ERO
0230400121   10/31/02 11:16
12/22/1946 55Y F            ERS
WRIGHT,THOMAS F    00018791

34

```
                    "  ST.' JOSEPH HOSPITAL WEST
          100 MEDICAL PLAZA  .     LAKE ST. LOUIS, MO 63367
                       DIAGNOSTIC IMAGING
```

```
I    : SHETTLES,MABEL C                    Med Rec # A000187915
                                               ACCT: A0230400121
DOB: 12/22/46 Age: 55Y  Sex: F             Pt Location: *ER

Date: 10/31/02 1142                        DEAN,RONALD D
                                           300 FIRST CAPITOL DR
                                           ST CHARLES, MO  63301
```

```
  Exam                         Check-In #  Order Diagnosis
  XR CHEST ONE VIEW PORTABLE     264857    Ord Diag: 786.50-CHEST PAIN NOS
```

```
     CHEST

     FINDINGS:    AP portable upright view of the chest is compared with
     prior examination dated 6/4/02.  The heart is normal in size.  There
     are no confluent infiltrates or effusions identified.  There is some
     hyperinflation bilaterally.  A calcified granuloma is seen in the
     left upper lung zone.
```



```
     IMPRESSION:

     NO ACUTE INTRAPULMONARY PROCESS IS SEEN.
```

```
                        /READ BY/ SCOTT ST AMOUR MD
                        /Released By/ SCOTT ST AMOUR MD
                        Report Released  11/05/02 1534
  (
Dbra  11/05/02 1442
PHYSICIANS OF RECORD:
ADM: WRIGHT,THOMAS F          ATT: WRIGHT,THOMAS F
REF:                          CON:
PCP: WRIGHT,THOMAS F          SCP:
```

# PRE-HOSPITAL INFORMATION

Date: 10/31/02   Time: 1057

EMS: Warren Co.   St. Charles County Ambulance District   Lincoln Co.   Montgomery Co.   Other _____

Patient Age: 55   M or F

Description of accident/illness: _chest tightness + HA x 2 day_

_SOB_

Vital Signs: B/P: 158/91   HR: 78   SR ? abd EKG   RR: ___   O2 Sat. RA 98%   O2 ___

Lung Sounds _____   EKG: _____

Skin: W/D   Diaphoretic   Color: NL   Pale   Cyanotic

Medical Hx: _HTN_

Allergies: _____

Home Medications: _Topral, pravisim, Zoloft_

Treatment given by EMS: O2 _____   Resp. TX: _____   I.V. _____

Medications _____   Backboard/Collar _____   Splints _____

ED Physician Orders: _NTG x 2  #  MSO4 2 mg_

ETA: _15 min_   Transported to: _SJW_

The section below needs to be completed on all Trauma Patients:

| Step #1 Complete Glasgow Coma Scale | | | Step #2 Calculate Revised Trauma Scale | | |
|---|---|---|---|---|---|
| **Glasgow Coma Scale: | | (circle one) | Revised Trauma Score: | | (circle one) |
| Eye Opening: | Spontaneous | 4 | Respiratory Rate: | 10 -29 | 4 |
| | To Voice | 3 | (Breaths/min.) | > 29 | 3 |
| | To Pain | 2 | | 6 - 9 | 2 |
| | None | 1 | | 1 - 5 | 1 |
| Verbal Response: | Oriented | 5 | | none | 0 |
| | Confused | 4 | Systolic BP | > 89 | 4 |
| | Inapprop. Words | 3 | (mmHg) | 76 - 89 | 3 |
| | Incompr. Words | 2 | | 50 - 75 | 2 |
| | None | 1 | | 1 - 49 | 1 |
| Motor Response: | Obeys Commands | 6 | | none | 0 |
| | Localizes Pain | 5 | Glascow Score | 13 - 15 | 4 |
| | Withdraws to Pain | 4 | **See left side | 9 - 12 | 3 |
| | Flexion to Pain | 3 | | 6 - 8 | 2 |
| | Extension to Pain | 2 | | 4 - 5 | 1 |
| | None | 1 | | 3 | 0 |
| | Total Score** | | Total Score* | | |

**\* If Revised Trauma Score is < 11 Call Trauma Code**

RN/MD _____

**SSM  St. Joseph Hospital West**
HEALTH CARE

LABEL
St Joseph Hosp West
SHETTLES, MABEL C        ER
0230400121   10/31/02  11:1
12/22/1946 55Y F          ER
WRIGHT, THOMAS F    000187915

## AUTHORIZATION FOR TRANSFER - PAGE 1

| Patient's Name (please print) | Date | Medical Records Number |
|---|---|---|

**PHYSICIAN**

### Patient Condition - (Check one of the following):

☐ *Patient does not have an emergency medical condition*
This patient has been examined and does not have an emergency medical condition (includes severe pain, active labor, psychiatric disturbances or symptoms of substance abuse, such that the absence of immediate medical attention could result in serious jeopardy to the health of the individual or serious jeopardy to the health of the individual or serious dysfunction of any bodily part or organ.) *Note: If this section applies, only page 1 of this form must be completed.*

☑ *Patient Stable*
This patient has been examined, does have an emergency medical condition which has been stabilized such that, within reasonable medical probability, no material deterioration of this patient's condition is likely to result from or occur during transfer.
Medical Risks: _____
Medical Benefits: _____
*Note: If this section applies, only page 1 of this form must be completed.*

☐ *Patient has not been stabilized*
This patient has been examined and does have an emergency medical condition which has not been stabilized.
*Note: If this section applies, the entire 2 page form (excluding section five) must be completed.*

### Receiving Facility - (Complete all of the following):
☐ The receiving physician has agreed to accept this patient at the receiving facility and provide appropriate medical treatment.
Name of receiving physician: _____ Time: _____

☐ The receiving facility has available space and qualified personnel for the treatment of this patient and has agreed to accept the transfer and provide appropriate medical treatment.
Name of receiving facility: _DTILL_
Person/title accepting for facility: _Dr. Schiller_ Time: _____
Nursing report given to: _____ Time: _____

**NURSING**

### Mode/Support/Treatment During Transfer - (Complete Applicable Items):
Mode of transportation for transfer: ☐ BLS Ambulance  ☐ ALS Ambulance  ☐ Helicopter  ☐ Private Car
☐ CGCH Transport Team  ☐ Other: _____  ☐ Vital Signs Documented Prior to Transfer
Support /Treatment during transfer: ☐ Cardiac Monitor  ☐ Oxygen - amt: ____  ☐ Restraints - Type: _____
☐ IV Type: _____  Rate: _____  ☐ Pulse Oximeter  ☐ IV Pump
_____  ☐ Other: _____
Name/Qualification of any accompanying hospital personnel: _____

### ACCOMPANYING DOCUMENTATION - (Check Appropriate Items):
The receiving facility was provided a copy of all appropriate medical records pertaining to this patient's condition:
☑ Emergency Department Record  ☑ Nurses Notes  ☐ Lab Tests
☐ Medication Record  ☐ History & physical  ☑ EKG
☐ X-Ray/Diagnostic Films  ☑ Copy of Transfer Form  ☐ Other: _____

### Requests/Consents for Non-Emergent or Stable Patient - (Complete Appropriate Items):
This patient who does not have an emergency medical condition or whose medical condition has been stabilized acknowledges and understands the risks and benefits described in section I: ☐ requests ☐ consents to the transfer.
Signature of: ☐ Patient  ☐ Responsible person: _____ Relationship: _____
Witness _____ Second Witness: (If oral/telephone/patient mark) _____
☐ Parent/Responsible person instructed to go directly to accepting facility

**SIGNATURES**   Physician: _Laila Hanna_   Nurse: _Shawn Lee_ LPN

WHITE - CHART   YELLOW - RECEIVING FACILITY   PINK - TRANSPORTATION

 SSM
H E A L T H · C A R E™
AUTHORIZATION FOR TRANSFER
SLM-6611-006 (11/99) 18   PAGE 1 OF 2

SHETTLES          MABEL          DOB:12-22-1946
1047 HAWTHORN VILL.
WARRENTON         MO     63383
PH:636-456-7084
SSN: 345-360-930             L. HANNA, M.D.
PCP; WRIGHT

ADDRESSOGRAPH/LABEL

10-31-2002 THURSDAY

3

# AUTHORIZATION/CONDITIONS OF
# ADMISSION/TREATMENT AGREEMENT

**CONSENT TO ADMISSION/TREATMENT:** I request and consent to admission/treatment.

**CONSENT TO MEDICAL AND RELATED HEALTH CARE:** I request and consent to the medical care, diagnostic and treatment procedures as determined necessary by my physician(s) or his/her assistants. I acknowledge the care I receive while in this facility is under the direction of my physician(s). This facility is not responsible for the acts or omissions of my physician(s).

**MEDICAL AND ALLIED HEALTH CARE PROVIDERS:** I have been informed and understand that the physician(s) providing service to me in this facility, such as my personal physician(s), radiologists, pathologists, anesthesiologist, consulting physicians, surgeons and other allied health care providers such as dentists and psychologists are independent contractors and are not employees or agents of this facility unless otherwise specifically identified.

**TEACHING PROGRAMS:** I understand this facility may, from time to time, enter into agreements with academic medical, nursing and allied health programs. Because of these agreements, residents, interns, medical students, nursing students and various allied health profession students, may participate in my care. I agree to participate in these programs, but have the right to limit my participation at any time.

**RELEASE OF INFORMATION:** I understand this facility will make every effort to treat my medical information as confidential; however, I realize information must be shared with providers and/or individuals involved in my care or in the payment of my care. I understand this will include information found in my medical record. I agree to the release of information in my medical record to the extent necessary for the following purposes:

    a. to any medical and/or health care providers responsible for my care while in this facility and if transferred to another facility for care, to that facility and its care providers.

    b. to those responsible for collecting and those responsible for the payment of my care. This may include a person, government agency, insurance company, health plan or employer sponsored group plan. This is for the purpose of verifying insurance benefits for precertification and extended stay review and/or the payment of the cost of my care.

    c. to utilize for internal medical care studies and quality improvement activities.

    d. to comply with the Federal Safe Medical Device Act of 1990 and other state and federal reporting.

**MEDICARE/CHAMPUS RIGHTS:** If applicable, I acknowledge receipt of the Medicare/Champus letter explaining my rights as a patient of this facility. I understand this includes my right to request a review.

**PATIENT RIGHTS:** I acknowledge receipt of the patient rights information explaining my rights as a patient in this facility.

**PERSONAL PROPERTY:** I have been informed and understand this facility will not be liable for any loss of my personal property unless it is inventoried and placed in a secured area maintained by this facility.

**PAYMENT FOR MEDICAL AND RELATED CARE:** I agree to pay the charges incurred for the care I receive as ordered by my physician(s) at this facility, including charges by independent contractors (such as radiologists, pathologists and anesthesiologists). I guarantee full payment of all charges unless restricted by Medicare, Medicaid or contractual arrangement between my insurance company and this facility.

**ASSIGNMENT OF BENEFITS:** I hereby authorize and assign payment to this facility and/or independent contractors of any type of reimbursement or payment due from Medicare, Medicaid, or any other third party payor, for any and all cost incurred for my medical and related care at this facility and/or the independent contractors providing services at this facility.

**ACKNOWLEDGEMENT OF UNDERSTANDING RECEIPT:** *I certify that I have read and understand the preceding agreement. I have had any unclear items explained to me and understand its contents and accept its terms.* I understand that new numbers may be issued for follow-up services related to this admission/treatment and that would not change this agreement or be considered a discharge by Medicare. I understand I may withdraw my agreement to the preceding at any time by written notification to this facility.



| | | |
|---|---|---|
| Signature of Patient, Parent, Legal Guardian, or other Legal Representative | Date | Please Print Name |
| | 10-31-02 | |
| Witness | Date | |
| | | |
| Signature of Guarantor | Date | Please Print Name |

ADDRESSOGRAPH / LABEL

SSM
H E A L T H · C A R E™

**AUTHORIZATION/CONDITIONS OF
ADMISSION/TREATMENT AGREEMENT**

St Joseph Hosp West
SHETTLES, MABEL C
0230400121    10/31/02 11:16   ER
12/22/1946 55Y F                ER
WRIGHT, THOMAS F    000187915

SLM-8611-020 (10/2001) 18



# EMERGENCY DEPARTMENT CHARGE SHEET

| Description | | | Description | | Qty |
|---|---|---|---|---|---|
| LWOT/NC | 81 | | Wound Repair | | |
| Level I (0-4) | 99281 24 | 24634 | simp scalp neck trunk ext < 2.5 | 12001 | 178 |
| Level II (5-7) | 99282 25 | 24624 | simp scalp neck trunk 2.6-7.5 | 12002 | 179 |
| Level III (8-15) | 99283 26 | 24609 | simp face eye ear nose < 2.5 | 12011 | 164 |
| Level IV (16-30) | 99284 | 24677 | simp face eye ear nose 2.6-5.0 | 12013 | 165 |
| Level V (> 31) | 99285 | 24626 | interm scalp axilla trunk < 2.5 | 12031 | 184 |
| Critical Care (1 hr) | | 30838 | interm scalp axilla trunk 2.6-7.5 | 12032 | 185 |
| ER/Priv. MD Only | | 23 | interm neck hands feet < 2.5 | 12041 | 190 |
| TRAUMA* | | | interm neck hands feet 2.6-7.5 | 12042 | 191 |
| Code (I) | | 32 | interm face ear tip eyelid < 2.5 | 12051 | 171 |
| Alert (II) | | 33 | interm face ear tip eyelid 2.6-5.0 | 12052 | 172 |
| Immobilizers | | | Treatment of burns 1st degree | 16000 | 49 |
| Splint, long arm, adult | | 91 | Treat burns small 2nd degree | 16020 | 37943 |
| Splint, long arm, peds | | 82 | Critical Care Items | | |
| Splint, short arm, adult | | 87 | Code Blue | 92950 | 67 |
| Splint, short arm, peds | | 89 | Level I fluid warmer | | 34 |
| Splint, long leg, adult | | 90 | Bair Hugger | | 31285 |
| Splint long leg, peds | | 92 | Splinting Strapping | | |
| Splint, short leg, adult | | 86 | applic of long leg splint | 29505 | 232 |
| Splint, short leg, peds | | 88 | applic of lower leg splint | 29515 | 231 |
| Finger splint | | 84 | applic of finger splint | 29130 | 236 |
| Soft Bulky | | 53 | applic of forearm splint | 29125 | 235 |
| | | | applic of long arm splint | 29105 | 234 |
| | | | strapping of toes | 29550 | 238 |
| | | | strapping of ankle | 29540 | 233 |
| | | | strapping of shoulder | 29240 | 237 |
| | | | strapping of elbow or wrist | 29260 | 40661 |
| | | | strapping of hand or finger | 29280 | 40663 |
| | | | strapping of knee | 29530 | 40666 |
| | | | Misc Items | | |
| | | | Blood transfusion | 36430 | 27120 |
| | | | Poison Control (fax) | | 73 |
| INJECTIONS | | | Medical Control-EMS | | 78 |
| Immun. admin. | 90471 | 47667 | Slit lamp | | 74 |
| Each add immun. | 90472 | 47668 | Eye Tray | csr | 18316 |
| Intravenous | 90784 | 24695 | Pelvic Tray | | 72 |
| IM/SQ | 90782 | 64 | Spinal fluid tap diagnostic | 62270 | 70080 |
| IM antibiotic | 90788 | 23570 | Psych diagnostic interview | 90801 | 47356 |
| IV infusion 1st hr | 90780 | 39 | Conscious sedation | 99141 | 47360 |
| IV infusion add hrs | 90781 | 25128 | | | |

* When charging Trauma Level do not charge to ED level

St. Joseph Hospital West

Staff Initials _____

## EMERGENCY DEPARTMENT ACUITY ASSESSMENT CRITERIA

____ Central Intake
____ Control Bleeding
____ Discharge Instructions
____ Excuse/Fit For Confinement

____ Fax (send/receive)
____ Ice Bag
____ Lab (1 pt/test;not more than 4 pts)
____ Old Chart/Old X-ray

____ Radiology/Vascular Lab
____ Registration
____ Social Service Consult
____ Triage (Includes Initial Pulse Ox)

### 2 Points

____ Bedside Blood Glucose
____ Bedside UHCG
____ EKG (2 pts each)
____ IV/Heplock Insertion (2 pts ea)
____ Maintain IV established PTA

**Med Administration (2pts/med)**
____ Eye gtts
____ GI Cocktail (2 pts total)
____ Insulin IV or SubQ
____ Nasal Spray
____ NTG SL/Paste/Spray
____ Oral Meds/Contrast
____ Rectal Suppositories
____ Topical
____ NG Insertion

____ Nursing Assessment (Simple)
____ Orthostatics (2 pts each set)
____ Oxygen Therapy
____ Papoose
____ Pemits (DPT/OP/Vol Psych/Ch of Poss)
____ Phlebotomy
____ Photographs
____ Poison/Animal Control, Police contact
____ Psych observation q 30 min, up to 3X
____ Pulse Oximetry (2 pts/cont 6)
____ Referrals to shelters, haven, etc.
____ Repeat Vital Signs
____ Restraints (q 30 min)
____ Steri-Strips
____ Suction

**Specimen Collection**
____ Blood Cx
____ Nasal/Pharyngeal Swab
____ Sputum
____ Stool
____ Strep
____ Urine
____ Wound Cx

____ X-ray Copies

**Wound Care-Simple-Non-Sutured**
____ Irrigate
____ Cleanse
____ Dressing

### 3 POINTS

____ Admission
____ Affidavits
____ AMA
____ Ambulance Arrival
____ BP Monitoring (Graphic)
____ Cardiac Monitoring (Mounted Strips)
____ Catheterization - Simple
____ Control Bleeding, Complex
____ Disimpaction
____ Enema
____ Eye Irrigation (6 pts each eye)
____ Fetal Heart Tones
____ IV start (complex)

____ Meal Tray
____ MTS (Organ Donation) contact
____ Nursing Assessment (Complex)
____ (Must include Neuro & Vascular)
____ Nurse to CT
____ Pelvic Exam
____ Porta-Cath (accessing)
____ Post Mortem Care
____ Prepare for the O.R.
____ Rape Kit (9 pts)
____ Security Attendance
____ Suture/Staple Removal

____ Transfer (+2 pts permits)
____ Transfer w/RN to other facility 6 pts
____ Ventilator Pt care
____ Visual Acuity

**Wound Care-Complex-Non-Sutured**
____ Irrigate
____ Cleanse
____ Dressing

Other: _____
_____
_____

DUTIES

*Special Points

St. Joseph Hospital West

41



**St Joseph Hosp West**
**100 Medical Plaza**
**Lake St Louis, MO  63367**

**ADMISSION RECORD**

| ACCOUNT NO. | ADMISSION DATE / TIME | F.C. | DATE OF BIRTH | AGE | SEX | MS | SERVICE | STATION | ROOM NO. | ACC. | PAT TYPE | BY | UNIT NUMBER |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 0306300145 | 02/23/03 00:00 | 50 | 12/22/1946 | 56Y | F | 1 M | ERS | TEL | 210-1 | 4 | I/P | ASB | 000187915 |

**PATIENT**

| PATIENT NAME AND ADDRESS | SOC-SEC-NO | PATIENT EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| SHETTLES,MABEL C | 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 | WALMART | (636)456-4243 |
| 1043 WINDSTREAM DR | TELEPHONE NO. | | |
| ST PETERS     MO 63376 | (636)456-7084 | WARRENTON     MO 63383 | HOW LONG |

**GUARANTOR**

| GUARANTOR NAME AND ADDRESS | SOC-SEC-NO | GUARANTOR EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| SHETTLES,MABEL C | 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 | WALMART | (636)456-4243 |
| 1043 WINDSTREAM DR | TELEPHONE NO. | | |
| ST PETERS     MO 63376 | (636)456-7084 | WARRENTON     MO 63383 | OCCUPATION |
| RELATION | | | PHARMACY TEC |
| SELF | | | |

**RELATIVES**  **EMPLOYERS**

| RELATIVE 1 NAME AND ADDRESS | SOC-SEC-NO | RELATIVE 1 EMPLOYER | TELEPHONE NO. |
|---|---|---|---|
| DUMBELL,JIM | 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 | 000030 UPS | (800)870-3782 |
| 1043 WINDSTREAM DR | TELEPHONE NO. | 13818 RIDER TRAIL | |
| ST PETERS     MO 63376 | (636)456-7084 | EARTH CITY     MO 63045 | |
| RELATION | | | |
| *SPOUSE | | | |

| RELATIVE 2 NAME AND ADDRESS | TELEPHONE NO. |
|---|---|
| | |
| EMP. TELEPHONE NO. | |
| RELATION | |

| DIAGNOSIS/COMPLAINT | ACCIDENT WK. REL. | ACCIDENT DATE/TIME | ADM TYPE/SOURCE | ARRIVAL MODE | DENOM | SUK/PUG/VAL |
|---|---|---|---|---|---|---|
| 415.19-PULM EMBOL/INFARCT NEC | NO | | 3  1 | WLK | | U   N |

| LAST ADMISSION DATE | LOCATION | ROOM PREF | PAT CLA | CHURCH |
|---|---|---|---|---|
| 10/31/02 | ED | | | |

| MEDICAL COMMENT | ADVANCE DIRECTIVES | DISCHARGE DATE/TIME |
|---|---|---|
| | | 02-25-03 CH |

**MEDICAL/PHYSICIAN INFO**

| ADMITTING PHYSICIAN | | REFERRING PHYSICIAN |
|---|---|---|
| MABE,NANCY          903635 | | |
| 600 MEDICAL DR     SUITE 106 | | |
| WENTZVILLE     MO  63385 | | |
| OFC: (636)327-1250     FAX: (636)327-1251 | | OFC:          FAX: |

| ATTENDING PHYSICIAN | PRIMARY CARE PHYSICIAN |
|---|---|
| MABE,NANCY          903635 | WRIGHT,THOMAS F          915983 |
| 600 MEDICAL DR     SUITE 106 | 600 MEDICAL DRIVE     SUITE 106 |
| WENTZVILLE     MO  63385 | WENTZVILLE     MO  63385 |
| OFC: (636)327-1250     FAX: (636)327-1251 | OFC: (636)327-1250     FAX: 636 327 1251 |

| EMERGENCY CARE PHYSICIAN | SHARED CARE PHYSICIAN |
|---|---|
| MORSE,ROBIN G          16486 | |
| 300 FIRST CAPITOL DRIVE, | |
| LAKE ST LOUIS MO 63367 | |
| OFC: (636)947-5000     FAX: 636 947 5117 | OFC:          FAX: |

**INSURANCE**

| INSURANCE 1 | CODE | INS 1 TELEPHONE NO. | INSURANCE 2 | CODE | INS 2 TELEPHONE NO. |
|---|---|---|---|---|---|
| BLUE CROSS MO WALMART | 543324 | (800)421-1362 | BLUE SHIELD MO  1500 PLA | 543200 | (800)421-1362 |
| P O BOX 66897 | | PC# | P O BOX 66897 | | PC# |
| ST LOUIS     MO 63166-6897 | | | ST LOUIS     MO 63166-6897 | | |
| GRP WALMART | | | GRP WALMART | | |
| POL# WM1345360930 | | | POL# WM1345360930 | | |
| GRP# 1021MO | | | GRP# 1021MO | | |
| INSURED: SHETTLES,MABEL C | | 1 | INSURED: SHETTLES,MABEL C | | 1 |
| INSURANCE COMMENTS: | | | INSURANCE COMMENTS: | | |

| INSURANCE 3 | CODE | INS 3 TELEPHONE NO. | INSURANCE 4 | CODE | INS 4 TELEPHONE NO. |
|---|---|---|---|---|---|
| AETNA US HEALTHCARE PPO | 508333 | | AETNA US HEALTHCARE PPO | 508200 | |
| P O BOX 26031 | | PC# | P O BOX 26031 | | PC# |
| GREENSBORO     NC 27420 | | | GREENSBORO     NC 27420 | | |
| GRP# 60749715555 | | | GRP# 60749715555 | | |
| POL# 499541709 | | | POL# 499541709 | | |
| INSURED: DUMBELL,JIM | | 2 | INSURED: DUMBELL,JIM | | 2 |
| INSURANCE COMMENTS: | | | INSURANCE COMMENTS: | | |

| INSURANCE 5 | CODE | INS 5 TELEPHONE NO. | INSURANCE 6 | CODE | INS 6 TELEPHONE NO. |
|---|---|---|---|---|---|
| | | PC# | | | PC# |
| GRP# | | | GRP# | | |
| POL# | | | POL# | | |
| INSURANCE COMMENTS: | | | INSURANCE COMMENTS: | | |

41

SSM
HEALTH CARE

ED RM NO. 3

| PLACE NO. 0305300145 | St Joseph Hosp West Lake St Louis, MO 63367 | ADM DATE/TIME 02/22/03 19:08 | MR NO. 000187915 |

| NAME SHATTLES, MABEL C | DOB / AGE 12/22/46 56Y | SEX F | SSN 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 |

| ADDRESS 1047 HAWTHORN | WARRENTON | MO 63383 | TELEPHONE (636)456-7084 |

| PRIMARY PHYSICIAN WRIGHT, THOMAS F | TREATING PHYSICIAN | EDUC / CULTURAL BARRIERS ☐ None ☐ |

**CHIEF COMPLAINT** "Pneumonia" _____
Dx last of ___ & start ABDS

| TIME 1915 | T 99.1 ☐O ☐T ☐R ☐A | B/P 83/84 | P 67 | R 16 | Pain Score 3/10 | IMMUNIZATIONS: Tetanus ___ yr ☐ UTD ☐ NUTD ☐ UNK | CHILDHOOD: ☐ UTD ☐ N/UTD ☐ UNK | BBG |
| HT | WT | O2 SAT 67 ☐A ☐S ☐E ☐RA/O2 | VISUAL ACUITY: RT 20/ ☐ Corrected ☐ Uncorrected | LT 20/ | BOTH 20/ | LNMP | PREG: ☐ Yes ☐ No EDC ___ PAT ___ |

**ALLERGIES** ☐ NKA | MEDICATIONS / DOSE / FREQUENCY
Codeine
Serevent XL 500 - 1x daily
Albuterol inhaler prn daily
**PMH** Hypertension Toprol 150mg
Fibromyalgia Thyroid 125
LHD

**TB SCREENING** ☐ Denies Sx
☐ Persistent cough ≥ 3 weeks
☐ Coughing blood ☐ Night sweats
☐ Past TB exposure ☐ Unexplained wt. loss
SOCIAL HX ☐ Lives alone
☐ Lives with:
SMOKE ☐ No Quit ETOH ☐ No Quit
___ ppd ___ Amount ___
FAMILY HX
**SIGNATURE** ☐ NC

| **MECHANISM OF INJURY** | **SAFETY DEVICES** | **PREHOSPITAL TREATMENT** | **ASSESSMENT FOR ABUSE** |
| ☐ MVC ☐ Blunt ☐ Driver | ☐ None ☐ Helmet | ☐ Oxygen ☐ I.V. | ☐ No evidence of abuse noted |
| ☐ MCC ☐ Penetrating ☐ Passenger | ☐ Seatbelt ☐ Airbag | ☐ Splint ☐ Backboard | ☐ Abuse suspected (See documentation) |
| ☐ Fall ☐ Burn ☐ Pedestrian | ☐ Car seat | ☐ Cervical collar ☐ None | |
| ☐ Crush ☐ Other | ☐ Other | ☐ Other | |

**REVIEW OF SYSTEMS**

| **MENTAL STATUS** | **GLASGOW COMA SCALE** | | **PUPIL SCALE** |
| Orientation - ☐ Person ☐ Place ☐ Time | **Eye Opening:** | **Verbal Response:** Oriented 5 | |
| ☐ Cooperative ☐ Uncooperative | Spontaneous 4 | Confused 4 | **Motor Response: 6** |
| ☐ Combative ☐ Crying ☐ Age appropriate | To voice 3 | Inappropriate words 3 | Obeys commands 6 |
| ☐ GCS | To pain 2 | Incomprehensible sounds 2 | Localizes pain 5 |
| | None 1 | None 1 | Withdraws (pain) 4 |
| | | | Flexion (pain) 3 |
| | | | Extension (pain) 2 |
| | | | None 1 |

1mm 3mm 5mm 7mm
Size: L ___
PERRLA? ☐ Yes ☐ No

**RESPIRATION**
☐ Normal effort ☐ Labored
☐ Nasal flaring ☐ Expiratory grunt
☐ Retractions ☐ Stridor
☐ Accessory muscle use
☐ Exertional dyspnea

☐ Congestion: ☐ Nasal ☐ Chest
☐ Cough ☐ Prod. ☐ Non-prod.
Color ___
How long Since Wed. coughing

**BREATH SOUNDS**
☐ Clear
☐ Crackles
☐ Wheezing
☐ Rhonchi

pain in chest when coughing

**CARDIO VASCULAR**
**PULSES**
Radial R ___ L ___
Femoral R ___ L ___
Pedal R ___ L ___
A = Absent
W = Weak
S = Strong
D = Doppler
☐ JVD

**GASTROINTESTINAL**
Abdomen: Injury? ☐ No ☐ Yes
Specify ___
Pain? ☐ No ☐ Yes
Onset ☐ Sudden ☐ Gradual
Location ___
Nausea? ☐ No ☐ Yes
Vomiting? ☐ No ☐ Yes
Times ___ Duration ___
Diarrhea? ☐ No ☐ Yes
Comments ___
Times ___ Duration ___

Constipation? ☐ No ☐ Yes
Last BM ___
Difficulty swallowing? ☐ No ☐ Yes
Abdomen: ☐ Soft ☐ Tender
☐ Guarding ☐ Distended ☐ Rigid
☐ Other ___
Bowel sounds:
☐ Present ☐ Absent ☐ Hypoactive
Time last p.o. intake ___
Comments ___

**GU** ☐ Flank pain ☐ L ☐ R
☐ Dysuria ☐ Frequency ☐ Urgency ☐ Hematuria ☐ Discharge

**REPRODUCTIVE**
Gravida ___ Para ___ Ab ___
☐ Discharge ___
☐ Bleeding ___ No. of pads ___
☐ Trauma ___
Sexually active? ☐ No ☐ Yes

**SKIN / SURFACE TRAUMA**
COLOR ☐ Pink (mucosal) ☐ Pale ☐ Flushed ☐ Cyanotic ☐ Ashen
☐ Other: ___
MOISTURE ☐ Dry ☐ Moist ☐ Diaphoretic ☐ Warm ☐ Cool ☐ Hot ☐ Cold
BLEEDING ☐ None ☐ Controlled ☐ Arterial
RASH ___
OTHER ___

**MUSCULOSKELETAL**
Deformity ___
1. Abrasion
2. Amputation
3. Avulsion
4. Bleeding
5. Burn
6. Contusion
7. Crepitus
8. Decubitus
9. Deformity
10. Ecchymosis
11. Edema
12. GSW
13. Laceration
14. Pain
15. Penetration
16. Swelling
17. Tenderness
18. ___

Swelling: ☐ Present ☐ Absent
Sensation: ☐ Present ☐ Absent

pain when coughing

swelling to left ankle

PLANTAR     DORSAL

**REVIEW OF SYSTEMS** 1930 **SIGNATURE** ___

EMERGENCY / TRAUMA PATIENT - CARE FLOWSHEET

42

| VITAL SIGNS | PUPILS | MENTAL STATUS | SPEECH | EXTREMITIES | SKIN CONDITION | GLASGOW COMA SCALE |
|---|---|---|---|---|---|---|

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

### MEDICATIONS

| TIME | MEDICATION | DOSE | ROUTE | INITS | TIME | RESPONSE/ASSESSMENT | INITS |
|---|---|---|---|---|---|---|---|
| 1955 | Dilaudid | 30mg | SIVP #1 | AP | 2010 | pt states pain is 11/10 | AP |
| 2035 | NTG | ↑ | Sub-ling | AP | | | |
| 0015 | Heparin | 5000u | IVP #1 | AP | | | |
| 0015 | Heparin Drip | (see below) | | AP | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| ☐ gT ☐ TT ☐ DT ☐ DPT Lot Number _____ | | 0.5cc | IM | | VIS Given? ☐ Yes VIS Revision Date _____ | |

### PARENTERAL THERAPY STARTED

| TIME | PARENTERAL SOLUTION AMOUNT/SOLUTION | ADDITIVES | GAUGE | SITE | RATE/ CC/HR | INITIALS | DISCONTINUED TIME INITIALS | AMOUNT INFUSED |
|---|---|---|---|---|---|---|---|---|
| 1955 | IL NS | | PUMP ☐ 20g | ® forearm | 100cc | AP | | |
| 0015 | Heparin Drip | | PUMP ☐ IL | " | 22cc/hr | AP | | |
| | | | PUMP ☐ | | | | | |
| | | | PUMP ☐ | | | | | |

| TIME | TREATMENT OR APPLICATION/DRSG | INITIALS | TIME | TREATMENT OR APPLICATION/DRSG | INITIALS |
|---|---|---|---|---|---|
| 2000 | blood albumin + salt | AP | | | |
| 2035 | CXG- done | AP | | | |

### INTERVENTIONS

| TIME | BY | |
|---|---|---|
| | | ☐ CONTINUOUS CARDIAC MONITOR |
| | | INITIAL RHYTHM _____ |
| | | O2 ☐ MASK ☐ NASAL _____ LITERS |
| | | ☐ STRAIGHT CATH ☐ FOLEY SIZE _____ AMT _____ |
| | | COLOR _____ |
| | | ☐ CHEST TUBE ☐ RIGHT ☐ LEFT SIZE _____ |
| | | AIRWAY: ☐ ORAL ☐ NASAL ET# _____ mm LIPLINE _____ cm |
| | | ☐ N.G. SIZE # _____ ☐ SUCTION ☐ CLAMPED |
| | | ☐ EVACUATOR SIZE _____ |
| | | LAVAGE AMOUNT _____ cc RETURN _____ |

X-RAY: TIME TO 2005    TIME RETURNED 2010

TIME 1920 "Pain Information Given and Reviewed" PC

1930 To Room 3 for Eval - PC
60 y/o M patient to ED being diagnosed c̄ pneumonia 1 yesterday. Pt was instructed to call Dr today if she didn't feel better. Pt c/o pain to chest when coughing. Denies N/V. Denies PTA. Hx of asthma and COPD.

2040 Pt continues to c/o c̄ that was unable to be completed. Attending Dr made aware. Orders received @ this time. AP

2010 Heparin protocol for PE initiated at this time. AP

0045 Pt. left, called to 2nd fl. AP

| INPUT | TIME | TYPE | AMOUNT | OUTPUT | TIME | TYPES | AMOUNT |
|---|---|---|---|---|---|---|---|
| | | | | | | | |
| | TOTAL INPUT | | | | TOTAL OUTPUT | | |

NOTIFICATION ☐ Case management ☐ DFS ☐ Pastoral care ☐ Rabies control ☐ Police
☐ Family ☐ Medical Examiner ☐ Other: _____

DISPOSITION
☐ Discharged
☒ Admitted Pt to go to 2/0
☐ Transferred
☐ Morgue

MODE OF DISPOSITION
☐ Walk ☐ Ambulance ☐ Other
ESCORTED BY
☐ Self ☐ Family/Friend ☐ Transported/Tech.
☐ RN ☐ Other

Admitted to rm 2/0

| D/C PAIN SCORE | | |
|---|---|---|

DISCHARGE SIGNATURE A. Muirfield RN   TIME 0045

| INITS | SIGNATURE | INITS | SIGNATURE |
|---|---|---|---|
| KS | K. Dummers RN | AP | A. Muirfield RN |
| | Rachel Anderson | | |

## 33  Chest Pain  (Adult)

TIME SEEN: _726 p_  ROOM: _3_  ___ EMS Arrival

HISTORIAN: (patient) __ spouse __ paramedics _____

__ HX / __ EXAM LIMITED BY: _____

ROS.

**HPI**

**chief complaint:**  **chest pain / discomfort**

**started:** _yesterday_

CHEST-CONST
___ fever
(chills) _several days_
(cough)
___ sputum
___ ankle swelling
___ calf / leg pain

*FEMALE REPRODUCTIVE*
___ LNMP
___ vaginal discharge
___ abnormal bleeding

**time course:**
___ still present  ___ better
___ gone now
_lasted_____
___ resolved on arrival in E.D.

| constant | waxing & waning |
| intermittent episodes lasting |
| worse/persistent since |

_CXR yesterday @ Crossroads_

**quality:**
pressure
tightness
indigestion
burning
dull
aching
sharp
stabbing
"pain"
"numbness"
"like prior MI"

**Location of pain:**

**PAST HISTORY** ___ negative   * = MI risk factors
* ___ high blood pressure ___          ___ emphysema
* ___ diabetes  insulin / oral / diet ___   ___ collapsed lung
* ___ high cholesterol ___              ___ stroke
* ___ heart disease ___                 ___ peptic ulcer
      heart attack (MI)____             ___ documented __ yes/no
      angina / heart failure___         ___ gall stones

___ DVT / PE / risk factors ___
___ other problems _____

NEURO
___ headache
___ blackout
EYE-ENT
___ blurred vision
___ sore throat
Gland (Ct)
___ abdominal pain
___ black / bloody stools
___ problems urinating
SKIN & LYMPH & MS
___ skin rash / swelling
___ joint pain
___ all systems neg. except as marked

**radiation:** ___ none  ___ diagrammed above _____

**associated symptoms:**
(nausea) _____  ___ shortness of breath _____
(vomiting) _____  ___ sweating _____

Surgeries/Procedures: ___ none  ___ non-contributory
___ cardiac bypass _____   ___ tonsillectomy
___ cardiac cath _____     ___ cholecystectomy
___ angioplasty _____      ___ appendectomy
___ thrombolytics _____    ___ hysterectomy
___ pacemaker _____

**worsened by:**
change in position
deep breaths / turning
exertion
nothing

**relieved by:**
sitting up
rest
antacids
nothing

N T G  1  2  3
patient's own supply
given by paramedics
relief (none / partial /
complete) transient
Oxygen __ NRB __

**onset during:**
sleep/rest / light activity
mod. / heavy exertion
emotional upset
cannot recall

**severity:**
maximum (1-10)
mild - moderate - severe
when seen (1-10)
gone - almost gone - mild - moderate - severe
residual discomfort in arm (L / R)

Medications ___ none ___ ASA ___ NSAID
___ acetaminophen ___ BCP's
___ see nurses note

Allergies ___ NKDA
___ see nurses note
_Compozine_

Similar symptoms previously __

Recently seen / treated by doctor

SOCIAL HX: ___ smoker ___ drugs
alcohol (recent / heavy / occasional)
FAMILY HX: CAD (<55 yo / >55 yo)

© 1995-99 E.S.C.  Circle positives,
check normals, backslash (\) negatives.

**EMERGENCY
PHYSICIAN RECORD**

SSM
HEALTH · CARE
St. Joseph Hospital West

Chest Pain  (5)
SWM-2000-035 (6/99) 33 Front

St Joseph Hosp West
SHETTLES, MABEL C        ERC
0305300145  02/22/03 19:0
12/22/1946 56Y F        BR
WRIGHT, THOMAS F  00018791

☑ Nursing Assessment Reviewed.   ☑ BP, HR, RR, Temp reviewed.

**PHYSICAL EXAM**   Alert   Anxious   IV
Distress:   __NAD   __mild   __moderate   __severe

**HEENT**
☑ ENT nml inspection
☑ pharynx nml
__scleral icterus / pale conjunctivae_____
__pharyngeal erythema_____
__abnml TM / hearing deficit_____

**NECK**
☑ nml inspection
__thyromegaly_____
__lymphadenopathy ( R / L )_____
__see diagram

**RESPIRATORY**
☑ no resp. distress
☑ chest non-tender
☑ nml breath sounds
__respiratory distress_____
__manifests distinct pain on movement
   of R / L arm   of trunk_____
__splinting / dcrsd air mvmnt_____
__rales_____
__rhonchi_____
__wheezing_____

**CVS**
☑ regular rate, rhythm
☑ no murmur
☑ no gallop
☑ no friction rub
__irregularly irregular rhythm_____
__extrasystoles (occasional / frequent)_____
__tachycardia / bradycardia_____
__PMI displaced laterally_____
__JVD present
__murmur grade __/6  sys / dias
   cresc / cresc-decresc / decresc
__gallop ( S3 / S4 )_____
__friction rub_____

__decreased pulse(s)_____
   R  carotd___ fem___ dors ped___
   L  carotd___ fem___ dors ped___

| T = tenderness |
| G = guarding |
| R = rebound |
| m = mild |
| mod = moderate |
| sv = severe |
| (e.g., Tsv = |
| severe tendness) |

**ABDOMEN**
☑ non-tender
☑ no organomegaly
__tenderness_____
__guarding_____
__rebound_____
__abnml bowel sounds_____
__hepatomegaly /splenomegaly / mass_____

**RECTAL**
☑ nml tender
☑ heme/neg stool
__black / bloody / heme pos stool_____
__tenderness_____

**SKIN**
☑ color nml, no rash
☑ warm, dry
__cyanosis / diaphoresis / pallor_____
__skin rash_____

**EXTREMITIES**
☑ non-tender
☑ normal ROM
☑ no pedal edema
☑ no calf tenderness
__pedal edema_____
__calf tenderness_____
__clubbing_____

**NEURO/PSYCH**
☑ oriented x3
☑ mood/affect nml
☑ CN's nml as tested
☑ no motor/sensry deficit
__disoriented to person / place / time_____
__depressed affect_____
__facial droop/EOM palsy/anisocoria_____
__weakness / sensory loss_____

**EKG, LABS, and XRAYS**

EKG MONITOR STRIP   NSR   abnml
EKG   nml   Interp by me   Reviewed by me   Rate
NSR   nml intervals   nml axis   nml QRS   nml STT

not changed from
Repeat EKG   unchanged
CXR   Interp by me   Reviewed by me   Disc w/ radiologst
nml/NAD   infiltrates   nml heart size   nml mediastinum

not changed from

| CBC | Chemistries | | UA |
| (normal) except | (normal) except | | normal, except |
| WBC | Gluc | CK | WBC |
| Hgb | BUN | CKMB | RBCs |
| Hct | Creat | Troponin < 0.1 | bacteria |
| Platelets | Na | Mg 0.973 | dip |
| segs | K | | |
| bands | CO2 | PT | |
| lymph | CO2 | PTT | |
| monos | AGap | INR | |
| eos | | | |

Pulse Ox __% on RA / __L / __(als (lmin)
Time_____ __unchanged __improved __re-examined_____

CP No D c 1 SL NTR

__Discussed with D_____   CRIT CARE   30-74 min__
__will see patient in office / ED / hospital   75 / 104 min__
__Counseled patient / family regarding   Prior records ordered
__disc results   diagnosis   need for follow-up   Additional history from
__Rx given   Admit orders written   family / caretaker / paramedics

**CLINICAL IMPRESSION:**

Chest Pain  acute precordial
Chest Wall Pain- acute
Dyspnea- acute
Costochondritis- acute
Myofascial Strain- acute
Viral Syndrome- acute
Bronchitis- acute
Viral Pleuritis (Pleurisy)
Abnormal EKG

Acute MI
Unstable Angina
Pericarditis- acute
Acute Aortic Dissection
Pulmonary Embolism
Acute Pulmonary Edema / CHF
Atrial Fibrillation-  rapid vent. response
   controlled  uncontrolled  new-onset  chronic
Pneumonia
Pneumothorax

DISPOSITION-   ☐ home ☑ admitted ☐ transferred
CONDITION-   ☐ unchanged ☑ improved ☐ stable

PHYSICIAN SIGNATURE-

**SSM**
HEALTH · CARE
St. Joseph Hospital West

**Chest Pain**
SWM-2000-035 (6/99) 33 Back

St Joseph Hosp West
SHETTLES, MABEL C        ER
0305300145   02/22/03 19:06
12/22/1946 56Y F           ER
WRIGHT, THOMAS F   00018791

SSM HEALTH CARE

**EMERGENCY DEPARTMENT RECORD**

| | |
|---|---|
| PT ACCT NO. 0305300145 | St Joseph Hosp West / Lake St Louis, MO  63367 |
| | ADM. DATE/TIME 02/22/03 19:08 |
| | MR NO. 000187915 |
| NAME SHETTLES, MABEL C | DOB / AGE 12/22/46 56Y | SEX F | SSN 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 |
| ADDRESS 1047 HAWTHORN   WARRENTON   MO 63383 | TELEPHONE (636)456-7084 |
| PRIMARY PHYSICIAN WRIGHT, THOMAS F | TREATING PHYSICIAN | EDUC / CULTURAL BARRIERS ☐ No  ☐ Yes: |

ED RM NO. 5

**CHIEF COMPLAINT:** "Pneumonia" Has pain in upper chest wall
Dx upper day & started meds. for MRSA sent pt in for eval

| TIME 1915 | T 98.4 | B/P 95/84 | P 67 | R 16 | Pain Score 9/10 |
| HT | WT | O2 SAT 91 | VISUAL ACUITY: RT 20/  LT 20/  BOTH 20/ | LNMP | PREG: ☐ Yes  ☐ No  ☐ Unk |

IMMUNIZATIONS:  Tetanus ___ yr

CHILDHOOD:

**ALLERGIES:**  Compaigne

**MEDICATIONS / DOSE / FREQUENCY**
Biaxin XL 500 2 tabs ea day
Atrovent inhaler used it 3x/day
Toporal 150mg 1 day
Premarin 1.25 1 day

**PMH:** Hysterectomy, Chlamydia, HTN

TB SCREENING: ☐ Denies Sx
☐ Persistent cough ≥ 3 weeks
☐ Coughing blood   ☐ Night sweats
☐ Past TB exposure  ☐ Unexplained wt. loss
SOCIAL HX   ☐ Lives alone
☐ Lives with: husband
SMOKE ☐ Yes ☐ No ☐ Quit   ETOH ☐ Yes ☐ No ☐ Quit
Amount
FAMILY HX

| **LABS** | INT | **X-RAY** | INT | **SPECIAL PROCEDURES** | INT | **CARDIO/PULMONARY** | INT | **MISCELLANEOUS** | INT |
|---|---|---|---|---|---|---|---|---|---|
| CBC - C Diff | | Chest Pa & Lat | ✓ | Head CT | | ABG'S | | Old Chart | |
| Met. Basic / Comp. | | | | ABD/Pelvic CT | | EKG | | Old EKG | |
| U/A: CVS / Cath | | OBS c̄ CXR | | - W IV Contrast | | Nebulizer | | Old Chest X-ray | |
| Urine Culture | | OBS s̄ CXR | | - W/O IV Contrast | | | | | |
| Stool for Culture / C-Dif | | KUB | | IVP | | | | | |
| CK MB / Troponin / Myoglobin | | Humerus L / R | | Ultrasound | | | | | |
| PT / PTT | ✓ | Elbow L / R | | - Pelvic | | | | **ORDERS** | |
| Type & Screen | | Forearm L / R | | - Gallbladder | | | | NS 100 cc/hr (pump) | |
| Type Xmatch | | Wrist L / R | | Venous Doppler | | Cardiac Monitor | | Pulse Ox | |
| Digoxin Level | | Hand L / R | | R ___ | | Orthostatics | | | |
| Tox Screen Urine / Serum | | Digits 1 2 3 4 5 | | | | Time: | | | |
| Amylase / Lipase | | Pelvis | | VQ Scan | | Orthostatics | | | |
| Sputum Culture | | Hip L / R | | | | Time: | | | |
| Blood Culture | | Femur L / R | | | | **MEDS / TREATMENT** | | | |
| GC / Chlamydia | | Knee L / R | | | | Toradol 30 IV | | | |
| BHCG Qual. / Quan. | | Tib / Fib L / R | | | | 1 S NTG | | | |
| Electrolyte Panel | | Ankle L / R | | | | Heparin protocol for PE | | | |
| Hepatic Panel | | Foot L / R | | | | | | | |
| Renal Panel | | Digits 1 2 3 4 5 | | | | | | | |
| Thyroid Protocol | | Skull | | | | | | | |
| Coma Protocol | | Mandible / Pancrex | | | | | | | |
| R/O MI Protocol | | Facial Bones | | | | **CLINICAL IMPRESSION** | | | |
| Cardiac Protocol | ✓ | Nasal | | | | PE | | | |
| Abd. Pain Protocol | | Ribs L / R | | | | | | | |
| Hepatitis Acute Panel | | Shoulder L / R | | | | | | | |
| Lumbar Puncture Protocol | | Clavicle L / R | | | | **DISCHARGE INSTRUCTIONS** | | | |
| Pelvic Protocol | | X-table C - Spine | | | | | | | |
| Trauma Alert Protocol | | C - Spine | | | | | | | |
| Trauma Code Protocol | | T - Spine | | | | | | | |
| Other | | L / S Spine | | | | | | | |
| **POINT OF CARE TESTING** | | D-Dimer | ✓ | | | | | | |
| Glucose | | | | | | | | | |
| UHCG | | | | ☐ T SHEET COMPLETED | | | | | |

**PHYSICIAN NOTIFIED**  ☐ No  ☐ Yes  Dr. Mabe

**PHYSICIAN NOTIFIED**  ☐ No  ☐ Yes

PHYSICIAN'S SIGNATURE

CONDITION
☐ Stable
☐ Improved
☐ Unstable
☐ Expired

DISPOSITION
☐ Home  ☐ Return to work ___
☐ Admit to Inpatient  ☐ Observation
☐ Service ___
☐ Transfer ___
☐ Other ___

Discharge Time 0045
Time Dest 357
Room No. 210

**MEDICAL RECORDS COPY**

# PREFERRED ANTICOAGULATION ORDERS FOR DVT/PULMONARY EMBOLISM OR ACUTE CORONARY SYNDROME

1. Obtain baseline CBC, Prothrombin Time and Partial Thromboplastin Time (PT & PTT) if not obtained in the preceding twenty-four (24) hours.
2. Low molecular weight heparin is the preferred treatment for DVT, pulmonary embolism, or Acute Coronary Syndrome in patients with creatinine clearance > 30ml/min
       If patient qualifies for LMWH select one indication and fax form to pharmacy.
       ☐  DVT without pulmonary embolism
       ☐  Pulmonary embolism with or without DVT
       ☐  Acute Coronary Syndrome
       Skip orders 3 thru 12.
3. If creatinine clearance estimated to be less than 30 ml/hr. administer unfractionated intravenous heparin bolus and intravenous infusion (do not wait for PT & PTT results) as below:

**Table I.  Acute Coronary Syndrome (MI or Unstable Angina)**

| Weight in Pounds | Heparin Bolus (units) | Heparin Infusion (Units/hour) | Heparin Infusion (cc/Hour) |
|---|---|---|---|
| <147 | 4,000 | 800 | 16 |
| ≥147 | 5,000 | 1,000 | 20 |

**Table II.  DVT/Pulmonary Embolism**

| Weight in Pounds | Heparin Bolus (Units) | Heparin Infusion (Units/hour) | Heparin Infusion (cc/Hour) |
|---|---|---|---|
| <96 | 3,000 | 650 | 13 |
| 96-123 | 4,000 | 900 | 18 |
| 124-151 | 5,000 | 1,100 | 22 |
| 152-179 | 6,000 | 1,350 | 27 |
| 180-206 | 7,000 | 1,350 | 27 |
| 207-234 | 8,000 | 1,350 | 27 |
| >234 | 80 Units/Kg | 1,350 | 27 |

4. Measure a stat PTT six hours after infusion started.
5. Pepcid 20 mg po BID if patient not allergic or taking H2 blocker or proton pump inhibitor.
6. Daily CBC and PTT while on heparin.
7. Daily Prothrombin Time (PT) (omit for Acute Coronary Syndrome).
8. Coumadin _____ mg po today (5-10 mg suggested.  Omit for Acute Coronary Syndrome).
9. Request a coumadin order daily (omit for Acute Coronary Syndrome).
10. Institute Bleeding Precautions.
11. Administer no PRN aspirin preparations or PRN non-steroidal anti-inflammatory agents.
12. Monitor and adjust heparin dose according to the heparin nomogram on the reverse;

**Heparin Nomogram**

| PTT (secs) | Rate Change Units/Hr | Rate Change CC/Hr | Additional Action | Next PTT 1st 24 Hours | Next PTT After 24 Hours |
|---|---|---|---|---|---|
| <35 | +250 | +5 | Rebolus with 4000 U | 6 hours after rate change | 6 hours after rate change |
| 36-45 | +100 | +2 | None | 6 hours after rate change | 6 hours after rate change |
| 46-80 | 0 | 0 | None | 6 hours | Next Morning |
| 81-100 | -100 | -2 | None | 6 hours after rate change | 6 hours after rate change |
| >100 | -250 | -5 | Stop Infusion 1 hr. Then resume @ lower rate | 6 hours after restart | 6 hours after restart |

Physician Signature_____

6/13/02
Page 1 of 1



St. Joseph Health Center
St. Joseph Hospital West

Rev. 3/15/02
AnticoagOrders.doc



St Joseph Hosp West
SHETTLES, MABEL C        ER
0305300145   02/22/03 19:0
12/22/1946 56Y F         ER
WRIGHT, THOMAS F    00018791

## EMERGENCY DEPARTMENT ADMISSION ORDERS

ALLERGIES: ☐ No ☑ Yes List: _Coumadin_          Date: _2/20/03_

☐ *If box is not checked, pharmacy may substitute generic drugs.*

| DATE ORDERED | TIME | ORDERS |
|---|---|---|
| 2/20/03 | | A.  General: _TELE - WSTRM_ |
| | | 1.  ADMIT ☑ REG.        ☐ EOS        to service of Dr. _HARE_ |
| | | 2.  Diagnosis _PE_                    Condition |
| | | 3.  Old Record to the Floor with Patient        Code status |
| | | 4.  Any Problems contact Dr. |
| | | 5.  Consult to          Dr.              Dr. |
| | | 6.  Activity   ☑ _Bed Rest c BRP_ |
| | | 7.  VITAL SIGNS        ☐ Q 2 HRS        ☐ q    Hrs |
| | | 8.  NEURO CHECKS     ☐ Q 2 HRS        ☐ q    Hrs.    ☑ None |
| | | 9.  Diet        ☑ Regular        ☐ Other |
| | | 10. Fluid I & O        ☐ Yes        ☐ No |
| | | B. Tubes: |
| | | 1.  I.V. ☑ Yes    ☐ No   _Cappuel_        Rate |
| | | 2.  I.V. Solution                      Rate |
| | | 3.  I.V. Solution                      Rate |
| | | 4.  Foley Cath    ☐ Yes          ☐ No |
| | | 5.  Oxygen        ☑ Yes          ☐ No   _2L_ Method _NC_ |
| | | 6.  Others |
| | | C.  Tests Performed in the Emergency Department: (Optional) |
| | | a.              e.              i. |
| | | b.              f.              j. |
| | | c.              g.              k. |
| | | d.              h.              l. |
| | | D.  Additional Lab and X-Ray Studies to be performed on the floor: |
| | | a.              b.              c. |
| | | d.              e.              f. |
| | | E.  Home Medications: Please give unless ordered to hold |
| | | a. _Toprol 150_       b. |
| | | c. _Premarin_       d. |
| | | e.              f. |
| | | g.              h. |
| | | i.              j. |
| | | F.  I.V. MEDICATIONS  I.V. Analgesics & other New Medications & Therapies |
| | | a. |
| | | b. |
| | | c. |
| | | d. |
| | | e.              Physician Signature |

SSM
H E A L T H  C A R E
St. Joseph Health Center
St. Joseph Hospital West

ADDRESSOGRAPH/LABEL

St Joseph Hosp West
SHETTLES, MABEL C          ER
0305300145    02/22/03 19:0
12/22/1946 56Y F
WRIGHT, THOMAS F    00018791

EMERGENCY DEPARTMENT ADMISSION ORDERS

SJM-2000-002  (2/99)



Pt
2-25

# ST. JOSEPH HOSPITAL WEST

### Discharge Summary

PATIENT NAME: SHETTLES, MABEL C         MR#: 000187915
ADMISSION DATE: 02/23/2003             SEX: F
DISCHARGE DATE: 02/25/2003             DOB: 12/22/1946
PHYS: NANCY MABE, M.D.                 ROOM#: 205

**PRINCIPAL DIAGNOSIS:**
1. Pulmonary embolus.

**ADDITIONAL DIAGNOSIS:**
1. Hypertension.
2. Panic disorder.
3. Chest pain.
4. Vomiting.
5. Hip pain.

**HISTORY AND PHYSICAL:** Please refer to history and physical dictation in the chart.

**HOSPITAL COURSE:** The patient was admitted for a pulmonary embolus. She was initially put on Heparin protocol via the ER but I switched her to Lovenox 60 mg. subcutaneously twice a day. The patient was started on Coumadin on 02/23/03. By the time of discharge her INR was 1.5 and her platelets and hemoglobin had remained stable. Her chest pain had improved and she was breathing well and able to walk in the hallways and tolerating her diet. The patient had an X-ray for her hip pain but this was still pending at the time of discharge, however, since it has been hurting for several months, and I doubt that there is a fracture, we will discharge her and I will call her as an outpatient. I did send her home on Vioxx 12.5 mg. a day for the hip pain. The patient's blood pressure has been running high during the course of hospitalization. She is resistant to restarting the Norvasc but if it is still high next week we will put her back on her Norvasc. She is currently on Toprol XL 200 mg. po qd for this problem. The patient also developed a migraine during the course of hospitalization which was treated with Imitrex 100 mg. for headache, may repeat in two hours for continued pain, maximum of two in 24 hours. She will be discharged on Lovenox twice a day for the next two days. Home care will be seeing her at the house. They will also check her INR. We demonstrated the use of the Lovenox prior to her discharge. She is also being discharged on Coumadin but her dose will depend on what the INR is tomorrow. She will followup with <<_____>> in the office one week.

NANCY MABE, M.D.

NM:sal - 23880
D: 2/25/2003 12:41 PM
T: 2/26/2003 10:53 AM

cc:

FCI      FD

DSW              **DISCHARGE SUMMARY - Page 1**

49

# ST. JOSEPH HOSPITAL WEST

### History and Physical

PATIENT NAME: SHETTLES, MABEL C      MR#: 000187915
ROOM#: 205      SEX: F
ADMISSION DATE: 02/23/2003      DOB: 12/22/1946
PHYSICIAN: NANCY MABE, M.D.

**PRINCIPAL DIAGNOSIS:** Pulmonary embolus.

**ADDITIONAL DIAGNOSES:** Hypertension, chest pain.

**CHIEF COMPLAINT:** Chest pain and shortness of breath.

**HISTORY OF PRESENT ILLNESS:** The patient is a 56 year old white female with a history of hypertension, panic disorder, and palpitations, who woke up Friday, one day prior to admission, with a cough and rattling with her breathing. She saw Dr. Wright in the office that afternoon and he felt she had bronchitis versus pneumonia and she was given a prescription for Biaxin XL 500 mg, two q.day, Atrovent metered dose inhaler, and a chest x-ray was performed at that time. Per oral report yesterday, the chest x-ray showed bilateral lower lobe infiltrate with pleural effusion. The patient called me yesterday around noon secondary to feeling a lot worse. She had some hand swelling at that time. I ordered Lasix, however she never picked it up. She called me again and I referred her to the emergency room as she was having increasing shortness of breath and increasing chest pain. She had mild chest pain on Friday at the mid chest and left lower chest, which was much worse when she called me on Saturday. She had also noted increasing shortness of breath and hand swelling. She had light-headedness on Friday, which was much worse yesterday. She had noted no sputum and no fever. In the emergency room, they noted an increased D-dimer. The chest x-ray did not look like pneumonia. CAT scan was done which showed pulmonary embolus and she was admitted for anticoagulation. The patient's mother has a history of a pulmonary embolus, status post hip surgery at the age of 84 leading to her death. The patient is on hormone replacement therapy but takes an aspirin daily. She did travel to Chicago last week on a train, the day prior to having chest pain. She was on the train about 8 hours and only got up one time. The patient has noted intermittent light-headedness for a few weeks. She had also noted muscle cramps in her legs at night for about a month. She noted no leg swelling.

**PAST MEDICAL HISTORY:**
1. Hypertension, which has been under good control recently since starting Norvasc.
2. Panic disorder diagnosed in June 2002. Has been on several medications. Control has been better in the last two months.
3. Palpitations, most likely secondary to her panic disorder.
4. Abdominal pain with hematuria on 1/7/03. Her workup was negative and this resolved without sequela.
5. Gastroesophageal reflux disease. Noted November 2002.
6. Dizzy, nausea, ear pain noted in November 2002.
7. Depression, diagnosed in 2002.
8. Abnormal mammogram in June 2002. Her diagnostic film, however, was okay.
9. Hand dermatitis.
10. She was admitted to St. Joseph Hospital West in June 2002 for chest pain, which was felt to be secondary to her panic disorder and stress echocardiogram was done at that time, which was negative.

**PAST SURGICAL HISTORY:** A hysterectomy in 1976 was done secondary to fibroids. She had a cholecystectomy in 1999, foot surgery in 2000, and an echocardiogram in June 2002 showed borderline mitral valve prolapse.

**ALLERGIES:** COMPAZINE causes dystonia.

FCI   FD

# ST. JOSEPH HOSPITAL WEST

### History and Physical

PATIENT NAME: SHETTLES, MABEL C                    MR#: 000187915
ROOM#: 205                                                          SEX: F
ADMISSION DATE: 02/23/2003                          DOB: 12/22/1946
PHYSICIAN: NANCY MABE, M.D.

**MEDICATIONS:**
Aspirin, 81 mg one po q.day.
Zoloft, 100 mg po q.day.  Apparently the patient has not been taking this recently, however.
Toprol XL, 200 mg one po q.day.
Advil as needed.
Pepcid as needed.
Xanax, 0.25 mg po b.i.d. PRN anxiety.
Premarin, 1.25 mg po q.day.

**SOCIAL HISTORY:**  The patient was married this week.  She has been divorced.  She works as a pharmacy tech.  She does not smoke.  She has a good diet.  She exercises by walking.  She rarely uses alcohol.

**FAMILY HISTORY:**  Mom died at 84 of pulmonary embolus.  Dad died at age 82 of cancer.  She has two brothers who are alive at ages 60 and 65 and are in good health.

**REVIEW OF SYSTEMS:**  The patient feels tired.  She has no fever, no body aches, no chills.  She had left side chest pain and shortness of breath.  She has a history of hypertension.  She has had pain in her right hip since a fall two months ago.  She has had headaches, numbness, dizziness, and seasonal allergies.

**PHYSICAL EXAMINATION:**  Temperature 97.6, heart rate 56, respirations 12, blood pressure 114/52.  In general, the patient is alert and oriented x 3 in no acute distress, and a good historian.
**HEENT:**  Extraocular movements intact.  Pupils equal, round, reactive to light.  No oropharyngeal erythema or lesions.
**NECK:**  Supple.  No lymphadenopathy.  No jugular venous distention and no thyromegaly.
**LUNGS:**  Clear to auscultation bilaterally.  She has mild bilateral bibasilar rales.
**ABDOMEN:**  Soft, nontender, nondistended with normal active bowel sounds and no hepatosplenomegaly.
**HEART:**  Regular rate and rhythm without murmur, gallop, or rub.
**BACK:**  No CVA tenderness.
**EXTREMITIES:**  Right lower extremity calf tenderness to palpation.  No edema.  No left calf tenderness. Dorsalis pedis and posterior tibial pulses are 2+ bilaterally.
**NEUROLOGIC:**  Cranial nerves II-XII within normal limits.  Strength 5/5 bilaterally.  She has a normal gait.  Normal finger-to-nose and normal reflexes.

**X-RAY AND LABORATORY DATA:**  White blood cell count 6.0, hemoglobin 13.4, hematocrit 39, platelet count 171.  PT 11.6, INR 1.0.  D-dimer 580.  Sodium 138, potassium 3.7, chloride 107, CO2 28, BUN 16, creatinine 0.9, glucose 72.  Calcium 8.4, protein 6.2, albumin 3.1, alkaline phosphatase 86, ALT 31, AST 25, bilirubin total 0.7.  Myoglobin 27.3 and 40.5, troponin less than 0.3.  Her blood gas is pH 7.45, PCO2 39, PO2 70, and oxygen sat 95% on room air.  CAT scan shows small bilateral pleural effusions, right greater than left.  Pulmonary emboli noted in the right third order branch in the right upper lobe, questionable left pulmonary embolus.

**ASSESSMENT AND PLAN:**
1.     Pulmonary embolus, secondary to a combination of hormone replacement therapy and immobility.  Plan to change her to Lovenox for five days, start Coumadin 10 mg po now and 10 mg in the morning, and then dose according to the INR.  May be able to discharge to home on 2/24 or 2/25 depending on her breathing and whether or not the Lovenox is covered as an out-

FCI          FD

# ST. JOSEPH HOSPITAL WEST

### History and Physical

**PATIENT NAME:** SHETTLES, MABEL C        **MR#:** 000187915
**ROOM#:** 205        **SEX:** F
**ADMISSION DATE:** 02/23/2003        **DOB:** 12/22/1946
**PHYSICIAN:** NANCY MABE, M.D.

patient.  Will discontinue her Telemetry as no evidence of problems secondary to the pulmonary embolus.  She will need Lovenox and Coumadin teaching.  Consults with Social Services for this problem.

2.    Hypertension.  Toprol and Norvasc.
3.    Chest pain secondary to pulmonary embolus.  She will be given Vicodin as needed.
4.    Panic disorder.  Zoloft and Xanax have been prescribed. End of Report.


NANCY MABE, M.D.

NM:jea - 22926/22927
D:  2/24/2003 12:29 PM
T:  2/24/2003 1:35 PM

cc:

FCI      FD

# MULTIDISCIPLINARY HISTORY AND PROGRESS NOTES

| Date | Time | NOTES MUST BE SIGNED |
|------|------|----------------------|
| 7/22/03 | 1250 | Medicine H+P |

cc: chest pain, SOB

HPI: 56 y/o WF c hx HTN, panic disorder, and palpitations woke up Friday (one day OTA) c a cough and rattling c breathing. She saw Dr. [_____] in the office that afternoon and he felt she had bronchitis vs pneumonia. She was given a prescription for Biaxin [___] 500 Tbo. [___] a chroma [___] and a CXR was performed. Per our read [_____] the CXR showed [___] hilar infiltrate c pleural effusion. The patient called me yesterday at noon 2° to feeling a lot worse. She had mild chest pain Friday at the mid chest + L lower [___] chest [___] was much worse on Saturday. She also noted ↑ SOB and had sputum. She had lightheadedness on Friday which was much worse yesterday. She noted no sputum and no fever. I directed her to the ER after a [___] [___] our yesterday afternoon. There they noted an ↑ D-Dimer. The CXR did not look like pneumonia. A CT scan was done which showed a PE. She is admitted for [_____] [_____].

Patient's mother has a hx of a PE s/p hip surgery at age 84 leading to her death. The patient is on HRT but takes an aspirin a day. She did travel to Chicago on a train the day prior to having chest pain. She

*PATIENT LABEL / ADDRESSOGRAPH*

St Joseph Hosp West
SHETTLES, MABEL
[_____]
12/22/46 56Y

**SSM**
HEALTH·CARE™

**MULTIDISCIPLINARY**
**HISTORY & PROGRESS NOTES**

SLM-1000-003 (12/2002) 02 FRONT

53

# MULTIDISCIPLINARY HISTORY AND PROGRESS NOTES

| Date | Time | NOTES MUST BE SIGNED |
|------|------|---------------------|
| 9/23/03 | 1305 | medicine H & P continued |

been on a trans & lot of 8 hours per
week. only walking to the bathroom & if
pushing has noted intermittent light headedness
for a few weeks. She has also noted muscle cramps
in her legs at night × 1 month. She has noted
no leg swelling.

PMH: HTN - good control recently since starting
accupril

panic disorder - Dx 6/02 - has been on several
medicines, control better in the last 2 months

palpitations - most likely 2° panic disorder
abdominal pain & tenderness 11/03 - work up,
mesovid                                    admitted to SJHW

GERD  11/02                          6/02 for chest

Dizzyness, vision loss P.N  11/02         pain felt to be 2°
Depression 2002                           panic disorder
abnormal memory/m  C/02 - diagnostic abn  6/02
hand dermatitis                       Stress echo 6/02 (−)

PSH : hysterectomy 1996 - 2° fibroids  total
cholecystectomy  1988
foot surgery 2005
echocardiogram  6/02 - borderline mvp
allergies : compazine - dystonia
medications : ASA 81mg po qd
Zoloft  100mg po qd
Toprol XL  200mg + po qd

PATIENT LABEL / ADDRESSOGRAPH

St Joseph Hosp West
SHETTLES, MABEL C
0305300145           ERS
12/28/46 56Y          F
MABE, NANCY



**MULTIDISCIPLINARY
HISTORY & PROGRESS NOTES**

SLM-1000-003 (12/2002) 02 BACK

54

# MULTIDISCIPLINARY HISTORY AND PROGRESS NOTES

| Date | Time | NOTES MUST BE SIGNED |
|------|------|----------------------|
| 2/23/08 | 1300 | medicine *H+P* (continue) |
|  |  | Advil prn |
|  |  | Pepcid prn |
|  |  | Xanax 0.25mg po BID prn anxiety |
|  |  | Prinivil 10.25mg po QD |
|  |  | social (? married) this week |
|  |  | has been divorced |
|  |  | works as a pharmacy tech |
|  |  | ⊘ smoking , rare ETOH |
|  |  | good diet , exercises by bike |
|  |  | Fam'l : mom ↑ 84 PS , cancer |
|  |  | Dad ↓ 72 cancer |
|  |  | 2 brothers ↑ 60, 65 - good health |
|  |  | ROS: feels tired , ⊘ fever , ⊘ body ache |
|  |  | ↑ ⒧ sided chest pain , SOB |
|  |  | later |
|  |  | Pain in ⒧ hip sore , for 2 months , ex- |
|  |  | w/o numbness , tingling , allergies (seasonal) |
|  |  | PE: T's 98⁶ HR = 58 RR=12 BP = ¹¹⁴/₈₀ |
|  |  | Gen: AAO× 3 , NAD , good historian |
|  |  | HEENT: EOMI , PERL , ⊘ OJD erythema or lesions |
|  |  | Neck : supple , ⊘ LN , ⊘ JVD , ⊘ thyromegaly |
|  |  | Lungs: CTA ③ , wit ⒧ basilar rales |
|  |  | Abd : soft , NT , ND , NABS , ⊘ HSM |
|  |  | Heart : , RRR's crisp |
|  |  | Back : ⊘ spinal or CVA tenderness |

PATIENT LABEL / ADDRESSOGRAPH

## SSM
HEALTH CARE™

**MULTIDISCIPLINARY
HISTORY & PROGRESS NOTES**

SLM-1000-003 (12/2002) 02 FRONT

BY JOSEPH INGE HUGH
SETTLES, MABEL C           ED    218-1
MRN000000145           ED    2/23/08
12/28/48  57F
MALE READY

# MULTIDISCIPLINARY HISTORY AND PROGRESS NOTES

| Date | Time | NOTES MUST BE SIGNED |
|---|---|---|
| 2/22/03 | 1130 | Case Management: Referral to SSM home care made for off Lovenox benefit. They will check benefits for Lovenox. I will continue to follow for dc needs. — [signature] |

2/21/03 — Medicine

0825 — S: breathing better today. Says he has a bad HA

O: T 97.8° HR 64 RR 16 BP 155/90

Gen: A&O x 3

Heent: Eomi, PERRLA, op enlarged or [illegible]

Lungs — CTA B

Abd — soft, NT, ND, NA 35, [illegible]

Ext: mild ⊕ calf pain, ⊕ edema

Labs: PT = 11.9 INR = 1.1

6.9 | 13.1 / | 148
     | 3.1

A/P: 1) PE — continue Lovenox, continue low PO today, self Lovenox injection [illegible] covered in teaching

2) HTN — ↑ Toprol 200 mg XL

3) migraine — try Imitrex 100 mg as [illegible], may need to 2° x T

4) hip pain — ↓ [illegible]

5) DC plan — to home tomorrow if Lovenox covered as outpatient

MULTIDISCIPLINARY
HISTORY & PROGRESS NOTES

St Joseph Hosp West
SHETTLES, MABEL C        210-1
0305300145    ERS    02/23/03
12/22/1946  56Y  F   000187915
MABE, NANCY

SLM:1000-003 (12/2002) 02 FRONT

# MULTIDISCIPLINARY HISTORY AND PROGRESS NOTES

| Date | Time | NOTES MUST BE SIGNED |
| --- | --- | --- |
| [illegible] | 1315 | medicine H+P continued |
| | | Ext: R LE calf tenderness to palpation [illegible] |
| | | on L calf tenderness |
| | | PT [illegible] pulses 2+ (B) |
| | | neuro: CN II-XII [illegible], strength 5/5 (B) normal |
| | | gait, normal finger to nose, normal reflexes |
| | | Labs: 13.4 / 6.0 / 39 / 171 PT = 11.6 INR = 1.0 |
| | | D-dimer 580 |
| | | 139 / 107 / 16 / 3.7 / 20 / 0.9 / 112 Ca = 8.4 |
| | | prot = 6.2 |
| | | alb = 3.1 ALP = 86 ALT = 37 AST = 25 |
| | | Bili = 0.7 |
| | | myoglobin 27.3, 40.5 trop <0.3 |
| | | 7.45 / 39 / 70 / 95% RA |
| | | CT [illegible] (B) pleural effusion [illegible] |
| | | pulmonary emboli in (B) 3rd order branch + (R) [illegible] |
| | | [illegible] |
| | | A/P: 1) PE - [illegible] 2° to HRT + immobility - plan |
| | | to [illegible] Lovenox x 5 days - start coumadin 10mg |
| | | po now, 10mg po [illegible] [illegible] the dose according |
| | | to INR, may be able to D/C to home [illegible] |
| | | 2/25 depending on her breathing |
| | | D/C [illegible] as no evidence of problem 2° [illegible] |
| | | needs lovenox teaching + coumadin teaching |
| | | consult social services |
| | | 2) HTN - Toprol + Norvasc |
| | | 3) chest pain 2° PE - vicodin prn |
| | | 4) Panic disorder - [illegible] Xanax |

[signature]

SSM HEALTH·CARE

MULTIDISCIPLINARY HISTORY & PROGRESS NOTES

SLM-1000-003 (12/2002) 02 BACK

PATIENT LABEL / ADDRESSOGRAPH

St Joseph Hosp West I/P
SHETTLES, MABEL [illegible] 2R5 210-1
03053300145 F [illegible]
12/22/46 56Y A0001[illegible]
[illegible] NANCY

# MULTIDISCIPLINARY HISTORY AND PROGRESS NOTES

| Date | Time | NOTES MUST BE SIGNED |
|------|------|----------------------|
| 2/23/02 | 1300 | Medicine: Hx D. (Continue) |
| | | Advil prn |
| | | Pepcid prn |
| | | Xanax 0.25mg po BID prn anxiety |
| | | Premarin 1.25mg po Qd |
| | | Social: married this week |
| | | has been divorced |
| | | works as a pharmacy tech |
| | | ⊘ smoking, rare ⊘ ETOH |
| | | good diet, exercises by biking |
| | | Family: mom + 84 yo, cancer |
| | | Dad ↓ 72 cancer |
| | | 2 brothers ↑ 60, 65 - good health |
| | | ROS: feels tired, ⊘ fever, ⊘ body aches |
| | | ↓ ① sided Chest pain — SOB |
| | | LTN |
| | | Pain in ⑧ hip since Feb 2 months ago |
| | | H/A, numerous, drainers, allergies (seasonal) |
| | | PE: T 98.6  HR = 56  RR = 12  BP = 114/52 |
| | | Gen: AA0x3, NAD, good historian |
| | | HEENT: EOMI, PERRL, ⊘ O/P erythema or lesion |
| | | Neck: supple, ⊘ LN, ⊘ JVD, ⊘ thyromegaly |
| | | Lungs: CTA ③, with ① basilar rales |
| | | Abd: soft, NT, ND, NABS, ⊘ HSM |
| | | Heart: RRR, ⊘ m/r/g |
| | | Back: ⊘ spinal or CVA tenderness |

PATIENT LABEL / ADDRESSOGRAPH

St Joseph Hosp West
SHETTLES, MABEL C          ERG
00005558142                 F
12/22/40  56Y

SSM
HEALTH CARE

MULTIDISCIPLINARY
HISTORY & PROGRESS NOTES

SLM-1000-003 (12/2002) 02 FRONT

# MULTIDISCIPLINARY HISTORY AND PROGRESS NOTES

| Date | Time | NOTES MUST BE SIGNED |
|------|------|----------------------|
| 02/25/03 | HH 1300 | Home Health Referral per Lovenox therapy- Pt. as of 02/26/03 has Pharmacy benefits through employer. Spoke c̄ Pharmacist at Warrenton Pharmacy. Pt. not registered. Pt. to call Pharmacist c̄ 1836-4836 - 2818 to register. Pt. to receive SN on 02/26/03 for Lovenox instruction. Call to Dr. Mabe for Rx orders- Nancy Slenk RN |
| 2/25/13 | | |

**SSM**
H E A L T H · C A R E™

**MULTIDISCIPLINARY
HISTORY & PROGRESS NOTES**

SLM-1000-003 (12/2002) 02 FRONT

PATIENT LABEL / ADDRESSOGRAPH

St Joseph Hosp West
SHETTLES, MABEL C          I/P
0305300145   ERS   210-1
12/22/1946 56Y F   02/23/03
MABE, NANCY        000187915

# PHYSICIAN'S ORDERS

### *PLEASE PRESS FIRMLY WITH BALL POINT*

| ALLERGIES | | | |
|---|---|---|---|
| Compazine | PATIENT WEIGHT > 140 ☐ Kgs ☐ Lbs | PATIENT HEIGHT > 5'4" | DRUG MAY BE DISPENSED IN ACCORDANCE WITH THE HOSPITAL FORMULARY SYSTEM UNLESS CHECKED HERE → ☐ |

| ✓ | DATE ORDERED | TIME | ORDERS |
|---|---|---|---|
| | 4/23 | 0300 | *(illegible) IM + PO Q4° PRN* |
| | *scanned* | | *(illegible) Dr. Mabel Martinez* |
| | 4/23/03 | 0645 | *stop heparin x 1 hour then* |
| | | | *resume at 17ml/h (800u/h)* |
| | | | *check PTT at 1315, adjust heparin* |
| | | | *per protocol* |
| | | | *(illegible) Dr. Mabel Martinez* |
| | 2/23/03 | | *DLC Premarin* |
| | | 1325 | *Toprol XL 100 mg po QD* ✓ |
| | | | *Toprol XL 200mg po 2x (illegible)* |
| | | | *Norvasc 2.5mg po QD* ✓ |
| | | | *Xanax 0.25mg po x 8° prn(?) everyday* ✓ |
| | | | *ranitidine 150mg po QD* ✓ |
| | | | *Coumadin 10mg po now* ✓ |
| | | | *Coumadin 10mg po 2/24 at normal dosing* ✓ |
| | | | *time* |
| | | | *Lovenox 60mg SQ q 12°* ✓ |
| | | | *Stop heparin 30 minutes after 1st dose of* |
| | | | *lovenox - may also stop entire heparin protocol(?)* |
| | #21 | | *DLC telemetry* |
| | #18 | | *may be up ad lib starting out overnight* |
| | #20 | | *Consult social services regarding coverage for* |
| | | | *home Lovenox* |
| | | | *Continue O2 2L NC prn* |
| | #19 | | *INR, PT, CBC am 2/24/03* |

SSM HEALTH CARE

*(signature) Robert Schwartz(?)*

**PHYSICIAN'S ORDERS**

ADDRESSOGRAPH/LABEL

```
St Joseph Hosp West
SHETTLES, MABEL C
0305300145
12/22/46  56Y  ERS    I/P
MABE, NANCY      F    210-1
                      02/23/03
                     A000187915
```

# PHYSICIAN'S ORDERS

### PLEASE PRESS FIRMLY WITH BALL POINT

| ALLERGIES | | | PATIENT WEIGHT > ___ ☐ Kgs ☐ Lbs | DRUG MAY BE DISPENSED IN ACCORDANCE WITH THE HOSPITAL FORMULARY SYSTEM UNLESS CHECKED HERE → | ☐ |
| | | | PATIENT HEIGHT > ___ | | |

| ✔ | DATE ORDERED | TIME | ORDERS |
|---|---|---|---|
| | | | APPROVAL 9-96. ORAL AND INJECTABLE H2-ANTAGONISTS (RANITIDINE / NIZATIDINE AND CIMETIDINE) WILL BE SUBSTITUTED WITH FAMOTIDINE (PEPCID). |
| | | | THERAPEUTIC INTERCHANGE: |
| | | | ZANTAC 50MG IVQ8-12H=PEPCID 20MG IV BID |
| | | | ZANTAC 150MG PO QD = PEPCID 20MG PO QD |
| | | | ZANTAC 150MG PO BID= PEPCID 20 MG BID |
| | | | AXID  150MG PO QD = PEPCID 20 MG QD |
| | | | AXID  150MG PO BID= PEPCID 20MG BID |
| | | | CIMETIDINE < 800MG/DAY= PEPCID 20MG QD |
| | | | CIMETIDINE >/= 800MG/DAY=PEPCID 20MG BID |
| | | | PATIENT NAME: |
| | | | PHARMACIST: C.Kurzeborn, RPh  DATE: 2-23-03 |
| | | | Shettles, Mabel 205 |
| | | | AS PER PHARMACY & THERAPEUTICS COMMITTEE |
| | 2/23/03 | | Zofran 4mg IV q6° prn vomiting ✓ |
| | | Scratched | Tigan 250mg po q6 prn |
| | | | Neosporin ointment to nose prn |
| | 2/23 | | ® hip X-Ray |
| | | | TO Dr. Mabel / K Sgro |
| | | | K Sgro RN 1800 |
| | | 5D35 | Vioxx 25 mg PO q 24° PRN HA |
| | | | TO Dr. Mabel / K Sgro RN |

ADDRESSOGRAPH/LABEL

## PHYSICIAN'S ORDERS

SLM-1000-031 (7/2001)

St Joseph Hosp West
SHETTLES, MABEL C          I/P
0305300145      ERS    210-1
12/22/46 56Y    F     02/23/03
MABE, NANCY          A000187915

# PHYSICIAN'S ORDERS

### PLEASE PRESS FIRMLY WITH BALL POINT



| ALLERGIES | | | PATIENT WEIGHT > _____ ☐ Kgs ☐ Lbs | DRUG MAY BE DISPENSED IN ACCORDANCE WITH THE HOSPITAL FORMULARY SYSTEM UNLESS CHECKED HERE → ☐ |
|---|---|---|---|---|
| | | | PATIENT HEIGHT > _____ | |

| ✓ | DATE ORDERED | TIME | ORDERS |
|---|---|---|---|
| | 2/24/03 | 12 | D/C O₂ |
| | | | Please check pulse ox on room air - if < 92% call MD |
| | | | Imitrex 100mg po prn HA may repeat in 2 hours for continued pain, maximum 2 in 24 hours |
| | | | PT / INR am 2/25/03 |
| | | | ↑ Toprol XL to 200mg PO QD |
| | | | |
| | 2/24 | 1243 | coumadin 7.5 mg po today |
| | | | Have home care see patient to arrange VNA tomorrow |
| | | | Have patient give herself her own lovenox shot prior to discharge ~ 1900 |

# PHYSICIAN'S ORDERS

### PLEASE PRESS FIRMLY WITH BALL POINT

| ALLERGIES | | PATIENT WEIGHT > _____ ☐ Kgs ☐ Lbs   PATIENT HEIGHT > _____ | DRUG MAY BE DISPENSED IN ACCORDANCE WITH THE HOSPITAL FORMULARY SYSTEM UNLESS CHECKED HERE → ☐ |
|---|---|---|---|

| ✔ | DATE ORDERED | TIME | ORDERS |
|---|---|---|---|
| | 2/25/03 | 1500 | Home Health to draw PT/INR in AM |
| | | | Call Dr Mabe for Coumadin dosing. |
| | | | T.O. Dr Mabe / _____ |

ADDRESSOGRAPH/LABEL

St Joseph Hosp West
SHETTLES, MABEL C          I/
0305300145     ERS    210-1
12/22/1946  56Y F    02/23/03
MABE, NANCY          0001B791

SSM
H E A L T H · C A R E™

## PHYSICIAN'S ORDERS

SLM-1000-031 (7/2001)

St Joseph Hosp West
SHETTLES, MABEL C          I/P
0305300145        ERS    210-1
12/22/46 56Y       F     02/23/03
MABE, NANCY              A000187915



**SSM** HEALTH CARE  *St. Joseph Health Center*
*St. Joseph Hospital West*

## PHYSICIAN DISCHARGE ORDERS

*DRAW A LINE THROUGH UNUSED SQUARES TO VOID*

| Rx | Rx |
|---|---|
| lovenox  60mg  prefilled<br>Vials<br># 4 (four)<br>+ shot 2q B2D | Viox  12.5mg<br># 30 (thirty)<br>+ po 2 |
| SUBSTITUTION PERMITTED   DISPENSE AS WRITTEN<br>Refill 0 - 1 - 2 - 3 | SUBSTITUTION PERMITTED   DISPENSE AS WRITTEN<br>Refill 0 - 1 - 2 - 3 |
| Imtrex  100mg  tablets<br>#9 (nine)<br>+ po 1 HA, may repeat in 2 hrs<br>for continued pain, maximum 2 in 24 | Coumadin  2.5mg<br># 60 (sixty)<br>take as directed |
| SUBSTITUTION PERMITTED   DISPENSE AS WRITTEN<br>Refill 0 - 1 - 2 - 3 | SUBSTITUTION PERMITTED   DISPENSE AS WRITTEN<br>Refill 0 - 1 - 2 - 3 |

D.E.A. # BM3735762

ADDRESS  600 medical  Dr.  St 4c  106, Lewisville, mo  63385     DATE 2/25/03

Order to Discharge Patient: ☒

ACTIVITY –  no activities  which could  result in injury

DIET –  Coumadin diet

FOLLOW UP VISIT TO PHYSICIAN – DR. Wingate                PHONE # (636) 327-1250

_____ DAYS  1 WEEKS  _____ MONTHS

SPECIAL INSTRUCTIONS – electric razor, home care coming to hors.
no Estrogen – resume pre-hospital medications except no
Aspirin, Pronium, Ibuprofen, or cleve

MEDICATIONS – (Please include Dosage and Frequency)

Coumadin 2.5mg tablets – dose per Dr. instructions

Toprox XL 200mg by mouth each morning          Imtrex as needed

Vioxx 12.5mg once a day for hip pain          for headache

PHYSICIAN SIGNATURE _____          DATE 2/24/03

I, the undersigned, read and understand these instructions.

SIGNATURE OF PATIENT OR FAMILY          2/25/03   DATE

SJM-1000-001 (10/2001)

**PHYSICIAN DISCHARGE ORDERS**

64

St. Joseph Hospital West
100 Medical Plaza  Lake St Louis, MO  63367
Mon Feb 24, 2003 04:12 pm
Cumulative Trend Report from 02/22/03 1955 to 02/24/03 0515

Patient Name:       SHETTLES,.',MABEL C              HEMATOLOGY-Page 1
Med Rec #:          000187915                        Adm: 02/23/03
Location:           2E 205 1
Phys-Service:       MABE,NANCY - EMERGENCY
Acct #:             A0305300145
903635 915983

### H&H/PLT

| RESULTS:<br>UNITS:<br>LOW:<br>HIGH: | Hemoglobin<br>gm/dl<br>12.0<br>15.5 | Hematocrit<br>%<br>35.8<br>43 | Platelet<br>X(10)3<br>152<br>384 |
|---|---|---|---|
| 02/22/03 1958 | 13.4 | 39.0 | 171 |
| 02/23/03 0450 | 12.8 | 37.4 | 154 |
| 02/24/03 0515 | 13.1 | 37.9 | 168 |

### RBC

| RESULTS:<br>UNITS:<br>LOW:<br>HIGH: | RBC<br>M/CUMM<br>3.80<br>5.30 | MCV<br>fl<br>78<br>99 | MCH<br>pg<br>27.1<br>33.1 | MCHC<br>gm/dl<br>33.1<br>35.3 | RDW<br>%<br>11.5<br>14.5 |
|---|---|---|---|---|---|
| 02/22/03 1958 | 4.19 | 93.1 | 32.0 | 34.4 | 12.8 |
| 02/23/03 0450 | 4.00 | 93.5 | 32.0 | 34.2 | 12.9 |
| 02/24/03 0515 | 4.05 | 93.6 | 32.3 | 34.6 | 13.0 |

### WBC

| RESULTS:<br>UNITS:<br>LOW:<br>HIGH: | WBC<br>1000/mm3<br>4.0<br>11.0 | Corr WBC<br>1000/mm3<br>4.0<br>11.0 | Gran<br>%<br>45<br>73 | Lymph<br>%<br>15<br>42 | Mono<br>%<br>4<br>12 | Eos<br>%<br><5 | Baso<br>%<br>0<br>2 |
|---|---|---|---|---|---|---|---|
| 2/03 1958 | 6.0 | | 56.4 | 33.6 | 7.4 | 2.3 | 0.3 |
| 02/23/03 0450 | 6.2 | | 51.9 | 35.1 | 7.8 | 4.7 | 0.5 |
| 02/24/03 0515 | 4.9 | | 51.0 | 35.2 | 6.7 | 6.7  H | 0.4 |

J Lombardo MD

Cumulative Trend Report

SHETTLES,.',MABEL C
000187915
2E 205 1
(F-12/22/46)
Dr. MABE,NANCY

```
                    St. Joseph Hospital West
           100 Medical Plaza  Lake St Louis, MO  63367
                    Mon Feb 24, 2003 04:12 pm
           Cumulative Trend Report from 02/22/03 1955 to 02/24/03 0515
Patient Name:     SHETTLES,.',MABEL C          COAGULATION-Page 2
M. Rec #:         000187915                     Adm: 02/23/03
Location:         2E 205 1
Phys-Service:     MABE,NANCY - EMERGENCY
Acct #:           A0305300145
903635 915983
```

### Protime

| RESULTS:      | PT           | INR               | Coumadin Dose |
|---------------|--------------|-------------------|---------------|
| UNITS:        | seconds      |                   |               |
| LOW:          | 9.8          | 2-3 Therapeutic   |               |
| HIGH:         | 12.3         | 2.5-3.5 High Risk |               |
| 02/22/03 1958 | 11.4         | 1.0               | Unknown       |
| 02/23/03 0450 | 13.3       H | 1.2               | none          |
| 02/24/03 0515 | 11.8         | 1.1               | 2/23 1800 10mg |

### PTT

| RESULTS:      | PTT              | Heparin Bolus Info | Heparin Infusion Info |
|---------------|------------------|--------------------|-----------------------|
| UNITS:        | seconds          |                    |                       |
| LOW:          | 20.1-29.3 Normal |                    |                       |
| HIGH:         | 40-65 Therapeutic |                   |                       |
| 02/22/03 1958 | 27.8             | Unknown            | Unknown               |
| 02/23/03 0450 | >200.0        HP | 2/23 0000 5000u    | 2/23 0000 1100u       |

### Coag Split Products

| RESULTS:      | D-Dimer    | FDP     |
|---------------|------------|---------|
| UNITS:        | ng/ml      | mcg/ml  |
| LOW:          | 45         |         |
| HIGH:         | 425        |         |
| 02/22/03 1958 | 580      H |         |

```
                                        SHETTLES,.',MABEL C
                                        000187915
J Lombardo MD                           2E 205 1
                                        (F-12/22/46)
Cumulative Trend Report                 Dr. MABE,NANCY
```

St. Joseph Hospital West
100 Medical Plaza  Lake St Louis, MO  63367
Mon Feb 24, 2003 04:12 pm
Cumulative Trend Report from 02/22/03 1955 to 02/24/03 0515

Patient Name:       SHETTLES,.',MABEL C              CHEMISTRY-Page 3
M Rec #:          000187915                        Adm: 02/23/03
Location:           2E 205 1
Phys-Service:       MABE,NANCY - EMERGENCY
Acct #:             A0305300145
903635 915983

### Chemistry Profile

| RESULTS: | Glucose | BUN | Creat | Na | K+ | Cl | CO2 | AnionGap |
|---|---|---|---|---|---|---|---|---|
| UNITS: | mg/dl | mg/dl | mg/dl | mEq/L | mEq/L | mEq/L | mEq/L | |
| LOW: | 65 | 7 | 0.5 | 137 | 3.6 | 98 | 22 | |
| HIGH: | 105 | 18 | 1.2 | 145 | 5.0 | 107 | 31 | |
| 02/22/03 1958 | 72. | 16. | .9 | 138. | 3.7 | 107. | 28. | 4. |

### Chemistry Profile A

| RESULTS: | Calcium | Phos | Mg ++ | Uric Acd | Tot Prot | Albumin | BUN/Creat |
|---|---|---|---|---|---|---|---|
| UNITS: | mg/dl | mg/dl | mEq/L | mg/dl | gm/dl | gm/dl | RATIO |
| LOW: | 8.4 | 2.4 | 1.4 | 2.5 | 6.3 | 3.9 | |
| HIGH: | 10.2 | 4.4 | 1.8 | 7.5 | 8.2 | 5.0 | |
| 02/22/03 1958 | 8.4 | | | | 6.2  L | 3.1  L | 18.1 |

### Liver Enzymes

| RESULTS: | Alk Phos | ALT/SGPT | AST/SGOT | Gamma GT | LDH |
|---|---|---|---|---|---|
| UNITS: | U/L | U/L | U/L | U/L | U/L |
| LOW: | 38 | 7 | 8 | 8 | 306 |
| HIGH: | 126 | 56 | 78 | 78 | 628 |
| 02/22/03 1958 | 86. | 31. | 25. | | |

### Bilirubin

| RESULTS: | Total Bilirubin | Direct Bilirubin |
|---|---|---|
| UNITS: | mg/dl | mg/dl |
| LOW: | 0.2 | 0.0 |
| HIGH: | 1.3 | 0.6 |
| 02/22/03 1958 | .7 | |

J Lombardo MD

Cumulative Trend Report

SHETTLES,.',MABEL C
000187915
2E 205 1
(F-12/22/46)
Dr. MABE,NANCY

67

```
                      St. Joseph Hospital West
                100 Medical Plaza  Lake St Louis, MO  63367
                      Mon Feb 24, 2003 04:12 pm
           Cumulative Trend Report from 02/22/03 1955 to 02/24/03 0515
Patient Name:     SHETTLES,.',MABEL C              CHEMISTRY-Page 4
N   Rec #:        000187915                        Adm: 02/23/03
Location:         2E 205 1
Phys-Service:     MABE,NANCY - EMERGENCY
Acct #:           A0305300145
903635 915983
```



### RO MI PROTOCOL

| RESULTS:<br>UNITS:<br>LOW:<br>HIGH: | Myoglobin<br>ng/mL<br><br>> 75 | Troponin ng/ml<br><0.5 Normal<br>0.6-1.9 Indetermine<br>= > 2.0 Abnormal | R/O MI Comments |
|---|---|---|---|
| 02/22/03 1958 | 27.3 | <0.3 | # |
| 02/22/03 2241 | 40.5 | | Myoglobin Phase comp^ |

```
- - - - - - - - - - - - - - - - Specific Comments - - - - - - - - - - - - -
02/22/03 1958|R/O MI PROFILE-R/O MI Comments: Protocol Myoglobin Phase started.
-----------------------------------------------------------------------
```

```
J Lombardo MD

Cumulative Trend Report
```

```
SHETTLES,.',MABEL C
000187915
2E 205 1
(F-12/22/46)
Dr. MABE,NANCY
```

St. Joseph Hospital West
100 Medical Plaza  Lake St Louis, MO  63367
Mon Feb 24, 2003 04:12 pm
Cumulative Trend Report from 02/22/03 1955 to 02/24/03 0515

Patient Name:      SHETTLES,.',MABEL C                BLOOD GASES-Page 5
M. Rec #:          000187915                          Adm: 02/23/03
Location:          2E 205 1
Phys-Service:      MABE,NANCY - EMERGENCY
Acct #:            A0305300145
903635 915983

### Arterial Blood Gases

| RESULTS:<br>UNITS:<br>LOW:<br>HIGH: | pH<br>pH Units<br>7.35<br>7.45 | PCO2<br>mm Hg<br>37<br>43 | PO2<br>mm Hg | FI O2<br>% | O2 Sat<br>%<br>90<br>100 | HCO3<br>mmol/L<br>23<br>25 | Base Exc<br>mmol/L |
|---|---|---|---|---|---|---|---|
| 02/22/03 1955 | 7.45 | 39 | 70 | -- | 95% | 27  H | 2.5  H |

### Co-Oximetry

| RESULTS:<br>UNITS:<br>LOW:<br>HIGH: | Hgb<br>gm/dl<br>12.3<br>14.7 | O2 Cont<br>%<br>17<br>20 | O2 Cont<br>%<br>10<br>15 | COHgB<br>%<br>0<br>2.5 | MetHgb<br>%<br>0<br>2.0 | O2 Satur<br>% |
|---|---|---|---|---|---|---|
| 02/22/03 1955 | 13.0 | 17.4 | | 1.0 | 0.5 | |

### Respiratory Parameters 3.

| RESULT:<br>UNITS:<br>LO - HI: | Room Air | MMV | Pressure Ctrl | Comments |
|---|---|---|---|---|
| 02/22/03 1955 | yes | | | |

End of Report

J Lombardo MD

Cumulative Trend Report

SHETTLES,.',MABEL C
000187915
2E 205 1
(F-12/22/46)
Dr. MABE,NANCY

```
                    St. Joseph Hospital West
              100 Medical Plaza  Lake St Louis, MO  63367
                       Wed Feb 26, 2003 07:43 am
        Discharge Cumulative Trend Report from 02/22/03 1955 to 02/25/03 0540
Patient Name:        SHETTLES,.',MABEL C                HEMATOLOGY-Page 1
   Rec #:            000187915                          Adm: 02/23/03
Dis Date             02/25/03
Phys-Service:        MABE,NANCY - EMERGENCY
903635 915983
*******************************************************************************
```

### H&H/PLT

| RESULTS: | Hemoglobin | Hematocrit | Platelet |
|---|---|---|---|
| UNITS: | gm/dl | % | X(10)3 |
| LOW: | 12.0 | 35.8 | 152 |
| HIGH: | 15.5 | 43 | 384 |
| 02/22/03 1958 | 13.4 | 39.0 | 171 |
| 02/23/03 0450 | 12.8 | 37.4 | 154 |
| 02/24/03 0515 | 13.1 | 37.9 | 168 |
| 02/25/03 0540 | 13.2 | 38.5 | 158 |



### RBC

| RESULTS: | RBC | MCV | MCH | MCHC | RDW |
|---|---|---|---|---|---|
| UNITS: | M/CUMM | fl | pg | gm/dl | % |
| LOW: | 3.80 | 78 | 27.1 | 33.1 | 11.5 |
| HIGH: | 5.30 | 99 | 33.1 | 35.3 | 14.5 |
| 02/22/03 1958 | 4.19 | 93.1 | 32.0 | 34.4 | 12.8 |
| 02/23/03 0450 | 4.00 | 93.5 | 32.0 | 34.2 | 12.9 |
| 02/24/03 0515 | 4.05 | 93.6 | 32.3 | 34.6 | 13.0 |
| 02/25/03 0540 | 4.14 | 93.0 | 31.9 | 34.3 | 12.8 |

### WBC

| RESULTS: | WBC | Corr WBC | Gran | Lymph | Mono | Eos | Baso |
|---|---|---|---|---|---|---|---|
| UNITS: | 1000/mm3 | 1000/mm3 | % | % | % | % | % |
| LOW: | 4.0 | 4.0 | 45 | 15 | 4 | <5 | 0 |
| HIGH: | 11.0 | 11.0 | 73 | 42 | 12 |  | 2 |
| 02/22/03 1958 | 6.0 |  | 56.4 | 33.6 | 7.4 | 2.3 | 0.3 |
| 02/23/03 0450 | 6.2 |  | 51.9 | 35.1 | 7.8 | 4.7 | 0.5 |
| 02/24/03 0515 | 4.9 |  | 51.0 | 35.2 | 6.7 | 6.7  H | 0.4 |
| 02/25/03 0540 | 4.9 |  | 48.0 | 40.0 | 7.9 | 3.9 | 0.2 |

```
                                        SHETTLES,.',MABEL C
                                        000187915
J Lombardo MD
** DO NOT DISCARD **                    (F-12/22/46)
Discharge Cumulative Trend Report       Dr. MABE,NANCY
```

```
                         St. Joseph Hospital West
                     100 Medical Plaza  Lake St Louis, MO  63367
                           Wed Feb 26, 2003 07:43 am
            Discharge Cumulative Trend Report from 02/22/03 1955 to 02/25/03 0540
Patient Name:      SHETTLES,.',MABEL C               COAGULATION-Page 2
   Rec #:          000187915                         Adm: 02/23/03
Dis Date           02/25/03
Phys-Service:      MABE,NANCY - EMERGENCY
903635 915983
*******************************************************************************
```

### Protime

| RESULTS: | PT | | INR | | Coumadin Dose |
|---|---|---|---|---|---|
| UNITS: | seconds | | | | |
| LOW: | 9.8 | | 2-3 Therapeutic | | |
| HIGH: | 12.3 | | 2.5-3.5 High Risk | | |
| 02/22/03 1958 | 11.4 | | 1.0 | | Unknown |
| 02/23/03 0450 | 13.3 | H | 1.2 | | none |
| 02/24/03 0515 | 11.8 | | 1.1 | | 2/23 1800 10mg |
| 02/25/03 0540 | 17.2 | H | 1.5 | H | Unknown |



### PTT

| RESULTS: | PTT | | Heparin Bolus Info | Heparin Infusion Info |
|---|---|---|---|---|
| UNITS: | seconds | | | |
| LOW: | 20.1-29.3  Normal | | | |
| HIGH: | 40-65 Therapeutic | | | |
| 02/22/03 1958 | 27.8 | | Unknown | Unknown |
| 02/23/03 0450 | >200.0 | HP | 2/23 0000 5000u | 2/23 0000 1100u |

### Coag Split Products

| RESULTS: | D-Dimer | | FDP |
|---|---|---|---|
| UNITS: | ng/ml | | mcg/ml |
| LOW: | 45 | | |
| HIGH: | 425 | | |
| 2/03 1958 | 580 | H | |

```
                                        SHETTLES,.',MABEL C
                                        000187915
J Lombardo MD
** DO NOT DISCARD **                    (F-12/22/46)
Discharge Cumulative Trend Report       Dr. MABE,NANCY
```

71

```
                     St. Joseph Hospital West
              100 Medical Plaza  Lake St Louis, MO  63367
                     Wed Feb 26, 2003 07:43 am
       Discharge Cumulative Trend Report from 02/22/03 1955 to 02/25/03 0540
F'''ent Name:     SHETTLES,.',MABEL C              CHEMISTRY-Page 3
K  Rec #:         000187915                        Adm: 02/23/03
Dis Date          02/25/03
Phys-Service:     MABE,NANCY - EMERGENCY
903635 915983
***********************************************************************
```

### Chemistry Profile

| RESULTS: | Glucose | BUN | Creat | Na | K+ | Cl | CO2 | AnionGap |
|---|---|---|---|---|---|---|---|---|
| UNITS: | mg/dl | mg/dl | mg/dl | mEq/L | mEq/L | mEq/L | mEq/L | |
| LOW: | 65 | 7 | 0.5 | 137 | 3.6 | 98 | 22 | |
| HIGH: | 105 | 18 | 1.2 | 145 | 5.0 | 107 | 31 | |
| 02/22/03 1958 | 72. | 16. | .9 | 138. | 3.7 | 107. | 28. | 4. |

### Chemistry Profile A

| RESULTS: | Calcium | Phos | Mg ++ | Uric Acd | Tot Prot | Albumin | BUN/Creat |
|---|---|---|---|---|---|---|---|
| UNITS: | mg/dl | mg/dl | mEq/L | mg/dl | gm/dl | gm/dl | RATIO |
| LOW: | 8.4 | 2.4 | 1.4 | 2.5 | 6.3 | 3.9 | |
| HIGH: | 10.2 | 4.4 | 1.8 | 7.5 | 8.2 | 5.0 | |
| 02/22/03 1958 | 8.4 | | | | 6.2 L | 3.1 L | 18.1 |

### Liver Enzymes

| RESULTS: | Alk Phos | ALT/SGPT | AST/SGOT | Gamma GT | LDH |
|---|---|---|---|---|---|
| UNITS: | U/L | U/L | U/L | U/L | U/L |
| LOW: | 38 | 7 | 8 | 8 | 306 |
| HIGH: | 126 | 56 | 78 | 78 | 628 |
| 02/22/03 1958 | 86. | 31. | 25. | | |

### Bilirubin

| RESULTS: | Total Bilirubin | Direct Bilirubin |
|---|---|---|
| UNITS: | mg/dl | mg/dl |
| LOW: | 0.2 | 0.0 |
| HIGH: | 1.3 | 0.6 |
| 02/22/03 1958 | .7 | |

```
                                        SHETTLES,.',MABEL C
                                        000187915
J Lombardo MD
** DO NOT DISCARD **                    (F-12/22/46)
Discharge Cumulative Trend Report      Dr. MABE,NANCY
```

```
                    St. Joseph Hospital West
            100 Medical Plaza  Lake St Louis, MO  63367
                      Wed Feb 26, 2003 07:43 am
        Discharge Cumulative Trend Report from 02/22/03 1955 to 02/25/03 0540
P    ent Name:      SHETTLES,.',MABEL C           CHEMISTRY-Page 4
     Rec #:         000187915                     Adm: 02/23/03
Dis Date            02/25/03
Phys-Service:       MABE,NANCY - EMERGENCY
903635 915983
*****************************************************************************
```

RO MI PROTOCOL

| RESULTS:<br>UNITS:<br>LOW:<br>HIGH: | Myoglobin<br>ng/mL<br><br>> 75 | Troponin ng/ml<br><0.5 Normal<br>0.6-1.9 Indetermine<br>= > 2.0 Abnormal | R/O MI Comments |
|---|---|---|---|
| 02/22/03 1958 | 27.3 | <0.3 | # |
| 02/22/03 2241 | 40.5 | | Myoglobin Phase comp^ |

```
- - - - - - - - - - - - - Specific Comments - - - - - - - - - - - - - - -
02/22/03 1958|R/O MI PROFILE-R/O MI Comments: Protocol Myoglobin Phase started.
-----------------------------------------------------------------------------
```



J Lombardo MD
** DO NOT DISCARD **
Discharge Cumulative Trend Report

```
                              SHETTLES,.',MABEL C
                              000187915

                              (F-12/22/46)
                              Dr. MABE,NANCY
```

```
                    St. Joseph Hospital West
                100 Medical Plaza  Lake St Louis, MO  63367
                        Wed Feb 26, 2003 07:43 am
            Discharge Cumulative Trend Report from 02/22/03 1955 to 02/25/03 0540
    ent Name:      SHETTLES,.',MABEL C              BLOOD GASES-Page 5
      Rec #:       000187915                        Adm: 02/23/03
Dis Date           02/25/03
Phys-Service:      MABE,NANCY - EMERGENCY
903635 915983
************************************************************************
```

### Arterial Blood Gases

| RESULTS: | pH | PCO2 | PO2 | FI O2 | O2 Sat | HCO3 | Base Exc |
|---|---|---|---|---|---|---|---|
| UNITS: | pH Units | mm Hg | mm Hg | % | % | mmol/L | mmol/L |
| LOW: | 7.35 | 37 | | | 90 | 23 | |
| HIGH: | 7.45 | 43 | | | 100 | 25 | |
| 02/22/03 1955 | 7.45 | 39 | 70 | -- | 95% | 27  H | 2.5  H |

### Co-Oximetry

| RESULTS: | Hgb | O2 Cont | O2 Cont | COHgB | MetHgb | O2 Satur |
|---|---|---|---|---|---|---|
| UNITS: | gm/dl | % | % | % | % | % |
| LOW: | 12.3 | 17 | 10 | 0 | 0 | |
| HIGH: | 14.7 | 20 | 15 | 2.5 | 2.0 | |
| 02/22/03 1955 | 13.0 | 17.4 | | 1.0 | 0.5 | |

### Respiratory Parameters 3.

| RESULT: | Room Air | MMV | Pressure Ctrl | Comments |
|---|---|---|---|---|
| UNITS: | | | | |
| LO - HI: | | | | |
| 02/22/03 1955 | yes | | | |

```
                    End of Report
```

J Lombardo MD
** DO NOT DISCARD **
Discharge Cumulative Trend Report

SHETTLES,.',MABEL C
000187915

(F-12/22/46)
Dr. MABE,NANCY

74

St. Joseph Hospital West
100 Medical Plaza  Lake St Louis, MO  63367
Tue Feb 25, 2003 07:43 pm
Cumulative Trend Report from 02/22/03 1955 to 02/25/03 0540

Patient Name:      SHETTLES,.',MABEL C              HEMATOLOGY-Page 1
  Rec #:         000187915                        Adm: 02/23/03
Location:        2E 205 1
Phys-Service:    MABE,NANCY - EMERGENCY
Acct #:          A0305300145
903635 915983

### H&H/PLT

| RESULTS: | Hemoglobin | Hematocrit | Platelet |
|---|---|---|---|
| UNITS: | gm/dl | % | X(10)3 |
| LOW: | 12.0 | 35.8 | 152 |
| HIGH: | 15.5 | 43 | 384 |
| 02/22/03 1958 | 13.4 | 39.0 | 171 |
| 02/23/03 0450 | 12.8 | 37.4 | 154 |
| 02/24/03 0515 | 13.1 | 37.9 | 168 |
| 02/25/03 0540 | 13.2 | 38.5 | 158 |

### RBC

| RESULTS: | RBC | MCV | MCH | MCHC | RDW |
|---|---|---|---|---|---|
| UNITS: | M/CUMM | fl | pg | gm/dl | % |
| LOW: | 3.80 | 78 | 27.1 | 33.1 | 11.5 |
| HIGH: | 5.30 | 99 | 33.1 | 35.3 | 14.5 |
| 02/22/03 1958 | 4.19 | 93.1 | 32.0 | 34.4 | 12.8 |
| 02/23/03 0450 | 4.00 | 93.5 | 32.0 | 34.2 | 12.9 |
| 4/03 0515 | 4.05 | 93.6 | 32.3 | 34.6 | 13.0 |
| 02/25/03 0540 | 4.14 | 93.0 | 31.9 | 34.3 | 12.8 |

### WBC

| RESULTS: | WBC | Corr WBC | Gran | Lymph | Mono | Eos | Baso |
|---|---|---|---|---|---|---|---|
| UNITS: | 1000/mm3 | 1000/mm3 | % | % | % | % | % |
| LOW: | 4.0 | 4.0 | 45 | 15 | 4 | <5 | 0 |
| | 11.0 | 11.0 | 73 | 42 | 12 | | 2 |
| 02/22/03 1958 | 6.0 | | 56.4 | 33.6 | 7.4 | 2.3 | 0.3 |
| 02/23/03 0450 | 6.2 | | 51.9 | 35.1 | 7.8 | 4.7 | 0.5 |
| 02/24/03 0515 | 4.9 | | 51.0 | 35.2 | 6.7 | 6.7  H | 0.4 |
| 02/25/03 0540 | 4.9 | | 48.0 | 40.0 | 7.9 | 3.9 | 0.2 |

J Lombardo MD

Cumulative Trend Report

SHETTLES,.',MABEL C
000187915
2E 205 1
(F-12/22/46)
Dr. MABE,NANCY

```
                    St. Joseph Hospital West
               100 Medical Plaza  Lake St Louis, MO  63367
                      Tue Feb 25, 2003 07:43 pm
            Cumulative Trend Report from 02/22/03 1955 to 02/25/03 0540
Patient Name:       SHETTLES,.',MABEL C          COAGULATION-Page 2
  Rec #:            000187915                     Adm: 02/23/03
Location:           2E 205 1
Phys-Service:       MABE,NANCY - EMERGENCY
Acct #:             A0305300145
903635 915983
```

### Protime

| RESULTS: | PT | | INR | | Coumadin Dose |
|---|---|---|---|---|---|
| UNITS: | seconds | | | | |
| LOW: | 9.8 | | 2-3 Therapeutic | | |
| HIGH: | 12.3 | | 2.5-3.5 High Risk | | |
| 02/22/03 1958 | 11.4 | | 1.0 | | Unknown |
| 02/23/03 0450 | 13.3 | H | 1.2 | | none |
| 02/24/03 0515 | 11.8 | | 1.1 | | 2/23 1800 10mg |
| 02/25/03 0540 | 17.2 | H | 1.5 | H | Unknown |



### PTT

| RESULTS: | PTT | | Heparin Bolus Info | Heparin Infusion Info |
|---|---|---|---|---|
| UNITS: | seconds | | | |
| LOW: | 20.1-29.3  Normal | | | |
| HIGH: | 40-65 Therapeutic | | | |
| 02/22/03 1958 | 27.8 | | Unknown | Unknown |
| 02/23/03 0450 | >200.0 | HP | 2/23 0000 5000u | 2/23 0000 1100u |

### Coag Split Products

| RESULTS: | D-Dimer | | FDP |
|---|---|---|---|
| UNITS: | ng/ml | | mcg/ml |
| LOW: | 45 | | |
| HIGH: | 425 | | |
| 2/03 1958 | 580 | H | |

```
J Lombardo MD                        SHETTLES,.',MABEL C
                                     000187915
                                     2E 205 1
Cumulative Trend Report              (F-12/22/46)
                                     Dr. MABE,NANCY
```

St. Joseph Hospital West
100 Medical Plaza  Lake St Louis, MO  63367
Tue Feb 25, 2003 07:43 pm
Cumulative Trend Report from 02/22/03 1955 to 02/25/03 0540

```
Patient Name:      SHETTLES,.',MABEL C              CHEMISTRY-Page 3
   Rec #:          000187915                        Adm: 02/23/03
Location:          2E 205 1
Phys-Service:      MABE,NANCY - EMERGENCY
Acct #:            A0305300145
903635 915983
```

### Chemistry Profile

| RESULTS: | Glucose | BUN | Creat | Na | K+ | Cl | CO2 | AnionGap |
|---|---|---|---|---|---|---|---|---|
| UNITS: | mg/dl | mg/dl | mg/dl | mEq/L | mEq/L | mEq/L | mEq/L | |
| LOW: | 65 | 7 | 0.5 | 137 | 3.6 | 98 | 22 | |
| HIGH: | 105 | 18 | 1.2 | 145 | 5.0 | 107 | 31 | |
| 02/22/03 1958 | 72. | 16. | .9 | 138. | 3.7 | 107. | 28. | 4. |

### Chemistry Profile A

| RESULTS: | Calcium | Phos | Mg ++ | Uric Acd | Tot Prot | Albumin | BUN/Creat |
|---|---|---|---|---|---|---|---|
| UNITS: | mg/dl | mg/dl | mEq/L | mg/dl | gm/dl | gm/dl | RATIO |
| LOW: | 8.4 | 2.4 | 1.4 | 2.5 | 6.3 | 3.9 | |
| HIGH: | 10.2 | 4.4 | 1.8 | 7.5 | 8.2 | 5.0 | |
| 02/22/03 1958 | 8.4 | | | | 6.2  L | 3.1  L | 18.1 |

### Liver Enzymes

| RESULTS: | Alk Phos | ALT/SGPT | AST/SGOT | Gamma GT | LDH |
|---|---|---|---|---|---|
| UNITS: | U/L | U/L | U/L | U/L | U/L |
| LOW: | 38 | 7 | 8 | 8 | 306 |
| HIGH: | 126 | 56 | 78 | 78 | 628 |
| 02/22/03 1958 | 86. | 31. | 25. | | |

### Bilirubin

| RESULTS: | Total Bilirubin | Direct Bilirubin |
|---|---|---|
| UNITS: | mg/dl | mg/dl |
| LOW: | 0.2 | 0.0 |
| HIGH: | 1.3 | 0.6 |
| 02/22/03 1958 | .7 | |

```
J Lombardo MD                          SHETTLES,.',MABEL C
                                       000187915
                                       2E 205 1
Cumulative Trend Report                (F-12/22/46)
                                       Dr. MABE,NANCY
```

St. Joseph Hospital West
100 Medical Plaza  Lake St Louis, MO  63367
Tue Feb 25, 2003 07:43 pm
Cumulative Trend Report from 02/22/03 1955 to 02/25/03 0540
Patient Name:       SHETTLES,.',MABEL C            CHEMISTRY-Page 4
    Rec #:          000187915                       Adm: 02/23/03
Location:           2E 205 1
Phys-Service:       MABE,NANCY - EMERGENCY
Acct #:             A0305300145
903635 915983

RO MI PROTOCOL

| RESULTS:<br>UNITS:<br>LOW:<br>HIGH: | Myoglobin<br>ng/mL<br><br>> 75 | Troponin ng/ml<br><0.5 Normal<br>0.6-1.9 Indetermine<br>= > 2.0 Abnormal | R/O MI Comments |
|---|---|---|---|
| 02/22/03 1958 | 27.3 | <0.3 | # |
| 02/22/03 2241 | 40.5 | | Myoglobin Phase comp^ |

- - - - - - - - - - - - - - Specific Comments - - - - - - - - - - - - - -
02/22/03 1958|R/O MI PROFILE-R/O MI Comments: Protocol Myoglobin Phase started.



J Lombardo MD                           SHETTLES,.',MABEL C
                                        000187915
                                        2E 205 1
Cumulative Trend Report                 (F-12/22/46)
                                        Dr. MABE,NANCY

78

```
                        St. Joseph Hospital West
                 100 Medical Plaza  Lake St Louis, MO  63367
                        Tue Feb 25, 2003 07:43 pm
             Cumulative Trend Report from 02/22/03 1955 to 02/25/03 0540
Patient Name:      SHETTLES,.',MABEL C              BLOOD GASES-Page 5
   Rec #:          000187915                        Adm: 02/23/03
Location:          2E 205 1
Phys-Service:      MABE,NANCY - EMERGENCY
Acct #:            A0305300145
903635 915983
```

### Arterial Blood Gases

| RESULTS: | pH | PCO2 | PO2 | FI O2 | O2 Sat | HCO3 | Base Exc |
|---|---|---|---|---|---|---|---|
| UNITS: | pH Units | mm Hg | mm Hg | % | % | mmol/L | mmol/L |
| LOW: | 7.35 | 37 | | | 90 | 23 | |
| HIGH: | 7.45 | 43 | | | 100 | 25 | |
| 02/22/03 1955 | 7.45 | 39 | 70 | -- | 95% | 27  H | 2.5  H |

### Co-Oximetry

| RESULTS: | Hgb | O2 Cont | O2 Cont | COHgB | MetHgb | O2 Satur |
|---|---|---|---|---|---|---|
| UNITS: | gm/dl | % | % | % | % | % |
| LOW: | 12.3 | 17 | 10 | 0 | 0 | |
| HIGH: | 14.7 | 20 | 15 | 2.5 | 2.0 | |
| 02/22/03 1955 | 13.0 | 17.4 | | 1.0 | 0.5 | |

### Respiratory Parameters 3.

| RESULT: | Room Air | MMV | Pressure Ctrl | Comments |
|---|---|---|---|---|
| UNITS: | | | | |
| LO - HI: | | | | |
| 02/22/03 1955 | yes | | | |

```
                          End of Report
```

```
J Lombardo MD                      SHETTLES,.',MABEL C
                                   000187915
Cumulative Trend Report            2E 205 1
                                   (F-12/22/46)
                                   Dr. MABE,NANCY
```

```
                        ST. JOSEPH HOSPITAL WEST
           100 MEDICAL PLAZA       LAKE ST. LOUIS, MO 63367
                        DIAGNOSTIC IMAGING
```

e: SHETTLES,MABEL C                      Med Rec # A000187915
                                            ACCT: A0305300145
DOB: 12/22/46 Age: 56Y   Sex: F          Pt Location: DIS - I/P

Date: 02/23/03 2306                      MABE,NANCY
                                         600 MEDICAL DR
                                         WENTZVILLE, MO  63385

  Exam                        Check-In #  Order Diagnosis
  XR HIP UNILATERAL MIN 2 V*R     281528    Ord Diag: ;HIP PAIN

          RIGHT HIP

          Multiple views were obtained.  There is no evidence for acute
          osseous injury.  No other osseous abnormality is noted.

          IMPRESSION:

          NEGATIVE.


                      /READ BY/ Raymond Jablonski M.D.
                      /Released By/ Raymond Jablonski M.D.
                      Report Released  02/26/03 1657
DMH  02/26/03 1203
GICIANS OF RECORD:
  .: MABE,NANCY                    ATT: MABE,NANCY
REF:                               CON:
PCP: WRIGHT,THOMAS F               SCP:


   FINAL                                    Page  1
```

# TENTATIVE RADIOLOGY REPORT

@712600122246281446
DT:02/22/03 2155   CI#:281446
CT THORAX W/CONTRAST
PT: SHETTLES,MABEL C   PHY: MORSE,ROBIN G

DATE _____

**TENTATIVE REPORT**

P. E. Protocol

**RADIOLOGIST'S FINDINGS**

Small Bi-lat pleural
effusion RT > LT
Pulmonary emboli RT SIDE
Third order branch to
RT UPPER LOBE
Questionable emboli on LEFT
*cannot confirm on LEFT
(SEEN ON images #61 & 62)
No pathologic adenopathy

Physician

Radiologist   Dr Singh
984-9818

**FOR EMERGENCY ROOM USE ONLY:**

**ACTION TAKEN**

and compression atelectasis
bi-lat due to pleural effusion
No pericardial effusion
No nodules

*(DATE AND SIGN ALL ENTRIES)*

WHITE - SEND WITH FILMS / CANARY - DEPARTMENT RETAIN

ADDRESSOGRAPH / LABEL

SSM St. Joseph Health Center
HEALTH·CARE   St. Joseph Hospital

ST. JOSEPH HOSPITAL WEST
MR #: 000187915 CI DATE:02/22/03 2116
PT NAME: SHETTLES,MABEL C
12/22/46   AGE: 56Y   CI #:281446

**TENTATIVE RADIOLOGY REPORT**

81

# TENTATIVE RADIOLOGY REPORT   3

NAME *Shettles, Mabel C.*   DATE *02/22/03*

EXAMINATION   *CXR*

**TENTATIVE REPORT** _____   **RADIOLOGIST'S FINDINGS** _____

No acute D's

Physician *NoMorg DR*   Radiologist _____

**FOR EMERGENCY ROOM USE ONLY:**

ACTION TAKEN _____

*(DATE AND SIGN ALL ENTRIES)*

WHITE - SEND WITH FILMS / CANARY - DEPARTMENT RETAIN

ADDRESSOGRAPH / LABEL

**SSM** HEALTH CARE   *St. Joseph Health Center*
*St. Joseph Hospital West*

**TENTATIVE RADIOLOGY REPORT**

SJM-4202-002 (11/2001)



St Joseph Hosp West   ER
SHETTLES,MABEL C   02/22/03 19:0
05300145   CXR F

82

SHETTLES, ABEL                          22 FEB 2003        20:24:51

56 yrs     Female

PR    183    . NORMAL SINUS RHYTHM, RATE  63
QRSD   70    . Anterior INFARCT, AGE INDETERMINATE
QT    390    *Inferior ST-T abnormality, consider ischemia
QTc   399    *Compared with EKG of 10/31/2002, no significant change is noted

--AXES--
P     55
QRS   13
T      6
             PREVIOUS ECG: 31 OCT 2002 11:24:08, CONFIRMED BY CAS ~ NS
ST. JOSEPH HOSPITAL WEST - Cardiopulmonary                      Pervez Alvi, M.D



Loc 71208                                        25 mm/sec  10.0 m

# AUTHORIZATION/CONDITIONS OF
# ADMISSION/TREATMENT AGREEMENT

**CONSENT TO ADMISSION/TREATMENT:** I request and consent to admission/treatment.

**CONSENT TO MEDICAL AND RELATED HEALTH CARE:** I request and consent to the medical care, diagnostic and treatment procedures as determined necessary by my physician(s) or his/her assistants. I acknowledge the care I receive while in this facility is under the direction of my physician(s). This facility is not responsible for the acts or omissions of my physician(s).

**MEDICAL AND ALLIED HEALTH CARE PROVIDERS:** I have been informed and understand that the physician(s) providing service to me in this facility, such as my personal physician(s), radiologists, pathologists, anesthesiologist, consulting physicians, surgeons and other allied health care providers such as dentists and psychologists are independent contractors and are not employees or agents of this facility unless otherwise specifically identified.

**TEACHING PROGRAMS:** I understand this facility may, from time to time, enter into agreements with academic medical, nursing and allied health programs. Because of these agreements, residents, interns, medical students, nursing students and various allied health profession students, may participate in my care. I agree to participate in these programs, but have the right to limit my participation at any time.

**RELEASE OF INFORMATION:** I understand this facility will make every effort to treat my medical information as confidential; however, I realize information must be shared with providers and/or individuals involved in my care or in the payment of my care. I understand this will include information found in my medical record. I agree to the release of information in my medical record to the extent necessary for the following purposes:

   a. to any medical and/or health care providers responsible for my care while in this facility and if transferred to another facility for care, to that facility and its care providers.
   b. to those responsible for collecting and those responsible for the payment of my care. This may include a person, government agency, insurance company, health plan or employer sponsored group plan. This is for the purpose of verifying insurance benefits for precertification and extended stay review and/or the payment of the cost of my care.
   c. to utilize for internal medical care studies and quality improvement activities.
   d. to comply with the Federal Safe Medical Device Act of 1990 and other state and federal reporting.

**MEDICARE/CHAMPUS RIGHTS:** If applicable, I acknowledge receipt of the Medicare/Champus letter explaining my rights as a patient of this facility. I understand this includes my right to request a review.

**PATIENT RIGHTS:** I acknowledge receipt of the patient rights information explaining my rights as a patient in this facility.

**PERSONAL PROPERTY:** I have been informed and understand this facility will not be liable for any loss of my personal property unless it is inventoried and placed in a secured area maintained by this facility.

**PAYMENT FOR MEDICAL AND RELATED CARE:** I agree to pay the charges incurred for the care I receive as ordered by my physician(s) at this facility, including charges by independent contractors (such as radiologists, pathologists and anesthesiologists). I guarantee full payment of all charges unless restricted by Medicare, Medicaid or contractual arrangement between my insurance company and this facility.

**ASSIGNMENT OF BENEFITS:** I hereby authorize and assign payment to this facility and/or independent contractors of any type of reimbursement or payment due from Medicare, Medicaid, or any other third party payor, for any and all cost incurred for my medical and related care at this facility and/or by the independent contractors providing services at this facility.

**ACKNOWLEDGEMENT OF UNDERSTANDING RECEIPT:** *I certify that I have read and understand the preceding agreement. I have had any unclear items explained to me and understand its contents and accept its terms.* I understand that new numbers may be issued for follow-up services related to this admission/treatment and that would not change this agreement or be considered a discharge by Medicare. I understand I may withdraw my agreement to the preceding at any time by written notification to this facility.

| | | |
|---|---|---|
| _Signature of Patient, Parent, Legal Guardian, or other Legal Representative_ | _Date_ | _Please Print Name_ |
| _Witness_ | _Date_ | |
| _Signature of Guarantor_ | _Date_ | _Please Print Name_ |

ADDRESSOGRAPH / LABEL

St Joseph Hosp West
SHETTLES, MABEL C          ER
0305300145    02/22/03 19:0
12/22/1946 56Y F           ER
WRIGHT, THOMAS F    00018791

**SSM** HEALTH·CARE

# AUTHORIZATION/CONDITIONS OF
# ADMISSION/TREATMENT AGREEMENT

SLM-8611-020 (10/2001) 10

84