# EXHIBIT E

**INGRAM CARDIOVASCULAR**
**501 Keyser Ave, Natchitoches, LA  71457**
**318-214-4550  Fax: 318-214-4553**

DATE: March 3, 2010

Mr. Robert Salim, Attorney at Law
1901 Texas Street
Natchitoches, Louisiana  71457

**Patient Name:  Shettles, Mabel (dumbell)**
**Medical Record #:  9999999**

Date of birth:  December 22, 1946

Dear Mr. Salim,

I have reviewed the medical records on Mabel Shettles specifically in regards to Vioxx related illnesses.  I am a physician in the State of Louisiana.  My opinion is based on generally accepted medical principles of reasonable degree of medical certainty.

Mrs. Shettles is a 56 year old female with an extensive use of Vioxx which she received at Wal-Mart beginning in December of 2000, continuing through her prescriptive use at Walgreen's as far as documentation of March 1, 2004.  During this period the patient presented to the emergency room with a first chest complaint which was qualified as nonspecific on June 1, 2002.  The etiology of the chest symptom was not well defined.  It was thought possibly GI related, nonetheless she was subsequently released.  She represented to the emergency room again on October 31, 2002, with chest tightness and some shortness of breath, again she was released without a specific etiology.  The specific etiology of the patient's chest discomfort on both admissions was not well defined.  It was thought a combination of possibly GI and arthritic issues.  Ultimately the patient represented to the emergency room a third time on February 23, 2003, at which time she was found to have a pulmonary embolism in the right lung and questionable pulmonary emboli in the left lung.  She was then started on Coumadin.  Review of the medical record reveals extensive Vioxx use over a period of four years continuing through the date of the pulmonary embolism at which time she was given a prescription for Vioxx at the time of release, a total of 30 tablets.

It is my opinion that the patient's Vioxx, which she received not only for four years, but also four tablets on February 10, 2003, immediately prior to the defined pulmonary embolism, contributed to the patient's thrombolic evident.  Of interest is the patient's emergency room evaluations as defined above, if a pulmonary evaluation would have been undertaken at that time, had pulmonary emboli been defined as a contributing factor to the patient's shortness of breath, chest tightness and "chest pain".  Nonetheless extensive use of the Vioxx contributed to the patient's thrombotic event as defined above.

Should you have any questions please do not hesitate to contact me at the above number and/or address.

Electronically signed by Christopher L. Ingram, MD Facc FACP on 03/04/2010 at 11:46:15

---

Christopher L. Ingram, MD FACC FACP

**INGRAM CARDIOVASCULAR**
**501 Keyser Ave, Natchitoches, LA  71457**
**318-214-4550  Fax: 318-214-4553**

DD: 03/03/2010 10:44:56 EST
DT: 03/03/2010 12:58:16 EST/MIS1132/1493367
JOB#: 649336


cc: Christopher L. Ingram, MD FACC FACP