UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: **VIOXX**<br>**PRODUCTS LIABILITY LITIGATION**<br><br>**This Document Relates to:**<br><br>*Sherrill Herke, individually and on behalf of a proposed class of those similarly situated v. Merck & Co., Inc.*; Case No. 2:09-cv-07218 | MDL NO. 1657<br><br>SECTION "L"<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

Considering the foregoing Motion for Leave of Court to Supplement Exhibits Filed in Support of Motion for Final Approval of Vioxx Consumer Class Settlement (Rec. Doc. 64728) filed by Co-Lead Class Settlement Counsel, Russ M. Herman and Elizabeth J. Cabraser:

IT IS ORDERED that leave of Court is hereby granted and the declarations/affirmation attached to the Motion as Exhibits E, F and G may be filed into the record of these proceedings.

New Orleans, Louisiana, this  9th  day of    December   , 2013.

*[signature]*
UNITED STATES DISTRICT JUDGE