# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:  2:05-cv-01768-EEF-DEK** |

**Val Silva**                                                            PLAINTIFFS

**v.**

**Merck & Co., Inc.**                                            DEFENDANTS

## ORDER GRANTING PLAINTIFF VAL SILVA'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

*********

IT IS HEREBY ORDERED that Exhibits A, B, C, D, E, F and G to Plaintiff Val Silva's Memorandum in Opposition to Merck's Motion for Summary Judgment [Rec. Docs. 64731] and Statement of Material Facts Which Present a Genuine Issue [Rec. Doc. 64731-1] are to be filed under seal.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE