# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:05-cv-04130-EEF-DEK** |
| **Allen Atkinson et al.** | PLAINTIFFS |
| **Only with regard to:**<br>**Todd Jelden and Lynette Jelden (h/w)**<br>**v.** | |
| **Merck & Co., Inc.** | DEFENDANTS |

## PLAINTIFF TODD JELDEN'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

*********

Pursuant to L.R. 5.6 and Pretrial Order No. 13, Plaintiff Todd Jelden hereby requests that the Court order that Exhibits A, B, C, D, E and F to his Memorandum in Opposition to Merck's Motion for Summary Judgment [Rec. Doc. 64730] and Statement of Material Facts Which Present a Genuine Issue [Rec. Doc. 64730-1] be filed under seal.

In support of this Motion, Plaintiff states that these exhibits contain medical records that are confidential under Pretrial Order No. 13.

Respectfully submitted,

/s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Counsel for Certain Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff Todd Jelden's Motion to Seal has been served upon Liaison Counsel, Phillip A. Wittmann and Russ Sherman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th  day December, 2013.

/s/ Ann B. Oldfather

Ann B. Oldfather