**EXHIBITS A-F**

**FILED UNDER SEAL**