**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:05-cv-04130-EEF-DEK** |
| **Allen Atkinson et al.** | PLAINTIFFS |
| **Only with regard to:**<br>**Todd Jelden and Lynette Jelden (h/w)**<br>**v.** | |
| **Merck & Co., Inc.** | DEFENDANTS |

**ORDER GRANTING PLAINTIFF TODD JELDEN'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**

\*\*\*\*\*\*\*\*\*

IT IS HEREBY ORDERED that that Exhibits A, B, C, D, E and F to Plaintiff Todd Jelden's Memorandum in Opposition to Merck's Motion for Summary Judgment [Rec. Doc. 64730] and Statement of Material Facts Which Present a Genuine Issue [Rec. Doc. 64730-1] are to be filed under seal.

New Orleans, Louisiana, this _____ day of _____, 2013.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE