**MINUTE ENTRY**
**FALLON, J.**
**DECEMBER 9, 2013**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>           PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**    *Sherrill Herke, individually and on behalf of a proposed class of those similarly situated*

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon. Elizabeth Cabraser participated on behalf of the class and the Plaintiffs' Steering Committee ("PSC"). Leonard Davis, Dawn Barrios, Chris Seeger, Arnold Levin, and Megan Hastings participated on behalf of the PSC. Doug Marvin and John Beisner participated on behalf of Defendant Merck. Richard Getty and Jessica Winters participated on behalf of Objector James Ratliff, and others similarly situated. The parties discussed the status of the settlment process.

JS10(00:50)

1