UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re: Vioxx ®<br>PRODUCTS LIABILITY LITIGATION<br>This document relates to:<br><br>*Donna Gebhart, Individually and as Trustee for the Estate of Vernon Webster*<br><br>v.<br><br>*Merck & Co., Inc., and Merck Frosst Canada, Ltd.* | MDL Docket No. 1657<br>SECTION L<br><br>CIVIL ACTION NO. 2:08-cv-00326<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE** |

Pursuant to Fed. R. Civ. Pro. 41 (a) (1) (A) (ii), the undersigned counsel hereby stipulate that all claims of plaintiff Donna Gebhart against defendant Merck Sharp & Dohme Corp., sued herein as Merck & Co., Inc., be dismissed in their entirety with prejudice, with each party to bear its own costs.

_____
Brian A. Goldstein, Esq.
Michael J. Williams, Esq.
Cellino & Barnes, P.C.
2500 Main Place Tower
350 Main Street
Buffalo, New York 14202

*Counsel for Plaintiffs*

Dated: _____

_____
Steven S. DiCesare
Hughes Hubbard & Reed LLP
1 Battery Park Plaza
New York, New York 10004
(212) 837-6290

*Counsel for Defendant Merck & Co., Inc*

Dated: 12/10/2013