UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2013 DEC 10 PM 3: 17

WILLIAM W. BLEVINS
CLERK

IN RE: VIOXX
PRODUCTS LIABILITY

LITIGATION

MDL DOCKET NO. 1657
SECTION L

JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Singleton, Catherine H. V. Merck & Co.,
2:09-cv-024130EEF-DEK (Plaintiff Sandra Hammack,
on behalf of the Estate of Velma Dunn)

## NOTICE OF CONVENTIONAL FILING OF MOTION FOR ADDITIONAL TIME WITHIN WHICH TO FILE A RESPONSE TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

The Administratrix of the Estate of Velma Dunn hereby gives notice of the conventional filing with the Clerk's Office of a Motion for Additional Time within which to respond to the Motion for Summary Judgement filed by the Defendant Merck & Co. Inc. This document is not being filed electronically because counsel's office presently is not set up to do electronic filings in the United States District Court for the Eastern District of Louisiana. Counsel has attempted to register for Ecf filing however due to inclement weather on Friday December 6, 2013 he was not successful in doing so.

The document is being conventionally served on all parties.

This the 6TH day of December, 2013.

Respectfully submitted,

S/Bennie L Jones, Jr
BENNIE L JONES, JR
MSB#3185

OF COUNSEL:
BENNIE L JONES, JR, ESQ.,
B.L. JONES., JR & ASSOCIATES

ahjputer-NoticeofConventFile-V.Dunn

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Notice of Conventional Filing has been served upon the following by U.S. Mail, Postage Prepaid or via Commercial Carrier:

Hon. Phillip Wittman
Stone Pigman Walther & Wittman, LIC
546 Carondelet Street
New Orleans, LA 70130

Hon. Douglas R. Marvin
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Hon. Ann B. Oldfather
Oldfather Law Firm
1330 S. Third Street
Louisville, KY 40208

Hon. Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

This the 6Th day of December, 2013.

/s/ Bennie L. Jones, Jr.
Bennie L. Jones, Jr.

ahjputer-NoticeofConventFile-V.Dunn

# Bennie L Jones, Jr & Associates
## ATTORNEYS AT LAW

| | | |
|---|---|---|
| Telephone: (662) 494-1024 | | 206 Court Street |
| Facsimile: (662) 494-0643 | | P O Box 357 |
| e-mail: bjonesjr111@aol.com | | West Point, Ms 39773 |

December 6, 2013

Mrs. Loretta G. Whyte
Clerk
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street, Room: C151         Via U.S. Mail
New Orleans, LA 70130
Tel: 504-589-7600
Fax: 504-589-7698

**RE:** *Singleton, Catherine H., et al. V. Merck & Co. Inc., 2:09-cv-02413OEEF-DEK (Plaintiff Sandra Hammack, on behalf of the Estate of Velma Dunns)*

Dear Mrs. Whyte:

Enclosed for filing is an original and a copy of the following: (1) Plaintiff's Motion for Additional Time to Respond to Defendant's Motion for Summary Judgement (2) Proposed Order for Judge's signature, and (3) Notice of conventional Filing of Motion for Additional Time within which to File a Response to Defendant's Motion for Summary Judgement.

Please file the originals and stamp the enclosed copies "filed" and mail same to me in the envelope provided for your convenience.

This is thanking you in advance for your cooperation in this matter. By copy of this letter we are providing counsel opposite with copies of same. As well as Hon. Eldon E. Fallon, United States District Court Judge.

Sincerely,

Bennie L. Jones, Jr.
Attorney at Law

encl.

Pc:   Hon. Phillip Wittman        Hon. Douglas R. Marvin      Hon. Ann B. Oldfather
      Hon. Russ M. Herman

ahjputer-NoticeofConventFile-V.Dunn