FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

2013 DEC 10 PM 3: 17

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY

LITIGATION

MDL DOCKET NO. 1657
SECTION L

JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Singleton, Catherine H., et al V. Merck & Co. Inc.
2:09-cv-02413OEEF-DEK (Plaintiff Sandra Hammack,
on behalf of the Estate of Velma Dunn)

## PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Comes now Plaintiff Sandra Hammack, as the Administratrix of The Estate of Velma Dunn and files this her Motion for an additional ten days from December 9, 2013 within which to file a response to Merck & Co., Inc.'s Motion for Summary Judgement. And would show as reasons therefor the following:

1. That Counsel has numerous cases pending in various courts that he is working on; Further this case is a very complex case dealing with very complex issues.

2. That the motion is not filed for purpose of delay but so that justice may be done as well as in order to allow counsel to do further research;

3. Plaintiff/Respondent prays that a separate Memorandum of Law be waived in this instance.

WHEREFORE PREMISES CONSIDERED the Plaintiff moves this Honorable Court for an Order allowing the Plaintiff until Wednesday December 18, 2013 within to respond to the Motion For Summary Judgement filed by the Defendant, Merck & Co. Inc.

Respectfully submitted, this the **6th** day of December, 2013.

ahjputer-MotionForTime-V.Dunn

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion for Additional Time to Respond To Defendant's Motion For Summary Judgement has been served upon the following by U.S. Mail, Postage Prepaid or via Commercial Carrier:

Hon. Phillip Wittman
Stone Pigman Walther & Wittman, LLC
546 Carondelet Street
New Orleans, LA 70130

Hon. Douglas R. Marvin
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Hon. Ann B. Oldfather
Oldfather Law Firm
1330 S. Third Street
Louisville, KY 40208

Hon. Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

This the ___ day of December, 2013.

/s/ Bennie L. Jones, Jr.
Bennie L. Jones, Jr.

ahjputer-NoticeofConventFile-V.Dunn