UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>PRODUCTS LIABILITY<br><br>LITIGATION | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

Singleton, Catherine H. V. Merck & Co.,
2:09-cv-024130EEF-DEK (Plaintiff Sandra Hammack,
on behalf of the Estate of Velma Dunn)

## ORDER

IT IS ORDERED on Plaintiff's Motion for Additional Time to Respond to Defendant's Motion for Summary Judgement that Plaintiff is hereby granted an additional ten days from December 9, 2013 within which to file a response to Merck & Co., Inc.'s Motion for Summary Judgement.

ORDERED on this the _____ day of December, 2013.

_____
U.S. DISTRICT COURT JUDGE

SUBMITTED TO THE COURT BY:

S/Bennie L. Jones, Jr.
HON. BENNIE L. JONES, JR.
ATTORNEY FOR PLAINTIFF
VELMA DUNN

ahjputer-NoticeofConventFile-V.Dunn