# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | Case Number: 2:05-cv-01768-EEF-DEK |
| **Val Silva** | PLAINTIFFS |
| v. | |
| **Merck & Co., Inc.** | DEFENDANTS |

## ORDER GRANTING PLAINTIFF VAL SILVA'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

\*\*\*\*\*\*\*\*\*

IT IS HEREBY ORDERED that Exhibits A, B, C, D, E, F and G to Plaintiff Val Silva's Memorandum in Opposition to Merck's Motion for Summary Judgment (Rec. Docs. 64731) and Statement of Material Facts Which Present a Genuine Issue (Rec. Doc. 64731-1) are to be filed under seal.

New Orleans, Louisiana, this 10th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE