ELENA STRUJAN - Plaintiff - Pro Se
P. O. BOX 20632
NEW YORK, NY 10021
646-234-2421

November 18, 2013

Mr./ Ms. Clerk
United States District Court
Eastern District of Louisiana

Re: Elena Strujan v. Merck , Index No: 07-cv-906

Dear Sir/ Madame

I can not find enough words to say thank you for your incommensurable help and
patience with all Pro Se. Please help me to submit my Motion for Reconsideration ,
Affidavit and Exhibits in support of my Motion for reconsideration ay the Court Decision
Received on October 26, 2013.

Thank you .

Respectfully submitted

ELENA STRUJAN - Plaintiff - Pro Se


TENDERED FOR FILING

NOV 21 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL  Case No.1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| Elena Strujan v. Merck  & Co.Inc | * | JUDGE FALLON |
| , | * | |
| | * | MAGISTRATE JUDGE |
| 07-906- EEF-DEK | * | KNOWLES |

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

## PLAINTIFF'S  NOTICE OF MOTION FOR RECONSIDERATION  OF THE JUDGMENT DATED  OCTOBER 17, 2013

Notice is hereby given that  Plaintiff Elena Strujan, hereby affirms under penalty of perjury that the following is true.

I received on October 26, 2013 the judgment signed by Justice Fallon on October 7, 2013 where dismissed my claim with prejudice and costs.

I pledge the court to reconsider the order and to take off the prejudice and costs because I am a  poor person.

I am in disability from 2010, I am very ill, and I cannot afford to pay to Defendant Merck the costs.

I experienced eviction from my rent apartment about 15 years. In 2013 I experienced the second eviction. I  have unpaid credit cards, I am in collection, and also I have unpaid student loan, money borrow from the friends.

**WHEREFORE,** I Plaintiff Pro Se,  respectfully request  Your Honor to reconsider your decision , and to grand my  Motion for Reconsideration in full.


Dated : November 18,  2013

Respectfully submitted,

TENDERED FOR FILING

NOV 21 2013

Cc: Defendant's attorney
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

ELENA STRUJAN- Plaintiff Pro Se
P.O. Box 20632
New York, NY 10021
646-234-2421

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL  Case No.1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| Elena Strujan v. Merck & Co. Inc | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| 07-906- EEF-DEK | * | KNOWLES |

∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎∎

### PLAINTIFF'S AFFIRMATION IN SUPPORT  NOTICE OF MOTION
### FOR  RECONSIDERATION

Notice is hereby given that   Plaintiff Elena Strujan, hereby affirms under penalty
of perjury that the following is true.

I do these affirmations in support of my Notice of Motion for Reconsideration of
the Judgment **( Please See Exhibit Pg. 1),** asking to reconsider your order and to
take off the prejudice and costs.

I am a poor person. From 2010 I am in SSI and SSD  as $ ~~803~~/ months **( Please
See Exhibit Pg. 2, 3).** I have a student loan from 2003 of $ 14, 000.00 unpaid
until today **( Please See Exhibit Pg. 4, 5),** unpaid money borrowed from the
friends.

 Additionally, on June 2009, I experienced an eviction **( Please See Exhibit Pg.
6).** from my rent apartment about 15 years. In 2013 I experienced the second
eviction **( Please See Exhibit Pg. 7).**

I have unpaid credit cards, I am in collection and the  court **( Please See Exhibit
Pg. 8, 9). I** have unpaid medical bills, one on **( Please See Exhibit Pg. 10).**
I am very ill with severe hearth problems due Vioxx. A few  daily  medicine in
**Exhibit Pg. 11, 12).**

Your Honor said in Your  Order dated  October 15, 2012 :

> **" ..Ms .Strujan has the ability to retain counsel to assert any worthy
> arguments she may have appeal"**

I never wanted to be pro se but I became a  victim of many conflicts  and  greed
interests where  Defendant  Merck  is for sure is  accomplice.  there is a board policy or
procedural issue that may effect the public interest (especially poor people who cannot

TENDERED FOR FILING

NOV 21 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

afford to pay a lawyer).

Your Honor  said I had the ability to retain a counsel. I apologize, because You Honor did not know how hard I tried to retain a counsel, and no one wanted to help me. I hired a law firm in New York  in 2006 who kept  my file and did nothing.

After, 40 days before deadline to file the complaint,  I called them, and they sent me  a letter where informed they will not take my case, and to rush because I had only 40 days to finish the complaint.

I did not find a lawyer in contingency to fight with well paid Merck's lawyers.  I filed myself,  and I opted for the settlement  program who hided  all my evidences.

After , I begged  in 2010 ( **EXHIBIT Pg. 13**),  the Law Firm Oldfather to take my case . I signed the contact on June 2011 ( **EXHIBIT Pg. 14**).  After a few months in September 26, 2011 this law firm abandoned my case ( **EXHIBIT  15**), and directed me to contact the Robert Johnson the Pro Se Curator.

I contacted them and I asked to send me a list of lawyers who possible want to take my case ( **EXHIBIT Pg. 16**). They sent me ( **EXHIBIT Pg. 17, 18, 19** ), and I did not have any success. Finally, I must to do everything alone.

The American Constitution allow the people to appeal and fight for justice.

THE FIRST PRESIDENT OF THE UNITED STATES OF AMERICA GEORGE WASHINGTON PROTECTED THE RIGHTS OF SELF REPRESENTATION. "....*the right of self-representation has been protected since the beginnings for Nation. Section 35 of the Judiciary Act of 1789, 1 Stat .73, 92 enacted by the First Congress and signed by President Washington one day before the Sixth Amendment was proposed, provided that in all the courts of United States, the parties may plead and manage their own causes personally* "Feretta v. California, 422 U.S. 806, 813( 1975).

I do these affirmations in support of my Notice of Motion for Reconsideration.
I declare under penalty of perjury that all my affirmations are true and correct.

**WHEREFORE,** I Plaintiff Pro Se,  respectfully request  Your Honor to reconsider your decision , and to grand Plaintiff Pro Se the Motion for Reconsideration in full.

Dated: November 18, 2013

SANDRA BALDERRAMA
Notary Public, State of New York
Qualified in Queens County
Reg. No. 01BA6271793
My Commission Expires 11-05-2016

Respectfully submitted,

ELENA STRUJAN- Plaintiff Pro Se
P.O. Box 20632
New York, NY 10021
646-234-2421

Cc: Defendant's attorney.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL  Case No.1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| Elena Strujan v. Merck & Co. Inc | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| 07-906- EEF-DEK | * | KNOWLES |

## CERTIFICATE OF SERVICE

I, Elena Strujan, Plaintiff  Pro Se do hereby certify that I have this day
November 18, 2013, I, served  a true and correct copy of the  Notice of Motion for
Reconsideration,  Affirmations and Exhibits, by mail, postage prepaid on the
following counsel of record:

<u>Counsel for Defendant-Appellee</u>

Dorothy H. Wimberley, 18509
STONE PIGMAN WALTHER WITTMAN L. L. C.
546 Carondelet Street
New Orleans, Louisiana70130
Phone: 504-581-3200

SANDRA BALDERRAMA
Notary Public, State of New York
Qualified in Queens County
Reg. No. 01BA6271793
My Commission Expires 11-05-2016

So certified, this _18th_ day of _November_ 2013

Elena Strujan-Plaintiff- Appellant Pro Se
<u>Mailing Address:</u>
P. O. BOX 20632
NEW YORK, NY10021
Phone : 646-234-2421

# EXHIBITS

# 1 to 18

*Received 10/26/2013.*

## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS
     PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON

MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Elena Strujan v. Merck & Co. Inc., No. 07-906

## JUDGMENT

    In light of the U.S. Court of Appeals for the Fifth Circuit's August 9, 2013 Judgment, which dismisses the above named plaintiff's appeal, and considering the Court's Orders entered on July 25, 2012, and September 19, 2012, accordingly:

    IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, Merck & Co., Inc., and against plaintiff, Elena Strujan, dismissing said plaintiff's claims with prejudice and costs.

    New Orleans, Louisiana, this __17th__ day of October, 2013.

               ELDON E. FALLON
               UNITED STATES DISTRICT JUDGE

SOCIAL SECURITY ADMINISTRATION

Date: November 12, 2013
Claim Number: XXX-XX-6592A
             XXX-XX-6592DI


ELENA STRUJAN
P O BOX 20632
NEW YORK NY 10021-0072



You asked us for information from your record. The information that you
requested is shown below. If you want anyone else to have this information, you
may send them this letter.


Information About Current Social Security Benefits

   Beginning December 2012, the full monthly
   Social Security benefit before any deductions is......$ 595.80

     We deduct $0.00 for medical insurance premiums each month.

   The regular monthly Social Security payment is........$ 595.00
   (We must round down to the whole dollar.)

   Social Security benefits for a given month are paid the following month. (For
   example, Social Security benefits for March are paid in April.)

   Your Social Security benefits are paid on or about the third of each month.


Information About Supplemental Security Income Payments

   Beginning November 2013, the current
   Supplemental Security Income payment is..............$ 222.00

   This payment amount may change from month to month if income or
   living situation changes.

   Supplemental Security Income Payments are paid the month they are due. (For
   example, Supplemental Security Income Payments for March are paid in March.)


Date of Birth Information

   The date of birth shown on our records is March 23, 1955.

Medicare Information



You are entitled to hospital insurance under Medicare beginning January 2011.

You are entitled to medical insurance under Medicare beginning January 2011.

If You Have Any Questions

If you have any questions, you may call us at 1-800-772-1213, or call your local Social Security office at 866-964-7402. We can answer most questions over the phone. You can also write or visit any Social Security office. The office that serves your area is located at:

> SOCIAL SECURITY
> 3RD FL
> 755 2ND AVE
> NEW YORK, NY 10017

If you do call or visit an office, please have this letter with you. It will help us answer your questions.

OFFICE MANAGER



PO BOX 9635
WILKES-BARRE PA 18773-9635

(800) 722-1300



OG01- 131015   1015 000991 001604 000001/000002 000000

ELENA STRUJAN
PO BOX 20632
NEW YORK NY 10021-0072

Dear ELENA STRUJAN:                                          10/14/13

We're pleased to service your loan(s) on behalf of the Department of
Education and appreciate your interest in postponing your student loan
payments; however, our records show you're ineligible for deferment.
We'd like to take this opportunity to share with you what other
repayment options may be available.

If you're looking for an option similar to deferment, forbearance may be
of interest to you as they both allow you to temporarily postpone your
payments. We've attached a forbearance request form for you to carefully
look over. Please be aware that eligibility restrictions apply.

Or, if you're looking for long-term relief, check out the options we've
listed below.

**Repayment Plan Options**

- **Standard Repayment Plan** provides fixed monthly payments for 10
  years. Eligibility restrictions apply.
- **Graduated Repayment Plan** will lower your payments at first and
  gradually increase them over time for a period of 10 years.
  Eligibility restrictions apply.
- **Extended Repayment Plan** allows the standard or graduated payments to
  be paid up to 25 years for accounts over $30,000. Eligibility
  restrictions apply.
- **Income-Based and Income-Sensitive Repayment Plans** provide a monthly
  payment based off of your income, and can change annually as your
  income changes. Eligibility restrictions apply.

You can log in to your account on SallieMae.com and look under the
Change Payment tab to learn more about these repayment plans, check your
eligibility and find the one that works best for you.

**Questions?** You're welcome to visit us online at SallieMae.com, or call
us toll free at 800-722-1300. We're here to help you Mond
a.m. to 9 p.m., and Friday 8 a.m. to 8 p.m., ET.

We appreciate the opportunity to serve you.

Sincerely,

Sallie Mae - Department of Education Loan Services

Enclosure: Forbearance Request Form



PHONE (800) 722-1300      •      FAX (866) 266-0178      •      TDD/TTY (877) 713-3

**SallieMae** DEPARTMENT OF EDUCATION
LOAN SERVICES
PO BOX 9635
WILKES-BARRE PA 18773-9635



**U.S. Department of Education**
Information about your federal student loan

(800) 722-1300

OG01- 131010   1010 002644 004664 000001/000002 000000

ELENA STRUJAN
PO BOX 20632
NEW YORK NY 10021-0072

Account Number: 9841156733-1

Dear ELENA STRUJAN:                                                    10/08/13

We're pleased to service your student loan(s) on behalf of the
Department of Education. Recently, the payment terms on your loan(s)
listed below have changed.

This updated payment schedule replaces all previous payment schedules
for your loan(s); however, the terms of your original Promissory Note(s)
still apply.

| No. of Payments | Payment Amount | Due Date |
|---|---|---|
| 144 | 100.35 | 12/07/13 |
| 36 | 21.93 | 12/07/25 |

| | | |
|---|---|---|
| Unpaid Principal Balance: | $ | 11,053.58 |
| Accrued Interest to Be Capitalized: | $ | 363.97 |
| Total Principal to be Paid: | $ | 11,417.55 |
| Estimated Amount of Interest to Be Paid During Repayment: | $ | 3,822.33 |
| Estimated Total Amount to Be Paid: | $ | 15,239.88 |

It's important to know that payment terms usually change for one of the
following reasons:

- The deferment or forbearance period for which you have postponed

**Loan Information** *If you have questions or concerns about your account, write to us at the address provided above.*
The loans listed below are the loans referred to in this letter.

| LOAN DATE | ORIGINAL LOAN AMOUNT | OUTSTANDING PRINCIPAL | INTEREST RATE | LOAN PROGRAM |
|---|---|---|---|---|
| * 07/24/06 | $  8,046.10 | $  8,411.51 | 4.750 | DLSUBCONS |
| * 07/24/06 | 2,065.49 | 2,642.07 | 4.750 | DLUSUBCONS |



PHONE (800) 722-1300  •  FAX (866) 2       8  •  TDD/TTY (877) 713-3833                    SallieMae.com

  Para comunicarse en Español con 'Atención al Cliente', 
llame gratis al 1-800-722-1300, y marque el numero correspondiente.



H003     SYSTEM     0001                                    LWL51

GLENCORD BUILDING CORP & GIUSTIZIA



BADGE
# 009

JOHN DOE
ELENA
1413 YORK AVENUE          STRUJAN against
NEW YORK, NY 10021
#4

*Petitioner*
*Landlord*

*Respondent*
*Tenant*

CITY MARSHAL
THOMAS J. BIA
1000 GRAND CONCOURSE
BRONX, NY 10451
718-681-8878

*Name of Tenant and/or undertenant being fictitious and unknown, person intended,*
*occupying apartment set forth below.*

*Respondent*
*Undertenant*

**IMPORTANT – PLEASE BE ADVISED YOUR EVICTION MAY TAKE PLACE ON**
**IMPORTANTE – USTED PUEDE SER DESHAUCIADO, EL** `10.23.09` **OR THEREAFTER**
**O DESPUES**

# NOTICE OF EVICTION
*Alternative Service / Mailing*

# NOTIFICACION DE DESAHUCIO
*Notificación Alterna / Postal*

To the above named tenants and undertenants:

Please take notice that the Court has issued a warrant for your eviction. If you fail to vacate the described premises, **YOU MAY BE EVICTED, WITHOUT FURTHER NOTICE, ON THE SIXTH BUSINESS DAY AFTER THE DATE OF THIS NOTICE** or on any business day thereafter. "Business days" are Monday through Friday except legal holidays.

The ONLY way you can stop this eviction is if a Court issues an order to show cause that stays your eviction. You may apply for such an order at the Civil Court, Landlord - Tenant part, in your borough.

If a Court stay of your eviction is in effect, you will be evicted only if the stay ends or is vacated by the Court. If the Court has already ordered that you may be evicted if you fail to make a payment or comply with the Court's order by a certain date, your failure to pay or comply with the Court's order by that date may result in your eviction without further notice.

If you are dependent upon a person in the military service of the United States, advise the clerk of the Court immediately in order to protect your rights.

If you need legal assistance, the Legal Aid Society may be able to assist you (check telephone listing in your borough). A senior citizen who needs legal assistance may contact the New York City Department for the Aging, 2 Lafayette Street, New York, New York 10007, (212) 442-1000.

If you receive public assistance, notify your caseworker immediately. The Human Resources Administration may be able to help you with back payments whether or not you receive public assistance. Call (718) 291-1900 for information. NEW HRA # 877-472-8411

**DATE OF NOTICE:**

**FECHADA**

`10.15.09`

formerly known as "72-hour notice." Additional time has been allowed for mailing. Interiormente conocido como "Aviso de Deshaucio de 72 Horas." Se ha concedido tiempo adicional para enviar por correo. he date of this notice shall be on or after the date the notice is mailed to the respondent. l fecha de esté notificacion se fijara el dia en que se le envia al apelado

A los susodichos inquilinos y sub-inquilinos:

Tenga a bien notar que la Corte ha emitido una orden de desahuccio en contra de usted. Si no desaloja al local descrito, **USTED PUEDE SER DESHAUCIADO, SIN NOTIFICACION ADICIONAL, EL SEXTO DIA HABIL A PARTIR DE LA FECHA DE ESTA NOTIFICACION** o en cualquier dia habil de ahi en adentante. Los "dias habiles" son Lunes a Viernes, excepto los dias de fiesta legales.

Usted puede detener este deshaucio SOLAMENTE si una Corte emite una orden judicial instruyendole a usted a mostrar motivos justificantes para suspender su desalojo. Usted puede solicitar esa orden (Order to Show Cause) en la Corte Civil, Seccion del Propietario - Inquilino (Civil Court, Landlord - Tenant part) en su condado.

Si una suspension de su desahucio por orden de la Corte esta en efecto, usted sera desalojado solo si la suspension caduca o la Corte la anula. Si la Corte ha ordenado ya que usted puede ser desalojado si no cumple con hacer un pago o con la orden de la Corte a partir de una fecha de vencimiento, su incumplimiento con el pago o con la orden de la Corte al llegar esa fecha puede resultar en su desahucio sin notificacion adicional.

Si usted depende de una persona que pertenece al Servicio Militar de los Estados Unidos, notifiqueselo inmediatamente al Secretario de la Corte (Court Clerk) para asi proteger sus derechos legales.

Si usted necesita ayuda legal, la Legal Aid Society tal vez puede ayudarlo (consulte la guia telefonica de su condado). Una persona de edad avanzada que necesita ayuda legal puede comunicarse con el Departamento para Personas Mayores de la Ciudad de Nueva York, 2 Lafayette Street, New York, New York 10007, (212) 442-1000.

Si usted recibe asistencia publica, notifiquelo a su trabajador social (caseworker) inmediatamente. La Administracion de Recursos Humanos tal vez puede ayudarle con los pagos atrasados, reciba usted o no asistencia publica. Llame al (718) 291-1900 para informacion.

NUEVO HRA # 877-472-841



```
=========================================================
```

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS
-------------------------------------------X Index No.
                                              L & T        2013

45-26 40TH STREET, LLC,
                        Petitioner (Landlord)


        - against -

ELENA STRUJAN,
                        Respondent
            and
"JANE DOE",
                        Respondent (Undertenant)

    Address:  45-26 40th Street - Apt. 2F
              Sunnyside, New York 11104

The name of the Undertenant being fictitious
and unknown to Petitioner, person intended
being in possession of the premises described
herein
-------------------------------------------X

```
=========================================================
```
               NOTICE OF PETITION  --  HOLDOVER
```
=========================================================
```

                 AMOUNT CLAIMED        $


                 Petitioner's Attorneys:
         Coritsidis, Sotirakis & Saketos PLLC
                 25-61 Steinway Street
                 Astoria, N.Y. 11106
                    718-204-0437

```
=========================================================
```



Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone: 646-234-2421

*888-64*

→ By mail
P. O. Box 8
with Delaw
(6/7/2012)

May 14, 2012

To : Capital One Bank                    - for the Account ending 6194
     Barclay Card Master Card - for the account ending 8170
     Chase- Visa Card           - for the account ending 6194

Dear Sir /Madame

I must to apologize, and I do so profusely for the great inconvenience due my temporary incapa
to pay my cards. Actually I am in SSD and SSI, and effectively I can not pay even the minimum
due.

In this unhappy situation, I pledge to froze my accounts and stop with the interests and fees.

Thank you for your special understanding and cooperation herein.

Sincerely,

Elena Strujan

**FAXED**
8/22/2013
631-393-9

PS: Sent by fax.

FORMAL COMPLAINT

CIVIL COURT OF THE CITY OF NEW YORK
COUNTY OF QUEENS

CAPITAL ONE BANK (USA), N.A.

*against*                              *Plaintiff*

ELENA STRUJAN                          *Defendant(s)*

Plaintiff, by its attorney(s) complaining of the Defendant(s), upon information and belief, alleges:
1. That Defendant(s) resides in the county in which this action is brought; or that Defendant(s) transacted business within the county in which this action is brought in person or through his agent and that the instant cause of action arose out of said transaction.
2. PLAINTIFF IS A NATIONAL BANKING ASSOCIATION.

3. ON INFORMATION AND BELIEF DEFENDANT IN PERSON OR BY AGENT MADE CREDIT CARD PURCHASES AND/OR TOOK MONEY ADVANCES UNDER A CREDIT AGREEMENT AT DEFENDANTS' REQUEST; A COPY OF WHICH AGREEMENT WAS FURNISHED TO DEFENDANT AT THE  TIME THE ACCOUNT WAS OPENED.
4. THERE REMAINS AN AGREED BALANCE ON SAID ACCOUNT OF $    4,671.84

5. DEFENDANT(S) IS IN DEFAULT AND DEMAND FOR PAYMENT HAS BEEN MADE.

6. PLAINTIFF IS THE ORIGINAL CREDITOR AND IS NOT REQUIRED TO BE LICENSED BY THE NYC DEPARTMENT OF CONSUMER AFFAIRS.

2ND CAUSE/ACTION: PLAINTIFF STATED AN ACCOUNT TO DEFENDANT WITHOUT OBJECTION

There is due Plaintiff from Defendant(s) the amount in the complaint, no part of which has been paid, although duly demanded

WHEREFORE Plaintiff demands judgement against Defendant(s) for the sum of $    4,671.84 together with the costs and disbursements of this action.

FORSTER & GARBUS LLP
TEL # 1-631-393-9400
WE ARE DEBT COLLECTORS; ANY INFORMATION OBTAINED WILL
BE USED IN ATTEMPTING TO COLLECT THIS DEBT. **ATTORNEY(S) FOR PLAINTIFF**
60 MOTOR PARKWAY
COMMACK, NY 11725



DATED: THE 21 DAY OF MAY           ,2013
FILE NO. N34000041809197                    Page 3

EDWARD C. KLEIN JOEL D. LEIDERMAN RONALD FORSTER

COPY

000173258



# Medicare Summary Notice
## for Part B (Medical Insurance)

The Official Summary of Your Medicare Claims from the Centers for Medicare & Medicaid Services

363181646
Page 1 of 9

0056676  20131014  IJGRM 01 NYMERGE  1 OZ DOM  IJGRM10000* 159285 MM

ELENA        STRUJAN
P O BOX 20632
NEW YORK NY  10021-0072

## THIS IS NOT A BILL

## Notice for Elena Strujan

| | |
|---|---|
| Medicare Number | XXX-XX-6592A |
| Date of This Notice | October 8, 2013 |
| Claims Processed Between | July 10 – October 8, 2013 |

## Your Deductible Status

Your deductible is what you must pay for most health services before Medicare begins to pay.

**Part B Deductible:** You have now met your **$147.00** deductible for 2013.

## Be Informed!

Welcome to your new Medicare Summary Notice! It has clear language, larger print, and a personal summary of your claims and deductibles. This improved notice better explains how to get help with your quest... ...appeal. It also includes i... ...edicare!

## Your Claims & Costs This Period

**Did Medicare Approve All Services?**     NO

**Number of Services Medicare Denied**     2
See claims starting on page 3. Look for NO in the "Service Approved?" column. See the last page for how to handle a denied claim.

**Total You May Be Billed**     $280.22

## Providers with Claims This Period

June 21 – July 19, 2013
**Andrei Carasca Neu PLLC**

July 15, 2013
**West 57Th Street Dermatology**

July 26, 2013
**North Shore Long Island Jewi**

July 30, 2013
**John L Xethalis MD**

state of
NY -dept of health.





¿Sabia que ... ...de ayuda de Medicare en español? Llame y hable con un agente en español.
如果需要国... ...说 "agent"，然后说 "Mandarin"。     1-800-MEDICARE (1-800-633-4227)

EFFECT OF ... KEEP OUT OF REACH OF CHILDREN. STORE IN SAFE ...

ELENA STRUJAN
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0118932-14232          DATE: 10/16/13

DIOVAN 160MG TABLETS
QTY:90      2 REFILLS BEFORE 03/13/14
Refill        NDC:00078-0359-34
Retail Price: $495.79      Your Insurance Saved You: $495.79

$ 0.00

L. GLODOWSKI, MD       PLAN: HSPRGMPD
MFG:NOVARTIS
RAY/RAY/RAY/RAY/RAY      CLAIM REF# 132893304804037999

**DUANE**reade
pharmacy      1458 YORK AVE NEW YORK, NY 10075
PH:(212)879-8990      Customer Receipt

Pharmacy use only

ELENA STRUJAN
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0118932-14232          DATE: 10/16/13

DIOVAN 160MG TABLETS
QTY:90      2 REFILLS BEFORE 03/13/14
Refill        NDC:00078-0359-34
Retail Price: $495.79      Your Insurance Saved You: $495.79

$ 0.00

L. GLODOWSKI, MD       PLAN: HSPRGMPD
MFG:NOVARTIS
RAY/RAY/RAY/RAY/RAY      CLAIM REF# 132893304804037999

**DUANE**reade
pharmacy      1458 YORK AVE NEW YORK, NY 10075
PH:(212)879-8990      Duplicate Receipt

TAN
FRONT: NVR

DIOVAN 160MG TABLETS          QTY 90

ELENA STRUJAN
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0150813-14232          DATE: 10/16/13

CARVEDILOL 25MG TABLETS
QTY:30      5 REFILLS BEFORE 06/21/14
Copy        NDC:00093-7296-05
Retail Price: $27.99      Your Insurance Saved You: $27.99

$ 0.00

A. CARASCA, MD       PLAN: HSPRGMPD
MFG:TEVA
RAY/RAY/RAY/RAY/RAY      CLAIM REF# 132893302139037999

**DUANE**reade
pharmacy      1458 YORK AVE NEW YORK, NY 10075
PH:(212)879-8990      Customer Receipt

Pharmacy use only

ELENA STRUJAN
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0150813-14232          DATE: 10/16/13

CARVEDILOL 25MG TABLETS
QTY:30      5 REFILLS BEFORE 06/21/14
Copy        NDC:00093-7296-05
Retail Price: $27.99      Your Insurance Saved You: $27.99

$ 0.00

A. CARASCA, MD       PLAN: HSPRGMPD
MFG:TEVA
RAY/RAY/RAY/RAY/RAY      CLAIM REF# 132893302139037999

**DUANE**reade
pharmacy      1458 YORK AVE NEW YORK, NY 10075
PH:(212)879-8990      Duplicate Receipt

WHITE
FRONT: 93 or TV
BACK: 7296 or 7396

CARVEDILOL 25MG TABLETS          7296-05

QTY 30
10 DRAM

ELENA STRUJAN
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0137681-14232          DATE: 10/16/13

NITROGLYCERIN 0.4MG/HR DISC 30'S
QTY:30      3 REFILLS BEFORE 07/19/14
Refill        NDC:00378-9112-93
Retail Price: $52.99      Your Insurance Saved You: $52.99

$ 0.00

A. CARASCA, MD       PLAN: HSPRGMPD
MFG:MYLAN
RAY/  /  /RAY/RAY      CLAIM REF# 132893302981035999

**DUANE**reade
pharmacy      1458 YORK AVE NEW YORK, NY 10075
PH:(212)879-8990      Customer Receipt

Pha...

ELENA STRUJAN
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0137681-14232          DATE: 10/16/13

NITROGLYCERIN 0.4MG/HR DISC 30'S
QTY:30      3 REFILLS BEFORE 07/19/14
Refill        NDC:00378-9112-93
Retail Price: $52.99      Your Insurance Saved You: $52.99

$ 0.00

A. CARASCA, MD       PLAN: HSPRGMPD
MFG:MYLAN
RAY/  /  /RAY/RAY      CLAIM REF# 132893302981035999

**DUANE**reade
pharmacy      1458 YORK AVE NEW YORK, NY 10075
PH:(212)879-8990      Duplicate Receipt

ELENA STRUJAN
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0151198-14232          DATE: 10/18/13

HYDROCHLOROTHIAZIDE 12.5MG TABLETS
QTY:45      2 REFILLS BEFORE 07/26/14
New        NDC:23155-0137-01
Retail Price: $28.99      Your Insurance Saved You: $28.99

$ 0.00

DR P. ROMANELLO       PLAN: HSPRGMPD
MFG:HERITAGE
AMR/  /MOT/MOT/MJA      CLAIM REF# 132913265350027999

**DUANE**reade
pharmacy      1458 YORK AVE NEW YORK, NY 10075
PH:(212)879-8990      Customer Receipt

Pharmacy use only

ELENA STRUJAN
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0151198-14232          DATE: 10/18/13

HYDROCHLOROTHIAZIDE 12.5MG TABLETS
QTY:45      2 REFILLS BEFORE 07/26/14
New        NDC:23155-0137-01
Retail Price: $28.99      Your Insurance Saved You: $26.99

$ 0.00

DR P. ROMANELLO       PLAN: HSPRGMPD
MFG:HERITAGE
AMR/  /MOT/MOT/MJA      CLAIM REF# 132913265350027999

**DUANE**reade
pharmacy      1458 YORK AVE NEW YORK, NY 10075
PH:(212)879-8990      Duplicate Receipt

WAITING
FRI    10:15AM      HYDROCHLOROTHIAZIDE 12.5MG TABLET      QTY 45      
New        23155-0137-01      10 DRAM
ALPHA

LIGHT ORANGE
FRONT: I27

AMR/  /MOT/MOT/MJA

**ELENA STRUJAN**
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0139070-14232                    DATE: 11/04/13
RANEXA 500MG TABLETS
QTY: 180      2 REFILLS BEFORE 07/26/14
Refill        NDC: 61958-1003-01
Retail Price: $1121.89   Your Insurance Saved You: $1121.89      $ 0.00
DR P. ROMANELLO              PLAN: HSPRGMPD
MFG: GILEAD
VVL/BEL/BEL/VVL/VVL          CLAIM REF# 133093735579019999
**DUANEREADE**
pharmacy                     1498 YORK AVE NEW YORK, NY  10075
                             PH:(212)879-8990              Customer Receipt

**ELENA STRUJAN**
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0139070-14232                    DATE: 11/04/13
RANEXA 500MG TABLETS
QTY: 180      2 REFILLS BEFORE 07/26/14
Refill        NDC: 61958-1003-01
Retail Price: $1121.89   Your Insurance Saved You: $1121.89      $ 0.00
DR P. ROMANELLO              PLAN: HSPRGMPD
MFG: GILEAD
VVL/BEL/BEL/VVL/VVL          CLAIM REF# 133093735579019999
**DUANEREADE**
pharmacy                     1498 YORK AVE NEW YORK, NY  10075
                             PH:(212)879-8990              Duplicate Receipt

Pharmacy use only

MON   10:33AM       RANEXA 500MG TABLETS           QTY 180               LIGHT ORANGE
Refill              61958-1003-01                                        FRONT: GSI500
                    ALPHA
                                               VVL/BEL/BEL/VVL/VVL       Ad Info

**ELENA STRUJAN**
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0146080-14232                    DATE: 09/17/13
SUMATRIPTAN 100MG TABLETS
QTY: 9        6 REFILLS BEFORE 06/21/14
Copy          NDC: 63304-0099-19
Retail Price: $158.99   Your Insurance Saved You: $158.99      $ 0.00
A. CARASCA, MD              PLAN: HSPRGMPD
MFG: RANBAXY
MJA/MJA/MJA/MJA/MJA        CLAIM REF# 132603183661006999
**DUANEREADE**
pharmacy                     1498 YORK AVE NEW YORK, NY  1007h
                             PH:(212)879-8990              Customer Receipt

**ELENA STRUJAN**
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0146080-14232                    DATE: 09/17/13
SUMATRIPTAN 100MG TABLETS
QTY: 9        6 REFILLS BEFORE 06/21/14
Copy          NDC: 63304-0099-19
Retail Price: $158.99   Your Insurance Saved You: $158.99      $ 0.00
A. CARASCA, MD              PLAN: HSPRGMPD
MFG: RANBAXY
MJA/MJA/MJA/MJA/MJA        CLAIM REF# 132603183661006999
**DUANEREADE**
pharmacy                     1498 YORK AVE NEW YORK, NY  10075
                             PH:(212)879-8990              Duplicate Receipt

Pharmacy use only                                             WHITE

**ELENA STRUJAN**
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0133777-14232                    DATE: 09/17/13
LUNESTA 3MG TABLETS
QTY: 30       NO REFILLS - DR. AUTH REQUIRED
Refill        NDC: 63402-0193-10
Retail Price: $360.99   Your Insurance Saved You: $360.99      $ 0.00
A. CARASCA, MD              PLAN: HSPRGMPD
MFG: SEPRACOR
AMR/ / /MJA                CLAIM REF# 132603174432024999
**DUANEREADE**
pharmacy                     1498 YORK AVE NEW YORK, NY  1007h
                             PH:(212)879-8990              Customer Receipt

**ELENA STRUJAN**
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0133777-14232                    DATE: 09/17/13
LUNESTA 3MG TABLETS
QTY: 30       NO REFILLS - DR. AUTH REQUIRED
Refill        NDC: 63402-0193-10
Retail Price: $360.99   Your Insurance Saved You: $360.99      $ 0.00
A. CARASCA, MD              PLAN: HSPRGMPD
MFG: SEPRACOR
AMR/ / /MJA                CLAIM REF# 132603174432024999
**DUANEREADE**
pharmacy                     1498 YORK AVE NEW YORK, NY  10075
                             PH:(212)879-8990              Duplicate Receipt

**ELENA STRUJAN**
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0108338-14232                    DATE: 10/16/13
LIDOCAINE 5% OINTMENT 35.44GM
QTY: 70.88    2 REFILLS BEFORE 01/02/14
Refill        NDC: 50383-0933-35
Retail Price: $173.99   Your Insurance Saved You: $173.99      $ 0.00
A. CARASCA, MD              PLAN: HSPRGMPD
MFG: HI-TECH
RAY/ / /RAY/RAY            CLAIM REF# 132893298497005999
**DUANEREADE**
pharmacy                     1498 YORK AVE NEW YORK, NY  10075
                             PH:(212)879-8990              Customer Receipt

**ELENA STRUJAN**
40-26 40th St Sunnyside, Sunnyside, NY 11104
(646)234-2421
RX # 0108338-14232                    DATE: 10/16/13
LIDOCAINE 5% OINTMENT 35.44GM
QTY: 70.88    2 REFILLS BEFORE 01/02/14
Refill        NDC: 50383-0933-35
Retail Price: $173.99   Your Insurance Saved You: $173.99      $ 0.00
A. CARASCA, MD              PLAN: HSPRGMPD
MFG: HI-TECH
RAY/ / /RAY/RAY            CLAIM REF# 132893298497005999
**DUANEREADE**
pharmacy                     1498 YORK AVE NEW YORK, NY  10075
                             PH:(212)879-8990              Duplicate Receipt

Pharmacy use only

WED   11:39AM       LIDOCAINE 5% OINTMENT 35.44GM      *12*     QTY 70.88
Refill              50383-0933-35
                    ALPHA                                          RAY/ / /RAY/RAY       Ad Info

4

**ELENA STRUJAN**
<u>Mailing Address</u>:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421


*10/19/2010*
*502·637·3999*

October 19, 2010

Oldfather Law Firm
1330 South Third Street
Louisville, KY 40208

Dear Ms. Oldfather

I just received an envelope from Vioxx Claim Administrator ( the letter in Exhibit). What I have to do? What is your decision? Do I have to answer to them? *Please care about my case.*

I know you are very busy, but please let me know. I thank you in advance for your help.

Sincerely,

Elena Strujan

PS: Send by fax.



## CONSENT

I, either as counsel of record for or *pro se* claimant in one of the remaining personal injury cases pending in Vioxx MDL #1657, hereby consent to the delivery to Ann B. Oldfather, of any court filings made by me on behalf of my clients, or by me on my own behalf, and, in addition thereto and/or in further description thereof, this specifically includes all plaintiff profile forms (original and as amended), all medical records in support thereof and all *Lone Pine* reports. Merck is relieved of any liability for honoring this request.

Signature _Elena Strujan_

Date: _6/4/2011_

Please print:
Name: _ELENA STRUJAN_
Address: _P.O. Box 20632_
_New York, NY 10021_
Phone Number: _646-234-2421_

AFTER SIGNING AND DATING, PLEASE FAX,
SCAN AND EMAIL OR MAIL BACK TO US AT:

EMAIL:     CMS@OLDFATHER.COM

or

FAX:       (502) 637-3999

Or

MAIL:      COLLEEN SHIELDS, PARALEGAL
           OLDFATHER LAW FIRM
           1330 SOUTH THIRD STREET
           LOUISVILLE, KY 40208



# OLDFATHER LAW FIRM
## ATTORNEYS AT LAW
### 1330 SOUTH THIRD STREET
### LOUISVILLE, KENTUCKY 40208

ANN B. OLDFATHER †
aoldfather@oldfather.com

VICKI L. BUBA *
vbuba@oldfather.com

R. SEAN DESKINS
sdeskins@oldfather.com

SHELDON L. HADEN
shaden@oldfather.com

MEGAN J. HASTINGS
mhastings@oldfather.com

* Also admitted in Indiana
† Board Certified in Civil Trial Advocacy

TELEPHONE 502.637.7200
FAX 502.637.3999
www.oldfather.com

September 26, 2011

*VIA FEDERAL EXPRESS*
Ms. Elena Strujan
c/o Manhattan Mini Storage
420 E. 62nd Street
New York, NY 10065

*RE: Elena Strujan v. Merck Co., Inc.*

Dear Ms. Strujan:

Enclosed please find a copy of all materials in the possession of Oldfather Law Firm that is specific to your claims. The vast majority of your records are maintained electronically by our firm, and a complete copy has been provided on the enclosed CD. This file does not include copies of public pleadings which are on file with the Court, with the exception of an electronic copy of the brief you filed with the United States Court of Appeals for the Fifth Circuit.

As Ms. Oldfather informed you by email on September 25, 2011, you can contact the Clerk of Courts for the Eastern District of Louisiana to obtain information and documents from your court file. The address is:

> 500 Poydras Street, Room C-151
> New Orleans, LA 70130
> Phone: (504) 589-7719
> Fax: (504) 589-3119

The court has also appointed Robert Johnson, Esquire to act as Pro Se Curator in the Vioxx MDL to assist in providing information and directions to claimants without counsel. His telephone number is: (504) 561-7799 and his email is: rmj@ahhelaw.com.



*Adams, Vloefir, Holwadel &
Eldridge L L C.*

# NEW ORLEANS AREA
# PERSONAL INJURY ATTORNEYS

Frank J. D' Amico, Jr., APLC
622 Baronne St.
New Orleans, LA 70113
(504) 525-9522 (fax)
(504) 525-9561 (phone)

Harrell & Nowak, L.L.C.
650 Poydras St., Ste. 2107
New Orleans, LA 70130
(504) 528-3131 (fax)
(504) 522-7885 (phone)

Law Offices of H. Edward Sherman
1010 Common Street, Suite 1750
New Orleans, LA 70112
(504) 587-7100

Connick & Connick LLC
2557 Metairie Road
Metairie, LA 70001
(504) 838-8777

Kanner & Whitley
701 Camp Street
New Orleans, LA 70130
(504) 524-5763 (fax)
(504) 524-5777 (phone)

Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 561-6024 (fax)
(504) 581-4892 (phone)

Murray Law Firm
909 Poydras St., Ste. 2550
New Orleans, LA 70112
(504) 584-6249 (fax)
(504) 525-8100 (phone)

*District Court
07-906
12/15/2010*

*Regina
message 12/15/2010*

*msg 12/15/2010*

*District
court
07-906*

16

2800

Liska, Exnicios & Nungesser
6485 Jefferson Highway #B
New Orleans, LA 70123
(504) 737-3727 (phone)

Jones, Swanson, Huddleson & Garrison, LLC
601 Poydras St., Ste. 2655
New Orleans, LA 70130       *Lisa Rodwig*   12/15/2010
(800) 998-6942 (toll free)    *mulsey*      *đã mai sena inappoi*
(504) 523-2500 (phone)
(504) 523-2508 (fax)

Gertler Gertler Vincent & Plotkin
129 Carondelet St.
New Orleans, LA 70130     *Louis Gertor*  *lundt druen*
(504) 581-6411 (phone)     *12/15/2010*
(877) 581-6411 (toll free)
(504) 581-6568 (fax)

Gainsburgh, Benjamin, David, Meunier & Warshauer   — *neverge*
1100 Poydras Street, Suite 2800
New Orleans, LA 70163
(504) 522-2304

Jim S Hall & Associates, LLC      — *sena dreapoi* 12/16/10
800 N. Causeway Blvd., Ste. 100
Metairie, LA 70002
(504) 832-1799 (fax)
(504) 832-3000 (phone)

Irpino Law Firm             — *ru vered*
365 Canal St., 22nd floor
New Orleans, LA 70130
(504) 525-1501 (fax)
(504) 525-1500 (phone)

Smith Stag. L.L.C.          — *nuerg* 12/16/10
365 Canal St., Ste. 2850
New Orleans, LA 70130
(504) 593-9601 (fax)
(504) 593-9600 (phone)

17

Kahn Gauthier Swick
650 Poydras St., Ste. 2150
New Orleans, LA 70130
(504) 455-1498 (fax)
(504) 455-1400 (phone)

Gaudin and Longoria
858 Camp Street
New Orleans, LA 70130
(504) 529-8941 (fax)
(504) 524-7727 (phone)

David W. Oestreicher, II
307 Exchange Alley
New Orleans, LA 70130
(504) 529-7664 (fax)
(504) 529-7662 (phone)

Bruno & Bruno
855 Baronne St.
New Orleans, LA 70113
(800) 966-1335 (toll free)

Leger & Shaw
600 Carondelet St. 9th floor
New Orleans, LA 70130
(800) 523-5887 (toll free)
(504) 588-9980 (fax)
(504) 588-9043 (phone)

Vernon Thomas Law Firm
1524 N. Claiborne Ave
New Orleans, LA 70116
(504) 945-6910 (fax)
(504) 944-9703 (phone)

Simon, Peragine, Smith & Redfearn
1100 Poydras St., 30th floor
New Orleans, LA 70163
(504) 569-2999 (fax)
(504) 569-2030 (phone)



