## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX<br>        PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:  *Catherine H. Singleton v. Merck & Co.*, No. 09-2413 (Plaintiff Sandra Hammack, on behalf of Velma Dunn's estate)

### ORDER

The Court received the attached correspondence from Bennie Jones, counsel for Plaintiff Sandra Hammack, on behalf of Velma Dunn's estate, via the United States mail and requesting additional time in which to respond to Defendant Merck & Co.'s motion for summary judgment.

As a preliminary matter, the Court reminds Mr. Jones of his obligation to file electronically. Pursuant to Local Rule 5.1 of this Court:

> All documents must be filed with the clerk of court in the manner provided in the court's Administrative Procedures for Electronic Case Filings and Unique Procedures and Practices for Electronic Filings . . . .

L.R. 5.1. The *Administrative Procedures for Electronic Case Filings and Unique Procedures and Practices for Electronic Filings* provides:

> Except as expressly provided in these rules or as ordered by the United States District Court for the Eastern District of Louisiana (hereinafter "EDLA" or "the Court"), . . . , in the absence of exceptional circumstances preventing a Filing User from filing electronically, all pleadings and documents required to be filed with the Court in civil and criminal cases must be electronically filed . . . .
> **Failure to use electronic filing will be brought to the attention of the presiding judge for appropriate action, which may include issuance of a show cause order and sanctions**

> against the **Filing User**, and a requirement by the **Clerk of**
> **Court** of the United States District Court for the Eastern
> District of Louisiana (hereinafter "**the Clerk**") that the
> pleadings or documents be returned to the **Filing User** for
> electronic filing.

U.S. Dist. Court for the E. Dist. of La., Administrative Procedures for Electronic

Case Filings and Unique Procedures and Practices for Electronic Filings r. 1 (2013),

*available at* http://www.laed.uscourts.gov/cmecf/administrative_procedures_and_unique_

procedures.pdf (emphasis in original). That document also provides a list of exceptions to the

electronic filing requirement, none of which apply here. *See id.* at r. 13.

However, the Court has nonetheless considered the request contained within Mr. Jones'

correspondence, and accordingly **IT IS ORDERED** that any response to Defendant Merck &

Co.'s motion for summary judgment be filed on or before December 19, 2013.

New Orleans, Louisiana, this 10th day of December, 2013.

UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:        Bennie L. Jones, Jr.
                       P.O. Box 357
                       West Point, MS 39773

2

# *Bennie L. Jones, Jr & Associates*

## ATTORNEYS AT LAW

Telephone:      (662) 494-1024
Facsimile:      (662) 494-0643
e-mail:      bjonesjr111@aol.com

206 Court Street
P O Box   357
West Point, Ms 39773

```
┌─────────────────────────┐
│  RECEIVED               │
│    DEC  9 2013          │
│   CHAMBERS OF           │
│  U.S. DISTRICT JUDGE    │
│   ELDON E. FALLON       │
└─────────────────────────┘
```

December 6, 2013

Mrs. Loretta G. Whyte
Clerk
United States District Court
Eastern District of Louisiana
U.S. Courthouse
500 Poydras Street, Room: C151
New Orleans, LA 70130
Tel: 504-589-7600
Fax: 504-589-7698

Via U.S. Mail

RE:     *Singleton, Catherine H., et al. V. Merck & Co. Inc., 2:09-cv-02413OEEF-DEK*
        *(Plaintiff Sandra Hammack, on behalf of the Estate of Velma Dunns)*

Dear Mrs. Whyte:

Enclosed for filing is an original and a copy of the following: (1) Plaintiff's Motion for Additional Time to Respond to Defendant's Motion for Summary Judgement (2) Proposed Order for Judge's signature, and (3) Notice of conventional Filing of Motion for Additional Time within which to File a Response to Defendant's Motion for Summary Judgement.

Please file the originals and stamp the enclosed copies "filed" and mail same to me in the envelope provided for your convenience.

This is thanking you in advance for your cooperation in this matter. By copy of this letter we are providing counsel opposite with copies of same. As well as Hon. Eldon E. Fallon, United States District Court Judge.

Sincerely,

Bennie L. Jones, Jr.
Attorney at Law

encl.

Pc:     Hon. Phillip Wittman          Hon. Douglas R. Marvin        Hon. Ann B. Oldfather
        Hon. Russ M. Herman

ah;puter-NoticeofConventFile-V.Dunn

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:       VIOXX                          MDL DOCKET NO. 1657
PRODUCTS LIABILITY                          SECTION L

LITIGATION                                  JUDGE FALLON
                                            MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Singleton, Catherine H. V. Merck & Co.,
2:09-cv-024130EEF-DEK (Plaintiff Sandra Hammack,
on behalf of the Estate of Velma Dunn)

NOTICE OF CONVENTIONAL FILING OF MOTION FOR ADDITIONAL TIME
WITHIN WHICH TO FILE A RESPONSE TO DEFENDANT'S MOTION
FOR SUMMARY JUDGEMENT

The Administratrix of the Estate of Velma Dunn hereby gives notice of the conventional

filing with the Clerk's Office of a Motion for Additional Time within which to respond to the

Motion for Summary Judgement filed by the Defendant Merck & Co. Inc. This document is not

being filed electronically because counsel's office presently is not set up to do electronic filings in

the United States District Court for the Eastern District of Louisiana. Counsel has attempted to

register for Ecf filing however due to inclement weather on Friday December 6, 2013 he was not

successful in doing so.

The document is being conventionally served on all parties.

This the 6ᵗʰ day of December, 2013.

                                        Respectfully submitted,

                                        S/Bennie L Jones, Jr
                                        BENNIE L JONES, JR
                                        MSB#3185

OF COUNSEL:
BENNIE L JONES, JR, ESQ.,
B.L. JONES., JR & ASSOCIATES

ahjputer-NoticeofConventFile-V.Dunn

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Notice of Conventional Filing has been served upon the following by U.S. Mail, Postage Prepaid or via Commercial Carrier:

Hon. Phillip Wittman
Stone Pigman Walther & Wittman, LIC
546 Carondelet Street
New Orleans, LA 70130

Hon. Douglas R. Marvin
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Hon. Ann B. Oldfather
Oldfather Law Firm
1330 S. Third Street
Louisville, KY 40208

Hon. Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

This the 6th day of December, 2013.

/s/ Bennie L. Jones, Jr.
Bennie L. Jones, Jr.

ahjputer-NoticeofConventFile-V.Dunn

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:      VIOXX
PRODUCTS LIABILITY

LITIGATION

MDL DOCKET NO. 1657
SECTION L

JUDGE FALLON
MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Singleton, Catherine H., et al V. Merck & Co. Inc.
2:09-cv-024130EEF-DEK (Plaintiff Sandra Hammack,
on behalf of the Estate of Velma Dunn)

---

## PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT

Comes now Plaintiff Sandra Hammack, as the Administratrix of The Estate of Velma Dunn and files this her Motion for an additional ten days from December 9, 2013 within which to file a response to Merck & Co., Inc.'s Motion for Summary Judgement. And would show as reasons therefor the following:

1.   That Counsel has numerous cases pending in various courts that he is working on; Further this case is a very complex case dealing with very complex issues.

2.   That the motion is not filed for purpose of delay but so that justice may be done as well as in order to allow counsel to do further research;

3.   Plaintiff/Respondent prays that a separate Memorandum of Law be waived in this instance.

WHEREFORE PREMISES CONSIDERED the Plaintiff moves this Honorable Court for an Order allowing the Plaintiff until Wednesday December 18, 2013 within to respond to the Motion For Summary Judgement filed by the Defendant, Merck & Co. Inc.

Respectfully submitted, this the **6th** day of December, 2013.

ahjputer-MotionForTime-V.Dunn

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion for Additional Time to Respond To Defendant's Motion For Summary Judgement has been served upon the following by U.S. Mail, Postage Prepaid or via Commercial Carrier:

Hon. Phillip Wittman
Stone Pigman Walther & Wittman, LIC
546 Carondelet Street
New Orleans, LA 70130

Hon. Douglas R. Marvin
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Hon. Ann B. Oldfather
Oldfather Law Firm
1330 S. Third Street
Louisville, KY 40208

Hon. Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

This the ___ day of December, 2013.

/s/ Bennie L. Jones, Jr.
Bennie L. Jones, Jr.

ahjputer-NoticeofConventFile-V.Dunn

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:      VIOXX                          MDL DOCKET NO. 1657
PRODUCTS LIABILITY                        SECTION L

LITIGATION                                JUDGE FALLON
                                          MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Singleton, Catherine H. V. Merck & Co.,
2:09-cv-02413OEEF-DEK (Plaintiff Sandra Hammack,
on behalf of the Estate of Velma Dunn)

## **ORDER**

IT IS ORDERED on Plaintiff's Motion for Additional Time to Respond to Defendant's

Motion for Summary Judgement that Plaintiff is hereby granted an additional ten days from

December 9, 2013 within which to file a response to Merck & Co., Inc.'s Motion for Summary

Judgement.

ORDERED on this the _____ day of December, 2013.


_____
U.S. DISTRICT COURT JUDGE


SUBMITTED TO THE COURT BY:

S/Bennie L. Jones, Jr._____
HON. BENNIE L. JONES, JR.
ATTORNEY FOR PLAINTIFF
VELMA DUNN

ahjputer-NoticeofConventFile-V.Dunn

