## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| ***This document relates to*** | * | **JUDGE FALLON** |
| | * | |
| ***Joe Levitt v. Merck & Co., Inc.*** | * | **MAGISTRATE JUDGE KNOWLES** |
| **2:06-cv-09757-EEF-DEK** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### CERTIFICATE OF SERVICE
### OF PLAINTIFF'S DESIGNATION OF EXPERT WITNESSES

The undersigned counsel for Plaintiff hereby certifies that on the 13ᵗʰ day of December, 2013, in accordance with the Court's Minute Entry dated November 14, 2013 and Fed. R. Civ. P. 26, a copy of Plaintiff's Expert Disclosures was served to Defense Counsel, Jonathan Williams, Defendant Liaison Counsel, Dorothy H. Wimberly, and Plaintiff Liaison Counsel, Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

Respectfully submitted,

HUMPHREY, FARRINGTON & McCLAIN, P.C.

/s/ Daniel A. Thomas
Kenneth B. McClain MO #32430
Daniel A. Thomas MO #52030
221 W. Lexington, Suite 400
P.O. Box 900
Independence, MO 64050
816-836-5050
816-836-8966 fax

ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance has been served upon Defense Counsel, Jonathan Williams, Defendant Liaison Counsel, Dorothy H. Wimberly, and Plaintiff Liaison Counsel, Ann Oldfather, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of December, 2013.

/s/ Daniel A. Thomas
Daniel A. Thomas          MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**