MINUTE ENTRY
FALLON, J.
DECEMBER 13, 2013

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS               CIVIL ACTION
        LIABILITY LITIGATION

                                                             NO. 05-MD-1657

                                                             SECTION: L

**This document relates to:** All Economic Loss Class Action Cases

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Arlene Movahed

Appearances: Leonard Davis, Esq., Elizabeth Cabraser, Esq., Dawn Barrios, Esq., and James
           Duggan, Esq., for Plaintiffs
           James Lyle, Esq., for New Mexico Plaintiffs
           Douglas Marvin, Esq., John Beisner, Esq., Tom Fox, Esq., and Jordan Schwartz,
            Esq. for Merck

FAIRNESS HEARING regarding Joint Motion for Final Approval of Class Settlement.
(64529)

After argument - MATTER TAKEN UNDER SUBMISSION

JS10: :54