# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:** | |
| **THIRD PARTY PAYOR COMMON BENEFIT FEES** | |

## MOTION FOR LEAVE TO FILE THE TPP FEE ALLOCATION COMMITTEE'S RESPONSE TO THE OBJECTIONS TO THE REPORT AND RECOMMENDATION OF SPECIAL MASTER REGARDING THIRD PARTY PAYOR COMMON BENEFIT AWARDS AND FEE ALLOCATION COMMITTEE'S REVISED PROPOSED ALLOCATION AWARDS AND TO EXCEED PAGE LIMITATION

NOW COME the Court-appointed Third Party Payor Fee Allocation Committee ("FAC"), who respectfully requests leave of court to file the attached TPP Fee Allocation Committee's Response to the Objections to the Report and Recommendation of Special Master Regarding Third Party Payor Common Benefit Awards and Fee Allocation Committee's Revised Proposed Allocation Awards. The attached pleading is due and expected by the Court; however, the pleading exceeds the page limitation as outlined by the rules. Accordingly, mover requests leave of court to exceed page limitation and file the attached TPP Fee Allocation Committee's Response to the Objections to the Report and Recommendation of Special Master Regarding Third Party Payor Common Benefit Awards and Fee Allocation Committee's Revised Proposed Allocation Awards.

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman
**Herman, Herman & Katz, L.L.C.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com

/s/ Elizabeth Cabraser
Elizabeth Cabraser
**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com

/s/ Christopher A. Seeger
Christopher A. Seeger
**Seeger Weiss LLP**
77 Water Street
New York, NY 10005
Telephone: (212) 584-0700
cseeger@seegerweiss.com

/s/ Thomas M. Sobol
Thomas M. Sobol
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA    02142
Telephone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com

/s/ Andy D. Birchfield, Jr.

        Andy D. Birchfield, Jr.
**Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: (800) 898-2034
Fax: (334) 954-7555
andy_birchfield@beasleyallen.com

/s/ James Dugan
James Dugan
**Dugan Law Firm**
One Canal Place
Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*The TPP Fee Allocation Committee*

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 17th day of December, 2013.

        /s/ Leonard A. Davis
        Leonard A. Davis, Esq. (#14190)
        Herman, Herman & Katz, L.L.C.
        820 O'Keefe Avenue
        New Orleans, LA   70113
        Ph:   (504) 581-4892
        Fax:   (504) 561-6024
        ldavis@hhklawfirm.com