# EXHIBIT "A"

**INDEX**

| |
|---|
| |
| |
| |
| **Pleadings** |
| Local 68 Complaint |
| Plumbers & Pipefitters Complaint |
| |
| **Key Orders** |
| Order re Motion to Dismiss (2004-07-08) |
| Memo of Decision re Motion to Dismiss (2004-07-08) |
| Order re Class Certification (2005-06-30) |
| Appellate Division Class Certification Order (2006-03-31) |
| Supreme Court Decision (2007-09-06) |
| Order re TPP Liaison Counsel (2008-09-26) |
| TPP Initial Core Discovery Order (2008-07-22) |
| TPP Discovery Order #2 (2008-07-22) |
| TPP Discovery Order #3 (2008-10-10) |
| TPP Discovery Order #4 (2009-02-19) |
| |
| **Significant Briefings** |
| Local 68 Motion to Dismiss Opposition (2004-02-16) |
| Class Certification Motion (2004-11-04) |
| Class Certification Motion Reply (2005-06-17) |
| Appellate Division Opposition Brief (2005-12-01) |
| Supreme Court Opposition Brief (2006-06-02) |
| Supreme Court Opposition to File Reply Brief (2006-06-23) |
| Supreme Court Supplemental Brief (2006-10-20) |