**FILED**

SEP 26 2008

Carol E. Higbee, P.J.Cv.



Sep 26 2008
1:57PM

**By the Court:**

| | |
|---|---|
| IN RE: VIOXX® LITIGATION | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>ATLANTIC COUNTY<br><br>CASE NO. 619 |
| APPLICABLE TO ALL THIRD PARTY PAYOR CASES | Civil Action<br><br>**ORDER APPOINTING LIAISON COUNSEL IN THE THIRD PARTY PAYOR CASES AND REGARDING PROCEDURE FOR EXTENSION OF COURT DEADLINES** |

**THIS MATTER** having being brought on the court's own motion, and for good cause shown;

IT IS ON THIS 26 day of Sept, 2008, ORDERED as follows:

1. The firm of Seeger Weiss, represented by David P. Buchanan, Esquire, has been appointed liaison counsel by the court for the third party payor cases in the VIOXX® litigation.

2. Any communication or conferences with the court should be coordinated through liaison counsel, and copies of any correspondence with the court should be copied to Mr. Buchanan.

3. There can be no adjournments of any deadlines set by the court without the permission of the court.

_____
CAROL E. HIGBEE, P.J.Cv.