# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br><br><br><br>THIS DOCUMENT RELATES TO:<br><br>*Cheryl Sample (as administrator for the deceased Michael Wodowski), et al. v. Merck & Co., Inc., et al.*, 3:08-cv-04559-EEF-DEK | *   MDL DOCKET NO. 1657<br>*   SECTION L<br>*<br>*   JUDGE FALLON<br>*   MAGISTRATE JUDGE KNOWLES<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DEFENDANT MODEN-GIROUX, INC.'S MOTION FOR
## SUMMARY JUDGMENT AND INCORPORATED MEMORANDUM OF LAW

Defendant Moden-Giroux, Inc. d/b/a Transit Hill Pharmacy ("Moden-Giroux") respectfully requests that the Court enter summary judgment pursuant to Federal Rule of Civil Procedure 56 in its favor on all of Plaintiffs' claims and dismiss all of Plaintiffs' claims against Moden-Giroux with prejudice.

On May 17, 2013, Defendant Merck Sharp & Dohme Corp. ("Merck") moved for summary judgment in this case on the ground that Plaintiffs could not meet their burden of proof with respect to causation—a necessary element of each of Plaintiffs' claims—because Plaintiffs failed to disclose an expert in accordance with Federal Rule of Civil Procedure 26(a)(2) who would testify that Vioxx caused the injury for which Plaintiffs seek to recover. *See* Dkt. 66402, 66403 ("Merck's Summary Judgment Filing"). On October 24, 2013, the Court granted Merck's motion (which went unopposed) and dismissed all claims against Merck with prejudice. *See* Dkt. 64652 ("October 24 Order").

The claims asserted against Moden-Giroux in this case are identical to those that were asserted against Merck.  *See* Dkt. 64402-3 (Compl.).  Accordingly, summary judgment in Moden-Giroux's favor is appropriate for the same reasons as was summary judgment in Merck's.  Moden-Giroux hereby incorporates Merck's Summary Judgment Filing as if fully set forth herein, as well as the Court's October 24 Order, and adopts Merck's L.R. 56.1 Statement of Material Facts as to Which There is No Dispute (and the exhibits thereto) as its own.  *See* Dkt. 66402, 64403, 64652.  For the reasons stated therein, Moden-Giroux respectfully requests that the Court grant its motion, enter summary judgment against Plaintiffs in Moden-Giroux's favor on all claims, and dismiss all claims against Moden-Giroux with prejudice.

Dated:  December 18, 2013

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:    504-581-3361

Defendants' Liaison Counsel

  —and—

Bruce Gilpatrick
HEIDELL, PITTONI, MURPHY & BACH LLP
81 Main Street
White Plains, N.Y. 10601
Phone: 914-559-3100
Fax:    914-949-1160

Attorney for Defendant Moden-Giroux, Inc.

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion for Summary Judgment and Incorporated Memorandum of Law has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of December, 2013.

                                                  */s/ Dorothy H. Wimberly*
                                                  Dorothy H. Wimberly, 18509
                                                  STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                  546 Carondelet Street
                                                  New Orleans, Louisiana  70130
                                                  Phone:  504-581-3200
                                                  Fax:     504-581-3361
                                                  dwimberly@stonepigman.com

                                                  Defendants' Liaison Counsel