

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED DEC 16 2013
WILLIAM W. BLEVINS
CLERK

# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 13-30930

MD 05-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

-------

JAMES E. MEADOWS, et al

    Plaintiffs

JAMES RATLIFF, on behalf of himself and others similarly situated,

    Movant - Appellant

v.

MERCK AND COMPANY, INCORPORATED,

    Defendant - Appellee

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

CLERK'S OFFICE:

Under FED R. APP. P. 42(b), the appeal is dismissed as of December 09, 2013, pursuant to appellant's motion.

LYLE W. CAYCE
Clerk of the United States Court
of Appeals for the Fifth Circuit

By: Sabrina B. Short
Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

A true copy
Attest:
Clerk, U. S. Court of Appeals, Fifth Circuit
By: Sabrina B. Short
Deputy
New Orleans, Louisiana DEC 09 2013

Fee
Pro Se
X Dkt
CtRmDep
Doc. No.

# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

December 09, 2013

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

  **No. 13-30930**  **In Re: Vioxx Prod Liability**
         USDC No. 2:05-MD-1657

Enclosed is a copy of the judgment issued as the mandate.

Sincerely,

LYLE W. CAYCE, Clerk

*Sabrina B. Short*
By: _____
Sabrina B. Short, Deputy Clerk
504-310-7817

cc w/encl:
  Honorable Eldon E. Fallon
  Mr. John H. Beisner
  Ms. Jessica K. Case
  Mr. Richard Alan Getty
  Ms. Dorothy Hudson Wimberly