## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX®** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| | * | |
| | * | **MAG. JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*
THIS DOCUMENT RELATES TO:   ALL CASES

### ORDER

The Court has before it a Motion for Partial Award of Plaintiff's Common Benefit

Reimbursement of Expenses, which is unopposed:

IT IS ORDERED BY THE COURT that the sum of $257,204.90 is hereby

awarded to Ann B. Oldfather, Oldfather Law Firm, for expenses incurred for retention

and services of certain expert witnesses, to be paid from the Common Benefit Expense

Fund.

This Order is without prejudice to such other expenses as may be submitted

hereafter.

New Orleans, Louisiana, this 18th day of _____ December _____, 2013.

_____
UNITED STATES DISTRICT JUDGE