# Rolling Hills Center

"Give a man a 🐟 and you feed him for a day, Teach a man to fish and you feed him for a lifetime!"

May 13, 2013

To Whom It May Concern:

This letter is to verify LeMarcus Bush's gross earnings for January 2013.

| Pay Period Ending | Date Check Rec'd | Hours | Gross Earnings | Net Earnings |
|---|---|---|---|---|
| 12/29/12 | 1/10/13 | 55.75 Reg | $904.81 | |
| | | 16.25 Vac | $263.74 | |
| | | 8.00 Hol | $129.84 | $1,008.21 |
| 1/12/13 | 1/24/13 | 64.00 Reg | $1,038.72 | |
| | | 8.00 Vac | $129.84 | |
| | | 8.00 Hol | $129.84 | $1,008.51 |

This letter is provided by the Human Resources Department.

Sincerely,

*Vivian Collins*

Vivian Collins
H.R. Director

"Providing Supports to Persons with Developmental Disabilities and Mental Retardation"
200 Womack Rd., Starkville, MS 39759 – Phone 662.323.9183 – Fax: 662.323.1089
Email: RollingHillsCenter@yahoo.com

# Rolling Hills Center

"Give a man a 🐟 and you feed him for a day, Teach a man to fish and you feed him for a lifetime!"

May 13, 2013

To Whom It May Concern:

This letter is to verify LeMarcus Bush's gross earnings from February 2013 to current.

| Pay Period Ending | Date Check Rec'd | Hours | Gross Earnings | Net Earnings |
|---|---|---|---|---|
| 1/26/13 | 2/7/13 | 80.00 | $1,298.40 | $1,008.51 |
| 2/9/13 | 2/21/13 | 70.25 Reg | $1,140.16 | |
| | | 9.75 Vac | $158.24 | $1,008.51 |
| 2/23/13 | 3/7/13 | 77.00 Reg | $1,249.71 | |
| | | 3.00 Vac | $48.69 | $1,008.51 |
| 3/9/13 | 3/21/13 | 79.75 Reg | $1,294.34 | $1,005.57 |
| 3/23/13 | 4/4/13 | 71.75 | $1,164.50 | $911.64 |
| 4/6/13 | 4/18/13 | 80.00 | $1,298.40 | $1,008.51 |

This letter is provided by the Human Resources Department.

Sincerely,

*Vivian Collins*
Vivian Collins
H.R. Director

"Providing Supports to Persons with Developmental Disabilities and Mental Retardation"
200 Womack Rd., Starkville, MS 39759 – Phone 662.323.9183 – Fax: 662.323.1089
Email: RollingHillsCenter@yahoo.com

# Rolling Hills Center

"Give a man a 🐟 and you feed him for a day, Teach a man to fish and you feed him for a lifetime!"

May 13, 2013

To Whom It May Concern:

This letter is to verify LeMarcus Bush's gross earnings check received on 5/2/13.

| Pay Period Ending | Date Check Rec'd | Hours | Gross Earnings | Net Earnings |
|---|---|---|---|---|
| 4/20/13 | 5/2/13 | 72.00 Reg | $1,191.60 | |
| | | 8.00 BRL | $132.40 | $1,045.56 |
| | | | $25.60 Pay Adj. | |

Pay adjustment was retro pay for annual increase.

This letter is provided by the Human Resources Department.

Sincerely,

*Vivian Collins*
Vivian Collins
H.R. Director

*"Providing Supports to Persons with Developmental Disabilities and Mental Retardation"*
**200 Womack Rd., Starkville, MS 39759 – Phone 662.323.9183 – Fax: 662.323.1089
Email: RollingHillsCenter@yahoo.com**

Rolling Hills
200 Womack Dr.
Starkville MS 39759

| DATE | CHECK NO. |
|---|---|
| 05/16/13 | 932386 |

One Thousand Two Hundred Fifty Eight & 55/100 Dollars

DEPOSITED TO THE ACCOUNT OF
BUSH, LEMARCUS
1059 JOHN HIGH ROAD
STARKVILLE, MS 39759

EMPLOYEE NO.

$1,258.55

# Deposit Advice Only - Not Negotiable

BUSH, LEMARCUS (2627)  
SSN: xxx-xx-2627

Check Number 932386

Distribution of Funds: Account Number: *****9837    Amount: $1,258.55

*** Net Pay 1258.55  
Pay Period End: 05/04/13

| Gross Pay | Hours | Amount | YTD |
|---|---|---|---|
| REGULAR | 80.00 | 1,644.00 | 12,224.65 |
| VACATION | | | 600.51 |
| HOLIDAY | | | 259.68 |
| BEREAVEMNT | | | 132.40 |
| ADJ | | | 25.60 |
| Total | 80.00 | 1,644.00 | 13,242.84 |

| Tax Amounts | Amount | YTD |
|---|---|---|
| SOC SEC | 99.67 | 798.61 |
| MEDICARE | 23.31 | 186.79 |
| FEDERAL | 143.77 | 960.96 |
| STATE | 49.80 | 338.27 |
| Total | 316.55 | 2,284.63 |

| Deductions | Amount | YTD |
|---|---|---|
| STD | 13.88 | 138.51 |
| WHOLE LIFE | 18.52 | 185.20 |
| PPO | 25.29 | 250.15 |
| DENTAL | 8.45 | 84.67 |
| VISION | 2.76 | 27.60 |
| Total | 68.90 | 686.13 |

| Benefit Hours | Taken | Accrued | Available |
|---|---|---|---|
| VACATION | 37.00 | | 18.73 |
| SICK | | | 144.00 |
| Total | 37.00 | | 162.73 |

Effective Hourly Rates

| Dept | Class | Shift | Pay Type | Hours | Base Rate | Shift Diff | UMA | O/T Prem | Paid Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| PS | DR | 1 | REGULAR | 80.00 | $20.55 | 0.00 | 0.00 | 0.00 | 20.55 | 1,644.00 |
| | | | | | | | | | | 1,644.00 |

Rolling Hills
200 Womack Dr.
Starkville MS 39759

| DATE | CHECK NO. |
|---|---|
| 05/16/13 | 932386 |

One Thousand Two Hundred Fifty Eight & 55/100 Dollars

DEPOSITED TO THE ACCOUNT OF
BUSH, LEMARCUS
1059 JOHN HIGH ROAD
STARKVILLE, MS 39759

EMPLOYEE NO.

$1,258.55

# Deposit Advice Only - Not Negotiable

BUSH, LEMARCUS (2627)
SSN: xxx-xx-2627

Check Number 932386

Distribution of Funds: Account Number: *****9837    Amount: $1,258.55

*** Net Pay 1258.55
Pay Period End: 05/04/13

| Gross Pay | Hours | Amount | YTD |
|---|---|---|---|
| REGULAR | 80.00 | 1,644.00 | 12,224.65 |
| VACATION | | | 600.51 |
| HOLIDAY | | | 259.68 |
| BEREAVEMNT | | | 132.40 |
| ADJ | | | 25.60 |
| Total | 80.00 | 1,644.00 | 13,242.84 |

| Tax Amounts | Amount | YTD |
|---|---|---|
| SOC SEC | 99.67 | 798.61 |
| MEDICARE | 23.31 | 186.79 |
| FEDERAL | 143.77 | 960.96 |
| STATE | 49.80 | 338.27 |
| Total | 316.55 | 2,284.63 |

| Deductions | Amount | YTD |
|---|---|---|
| STD | 13.88 | 138.51 |
| WHOLE LIFE | 18.52 | 185.20 |
| PPO | 25.29 | 250.15 |
| DENTAL | 8.45 | 84.67 |
| VISION | 2.76 | 27.60 |
| Total | 68.90 | 686.13 |

| Benefit Hours | Taken | Accrued | Available |
|---|---|---|---|
| VACATION | 37.00 | | 18.73 |
| SICK | | | 144.00 |
| Total | 37.00 | | 162.73 |

Effective Hourly Rates

| Dept | Class | Shift | Pay Type | Hours | Base Rate | Shift Diff | UMA | O/T Prem | Paid Rate | Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| PS | DR | 1 | REGULAR | 80.00 | $20.55 | 0.00 | 0.00 | 0.00 | 20.55 | 1,644.00 |
| | | | | | | | | | | 1,644.00 |

**From:** Vanessa <vanbush2002@yahoo.com>
**To:** bjonesjr111 <bjonesjr111@aol.com>
**Date:** Sun, Nov 3, 2013 4:24 pm

```
Wouldnt meet me with mi on 9-13-13
 While she was uptown and did not inform me of the whereabouts of my child
Kept mi on sept 9- 14- 9-15
Kept mi sept 9- 17 while kayla went to casino
On 9-19-13 pd 101.00 on kayla car insurance
Purchased tag for car 100.00
Moms kept mi on 9-25-13
I kept mi on 9-28-13
Kept mi on the 9-29-13
Mom kept mi on 9-30-13
I kept mi while kayla went to bingo
Mi stayed the night 10-4-13
Keep mi on 10-5-13
Mom kept mi 10-7-13
Mom kept mi 10-9-13
I kept mi on 10-13-13
Mom kept mi on 10-14-13
Mom kept mi 10-23-13/ mi stayed night 10-23-13
Kept mi on 10-26-13 and 10-27-13

Sent from my iPhone
Sent from my iPhone
```

**From:** Vanessa <vanbush2002@yahoo.com>
**To:** bjonesjr111 <bjonesjr111@aol.com>
**Date:** Sun, Nov 3, 2013 4:26 pm

```
10-29-13 /10-30-13 kept mi
11-3-13 kept mi

Sent from my iPhone
```

**From:** Bennie L Jones, Jr <bjonesjr111@aol.com>
**To:** spitmum <spitmum@aol.com>
**Cc:** kamesha.davenport86 <kamesha.davenport86@yahoo.com>
**Subject:** Fwd: Case Notes
**Date:** Thu, May 16, 2013 11:29 pm

Sending notes to you from 5/13 from Lamarkus Bush.
Ben Jones,Junior

LEGAL NOTICE: This e-mail is from a Law Firm, and/or on behalf of a Law Firm/Legal strategy Firm/ Legal consultant company and may contain confidential and/or legally privileged information. This e-mail is intended solely for the use of the individual(s) to whom it is addressed. If you have received this e-mail in error, please notify the sender by reply e-mail, delete the e-mail from your computer and do not copy or disclose it to anyone else. Any disclosure, copying, distribution, reliance or use of the contents or information received in error is strictly prohibited. Neither this e-mail message nor its attachment(s) may be construed as establishing an attorney-client relationship, constituting an electronic signature or providing consent to contract electronically, unless expressly so stated by an authorized attorney in the body of this e-mail or an attachment.

-----Original Message-----
From: Lamarcus bush <bush0550@hotmail.com>
To: bjonesjr111 <bjonesjr111@aol.com>
Sent: Mon, May 13, 2013 9:32 pm
Subject: Case Notes

```
>
> Amiyah gotten sick on December 7th stayed at the hospital with her from
December 7th till Dec 11
>
> December 2,3,4,5,6-11 did not see miyah (7-11 at hospital)
>
> Dec14-jan23 stayed with me
>
> Jan28,29,30,31, no see or stay
>
> Feb... 1,2,3,4,5,6,7,8,9,10,11,12,13,14,15,16,17,18,19,20,21,22,23,24,25,26,27,28
no see
>
> March...
> 1st 2nd 3rd 4th 5th 6th 7th did not see Amiyah
>
> Seen Amiyah for most of march but she didnt stay the night with me...
>
> on Feb 22 brought amiyah by My job for about 10-12 min
>
> ask to keep miyah on the feb 23 from 10 to 2 wouldn't let her stay
>
> on Feb 26 seen miyah at health dept
>
> on Feb 28 miyah stayed for a lil while
> 2pm-8pm
>
> Feb 28 put gas in Kayla car
>
> on March 3rd went to tupelo bought miyah 117 dollars cloths...from jc penny
>
```

Case 2:05-md-01657-EEF-DEK   Document 64756-3   Filed 12/19/13   Page 9 of 15

```
> March 4 bought miyah pampers and rattler took her to mother and she stayed
from 2:00pm to 9:00pm
>
> Took Miyah pampers at 11:00 at night on March 7th
>
> Miyah stayed the night march 8th and spent the day with me on march 9th.
>
> On March 9th bought miyah first pair shoes.
>
> kept kids on March 13 while kayla went to casino
>
> saw miyah on the March 15th and bought her teething ring
>
> March 16 bought massager/clothing/ and sun screen protector on the 16th took
mother amiyah items to bowling alley
>
> Miyah stayed the night on 4-4-13
>
> bought miyah clothes on 4-8-13
>
> miyah stayed the night on 4-20-13
> bought miyah walker
>
> gave Kayla 40 dollars for gas on 4-21-13
>
> miyah stayed the night April 28
>
> keep miyah on April 29
>
> miyah stayed the night 4-30-13
>
> I kept miyah on 5-4-13 while Kayla worked
>
> My Mother kept miyah on 5-7-8 while Kayla worked
>
> My Mother kept amiyah on 5-10-13 miyah stayed the night on 5-10-13
>
> I kept miyah on 5-11-13 while she worked
>
> My Mother kept miyah on 5-13-13 "
>
>
```

# Form 1040 — Department of the Treasury - Internal Revenue Service
## U.S. Individual Income Tax Return 2010

(99) IRS Use Only-Do not write or staple in this space.

For the year Jan. 1–Dec. 31, 2010, or other tax year beginning 2010, ending 20

OMB No. 1545-0074

**Label** (See instructions) Use the IRS label. Otherwise, please print or type.

Name: LA MARCUS BUSH

Home Address: 2026 JOHN HIGH ROAD
City, State, and ZIP Code: STARKVILLE MS 39759-

Your social security number: 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
Spouse's social security no.:

▲ You must enter your SSN(s) above. ▲

Checking a box below will not change your tax or refund.

**Presidential Election Campaign** ▶ Check here if you, or your spouse if filing jointly, want $3 to go to this fund (see instructions) ▶ [ ] You [ ] Spouse

**Filing Status** Check only one box.
1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child (see instructions)

**Exemptions**
- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
- 6b [ ] Spouse
- 6c Dependents:

| (1) First name  Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✓ if qualifying child for child tax credit (see inst) |
|---|---|---|---|
| J B BUSH | 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 | PARENT | |

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
- lived with you: 0
- did not live with you due to divorce or separation (see instr.): 0
Dependents on 6c not entered above: 1
Add numbers on lines above ▶ **2**

d Total number of exemptions claimed

**Income**

Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

If you did not get a W-2, see instructions.

Enclose, but do not attach, any payment. Also, please use Form 1040-V.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 39,150. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends (see instructions) | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes (see instructions) | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ] | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions   b Taxable amount (see inst.) | |
| 16a | Pensions and annuities   b Taxable amount (see inst.) | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation (see instructions) | |
| 20a | Social security benefits   b Taxable amount (see inst.) | |
| 21 | Other income. List type and amount (see instr.) | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 39,150. |

**Adjusted Gross Income**

| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | One-half of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction (see instr.) | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction (see instructions) | |
| 33 | Student loan interest deduction (see instructions) | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 31a and 32 through 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 39,150. |

For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see instructions.
BCA   US1040$1
Form **1040** (2010)

Form 1040 (2010)   LA MARCUS BUSH         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         Page 2

| | | | | |
|---|---|---|---|---|
| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | 38 | 39,150. |
| | 39a | Check if: ☐ You were born before Jan. 2, 1946, ☐ Blind. ☐ Spouse was born before Jan. 2, 1946, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, see instructions and check here ▶ 39b ☐ | | |
| | 40 | Itemized deductions (from Schedule A) or your standard deduction (see instructions) | 40 | 10,865. |
| | 41 | Subtract line 40a from line 38 | 41 | 28,285. |
| | 42 | Exemptions. Multiply $3,650 by the number on line 6d | 42 | 7,300. |
| | 43 | Taxable Income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 20,985. |
| | 44 | Tax (see instructions). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972 | 44 | 2,549. |
| | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 2,549. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 23 | 49 | |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit (see instructions) | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 2,549. |
| Other Taxes | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59 | a ☐ Forms(s) W-2, box 9  b ☐ Schedule H  c ☐ Form 5405, line 16 | 59 | |
| | 60 | Add lines 55 through 59. This is your total tax ▶ | 60 | 2,549. |
| Payments | 61 | Federal income tax withheld from Forms W-2 and 1099 | 61 | 2,395. |
| | 62 | 2010 estimated tax payments and amount applied from 2009 return | 62 | |
| | 63 | Making work pay and government retiree credits. Attach Schedule M | 63 | 400. |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned income credit (EIC) ............NO | 64a | |
| | b | Nontaxable combat pay election   64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | |
| | 68 | Amount paid with request for extension to file (see inst.) | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld (see inst.) | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885 | 71 | |
| | 72 | Add lines 61, 62, 63, 64a and 65 through 71. These are your total payments ▶ | 72 | 2,795. |
| Refund Direct deposit? See instructions and fill in 74b, 74c, and 74d, or Form 8888. | 73 | If line 72 is more than line 60, subtract line 60 from line 72. This is the amount you overpaid | 73 | 246. |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 246. |
| | b | Routing number | | |
| | | ▶ c Type: ☐ Checking ☐ Savings | | |
| | d | Account number | | |
| | 75 | Amount of line 73 you want applied to your 2011 estimated tax ▶ 75 | | |
| Amount You Owe | 76 | Amount you owe. Subtract line 72 from line 60. For details on how to pay, see inst. ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions)   77 | | |
| Third Party Designee | | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete the following. ☐ No Designee's name ▶   Phone no. ▶   Personal identification number (PIN) ▶ | | |
| Sign Here Joint return? See instr. Keep a copy for your records. | | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. Your signature   Date   Your occupation WORK   Daytime phone number 662-323-9138 Spouse's signature. If a joint return, both must sign.   Date   Spouse's occupation | | |
| Paid Preparer's Use Only | | Print/Type preparer's name MARY DAVIS   Preparer's signature   Date 03/19/2012   Check ☒ if self-employed   PTIN Firm's name ▶ MARY DAVIS TAX SERVICE   Firm's EIN Firm's address ▶ 107 GREENHILL DR STARKVILLE MS 39759-   Phone no. 662-323-9766 | | |

BCA   US104052   Form **1040** (2010)

| Form **1040** | Department of the Treasury - Internal Revenue Service (99) U.S. Individual Income Tax Return | **2011** | OMB No. 1545-0074 | IRS Use Only-Do not write or staple in this space. |
|---|---|---|---|---|

For the year Jan. 1-Dec. 31, 2011, or other tax year beginning , 2011, ending , 20     See separate instructions.

Your first name and initial: **LA MARCUS**    Last name: **BUSH**

Your social security number: **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**

If a joint return, spouse's first name and initial    Last name

Spouse's social security no.

Home address (number and street). If you have a P.O. box, see instructions. **2026 JOHN HIGH ROAD**    Apt. no.

▲ Make sure the SSN(s) above and on line 6c are correct.

City, town or post office, state, and ZIP code. If you have a foreign address, also complete spaces below (see instructions). **STARKVILLE MS 39759-**

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. ☐ You ☐ Spouse

Foreign country name    Foreign province/county    Foreign postal code

**Filing Status** Check only one box.
1. ☐ Single
2. ☐ Married filing jointly (even if only one had income)
3. ☐ Married filing separately. Enter spouse's SSN above and full name here. ▶
4. ☒ Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. ☐ Qualifying widow(er) with dependent child

**Exemptions**
- 6a ☒ Yourself. If someone can claim you as a dependent, do not check box 6a
- 6b ☐ Spouse
- c Dependents:
  - (1) First name / Last name: **J B BUSH**
  - (2) Dependent's social security no.: **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**
  - (3) Dependent's relationship to you: **PARENT**
  - (4) ☐ ✓ If child under age 17 qualifying for child tax credit (see instr.)

Boxes checked on 6a and 6b: **1**
No. of children on 6c who:
- lived with you: **0**
- did not live with you due to divorce or separation (see instr.): **0**
Dependents on 6c not entered above: **1**
Add numbers on lines above ▶ **2**

d Total number of exemptions claimed

**Income**
Attach Form(s) W-2 here. Also attach Forms W-2G and 1099-R if tax was withheld.

| Line | Description | Amount |
|---|---|---|
| 7 | Wages, salaries, tips, etc. Attach Form(s) W-2 | 39,609. |
| 8a | Taxable interest. Attach Schedule B if required | |
| 8b | Tax-exempt interest. Do not include on line 8a | |
| 9a | Ordinary dividends. Attach Schedule B if required | |
| 9b | Qualified dividends | |
| 10 | Taxable refunds, credits, or offsets of state and local income taxes | |
| 11 | Alimony received | |
| 12 | Business income or (loss). Attach Schedule C or C-EZ | |
| 13 | Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ ☐ | |
| 14 | Other gains or (losses). Attach Form 4797 | |
| 15a | IRA distributions    b Taxable amount | |
| 16a | Pensions and annuities    b Taxable amount | |
| 17 | Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E | |
| 18 | Farm income or (loss). Attach Schedule F | |
| 19 | Unemployment compensation | |
| 20a | Social security benefits    b Taxable amount | |
| 21 | Other income. List type and amount (see instr.) | |
| 22 | Combine the amounts in the far right column for lines 7 through 21. This is your **total income** ▶ | 39,609. |

**Adjusted Gross Income**

| Line | Description | Amount |
|---|---|---|
| 23 | Educator expenses | |
| 24 | Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ | |
| 25 | Health savings account deduction. Attach Form 8889 | |
| 26 | Moving expenses. Attach Form 3903 | |
| 27 | Deductible part of self-employment tax. Attach Schedule SE | |
| 28 | Self-employed SEP, SIMPLE, and qualified plans | |
| 29 | Self-employed health insurance deduction | |
| 30 | Penalty on early withdrawal of savings | |
| 31a | Alimony paid   b Recipient's SSN ▶ | |
| 32 | IRA deduction | |
| 33 | Student loan interest deduction | |
| 34 | Tuition and fees. Attach Form 8917 | |
| 35 | Domestic production activities deduction. Attach Form 8903 | |
| 36 | Add lines 23 through 35 | |
| 37 | Subtract line 36 from line 22. This is your **adjusted gross income** ▶ | 39,609. |

BCA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.    US1040$1    Form **1040** (2011)

Form 1040 (2011) LA MARCUS BUSH 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 Page 2

| | | | |
|---|---|---|---|
| **Tax and Credits** | 38 | Amount from line 37 (adjusted gross income) | 38 | 39,609. |
| Standard Deduction for- | 39a | Check if: ☐ You were born before Jan. 2, 1947, ☐ Blind. ☐ Spouse was born before Jan. 2, 1947, ☐ Blind. Total boxes checked ▶ 39a | | |
| | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 9,421. |
| | 41 | Subtract line 40 from line 39 | 41 | 30,188. |
| | 42 | Exemptions. Multiply $3,700 by the number on line 6d | 42 | 7,400. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 22,788. |
| • All others: | 44 | Tax (see instructions). Check if any tax is from: a ☐ Form(s) 8814 b ☐ Form 4972 c ☐ 962 election | 44 | 2,809. |
| Single or Married filing separately, $5,800 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 2,809. |
| Married filing jointly or Qualifying widow(er), $11,600 | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| | 49 | Education credits from Form 8863, line 23 | 49 | 1,500. |
| Head of household, $8,500 | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit (see instructions) | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| | 53 | Other credits from Form: a ☐ 3800 b ☐ 8801 c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | 1,500. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 1,309. |
| **Other Taxes** | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137 b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions | 60 | |
| | 61 | Add lines 55 through 60. This is your total tax ▶ | 61 | 1,309. |
| **Payments** | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 2,875. | | |
| If you have a qualifying child, attach Schedule EIC. | 63 | 2011 estimated tax payments and amount applied from 2010 return | 63 | | | |
| | 64a | Earned income credit (EIC) NO | 64a | | | |
| | b | Nontaxable combat pay election 64b | | | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | | | |
| | 66 | American opportunity credit from Form 8863, line 14 | 66 | 1,000. | | |
| | 67 | First-time homebuyer credit from Form 5405, line 10 | 67 | | | |
| | 68 | Amount paid with request for extension to file | 68 | | | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | | | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | | | |
| | 71 | Credits from Form: a ☐ 2439 b ☐ 8839 c ☐ 8801 d ☐ 8885 | 71 | | | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your total payments ▶ | 72 | 3,875. |
| **Refund** | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | 73 | 2,566. |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 2,566. |
| Direct deposit? See instructions | ▶b | Routing number: Bank Product ▶ c Type: ☒ Checking ☐ Savings | | |
| | ▶d | Account number: Applied for | | |
| | 75 | Amount of line 73 you want applied to your 2012 estimated tax ▶ 75 | | |
| **Amount You Owe** | 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see inst. ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) | 77 | |
| **Third Party Designee** | Do you want to allow another person to discuss this return with the IRS (see instructions)? ☐ Yes. Complete below. ☒ No | | | |
| | Designee's name ▶ Phone no. ▶ Personal identification number (PIN) ▶ | | | |
| **Sign Here** | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| Joint return? See instr. Keep a copy for your records. | Your signature | Date | Your occupation WORKER | Daytime phone number 662-323-9138 |
| | Spouse's signature. If a joint return, both must sign | Date | Spouse's occupation | If the IRS sent you an Identity Protection PIN, enter it here (see inst.) |
| **Paid Preparer's Use Only** | Print/Type preparer's name MARY DAVIS | Preparer's signature MARY DAVIS | Date | Check ☒ if self-employed | PTIN |
| | Firm's name ▶ MARY DAVIS TAX SERVICE | | | Firm's EIN ▶ | |
| | Firm's address ▶ 107 GREENHILL DR STARKVILLE MS 39759- | | | Phone no. 662-323-9766 | |

US1040$2

BCA Form **1040** (2011)

# Form 1040 U.S. Individual Income Tax Return 2012

Department of the Treasury - Internal Revenue Service (99) | OMB No. 1545-0074 | IRS Use Only-Do not write or staple in this space.

For the year Jan. 1-Dec. 31, 2012, or other tax year beginning _____, 2012, ending _____, 20 _____ See separate instructions.

**Your first name and initial:** A MARCUS **Last name:** BUSH

**Your social security number:** 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

If a joint return, spouse's first name and initial | Last name

**Spouse's social security no.:**

**Home address (number and street).** If you have a P.O. box, see instructions. 2062 JOHN HIGH ROAD | Apt. no.

Make sure the SSN(s) above and on line 6c are correct.

**City, town or post office, state, and ZIP code.** STARKVILLE MS 39759

**Presidential Election Campaign** Check here if you, or your spouse if filing jointly, want $3 to go to this fund. Checking a box below will not change your tax or refund. [ ] You [ ] Spouse

Foreign country name | Foreign province/county | Foreign postal code

### Filing Status (Check only one box.)
1. [ ] Single
2. [ ] Married filing jointly (even if only one had income)
3. [ ] Married filing separately. Enter spouse's SSN above and full name here. ▶
4. [X] Head of household (with qualifying person). (See instructions.) If the qualifying person is a child but not your dependent, enter this child's name here. ▶
5. [ ] Qualifying widow(er) with dependent child

### Exemptions
- 6a [X] Yourself. If someone can claim you as a dependent, do not check box 6a
- 6b [ ] Spouse
- 6c Dependents:

| (1) First name Last name | (2) Dependent's social security no. | (3) Dependent's relationship to you | (4) ✓ if child under age 17 qualifying for child tax credit |
|---|---|---|---|
| J B BUSH | 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 | PARENT | |

**Boxes checked on 6a and 6b:** ___
**No. of children on 6c who:**
- lived with you: 0
- did not live with you due to divorce or separation: 0
- Dependents on 6c not entered above: 1
- **Add numbers on lines above ▶ 2**

d Total number of exemptions claimed

### Income
- 7 Wages, salaries, tips, etc. Attach Form(s) W-2 ........... **40,561.**
- 8a Taxable interest. Attach Schedule B if required
- 8b Tax-exempt interest. Do not include on line 8a
- 9a Ordinary dividends. Attach Schedule B if required
- 9b Qualified dividends
- 10 Taxable refunds, credits, or offsets of state and local income taxes
- 11 Alimony received
- 12 Business income or (loss). Attach Schedule C or C-EZ
- 13 Capital gain or (loss). Attach Schedule D if required. If not required, check here ▶ [ ]
- 14 Other gains or (losses). Attach Form 4797
- 15a IRA distributions ___ 15b Taxable amount
- 16a Pensions and annuities ___ 16b Taxable amount
- 17 Rental real estate, royalties, partnerships, S corporations, trusts, etc. Attach Schedule E
- 18 Farm income or (loss). Attach Schedule F
- 19 Unemployment compensation
- 20a Social security benefits ___ 20b Taxable amount
- 21 Other income. List type and amount (see instr.)
- 22 Combine the amounts in the far right column for lines 7 through 21. This is your total income ▶ **40,561.**

### Adjusted Gross Income
- 23 Educator expenses
- 24 Certain business expenses of reservists, performing artists, and fee-basis gov. officials. Attach Form 2106 or 2106-EZ
- 25 Health savings account deduction. Attach Form 8889
- 26 Moving expenses. Attach Form 3903
- 27 Deductible part of self-employment tax. Attach Schedule SE
- 28 Self-employed SEP, SIMPLE, and qualified plans ........... **1,900.**
- 29 Self-employed health insurance deduction
- 30 Penalty on early withdrawal of savings
- 31a Alimony paid  b Recipient's SSN ▶
- 32 IRA deduction
- 33 Student loan interest deduction
- 34 Tuition and fees. Attach Form 8917
- 35 Domestic production activities deduction. Attach Form 8903
- 36 Add lines 23 through 35 ........... **1,900.**
- 37 Subtract line 36 from line 22. This is your adjusted gross income ▶ **38,661.**

BCA   For Disclosure, Privacy Act, and Paperwork Reduction Act Notice, see separate instructions.   US1040$1   Form **1040** (2012)

Form 1040 (2012) LA MARCUS BUSH  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  Page 2

| | | | |
|---|---|---|---|
| Tax and Credits | 38 | Amount from line 37 (adjusted gross income) | 38 | 38,661. |
| | 39a | Check if: ☐ You were born before Jan. 2, 1948, ☐ Blind. ☐ Spouse was born before Jan. 2, 1948, ☐ Blind. Total boxes checked ▶ 39a ▶ 39b | | |
| Standard Deduction for- | b | If your spouse itemizes on a separate return or you were a dual-status alien, check here ▶ 39b ☐ | | |
| • People who check any box on line 39a or 39b or who can be claimed as a dependent, see instructions. | 40 | Itemized deductions (from Schedule A) or your standard deduction (see left margin) | 40 | 9,113. |
| | 41 | Subtract line 40 from line 38 | 41 | 29,548. |
| | 42 | Exemptions. Multiply $3,800 by the number on line 6d | 42 | 7,600. |
| | 43 | Taxable income. Subtract line 42 from line 41. If line 42 is more than line 41, enter -0- | 43 | 21,948. |
| | 44 | Tax (see instructions). Check if any tax is from: a ☐ Form(s) 8814  b ☐ Form 4972  c ☐ 962 election | 44 | 2,669. |
| • All others: Single or Married filing separately, $5,950 | 45 | Alternative minimum tax (see instructions). Attach Form 6251 | 45 | |
| | 46 | Add lines 44 and 45 ▶ | 46 | 2,669. |
| | 47 | Foreign tax credit. Attach Form 1116 if required | 47 | |
| | 48 | Credit for child and dependent care expenses. Attach Form 2441 | 48 | |
| Married filing jointly or Qualifying widow(er), $11,900 | 49 | Education credits from Form 8863, line 19 | 49 | 1,500. |
| | 50 | Retirement savings contributions credit. Attach Form 8880 | 50 | |
| | 51 | Child tax credit. Attach Schedule 8812, if required | 51 | |
| | 52 | Residential energy credits. Attach Form 5695 | 52 | |
| Head of household, $8,700 | 53 | Other credits from Form: a ☐ 3800  b ☐ 8801  c ☐ | 53 | |
| | 54 | Add lines 47 through 53. These are your total credits | 54 | 1,500. |
| | 55 | Subtract line 54 from line 46. If line 54 is more than line 46, enter -0- ▶ | 55 | 1,169. |
| Other Taxes | 56 | Self-employment tax. Attach Schedule SE | 56 | |
| | 57 | Unreported social security and Medicare tax from Form: a ☐ 4137  b ☐ 8919 | 57 | |
| | 58 | Additional tax on IRAs, other qualified retirement plans, etc. Attach Form 5329 if required | 58 | |
| | 59a | Household employment taxes from Schedule H | 59a | |
| | b | First-time homebuyer credit repayment. Attach Form 5405 if required | 59b | |
| | 60 | Other taxes. Enter code(s) from instructions | 60 | |
| | 61 | Add lines 55 through 60. This is your total tax ▶ | 61 | 1,169. |
| Payments | 62 | Federal income tax withheld from Forms W-2 and 1099 | 62 | 2,935. |
| | 63 | 2012 estimated tax payments and amount applied from 2011 return | 63 | |
| If you have a qualifying child, attach Schedule EIC. | 64a | Earned Income credit (EIC) ........ NO | 64a | |
| | b | Nontaxable combat pay election  64b | | |
| | 65 | Additional child tax credit. Attach Form 8812 | 65 | 1,000. |
| | 66 | American opportunity credit from Form 8863, line 8 | 66 | |
| | 67 | Reserved | 67 | |
| | 68 | Amount paid with request for extension to file | 68 | |
| | 69 | Excess social security and tier 1 RRTA tax withheld | 69 | |
| | 70 | Credit for federal tax on fuels. Attach Form 4136 | 70 | |
| | 71 | Credits from Form: a ☐ 2439  b ☒ Reserved  c ☐ 8801  d ☐ 8885 | 71 | |
| | 72 | Add lines 62, 63, 64a, and 65 through 71. These are your total payments ▶ | 72 | 3,935. |
| Refund | 73 | If line 72 is more than line 61, subtract line 61 from line 72. This is the amount you overpaid | 73 | 2,766. |
| | 74a | Amount of line 73 you want refunded to you. If Form 8888 is attached, check here ▶ ☐ | 74a | 2,766. |
| Direct deposit? See Instructions | b | Routing number  Bank Product  ▶ c Type: ☐ Checking  ☐ Savings | | |
| | d | Account number  applied for | | |
| | 75 | Amount of line 73 you want applied to your 2013 estimated tax ▶ | 75 | |
| Amount You Owe | 76 | Amount you owe. Subtract line 72 from line 61. For details on how to pay, see inst. ▶ | 76 | |
| | 77 | Estimated tax penalty (see instructions) | 77 | |
| Third Party Designee | Do you want to allow another person to discuss this return with the IRS (see instructions)?  ☐ Yes. Complete below.  ☒ No | | | |
| | Designee's name ▶  Phone no. ▶  Personal identification number (PIN) ▶ | | | |
| Sign Here | Under penalties of perjury, I declare that I have examined this return and accompanying schedules and statements, and to the best of my knowledge and belief, they are true, correct, and complete. Declaration of preparer (other than taxpayer) is based on all information of which preparer has any knowledge. | | | |
| Joint return? See instr. Keep a copy for your records. | Your signature  Date 2.14.13  Your occupation WORKER  Daytime phone number 662-323-9138 | | | |
| | Spouse's signature. If a joint return, both must sign.  Date  Spouse's occupation  If the IRS sent you an Identity Protection PIN, enter it here (see inst.) | | | |
| Paid Preparer's Use Only | Print/Type preparer's name  MARY DAVIS | Preparer's signature  MARY DAVIS | Date 02/04/2012 | Check ☒ if self-employed | PTIN P01230621 |
| | Firm's name ▶ MARY DAVIS TAX SERVICE | | Firm's EIN ▶ | |
| | Firm's address ▶ 107 GREENHILL DR  STARKVILLE MS 39759- | | Phone no. 662-323-9766 | |
| | | | | Form 1040 (2012) |

BCA  US1040S2