```
B & O PHARMACY                    PATIENT PRESCRIPTION SUMMARY                              Page   1
316 Jefferson St.                 Period 10/01/00 to 08/07/01
P.O. Box 12                           Tue Aug  7, 2001
Macon, MS  39341
(662) 726-5151


DUNN,VELMA    SS# 587748565
RT 1 BX 155
SHUQUALAK, MS  39361
```

| Date | Drug | Rx Nbr | Rf | Qty | Doctor | | | Price Summary | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/18/00 | EVISTA 60MG TABLET | 1068039 | 1 | 31 | HAIDER,NAEEM | | | MS MEDICAID | 62.85 | |
| | NDC 00002-4165-02 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $63.85 |
| 10/18/00 | AMARYL 4MG TABLET | 1070585 | 0 | 62 | HAIDER,NAEEM | | | MS MEDICAID | 47.30 | |
| | NDC 00039-0223-10 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $48.30 |
| 10/18/00 | PRANDIN 0.5MG TABLETS | 1070586 | 0 | 9 | HAIDER,NAEEM | | | Patient Paid | 12.50 | $12.50 |
| | NDC 00169-0081-81 Type R | | DS | 9 | DEA | BH5046099 | DAW 0 | | | |
| 10/18/00 | DITROPAN XL 5MG TABLET SA | 1068038 | 1 | 31 | HAIDER,NAEEM | | | MS MEDICAID | 71.92 | |
| | NDC 17314-8500-01 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $72.92 |
| 10/18/00 | VIOXX 25MG TABLETS | 1068036 | 1 | 31 | HAIDER,NAEEM | | | MS MEDICAID | 74.36 | |
| | NDC 00006-0110-68 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $75.36 |
| 10/18/00 | NORVASC 5MG TABLET | 1070584 | 0 | 9 | HAIDER,NAEEM | | | Patient Paid | 18.56 | $18.56 |
| | NDC 00069-1530-68 Type R | | DS | 9 | DEA | BH5046099 | DAW 0 | | | |
| 11/04/00 | NORVASC 5MG TABLET | 1070584 | 1 | 31 | HAIDER,NAEEM | | | MS MEDICAID | 42.00 | |
| | NDC 00069-1530-68 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $43.00 |
| 11/18/00 | EVISTA 60MG TABLET | 1068039 | 2 | 31 | HAIDER,NAEEM | | | MS MEDICAID | 62.85 | |
| | NDC 00002-4165-02 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $63.85 |
| 11/18/00 | DITROPAN XL 5MG TABLET SA | 1068038 | 2 | 31 | HAIDER,NAEEM | | | MS MEDICAID | 71.92 | |
| | NDC 17314-8500-01 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $72.92 |
| 11/17/00 | NORVASC 5MG TABLET | 1070584 | 2 | 31 | HAIDER,NAEEM | | | MS MEDICAID | 42.00 | |
| | NDC 00069-1530-68 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $43.00 |
| 11/17/00 | VIOXX 25MG TABLETS | 1068036 | 2 | 31 | HAIDER,NAEEM | | | MS MEDICAID | 74.36 | |
| | NDC 00006-0110-68 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $75.36 |
| 12/15/00 | AMARYL 4MG TABLET | 1070585 | 1 | 62 | HAIDER,NAEEM | | | MS MEDICAID | 47.30 | |
| | NDC 00039-0223-10 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $48.30 |
| 12/18/00 | DITROPAN XL 5MG TABLET SA | 1068038 | 3 | 31 | HAIDER,NAEEM | | | MS MEDICAID | 71.92 | |
| | NDC 17314-8500-01 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $72.92 |
| 12/14/00 | EVISTA 60MG TABLET | 1068039 | 3 | 31 | HAIDER,NAEEM | | | MS MEDICAID | 65.62 | |
| | NDC 00002-4165-02 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $66.62 |

```
B & O PHARMACY                    PATIENT PRESCRIPTION SUMMARY                        Page   2
316 Jefferson St.                   Period 10/01/00 to 08/07/01
P.O. Box 12                           Tue Aug  7, 2001
Macon, MS  39341
(662) 726-5151


DUNN, VELMA (Continued)
RT 1 BX 155
SHUQUALAK, MS  39361


   Date    Drug                          Rx Nbr  Rf     Qty   Doctor                              Price Summary       Total
 01/05/01  VIOXX 25MG TABLETS            1068036   3      31  HAIDER,NAEEM                     MS MEDICAID    77.10
           NDC 00006-0110-68 Type R              DS 31  ST#    0117442   DAW 0                 Patient Paid    1.00   $78.10

 01/05/01  NORVASC 5MG TABLET            1070584   3      31  HAIDER,NAEEM                     MS MEDICAID    42.00
           NDC 00069-1530-68 Type R              DS 31  ST#    0117442   DAW 0                 Patient Paid    1.00   $43.00

 01/20/01  DITROPAN XL 5MG TABLET SA     1068038   4      31  HAIDER,NAEEM                     MS MEDICAID    71.92
           NDC 17314-8500-01 Type R              DS 31  ST#    0117442   DAW 0                 Patient Paid    1.00   $72.92

 01/20/01  EVISTA 60MG TABLET            1068039   4      31  HAIDER,NAEEM                     MS MEDICAID    65.62
           NDC 00002-4165-02 Type R              DS 31  ST#    0117442   DAW 0                 Patient Paid    1.00   $66.62

 02/08/01  NORVASC 5MG TABLET            1070584   4      31  HAIDER,NAEEM                     MS MEDICAID    43.22
           NDC 00069-1530-68 Type R              DS 31  ST#    0117442   DAW 0                 Patient Paid    1.00   $44.22

 02/08/01  VIOXX 25MG TABLETS            1068036   4      31  HAIDER,NAEEM                     MS MEDICAID    77.10
           NDC 00006-0110-68 Type R              DS 31  ST#    0117442   DAW 0                 Patient Paid    1.00   $78.10

 02/16/01  AMARYL 4MG TABLET             1070585   2      62  HAIDER,NAEEM                     MS MEDICAID    47.30
           NDC 00039-0223-10 Type R              DS 31  ST#    0117442   DAW 0                 Patient Paid    1.00   $48.30

 03/05/01  DITROPAN XL 5MG TABLET SA     1082824   0      31  HAIDER,NAEEM                     MS MEDICAID    71.92
           NDC 17314-8500-01 Type R              DS 31  ST#    0117442   DAW 0                 Patient Paid    1.00   $72.92

 03/05/01  EVISTA 60MG TABLET            1082825   0      31  HAIDER,NAEEM                     MS MEDICAID    65.62
           NDC 00002-4165-02 Type R              DS 31  ST#    0117442   DAW 0                 Patient Paid    1.00   $66.62

 03/12/01  NORVASC 5MG TABLET            1083531   0      31  HAIDER,NAEEM                     MS MEDICAID    43.22
           NDC 00069-1530-68 Type R              DS 31  ST#    0117442   DAW 0                 Patient Paid    1.00   $44.22

 03/12/01  VIOXX 25MG TABLETS            1083530   0      31  HAIDER,NAEEM                     MS MEDICAID    77.10
           NDC 00006-0110-68 Type R              DS 31  ST#    0117442   DAW 0                 Patient Paid    1.00   $78.10

 03/30/01  PRANDIN 0.5MG TABLETS         1085047   0     100  HAIDER,NAEEM                     MS MEDICAID    78.61
           NDC 00169-0081-81 Type R              DS 30  ST#    0117442   DAW 0                 Patient Paid    1.00   $79.61

 04/03/01  EVISTA 60MG TABLET            1085438   0      31  HAIDER,NAEEM                     MS MEDICAID    65.62
           NDC 00002-4165-02 Type R              DS 31  ST#    0117442   DAW 0                 Patient Paid    1.00   $66.62

 04/03/01  DITROPAN XL 5MG TABLET SA     1085439   0      31  HAIDER,NAEEM                     MS MEDICAID    71.92
           NDC 17314-8500-01 Type R              DS 31  ST#    0117442   DAW 0                 Patient Paid    1.00   $72.92
```

```
B & O PHARMACY                    PATIENT PRESCRIPTION SUMMARY                         Page    3
316 Jefferson St.                  Period 10/01/00 to 08/07/01
P.O. Box 12                            Tue Aug  7, 2001
Macon, MS  39341
(662) 726-5151


DUNN,VELMA  (Continued)
RT 1 BX 155
SHUQUALAK, MS  39361


     Date   Drug                          Rx Nbr  Rf     Qty  Doctor                              Price Summary          Total
  04/20/01  VIOXX 25MG TABLETS            1086849  0      31  HAIDER,NAEEM               MS MEDICAID    77.10
            NDC 00006-0110-68 Type R              DS     31  ST#     0117442   DAW 0     Patient Paid    1.00           $78.10

  04/20/01  NORVASC 5MG TABLET            1086850  0      31  HAIDER,NAEEM               MS MEDICAID    43.22
            NDC 00069-1530-68 Type R              DS     31  ST#     0117442   DAW 0     Patient Paid    1.00           $44.22

  04/20/01  AMARYL 4MG TABLET             1070585  3      62  HAIDER,NAEEM               MS MEDICAID    49.04
            NDC 00039-0223-10 Type R              DS     31  ST#     0117442   DAW 0     Patient Paid    1.00           $50.04

  05/11/01  DITROPAN XL 5MG TABLET SA     1088818  0      31  HAIDER,NAEEM               MS MEDICAID    75.40
            NDC 17314-8500-01 Type R              DS     31  ST#     0117442   DAW 0     Patient Paid    1.00           $76.40

  05/11/01  EVISTA 60MG TABLET            1088819  0      31  HAIDER,NAEEM               MS MEDICAID    65.62
            NDC 00002-4165-02 Type R              DS     31  ST#     0117442   DAW 0     Patient Paid    1.00           $66.62

  05/11/01  NORVASC 5MG TABLET            1088816  0      31  HAIDER,NAEEM               MS MEDICAID    43.22
            NDC 00069-1530-68 Type R              DS     31  ST#     0117442   DAW 0     Patient Paid    1.00           $44.22

  05/11/01  PRANDIN 0.5MG TABLETS         1085047  1     100  HAIDER,NAEEM               MS MEDICAID    78.61
            NDC 00169-0081-81 Type R              DS     30  ST#     0117442   DAW 0     Patient Paid    1.00           $79.61

  05/16/01  PAXIL CR CAPSULE              1089084  0     120  HAIDER,NAEEM               MS MEDICAID    91.23
            NDC 00025-0016-01 Type R              DS     30  ST#     0117442   DAW 0     Patient Paid    1.00           $92.23

  05/16/01  ZYRTEC 10MG TABLET            1089085  0      31  HAIDER,NAEEM               MS MEDICAID    59.12
            NDC 00069-5510-66 Type R              DS     31  ST#     0117442   DAW 0     Patient Paid    1.00           $60.12

  05/17/01  VIOXX 25MG TABLETS            1088817  0      31  HAIDER,NAEEM               MS MEDICAID    77.10
            NDC 00006-0110-68 Type R              DS     31  ST#     0117442   DAW 0     Patient Paid    1.00           $78.10

  06/16/01  ZYRTEC 10MG TABLET            1089085  1      31  HAIDER,NAEEM               MS MEDICAID    59.12
            NDC 00069-5510-66 Type R              DS     31  ST#     0117442   DAW 0     Patient Paid    1.00           $60.12

  06/16/01  NORVASC 5MG TABLET            1091476  0      31  HAIDER,NAEEM               MS MEDICAID    43.22
            NDC 00069-1530-68 Type R              DS     31  ST#     0117442   DAW 0     Patient Paid    1.00           $44.22

  06/16/01  PRANDIN 0.5MG TABLETS         1091478  0     100  HAIDER,NAEEM               MS MEDICAID    78.61
            NDC 00169-0081-81 Type R              DS     30  ST#     0117442   DAW 0     Patient Paid    1.00           $79.61

  06/16/01  AMARYL 4MG TABLET             1070585  4      62  HAIDER,NAEEM               MS MEDICAID    49.04
            NDC 00039-0223-10 Type R              DS     31  ST#     0117442   DAW 0     Patient Paid    1.00           $50.04
```

B & O PHARMACY  
316 Jefferson St.  
P.O. Box 12  
Macon, MS  39341  
(662) 726-5151  

PATIENT PRESCRIPTION SUMMARY  
Period 10/01/00 to 08/07/01  
Tue Aug 7, 2001  

Page 4

DUNN,VELMA  Continued)  
RT 1 BX 155  
SHUQUALAK, MS  39361  

| Date | Drug | Rx Nbr | Rf | Qty | Doctor | | Price Summary | | Total |
|---|---|---|---|---|---|---|---|---|---|
| 06/16/01 | VIOXX 25MG TABLETS | 1091475 | 0 | 31 | HAIDER,NAEEM | | MS MEDICAID | 77.10 | |
| | NDC 00006-0110-68 Type R | | DS | 31 | ST# 0117442 | DAW 0 | Patient Paid | 1.00 | $78.10 |
| 06/16/01 | PANLOR DC CAPSULE | 1089084 | 1 | 120 | HAIDER,NAEEM | | MS MEDICAID | 91.23 | |
| | NDC 00525-0016-01 Type R | | DS | 30 | ST# 0117442 | DAW 0 | Patient Paid | 1.00 | $92.23 |
| 06/16/01 | EVISTA 60MG TABLET | 1091477 | 0 | 31 | HAIDER,NAEEM | | MS MEDICAID | 65.62 | |
| | NDC 00002-4165-02 Type R | | DS | 31 | ST# 0117442 | DAW 0 | Patient Paid | 1.00 | $66.62 |
| 07/10/01 | FUROSEMIDE 20MG TABLET | 1093548 | 0 | 60 | RAHMAN,NAIM U. | | MS MEDICAID | 6.43 | |
| | NDC 00172-2908-80 Type S | | DS | 30 | ST# 9012439 | DAW 0 | Patient Paid | 1.00 | $7.43 |
| 07/10/01 | PREVACID 30MG CAPSULE SA | 1093549 | 0 | 20 | RAHMAN,NAIM U. | | MS MEDICAID | 78.51 | |
| | NDC 00300-3046-13 Type R | | DS | 20 | ST# 9012439 | DAW 0 | Patient Paid | 1.00 | $79.51 |
| 07/10/01 | ZYRTEC 10MG TABLET | 1093550 | 0 | 30 | RAHMAN,NAIM U. | | MS MEDICAID | 57.34 | |
| | NDC 00069-5510-66 Type R | | DS | 30 | ST# 9012439 | DAW 0 | Patient Paid | 1.00 | $58.34 |
| 07/17/01 | EVISTA 60MG TABLET | 1091477 | 1 | 31 | RAHMAN,NAIM U. | | MS MEDICAID | 65.62 | |
| | NDC 00002-4165-02 Type R | | DS | 31 | ST# 9012439 | DAW 0 | Patient Paid | 1.00 | $66.62 |
| 07/18/01 | NORVASC 5MG TABLET | 1091476 | 1 | 31 | RAHMAN,NAIM U. | | MS MEDICAID | 43.22 | |
| | NDC 00069-1530-68 Type R | | DS | 31 | ST# 9012439 | DAW 0 | Patient Paid | 1.00 | $44.22 |
| 07/18/01 | VIOXX 25MG TABLETS | 1091475 | 1 | 31 | RAHMAN,NAIM U. | | MS MEDICAID | 77.10 | |
| | NDC 00006-0110-68 Type R | | DS | 31 | ST# 9012439 | DAW 0 | Patient Paid | 1.00 | $78.10 |
| 07/23/01 | AMARYL 4MG TABLET | 1091480 | 0 | 62 | RAHMAN,NAIM U. | | MS MEDICAID | 49.04 | |
| | NDC 00039-0223-10 Type R | | DS | 31 | ST# 9012439 | DAW 0 | Patient Paid | 1.00 | $50.04 |

Total New/Refill's 52   Total Non-AR Plan(s) Paid  $3,133.53   Total AR & Patient Paid   $81.06   Total Tax Paid   $0.00