September 13, 2009

Dwight A. Dishmon, MD
UTMG Cardiology
1251 Wesley Drive, Suite 153
Memphis, TN 38116
(901) 259-0956 (office)
(901) 259-0955 (fax)

Re: Velma Dunn, deceased

Dear Mr. Jones:

    I have thoroughly reviewed the records that have been provided to me regarding patient Velma F. Dunn. It may be concluded that, based upon the information provided <u>that it is my opinion that to a reasonable degree of medical certainty based on reasonable medical probability</u> Vioxx contributed to this patient's demise. Ms. Dunn was prescribed Vioxx dating back to April 20, 2001, at least. She began to experience symptoms for which she sought medical attention initially on July 6, 2001, for near-syncope (with "acute onset weakness and fixed eyes"). She had a second admission for syncope on September 4, 2001. On each occasion, she was discharged after a one-day hospital tour. During the second admission, Ms. Dunn was discovered to have an oxygen saturation of 87% (normal is >95%). Furthermore, after the patient was placed on oxygen (administered via bi-nasal cannula), her oxygen saturation remained suboptimal at 92%. Her chest x-ray during that admission revealed cardiomegaly (enlarged heart), a parenchymal density (vague term for questionable lung mass) and questionable pleural reaction. Each of these findings may be part of a constellation of findings associated with pulmonary embolism (e.g., right heart enlargement, Westermark's sign, and pleural effusion).

    On September 11, 2001, an echocardiogram (a heart ultrasound) was performed which revealed severe right ventricular heart failure with a dilated right atrium, severe tricuspid regurgitation with an estimated right ventricular systolic pressure of 70-90 mmHg, and a D-shaped septum. Estimated right ventricular ejection fraction was approximately 20% (normal is greater than 50%). These findings are reflective of severe pulmonary hypertension and severe right-sided heart failure. A large pulmonary embolism or multiple small pulmonary emboli may be responsible for such findings. <u>Again it is my opinion to a reasonable degree of medical certainty based on reasonable medical probability that Vioxx was a contributor to the development and propagation thereof.</u>

    Thromboembolic pulmonary hypertension is a potential (and probable) etiology leading to the demise of the patient. On October 2, 2001, Ms. Dunn presented with acute-onset dyspnea (shortness of breath), nausea and vomiting, and progressive weakness. Cardiac is isoenzymes were unrevealing ("ruling out" myocardial infarction). On October 3, 2001, she experienced dyspnea with "slightly labored" respirations per the nurse's note. The patient also had the onset of renal insufficiency evidenced by increasing blood urea nitrogen and creatinine levels. The following day, all non-essential and potentially nephrotoxic medications were held. Ms. Dunn became tachycardia (with a heart rate greater than 110 beats per minute) and she "blacked out" per the nurse's note. She had new-onset seizure activity and mental status changes with worsening renal function and elevated transaminases reflective of hepatic dysfunction prompting her transfer to Baptist Hospital for higher level of care. She expired on October 6, 2001. <u>She was taking Vioxx within a few days of her expiring.</u>

    Ms. Dunn's worsening renal and hepatic function may have been explained by hypoperfusion of the kidneys and the liver due to poor left ventricular output as a result of severe right-sided heart failure. Thromboembolic obstruction of the major pulmonary arteries as a result of unresolved pulmonary embolism is a potentially correctable cause of pulmonary hypertension. Pulmonary embolism can occur without symptoms. Furthermore, symptomatic pulmonary embolism is often overlooked or misdiagnosed. Patients with thromboembolic disease may remain asymptomatic for months or even years. The major determinant of pulmonary hypertension is the extent of vascular obstruction. In most patients, more than 40% of the

pulmonary vascular bed is obstructed. Without intervention, the rate of survival is low and proportional to the degree of pulmonary hypertension at the time of diagnosis. Later in the course of this disorder, exertional chest discomfort, presyncope, or syncope may occur as a result of severe pulmonary hypertension and the inability of a compromised right ventricle to meet the body's demands for cardiac output. As the disease progresses, the findings on physical examination become consistent with the presence of pulmonary hypertension or right ventricular heart failure. Depending on the stage of the disease when an echocardiogram is done, it may demonstrate variable degrees of right atrial and right ventricular enlargement, right ventricular systolic dysfunction, tricuspid regurgitation, a leftward displacement of the interventricular septum (i.e., the "D-shaped" septum), decreased left ventricular size, and an abnormal left ventricular systolic and diastolic function. Right heart catheterization should be considered in any patient with unexplained dyspnea, especially if there is echocardiographic evidence of right atrial or right ventricular dysfunction.

To reiterate, it is my opinion to a reasonable degree of medical certainty based on reasonable medical probability that Vioxx contributed to the patient's demise mentioned herein.

REFERENCE

Fedullo PF, Auger WR, Kerr KM, and Rubin LJ. Chronic Thromboembolic Pulmonary Hypertension. 2001 Nov 15. 345:20; 1465-1472.

Please let me know if there is any additional information that you need to be provided. Thank you for allowing me to participate in the review of this case.

Sincerely,

Dwight A. Dishmon, MD