```
B & O PHARMACY                       PATIENT PRESCRIPTION SUMMARY                                    Page   1
316 Jefferson St.                    Period 10/01/00 to 08/07/01
P.O. Box 12                              Tue Aug  7, 2001
Macon, MS  39341
(662) 726-5151


DUNN,VELMA     SS# 587748565
RT 1 BX 155
SHUQUALAK, MS  39361


    Date    Drug                          Rx Nbr  Rf    Qty   Doctor                                    Price Summary         Total
   10/18/00 EVISTA 60MG TABLET            1068039  1     31   HAIDER,NAEEM                     MS MEDICAID    62.85
            NDC 00002-4165-02 Type R              DS     31   ST#    0117442    DAW 0          Patient Paid    1.00          $63.85

   10/18/00 AMARYL 4MG TABLET             1070585  0     62   HAIDER,NAEEM                     MS MEDICAID    47.30
            NDC 00039-0223-10 Type R              DS     31   ST#    0117442    DAW 0          Patient Paid    1.00          $48.30

   10/18/00 PRANDIN 0.5MG TABLETS         1070586  0      9   HAIDER,NAEEM                     Patient Paid   12.50          $12.50
            NDC 00169-0081-81 Type R              DS      9   DEA    BH5046099   DAW 0

   10/18/00 DITROPAN XL 5MG TABLET SA     1068038  1     31   HAIDER,NAEEM                     MS MEDICAID    71.92
            NDC 17314-8500-01 Type R              DS     31   ST#    0117442    DAW 0          Patient Paid    1.00          $72.92

   10/18/00 VIOXX 25MG TABLETS            1068036  1     31   HAIDER,NAEEM                     MS MEDICAID    74.36
            NDC 00006-0110-68 Type R              DS     31   ST#    0117442    DAW 0          Patient Paid    1.00          $75.36

   10/18/00 NORVASC 5MG TABLET            1070584  0      9   HAIDER,NAEEM                     Patient Paid   18.56          $18.56
            NDC 00069-1530-68 Type R              DS      9   DEA    BH5046099   DAW 0

   11/04/00 NORVASC 5MG TABLET            1070584  1     31   HAIDER,NAEEM                     MS MEDICAID    42.00
            NDC 00069-1530-68 Type R              DS     31   ST#    0117442    DAW 0          Patient Paid    1.00          $43.00

   11/18/00 EVISTA 60MG TABLET            1068039  2     31   HAIDER,NAEEM                     MS MEDICAID    62.85
            NDC 00002-4165-02 Type R              DS     31   ST#    0117442    DAW 0          Patient Paid    1.00          $63.85

   11/18/00 DITROPAN XL 5MG TABLET SA     1068038  2     31   HAIDER,NAEEM                     MS MEDICAID    71.92
            NDC 17314-8500-01 Type R              DS     31   ST#    0117442    DAW 0          Patient Paid    1.00          $72.92

   11/17/00 NORVASC 5MG TABLET            1070584  2     31   HAIDER,NAEEM                     MS MEDICAID    42.00
            NDC 00069-1530-68 Type R              DS     31   ST#    0117442    DAW 0          Patient Paid    1.00          $43.00

   11/17/00 VIOXX 25MG TABLETS            1068036  2     31   HAIDER,NAEEM                     MS MEDICAID    74.36
            NDC 00006-0110-68 Type R              DS     31   ST#    0117442    DAW 0          Patient Paid    1.00          $75.36

   12/18/00 AMARYL 4MG TABLET             1070585  1     62   HAIDER,NAEEM                     MS MEDICAID    47.30
            NDC 00039-0223-10 Type R              DS     31   ST#    0117442    DAW 0          Patient Paid    1.00          $48.30

   12/18/00 DITROPAN XL 5MG TABLET SA     1068038  3     31   HAIDER,NAEEM                     MS MEDICAID    71.92
            NDC 17314-8500-01 Type R              DS     31   ST#    0117442    DAW 0          Patient Paid    1.00          $72.92

   12/18/00 EVISTA 60MG TABLET            1068039  3     31   HAIDER,NAEEM                     MS MEDICAID    65.62
            NDC 00002-4165-02 Type R              DS     31   ST#    0117442    DAW 0          Patient Paid    1.00          $66.62
```

```
B & D PHARMACY                    PATIENT PRESCRIPTION SUMMARY                    Page    2
316 Jefferson St.                 Period 10/01/00 to 08/07/01
P.O. Box 12                       Tue Aug  7, 2001
Macon, MS  39341
(662) 726-5151
```

DUNN, VELMA (Continued)
RT 1 BX 155
SHUQUALAK, MS  39361

| Date | Drug | Rx Nbr | Rf | Qty | Doctor | | | Price Summary | | Total |
|---|---|---|---|---|---|---|---|---|---|---|
| 01/05/01 | VIOXX 25MG TABLETS | 1068036 | 3 | 31 | HAIDER, NAEEM | | | MS MEDICAID | 77.10 | |
| | NDC 00006-0110-68 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $78.10 |
| 01/05/01 | NORVASC 5MG TABLET | 1070584 | 3 | 31 | HAIDER, NAEEM | | | MS MEDICAID | 42.00 | |
| | NDC 00069-1530-68 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $43.00 |
| 01/20/01 | DITROPAN XL 5MG TABLET SA | 1068038 | 4 | 31 | HAIDER, NAEEM | | | MS MEDICAID | 71.92 | |
| | NDC 17314-8500-01 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $72.92 |
| 01/20/01 | EVISTA 60MG TABLET | 1068039 | 4 | 31 | HAIDER, NAEEM | | | MS MEDICAID | 65.62 | |
| | NDC 00002-4165-02 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $66.62 |
| 02/08/01 | NORVASC 5MG TABLET | 1070584 | 4 | 31 | HAIDER, NAEEM | | | MS MEDICAID | 43.22 | |
| | NDC 00069-1530-68 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $44.22 |
| 02/08/01 | VIOXX 25MG TABLETS | 1068036 | 4 | 31 | HAIDER, NAEEM | | | MS MEDICAID | 77.10 | |
| | NDC 00006-0110-68 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $78.10 |
| 02/16/01 | AMARYL 4MG TABLET | 1070585 | 2 | 62 | HAIDER, NAEEM | | | MS MEDICAID | 47.30 | |
| | NDC 00039-0223-10 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $48.30 |
| 03/05/01 | DITROPAN XL 5MG TABLET SA | 1082824 | 0 | 31 | HAIDER, NAEEM | | | MS MEDICAID | 71.92 | |
| | NDC 17314-8500-01 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $72.92 |
| 03/05/01 | EVISTA 60MG TABLET | 1082825 | 0 | 31 | HAIDER, NAEEM | | | MS MEDICAID | 65.62 | |
| | NDC 00002-4165-02 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $66.62 |
| 03/12/01 | NORVASC 5MG TABLET | 1083531 | 0 | 31 | HAIDER, NAEEM | | | MS MEDICAID | 43.22 | |
| | NDC 00069-1530-68 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $44.22 |
| 03/12/01 | VIOXX 25MG TABLETS | 1083530 | 0 | 31 | HAIDER, NAEEM | | | MS MEDICAID | 77.10 | |
| | NDC 00006-0110-68 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $78.10 |
| 03/30/01 | PRANDIN 0.5MG TABLETS | 1085047 | 0 | 100 | HAIDER, NAEEM | | | MS MEDICAID | 78.61 | |
| | NDC 00169-0081-81 Type R | | DS | 30 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $79.61 |
| 04/03/01 | EVISTA 60MG TABLET | 1085438 | 0 | 31 | HAIDER, NAEEM | | | MS MEDICAID | 65.62 | |
| | NDC 00002-4165-02 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $66.62 |
| 04/03/01 | DITROPAN XL 5MG TABLET SA | 1085439 | 0 | 31 | HAIDER, NAEEM | | | MS MEDICAID | 71.92 | |
| | NDC 17314-8500-01 Type R | | DS | 31 | ST# | 0117442 | DAW 0 | Patient Paid | 1.00 | $72.92 |

```
B & O PHARMACY                        PATIENT PRESCRIPTION SUMMARY                          Page   3
316 Jefferson St.                     Period 10/01/00 to 08/07/01
P.O. Box 12                                Tue Aug 7, 2001
Macon, MS  39341
(662) 726-5151


DUNN, VELMA  (Continued)
RT 1 BX 155
SHUQUALAK, MS  39361


   Date    Drug                          Rx Nbr  Rf     Qty  Doctor                          Price Summary        Total
 04/20/01  VIOXX 25MG TABLETS            1086849  0      31  HAIDER, NAEEM              MS MEDICAID   77.10
           NDC 00006-0110-68 Type R               DS     31  ST#    0117442    DAW 0   Patient Paid    1.00      $78.10

 04/20/01  NORVASC 5MG TABLET            1086850  0      31  HAIDER, NAEEM              MS MEDICAID   43.22
           NDC 00069-1530-68 Type R               DS     31  ST#    0117442    DAW 0   Patient Paid    1.00      $44.22

 04/20/01  AMARYL 4MG TABLET             1070585  3      62  HAIDER, NAEEM              MS MEDICAID   49.04
           NDC 00039-0223-10 Type R               DS     31  ST#    0117442    DAW 0   Patient Paid    1.00      $50.04

 05/11/01  DITROPAN XL 5MG TABLET SA     1088818  0      31  HAIDER, NAEEM              MS MEDICAID   75.40
           NDC 17314-8500-01 Type R               DS     31  ST#    0117442    DAW 0   Patient Paid    1.00      $76.40

 05/11/01  EVISTA 60MG TABLET            1088819  0      31  HAIDER, NAEEM              MS MEDICAID   65.62
           NDC 00002-4165-02 Type R               DS     31  ST#    0117442    DAW 0   Patient Paid    1.00      $66.62

 05/11/01  NORVASC 5MG TABLET            1088816  0      31  HAIDER, NAEEM              MS MEDICAID   43.22
           NDC 00069-1530-68 Type R               DS     31  ST#    0117442    DAW 0   Patient Paid    1.00      $44.22

 05/11/01  PRANDIN 0.5MG TABLETS         1085047  1     100  HAIDER, NAEEM              MS MEDICAID   78.61
           NDC 00169-0081-81 Type R               DS     30  ST#    0117442    DAW 0   Patient Paid    1.00      $79.61

 05/16/01  PANLOR DC CAPSULE             1089084  0     120  HAIDER, NAEEM              MS MEDICAID   91.23
           NDC 00525-0016-01 Type R               DS     30  ST#    0117442    DAW 0   Patient Paid    1.00      $92.23

 05/16/01  ZYRTEC 10MG TABLET            1089085  0      31  HAIDER, NAEEM              MS MEDICAID   59.12
           NDC 00069-5510-66 Type R               DS     31  ST#    0117442    DAW 0   Patient Paid    1.00      $60.12

 05/17/01  VIOXX 25MG TABLETS            1088817  0      31  HAIDER, NAEEM              MS MEDICAID   77.10
           NDC 00006-0110-68 Type R               DS     31  ST#    0117442    DAW 0   Patient Paid    1.00      $78.10

 06/16/01  ZYRTEC 10MG TABLET            1089085  1      31  HAIDER, NAEEM              MS MEDICAID   59.12
           NDC 00069-5510-66 Type R               DS     31  ST#    0117442    DAW 0   Patient Paid    1.00      $60.12

 06/16/01  NORVASC 5MG TABLET            1091476  0      31  HAIDER, NAEEM              MS MEDICAID   43.22
           NDC 00069-1530-68 Type R               DS     31  ST#    0117442    DAW 0   Patient Paid    1.00      $44.22

 06/16/01  PRANDIN 0.5MG TABLETS         1091478  0     100  HAIDER, NAEEM              MS MEDICAID   78.61
           NDC 00169-0081-81 Type R               DS     30  ST#    0117442    DAW 0   Patient Paid    1.00      $79.61

 06/16/01  AMARYL 4MG TABLET             1070585  4      62  HAIDER, NAEEM              MS MEDICAID   49.04
           NDC 00039-0223-10 Type R               DS     31  ST#    0117442    DAW 0   Patient Paid    1.00      $50.04
```

B & O PHARMACY  
316 Jefferson St.  
P.O. Box 12  
Macon, MS  39341  
(662) 726-5151  

PATIENT PRESCRIPTION SUMMARY  
Period 10/01/00 to 08/07/01  
Tue Aug 7, 2001  

Page   4

DUNN,VELMA   Continued)  
RT 1 BX 155  
SHUQUALAK, MS  39361  

| Date | Drug | Rx Nbr | Rf | Qty | Doctor | Price Summary | Total |
|---|---|---|---|---|---|---|---|
| 06/16/01 | VIOXX 25MG TABLETS<br>NDC 00006-0110-68 Type R | 1091475 | 0<br>DS | 31<br>31 | HAIDER,NAEEM<br>ST#    0117442   DAW 0 | MS MEDICAID   77.10<br>Patient Paid   1.00 | $78.10 |
| 06/16/01 | PANLOR DC CAPSULE<br>NDC 00525-0016-01 Type R | 1089084 | 1<br>DS | 120<br>30 | HAIDER,NAEEM<br>ST#    0117442   DAW 0 | MS MEDICAID   91.23<br>Patient Paid   1.00 | $92.23 |
| 06/16/01 | EVISTA 60MG TABLET<br>NDC 00002-4165-02 Type R | 1091477 | 0<br>DS | 31<br>31 | HAIDER,NAEEM<br>ST#    0117442   DAW 0 | MS MEDICAID   65.62<br>Patient Paid   1.00 | $66.62 |
| 07/10/01 | FUROSEMIDE 20MG TABLET<br>NDC 00172-2908-80 Type S | 1093548 | 0<br>DS | 60<br>30 | RAHMAN,NAIM U.<br>ST#    9012439   DAW 0 | MS MEDICAID   6.43<br>Patient Paid   1.00 | $7.43 |
| 07/10/01 | PREVACID 30MG CAPSULE SA<br>NDC 00300-3046-13 Type R | 1093549 | 0<br>DS | 20<br>20 | RAHMAN,NAIM U.<br>ST#    9012439   DAW 0 | MS MEDICAID   78.51<br>Patient Paid   1.00 | $79.51 |
| 07/10/01 | ZYRTEC 10MG TABLET<br>NDC 00069-5510-66 Type R | 1093550 | 0<br>DS | 30<br>30 | RAHMAN,NAIM U.<br>ST#    9012439   DAW 0 | MS MEDICAID   57.34<br>Patient Paid   1.00 | $58.34 |
| 07/17/01 | EVISTA 60MG TABLET<br>NDC 00002-4165-02 Type R | 1091477 | 1<br>DS | 31<br>31 | RAHMAN,NAIM U.<br>ST#    9012439   DAW 0 | MS MEDICAID   65.62<br>Patient Paid   1.00 | $66.62 |
| 07/18/01 | NORVASC 5MG TABLET<br>NDC 00069-1530-68 Type R | 1091476 | 1<br>DS | 31<br>31 | RAHMAN,NAIM U.<br>ST#    9012439   DAW 0 | MS MEDICAID   43.22<br>Patient Paid   1.00 | $44.22 |
| 07/18/01 | VIOXX 25MG TABLETS<br>NDC 00006-0110-68 Type R | 1091475 | 1<br>DS | 31<br>31 | RAHMAN,NAIM U.<br>ST#    9012439   DAW 0 | MS MEDICAID   77.10<br>Patient Paid   1.00 | $78.10 |
| 07/23/01 | AMARYL 4MG TABLET<br>NDC 00039-0223-10 Type R | 1091480 | 0<br>DS | 62<br>31 | RAHMAN,NAIM U.<br>ST#    9012439   DAW 0 | MS MEDICAID   49.04<br>Patient Paid   1.00 | $50.04 |

Total New/Refill's 52   Total Non-AR Plan(s) Paid  $3,133.53   Total AR & Patient Paid   $81.06   Total Tax Paid   $0.00