UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX PRODUCTS | : | MDL NO. 1657 |
| LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | : | |
| COMMONWEALTH OF PENNSYLVANIA | : | MAG. JUDGE KNOWLES |

**************************************************************************

## SCHEDULING PROTOCOL REGARDING
## COMMONWEALTH OF PENNSYLVANIA MATTER

TO:  Mr. Russ M. Herman         Ms. Dawn M. Barrios
     Mr. Lenny Davis             Barrios, Kingsdorf & Casteix
     Herman, Herman, Katz & Cotlar   701 Poydras Street, Suite 3650
     820 O'Keefe Avenue          New Orleans, LA 70139
     New Orleans, LA 70113       Fax:   (504) 524-3313
     Fax:   (504) 561-6024

     Mr. Harry M. Roth
     Mr. Chris Placitella
     Mr. Michael Coren
     Cohen, Placitella & Roth
     Two Commerce Square
     2001 Market Street, Suite 2900
     Philadelphia, PA 19103
     Fax:   (215) 567-6019

The following is the scheduling protocol to be followed in this matter:

1. January 27, 2014 – The PSC will produce any records showing the Commonwealth of Pennsylvannia's work product and the Commonwealth of Pennsylvania will provide formal responses to the PSC's outstanding discovery.

2. February 3, 2014 – The PSC and the Commonwealth of Pennsylvania shall provide a sworn affidavit addressing the issue of work benefiting the Commonwealth of Pennsylvania.

    (a) The PSC and the Commonwealth of Pennsylvania may need discovery after this phase, and the option to have discovery is kept opened and is to be determined by the Special Master.

    3.    February 10, 2014 – The PSC and the Commonwealth of Pennsylvania will provide a memorandum to the Special Master, with copies to each side, not to exceed 15 pages, addressing the legal arguments, submissions and affidavits.

Lafayette, Louisiana, this 20th day of December, 2013.

        /s/ PATRICK A. JUNEAU  
PATRICK A. JUNEAU  
Special Master  
1018 Harding Street, Suite 202  
Lafayette, LA 70503  
Telephone: (337) 269-0052  
Facsimile: (337) 269-0061  
Email: paj@juneaudavid.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on December 20, 2013, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all known counsel of record who are participants.  I further certify that I faxed the foregoing document and the notice of electronic to the following:

Mr. Russ M. Herman
Mr. Lenny Davis
Herman, Herman, Katz & Cotlar
820 O'Keefe Avenue
New Orleans, LA 70113
Fax:    (504) 561-6024

Ms. Dawn M. Barrios
Barrios, Kingsdorf & Casteix
701 Poydras Street, Suite 3650
New Orleans, LA 70139
Fax:    (504) 524-3313

Mr. Harry M. Roth
Mr. Chris Placitella
Mr. Michael Coren
Cohen, Placitella & Roth
Two Commerce Square
2001 Market Street, Suite 2900
Philadelphia, PA 19103
Fax:    (215) 567-6019

Lafayette, Louisiana, this 20th day of December, 2013.

  /s/ PATRICK A. JUNEAU
PATRICK A. JUNEAU
Special Master
1018 Harding Street, Suite 202
Lafayette, LA 70503
Telephone: (337) 269-0052
Facsimile: (337) 269-0061
Email: paj@juneaudavid.com