UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
|  LITIGATION | * | SECTION  L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO TPP | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Robert E. Arceneaux/Margaret Woodward | * | |
| Pascal Calogero, Jr. | * | December 20, 2013 |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*

### MOTION FOR LEAVE TO FILE IN COMBINED MEMORANDUM WEINBERG'S REPLY TO FAC'S RESPONSE AND WEINBERG'S OPPOSITION TO FAC'S ALLOCATION RECOMMENDATION AND TO EXCEED PAGE LIMIT

NOW COMES the law offices of **Eric H. Weinberg**, and moves for leave to file the attached memorandum in combined reply to the TPP FAC's Response to Objection to Special Master's Report and in opposition to the FAC's newly-proposed allocation recommendations, upon showing that the two allocation recommendations are interrelated, that FAC's memorandum raises new issues and proposes a new allocation, to which Weinberg has not previously had an opportunity to reply; and that further, a few extra pages of discussion are warranted because the proposed reply memorandum combines a reply to the FAC's opposition to Weinberg's objection, and Weinberg's opposition to the FAC's new recommendations .

| | |
|---|---|
| /s/ Robert E. Arceneaux | /s/ Margaret E. Woodward |
| _____ | _____ |
| Robert E. Arceneaux, La Bar No. 01199 | MARGARET E. WOODWARD, La. Bar No.13677 |
| ROBERT E. ARCENEAUX LLC | 3701 Canal Street, Suite C |
| 47 Beverly Garden Drive | New Orleans, Louisiana  70119 |
| Metairie, LA 70001 | (504) 301-4333 office |
| (504) 833-7533 office | (504) 301-4365 fax |
| (504) 833-7612 fax | mewno@aol.com |
| rea7001@cox.net | |

Pascal F. Calogero, Jr., La. Bar No. 03802
AJUBITA, LEFTWICH & SALZER, L.L.C.
1100 Poydras Street
New Orleans LA 70163-1950
(504) 582-2300 office
(504) 582-2310 fax
pcalogero@alsfirm.com

Attorneys for the law offices of Eric H. Weinberg

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on TPP Counsel, Russ Herman, by e-mail, and by upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, on this 20th day of December, 2013.

*Robert E. Arceneaux*
_____