UNITED STATES DISTRICT COURT
EASTERN DISTRCIT OF LOUISIANA

| | | |
|---|---|---|
| IN RE VIOXX LITIGATION | ) | |
| | ) | MDL Docket No. 1657 |
| This document relates to All Cases | ) | Section L |
| | ) | |
| | ) | Judge Fallon |
| | ) | Magistrate Judge Knowles |
| THIS DOCUMENT RELATES TO THIRD | ) | |
| PARTY PAYOR COMMON BENEFIT | ) | December 23, 2013 |
| FEES | ) | |

**MOTION FOR LEAVE TO FILE CENTRAL STATES LAW FIRMS' REPLY TO THE FAC'S RESPONSE TO THE OBJECTION TO THE SPECIAL MASTER'S REPORT AND FAC'S ALLOCATION**

NOW COMES the Central States Law Firms (Hovde, Dassow & Deets, LLC, Lanier Law Firm, Ewing, McMillin & Willis, PLLC, Gary F. Franke Co., LPA hereinafter "CS Lawyers") who respectfully request leave of the court to file the attached Reply To The FAC's Response To The Objection To The Special Master's Report And The FAC's Allocation.

Respectfully submitted,

HOVDE DASSOW & DEETS, LLC

By:    /s/Robert T. Dassow
Robert T. Dassow, #15145-64
201 W. 103rd Street, Suite 500
Indianapolis, IN 46290
Phone:  (317) 818-3100
Fax:  (317) 818-3111

W. Mark Lanier
Richard D. Meadow
The Lanier Law Firm, P.C.
6810 FM 1960 West
Houston, TX  77069
Phone:  (713) 659-5200
Fax: (713) 659-2204

Gary F. Franke
Gary F. Franke Co, L.P.A.
120 East 4th Street, Suite 1040
Cincinnati, OH 45202
Phone: (513) 564-9222
Fax: (513) 564-9990

C. David Ewing
Ewing, McMillin & Willis, PLLC
429 W. Muhammad Ali Boulevard, Suite 1100
Louisville, KY 40202
Phone: (502) 585-5800
Fax: (502) 585-5858

### CERTIFICATE OF SERVICE

I hereby certify that the above CENTRAL STATES LAW FIRMS' MOTION FOR LEAVE TO FILE REPLY TO THE FAC'S RESPONSE TO THE OBJECTION TO THE SPECIAL MASTER'S REPORT AND THE FAC'S ALLOCATION has been served upon all parties by electronically uploading the same to LexisNexis File & Serve and that the foregoing was electronically filed with the Clerk of the Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing this 23rd day of December, 2013.

/s/Robert T. Dassow
Robert T. Dassow