UNITED STATES DISTRICT COURT
EASTERN DISTRCIT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX LITIGATION ) | |
| ) | MDL Docket No. 1657 |
| This document relates to All Cases ) | Section L |
| ) | |
| ) | Judge Fallon |
| ) | Magistrate Judge Knowles |
| THIS DOCUMENT RELATES TO THIRD ) | |
| PARTY PAYOR COMMON BENEFIT ) | December 23, 2013 |
| FEES | |

### ORDER

On the above and foregoing motion,

**IT IS ORDERED** that leave be and it is hereby GRANTED for the filing of Central States Law Firms' Reply To The FAC's Response To The Objection To The Special Master's Report And FAC's Allocation.

New Orleans, Louisiana, this _____ day of _____, 2013

_____
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

*Distribution:*

All Counsel of Record