UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | |
| THIRD PARTY PAYOR COMMON BENEFIT FEES | |

## O R D E R

Considering the Third Party Payor Fee Allocation Committee's Motion for Leave to File The TPP Fee Allocation Committee's Reply to Responses Filed by Objectors, The Law Offices of Eric Weinberg [Rec. doc. 64759] and the Central States [Rec. Doc. 64761], and In Further Support of Its Response to the Objections to the Report and Recommendation of Special Master Regarding Third Party Payor Common Benefit Awards and Fee Allocation Committee's Revised Proposed Allocation Awards [Rec. Doc. 64752];

IT IS ORDERED BY THE COURT that leave is granted and the attached The TPP Fee Allocation Committee's Reply to Responses Filed by Objectors, The Law Offices of Eric Weinberg [Rec. doc. 64759] and the Central States [Rec. Doc. 64761], and In Further Support of Its Response to the Objections to the Report and Recommendation of Special Master Regarding Third Party Payor Common Benefit Awards and Fee Allocation Committee's Revised Proposed Allocation Awards [Rec. Doc. 64752] be and is hereby filed into the record.

New Orleans, Louisiana, this _____ day of _____, 20____.

                                                                                          _____
                                                                                          Eldon E. Fallon
                                                                                         United States District Court Judge