UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX **PRODUCTS LIABILITY LITIGATION** THIS DOCUMENT RELATES TO: THIRD PARTY PAYOR COMMON BENEFIT FEES | MDL Docket No. 1657 SECTION L JUDGE FALLON MAG. JUDGE KNOWLES |

**THE TPP FEE ALLOCATION COMMITTEE'S REPLY TO RESPONSES FILED BY OBJECTORS, THE LAW OFFICES OF ERIC WEINBERG [REC. DOC. 64759] AND THE CENTRAL STATES [REC. DOC. 64761], AND IN FURTHER SUPPORT OF ITS RESPONSE TO THE OBJECTIONS TO THE REPORT AND RECOMMENDATION OF SPECIAL MASTER REGARDING THIRD PARTY PAYOR COMMON BENEFIT AWARDS AND FEE ALLOCATION COMMITTEE'S REVISED PROPOSED ALLOCATION AWARDS [REC. DOC. 64752]**

The Court-appointed Third Party Payor Fee Allocation Committee ("FAC") respectfully submits that this matter has been protracted strategically by those whose claim a common benefit is most attenuated. Ample due process has been provided and all legitimate opportunities to contest the TPP FAC recommendations and Special Master's findings have been exhausted. The meritorious applicants have been unduly penalized by the delays occasioned by objectors, and the issues are fully ripe for final determination by the Court without further briefing or delay.

W:\! 27115 VIOXX\000\TPP RECOMMENDATION\TPP FAC'S RESPONSE TO OBJECTIONS TO THE SM REPORT AND RECOMMENDATION\TPP FAC'S REPLY TO OBJECTORS RESPONSES\TPP FAC'S REPLY TO OBJECTORS' RESPONSES 2013-12-23.DOCX

1

Respectfully submitted,

/s/ Russ M. Herman
Russ M. Herman
**Herman, Herman & Katz, L.L.C.**
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Telephone: (504) 581-4892
Fax: (504) 561-6024
rherman@hhklawfirm.com

/s/ Elizabeth Cabraser
Elizabeth Cabraser
**Lieff Cabraser Heimann & Bernstein, LLP**
275 Battery Street, 29th Floor
San Francisco, CA 94111-3339
Telephone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com

/s/ Christopher A. Seeger
Christopher A. Seeger
**Seeger Weiss LLP**
77 Water Street
New York, NY 10005
Telephone: (212) 584-0700
cseeger@seegerweiss.com

/s/ Thomas M. Sobol
Thomas M. Sobol
**Hagens Berman Sobol Shapiro LLP**
55 Cambridge Parkway, Suite 301
Cambridge, MA   02142
Telephone: (617) 482-3700
Fax: (617) 482-3003
tom@hbsslaw.com

/s/ Andy D. Birchfield, Jr.
Andy D. Birchfield, Jr.
**Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.**
218 Commerce Street
Montgomery, AL 36104
Telephone: (800) 898-2034
Fax: (334) 954-7555
andy_birchfield@beasleyallen.com

/s/ James Dugan
James Dugan
**Dugan Law Firm**
One Canal Place
Suite 1000
365 Canal Street
New Orleans, LA 70130
Telephone: (504) 648-0180
Fax: (504) 648-0181

*The TPP Fee Allocation Committee*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing pleading has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 24th day of December, 2013.

/s/ Leonard A. Davis
Leonard A. Davis, Esq. (#14190)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, LA   70113
Ph:   (504) 581-4892
Fax:   (504) 561-6024
ldavis@hhklawfirm.com