UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| This Document Relates to: | * | SECTION L |
|     State of Utah | * | JUDGE ELDON E. FALLON |
|     v. | * | |
|     Merck Sharp & Dohme Corp. | * | MAGISTRATE JUDGE KNOWLES |
| Civil Action No. 2:06-CV-09336 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF VIDEO DEPOSITION OF DR. PAUL AISEN

TO: Richard L. Josephson, Esquire
Baker Botts, LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 770024995

DATE: January 8, 2014

TIME: 9:00 a.m.

LOCATION: Hyatt Regency LaJolla
3777 La Jolla Village Drive
San Diego, California 92122

DEPONENT: Paul Aisen

      Please take notice that at the above stated time, date and location, plaintiff, State of Utah, joins the Notice of Video Deposition of plaintiffs, State of Alaska and State of Montana, served on December 12, 2013, attached hereto as Exhibit A.

      Plaintiffs will, by oral examination, take the testimony of the deponent for the purpose of discovery and/or use as evidence in the action before the court reporter or before some other duly

qualified officer in accordance with the Utah Rules of Civil Procedure. The oral examination will continue until completed and may be videotaped.

Dated this 30th day of December, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123

/S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ 08901

/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF VIDEO DEPOSITION OF DR. PAUL AISEN** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C) on this 30th day of December, 2013.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123

**EXHIBIT A**



UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>    Products Liability Litigation | * * * | MDL No. 1657 |
| This Document Relates to: | * * | SECTION L |
| *State of Alaska v. Merck & Co., Inc.*,<br>3:06-CV-00018 | * * * | JUDGE ELDON E. FALLON |
| *State of Montana v. Merck & Co., Inc*<br>2:06-CV-04302 | * * * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * *

### NOTICE OF VIDEO DEPOSITION

TO: Richard L. Josephson, Esquire
Baker Botts, LLP
One Shell Plaza
910 Louisiana Street
Houston, Texas 77002-4995

DATE: January 8, 2014

TIME: 9:00 a.m.

LOCATION: Hyatt Regency LaJolla
3777 La Jolla Village Drive
San Diego, California 92122

DEPONENT: Paul Aisen

Please take notice that at the above-stated time, date and location, the plaintiff will, by oral examination, take the testimony of the deponent for the purpose of discovery and/or use as evidence in the action before the court reporter or before some other duly qualified officer in accordance with the Alaska and Montana Rules of Civil Procedure. The oral examination will continue until completed and may be videotaped.

## DUCES TECUM

Witness is instructed to produce the following information by December 27, 2013:

1. All patient level clinical data SAS files from the clinical study that forms the basis of Dr. Aisen's paper "Effects of Rofecoxib or Naproxen vs Placebo on Alzheimer Disease Progression" published in JAMA in 2003.

2. All documents generated by or for Witness in the course of his assignment in this matter, including any draft reports, work product, correspondence, and/or emails.

3. Witness's billing file for this matter or any other matter relating to the Vioxx litigation, or any other matter where the witness has been employed by Merck, including all time sheets, bills, invoices, expenses, or costs related to Witness's work on this matter or any other matter relating to the Vioxx litigation, or any other matter where the witness has been employed by Merck, including any documents pertaining to persons working for or with Witness.

4. All documents, correspondence, memoranda, notes, e-mails, and/or communications (and any attachments thereto between Witness (or persons, agents or employees under his direction, control or supervision) and counsel for Defendants, except such documents, correspondence, memoranda, notes, e-mails, and/or communications that pertain solely to ministerial scheduling matters, such as correspondence related solely to obtaining dates for a deposition.

5. All documents, correspondence, memoranda, notes, e-mails, and/or communications (and any attachments thereto between Witness (or persons, agents or employees under his direction, control or supervision) and any other expert or fact witness that relate in any way to this matter or any other matter relating to the Vioxx litigation except such documents, correspondence, memoranda, notes, e-mails, and/or communications that pertain solely to ministerial scheduling matters, such as correspondence related solely to obtaining dates for a deposition.

6. Witness's current curriculum vitae or resume.

7. Witness's complete file for this case, including but not limited to, all of the materials expert has reviewed in connection with this case or the larger Vioxx litigation, except such documents, correspondence, memoranda, notes, e-mails, and/or communications that pertain solely to ministerial scheduling matters, such as correspondence related solely to obtaining dates for deposition.

8. All documents evidencing, relating or pertaining to facts or data (including scientific literature or treatises) considered by the witness in forming his opinions, including any prepared lists of such materials.

9. All articles, letters or other documents, including drafts, submitted for publication or published by the Witness relating to NSAIDs in general or Vioxx in particular.

10. All documents cited or referred to in the Witness Disclosure.

11. Any and all correspondence and e-mails (including enclosures and attachments) pertaining in any way to this case between the deponent (or anyone acting on behalf of the deponent) and any other person or entity.

12. Any and all books, documents, treatises, compendia, articles, or studies, considered, referred to and/or relied upon by the deponent in formulating his opinions in connection with this case.

13. Any and all documents or other materials acquired by the deponent from any third party or governmental agency relating in any way with this case.

14. All documents evidencing, relating or pertaining to any exhibits summarizing or supporting the Witness's opinions.

15. All documents generated by the Witness in the course of his assignment in this matter or any other matter relating to the Vioxx litigation, including, but not limited to, any handwritten, computerized or any other form of notes.

16. All documents evidencing, relating or pertaining to assumptions that counsel provided and that the Witness relied on in forming his opinions.

17. All draft, preliminary or exploratory analyses done of Vioxx clinical trial data whether or not included in the witnesses disclosure for this matter.

18. Line listings of the specific events (by Protocol number, allocation number, and treatment assignment) included for each of the analyses reported in the disclosure.

19. A complete list of all cases in which you have been retained and/or testified, for the last five years, including for each such case: the case style and case number, the name and address of the court in which the case was filed, tried, or is currently pending, or, if this information is not available, specify whether state of federal court and identify the town or city where the court is located, the approximate inclusive dates during which the case was or has been pending, the name and address of the attorney or attorneys with whom or for whom you worked, and whether you were retained by and/or testified at the trial or by deposition for the plaintiff or defendant.

20. A complete list of all matters in which the deponent has been consulted by attorney, for the last five years, whether on behalf of a plaintiff, a defendant, a pharmaceutical company or an insurance company. This request specifically includes, but is not limited to, the names of actual or potential plaintiffs and defendants, venue, date of consultation and the names of all attorneys, whether for plaintiff or defendant.

21. A complete list of all matters in which the deponent has been consulted with or been hired or paid by a pharmaceutical company or an individual or entity associated with the pharmaceutical industry, for the last fifteen (15) years. This request specifically includes, but is not limited to, the names of the company and/or entity, the nature of the consultation, the dates of the consultation and your compensation for such business relationship or consultation.

/s/ Brian M. Vines
Brian M. Vines
Attorney for Plaintiffs

OF COUNSEL

Scott A. Powell, Esquire
Don McKenna, Esquire
Matthew C. Minner, Esquire
Brian M. Vines, Esquire
Hare, Wynn, Newell and Newton, LLP
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone: 205/328-5330

Clyde E. Sniffen, Jr., Esquire
Senior Assistant Attorney General
Alaska Law Department
1031 West 4th Avenue #200
Anchorage, Alaska 99501
Telephone: 907/269-5100

James E. Fosler, Esquire
Fosler Law Group, Inc.
737 West 5th Avenue; Suite 205
Anchorage, Alaska 99501
Telephone: 907/277-1557

Kelley L. Hubbard, Esquire
Assistant Attorney General
Post Office Box 201401
Helena, Montana 59620-1401
Telephone: 406/444-2026

William A. Rossbach, Esquire
Rossbach Hart, PC
401 North Washington Street
Missoula, Montana 59807
Telephone: 406/543-5156

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Plaintiff's, State of Alaska and State of Montana, Notice of Video Deposition has been served upon Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(C) on this 12th day of December, 2013.

    /s/ Brian M. Vines
Brian M. Vines
ASB-4419-R77V
Attorney for Plaintiffs
Hare, Wynn, Newell & Newton
2025 3rd Avenue North; Suite 800
Birmingham, Alabama 35203
Telephone: 205/328-5330
Facsimile: 205/324-2165
bvines@hwnn.com