MINUTE ENTRY
FALLON, J.
DECEMBER 20, 2013

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**    *State of Alaska v. Merck & Co., Inc.*, 06-0018
*State of Montana v. Merck & Co., Inc.*, 06-4302
*State of Utah v. Merck & Co., Inc.*, 06-9336
*State of Mississippi v. Merck & Co., Inc.*, 05-6755

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon. Eric Weinberg and Kenneth Lougee participated on behalf of Plaintiff State of Utah. Jessica Steele participated on behalf of Plaintiff State of Mississippi. Bill Rossbach and Matt Minner participated on behalf of Plaintiffs State of Montana and State of Alaska. Dawn Barrios participated on behalf of the PSC, as well as the aforementioned Plaintiffs. Andrew Goldman participated on behalf of Defendant Merck. The parties discussed the canceled December 18, 2013, deposition of Dr. David Egilman.

**IT IS ORDERED** that the deposition of Dr. Egilman be reset for a mutually agreeable date prior to February 28, 2014.

**IT IS FURTHER ORDERED** that on or before January 2, 2013, counsel for the Plaintiffs provide the Court with receipts for their travel to and from the canceled December 18, 2013, deposition of Dr. Egilman.

JS10(00:15)                                                    1