UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| THIRD PARTY PAYOR COMMON BENEFIT FEES | : | |

**O R D E R**

Considering the Third Party Payor Fee Allocation Committee's Motion for Leave to File TPP Fee Allocation Committee's Response to the Objections to the Report and Recommendation of Special Master Regarding Third Party Payor Common Benefit Awards and Fee Allocation Committee's Revised Proposed Allocation Awards and to Exceed Page Limitation;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached TPP Fee Allocation Committee's Response to the Objections to the Report and Recommendation of Special Master Regarding Third Party Payor Common Benefit Awards and Fee Allocation Committee's Revised Proposed Allocation Awards, which exceeds page limitation, with all exhibits attached, be and is hereby filed into the record.

New Orleans, Louisiana, this 19th day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE