

**FILED**

JUL 08 2004

CAROL E. HIGBEE, J.S.C.

**By the Court:**

| | |
|---|---|
| INTERNATIONAL UNION OF OPERATING ENGINEERS LOCAL NO. 68 WELFARE FUND, individually and on behalf of all others similarly situated,<br><br>                    Plaintiff,<br><br>          v.<br><br>MERCK & CO., INC.,<br><br>                    Defendant. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION<br>ATLANTIC COUNTY<br><br>DOCKET NO. ATL-L-3015MT-03<br><br><br>Civil Action<br><br><br>**ORDER** |

THIS MATTER being opened to the court by way of defendant's motion to dismiss the complaint, and the court having considered all papers filed, and the oral arguments of the parties, and for good cause shown;

IT IS on this ___8th___ day of ___July___, 2004, **ORDERED** that the defendant's motion to dismiss the complaint is hereby denied for the reasons set forth on the attached Memorandum of Decision dated July 8, 2004.

IT IS FURTHER **ORDERED** that a copy of this Order shall be served within seven (7) days of receipt.

_____
CAROL E. HIGBEE, J.S.C.