UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO TPP | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*\*

## ORDER

On the above and foregoing motion (Rec. Doc. 64759),

**IT IS ORDERED** that leave be and it is hereby GRANTED for the filing of Eric Weinberg's combined reply to FAC's response and opposition to FAC's revised allocation and is GRANTED leave to to exceed the page limit in such reply.

New Orleans, Louisiana, this <u>24th</u> day of <u>    December    </u>, 2013

_____
UNITED STATES DISTRICT JUDGE