UNITED STATES DISTRICT COURT
EASTERN DISTRCIT OF LOUISIANA

| | |
|---|---|
| IN RE VIOXX LITIGATION ) | |
| ) | MDL Docket No. 1657 |
| ) | Section L |
| ) | |
| ) | Judge Fallon |
| ) | Magistrate Judge Knowles |
| THIS DOCUMENT RELATES TO THIRD ) | |
| PARTY PAYOR COMMON BENEFIT ) | |
| FEES | |

**ORDER**

On the above and foregoing motion (Rec. Doc. 64760),

**IT IS ORDERED** that leave be and is hereby GRANTED for the filing of Central States Law Firms' reply to the FAC's response to their objection to the Special Master's Report and FAC's allocation.

New Orleans, Louisiana, this <u>24th</u> day of <u>   December   </u>, 2013

*[signature]*
UNITED STATES DISTRICT JUDGE