UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| This Document Relates to: | * | SECTION L |
|     State of Utah | * | JUDGE ELDON E. FALLON |
|     v. | * | |
|     Merck Sharp & Dohme Corp. | * | MAGISTRATE JUDGE KNOWLES |
| Civil Action No. 2:06-CV-09336 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF FILING OF COST RECEIPT RE: DEPOSITION OF EGILMAN

Pursuant to the Court's Minute Entry dated December 20, 2013, Plaintiff State of Utah, hereby provides the Court with Kenneth Lougee's receipt for travel to the cancelled deposition of Dr. Egilman. See Exhibit A attached hereto.

Dated this 2nd day of January, 2014.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123

/S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ 08901

/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500
*Attorneys for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF FILING OF COST RECEIPT RE: DEPOSITION OF EGILMAN** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C) on this 2nd day of January, 2014.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123

**EXHIBIT A**

Toll Free: 800-327-7850
After Hours: 888-312-0985

## Airtinerary®

☑ THIS HAS BEEN TICKETED ELECTRONICALLY.

Agency Locator: 7VENDE

**KENNETH DON LOUGEE**

Booked by John Saxton

✈ Air                                                                                        Sunday Dec 15th 2013

**Delta Air Lines Flight 1210** (Confirmed)   **Salt Lake City, UT (SLC)**        **Boston, MA (BOS)**
                                              Salt Lake City International Airport   Logan Intl

**Duration:** 4 hours and 32 minutes
**Delta Air Lines Locator:** HI9MHG
**Aircraft:** Boeing 737-800
Baggage information
Online Check-in

Departing @
**9**:40 AM

Arriving @
**4**:12 PM

| Passenger Name | Seat | Class | Status | Frequent Flyer # | Meal |
|---|---|---|---|---|---|
| Kenneth Don Lougee | 21B | H | Reserved Seat | | Food For Purchase |

✈ Air                                                                                        Thursday Dec 19th 2013

**Delta Air Lines Flight 8793** (Confirmed)   **Boston, MA (BOS)**   **Salt Lake City, UT (SLC)**
                                              Logan Intl            Salt Lake City International Airport

**Duration:** 5 hours and 35 minutes
**Delta Air Lines Locator:** HI9MHG
**Aircraft:** Boeing 757-200
Baggage information
Online Check-in

Departing @
**10**:45 AM

Arriving @
**2**:20 PM

| Passenger Name | Seat | Class | Status | Frequent Flyer # | Meal |
|---|---|---|---|---|---|
| Kenneth Don Lougee | 28D | H | Reserved Seat | | Food For Purchase |

## $$ Ticketing Information

### Invoice #528414

| Ticket # | Passenger | Vendor | Type | Payment | Date | Base | Tax | Total |
|---|---|---|---|---|---|---|---|---|
| 0067327810217 | LOUGEE/KENNETHDON | Delta Air Lines | Air | AXXXXXXXXXXXX2137 | 12/5/2013 | $749.77 USD | $78.03 | $827.80 USD |
| 8900606031474 | LOUGEE/KENNETH.DON | | Service Fee | AXXXXXXXXXXXX2137 | 12/5/2013 | $29.00 USD | | $29.00 USD |

**Tax Breakdown**
XT: $14.00
US: $56.23
ZP: $7.80
Total: $78.03

Total Air Fare: $827.80
Total Service Fees: $29.00
Invoice Total: $856.80

Total Charged* $856.80

**Agent Notes**

PHOTO I.D. REQUIRED FOR CHECK-IN
IF YOU NEED TO CHANGE OR CANCEL THIS RESERVATION
YOU MUST DO SO PRIOR TO DEPARTURE IN ORDER TO
RETAIN THE VALUE OF YOUR TICKET.
CHANGES MAY RESULT IN ADDITIONAL FEES
AND AN INCREASE IN FARE
*************************************************
CHECKED BAGGAGE POLICIES AND FEES VARY BY AIRLINE.
CHECK AIRLINE WEBSITE FOR DETAILED INFORMATION.
*************************************************

RESERVATION BOOKED BY JOHN S - REQUESTED BY KAY HANSON
** NO REFUND/AIRLINE PENALTY AND ADDL FARE MAY APPLY
** 7 DAYS ADVANCE NOTICE REQUIRED.

© CB Travel Corp., 2012. All rights reserved. | Terms and Conditions

Served by jeangrey.cbtat.com

 VIRTUOSO MEMBER.    BCD travel