UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| PRODUCT LIABILITY LITIGATION | * | SECTION L |
| This Document relates to: | * | HONORABLE JUDGE FALLON |
| Dennis Harrison Pro Se 2:07-cv-00905-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

**PLAINTIFF DENNIS R. HARRISON, PRO SE', NOW ASKS LEAVE OF THE COURT TO SUBSTITUTE EXHIBIT XX OF PLAINTIFF'S REPLY TO DEFENDANT MERCK'S REPLY AND RE-INPUT EXHIBITS A, B, and C.**

(1) The brief PLAINTIFF'S REPLY TO DEFENDANT MERCK'S REPLY on page 13 called for Exhibit "XX" to be the actual document obtained from the FDA web site.

A draft copy of a statement prepared for me, which dealt with the same critical information was sent as Exhibit XX in error, and this will cause confusion if not corrected and necessitates now being substituted with the following language which is the document referred to and quoted from on page 13 and named Exhibit XX.

I now ask the court leave to make this motion to substitute the document attached hereto which will then be Exhibit XX.

(2) The process by which the Clerk of the Court scans/updates appears to have poor quality, some unreadable, for Exhibits A, B, C. Plaintiff is re-printing hard copy and sending it to the Court to be re-input and included/clearly identified appropriate emphasis in order to ensure quality is reasonably acceptable.

TENDERED FOR FILING

DEC -9 2013

U S DISTRICT COURT
Eastern District of Louisiana

/s/ Dennis R. Harrison

2