EXHIBIT XX

# CENTER FOR DRUG EVALUATION AND RESEARCH

APPLICATION NUMBER:  21-042/S-007, S-008, S-010, S-012, S-013, S-014 and 21-052/S-004, S-005, S-006, S-007, S-008, S-009

# MEDICAL REVIEW(S)

4

MEDICAL OFFICER REVIEW

DIVISION OF ANTI-INFLAMMATORY, ANALGESIC AND OPTHALMIC DRUG PRODUCTS—HFD-550

sNDA #21042/s012

| | |
|---|---|
| Submission date: | 2/28/2001 |
| Submission type: | NDA supplement |
| | |
| Review date: | 12/15/2001 |
| Drug name: | rofecoxib (Vioxx) |
| Applicant: | Merck |
| Pharmacologic category: | anti-inflammatory |
| Proposed indications: | signs and symptoms of RA |
| Dosage form and route: | oral tablets, 25mg, daily |

_____
Joel Schiffenbauer, M.D.      Date
Medical Officer


_____
Lourdes Villalba, M.D.      Date
Medical Officer

**APPEARS THIS WAY ON ORIGINAL**

_____
Lawrence Goldkind, M.D.      Date
Deputy Division Director, DAAODP


_____
Jonca Bull, M.D.      Date
Office Director, ODE V

MRK-AFV0443615

(C. Safety)

The safety evaluations for rofecoxib in the trials in this submission, as well as the safety data from the VIGOR trial of 8,00 patients (reviewed elsewhere), provide information on safety including absolute rates of serious adverse events (SAE), adverse events (AE), withdrawals due to AEs, as well as comparative safety in relation to naproxen. There is still concern for the question of cardiovascular (CV) thrombotic risks associated with the use of rofecoxib compared to naproxen or placebo, which cannot be definitively addressed by the studies to date.

The RA safety database contains approximately 2000 patients exposed to rofecoxib (12.5, 25 and 50 mg); 550 patients exposed to naproxen and 1000 patients exposed to placebo. The bulk of the exposure was to 3 and 6 months of treatment. Approximately 1500 patients were exposed to rofecoxib 25 mg (n= 797) and 50 mg (n= 677) in 3-month placebo controlled studies. Approximately 180, 140 and 80 patients were exposed to rofecoxib 25mg, rofecoxib 50mg and naproxen 1000 mg respectively, for one year or more. *The most relevant of the three datasets appears to be the one-year comparative data including naproxen.* However, since not all randomized patients actually completed the studies, for events of particular interest, it appears more appropriate to compare event rates based on true exposure.

There were a total of eight deaths: five on rofecoxib, two on naproxen and one on placebo. There were two, one and one cardiovascular deaths in the rofecoxib 50 mg, rofecoxib 25 mg and naproxen groups, respectively. The pattern of adverse events, discontinuations due to adverse events, laboratory AE's and vital signs was consistent with data submitted in the original NDA submission. .

There were 6 MI's (one fatal) in the rofecoxib 25 mg group, 5 MI's (one fatal) and 1 sudden death in the rofecoxib 50 mg group and one fatal MI in the naproxen group. Although the number of events is small, the higher incidence of MI's on rofecoxib as compared to naproxen is consistent with findings in VIGOR and ADVANTAGE. Consistent with VIGOR but different from ADVANTAGE, there was no excess of strokes in the naproxen group in the RA database.

Hypertension related events were observed two to three times more often in each of the rofecoxib arms, as compared to the naproxen arm or placebo. A higher percentage of patients presented important increase of blood pressure and required concomitant antihypertensive medication and/or discontinued from each of the rofecoxib arms compared to the naproxen arm. The numbers of patients with edema-related events were higher in the rofecoxib 25 and 50 mg groups as compared to naproxen. These findings were consistent in the placebo-controlled treatment phase and in the long-term exposure databases.

Three CHF related events occurred during one year studies - all in the rofecoxib 50 mg group -. Two additional cases occurred in the extension period, one in

7

6

MRK-AFV0443621

rofecoxib 25 mg and one in rofecoxib 50 mg. The number of CHF events is small to draw definitive conclusions but is consistent with VIGOR in which rofecoxib 50 mg was associated with higher risk of developing CHF related events than naproxen.



More fractures occurred in the rofecoxib arms (9 and 3 for rofecoxib 50mg and 25 mg respectively) as compared to the naproxen arm (no fractures). This trend was consistent with the VIGOR study. However, in a larger safety database of approximately 3000 patients exposed to either rofecoxib 25 mg or placebo for one year there was no differences in the numbers of fractures. A study evaluating _____ with rofecoxib has recently been completed and is under review.

The number of patients who discontinued due to one or more AEs was slightly higher for rofecoxib 50 mg and naproxen groups (9 % and 8 %, respectively), compared to the placebo and rofecoxib 25 mg groups (4 % and 5 %, respectively). Of note, the body system with most discontinuations was the digestive, for all treatment groups, including placebo. The vast majority of the events leading to discontinuation were not considered serious by the investigator.

In the one year dataset, the number of patients discontinued due to AEs was 9.4%, 13.5%, and 12.5% in the rofecoxib 25 mg, rofecoxib 50 mg and naproxen, respectively. The most frequent events were in the body as a whole, cardiovascular and digestive systems.

In the extension studies dataset, the number of patients who discontinued due to AEs was 9.4%, 13.5 and 12.5% in the rofecoxib 25 mg group, rofecoxib 50 and naproxen groups respectively. The most frequent events leading to discontinuation were in the cardiovascular and digestive systems.

In the placebo controlled phase of the RA studies, 60 to 66% of patients had at least one adverse experience. In the one-year dataset, 81 to 85% of patients had at least one AE. In the extension studies, approximately 76 % of patients had at least one AE. The most frequent events were in the body as a whole system (22-26% of patients in the placebo controlled phase; 42-44% in the one year database and 31 to 37% in the extension studies) and in the digestive system (20.8%, 23.3 %, 30.6% and 39.5% in the placebo, rofecoxib 25 mg, rofecoxib 50 mg and naproxen groups, respectively in the placebo-controlled phase; 36% to 48 % in the one-year dataset and 24% to 30 % in the extension studies).

In summary, there were no substantial differences in the total number of serious adverse events, discontinuations due to adverse events and common adverse events between treatment groups in each of the three datasets, particularly the long term datasets. There appears to be a dose trend in the AEs described above.

8

The pattern of laboratory adverse events is consistent with those observed in prior databases with rofecoxib: the 50 mg dose is associated with higher number of renal-related laboratory AEs than naproxen 500 mg bid. Decrease in hematocrit with rofecoxib 50 mg is similar to naproxen and higher than with rofecoxib 25 mg. The incidence of liver-related laboratory AEs with rofecoxib appears to be similar to naproxen.

- Drug-drug interaction potential

There is no new information concerning drug-drug interactions provided in this sNDA. The interested reader is referred to the currently approved label for further discussion of this issue.

- Exposure in trials versus probable marketing exposure

The trials submitted enrolled RA patients that appear to be representative of the general population of RA patients that will be taking rofecoxib with the exception of the trial exclusions discussed below. The duration of exposure in these trials was at least one year and in some cases longer. The VIGOR study administered twice the recommended dose of rofecoxib for greater than 6 months. Furthermore, rofecoxib is already approved for the use in OA and acute pain and has been marketed for these indications for more than one year. Taken together there does not appear to be any new safety issues that have not been identified either in this submission or in post-marketing analyses. The reader is referred to the reviews of VIGOR and ADVANTAGE studies by Dr. Villalba.

- Effect of trial exclusions on safety profile versus expected marketed population

Patients at cardiovascular risk such as those with a recent history of myocardial infarction and stroke and those using prophylactic low dose aspirin were not included in these trials. This raises significant concern in view of the findings in VIGOR and ADVANTAGE, and the theoretical concern that rofecoxib may pro-thrombotic based on its COX-2 specificity. The existing published studies and databases reviewed are not conclusive. It is anticipated that individuals in the general population with CV risks will be placed on this drug, with or without aspirin prophylaxis. It is suggested that ⌋
⌊ The sponsors submitted a meta-analysis to address this issue. Their conclusion is that this meta-analysis is supportive of the concept that naproxen is protective and reduces the risk of CV thrombotic events, and that rofecoxib is similar to placebo in terms of this risk. However, this analysis does not provide adequately robust data that a prospective randomized trial would provide to address this question. The size and

9

MRK-AFV0443623

duration of submitted studies as well as the absence of meaningful comparisons to non-naproxen NSAIDs limits the conclusions from this meta-analysis.

- Relationship of safety to other drugs available for indication

The only active NSAID comparator used in the studies was naproxen. In these and other studies the overall incidence of adverse events with rofecoxib compared to naproxen is similar. However, the rate of PUBs is higher in naproxen treated individuals while the rate of CV thrombotic events is lower in naproxen users. The large GI outcome study VIGOR (reviewed elsewhere) has demonstrated that rofecoxib has a lower rate of PUBs than naproxen. Endoscopy studies do not provide additional relevant clinical outcomes data beyond that provided in the VIGOR trial.

- Unresolved safety issues

Analysis of the data from the RA application safety database demonstrates a trend consistent with the VIGOR (and ADVANTAGE) study: rofecoxib 50 mg/day has higher incidence of serious cardiovascular thrombotic events, edema-related, hypertension related and CHF related events than naproxen 1000 mg/day. Rofecoxib 25 mg dose behaves similarly to the 50 mg dose in this safety database. Therefore, the cardiovascular findings are consistent with those in the VIGOR and ADVANTAGE studies for rofecoxib as compared to naproxen, but do not provide information for the safety profile of rofecoxib in patients using low dose aspirin and in comparison to other NSAIDs. A major unresolved issue is whether the rate of CV thrombotic events is similar to placebo and naproxen is protective because of anti-platelet effects, or if rofecoxib is in fact pro-thrombotic.



A second area of concern is that there were more fractures in the rofecoxib 50 mg group as compared to naproxen in this data set, and this is consistent with the VIGOR study (also in a population of patients with RA) in which there were 41 (1%) and 29 (0.7%) fractures (all sites) in the rofecoxib and naproxen groups, respectively. The RA population is at high risk of osteoporosis because of the chronic use of steroids. The background fracture rate for this population is unknown. A recent study from Finland suggests that the risk of hip fracture is increased by three fold in patients with RA, as compared with that of non-RA patients. Since COX-2 is involved in regulation of bone metabolism, concerns have been raised regarding the long term bone effects of COX-2 inhibitors.



MRK-AFV0443624