# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Dennis Harrison v. Merck & Co., Inc.*, **07-0905.**

## ORDER

The Court is in receipt of the attached filing from *pro se* Plaintiff Dennis Harrison. **IT IS ORDERED** that Mr. Harrison's request for leave to substitute is **GRANTED** and that the attached filing be entered into the record.

New Orleans, Louisiana, this 23rd day of December, 2013.

UNITED STATES DISTRICT JUDGE