UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>         PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *State of Alaska v. Merck & Co., Inc.*, **06-0018**
*State of Montana v. Merck & Co., Inc.*, **06-4302**
*State of Utah v. Merck & Co., Inc.*, **06-9336**
*State of Mississippi v. Merck & Co., Inc.*, **05-6755**

## ORDER

**IT IS ORDERED** that a telephone status conference will be held in the above-listed matters on January 9, 2014, at 10:30 a.m. The call-in number for the conference is 877-336-1839. The access code is 4227405 and the security code is 010914.

New Orleans, Louisiana, this 3rd day of January, 2014.

*[signature]*
UNITED STATES DISTRICT JUDGE

1