# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re:  VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
|  | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**NOTICE OF VIDEO DEPOSITION OF RICHARD B. GREMILLION, M.D.**

YOU ARE HEREBY NOTIFIED that, pursuant to the Federal Rules of Civil Procedure, the plaintiff will take the video-taped deposition of Richard B. Gremillion, M.D.  The deposition will take place on January 23, 2014, beginning at 9:00 a.m., and continuing thereafter until complete, at Siegfried & Jensen, 5664 South Green Street, Salt Lake City, Utah 84123.

The witness is hereby requested to produce the following documents:

1. Records of payment by Merck or other pharmaceutical companies for participation in the writing of scientific articles.

2. Drafts of all articles written which were paid for in part or in whole by a pharmaceutical company.

3. Records of speaking engagements with Merck or any other pharmaceutical company.

4. Any and all records reflecting an application by Merck to the FDA seeking resumption of sale of Vioxx.

5. Any written criteria used by you which would indicate treatment with Vioxx.

1

6. Any evidence of training in epidemiology or statistics.

7. Any research in your possession indicating that neuproxen has cardioprotection greater than aspirin.

8. Any clinical data you rely upon when stating in your report (Page 9) "It should be noted that upon approval in 1999, the clinical data did not suggest a difference between Vioxx and all other NSAIDS in terms of cardiovascular, thrombotic risk."

You are further advised that the deposition will be taken upon oral interrogatories before a certified shorthand reporter and videographer pursuant to and for the purposes permitted by the Federal Rules of Civil Procedure.

DATED this 8th day of January, 2014.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123


/S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ 08901


/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500

**Attorneys for Plaintiff**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF DEPOSITION OF RICHARD GREMILLION, M.D.** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this _____ day of January, 2014.

_____/S/_____
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123