UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:        *Harold Lamar Rutherford*

### ORDER

The Court has received the attached correspondence from Elzina and Cindy Rutherford, regarding Claimant Harold Lamar Rutherford. **IT IS ORDERED** that Plaintiffs' Liaison Counsel respond to Mses. Rutherford as necessary.

New Orleans, Louisiana, this 23rd day of December, 2013.

_____
UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:     Elzina Rutherford
8711 County Road 236
Town Creek, AL 35672

Cindy Rutherford
72 County Road 566
Town Creek, AL 35672

Ken Schuppert
P.O. Box 1469
Decatur, AL 35602

Robert M. Johnston
Vioxx *Pro Se* Curator
400 Poydras Street, Suite 2450
New Orleans, LA 70130