UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:    *Dennis Harrison v. Merck & Co., Inc.*, **07-0905.**

### ORDER

The Court is in receipt of the attached filing from *pro se* Plaintiff Dennis Harrison. **IT IS ORDERED** that Mr. Harrison's request for leave to file is **GRANTED** and that the attached filing be entered into the record.

New Orleans, Louisiana, this 23rd day of December, 2013.

UNITED STATES DISTRICT JUDGE