UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No.1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| Elena Strujan v. Merck & Co.Inc | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| 07-906- EEF-DEK | * | KNOWLES |

## PLAINTIFF'S REQUEST TO LEAVE TO FILE ADDITIONAL EVIDENCES IN SUPPORT OF MY <u>NOTICE OF MOTION FOR RECONSIDERATION</u> OF THE JUDGMENT DATED 10/17/ 2013.

I Plaintiff Elena Strujan, I ask permission to submit additional evidences in support of my Motion for Reconsideration. I am a victim of Defendant Merck & Comp. Inc. and his accomplices.

In support of my affirmation I affirm under penalty of perjury, that **my bankruptcy Attorney, Mr. Stuart Davis**, as I mentioned before, corrupted by Defendant Merck & Comp. Inc. and his accomplices, tendentiously did not scheduled my law suits in Schedule B, to be estoppels, but cared to inflate my debit and to add more creditors ( possible his creditors or his accomplices). A few correspondence regarding this serious problem on **EXHIBIT Pg. 1, 2.**

Also, **the Pharmacist and the Oxford Insurances** corrupted by Defendant Merck & Comp. Inc. and his accomplices, tendentiously ignored the Subpoena Duces Tecum **EXHIBIT Pg. 3, 4.**

Same with, **TD Bank** corrupted by Defendant Merck & Comp. Inc. and his accomplices, tendentiously, gave access at my safe deposit box rented with credit card, and my

TENDERED FOR FILING

DEC 1 6 2013

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Notice of Appeal for the Appellate Division Fifth Circuit disappeared with proof of service and certificate of mailing. I did a complaint at that time and before **EXHIBIT Pg.** 5, 6.

Same with, **FedEx Office** corrupted by Defendant Merck & Comp. Inc. and his accomplices vandalized my Writ of Certiorari for the United States Supreme Court **EXHIBIT Pg.** 7, 8, 9, 10, 11.

**WHEREFORE,** I Plaintiff Pro Se, respectfully request Your Honor to reconsider your decision, and to grand my Motion for Reconsideration in full and to To assess severe and appropriate punitive damages in amount sufficient to punish these Defendant for theirs illegal acts, and to set an example to discourage others from similar conduct.

Dated : December 11, 2013

Respectfully submitted,

*Elena Strujan*

ELENA STRUJAN- Plaintiff Pro Se
P.O. Box 20632
New York, NY 10021
646-234-2421

Cc: Defendant's Attorney.



ELENA STEPHAN
P.O. Box 20632
New York, NY 10021

U.S. POSTAGE
FLUSHING, NY
DEC 13 '13
AMOUNT $1.32
00015086-68

US District Court
Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130