# EXHIBITS
Pg. 1 to **10 + 10B**

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

July 7 , 2011

Attorney Stuart Irwin Davis, Esq
2931 Westchester Avenue
Bronx, New York 10461

Dear Mr. Davis

Per our conversations before and also yesterday July 5, 2011, I lost the case with Teperman & Teperman because you did not mention my accident from 2003.

I do not understand why you did not mention, What I know is I did not hide it to you, I brought the bills which I had, and I did the best which I could.

Additionally, and definitely, I do not recognize the amount which was showed to me at my deposition. For this reason I asked you a copy of my file. I must to appeal the judge's decision, and I need from you help with any legal parameter regarding this matter, or an pertinent explanation why you did not mention ?

My ex lawyer lost the statute of limitation of my case , and pushed me intentionatelly to bankruptcy and years of pain , and now an inevitable surgery. All because I did not have competent lawyer, of doctors medical malpractice with wrong diagnostics, I did not have an insurance, money.....

I do not believe you had any interest in my ex lawyer intentionatelly negligence, and their defense with a " pretending my file " which I do not recognize.

Thank you.

*Elena Strujan* (signature)

Elena Strujan
Graduate of University of Zoothecny and Vet. Medicine
Iasi-Romania
Certified Paralegal

PS: Sent by fax.
PS: sent by fax (resend) on 8/18/2011 plus court decision.

**From:** ES <es2012ny@aol.com>
**Date:** November 19, 2012, 2:24:11 PM EST
**To:** "sdavis4929@aol.com" <sdavis4929@aol.com>
**Subject: Fantom creditors?**

Mr. Davis Stuart

You really disappointed me how you handled my bankruptcy case created by my lawyers Mitchell Friedman and Bruce Teperman with their negligence and greed for money.

I have to understand that you represented my corrupted lawyers interests who cared to loos the statute of limitation, to hurt me, to denigrate me.

You created me a lot of problems. Why you add IRS as creditor?
The US Tax Court judge closed the case saying I never due something to IRS and the IRS never due something to me. This case was abusive opened by criminals in my name to denigrate me.

Why you inflated the amount?
Why you add Alegis Group? From when and where Alegis Group was my creditor? I called them and they told me we did not have any relationship.

Why I paid you to make me problems?
To protect my enemies interests?

Please answer. What are this strange creditors?
Sincerely,

Elena Strujan

Sent from my iPhone



2/10

©2002 BY Blumberg Excelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com
B 69— Subpoena duces tecum, blank court, with witness, stipulation to remain subject to attorney's call, 1-02

COUNTY OF NEW YORK

Index No. _____

ELENA STRYMAN

Plaintiff

against

JANSSEN APE SHANOKE
JOHN DOE

Defendant

Calendar No.

**JUDICIAL SUBPOENA DUCES TECUM**

### The People of the State of New York

TO ASSAD A. LATTOUF
1 GARRET COURT
CLIFTON, NJ 07013

GREETING:

WE COMMAND YOU, That all business and excuses being laid aside, you and each of you appear and attend before HONORABLE JUDGE MARILYN SHAFER at SUPREME COURT OF THE STATE OF NEW YORK at 9:30 A o'clock, in the _____ noon, on the 16 day of March, 2009 at _____ o'clock, in the _____ noon, and at any recessed or adjourned date to give testimony in this action on the part of the

and that you bring with you, and produce at the time and place aforesaid, a certain

— copy of your valid license for the year 2000-2001 as Pharmacist

— Reasons why you refused to give me the correct medication today and why you insult me in front of customers.

— Copy of my medicine history from the Rainbow Pet Pharmacy for the years 2000-2001 when [you] were Pharmacist

now in your custody, and all other deeds, evidences and writings, which you have in your custody, power, concerning the premises.

Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

WITNESS, Honorable _____ one of the _____ of said Court, at _____ the 2 day of Feb, 2009

A copy of this subpoena must accompany all papers or other items delivered to the court.

Attorney(s) for

Office and Post Office Address

3/10

B 69 — Subpoena duces tecum, blank court, with witness information subject to answer as 5-6:01, 1-02

©2002 BY Blumberg Excelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

COUNTY OF NEW YORK

Index No. 406368/07

ELENA STRUJAN

Plaintiff

Calendar No.

against

RAINBOW ACE HARDWARE
JOHN DOE

Defendant

**JUDICIAL SUBPOENA DUCES TECUM**

The People of the State of New York

TO OXFORD HEALTH PLAN
48 MONROE TURNPIKE
TRUMBULL, CT 06611

GREETING:

WE COMMAND YOU, That all business and excuses being laid aside, you and each of you appear and attend before HONORABLE JUDGE MARILYN SHAFER at SUPREME COURT OF THE STATE OF NEW YORK, 60 Center Street on the 7 (seven) day of JANUARY, 2009 at 9:30 A/o'clock, in the 278 room, noon, and at any recessed or adjourned date to give testimony in this action on the part of the

and that you bring with you, and produce at the time and place aforesaid, a certain

All history of medicines paid by OXFORD HEALTH PLAN during period 1997 to 12/31/2001, under my name ELENA OXFORD ID-20069701, 533079501, 961272901. Also all evidence regarding doctors' visits said. My social security is 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.

— All pharmacies records who provided me medicines covered by your insurance during 01/1997 to 12/31/2001.

now in your custody, and all other deeds, evidences and writings, which you have in your custody or power, concerning the premises.

Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

WITNESS, Honorable                                      the          day of            one of the
of said Court, at

Attorney(s) for

Office and Post Office Address

A copy of this subpoena must accompany all papers or other items delivered to the court.

HON. MARILYN SHAFER, JSC
SO ORDERED

4/10

RECEIVED
DEC 10 2008
PART 0
SUPREME COURT - CIVIL




Elena Strujan
PO Box 20632,
New York, NY 10021.
Phone # ~~212-861-4565~~
646-234-2421

October 9, 2007

To: COMMERCE BANK and John Doe (add 2/21/09).
    1470 Second Avenue
    New York, NY 10021

Dear Sir/ Madame

Yesterday, October 8, 2007, after that bizarre incident with my safe deposit, as I told, I went at Police. The Police told me to request from you a report.

To clarify this strange situation, please send me a report which following answers:

- Why the date August 20, 2007, appear after August 27, 2007, date on the paper where I signed every time?
- Who signed in my name on 9/27/2007?
- Why I had a false key (always I kept the keys together and in very safe place, and nobody has the keys from my rent apartment)?
- I would like to know if you have any cameras outside your bank, because, during this unpleasant situation, somebody stole by bike, which was bought on June 2007.
- Please send me this report as soon possible, because I must to continue the investigation for all loses, and it is very important for me to know what happened.

Thank you very much for considering this request.

Sincerely,

Elena Strujan

PS: Sent by fax with confirmation.

Elena Strujan
P.O. Box 20632
New York, NY 10021
646-234-2421

10/20/2012

TD Bank Supervisor
Dear Sir/Madame

I borrow money to buy this safe deposit box (#251) at your bank because my actual environment it is totally unsecure for legal documents.

I was sceptic after my bad experience with your bank in 2004 in 79 Street and Second Avenue, but in special conjuncture I decided to trust your bank again.

Unfortunatelly, disapeared from my safe deposit box (251), documents (legal) with Merck company and related to another law suit!

In this context, I close voluntary my safe deposit box, and I remain total disapointed with your secure service.

Sincerely
Elena Strujan

P/: Give refund.

16/10 7

Elena Strujan
P.O. Box 20632
New York, NY 10021

September 26, 2013

Maurice Bodiford
Assistant Manager
FedEx Office
641 Lexington Avenue
54 Street
New York, NY 10022



## LETTER COMPLAINT AFFIDAVIT

Dear Mr. Bodiford

On September 23, 2013, I went at FedEx Office, 79 Street and Lexington Avenue for binding my Petition for writ of Certiorari for The Supreme Court of the United States of America (original and 11 copies). I was directed by that office to your office because they were very busy.

When I arrived in your FedEx Office Ms. Kristal Ramnath took my order, and asked Ms./ Tiffany Walker how long will take to serve me. She told around two hours. When I saw Ms. Walker, I recognized her because she did previously a binding for me, and make to disappear legal evidences ( as per my complaint dated 2011, and July15, 2013) I told her to pay attention because she did very bad job before.

I left the store, and when I came back she was replaced by Mr. Christopher Entzigmer. I asked him if she finessed something at my job, and to give me to check. He gave me her work, and again, she intentionally mixed the pages, put the medical reports with the blank pages, a mess ( a few example in Exhibit). I fixed the copies, and Mr. Entzigmer did her work again.

I would like to know why she did this. Did somebody pay her for her dirty job? Please answer. Thank you.
Sincerely,

Elena Strujan

CHRISTINA GUTIERREZ
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN QUEENS COUNTY
REG. #01GU6239488
MY COMM. EXP. APRIL 04/18/2015

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

FedEx Office
641 Lexington Avenue
New York, NY 10022

Dear Sir/ Madame

Today I came in your store for a velo banding. I told to a lady to pay attention, because a few weeks I asked your service for the Court of Appeals, and in my copy( I did not check the original) disappeared some exhibits. I had last week a conversation with the manager, and I told her next time I want to assist the banding of my work. Today, was the same manager, and she told me will take an hour. I decided to leave and to come back. I told her" I trust you"

When I pick up, I saw missing the folder 2 at exhibits. I complained. You did not take responsibility. When I arrived home, I checked and I found missing 3 references : from Cathedral High School, from Metropolitan museum, and from Dr. Kosovich, also was modified the contest in last page. The questions is WHY? Who pay you to sabotage my work, my case?

It is for the second time when I discovered abuses from you. Please give me an answer.
Thank you.

Elena Strujan
Graduate of University of Zootechy and Vet. Medicine
Farm Animals- Iasi Romania
Certified Paralegal

PS: .Sent by fax plus receipt. 



ELENA STRUJAN
P.O. ox 20632
New York, NY 10021
646-234-2421

email: usa0876@fedex.com 7/
7/24

July 15, 2013

FAXED
7/15/2013
212-572-9994

Fed Ex Office
641 Lexington Avenue
New York, NY 10022

Dear Sir/ Madame

I did a complaint in September 26, 2011 and another one on June 26, 2013 regarding forgery and missing legal documents from the folder gave to your staff for binding.

Please take seriously my complaint before I will take another steps.
Thank you.

Sincerely,

*[signature]*

ELENA STRUJAN
Graduate of Zootechy and Veterinary Medicine

Letter to fedex office 9/26/11
6/26/13
"Affidavit"

FAXED
7/30/2013

PS:     Sent by fax : Cover 1Pg., Letter1 Pg, Exhibits 3 Pages. Total= 5 pages

9/11/2013

9/10

FAXED
8/7/2013
212-572-9994 + ema

FAXED
11/26/2013

FAXED
11/4/2013

FAXED
8/15/2013  + email

FAXED
8/26/2013 + ema

FAXED
10/22/2013

FAXED
10/4/2013

FAXED
9/26/2013

ED STATES

ATED- Respondent

IORARI TO THE

APPEAL

OUISIANA

TIORARI



Pro Se   ABUSIVE AND ILLEGALY
THE FEDEX OFFICE
TOOK OF THE "S"!





10/10

10/10 B

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No.1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| * | | |
| Elena Strujan v. Merck & Co. Inc | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| 07-906- EEF-DEK | * | KNOWLES |

## CERTIFICATE OF SERVICE

I, Elena Strujan, Plaintiff Pro Se do hereby certify that I have this day December 11, 2013, I, served a true and correct copy of the Request to leave to file additional evidences in support of my Notice of Motion for Reconsideration, Affirmations and Exhibits, by mail, postage prepaid on the following counsel of record:

Counsel for Defendant-Appellee

Dorothy H. Wimberley, 18509
STONE PIGMAN WALTHER WITTMAN L. L. C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200

So certified, this 11th day of December 2013

Elena Strujan- Plaintiff- Appellant Pro Se
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

CHRISTINA GUTIERREZ
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN QUEENS COUNTY
REG. #01GU6239488
MY COMM. EXP. APRIL 04/18/2015

Subscribed and sworn before me on this
11th day of December, 2013
State of New York
County of Queens