# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX  
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON  
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:     *Elena Strujan v. Merck & Co., Inc.* **No. 07-906**

## ORDER

The Court is in receipt of the attached filing from *pro se* Plaintiff Elena Strujan, which requests leave to file additional materials concerning her now-resolved motion for reconsideration. (Rec. Doc. 64746).

**IT IS ORDERED** that the request for leave to file is **GRANTED** and that the attached filing be entered into the record.

New Orleans, Louisiana, this 23rd day of December, 2013.

                                                          UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:     Elena Strujan  
                            P.O. Box 20632  
                            New York, NY 10021