UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>          PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:    *State of Alaska v. Merck & Co., Inc.*, 06-0018
                             *State of Montana v. Merck & Co., Inc.*, 06-4302

## ORDER

**IT IS ORDERED** that a telephone status conference will be held in the above-listed matters on January 17, 2014, at 11:00 a.m. The call-in number for the conference is 877-336-1839. The access code is 4227405 and the security code is 011714.

New Orleans, Louisiana, this 9th day of January, 2014.

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE

1