# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>         PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**    *State of Alaska v. Merck & Co., Inc.*, **06-0018**
*State of Montana v. Merck & Co., Inc.*, **06-4302**
*State of Utah v. Merck & Co., Inc.*, **06-9336**
*State of Mississippi v. Merck & Co., Inc.*, **05-6755**

## ORDER

**IT IS ORDERED** that the telephone status conference schedule for today, January 9, 2014, at 10:30 a.m., (Rec. Doc. 64785) is **CANCELED** due to a conflict in the Court's schedule.

New Orleans, Louisiana, this 9th day of January, 2014.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE