UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

MONTHLY STATUS CONFERENCE
JANUARY 15, 2014
SUGGESTED AGENDA

I.      Class Actions

II.     Government Actions

III.    Third Party Payor

IV.     Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

V.      Other Pending Motions/Matters

VI.     Appeals

VII.    Next Status Conference

1