UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:       *Posey v. Merck & Co., Inc.,* No. 06-10104

## ORDER

On March 20, 2013, Defendant Merck Sharp & Doheme Corp. filed a suggestion of death (Rec. Doc. 64311) in this matter pursuant to Federal Rule of Civil Procedure 25, which indicated that Plaintiff Rudolph Posey died on or about September 15, 2011. Rule 25 provides:

> ***Substitution if the Claim Is Not Extinguished.*** If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.

FED. R. CIV. P. 25(a)(1). On December 12, 2013, the Court entered an order requiring that Mr. Posey show cause why his case should not be dismissed with prejudice. (Rec. Doc. 64733). Mr. Posey has not filed any response to that order, which was set for submission on January 8, 2014.

Accordingly, **IT IS ORDERED** that the above-captioned case is **DISMISSED** with prejudice.

New Orleans, Louisiana, this 14th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE