UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION " L " |
| This document relates to All Cases | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CURATOR'S STATUS REPORT NO. 45

Curator, Robert M. Johnston, submits this Status Report No. 44 in accordance with the Court's Order dated February 12, 2008.

### I. CURRENT STATUS

The curator's office continues receiving occasional calls, emails and correspondence from pro se claimants or litigants and other individuals with questions about the Vioxx Settlement Program or Vioxx-related litigation. Additionally, the curator's office monitors court filings for matters of concern to pro se litigants or claimants, and occasionally receives notices directly from the Court regarding certain litigants or claimants. All communications to and from the curator, including all telephone calls, emails and letters, are recorded internally in the curator's office and are also being entered into the Claims Administrator's online communications log.

### II. CURATOR ACTIVITY

After appointment by the Court, the curator's office assisted a large number of claimants with broad questions regarding the Vioxx Settlement Program registration and enrollment processes. Over time, the communications lessened, but became more specific and raised particular aspects of a claimant's claim or lawsuit and/or determinations made regarding those

claims. Eventually, as the Settlement Program wound down, the communications received by the curator focused mainly on individuals involved in continued Vioxx litigation. All information received from pro se or potential pro se claimants was forwarded to the Claims Administrator or other involved parties.

The curator's office also received requests from counsel for Merck and withdrawing attorneys seeking information regarding claimants they had been unable to contact. The curator's office also received many inquiries from claimants and litigants having difficulties in obtaining medical records, or seeking relief from unreasonable costs of duplication of medical records. The curator's office assisted counsel and claimants with these difficulties.

Legal notices required to contact potential claimants were published and the curator's office received affidavits of publication from all but one publisher of these legal notices. New contact information received for claimants, or their heirs, was forwarded to both the Claims Administrator and counsel for Merck.

The curator's office was provided information from the PLC regarding attorneys handling Vioxx matters in various jurisdictions, and we used this information as a basis to advise claimants of attorneys handling Vioxx matters in their area.

### III. MAILINGS TO PRO SE CLAIMANTS

In March 2008, the curator's office issued two mailings to claimants and litigants who were identified by the parties and the Claims Administrator as having not yet completed the requirements for claim package submission and/or enrollment. Approximately 1400 initial packets were sent by the curator's office.

As the deadlines for submission of necessary documents regarding registration, enrollment, and claim package documents neared, additional mailings were accomplished. In October 2008, a mailing was sent to approximately 130 unregistered potential claimants with incomplete registration or enrollment materials, advising them of the deadline to complete enrollment. Likewise, in November 2008, the curator mailed approximately 200 claimants with potentially incomplete claim package submissions, to advise them of the deadline for completion of their submissions.

In February 2009, upon request, the curator's office mailed materials to approximately 700 claimants notifying them of the private lien resolution program. In addition to the above-mentioned group mailings, the curator provided individual mailings as requested.

On January 2, 2014, the Court issued an Order approving the Vioxx Consumer Class Settlement allocating up to $23,000,000.00 to class members. I have received by Liaison Counsel Russ Herman approval to notify Pro Se Plaintiffs of the settlement, and will do so.

### IV. PRESENTATION AT NEXT STATUS CONFERENCE

The curator will be prepared to address the items in this report, and will be available to address any questions, at the regular status conference scheduled for January 15, 2014. Additionally, the curator will be available for all future status conferences, as dates are selected by the Court.

>                          Respectfully submitted,
>
>                          JOHNSTON, HOEFER, HOLWADEL
>                              & ELDRIDGE
>
>                          *s/Robert M. Johnston*
>                          ROBERT M. JOHNSTON   (Bar No. 7339)
>                          400 Poydras Street, Suite 2450
>                          New Orleans, Louisiana   70130

Telephone: (504) 561-7799
Facsimile: (504) 587-3794
Email: rmj@ahhelaw.com
**Pro Se Curator**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Curator's Status Report No. 44 has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of January 2014.

_s/ Robert M. Johnston_
Robert M. Johnston (Bar No. 7339)