MINUTE ENTRY
FALLON, J.
JANUARY 15, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>　 PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

A bimonthly status conference was held on this date in the Courtroom of Judge Eldon E. Fallon. The Court first met with members of the Plaintiffs' Steering Committee ("PSC") and the Defendants' Steering Committee ("DSC"). At the conference, counsel reported to the Court on the topics set forth in Joint Report No. 80 of Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel. This monthly status conference was transcribed by Susan Zielie, official Court reporter. Counsel may contact Ms. Zielie at (504) 523-7781 to request a copy of the transcript. A summary of the monthly status conference follows.

### I.   CLASS ACTIONS

On July 17, 2013, plaintiffs filed a Motion for Preliminary Approval of Class Settlement of the pending economic loss claims (consumer claims) (Rec. Doc. 64487), the only remaining group of class actions in this multidistrict litigation ("MDL"). Merck filed a Statement in Support of Plaintiffs' Unopposed Motion for Preliminary Approval of Class Settlement (Rec. Doc. 64488). By Order entered July 18, 2013, the Court scheduled the motion for hearing on July 24, 2013, and set briefing deadlines (Rec. Doc. 64491). Plaintiff James Ratliff filed an objection to

JS10(00:43)

the motion (Rec. Doc. 64289), and the PSC and Merck filed responses (Rec. Docs. 64497, 64500). The motion was heard on July 24, 2013. Following the hearing, the Court entered an Order indicating its intent to preliminarily approve the settlement and instructing counsel to confer regarding date issues (Rec. Doc. 64511). On July 26, 2013, Mr. Ratliff filed proposed changes to the proposed class notice (Rec. Doc. 64513). On August 1, 2013, the PSC and Merck filed responses in opposition (Rec. Docs. 64518, 64519). Also on August 1, 2013, Mr. Ratliff filed motions to intervene and to stay dissemination of notice and modify dates contained in the proposed class notice (Rec. Docs. 64520, 64521). On August 2, 2013, the PSC and Merck filed oppositions to Ratliff's motions to intervene and to stay (Rec. Docs. 64522-24, 64523, 64524). By Orders entered August 2, 2013, (Rec. Docs. 64525, 64526), the Court denied Mr. Ratliff's motions and granted preliminary approval to the Class with an authorized notice plan.

On November 15, 2013, Merck and plaintiffs' co-lead class settlement counsel filed a joint motion to set a briefing schedule for final approval of the class action settlement (Rec. Doc. 64691). By Order entered November 19, 2013, the Court granted the parties' motion, entered the proposed briefing schedule, and confirmed that the fairness hearing for final approval of the settlement would be held on December 13, 2013 (Rec. Doc. 64697). On November 22, 2013, class settlement counsel filed a motion for final approval of the Vioxx consumer class settlement (Rec. Doc. 64703), and Merck filed a statement in support of plaintiffs' motion for final approval (Rec. Doc. 64704). On November 22, 2013, the Court entered into the record several objections to the proposed class settlement (Rec. Docs. 64709, 64710, 64711, 64714). On December 6, 2013, plaintiffs' co-lead class settlement counsel filed supplemental exhibits in support of its motion for final approval (Rec. Doc. 64728). On December 9, 2013, certain New Mexico putative class members filed objections to the motion for final approval of the settlement (Rec.

Doc. 64739). A telephone status conference was held on December 9, 2013, to discuss the status of the settlement (Rec. Doc. 64738). The final fairness hearing was held on December 13, 2013. By Order and Reasons entered January 3, 2014, the Court granted the motion for final approval of the Vioxx consumer class settlement, denied Merck's motion to stay and enjoin the Kentucky proceedings and plaintiffs' co-lead class settlement counsel's motion to enjoin Mr. Ratliff from prosecuting any related claims as moot, and entered final judgment dismissing with prejudice all released claims of the class against all released persons, as described in the order (Rec. Doc. 64784).

On August 2, 2013, the Court appointed BrownGreer as the claims administrator (Rec. Doc. 64526). BrownGreer, the claims administrator, has established a website at www.vioxxsettlement.com. The class notice program, as originally ordered by the Court, has been completed, and claims are being filed and reviewed. On December 6, 2013, BrownGreer filed a Settlement Administration Status Report (Rec. Doc. 64729). Class members have until May 6, 2014, to submit their claims. The parties report that they have been discussing the claims with BrownGreer.

**II.   GOVERNMENT ACTIONS**

On June 5, 2012, the Court entered Pre-Trial Order 39B (Rec. Doc. 63895) relating to Amendment of Pleadings, Discovery, and Remand/Transfer Scheduling Order for Remaining Government Action Cases; the time period for completion of discovery and timing of remands was extended by joint motion in Pre-Trial Order 39C (Rec. Doc. 64223) on January 17, 2013. The parties are engaged in ongoing discovery.

On December 19, 2012, the PSC and Government Action Liaison Counsel filed a Motion for an Order Imposing a Common Benefit Obligation Upon the Recovery of the Commonwealth of Pennsylvania Attorney General's Claims Asserted Against Merck, Sharp & Dohme Corp., in

this MDL (Rec. Doc. 64205). On January 9, 2013, the Commonwealth of Pennsylvania filed an Opposition (Rec. Doc. 64216). On February 25, 2013, the PSC and Government Action Liaison Counsel filed a reply, and the Court scheduled a hearing date on the motion (Rec. Docs. 64270, 64271). The motion was heard on March 20, 2013, and was taken under submission (Rec. Doc. 64309). On April 29, 2013, the Court issued Order & Reasons (Rec. Doc. 64364). On July 22, 2013, the PSC and Government Action Liaison Counsel served a First Set of Document Requests to the Attorney General of the Commonwealth of Pennsylvania, as well as on counsel, Cohen, Placitella & Roth, P.C. The parties continue to meet and confer.

On April 29, 2013, Merck filed a Motion for Protective Order and Entry for Order for Production in the Utah case (Rec. Doc. 64362). The motion was noticed for submission on May 15, 2013. Plaintiff filed its response (Rec. Doc. 64393). By Order entered May 22, 2103, the Court granted the motion in part (Rec. Doc. 64417), and entered a separate Order for Production and Protective Order (Rec. Doc. 64418).

On April 29, 2013, Mississippi filed a Motion for Protective Order (Rec. Doc. 64365). The motion was noticed for submission on June 12, 2013. On May 3, 2013, Merck filed Motions for Judgment on the Pleadings in the Alaska, Mississippi, Montana, and Utah actions (Rec. Docs. 64372, 64373, 64374, and 64375). Thereafter, the Utah filed a Motion to Remand and a Motion to Stay (Rec. Docs. 64382, 64383) and, on May 16, 2013, filed a Motion for Summary Judgment on Judicial Estoppel (Rec. Doc. 64399).

On May 31, 2013, Mississippi filed a Supplemental Motion to Remand (Rec. Doc. 64430). The motion is noticed for submission on October 2, 2013. Also on May 31, 2013, the Court conducted a telephonic status conference to discuss Merck's motions for judgment on the pleadings (Rec. Docs. 64372, 64373, 64374, 64375). The Court ordered that the submission

dates on Merck's motions be continued, with dates to be reset following the resolution of plaintiffs' motions to remand in accordance with Pre-Trial Order 39C (Rec. Doc. 64432).

On June 5, 2013, Merck filed a Motion for Protective Order in the Alaska, Mississippi, and Montana cases (Rec. Doc. 64436). On June 24, 2013, Mississippi filed an opposition memorandum (Rec. Doc. 64460). On June 14, 2013, the Alaska and Montana filed motions for protective order (Rec. Docs. 64441, 64442). On June 21, 2013, Merck filed a memorandum in further support of its Motion to Compel 30(b)(6) Depositions, originally filed on May 17, 2013, (Rec. Doc. 64407), and in opposition to the state's motions for protective order (Rec. Doc. 64457). These motions were noticed for submission on June 25, 2013, immediately following the monthly status conference. Because Merck's Motion to Compel 30(b)(6) Depositions in the Alaska, Mississippi, and Montana cases (Rec. Doc. 64407) and the state's Motions for Protective Order (Rec. Docs. 64441,64442) addressed similar issues, the parties agreed to treat the state's Motions for Protective Order as oppositions to Merck's Motion to Compel. The motions were heard on June 25, 2013, immediately following the monthly status conference. By Order entered June 25, 2013, the Court granted Merck's Motion to Compel 30(b)(6) Depositions in the Alaska, Mississippi, and Montana cases (Rec. Doc. 64462). By Order entered June 28, 2013, the Court denied as moot the motions for protective order filed by Alaska, Mississippi, and Montana (Rec. Doc. 64470).

On July 17, 2013, the Government Action plaintiffs submitted expert reports. On September 6, 2013, Merck submitted its expert reports. Discovery continues in these cases.

On October 2, 2013, the Court heard the remaining Attorneys Generals' motions to remand, and Merck's opposition to the same. Pursuant to prior discussions with the Court and obligations under PRE-TRIAL ORDER 39C, there will be no ruling issued by the Court until all

fact and expert discovery contemplated by PRE-TRIAL ORDER 39C is completed while the Attorneys Generals' cases are in the MDL. The parties will keep the Court apprised of the status of the remaining discovery on a routine basis. As of today, all expert depositions have been scheduled, and completion is presently expected by early February 2014.

On December 20, 2013, the Court held a telephone status conference at the request of the four Attorneys General regarding the cancelled deposition of David Egilman. In its December 20, 2013, minute entry the Court (Rec. Doc. 64766) ordered that the deposition of Dr. Egilman be set for a mutually agreeable date prior to February 28, 2014, and that counsel for the Attorneys General provide the Court with receipts for their travel to and from the cancelled December 18, 2013, deposition of Dr. Egilman. Merck will take the deposition of Dr. Egilman in January.

On January 17, 2014, the Court will hold a telephone status conference to resolve a discovery issue on IMS data between Merck and the Attorneys General of Alaska and Montana.

## III. THIRD PARTY PAYORS

On January 3, 2014, the Court entered an Order and Reasons allocating the common benefit fund for the TPP cases (Rec. Doc. 64783) and posted it on its website.

## IV. PENDING PERSONAL INJURY CASES SUBJECT TO PTOS 28, 29 AND 43

### A. General Matters Relating to Remaining Personal Injury Cases & Pending Motions

On April 25, 2012, the Court issued its Order and Reasons addressing the PSC's Motion to Amend Pre-Trial Order 19 (Rec. Doc. 63585) and Ms. Oldfather's Motion for Order Requiring Escrow and Disclosures of Common Benefit Fee and Cost Withholdings from Settlement of Ineligible and Non-Enrolled Cases (Rec. Doc. 63154). The Order required certain further steps by the PSC and directed the parties to meet and confer, after which Ms. Oldfather's Motion could

6

be revisited if appropriate. On September 11, 2013, the PSC filed Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses (Rec. Doc. 64588). The Court granted the motion, and entered Pre-Trial Order 51(A). On October 9, 2013, Ms. Oldfather requested updated information from the PSC regarding available common benefit funds, and requested updated information from Merck on withholdings in settled cases. Those requests are pending.

On November 14, 2013, Ms. Oldfather filed a motion for partial award of common benefit reimbursement of expenses (Rec. Doc. 64686). By Order entered December 19, 2013, the Court granted the motion (Rec. Doc. 64755).

On June 3, 2013, Merck filed a Motion for Reconsideration of the Court's April 9, 2013, Order and Reasons (Rec. Doc. 64435), which denied its motion to exclude certain expert opinions in the VTE cases, and granting plaintiffs' motion (Rec. Doc. 64233) to continue the submission date of Merck's motion for summary judgment with dates to be reset. On July 16, 2013, the VTE plaintiffs filed an opposition memorandum (Rec. Doc. 64483). Merck filed a reply on August 6, 2013 (Rec. Doc. 64528). On August 26, 2013, the VTE plaintiffs filed a sur-reply in opposition (Rec. Doc. 64558); Merck filed a response to the sur-reply on September 6, 2013 (Rec. Doc. 64577). The motion has been submitted to the Court for a ruling.

      **B.**    **Matters Noticed for Submission**

There are no matters noticed for submission on today's date.

      **C.**    **Other Motions Involving Remaining Personal Injury Cases**

On July 25, 2013, Merck filed a Motion for Summary Judgment in the Dennis Harrison case (Rec. Doc. 64510). Although the motion was originally submitted under seal, it was unsealed at plaintiff's request (Rec. Doc. 64509). The motion was noticed for submission on September 18, 2013. On August 20, 2013, the Court entered an Order scheduling a telephone

status conference in the case for August 23, 2013 (Rec. Doc. 64548). Following the telephone status conference, the Court entered an Order extending Mr. Harrison's response time through September 23, 2103 (Rec. Doc. 64556). By Order entered September 9, 2013, the Court denied Mr. Harrison's request for additional time (Rec. Doc. 64585). On September 10, 2103, Mr. Harrison filed a motion to amend complaint (Rec. Doc. 64598). Merck opposed the motion (Rec. Doc. 64599). The parties await a ruling on the motion. Following a further request for extension, the Court entered an Order extending the deadline for responding to Merck's motion for summary judgment until October 4, 2013 (Rec. Doc. 64611). On October 8, 2013, Mr. Harrison submitted a pleading entitled Plaintiff's Motion in Opposition to Defendant's Motion for Summary Judgment – The Moving Party Must Follow the Federal Rule of Civil Procedure for Summary Judgment, Rule 56, and Merck has Failed to Do So and well as a proposed Order (Rec. Doc. 64641), submitted another opposition to Merck's motion for summary judgment (Rec. Doc. 64640), and submitted a cross-motion for summary judgment (Rec. Doc. 64639). Mr. Harrison subsequently advised that these submissions were not complete. His complete submissions were sent via overnight delivery to the Court on October 22, 2013, and were accompanied by an e-mail advising the Court that his filings were now complete and ready for decision.

    Mr. Harrison's supplemental submission was docketed by the Clerk on October 25, 2013 (Rec. Doc. 64666). On November 4, 2013, Merck filed a reply in support of its motion for summary judgment and in opposition to Mr. Harrison's cross-motion (Rec. Doc. 64671). Merck also filed a response to plaintiff's statement of material facts (Rec. Doc. 64672). On November 22, 2013, the Court entered an Order filing into the record Mr. Harrison's Statement That He is Now Able to Gain an Expert Witness and ordering that Merck file a response to plaintiff's request (Rec. Doc. 64705). On November 22, 2013, the Court also entered an Order filing into

the record Mr. Harrison's combined sur-reply (Rec. Doc. 64707). The statement (Rec. Doc. 64706) and sur-reply (Rec. Doc. 64708) were entered on November 22, 2013. On December 6, 2013, Merck filed its response to plaintiff's Statement (Rec. Doc. 64727). On January 2, 2014, the Court entered an Order granting Mr. Harrison's request for leave to substitute an exhibit (Rec. Doc. 64776). On January 8, 2014, the Court entered an Order (Rec. Doc. 64789) granting plaintiff's request to file a reply (Rec. Doc. 64788) to Merck's response.

On July 29, 2013, Merck filed a Motion for Summary Judgment in the *Mannino* case (Rec. Doc. 64514). The motion was noticed for submission on September 4, 2013. On October 3, 2013, more than two months after Merck's motion, and more than three months after her deadline to designate experts, Ms. Mannino sent an e-mail to the Court opposing Merck's motion (Rec. Docs. 64629, 64630). On October 7, 2013, Merck filed a reply in support of its motion for summary judgment (Rec. Doc. 63631). The motion is now submitted to the Court for a ruling.

On October 18, 2013, Merck filed a motion for clarification of expert deadlines in the Jo Levitt case (Rec. Doc. 64643). The motion is noticed for submission on November 20, 2013. On October 18, 2013, Merck filed a motion for clarification of expert deadlines in the *Levitt* case (Rec. Doc. 64643). The motion was noticed for submission on November 20, 2013. On October 30, 2013, plaintiff in the *Levitt* case filed a motion for extension of time to complete discovery (Rec. Docs. 64668, 64669). On November 5, 2013, the Court entered an Order scheduling a telephone conference to discuss the competing motions (Rec. Doc. 64680). On November 13, 2013, Merck filed an opposition to plaintiff's motion (Rec. Doc. 64685). A telephone conference was held on November 14, 2013. Thereafter, the Court entered a revised scheduling order and denied as moot the parties' respective motions (Rec. Doc. 64688).

9

On October 24, 2013, Merck filed motions for summary judgment in the *Dunn* (Rec. Doc. 64654)*, Jelden* (Rec. Doc. 64656)*, Garner* (Rec. Doc. 64658), *Major* (Rec. Doc. 64660), *Silva* (Rec. Doc. 64662), and *Dumbell* (Rec. Doc. 64664) cases. The motions were noticed for submission on November 20, 2013. On November 14, 2013, Ms. Oldfather filed a consent motion for briefing schedule (Rec. Doc. 64687). By Order entered November 19, 2013, the Court granted the motion and set briefing deadlines (Rec. Doc. 64694). On December 6, 2013, plaintiffs Jelden, Silva, Dumbell, Garner and Major filed opposition memoranda (Rec. Docs. 64730-32). Plaintiff Dunn moved for and was granted an extension of time until December 19, 2013, in which to file her opposition (Rec. Docs. 64743, 64747) and thereupon filed her opposition to Merck's motion (Rec. Doc. 64756). On January 3, 2014, Merck filed replies in support of each of its six motions (Rec. Docs. 64778-82). Plaintiffs Jelden and Silva plan to request leave to file sur-replies. During the bimonthly status conference, the Court ruled that it would allow sur-replies to be filed on or before January 28, 2014.

On November 6, 2013, plaintiff filed a motion for leave to file a supplemental and amended complaint in the *Robinson* case (Rec. Doc. 64681). The motion was noticed for submission on December 4, 2013. On November 26, 2013, Merck filed a motion to dismiss and opposition to plaintiff's motion to amend (Rec. Doc. 64716). Merck's motion was noticed for submission on December 18, 2013. On December 12, 2013, plaintiff filed an opposition to Merck's motion to dismiss (Rec. Doc. 64741). On December 16, 2013, Merck filed a reply in support of its motion to dismiss (Rec. Doc. 64749). Both motions are fully briefed and have been submitted.

On December 4, 2013, Merck filed a motion to show cause why the *Posey* case should not be dismissed with prejudice under Rule 25(a)(1). The motion was noticed for submission on

January 8, 2014. No opposition was filed and the matter was submitted, and the Court has dismissed the case.

On December 18, 2013, defendant Moden-Giroux, Inc. filed a motion for summary judgment in the *Wodowski* case. The motion was noticed for submission on January 8, 2014. No opposition was filed and the matter has been submitted.

V.     OTHER PENDING MOTIONS AND MATTERS

On September 15, 2011, Ms. Oldfather filed a Motion and Supporting Memorandum to Require Court Approval of Liaison Counsel's Fee of Michael A. Stratton (Rec. Doc. 63389). That matter was argued on September 21, 2011. No response had been filed by Mr. Stratton. On June 6, 2012, the Court entered an Order (Rec. Doc. 63900) adding this matter to the agenda of the status conference on June 14, 2012, where it was further discussed. On August 15, 2012, Mr. Stratton filed a Status Conference Memorandum Regarding the Liaison Counsel Objection Heard on September 21, 2011 (Rec. Doc. 64064).

     APPEALS

All appeals have been resolved. On November 18, 2013, the United States Supreme Court entered an Order denying the petition for review filed by Elena Strujan (Rec. Doc. 64699). On December 9, 2013, the appeal of the Kentucky plaintiffs was dismissed pursuant to their motion.

VI.    NEXT STATUS CONFERENCE

The next monthly status conference will be held on **Friday, March 21, 2014, at 9:00 a.m.**, in the Courtroom of Judge Eldon E. Fallon, Room C-468, United States Courthouse, New Orleans, Louisiana. Any interested persons unable to attend in person may audit via telephone by dialing (877) 336-1839. The participant access code is 4227405, and the security code is 032114.

