UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *TPP Cases*

### ORDER

The Court has received the attached summary and itemized statements from Special Master Patrick A. Juneau for services he rendered through January 6, 2014. Pursuant to its order of August 20, 2013, (Rec. Doc. 64549), the Court has reviewed the statements and, finding them both regular and reasonable, now endorses them. **IT IS ORDERED** that Plaintiffs' Liaison Counsel is authorized to take such action as is necessary to effect payment from the common benefit fund to Special Master Juneau in the amount of $4,776.26.

New Orleans, Louisiana, this 15th day of January, 2014.

UNITED STATES DISTRICT JUDGE

# JUNEAU DAVID

Post Office Drawer 51268
Lafayette, LA 70507-1268
Tax ID 72-1250097
Invoice No. 25424

January 10, 2014

Hon. Judge Eldon E. Fallon
United States District Judge
Eastern District
500 Poydras Street, Room C-456
New Orleans, LA 70130

    Re:    In Re: Vioxx Products Liability Litigation
                MDL No. 1657
                Third Party Payor
                Our File No.: 1600-2

## SUMMARY STATEMENT

    Services rendered through January 6, 2014 in connection with review of voluminous pleadings and documentation submitted by parties, preparation of report and recommendation, email communications and review of court pleadings:

Services

| | | |
|---|---|---|
| Juneau, Patrick A. | 11.8 hours @ 400.00 per hour | $4,720.00 |
| Expenses | | $   56.26 |
| **TOTAL** | | **$4,776.26** |

**Approved for Disbursement:**

*/s/ Eldon E. Fallon*
Hon. Eldon E. Fallon
United States District Judge

Date: 1/15/14