# JUNEAU DAVID

A Professional Law Corporation

P.O. Drawer 51268
Lafayette, LA  70505-1268
Tax ID 72-1250097

January 10, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
ROOM C-456
NEW ORLEANS, LA  70130

|  |  |
|---|---|
| Invoice #: | 25424 |
| Billed Through: | January 6, 2014 |
| Account #: | 001600    00002 |

RE:   IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION -
THIRD PARTY PAYOR
OUR FILE:  1600-2

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | January 6, 2014 | $4,720.00 |
| CURRENT EXPENSES THROUGH: | January 6, 2014 | $56.26 |
| TOTAL CHARGES FOR THIS BILL | | $4,776.26 |
| TOTAL DUE THIS INVOICE | | $4,776.26 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID

A Professional Law Corporation
P.O. Drawer 51268
Lafayette, LA  70505-1268
Tax ID 72-1250097

January 10, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET
ROOM C-456
NEW ORLEANS, LA  70130

| | |
|---|---|
| Invoice #: | 25424 |
| Billed through: | January 6, 2014 |
| Account #: | 001600   00002 |

RE:  IN RE:  VIOXX PRODUCTS LIABILITY LITIGATION -
THIRD PARTY PAYOR
OUR FILE: 1600-2

## PROFESSIONAL SERVICES

| Date | | Description | Hours |
|------|---|-------------|------:|
| 07/01/13 | PAJ | REVIEW OF TPP FEE ALLOCATION COMMITTEE'S REPLY MEMORANDUM, WITH EXHIBITS, TO ERIC WIENBERG'S OPPOSITION TO THE COURT'S JUNE 21, 2013 SHOW CAUSE ORDER | 0.30 |
| 07/02/13 | PAJ | REVIEW OF MINUTE ENTRY RE: HEARING ON MOTION FOR CONTEMPT | 0.10 |
| 07/17/13 | PAJ | REVIEW OF ORDER APPROVING PAYMENT OF SPECIAL MASTER'S INVOICE FOR SERVICES THROUGH JUNE 30, 2013 | 0.10 |
| 08/13/13 | PAJ | REVIEW OF JOINT REPORT NO. 78 OF PLAINTIFFS AND DEFENDANTS AND PROPOSED AGENDA | 0.20 |
| 08/20/13 | PAJ | REVIEW OF MINUTE ENTRY RE: AUGUST 14, 2013 STATUS CONFERENCE | 0.20 |
| 09/11/13 | PAJ | REVIEW OF PLC'S MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT REIMBURSEMENT OF EXPENSES AND MEMORANDUM IN SUPPORT | 0.30 |
| 09/12/13 | PAJ | REVIEW OF PRE-TRIAL ORDER NO. 51(A) RE: DISBURSEMENT OF COSTS | 0.20 |
| 09/20/13 | PAJ | REVIEW OF ORDER CONTINUING DATE OF MONTHLY STATUS CONFERENCE TO OCTOBER 25, 2013 | 0.10 |
| 09/30/13 | PAJ | CONFERENCE WITH PHIL GARRETT RE: TIME SUBMISSIONS | 1.50 |
| 10/01/13 | PAJ | REVIEW OF EMAIL FROM PHIL GARRETT RE: WEINBERG AND DASSOW TIME | 0.30 |
| 10/28/13 | PAJ | REVIEW OF MINUTE ENTRY RE: THE OCTOBER 25, 2013 STATUS CONFERENCE | 0.20 |
| 11/01/13 | PAJ | PREPARE REPORT AND RECOMMENDATION OF SPECIAL MASTER REGARDING THIRD PARTY PAYOR COMMON BENEFIT AWARDS | 2.00 |
| 11/08/13 | PAJ | FINALIZED REPORT AND RECOMMENDATION OF SPECIAL MASTER RE: THIRD PARTY PAYOR COMMON BENEFIT AWARDS | 0.40 |
| 11/26/13 | PAJ | REVIEW OF CENTERAL STATES' OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION | 0.40 |
| 11/27/13 | PAJ | REVIEW OF ERIC WEINBERG'S MOTION AND ORDER FOR LEAVE TO EXCEED PAGE LIMIT OF MEMO IN OBJECTION TO SPECIAL MASTER'S RECOMMENDATIONS | 0.10 |

001600      00002                                                Invoice # 25424       Page      2

| Date | | Description | Amount |
|---|---|---|---|
| 12/02/13 | PAJ | REVIEW OF ERIC WEINBERG'S OBJECTION TO SPECIAL MASTER'S REPORT AND RECOMMENDATION RE: THIRD PARTY PAYOR COMMON BENEFIT AWARDS, WITH NUMEROUS EXHIBITS | 2.00 |
| 12/02/13 | PAJ | REVIEW OF EMAIL FROM ROBERT ANDERSON RE: OBJECTION ON BEHALF OF ERIC WEINBERG | 0.10 |
| 12/02/13 | PAJ | REVIEW OF EMAIL FROM ROBBERT DASSOW RE: OBJECTION ON BEHALF OF CENTRAL STATES FIRMS | 0.10 |
| 12/03/13 | PAJ | REVIEW OF ORDER GRANTING WEINBERG'S MOTION FOR LEAVE TO FILE EXCESS IN PAGE LIMIT | 0.10 |
| 12/18/13 | PAJ | REVIEW OF FAC'S MOTION FOR LEAVE TO FILE RESPONSE TO OBJECTIONS TO THE REPORT AND RECOMMENDATION OF SPECIAL MASTER RE: THIRD PARTY PAYOR COMMON BENEFIT AWARDS AND FAC'S REVISED PROPOSED ALLOCATION AWARDS AND MEMO IN SUPPORT | 0.70 |
| 12/20/13 | PAJ | REVIEW OF WEINBERG'S MOTION FOR LEAVE TO FILE COMBINED MEMORANDUM REPLY TO FAC'S RESPONSE AND OPPOSITION TO FAC'S ALLOCATION RECOMMENDATION AND MEMORANDUM IN SUPPORT | 0.30 |
| 12/20/13 | PAJ | REVIEW OF EMAIL FROM MARGARET WOODWARD RE: MOTION FOR LEAVE AND MEMORANDUM IN REPLY TO FAC'S RESPONSE AND IN OPPOSITION TO FAC'S REVISED ALLOCATION RECOMMENDATION | 0.10 |
| 12/23/13 | PAJ | REVIEW OF CENTRAL STATES' MOTION FOR LEAVER TO FILE REPLY TO FAC'S RESPONSE TO OBJECTION TO SPECIAL MASTER'S REPORT AND FAC'S ALLOCATION, PROPOSED ORDER AND REPLY | 0.40 |
| 12/23/13 | PAJ | REVIEW OF FAC'S MOTION FOR LEAVE TO FILE REPLY TO RESPONSES FILED BY ERIC WEINBERG AND CENTRAL STATES, PROPOSED ORDER AND REPLY | 0.30 |
| 01/02/14 | PAJ | REVIEW OF ORDER GRANTING LEAVE TO FAC TO FILE RESPONSE TO OBJECTIONS | 0.10 |
| 01/02/14 | PAJ | REVIEW OF ORDER GRANTING LEAVE TO WEINBERG TO FILE REPLY | 0.10 |
| 01/02/14 | PAJ | REVIEW OF WEINBERG'S OBJECTION TO FAC'S REVISED PROPOSED ALLOCATION AWARDS AND REPLY TO ITS RESPONSE TO HIS OBJECTION TO THE SPECIAL MASTER'S REPORT AND RECOMMENDATION | 0.30 |
| 01/02/14 | PAJ | REVIEW OF ORDER GRANTING CENTRAL STATES LEAVE TO FILE REPLY | 0.10 |
| 01/02/14 | PAJ | REVIEW OF CENTRAL STATES' REPLOY TO FAC'S RESPONSE TO OBJECTION TO SPECIAL MASTER'S REPORT AND THE FAC'S ALLOCATION | 0.30 |
| 01/06/14 | PAJ | REVIEW OF ORDER & REASONS RE: ALLOCATING OF FUNDS IN THIRD PARTY PAYOR CLAIMS | 0.40 |
| | | | $4,720.00 |

| | | | | | |
|---|---|---|---|---|---|
| PAJ | JUNEAU, PATRICK A. | 11.80 hrs @ | $400.00 /hr | $4,720.00 | |
| | Fee Recap Totals | 11.80 | | $4,720.00 | |

## EXPENSES                                                              Amount

01/06/14   COPYING                                                       55.60

001600      00002                                    Invoice # 25424      Page      3

01/06/14   POSTAGE CHARGE                                                          0.66
                                                                              $56.26


              Expense Recap Totals                      $56.26

**BILLING SUMMARY:**

       TOTAL FEES                          $4,720.00

       TOTAL EXPENSES                        $56.26

       TOTAL FEES & EXPENSES             $4,776.26

       **TOTAL DUE THIS INVOICE**        **$4,776.26**