# EXHIBIT B

# Document Cover Page

**Primary Firm ID**             4366

**Primary Firm**                Becker & D'Agostino

**Received Date**               5/27/2008

**Postmark Date**               5/21/2008

**Document Type ID**            54

**Document Type**               Second Amendment Enrollment Form

*4366-054-01*

| | **ENROLLMENT FORM - SECOND AMENDMENT** |
|---|---|
| | This Enrollment Form pertains to the Settlement Agreement dated November 9, 2007, and as amended at any time since such date ("the Agreement"), incorporated herein by reference, including but not limited to the program for resolution of claims relating to the use of Vioxx described therein (generally and collectively referred to herein as the "Resolution Program" or "the Program"). |
| **1.** | I, the undersigned, am the Primary Counsel for the Eligible Claimants identified in the list that is either attached to or made part of this Enrollment Form ("Claimant List").   I submit this Enrollment Form on behalf of such Eligible Claimants as of the date indicated below. |
| **2.** | I hereby represent and certify that I, or another attorney in my office, have communicated with and explained the contents of the Agreement to the individuals on whose behalf I am submitting this Enrollment Form, and that I have full authority to submit this Enrollment Form on their behalf.   I further represent that I have explained to those individuals that if their Enrollment Form is accepted under the terms of the Agreement: (1) participation in the Resolution Program subjects them to the authority of those persons specified in the Agreement, including, but not limited to, the Honorable Eldon E. Fallon, the Special Master, and any Deputy Special Masters; (2) in connection with entry into the Program they are releasing their claims against the entities and individuals identified in the Release of All Claims ("Release") and that their Release may not be returned other than under the limited circumstances provided in Section 2.7 of the Agreement; (3) enrollment terminates any lawsuits which they have brought or could have been brought, other than as provided by Section 2.7, and no claim may be advanced other than as permitted under the Agreement; (4) the Resolution Program provides their sole and exclusive remedy for their claims, and that they will be bound by its results whatever they may be, other than as may be provided for under Section 2.7 of the Agreement; and (5) the potential benefits and risks to them if they enter the Resolution Program. |
| **3.** | I hereby agree to the terms of the Settlement Agreement.   In addition, in submitting this Enrollment Form for the persons so identified on the Claimant List, I consent and agree on their behalf, and with their full authorization, to the terms of the Agreement.  As required by the Agreement, I either have executed and submitted or will execute and submit to the Claims Administrator individual Stipulations of Dismissal with Prejudice for the Eligible Claimants identified on the Claimant List who have a pending lawsuit.   In addition, I either have submitted or will submit to the Claims Administrator the Release and the Medical Records Authorization Form, each signed by the Eligible Claimant identified in the Claimant List (or by the respective, duly and lawfully authorized representative of such Eligible Claimant).   For any Eligible Claimant on the Claimant List who is claiming past lost wages pursuant to section 4.2 of the Agreement, I have submitted or will submit to the Claims Administrator a signed Employment Authorization Form signed by that Eligible Claimant. With respect to the Medical Records Authorization and the Employment Records Authorization Form, I have advised the Eligible Claimant (or the respective, duly and lawfully authorized representative of such Eligible Claimant) that he or she may be asked to sign additional copies of these Authorizations or other authorizations that may be required |

4366     Becker & D'Agostino

## ENROLLMENT FORM - SECOND AMENDMENT

by the Claims Administrator, Merck & Co., Inc. or providers of the records. Each Eligible Claimant and I agree to cooperate fully in promptly providing any additional authorizations upon request and to cooperate fully in promptly providing any such other form of Stipulation of Dismissal with Prejudice, if requested.

4. I further acknowledge that under the terms of the Agreement, no Eligible Claimant for whom I have submitted an Enrollment Form will be deemed to have been Enrolled until such time as the requirements of Section 1.2 of the Agreement have been met with respect to all claims in which I have an Interest in that (i) I have submitted an Enrollment Form for all such Eligible Claimants; or (ii) Enrollment Forms have been submitted for such Eligible Claimants by another attorney where I am not the Primary Counsel, and (iii) I have completed and executed the Certification of Final Enrollment.

### ACCEPTED AND AGREED:

| Date : 5 / 21 / 08 (Month/Day/Year) | (Signature) | | | | |
|---|---|---|---|---|---|
| **Plaintiffs'/Claimants' Attorney Name** | Last D'A GOSTINO | | First MICHAEL | | Middle |
| **Law Firm Name** | Becker & D'Agostino | | | | |
| **Address** | Street 880 Third Avenue | | | | |
| | City New York | | State NY | | Zip 10022 |
| **Telephone** (212) 752-3380 | **Facsimile** | (212) 593-3807 | **Email** | mdag.esq@verizon.net | |

‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖‖

4366     Becker & D'Agostino

| | | ENROLLMENT FORM - SECOND AMENDMENT | | |
|---|---|---|---|---|
| | VCN | Last Name | First Name | Middle Initial |
| 1. | 1108828 | ALEXANDER | ELIZABETH | |
| 2. | 1108829 | HELFENBEIN | PAUL | |
| 3. | 1108827 | RODRIGUEZ | JOHAN | |

Page 3 of 3

4366    Becker & D'Agostino