# EXHIBIT D

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES<br>Date of Summary: 6/5/13 | | |
|---|---|---|---|
| **CLAIMANT NAME** | Johan Rodriguez | **VCN** | 1108827 |
| **PRIMARY COUNSEL** | Becker & D'Agostino | | |
| **PRIMARY INJURY** | IS (according to Registration materials only; no Claims Form has been submitted) | | |
| **CLAIM STATUS** | Closed: Non-Submitting Program Claimant | | |

| | Date | Event/Notice |
|---|---|---|
| 1. | 2/26/08 | Release and Stipulation of Dismissal received. |
| 2. | 8/29/08 | *First Notice of Claims Package Deficiency* posted to Primary Counsel's Vioxx Portal with email sent to mdag.esq@verizon.net alerting counsel to the posting. The Notice reported that Claims Materials had been submitted without a Claims Form, the deadline to submit a Claims Form was 9/15/08, and if no Claims Form was submitted by that date, the Claimant would receive a *Second Notice of Claims Package Deficiency*.<br><br>Counsel never viewed this Notice. |
| 3. | 9/18/08 | *Second Notice of Claims Package Deficiency* posted to Primary Counsel's Vioxx Portal with email sent to mdag.esq@verizon.net alerting counsel to the posting. The Notice reported that Claims Materials had been submitted without a Claims Form, the deadline to submit a Claims Form was 11/1/08, and if no Claims Form was submitted by that date, the Claimant would receive a *Third Notice of Claims Package Deficiency*.<br><br>Counsel never viewed this Notice. |
| 4. | 10/29/08 | Release became NCD (no current deficiencies). |
| 5. | 11/6/08 | *Final Notice of Claims Package Deficiency* posted to Primary Counsel's Vioxx Portal with email sent to mdag.esq@verizon.net alerting counsel to the posting. The Notice reported that no Claims Materials had been submitted, the deadline to submit a Claims Form and PME Records was 11/30/08, and if no Claims Materials were submitted by that date, the Claimant would become a Non-Submitting Program Claimant. The Notice also provided an option to submit a *V2033 Request for Relief from Deadline* to request an extension of the 11/30/08 Claims Package Submission Deadline to no later than 12/30/08. |
| 6. | 11/7/08 | Stipulation of Dismissal became NCD (no current deficiencies). |
| 7. | 11/25/08 | Primary Counsel accessed its secure Vioxx Portal. |

*Confidential Settlement Information*

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES<br>Date of Summary: 6/5/13 | | |
|---|---|---|---|
| **CLAIMANT NAME** | Johan Rodriguez | **VCN** | 1108827 |
| **PRIMARY COUNSEL** | Becker & D'Agostino | | |
| **PRIMARY INJURY** | IS (according to Registration materials only; no Claims Form has been submitted) | | |
| **CLAIM STATUS** | Closed: Non-Submitting Program Claimant | | |

| | Date | Event/Notice |
|---|---|---|
| 8. | 12/5/08 | *Notice of Non-Submitting Program Claimant* posted to Primary Counsel's Vioxx Portal with email sent to mdag.esq@verizon.net alerting counsel to the posting. The Notice reported that no Claims Materials had been submitted by the Claims Package Submission Deadline of 11/30/08, so the Claimant was determined to be a Non-Submitting Program Claimant. The Notice allowed 15 Business Days to accept the Claims Administrator's determination or to appeal that determination to the Special Master.<br>Counsel never viewed this Notice. |
| 9. | 1/14/09 | Claimant's status as a Non-Submitting Program Claimant was deemed to have been accepted because counsel failed to appeal that determination to the Special Master within 15 Business Days of the posting of the Notice. |
| 10. | 1/28/09 | Claim was Closed because Claimant was a Non-Submitting Program Claimant. |
| 11. | 2/2/09 | Primary Counsel accessed its secure Vioxx Portal. |
| 12. | 2/24/09 | Primary Counsel accessed its secure Vioxx Portal. |
| 13. | 7/10/09 | Primary Counsel accessed its secure Vioxx Portal and viewed the *Final Notice of Claims Package Deficiency*, issued on 11/6/08, for the first time. |
| 14. | 8/13/09 | Primary Counsel accessed its secure Vioxx Portal. |

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES<br>Date of Summary: 6/5/13 | | |
|---|---|---|---|
| **CLAIMANT NAME** | Johan Rodriguez | **VCN** | 1108827 |
| **PRIMARY COUNSEL** | Becker & D'Agostino | | |
| **PRIMARY INJURY** | IS (according to Registration materials only; no Claims Form has been submitted) | | |
| **CLAIM STATUS** | Closed: Non-Submitting Program Claimant | | |

| | Date | Event/Notice |
|---|---|---|
| 15. | 8/14/09 | *V4173 – Comprehensive Claimant Status Report* posted on Counsel's Vioxx Portal, with email sent to mdag.esq@verizon.net alerting Counsel to the posting. This Report listed the claim Closed: Non-Submitting Program Claimant. The email asked Counsel to review the Report and contact the Claims Administrator if the Claimant's status was in error. The email also reminded Primary Counsel that all notices of determinations made on claims are posted to the Vioxx Portal and that Primary Counsel must check the Vioxx Portal regularly to keep abreast of their clients' claims. That email was delivered successfully.<br><br>Also on this date, Primary Counsel contacted Laura Burkholder in the Claims Administrator's office regarding the status of the claim. Ms. Burkholder explained that a Notice of Non-Submitting Program Claimant was issued on 12/5/08 because no Claims Materials were submitted.<br><br>Primary Counsel also contacted Jennifer Goodwin in the Claims Administrator's office regarding the status of the claim. Ms. Goodwin explained the claim was Closed on 1/28/09 because no Claims Materials were submitted. Counsel indicated he would send the records now. Ms. Goodwin explained that the claim was closed and could not be reopened. |
| 16. | 8/21/09 | Primary Counsel submitted Claims Materials after the claim was Closed. The claim could not be re-opened. |
| 17. | 8/28/09 | *V4173 – Comprehensive Claimant Status Report* posted on Counsel's Vioxx Portal, with email sent to mdag.esq@verizon.net alerting Counsel to the posting. This Report listed the claim as Closed: Non-Submitting Program Claimant. The email asked Counsel to review the Report and contact the Claims Administrator if the Claimant's status was in error. That email was delivered successfully. |
| 18. | 8/31/09 – 6/21/10 | Primary Counsel accessed its secure Vioxx Portal nine times during this period. |
| 19. | 4/16/10 | *V4173A – Comprehensive Claimant Status Report* posted on Counsel's Vioxx Portal, with email sent to mdag.esq@verizon.net alerting Counsel to the posting. This Report listed the claim as Closed: Non-Submitting Program Claimant. The email asked Counsel to review the Report and contact the Claims Administrator if |

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES<br>Date of Summary: 6/5/13 | | |
|---|---|---|---|
| **CLAIMANT NAME** | Johan Rodriguez | **VCN** | 1108827 |
| **PRIMARY COUNSEL** | Becker & D'Agostino | | |
| **PRIMARY INJURY** | IS (according to Registration materials only; no Claims Form has been submitted) | | |
| **CLAIM STATUS** | Closed: Non-Submitting Program Claimant | | |

| | Date | Event/Notice |
|---|---|---|
| | | the Claimant's status was in error.  Counsel never viewed this Report. |
| 20. | 5/4/10 | *V4173A – Comprehensive Claimant Status Report* posted on Counsel's Vioxx Portal, with email sent to mdag.esq@verizon.net alerting Counsel to the posting. This Report listed the claim Closed: Non-Submitting Program Claimant. The email asked Counsel to review the Report and contact the Claims Administrator if the Claimant's status was in error.  The Report itself was also emailed to Primary Counsel as an attachment because Counsel had never opened the 4/16/10 Report on the Portal.  That email was delivered successfully. |
| 21. | 6/7/10 | *V4173A – Comprehensive Claimant Status Report* posted on Counsel's Vioxx Portal, with email sent to mdag.esq@verizon.net alerting Counsel to the posting. This Report listed the claim Closed: Non-Submitting Program Claimant. The email asked Counsel to review the Report and contact the Claims Administrator if the Claimant's status was in error.  The email also reminded Primary Counsel that all notices of determinations made on claims are posted to the Vioxx Portal and that Primary Counsel must check the Vioxx Portal regularly to keep abreast of their clients' claims.  That email was delivered successfully. |
| 22. | 6/14/10 | The Claims Administrator issued the IS Final Payment to eligible claimants. |
| 23. | 6/21/10 | Primary Counsel contacted Kristi Mullins in the Claims Administrator's office regarding the status of the claim.  Ms. Mullins explained the claim was Closed on 1/28/09 because no Claims Materials were submitted. |
| 24. | 6/22/10 | Primary Counsel sent a letter requesting the Closed status be lifted. |
| 25. | 7/7/10 | Primary Counsel contacted Jennifer Goodwin in the Claims Administrator's office regarding the status of the claims.  Ms. Goodwin explained that the claims were closed and could not be re-opened.  Mr. Becker advised Ms. Goodwin he would file a motion to have the claims re-opened. |
| 26. | 7/8/10 | The Claims Administrator provided Primary Counsel with a letter explaining the reason for the denial and a comprehensive Claims History. |

*Confidential Settlement Information*

| V4189 | SUMMARY OF CLAIMS EVENT NOTICES<br>Date of Summary: 6/5/13 | | |
|---|---|---|---|
| **CLAIMANT NAME** | Johan Rodriguez | **VCN** | 1108827 |
| **PRIMARY COUNSEL** | Becker & D'Agostino | | |
| **PRIMARY INJURY** | IS (according to Registration materials only; no Claims Form has been submitted) | | |
| **CLAIM STATUS** | Closed: Non-Submitting Program Claimant | | |

| | Date | Event/Notice |
|---|---|---|
| 27. | 9/1/10 | Primary Counsel submitted a letter to Judge Fallon requesting relief from the Claims Administrator's denial of this claim. |
| 28. | 1/19/11 | Judge Fallon enters an Order that enters Primary Counsel's correspondence into the record and provides a copy of the correspondence to Plaintiff's Liaison Counsel, Defendant's Liaison Counsel and the Claims Administrator. |
| 29. | 10/7/11 | Primary Counsel submitted a letter to Judge Fallon asking the Court to order the Claims Administrator to process the claim. |
| 30. | 10/24/11 | Ms. Goodwin emailed the 7/8/10 letter and comprehensive Claims History to Primary Counsel in response to Primary Counsel's letter to the Court. |
| 31. | 6/3/13 | BrownGreer was served with a complaint filed in the Supreme Court of the State of New York, County of Kings. |