# EXHIBIT E

# VIOXX Claims Administrator

Toll-Free Telephone: (866) 866-1729
Facsimile: (804) 521-7299
claimsadmin@browngreer.com

| Mailing Address: | Delivery Address: |
|---|---|
| P.O. Box 85031 | 115 South 15th Street, Suite 400 |
| Richmond, Virginia  23285-5031 | Richmond, Virginia  23219-4209 |

July 8, 2010

***By Electronic Mail***

Michael D'Agostino, Esq.
Becker & D'Agostino, PC
880 Third Avenue
New York, NY  10022

> **Re:     Elizabeth Alexander**
> **Vioxx Claim Number (VCN):  1112459**
>
> **Johan Rodriguez**
> **Vioxx Claim Number (VCN):  1108827**

Dear Mr. D'Agostino:

This letter is in response to your June 21, 2010 letter to the Vioxx Claims Administrator regarding the status of the above claims in the Vioxx Settlement Program.

The above claims you filed in the Vioxx Settlement Program have been closed because we never received a Claims Form, medical records, or records demonstrating proof of Vioxx use by the Claims Package Submission Deadline of November 30, 2008.  This letter explains the various opportunities provided by the Settlement Agreement to submit a Claims Package and the reasons why this claim was closed for failure to submit the required materials.  These claims cannot be reopened now.

The Settlement Agreement required the Claims Form and all Pharmacy, Medical, and Event records ("PME records") to be submitted to the Claims Administrator by July 1, 2008. Exhibit 1.5 of the Settlement Agreement built in automatic extensions to this deadline.  Pursuant to Exhibit 1.5, if the required Claims Form and PME records were not submitted by the July 1, 2008 deadline, we as the Claims Administrator issued a *First Notice of Claims Package Deficiency*, which warned claimants that if the required materials were not submitted by September 1, 2008, a *Second Notice of Claims Package Deficiency* would be issued.  We issued a *Second Notice of Claims Package Deficiency* after September 1, 2008, which warned claimants that if the required materials were not received by November 1, 2008, a *Final Notice of Claims Package Deficiency* would be issued.  Finally, if the required Claims Form and PME records were not received by November 1, 2008, we issued a *Final Notice of Claims Package Deficiency*, which warned claimants that if the required materials were not received by the

Claims Package Submission Deadline of November 30, 2008, a *Notice of Non-Submitting Program Claimant* would be issued, which would provide the claimant 15 Business Days to appeal that finding to the Special Master before losing all rights in the Settlement Program. Alternatively, the *Final Notice of Claims Package Deficiency* provided the claimant an opportunity to request an extension of the November 30, 2008 deadline to no later than December 30, 2008. For claimants represented by Primary Counsel, we sent all these notices to that firm electronically, using a secure web interface we created for us to exchange information with Primary Counsel about the claims of the firm's clients. We sent these notices electronically to the following e-mail address you provided: mdag.esq@verizon.net.

The *Final Notice of Claims Package Deficiency* was issued for these Claimants on November 6, 2008, giving Primary Counsel ample time to request a deadline extension until December 30, 2008. We received no such request for either claim.

If a claimant subject to the November 30, 2008 *Notice of Non-Submitting Program Claimant* failed to appeal that determination to the Special Master within 15 Business Days, or if the Special Master denied the appeal, that claimant was deemed to have accepted the determination. We received no appeal on either of these claims. As Non-Submitting Program Claimants, the claimants immediately ceased to have further rights under the Settlement Program, we delivered any submitted Release and Dismissal Stipulation to Merck, and Merck could then file the Stipulations with the Court and/or move for dismissal or other appropriate relief to extinguish the claim.

Enclosed with this letter is a report entitled *Summary of Claims Event Notices*, which summarizes the processes outlined above as they applied to these particular claims. We hope that this letter and the enclosed report have helped explain why these claims were closed, in compliance with the Settlement Agreement. There is nothing more we can do on these claims.

Sincerely,

Vioxx Claims Administrator

Enclosure

2