## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Alexander et al. v. BrownGreer PLC*, No. 2:13-cv-05048-EEF-DEK | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Defendant BrownGreer PLC's Motion for Summary Judgment in the above-captioned case will be brought for hearing on February 5, 2014 at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  January 17, 2014        Respectfully submitted,

                    By: */s/ Dorothy H. Wimberly*
                        Phillip A. Wittmann, 13625
                        Dorothy H. Wimberly, 18509
                        STONE PIGMAN WALTHER
                        WITTMANN L.L.C.
                        546 Carondelet Street
                        New Orleans, Louisiana 70130
                        Phone: 504-581-3200
                        Fax:    504-581-3361

                        Defendants' Liaison Counsel

                         —and—

1148273v1

Douglas R. Marvin
Eva Petko Esber
Jonathan L. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for BrownGreer PLC

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 17th day of January, 2014.

      */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1148273v1