**MINUTE ENTRY**
**FALLON, J.**
**JANUARY 17, 2014**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>   PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *State of Alaska v. Merck & Co., Inc.*, **06-0018**
     *State of Montana v. Merck & Co., Inc.*, **06-4302**

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon. Bill Rossbach and Matt Minner participated on behalf of the Plaintiffs State of Montana and State of Alaska. Dawn Barrios participated on behalf of the Plaintiffs' Steering Committee, as well as the aforementioned Plaintiffs. Ben Barnett and Tarek Ismail participated on behalf of Defendant Merck. The parties discussed an issue regarding discovery, upon which the Court ruled. A transcript of the telephone status conference may be obtained from Court Reporter Arlene Movahed by calling her at (504) 589-7777.

JS10(00:25)         1