UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL No. 1657 |
|     Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
|     *State of Alaska v. Merck & Co., Inc* | * | JUDGE ELDON E. FALLON |
|         2:06-CV-03132 | * | |
| | * | |
|     *State of Mississippi v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
|         2:05-CV-6755 | * | |
| | * | |
|     *State of Montana v. Merck & Co., Inc.* | * | |
|         2:06-CV-04302 | * | |
| | * | |
|     *State of Utah v. Merck & Co., Inc.* | * | |
|         2:06-CV-09336 | * | |
| | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **NOTICE OF DEPOSITION LOCATION CHANGE FOR THE DEPOSITION OF DAVID EGILMAN, M.D.**

Please take notice that the <u>location</u> of the deposition of David Egilman, M.D., scheduled for January 25, 2014 at 9:00 a.m., has been changed to the Providence Marriott Downtown, 1 Orms Street, Providence, RI 02904.

Dated this 23rd day of January, 2014.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123

1

/S/
Eric H. Weinberg
The Law Offices of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, NJ 08901

/S/
Richard W. Schulte (Ohio Bar No. 0066031)
812 E. National Road, Suite A
Vandalia, Ohio 45377
(937) 435-7500
***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **NOTICE OF DEPOSITION LOCATION CHANGE FOR THE DEPOSITION OF DAVID EGILMAN, M.D.** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C) on this 23rd day of January, 2014.

/S/
Joseph W. Steele
Kenneth D. Lougee
STEELE & BIGGS
5664 South Green Street
Salt Lake City, UT 84123