

Ned P. Siegfried
Mitchell R. Jensen*
Michael A. Katz
Brad L. Anderson
Randal G. Payne*
Kenneth D. Lougee††
Mark R. Taylor†
Steven Jensen
Brian C. Stewart
Steven J. Johnson
C. Ryan Christensen‡
Taylor R. North
Lauren E. Channell
Todd A. Bradford

# SIEGFRIED & JENSEN

January 28, 2014

OF COUNSEL
Steele & Biggs

Joseph W. Steele*
David C. Biggs*

OF COUNSEL
Parker & McConkie

Bradley H. Parker
James W. McConkie II
Alex Evans

*Also admitted in California
††Also admitted in Alaska
‡Also admitted in Arizona
†Also admitted in Idaho

VIA E-MAIL

The Honorable Judge Eldon E. Fallon
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA  70130

     RE:    *State of Utah v. Merck, et al*

Dear Judge Fallon:

     The State of Utah hereby certifies that the deposition of Dr. Gremillion and Dr. Egilman are complete.  These are the last liability expert witness depositions to be taken in which the State of Utah has interest.  All conditions set by the Court have been fulfilled and the State of Utah requests that a ruling be made on our Motion to Remand.

                            Sincerely,

                            /S/
                          Joseph W. Steele
                          Kenneth D. Lougee
                          Eric H. Weinberg
                          Richard Schulte
                          *Attorneys for the State of Utah*

JWS/kh
  cc:    Dawn Barrios