## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | <u>Case Number: 2:05cv04130</u> |
| **Allen Atkinson et al.** | PLAINTIFFS |
| **Only with regard to:**<br>**Todd Jelden and Lynette Jelden (h/w)**<br>**v.** | |
| **Merck & Co., Inc.** | DEFENDANTS |

## NOTICE OF INTENT NOT TO FILE SUR-REPLY

\* \* \* \* \* \* \*

Plaintiffs Todd and Lynette Jelden, by counsel, hereby file this Notice of Intent Not to File Sur-Reply to Merck's Motion for Summary Judgment based on the Future Evidence Stipulation. The issues are already adequately presented. Plaintiffs disagree with the arguments and characterizations of the documents in the Reply, but their position is adequately set forth in the Response.

        Respectfully submitted,

        s/ Ann B. Oldfather
        Ann B. Oldfather
        KBA Bar #52553
        OLDFATHER LAW FIRM
        1330 S. Third Street
        Louisville, KY   40208
        502.637.7200
        502.637.3999
        *Counsel for Todd Jelden and Lynette Jeldon*
        aoldfather@oldfather.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing Notice of Intent Not to File Sur-Reply has been served upon Liaison Counsels, Phillip A. Wittmann and Russ Herman, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of January 2014.

                                          s/ Ann B. Oldfather
                                          Ann B. Oldfather