**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number:  2:05-cv-01768-EEF-DEK** |
| **Valerie A. Silva**<br>**v.** | PLAINTIFF |
| **Merck & Co., Inc.** | DEFENDANTS |

\* \* \* \* \* \* \*

**NOTICE OF INTENT NOT TO FILE SUR-REPLY**

Plaintiff Valerie A. Silva, by counsel, by counsel, hereby files this Notice of Intent Not to File Sur-Reply to Merck's Motion for Summary Judgment based on the Future Evidence Stipulation.  The issues are already adequately presented.  Plaintiff disagrees with the arguments and characterizations of the documents in the Reply, but her position is adequately set forth in the Response.

Respectfully submitted,

/s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Intent Not to File Sur-Reply has been served upon Liaison Counsel, Phillip Wittmann, and Russ Herman, by U.S. Mail, an upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of January 2014.

/s/ Ann B. Oldfather
_____
Ann B. Oldfather