## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION

MDL 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Case No: 2:09 CV024:30EEF-DEK

**Catherine Singleton,**
**Sandra Hammack, obo the Estate of Velma Dunn**          PLAINTIFF
**v.**

**Merck & Co., Inc.**                                    DEFENDANTS

NOTICE OF CONVENTIONAL FILING

The Administratrix of the Estate of Velma Dunn hereby gives notice of the conventional

filing with the Clerk's Office of the Motion For Additional Time to file Plaintiff's Response

to Defendant's Rebuttal Response.  This document is not being filed electronically because

counsel's office was informed by the ECF help desk that the ECF system is down and their office

has no knowledge as to when the system will be back up and running.

The document is being conventionally served on all parties.

This the 24th  day of January, 2014.

Respectfully submitted,

S/Bennie L Jones, Jr
BENNIE L JONES, JR
MSB# 3185

OF COUNSEL:
BENNIE L JONES, JR, ESQ.,
B.L. JONES., JR & ASSOCIATES
P O BOX 357
206 COURT STREET
WEST POINT, MS 39773
662.494.1024

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Conventional Filing has been served upon the following by U.S. mail, postage prepaid and via facsimile and/or email:

Hon Phillip Wittman
Stone Pigman Walther & Wittmann, LlC
546 Carondelet Street
New Orleans, LA 70130

Hon. Douglas R. Marvin
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Hon. Ann B. Oldfather
Oldfather  Law Firm
1330 S. Third Street
Louisville, KY 40208

Hon. Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

This the 24th   day of January, 2014.

/s/ Bennie L Jones, Jr
Bennie L Jones, Jr

ahjputer-NoticeofConventionalFiling-