# Bennie L Jones, Jr & Associates

ATTORNEYS AT LAW

Telephone: (662) 494-1024  
Facsimile: (662) 494-0643  
e-mail: bjonesjr111@aol.com

206 Court Street  
P O Box 357  
West Point, MS 39773

JAN 30 2014

January 24, 2014

The Clerk  
U.S. District Court  
500 Poydras Street, Room C-15  
New Orleans, LA 70130

VIA EXPRESS MAIL

Re: Catherine Singleton, Sandra Hammack v, Merck  
Case No: 2:09CV024:30EEF-DEK

Dear Clerk:

Please find our Notice of Conventional Filing as well as our Motion For Additional Time within which to File our Response.

We are having to file conventional because according to the ECF help desk on today, the system was down.

Please stamp the extra copies filed and return to us in the self addressed stamped envelope provided for your convenience.

By copy of this letter we are providing copies to all counsel included in the certificate of service.

Very truly yours,

Bennie L Jones, Jr





