# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   JAN 30 2014
WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | Case No: 2:09 CV024:30EEF-DEK |
| **Catherine Singleton,**<br>**Sandra Hammack, obo the Estate of Velma Dunn**<br>v. | PLAINTIFF |
| **Merck & Co., Inc.** | DEFENDANTS |

## MOTION

Comes now Sandra Hammack, the Adminstratrix for the Estate of Velma Dunn, deceased and would move this Honorable Court for an Order allowing until February 3, 2014 to file her response to the Defendants Rebuttal Response to Dunn's response to Defendants Motion for Summary Judgment, and would show as reasons therefor the following:

1. This matter is a very complex litigation matter;

2. Counsel on behalf of the Dunn Estate needs additional time to do further research;

3. Plaintiff requests any memorandum of law be waived;

4. Counsel moves for general relief.

Counsel prays that the court will enter its Order allowing until February 3, 2014 to file her reply response to the rebuttal filed by Defendants

This the 24th day of January, 2014

Respectfully submitted

S/Bennie L Jones, Jr
BENNIE L JONES, JR
MSB#3185


OF COUNSEL:
BENNIE L JONES, JR, ESQ.,
B.L. JONES., JR & ASSOCIATES
P O BOX 357
206 COURT STREET
WEST POINT, MS 39773
662.494.1024

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion has been efiled via electronic filing and which served copies upon the following:

Hon. Phillip Wittman
Stone Pigman Walther & Wittman, LIC
546 Carondelet Street
New Orleans, LA 70130


Hon. Douglas R. Marvin
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005


Hon. Ann B. Oldfather
Oldfather Law Firm
1330 S. Third Street
Louisville, KY 40208

Hon. Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

This the 24th day of January, 2014.


/s/ Bennie L. Jones, Jr.

Bennie L. Jones, Jr.