UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Kenneth Novick v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:07-cv-07756-EEF-DEK | * | |

******************************************************************

## ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Considering the parties' stipulation of dismissal (Rec. Doc. 64803);

**IT IS ORDERED** that all claims of Plaintiff Kenneth Novick against Defendant Merck & Co., Inc. and all other named Defendants in the above-captioned case be and they hereby are dismissed with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this 30th day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE