# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **IN RE: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**  *Elena Strujan v. Merck & Co., Inc.* No. 07-906

## ORDER

The Court is in receipt of the attached correspondence from *pro se* Plaintiff Elena

Strujan, whose claims have been dismissed. (Rec. Doc. 64746). **IT IS ORDERED** that the

attached correspondence be filed into the record and that no further action be taken.

New Orleans, Louisiana, this 31st day of January, 2014.

UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:    Elena Strujan
                   P.O. Box 20632
                   New York, NY 10021