ELENA STRUJAN- Plaintiff Pro Se
P.O. Box 20632
New York, New York
10021
(646)-234-2421

1/21/2014

HONORABLE JUDGE FALLON
MAGISTRATE JUDGE KNOWLES
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No.1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| Elena Strujan v. Merck & Co.Inc | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE |
| 07-906- EEF-DEK | * | KNOWLES |

HONORABLE JUDGE and MAGISTRATE,

I ask permission to inform you about most recent abuse done by my Neurologist, Dr. Andrei Carasca who abusive, illegally, corrupted by Defendant Merck and all accomplices, falsified my medical report for my defamation, discretization, harassment, and with tort intention.

Only a few examples: In this way Dr. Carasca fabricated for my defamation a hospitalization by saying:

1. *He said:*

   **" THE PATIENT IS BEING SEEN FOR A POST HOSPITALIZATION PSYCHIATRIC EVALUATION".**

   ( Dr. Andre Carasca , Medical Report dated December 16, 2013, Pg. 3/7 . Par. 4), here EXHIBIT Pg. 1. :

   On January 16, 2014, I wrote an email to Dr. Carasca where I asked about his medical errors:

   *"......When I was hospitalized?*
   *Where I was hospitalized?*
   *Who sent me?*

TENDERED FOR FILING

JAN 27 2014

U S. DISTRICT COURT
       of Louisiana

*Please answer since you affirmed it. Thank you".*
*He never answered.*

2. Another abuse done by Dr. Carasca in the same medical report is that he said that he prescribed me VIOXX on 2011:

" **VIOXX 25 MG TABS; TAKE 1 TABLET DAILY AS DIRECTED; Therapy ( Recorded : 14 Nov 2011) to Record".  Here (EXHIBIT PG. 2).**

He never gave me Vioxx because Vioxx is out of market from October 2004.

3. Also for sleep deprivation, and terrible pain Dr. Andrei Carasca gave me expired medicine on December 16, 2013, and January 14, 2014 as:
    SILENOR – expired on 4/2013,
    Lidoderm Lidocaine patch 5% expired from 3/2003,
    NASONEX , expired from Oct 2012
    And more.

4. Also he prescribed me Nitroglycerine for years and refused to write for which reason I take Nitroglycerine.
**And much more  considerable illegal medical errors.**

He is not the only doctor who falsify the medical report to favorite Merck and his accomplices. (EXHIBIT Pg. 3,4)

Your Honors, I must to apologize for the great inconvenience with my case, but Defendant Merck and his accomplices had and has a total disregard for human people, a depravation attitude for Human Rights, Constitutional Rights.

I pledge Your Honor for severe punitive damages.

Respectfully submitted,

*Elena Strujan*
ELENA STRUJAN- Plaintiff Pro Se

Cc:  Defendant Attorney.

## Follow-Up

Patient:     Elena Strujan                               EMRN:    3570*70
Encounter:   Dec 16 2013 10:30AM

throat, nausea, abdominal discomfort, hot flashes, racing thoughts, excessive worrying, fear of dying, fear of losing control, flashbacks, repetitive behaviors and sleep disturbance. The patient is currently experiencing symptoms. Associated symptoms: poor concentration, memory impairment, depersonalization, excessive fearfulness, avoidance of physical exertion, irritability, agitation, hostility, depression symptoms and panic symptoms, but no manic symptoms, no psychotic disorder symptoms, no obsessive compulsive disorder symptoms and no eating disorder symptoms.
Back Pain (Brief): The patient is being seen for a routine clinic follow-up of back pain. Symptoms: back pain, back stiffness, decreased spine range of motion, decreased flexion, decreased extension, decreased lateral bending, decreased rotation, lower extremity numbness, lower extremity tingling and lower extremity weakness. The patient is currently experiencing symptoms.
Back Pain Lumbar, Chronic (Brief): The patient is being seen for a routine clinic follow-up of chronic low back pain. Symptoms: back pain, back stiffness, decreased range of motion of the back, leg pain, leg numbness, leg weakness, foot numbness and foot weakness. The patient is currently experiencing symptoms. Associated symptoms: malaise, but no foot drop, no urinary incontinence, no fecal incontinence, no urinary retention, no sexual dysfunction, no fever, no localized back swelling, no localized back redness, no abdominal pain and no weight loss.
Initial Psychiatric Evaluation (Brief): The patient is being seen for a post hospitalization psychiatric evaluation.   ? ?
Symptoms: anxiety symptoms, but no depression symptoms, no manic symptoms, no psychotic disorder symptoms, no eating disorder symptoms and no panic symptoms. The patient is currently experiencing symptoms.
Anxiety Disorder, NOS (Brief): The patient is being seen for a routine clinic follow-up of anxiety. Symptoms: anxiety, difficulty concentrating, irritability, muscle tension, nervousness, panic attacks, shaky hands and sweaty palms
Globus. The patient is currently experiencing symptoms. Associated symptoms: fainting, headaches, heart palpitations, racing heart, hyperventilation, muscle pain, muscle spasms, paresthesia, shortness of breath and tremors, but no chest pain, no choking sensation, no diaphoresis, no dizziness, no flushing and no gastrointestinal complaints.
Insomnia (Follow-Up): The patient is being seen for follow-up of insomnia. The patient reports doing poorly. Comorbid Illnesses: anxiety and chronic pain syndrome.
Interval symptoms: worsened difficulty falling asleep, worsened difficulty staying asleep, worsened unrefreshing sleep, worsened daytime sleepiness and worsened fatigue.
Associated symptoms: chronic pain, but no depression, no snoring, no nocturnal leg cramps, no restless legs and no hot flashes.
Medications: the patient is adherent to her medication regimen, but she denies medication side effects.
Disease management: the patient is doing well with her goals.
Insomnia (Brief): The patient is being seen for a routine clinic follow-up of insomnia. Symptoms: difficulty falling asleep, difficulty staying asleep, unrefreshing sleep, parasomnia, daytime sleepiness, anxiety upon awakening and sleeping at inappropriate times. The patient is currently experiencing symptoms. Associated symptoms: chronic pain, but no irritability, no difficulty concentrating, no snoring, no depression, no alcohol abuse, no drug abuse, no restless legs, no periodic limb movements during sleep, no nocturnal leg cramps, no nightmares, no night terrors and no sleepwalking.
Sleep Disorders (Brief): The patient is being seen for a routine clinic follow-up of a sleep disorder. Symptoms: excessive daytime sleepiness, snoring, difficulty falling asleep, early awakening, impaired concentration, memory problems, irritability and restless legs, but no witnessed sleep apnea, no witnessed sleep gasping, no nocturnal choking and no sleepiness when sedentary. The patient is currently experiencing symptoms. Associated symptoms: no morning headaches, no shortness of breath, no decreased libido and no weight gain.

### Review of Systems

Constitutional: negative.
ENT: negative.
Cardiovascular: negative.
Respiratory: negative.
Gastrointestinal: negative.
Genitourinary: negative.
Musculoskeletal: diffuse joint pain, generalized muscle aches, back pain, joint stiffness, back muscle spasm, pain in other joints and limping, but as noted in HPI and no joint swelling.
Integumentary and Breasts: negative.
Neurological: headache, paresthesias, leg numbness, leg weakness and tingling, but as noted in HPI, no

*[Handwritten annotation:] The entire medical report is full of medical errors. E.Str*

Patient:      Elena Strujan                                    EMRN:   3570*70
Encounter:    Dec 16 2013 10:30AM

Therapy: 21Oct2013 to (Evaluate:18Jul2014) Requested for: 21Oct2013; Last Rx:21Oct2013 Ordered

10. Hydrocodone-Acetaminophen 5-500 MG Oral Tablet; TAKE 1 TABLET 3 TIMES DAILY AS NEEDED FOR PAIN;
    Therapy: 02Jan2013 to (Evaluate:20Mar2014) Recorded
11. Lidocaine 5 % External Patch (Lidoderm 5 % External Patch); APPLY 1 PATCH TO THE AFFECTED AREA AND LEAVE IN PLACE FOR 12 HOURS, THEN REMOVE AND LEAVE OFF FOR 12 HOURS;
    Therapy: 02Jan2013 to (Evaluate:19Apr2014) Requested for: 21Oct2013; Last Rx:21Oct2013 Ordered
12. Lunesta 3 MG Oral Tablet; TAKE 1 TABLET AT BEDTIME;
    Therapy: 24Jun2011 to (Evaluate:18Dec2013) Recorded
13. Lunesta 3 MG Oral Tablet; TAKE 1 TABLET Bedtime;
    Therapy: 02Jan2013 to (Evaluate:02May2013); Last Rx:02Jan2013 Ordered
14. Lunesta 3 MG Oral Tablet; TAKE 1 TABLET Bedtime;
    Therapy: 02Jan2013 to (Evaluate:15Apr2014) Recorded
15. Lunesta 3 MG Oral Tablet; TAKE 1 TABLET Bedtime;
    Therapy: 16May2013 to (Evaluate:13Sep2013); Last Rx:16May2013 Ordered
16. Lunesta 3 MG Oral Tablet; TAKE 1 TABLET Bedtime;
    Therapy: 16May2013 to (Evaluate:18Feb2014) Recorded
17. Magnesium 250 MG Oral Tablet; TAKE 1 TABLET ONCE;
    Therapy: 14Nov2011 to (Evaluate:12Nov2013) Requested for: 16May2013; Last Rx:16May2013 Ordered
18. Naproxen 375 MG Oral Tablet; TAKE 1 TABLET EVERY 12 HOURS AS NEEDED;
    Therapy: 04May2012 to (Evaluate:31Oct2012) Requested for: 04May2012; Last Rx:04May2012 Ordered
19. Nitroglycerin 0.4 MG/HR Transdermal Patch 24 Hour; USE AS DIRECTED;
    Therapy: 24Jun2011 to (Evaluate:15Jan2014) Requested for: 19Jul2013; Last Rx:19Jul2013 Ordered
20. Salonpas Arthritis Pain Relief PADS; USE AS DIRECTED ON PACKAGE;
    Therapy: 04May2012 to (Evaluate:31Oct2012) Requested for: 04May2012; Last Rx:04May2012 Ordered
21. SUMAtriptan Succinate 100 MG Oral Tablet; TAKE 1 TABLET AT ONSET OF MIGRAINE HEADACHE. MAY REPEAT IN 2 HOURS IF NEEDED;
    Therapy: 04May2012 to (Evaluate:18Mar2014) Requested for: 21Jun2013; Last Rx:21Jun2013 Ordered
22. SUMAtriptan Succinate 100 MG Oral Tablet; TAKE 1 TABLET FOR MIGRAINE RELIEF. MAY REPEAT 2 HOURS LATER. MAXIMUM 200MG/DAY;
    Therapy: 08Sep2011 to (Evaluate:16Mar2013) Requested for: 17Sep2012; Last Rx:17Sep2012 Ordered
23. Valsartan-Hydrochlorothiazide 160-12.5 MG Oral Tablet (Diovan HCT 160-12.5 MG Oral Tablet); TAKE 1 TABLET DAILY;
    Therapy: 24Jun2011 to (Evaluate:18Dec2013) Requested for: 21Jun2013; Last Rx:21Jun2013 Ordered
24. ~~Vioxx 25 MG TABS; TAKE 1 TABLET DAILY AS DIRECTED;~~
    ~~Therapy: (Recorded:14Nov2011) to Recorded~~
25. Vitamin D 2000 UNIT Oral Capsule; TAKE 1 CAPSULE Daily;
    Therapy: 02Jan2013 to (Evaluate:01Jul2013) Requested for: 02Jan2013; Last Rx:02Jan2013 Ordered
26. Vitamin D 2000 UNIT Oral Capsule; TAKE 1 CAPSULE Daily;
    Therapy: 21Oct2013 to (Evaluate:19Apr2014) Requested for: 21Oct2013; Last Rx:21Oct2013 Ordered

**Allergies**
1. No Known Drug Allergies



**STRUJAN, ELENA**
55 Y old Female, DOB: 03/23/1955
P O BOX 20632, NEW YORK, NY-10021
Home: 646-234-2421
Guarantor: STRUJAN, ELENA   Insurance: Medicare

03/21/2011                                       **Progress Notes:** Michael Kang, MD

### Reason for Appointment
1. W/CT RPT/ B/L HIP PAIN, REF BY DR ZAHARIA VERONICA

### History of Present Illness    ~56
General information given by patient:
   History: This is a 65 year old female who has had a one month history of left hip pain. It has not improved. She has had a similar episode in the past, however it did get better. The pain is localized mostly to the lateral trochanter. She has had no injury. She does remember falling back in 2003 and diagnosed with a foot fracture.
   Please see intake questionnaire for medical history.
   She does smoke greater than one pack a day and has one drink on a daily basis.
   Please see intake questionnaire for medications.
   Review of systems: Please see intake questionnaire.
   Side affected is Left. Pain is Spontaneous. Work related injury: No. Pain can be described as Sharp. Quality of pain is Severe. Physical therapy No. Taking Anti-inflammatory agent: Yes. Taking Tylenol: Yes. Patient has been putting ice on the area: Yes. Image studies have Yes. Studies preformed were CT Scan.

### Current Medications
Lunesta
Wellbutrin
Fioricet
clonazepam
nitroglycerin
atenolol
hydrocodone

### Past Medical History
Cancer No
HTN Yes
Prolonged Steriod Treatment No
Diabetes No
Degererative joint disease No
Arthritis No
Degenerative disc disease No
ALLERGIES TO MEDICATIONS No
ALLERGIES TO FOOD OR ENVIRONMENT Yes

### Surgical History
C section 1979
RT KNEE 1999
LT FOOT 2000

### Social History
No Cigarette smoker.
How many packs per day?: >1 pack.
How many drinks per day?: 1 drink.
No Have you ever smoked?.
How long have you smoked?: >1 year.
No Do you drink alcohol?.
No History of substance abuse.
No Blood transfusion.
No Sports/Recreational Activities.

*[handwritten: I do not smoke (I never)*
*I do not drink (I never).]*

*[handwritten: 3]*

Patient: STRUJAN, ELENA   DOB: 03/23/1955   Progress Note: Michael Kang, MD   03/21/2011
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

Page 1 of 3

Review of Systems
Constitutional:
   Fever No. Weight change Yes. Fatigue Yes.
Musculoskeletal:
   Joint swelling Yes. Joint pain Yes. Joint stiffness Yes. Back Pain Yes.
Respiratory:
   Shortness of breath Yes. Trouble Breathing Yes. Wheezing/Asthma Yes. Chronic Coughing Yes.
Cardiology:
   Chest pain Yes. Leg/Ankle Swelling Yes. High Blood Pressure Yes. Irregular Heartbeat Yes.
Gastroenterology:
   Stomach Ulcer/Reflux No. Nausea/Vomiting Yes. Diarrhea No. Blood in stool No.
Dermatology:
   Rashes/Sores No. Skin Cancer No. Itching/Burning No.
Neurology:
   Migraine Headaches Yes. Tingling numbness Yes. Dizziness Yes. Seizures No.
Urology:
   Sexually transmitted diseases No.
Hematology/Lymph:
   Anemia Yes. Easy Bruising No. Bleeding Problem No.

## Examination
General examination:

   Physical Examination: She is 5'5", 200 pound female with symptoms mostly over the lateral trochanter. She has no symptoms in her groin. She does have an underlying low back issue. Grip strength otherwise. Grossly neurologically intact. Straight leg raise. No bowel or bladder incontinence. She is tender over the lateral trochanter. Radiographs of the left hip demonstrate she does have a little bit of a bone spur fragment over the greater trochanter from what seems to be an old injury. It is well corticated. There is a soft tissue density about the posterior thigh region which could be myositis ossificans. There is a little cortical hypertrophy in this region as well.

## Assessments
1. Bursitis Hip - 726.5 (Primary)
2. Pain in Hip - 719.45

## Treatment
1. **Bursitis Hip**
Plan: I am a little concerned regarding this finding. We will send her for an MRI of her left hip to better assess the muscle and adductors as well as rule out any sort of indolent carcinoma. She will follow-up after the MRI is performed.

## Procedure Codes
72170 Pelvis; 1 or 2 views
73510 Hip, Unilateral; 2 views LT

## Follow Up
mri L hip

Electronically signed by Michael Kang on 03/28/2011 at 09:24 AM EDT
Sign off status: Pending

Patient: STRUJAN, ELENA   DOB: 03/23/1955   Progress Note: Michael Kang, MD   03/21/2011
Note generated by eClinicalWorks EMR/PM Software (www.eClinicalWorks.com)

# AFFIDAVIT OF SERVICE

State of New York, Country of _Queens_

I, _Elena Stewart_ being sworn, say: I am not a party to the action, am over 18 years of age and reside at _7910, 34th Street_.

On _1/24/14_ I served the within _Letter to Judge Fallon_

✓ **Service by Mail**- by posting a true copy thereof enclosed in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal service within New York State, addressed to each of the following persons at the last known address set forth after each name;

Ms. Dorothy H. Wimberley 18509
Stone Pigman Walther Wittman LLC
546 Carondelet Street
New Orleans, Louisiana 70130

Ms. ELENA STRUJAN
P.O. Box 20632
New York, New York 10021-0072

United States District Court
Eastern District of Louisiana
500 Poydras Street, Room C-151
New Orleans, LA 70130

U.S. POSTAGE PAID
FLUSHING, NY
11372
JAN 21, '14
AMOUNT
$0.66
00051075-71