# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

**IN RE: VIOXX**
    **PRODUCTS LIABILITY LITIGATION**

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:    *Elena Strujan v. Merck & Co., Inc.* **No. 07-906**

## ORDER

The Court is in receipt of the attached correspondence from *pro se* Plaintiff Elena

Strujan, whose claims have been dismissed. (Rec. Doc. 64746). **IT IS ORDERED** that the

attached correspondence be filed into the record and that no further action be taken.

New Orleans, Louisiana, this 31st day of January, 2014.

UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:    Elena Strujan
    P.O. Box 20632
    New York, NY 10021

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL  Case No.1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| Elena Strujan v. Merck  & Co.Inc | * | JUDGE FALLON |
| , | * | |
| | * | MAGISTRATE JUDGE |
| 07-906- EEF-DEK | * | KNOWLES |

●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●

### PLAINTIFF  ASK  PERMISSION  TO FILE  A SUR  AFFIDAVIT  IN SUPPORT OF THE   NOTICE OF MOTION FOR  TRIAL DE NOVO

Notice is hereby given that   Plaintiff Elena Strujan, hereby affirms under penalty of perjury that the following is true.

Always, I knew that Defendant  Merck  in complicity with other " good people and institution " who filed lawsuits with forgeries in my name ( details in my Affidavit and Exhibits in support of the Motion for Trial de Novo filled in the Court), and poisoned me with Carbon Monoxide and toxic gases, stole legal evidences, falsified my file and the Court's evidences, corrupted  people and institutions to win the case, to fraud the American Government who pay my bills so far, my living, and to ruin my health.

I pledge the Court and your Honors  to give me permission to submit more evidences in support of my Motion for trial de Novo.


*1.*       On January 7, 2014 I received two emails where I was informed that conform the Judge's " *Notice of Court attendance # No. 319"* – Pretrial Notice, I  must to be present  *"as a defendant to The Court of Louisiana in February 21, 2014 "* ( **EXHIBIT A-Pg. 1),** and conform the  *" Notice of Court attendance # No. 253"* – Pretrial Notice, I  must to be present  *"as a defendant to The Court of Louisiana in February 18, 2014 "*(**EXHIBIT A-Pg. 2),**

**2.**       I sent that emails to the office of Attorney Oldfather   where I asked  what could be?. I did not have any answer "**(EXHIBITA- Pg. 3).**

3.       I sent a reply email and came back.

TENDERED FOR FILING

JAN 2 1 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

1

4.   I contacted the Office of the Clerk and the Court's Clerk told me that the Court did not
send any emails, and I was directed to send copy to the court. I did. Possible, to harass
me, to make my life an inferno. Somebody sent these emails.

5.   Continuously, I am abused and I experienced very diverse and dangerous situation
created by the Defendant Merck and his accomplices. Most recent , I received from a
pretending "old friend" for my work a fake $ 50 ( **EXHIBIT A-Pg. 4).**

6.   The above the law people where is including Defendant Merck and his accomplices, stole
the battery at my Oxygen machine, destroy two Oxygen machines ( one on **EXHIBIT
A-Pg. 5**), only to hurt me . The Inogen Company refused to do an expertise at my
request why was broken the two Oxygen machines.

   I am still poisoned with Carbon Monoxide and toxic gases, and harassed to move from
a place to another place to exhaust my power and my health. In middle of the night I
woke up with very High Blood pressure 181/82 ( **EXHIBIT A-Pg. 6)** , and before I
had even over 200.

7.   When I arrived at Emergency Room( ER) the doctors refused to give me the history of the
medicines administrated when I was found with High Level of Carbon Monoxide and
toxic gases and High Risk at heart attack. . EVERYTHING IS A STRICT SECRET.
Inclusive my ex-primary care physician could not have a copy of the medicine gave to
me in my two arrivals at ER in 2011 ( **EXHIBIT A-Pg. 7).**

8.   All Carbon Monoxide Detectors became disabled machines( a few **on EXHIBIT A-Pg.
8).**

9.   From TD Bank, Capital One Bank, Chase Bank disappear from my safe deposit all
important legal information , inclusive documents related to the Defendant Merck. A
few complaints sent to these banks on ( **EXHIBIT A- Pg. 9. 10, 11).**

10.  On August 2, 2012 I had a very severe Angina Pectoris, and I needed Nitroglycerine. The
Amazon pharmacy refused to gave me my legal refill to fix my acute health problem.
My complaint on ( **EXHIBIT A-Pg. 12)**

11.  The blood for Carbon Monoxide tests disappear from the hospitals ( **EXHIBIT A-Pg.
13),** or hide under bed illegally, and with criminal intention ( **EXHIBIT A-Pg. 14,
15).**

12.  The Oxford Insurances and the Pharmacist from Rainbow Ace Hardware Pharmacy
refused to honor Subpoena Duces Tecum to favorite the defendant Merck ( **EXHIBIT
A-Pg. 16, 17).**

13.     The FedEx Office abusive and illegally vandalized my file during the binding to favorite the Defendant Merck ( only one example on ( **EXHIBIT A- Pg. 18, more in my affidavit attached at my Notice of Motion for trial de Novo).**

**14.**     The Apple store deleted 20GB with information regarding inclusive Defendant Merck, and refused to recovery all information stored in an I Cloud account and to give and pertinent explanation for their illegal and criminal acts (**EXHIBIT A-Pg. 21**).

15.     My bankruptcy lawyer well paid by Merck and his accomplices intentionally, did not mention the Merck lawsuit in Schedule "B", and refused to answer at my letters and emails sent to him . One in ( **EXHIBIT A-Pg. 19**)

**16.**     Also, Quest Diagnostic falsified for years my blood tests at the Defendant Merck, and his accomplices mercy. A complaint on ( **EXHIBIT A-Pg. 20). And much more.**

Your Honor, I wish what happen to me, never happen to somebody else. I sent in my Affidavit – in Exhibits a CD with night violation of privacy, stolen documents, and personal abuses. <u>All above are only a few evidences with illegal and criminal acts done to me by Defendant Merck and his accomplices.</u>

Defendant Merck and his accomplices acted in clique to ruin my health, and for their greed interests.

**Because of the deliberate, unjustifiable, unethical, without integrity, and bad intentional nature ( criminal), of Defendant Merck,  and his accomplices , I Plaintiff Pro Se demand an award of punitive damages in amount to be determined at the trial.**

**17.** A few medical reports related to the Vioxx side effects as experienced by me on (**EXHIBIT B, Pg. 1,  Pg. 2,Pg. 3, Pg. 4, Pg. 5, Pg. 6).**

In Dr. Crarasca's report dated November 14, 2011 (**EXHIBIT B, Pg. 3),** I have only the last page because the first two were stole, and I have a Police report.

I do these Sur Affidavit  in support of my Notice of Motion for Trial de Novo.

**WHEREFORE,** I Plaintiff Pro Se, respectfully request  Your Honor to grant:

1.     My Motion for Trial de Novo,  or in alternative  to apply **REX IPSA LOQUITUR** , against Defendant Merck.

2.     To accept my new evidences because.

3

3.      To grant my complaint in full.

4.      To asses severe and appropriate sanctions in amount sufficient to punish this
        Defendant Merck, for its conducts, and to set an example to discourage others from
        similar conduct.

5.      And for such order which this Court seems to be good and proper.

        I thank you in advance Your Honor for your kindness and patience with all Pro Se who
came in Your Court for Justice matter having the truth and only the truth in their fight for
justice.

Dated: January 15, 2014                    Respectfully submitted,

                                           *Elena Strujan*

                                           ELENA STRUJAN- Plaintiff Pro Se
                                           Graduate of University Zooth. And Veterinary
                                           Medicine- Farm Animals
                                           P.O. Box 20632
                                           New York, NY 10021
                                           (646)-234-2421

Cc: Defendant's Attorney.

**Case Index 07-906 EEF-DEK**

# EXHIBIT A

# Pg. 1 to 21

| EMAIL | NOT SPAM | REPLY | REPLY ALL | FORWARD | ACTION | DELETE | |

### Notice of court attendance #No319

**Court attendance notification** to you     show details

| Plaint_Note_06_01_2014_No5415.... (115 KB) |

Pretrial notice,

Hereby we inform that you are obliged to come as a defendant
to The Court of Louisiana in February 21, 2014 at 09:30 a.m.
for the hearing of your case of illegal software use.
If necessary you have a right to obtain a lawyer for your protection.

You are kindly asked to have an identity document with you.
Personal appearance is compulsory.

Please find the plaint note with more detailed case information
attached to this letter and study it thoroughly.

Court clerk,
Jessica Mason

*A - 1/21*

| EMAIL | NOT SPAM | REPLY | REPLY ALL | FORWARD | ACTION | DELETE |
|-------|----------|-------|-----------|---------|--------|--------|

### Illegal software use #order #No253

**Court attendance notification** to you    show details

Plaint_Note_06_01_2014_No7068.... (115 KB)

Pretrial notice,

Hereby we inform that you are obliged to come as a defendant
to The Court of Louisiana in February 18, 2014 at 10:30 a.m.
for the hearing of your case of illegal software use.
If necessary you have a right to obtain a lawyer for your protection.

You are kindly asked to have an identity document with you.
Personal appearance is compulsory.

Please find the plaint note with more detailed case information
attached to this letter and study it thoroughly.

Court clerk,
Lisa Smith



Sent from my iPhone

Begin forwarded message:

> **From:** Ella <Elane23@aol.com>
> **Date:** January 7, 2014, 4:39:47 PM EST
> **To:** Jeannette McCurnin <JMC@ahhelaw.com>
> **Subject: Fwd: Illegal software use #order #No253**
>
> Dear Ms. McCurnin
>
> I received the email below!
> What could be?
> Thank you.
>
> Elena Strujan
>
> Sent from my iPhone
>
> Begin forwarded message:
>
> > **From:** "Court attendance notification" <support.7@perkinscoie.com>
> > **Date:** January 6, 2014, 6:01:55 PM EST
> > **To:** <elane23@aol.com>
> > **Subject: Illegal software use #order #No253**
> >
> > Pretrial notice,
> >
> > Hereby we inform that you are obliged to come as a defendant
> > to The Court of Louisiana in February 18, 2014 at 10:30 a.m.
> > for the hearing of your case of illegal software use.
> > If necessary you have a right to obtain a lawyer for your protection.
> >
> > You are kindly asked to have an identity document with you.
> > Personal appearance is compulsory.
> >
> > Please find the plaint note with more detailed case information
> > attached to this letter and study it thoroughly.
> >
> > Court clerk,
> > Lisa Smith



*On the face*

## DEPARTMENT OF HOMELAND SECURITY
## United States Secret Service
## COUNTERFEIT NOTE REPORT

### INSTRUCTIONS TO BANK:

1. Prepare and submit one copy of this completed form with each suspected counterfeit note to your local SECRET SERVICE OFFICE.
2. If desired, an additional copy of this form should be prepared and retained for your records.
3. Unless advised otherwise, the suspect note submitted to the Secret Service should be considered counterfeit.
4. The Secret Service WILL NOT return a copy of this form.

| | |
|---|---|
| NAME OF BANK: **JPMorgan Chase Bank, N.A.** | DO NOT WRITE IN THIS SPACE |
| BANK ROUTING NUMBER: **021 000 021** | |
| POINT-OF-CONTACT: **CHRISTINA GUTIERREZ** | |
| POINT-OF-CONTACT'S E-MAIL: **christina.g.gutierrez@chase.com** | |
| POINT-OF-CONTACT'S TELEPHONE NUMBER: *(include area code)* **(718) 478-1503** | |
| POINT-OF-CONTACT'S FAX NUMBER: *(include area code)* **(718) 478-2517** | |
| MAILING ADDRESS OF BANK: (include ZIP Code) **37-70 82nd St, Jackson Hgts., NY 11372** | Classification Number _____ |

### IMPORTANT NOTICE

Bank tellers and persons surrendering the note should date and initial each counterfeit note one time with pen and ink in the border area of the note for identification. If the person surrendering the note knows from whom he/she received it, or has a description of the passer, or his/her auto, or any other information, TELEPHONE the local police department or Secret Service office IMMEDIATELY and hold the note. (The telephone number of the nearest Secret Service office may be found at www.secretservice.gov.) Otherwise, if no information is available, please mail the note to the Secret Service local office on the day it is received.

### DESCRIPTION OF COUNTERFEIT NOTE OR RAISED NOTE (for raised note give serial number only)

| DENOMINATION | FEDERAL RESERVE BANK *(Series 1996 - Letter/Number)* | | CHECK LETTER/QUADRANT NO. |
|---|---|---|---|
| 50.00 | C2 | | D4 |

| CHECK LETTER/FACE PLATE NO. | BACK PLATE NO. | SERIES | SERIAL NUMBER |
|---|---|---|---|
| C4 | 3 | 2006 | ID17017523A |

### COUNTERFEIT NOTE RECEIVED FROM

| | |
|---|---|
| NAME OF INDIVIDUAL / BUSINESS **ELENA STRUJAN** | DATE OF ACTIVITY OR DEPOSIT **12/19/2013** |
| HOME ADDRESS *(OR BUSINESS LOCATION WHERE COUNTERFEIT WAS PASSED)* **420 E 62ND ST** **NEW YORK, NY 10065-8304** **United States/US territories** | HOME PHONE *(with Area Code)* |
| | BUSINESS PHONE *(with Area Code)* |
| NAME OF PERSON SURRENDERING AND INITIALING NOTE **ELENA STRUJAN** | NAME OF TELLER RECEIVING AND INITIALING NOTE **CHRISTINA GUTIERREZ** |

### INFORMATION ABOUT COUNTERFEIT NOTE

| | | |
|---|---|---|
| DOES THE CUSTOMER HAVE ANY INFORMATION AS TO THE SOURCE OF THE COUNTERFEIT? | ☑ Yes | ☐ No |
| WAS THERE ANY SUSPICIOUS ACTIVITY? | ☐ Yes | ☑ No |
| IS THIS A NON - CUSTOMER? | ☐ Yes | ☑ No |

REMARKS:
**Client received the counterfeit bill from Mr. Sergei Chepirko, Tel #347-729-6682.**



states that "...the chapter [Chapter

Page 1 of 1

From: ES <raphael.leonardo@yahoo.com>
To: Elena Sinujan <Elane23@aol.com>
Subject: Fwd: They broke my 2 Oxygen machines
Date: Sat, Jan 11, 2014 11:54 am

Sent from my iPhone

Begin forwarded message:

From: ES <raphael.leonardo@yahoo.com>
Date: April 11, 2012 6:38:25 AM EDT
To: Nels Langsten <nklangsten@gmail.com>
Subject: They broke my 2 Oxygen machines

THE ABOVE. THE LAW PEOPLE AND
INSTITUTION "STOLE THE BATTERY AT MY
OXYGEN MACHINE, AND DESTROYED IT.
ONLY TO TORT ME, TO ABUSE ME!



A-5/21

Sent from my iPhone

Begin forwarded message:

**From:** Elena Strujan <raphaelleonardo@yahoo.com>
**Date:** February 16, 2013, 8:50:27 PM EST
**To:** Elena Strujan <victorialipany@gmail.com>
**Subject: 181/82 last night!**

The criminals does not stop!

*DURING THE NIIGHT I WAS MANY TIMES POISONED BY "ABOVE THE LAW PEOPLE AND INSTITUTION," AND DEFENDANT MERCK IS NOT A STRANGER IN THE VIDEO AT MY MOTION FOR TRIAL DE NOVO, TELLS A LOT.*



Sent from my iPhone

*A - 6/21*

201 E. 21st St., Suite 1H.
New York, NY 10010
Tel. (212) 532-0011 Fax (212) 532-9899

Referral Report

*After 6 months.*

ELENA STROUTAW

DATE: 12. 14. 11

Dear Dr. MEDICAL RECORDS NY PRESBYTERY.

Please release all
medical record regarding
admin # 6.1 to 6.26.11
I have to continue medical
treatment and can.
Release records on
my attention.

Thank you

**SERBAN I. COCIOBA, M.D.**
INTERNAL & GENERAL MEDICINE
201 E. 21ST ST. SUITE 1H
NEW YORK, NY 10010
TEL. 212-532-0011  FAX. 212-532-9899

EVEN MY PRIMARY CARE DOCTOR
COULD NOT HAVE A COPY OF MY TWO
ARRIVALS AT EMERGENCY ROOM POISONED
WITH CARBON MONOXIDE AND TOXIC GASES ON
JUNE 2011. HERE HIS REQUES FROM 12/14/2011

A - 7/21



Nicole S Jones
Customer Service Representative
TD Bank
America's Most Convenient Bank
1691 Third Avenue
New York, NY 10065
T: 212-753-2467 F: 212-753-2484
nicole.s.jones@td.com

Elena Strujan
P.O Box 20632
New York, NY 10021
646-234-2421

10/20/2012

TD Bank Supervisor

Dear Sir / Madame

I borrow money to buy this safe deposit box (#251) at your bank because my actual environment it is totally unsecure for legal documents.

I was sceptic after my sad experience with your bank in 2004 in 79 Street and Second Avenue, but in special conjuncture I decided to trust your bank again.

Unfortunatelly, disapeared from my safe deposit box (251), documents (legal) with Merck company and related to another law suit.

In this context, I close voluntary my safe deposit box, and I remain totaly disapointed with your secure service.

Sincerely

Elena Strujan

P/- Give extend.

FAXED
9/19/2011

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

FAXED
11/2/2011

September 19, 2011

FAX
12/7/2

Jennifer L. De Luca
Vice President Branch Manager
1180 2nd Avenue
New York, NY 10065

FAX
1/4/20

79 days
107 days

Dear Ms. De Luca

On August 17, 2011, I submitted an Complaint regarding my safe deposit box. I resubmitted it on Augu
22, 2011. I would like to have an answer at my complaint. Anticipate thank you.
Sincerely,

137.

FAXED
2/2/2012

Elena Strujan
Graduate of University of Zootecny and Veterinary Med.
Farm Animals-Iasi Romania
Certified Paralegal

166 days

FAXE
3/3/201

PS: Sent by fax.

A - 10/21



ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

August 17, 2011

Christine Sweeney
Branch Manager
Capital One, N.A.
1512 Second Avenue
New York, NY 10075

Dear Ms. Sweeney

On June 24, 2011 ( See Attachment),  I did a writing complaint regarding the violation of
my safe deposit in your branch. It is already 54 days,  and I do not have an answer from
you , or an explanation regarding this insidious incident. I want to know what happened,
and who stole important evidences for court.

I hope you and legal department will take seriously my complaint.

I thank you in advance for your cooperation herein. Sincerely,

Elena Strujan
Graduate of University of Zoothecny and Vet.  Medicine
Farm Animals, Iasi-Romania
Certified Paralegal

PS: Sent by fax.

*9/26/2012*
*'ease answer at my*
*mplaint, and transfer*
*l/my refills at budne*
*eade (212)879-8990*
*nık you. Elena Strujan*

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

August 5 2012

*8/20/2012*
*please use the TMESYS*
*card only for medicine*
*related to my PTSD*
*(Lunesta, Walbutrin, Cloona*
*Lypam).*
*please fix the payments*
*Thank you*
*Elena Strujan*

**FAXED** 8/20/2012
**FAXED** 9/26/2012
**FAXED** 10/29/2012

Pharmacist Simon
Amazon Pharmacy
43-10 Queens Blvd.
Sunnyside, NY 11104

Dear Mr. Pharmacist

I want to bring to your attention a totally unprofessional act done to me many times by your
Russian Pharmacist Ilea (?) in charge. The most recent malpractice and abuse was on August 2,
2012 when I was in the street in my way to Library, and I started to have severe chest pain.
Unfortunately, I can not have with me with Nitroglycerine. I called the pharmacy, and I spoke with
the Pharmacist regarding my refill for Nitroglycerin. He told me he checked in computer I do not
have anymore . I came after a few minutes in pharmacy and I asked to check one more time
because I knew I have. He checked and told me again I do not have any refills.

I came home, I checked my evidences ( See below) , and actually I still have a refill. The next day I
came with a new prescription from DR. Goldovschi, and I informed you about his abuse.

I had a sad experience when in Manhattan a Pharmacist deleted in 2004 my entire history *with*
medicine Vioxx and Celebrex. Definitely, that Pharmacist was paid by somebody. Since *your*
pharmacist sabotaged my health illegally and without scruples, possible to be paid by somebody, *I*
*must to resume your service.*
I would like to *know (ES)* why worker could afford such illegal acts?
Your promptly answer will be appreciate. Anticipate thank you.

**FAXED** 9/10/2012

Respectfully,

*Elena Strujan*

Elena Strujan
Graduate of University of Zoot. and Vet. Medicine
Farm Animals-Romania
Certified Paralegal

PS: Sent by fax.
*8/5/12*

**FAXED** 11/20/2012

[Notary stamp: SALWA SALEM / NOTARY PUBLIC / Comm. Exp. 6/20/2015 / Comm. No. 01SA... / KINGS COUNTY STATE OF NEW YORK]

*A-12/2/*

[Rite Aid prescription label]
RITE AID
DBA RITE AID PHARMACY
45-02 43RD AVENUE
SUNNYSIDE, NY 11104
(718) 433-4931
DATE FILLED 06/28/2012
ORIG RX DATE 09/07/2011
STRUJAN, ELENA
(646) 234-2421
RPH HR2
APPLY ONE PATCH TO CHEST WALL
EACH DAY AS DIRECTED
Dist ALVOGEN INC   Mfr. ALVOGEN
Pr. COCIOBA, SERBAN I
(718) 476-5859
DISCARD AFTER 06/28/2013   QTY: 30
REFILL 1 TIMES UNTIL 09/06/2012

*P/2: 8/20/12 I am still waiting for an writing answer at my*
*letter done on 8/5/12.*

**FAXED** 10/17/2011

**FAXED** 11/14/2011

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10022
Phone : 646-234-2421

10/24/2011

PATIENT SERVICES
RECEIVED

October 18, 2011

DEC  5 2011
ADMINISTRATION

Received 10/18/11
Courtney Johnson 11/3/11
10:45A

Lorraine Baker-Senior Patient Services Administrator
New York-Presbyterian/ Weill Cornell
525 East 68 Street
New York, NY 10065
           and
Courtney Johnson-Williams-Clinical Coordinator
The New York Hospital Laboratories
New York-Presbyterian/ Weill Cornell
520 East 70 street
New York, NY 10021

PATIENT SERVICES
RECEIVED

OCT 18 2011
ADMINISTRATION

**FAXED** 10/24/201

Re: The "miraculously disappearance" of Elena Strujan's blood for test of CO

Dear Ms. Baker and Johnson-Williams

**FAXED** 12/13/2011

On August 23, 2011, Dr. Tapia give me a prescription to repeat the Carbon Monoxide (CO) Level ( Exhibit Pg. 1) at my decision. On October 11, 2011, I did not have any bad symptoms as usual for CO, but I decided to do the test for routine control. I gave the blood in your hospital.

On October 14, 2011, from Dr. Tapia's office, I was informed I must to repeat the CO test due hard to believe " **lab accident**". I came in hospital in October 14, 2011, where Ms. Johnson gave me a very ambiguous answer about what happened with my  llood for CO test. I gave blood again. My heath status was out of any CO symptoms on October 11 and October 14, 2011. Thanks God !!. Monday October 17, 2011, I asked the lab to fax the result at Dr. Tapia's office. It was faxed. In le s  alf hour the result disappeared from Dr. Tapia's office. I asked the lab to re fax. NOT SURPRISED! I ha  a totally false result 2.7%. TOTALLY UNTRUE !

Last year Dr. Hamisha Beltran, Hematology-Oncology at New York-Presbyterian/ Weill Cornell, prescribed me to repeat the blood test for CO. "Miraculously" the blood disappeared from the lab.,. I asked explanation about what happened, and I never received one. **This year again**.

Please I would like to know what happened with my blood test for CO last year and this year in your hospital. Your timely answer will be appreciated. Anticipate thank you.

*Elena Strujan*
Elena Strujan

**A-13/21**

I received one on 11/5/2011

PATIENT SERVICES
RECEIVED

NOV 3 2011
ADMINISTRATION

PS: 1. Sent by fax;
    2. Ms. Baker I did not received a promised form to amend my previous complaint.

PATIENT SERVICE
RECEIVED

NOV 30 2011
ADMINISTRATION

**FAXED** 11/21/2011
212-746-0800

**FAXED** 11/30/2011

PATIENT SERVICES
RECEIVED

NOV 14 2011
ADMINISTRATION

ELENA STRUJAN
P.O. Box 20632
New York, NY 20021



May 31, 2012

PATIENT ADVOCACY
Bellevue Hospital Center
462 First Avenue, New York, NY 10016

Dear Sir/ Madam

On May 19, 2012 I arrived at ER in your hospital being very sick. I was vomiting, I had High Blood Pressure, chest pain, terrible headache in frontal and occipital area.

I told to the doctors my heath problems, and my history of medicine taken. Additionally, I told them I consider I was poisoned with Carbon Monoxide (CO) and toxic gases, because many times I arrived at ER with the same symptoms and was found High Level of CO. For this I asked your doctors to repeat the test for CO.

A nurse man came and took blood from me. He came back and took another syringe "pretending " to be for the CO test. A nurse came and introduced in my IV some medicine. I asked polite to write down what she gave to me and she refused- she told me "it is for stop vomiting". I slept in a few minutes.

Around 10 AM , Dr. Dill wake me up and told me I must to go home. I told him I do not feel well, but he told me I must to go. I asked how are my analyses and what was done. He told me everything is OK. And the liver analyses are OK also. I asked a copy of my blood test and he refused . I insisted and he left totally irritated.

After a few minutes he came back together with the man who took blood from me and the nurse who gave me medicine. They was looking behind my bed, or below and found my blood collected around 7AM in a plastic bag and left.

After came back Dr. Dill very hostile and took blood again from me and dictated to me moved in recovery area  even I did not feel well at all.

When I left the hospital ( forced by Dr. Dill), I asked the nurse to give  me a copy of the medicine gave to me. He told me only the doctor can print, but he wrote what I received Zofran 4 mg, and Ketorolac 30 mg ( and God knows what something else). We went together at Dr. Dill who effectively, was abusive, unprofessional and refused to give me the history of medicine received in your hospital. Asking him why my blood was not sent to the lab in the morning, his answer was totally hostile " nurse error".









2

After a few days I came in hospital for my medical report. I was petrified how your doctors falsified the truth as:

1. They refused to take notes about my heath problems and medicine history even I informed them

2. They with bad intention did not sent my blood to the lab. because they are part of a orchestrate crime.

3. They falsify that they did me an EKG which was never done.

4. They administrate me , abusive, illegally Ketorolac, which was totally non indicated in my heath condition, and for their "pretending diagnosis " – "vomiting only".

In this context I would like to know:

A. Why I was treated totally unprofessional, discriminatory, and abusive in your hospital?
B. Why my blood was not sent to the lab in the morning?
C. Why Dr. Dill told me the tests was good since he did not have any results?
D. Why the blood was hidden under (or behind) the bed?
E. Why was administrate Ketorolac to me who I have angina, chest pain? For which reason ? To have a stroke?
F. Why I was discharged since I still had severe headache in occipital area and short breathing cumulate with extra systoles ?
G. Who deleted files from my Big External Hard Drive which I carry with me anytime and no one could have access except your people?
H. Why your doctors did not registered all symptoms which I had and I complained in lucid and pertinent way?
I. Who paid this people to harm me, to expose me, to abuse me?

I am waiting for your answer. Thank you in advance for your cooperation herein.

Sincerely,

Elena Strujan
Graduate of University of Zooth. And Veterinary Med.
Farm Animals
Certified Paralegal

A-16/21

FAXED 8/6/2012    FAXED 8/11/2012    FAXED 9/6/2012

PS: Sent by fax with confirmation    FAXED 9/19/2012    FAXED 9/17/2012

FAXED 9/26/2012    FAXED 10/12/2012    12/33

B 69— Subpoena duces tecum, blank court, with witness' stipulation to remain subject to attorney's call. 1-02

©2002 BY **Blumberg**Excelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

COUNTY OF *NEW YORK*                                       Index No. *406368/07*

*ELENA STRUJAN*

                                                  Plaintiff        Calendar No.

                    **against**                                  **JUDICIAL SUBPOENA**
*QAINBOW ACE HARDWARE*                                         **DUCES TECUM**
    *JOHN DOE*
                                                  Defendant

### The People of the State of New York

TO *OXFORD HEALTH PLAN*
    *48 MONROE TURNPIKE*
    *TRUMBULL, CT 06611*                                    GREETING:

**WE COMMAND YOU,** That all business and excuses being laid aside, you and each of you appear and attend before *HONORABLE JUDGE MARILYN SHAFER* at *SUPRIME COURT OF THE STATE OF NEW YORK* on the *7* day of *JANUARY*, *2009* at *9:30 AM* o'clock, in the *278 room*, noon, and at any recessed or adjourned date to give testimony in this action on the part of the

and that you bring with you, and produce at the time and place aforesaid, a certain

*All history of medicines paid by OXFORD HEALTH PLAN during period 1997 to 12/31/2001, under my name ELENA CHITOW (ID - 20069170), 533079501, 567272901 also all evidence regarding doctors' visits paid. My social security is 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.*

*All pharmacies records who provided me medicines covered by your insurance during 6/1/1997 to 12/31/2001.*

now in your custody, and all other deeds, evidences and writings, which you have in your custody or power, concerning the premises.

Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

**WITNESS,** Honorable                                         one of the
of said Court, at                          the          day of



A copy of this subpoena must
accompany all papers or other
items delivered to the court.

Attorney(s) for

Office and Post Office Address


RECEIVED
DEC 10 2008

HON. MARILYN SHAFER, JSC

B 69—   Subpoena duces tecum, blank court, with witness' stipulation
to remain subject in attorney's call, 1-02

©2002 BY Blumberg Excelsior, Inc., PUBLISHER, NYC 10013
www.blumberg.com

**COUNTY OF** *NEW YORK*

Index No. _____

*ELENA STRUMEN*

              Plaintiff

Calendar No.

**against**

**JUDICIAL SUBPOENA
DUCES TECUM**

*STEPHEN ROE SHANKLIRE
JOHN DOE*

              Defendant

## The People of the State of New York

TO *ASSAD A. LATTOUF*
*1 GARRET COURT*
*CLIFTON, NJ 07013*

            **GREETING:**

**WE COMMAND YOU,** That all business and excuses being laid aside, you and each of you appear and attend before *HONORABLE JUDGE MARILYN SHAFER* at *SUPREME COURT - THE STATE OF NEW YORK* at *9:30* o'clock, in the ____ noon, on the *18* day of *MARCH. 2009* at *9:30* o'clock, in the ____ noon, and at any recessed or adjourned date to give testimony in this action on the part of the

and that you bring with you, and produce at the time and place aforesaid, a certain

   — *Copy of your valid license for the year 2007-08 (a Pharmacist)*

   — *Affidavit why you refused to give me the street medicine Victoza and why you want me to leave city business.*

   — *Copy of MY medicine history from the Rainbow Ace Hardware for the year 2000-2008 will Pharmacist*

now in your custody, and all other deeds, evidences and writings, which you have in your custody, power, concerning the premises.

    **Failure to comply** with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

    **WITNESS,** Honorable ____ one of the of said Court, at ____ the *2* day of *Feb, 2009*

A copy of this subpoena must
accompany all papers or other
items delivered to the court.

Attorney(s) for

Office and Post Office Ad____

**Elena Strujan**
P.O. Box 20632
New York, NY 10021

September 26, 2013

Maurice Bodiford
Assistant Manager
FedEx Office
641 Lexington Avenue
54 Street
New York, NY 10022



## LETTER COMPLAINT AFFIDAVIT

Dear Mr. Bodiford

On September 23, 2013, I went at FedEx Office, 79 Street and Lexington Avenue for binding my Petition for writ of Certiorari for The Supreme Court of the United States of America (original and 11 copies). I was directed by that office to your office because they were very busy.

When I arrived in your FedEx Office Ms. Kristal Ramnath took my order, and asked Ms./ Tiffany Walker how long will take to serve me. She told around two hours. When I saw Ms. Walker, I recognized her because she did previously a binding for me, and make to disappear legal evidences ( as per my complaint dated 2011, and July15, 2013), I told her to pay attention because she did very bad job before.

I left the store, and when I came back she was replaced by Mr. Christopher Entzigmer. I asked him if she finessed something at my job, and to give me to check. He gave me her work, and again, she intentionally mixed the pages, put the medical reports with the blank pages, a mess ( a few example in Exhibit). I fixed the copies, and Mr. Entzigmer did her work again.

I would like to know why she did this. Did somebody pay her for her dirty job? Please answer. Thank you.

Sincerely,

*Elena Strujan*

Elena Strujan

*Cristina Gutierrez*

**CHRISTINA GUTIERREZ**
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN QUEENS COUNTY
REG. #01GU6239488
MY COMM. EXP. APRIL 04/18/2015

Subscribed and sworn before me on this
____ day of September, 20 13
State of New York
County of Queens.

A - 18/21

Sent from my iPhone

Begin forwarded message:

> **From:** ES <es2012ny@aol.com>
> **Date:** November 19, 2012, 2:24:11 PM EST
> **To:** "sdavis4929@aol.com" <sdavis4929@aol.com>
> **Subject: Fantom creditors?**
>
> Mr. Davis Stuwart
>
> You realy disapointed me how you handled my bankruptcy case created by
> my lawyers Mitchell Friedman and Bruce Teperman with their negligence and greed for
> money.
>
> I have to understand that you represented my corrupted lawyers interests who cared to loos
> the statute of limitation, to hurt me , to denigrate
> me.
>
> You created me a lot of problems . Why you add IRS as creditor ?
> The US Tax Court judge closed the case saying I never due somthing to IRS and the IRS
> never due something to me. This case was abusive opened by criminals in my name to
> denigrate me.
>
> Why you inflated the amount?
> Why you add Alegis Group? From when and where Alegis Group was my creditor? I called
> them and they told me we did not have any relationship.
>
> Why I paid you to make me problems?
> To protect  my enemies interests?
>
> Please answer. What are this strange creditors?
> Sincerely,
>
> Elena Strujan
>
> Sent from my iPhone



**ELENA STRUJAN**
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421



July 14, 2010

Ms. Diane Cullan
Quest Diagnostics

Dear Ms. Cullan

I would like to know what happened with my blood test took on July 6, 2010 at Quest Diagnostics center on Manhattan 76 Street.

1.　　The DR. Aivizi prescription for Carbon Monoxide was very clear and I took many times blood for Carbon Monoxide in that center.

2.　　Why the lad . Did a false result instead of Carbon Monoxide they tested for  Carbamazepine.

3.　　Monday, July 12, 2010, you called me to go to the same center to repeat the test( even is not  the same blood from July 6, 2010).

4.　　I arrived at center, the Phlebotomist called you, or somebody else who told her to accept me with the Dr. referral dated July 6, 2010.

5.　　That Phlebotomist tried to take blood and can not. I do not understand why? I requested another Phlebotomist ( Lana). She tried two times and can not . Why? After abusive she send me to another center for that test.

6.　　Finally, the first  Phlebotomist tried again, and was Ok. Why 4 stocks  for a simple blood test?

7.　　Tuesday, July 3, 2010, the lab called Dr. Aivazi office asking what kind of test must to be done? How is possible something like this?  For which reason was taken the blood? Could live the blood the center without indication for what test was collected?

8.　　What is going with my blood test for Carbon Monoxide? Why was falsified the first test. Why took 6 days to reschedule to repeat the test since the Carbon Monoxide goes out from blood in 3-4 hours if is not chronic intoxication?

I need a writing response. I thank you in advance for your cooperation herein. Sincerely,

*Elena Strujan*
Elena Strujan
Absolvent of University of Zooth. and Vet. Medicine
( Farm Animals) Iasi- Romania
HS Per Diem Teacher

A - 20/21

**ELENA STRUJAN**
P.O. Box 20632
New York, N.Y 10021
(646) 234-2421

August 7, 2013

APPLE FIFTH AVENUE
767 Fith Avenue, NY 10153

Attention Supervizer

Re: Premeditate act to delete informations and pictures.



Dear Sir and Madame

Today I called AT&T and I complained the strange situation ( same as before) that I had 6, 5GB , used under 1GB , and me I cannot take a picture, I can not back up the ~~icould~~ account, even I had 12GB free.



The AT&T Customer Service did an appointment at your store for 11:50AM. I came, and it took to TAF , RONNEY and David 2hours and 15 minutes to restore my Phone.  WHY?

- Why was saved my pass word at my emails?
- Why was deleted my picture ( I had 76 and now I have 3)?
- Why you deleted some emails?
- Why you do not answer at my complaint , sent many times for the same issue ?
- I sent you an email complaint today, and you asked  me when you can reach me at the phone. I replayed after 7 PM. Why you did not call?

YOU DID THIS ABUSIVE AND ILLEGAL ACTS BEFORE, AND FOR SURE YOU ARE PAID BY SOMEBODY TO MALFUNCTION MY PHONE AND TO COME IN YOUR STORE EXPECIALLY TO DELETE MY INFORMATION.

Please answer before I will take another step.
Thank you,
Sincerely,

*Elena Strujan*            8/9/2013
ELENA STRUJAN

*Apple Fifth Avenue*
*You gave me an "APPLE CANDY"*
*($50 to buy songs ?*
*Are you serious?   Elena Strujan*

PS: Sent by fax : Cover, Letter complaint, Letter Complaint dated July 5, 2013. Total 3 pages.

*8/9/2013 • Why was changed abusive and illegaly my Apple ID ?*
*• why was deleted all my songs (over 400) and left itronically only one "I have a dream" by ABBA ?*
*8/15/2013 • Why you DEACTIVATED MY VOICE MEMOS ?*

**Case Index 07-906 EEF-DEK**

# EXHIBIT B

# Pg. 1 to 6

**LUIS GLOCOWSKI,M.D.**
**49-02 QUEENS BLVD**
**WOODSIDE,NY 11377**
**(718) 424 4646**

November 18, 2011

**Re: STRUJAN, ELENA**

To Whom It May Concern:

Ms. Strujan is a patient under my care whose recent Brain MRI indicated multiple lacunar infarcts. Patient is advised tight bloodpressure control, statin and antiplatelet therapy to keep this condition under control. She is also advised to modify her dietary habits to reduce high cholesterol levels .

Truly,

Luis Glodowsk

Luis Glodowski Md
49-02 Queens Blvd
Woodside, NY 11377

*EXHIBIT B - Pg. 1.*

Nov 17 04 06:03p

**HEARTSHEALTH**
**205 east 16th street**
**NYC, NY 10003**
Phone 212 529 8686    Fax 212 529 9837

STRUJAN, ELENA (DOB: 3/23/1955  ID: 1055)                    Nov 16, 2004   Tue 2:18 PM

| | |
|---|---|
| CC | UPPER LEFT CHEST PAINS GOING TO THE NECK AND BACK |
| HPI | 49 YEAR OLD FEMALE REFERRED BY DR. ORIN SEEN ON 9/16/2004 10/15 AND 11/04. SHE COMPLAINS OF SEVERE LEFT UPPE CHEST PAIN RADIATING TO THE NECK AND BACK BROUGHT ON BY EXERTION AND STRESS. THIS HAS BEEN PRESENT SINCE LAST MAY. SHE ALSO CMPLAINS OF EXHAUSTIO AZND 10 LBS WEIGHT LOSS AND NIGHT SWEATS. |
| ROS | WEARS GLASSES HAS HEADACHES BAD TASTE IN MOUTH. CHST PAINS PALPITATIONSSHORTNESS OF BREATH SWELLING OF LEGS. LOS OF APPETITE. NAUSEA AND VOMITING FREQUENT URINATION. MUSCLE PAINS BACK PAINS. MDEMORY LOSS DEPRESSION NERVOUSNESS AND INSOMNIA.SKKN DRIER COLD INTOLERANCE. |
| PMH | C SECTION |
| | SURGERY RTIGHT KNEE PATELLA. |
| SH | DIVORCED. ONE CHILD AGE 25 |
| | MINIMAL ALCOHOL. NO TOBACCO OR RECREATIONAL DRUGS. |
| FH | FATHER DIED OF HEART DISEASE. MOTHER DIED OF A STROKE. |
| Allergies | NONE |
| Meds | EFFEXOR, AQMBIENS, IMETREX, DIAZEPAM, FOLATE/B12, ATENOLOL , |
| Vitals | T: 98 F  Wt: 170 Lbs  Ht: 65 in  BP: 120/80  P: 80  RR: 16   BMI: 28.35 |
| PE | ORIENTED X 3 COOPERATIVE.EENT NEG. THYROID MOT ENLARGED NPO CAROTID BRUIT. LUNGS CLERA TO P&A. HEART RSR NO TM ARRTHYMIA. ABDOMEN SOFT NO ORGANOMEGALY.EXTREMETIES NO EDEMA PULSES PALPABLE. NEURO INTACT. NO ADENOPATHY. |
| A/P | EKG WITHIN NORMAL LIMITS. ECHO SHOWED MILD MR,TR. LEFT ATRIUM WAS DILATED.  ROUTINE LABS WERE UNREMARKABLE. STRES TEST. ECG WITH EXERCISE SHOWED 1-2 MM DOWNWARD DEPRESSION. OF THE ST SEGMENTS. THE NUCLEAR POPRTION SHOWED MODERATE ANTERIOR WALL DEFECT WITH MINIMAL REVERSABILITY. BREAST ATTENUATION COULD NOT BE EXCLUDED. PATIENT HAS DEPRESSION AND ANXIETY AND IS UNDER TREATMENT FOR THIS. BECAUSE OF SEVERLY SEVERE EXERTIONAL SYMPTOMS AND THE STROGLY POSIVE EKG STRESS TEST FURTHER CLARIFICATION OF AN ANGIOGRAM IS RECCOMMENDED. |

CONTINUE ON ATENOLOL. ADD 81 MGM ENTERIC COATED ASPIRIN AND SUB LINGUAL NITROGLYCERINE AS INDICATED.

Coded: Not yet coded,                                        EMANUEL GOLDBERG, MD

AmazingCharts.com                                            Electronic Signature

**EXHIBIT B - Pg. 2**

# Follow-Up

| | | | |
|---|---|---|---|
| Patient: | Elena Strujan | EMRN: | 3570*70 |
| Encounter: | Nov 14 2011  1:30PM | | |

Right lower extremity demonstrates positive straight leg raise.
Left Lower extremity demonstrates positive straight leg raise.

## Assessment
1. Common Migraine (Without Aura) 346.10
2. Anxiety (Symptom) 300.00
3. Lumbar Canal Stenosis 724.02
4. Poisoning By Carbon Monoxide 986
5. Lumbar Radiculopathy 724.4

## Plan
### Lumbar Radiculopathy (724.4)
- Follow-up visit in 3 months Outpatient  Follow-up  Status: Active  Requested for: 14Nov2011

## Discussion/Summary
*The ischemic changes reported on the MRI brain from 7/2010 are very likely secondary to the high blood levels of carbon monoxide detected many times at that time (see attached reports), and prior use of Viox for knee arthritis and radicular pain. Amended By: Carasca, Andrei; 11/14/2011 11:38 AM EST*
*~~The ischemic changes reported on the MRI brain from 7/2010 are very likely secondary to the high blood levels of carbon monoxide detected many times at that time (see attached reports).~~ Amended By: Carasca, Andrei; 11/14/2011 11:01 AM EST*

## Signatures
Electronically signed by : Andrei Carasca, M.D.; Nov 14 2011 11:39AM (Author)

Andrei Carasca, M.D.
875 Fifth Avenue
New York, N.Y. 10065

EXHIBIT B - Pg 3

REPORT FORM

SERBAN I. COCIOBA M.D.
GENERAL AND INTERNAL MEDICINE

26 EAST 36TH STREET         TEL: (212) 532-0011
NEW YORK, NY 10016          FAX: (212) 532-9899

RE: STRUJAN ELENA                 AGE: _____

DATE: 11.19.04

Dear Dr. TO WHOM IT MAY CONCERN

Thank you for referring your patient. The following is a summary of essential findings.

HISTORY: PATIENT WITH CHRONIC BACK PAIN, LUMBAGO SCIATICA SINCE 1997.

APROXIMATIVE 3.2000 PATIENT

PHYSICAL FINDINGS: WAS STARTED ON VIOXX 25mg BID THAN 50mg BID. UNTIL SEPTEMBER 2004. WHEN WAS OUT OF MARKET.

DIAGNOSIS: PATIENT DEVELOPED CHEST PAIN, PALPITATION, FATIGUE, DEPRESSION. HAD A STRESS TEST AND MYOCARDIAL

TREATMENT OR DISPOSITION: PERFUSION TEST, SHOWING ISCHEMIC HEART. HER BLOOD PRESSURE IS FLUCTUATING 120/90 - 158/100 POOR CONTROLED MEDICALY.

REMARKS: ☐ NONE   ☐ MORE COMPLETE LETTER TO FOLLOW

☐ _____

☐ SEE ATTACHED DIAGRAM, X-RAY, ETC.

Signed _____

I BELIEV THAT HER CARDIAC CONDITION MAY BE SECONDARY TO VIOXX. SHE HAD NO PREVIOUS CARDIAC CONDITION IF NECESSARY CALL OUR CLINIC.

Lenox Hill Hospital MR8814

**Patient Results**

STRUJAN, ELENA      OPL-Raisler Testing Center    55y    F      Bernbaum, Melissa L
     CLS                         03-23-1955    5030463 / 101821681

07-03-2010 10:34      MRI Brain-w/o Contrast                                Results Received

LENOX HILL HOSPITAL
DEPARTMENT OF RADIOLOGY
Final

PATIENT:    STRUJAN,ELENA        PT TYPE:  OP
MR NO:      5030463          ACCT #:  101821681
DOB:       03/23/1955        HOSP SVC: PAR  CLI: PAR
ATTENDING PHYSICIAN:  MELISSA BERNBAUM ,MD
ORDERING PHYSICIAN:  MELISSA BERNBAUM ,MD
EXAM: 07/03/2010 1034    MR BRAIN W/O CONTRAST      CPT:70551

ADMIT DIAGNOSIS:
REASON:
FACE SPASM

INTERPRETATION:
MRI OF THE HEAD:

Clinical information: 55 y/o female, right facial spasm.  R/O brainstem
lesion.

Sagittal and axial T1 weighted images were obtained.  Axial FLAIR,
diffusion weighted and T2 weighted images were taken.  Coronal and sagittal
FLAIR images were taken.

The ventricles and subarachnoid spaces appear normal.  No intracranial
hemorrhage or mass is seen.

The diffusion weighted images do not show any hyperintense focus to
indicate an acute or subacute infarct.

On long TR images, there are several small hyperintense spots in the white
matter of both frontal lobes,  measuring from 2 mm in diameter to 3 x 6 mm
in size.  These are non specific findings and are the so-called UBOs
(unidentified bright objects), probably representing ischemic changes.  No
abnormal signal is seen in the brainstem.

The vascular structures are unremarkable.  No aneurysm or arteriovenous
malformation is seen.  The right vertebral artery is larger in caliber
compared to the left side and pursues a wandering course along the left CP
angle.  This is clinically insignificant.

The bony structures are unremarkable.  The sella turcica is normal in size
and the pituitary gland appears normal.  Both orbits appear normal.  The
paranasal sinuses are clear

IMPRESSION:

1. No intracranial hemorrhage, mass or acute/subacute infarct.

*Exhibit B - Pg. 5*

Lenox Hill Hospital MEETH
**Patient Results**

| AN, ELENA | OPL-Raisler Testing Center | 55y | F | | Bernbaum, Melissa L |
| CLS | 03-23-1955 | 5030463 / 101821681 | | | |
| -2010 10:34 | MRI Brain-w/o Contrast | | | | Results Received |

2. Several small UBOs in the white matter of both frontal lobes.

END OF IMPRESSION.

Reviewed by and Signed by 03714 Wen Yang MD: 7/5/2010 4:25 PM
DICTATED: 07/05/2010
WEN C. YANG ,MD      07/05/2010


ACC#: 4665MR10
LOCATION: RADIOLOGY PRIVATE AMBULAT
PAGE: 2

*Exhibit B-26*

# AFFIDAVIT OF SERVICE

State of New York, Country of _Queens_

I, _Elena Strujan_ being sworn, say: I am not a party to
the action, am over 18 years of age and reside at
_7910, 34th Avenue, Apt #6b, JH, NY 11372_.

On _1/16/2014_ I served the within _Plaintiff's Sur
Reply_

_✓_ **Service by Mail-** by posting a true copy thereof
enclosed in a post-paid wrapper, in an official depository
under the exclusive care and custody of the U.S. Postal
service within New York State, addressed to each of the
following persons at the last known address set forth after
each name;

_Dorothy H. Wimberley - 18807_
_Stone, Pigman, Walther Witman LLC_
_546 Corondelet Street, New Orleans Louisiana_
_70130_

**Sworn to before me on** _January 16, 2014_   _Elena Strujan_
                                        _ELENA STRUJAN_

ELENA STRUJAN - Plaintiff - Pro Se
P. O. BOX 20632
NEW YORK, NY 10021
646-234-2421

January 15, 2014

Re: Vioxx Prod Liability,    Index No: 07-906- EEF-DEK

Dear Sir/ Madame

I can not find enough words to say thank you for your incommensurable help and patience with all Pro Se who came in your court for justice matter.

Please help me to submit my Sur- Affidavit at my Notice of Motion to for Trial de Novo.

I thank you  in advance.

Respectfully submitted,

ELENA STRUJAN / Plaintiff - Pro Se