UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL  Case No.1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| Elena Strujan v. Merck  & Co.Inc | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| 07-906- EEF-DEK | * | KNOWLES |

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

**PERMISSION TO PLAINTIFF  TO FILE A   NOTICE OF
MOTION FOR  TRIAL DE NOVO FOR NEW EVIDENCES**

Notice is hereby given that   Plaintiff Elena Strujan, hereby affirms under penalty of
perjury that the following is true.

Always, I knew that Defendant  Merck in complicity with other " good people" who
filed lawsuits with forgeries in my name ( details in my Affidavit and Exhibits), and
poisoned me with Carbon Monoxide and toxic gases, stole legal evidences,  falsified my
file and the Court's evidences, corrupted   people and institutions to win the case, to fraud
the American Government who pay my bills so far, my living, and to ruin my health.

For all the  above, I pledge the Court and your Honor  to grand :

1.      My Motion for Trial de Novo, or in alternative  to apply **REX IPSA
LOQUITUR** , against Defendant Merck.

2.      To accept my new evidences because.

3.      To grant my complaint in full.

4.      To assess severe and appropriate sanctions in amount sufficient to punish this
Defendant Merck, for its conduct, and to set an example to discourage others
from similar conduct.

5.      And for such order which this court seems to be good and proper.

A.      The normal limit of justice have been exceeded in the Defendant  Merck's favor.

B.      The new evidence demonstrate that **Defendant Merck, and its accomplices
corrupted**:

1

**B-1.** My bankruptcy lawyer Davis Stuart who illegally refused to add my lawsuits in Schedule B, as potential asset, who inflated my amount due, and added 10 more creditors.

**B-2.** My doctor cardiologist who refused to give me my medical reports after heart surgery. Same with the cardiologist from North General Hospital. Also, Dr. Cocioba who added after his signature that the Vioxx could be the secondary effect of my heart problems.

**B-3.** The pharmacist who refused to give me the history with Vioxx , and ignored the Subpoena Duces Tecum signed by a Justice of the Supreme Court of New York.

**B-4.** The Oxford Insurances which also ignored the Subpoena Duces Tecum signed by a Justice of the Supreme Court of New York, to produce the evidence with payments done to Vioxx.

**B-5.** Corrupted the FedEx Office who mutilated my evidences during the binding process.

**B-6.** The TD Bank who made to disappear my copy of the appeal with Defendant Merck for the Fifth Circuit, my Delivery confirmation all. Simultaneously, even in the court couldn't find my appeal , and Defendant Merck refused to answer at my insistent request to send a copy of my appeal served to them , and to the Court.

**B-7.** The Apple store in Fifth Avenue, New York who abusively , and illegally deleted all my evidences from my I Cloud account ( 15GB), where I stored important evidences and pictures. Apple Store never gave me an explanation at their illegal acts to destroy legal evidences, but gave me a card with $50 to by some music because everything was deleted abusively.

**B-8.** The paid people by **Defendant Merck and his accomplices**, who during the night violated my privacy, and stole my evidence, falsified files in my computer and in memory cards which I used to carry permanently with me.

In this way the United States Courts of Appeals said on June 25, 2013:

| "..The court has entered judgment under FED.R. App.P.36. ( however, the opinion may contain typographical or printing errors which are subject to correction". |
|---|

I never have the chance to correct that "typographical or printing errors", and most fatal was that in the United States Courts of Appeals my Brief have been filed vandalized, and the clerk could not tell why.

I ask permission to provide to the Court a CD with two video- recorded invasions of privacy during the night in two different residences , by experienced people, and with high technology. The same people who poisoned my environment with Carbon Monoxide and toxic gases, abused me, and much more criminal acts.

C. Defendant Merck intimidated all my lawyers which I tried to hire in contingency. Your Honor said in Your Order dated October 15, 2012 :

> ***" ..Ms .Strujan has the ability to retain counsel to assert any worthy arguments she may have appeal"***

I never wanted to be pro se but I became a victim of many conflicts and greed interests where Defendant Merck surely on accomplice. There is a board policy or procedural issue that may affect the public interest (especially poor people who cannot afford to pay a lawyer).

I did not find a lawyer in contingency to fight with well-paid Merck's lawyers. I filed myself, and I opted for the Settlement Program who hid all my evidences.

**WHEREFORE,** I Plaintiff Pro Se, respectfully request Your Honor to grant in full my motion, or based on the new robust evidences respectfully, I pledge to apply **REX IPSA LOQUITUR** , against Defendant Merck.

Dated : January, 4, 2014
New York, N.Y.

VERONICA A. PEREZ
Notary Public, State of New York
No. 01PE6290642
My Commission Expires 10/07/2017

Respectfully submitted,

ELENA STRUJAN- Plaintiff Pro Se
Graduate of University of Zooth.
And Veterinary Medicine- Farm Animals
P.O. Box 20632
New York, NY 10021
(646)-234-2421

Cc: Defendant's Attorney.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx PRODUCTS LIABILITY LITIGATION | * * * * | MDL Case No.1657 SECTION L |
| Elena Strujan v. Merck & Co. Inc | * * | JUDGE FALLON |
| 07-906- EEF-DEK | * * | MAGISTRATE JUDGE KNOWLES |

TENDERED FOR FILING
JAN 10 2014
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**PLAINTIFF'S AFFDAVIT IN SUPPORT NOTICE OF MOTION FOR TRIAL DE NOVO**

Notice is hereby given that Plaintiff Elena Strujan, hereby affirms under penalty of perjury that the following are true.

I do these affidavit in support of my Notice of Motion for Trial de Novo in the above caption case for robust new evidence against Defendant Merck & Co. Inc . in civil conspiracy **Defendant Merck and his accomplices** corrupted people and institutions to win the case as:

1. Corrupted my Bankruptcy lawyer attorney Davis Stuart. I am a victim of Defendant Merck and his accomplices, who ignored and ignore the American Law, my Civil and Human Rights. In this way my bankruptcy lawyer Mr. Davis Stuart in conspiracy with Defendant Merck and his accomplices refused to add any lawsuit in Schedule " B" in Bankruptcy case, but did not hesitate to inflate the my due amount and to add 10 more creditors ( **EXHIBIT Pg. 1).** Mr. Davis Stuart refused to re-open the Bankruptcy case to add my lawsuits ( **EXHIBIT Pg. 2, 3),** <u>only to be in estoppell conform the scenario</u>. I did this myself, and the justice granted my motion ( **EXHIBIT Pg. 4**). Finally the Trustee in their Notice of Abandonment of Propriety dated 11/29/2012 ( **EXHIBIT Pg. 5- only first page),** dissolve all my estoppeles , inclusive with Defendant Merck. My Motion for reconsideration filed in legal time was denied by this court.

2. Corrupted my doctors cardiologist who refused to give me my medical reports after heart surgery ( **EXHIBIT Pg. 6, from many** ). The complaint correspondence with the North General Hospital's cardiologist who also refused to give me the medical reports are already totally stolen. Also, Dr. Cocioba falsified his medical report and added after his signature and stamp, illegally, and without my knowledge at Defendant's Merck's' mercy that " I believe that her cardiac condition may be secondary to Vioxx. She had no previous cardiac condition..." (**EXHIBIT Pg. 7**). Why not primary?

3. Corrupted the pharmacist at Rainbow Ace Hardware store who refused to give me the history with Vioxx , and ignored the Subpoena Duces Tecum signed by a Justice Merlyn Shafer of the Supreme Court of New York ( **EXHIBIT Pg. 8**).

4. Corrupted the Oxford Insurances which also ignored the Subpoena Duces Tecum signed by a Justice Merlyn Shafer of the Supreme Court of New York, to produce the evidenced with payments done to Vioxx ( **EXHIBIT Pg. 9**).

5. Corrupted the TD Bank who made to disappear my copy of the appeal with Defendant Merck for the Fifth Circuit, my Delivery confirmation ( **EXHIBIT Pg. 10, 11**) and more. Simultaneously, even in the court couldn't find my appeal , and Defendant Merck refused to answer at my insistent request to send a copy of my appeal served to them , and to the Court. My complaint against Td Bank on ( **EXHIBIT Pg. 12**).

6. Corrupted the FedEx Office who mutilated my evidences during the binding process for the United States Court of Appeal -Fifth Circuit, and for the my Petition for Writ of Certiorary for the Supreme Court of the United States of America. Effectively mutilated my petition. My complaint against Fed Ex office on ( **EXHIBIT Pg. 13. 14, 15, 16**).

7. Corrupted the Apple store in Fifth Avenue, New York who abusive , and illegally deleted all my evidences from my I Cloud account – 15 GB ( In February 2013 I bought 10 GB -( **EXHIBIT Pg. 17** )), where I stored important legal evidences and pictures. Apple Store never gave me an explanation ( **EXHIBIT Pg. 18, 19** ) at their illegal acts to destroy legal evidences, Instead gave me a card with $50 to by some music because even my songs were deleted.

8. Corrupted the paid people by **Defendant Merck and his accomplices**, who during the night violated my privacy, and stole my evidence, falsified files in my computer and in memory cards which I used to carry permanently with me.
In this way the United States Courts of Appeals said on 6/25/ 2013,( **EXHIBIT Pg. 20**):

> "..*The court has entered judgment under FED.R. App.P.36. ( however, the opinion may contain typographical or printing errors which are subject to correction*".

I never have the chance to correct that "typographical or printing errors", and most fatal was that in the United States Courts of Appeals my Brief has been filed vandalized, and the clerk could not tell why?

9. I ask permission to provide to the Court a CD ( **EXHIBIT Pg. 21 , 2 CD (( original and courtesy copy), sealed in front of Notary public** ) with two video- recorded invasions of privacy during the night in two different residences , by experienced people, and with high technology . The same people who poisoned my environment with Carbon Monoxide and toxic gases, abused me, and much more criminal acts.

10. Defendant Merck did not work alone to ruin my case. Defendant Merck was helped by his accomplices who filed lawsuits and life insurances with forgery in my name ( **EXHIBIT Pg. 26, 27, 28, 29** ), and who continued to poison me with Carbon Monoxide and toxic gases and corrupted the hospitals to hide the blood ( **EXHIBIT Pg. 30, 31, 32** ).

11. Also, intimidated all my lawyers which I tried to hire in contingency. Your Honor said in Your Order dated October 15, 2012 :

> ***" ..Ms .Strujan has the ability to retain counsel to assert any worthy arguments she may have appeal"***

I never wanted to be pro se but I became a victim of many conflicts and greed interests where Defendant Merck surely is accomplice. There is a board policy or procedural issue that may affect the public interest (especially poor people who cannot afford to pay a lawyer).

I did not find a lawyer in contingency to fight with well-paid Merck's lawyers. I tried but very soon all abandoned my case or refused. After, I begged in 2010 the Law Firm Oldfather to take my case . I signed the contact on June 2011. After a few months in September 26, 2011 this law firm abandoned my case, and directed me to contact the Robert Johnson the Pro Se Curator. A few efforts on **XHIBIT Pg. 22, 23, 24, 25).** I filed myself, and I opted for the settlement program who hid all my evidences and sabotaged my case. My complaint on ( **EXHIBIT Pg. 33**). Finally, I must to do everything alone.
The American Constitution allows the people to appeal and fight for justice.

12. THE FIRST PRESIDENT OF THE UNITED STATES OF AMERICA GEORGE WASHINGTON PROTECTED THE RIGHTS OF SELF REPRESENTATION. *"....the right of self-representation has been protected since the beginnings for Nation. Section 35 of the Judiciary Act of 1789, 1 Stat .73, 92 enacted by the First Congress and signed by President Washington one day before the Sixth Amendment was proposed, provided that in all the courts of United States, the parties may plead and manage their own causes personally* "Feretta v. California, 422 U.S. 806, 813( 1975).

**Because of the deliberate, unjustifiable, unethical, without integrity, and bad intentional nature ( criminal), of Defendant Merck , I Plaintiff Pro Se demand an award of punitive damages in amount to be determined at the trial.** Trial de Novo is a legal right to correct a legal error. *See D'Angelo*, 863 So. 2d at 314, [4] *See Neumann v. Brigman*, 475 So. 2d 1247, 1249 (Fla. 2d D.C.A.1985), ; *Wheeler v. Wheeler, Erwin & Fountain, P.A.*, 964 So. 2d 745, 749 (Fla. 1st D.C.A. 2007), *See Auto-Owners Ins. Co. v. Pozzi Window Co.*, 984 So. 2d 1241, 1246 (Fla. 2008).

I declare under penalty of perjury that all my affirmations are true and correct.

**WHEREFORE,** I Plaintiff Pro Se, respectfully request Your Honor to grant:

1. My Motion for Trial de Novo, or in alternative to apply **REX IPSA LOQUITUR**, against Defendant Merck.

2. To accept my new evidences because.

3. To grand my complaint in full.

4. To assess severe and appropriate sanctions in amount sufficient to punish these Defendant Merck, for their conducts, and to set an example to discourage others from similar conduct.

5. And for such order which this court seems to be good and proper.

I thank you in advance Your Honor for your kindness and patience with all Pro Se who came in Your Court for Justice matter having the truth and only the truth in their fight for justice.

Dated: January 4, 2014

Respectfully submitted,

ELENA STRUJAN- Plaintiff Pro Se
Graduate of University Zooth. And
Veterinary Medicine- Farm Animals

P.O. Box 20632

New York, NY 10021
646-234-2421

**VERONICA A. PEREZ**
**Notary Public, State of New York**
**No. 01PE6290642**
**My Commission Expires 10/07/2017**

Cc: Defendant's Attorney.

# EXHIBIT

Pg. 1 to 33 +

TABLE OF CONTENT

## TABLE OF CONTENT OF EXHIBITS

| Exhibit Pg. | Description |
|---|---|
| 1. | Attorney Davis Stuart illegal acts |
| 2, 3. | Correspondence with attorney David Stuart |
| 4. | Bankruptcy's Order to re-open the case. |
| 5. | The Trustee Notice of Abandonment |
| 6. | Letter to Dr. Goldberg. |
| 7. | Dr. Cocioba's medical report. |
| 8. | Subpoena Duces Tecum for the Pharmacist. |
| 9. | Subpoena Duces Tecum for the Oxford Insuran. |
| 10 | Delivery Confirmation of my appeal. |
| 11. | Merck ignore my letter for a copy of my appeal. |
| 12. | Complaint to TD Bank. |
| 13, 14, 15,16. | Complaint to FedEx Office. |
| 17, 18, 19. | Complaint to Apple Store. |
| 20. | Fifth Circuit Memorandum. |
| 21 | CD |
| 22, 23, 24, 25 | Only a few efforts to find a lawyer. |
| 26, 27, 28, 29 | Forgeries lawsuits and settlement in my name |
| 30, 31, 32 | Illegal acts done by Hospitals |
| 33. | Complaint against Settlement Program |

Not my creditor

P.O. BOX 730446
HOUSTON, TX 77274

T/C AMERICAN EXPRESS
P.O. BOX 297884
FORT LAUDERDALE, FL 33329-7884

T ASSOCIATES
201 W. GRAND AVENUE
ESCONDIDO, CA 92026

T/C CAPITAL ONE
P.O. BOX 85105
RICHMOND, VA 23285-5015

T/C CHASE
P.O. BOX 15919
WILMINGTON, DE 19850-5919

T/C CITIBANK
P.O. BOX 6500
SIOUX FALLS, SD 57117

T/C DISCOVER BANK
3311 MILL MEADOW DRIVE
HILLIARD, OH 43026

-Not my creditor

P.O. BOX 3330
OLATHE, KS 66063-3330

-Not my creditor

500 WEST MAIN STREET
SUITE 202
BABYLON, NY 11702-3035

T/C FIRST NATIONAL BANK OF OMAHA
P.O. BOX 3331
OMAHA, NE [illegible]

T/C FIRST USA
P.O. BOX [illegible]
WILMINGTON [illegible]

1/33

**From:** ES <es2012ny@aol.com>
**Date:** November 19, 2012, 2:24:11 PM EST
**To:** "sdavis4929@aol.com" <sdavis4929@aol.com>
**Subject:Fantom creditors?**

Mr. Davis Stuart

You really disappointed me how you handled my bankruptcy case created by
my lawyers Mitchell Friedman and Bruce Teperman with their negligence and greed for money.

I have to understand that you represented my corrupted lawyers interests who cared to loos the statute of
limitation, to hurt me , to denigrate
me.

You created me a lot of problems . Why you add IRS as creditor ?
The US Tax Court judge closed the case saying I never due something to IRS and the IRS never due
something to me. This case was abusive opened by criminals in my name to denigrate me.

Why you inflated the amount?
Why you add Alegis Group? From when and where Alegis Group was my creditor? I called them and they
told me we did not have any relationship.

Why I paid you to make me problems?
To protect  my enemies interests?

Please answer. What are this strange creditors?
Sincerely,

Elena Strujan

Sent from my iPhone

2/33

9/01/2011 8/28/2011

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

FAXED 7/7/2011
9/1/2011
FAXED 7/25/2011
11/9/2011

July 7 , 2011

Attorney Stuart Irwin Davis, Esq
2931 Westchester Avenue
Bronx, New York 10461

Dear Mr. Davis

Per our conversations before and also yesterday July 5, 2011, I lost the case with Teperman & Teperman because you did not mention my accident from 2003.

I do not understand why you did not mention, What I know is I did not hide it to you, I brought the bills which I had, and I did the best which I could.

Additionally, and definitely, I do not recognize the amount which was showed to me at my deposition. For this reason I asked you a copy of my file. I must to appeal the judge's decision, and I need from you help with any legal parameter regarding this matter, or an pertinent explanation why you did not mention ?

My ex lawyer lost the statute of limitation of my case , and pushed me intentionatelly to bankruptcy and years of pain , and now an inevitable surgery. All because I did not have competent lawyer, of doctors' medical malpractice with wrong diagnostics, I did not have an insurance, money.. ..

I do not believe you had any interest in my ex lawyer intentionatelly negligence, and their defense with a " pretending my file " which I do not recognize.

Thank you.

Elena Strujan

Elena Strujan
Graduate of University of Zoothecny and Vet. Medicine
Iasi-Romania
Certified Paralegal

3/33

PS: Sent by fax.
PS: sent by fax (resend) on 8/28/2011 plus court decision.

Effective Date: November 29, 2012
Objection Date: November 28, 2012 at 4:30pm

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

ELENA STRUJAN,

Debtor.

Chapter 7

Case No. 05-48478 ([illegible])

NOTICE OF ABANDONMENT OF PROPERTY

TO ALL CREDITORS, THE DEBTOR, AND OTHER INTERESTED PARTIES:

**PLEASE TAKE NOTICE** that effective November 29, 2012 (the "Abandonment Date"), Ian J. Gazes, Chapter 7 Trustee (the "Trustee") of the above captioned bankruptcy case of Elena Strujan (the "Debtor"), will be deemed to have abandoned to the Debtor, pursuant to 11 U.S.C. §554(a) and Fed. R. Bankr. P. 6007, the following property:

> All of the Trustee's right, title and interest, if any, in each of the proceedings set forth on the Debtor's Amended Schedule "B" (the "Proceedings").

The Trustee has investigated the potential value of the Proceedings and has determined that the Proceedings (a) relate to acts or omissions occurring after the Debtor's petition date, (b) have been disposed in favor of the named defendant, and/or (c) are of inconsequential value to the estate. Except as stated herein, the Trustee's reserves any and all rights, including the right of the Trustee to move to revoke the Debtor's discharge pursuant to section 727(d) of the Bankruptcy Code.

**PLEASE TAKE FURTHER NOTICE** that should you object to the abandonment of the Property as set forth above, your objection must (i) be made in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules, (iii) set forth the identity of the objector and the legal and factual basis for the Objection, and (iv) be (a) electronically filed with the Bankruptcy Court at www.nysb.uscourts.gov by registered users of the Bankruptcy Court's case filing system and, by all other parties in interest, by submitting to the Clerk of the Bankruptcy Court at The United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 the response on a 3.5 inch disk, preferably

FAXED 8/22/2010 at 212-529-8931

**ELENA STRUJAN**
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

FAXED 8/22/2010 at 212-473-8487 Grand Mere Cardiac.

FAXED 8/30/2010

August 22, 2010

Dr. Emmanuel Goldberg
205 East, 16 Street
New York, NY 10003

Dear Dr. Goldber

I was your patient for many years under my name Elena Chitoiu ( Strujan). On 2005, you decided due my acute heart problems, to have catheterization. After surgery, I tried for many times to obtain a copy of your progressive medical reports and **YOU REFUSED ME CONSTANTLY,** even it is against the law.

If you did or do not have " special interest " to keep hid my medical record regarding my heart history under your care , please provide me a copy. It is my legal right to have it, and your opposition is against the law and you sabotage my right.

I am waiting for your answer before I will take another steps. You are the only doctor who refused me to provide my medical report history.

I hope in your cooperation herein.

Anticipate Thank you.

Sincerely,

Elena Strujan ( Chitoiu)

Absolvent of University of Zooth. & Veterinary Medicine
( Farm Animals)- Iasi Romania
Certified HS Per Diem Teacher
Certified Para Legal

PS: Send by fax.

6/33

2

## REPORT FORM

SERBAN I. COCIOBA M.D.
GENERAL AND INTERNAL MEDICINE

26 EAST 36TH STREET
NEW YORK, NY 10016

TEL: (212) 532-0011
FAX: (212) 532-9899

RE: STRUJAN ELENA AGE: ______

DATE: 11.19.04

Dear Dr. TO WHOM IT MAY CONCERN

Thank you for referring your patient. The following is a summary of essential findings.

HISTORY: PATIENT WITH CHRONIC BACK PAIN, LUMBAGO SCIATICA SINCE 1997.
APROXIMATIVE 3. 2000 PATIENT

PHYSICAL FINDINGS: WAS STARTED ON VIOXX 25mg BID, THAN 50mg BID. UNTIL SEPTEMBER 2004. WHEN WAS OUT OF MARKET.

DIAGNOSIS:
PATIENT DEVELOPED CHEST PAIN, PALPITATION, FATIGUE, DEPRESSION
HAD A STRESS TEST AND MYOCARDIAC

TREATMENT OR DISPOSITION: PERFUSION TEST, SHOWING ISCHEMIC HEART. HER BLOOD PRESSURE IS FLUCTUATING 120/90 - 158/100 POOR CONTROLED MEDICALLY.

REMARKS: ☐ NONE ☐ MORE COMPLETE LETTER TO FOLLOW

☐ ______

☐ SEE ATTACHED DIAGRAM, X-RAY, ETC.

Signed [signature]

SERBAN I. COCIOBA M.D.
GENERAL AND INTERNAL MEDICINE
NEW YORK, NY 10016
212-532-0011

I BELIEVE THAT HER CARDIAC CONDITION MAY BE SECONDARY TO VIOXX.
SHE HAD NO PREVIOUS CARDIAC CONDITION.
IF NECESSARY CALL OUR CLINIC.

7/33

B 69— Subpoena duces tecum, blank court, with witness, attendance in rem subject to after call.
©2002 by BlumbergExcelsior, Inc., Publisher, NYC 10013 www.blumberg.com

COUNTY OF NEW YORK

Index No. 406368/07

ELENA STRUJAN

Plaintiff

against

RAINBOW ACE HARDWARE
JOHN DOE

Defendant

Calendar No.

JUDICIAL SUBPOENA DUCES TECUM

The People of the State of New York

TO OXFORD HEALTH PLAN
48 MONROE TURNPIKE
TRUMBULL, CT 06611

GREETING:

WE COMMAND YOU, That all business and excuses being laid aside, you and each of you appear and attend before HONORABLE JUDGE MARILYN SHAFER at SUPREME COURT OF THE STATE OF NEW YORK centre street on the 7th day of JANUARY, 2009 at 9:30 AM o'clock, in the 278 room, noon, and at any recessed or adjourned date to give testimony in this action on the part of the

and that you bring with you, and produce at the time and place aforesaid, a certain

All history of medicines paid by OXFORD HEALTH PLAN during period 1997 to 12/31/2001, under my name ELENA CHITOIU (10-20069170), 53307950), 96727290). Also all evidence regarding doctors' visits paid. My social security is 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.

- All pharmacies records who provided me medicines covered by your insurance during 01/1997 to 12/31/2001.

now in your custody, and all other deeds, evidences and writings, which you have in your custody or power, concerning the premises.

Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.

WITNESS, Honorable one of the of said Court, at the day of

A copy of this subpoena must accompany all papers or other items delivered to the court.

Attorney(s) for

Office and Post Office Address

HON. MARILYN SHAFER, JSC

SO ORDERED

8/33

RECEIVED
DEC 10 2008
PART 3
SUPREME COURT - CIVIL

Blumbergs Law Products B 69— Subpoena duces tecum, blank court, with witness' stipulation to remain subject to attorney's call, 1-02

©2002 BY BlumbergExcelsior, Inc., PUBLISHER, NYC 1001 www.blumberg.co

COUNTY OF NEW YORK

Index No.

ELENA STRUJAN

Plaintiff

against

Calendar No.

JUDICIAL SUBPOENA DUCES TECUM

[illegible]

JOHN DOE

Defendant

**The People of the State of New York**

TO ASSAD A. LATTOUF
1 GARRET COURT
CLIFTON, NJ 07012

GREETING.

WE COMMAND YOU, That all business and excuses being laid aside, you and each of you appear and attend before HONORABLE JUDGE MARILYN SHAFER at SUPREME COURT OF THE STATE OF NEW YORK on the 18 day of March 2009 at [illegible] o'clock, in the [illegible] noon and at any recessed or adjourned date to give testimony in this action on the part of the

and that you bring with you, and produce at the time and place aforesaid, a certain

- Copy of your valid license for the years 2000 [illegible] as a pharmacist
- ~~Affidavit why you refused to give me the correct medicine history and why you~~ [illegible] me in front of customers.
- Copy of my medicine history from the Rainbow Pharmacy for the years 2000-2001 [illegible] were pharmacist

now in your custody, and all other deeds, evidences and writings, which you have in your custody power, concerning the premises.

*Failure to comply with this subpoena is punishable as a contempt of Court and shall make you liable to the person on whose behalf this subpoena was issued for a penalty not to exceed fifty dollars and all damages sustained by reason of your failure to comply.*

WITNESS, *Honorable* one of the of said Court, at the 2 day of Feb, 2009

A copy of this subpoena must accompany all papers or other items delivered to the court.

Attorney(s) for

Office and Post Office Address

9/83



U.S. POSTAGE PAID
LONG ISLAND CIT,NY
11104
AUG 08, 12
AMOUNT
$6.40
00069118-02
UNITED STATES POSTAL SERVICE
1006
70130
U.S. Court House
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA
70130
United States Postal Service®
ELIVERY CONFIRMATION™
0312 0860 0002 2396 3324
PRIORITY® MAIL
UNITED STATES POSTAL SERVICE
Visit us at usps.com
Label 107, January 2008
10/33

ELENA STRUJAN- plaintiff Pro Se
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

FAXED 10/11/2012

October 11, 2012

10/11/2012 FAXED

OFFICE OF CLERK
UNITED STATES DISTRICT OF COURT
EASTERN DISTRICT OF LOUISIANA

FAXED 10/17/2012 504-581-3361

Re: Elena Strujan v. Merck Shape & Dohme Corp.,
MDL Case No. 1657
2: 07-00906-EEF-DEK

Dear Mr./ Ms Clerk

Yesterday October 10, 2012 I spoke with Appellate Division regarding my appeal in the above case. My appeal and my Motion for form Pauperis, was sent in your court and filed on August 24, 2012 as Document ID 64083 ( See Attachment) .

The Appellate Davison told me to contact you to send my appeal in their court. I tried by phone but you are very busy. I beg you , please send my appeal to the Appellate Division.

I hard to find enough words to say thank you to people so kind as you. Infinite thank you for your precious time.

Respectfully submitted,,

Elena Strujan

Elena Strujan - Plaintiff Pro Se

PS: Sent by fax.

10/17/2012

Dear Mr. Clerk

My Notice of Appeal was filled on 8/24/2012 in Court under Document 64083-1 (Please see Exhibit 1) and was sent on August 8, 2012 (Exhibit Pg 2). My entire copy was stolen by interested person/institution from my pretending very safe place. The Motion for forma Pauperis was filed also on 8/24/2012 as Document 64083 (Please see Exhibit Pg 3). Thank you for your help.

Respectfully Elena Strujan

11/33

Nicole S Jones
Customer Service Representative
NMLS ID# [illegible]
TD Bank
America's Most Convenient Bank
TD Bank
1091 Third Avenue
New York, NY 10065
T: 212-753-2467 F: 212-753-2484
nicole.s.jones@td.com

Give cc. copy to Ms. Jones!

Elena Strujan
P. O. Box 20632
New York, NY 10021
646-234-2421

10/20/2012

TD Bank Supervisor

Dear Sir / Madame

I borrow money to buy this safe deposit box (#251) at your bank because my actual environment it is totally [illegible] for legal documents.

I was sceptic after my bad experience with your bank in 2007 in 79 Street and Second Avenue, but in special conjuncture I decided to trust your bank again.

Unfortunatelly, disapeared from my safe deposit box (251), documents (legal) with Merck Company and related to another law suit.

In this contest, I close voluntary my safe deposit box, and I remain totally disappointed with your secure service.

Sincerely

Elena [illegible]

12/33

P.S.: Give [illegible]

**Elena Strujan**
P.O. Box 20632
New York, NY 10021

September 26, 2013

Maurice Bodiford
Assistant Manager
FedEx Office
641 Lexington Avenue
54 Street
New York, NY 10022

FAXED 10/22/2013
FAXED 10/4/2013

FAXED 9/26/2013
212-572-9994 + [illegible]
FAXED 11/4/2013

**LETTER COMPLAINT AFFIDAVIT**

Dear Mr. Bodiford

On September 23, 2013, I went at FedEx Office, 79 Street and Lexington Avenue for binding my Petition for writ of Certiorari for The Supreme Court of the United States of America (original and 11 copies). I was directed by that office to your office because they were very busy.

When I arrived in your FedEx Office Ms. Kristal Ramnath took my order, and asked Ms./ Tiffany Walker how long will take to serve me. She told around two hours. When I saw Ms. Walker, I recognized her because she did previously a binding for me, and make to disappear legal evidences ( as per my complaint dated 2011, and July15, 2013), I told her to pay attention because she did very bad job before.

I left the store, and when I came back she was replaced by Mr. Christopher Entzigmer. I asked him if she finessed something at my job, and to give me to check. He gave me her work, and again, she intentionally mixed the pages, put the medical reports with the blank pages, a mess ( a few example in Exhibit). I fixed the copies, and Mr. Entzigmer did her work again.

I would like to know why she did this. Did somebody pay her for her dirty job? Please answer. Thank you.

Sincerely,

[signature]

Elena Strujan

13/33

[signature]

CHRISTINA GUTIERREZ
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN QUEENS COUNTY
REG. #01GU6239488
MY COMM. EXP. APRIL 04/18/2015

Subscribed and sworn to before me this 26 day of September 2013
State of New York
County of Queens.

FAXED 11/26/2013

ELENA STRUJAN
P.O. ox 20632
New York, NY 10021
646-234-2421

email: usa0876@fedex.com

July 15, 2013

FAXED 7/15/2013 212-572-9994

Fed Ex Office
641 Lexington Avenue
New York, NY 10022

Dear Sir/ Madame

I did a complaint in September 26, 2011 and another one on June 26, 2013 regarding forgery and missing legal documents from the folder gave to your staff for binding.

Please take seriously my complaint before I will take another steps.
Thank you.

Sincerely,

ELENA STRUJAN
Graduate of Zootechy and Veterinary Medicine

Letter to fedex office 9/26/11 6/26/13 "Affidavit"

FAXED 7/30/2013

PS: Sent by fax : Cover 1Pg., Letter1 Pg, Exhibits 3 Pages. Total= 5 pages

9/11/2013

14/133

FAXED 8/7/2013 212-572-9994 + email

FAXED 11/4/2013

FAXED 8/15/2013 + email

FAXED 8/26/2013 + email

FAXED 10/22/2013

FAXED 10/4/2013

FAXED 9/26/2013

ED STATES

F

G

H

ATED- Respondent

TIORARI TO THE

APPEAL

OUISIANA

TIORARI

FAXED 10/15/2013

ABUSIVE AND ILLEGALY THE CLERK OFFICE TOOK OF THE "S".

Pro Se

16/33

**ELENA STRUJAN**
P.O. Box 20632
New York, N.Y 10021
(646) 234-2421

July 5, 2013

**John O'Neill**
Manager
767 Fifth Avenue
New York, NY 10153

Dear Mr. O'Neill

I sent you a fax on June 26, 2013 where I complained that illegally and abusive was deleted my Photo stream and emails saved in ICloud.

Miraculously, the fax was stolen from my file. I sent you an email on June 30, 2013, and I asked you to send me a copy of my fax, and your solution at these abusive and illegal acts.

You never answered. Please take seriously my complaint because in I Cloud account where I bough in February 2013 more 10GB , I had very important legal information to use in court. Also maybe you can explain why your Apple forced me to " delete from everywhere " a chosen picture **( See Exhibit Pg. 1)**.??

It is imperative to recover that evidences from ICloud. Thank you for your cooperation herein.

Sincerely,

Elena Strujan
Graduate of Zootechny and Veterinary Medicine
Farm Animals.

PS: Sent by fax: Cover, Letter , Exhibit . Total 3 pages.

PS: 2 - Spoke on 7/4/2013 with Milo who took a message for Mr. O'Neill.

PS 3 (7/30/2013) - The evidences lost (photos + emails) are very important for me to be used in court.

**ELENA STRUJAN**
P.O. Box 20632
New York, N.Y 10021
(646) 234-2421

August 7, 2013

APPLE FIFTH AVENUE
767 Fith Avenue, NY 10153

Attention Supervizer

Re: Premeditate act to delete informations and pictures.

FAXED 8/9/2013 212-336-1445

Dear Sir and Madame

Today I called AT&T and I complained the strange situation ( same as before) that I had 6, 5GB , used under 1GB , and me I cannot take a picture, I can not back up the I could account even I had 12GB free.

The AT&T Customer Service did an appointment at your store for 11:50AM. I came, and it took to TAF, RONNEY and David 2hours and 15 minutes to restore my Phone. WHY?

- Why was saved my pass word at my emails?
- Why was deleted my picture ( I had 76 and now I have 3)?
- Why you deleted some emails?
- Why you do not answer at my complaint , sent many times for the same issue ?
- I sent you an email complaint today, and you asked me when you can reach me at the phone. I replayed after 7 PM. Why you did not call?

YOU DID THIS ABUSIVE AND ILLEGAL ACTS BEFORE, AND FOR SURE YOU ARE PAID BY SOMEBODY TO MALFUNCTION MY PHONE AND TO COME IN YOUR STORE EXPECIALLY TO DELETE MY INFORMATION.

FAXED 8/15/2013

Please answer before I will take another step.
Thank you,
Sincerely,
Elena Strujan
ELENA STRUJAN

8/9/2013 Apple Fifth Avenue
You gave me an "APPLE CARD" $ 50 to buy songs?
Are you serious?
Elena Strujan

FAXED 11/20/2013

18/33

PS: Sent by fax : Cover, Letter complaint, Letter Complaint dated July 5, 2013. Total 3 pages.

FAXED 9/11/2013

8/9/2013 • Why was changed abusive and illegaly my Apple ID?
• Why was deleted all my songs (over 400) and left ironically only one "I have a dream" by Abba?
Elena Strujan
8/15/2013 • Why you DESACTIVATED MY VOICE MEMOS?

Sent from my iPhone

Begin forwarded message:

> **From:** iCloud <no_reply@me.com>
> **Date:** February 24, 2013, 11:21:58 PM EST
> **To:** elane23@aol.com
> **Subject: Receipt for your iCloud storage plan**

Dear Elena Strujan,

This email confirms payment for the iCloud storage plan listed below. You will be billed each year until you cancel by downgrading to the free storage plan from your iOS device, Mac or PC.*

| | |
|---|---|
| **Apple ID:** | elane23@aol.com |
| **Date of Purchase:** | February 24, 2013 |
| **Next Payment:** | February 24, 2014 |
| **Payment Method:** | Visa •••• •••• •••• 6929 |
| **Item:** | 10 GB storage plan, billed annually |

**Subtotal:**

**Tax:**

**Total:**

* You may contact Apple for a full refund within 15 days of an initial upgrade purchase or within 45 days of a subsequent payment. Partial refunds are available where required by law.

19/33

# *United States Court of Appeals*

FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

June 25, 2013

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW
Regarding: Fifth Circuit Statement on Petitions for Rehearing or Rehearing En Banc

No. 12-31075, In Re: Vioxx Prod Liability
USDC No. 2:05-MD-1657
USDC No. 2:07-CV-906

---

Enclosed is a copy of the court's decision. The court has entered judgment under FED. R. APP. P. 36. (However, the opinion may yet contain typographical or printing errors which are subject to correction.)

FED. R. APP. P. 39 through 41, and 5TH CIR. RULES 35, 39, and 41 govern costs, rehearings, and mandates. **5TH CIR. RULES 35 and 40 require you to attach to your petition for panel rehearing or rehearing en banc an unmarked copy of the court's opinion or order.** Please read carefully the Internal Operating Procedures (IOP's) following FED. R. APP. P. 40 and 5TH CIR. R. 35 for a discussion of when a rehearing may be appropriate, the legal standards applied and sanctions which may be imposed if you make a nonmeritorious petition for rehearing en banc.

Direct Criminal Appeals. 5TH CIR. R. 41 provides that a motion for a stay of mandate under FED. R. APP. P. 41 will not be granted simply upon request. The petition must set forth good cause for a stay or clearly demonstrate that a substantial question will be presented to the Supreme Court. Otherwise, this court may deny the motion and issue the mandate immediately.

Pro Se Cases. If you were unsuccessful in the district court and/or on appeal, and are considering filing a petition for certiorari in the United States Supreme Court, you do not need to file a motion for stay of mandate under FED. R. APP. P. 41. The issuance of the mandate does not affect the time, or your right, to file with the Supreme Court.

The judgment entered provides that plaintiff-appellant pay to defendant-appellee the costs on appeal.

Sincerely,
LYLE W. CAYCE, Clerk

By: [signature]
Rhonda M. Flowers, Deputy Clerk

Enclosure(s)
Ms. Vilia B Hayes
Ms. Elena Strujan

20/33

EXHIBIT 21



## CONSENT

I, either as counsel of record for or *pro se* claimant in one of the remaining personal injury cases pending in Vioxx MDL #1657, hereby consent to the delivery to Ann B. Oldfather, of any court filings made by me on behalf of my clients, or by me on my own behalf, and, in addition thereto and/or in further description thereof, this specifically includes all plaintiff profile forms (original and as amended), all medical records in support thereof and all *Lone Pine* reports. Merck is relieved of any liability for honoring this request.

Elena Strujan
Signature

Date: 6/14/2011

Please print
Name: ELENA STRUJAN
Address: P.O. BOX 20632
NEW YORK, NY 10021
Phone Number: 646-234-2421

TENDERED FOR FILING

JAN 10 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

AFTER SIGNING AND DATING, PLEASE FAX,
SCAN AND EMAIL OR MAIL BACK TO US AT:

EMAIL: CMS@OLDFATHER.COM

or

FAX: (502) 637-3999

Or

MAIL: COLLEEN SHIELDS, PARALEGAL
OLDFATHER LAW FIRM
1330 SOUTH THIRD STREET
LOUISVILLE, KY 40208



Adams, Hoefer, Holwadel & Eldridge LLC

# NEW ORLEANS AREA
# PERSONAL INJURY ATTORNEYS

Frank J. D' Amico, Jr., APLC
622 Baronne St.
New Orleans, LA 70113
(504) 525-9522 (fax)
(504) 525-9561 (phone)

District Court
07-906

Harrell & Nowak, L.L.C.
650 Poydras St., Ste. 2107
New Orleans, LA 70130
(504) 528-3131 (fax)
(504) 522-7885 (phone)

12/15/2010

Law Offices of H. Edward Sherman
1010 Common Street, Suite 1750
New Orleans, LA 70112
(504) 587-7100

Connick & Connick LLC
2557 Metairie Road
Metairie, LA 70001
(504) 838-8777

Kanner & Whitley
701 Camp Street
New Orleans, LA 70130
(504) 524-5763 (fax)
(504) 524-5777 (phone)

Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113
(504) 561-6024 (fax)
(504) 581-4892 (phone)

Regina
message 12/15/2010.

Murray Law Firm
909 Poydras St., Ste. 2550
New Orleans, LA 70112
(504) 584-6249 (fax)
(504) 525-8100 (phone)

12/15/2010

District court
07-906

23/33

2500

Liska, Exnicios & Nungesser
6485 Jefferson Highway #B
New Orleans, LA 70123
(504) 737-3727 (phone)

Jones, Swanson, Huddleson & Garrison, LLC
601 Poydras St., Ste. 2655
New Orleans, LA 70130
(800) 998-6942 (toll free)
(504) 523-2500 (phone)
(504) 523-2508 (fax)

Lisa Rodwig 12/15/2010 ... că nu sună înapoi

Gertler Gertler Vincent & Plotkin
129 Carondelet St.
New Orleans, LA 70130
(504) 581-6411 (phone)
(877) 581-6411 (toll free)
(504) 581-6568 (fax)

Louis Gertler 12/15/2010 ... luat ...

Gainsburgh, Benjamin, David, Meunier & Warshauer
1100 Poydras Street, Suite 2800
New Orleans, LA 70163
(504) 522-2304

- merge

Jim S Hall & Associates, LLC
800 N. Causeway Blvd., Ste. 100
Metairie, LA 70002
(504) 832-1799 (fax)
(504) 832-3000 (phone)

- sună înapoi 12/16/10

Irpino Law Firm
365 Canal St., 22nd floor
New Orleans, LA 70130
(504) 525-1501 (fax)
(504) 525-1500 (phone)

- nu vrea

Smith Stag. L.L.C.
365 Canal St., Ste. 2850
New Orleans, LA 70130
(504) 593-9601 (fax)
(504) 593-9600 (phone)

- merg 12/16/10

24/33

Kahn Gauthier Swick
650 Poydras St., Ste. 2150
New Orleans, LA 70130
(504) 455-1498 (fax)
(504) 455-1400 (phone)

Gaudin and Longoria
858 Camp Street
New Orleans, LA 70130
(504) 529-8941 (fax)
(504) 524-7727 (phone)

David W. Oestreicher, II
307 Exchange Alley
New Orleans, LA 70130
(504) 529-7664 (fax)
(504) 529-7662 (phone)

Bruno & Bruno
855 Baronne St.
New Orleans, LA 70113
(800) 966-1335 (toll free)

Leger & Shaw
600 Carondelet St. 9th floor
New Orleans, LA 70130
(800) 523-5887 (toll free)
(504) 588-9980 (fax)
(504) 588-9043 (phone)

Vernon Thomas Law Firm
1524 N. Claiborne Ave
New Orleans, LA 70116
(504) 945-6910 (fax)
(504) 944-9703 (phone)

Simon, Peragine, Smith & Redfearn
1100 Poydras St., 30th floor
New Orleans, LA 70163
(504) 569-2999 (fax)
(504) 569-2030 (phone)

25/33

25

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF KINGS

---------------------------------------X

ELENA STRUJAN,

INDEX NO.: 25016/05

Plaintiff,

- against -

GLENCORD BUILDING CORP., GIUSTIZIA AGRESSIVO, LLC and CONSTANEE CINCOTTA,

Defendants.

---------------------------------------X

VERIFIED ANSWER and NOTICE TO TAKE DEPOSITION UPON ORAL EXAMINATION

Yours, etc.,

CURAN, AHLERS, FIDEN & NORRIS, L.L.P.
Attorneys for Defendant
420 Lexington Avenue, Suite 400
New York, New York 10170
(212) 986-9600

TO:

BOMPART & BOMPART, LLC
Attorney for Plaintiff
96-62 Queens Blvd.
Rego Park, NY 11374
(718) 997-7778

until November 2012 I DID NOT KNOW ABOUT FORGERY

26/33

FORGERY
LAWSUIT IN MY NAME

SUPREME COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK

ELENA STRUJAN,

Plaintiff,

-against-

CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.,

Defendant.

Index No.:
Date Purchased:
**SUMMONS**

11 107975

Plaintiff designates New York County as the place of trial.

The basis of venue is: Defendant's Place of Business

Defendant's place of business is: 4 Irving Place, New York, NY

To the above named Defendant:

**You are hereby summoned** to answer the complaint in this action, and to serve a copy of your answer, or, if the complaint is not served with this summons, to serve a notice of appearance on the Plaintiff's attorneys within twenty days after the service of this summons, exclusive of the day of service, where service is made by delivery upon you personally within the state, or, within 30 days after completion of service where service is made in any other manner. In case of your failure to appear or answer, judgment will be taken against you by default for the relief demanded in the complaint.

Dated: New York, NY
July 11, 2011

Defendant's Address:
Consolidated Edison Company of New York, Inc.
4 Irving Place
New York, New York 10003
-and-
NY Secretary of State
41 State Street
Albany, NY 12231

Elena Strujan
Elena Strujan, Pro Se
43-39 39th Place, #12
Queens, NY 11104

Not my signature
Elena Strujan

FILED
JUL 11 2011
COUNTY CLERK'S OFFICE
NEW YORK

FORGERY LAWSUIT IN MY NAME

27/33

Ms. ELENA STRUJAN (Chitoiu)
P. O. Box 20632
New York, NY 10021-0072

UNITED STATES TAX COURT
Washington, DC 20217

8/28/2012

Re: *Elena Chitoiu v. Commissioner of Internal Revenue*, *Docket No: 18134-05S*

Dear Sir/ Madame Clerk

**I NEVER FILLED IN COURT THIS CASE!**

I requested on August 20, 2012 to send me a copy of my file, and thank you I received it but incomplete. Please send me a copy of the initial Petition and who paid the fee, and also a copy of Stipulation.

I want to discover who did these illegal and criminal acts.

I thank you in advance for your collaboration herein.
Respectfully submitted,

Elena Strujan (Chitoiu)

Cc: IRS Criminal Investigation
110W, 44 Street
New York

Robert A. Baxer
Associate Area Counsel
33Mauden Lane
14th Floor
New York, NY 10038

8/26/2012 4:12:19 PM Sales Receipt # 461494
Store: 1
**UN POSTAL ADMINISTRATION**
UNITED NATIONS
New York, NY 10017
U.S.A.

Cashier: boulles

| DESCRIPTION | QTY | PRICE | EXT PRC |
|---|---|---|---|
| # 1501 ONE SINGLE 45 SPECIE | 1 | $0.45 | $0.45 |
| # 1501 ONE SINGLE 45 SPECIE | 1 | $0.45 | $0.45 |
| # 1501 ONE SINGLE 45 SPECIE | 1 | $0.45 | $0.45 |

3 item(s) Subtotal $1.35
TAXES 0.000 % Tax: + $0.00
RECEIPT TOTAL: $1.35

FORGERY

FORGERY LAWSUIT IN MY NAME

UNITED STATES POSTAL SERVICE

**CUSTOMER'S RECEIPT**

SEE BACK OF THIS RECEIPT FOR IMPORTANT CLAIM INFORMATION

NOT NEGOTIABLE

Pay to: United States Tax Court
Address: Washington, DC 20217
(for copies)

KEEP THIS RECEIPT FOR YOUR RECORDS

| Serial Number | Year, Month, Day | Post Office | Amount | Clerk |
|---|---|---|---|---|
| 20235555775 | 2012-09-21 | 100212 | $2.00 | 0050 |

28/33

FAXED 10/17/2011

10/24/2011

Received 10/18/11 Courtney Johnson 11/3/11 10:43A

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

October 18, 2011

PATIENT SERVICES RECEIVED OCT 19 2011 ADMINISTRATION

Lorraine Baker-Senior Patient Services Administrator
New York-Presbyterian/ Weill Cornell
525 East 68 Street
New York, NY 10065
and
Courtney Johnson-Williams-Clinical Coordinator
The New York Hospital Laboratories
New York-Presbyterian/ Weill Cornell
520 East 70 street
New York, NY 10021

FAXED 10/24/2011

Re: The "miraculously disappearance" of Elena Strujan's blood for test of CO

Dear Ms. Baker and Johnson-Williams

On August 23. 2011. Dr. Tapia give me a prescription to repeat the Carbon Monoxide (CO) Level ( Exhibit Pg. 1) at my decision. On October 11. 2011. I did not have any bad symptoms as usual for CO. but I decided to do the test for routine control. I gave the blood in your hospital.

On October 14. 2011. from Dr. Tapia's office, I was informed I must to repeat the CO test due hard to believe **" lab accident".** I came in hospital in October 14. 2011. where Ms. Johnson gave me a very ambiguous answer about what happened with my blood for CO test. I gave blood again. My heath status was out of any CO symptoms on October 11 and October 14, 2011. Thanks God !!.
Monday October 17. 2011. I asked the lab to fax the result at Dr. Tapia's office. It was faxed. In less half hour the result disappeared from Dr. Tapia's office. I asked the lab to re fax. NOT SURPRISED! I had a totally false result 2.7%. TOTALLY UNTRUE !

Last year Dr. Hamisha Beltran. Hematology-Oncology at New York-Presbyterian/ Weill Cornell, prescribed me to repeat the blood test for CO. "Miraculously" the blood disappeared from the lab... I asked explanation about what happened. and I never received one. **This year again.**

Please I would like to know what happened with my blood test for CO last year and this year in your hospital. Your timely answer will be appreciated. Anticipate thank you.

Elena Strujan

Elena Strujan

PS: 1. Sent by fax;
2. Ms. Baker I did not received a promised form to amend my previous complaint.

PATIENT SERVICES RECEIVED NOV 3 2011 ADMINISTRATION

30/33

ELENA STRUJAN
P.O. Box 20632
New York, NY 20021

May 31, 2012

PATIENT ADVOCACY
Bellevue Hospital Center
462 First Avenue, New York, NY 10016

Dear Sir/ Madam

On May 19, 2012 I arrived at ER in your hospital being very sick. I was vomiting, I had High Blood Pressure, chest pain, terrible headache in frontal and occipital area.

I told to the doctors my heath problems, and my history of medicine taken. Additionally, I told them I consider I was poisoned with Carbon Monoxide (CO) and toxic gases, because many times I arrived at ER with the same symptoms and was found High Level of CO. For this I asked your doctors to repeat the test for CO.

A nurse man came and took blood from me. He came back and took another syringe "pretending " to be for the CO test. A nurse came and introduced in my IV some medicine. I asked polite to write down what she gave to me and she refused- she told me "it is for stop vomiting". I slept in a few minutes.

Around 10 AM, Dr. Dill wake me up and told me I must to go home. I told him I do not feel well, but he told me I must to go. I asked how are my analyses and what was done He told me everything is OK. And the liver analyses are OK also. I asked a copy of my blood test and he refused . I insisted and he left totally irritated.

After a few minutes he came back together with the man who took blood from me and the nurse who gave me medicine. They was looking behind my bed, or below and found my blood collected around 7AM in a plastic bag and left.

After came back Dr. Dill very hostile and took blood again from me and dictated to me moved in recovery area even I did not feel well at all.

When I left the hospital ( forced by Dr. Dill), I asked the nurse to give me a copy of the medicine gave to me. He told me only the doctor can print, but he wrote what I received: Zofran 4 mg. and Ketorolac 30 mg ( and God knows what something else). We went together at Dr. Dill who effectively, was abusive, unprofessional and refused to give me the history of medicine received in your hospital. Asking him why my blood was not sent to the lab in the morning, his answer was totally hostile " nurse error".

11/33

After a few days I came in hospital for my medical report. I was petrified how your doctors falsified the truth as:

1. They refused to take notes about my heath problems and medicine history even I informed them

2. They with bad intention did not sent my blood to the lab. because they are part of a orchestrate crime.

3. They falsify that they did me an EKG which was never done.

4. They administrate me , abusive, illegally Ketorolac, which was totally non indicated in my heath condition, and for their "pretending diagnosis " – "vomiting only".

In this context I would like to know:

A. Why I was treated totally unprofessional, discriminatory, and abusive in your hospital?
B. Why my blood was not sent to the lab in the morning?
C. Why Dr. Dill told me the tests was good since he did not have any results?
D. Why the blood was hidden under (or behind) the bed?
E. Why was administrate Ketorolac to me who I have angina, chest pain? For which reason ? To have a stroke?
F. Why I was discharged since I still had severe headache in occipital area and short breathing cumulate with extra systoles ?
G. Who deleted files from my Big External Hard Drive which I carry with me anytime and no one could have access except your people?
H. Why your doctors did not registered all symptoms which I had and I complained in lucid and pertinent way?
I. Who paid this people to harm me, to expose me. to abuse me?

I am waiting for your answer. Thank you in advance for your cooperation herein.

Sincerely,

[signature]

Elena Strujan
Graduate of University of Zooth. And Veterinary Med.
Farm Animals
Certified Paralegal

FAXED 8/6/2012 FAXED 8/16/2012 FAXED 9/6/2012

PS: Sent by fax with confirmation FAXED 9/19/2012 FAXED 9/12/2012

FAXED 9/26/2012 10/12/2012

32/33

**ELENA STRUJAN**
Mailing Address:
P.O. Box 20632
New York, New York 10021
Phone: (646)-234-2421

August 12, 2009

**DIANN BATTES**
Pro Se Coordinator

Dear Ms. Bates

Yesterday August 11, 2009, I was very surprised when your assistant called me and told she can not see any evidence with Vioxx.

For this I submit again the old evidence (partially Exhibit 1 to 8). You already received the " future evidence".

Thank you for your coordination regarding this matter.

Sincerely,

Elena Strujan

PS: Sent by mail with Certified Mail.

33/33

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx PRODUCTS LIABILITY LITIGATION | * * * | MDL Case No.1657 SECTION L |
| * | | |
| Elena Strujan v. Merck & Co. Inc | * * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE |
| 07-906- EEF-DEK | * | KNOWLES |

**************************************************************************

## CERTIFICATE OF SERVICE

I, Elena Strujan, Plaintiff Pro Se do hereby certify that I have this day of January 4, 2014, I served a true and correct copy of the Notice of Motion for Trial de Novo, Affidavit and Exhibits , by mail, postage prepaid on the following counsel of record:

Counsel for Defendant:

Dorothy H. Wimberley, 18509
STONE PIGMAN WALTHER WITTMAN L. L. C.
546 Carondelet Street
New Orleans, Louisiana70130
Phone: 504-581-3200

TENDERED FOR FILING

JAN 10 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

So certified, this 4 day of December 2014

VERONICA A. PEREZ
Notary Public, State of New York
No. 01PE6290642
My Commission Expires 10/07/2017

Veronica Perez

Elena Strujan

Elena Strujan-Plaintiff- Appellant Pro Se
Mailing Address:
P. O. BOX 20632
NEW YORK, NY10021
Phone : 646-234-2421