UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

## NOTICE OF MANUAL ATTACHMENT

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

MDL

NO: 05-1657

SECTION: L (3)

**ATTACHMENTS TO DOCUMENT NO. 64815**

DESCRIPTION:  CD'S

FILED BY:  Elena Strujan

FILE DATE:  2/3/14

**ARE LOCATED IN THE CLERK'S OFFICE.**