UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE:          VIOXX                                    MDL DOCKET NO. 1657
PRODUCTS LIABILITY                                       SECTION L

LITIGATION                                               JUDGE FALLON
                                                         MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Singleton, Catherine H., et al V. Merck & Co. Inc.
2:09-cv-02413 EEF-DEK (Plaintiff Sandra Hammack,
on behalf of the Estate of Velma Dunn)

---

### PLAINTIFF'S MOTION FOR ADDITIONAL TIME TO RESPOND TO DEFENDANT'S REBUTTAL RESPONSE TO PLAINTIFF'S RESPONSE TO MERCK & CO'S MOTION FOR SUMMARY JUDGEMENT

Comes now Plaintiff Sandra Hammack, as the Administratrix of The Estate of Velma Dunn and files this her Motion for an additional seven days from February 3, 2014 within which to file a response to Defendant's rebuttal response to Plaintiff's Response to Merck & Co., Inc.'s Motion for Summary Judgement. And would show as reasons therefor the following:

1. That Counsel has numerous cases pending in various courts that he is working on; Further this case is a very complex case dealing with very complex issues.

2. That the motion is not filed for purpose of delay but so that justice may be done as well as in order to allow counsel to do further research;

3. Plaintiff/Respondent prays that a separate Memorandum of Law be waived in this instance.

WHEREFORE PREMISES CONSIDERED the Plaintiff moves this Honorable Court for an Order allowing the Plaintiff until Monday February 10, 2014 within to respond to the Rebuttal Response filed by Merck & Co., in response to Plaintiff's Response to the Motion For Summary Judgement filed by the Defendant, Merck & Co. Inc.

ahjputer-MotionForTime-V.Dunn

Respectfully submitted, this the **3**[rd] day of February, 2014.

/s/ Bennie L Jones, Jr

**BENNIE L JONES, JR**

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion for Additional Time to Respond To Defendant's Rebuttal Response to Plaintiff's Response to Motion For Summary Judgement filed by Defendant Merck & Co. Inc., has been served upon the following by the ecf filing system:

Hon. Phillip Wittman
Stone Pigman Walther & Wittman, LIC
546 Carondelet Street
New Orleans, LA 70130

Hon. Douglas R. Marvin
Williams & Connolly, LLP
725 Twelfth Street, NW
Washington, DC 20005

Hon. Ann B. Oldfather
Oldfather Law Firm
1330 S. Third Street
Louisville, KY 40208

Hon. Russ M. Herman
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, LA 70113

This the 3rd day of February, 2014.

/s/ Bennie L. Jones, Jr.
Bennie L. Jones, Jr.

ahjputer-MotionForTime-V.Dunn