UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED   FEB 3 - 2014
WILLIAM W. BLEVINS
CLERK

---

In Re: VIOXX PRODUCTS LIABILITY LITIGATION : MDL No. 1657

---

: SECTION L

SHERRILL HERKE, individually and on behalf of a
Proposed class of those similarly situated,

: JUDGE FALLON
: MAG. JUDGE

KNOWLES

                Plaintiffs,

v.       : No. 2:09-cv-07218

MERCK & CO., INCL.,

                Defendant.

---

### NOTICE OF APPEAL

Notice is hereby given that Class Member/Objector Geneva Meloy appeals to the United States Court of Appeals for the Fifth Circuit from the Final Order And Judgment Certifying The Class For Purposes Of Settlement, Approving Of Class Action Settlement, & Dismissing The Actions With Prejudice, entered on January 3, 2014 [D.E. 64784].

Respectfully Submitted,

s/Geneva Meloy
GENEVA MELOY
Class Member/Objevtor
Appearing Pro Se

TENDERED FOR FILING

FEB -3 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee 505
___ Process
_X_ Dktd
___ CtRmDep
___ Doc. No.

Geneva Meloy
1490 Arcadia Rd.
Kent, OH 44240

U.S. District Court
Eastern District of Louisiana
Clerks Office
500 Poydras St., Room C151
New Orleans, LA 70130