## IN THE UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| State of Utah, | * | SECTION L |
| | * | |
| Plaintiff, | * | JUDGE ELDON F. FALLON |
| | * | |
| vs. | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| Merck Sharp & Dohme Corp., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| | * | |
| | * | |
| Case No. 2:06-cv-09336 | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

## DEFENDANT'S MOTION TO COMPEL

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves for an order compelling Plaintiff to produce a representative, pursuant to Fed. R. Civ. P. 30(b)(6), to testify regarding two claim charts Plaintiff produced in discovery.

As set forth in the attached Memorandum, Plaintiff has failed to produce an informed 30(b)(6) deponent despite this Court's order compelling them to do so and drastically changed the 30(b)(6) witness testimony after-the-fact by wholesale errata sheet changes. Because Utah failed to produce a witness with knowledge regarding the documents and now refuses to produce a witness, Merck requests that the Court again compel Utah to produce a witness who can answer questions regarding these documents.

1

2

WHEREFORE, the Court should again issue an order compelling Plaintiff to designate a

representative to testify regarding the topics in Merck's 30(b)(6) deposition notice.

Dated: February 4, 2014

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:     504-581-3361

    Defendants' Liaison Counsel

1149757v1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the above and foregoing  **Defendant's Motion to Compel** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of February 2014.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1149757v1