IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
|    Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
|    State of Utah, | * | SECTION L |
| | * | |
|         Plaintiff, | * | JUDGE ELDON F. FALLON |
| | * | |
|    vs. | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
|    Merck Sharp & Dohme Corp., | * | |
| | * | |
|         Defendant. | * | |
| | * | |
| | * | |
| | * | |
|    Case No. 2:06-cv-09336 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## LOCAL RULE 37.1 CERTIFICATE

Pursuant to Local Rule 37.1, counsel for Defendant Merck Sharp & Dohme Corp. conferred by way of correspondence dated January 23rd with counsel for Plaintiff regarding the issues in dispute in Defendant's Motion to Compel for the purpose of amicably resolving the issues but was unable to do so as of this date. (*See* Exhibits O & P to Memorandum in Support of Motion to Compel.)

Dated: February 5, 2014

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Defendants' Liaison Counsel

Active 15064363.1

1

1149904v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Local Rule 37.1 Certificate** has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of February 2014.

       */s/ Dorothy H. Wimberly*
       Dorothy H. Wimberly, 18509
       STONE PIGMAN WALTHER WITTMANN L.L.C.
       546 Carondelet Street
       New Orleans, Louisiana  70130
       Phone:  504-581-3200
       Fax:     504-581-3361
       dwimberly@stonepigman.com

       Defendants' Liaison Counsel