# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>    **PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**    *Catherine H. Singleton, et al. v. Merck & Co. Inc.,*
**09-2413 (Sandra Hammack** *on behalf of* **the estate of Velma Dunn)**

## ORDER

Considering Plaintiff Sandra Hammack's motions for an extension of time to file a sur-reply (Rec. Docs. 64809, 64816), **IT IS ORDERED** that Ms. Hammack may file a sur-reply on or before February 14, 2014.

New Orleans, Louisiana, this 5th day of February, 2014.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE