UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>    **PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     *Maurice Robinson, et al. v. Merck & Co.*, 08-1406

## ORDER

The Court has been advised that all of the parties to the above-captioned action have firmly agreed upon a compromise.

**IT IS ORDERED** that the action be and it is hereby **DISMISSED** without costs and without prejudice to the right, upon good cause shown, to reopen the action or to seek summary judgment enforcing the compromise if settlement is not consummated within a reasonable time. The Court retains jurisdiction for all purposes, including enforcing the settlement agreement entered into by the parties. *Counsel are reminded* that if witnesses have been subpoenaed, *every witness* must be notified by counsel not to appear.

New Orleans, Louisiana, this 5th day of February, 2014.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE