RECEIVED
FEB 05 2014
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED  FEB 05 2014
WILLIAM W. BLEVINS
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

CHARLOTTE COSTLEY     CIVIL ACTION
Plaintiff

-VS-     No. 2:12-cv-01196

VIOXX PRODUCTS     L Mag Judge 3

<u>Motion to join MDL-1657</u>
<u>Vioxx Products Liability Litigation</u>

<u>PLAINTIFF'S ORIGINAL PETITION</u>

Dated: 02/03/2014

*Charlotte Costley*
Charlotte Costley
309 E Ross Avenue
Mart, Texas 76664
(254) 876-2180

Fes ___
Process ___
X Dktd ___
X CtRmDep ___
Doc No ___

Certificate of Service
I hereby certify that I have served

a copy of this document on all counsel to record either in person or by mailing it postage prepaid on this

03 day of February, 2014

_Charlotte Cooley_
signature

Case: 2:12-cv-01196

CHARLOTTE COSTLEY
Plaintiff
vs.
VIOXX PRODUCTS
Defendant

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
12-1196
"L" (3)

## PLAINTIFF'S ORIGINAL PETITION

TO THE HONORABLE JUDGE SAID COURT:

COMES NOW, CHARLOTTE COSTLEY, hereinafter called Plaintiff, complaining of VIOXX PRODUCTS, hereinafter called Defendant, and for cause of action would respectfully show unto the Court as follows:

### I.
Parties and Jurisdiction

Plaintiff is an individual residing in Mart, Texas.
Defendant, VIOXX PRODUCTS is an American product doing business in the State of Texas.

Page 1 of 5

## II.
## FACTS

Defendant, VIOXX PRODUCTS provides services in the drug industry. Plaintiff CHARLOTTE COSTLEY, was a customer of VIOXX PRODUCTS when she became ill sick and as a result suffered severe bodily injuries mentaly and physicaly. As Plaintiff was taking medicated by the VIOXX PRODUCTS she became ill now suffer with abnormal nerve stimulation and nerve pain associated with herpes zoster infection caused by vioxx products unexplained weight gain, fatigue these are especially bothersome.

## III.
### BASIS OF PLAINTIFF'S NEGLIGENCE CLAIM

At all times mentioned herein, Defendant owned, operated, maintained and conducted business in the state of Texas. By virtue of the operation of such business. Defendant has been at all times material to this action a drug services provider having the duty to exercise that standard

Page 2 of 5

of care which a cautious, competent and prudent person would use for the safety of its products under the same or similar circumstances.

## IV.
## NEGLIGENCE

The occurrence made the basis of this suit, referred to in Paragraph II, and the resulting injuries and damages were proximately caused by the negligent conduct of Defendant in one or more of the following respects:

1. In failing to inspect the products and make it safe.
2. Inadequate warning Labels on Dangerous Products New it was unsafe.
3. In failing to give reasonable notice as a person of ordinary prudence would have done under the same or similar circumstances.
4. In failing to cure the defective condition existing to avoid the incident.

Each of these acts or omissions, singularly or in combination with others, constituted negligence which proximately caused the occurrence made the basis of this action and Plaintiff's injuries and damages.

## V.
## DAMAGES

As a result of the negligence of the defendant, VIOXX PRODUCTS, Plaintiff CHARLOTTE COSTLEY suffered severe personal injuries causing Plaintiff to sustain bodily impairment. Plaintiff has experienced physical pain and mental anguish and will, in all reasonable probability, continue to do so in the future by reason of the nature of the severity of Plaintiff's injuries. Plaintiff has been damaged in the sum in excess of the minimal jurisdictional limits of this court and for which Plaintiff sues.

## VI. PRAYER

WHEREFORE, PREMISES CONSIDERED, Plaintiff, prays that the Defendant be cited to appear and after a full trial, Plaintiff have and recover actual damages herein all alleged, prejudgment interest, post judgment interest, exemplary damages against Defendant, costs of Court and such other and further relief to which she might show herself entitled to receive.

Your HONOR please have merce on me because I filed Pro Se" on ones own behalf.""" Self-represented litigants." I have no knowledge of Lawyer.

Page 5 of 5

