**BROWNGREER∥PLC**

# VIOXX CLAIMS ADMINISTRATOR

# COURT REPORT NO. 29

### July 27, 2010

BROWNGREER‖PLC

# <u>CONTENTS</u>

I.     Overview of the Settlement Agreement

II.    Goals of the Settlement Program

III.   Timely Processing and Payment: The Steps in the
       Settlement Program

        A.  Registration

        B.  Enrollment

        C.  Claims Package Submissions

        D.  Gate Review

        E.  Points Review

        F.  Payment of MI and IS Claims

        G.  Extraordinary Injury Claims

IV.   Conclusion

BROWNGREER ‖ PLC

# I. OVERVIEW OF THE SETTLEMENT AGREEMENT

**BROWNGREER ‖ PLC**

# SETTLEMENT AGREEMENT

| 1 | **Negotiated for approximately one year and signed on November 9, 2007.** |
|---|---|
| 2 | **In the following weeks, meetings held throughout the country to explain the Settlement Agreement to Plaintiff's Counsel.** |
| 3 | **Claims Administrator website and 1-800 number established by November 15, 2007, to facilitate answers to questions from Claimants and Primary Counsel.** |

4

**BROWNGREER‖PLC**

# VIOXX SETTLEMENT FUND

**MI FUND**
**$4,000,000,000**

**IS FUND**
**$850,000,000**

**BROWNGREER ‖ PLC**

# WHO WAS ELIGIBLE FOR THE PROGRAM?

**U.S. Citizen, Legal Resident, or physically located in the U.S. at the time of the Eligible Event;**

**and**

**Pending lawsuit or Tolling Agreement as of 11/9/07;**

**and**

**Suffered losses or damages allegedly as a result of an Eligible Event and meets the Duration and Proximity criteria .**

**Eligible**

6

BROWNGREER ‖ PLC

# PARTICIPANTS



**BROWNGREER ‖ PLC**

# IMPORTANT DEADLINES IN THE SETTLEMENT AGREEMENT



| Registration | Enrollment for Interim Payments | Claims Package Submission | MI Interim Payments | Last Date to Enroll | Final Claims Package Submission | IS Interim Payments |
|---|---|---|---|---|---|---|
| 1/15/08 | 2/29/08 | 7/1/08 | 8/08 | 11/30/08 | 12/30/08 | 2/09 |

BROWNGREER ‖ PLC

# II. GOALS OF THE VIOXX SETTLEMENT PROGRAM

BROWNGREER ‖ PLC

# GOALS OF THE SETTLEMENT PROGRAM

| 1 | **COMMUNICATION AND TRANSPARENCY** |
|---|---|
| **2** | **DUE PROCESS AND FAIRNESS** |
| **3** | **TIMELY PROCESSING AND PAYMENT** |

**BROWNGREER ‖ PLC**

# COMMUNICATION AND TRANSPARENCY

## 1. MONTHLY MDL STATUS CONFERENCES

    (a) Open to everyone in person and on phone

    (b) Presentations available on Claims Administrator Website

## 2. BROADCAST EMAILS FROM CLAIMS ADMINISTRATOR

    (a) Provided news and developments in the Vioxx Settlement

    (b) Alerted Firms to new information, approaching deadlines, instructions for submitting data

## 3. SECURE WEB PORTAL

    (a) Customized Web Access for Firms

    (b) Ability to view and monitor the status of each claim throughout the process, update and submit information 24/7

11

# BROWNGREER∥PLC

## BROWNGREER∥PLC - VIOXX SETTLEMENT

| |
|---|
| Home |
| News and Developments |
| Primary Counsel Profile |
| Upload Files |
| Download Files |
| Claimant Search |
| Enrollment |
| Overlap Claimants |
| Claims |
| Reports |
| FAQ |
| Sign Out |

## Claims Review Status and Notifications Sent by the Claims Administrator

This section allows you to determine the current claims review status of a single claimant or group of claimants through the claims review process. Use the search features described below to identify your claimant(s). You will see a display of the current status for the claimant and its corresponding date. By selecting the hyperlink on the specific VCN number, you will see a chronological history of all Events for that particular claimant. This page is where the Claims Administrator will post all notices involving the claims review process such as Claims Administrator Notice of Eligibility, Claims Administrator Notice of Ineligibility, Notice of Points Awards, Deficiency Notices, etc. You will be able to print a copy of these Notices for your records. They also will remain posted and will be accessible to you at any time.

To see the current claims statuses, execute one of the Search types below. Use Specific Claimant Search to search for Claimants by VCN or Last Name. To move to a portion of your Claimant list by alphabetical order, you may search by the first letter of a Last Name. For example, a search for "S" will take you to the first Last Name beginning with "S". Click Search All to display all your Claimants. Select a particular type of "Claims Status" if you want to see all VCNs that have that current claims review status. You can also search for a particular type of notice from the Claims Administrator and all VCNs with that current type of notice will display.

[ << Back to Claims ]

○ **Specific search**          ○ **Search All**

VCN : [          ]

Last Name : [          ]

Claims Status : [ CA Notice of Eligibility               ▾ ]   [ Search ]

**Search Results** : 2 Records

| VCN | Claimant | Status | Post Date |
|---|---|---|---|
| 1002781 | Test, Jean | CA Notice of Eligibility | 7/23/2008 |
| 1002534 | Tester, Sally | CA Notice of Eligibility | 2/1/2008 |

12

**BROWNGREER ‖ PLC**

# COMMUNICATION AND TRANSPARENCY

## 4. CLAIMS ADMINISTRATOR CONTACTS

    (a) Consistent point of contact, familiar with Primary Counsel's unique history

    (b) Special Pro Se Team to Communicate with Unrepresented Claimants

## 5. PRO SE CURATOR

    (a) Appointed by the Court

    (b) Available to discuss status of claim with all Unrepresented Claimants.

**BROWNGREER ‖ PLC**

# VIOXX PORTAL

**Allowed the CA to serve as a central repository and communication hub for Participants in Settlement Program.**



BROWNGREER ‖ PLC

# DUE PROCESS AND FAIRNESS

| 1 | **Multiple layers of review.** |
|---|---|
| 2 | **Notices of results posted on portal immediately or mailed to Pro Se Claimants.** |
| 3 | **Numerous opportunities to perfect claims submissions or submit additional documentation.** |
| 4 | **Reasonable extensions granted.** |

15

**BROWNGREER ‖ PLC**

**BROWNGREER ‖ PLC - VIOXX SETTLEMENT**

| Home |
| News and Developments |
| Primary Counsel Profile |
| Upload Files |
| Download Files |
| Claimant Search |
| Enrollment |
| Overlap Claimants |
| Claims |
| Reports |
| FAQ |
| Sign Out |

## RESPONSE TO NOTICE OF INELIGIBILITY

The Claims Administrator has determined that this claim fails one or more of the Gates and does not meet the Eligibility Requirements for the Settlement Program. You may choose one of the three options below within **14 calendar days** of your receipt of the *Claims Administrator Notice of Ineligibility*. If you do nothing within 14 days, this claim will be sent automatically to the Gate Committee.

[ << Back to Claimant Screen ]                    [ Print /View Report ]

**VCN:**                     1002780

**Claimant Name:**           Tester, Mary

---

**A. Required Action (Must select one)**

◉ 1. I have no additional information to provide to the Claims Administrator. Send this Claim to the Gate Committee.

○ 2. I need more time to gather additional information about my claim.

○ 3. I have completed gathering all additional information about my claim, and I am submitting the following new records and information to the Claims Administrator for consideration. (Use the Upload button below to submit the new information. Do **not** send materials previously submitted with the Claims Package.)

16

# BROWNGREER ‖ PLC

## BROWNGREER ‖ PLC - VIOXX SETTLEMENT

| Home |
| News and Developments |
| Primary Counsel Profile |
| Upload Files |
| Download Files |
| Claimant Search |
| Enrollment |
| Overlap Claimants |
| Claims |
| Reports |
| FAQ |
| Sign Out |

### Acceptance or Appeal of Points Award

| | |
|---|---|
| **Claimant Name:** | Tester, Catherine |
| **Law Firm:** | Test Law Firm of Maryland |
| **VCN:** | 1003011 |
| **Injury Type:** | MI |
| **Date of Event:** | 5/12/2004 |
| **First Confirmed Vioxx Use:** | 6/23/2001 |

[ << Back to Claimant Event Details ]   [ Print/View Notice ]

| Appeal | A. BASIS POINTS | | |
|---|---|---|---|
| ☑ | Injury Level | 3 | View |
| ☐ | Age at Event | 64 | Add |
| ☐ | Overall Duration | 0-2M | Add |

| Appeal | B. LABEL AND CONSISTENCY ADJUSTMENTS | | |
|---|---|---|---|
| ☐ | Label Adjustment | -15% | Add |
| ☐ | Consistency Adjustment | 0% | Add |

#### C. RISK FACTOR ADJUSTMENTS

| Appeal | Risk Factors | Finding | Adjustment | Cumulative Points | Comments |
|---|---|---|---|---|---|
| ☐ | Hypertension | Uncontrolled | 0.300 | 156.19 | Add |
| ☐ | Diabetes | Uncontrolled | 0.300 | 109.33 | Add |
| ☐ | Prior Diagnosed Vascular Disease | Carotid Stenosis | 0.100 | 98.40 | Add |
| ☐ | Smoking | Regular | 0.300 | 68.88 | Add |
| ☐ | Post-Eligible Event Smoking | Post-Eligible Event Smoking | 0.200 | 55.10 | Add |
| ☐ | Family History | Ambiguous | 0.150 | 46.84 | Add |

**Total Points:**    45.06

[ Submit ]

17

**BROWNGREER∥PLC**

# III. <u>TIMELY PROCESSING AND PAYMENT:</u>
# <u>THE STEPS IN THE SETTLEMENT PROGRAM</u>

| A | **Registration** |
|---|---|
| **B** | **Enrollment** |
| **C** | **Claims Package Submission** |
| **D** | **Gates Review** |
| **E** | **Points Review** |
| **F** | **Payment of MI and IS Claims** |
| **G** | **Extraordinary Injury Claims** |

**BROWNGREER‖PLC**

# REGISTRATION:  Deadline 1/15/08



| Courts entered orders requiring Registration of all Vioxx claims | → | Primary Counsel entered information on Registration spreadsheet | → | Primary Counsel emailed or mailed spreadsheet to CA | → | Pro Se Claimants mailed Registration affidavit to CA |

**Registration data imported directly into CA database** → **CA sent first contact letter to Primary Counsel explaining secure portal and assigning password**

**CA Received:**

1.  2,775 spreadsheets from 1,061 Primary Counsel

2.  1,126 affidavits from 893 Pro Se Claimants

19

**BROWNGREER∥PLC**

# REGISTRATION AFFIDAVIT

| REGISTRATION AFFIDAVIT: PRIMARY COUNSEL | | | |
|---|---|---|---|
| I hereby certify pursuant to 28 U.S.C. § 1746 as follows: | | | |
| **A. LAW FIRM INFORMATION** | | | |
| I am an attorney in good standing who is admitted to practice law in the State of | | | |
| Name | Last | First | Middle |
| Name of Law Firm | | | |
| Current Address | Street | | |
| | City | State   Zip | Country |
| Telephone Number | | Facsimile | Email |
| **B. LAWSUIT INFORMATION** | | | |

I make this certification pursuant to the following orders, and any amendments thereto (check all that apply where your clients have cases pending):

- ☐ Pretrial Order No. 31 entered on 11/9/07 by the United States District Court for the Eastern District of Louisiana
- ☐ Order entered on 11/9/07 by the Superior Court of New Jersey Law Division: Atlantic County
- ☐ Amended Pretrial Order No. 5 entered on 11/14/07 by the District Court of Harris County, Texas
- ☐ Order entered on 11/9/07 by the Superior Court of the State of California County of Los Angeles in NCCP No. 4247

For any claimant with a case pending in a state court that is not in one of the Coordinated Proceedings, check that you are making this Certification pursuant to the Federal MDL Order.

**C. EXHIBIT 1**

Exhibit 1 to this certification contains a true and complete list of all of the Plaintiffs and/or Tolling Claimants in which I have an "Interest" and for whom I am "Primary Counsel" along with a notation of all firms with an Interest in each claim as of October 1, 2007, November 9, 2007, and the date of this Registration Affidavit.

**D. SIGNATURE**

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | |
|---|---|
| (Month Day Year) | _____ |
| | Primary Counsel |

VR100A
12/14/07



**Registration Spreadsheet (Exhibit 1 to Registration Affidavit) included:**

1. Primary Counsel Contact Information
2. Claimant Information
3. Derivative Information
4. Secondary Counsel Information

20

**BROWNGREER ‖ PLC**

# REGISTRATION

| | |
|---|---|
| **Registered** | **59,365** |
| **Represented** | **58,141** |
| **Pro Se** | **1,224** |

**BROWNGREER‖PLC**

# III. TIMELY PROCESSING AND PAYMENT: THE STEPS IN THE SETTLEMENT PROGRAM

| A | Registration |
|---|---|
| **B** | **Enrollment** |
| C | Claims Package Submission |
| D | Gates Review |
| E | Points Review |
| F | Payment of MI and IS Claims |
| G | Extraordinary Injury Claims |

22

**BROWNGREER ‖ PLC**

# ENROLLMENT DOCUMENTS PROCESSING

> **1.  CA generated Enrollment documents for each Claimant and posted them to Primary Counsel Secure Portals or mailed them to Pro Se Claimants.**



> **2. Primary Counsel downloaded Enrollment Documents, printed them, and obtained signatures.**



> **3.  Primary Counsel uploaded or mailed Enrollment Documents to CA;  Pro Se Claimants mailed documents to CA.**

**BROWNGREER ‖ PLC**

# ENROLLMENT DOCUMENTS PROCESSING

4.  CA and Merck reviewed Enrollment Documents for completeness under agreed Completeness Criteria.



5. CA Posted Notices on Primary Counsel Secure Portals advising of completeness and sent letters to Pro Se Claimants.



6.  Primary Counsel and Claimants submitted cures to the CA.

BROWNGREER‖PLC

# ENROLLMENT MATERIALS SUBMITTED

| | Document Type | Claimants | Documents |
|---|---|---|---|
| 1. | Release | 51,141 | 92,301 |
| 2. | Stipulation of Dismissal | 39,503 | 65,295 |
| 3. | Authorization for Release of Medical Records | 51,176 | 58,019 |
| 4. | Authorization for Release of Employment Records | 35,689 | 38,744 |
| 5. | Deficiency Responses | 9,335 | 13,332 |
| 6. | Representative Documentation | 8,774 | 15,632 |
| 7. | Miscellaneous Enrollment Docs | 28,518 | 60,619 |
| 8. | Total | 51,764 | 343,942 |

**BROWNGREER‖PLC**

| RESOLUTION OF CLAIMS IN THE SETTLEMENT PROGRAM | | |
|---|---|---|
| | | **Total** |
| **1.** | **Total Registered Claimants** | **59,365** |
| **2.** | **Facially Ineligible Claimants** | **(1,343)** |
| **3.** | **Potentially Eligible Claimants as of Enrollment Deadline** | **58,022** |
| **4.** | **Enrolled, Dismissed, or Abandoned Claims** | **(~ 58,000)** |
| **5.** | **Currently Active Eligible Plaintiffs Who Did Not Enroll in the Resolution Program** | **<50** |
| **6.** | **% of All Eligible Claimants Who Enrolled** | **99.9%** |

BROWNGREER‖PLC

# III. TIMELY PROCESSING AND PAYMENT: THE STEPS IN THE SETTLEMENT PROGRAM

| A | Registration |
|---|---|
| B | Enrollment |
| **C** | **Claims Package Submission** |
| D | Gates Review |
| E | Points Review |
| F | Payment of MI and IS Claims |
| G | Extraordinary Injury Claims |

27

**BROWNGREER ‖ PLC**

# REQUIRED CLAIMS PACKAGE CONTENTS

**1. Claims Form**

**2. Required Pharmacy, Medical, and Event (PME) Records**

**3. Profile Form**

**4.  Additional Claims Information Requested by CA**

BROWNGREER ‖ PLC

# CLAIMS PACKAGE SUBMISSION TIMELINE



29

**BROWNGREER∥PLC**

# CLAIMS PACKAGE DEFICIENCIES

|  | Type of Notice | Claimants |
|---|---|---|
| **1.** | **First Notice of Claims Package Deficiency** | **12,431** |
| **2.** | **Second Notice of Claims Package Deficiency** | **9,755** |
| **3.** | **Final Notice of Claims Package Deficiency** | **10,629** |
| **4.** | **Notice of Non-Submitting Program Claimant** | **2,534** |
| **5.** | **Total Notices Issued** | **35,349** |
| **6.** | **Closed: Non-Submitting Program Claimant** | **1,924** |

BROWNGREER‖PLC

| CLAIMS PACKAGE MATERIALS RECEIVED | | | | |
|---|---|---|---|---|
| | | **Electronic** | **Hard Copy** | **TOTALS** |
| **1.** | **Primary Counsel** | **311,834** | **281,494** | **593,328** |
| **2.** | **Pro Se** | **532** | **4,970** | **5,502** |
| **3.** | **TOTALS** | **312,366** | **286,464** | **598,830** |

BROWNGREER‖PLC

# III. TIMELY PROCESSING AND PAYMENT: THE STEPS IN THE SETTLEMENT PROGRAM

| A | Registration |
|---|---|
| B | Enrollment |
| C | Claims Package Submission |
| D | Gates Review |
| E | Points Review |
| F | Payment of MI and IS Claims |
| G | Extraordinary Injury Claims |

32

**BROWNGREER‖PLC**

# GATES REVIEW

1. **Injury**
   (a) **Myocardial Infarction**
   (b) **Sudden Cardiac Death**
   (c) **Ischemic Stroke**

2. **Duration**
   **Minimum of  30 Vioxx pills within a 60 day period.**

3. **Proximity**
   (a) **30 pills dispensed in 56 days**
   (b) **90 pills dispensed in 140 days**
   (c) **120 pills dispensed in 180 days**
   (d) **250 pills dispensed in 12 months**
   (e) **Vioxx as a current medication on date of Event**

**Gates
Eligible**

33

**BROWNGREER ‖ PLC**

# LEVELS OF GATE REVIEW

**CA** — **Strict Adherence to Settlement Agreement.**

**GC** — **More discretion than CA.  Majority vote of GC determined eligibility.**

**Merck** — **Unilateral "Push" right but limits on Pushes available.**

**SM** — ***De novo* review of Claims Package to assess whether Settlement Agreement applied correctly.**

34

# GATES REVIEW PROCESS



BrownGreer‖plc

| GATE REVIEW RESULTS | | | | | | |
|---|---|---|---|---|---|---|
| | **Result** | **MI** | **%** | **IS** | **%** | **Total** |
| **1.** | **PASS** | **20,611** | **67.6%** | **12,464** | **69.8%** | **33,075** |
| **2.** | **FAIL** | **9,888** | **32.4%** | **5,399** | **31.2%** | **15,287** |
| **3.** | **TOTAL** | **30,499** | | **17,863** | | **48,362** |

BROWNGREER ‖ PLC

## HOW CLAIMS PASSED GATES

|     | Level of Review | MI | IS | Total |
| --- | --- | --- | --- | --- |
| 1. | Claims Administrator | 10,362 | 4,343 | 14,705 |
| 2. | Gate Committee/Merck | 10,210 | 8,104 | 18,314 |
| 3. | Special Master | 39 | 17 | 56 |
| 4. | TOTAL | 20,611 | 12,464 | 33,075 |

BROWNGREER‖PLC

| GATE FAILURES | | | |
|---|---|---|---|
| **Action Taken** | **MI** | **IS** | **Total** |
| 1. **No Appeal or FES** | **3,793** | **2,226** | **6,019** |
| 2. **Appealed to Special Master and GC Decision Affirmed** | **5,319** | **3,062** | **8,381** |
| 3. **Submitted FES Form** | **776** | **111** | **887** |
| 4. **TOTAL** | **9,888** | **5,399** | **15,287** |

**BROWNGREER ‖ PLC**

# III. TIMELY PROCESSING AND PAYMENT: THE STEPS IN THE SETTLEMENT PROGRAM

| A | **Registration** |
|---|---|
| B | **Enrollment** |
| C | **Claims Package Submission** |
| D | **Gates Review** |
| E | **Points Review** |
| F | **Payment of MI and IS Claims** |
| G | **Extraordinary Injury Claims** |

BROWNGREER ‖ PLC

# FOUR COMPONENTS OF POINTS ASSESSMENT

**1.  BASIS POINTS**
1) Age
2) Duration
3) Injury Level

**(X % of)**

**2.  CONSISTENCY
OF USE
ADJUSTMENT**



**3.  LABEL
ADJUSTMENT**

**(- % of)**

**4.  RISK FACTOR
ADJUSTMENT**

**BROWNGREER‖PLC**

# IMPORTANT DATES IN THE POINTS REVIEW PROCESS

**Completed Review of 2,500 MI Claims**

**Completed Review of 2,500 IS Claims**

**Final Payments Issued for Over 20,000 MI Claimants**

| 8/1/08 | 8/28/08 | 2/1/09 | 2/27/09 | 10/8/09 | 6/14/10 |

**Interim Payments Began for MI Claimants**

**Interim Payments Began for IS Claimants**

**Final Payments Issued for Over 11,000 IS Claimants**

41

# POINTS REVIEW/COMPLETENESS PROCESS



BROWNGREER‖PLC

## SUMMARY OF POINTS NOTICES

|     | Type of Notice | MI | IS | Total |
| --- | --- | --- | --- | --- |
| 1. | **Notice of Incomplete Claims Package** | **3,145** | **3,499** | **6,644** |
| 2. | **Final Notice of Incomplete Claims Package** | **204** | **167** | **371** |
| 3. | **Notice of Non-Submitting Program Claimant** | **0** | **1** | **1** |
| 4. | **Notice of Points Award** | **20,591** | **12,455** | **33,046** |
| 5. | **Post Appeal Notice of Points Award** | **3,111** | **1,814** | **4,925** |
| 6. | **Special Master Notice of Points Award** | **515** | **581** | **1,096** |

**BROWNGREER ‖ PLC**

| | MI INJURY LEVEL SUMMARY | | | |
|---|---|---|---|---|
| | **INJURY LEVEL** | **NUMBER CLAIMANTS** | **%** | **AVERAGE POINTS** |
| 1. | Level 1 | 2,878 | 13.98% | 200.60 |
| 2. | Level 2 | 539 | 2.62% | 183.36 |
| 3. | Level 3 | 3,572 | 17.35% | 133.70 |
| 4. | Level 4 | 1,330 | 6.46% | 92.91 |
| 5. | Level 5 | 9,729 | 47.25% | 78.63 |
| 6. | Level 6 | 1,289 | 6.26% | 49.41 |
| 7. | Special Marker % | 1,254 | 6.09 % | |
| 8. | TOTAL | 20,591 | | |

BROWNGREER ‖ PLC

# IS INJURY LEVEL SUMMARY

|    | INJURY LEVEL | NUMBER CLAIMANTS | % | AVERAGE POINTS |
|----|----|----|----|----|
| 1. | Level 1 | 590 | 4.74 % | 65.25 |
| 2. | Level 2 | 275 | 2.21 % | 99.04 |
| 3. | Level 3 | 1,516 | 12.18 % | 72.16 |
| 4. | Level 4 | 62 | 0.50 % | 44.28 |
| 5. | Level 5 | 9,077 | 72.93 % | 29.19 |
| 6. | Special Marker % | 927 | 7.45 % | |
| 7. | TOTAL | 12,447 | | |

**BROWNGREER ‖ PLC**

| CLAIMS SUBJECT TO AUDIT | | | |
|---|---|---|---|
| | **Audit Status** | **MI** | **IS** |
| 1. | **Proposed for Audit Review** | **4,879** | **2,825** |
| 2. | **Released after Preliminary Audit Review** | **3,743** | **1,981** |
| 3. | **Audited:  No Indicia of Fraud** | **1,128** | **841** |
| 4. | **Audited:  Referred to Special Master** | **8** | **3** |
| 5. | **PERCENTAGE OF ALL CLAIMS REVIEWED IN AUDIT** | **6%** | **8%** |

BROWNGREER ‖ PLC

| SPECIAL MASTER POINTS APPEAL RESULTS | | | | | | |
|---|---|---|---|---|---|---|
| **Result** | | **MI** | | **IS** | | **TOTAL** | |
| 1. | **Appeal Denied in Full** | **392** | **76.3%** | **451** | **77.6%** | **843** | **77.0%** |
| 2. | **Appeal Granted in Full** | **93** | **18.1%** | **69** | **11.9%** | **162** | **14.8%** |
| 3. | **Appeal Granted in Part** | **29** | **5.6%** | **61** | **10.5%** | **90** | **8.2%** |
| 4. | **TOTAL Appeals** | **514** | | **581** | | **1,095** | |

**BROWNGREER ‖ PLC**

# III. <u>TIMELY PROCESSING AND PAYMENT</u>: <u>THE STEPS IN THE SETTLEMENT PROGRAM</u>

| A | **Registration** |
|---|---|
| B | **Enrollment** |
| C | **Claims Package Submission** |
| D | **Gates Review** |
| E | **Points Review** |
| F | **Payment of MI and IS Claims** |
| G | **Extraordinary Injury Claims** |

48

**BROWNGREER ‖ PLC**

# PAYMENTS TO MI CLAIMANTS

| 1. | Non-Special Marker Claimants | | 19,286 |
|---|---|---|---|
| 2. | Final MI Point Value | | $1,865.01 |
| 3. | Total Paid to Non-Special Marker Claimants | | $3,603,121,746 |
| 4. | Average Non-Special Marker Payment | | $186,825 |
| 5. | Special Marker Claimants | | 1,247 |
| 6. | Total Special Marker $ Paid | | $6,038,469 |
| 7. | TOTAL PAID | 20,533 Claimants | $3,609,160,215 |
| 8. | MI Claimants Unpaid as of 7/26/10 | | 58 |

**BROWNGREER‖PLC**

# MI PAYMENT SUMMARY BY INJURY LEVEL: Non-Special Markers

|    | INJURY LEVEL | Average Payment | Lowest Payment | Highest Payment |
|----|--------------|-----------------|----------------|-----------------|
| 1. | Level 1      | $374,112        | $18,743        | $1,795,072      |
| 2. | Level 2      | $341,967        | $19,023        | $1,328,820      |
| 3. | Level 3      | $249,343        | $19,004        | $1,135,959      |
| 4. | Level 4      | $173,274        | $22,380        | $822,469        |
| 5. | Level 5      | $146,648        | $18,762        | $822,488        |
| 6. | Level 6      | $92,149         | $18,650        | $427,684        |

**BROWNGREER∥PLC**

# PAYMENTS TO IS CLAIMANTS

| 1. | Non-Special Marker Claimants | 11,306 |
|---|---|---|
| 2. | Final IS Point Value | $1,833.32 |
| 3. | Total Paid to Non-Special Marker Claimants | $691,536,017 |
| 4. | Average Non-Special Marker Payment | $61,165 |
| 5. | Special Marker Claimants | 1,047 |
| 6. | Total Special Marker $ Paid | $4,764,949 |
| 7. | TOTAL PAID | 12,353 Claimants | $696,300,966 |
| 8. | IS Claimants Unpaid as of 7/26/10 | 94 |

BROWNGREER‖PLC

## IS PAYMENT SUMMARY BY INJURY LEVEL: Non-Special Markers

|    | INJURY LEVEL | Average Payment | Lowest Payment | Highest Payment |
|----|--------------|-----------------|----------------|-----------------|
| 1. | Level 1 | $119,618 | $5,015 | $818,119 |
| 2. | Level 2 | $181,576 | $5,812 | $1,191,090 |
| 3. | Level 3 | $132,297 | $5,005 | $647,052 |
| 4. | Level 4 | $81,176 | $8,580 | $215,158 |
| 5. | Level 5 | $53,518 | $5,004 | $336,891 |

**BROWNGREER‖PLC**

# III. TIMELY PROCESSING AND PAYMENT: THE STEPS IN THE SETTLEMENT PROGRAM

| A | Registration |
|---|---|
| B | Enrollment |
| C | Claims Package Submission |
| D | Gates Review |
| E | Points Review |
| F | Payment of MI and IS Claims |
| G | Extraordinary Injury Claims |

53

**BROWNGREER ‖ PLC**

# BASIC EI ELIGIBILITY

| | |
|---|---|
| **1.**<br>**Eligible on**<br>**Principal Claim** | **Claimant must have been eligible and received a Points Award on the principal MI or IS claim; if not eligible on principal claim → not eligible for EI.** |
| **2.**<br>**> Special Marker** | **Claimant's PAN must have been higher than the Special Marker levels (MI 10 pts; IS 2pts); if Special Marker → not eligible for EI.** |
| **3.**<br>**Timely EI Claim**<br>**Form** | **Claimant must have filed timely EI Claim Form by 9/1/09; if no EI Claim Form by 9/1/09 → not eligible for EI.** |
| **4.**<br>**Timely Required**<br>**Documentation** | **Claimant must have submitted some Required Documentation by 9/1/09, if none submitted → not eligible for EI.** |

**BROWNGREER ‖ PLC**

# THRESHOLD EI ELIGIBILITY

**Past Lost Wages/Income**
**> $250,000**

and/or

**Past Out-of-Pocket Medical**
**Expenses > $250,000**

and/or

**Special Medical Injury not**
**on underlying Grids**

## Threshold Eligibility

55

BROWNGREER‖PLC

# EI INSTRUCTION MANUAL

INSTRUCTION MANUAL FOR THE VIOXX EXTRAORDINARY
INJURY PROGRAM

DM 331756v4
3/2/09

**Posted to Portals 3/2/09**

56

BROWNGREER ‖ PLC

# EI REVIEW CRITERIA MANUAL

CRITERIA FOR REVIEW OF CLAIMS IN THE VIOXX
EXTRAORDINARY INJURY PROGRAM

**Posted to Portals 12/1/09**

DM 351756v18
Published Version 1.0
8/20/09

VIOXX CLAIMS ADMINISTRATOR
BROWNGREER ‖ PLC

**BROWNGREER‖PLC**

# EI PROCESSING STEPS



(No new records allowed on appeal)

BROWNGREER‖PLC

# EI CLAIMS PROCESSING TIMELINE



BROWNGREER ‖ PLC

# STATUS OF EI SUBMISSIONS

**2,653** **Claimants with EI Submissions**

**-43** **EI Documentation Submitted but no EI Claims Form Submitted *(Did not constitute an EI Claim)***

**2,610** **Resulting EI Claims *(EI Claim Form submitted)***

**BROWNGREER ‖ PLC**

# STATUS OF EI SUBMISSIONS

| | |
|---|---|
| **2,610** | **Total Claims Form Submissions** |
| **-2** | **Withdrawn Claims** |
| **-276** | **Notices of Ineligibility** |
| **2,332** | **EI Claims Eligible for Processing** |

**BROWNGREER ‖ PLC**

# EI CLAIMS SUBMITTED

| | Claim Type | Claimants | Submissions |
|---|---|---|---|
| 1. | Past Medical Expenses | 300 | 3,729 |
| 2. | Lost Wages/Income | 850 | 7,331 |
| 3. | Special Medical Injury | 1,676 | 5,368 |
| 4. | AED Medical Expenses | 88 | 358 |
| 5. | AED Lost Wages/Income | 427 | 429 |
| 6. | Total | 3,341 | 17,215 |
| 7. | Total Unique Claimants | 2,332 | |

62

**BROWNGREER ‖ PLC**

# SUMMARY OF EI CLAIMS

**TOTAL CLAIMS TO BE PROCESSED:**

| Claimants |
|:---:|
| 2,332 |

**NOTICE OF EI ASSESSMENT:**

| | |
|:---|:---:|
| Accepted by Claimant | 1,184 |
| 2nd Review Requested | 1,148 |
| TOTALS | 2,332 |

**NOTICE OF SECOND REVIEW ASSESSMENT:**

| | |
|:---|:---:|
| Accepted by Claimant | 1,049 |
| Appealed to Special Master | 99 |
| TOTALS | 1,148 |

BrownGreer ‖ plc

| | EI APPEALS | | | |
|---|---|---|---|---|
| | **Claim Type** | **Total** | **Denied** | **Granted** |
| 1. | **MED** | **13** | **12** | **1** |
| 2. | **LWI** | **66** | **57** | **9** |
| 3. | **SMI** | **47** | **3** | **4** |
| 4. | **AED MED** | **11** | **10** | **1** |
| 5. | **AED LWI** | **31** | **25** | **6** |
| 6. | **Total** | **99** | **85** | **14** |

**BROWNGREER ‖ PLC**

| | Claim Type | Total | Not Payable | Payable | Value Awarded |
|---|---|---|---|---|---|
| | **MI EI AWARDS** | | | | |
| 1. | MED | 179 | 174 | 5 | $26,011 |
| 2. | LWI | 604 | 495 | 109 | $26,071,981 |
| 3. | SMI | 1,055 | 971 | 84 | $8,462,498 |
| 4. | AED MED | 38 | 38 | 0 | $0 |
| 5. | AED LWI | 313 | 241 | 72 | $14,184,137 |
| 6. | TOTAL | 2,189 | 1,919 | 270 | $48,744,627 |

**BROWNGREER ‖ PLC**

| | Claim Type | Total | Not Payable | Payable | Value Awarded |
|---|---|---|---|---|---|
| | **IS EI AWARDS** | | | | |
| 1. | **MED** | **121** | **114** | **7** | **$186,673** |
| 2. | LWI | **246** | **232** | **14** | **$679,116** |
| 3. | SMI | **621** | **578** | **43** | **$9,278,476** |
| 4. | **AED MED** | **50** | **45** | **5** | **$57,150** |
| 5. | AED LWI | **117** | **106** | **11** | **$530,326** |
| 6. | **TOTAL** | **1,155** | **1,075** | **80** | **$10,731,741** |

BROWNGREER ‖ PLC

# IV. <u>CONCLUSION</u>

**BrownGreer ‖ PLC**

# PROGRAM ACTIVITY

| **1,264,698** | **Documents received from Firms or Pro Se Claimants** |

| **70,272** | **Documents generated by Claims Administrator and sent to Firms or Claimants** |

| **4 TB** | **Electronic documents generated and received in Program** |

| **19** | **Comprehensive Claimant Status Reports and Enrollment Reports posted on Portals** |

BrownGreer ‖ PLC

# PROGRAM ACTIVITY

| 174,656 | Notices issued to Claimants |
|---|---|

| 747 | Days during Program when CA sent targeted email blasts to Primary Counsel |
|---|---|

| 10,112 | Calls received from Pro Se Claimants |
|---|---|

| 5,252 | Calls made to Pro Se Claimants |
|---|---|

**BROWNGREER ‖ PLC**

| FINAL DISPOSITION OF CLAIMS | | | |
|---|---|---|---|
| | **Total** | **MI** | **IS** |
| **1.** **Eligible & Enrolled Claimants*** | **49,893** | **31,316** | **18,577** |
| **2.**    **(Foreign Claimants)** | **(10)** | **(8)** | **(2)** |
| **3.**    **(Disallowed after Audit)** | **(4)** | **(2)** | **(2)** |
| **4.**    **(Non-Submitting Program Claimant)** | **(1,357)** | **(728)** | **(629)** |
| **5.**    **(Claims Withdrawn)** | **(181)** | **(123)** | **(58)** |
| **6.**    **(Final Gate Failure)** | **(15,181)** | **(9,795)** | **(5,386)** |
| **7.**    **(Dismissed with Prejudice/Tolling Agreement Voided)** | **(122)** | **(69)** | **(53)** |
| **8.** **Net Claimants Paid** | **32,886** | **20,533** | **12,353** |
| **9.** **Claimants to be Paid** | **152** | **58** | **94** |

**\*532 Claimants had no alleged Injury Type and have been removed from the Total**

BROWNGREER ‖ PLC

| | SETTLEMENT FUND RECONCILIATION | |
|---|---|---|
| 1. | **Starting Fund** | **$4,850,000,000** |
| 2. | **MI Payments Issued** | **$3,609,160,215** |
| 3. | **IS Payments Issued** | **$696,300,966** |
| 4. | **EI Payments Issued** | **$47,690,883** |
| 5. | **Unpaid MI/IS Claims** | **$16,604,008** |
| 6. | **Unpaid EI Claims** | **$262,159** |
| 7. | **Withholdings** | **$479,981,769** |
| 8. | **Unallocated Funds** | **$0** |

**BROWNGREER‖PLC**

# IMPORTANT DATES IN THE SETTLEMENT PROGRAM



**BROWNGREER ‖ PLC**

# IMPORTANT DATES IN THE SETTLEMENT PROGRAM



2/27/09
First
IS
Interim
Payments

9/1/09
EI
Claims
Deadline

10/8/09
MI
Final
Payments

6/14/10
IS
Final
Payments

6/29/10
EI
Payments

4/1/2009     7/1/2009     10/1/2009     1/1/2010     4/1/2010

2/1/09                                                      6/30/10

73

**BROWNGREER ‖ PLC**

| Years Between Settlement Agreement and Resolution | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| **Program** | **Claims** | **<1** | **1 – 2** | **2 – 3** | **3 – 4** | **4 – 5** | **5 -6** | **>6** |
| A | 8,550 | ██ | | | ██ | | | |
| B | 23,000 | ██ | | | | | Not Yet Paid | |
| C | 6,200 | | | ██ | | | | |
| D | 75,000 | | | | | | ██ | Not Yet Paid |
| E | 600,000 | | | | | | | ██ |
| F | 400,000 | ██ | | | | | | ██ |
| G | 12,000 | ██ | | | | | ██ | |
| H | 5,600 | | | | ██ | ██ | | |
| **Vioxx Claimants** | **58,000** | ██ | | ██ | | | | |

| Initial Payments | | Final Payments |
|---|---|---|

74