UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * * | * | |

THIS DOCUMENT RELATES TO:

Plaintiff's Name: Linda Isner as Executrix of the Estate of Jeffrey Isner, M.D

Case Name: Linda Isner v. Merck & Co., Inc.

Case Number: 2:05-cv-06172-EEF-DEK

## NOTICE OF SUBMISSION OF EXPERT REPORT

Attached please find a case specific expert report from Mark Furman, M.D., for submission in the above referenced matter, in accordance with PTO 28.

/s/ Joseph L. Doherty, Jr.
Joseph L. Doherty, Jr.
BB0 No. 127280 (MA)
DOHERTY & QUILL
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110
(617) 217-2837

M012A05362

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing NOTICE OF SUBMISSION OF EXPERT REPORT ON BEHALF OF LINDA ISNER has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 18 B on this 6th day of August, 2008.

/s/ **Joseph L. Doherty, Jr.**
Joseph L. Doherty, Jr.
BB0 No. 127280 (MA)
DOHERTY & QUILL
225 Franklin Street, 26th Floor
Boston, Massachusetts 02110
(617) 217-2837

M012A05363