UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL Case No. 1657 |
| | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| *Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., v. Seeger Weiss, LLP, et al.*, | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| 2:12-cv-02406-EEF-DEK | * | |

*************************************************************************

### DEFENDANTS BROWNGREER PLC AND ORRAN L. BROWN'S MOTION TO FILE EXHIBITS UNDER SEAL AND TO EXCEED PAGE LIMIT

Pursuant to LR5.6 and Pretrial Order No. 13, Defendants BrownGreer PLC and Orran L. Brown, by undersigned counsel, hereby request that the Court enter an Order allowing the filing under seal of certain exhibits to its Local Rule 56.1 Statement of Material Facts, *i.e.*, Exhibits D, E, G, H, and J, under seal. In support of this request, Defendant states that these exhibits contain medical records, summaries of medical records, or other information that are Confidential under Pretrial Order No. 13.

Defendants BrownGreer PLC and Orran L. Brown further request that the Court enter an Order granting 9 extra pages, *i.e.,* at total of 34 pages, for the summary judgment motion and incorporated memorandum.

Dated: February 10, 2013          Respectfully submitted,

                                          By: */s/ Dorothy H. Wimberly*
                                               Phillip A. Wittmann, 13625
                                               Dorothy H. Wimberly, 18509
                                               STONE PIGMAN WALTHER WITTMANN L.L.C.
                                               546 Carondelet Street
                                               New Orleans, Louisiana 70130
                                               Phone: 504-581-3200
                                               Fax:    504-581-3361
                                               *Defendants' Liaison Counsel*

1

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, DC  20005
Phone: 202-434-5000

John H. Beisner
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-371-7000

*Counsel for Defendants BrownGreer PLC, Orran L. Brown, Hughes Hubbard & Reed LLP, and Theodore Mayer*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion for Leave to File Under Seal and to Exceed Page Limit has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of February, 2014.

                        */s/ Dorothy H. Wimberly*
                        Dorothy H. Wimberly, 18509
                        STONE PIGMAN WALTHER WITTMANN L.L.C.
                        546 Carondelet Street
                        New Orleans, Louisiana  70130
                        Phone:  504-581-3200
                        Fax:     504-581-3361
                        dwimberly@stonepigman.com

                        Defendants' Liaison Counsel

1150444v1