# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | *  MDL Case No. 1657 |
| | * |
| | *  SECTION L |
| This document relates to: | * |
| | *  JUDGE FALLON |
| *Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., v. Seeger Weiss, LLP, et al.*, | * |
| | *  MAGISTRATE JUDGE |
| | *  KNOWLES |
| 2:12-cv-02406-EEF-DEK | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER

Considering the foregoing Defendants BrownGreer PLC and Orran L. Brown's Motion to File Exhibits Under Seal and to Exceed Page Limit,

IT IS HEREBY ORDERED that the motion is granted and Exhibits D, E, G, H, and J to Defendants BrownGreer PLC and Orran L. Brown's Local Rule 56.1 Statement of Material Facts shall be filed under seal.

IT IS FURTHER ORDERED the motion is granted and that the summary judgment motion and incorporated memorandum may exceed the page limit, up to a maximum of 34 pages.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1150447v1