**EXHIBITS D, E, G, H and J**

**FILED UNDER SEAL**