# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | *  MDL Case No. 1657 |
| | * |
| | *  SECTION L |
| This document relates to: | * |
| | *  JUDGE FALLON |
| *Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., v. Seeger Weiss, LLP, et al.*, | * |
| | *  MAGISTRATE JUDGE |
| | *  KNOWLES |
| 2:12-cv-02406-EEF-DEK | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### DEFENDANTS HUGHES HUBBARD & REED LLP AND TED MAYER'S LR56.1 STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO DISPUTE

Pursuant to Local Rule 56.1, Defendants Hughes Hubbard & Reed LLP and Theodore ("Ted") Mayer, by undersigned counsel, hereby incorporate by reference the facts set forth in the BrownGreer Defendants' LR56.1 Statement of Material Facts As To Which There Is No Dispute, filed contemporaneously herewith [Rec. Doc. 64823-24] as if fully stated herein.

Dated:  February 10, 2014

Respectfully submitted,

/s/  Dorothy  H.  Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defendants' Liaison Counsel*

1150463v1

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, DC  20005
Phone: 202-434-5000

John H. Beisner
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-371-7000

*Counsel for Defendants BrownGreer PLC, Orran L. Brown, Hughes Hubbard & Reed LLP, and Theodore Mayer*

1150463v1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Statement of Material Facts has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 10th day of February, 2014.

      */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1150463v1