UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| *Linda Isner, Executrix of the Estate of* | * | MAGISTRATE JUDGE |
| *Jeffrey Isner, M.D., v. Seeger Weiss, LLP, et al.,* | * | KNOWLES |
| | * | |
| 2:12-cv-02406-EEF-DEK | * | |
| | * | |

*****************************************************************************

### NOTICE OF SUBMISSION

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion for Summary Judgment in the above-captioned case will be brought for hearing on March 12, 2014, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: February 10, 2014

                                            Respectfully submitted,

                    By: */s/ Dorothy H. Wimberly*
                       Phillip A. Wittmann, 13625
                       Dorothy H. Wimberly, 18509
                       STONE PIGMAN WALTHER
                       WITTMANN L.L.C.
                       546 Carondelet Street
                       New Orleans, Louisiana 70130
                       Phone: 504-581-3200
                       Fax:   504-581-3361

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing *Notice of Submission* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 10th day of February, 2014.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1150426v1