| | |
|---|---|
| CLARK et al.,<br><br>    Plaintiff(s),<br><br>v.<br><br>MERCK & CO., INC., et al.<br><br>    Defendant(s). | UNITED STATES DISTRICT COURT<br>EASTERN DISTRICT OF LOUISIANA<br><br>DOCKET NO. 2006-cv-01212-EEF-DEK<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO ALL DEFENDANTS |

Pursuant to Federal Rule of Civil Procedure 41, the undersigned counsel hereby stipulate that all claims of plaintiff, __ISAAC THOMPSON__ against defendant Merck & Co., Inc., and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Brian A. Goldstein, Esq.
Cellino & Barnes, PC
17 Court Street, 7th Floor
Buffalo, NY 14202-3290
(716)854-2020

Dated: __Jun 9, 2008__

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Ste. 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

Phillip A. Wittmann
Dorothy H. Wimberly
STONE PIGMAN WALTHER WITTMANN LLC
546 Carondelet Street
New Orleans, LA 70130
(Tel): 504-581-3200
(Fax): 504-581-3361

2/12/14

Attorneys for
Merck & Co., Inc.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice as to All Defendants has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of February, 2014.

/s/ Stephen G. Strauss
Stephen G. Strauss
BRYAN CAVE LLP
211 North Broadway, Suite 3600
St. Louis, Missouri 63102
Phone:  314-259-2000
Fax:     314-259-2020
sgstrauss@bryancave.com

Attorneys for Defendant
Merck & Co., Inc.