UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Actkinson v. Merck, 2:05-cv-05582-EEF-DEK* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *As to Plaintiffs Lester Boudreaux, Steve Dyer, Billie Hermit, Earnestine Knight, Cherryl Morphis, George Pickens, Elizabeth Trainor* | * * * | |
| | * | |
| *--AND—* | * | |
| | * | |
| *Grixgby v. Pfizer, Inc. et al, 2:07-cv-01493-EEF-DEK* | * | |

*************************************************************************

## ORDER OF DISMISSAL

The above plaintiffs were listed in complaints that, on their face, appeared to assert claims against both Merck and Pfizer. Accordingly, to the extent that the plaintiffs asserted claims related to Vioxx, the JPML transferred those claims to this MDL. Subsequent review has shown, however, that the identified plaintiffs assert only claims involving Celebrex and/or Bextra. They do not assert any claims relating to Vioxx, nor any claims against Merck

**IT IS ORDERED**, that all claims of the plaintiffs identified above are hereby dismissed from the docket of this Court; and

**IT IS FURTHER ORDERED**, that the Office of the Clerk shall mark the cases of each of the identified plaintiffs as **TERMINATED** and/or **CLOSED**.

**NEW ORLEANS, LOUISIANA**, this _____ day of February, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1151227v1