## UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *  MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *  SECTION L |
| LITIGATION | * |
| | *  JUDGE FALLON |
| *This document relates to* | * |
| | *  MAGISTRATE JUDGE |
| *Actkinson v. Merck, 2:05-cv-05582-EEF-DEK* | *  KNOWLES |
| | * |
| As to Plaintiffs Lester Boudreaux, Steve Dyer, Billie Hermit, Earnestine Knight, Cherryl Morphis, George Pickens, Elizabeth Trainor | * |
| | * |
| *--AND—* | * |
| | * |
| *Grixgby v. Pfizer, Inc. et al, 2:07-cv-01493-EEF-DEK* | * |
| | * |

**************************************************************************

### NOTICE OF SUBMISSION

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion to Dismiss Certain Plaintiffs Solely Asserting Celebrex and/or Bextra Claims will be brought for hearing on March 21, 2014, immediately following the status conference scheduled for 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: February 18, 2014                    Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
Defendants' Liaison Counsel

1151228v1

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

1151228v1

## CERTIFICATE OF SERVICE

     I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of February, 2014.

                                                   */s/ Dorothy H. Wimberly*
                                                   Dorothy H. Wimberly, 18509
                                                   STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                   546 Carondelet Street
                                                   New Orleans, Louisiana  70130
                                                   Phone:  504-581-3200
                                                   Fax:     504-581-3361
                                                   dwimberly@stonepigman.com

                                                 Defendants' Liaison Counsel

1151228v1