SEEGER WEISS LLP
550 Broad Street, Suite 920
Newark, New Jersey 07102
Telephone: (973) 639-9100

RECEIVED and
FILED

APR 22 2010

ATLANTIC COUNTY
LAW DIVISION

| KRISTINE CRAMER, Individually and as Personal Representative of the Estate of Jessie Cramer, Deceased, | SUPERIOR COURT OF NEW JERSEY LAW DIVISION: ATLANTIC COUNTY |
|---|---|
| Plaintiff(s), | In Re: VIOXX® LITIGATION Case Code No. 619 |
| v. | DOCKET NO. ATL-L-9801-06-MT |
| MERCK & CO., INC., | **STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS** |
| Defendant(s). | |

Pursuant to R. 4:37:1(a), the undersigned counsel hereby stipulate that all claims of plaintiff, Kristine Cramer, individually and as personal representative of the estate of Jessie Cramer, deceased, against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

SEEGER WEISS LLP

_____
Christopher A. Seeger, Esq.
David R. Buchanan, Esq.
Seeger Weiss LLP
550 Broad Street, Suite 920
Newark, NJ 07102
973-639-9100

Dated: 2-17-08

DECHERT LLP

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

Charles Cohen
Hughes, Hubbard & Reed
One Battery Park Plaza
New York, NY 10004
Phone: (212) 837-6000
Fax: (212) 422-4726

Attorneys for Merck & Co., Inc

Dated: 4-11-10