UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Gene Weeks, et. al v. Merck, 2:09-cv-3713-EEF-DEK* (As to all plaintiffs named therein) | * * | MAGISTRATE JUDGE KNOWLES |
| | * | |

*************************************************************************

## ORDER OF DISMISSAL

Plaintiffs Gene Weeks, Kristine Cramer, Nathan Wilkins, Virginia Pickett, and Susan Smith filed a complaint in New Jersey state court challenging the validity of the Vioxx Master Settlement Agreement, and that case was subsequently removed and transferred to this Court. In this case, plaintiffs were represented by attorney Ronald Benjamin, and they asserted class action allegations seeking to represent litigants they claimed were harmed by certain provisions of the Vioxx settlement. *See* Rec. Doc. 63899. Simultaneously, each of the plaintiffs also pursued individual claims, in parallel actions, represented by other counsel.

This Court dismissed the class allegations in this Complaint, *see* Rec. Doc. 63899; and separately, plaintiffs' individual claims in the parallel cases were dismissed with prejudice. Thus, no live claims of any kind remain pending in this case. Accordingly:

**IT IS ORDERED**, that the above captioned case is dismissed *with prejudice* in its entirety. The Office of the Clerk shall mark this case as **CLOSED**

**NEW ORLEANS, LOUISIANA**, this _____ day of February, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1151220v1