**EXHIBIT A**

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF RANDY BAKER

COUNTY OF _Salt Lake_   )
                        )SS:
STATE OF UTAH           )

Randy Baker, being first duly cautioned and sworn, deposes and says on personal knowledge:

1. In December 2004, I was the State of Utah Health Department person most knowledgeable about data contained in the Utah Data Warehouse. If individuals could not readily retrieve data from the data warehouse, they came to me for assistance. Although I have not passed any of the Society of Actuaries tests, my job was titled "Associate Actuary." I was the main contact with credentialed actuaries for any items from the data warehouse for which the State needed certification. My main job responsibility was in reimbursement.

2. Other individuals had access to the Medicaid database. For example, Duane Parke, a

1

Medicaid pharmacist knew how to retrieve data.

3. Occasionally, I heard of Mr. Parke's queries into the Utah Medicaid database. On rare occasions, I saw copies of his query results usually in Excel Spreadsheets.

4. Brenda Strain, in the Program Integrity Section, also knew how to retrieve data from the data warehouse. I was asked to instruct her in doing advanced queries. The program integrity section was not concerned with pharmaceuticals but was concerned with billing practices (Nursing homes and physicians.) Brenda was a more advanced user than Duane.

5. There were others in the department who could pull data related to their responsibilities and unrelated to pharmacy. Some of those individuals were in managed care, Medicaid Operations and finance. Medicaid Operations is concerned with claims payment.

6. I did not prepare the Excel Spreadsheets, as I testified at deposition. *See* Spreadsheets attached hereto as Exhibits 1 and 2. In 2004, if I did not prepare the Excel Spreadsheets, Duane Parke was the second most likely candidate. If neither Duane or myself prepared the Excel spreadsheets, Brenda was the most likely preparer. None of the other individuals who could retrieve data had any responsibilities other than as set out above. None of them knew anything about pharmaceuticals.

7. After Brenda Strain died, the person most knowledgeable about her work assignments was her supervisor Alex Yei. His familiarity was with her work assignments and not with the details of what she queried. Although he knew what she was doing, he was

not a data warehouse user. The State could not have disclosed any witness more knowledgeable about Brenda's work assignments than Alex Yei.

8. Until I saw the screenshot of the Excel metadata, I had no knowledge of any interest in the Cox-2 inhibitors by Duane Parke. I never heard of Brenda Strain working in that area as her area of responsibility was program integrity (provider behavior.)

9. On October 16, 2013, metadata related to the Excel Spreadsheets, Exhibits 1 and 2, was called to my attention. I was asked to confirm the individual that created the Excel Spreadsheets.

10. That metadata establishes beyond dispute that Duane Parke was the sole creator of both documents. The Excel program records the computer/user that creates the document. That user was Duane Parke.

11. The metadata establishes that the documents were never printed.

12. The metadata establishes that with respect to Exhibit 2, Duane revised the spreadsheet on December 20, 2004 and never returned to the document. After that revision, no one else worked on the document.

13. I have some observations concerning Exhibit 2. First, the document was hurriedly put together as it appears to be solely a data dump without any attempt to organize it or summarize it in a useable manner. Second, there is no analysis demonstrating any purpose for the data dump. There was no documentation of the contents of the queries to allow anyone to check on how the data dump was extracted from the data warehouse. Without the contents of the queries, it is impossible to know what information was being sought in the data dump. Without knowing Duane's

intentions, it is impossible to know if he competently extracted the data. I would not be able to draw the conclusion that he was investigating Merck. Anyone who draws that conclusion from the data dump is speculating.

14. It is my understanding that Duane does not remember the data dump. Any interpretation of the data dump would be pure speculation whether by myself or Merck and its lawyers or anyone else.

15. I assisted Mr. Tim Morley, the state pharmacist, in obtaining the screen shots of the metadata. We also obtained screen shots of the directory file which shows that Exhibits 1 and 2 had not been modified since creation in December 2004 and April 2005.

16. No one from the Department of Health or the Attorney General's office asked me anything about Vioxx until early 2006. I never spoke with anyone concerning Vioxx from the attorney general's office until early 2006. If the State had been conducting discovery as to possible claims against Merck for Vioxx in 2004, I would have likely heard of the inquiry. I did not hear of any such inquiry.

17. Between December 2004 and early 2006, I never heard anyone in the Department of Health or the Attorney General's office discuss any law suit against Merck.

Further affiant sayeth naught.

_____
Randy Baker

SUBSCRIBED AND SWORN TO before me on this 18th day of February, 2014.

My Commission Expires: 9/1/14

_____
NOTARY PUBLIC

Notary Public
PHILIP LEE HOLTAM
Commission #600685
My Commission Expires
September 1, 2014
State of Utah

5

**EXHIBIT 1**

**Entire document too large to include – sample pages only**

| | A | B | C | D |
|---|---|---|---|---|
| 1 | Vioxx/Celebrex/Bextra potential claim for Medicaid | | | |
| 2 | | | | |
| 3 | time period = 7/1/03 - 12/11/04 | 12/16/2004 | | |
| 4 | clients had either Vioxx or Celebrex, and had CPT hits for predetermined ICD>9 codes. | | | |
| 5 | | | | |
| 6 | Sheet 1 = Clients identified as using **Celebrex** as primary sort, then diagnoses code as secondary sort | | | |
| 7 | | | | |
| 8 | RecipientID | Diagnosis Code | Provider Category Of Service | Final Claim Ind |
| 9 | 600776045 | 41519 | 43 | Y |
| 10 | 901105421 | 41519 | 23 | Y |
| 11 | 203710160 | 4160 | 23 | Y |
| 12 | 406830233 | 41519 | 23 | Y |
| 13 | 700050084 | 4160 | 43 | Y |
| 14 | 805219572 | 4169 | 43 | Y |
| 15 | 307065045 | 4150 | 20 | Y |
| 16 | 605272959 | 4169 | 23 | Y |
| 17 | 800266220 | 41519 | 58 | Y |
| 18 | 900294085 | 4168 | 7 | Y |
| 19 | 705404097 | 4168 | 43 | Y |
| 20 | 701076052 | 4168 | 7 | Y |
| 21 | 202112269 | 41519 | 43 | Y |
| 22 | 700217515 | 4160 | 43 | Y |
| 23 | 600169920 | 4168 | 1 | Y |
| 24 | 201568412 | 4150 | 43 | Y |
| 25 | 401033246 | 4169 | 43 | Y |
| 26 | 200044860 | 41519 | 43 | Y |
| 27 | 204358508 | 4169 | 7 | Y |
| 28 | 705688621 | 41519 | 43 | Y |
| 29 | 701858387 | 41511 | 43 | Y |
| 30 | 604389097 | 4168 | 32 | Y |
| 31 | 705302448 | 4169 | 43 | Y |
| 32 | 707461519 | 41519 | 7 | Y |
| 33 | 705990654 | 4168 | 7 | Y |
| 34 | 706083910 | 41519 | 20 | Y |
| 35 | 202219004 | 4168 | 1 | Y |
| 36 | 904212504 | 41519 | 7 | Y |
| 37 | 604625807 | 4168 | 23 | Y |
| 38 | 305286354 | 4169 | 15 | Y |
| 39 | 906380501 | 41519 | 58 | Y |
| 40 | 601652790 | 4169 | 43 | Y |
| 41 | 306900153 | 41519 | 7 | Y |
| 42 | 401284788 | 41511 | 20 | Y |
| 43 | 402418133 | 41519 | 43 | Y |
| 44 | 800465621 | 41519 | 1 | Y |
| 45 | 700316190 | 41519 | 7 | Y |
| 46 | 305562599 | 4168 | 1 | Y |
| 47 | 300200435 | 4168 | 43 | Y |

UDOH0163240

| # | E<br>SUM Allowed Charge | F<br>SUM Units Of Service |
|---|---|---|
| 1 | | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |
| 8 | | |
| 9 | | |
| 10 | | |
| 11 | | |
| 12 | | |
| 13 | | |
| 14 | | |
| 15 | | |
| 16 | | |
| 17 | | |
| 18 | 0 | |
| 19 | | |
| 20 | 11.04 | |
| 21 | | |
| 22 | 11,594.24 | |
| 23 | | |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | 0 | |
| 28 | | |
| 29 | | |
| 30 | | |
| 31 | | |
| 32 | 0 | |
| 33 | | |
| 34 | 0 | |
| 35 | 11,080.40 | |
| 36 | 0 | |
| 37 | | |
| 38 | 58,657.07 | |
| 39 | | |
| 40 | | |
| 41 | 0 | |
| 42 | | |
| 43 | | |
| 44 | 6,911.36 | |
| 45 | 0 | |
| 46 | | |
| 47 | 8,343.24 | |

UDOH0163241

| # | A | B | C | D |
|---|---|---|---|---|
| 48. | 402341904 | 4168 | 7 | Y |
| 49. | 901853606 | 4169 | 1 | Y |
| 50. | 400363668 | 41519 | 7 | Y |
| 51. | 600776045 | 41511 | 43 | Y |
| 52. | 200635230 | 4168 | 1 | Y |
| 53. | 203710160 | 4160 | 43 | Y |
| 54. | 401856609 | 41519 | 7 | Y |
| 55. | 600235095 | 4160 | 43 | Y |
| 56. | 300303749 | 41680 | 66 | Y |
| 57. | 301041381 | 41519 | 43 | Y |
| 58. | 800168481 | 41519 | 44 | Y |
| 59. | 600227254 | 41519 | 43 | Y |
| 60. | 201123852 | 4168 | 43 | Y |
| 61. | 301383223 | 41511 | 43 | Y |
| 62. | 306900153 | 4151 | 43 | Y |
| 63. | 405271141 | 41519 | 43 | Y |
| 64. | 700217515 | 4168 | 43 | Y |
| 65. | 202957650 | 41519 | 23 | Y |
| 66. | 201568412 | 4168 | 37 | Y |
| 67. | 803584087 | 4168 | 43 | Y |
| 68. | 700367134 | 4168 | 43 | Y |
| 69. | 200235657 | 4160 | 43 | Y |
| 70. | 700477240 | 4169 | 43 | Y |
| 71. | 400363668 | 41511 | 43 | Y |
| 72. | 600776045 | 4168 | 43 | Y |
| 73. | 401763805 | 41511 | 32 | Y |
| 74. | 207216615 | 4169 | 43 | Y |
| 75. | 301274173 | 4168 | 7 | Y |
| 76. | 401856609 | 4168 | 1 | Y |
| 77. | 800654564 | 4168 | 43 | Y |
| 78. | 700356875 | 4168 | 43 | Y |
| 79. | 605272959 | 41511 | 23 | Y |
| 80. | 600337661 | 41519 | 7 | Y |
| 81. | 900294085 | 4160 | 43 | Y |
| 82. | 900574509 | 41519 | 15 | Y |
| 83. | 306900153 | 41519 | 23 | Y |
| 84. | 405271141 | 41511 | 43 | Y |
| 85. | 700228657 | 4169 | 44 | Y |
| 86. | 600169920 | 4168 | 43 | Y |
| 87. | 700316190 | 41519 | 58 | Y |
| 88. | 600702114 | 4168 | 43 | Y |
| 89. | 600212672 | 4168 | 7 | Y |
| 90. | 700020908 | 4166 | 43 | Y |
| 91. | 705668621 | 4169 | 43 | Y |
| 92. | 701858387 | 41519 | 58 | Y |
| 93. | 605704216 | 41519 | 43 | Y |
| 94. | 600198807 | 4160 | 43 | Y |
| 95. | 303446540 | 41519 | 43 | Y |
|     |           | 4168 | 43 | Y |

UDOH0163242

| # | E | F |
|---|---|---|
| 48 | 1,015.17 | |
| 49 | 15,027.10 | |
| 50 | 0 | |
| 51 | | |
| 52 | 7,665.22 | |
| 53 | | |
| 54 | 0 | |
| 55 | | |
| 56 | | |
| 57 | | |
| 58 | | |
| 59 | | |
| 60 | | |
| 61 | | |
| 62 | | |
| 63 | | |
| 64 | | |
| 65 | | |
| 66 | | |
| 67 | | |
| 68 | | |
| 69 | | |
| 70 | | |
| 71 | | |
| 72 | | |
| 73 | | |
| 74 | | |
| 75 | 0 | |
| 76 | 8,759.59 | |
| 77 | 5,528.74 | |
| 78 | | |
| 79 | 5.18 | |
| 80 | | |
| 81 | | |
| 82 | 9,836.16 | |
| 83 | | |
| 84 | 644 | 3 |
| 85 | | |
| 86 | | |
| 87 | | |
| 88 | 0 | |
| 89 | 0 | |
| 90 | | |
| 91 | | |
| 92 | | |
| 93 | | |
| 94 | | |
| 95 | | |

UDOH0163243

Vioxx/Celebrex: potential claim for Medicaid

0000038337

time period = 7/1/03-12/11/04

clients had either Vioxx or Celebrex, and had CPT hits for predetermined ICD-9 codes;

Sheet '2' = Clients identified as using **Vioxx** as primary sort; then diagnoses code as secondary sort

| | RecipientID | Diagnosis Code | Provider Category Of Service | Final Claim Ind | SUM Allowed Charge | SUM Units Of Service |
|---|---|---|---|---|---|---|
| 9 | 0606704216 | 4160 | 43 | Y | | |
| 10 | 0901105421 | 41519 | 23 | Y | | |
| 11 | 0202726631 | 41519 | 43 | Y | | |
| 12 | 0705990654 | 4168 | 7 | Y | 0 | |
| 13 | 0400227420 | 4169 | 20 | Y | | |
| 14 | 0600639811 | 4168 | 43 | Y | | |
| 15 | 0700336875 | 4168 | 43 | Y | | |
| 16 | 0204219397 | 41519 | 43 | Y | | |
| 17 | 0901418187 | 4168 | 7 | Y | 0 | |
| 18 | 0902294085 | 4168 | 7 | Y | 0 | |
| 19 | 0802201885 | 41511 | 43 | Y | | |
| 20 | 0701076052 | 4168 | 7 | Y | .11.04 | |
| 21 | 0201923319 | 41519 | 43 | Y | | |
| 22 | 0300265359 | 41519 | 43 | Y | 0 | |
| 23 | 0400620946 | 4168 | 7 | Y | 0 | |
| 24 | 0400515611 | 4169 | 1 | Y | 7,902.29 | |
| 25 | 0200291127 | 4168 | 43 | Y | | |
| 26 | 0900488114 | 4168 | 58 | Y | | |
| 27 | 0304499958 | 41519 | 23 | Y | | |
| 28 | 0201170362 | 4168 | 43 | Y | | |
| 29 | 0700280802 | 4168 | 43 | Y | | |
| 30 | 0900484291 | 41511 | 43 | Y | | |
| 31 | 0305038040 | 41519 | 7 | Y | 0 | |
| 32 | 0207216615 | 4169 | 43 | Y | | |
| 33 | 0402983221 | 4168 | 43 | Y | | |
| 34 | 0806280763 | 4168 | 43 | Y | | |
| 35 | 0900714190 | 4151 | 36 | Y | | |
| 36 | 0900623836 | 41519 | 7 | Y | 327.72 | |
| 37 | 0300064566 | 41519 | 20 | Y | | |
| 38 | 0906406217 | 4160 | 43 | Y | | |
| 39 | 0800638038 | 4169 | 43 | Y | | |
| 40 | 0900400896 | 4168 | 7 | Y | 0 | |
| 41 | 0202112269 | 41519 | 43 | Y | | |
| 42 | 0300265359 | 41511 | 43 | Y | | |
| 43 | 0901210608 | 4150 | 43 | Y | | |
| 44 | 0400235600 | 4160 | 43 | Y | | |
| 45 | 0400050155 | 4150 | 43 | Y | | |
| 46 | 0206152915 | 41519 | 66 | Y | | |

UDOH0163312

| # | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 47 | 0800110718 | 41519 | 43 | Y | | |
| 48 | 0901853606 | 4169 | 1 | Y | 15,027.10 | |
| 49 | 0401393341 | 4160 | 43 | Y | | |
| 50 | 0200635230 | 4168 | 1 | Y | 7,665.22 | |
| 51 | 0700954781 | 4169 | 43 | Y | | |
| 52 | 0802807740 | 4168 | 19 | Y | 1,656.93 | |
| 53 | 0700336875 | 4160 | 43 | Y | | |
| 54 | 0605487092 | 4168 | 7 | Y | 0 | |
| 55 | 0300554075 | 4160 | 1 | Y | 6,851.24 | |
| 56 | 0903401451 | 4168 | 43 | Y | | |
| 57 | 0700362477 | 41519 | 43 | Y | | |
| 58 | 0400311617 | 4168 | 43 | Y | | |
| 59 | 0804336184 | 4169 | 7 | Y | 0 | |
| 60 | 0801744010 | 4168 | 43 | Y | | |
| 61 | 0602457508 | 4160 | 7 | Y | 0 | |
| 62 | 0400050155 | 41519 | 1 | Y | 7,643.41 | |
| 63 | 0302676593 | 4160 | 43 | Y | | |
| 64 | 0800110718 | 41511 | 43 | Y | | |
| 65 | 0905293443 | 4169 | 43 | Y | | |
| 66 | 0401763805 | 41511 | 32 | Y | | |
| 67 | 0705990854 | 4168 | 43 | Y | | |
| 68 | 0806280763 | 4168 | 7 | Y | 0 | |
| 69 | 0302521085 | 4168 | 43 | Y | | |
| 70 | 0300628856 | 41519 | 7 | Y | 110.68 | |
| 71 | 0300045566 | 41519 | 43 | Y | | |
| 72 | 0201123852 | 4168 | 43 | Y | | |
| 73 | 0802201885 | 41519 | 43 | Y | | |
| 74 | 0901793450 | 4168 | 43 | Y | | |
| 75 | 0300265359 | 41519 | 1 | Y | 13,385.24 | |
| 76 | 0800490006 | 4169 | 43 | Y | | |
| 77 | 0601730766 | 4168 | 7 | Y | 282 | |
| 78 | 0906030070 | 41519 | 43 | Y | | |
| 79 | 0604144272 | 41519 | 58 | Y | | |
| 80 | 0305038040 | 41519 | 43 | Y | | |
| 81 | 0300269427 | 4168 | 1 | Y | 2,730.07 | |
| 82 | 0200812530 | 41519 | 43 | Y | | |
| 83 | 0300064566 | 4160 | 7 | Y | 0 | |
| 84 | 0900294085 | 41519 | 43 | Y | | |
| 85 | 0300858465 | 4160 | 58 | Y | | |
| 86 | 0600231901 | 4160 | 32 | Y | | |
| 87 | 0800490006 | 4168 | 1 | Y | 4,336.06 | |
| 88 | 0400050155 | 41519 | 7 | Y | 0 | |
| 89 | 0901853606 | 4169 | 43 | Y | | |
| 90 | 0305038040 | 41519 | 43 | Y | | |
| 91 | 0300269427 | 4168 | 7 | Y | 4,017.93 | |
| 92 | 0305945536 | 4168 | 43 | Y | | |
| 93 | 0901418187 | 4168 | 43 | Y | | |
| 94 | 0600472836 | 4160 | 43 | Y | | |

UDOH01633313

| # | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 95 | 0300858465 | 41519 | 43 | Y | | |
| 96 | 0600231901 | 4168 | 7 | Y | 0 | |
| 97 | 0602457508 | 41511 | 43 | Y | | |
| 98 | 0306205625 | 41511 | 43 | Y | | |
| 99 | 0200565690 | 4160 | 43 | Y | | |
| 100 | 0801028578 | 4168 | 43 | Y | | |
| 101 | 0302521085 | 41511 | 43 | Y | | |
| 102 | 0606898746 | 4168 | 7 | Y | 0 | |
| 103 | 0803532273 | 4169 | 51 | Y | 4,852.04 | 41 |
| 104 | 0201932319 | 41519 | 7 | Y | 0 | |
| 105 | 0205974555 | 4151 | 36 | Y | | |
| 106 | 0800490006 | 4168 | 7 | Y | 0 | |
| 107 | 0702229472 | 41519 | 43 | Y | | |
| 108 | 0801277802 | 4168 | 1 | Y | 8,247.16 | |
| 109 | 0901105421 | 41519 | 43 | Y | | |
| 110 | 0700336875 | 4160 | 47 | Y | | |
| 111 | 0300064566 | 4169 | 32 | Y | | |
| 112 | 0902940B5 | 4168 | 43 | Y | | |
| 113 | 0400311617 | 4160 | 43 | Y | | |
| 114 | 0406520552 | 4169 | 1 | Y | 16,216.22 | |
| 115 | 0602457508 | 4151 | 36 | Y | | |
| 116 | 0601730766 | 4168 | 43 | Y | | |
| 117 | 0801293778 | 4160 | 43 | Y | | |
| 118 | 0207765656 | 4151 | 36 | Y | | |
| 119 | 0300858465 | 41519 | 1 | Y | 5,593.56 | |
| 120 | 0602457508 | 41519 | 1 | Y | 37,634.29 | |
| 121 | 0200042034 | 4160 | 43 | Y | | |
| 122 | 0901105421 | 41519 | 7 | Y | 0 | |
| 123 | 0903401451 | 41519 | 7 | Y | 0 | |
| 124 | 0400235600 | 41519 | 43 | Y | | |
| 125 | 0306205625 | 41519 | 43 | Y | | |
| 126 | 0806421570 | 41511 | 7 | Y | 234.58 | |
| 127 | 0602457508 | 41519 | 43 | Y | 0 | |
| 128 | 0601730766 | 4160 | 43 | Y | | |
| 129 | 0601252937 | 4169 | 43 | Y | | |
| 130 | 0800680719 | 41519 | 43 | Y | | |
| 131 | 0306205625 | 41519 | 23 | Y | | |
| 132 | 0800034434 | 4168 | 43 | Y | | |
| 133 | 0602457508 | 41519 | 43 | Y | | |
| 134 | 0306205625 | 41511 | 23 | Y | | |
| 135 | 0800299080 | 4160 | 43 | Y | | |
| 136 | 0702229472 | 41519 | 36 | Y | | |
| 137 | 0701086716 | 41519 | 1 | Y | 5,148.85 | |
| 138 | 0200029127 | 4160 | 43 | Y | | |
| 139 | 0606421570 | 41511 | 43 | Y | | |
| 140 | 0702229472 | 41519 | 1 | Y | 13,898.98 | |
| 141 | 0901105421 | 41519 | 1 | Y | 6,704.01 | |
| 142 | 0400050155 | 41519 | 43 | Y | | |

UDOH01633314

Vioxx/Celebrex potential claim for Medicaid

time period = 7/1/03-12/11/04    12/16/2004

clients had either Vioxx or Celebrex, or Bextra and had CPT hits for predetermined ICD-9 codes.

Sheet 3 = Clients identified as using **Bextra** as primary sort; then diagnoses code as secondary sort

| RecipientID | Diagnosis Code | Provider Category Of Service | Final Claim Ind | SUM Allowed Charge | SUM Units Of Service |
|---|---|---|---|---|---|
| 903245581 | 4150 | 43 | Y | | |
| 200635230 | 4168 | 43 | Y | | |
| 300123570 | 4168 | 32 | Y | | |
| 600235095 | 4160 | 43 | Y | | |
| 400604576 | 4160 | 43 | Y | | |
| 203805128 | 4168 | 43 | Y | | |
| 600337661 | 41519 | 7 | Y | 5.18 | |
| 900294085 | 4168 | 7 | Y | 0 | |
| 401767630 | 41519 | 7 | Y | 0 | |
| 406824233 | 4169 | 43 | Y | | |
| 700544206 | 4168 | 7 | Y | 0 | |
| 409283471 | 41511 | 43 | Y | | |
| 601730766 | 4160 | 43 | Y | | |
| 400226415 | 4168 | 1 | Y | 2,891.17 | |
| 300157084 | 41519 | 28 | Y | | |
| 200055527 | 4168 | 7 | Y | 0 | |
| 300048862 | 41519 | 36 | Y | | |
| 903245581 | 4168 | 43 | Y | | |
| 400121303 | 41519 | 43 | Y | | |
| 900238932 | 41519 | 23 | Y | | |
| 700642933 | 41511 | 43 | Y | | |
| 600227254 | 41519 | 43 | Y | | |
| 700692434 | 4168 | 43 | Y | | |
| 401767630 | 4168 | 43 | Y | | |
| 406824233 | 4169 | 1 | Y | 8,838.78 | |
| 700544206 | 41519 | 23 | Y | | |
| 202957650 | 41519 | 23 | Y | | |
| 704614160 | 4169 | 19 | Y | 6,412.33 | 22 |
| 400226415 | 4168 | 7 | Y | 0 | |
| 300157084 | 41519 | 7 | Y | 0 | |
| 900415010 | 41511 | 43 | Y | | |
| 600602870 | 4150 | 32 | Y | | |
| 200635230 | 4168 | 1 | Y | 7,665.22 | |
| 700197026 | 41519 | 43 | Y | | |
| 900294085 | 4168 | 43 | Y | | |
| 401767630 | 4168 | 1 | Y | 4,341.60 | |
| 700544206 | 41519 | 43 | Y | | |
| 202957650 | 41519 | 43 | Y | | |

UDOH0163336

| # | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 47 | 601730766 | 4168 | 7 | Y | 282 | |
| 48 | 400226415 | 4160 | 21 | Y | | |
| 49 | 800110718 | 41519 | 43 | Y | | |
| 50 | 900415010 | 41519 | 43 | Y | | |
| 51 | 903245581 | 4150 | 1 | Y | 7,659.71 | |
| 52 | 800034434 | 4168 | 43 | Y | | |
| 53 | 300418295 | 41519 | 43 | Y | | |
| 54 | 900294085 | 4160 | 43 | Y | | |
| 55 | 700544206 | 41519 | 43 | Y | | |
| 56 | 903261595 | 41519 | 43 | Y | | |
| 57 | 601730766 | 4168 | 43 | Y | | |
| 58 | 400226415 | 4168 | 43 | Y | | |
| 59 | 304499958 | 41519 | 23 | Y | | |
| 60 | 701067716 | 41519 | 1 | Y | 5,148.85 | |
| 61 | 700197026 | 41519 | 19 | Y | 3,188.37 | |
| 62 | 903261595 | 41519 | 1 | Y | 6,704.01 | |
| 63 | 400226415 | 4160 | 32 | Y | | |
| 64 | 800110718 | 41511 | 43 | Y | | |
| 65 | 800494222 | 4168 | 43 | Y | | |
| 66 | 400928347 | 41519 | 43 | Y | | |
| 67 | 400226415 | 4160 | 43 | Y | | |
| 68 | 400226415 | 4168 | 32 | Y | | |
| 69 RecipientID | | Diagnosis Code | 425 | Provider Category Of Service | Final Claim Ind | SUM Allowed Charge | SUM Units Of Service |
| 70 | | | | | | |
| 71 RecipientID | | Diagnosis Code | | Provider Category Of Service | Final Claim Ind | SUM Allowed Charge | SUM Units Of Service |
| 72 | | 429.2 | | | | |
| 73 RecipientID | | Diagnosis Code | | Provider Category Of Service | Final Claim Ind | SUM Allowed Charge | SUM Units Of Service |
| 74 | 528134014 | 436 | 32 | Y | | |
| 75 | 600238230 | 4359 | 43 | Y | | |
| 76 | 905887467 | 438 | 66 | Y | | |
| 77 | 303877525 | 43300 | 43 | Y | | |
| 78 | 603848004 | 43490 | 23 | Y | | |
| 79 | 700270416 | 4359 | 58 | Y | | |
| 80 | 901110948 | 436 | 43 | Y | | |
| 81 | 806029463 | 43391 | 43 | Y | | |
| 82 | 706938931 | 436 | 43 | Y | | |
| 83 | 400271534 | 436 | 16 | Y | 59,657.38 | |
| 84 | 400350060 | 43491 | 43 | Y | | |
| 85 | 900048416 | 4358 | 43 | Y | | |
| 86 | 900792450 | 43300 | 43 | Y | | |
| 87 | 806914380 | 4359 | 19 | Y | 910 | |
| 88 | 800338000 | 436 | 7 | Y | 0 | |

UDOH0163337

**EXHIBIT 2**

|   | A | B | C | D | E | F | G | H |
|---|---|---|---|---|---|---|---|---|
| 1 | COX-II.STUDY.4.5.05 | | | | | | | |
| 2 | 4/5/2005 | | | | | | | |
| 3 | | | | | | | | |
| 4 | | | | | | | | |
| 5 | time period: 1/1/04 - 3/31/04 | | | | | | | |
| 6 | COUNT RecipientID | HICLSequenceNumber | DrugName | COUNT FinalClaimInd | SUM AllowedCharge | SUM DrugQuantity | | 1,090 |
| 7 | 520 | 23223 | BEXTRA | 1,090 | $ 90,622.88 | 32,824 | | 4,364 |
| 8 | 1,235 | 20208 | VIOXX | 2,713 | $ 221,315.24 | 81,956 | | 5,454 |
| 9 | 1,854 | 18979 | CELEBREX | 4,364 | $ 389,173.53 | 157,020 | | |
| 10 | | | totals | 8,167 | $ 701,111.65 | 271,800 | | |
| 11 | | | | | | | | |
| 12 | | | | | | | | |
| 13 | time period: 1/1/05 - 3/31/05 | | | | | | | |
| 14 | COUNT RecipientID | HICLSequenceNumber | DrugName | COUNT FinalClaimInd | SUM AllowedCharge | SUM DrugQuantity | | |
| 15 | 569 | 23223 | BEXTRA | 1,277 | $ 113,747.28 | 39,289 | | |
| 16 | 5 | 20208 | VIOXX | 6 | $ 334.91 | 125 | | |
| 17 | 1,763 | 18979 | CELEBREX | 4,212 | $ 394,743.50 | 150,451 | | |
| 18 | | | totals | 5,495 | $ 508,825.69 | 189,865 | | |

UDOH0150766