**EXHIBIT B**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX Products Liability Litigation | ) MDL No.1657 ) ) SECTION L |
| This Document Relates to: | ) ) JUDGE ELDON E. FALLON |
| STATE OF UTAH | ) ) MAGISTRATE JUDGE KNOWLES |
| v. | ) ) Videotaped 30(b)(6) |
| MERCK SHARP & DOHME CORP. | ) Deposition of: ) State of Utah |
| Case No. 09-9336 | ) with representative ) ALEX YEI |

September 11, 2013
4:32 p.m.

Location: Steele and Biggs
  5664 South Green Street
Salt Lake City, Utah 84123
Reporter:  Susan S. Sprouse

```
 1   be able to talk knowledgeably about today.  Do you
 2   understand that?
 3       A.   Yes, I do.
 4       Q.   And the documents are referenced by Bates
 5   numbers in those numbers one through four, correct?
 6       A.   Yes.
 7       Q.   And are those the documents that you are
 8   referring to that you were asked to review and to be able
 9   to speak knowledgeably about?
10       A.   Yes.
11       Q.   And are you prepared today having done whatever
12   work you believe is necessary to be able to be responsive
13   and knowledgeable about these four topics?
14       A.   Yes.
15       Q.   Tell me what you did to prepare yourself to be
16   able to speak on these four topics.
17       A.   Um, basically I went through the reports, looked
18   at the information that was provided in each of the
19   reports.  I had worked extensively with data elements that
20   are similar to these and was familiar with the headings on
21   the reports.
22       Q.   Did you speak to anyone about these documents
23   other than counsel for the State of Utah?
24       A.   Um --
25            MR. SCHULTE:  Objection.  Go ahead.
```

1  the reasons you are here is to answer the reason for
2  creating a drafting, Exhibit 2.  And my question is:  You
3  are not prepared here and don't -- cannot tell us what the
4  reason was for creating a drafting, Exhibit 2; is that
5  correct?
6      A.  The reason for creating this particular
7  document?
8      Q.  You cannot tell us.  Is that what you are
9  saying?
10     A.  Not on this particular document.  I can tell you
11 the reason for creating documents that may have been
12 similar that I have personally asked for.  But if you are
13 asking me the exact reason, and as I've reviewed this page
14 by page, there is nothing that identifies it as for a
15 specific reason for creating or drafting this report.
16         This is merely a run out of the data warehouse.
17 And I mean, I -- if you'd like, I can go through each of
18 the broad categories and what each of those areas
19 represent because that is something that is identifiable
20 in this report.  But if you are asking me --
21     Q.  Mr. Yei, my question simply do you know the
22 reason for creating Exhibit 2?  If the answer is no, we
23 have the record clear and we can deal with it with the
24 court.
25     A.  This report -- there is a reason.  There is a