# EXHIBIT D



# WRIGHT & SCHULTE, LLC.

**Law Offices**

812 E. NATIONAL ROAD
SUITE A
VANDALIA, OHIO 45377
(937) 435-7500
FAX (937) 435-7511
www.legaldayton.com

130 W. 2ND. STREET
SUITE 1600
DAYTON, OHIO 45402
(937) 222-7477
FAX (937) 222-7911
www.yourohiolegalhelp.com

MICHAEL L. WRIGHT +
RICHARD W. SCHULTE **
STEPHEN D. BEHNKE *
JONATHAN C. TURNER
LAURA J. MARTIN
SHIREEN J. HEBERT *
NATHAN J. STUCKEY
COREY J. ARTIM
DAVID J. SMITH
ERIK R. BLAINE***
SEAN L. WALTON

* Also admitted in California
** Also admitted in Iowa
*** Also admitted in Kentucky
+ Also admitted in Alabama
+ Also admitted in Florida
+ Also admitted in Georgia
+ United States Patent and Trademark Office

October 18, 2013

Travis Sales
Baker Botts, LLP
910 Louisiana
Houston, Texas 77002-4995
VIA ELECTRONIC MAIL ONLY

RE:   Correspondence regarding Yei Deposition

Dear Travis:

This letter is in response to your letter of October 14, 2013. All underlying metadata are included in the electronic files. I have attached the spreadsheets to this correspondence. You will note, however, that Kay Hanson (who is a paralegal with Ken Lougee's firm) is listed as the last saver of the document on October 15, 2013. We know of no way to send the documents to you without this notation, so we are also attaching screen shots as the documents appear on the native computer.

In response to your first question, we can tell these documents were never transferred to anyone because the metadata does not show that it was forwarded. Also, the spreadsheets are noted as never printed, which is further evidence it was not circulated. Additionally, as evident from our prior letter and other correspondence we conducted a thorough investigation concerning these documents and questioned numerous people who may have any knowledge regarding them. Simply put, no one remembers them or has any knowledge of them. Moreover, as a consequence of this investigation, we have not located any information as to why these documents were created.

Finally, we can confirm that no attorney or outside counsel ever received or was aware of the contents of either of these documents prior to their production by the State of Utah in this litigation. The Attorney General lawyers, David Stallard and Wade Farraway, did not know anything about Vioxx until the filing of the Texas AG lawsuit. Additionally, Ken Lougee and his paralegal again examined their electronic files and confirmed they do not have an electronic copy of these documents.

I hope this finally puts this issue to rest, but please contact me if you require anything else.

Sincerely,

Stephen D. Behnke
Attachments



