|  |  |
|---|---|
| Maurice Robinson, *et al.* )<br>)<br>)<br>Plaintiffs, )<br>)<br>)<br>v. )<br>)<br>)<br>MERCK & CO., INC., *et al.*, )<br>)<br>Defendants. )<br>) | **IN THE UNITED STATES<br>DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF<br>LOUISIANA**<br><br>Case Code No: 1657<br>Docket No: 2:08-cv-01406-EEF-DEK<br><br>**STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO<br>ALL DEFENDANTS** |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiffs against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Justin I. Woods (#24713)
WOODS BOWERS & WOODS
1610 Oretha Castle Haley Boulevard, Suite B
New Orleans, LA 70113
(504) 309-4177 Tel
(504) 309-4377 Fax

*Attorney for Plaintiffs*

Dated: FEB. 10, 2014

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5106 Tel
(202) 434-5029 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 701430
(504) 581-3200 Tel
(504) 581-3361 Fax

*Attorneys for Defendant.*

Dated: Feb 19, 2014