UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®PRODUCTS LIABILITY LITIGATION

MDL 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

Case No: 2:09 CV024:30EEF-DEK

**Catherine Singleton,**
**Sandra Hammack, obo the Estate of Velma Dunn**         PLAINTIFF
**v.**

**Merck & Co., Inc.**                                    DEFENDANTS

VELMA DUNN'S STATEMENT OF MATERIAL FACTS
ATTACHMENT "A" TO OPPOSITION RESPONSE TO MERCK'S REBUTTAL RESPONSE

Comes now Velma Dunn, the Plaintiff herein and files these her Statements of Material Facts which create genuine issues of material facts. They are as follows:

1. Velma Dunn was taking Vioxx .25 mg tables as early as October and November of 2000.

2. She passed away on or about October 6, 2001.

3. Velma Dunn was taking the .25mg Vioxx tablets within a few days of her passing away.

4. Plaintiff, Velma Dunn, according to the record suffered a pulmonary embolism, kidney failure, congestive heart failure and thromboembolic pulmonary hypertension.

5. In his case specific expert report, Dr. Dwight Dishmon states that Vioxx was a substantial factor in causing Velma Dunn's injuries and death to a reasonable degree of medical certainty based on reasonable medical probability.

6. A genuine dispute exists as to whether Plaintiff suffered an injury or injuries that can be

   attributed to her having taken Vioxx.

7. Another genuine issue of material fact is whether she, Plaintiff, suffered a pulmonary embolism, kidney failure, congestive heart failure and other injuries that can be attributed to having taken Vioxxx.

8. Whether Plaintiffs medical records, expert reports and testimony of Sandra Hammack evidence that she, Plaintiff Velma Dunn, had the foregoing injuries that can be attributed to having taken Vioxx.

9. The FES should not be found to be enforceable based on Plaintiff's genuine issues of material facts as set out herein and as well the arguments made in her memorandum in opposition filed on December 19, 2013.

The above and foregoing are Plaintiff's genuine issues of material facts which indicate that this Court should not grant Merck's Motion For Summary Judgment.

This the 20th day of February, 2014.

                              Respectfully submitted
                              SANDRA HAMMACK
                              OBO ESTATE OF VELMA DUNN, (D)
                              /s/ Bennie L Jones, Jr
                              BENNIE L JONES, JR, MSB#3185

OF COUNSEL:
BENNIE L JONES, JR, ESQ.,
B.L. JONES., JR & ASSOCIATES
P O BOX 357
206 COURT STREET
WEST POINT, MS 39773
662.494.1024

Ahjputer-V.DunnStatementofFactS

CERTIFICATE OF SERVICE

  I hereby certify that the above and foregoing Plaintiff, VELMA DUNN'S STATEMENT OF MATERIAL FACTS has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system via electronic filing to:

  Hon. Phillip Wittman
  Stone Pigman Walther & Wittman, LIC
  546 Carondelet Street
  New Orleans, LA 70130

  Hon. Douglas R. Marvin
  Williams & Connolly, LLP
  725 Twelfth Street, NW
  Washington, DC 20005

  Hon. Ann B. Oldfather
  Oldfather Law Firm
  1330 S. Third Street
  Louisville, KY 40208

  Hon. Russ M. Herman
  Herman, Herman, Katz & Cotlar, LLP
  820 O'Keefe Avenue
  New Orleans, LA 70113

This the 20th day of February, 2014.

                 /s/ Bennie L. Jones, Jr.
                 Bennie L. Jones, Jr.