UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** *Elena Strujan v. Merck & Co., Inc.* No. 07-906

## ORDER

The Court is in receipt of the attached correspondence from *pro se* Plaintiff Elena Strujan, whose claims have been dismissed. (Rec. Doc. 64746). Ms. Strujan references her previous correspondence to the Court, which was filed into the record on January 3, 2014. (Rec. Doc. 64815). **IT IS ORDERED** that the attached correspondence be filed into the record and that no further action be taken.

New Orleans, Louisiana, this 19th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:   Elena Strujan
P.O. Box 20632
New York, NY 10021