**ELENA STRUJAN**
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

February 10, 2014

OFFICE OF CLERK
US District Court
Eastern District of Louisiana

Re:   **ELENA STRUJAN**
v.
**MERCK AND COMPANY,
INC., Inc./No 07-906**
*INDEX*

Dear Sir/ Madame

Thank, thank you very much for your infinite help and patience with all Pro Se who came in your Court for justice matter.

I Received Court Order signed by Judge Fallon on January 3, 2014. The order said **" that the attached correspondence be filed into the record..."**( See attachment).

Per our phone conversation, I submit a written request because I would like to know what is the D 1 # for all documents submitted    by me for the Trial de Novo.

I thank again you for entire help.

New York, New York

February 10, 2014

Respectfully submitted,

Elena Strujan – Plaintiff  Pro Se.
P.O. Box 20632
New York, New York 10021
(646)-234-2421

Cc: Defendant counsel.

TENDERED FOR FILING

FEB 18 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

*Received 2/7/2014*

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX** | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:          *Elena Strujan v. Merck & Co., Inc.* No. 07-906

## ORDER

The Court is in receipt of the attached correspondence from *pro se* Plaintiff Elena

Strujan, whose claims have been dismissed. (Rec. Doc. 64746). **IT IS ORDERED** that the

attached correspondence be filed into the record and that no further action be taken.

New Orleans, Louisiana, this 31st day of January, 2014.

_____
UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:          Elena Strujan
                        P.O. Box 20632
                        New York, NY 10021

**UNITED STATES**
**EASTERN DISTRICT OF LOUISUIANA**
_____X

ELENA STRUJAN
                    Plaintiff               Index No: 07-906
        V.
MERCK & Co. Inc.
        Defendant
_____X


## CERTIFICATE OF SERVICE

I, Elena Strujan, Plaintiff Appellant Pro Se do hereby certify that I have this day _2/12/ 2014_ I, served a true and correct copy of the letter adrresed to the office of clerk **UNITED STATES , EASTERN DISTRICT OF LOUISUIANA** by mail, postage prepaid on the following counsel of record:


                    Counsel for Defendant

Dorothy H. Wimberley, 18509
STONE PIGMAN WALTHER WITTMAN L. L. C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200

TENDERED FOR FILING

FEB 18 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk


So certified this _12_ day of _February_ 2014

_[signature]_
Elena Strujan-Plaintiff Appellant Pro Se
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

_Shah K Alam_

**NOTAEY PUBLIC**

U.S. POSTAGE
PAID
FLUSHING, NY
FEB 12 '14
AMOUNT
**$0.49**
00058681-13

UNITED STATES
POSTAL SERVICE

1000
70:30

Elena Arajan
P.O. Box 20632
New York, NY 10021

Office of Clerk
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C 151
New Orleans, LA 70130