UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**ADDENDUM TO PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL AND MOTION FOR PROTECTIVE ORDER**

Plaintiff, by and through counsel, hereby files Exhibit A and Exhibit B which are better copies of page 2 and 3 of Exhibit D, attached to Plaintiff's Opposition to Motion to Compel and Motion for Protective Order, filed with the court on February 18, 2014. The copies filed with the opposition were not readable. *See* Affidavit of Kay D. Hanson, attached hereto as Exhibit C.

DATED this 24th day of February, 2014.

/s/
_____
Joseph W. Steele
Kenneth D. Lougee
SIEGFRIED & JENSEN
5664 South Green Street
Salt Lake City, UT 84123

1

/s/
_____

Eric H. Weinberg

THE LAW OFFICES OF ERIC H. WEINBERG
149 Livingston Avenue
New Brunswick, NJ  08901

/s/
_____

Richard W. Schulte
812 E. National Road, Suite A
Vandalia, OH  45377

***Attorneys for Plaintiff***

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **ADDENDUM TO PLAINTIFF'S OPPOSITION TO MOTION TO COMPEL AND MOTION FOR PROTECTIVE ORDER** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 24th day of February, 2014.

　　　　　　　　　　　　　　　　　　　/S/