**EXHIBIT C**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| This Document Relates to: | * | SECTION L |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**AFFIDAVIT OF KAY D. HANSON**

COUNTY OF SALT LAKE       )
                          )SS:
STATE OF UTAH             )

Kay D. Hanson, being first duly cautioned and sworn, deposes and says on personal knowledge:

1. I am paralegal to Kenneth Lougee and Joseph Steele of the law firm of Siegfried & Jensen, attorneys for Plaintiff, State of Utah.

2. It was discovered that pages 2 and 3 of Exhibit D to Plaintiff's Opposition to Motion to Compel and Motion for Protective Order, filed on February 18, 2014, was not readable.

3. Exhibit A and B to the Addendum to Plaintiff's Opposition to Motion to Compel and Motion for Protective Order are simply better, readable, copies of the same

1

documents as pages 2 and 3 of Exhibit D to Plaintiff's Opposition to Motion to Compel and Motion for Protective Order.

Further affiant sayeth naught.

_____
Kay D. Hanson

SUBSCRIBED AND SWORN TO before me on this 24th day of February, 2014.

_____
NOTARY PUBLIC

My Commission Expires:
_____

Notary Public
SHERYL A. HEALY
Commission #670674
My Commission Expires
October 1, 2017
State of Utah

2