UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
| | * |
| Products Liability Litigation | * |
| | * MDL No. 1657 |
| | * |
| | * SECTION L |
| THIS DOCUMENT RELATES TO: | * |
| | * JUDGE ELDON E. FALLON |
| *Sherrill Herke, individually and on behalf of a* | * |
| *proposed class of those similarly situated* | * MAGISTRATE JUDGE |
| | * KNOWLES |
| | * |
| | * |
| | * |
| | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * *

## JOINT DESIGNATION OF RECORD ON APPEAL

Appellant Geneva Meloy, Defendant/Appellee Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc. ("Merck") and Co-Class Counsel for the MDL 1657 Consumer Class hereby submit this Joint Designation of Record on Appeal for the following case:

Case No:  2:05-md-1657 (E.D. La.).

The parties request that the following items be included in the record for this appeal:

## U. S. District Court
### Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-md-01657-EEF-DEK

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2005 | 790 | MASTER COMPLAINT regarding Class Action Cases involving Purchase Claims filed by Plaintiff. (Attachments: # 1 Part 2 of Document# 2 Part 3 of Document)(Reference: All purchase claims class action cases pending or subject to transfer)(dmg, ) (Entered: |

1152044v1

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | 08/04/2005) |
| 11/07/2005 | 1352 | MOTION to Dismiss plas' purchase claims master class action complaint by Defendant Merck & Co Inc. (Attachments: # 1 Part 2 of Motion)(Reference: All Purchase Claims Class Action Cases)(dmg, ) (Entered: 11/10/2005) |
| 01/06/2006 | 2549 | REPLY to Response to Motion filed by Defendant re 1352 MOTION to Dismiss plas' purchase claims master class action complaint. (Attachments: # 1 Part 2 of Reply# 2 Part 3 of Reply)(Reference: All Purchase Claims Class Actions)(dmg, ) (Entered: 01/06/2006) |
| 02/02/2006 | 3115 | Minute Entry for proceedings held before Judge Eldon E. Fallon : Motion Hearing held on 2/2/2006 re 1350 MOTION to Dismiss Medical Monitoring Master Class Action, 1352 MOTION to Dismiss Purchase Claims Master Class Action & 2171 MOTION to Certify Nation-wide Class Action. Ordered - Taken under submission. (Court Reporter Cathy Pepper.) (Reference: ALL CASES)(dmg, ) (Entered: 02/03/2006) |
| 12/11/2009 | 29623 | STIPULATION of Dismissal With Prejudice of All Purchase Claims Class Action Complaints Pending or Subject to Transfer to MDL 1657 by Plaintiff, Defendant (Attachments: # 1 Proposed Order)(Reference: 05-2280)(Wimberly, Dorothy) (Entered: 12/11/2009) |
| 12/15/2009 | 29868 | ORDER granting 29623 Stipulation of Dismissal with prejudice as to All Purchase Claims Class Action Complaints Pending or Subject to Transfer to MDL 1657 filed by Plaintiff, Defendant. Signed by Judge Eldon E. Fallon on 12/14/2009.(Reference: 05-2280)(cms, ) (Entered: 12/15/2009) |
| 07/06/2010 | 46086 | MOTION for Judgment on the Pleadings or to Strike Class Allegations in Purchase Claims Master Complaint by Defendant Merck Sharp & Dohme Corp. Motion Hearing set for 9/22/2010 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Memorandum in Support, # 2 Exhibits 1-3, # 3 Exhibits 4-6, # 4 Exhibits 7-11, # 5 Notice of Hearing)(Reference: All Purchase Claims Class Action Complaints Pending or Subject to Transfer to MDL 1657)(cms, ) (Entered: 07/06/2010) |

| Date Filed | # | Docket Text |
|---|---|---|
| 08/23/2010 | 50123 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 46086 MOTION Judgement on the Pleadings or to Strike Class Allegations in Purchase Claims Master Complaint. (Reference: 05-1657)(Barrios, Dawn) Modified on 8/24/2010 (caa, ). (Entered: 08/23/2010) |
| 08/26/2010 | 50771 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Monthly Status Conference held on 8/26/2010. The next Status Conference set for 10/7/2010 09:00 AM before Judge Eldon E. Fallon. The Court will hear oral argument on 10/7/2010 following the monthly status conference re 46086 Motion for Judgment on the Pleadings or to Strike Class Allegations in Purchase Claims Master Complaint (Reference: ALL CASES)(caa, ) Modified on 9/21/2010 (cms, ). (Entered: 09/01/2010) |
| 09/27/2010 | 52792 | REPLY to Response to Motion filed by Defendant Defendant Merck Sharp & Dohme Corp. re 46086 MOTION Judgement on the Pleadings or to Strike Class Allegations in Purchase Claims Master Complaint. (Reference: 05-1657)(cms, ) (Entered: 09/27/2010) |
| 10/07/2010 | 53487 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Motion Hearing held on 10/7/2010 re 46086 MOTION Judgment on the Pleadings or to Strike Class Allegations in Purchase Claims Master Complaint. Argument - TAKEN UNDER SUBMISSION. (Court Reporter Jodi Simcox.) (Reference: All purchase claims Class Action Complaints Pending or Subject to Transfer to MDL 1657)(cms, ) (Entered: 10/07/2010) |
| 07/17/2013 | 64487 | EXPARTE/CONSENT MOTION for Preliminary Approval of Class Settlement by Plaintiff. (Attachments: # 1 Proposed Pleading Order re Preliminary Approval of Class Settlement, # 2 Proposed Pleading Exhibit A to Order, # 3 Proposed Order)(Reference: 09-07218)(Davis, Leonard) (Entered: 07/17/2013) |
| 07/17/2013 | 64488 | RESPONSE to Motion filed by Defendant re 64487 MOTION for Preliminary Approval of Class Settlement (Merck's Statement in Support of Plaintiff's Motion). (Reference: 09-07218)(Wimberly, Dorothy) (Entered: 07/17/2013) |
| 07/18/2013 | 64491 | ORDERED that the Plaintiffs' MOTION to set their |

3

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | Motion for Preliminary Approval of Class Settlement for Hearing is GRANTED and the 64487 MOTION for Preliminary Approval of Class Settlement is set for hearing on 7/24/2013 at 9:00 AM before Judge Eldon E. Fallon. IT IS FURTHER ORDERED that responses to the motion must be filed on or before the 20th day of July, 2013, and that replies to responses must be filed on or before the 21st day of July, 2013. Signed by Judge Eldon E. Fallon on 7/18/13. (Reference: 09-7218)(dno, ) (Entered: 07/18/2013) |
| 07/22/2013 | 64501 | EXPARTE/CONSENT MOTION to Substitute Exhibit "A" to Plaintiffs' Motion for Preliminary Approval of Class Settlement by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Proposed Pleading Exhibit A)(Reference: 09-07218)(Davis, Leonard) (Entered: 07/22/2013) |
| 07/22/2013 | 64502 | EXPARTE/CONSENT MOTION for Leave to File Dr. Shannon Wheatman's Declaration in Support of Plaintiffs' Motion for Preliminary Approval of Class Settlement by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order, # 3 Declaration of Shannon Wheatman)(Reference: 09-07218)(Davis, Leonard) (Entered: 07/22/2013) |
| 07/23/2013 | 64505 | ORDER granting 64502 Motion for Leave to File Declaration of Dr. Shannon Wheatman. Signed by Judge Eldon E. Fallon on 7/23/2013. (Reference: 09-7218)(cms, ) (Entered: 07/23/2013) |
| 07/23/2013 | 64506 | ORDER granting 64501 Motion to Substitute Exhibit A.. Signed by Judge Eldon E. Fallon on 7/23/2013. (Reference: 09-7218)(cms, ) (Entered: 07/23/2013) |
| 07/24/2013 | 64511 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Hearing held on 7/24/13 regarding Class Counsel's 64487 MOTION for Preliminary Approval of Class Settlement . After hearing argument, the Court indicated it will grant the Movants' motion for the reasons provided at the hearing. The Court instructed counsel for the Movants and counsel for James Ratliff, who has brought suit in Kentucky state court on behalf of himself and those similarly situated, to meet and confer to set dates within the proposed order. (Rec. Doc. 64487-1). If unable to agree, counsel are instructed to submit |

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | dates individually and the Court will make a determination. The Court further instructed the Movants to resubmit the proposed order with the agreed-upon or Court-determined dates, so that the Court may conditionally certify the proposed class, preliminarily approve the proposed class settlement, approve the form and content of the notice, authorize dissemination of the notice, and set dates and procedures for a fairness hearing. (Court Reporter Susan Zielie.) (Reference: 09-7218) (dno, ) (Entered: 07/25/2013) |
| 08/13/2013 | 64543 | EXPARTE/CONSENT MOTION to Establish Qualified Settlement Fund and to Appoint Fund Administrator and Depository Bank (Vioxx Consumer Settlement Fund) by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Proposed Order Exhibit A, # 3 Exhibit B)(Reference: ALL ACTIONS)(Davis, Leonard) (Entered: 08/13/2013) |
| 08/19/2013 | 64546 | ORDER granting the 64543 Motion to Establish Qualified Settlement Fund and to Appoint Fund Administrator and Depository Bank Signed by Judge Eldon E. Fallon on 8/19/2013.(Reference: ALL CASES)(cms, ) (Entered: 08/19/2013) |
| 11/15/2013 | 64691 | EXPARTE/CONSENT Joint MOTION To Set Briefing Schedule for Final Approval of Class Settlement by Defendant. (Attachments: # 1 Proposed Order)(Reference: All Economic Loss Class Action Cases)(Wimberly, Dorothy) (Entered: 11/15/2013) |
| 11/19/2013 | 64697 | ORDER granting 64691 Motion to set Briefing Schedule for Final Approval of Class Settlement. FURTHER ORDERED that the schedule shall govern briefing regarding final approval of the MDL class action settlement as set forth in document. Signed by Judge Eldon E. Fallon on 11/18/2013. (Reference: ALL ECONOMIC LOSS CLASS ACTION CASES)(cms, ) (Entered: 11/19/2013) |
| 11/22/2013 | 64704 | MEMORANDUM filed by Defendant re 64703 MOTION for Leave to File Plaintiffs' Motion for Final Approval of Vioxx Consumer Class Settlement with supporting memoranda and exhibits exceeding page limitation Merck's Statement of Support of Plaintiffs' Motion for Final Approval of Class Settlement. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, |

1152044v1

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11)(Reference: 09-7218)(Wimberly, Dorothy) (Entered: 11/22/2013) |
| 11/22/2013 | 64711 | On November 7, 2013 the Court received the Notice of Objection to Class Settlement and Motion for Attorney's Fees. from Geneva Meloy. ORDERED that the Notice of Objection to Class Settlement and Motion for Attorney's Fee's be entered into the record. Signed by Judge Eldon E. Fallon on 11/21/2013.(Reference: Sherrill Herke, indiviudally and on behalf of a proposed class of those similarly situated)(cms, ) (Geneva Meloy) (Entered: 11/25/2013) |
| 11/22/2013 | 64712 | NOTICE of Objection by Plaintiff Geneva Meloy. (Reference: Sherrill Herke, indiviudally and on behalf of a proposed class of those similarly situated)(cms, ) (Entered: 11/25/2013) |
| 11/27/2013 | 64719 | **AWAITING PROPOSED ORDER**EXPARTE/CONSENT MOTION for Final Approval of Vioxx Consumer Class Settlement by Plaintiff. (Attachments: # 1 Memorandum in Support, # 2 Exhibits A-D)(Reference: 09-7218)(cms, ) (Entered: 11/27/2013) |
| 12/06/2013 | 64728 | EXPARTE/CONSENT MOTION for Leave to File Supplemental Exhibits in Support of Motion for Final Approval of Vioxx Consumer Class Settlement by Class Settlement Counsel. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Exhibit E, # 3 Proposed Pleading Exhibit F, # 4 Proposed Pleading Exhibit G)(Reference: 09-07218)(Davis, Leonard) Modified on 12/9/2013 (dno, ). (Entered: 12/06/2013) |
| 12/09/2013 | 64735 | ORDER granting 64728 Class Settlement Counsel's Motion for Leave to File the declarations/affirmation attached to the Motion as Exhibits E, F and G, into the record. Signed by Judge Eldon E. Fallon on 12/9/13. (Reference: 09-7218)(dno, ) (Entered: 12/09/2013) |
| 01/03/2014 | 64784 | ORDERED that motion for final approval of the Vioxx consumer Class Settlement by Class Settlement by Class Representative Herke (Rec. Docs. 654719,64728,64735) is GRANTED. FURTHER ORDERED that Merck's |

| Date Filed | # | Docket Text |
|---|---|---|
| | | motion to stay and enjoin the Kentucky state court proceedings (Rec. Doc. 64537) and Class Counsel's motion to enjoin Mr. Ratliff from prosecuting any related claims (Rec. Doc. 64539) are DENIED as moot. FURTHER ORDERED that the Court has jurisdiction over the subject matter and parties to this proceeding pursuant to 28 U.S.C. § 1332, venue is proper, and the Court finds, for settlement purposed only as stated in document. The "Released Claims, as defined below, of any and all Class Members are HEREBY DISMISSED with prejudice against all "Released Persons," as defined in document. FINAL JUDGMENT is hereby ENTERED dismissing with prejudice all Released Claims of the Class against all Released Persons as herein described. Pursuant to Rule 54(b), the Court determines that there is no just cause for delay and expressly DIRECTS the ENTRY OF JUDGMENT on all issues contained in this final order and judgment. Signed by Judge Eldon E. Fallon on 1/2/2014.(Reference: Sherrill Herke individually and on behalf of a proposed class of those similarly situated)(cms, ) (Entered: 01/06/2014) |

WHEREFORE, the parties respectfully request that these documents be included in the record in this appeal.

Respectfully Submitted,

s/Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

John H. Beisner
Jessica Davidson Miller
Geoffrey M. Wyatt
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP & DOHME CORP.

and

s/George W. Cochran
George W. Cochran, Esq. (not yet admitted)
1385 Russell Drive
Streetsboro, Ohio  44241

ATTORNEY FOR GENEVA MELOY

and

s/Russ M. Herman
Russ M. Herman
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA 70113

s/Elizabeth J. Cabraser
Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
Embarcadero Center West
275 Battery Street, 30th Floor
San Francisco, CA 94111

CO-CLASS  COUNSEL FOR MDL 1657 CONSUMER CLASS

1152044v1

**CERTIFICATE OF SERVICE**

      I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of February, 2014.

                                                        */s/ Dorothy H. Wimberly*
                                                        Dorothy H. Wimberly, 18509
                                                        STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                        546 Carondelet Street
                                                        New Orleans, Louisiana  70130
                                                        Phone:  504-581-3200
                                                        Fax:     504-581-3361
                                                        dwimberly@stonepigman.com

                                                        Defendants' Liaison Counsel