UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>           PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**    *State of Utah v. Merck & Co., Inc.*, **06-9336**

## ORDER

**IT IS ORDERED** that oral argument on Defendant Merck's motion to compel (Rec. Doc. 64818) will be held by telephone on March 6, 2014, at 9:30 a.m. The call-in number is 877-336-1839, the access code is 4227405, and the security code is 030614.

New Orleans, Louisiana, this 27th day of February, 2014.

_____
UNITED STATES DISTRICT JUDGE

1