**EXHIBIT B**

# Information about COX-II.STUDY.4.5.05

G:\VIOXX Burn 7-27-09\COX-II.STUDY.4.5.05.xls



**Compatibility Mode**
Some new features are disabled to prevent problems when working with previous versions of Office. Converting this file will enable these features, but may result in layout changes.

**Permissions**
Anyone can open, copy, and change any part of this workbook.

**Prepare for Sharing**
Before sharing this file, be aware that it contains:
- Document properties, printer path and author's name
- Content that cannot be checked for accessibility issues because of the current file type

**Versions**
 There are no previous versions of this file.

## Properties

| | |
|---|---|
| Size | 15.0KB |
| Title | Add a title |
| Tags | Add a tag |
| Comments | Add comments |
| Template | |
| Status | Add text |
| Categories | Add a category |
| Subject | Specify the subject |
| Hyperlink Base | Add text |
| Company | Utah Department of Health |

### Related Dates

| | |
|---|---|
| Last Modified | 4/7/2005 7:14 AM |
| Created | 4/5/2005 7:02 AM |
| Last Printed | Never |

### Related People

| | |
|---|---|
| Manager | Specify the manager |
| Author | DParke |
| | Add an author |
| Last Modified By | DParke |

### Related Documents

Open File Location

Show Fewer Properties