**EXHIBIT C**

# Calendar for December 2004 (United States)

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  | 1 | 2 | 3 | 4 |
| 5 | 6 | 7 | 8 | 9 | 10 | 11 |
| 12 | 13 | 14 | 15 | 16 | 17 | 18 |
| 19 | 20 | 21 | 22 | 23 | 24 | 25 |
| 26 | 27 | 28 | 29 | 30 | 31 |  |

**Phases of the moon:** 4:◐ 11:● 18:◑ 26:○

**Holidays and Observances:** 24: 'Christmas Day' observed, 24: Christmas Eve, 25: Christmas Day, 31: 'New Year's Day' observed, 31: New Year's Eve

Calendar generated on www.timeanddate.com/calendar

# Calendar for April 2005 (United States)

| Sun | Mon | Tue | Wed | Thu | Fri | Sat |
|---|---|---|---|---|---|---|
|  |  |  |  |  | 1 | 2 |
| 3 | 4 | 5 | 6 | 7 | 8 | 9 |
| 10 | 11 | 12 | 13 | 14 | 15 | 16 |
| 17 | 18 | 19 | 20 | 21 | 22 | 23 |
| 24 | 25 | 26 | 27 | 28 | 29 | 30 |

**Phases of the moon:** 1:◐ 8:● 16:◑ 24:○

Calendar generated on www.timeanddate.com/calendar