# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| ***Jo Levitt v. Merck Sharp & Dohme Corp.***, | * KNOWLES |
| **2:06-cv-09757-EEF-DEK** | * |
| | * |

**************************************************************************

## DEFENDANT MERCK SHARP & DOHME CORP.'S
## CONSENT MOTION TO MODIFY SCHEDULE

Defendant Merck Sharp & Dohme Corp. ("Merck") moves for a modification of the current schedule to accommodate scheduling difficulties affecting experts for both parties. The modification will result in no overall delay, and Plaintiff Jo Levitt consents to this motion and agrees with the proposed modified dates. The grounds for relief are explained more fully below.

1.      On November 14, 2014, this Court issued a scheduling order that set a March 14, 2014 deadline for the completion of expert discovery and a June 24, 2014 deadline for the conclusion of briefing on any *Daubert* or dispositive motions  Rec. Doc. 64688.

2.      Despite the parties' efforts, three experts cannot be deposed before the March 14, 2014 deadline due to a variety of scheduling conflicts and difficulties. These include Plaintiff's experts Jay Schapira and John Ward and Defendant's expert Craig Pratt. The parties have been able to confirm dates for each of the remaining experts to be deposed prior to April 30, 2014.

3.      In light of the above, Merck (with Plaintiff's concurrence) requests that the schedule be modified as follows:

- April 30, 2014: Close of expert discovery

1152558v1

- May 5, 2014:  *Daubert*/dispositive motions

- May 30, 2014: Responses to *Daubert*/dispositive motions

- June 24, 2014: Replies in support of *Daubert*/dispositive motions

4.      Under this proposed schedule the final deadline regarding briefing for *Daubert* and dispositive motions remains the same as under the present schedule.  Thus, no delay will result.

5.      Counsel for Plaintiff Jo Levitt has agreed to this request for a schedule modification.

Accordingly, Merck respectfully requests that the Court modify the schedule in this case as set forth above.

Dated:  March 5, 2014                           Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

  —and—

Douglas R. Marvin
M. Elaine Horn
Jonathan L. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Modify Schedule has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of March, 2014.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel