**MINUTE ENTRY**
**FALLON, J.**
**FEBRUARY 28, 2014**

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>              PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**    *All Cases*

On this date, a telephone status conference was held in the Chambers of Judge Eldon E. Fallon. Dawn Barrios and Lenny Davis participated on behalf of the Plaintiffs' Steering Committee. William Garmer and Liz Natter participated on behalf of the Commonwealth of Kentucky. Sean Neskins and Michael Hasken partipated on behalf of Ann Oldfather. David Egilman participated on his own behalf.

For the reasons given orally, **IT IS ORDERED** that Pretrial Orders 13, 13A, and 13B are to remain in force until amended by this Court on the motion of an interested party.

A transcript of the telephone status conference may be obtained from Court Reporter Toni Tusa by calling her at (504) 589-7778.

JS10(00:45)

1