UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

*************************************************************************

### ORDER GRANTING MOTION TO MODIFY SCHEDULE

The Court is informed by the parties that scheduling conflicts will prevent expert depositions from concluding by the March 14, 2014 deadline for expert discovery. Considering the foregoing and Merck Sharp & Dohme Corp.'s request for a modification of deadlines in the above-captioned case for the purpose of completing expert depositions, and upon consideration of the issues, the record in this case and the applicable law, **IT IS ORDERED** that the deadlines in this case are modified as follows:

- April 30, 2014: Close of expert discovery

- May 5, 2014: *Daubert*/dispositive motions

- May 30, 2014: Responses to *Daubert*/dispositive motions

- June 24, 2014: Replies in support of *Daubert*/dispositive motions

**NEW ORLEANS, LOUISIANA**, this 5th day of ____March____, 2014.

_____
UNITED STATES DISTRICT JUDGE