# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *In re Estate of Jeffrey Isner, v. Seeger Weiss, LLP, et al.,* **12-2406**

## ORDER

**IT IS ORDERED** that the submission date and time for Defendants BrownGreer, PLC and Orran Brown's motion for summary judgment (Rec. Doc. 64823) and for Defendants Hughes Hubbard & Reed, LLP and Ted Mayer's motion for summary judgment (Rec. Doc. 64825) is **CONTINUED** until April 9, 2014, at 9:00 a.m.

New Orleans, Louisiana, this 5th day of March, 2014.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

1