MINUTE ENTRY
FALLON, J.
MARCH 6, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**    *State of Utah v. Merck & Co., Inc.*, 06-9336

On this date, the Court heard oral argument by telephone on Defendant Merck's motion to compel (Rec. Doc. 64818) in the Chambers of Judge Eldon E. Fallon. Dawn Barrios participated on behalf of the Plaintiffs' Steering Committee. Kenneth Lougee, Eric Weinberg, and Steve Behnke participated on behalf of Plaintiff State of Utah. Travis Sales, Michael Cancienne, and John Bisner participated on behalf of Defendant Merck.

For the reasons given orally, **IT IS ORDERED** that unless the parties have reached a stipulation on or before March 20, 2014, the State of Utah is compelled to produce a Federal Rule of Civil Procedure 30(b)(6) representative.

A transcript of the telephone status conference may be obtained from Court Reporter Karen Ibos by calling her at (504) 589-7776.

JS10(00:45)                                                                 1