|  |  |
|---|---|
| MADONNA ARMENTROUT<br>Executrix of the Estate of Jack Armentrout,<br><br>Plaintiff,<br><br>v.<br><br>RITE AID OF WEST VIRGINIA, INC.,<br><br>Defendant | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA<br><br>Case Code No: 1657<br>Docket No: 2:07-cv-03313-EEF-DEK<br><br>STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFEDANTS |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff Madonna Armentrout, Executrix of the Estate of Jack Armentrout against defendant Rite Aid Of West Virginia, Inc., and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

POWELL & MAJESTRO, PLLC

/s/ Anthony Majestro
J. C. Powell
Anthony J. Majestro
405 Capitol St., Suite P-1200
Charleston, WV 25301
304-346-2889
amajestro@powellmajestro.com
*Attorneys for Plaintiff*

Dated: March 13, 2014

STEPTOE & JOHNSON PLLC

/s/ Karen Kahle
Karen E. Kahle
P.O. Box 751
Wheeling, WV 26003
304-231-0441
Karen.kahle@Steptoe-Johnson.com
*Attorney for Defendant*

Dated: March 13, 2014

STONE PIGMAN WALTHER WITTMANN L.L.C.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
546 Carondelet Street
New Orleans, LA 70130
504-581-3200
dwimberly@stonepigman.com
*Defendants' Liaison Counsel*

Dated: March 13, 2014

I hereby certify that the foregoing *"Stipulation of Dismissal with Prejudice as to All Defendants"* was filed electronically on March 13, 2014. Notice of filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *Karen Kahle*