UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Gene Weeks, et. al v. Merck, 2:09-cv-3713-EEF-DEK* | * | MAGISTRATE JUDGE |
| (As to all plaintiffs named therein) | * | KNOWLES |
| | * | |

*************************************************************************

## ORDER OF DISMISSAL

Plaintiffs Gene Weeks, Kristine Cramer, Nathan Wilkins, Virginia Pickett, and Susan Smith filed a complaint in New Jersey state court challenging the validity of the Vioxx Master Settlement Agreement, and that case was subsequently removed and transferred to this Court. In this case, Plaintiffs were represented by attorney Ronald Benjamin, and they asserted class action allegations seeking to represent litigants they claimed were harmed by certain provisions of the Vioxx settlement. *See* Rec. Doc. 63899. Simultaneously, each of the P laintiffs also pursued individual claims, in parallel actions, represented by other counsel.

This Court dismissed the class allegations in this complaint, *see* Rec. Doc. 63899, and separately, Plaintiffs' individual claims in the parallel cases were dismissed with prejudice. Thus, no live claims of any kind remain pending in this case.

Accordingly, **IT IS ORDERED**, that the above captioned case is dismissed *with prejudice* in its entirety and that the Clerk's Office mark this case as **CLOSED.**

NEW ORLEANS, LOUISIANA, this 14th day of March, 2014.

UNITED STATES DISTRICT JUDGE