UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   *Antonio Denson*

### ORDER

The Court has received and reviewed the attached correspondence from Anthony Denson, which requests certain documents from the record. Because the Clerk's Office has previously provided Mr. Denson with a complimentary copy of those documents related to his brother's case, **IT IS ORDERED** that no further action be taken.

New Orleans, Louisiana, this 17th day of March, 2014.

UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:   Anthony D. Denson
804 Lyons Street
New Orleans, LA 70115

1