

**VIOXX CONSUMER SETTLEMENT**
MDL 1657



# SETTLEMENT ADMINISTRATION STATUS REPORT NO. 2

### MARCH 19, 2014

**BROWNGREER PLC**
250 Rocketts Way
Richmond, VA 23231
www.browngreer.com
(804) 521-7200

# TABLE OF CONTENTS

I.   INTRODUCTION .................................................................................................... 1

II.  CLASS MEMBER REMINDER CAMPAIGN & OTHER ADDITIONAL SERVICES ...................... 1

    A.   Class Member Reminder Campaign ............................................................... 1

    B.   Other Additional Services to the Class ........................................................... 2

    C.   Class Member Response Statistics ................................................................. 4

    D.   Upcoming Class Reminder Media Campaign ................................................ 4

III. CLAIMANT ACTIVITY ............................................................................................ 5

    A.   Call Data ......................................................................................................... 5

    B.   Website Usage Data ....................................................................................... 7

    C.   Requests for Materials and Callbacks .......................................................... 10

    D.   Claim Submissions ....................................................................................... 11

IV.  CONCLUSION ...................................................................................................... 15

**I.     INTRODUCTION**

On December 6, 2013, the Claims Administrator, BrownGreer PLC ("BG"), filed its first Settlement Administration Status Report (Docket No. 64729), outlining the launch and implementation of the Nationwide Vioxx Consumer Settlement Program (the "Program") and presenting detailed claimant activity data.  On January 2, 2014, the Court entered its Final Order and Judgment Certifying the Class for Purposes of Settlement, Approving of Class Action Settlement, and Dismissing the Actions with Prejudice (the "Final Approval Order") (Docket No. 64784, docketed Jan. 3, 2014).  Since that time, BG has continued to carry out its functions as Claims Administrator.  To aid the Court and the Parties at the March 21, 2014 Status Conference in this matter, BG now offers this second Settlement Administration Status Report to relate what it has observed and the Program has accomplished to date.

**II.    CLASS MEMBER REMINDER CAMPAIGN & OTHER ADDITIONAL SERVICES TO THE CLASS**

Following the Court's December 13, 2013 Final Approval Hearing, at the request of the Parties, BG developed a set of potential additional services and Settlement Program enhancements designed to stimulate Class Member participation in the Settlement Program.  The Parties submitted this 15-part plan to the Court on January 23, 2014.  The plan, as described more fully below, included a multi-faceted Class Member Reminder Campaign intended to prompt known potential Class Members to consider filing a claim with the Program by sending courtesy mail and email notifications to individuals who (1) previously reached out to the Program in some way but did not submit a Claim Form or (2) submitted an unsuccessful claim in the Vioxx Personal Injury Settlement Program and did not sign a release in that program.  In addition to the Reminder Campaign, the plan included additional Class Member communication services and website enhancements not previously called for in the Settlement Agreement.

In consultation with the Parties, BG began implementing the plan on February 12, 2014.  We describe the plan's elements and impact below.

   **A.  Class Member Reminder Campaign**

Table 1 identifies the courtesy reminder recipient populations and provides a description of each component of the Class Member Reminder Campaign.

| Table 1 | Class Member Reminder Campaign Details | | | |
|---|---|---|---|---|
| Row | Recipient Population | Description | # of Addressees[1] | Date of Implementation |
| 1. | Vioxx Personal Injury Settlement Program claimants without binding releases for whom BG has a mailing address. | Mailed a one-page reminder letter, three-page paper Claim Form with each claimant's name, address and date of birth pre-filled, and a self-addressed return envelope. | 11,226 | 2/18/14 |
| 2. | Law firms who represented claimants without binding releases in the Vioxx Personal Injury Settlement Program. | Emailed to notify them of the reminder letter sent to their clients. | 411 | 2/18/14 |
| 3. | Claimants who began a Claim Form online but have not completed their Claim. | Emailed to alert them to the steps needed to complete and submit the Claim Form. | 668 | 2/17/14 |
| 4. | Claimants who have registered for Secure Claims Portal access but have not started a Claim Form. | Emailed to alert them to the steps needed to complete and submit the Claim Form. | 5,159 | 2/17/14 |
| 5. | Claimants who requested and were sent a hard copy Claim Form but have not returned a completed Claim Form. | Mailed a letter alerting them to the steps needed to complete and submit the Claim Form. | 3,763 | 2/14/14 |
| 6. | TOTAL | | 21,227 | |

B. **Other Additional Services to the Class**

In conjunction with the Class Member Reminder Campaign, the Parties and BG made several enhancements to the Class's primary communication vehicles – the Settlement Program website and automated toll-free phone line – to accommodate Spanish-speaking Class Members, simplify the claim filing process, and provide individualized filing assistance not expressly contemplated in the Settlement Agreement. These "add-on" services were not suggested or implemented in the Settlement Program originally as they were not required under Rule 23 and

---

[1] BG sent all 21,227 reminder communications to the mailing and email addresses available for each intended recipient. As was expected, some letters and emails were undeliverable; as we are attempting email re-delivery in stages and are continuing to receive returned mail, we are not yet able to report the ultimate delivery success of the communications. We will do so when possible and will work with the Parties to explore alternative options for delivery to the as yet unreachable individuals, such as address change research.

related decisional law for preliminary or final approval of this Settlement.  The Parties reviewed cost estimates for implementing each new item and approved the additional expenditures as part of the commitment to increase Class Member participation and voluntarily to address certain objector concerns, as the cumulative claimed value of the Claim Forms submitted to date did not threaten to exceed the available settlement funds.  Tables 2 and 3 outline the measures taken.

| Table 2 | Enhancements to the Toll-Free Automated Call Center | |
|---|---|---|
| Row | Description | Date of Implementation |
| 1. | Add to the existing automated toll-free Call Center for the Settlement Program the option of leaving a message requesting to be called back by a live operator. | 2/12/14 |
| 2. | Add to the existing automated call system the option to choose a Spanish version of the recorded messages on the automated toll-free Call Center for the Settlement Program. | 2/12/14 |
| 3. | Provide Spanish-speaking representatives to return calls. | 2/12/14 |

| Table 3 | Enhancements to the Settlement Program Website | |
|---|---|---|
| Row | Description | Date of Implementation |
| 1. | Add to the Home Page the ability to download a PDF of the Claim Form. | 2/15/14 |
| 2. | Add to the Home Page the option to request that a hard copy Claim Form be mailed to a site visitor. | 2/15/14 |
| 3. | Enhance the original approved language on the Home Page to emphasize the payments available in the Program. | 2/15/14 |
| 4. | Add to the Home Page a "Do I Qualify for Payment?" function that allows site visitors to answer a series of questions and determine if they are in the Class and potentially eligible for payment (with disclaimers that payment is not guaranteed). | 2/15/14 |
| 5. | Modify the online Claim Form steps to allow a Non-Account Method of claim submission where a claimant can complete and submit a Claim Form without first establishing a Portal account, and to indicate that he or she does not wish to establish a Portal account with us for future use but instead would like to receive official Settlement Program notices by mail. | 2/15/14 |
| 6. | Make a Spanish language version of the Claim Form available to be downloaded as a printable PDF online and in hard copy form to be mailed to claimants who request it. | 2/15/14 |
| 7. | Make the Settlement Program website screens available in a Spanish language version, including a Spanish version of the online Claim Form. | 2/28/14 |

3

3/19/2014

### C. Class Member Response Statistics

The Settlement Program has observed a significant increase in participation since the launch of the Class Member Reminder Campaign and Other Additional Services to the Class. Prior to the initiation of the plan, the Program received a total of 3,136 Claim Forms at an average rate of 130 claims filed per week. Since the launch of the plan, the Program has received 1,618 new Claim Forms at an average rate of 378 claims per week, representing 34% of all claims filed to date, and nearly tripling the number of claims filed per week. Table 4 illustrates these figures.

| Table 4 | Claim Filing Rates | | | |
|---|---|---|---|---|
| Row | Time Period | Average Per Week | Total Claims Filed | Percentage of All Claims |
| 1. | 9/1/13 to 2/16/14 | 130 | 3,136 | 66% |
| 2. | 2/17/14 to 3/18/14 | 378 | 1,618 | 34% |
| 3. | Total | 167 | 4,754 | 100% |

### D. Upcoming Class Reminder Media Campaign

BG understands that the Parties have worked with Kinsella Media LLC ("Kinsella") to secure further paid advertisements in this Settlement Program that will run during the month of April 2014. The Parties sent the Court the agreed-to Reminder Media Campaign with a declaration from Dr. Shannon Wheatman of Kinsella on February 28, 2014. The first components of the Reminder Media Campaign will run on April 1, 2014, and BG will be prepared for the anticipated increase in claimant activity that results. BG can later relate to the Court the Class Member response to that campaign in a report similar to this one.

The Parties further requested that BG post a link to the Program's website on BG's Facebook page as part of the Class Reminder Media Campaign, which we did as illustrated below:



4

3/19/2014

BG also added a "Current Programs" section to its firm website and included a descriptive narrative of the Vioxx Consumer Settlement Program with a link to the Program's official website.  That narrative and link are available at:  www.BrownGreer.com/Current-Programs.

### III.  CLAIMANT ACTIVITY

Settlement Class Members can interact with the Program in several ways, including through the toll-free automated phone line, the Portal, email, and United States mail.  In addition to tracking certain elements of these interactions, the Claims Administrator also tracks claim submission data drawn from information entered on each claimant's Claim Form.  Pursuant to the Settlement Agreement's requirement that the Claims Administrator "provide reports to Plaintiff's Counsel and Merck regarding the implementation of the Notice Plan and the number, substance, and status of claims," BG sends a weekly Status of Claimant Activity Report to the Parties and the Court's law clerk, reporting on various claimant Program interactions and claim submission information.  (Agmt. ¶ 11.17.)   The tables below draw from those weekly reports and present some expanded data, such as geography of claimant interactions and submissions.

#### A.  Call Data

BG formally began tracking phone calls placed to the toll-free number on September 1, 2013, in conjunction with the launch of Kinsella's Notice Plan, which began its paid media campaign that week.  Tables 5 through 9 reflect call volumes and the geographic location of callers from September 1, 2013, until March 18, 2014.

| Table 5 | Cumulative Calls to Toll Free Number (9/1/13 - 3/18/14) | |
|---|---|---|
| **Row** | **Type of Call** | **Number of Calls** |
| **1.** | Total Calls | 12,103 |
| **2.** | Unique Calls[2] | 7,718 |

---

[2] This "Unique Calls" data shows the number of unique phone numbers that have placed at least one call to the Program.  The Claims Administrator has observed that several unique calls may originate from the same telephone number, where they have been placed by separate individuals, particularly in the case of many individuals living in the same nursing home or working at the same place of business.

5

3/19/2014

| Table 6 | Total Weekly Calls to Toll Free Number (9/1/13 - 3/18/14) | | | |
|---|---|---|---|---|
| Row | Week | Calls | Week | Calls |
| 1. | 9/1/13 – 9/7/13 | 10 | 12/15/13 - 12/21/13 | 59 |
| 2. | 9/8/13 – 9/14/13 | 1,790 | 12/22/13 – 12/28/13 | 39 |
| 3. | 9/15/13 – 9/21/13 | 4,645 | 12/29/13 – 1/4/14 | 37 |
| 4. | 9/22/13 – 9/28/13 | 1,406 | 1/5/14 – 1/11/14 | 52 |
| 5. | 9/29/13 – 10/5/13 | 533 | 1/12/14 – 1/18/14 | 56 |
| 6. | 10/6/13 – 10/12/13 | 322 | 1/19/14 – 1/25/14 | 59 |
| 7. | 10/13/13 – 10/19/13 | 213 | 1/26/14 – 2/1/14 | 48 |
| 8. | 10/20/13 – 10/26/13 | 202 | 2/2/14 – 2/8/14 | 50 |
| 9. | 10/27/13 – 11/2/13 | 123 | 2/9/14 – 2/15/14 | 51 |
| 10. | 11/3/13 – 11/9/13 | 137 | 2/16/14 – 2/22/14 | 620 |
| 11. | 11/10/13 – 11/16/13 | 116 | 2/23/14 – 3/1/14 | 700 |
| 12. | 11/17/13 – 11/23/13 | 93 | 3/2/14 – 3/8/14 | 281 |
| 13. | 11/24/13 – 11/30/13 | 43 | 3/9/14 – 3/15/14 | 186 |
| 14. | 12/1/13 – 12/7/13 | 70 | 3/16/14 – 3/18/14 | 88 |
| 15. | 12/8/13 – 12/14/13 | 74 | | |
| 16. | Total | | 12,103 | |

| Table 7 | Unique Calls to Toll Free Number (9/1/13 - 3/18/14) | | | |
|---|---|---|---|---|
| Row | Week | Calls | Week | Calls |
| 1. | 9/1/13 – 9/7/13 | 6 | 12/15/13 - 12/21/13 | 32 |
| 2. | 9/8/13 – 9/14/13 | 1,406 | 12/22/13 – 12/28/13 | 17 |
| 3. | 9/15/13 – 9/21/13 | 3,655 | 12/29/13 – 1/4/14 | 14 |
| 4. | 9/22/13 – 9/28/13 | 913 | 1/5/14 – 1/11/14 | 32 |
| 5. | 9/29/13 – 10/5/13 | 292 | 1/12/14 – 1/18/14 | 24 |
| 6. | 10/6/13 – 10/12/13 | 190 | 1/19/14 – 1/25/14 | 31 |
| 7. | 10/13/13 – 10/19/13 | 131 | 1/26/14 – 2/1/14 | 21 |
| 8. | 10/20/13 – 10/26/13 | 124 | 2/2/14 – 2/8/14 | 17 |
| 9. | 10/27/13 – 11/2/13 | 61 | 2/9/14 – 2/15/14 | 19 |
| 10. | 11/3/13 – 11/9/13 | 58 | 2/16/14 – 2/22/14 | 164 |
| 11. | 11/10/13 – 11/16/13 | 48 | 2/23/14 – 3/1/14 | 191 |
| 12. | 11/17/13 – 11/23/13 | 42 | 3/2/14 – 3/8/14 | 76 |
| 13. | 11/24/13 – 11/30/13 | 21 | 3/9/14 – 3/15/14 | 43 |
| 14. | 12/1/13 – 12/7/13 | 35 | 3/16/14 – 3/18/14 | 24 |
| 15. | 12/8/13 – 12/14/13 | 31 | | |
| 16. | Total | | 7,718 | |

| Table 8 | Total Calls to Toll Free Number by State[3] (9/1/13 - 3/18/14) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Row | State | Calls | State | Calls | State | Calls | State | Calls | State | Calls |
| 1. | AK | 3 | HI | 20 | MI | 379 | NV | 96 | TX | 786 |
| 2. | AL | 571 | IA | 94 | MN | 125 | NY | 624 | UT | 52 |
| 3. | AR | 224 | ID | 32 | MO | 205 | OH | 477 | VA | 248 |
| 4. | AZ | 170 | IL | 620 | MS | 671 | OK | 120 | VT | 7 |
| 5. | CA | 965 | IN | 221 | MT | 26 | OR | 111 | WA | 128 |
| 6. | CO | 89 | KS | 85 | NC | 511 | PA | 492 | WI | 238 |
| 7. | CT | 94 | KY | 195 | ND | 14 | PR | 7 | WV | 115 |
| 8. | DC | 34 | LA | 341 | NE | 53 | RI | 45 | WY | 27 |
| 9. | DE | 42 | MA | 153 | NH | 17 | SC | 273 | Unavailable | 15 |
| 10. | FL | 888 | MD | 217 | NJ | 255 | SD | 18 | Canada | 52 |
| 11. | GA | 473 | ME | 25 | NM | 45 | TN | 315 | Total | 12,103 |

| Table 9 | Unique Calls to Toll Free Number by State (9/1/13 - 3/18/14) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Row | State | Calls | State | Calls | State | Calls | State | Calls | State | Calls |
| 1. | AK | 3 | HI | 14 | MI | 255 | NV | 65 | TX | 465 |
| 2. | AL | 344 | IA | 64 | MN | 87 | NY | 386 | UT | 39 |
| 3. | AR | 144 | ID | 22 | MO | 138 | OH | 324 | VA | 149 |
| 4. | AZ | 112 | IL | 395 | MS | 362 | OK | 88 | VT | 5 |
| 5. | CA | 602 | IN | 141 | MT | 21 | OR | 77 | WA | 90 |
| 6. | CO | 57 | KS | 59 | NC | 328 | PA | 323 | WI | 151 |
| 7. | CT | 63 | KY | 131 | ND | 9 | PR | 4 | WV | 69 |
| 8. | DC | 20 | LA | 221 | NE | 41 | RI | 25 | WY | 11 |
| 9. | DE | 27 | MA | 103 | NH | 12 | SC | 185 | Unavailable | 7 |
| 10. | FL | 566 | MD | 138 | NJ | 153 | SD | 14 | Canada | 35 |
| 11. | GA | 297 | ME | 16 | NM | 36 | TN | 225 | Total | 7,718 |

B. **Website Usage Data**

Tables 10 through 13 show the overall usage of the Program's informational website and Portal, as well as registrations for access to the Portal. The informational website does not require credentialed logins to access, and individuals can now submit an electronic Claim Form without first registering for Portal access. The Portal requires first that individuals register for access to establish a secure and continuing exchange platform with the Program, after which they can log into their own individual segment of the Portal to submit an electronic Claim Form,

---

[3] State call data in this Report is determined by area code. The Claims Administrator notes that this table cannot definitively predict the residence of each caller, particularly in the case of cell phone users who, with some frequency, have an area code outside of their state of residence.

7

3/19/2014

upload supporting documentation, and view personalized notifications from the Claims Administrator.

| Table 10 | Settlement Website Traffic (8/6/13 - 3/18/14) | |
|---|---|---|
| Row | Category | Number |
| 1. | Unique Pageviews[4] | 128,859 |
| 2. | Unique Visitors[5] | 47,644 |

| Table 11 | Unique Visitors by Location[6] (8/6/13 - 3/18/14) | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Row | State | Visits | State | Visits | State | Visits | State | Visits | State | Visits |
| 1. | AK | 55 | HI | 152 | MI | 966 | NV | 328 | TX | 2,317 |
| 2. | AL | 652 | IA | 264 | MN | 448 | NY | 2,294 | UT | 221 |
| 3. | AR | 318 | ID | 218 | MO | 809 | OH | 1,360 | VA | 1,180 |
| 4. | AZ | 758 | IL | 1,725 | MS | 416 | OK | 329 | VT | 69 |
| 5. | CA | 5,169 | IN | 622 | MT | 88 | OR | 497 | WA | 1,268 |
| 6. | CO | 557 | KS | 283 | NC | 1,211 | PA | 1,551 | WI | 573 |
| 7. | CT | 431 | KY | 430 | ND | 50 | PR | 41 | WV | 165 |
| 8. | DC | 187 | LA | 473 | NE | 181 | RI | 84 | WY | 77 |
| 9. | DE | 111 | MA | 800 | NH | 154 | SC | 602 | Unknown | 3,602 |
| 10. | FL | 2,998 | MD | 622 | NJ | 1,303 | SD | 76 | NON-US | 6,457 |
| 11. | GA | 1,170 | ME | 147 | NM | 183 | TN | 602 | | |
| 12. | | | | | | | | | Total | 47,644 |

---

[4] This item reflects the total number of unique pages viewed by all unique visitors.
[5] This item reflects the total number of unique IP addresses that visited either the informational website or Portal.
[6] Website access state data in this Report is determined by IP address.  Like area codes, IP addresses cannot definitively predict the residence of the website user for a number of reasons.

8

3/19/2014

| Table 12 | Total Portal Registrations by State (9/1/13 - 3/18/14) ||||||||||
|---|---|---|---|---|---|---|---|---|---|---|
| Row | State | Count | State | Count | State | Count | State | Count | State | Count |
| 1. | AA | 1 | GA | 226 | ME | 25 | NM | 31 | TN | 155 |
| 2. | AK | 6 | HI | 24 | MI | 214 | NV | 59 | TX | 403 |
| 3. | AL | 176 | IA | 46 | MN | 86 | NY | 392 | UT | 36 |
| 4. | AR | 109 | ID | 26 | MO | 113 | OH | 304 | VA | 131 |
| 5. | AZ | 169 | IL | 386 | MS | 111 | OK | 66 | VI | 1 |
| 6. | CA | 938 | IN | 159 | MT | 14 | OR | 73 | VT | 16 |
| 7. | CO | 90 | KS | 63 | NC | 272 | PA | 342 | WA | 125 |
| 8. | CT | 89 | KY | 92 | ND | 6 | PR | 2 | WI | 104 |
| 9. | DC | 15 | LA | 93 | NE | 45 | RI | 24 | WV | 29 |
| 10. | DE | 22 | MA | 162 | NH | 33 | SC | 153 | WY | 13 |
| 11. | FL | 712 | MD | 164 | NJ | 203 | SD | 17 | Non-US | 1 |
| 12. | Total Portal Registrations |||||||||| 7,367 |

| Table 13 | Total Weekly Portal Registrations (9/1/13 - 3/18/14) ||||
|---|---|---|---|---|
| Row | Week | Registrations | Week | Registrations |
| 1. | 9/1/13 – 9/7/13 | 59 | 12/15/13 – 12/21/13 | 69 |
| 2. | 9/8/13 – 9/14/13 | 924 | 12/22/13 – 12/28/13 | 112 |
| 3. | 9/15/13 – 9/21/13 | 2,949 | 12/29/13 – 01/04/14 | 109 |
| 4. | 9/22/13 – 9/28/13 | 759 | 01/05/14 – 01/11/14 | 130 |
| 5. | 9/29/13 – 10/5/13 | 325 | 01/12/14 – 01/18/14 | 99 |
| 6. | 10/6/13 – 10/12/13 | 209 | 01/19/14 – 01/25/14 | 94 |
| 7. | 10/13/13 – 10/19/13 | 224 | 01/26/14 – 02/01/14 | 86 |
| 8. | 10/20/13 – 10/26/13 | 179 | 02/02/14 – 02/08/14 | 114 |
| 9. | 10/27/13 – 11/2/13 | 137 | 02/09/14 – 02/15/14 | 59 |
| 10. | 11/3/13 – 11/9/13 | 128 | 02/16/14 – 02/22/14 | 82 |
| 11. | 11/10/13 – 11/16/13 | 88 | 02/23/14 – 03/01/14 | 49 |
| 12. | 11/17/13 – 11/23/13 | 86 | 03/02/14 – 03/08/14 | 68 |
| 13. | 11/24/13 – 11/30/13 | 46 | 03/09/14 – 03/15/14 | 41 |
| 14. | 12/1/13 – 12/7/13 | 57 | 03/16/14 – 03/18/14 | 25 |
| 15. | 12/8/13 – 12/14/13 | 60 | | |
| 16. | Total Portal Registrations |||| 7,367 |

### C. Requests for Materials and Callbacks

Class Members can request Claim Forms and other Settlement Materials by calling the toll-free phone line or by filling out a short form on the public informational website. The toll-free phone line also provides Class Members with the option of requesting a callback by a live operator to answer questions and/or to walk them through the process of filing a Claim. Tables 14 through 17 show the total number of requests for materials and callbacks and the location of the Class Members making these requests.

| Table 14 | Cumulative Requests for Materials (9/1/13 - 3/18/14) | | |
|---|---|---|---|
| Row | Source of Request | Total | Unique |
| 1. | Voicemail | 6,879[7] | 5,726[8] |
| 2. | Website | 71 | 57 |
| 3. | Live Operator Callback | 109 | 61 |
| 4. | Total | 7,059 | 5,844 |

| Table 15 | Requests for Callbacks Through Toll Free Number (2/12/14 – 3/18/14) | |
|---|---|---|
| Row | Language of Request | Number of Requests |
| 1. | Spanish | 14 |
| 2. | English | 411 |
| 3. | Total | 425 |

---

[7] This item reflects the total number of voicemails left with the Program requesting materials.
[8] This item reflects the number of unique caller names who have requested at least one document from the Program.

| Table 16 | | Total Requests for Materials by State[9] (9/1/13 - 3/18/14) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Row | State | Requests | State | Requests | State | Requests | State | Requests | State | Requests |
| 1. | AK | 20 | HI | 11 | MI | 235 | NV | 58 | TX | 418 |
| 2. | AL | 368 | IA | 59 | MN | 78 | NY | 324 | UT | 34 |
| 3. | AR | 119 | ID | 21 | MO | 113 | OH | 283 | VA | 150 |
| 4. | AZ | 101 | IL | 382 | MS | 322 | OK | 67 | VT | 4 |
| 5. | CA | 564 | IN | 136 | MT | 15 | OR | 63 | WA | 76 |
| 6. | CO | 58 | KS | 58 | NC | 312 | PA | 296 | WI | 127 |
| 7. | CT | 49 | KY | 106 | ND | 9 | PR | 1 | WV | 62 |
| 8. | DC | 8 | LA | 180 | NE | 30 | RI | 25 | WY | 13 |
| 9. | DE | 31 | MA | 82 | NH | 8 | SC | 157 | Unavailable[10] | 109 |
| 10. | FL | 538 | MD | 137 | NJ | 135 | SD | 12 | Canada | 5 |
| 11. | GA | 282 | ME | 17 | NM | 20 | TN | 171 | **Total** | **7,059** |

| Table 17 | | Unique Requests for Materials by State (9/1/13 - 3/18/14) | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Row | State | Requests | State | Requests | State | Requests | State | Requests | State | Requests |
| 1. | AK | 17 | HI | 9 | MI | 194 | NV | 48 | TX | 336 |
| 2. | AL | 278 | IA | 50 | MN | 66 | NY | 272 | UT | 28 |
| 3. | AR | 98 | ID | 17 | MO | 95 | OH | 228 | VA | 125 |
| 4. | AZ | 89 | IL | 318 | MS | 262 | OK | 58 | VT | 3 |
| 5. | CA | 480 | IN | 111 | MT | 14 | OR | 57 | WA | 68 |
| 6. | CO | 49 | KS | 47 | NC | 260 | PA | 258 | WI | 115 |
| 7. | CT | 43 | KY | 85 | ND | 7 | PR | 1 | WV | 54 |
| 8. | DC | 5 | LA | 155 | NE | 25 | RI | 21 | WY | 9 |
| 9. | DE | 26 | MA | 75 | NH | 7 | SC | 136 | Unavailable | 63 |
| 10. | FL | 427 | MD | 113 | NJ | 123 | SD | 11 | Canada | 5 |
| 11. | GA | 225 | ME | 13 | NM | 18 | TN | 147 | **Total** | **5,844** |

D.  **Claim Submissions**

Claimants can submit claims and supporting documents electronically or on paper.  The Settlement Agreement requires that the Program's website allow Class Members to "electronically submit a completed Claim Form and medical authorization, and upload copies of any of the documented proofs of payment . . . ." (Agmt. ¶ 11.6.)  The Settlement Agreement also

---

[9] Document Request state data is determined by using the mailing address provided by the individual requesting the materials.

[10] These "Unavailable" requests occur when individuals fail to provide sufficient enough information to complete the mailing and our outreach efforts to speak with them to capture the missing mailing information prove unsuccessful.

11

3/19/2014

requires the Claims Administrator to maintain a P.O. Box that Class Members can use "to request Notice, Proof of Claim Form and additional information" and to "submit a Proof of Claim Form with supporting documentary proof." (Agmt. ¶ 5.5.) Tables 18 and 19, and the accompanying graph, report the total number of electronic Claim Form submissions through the Portal, as well as the number of paper Claim Forms received by mail at the Program's mailing address, P.O. Box 26882, Richmond, VA 23261.

| Table 18 | Claim Form Activity | |
|---|---|---|
| Row | Item | Total |
| 1. | Submitted Electronic Claim Forms | 2,488 |
| 2. | Submitted Paper Claim Forms | 2,266 |
| 3. | **Total Submitted Claim Forms (Row 1 + Row 2)** | 4,754 |
| 4. | Electronic Claim Forms in Progress[11] | 532 |



---

[11] This item reflects Claim Forms that a have been started in the Portal but not yet completed and submitted.

| Table 19 | | | | Total Claims Filed by State | | | |
|---|---|---|---|---|---|---|---|
| Row | State | Electronic | Paper | Total | State | Electronic | Paper | Total |
| 1. | AK | 6 | 0 | 6 | NC | 82 | 71 | 153 |
| 2. | AL | 47 | 65 | 112 | ND | 3 | 7 | 10 |
| 3. | AR | 22 | 31 | 53 | NE | 16 | 10 | 26 |
| 4. | AZ | 63 | 37 | 100 | NH | 5 | 5 | 10 |
| 5. | CA | 388 | 242 | 630 | NJ | 68 | 62 | 130 |
| 6. | CO | 34 | 13 | 47 | NM | 12 | 7 | 19 |
| 7. | CT | 35 | 36 | 71 | NV | 20 | 21 | 41 |
| 8. | DC | 6 | 1 | 7 | NY | 144 | 121 | 265 |
| 9. | DE | 5 | 9 | 14 | OH | 83 | 81 | 164 |
| 10. | FL | 234 | 187 | 421 | OK | 20 | 26 | 46 |
| 11. | GA | 71 | 78 | 149 | OR | 33 | 24 | 57 |
| 12. | HI | 9 | 1 | 10 | PA | 121 | 97 | 218 |
| 13. | IA | 14 | 21 | 35 | PR | 2 | 2 | 4 |
| 14. | ID | 8 | 9 | 17 | RI | 6 | 8 | 14 |
| 15. | IL | 138 | 116 | 254 | SC | 55 | 37 | 92 |
| 16. | IN | 44 | 37 | 81 | SD | 6 | 7 | 13 |
| 17. | KS | 23 | 16 | 39 | TN | 47 | 58 | 105 |
| 18. | KY | 26 | 23 | 49 | TX | 131 | 122 | 253 |
| 19. | LA | 32 | 47 | 79 | UT | 13 | 6 | 19 |
| 20. | MA | 71 | 31 | 102 | VA | 42 | 45 | 87 |
| 21. | MD | 54 | 38 | 92 | VI | 1 | 0 | 1 |
| 22. | ME | 5 | 4 | 9 | VT | 8 | 0 | 8 |
| 23. | MI | 65 | 59 | 124 | WA | 42 | 34 | 76 |
| 24. | MN | 24 | 27 | 51 | WI | 27 | 32 | 59 |
| 25. | MO | 35 | 20 | 55 | WV | 11 | 29 | 40 |
| 26. | MS | 15 | 188 | 203 | WY | 1 | 2 | 3 |
| 27. | MT | 10 | 5 | 15 | NON-US | 5 | 11 | 16 |
| 28. | | Total | | | | 2,488 | 2,266 | 4,754 |

    The Settlement Agreement allows Class Members to recover, based on the form of proof submitted, either (1) their actual out-of-pocket costs for Vioxx purchases and up to $75 for Post-Medical Withdrawal Consultation expenditures or (2) up to $50. (Agmt. ¶¶ 11.2, 11.2.1.) Class Members must elect one option or the other in their Claim Forms. (Agmt. ¶ 11.2.2.) The Claims Administrator tracks the election types submitted and the values claimed in each submission, as set forth in Table 20 below. While the electronic Claim Form available through the Portal

includes programmatic validations and restrictions so that claimants cannot submit impossible claims, the paper Claim Form cannot guide claimant responses in that way.  As a result, a number of paper submissions include conflicting or contradictory claim selections, such as in Row 6 of Table 20 where claimants impermissibly selected both Option 1 and Option 2.

| Table 20 | Claim Payment Options and Total Amount Claimed | | | | |
|---|---|---|---|---|---|
| Row | Item | Claim Forms | Percentage | Require W-9 (>$600) | Amount Claimed |
| 1. | **Claims Forms with Option 1** | **595** | **13%** | **125** | **$295,612.39** |
| 2. | Option 1a Only | 530 | 11% | 112 | $264,434.94 |
| 3. | Option 1b Only[12] | 4 | <1% | 1 | $875.00 |
| 4. | Both | 61 | 1% | 12 | $30,302.45 |
| 5. | **Claim Forms with Option 2**[13] | **3,825** | **80%** | **N/A** | **$191,250.00** |
| 6. | **Claim Forms with Options 1 and 2**[14] | **258** | **5%** | **34** | **$193,465.73** |
| 7. | **Claim Forms without Option 1 or 2** | **76** | **2%** | **N/A** | **N/A** |
| 8. | **Totals** | **4,754** | **100%** | **159** | **$680,328.12** |



---

[12] The totals for Option 1b claims in this Report reflect totals of the claimed amount of Post-Withdrawal Medical Consultation expenditures, where a number of such claims impermissibly seek more than $75 for this type of loss.
[13] Claimants who select Option 2 only or Option 2 and Option 1 but no Option 1 value claimed have been treated in this report has having a claimed amount of $50.
[14] Row 6 includes one hard copy Claim Form in which the claimant entered $100,000 under the Option 1a Amount Claimed, an unlikely amount that may improperly suggest a higher total value of claims submitted.

14

3/19/2014

IV. CONCLUSION

The Claims Administrator continues to carry out its duties set forth in the Settlement Agreement with frequent contact with the Parties, Kinsella, and the Court, administering the Program in as fair, accurate, and efficient a manner as possible.

          Respectfully submitted,

          **BROWNGREER PLC**

By:     /s/ Orran L. Brown
          Orran L. Brown
          VSB No. 25832
          BrownGreer PLC
          250 Rocketts Way
          Richmond, VA  23231
          Telephone:  (804) 521-7201
          Facsimile:  (804) 521-7299

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Settlement Administration Status Report has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and email, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of March, 2014.

    /s/ Orran L. Brown
Orran L. Brown
VSB No. 25832
BrownGreer PLC
250 Rocketts Way
Richmond, VA  23231
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299