UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**MONTHLY STATUS CONFERENCE**
**MARCH 21, 2014**
**<u>SUGGESTED AGENDA</u>**

I. Class Actions

II. Government Actions

III. Third Party Payor

IV. Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

V. Other Pending Motions/Matters

VI. Appeals

VII. Next Status Conference

1

1141666v1