UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Maurice Robinson, et al. v. Merck & Co., Inc. et al 08-1406* | * | |

******************************************************************

### ORDER OF DISMISSAL WITH PREJUDICE

Considering the parties' Stipulation of Dismissal with Prejudice as to All Defendants,

**IT IS ORDERED** that all claims of plaintiff s against defendant Merck & Co., Inc. and all other named defendants in the above-captioned case be and they hereby are dismissed with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this 21st day of March, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE