UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Alexander et al. v. BrownGreer PLC, 13- 5048*

## ORDER

Local Rule 7.5 of this Court requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date. No memorandum in opposition to Defendant BrownGreer PLC's motion for summary judgment (Rec. Doc. 64800), set for submission on February 5, 2014, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, **IT IS ORDERED** that motion (Rec. Doc. 64800) is **GRANTED**.

New Orleans, Louisiana, this 21st day of March, 2014.

_____
UNITED STATES DISTRICT JUDGE