UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| In re: Vioxx | MDL Docket No. 1657 |
| --- | --- |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | Case Number: 2:06-cv-06234-EEF-DEK |
| Gladys Amadis-Rosario et al. | JUDGE FALLON |
| v. | MAGISTRATE JUDGE KNOWLES |
| Merck & Co., Inc. | |

STIPULATION OF DISMISSAL
WITH PREJUDICE

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that claims of all Plaintiffs against defendant Merck & Co., Inc. (now Merck Sharp and Dohme Corp.), be dismissed in their entirety with prejudice, with each party to bear its own costs. The clerk is hereby directed to close the case.

_____
Eric Quetglas Jordan
Jose Quetglas Jordan
Quetglas Law Offices
P.O. Box 16606
San Juan, PR 00908-6606
(787) 722-7745

*Counsel for Plaintiffs*

Dated: 3/18/14

_____
Steven S. DiCesare
Hughes Hubbard & Reed LLP
1 Battery Park Plaza
New York, New York 10004
(212) 837-6858

*Counsel for Defendant Merck Sharp & Dohme, Corp.*

Dated: 3/24/14