UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Gladys Amadis-Rosario, et al. v. Merck*, 2:06-cv-06234-EEF-DEK | * | |
| | * | |

**************************************************************************

## ORDER

Considering the foregoing Stipulation of Dismissal With Prejudice,

**IT IS ORDERED** that all claims of plaintiffs against defendant Merck & Co., Inc. (now Merck Sharp & Dohme Corp.) be and they hereby are dismissed in their entirety, with prejudice, each party to bear its on costs.

**IT IS FURTHER ORDERED** that the case shall be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1154388v1