UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUSIANA

| | |
|---|---|
| In re:  Vioxx | MDL Docket No. 1657 |
| | SECTION L |
| PRODUCTS LIABILITY LITIGATION | |
| | Case Number: 2:06-cv-06999-EEF-DEK |
| **Rogelio Adames de la Rosa, et al.** | |
| | JUDGE FALLON |
| *v.* | |
| | MAGISTRATE JUDGE KNOWLES |
| **Merck & Co., Inc.** | |

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Pursuant to Fed. R. Civ. Pro. 41 (a), the undersigned counsel hereby stipulate that claims

of all Plaintiffs against defendant Merck & Co., Inc. (now Merck Sharp and Dohme Corp.), be

dismissed in their entirety with prejudice, with each party to bear its own costs. The clerk is

hereby directed to close the case.

Eric Quetglas Jordan
Jose Quetglas Jordan
Quetglas Law Offices
P.O. Box 16606
San Juan, PR 00908-6606
(787) 722-7745

*Counsel for Plaintiffs*

Dated: _____3/18/14_____

Steven S. DiCesare
Hughes Hubbard & Reed LLP
1 Battery Park Plaza
New York, New York 10004
(212) 837-6858

*Counsel for Defendant Merck Sharp & Dohme, Corp.*

Dated: _____3/24/14_____