# EXHIBIT 1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) ) ) MDL No. 1657 |
| THIS DOCUMENT RELATES TO: | ) Section: L ) Judge Fallon |
| SHERRILL HERKE, individually and on behalf of a proposed class of those similarly situated, Plaintiffs, | ) ) No. 2:09-cv-07218 ) ) ) DECLARATION OF SHANNON |
| v. | ) WHEATMAN, PH.D. ON CLAIMS ) REMINDER PROGRAM ) |
| MERCK & CO., INC., Defendant. | ) ) ) |

I, Shannon R. Wheatman, declare:

1. I am a Senior Vice President of Kinsella Media, LLC ("KM"), an advertising and notification firm in Washington, D.C. specializing in the design and implementation of class action and bankruptcy notification programs.

2. In the above referenced matter, *In re Vioxx Products Liability Litigation*, I previously submitted the "Declaration of Shannon Wheatman" dated July 22, 2013, with my C.V., and detailed my class action notice experience, expertise in the form and content of class action notice, and publications on notice and due process. I also provided my educational and professional experience relating to class action notice programs and ability to render opinions on the overall adequacy of the notice program. (Rec. Doc. 64502-3) This Honorable Court has appointed Kinsella Media, LLC to act as Notice Agent in this matter. (Rec. Doc. 64526)

3. This declaration will detail the notice activities KM recommends as part of a Claims Reminder Program. The goal of this program is to reach potential Class Members and encourage them to file claims, using creative, attention-getting techniques without the constraints of Rule 23 or due process requirements.

## CLAIMS REMINDER PROGRAM

4. In developing the Claims Reminder Program, KM took into consideration the objections filed by counsel in Kentucky and New Mexico, as well as the options for increasing the number of claims filed nationwide.

5. Attached as **Exhibit 1** is the Publication Notice, which was designed to draw attention to the need to take action by May 6, 2014; the offer of help in filing a claim by calling the toll-free number; and how much money claimants will receive if they file a successful claim.

6. For Kentucky, Ms. Jessica Winters of The Getty Law Firm suggested notice in five Kentucky newspapers, and KM is recommending placements in those newspapers as follows:

   a. One ¼-page ad (3 column by 10.5") in the daily edition and one ¼-page in the Sunday edition of the *Bowling Green Daily News*.

   b. One ¼-page ad (3 column by 10.5") in the daily edition and one ¼-page in the Sunday edition of the *Cincinnati Enquirer*.

   c. One ¼-page ad (3 column by 10.5") in the daily edition and one ¼-page in the Sunday edition of the *Louisville Courier Journal*.

   d. One ¼-page ad (3 column by 10.5") in the daily edition and one ¼-page in the Sunday edition of the *Lexington Herald Leader*.

   e. Two ¼-page ads (3 column by 10.5") in the daily edition of the *Pikeville Appalachian News Express*.

7. For New Mexico, Mr. James Lyle of the Law Offices of James P. Lyle, P.C. recommended the *Albuquerque Journal* and radio. Mr. Lyle was also concerned about the lack of Spanish notice during the initial notice program. KM recommends placements in several New Mexico newspapers, as well as radio spots on Hispanic radio. Attached as **Exhibit 2** is the script of the Radio Spot, which will be translated into Spanish. Ads will run as follows:

   a. *Mainstream Newspapers:*
      i. One ¼-page ad (3 column by 10.5") in all four editions of the *Albuquerque Journal*.

      b.    *Hispanic Newspapers:*

          i.    One ¼-page ad (5.83" x 10.5") in *El Defensor Chieftain.*

          ii.    One ¼-page ad (5.562" x 10") in *El Semanario.*

          iii.    One ¼-page ad (5.75" x 10.5") in *La Voz.*

          iv.    One ¼-page ad (5.75" by 10.5") in *Taos News.*[1]

      c.    *Hispanic Radio:*

          i.    Sixty-second radio spots will run on Hispanic radio for two weeks. It is estimated that the spot will run approximately 348 times.[2]

          ii.    Recommended stations include:

              A.  KRZY-FM Spanish Ad Hits 105.9

              B.  KLVO-FM Regional Mexican 97.7

              C.  KJFA-FM Regional Mexican 105.1

8.    In order to reach those Class Members in other parts of the country, KM recommends the following placements:

      a.    One banner ad to be included in the AARP eNewsletter that is sent to approximately 3,000,000 subscribers.

      b.    One full-page ad (6.875" x 9.75") in *Arthritis Today.*

      c.    Continuing the keyword search campaign until the claims filing deadline.

---

[1] The *Taos News*, unlike the other Hispanic newspapers, is printed in English.

[2] Mr. Lyle has suggested that KM run radio spots using Clear Channel Radio in New Mexico. However, Clear Channel does not offer any Hispanic radio stations. Given the goal of reaching Hispanic Class Members, KM does not recommend running radio spots on Clear Channel's English-speaking stations. It was also recommended that KM explore a relationship between Clear Channel and Univision for running Hispanic radio ads. KM found that while Clear Channel distributes radio spots for Univision Hispanic stations, KM would not be working directly with Clear Channel. KM works with an experienced media buying company to place our ads, and the stations we are using include Univision's top station. If KM were to go through Univision to place the ads on Hispanic radio, it is very likely that the Claims Reminder program would be more costly.

I declare under penalty of perjury and the laws of the United States and the District of Columbia that the foregoing is true and correct and this declaration was executed on February 26, 2014, in Washington, D.C.

_[signature]_

SHANNON R. WHEATMAN

# EXHIBIT 1

# Vioxx Settlement



## You Could Get Up to $50 or More

File a claim now to get money from the $23 million Vioxx Settlement.  Claims are now being processed.

### How Much Money Can I Get?

You can get $50 or more if you purchased the anti-inflammatory drug, Vioxx, before October 1, 2004 for yourself or a family member.

- If you don't have records, you can get up to $50.
- If you have records you can be reimbursed for all that you spent out-of-pocket for Vioxx.
- You may also be paid up to $75 for visiting with a doctor to discuss alternatives to Vioxx.

### How Can I Get Money?

File a claim by mail or online by **May 6, 2014**.  You can get help filing a claim by calling 1-866-439-6932.

## Need Help Filing A Claim?
## 1-866-439-6932
### www.VioxxSettlement.com

# EXHIBIT 2

**Vioxx Reminder: 60 Second Radio Script**

This is an important announcement for consumers about the prescription drug Vioxx.  Vioxx was a drug commonly used to treat pain and inflammation in adults with arthritis.

A settlement has been reached with the manufacturer of Vioxx and will provide refunds to anyone who paid for the medication.  Personal injury claims related to this drug are not included in this settlement.

You are eligible to get $50 or more if you paid the full cost for the drug or any out-of-pocket expenses before October 2004.

There is $23 million available to pay claims. But you need to act now; all claims must be submitted by May 6, 2014. Claims can be filed by mail or online at VioxxSettlement.com.

If you need help filing your claim, please call 1-866-439-6932 for assistance. That number again is 1-866-439-6932.

File your claim today.