UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Sherrill Herke, individually and on behalf of a proposed class of those similarly situated*

## ORDER

**IT IS ORDERED** that the submission date and time for Claimant James Ratliff's motion to approve additional notice and extend claims period (Rec. Doc. 64855) is **SET** for March 27, 2014, at 9:30 a.m., at which point the Court will hear oral argument by telephone. The call-in number for the hearing is 877-336-1839. The access code is 4227405 and the security code is 032714.

New Orleans, Louisiana, this 21st day of March, 2014.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE

1