UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *  MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *  SECTION L |
| LITIGATION | * |
| | *  JUDGE FALLON |
| *This document relates to:* | * |
| | *  MAGISTRATE JUDGE |
| | *  KNOWLES |
| *Gladys Amadis-Rosario, et al. v. Merck,* 2:06-cv-06234-EEF-DEK | * |
| | * |

************************************************************************

## ORDER

Considering the foregoing Stipulation of Dismissal With Prejudice (Rec. Doc. 64864):

**IT IS ORDERED** that all claims of plaintiffs against defendant Merck & Co., Inc. (now Merck Sharp & Dohme Corp.) be and they hereby are dismissed in their entirety, with prejudice, each party to bear its on costs.

**IT IS FURTHER ORDERED** that the case shall be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this 25th day of March, 2014.

_____
United States District Judge