UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX PRODUCTS LIABILITY LITIGATION )
)
) MDL Case No. 1657
) SECTION L
) JUDGE FALLON
) MAGISTRATE JUDGE KNOWLES

*This document relates to:*
*Armentrout v. Rite Aid of West Virginia, Inc.*
*2:07-cv-03313-EEF-DEK*

## ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS

Considering the parties' Stipulation of Dismissal With Prejudice as to All Defendants (Rec. Doc. 64853),

**IT IS ORDERED** that all claims of plaintiff Madonna Armentrout, Executrix of the Estate of Jack Armentrout, against defendant Rite Aid Of West Virginia, Inc., and all other named defendants be and they hereby are dismissed with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this 25th day of March, 2014.

*[signature: Eldon E. Fallon]*