UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION, | MDL No. 1657 |
| THIS DOCUMENT RELATES TO: | SECTION L |
| SHERRILL HERKE, individually, and on behalf of a proposed class of those similarly situated, | JUDGE FALLON MAG. JUDGE KNOWLES |
| Plaintiffs | No. 2:09-cv-07218 |
| v. | |
| MERCK & CO., INC., | |
| Defendant. | |

### CO-CLASS SETTLEMENT COUNSEL'S REPORT TO THE COURT ON VIOXX CONSUMER CLASS CLAIMS REMINDER CAMPAIGNS

Co-Class Settlement Counsel, Russ Herman and Elizabeth Cabraser, respectfully submit this Report on the Claims administration and the media campaigns for claims stimulation crafted by BrownGreer and Kinsella Media, LLC ("Kinsella"). Merck and Co-Class Settlement Counsel have worked cooperatively with each other, BrownGreer, and Kinsella to devise these innovative and effective ways to stimulate the filing of claims, and to refine and streamline the claims process.

As detailed in the BrownGreer Settlement Administration Status Report No. 2, filed herein on or about March 19, 2014, BrownGreer has developed settlement program enhancements designed to stimulate class member participation in the program. (Rec. Doc. 64857)  This program was detailed in the 15 part plan submitted to the Court on January 23, 2014.  Implementation began on February 12, 2014.  The plan features a "Class Member

Reminder Campaign," which includes updates and refinements to the settlement website, vioxxsettlement.com, direct-mailed reminders to 11,226 addressees previously identified as associated with Vioxx recipients by BrownGreer in its Vioxx personal injury claims database, direct-emailed reminders to the 411 law firms who represented those Vioxx personal injury claimants, and direct-emailed reminders to 9,590 individuals who interacted in some preliminary way with the Vioxx consumer program but had not yet filed a claim.  Additionally, several enhancements were made to the automated toll-free telephone line, including Spanish-language features; the claim filing process was simplified; and individualized filing assistance is now provided by telephone by request.

These "add-on" services have been supplemental and implemented subsequent to the final approval of the Settlement, and subsequent to this Court's findings that the original class notice program fulfilled Rule 23 and due process requirements.  (Rec. Doc. 64784) That program notified potential class members of their rights and options under the Settlement, including the opportunity to file claims.  The Class Member Reminder Campaign now enhances that previously-completed Court approved class notification process, by reminding class members to take action to file their claims by the May 6, 2014 deadline provided in the Settlement Agreement.  The settlement website itself, vioxxsettlement.com, maintains a continuous presence on the internet, and has been and will continue to be updated.  Banner ads drive inquiries to the website, and all forms of reminder (direct mail, broadcast, print ad, and email) likewise refer potential claimants to the website, and provide the toll free number of the Claims Administrator.

As BrownGreer's second report states, class member response statistics indicate a significant increase in participation since the launch of the Class Member Reminder Campaign (*see* Settlement Administration Status Report No. 2, Table 4).  Additionally, the experience of the

Administration and Class Notice experts, and the undersigned counsel, indicates that claims will continue to increase as the deadline draws near. The undersigned greatly appreciate the responsiveness and innovation demonstrated by BrownGreer in the Settlement administration and claims reminder processes, Kinsella in the creative design and implementation of media reminder notice, and Merck for assisting with the financing of this venture.

As with every Notice Plan, at the time of the original notice campaign, and again more recently, we explored with the Notice Experts the potential effectiveness of additional direct-mail notice. There are a number of barriers that prevent such notice, in our view, from being effective now in this matter. As Co-Class Settlement Counsel, the most glaring issue raised by the Ratliff proposal for direct mail notice to undisclosed "lists" is privacy concerns. Our responsibility includes protecting the rights and privacy of class members, and we question whether the release of "lists of Vioxx consumers" violates both federal and state privacy laws. Accurate and reliable evidence that the release of the identity and addresses of Vioxx consumers named in the "lists" will not violate each class member's right to privacy must be demonstrated. There has been no showing that the "lists" are HIPAA compliant. Ratliff provides no detail of the circumstances under which the "lists" were created, how reliable the data contained in the "lists" is, how comprehensive it is, the dates the base information of Vioxx purchases were obtained, the circumstances under which the "lists" were created, or whether the Vioxx purchasers have signed authorizations to release their medical information, such as a HIPAA release. Further, the time lapse since Vioxx was removed from the market (nearly 10 years ago) and the lack of any evidence that the identity and addresses of Vioxx purchases are reliable and current, we believe, make it imprudent and impracticable to use purchased "lists" of purported Vioxx consumers for

direct mail notice.  And lastly, the sheer cost of printing, sorting, mailing, and attending to returned mail for the masses on the "lists" mitigates against such a program.

The majority of the following information on the media claims stimulation effort was provided to the Court via email on February 28, 2014, in the form of a Declaration of Shannon Wheatman, PH.D. on the Claims Reminder Campaign.  The media campaign features the following types of media and the dates the media will be disseminated (which dates were calculated to occur 2-3 weeks prior to the claims deadline):

### *AARP eNewsletter – Banner Ad*

To be distributed via email to 3 million (3,000,000) AARP subscribers on April 18, 2014.

### *Print Advertising*

The claims reminder will run in *Arthritis Today* on April 22, 2014, a nationwide publication geared toward arthritis sufferers, the core Vioxx population.  There will be comprehensive newspaper coverage in New Mexico and Kentucky as well.

One-fourth page print ads will appear as follows:[1]

| | |
|---|---|
| *Albuquerque Journal – Sunday* (all editions) | April 20, 2014 |
| *Arthritis Today* | April 22, 2014 |
| *Bowling Green Daily News* | April 16, 2014 |
| *Bowling Green Daily News - Sunday* | April 20, 2014 |
| *Cincinnati Enquirer* | April 16,2014 |
| *Cincinnati Enquirer - Sunday* | April 20, 2014 |
| *El Defensor Chieftain* | April 16, 2014 |
| *El Defensor Chieftain* | April 23, 2014 |
| *El Semanario* | April 17, 2014 |
| *El Semanario* | April 24, 2014 |

---

[1] We respectfully note that suggestions by New Mexico counsel were incorporated in the bilingual campaign for New Mexico.  The reminder will be published in all editions of the *Albuquerque Journal*, and other local papers, and will be accompanied by radio spots as well.  The Claims Reminder Campaign also incorporates the publication suggestions received from Ratliff counsel in response to our request for suggestions.

| *La Voz* | April 14, 2014 |
|---|---|
| *La Voz* | April 21, 2014 |
| *Lexington Herald Leader* | April 16, 2014 |
| *Lexington Herald Leader - Sunday* | April 20, 2014 |
| *Louisville Courier Journal* | April 16, 2014 |
| *Louisville Courier Journal - Sunday* | April 20, 2014 |
| *Pikeville Appalachian News-Express* | April 16, 2014 |
| *Pikeville Appalachian News-Express* | April 23, 2014 |
| *Taos News* | April 17, 2014 |
| *Taos News* | April 24, 2014 |

**Broadcast Media**

Radio spots in Spanish will air on local Hispanic radio stations in New Mexico from April 1, 2014 to April 28, 2014.

**Keyword Search Advertising**

Search engine advertising will continue nationwide through the claims filing deadline.

**YouTube**

Kinsella Media, working with a vendor, created a short video about the Settlement and Claims Filing Deadline, which will be posted on the Kinsella Media YouTube page on April 1, 2014. This video will also be posted on the general YouTube site, and will be shared with relevant blog sites, including:

- 21st Century Aging – discussing topics relevant to aging.

- Minding Our Elders - covers caregiving for seniors.

- Time Goes By - covers aging and other issues of importance to seniors and baby boomers.

- The Fifty Factor - focuses on middle age and aging.

- Fierce with Age – includes topics of interest to Baby Boomers.

- 50 Plus Living – provides information on independent living, retirement communities, assisted living, nursing facilities and other care options for seniors.

- AARP Bulletin Today (online) - keeps senior Americans (age 50+) updated on the legislation, social and economic issues affecting their daily lives.

***Facebook and Twitter***

Claims Administrator BrownGreer posted information about the Settlement on its Facebook page on March 13, 2014. Kinsella Media will post the YouTube video on its Facebook page on April 1, 2014, as will BrownGreer. Kinsella Media will also tweet a link to the YouTube video to further increase online sharing.

In addition to the foregoing, the undersigned Settlement Class Co-Counsel, and the members of the Court-appointed Consumer Committee, are posting the claims reminder notice, and links to the settlement website and the YouTube video, on their own firm websites.

The cumulative result of the foregoing is an innovative, multi-media claims reminder program that utilizes the most effective and cost-effective media, to add to the previously approved and completed, constitutionally sufficient formal class notice campaign, by providing additional reminders to class members specifically to stimulate and maximize their claims.

Respectfully submitted,

Dated: March 25, 2014

/s/ Russ M. Herman

Russ M. Herman, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA  70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com

- 6 -

1166730.1

Elizabeth J. Cabraser, Esquire
LIEFF CABRASER HEIMANN &
BERNSTEIN, LLP
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com

*Co-Lead Class Settlement Counsel for
MDL 1657 Consumer Class*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of March, 2014.

*/s/ Leonard A. Davis*
Leonard A. Davis

- 7 -

1166730.1