Ned P. Siegfried
Mitchell R. Jensen*
Michael A. Katz
Brad L. Anderson
Randal G. Payne*
Kenneth D. Lougee††
Mark R. Taylor†
Steven Jensen
Brian C. Stewart
Steven J. Johnson
C. Ryan Christensen‡
Taylor R. North
Lauren E. Channell
Todd A. Bradford



# SIEGFRIED & JENSEN

OF COUNSEL
Joseph W. Steele*

OF COUNSEL
Parker & McConkie

Bradley H. Parker
James W. McConkie II
W. Alexander Evans

††Also admitted in Alaska
‡Also admitted in Arizona
*Also admitted in California
†Also admitted in Idaho

March 25, 2014

**VIA E-MAIL**

The Honorable Judge Eldon E. Fallon
U.S. District Court
Eastern District of Louisiana
500 Poydras Street, Room C456
New Orleans, LA 70130

RE: *State of Utah v. Merck, et al*

Dear Judge Fallon:

The deposition of Randy Baker, the State of Utah's 30(b)(6) designee regarding the meaning of the spreadsheets referenced during the motion to compel hearing in your Court on March 6, 2013, was taken this afternoon.

The State of Utah respectfully requests that a ruling be made on our Motion to Remand.

Sincerely,

/S/
Joseph W. Steele
Kenneth D. Lougee
Eric H. Weinberg
Richard Schulte
*Attorneys for the State of Utah*

JWS/kh
cc: Dawn Barrios
    All counsel