# THE GETTY LAW GROUP PLLC

ATTORNEYS AT LAW

| | | |
|---|---|---|
| 1900 Lexington Financial Center<br>250 West Main Street<br>Lexington, Kentucky  40507<br>Telephone:  (859) 259-1900<br>Facsimile:  (859) 259-1909 | Richard A. Getty, Managing Member<br>Extension 217<br>E-Mail:  rgetty@gettylawgroup.com | Via dello Studio<br>No. 8<br>50122 Florence, Italy<br>Telephone:  011-39-055-290-394<br>Facsimile:  011-39-055-264-5596 |

[date]

[name]
[address]
[address]

       Re:    <u>Nationwide Settlement of Vioxx Consumer Claims</u>

Dear [name]:

      You are receiving this letter because you have previously purchased the prescription drug Vioxx.  Recently, there has been a nationwide settlement of consumer claims relating to the sale and marketing of this drug.  Unless you have previously received  a settlement relating to physical injuries resulting from your use of this drug, you may be a class member entitled to participate in this nationwide settlement.

      The Class Reminder Notice, which has been previously published online and in various national magazines, is enclosed for your review.  We have also enclosed a paper claim form.  The Notice will give you information regarding the nationwide consumer class settlement, including instructions regarding how you can make a claim, either using the paper claim form enclosed, or the on-line process via the settlement website www.vioxxsettlement.com.  **It is important that you understand, however, that any rights you have to make a claim under this settlement are forfeited unless you take action and complete the filing of a claim on or before <u>May 6, 2014</u>.**

      We want you to know that we are here to help Kentucky consumers with the claims process and to answer any questions you might have.  We are also happy to assist you in filing a claim – **free of charge**.  Just give us a call if you would like The Getty Law Group to assist you in this manner.  Feel free to call me, Jessica Winters or Ann Stith, who can assist you as to filing a claim.  We look forward to hearing from you if you have any questions.

      With best regards, I remain

                                             Sincerely yours,

                                             Richard A. Getty

**EXHIBIT A**

THE GETTY LAW GROUP<sub>PLLC</sub>

[name]
[date]
Page 2


RAG/ams
Enclosures
cc:     Jessica K. Case, Esq.
        Ms. Ann M. Stith, Paralegal
        (w/enclosures)
jkcltr0149

This Is An Advertisement

**EXHIBIT A**