UNITED STATES
EASTERN DISTRICT OF LOUISUIANA
_____X
ELENA STRUJAN
       Plaintiff/Appellant        Index No: 07-906
    V.                                            MLD NO: 1657
MERCK & Co. Inc.
    Defendant/ Appellee
_____X

## NOTICE OF APPEAL OF THE ORDER
## DATED JANUARY 31, 20214

      I, Elena Strujan, Plaintiff Appellant Pro Se, I appeal the Order of the Honorable Judge Fallon, United States District Court, Eastern District of Louisiana, signed on January 31, 2014, and received on February 7, 2014, where my Motion for trial de Novo for new evidences, was denied.

I do this appeal because the justice was not served in my case.

Respectfully submitted,

*Elena Strujan*
ELENA STRUJAN - Plaintiff Appellant Pro Se

TENDERED FOR FILING

FEB 25 '14

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Cc:       Counsel for Defendant- Appellee

Dorothy H. Wimberley, 18509
STONE PIGMAN WALTHER WITTMAN L. L. C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200

UNITED STATES
EASTERN DISTRICT OF LOUISUIANA
_____X

ELENA STRUJAN

              Plaintiff/Appellant          Index No: 07-906

    V.

MERCK & Co. Inc.

    Defendant/ Appellee
_____X

## CERTIFICATE OF SERVICE

    I, Elena Strujan, Plaintiff Appellant Pro Se do hereby certify that I have this day of February 21, 2014, I served a true and correct copy of my NOTICE OF APPEAL by mail, postage prepaid on the following counsel of record:

<u>Counsel for Defendant- Appellee</u>

Dorothy H. Wimberley, 18509
STONE PIGMAN WALTHER WITTMAN L. L. C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200


So certified, this 21st day of February 2014

_____
Elena Strujan-Plaintiff Appellant Pro Se
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

_____
**NOTARY PUBLIC**

CHRISTINA GUTIERREZ
NOTARY PUBLIC, STATE OF NEW YORK
QUALIFIED IN QUEENS COUNTY
REG. #01GU6239488
MY COMM. EXP. APRIL 04/18/2015

Subscribed and sworn before me on this
21st day of February, 2014
State of New York
County of Queens

Received 2/7/2014

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   *Elena Strujan v. Merck & Co., Inc.* No. 07-906

## ORDER

The Court is in receipt of the attached correspondence from *pro se* Plaintiff Elena Strujan, whose claims have been dismissed. (Rec. Doc. 64746). **IT IS ORDERED** that the attached correspondence be filed into the record and that no further action be taken.

New Orleans, Louisiana, this 31st day of January, 2014.

UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:   Elena Strujan
P.O. Box 20632
New York, NY 10021

**Ms. ELENA STRUJAN**
P.O. Box 20632
New York, New York 10021-0072

CERTIFIED MAIL

7013 1710 0002 1234 5975

7013083567

U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

U.S. POSTAGE PAID
FLUSHING, NY
11377
FEB 21 '14
AMOUNT
$4.00
0017612-4