**MINUTE ENTRY**
**FALLON, J.**
**MARCH 27, 2014**

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:     VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     *Sherrill Herke, individually and on behalf of a*
*proposed class of those similarly situated*

On this date, a hearing was held by telephone in the Chambers of Judge Eldon E. Fallon.

Elizabeth Cabraser and Russ Herman participated on behalf of the class and the Plaintiffs'

Committee ("PSC"). Leonard Davis, Dawn Barrios, and James Dugan participated on behalf of

PSC. John Beisner and Jordan Schwartz participated on behalf of Defendant Merck. Richard

and Jessica Winters participated on behalf of Interested Party James Ratliff, and others similarly

situated. This hearing was transcribed by Toni Tusa, official Court reporter. Counsel may contact

Ms. Tusa at (504) 523-7778 to request a copy of the transcript.

JS10(00:50)                                        1