LOCAL INFO | LANGUAGES | CAREERS | VOLUNTEER | **DONATE**

Search

GETTING HEALTHY | **CONDITIONS** | HEALTHCARE / RESEARCH | CAREGIVER | EDUCATOR | CPR & ECC     SHOP | CAUSES | ADVOCATE | GIVING | NEWS

Arrhythmia | Cholesterol | Congenital Defects Children & Adults | Diabetes | Heart Attack | Heart Failure | High Blood Pressure | Stroke | More

# About Heart Attacks

Updated:Jan 23,2013



Every year, tens of thousands of Americans survive heart attack, go back to work and enjoy a normal life. You have every reason to be confident of a full recovery. Your heart is healing and with each passing day you'll get stronger and more active. The following questions and answers will help you better understand what has happened to you and how you get started on the road to recovery.

View an animation of a heart attack.



## Heart Attack Questions and Answers

### What is a heart attack?

Your heart muscle needs oxygen to survive. A heart attack occurs when the blood flow that brings oxygen to the heart muscle is severely reduced or cut off completely (View an animation of blood flow). This happens because coronary arteries that supply the heart muscle with blood flow can slowly become narrrow from a buildup of fat, cholesterol and other substances that together are called plaque. This slow process is known as atherosclerosis . When a plaque in a heart artery breaks, a blood clot forms around the plaque. This blood clot can block the blood flow through the heart muscle. When the heart muscle is starved for oxygen and nutrients, it is called ischemia. When damage or death of part of the heart muscle occurs as a result of ischemia, it is called a heart attack or myocardial infarction (MI). About every 34 seconds, someone in the United States has a myocardial infarction (heart attack).

- Why didn't I have any warning?
- Is my heart permanently damaged?
- Will I recover from my heart attack?
- Is all chest pain a heart attack?
- What are the different medical terms for a heart attack?
- Are there other causes of heart attack besides blockage?
- Is a heart attack the same as cardiac arrest?

This content was last reviewed on 10/20/2012.

### Tools

🖨 Printable Heart Attack Information Sheets

### Healthy Heart Quizzes

## Heart Attack

- Home
- **About Heart Attacks**
- Warning Signs of a Heart Attack
- Understand Your Risk of Heart Attack
- Symptoms & Diagnosis of Heart Attack
- Prevention & Treatment
- Heart Attack Tools & Resources

### Sign up for our monthly e-newsletter

Email: [_____]

Choose at least one
- ☐ Arrhythmia
- ☐ Caregiver
- ☐ Cholesterol
- ☐ Diabetes
- ☐ Heart Attack
- ☐ Heart Failure
- ☐ Heart Valve Disease
- ☐ High Blood Pressure
- ☐ Peripheral Artery Disease

By clicking submit below you agree to the Terms and Conditions

[Submit]

### Watch, Learn and Live



Our Interactive Cardiovascular Library has informative illustrations and animations to help you learn about conditions, treatments and procedures related to heart disease and stroke.

**Start exploring today!**

### Popular Articles

1. Understanding Blood Pressure Readings
2. What are the Symptoms of High Blood Pressure?
3. Heart Attack Symptoms in Women
4. What Your Cholesterol Levels Mean
5. Target Heart Rates

 Heart360® Health Tracker
 Cardiac Glossary



| 6 | Low Blood Pressure |
| 7 | Warning Signs of a Heart Attack |
| 8 | All About Heart Rate (Pulse) |
| 9 | Good vs. Bad Cholesterol |
| 10 | Types of Blood Pressure Medications |

**About Us**

Our mission is to build healthier lives, free of cardiovascular diseases and stroke. That single purpose drives all we do. The need for our work is beyond question. More



**Our Causes**

Go Red For Women
Go Red Por Tu Corazón
My Heart My Life
Power To End Stroke

**The Warning Signs**

**Heart and Stroke Encyclopedia**

**Volunteer**

**Our Sites**

American Heart Association
American Stroke Association
My Life Check
Heart360
Everyday Choices
My.AmericanHeart for Professionals
Scientific Sessions
Stroke Conference
You're The Cure
Global Programs
Shop Heart
CEO Nancy Brown

**Contact Us**

Address
7272 Greenville Ave.
Dallas, TX 75231
Customer Service
1-800-AHA-USA-1
1-800-242-8721
1-888-474-VIVE
Local Info

 **RSS**

Getting Healthy | Conditions | Healthcare / Research | Caregiver | Educator | CPR & ECC | Shop | Causes | Advocate | Giving | News | Volunteer | Donate
Privacy Policy | Copyright | Ethics Policy | Conflict of Interest Policy | Linking Policy | Diversity | Careers
©2014 American Heart Association, Inc. All rights reserved. Unauthorized use prohibited.
The American Heart Association is a qualified 501(c)(3) tax-exempt organization.

*Red Dress ™ DHHS, Go Red ™ AHA ; National Wear Red Day® is a registered trademark.



This site complies with the HONcode standard for trustworthy health information:
verify here.