# Williams, Jonathan

| | |
|---|---|
| **From:** | Scott Hall [sbh@hfmlegal.com] |
| **Sent:** | Thursday, March 20, 2014 6:08 PM |
| **To:** | Williams, Jonathan; Danny Thomas |
| **Cc:** | Horn, Elaine |
| **Subject:** | RE: Levitt: Egilman and Schapira deposition dates |

Jonathan,

We have decided to withdraw Dr. Schapira as an expert witness in the Levitt case. Since this removes the obstacles to Dr. Pratt's deposition that you have expressed, we will move forward with our subpoena to take his deposition beginning at 8:30 am CST on 3/26/14.

I look forward to meeting you then.

Scott.

*Scott B. Hall, Esq.*
HUMPHREY, FARRINGTON & McCLAIN, P.C.
P. O. Box 900
221 W. Lexington, Suite 400
Independence, MO  64051
(816) 836-5050
(816) 836-8966
e-mail  sbh@hfmlegal.com

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein.  If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited.  If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by Humphrey, Farrington & McClain, P.C. to be used, and any such tax advice cannot be used, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

**From:** Williams, Jonathan [mailto:JonathanWilliams@wc.com]
**Sent:** Thursday, March 20, 2014 12:39 PM
**To:** Scott Hall; Danny Thomas
**Cc:** Horn, Elaine
**Subject:** RE: Levitt: Egilman and Schapira deposition dates

Scott,

We continue to look forward to receiving proposed dates for Drs. Egilman and Schapira.  Since at this point it seems very unlikely that Dr. Schapira will be deposed between now and the 26th, we will ask Dr. Pratt to identify dates in April.  If you already know that your team has blackout dates, please let me know.

Thanks,

Jonathan

1

**Jonathan L. Williams**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5742 | (F) 202-434-5029
jonathanwilliams@wc.com | www.wc.com/jonathanwilliams

---

**From:** Scott Hall [mailto:sbh@hfmlegal.com]
**Sent:** Wednesday, March 19, 2014 4:01 PM
**To:** Williams, Jonathan; Danny Thomas
**Cc:** Horn, Elaine
**Subject:** RE: Levitt: Egilman and Schapira deposition dates

Jonathan,

I spoke with Dr. Schapira's office today and they will get back with me by noon tomorrow with dates for him. I have a call in to Dr. Egilman's office to request dates for his deposition, so will hopefully have some for him soon as well.

Scott.

*Scott B. Hall, Esq.*
HUMPHREY, FARRINGTON & McCLAIN, P.C.
P. O. Box 900
221 W. Lexington, Suite 400
Independence, MO  64051
(816) 836-5050
(816) 836-8966
e-mail  sbh@hfmlegal.com

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein.  If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited.  If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by Humphrey, Farrington & McClain, P.C. to be used, and any such tax advice cannot be used, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

---

**From:** Williams, Jonathan [mailto:JonathanWilliams@wc.com]
**Sent:** Wednesday, March 19, 2014 10:00 AM
**To:** Scott Hall; Danny Thomas
**Cc:** Horn, Elaine
**Subject:** Levitt: Egilman and Schapira deposition dates

Danny and Scott:

Could you let us know when Drs. Egilman and Schapira will be available for deposition?

Thanks,

Jonathan

**Jonathan L. Williams**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5742 | (F) 202-434-5029
jonathanwilliams@wc.com | www.wc.com/jonathanwilliams

NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.

NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.

## Williams, Jonathan

| | |
|---|---|
| **From:** | Danny Thomas [DAT@hfmlegal.com] |
| **Sent:** | Saturday, March 01, 2014 4:28 PM |
| **To:** | Williams, Jonathan |
| **Cc:** | Ken McClain; Ghada A. Anis; Diane Henderson; Scott Hall |
| **Subject:** | Re: Treating Doctor Depositions |

Jonathan I just got off the phone with Dr Schapira. His clinic practice has been extensive these last few weeks and there are no signs of slowing. He is indicating that he needs to postpone his deposition.  We will try to get it done before the 14tb but I don't know what everyone's calendar looks like. Can you agree to move this?

Sent from my BlackBerry 10 smartphone.

**From:** Williams, Jonathan
**Sent:** Saturday, March 1, 2014 2:11 PM
**To:** Danny Thomas
**Subject:** RE: Treating Doctor Depositions

Are you referring to proof of service on the deponent or proof of service of the notice on your client? As to the first, the doctors waived service. As to the second, we served the notices by File & Serve in addition to sending them directly to your client, as indicated by the certificates of service.

**Jonathan L. Williams**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5742 | (F) 202-434-5029
jonathanwilliams@wc.com | www.wc.com/jonathanwilliams

**From:** Danny Thomas [mailto:DAT@hfmlegal.com]
**Sent:** Friday, February 28, 2014 7:03 PM
**To:** Williams, Jonathan
**Subject:** RE: Treating Doctor Depositions

Middleman is where I started.  I thought you deposed three but I guess it is just those two.

Daniel A. Thomas
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
Independence, Missouri 64050
P: 816-836-5050
Email: dat@hfmlegal.com
Website: www.hfmlegal.com

**From:** Williams, Jonathan [mailto:JonathanWilliams@wc.com]
**Sent:** Friday, February 28, 2014 5:58 PM
**To:** Danny Thomas
**Subject:** RE: Treating Doctor Depositions

You are referring to Katz?

1

Sent with Good (www.good.com)


-----Original Message-----
**From:** Danny Thomas [DAT@hfmlegal.com]
**Sent:** Friday, February 28, 2014 06:52 PM Eastern Standard Time
**To:** Williams, Jonathan
**Subject:** Treating Doctor Depositions

I am going through your filings for these treating docs.  I don't see any proof of service for any of these subpoenas.  Am I missing something?

Daniel A. Thomas
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
Independence, Missouri 64050
P: 816-836-5050
Email: dat@hfmlegal.com
Website: www.hfmlegal.com

NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.


NOTICE:

This message is intended for the use of the individual or entity
to which it is addressed and may contain information that is privileged,
confidential and exempt from disclosure under applicable law. If the reader
of this message is not the intended recipient or the employee or agent
responsible for delivering this message to the intended recipient, you are
hereby notified that any dissemination, distribution or copying of this
communication is strictly prohibited. If you have received this communication
in error, please notify us immediately by reply or by telephone
(call us collect at (202) 434-5000) and immediately delete this message
and all its attachments.

JNS Consultants, Inc.
8635 West Third St.
Suite 750 W
Los Angeles, CA 90048

# INVOICE

12/19/2013

Daniel Thomas
Humphrey, Farrington & McClain, PC
Attorneys-at-Law
P.O. BOX 900
Independence, MO 64051

Invoice#
96081

Levitt

| DATE | HOURS | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|---|
| | | PLEASE NOTE THAT RUSH CHARGES APPLY AS PER OUR FEE SCHEDULE | | |
| 12/10/2013 | 0.8 | Review of complaint | 600.00 | 480.00 |
| 12/10/2013 | 5.2 | Review of records | 600.00 | 3,120.00 |
| 12/11/2013 | 1.1 | Review of deposition of Arnold Katz Volume I | 600.00 | 660.00 |
| 12/11/2013 | 0.3 | Review of deposition of Arnold Katz Volume II | 600.00 | 180.00 |
| 12/11/2013 | 2.2 | Review of deposition of James J Levitt | 600.00 | 1,320.00 |
| 12/11/2013 | 3.1 | Review of deposition of Jo Levitt | 600.00 | 1,860.00 |
| 12/11/2012 | 2.6 | Obtaining and reviewing reference articles pertinent to this case | 600.00 | 1,560.00 |
| 12/12/2013 | 3.9 | Review of records | 600.00 | 2,340.00 |
| 12/12/2013 | 3.5 | Obtaining and reviewing reference articles pertinent to this case | 600.00 | 2,100.00 |
| | | Less $7500.00 retain | | |
| | | Charges for Jay N. Schapira, M.D. For questions call Susan Anderson 310-659-2030 | | |

TAX I.D. #: 95-4628195

**Total** $13,620.00

JNS Consultants, Inc.
8635 West Third St.
Suite 750 W
Los Angeles, CA 90048

# INVOICE

2/26/2014

Daniel Thomas
Humphrey, Farrington & McClain, PC
Attorneys-at-Law
P.O. BOX 900
Independence, MO 64051

Invoice#
97009

Levitt

| DATE | HOURS | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|---|
| 2/21/2014 | 3.6 | Review of records in preparation for the deposition | 425.00 | 1,530.00 |
| 2/22/2014 | 2.9 | Review of records in preparation for the deposition | 425.00 | 1,232.50 |
| 2/23/2014 | 3.7 | Review of records in preparation for the deposition | 425.00 | 1,572.50 |
| 2/24/2014 | 1.6 | Review of recent medical records | 425.00 | 680.00 |
| 2/25/2014 | 1 | Review of angiograms | 425.00 | 425.00 |
| 2/26/2014 | 1.3 | Review of records in preparation for the deposition | 425.00 | 552.50 |
| | | Charges for Jay N. Schapira, M.D. For questions call Susan Anderson 310-659-2030 | | |
| | | Charges for Jay N. Schapira, M.D. For questions call Susan Anderson 310-659-2030 | | |

TAX I.D. #: 95-4628195

**Total**   $5,992.50

**JNS Consultants, Inc.**
8635 West Third St.
Suite 750 W
Los Angeles, CA 90048

# INVOICE

3/5/2014

Daniel Thomas
Humphrey, Farrington & McClain, PC
Attorneys-at-Law
P.O. BOX 900
Independence, MO 64051

Invoice#
97012

Levitt

| DATE | HOURS | DESCRIPTION | RATE | TOTAL |
|---|---|---|---|---|
| 2/26/2014 | 2.4 | Review of records in preparation for the deposition | 425.00 | 1,020.00 |
| 2/27/2014 | 3.4 | Review of Cordray reports | 425.00 | 1,445.00 |
| 2/27/2014 | 1.5 | Review of records in preparation for the deposition | 425.00 | 637.50 |
| 2/28/2014 | 3.8 | Review of records in preparation for the deposition | 425.00 | 1,615.00 |
| 3/1/2014 | 4.1 | TELCON with Dr. Egilman and Mr. Thomas | 475.00 | 1,947.50 |
| 3/1/2014 | 4.2 | Review of records in preparation for the deposition | 425.00 | 1,785.00 |
| 3/1/2014 | 0.2 | TELCON with Mr. Thomas | 475.00 | 95.00 |
| 3/1/2014 | 3.8 | Research and review of medical literature | 425.00 | 1,615.00 |
| 3/2/2014 | 4.6 | Review of records in preparation for the deposition | 425.00 | 1,955.00 |
| 3/2/2014 | 2.6 | Research and review medical literature | 425.00 | 1,105.00 |
| 3/2/2014 | 2.8 | Review of Egilman report | 425.00 | 1,190.00 |
| 3/3/2014 | 2.1 | Review of records in preparation for the deposition | 425.00 | 892.50 |
| 3/3/2014 | 3.8 | Review of Madigan report 7-17-13 | 425.00 | 1,615.00 |
| 3/4/2014 | 3.1 | Review of rebuttal report | 425.00 | 1,317.50 |
| 3/4/2014 | 0.4 | TELCON #1 with Mr. Thomas | 475.00 | 190.00 |
| 3/4/2014 | 1.2 | TELCON #2 with Mr. Thomas | 475.00 | 570.00 |
| 3/5/2014 | 2.4 | Review of drug trials | 425.00 | 1,020.00 |

Charges for Jay N. Schapira, M.D.
For questions call Susan Anderson 310-659-2030

TAX I.D. #: 95-4628195

**Total**    $20,015.00

## Williams, Jonathan

| | |
|---|---|
| **From:** | Horn, Elaine |
| **Sent:** | Monday, March 17, 2014 2:35 PM |
| **To:** | Scott Hall; Danny Thomas |
| **Cc:** | Williams, Jonathan |
| **Subject:** | Re: Schapira Deposition |

Hi Scott,

I had actually rescheduled my flight for early tomorrow morning which would get us in on time for an afternoon deposition. It would not however work if the start time got moved up to early morning.

As noted before, I agree that it makes sense to reschedule, but I want to make sure that there is no misunderstanding. We will need to move Dr. Pratt's deposition to a date that follows Dr. Schapira.

I look forward to receiving the new dates.

Regards,
Elaine

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

**From:** Scott Hall
**Sent:** Monday, March 17, 2014 2:10 PM
**To:** Horn, Elaine; Danny Thomas
**Cc:** Williams, Jonathan
**Subject:** RE: Schapira Deposition

Elaine,

He would have to start first thing in am. At this point, however, I cancelled my flight to LAX based on your representation that you probably couldn't get a flight due to a snowstorm, so we are going to have to reschedule. I will try to get some dates today and ask him for his first available opening.

Scott.

Scott B. Hall, Esq.
HUMPHREY, FARRINGTON & McCLAIN, P.C.
P. O. Box 900
221 W. Lexington, Suite 400
Independence, MO 64051
(816) 836-5050
(816) 836-8966
e-mail sbh@hfmlegal.com


This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are

1

hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

_____

IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by Humphrey, Farrington & McClain, P.C. to be used, and any such tax advice cannot be used, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.


-----Original Message-----
From: Horn, Elaine [mailto:EHorn@wc.com]
Sent: Monday, March 17, 2014 8:56 AM
To: Scott Hall; Danny Thomas
Cc: Williams, Jonathan
Subject: Re: Schapira Deposition

Hi Scott,

What time was he wanting to start?

I agree that it likely makes the most sense to reschedule, but we would want to depose your cardiologist before ours (Dr. Pratt). Pratt is currently set for next Wednesday. Would you be amenable to changing that date?

Elaine


Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.
From: Scott Hall
Sent: Monday, March 17, 2014 9:45 AM
To: Horn, Elaine; Danny Thomas
Cc: Williams, Jonathan
Subject: RE: Schapira Deposition


Elaine,

We couldn't push it back. Dr. Schapira called this am to inform me that he had to schedule patients that day and needed to move the depo earlier. It might be best given the situation to reschedule. I will get some possible dates from him in March if possible or at least early April.

Thanks for the heads up.

Scott.

_____
From: Horn, Elaine [EHorn@wc.com]
Sent: Monday, March 17, 2014 8:01 AM
To: Danny Thomas; Scott Hall
Cc: Williams, Jonathan; Horn, Elaine

2

Subject: Schapira Deposition

Hi Danny and Scott,

We have been hit with a big snow storm. Currently, everything is shut down including federal government and local airport runways. We are evaluating are options.

What is the situation with you guys? And, what is the absolute latest time that we could start the doctor's deposition tomorrow?

Elaine

Sent from my BlackBerry 10 smartphone on the Verizon Wireless 4G LTE network.

_____

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

_____

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.