UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | *   KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |
| | * |

*****************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion for Summary Judgment in the above-captioned case will be brought for hearing on April 23, 2014, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  March 28, 2014

             Respectfully submitted,

   By: */s/ Dorothy H. Wimberly*
     Phillip A. Wittmann, 13625
     Dorothy H. Wimberly, 18509
     STONE PIGMAN WALTHER
     WITTMANN L.L.C.
     546 Carondelet Street
     New Orleans, Louisiana 70130
     Phone: 504-581-3200
     Fax: 504-581-3361

1150426v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Notice of Submission* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of March, 2014.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1150426v1