# Williams, Jonathan

| | |
|---|---|
| **From:** | Scott Hall [sbh@hfmlegal.com] |
| **Sent:** | Thursday, March 20, 2014 6:08 PM |
| **To:** | Williams, Jonathan; Danny Thomas |
| **Cc:** | Horn, Elaine |
| **Subject:** | RE: Levitt: Egilman and Schapira deposition dates |

Jonathan,

We have decided to withdraw Dr. Schapira as an expert witness in the Levitt case. Since this removes the obstacles to Dr. Pratt's deposition that you have expressed, we will move forward with our subpoena to take his deposition beginning at 8:30 am CST on 3/26/14.

I look forward to meeting you then.

Scott.

*Scott B. Hall, Esq.*
HUMPHREY, FARRINGTON & McCLAIN, P.C.
P. O. Box 900
221 W. Lexington, Suite 400
Independence, MO  64051
(816) 836-5050
(816) 836-8966
e-mail  sbh@hfmlegal.com

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein.  If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited.  If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by Humphrey, Farrington & McClain, P.C. to be used, and any such tax advice cannot be used, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

**From:** Williams, Jonathan [mailto:JonathanWilliams@wc.com]
**Sent:** Thursday, March 20, 2014 12:39 PM
**To:** Scott Hall; Danny Thomas
**Cc:** Horn, Elaine
**Subject:** RE: Levitt: Egilman and Schapira deposition dates

Scott,

We continue to look forward to receiving proposed dates for Drs. Egilman and Schapira.  Since at this point it seems very unlikely that Dr. Schapira will be deposed between now and the 26th, we will ask Dr. Pratt to identify dates in April.  If you already know that your team has blackout dates, please let me know.

Thanks,

Jonathan

**Jonathan L. Williams**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5742 | (F) 202-434-5029
jonathanwilliams@wc.com | www.wc.com/jonathanwilliams

---

**From:** Scott Hall [mailto:sbh@hfmlegal.com]
**Sent:** Wednesday, March 19, 2014 4:01 PM
**To:** Williams, Jonathan; Danny Thomas
**Cc:** Horn, Elaine
**Subject:** RE: Levitt: Egilman and Schapira deposition dates

Jonathan,

I spoke with Dr. Schapira's office today and they will get back with me by noon tomorrow with dates for him. I have a call in to Dr. Egilman's office to request dates for his deposition, so will hopefully have some for him soon as well.

Scott.

*Scott B. Hall, Esq.*
HUMPHREY, FARRINGTON & McCLAIN, P.C.
P. O. Box 900
221 W. Lexington, Suite 400
Independence, MO  64051
(816) 836-5050
(816) 836-8966
e-mail  sbh@hfmlegal.com

This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein.  If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited.  If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written by Humphrey, Farrington & McClain, P.C. to be used, and any such tax advice cannot be used, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

---

**From:** Williams, Jonathan [mailto:JonathanWilliams@wc.com]
**Sent:** Wednesday, March 19, 2014 10:00 AM
**To:** Scott Hall; Danny Thomas
**Cc:** Horn, Elaine
**Subject:** Levitt: Egilman and Schapira deposition dates

Danny and Scott:

Could you let us know when Drs. Egilman and Schapira will be available for deposition?

Thanks,

Jonathan

**Jonathan L. Williams**
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5742 | (F) 202-434-5029
jonathanwilliams@wc.com | www.wc.com/jonathanwilliams

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.

NOTICE:

This message is intended for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by reply or by telephone (call us collect at (202) 434-5000) and immediately delete this message and all its attachments.