UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *All Cases*

## ORDER

**IT IS ORDERED** that a telephone status conference will be held on April 8, 2014, at 1:30 p.m., with counsel for Defendant Merck, Interested Party David Egilman, and the Plaintiffs' Steering Committee regarding Pretrial Orders 13, 13A, and 13B. The call-in number for the conference is 877-336-1839. The access code is 4227405 and the security code is 040814.

1