UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

Alexander, et al v. BrownGreer PLC, No. 13-5048

**J U D G M E N T**

Considering the Court's Order dated and filed on March 24, 2014, accordingly:

IT IS ORDERED, ADJUDGED AND DECREED that there be judgment in favor of defendant, BrownGreer PLC, and against plaintiffs, Ernestine Alexander and Johan Rodrigues, dismissing said plaintiffs' claims with prejudice and costs.

New Orleans, Louisiana, this  27th  day of March, 2014

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE