EASTERN DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Vioxx Marketing, Sales Practices And Products Liability Litigation** | MDL Case No. 1657 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| <u>Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D</u>, Plaintiff | MAGISTRATE JUDGE KNOWLES |
| v. | |
| <u>Seeger Weiss, LLP et al,</u> Defendants | |
| 2:12-cv-02406-EEF-DEK | |

**OPPOSITION OF THE PLAINTIFF, LINDA ISNER, EXECUTRIX OF THE ESTATE OF JEFFREY ISNER, M.D, TO THE MOTION FOR SUMMARY JUDGMENT OF THE DEFENDANTS, HUGHES HUBBARD & REED, LLP AND TED MAYER**

The plaintiff, Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D. (Isner), submits this Opposition to the Motion for Summary Judgment (Motion) filed by the defendants, Hughes Hubbard & Reed, LLP and Ted Mayer (collectively, HHR Defendants). The HHR Defendants have failed to demonstrate the absence of a genuine issue of material fact and that they entitled to judgment as a matter of law. For the reasons set forth in Isner's Opposition and Memorandum of Law filed in response to the BrownGreer Motion, the HHR Motion is factually and legally unsupported and must be denied.

The HHR Motion is premised upon, and incorporates by reference, the arguments advanced by the BrownGreer defendants in support of their Motion for Summary Judgment. Accordingly, Isner hereby incorporates by reference, as if set forth in full herein, the arguments set forth in her Opposition to the BrownGreer Motion. In addition, Isner relies upon the Local Rule 56.2 Statement of Material Facts of The Facts Of The Plaintiff, Linda

Isner, Executrix Of The Estate Of Jeffrey Isner, M.D, In Response To The Motions For Summary Judgment Of The Defendants, BrownGreer PLC and Orran L. Brown and the Defendants Hughes Hubbard & Reed, LLP and Ted Mayer, the Affidavit of Joseph L. Doherty, Jr., and the materials submitted with the Doherty Affidavit.

For all of these reasons, the Plaintiff respectfully request that the HHR Motion must be denied.

        Respectfully submitted,

        /s/Philip E. Murray, Jr.
        Philip E. Murray, Jr.

        /s/ Carol Ann Kelly
        Carol Ann Kelly
        Murray, Kelly & Bertrand, P.C.
        300 Trade Center, Suite 2700
        Woburn, Massachusetts 01801
        Telephone No. (781) 569-0020
        Fax No. (781) 569-0022
        Email: ckelly@mkblegal.com
        Counsel for the Plaintiff,
        Linda Isner, Executrix of the Estate
        Of Jeffrey Isner, M.D.

Dated: March 28, 2014

CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Opposition Of The Plaintiff, Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., To The Motion For Summary Judgment Of The Defendants, Hughes Hubbard & Reed, LLP and Ted Mayer, has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of March, 2014.

/s/ Carol Ann Kelly
Carol Ann Kelly
Murray, Kelly & Bertrand, P.C.
300 Trade Center, Suite 2700
Woburn, Massachusetts 01801
Telephone No. (781) 569-0020
Fax No. (781) 569-0022
Email:  ckelly@mkblegal.com
Counsel for the Plaintiff,
Linda Isner, Executrix of the Estate
Of Jeffrey Isner, M.D.