**EASTERN DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: Vioxx Marketing, Sales Practices And Products Liability Litigation** | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |  MDL Case No. 1657  SECTION L  JUDGE FALLON  MAGISTRATE JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | |
| Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D, Plaintiff | |
| v. | |
| Seeger Weiss, LLP et al, Defendants | |
| 2:12-cv-02406-EEF-DEK | |

**MOTION OF THE PLAINTIFF, LINDA ISNER, EXECUTRIX OF THE ESTATE OF JEFFREY ISNER, M.D, TO EXCEED PAGE LIMIT IN RESPONSE TO THE MOTIONS FOR SUMMARY JUDGMENT OF THE DEFENDANTS, BROWNGREER PLC AND ORRAN L. BROWN AND THE DEFENDANTS HUGHES HUBBARD & REED, LLP AND TED MAYER**

Now comes the plaintiff, Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D. (Isner), and respectfully request that the Court enter an order granting two (2) extra pages for a total of twenty (27) pages, for her Opposition to the Motion for Summary Judgment and Memorandum of Law filed by the defendants, BrownGreer PLC and Orran L. Brown. Isner's Opposition also incorporates her arguments advanced in opposition to the Motion for Summary Judgment filed by the defendants, Hughes Hubbard & Reed, LLP and Ted Mayer. The plaintiff notes that the Motion and Memorandum of Law of the BrownGreer Defendants consisted of thirty-four (34) pages.

2

        Respectfully submitted,


        /s/Philip E. Murray, Jr.
        Philip E. Murray, Jr.


        /s/ Carol Ann Kelly
        Carol Ann Kelly
        Murray, Kelly & Bertrand, P.C.
        300 Trade Center, Suite 2700
        Woburn, Massachusetts 01801
        Telephone No. (781) 569-0020
        Fax No. (781) 569-0022
        Email:  ckelly@mkblegal.com
        Counsel for the Plaintiff,
        Linda Isner, Executrix of the Estate
        Of Jeffrey Isner, M.D.

Dated:  March 28, 2014

3

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of March, 2014.

/s/ Carol Ann Kelly
Carol Ann Kelly
Murray, Kelly & Bertrand, P.C.
300 Trade Center, Suite 2700
Woburn, Massachusetts 01801
Telephone No. (781) 569-0020
Fax No. (781) 569-0022
Email: ckelly@mkblegal.com
Counsel for the Plaintiff,
Linda Isner, Executrix of the Estate
Of Jeffrey Isner, M.D.