# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Donna Gebhart, Individually and as* | * | KNOWLES |
| *Trustee for the Estate of Vernon Webster* | * | |
| | * | |
| *v.* | | |
| | | |
| *Merck & Co., Inc., and Merck Frosst* | | |
| *Canada, Ltd.* | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDE

Considering the foregoing Stipulation of Dismissal with Prejudice,

**IT IS ORDERED** that all claims of Plaintiff Donna Gebhart, Individually and as Trustee for the Estate of Vernon Webster against Merck and Merck Frosst Canada, Ltd. are hereby dismissed with prejudice, each party to bear its own costs.

NEW ORLEANS, LOUISIANA, this 1st day of April, 20 14.

*/s/ Eldon E. Fallon*
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1145128v1