UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Beatrice Tillie, 2:05-cv-05925-EEF-DEK* | * | KNOWLES |
| (as to Mary Brown, Mildred Lampon) | * | |
| | * | |
| *William Lough, et al v. Merck, 2:05-cv-3820-EEF-DEK* | * | |
| (as to Plaintiffs William Lough and Floyd Chaplin) | * | |
| | * | |

****************************************************************************

**DEFENDANT MERCK SHARP & DOHME CORP.'S
THIRD MOTION FOR A SUPPLEMENTAL ORDER OF DISMISSAL
AS TO CERTAIN PLAINTIFFS WHO ASSERTED
CLASS ACTION CLAIMS FOR PERSONAL INJURY AND MEDICAL MONITORING.**

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss the claims of each of the plaintiffs listed above. In support of this Motion Merck states:

1)   On May 8, 2009, this Court entered an Order dismissing All Personal Injury and Medical Monitoring Class Action Complaints Pending or Subject to Transfer to MDL 1657. That Order applies to the claims of all of the plaintiffs listed above.  (Rec. Doc. No. 18783)

2)   The Court's Order provided that to the extent that the plaintiffs listed in the Court's Order also asserted individual personal injury claims, they could continue to pursue those clams.  *Id.*

3)   As to the plaintiffs in the ***Beatrice Tillie*** case, that case was specifically identified as one covered by this Court's May 8, 2009 Order.  The complaint asserts only class-based

1155411v1

claims on behalf of residents of Orleans Parish, Louisiana.  None of the listed individuals asserted an individual personal injury claim.  Accordingly, this Court's May 8, 2009 Order extinguished their claims in their entirety.

4) A review of the Court's docket on Pacer shows that two plaintiffs in the ***Beatrice Tillie*** are still identified as having open cases— Mary Brown and Mildred Lampon. Accordingly, Merck requests that the Court enter a supplemental order of dismissal that directs the clerk's office to close these claims.

5) As to the plaintiffs in the ***William Lough*** case *(*2:05-cv-3820-EEF-DEK*),* that case was specifically identified as one covered by this Court's May 8, 2009 Order.  Although that complaint purports to assert claims individually on behalf of the named plaintiffs and on behalf of a class of all West Virginia residents who ingested Vioxx (*see, e.g.,* Compl. ¶3), no actual injuries of any kind are identified.

6) On or about February 28, 2008, one of the named plaintiffs in the ***Lough*** action, Plaintiff Joyce Marie Smith, entered the Vioxx Resolution Program, and her claims were ultimately resolved through that Program.  *See* Rec. Doc. No. 34402 (Stipulation of Dismissal).

7) Subsequent filings on behalf of the remaining two named plaintiffs in the ***Lough*** action – Plaintiffs William Lough and Floyd Chaplin – show that those two plaintiffs were not pursuing individual claims.  Specifically, on July 10, 2008, Plaintiffs Lough and Chaplin filed an opposition contesting Merck's motion to dismiss for failure to comply with the registration requirements of PTO 31.  *See* Rec. Doc. No. 15243.  In that pleading, Plaintiffs Lough and Chaplin stated that they "did not suffer a heart attack or stroke, or sudden cardiac death," and that they, instead, "seek to prosecute on the merits their class action in the West Virginia state court." *Id.* at 3.

8) Subsequently, in 2009, when this Court dismissed the Master Class Action Complaints asserting personal injury and medical monitoring claims, it ordered all plaintiffs asserting similar claims in individual class action complaints to show cause why their complaints should not also be dismissed. No individual plaintiff showed such cause, and this Court entered its May 5, 2009 Order. The Court's order specifically identified the William Lough case as one that had been ordered to show cause, had not done so, and was included in the dismissal. *See* Rec. Doc. No. 18783.

9) A review of the Court's docket on Pacer shows that both Plaintiff William Lough and Plaintiff Floyd Chaplin are still identified as having open cases  Accordingly, Merck requests that the Court enter a supplemental order of dismissal that directs the clerk's office to close these claims.

10) In sum, this Court's May 8, 2009 Order extinguished each of the claims referenced in this motion in their entirety, and the cases should be closed. A proposed order is attached.

1155411v1

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion and enter the requested order.

Dated: April 2, 2014                                                       Respectfully submitted,


                                                  By: */s/ Dorothy H. Wimberly*
                                                     Phillip A. Wittmann, 13625
                                                     Dorothy H. Wimberly, 18509
                                                     STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                     546 Carondelet Street
                                                     New Orleans, Louisiana 70130
                                                     Phone: 504-581-3200
                                                     Fax:    504-581-3361

                                                     Defendants' Liaison Counsel

                                                      —and—

                                                     Douglas R. Marvin
                                                     Eva Petko Esber
                                                     M. Elaine Horn
                                                     WILLIAMS & CONNOLLY LLP
                                                     725 Twelfth Street, N.W.
                                                     Washington, D.C. 20005
                                                     Phone: 202-434-5000
                                                     Fax:    202-434-5029

                                                     Attorneys for Merck Sharp & Dohme Corp.

1155411v1

## CERTIFICATE OF SERVICE

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of April, 2014.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel