## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Beatrice Tillie, 2:05-cv-05925-EEF-DEK* | * | KNOWLES |
| *(as to Mary Brown, Mildred Lampon)* | * | |
| | * | |
| *William Lough, et al v. Merck, 2:05-cv-3820-EEF-DEK* | * | |
| *(as to Plaintiffs William Lough and Floyd Chaplin)* | * | |

****************************************************************************

### ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Motion for Third Supplemental Order of Dismissal,

**IT IS ORDERED** that any and all remaining claims in the above-referenced action are dismissed in their entirety with prejudice. The cases should be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1155412v1