# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Beatrice Tillie, 2:05-cv-05925-EEF-DEK* | * | KNOWLES |
| (as to Mary Brown, Mildred Lampon) | * | |
| | * | |
| *William Lough, et al v. Merck, 2:05-cv-3820-EEF-DEK* | * | |
| (as to Plaintiffs William Lough and Floyd Chaplin) | * | |
| | * | |

**************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Third Motion for Supplemental Order of Dismissal as to Certain Plaintiffs Who Asserted Class Action Claims for Personal Injury and Medical Monitoring will be brought for hearing on April 23, 2014, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  April 2, 2014                              Respectfully submitted,


                                  By:/s/ *Dorothy H. Wimberly*
                                      Phillip A. Wittmann, 13625
                                      Dorothy H. Wimberly, 18509
                                      STONE PIGMAN WALTHER
                                      WITTMANN L.L.C.
                                      546 Carondelet Street
                                      New Orleans, Louisiana 70130
                                      Phone: 504-581-3200
                                      Fax:   504-581-3361
                                      *Defendants' Liaison Counsel*

                                          —and—

1155414v1

1155414v1

                        Douglas R. Marvin
                        Eva Petko Esber
                        M. Elaine Horn
                        WILLIAMS & CONNOLLY LLP
                        725 Twelfth Street, N.W.
                        Washington, D.C. 20005
                        Phone: 202-434-5000
                        Fax:    202-434-5029
                        *Attorneys for Merck Sharp & Dohme Corp.*

1155414v1

**CERTIFICATE OF SERVICE**

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 2nd day of April, 2014.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1155414v1