# EXHIBIT A

|  | Plaintiff Name | Derivative Plaintiff | Case Name Docket Number Current | Counsel / Pro Se |
|---|---|---|---|---|
| 1. | Singleton, Lorena |  | Abrams, Clarence 2:05-cv-05204-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 2. | Johns, Danielle L | Johnson, Helen G | Bailey, Lois v. Merck, 2:05-cv-06904-EEF-DEK | Michael Hingle & Assoc, Inc. |
| 3. | Booker, Rick | Booker, Rae Jean | Ballantyne, Arthur W v. Merck, 2:06-cv-02195-EEF-DEK | Pro Se |
| 4. | Basinger, Ira |  | Basinger, Ira v. Merck, 2:05-cv-06385-EEF-DEK | Pro Se |
| 5. | Brewer, Rick |  | Basinger, Ira v. Merck, 2:05-cv-06385-EEF-DEK | Pro Se |
| 6. | Fernquist, Mark |  | Basinger, Ira v. Merck, 2:05-cv-06385-EEF-DEK | Pro Se |
| 7. | Stewart, Beulah |  | Basinger, Ira v. Merck, 2:05-cv-06385-EEF-DEK | Pro Se |
| 8. | Lovelace, Barbara S |  | Lovelace, Barbara S v. Merck, 2:05-cv-05863-EEF-DEK | Layon, Cronin, Kaiser & Nicks, P.A. |
| 9. | Brown, Joe Lewis |  | Magee, Bettye J v. Merck, 2:05-cv-00494-EEF-DEK | Pro Se |
| 10. | Eckford, E Q |  | Magee, Bettye J v. Merck, 2:05-cv-00494-EEF-DEK | Pro Se |
| 11. | Griffin, Melissa |  | Magee, Bettye J v. Merck, 2:05-cv-00494-EEF-DEK | Pro Se |
| 12. | Henderson, Bennie |  | Magee, Bettye J v. Merck, 2:05-cv-00494-EEF-DEK | Pro Se |
| 13. | Rappold, Roderick |  | Rappold, Roderick v. Merck, 2:06-cv-09428-EEF-DEK | William V. DePaulo, Attorney at Law |
| 14. | Rappold, Steve |  | Rappold, Steve v. Merck, 2:06-cv-09426-EEF-DEK | William V. DePaulo, Attorney at Law |