## Exhibit B

|   | **Plaintiff Name** | **Derivative Plaintiff** | **Case Name Docket Number Current** | **Counsel / Pro Se** |
|---|---|---|---|---|
| 1. | Altu, Abigail | | Altu, Abigail v. Merck, 2:05-cv-02900-EEF-DEK | Pro Se |
| 2. | Lanham, Terry | | Lanham, Terry v. Merck, 2:06-cv-10252-EEF-DEK | Pro Se |