# Exhibit C

|   | **Plaintiff Name** | **Derivative Plaintiff** | **Case Name Docket Number Current** | **Counsel / Pro Se** |
|---|---|---|---|---|
| 1. | Austin, Boyd Joseph | Austin, Essie Ramona | Austin, Boyd Joseph v. Merck, 2:07-cv-05433-EEF-DEK | Pro Se |
| 2. | Spencer Dedmon, Arnetta |  | Spencer-Dedmon, Arnetta v. Merck, 2:07-cv-01469-EEF-DEK | Pro Se |