CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name and Address): | TELEPHONE NO.: | FOR COURT USE ONLY |
|---|---|---|
| Eduardo Santos, State Bar No. 251659<br>Kabateck Brown Kellner LLP<br>644 South Figueroa Street<br>Los Angeles, CA 90017<br>ATTORNEY FOR (Name): Plaintiffs | (213) 217-5000 | CONFORMED COPY<br>OF ORIGINAL FILED<br>Los Angeles Superior Court<br>JUN 06 2008<br>John A. Clarke, Executive Officer/Clerk<br>By_____, Deputy<br>C. GIPSON |

Insert name of court and name of judicial district and branch court, if any:
Superior Court of California, Los Angeles County, Central Civil West

PLAINTIFF/PETITIONER: Simin Aghajan, et al.

DEFENDANT/RESPONDENT: Merck & Company, Inc. et al.

**REQUEST FOR DISMISSAL**
[✓] Personal Injury, Property Damage, or Wrongful Death
[ ] Motor Vehicle  [ ] Other
[ ] Family Law
[ ] Eminent Domain
[ ] Other (specify):

CASE NUMBER: JCCP 4247/BC 331407

- A conformed copy will not be returned by the clerk unless a method of return is provided with the document. -

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) [ ] With prejudice  (2) [✓] Without prejudice
   b. (1) [ ] Complaint  (2) [ ] Petition
      (3) [ ] Cross-complaint filed by (name): on (date):
      (4) [ ] Cross-complaint filed by (name): on (date):
      (5) [ ] Entire action of all parties and all causes of action
      (6) [✓] Other (specify):* Dismiss complaint as to Plaintiff Ricky Booker, only.

Date: May 30, 2008

Eduardo Santos / Bar # 251659
(TYPE OR PRINT NAME OF  [✓] ATTORNEY  [ ] PARTY WITHOUT ATTORNEY)          (SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
[✓] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

2. **TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

(TYPE OR PRINT NAME OF [ ] ATTORNEY [ ] PARTY WITHOUT ATTORNEY)          (SIGNATURE)

** If a cross-complaint-or Response (Family Law) seeking affirmative relief is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
[ ] Plaintiff/Petitioner   [ ] Defendant/Respondent
[ ] Cross - complainant

(To be completed by clerk)               JUN 0 6 2008
3. [X] Dismissal entered as requested on (date):
4. [ ] Dismissal entered on (date):                as to only (name):
5. [ ] Dismissal **not entered** as requested for the following reasons (specify): JUN 0 6 2008
6. [X] a. Attorney or party without attorney notified on (date):
      b. Attorney or party without attorney not notified. Filing party failed to provide
         [ ] a copy to conformed  [ ] means to return conformed copy

Date: JUN 0 6 2008    Clerk, by _____, Deputy

Page 1 of 1

Form Adopted for Mandatory use
Judicial Council of California
CIV-110 [Rev. January 1, 2007]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Cal. Rules of Court, rule 3.1390
www.courtinfo.ca.gov

American LegalNet, Inc.
www.FormsWorkflow.com

M01282539S

PROOF OF SERVICE
[C.C.P. Section 1013A(3)]

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is: 644 South Figueroa Street, Los Angeles, California 90017.

On **June 3, 2008**, I served the documents described as: **REQUEST FOR DISMISSAL** on the interested parties in this action.

____ **PERSONAL SERVICE** - I placed the copies in a sealed envelope addressed as indicated above and caused such envelope to be delivered by hand to the offices listed above.

____ **BY TELECOPIER** - I personally sent to the addressee's telecopier numbers attached hereto a true copy of the above-described document via facsimile transmission. Each transmission was reported as complete and without error. Each report was properly issued by the transmitting facsimile machine.

_X_ **VIA ELECTRONIC SERVICE** – I served the above entitled document to all interested parties via Casehomepage.com.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on **June 3, 2008** at Los Angeles, California.

LINDA A. HUGHES

PROOF OF SERVICE