UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Cases and Plaintiffs Listed on Exhibits A, B and C attached hereto* | * | KNOWLES |
| | * | |
| | * | |

**********************************************************************

# ORDER

Upon consideration of Defendant Merck, Sharp & Dohme Corp.'s Motion to Dismiss for Failure to Prosecute,

**IT IS ORDERED** that any and all remaining claims of the plaintiffs and derivative plaintiffs listed on Exhibits A, B, and C hereto are dismissed in their entirety with prejudice as against all defendants.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1155464v1