UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| *This Document Relates To:* | : | JUDGE FALLON |
| TPP Common Benefit Fees | : | MAG. JUDGE KNOWLES |
| | : | |
| | : | |

## MOTION TO DEPOSIT FUNDS INTO
## THE REGISTRY OF THE COURT

Plaintiffs' Liaison Counsel Russ M. Herman moves this Court for an Order allowing the deposit of funds into the registry of the Court, as follows:

1.

On January 3, 2014, the Court issued an Order and Reasons [Rec. Doc. 64783] allocating a common benefit fee fund among counsel who performed common benefit work which produced a successful result in the third party payor ("TPP") claims asserted in the Vioxx litigation ("the Order").

2.

In the Order the Court addressed each common benefit applicant and set forth the amount of the allocation to each applicant.

3.

Funds have been distributed to almost all of the common benefit applicants[1].

4.

Movant has been advised that a dispute exists as to entitlement to the awards made to the Dugan Law Firm and the Murray Law Firm and therefore, counsel requests that the following funds be deposited into the registry of the Court into separate accounts so that upon resolution of any dispute and a determination of entitlement to the funds, the proper party or parties can petition the Court to recover the funds:

1. Dugan Law Firm                $1,199,617.90
2. Murray Law Firm               $49,984.08

5.

Movant also advises the Court that one applicant has not responded to a request to provide wiring instructions and tax payer identification number necessary in order to disburse the funds and therefore the allocation made to Levy Phillips & Konigsberg in the amount of $49,984.08 should also be deposited into the registry of the Court, into a separate account, so that upon Levy Phillips & Konigsberg providing the necessary information to the court appointed CPA Philip Garrett the funds can be disbursed.

---

[1] In accordance with the Court's directives some of the funds were utilized to pay statements from the Special Master.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Date:   April 3, 2014 | /s/ Leonard A. Davis
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
**Herman, Herman & Katz, L.L.C.**
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone:  (504) 581-4892
Fax:  (504) 561-6024 |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to File & ServeXpress in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of April, 2014.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
**Herman, Herman & Katz, LLC**
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhklawfirm.com

3