UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| *This Document Relates To:* | : | JUDGE FALLON |
| TPP Common Benefit Fees | : | MAG. JUDGE KNOWLES |
| | : | |
| | : | |

## ORDER

Considering Plaintiffs' Liaison Counsel's Motion to Deposit into the Registry of the Court;

IT IS ORDERED BY THE COURT that the following funds are to be deposited into the registry of the Court, in separate accounts, and upon resolution of the Dugan Law Firm and Murray Law Firm dispute that they jointly file a Motion with the Court for release of the funds:

1. Dugan Law Firm          $1,199,617.90
2. Murray Law Firm         $49,984.08

IT IS FURTHER ORDERED that the following funds are to be deposited into the Registry of the Court, in a separate account and upon Levy Phillips & Konigsberg providing the necessary information to the court appointed CPA Philip Garrett they can file a motion with the Court for release of the funds:

3.    Levy, Phillips & Konigsberg    $49,984.08

    New Orleans, Louisiana, this _____ day of _____, 2014.

    _____
    Eldon E. Fallon
    United States District Court Judge