# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL Case No. 1657 |
| | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| *Linda Isner, Executrix of the Estate of* | * | |
| *Jeffrey Isner, M.D., v. Seeger Weiss, LLP, et al.,* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| **2:12-cv-02406-EEF-DEK** | * | |

*******************************************************************************

### UNCONTESTED MOTION TO CONTINUE SUBMISSION DATE ON DEFENDANTS BROWNGREER PLC AND ORRAN L. BROWN'S AND HUGHES HUBBARD & REED AND TED MAYER'S MOTIONS FOR SUMMARY JUDGMENT

Defendants BrownGreer PLC and Orran L. Brown's Motion for Summary Judgment

[Rec. Doc. 64823] and Defendants Hughes Hubbard & Reed LLP and Ted Mayer's Motion for

Summary Judgment [Rec. Doc. 64825] are currently noticed for submission on April 9, 2014.

On March 28, 2014, plaintiff filed lengthy memoranda in opposition to these motions [Rec.

Docs. 64882, 64883].  Merck intends to file reply memoranda, but needs additional time, which

requires a continuance of the submission date.  Plaintff does not object to a continuance until

April 23, 2014.  Accordingly, defendants respectfully request that the submission date on their

motions be continued and reset for April 23, 2014.

Dated: April 4, 2014                          Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
      Phillip A. Wittmann, 13625
      Dorothy H. Wimberly, 18509
      STONE PIGMAN WALTHER
      WITTMANN L.L.C.
      546 Carondelet Street
      New Orleans, Louisiana 70130
      Phone: 504-581-3200
      Fax:    504-581-3361
      *Defendants' Liaison Counsel*

1

1155673v1

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, DC  20005
Phone: 202-434-5000

John H. Beisner
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, DC 20005
Phone: 202-371-7000

*Counsel for Defendants BrownGreer PLC,
Orran L. Brown, Hughes Hubbard & Reed
LLP, and Theodore Mayer*

1155673v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of April, 2014.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

3