UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL Case No. 1657 |
| | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| *Linda Isner, Executrix of the Estate of* | * | |
| *Jeffrey Isner, M.D., v. Seeger Weiss, LLP, et al.*, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| 2:12-cv-02406-EEF-DEK | * | |

**************************************************************************

## ORDER

Considering the foregoing Uncontested Motion to Continue Submission Date on Defendants BrownGreer PLC and Orran L. Brown's and Hughes Hubbard & Reed LLP and Ted Mayer's Motions for Summary Judgment [Rec. Doc.s 64823, 64825],

**IT IS ORDERED** that the submission date and time for the motions be continued until April 23, 2014 at 9:00 a.m.

**NEW ORLEANS, LOUISIANA**, this _____ day of April, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1155683v1