UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL Case No. 1657 |
| | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| *Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., v. Seeger Weiss, LLP, et al.*, | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| 2:12-cv-02406-EEF-DEK | * | |

## ORDER

Considering the foregoing Uncontested Motion to Continue Submission Date on Defendants BrownGreer PLC and Orran L. Brown's and Hughes Hubbard & Reed LLP and Ted Mayer's Motions for Summary Judgment (Rec. Docs. 64823, 64825),

**IT IS ORDERED** that the submission date and time for the motions be continued until April 23, 2014 at 9:00 a.m.

**NEW ORLEANS, LOUISIANA**, this  4th  day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE