# EXHIBIT 2



COMMONWEALTH OF KENTUCKY
FRANKLIN CIRCUIT COURT
DIVISION I
CIVIL ACTION NO. 09-CI-1671

---

**COMMONWEALTH OF KENTUCKY**                                    **PLAINTIFF**

V.                               **ORDER**

**MERCK & CO., INC.**                                           **DEFENDANT**

---

This matter came before the Court the Defendant's Motion for Extension of Time filed on March 19, 2014. Dr. Egilman noted his objection via electronic mail on March 19, 2014 as to the 450 documents he initially requested on October 29, 2013, but had no objection to an extension as to the new document requests made. The deadline for Merck to file its confidentiality reports was previously scheduled for today, March 20, 2014. Having heard the arguments of the parties, reviewed the record, and otherwise being sufficiently advised, the Court finds that good cause being shown, **HEREBY** extends the Defendant's time to file until the Court can rule on Merck's Motion.

**SO ORDERED** this 20th day of March, 2014.

PHILLIP J. SHEPHERD, JUDGE
Franklin Circuit Court, Division

DISTRIBUTION:

SUSAN J. POPE
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507-1749

JOHN H. BEISNER
Skadden, Arps, Slate Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005-2111

M016B38863

TAREK ISMAIL  
Goldman Ismail Tomaselli Brennan & Baum LLP  
1 North Franklin Street, Suite 625  
Chicago, IL 60606  

DR. DAVID EGILMAN  
8 North Main Street, Suite 404  
Attleboro, MA 02703  

WILLIAM R. GARMER  
Garmer & Prather LLC  
141 North Broadway  
Lexington, KY 40507  
RICHARD L. JOSEPHSON  
Baker Botts, LLP  
One Shell Plaza  
910 Louisiana Street  
Houston, TX 77002-4995  

SCOTT A. POWELL  
DON P. MCKENNA  
MATTHEW C. MINNER  
BRIAN M. VINES  
Hare, Wynn, Newell & Newton  
2025 Third Avenue North, Suite 800  
Birmingham, AL 35203  

TODD LEATHERMAN  
MARYELLEN MYNEAR  
ELIZABETH UNGAR NATTER  
Office of Consumer Protection  
Office of the Attorney General  
1024 Capitol Center Drive, Suite 200  
Frankfort, KY 40601  

ANN B. OLDFATHER  
R. SEAN DESKINS  
Oldfather Law Firm  
1330 South Third Street  
Louisville, KY 40208  

M016B38864