# EXHIBIT 5

## Andrew Goldman

| | |
|---|---|
| **From:** | Andrew Goldman |
| **Sent:** | Monday, March 17, 2014 2:03 PM |
| **To:** | 'David Egilman' |
| **Cc:** | Eric H. Weinberg ; 'Kenneth Lougee'; bvines@hwnn.com |
| **Subject:** | RE: Hi there |

Dr. Egilman, I have reviewed your email below, and Merck respond as follows:

1. You are a non-party to the MDL Attorney General Actions and therefore you lack standing to assert any challenges to the confidentiality designations to the testimony and exhibits to your January 25, 2014 deposition;
2. At the outset of your deposition, I objected to your entire January 25, 2014 deposition as confidential under the terms of the MDL Protective Order.  (1/25/14 Egilman Dep. Tr., at 26:8:10), which covered both your testimony about confidential exhibits and the exhibits themselves.  There is no requirement in PTO 13 that Merck subsequently re-assert objections to previously deposition exhibits that were previously designated as confidential; and
3. If you do not abide by the non-disclosure requirements in MDL Protective Order #13, we will seek Judge Fallon's intervention.

Andy


Andrew L. Goldman
**GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP**
564 West Randolph, Ste. 400 · Chicago · IL · 60661
312.881.5960 (direct)
773.251.2064 (cell)
312-881-5196 (fax)
agoldman@goldmanismail.com · www.goldmanismail.com

---

**From:** David Egilman [mailto:degilman@egilman.com]
**Sent:** Friday, March 14, 2014 12:54 PM
**To:** Andrew Goldman
**Cc:** Eric H. Weinberg ; 'Kenneth Lougee'; bvines@hwnn.com
**Subject:** Hi there

Dear Mr. Goldman:

I hope all is well with you and yours.

I think thirty days have passed since my deposition was provided to you. (I got it after you did.)
Since you have not followed up with a letter designating portions of the deposition or attached
exhibits confidential I consider the material to be public.

Let me know if you disagree.



David Egilman MD, MPH
Editor IJOEH
Clinical Professor
Department of Family Medicine
Brown University
8 North Main St
Suite 404
Attleboro, Ma 02703
Cell 508-472-2809
Office 508-226-5091
Skype 508-216-0667
degilman@ijoeh.com