IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>ALL CASES | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON |

### ORDER ON MERCK'S MOTION FOR SANCTIONS AGAINST DR. DAVID EGILMAN

Considering the foregoing Motion for Sanctions Against Dr. David Egilman,

**IT IS ORDERED** that Merck's motion be and it hereby is **GRANTED.**

**IT IS FURTHER ORDERED** that the following sanctions are hereby imposed on Dr. David Egilman:

- Dr. Egilman shall return any and all materials in his possession that are governed by Pretrial Order # 13 to Merck by _____, 2014;

- Dr. Egilman shall pay to Merck an amount to be determined by the Court.

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1155773v1