UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:   VIOXX<br>          PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Linda Isner v. Seeger Weiss, LLP*, No. 12-2406

## ORDER

**IT IS ORDERED** that Plaintiff Linda Isner's motion for leave to exceed the page limit (Rec. Doc. 64885) is **GRANTED**.

New Orleans, Louisiana, this 4th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE

1