UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:    VIOXX<br>           PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**    *All Cases*

## ORDER

On March 25, 2014, counsel for Defendant Merck requested a telephone status conference with the Court regarding Interested Party David Egilman's compliance with Pretrial Orders 13, 13A, and 13B. A conference was set for April 8, 2014. (*See* Rec. Doc. 64800). The Court has since received a motion for sanctions against Dr. Egilman (Rec. Doc. 64894), which is set for submission on April 23, 2014.

In view of this motion, it is appropriate that this matter be addressed in open Court. **IT IS ORDERED** that the telephone status conference set for April 8, 2014, is **CANCELED**.

**IT IS FURTHER ORDERED** that the Court will hear oral argument on the motion for sanctions (Rec. Doc. 64894) on April 23, 2014, at 9:00 a.m.

New Orleans, Louisiana, this 7th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE

1