# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | |
| **2:06-cv-09757-EEF-DEK** | * | |
| | * | |
| | * | |

**************************************************************************

## ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S
## MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion To File Certain Documents Under Seal `(Rec. Doc. 64877);`

IT IS HEREBY ORDERED that Exhibits A, B, C, D, E, F, G, H, I, J, K, and L to Merck Sharp & Dohme Corp.'s Statement of Material Facts as to Which There Is No Dispute and Exhibit B to Merck Sharp & Dohme Corp.'s Motion to Stay in the above-captioned case are to be filed under seal.

New Orleans, Louisiana, this  7th  day of    April    , 2014.


_____
UNITED STATES DISTRICT JUDGE


1154922v1