UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:  VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Sherrill Herke, individually and on behalf of a class of those similarly situated*

## ORDER

The Court received and reviewed the attached correspondence from Wendy Hatch. **IT IS ORDERED** that Class Counsel review the correspondence and take further action as necessary.

New Orleans, Louisiana, this 9th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:   Wendy Hatch
455 Index Avenue NE
Renton, WA 98056

1