Wendy Hatch
455 Index Ave NE
Renton WA 98056



RE: *Vioxx Products Liability Litigation,* No. 05-md-01657

**Hon. Eldon E. Fallon**
**United States District Court**
**Eastern District of Louisiana**
**500 Poydras Street Room C-456**
**New Orleans, LA  70130**

Your Honor,                                        4/6/2014

I was looking at the Vioxx settlement filed in your court and the request that Vioxx has requested us to provide receipts from over 10 years ago is absurd.
I had an auto accident in 1999 in Las Vegas NV which is well documented in public record.
Had 5 spine surgeries and a ton of records. Vioxx is one of the drugs prescribed to me at the time

I have no way t go and get a receipt for this time period. I shred all document for this 5 years ago except for medical charts and x-ray for hardware in my neck if ever needed in future

Is there a way to get this proof of receipt amended of this case? I am sure I am not the only person with the issue.

Thank you so much for you time

Wendy Hatch

SEATTLE WA 980

07 APR 2014 PM 5 L

USA | Building a Nation

Wendy Match
455 Index Ave NE
Renton, WA 98056
Stores.ebay.com/my-attic-closet

Hon. Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras Street Room C-456
New Orleans, LA 70130

7013 0730 3316