1          UNITED STATES DISTRICT COURT

2          EASTERN DISTRICT OF LOUISIANA

3

4

5   IN RE:  VIOXX PRODUCTS        *      Docket MDL No. 1657
            LIABILITY LITIGATION  *
6                                 *      Section L
                                  *
7                                 *      March 27, 2014
    * * * * * * * * * * * * * * * *
8

9

10          TRANSCRIPT OF STATUS CONFERENCE BEFORE
            THE HONORABLE ELDON E. FALLON
11          UNITED STATES DISTRICT JUDGE

12

13  By Telephone:              Russ M. Herman, Esq.
                               Leonard A. Davis, Esq.
14                             Dawn M. Barrios, Esq.
                               Elizabeth J. Cabraser, Esq.
15                             Richard A. Getty, Esq.
                               Jessica K. Winters, Esq.
16                             James R. Dugan II, Esq.
                               John H. Beisner, Esq.
17                             Jordan M. Schwartz, Esq.

18
    Official Court Reporter:   Toni Doyle Tusa, CCR, FCRR
19                             500 Poydras Street, HB-406
                               New Orleans, Louisiana 70130
20                             (504) 589-7778
                               Toni_Tusa@laed.uscourts.gov
21

22

23

24
    Proceedings recorded by mechanical stenography using
25  computer-aided transcription software.

**PROCEEDINGS**

**(March 27, 2014)**

09:24  1

09:24  2

09:32  3      **THE COURT:**  Good morning everyone.  This is

09:32  4  Judge Fallon.  Who is on the line?  First for the plaintiff,

09:32  5  who is on the line?

09:32  6      **MS. CABRASER:**  Good morning, Your Honor.  Elizabeth

09:32  7  Cabraser for plaintiff.

09:32  8      **MR. HERMAN:**  Russ Herman and Leonard Davis for

09:32  9  plaintiff.  I think Dawn Barrios is also on the line.

09:32  10      **MS. BARRIOS:**  Yes, sir, I'm on the line.  Good

09:32  11  morning.

09:32  12      **THE COURT:**  Richard, are you there?

09:32  13      **MR. GETTY:**  Yes, Your Honor.  Also Jessica Winters.

09:32  14      **MR. DUGAN:**  James Dugan is also on the line,

09:33  15  Your Honor.

09:33  16      **THE COURT:**  Any other plaintiffs?  Okay.  And for the

09:33  17  defendant?

09:33  18      **MR. BEISNER:**  Good morning, Your Honor.  It's John

09:33  19  Beisner, and Jordan Schwartz is with me this morning.

09:33  20      **THE COURT:**  By way of background, this is the

09:33  21  consumer class matter in the Vioxx case.  The consumers are

09:33  22  individuals who bought Vioxx and feel that had they been

09:33  23  informed that Vioxx was problematic, they would not have bought

09:33  24  Vioxx.  So throughout the country they have filed suit

09:33  25  primarily seeking their money back and also in some states for

1    09:33   false advertising.

2    09:33         In any event, after many years of litigation in

3    09:34   the other aspects of the case, the consumer parties and the

4    09:34   defendant reached a settlement.  The settlement calls for Merck

5    09:34   to put up to $23 million for class members to recover their

6    09:34   out-of-pocket costs for purchasing Vioxx and up to $75 in

7    09:34   connection with postwithdrawal medical consultation related to

8    09:34   Vioxx use.  There was also a one-time payment if there was some

9    09:34   issue as to how much the consumer spent for Vioxx.  There was a

10   09:34   one-time payment of $50 with proof of a Vioxx prescription.

11   09:35         The matter was placed with the Court in terms of

12   09:35   a motion for preliminary approval of a class settlement.  I

13   09:35   heard the motion July 17, 2013, and issued a preliminary order

14   09:35   on August 2, 2013, certifying the class for purposes of class

15   09:35   settlement.  I approved at that time the notice that was sent

16   09:35   out accordingly.  Objections were due on November 19, 2013, and

17   09:35   I dealt with those.  On December 13, 2013, I held a final

18   09:35   fairness hearing.  Under the terms of the settlement, claims

19   09:36   would be accepted until May 6, 2014.

20   09:36         The motion here today is made by an interested

21   09:36   party, James Ratliff, who is a class member of the individuals

22   09:36   in Kentucky.  Mr. Ratliff takes the position that expresses

23   09:36   concern over the fact that there are not as many claims either

24   09:36   in Kentucky or, for that matter, throughout the country, but he

25   09:36   is mainly focused on Kentucky.  He says that he needs 90 days

additional and would like direct mail notice to class members
and would want Merck to pay for that expert notice.

As I understand from the documents supplied to
me by both sides, Merck objects and has taken the position that
notice is, indeed, adequate; and also the time of the claims,
Merck feels, is part of the settlement agreement which has been
approved by the Court and all of the parties had agreed to
that.  Merck says they already spent $1.6 million in the notice
and also has volunteered $126,000.  This is oral argument on
that motion and I will hear from the parties.

Richard, do you want to tell me your side?

**MR. GETTY:**  Yes, Your Honor.  We obviously feel as
though the penetration or saturation of the materials sent out
thus far has not been as successful as it could be.  All we are
really proposing -- and I'm not going to belabor the point.  I
think it's pretty precise what we have asked for.  We simply
want the opportunity to have direct notice both to Kentucky and
nationwide, if the Court approves it, to lists of people who
used Vioxx, which we have been able to find out exists through
working with an expert at Epiq Systems, primarily Cameron
Azari, who we mentioned in the motion.

On page 4 and 5 of our original motion, we
really basically outlined for the Court exactly what we want to
do.  We are proposing that there be a publication in 108 papers
throughout Kentucky, with a total circulation of 758,202,

through the ARC network.  That would be an item that's slightly
less than $4,000.  The main point is that we have a direct
notice proposal using a list of 5,439 Vioxx purchasers.  That
list can be obtained for about $712, and the cost of direct
mail notice is slightly over $8,000.

There are a number of other items that involve
press releases or using a direct mailing to Kentucky physicians
or others and some radio advertising on Kentucky radio stations
using the reminder notice script developed by Kinsella.  By the
way, we looked at the video.  We think it's excellently done.
I would compliment Kinsella on that piece of work.

That radio advertising would be about $5,000,
and the total cost for Kentucky would be around $15,000 in
expense.  We believe that this is an expense that Merck ought
to be willing to bear primarily because if you look at the
level of participation in terms of the claims rate, the claims
rate here is about, according to our calculation, .04, which is
even less than a couple of cases that Merck cited in their
brief in opposition, which were three cases which had .25 and
.27 in claims that were mentioned.  We just believe that it's
not adequate to accomplish the goal of getting the kind of
participation that we really need here.

The other thing is there's a direct mail list
for slightly under 400,000 Vioxx purchasers, according to
Mr. Azari, 366,940 names, and the total cost of direct mailing

1  there would be right under a quarter million dollars.  I said
2  at the outset, Your Honor, we want to do this clearly in
3  Kentucky because we are very concerned about the claims rate
4  not just in Kentucky but elsewhere.
5          We are also waiting on an affidavit from
6  Mr. Azari.  We have been told there is no problem using these
7  lists, that there's been consent prior to the names being
8  allowed to be put on a list and that this is done frequently.
9  Merck made an objection saying that HIPAA may prohibit this or
10  that the provisions of the new Obamacare may prohibit it.  My
11  understanding is that's not the case, and we will have an
12  affidavit -- we just haven't gotten it -- from Mr. Azari, who
13  is not in the office and is out of town working.  We expect to
14  get something today or tomorrow.
15          We are prepared, at least in Kentucky, to go out
16  of pocket ourselves if we have to, but we think fairness would
17  dictate that Merck ought to do this.  I was convinced to throw
18  in the towel and participate in this because I was told that
19  the saturation rate of getting to the potential claimants would
20  be sufficient.  I was also told the claims rates generally run
21  from somewhere between 6 percent to 10 percent, and we are
22  abysmally well below that.
23          I will say this and not much more.  I think the
24  additional plan that Kinsella has come up with, and BrownGreer
25  also, that will run from mid April or sometime in April to the

end of April looks to be a vast improvement.  I'm hopeful that
that will be helpful; but my concern is if it isn't as
satisfactory as we hope or expect, we are really up against the
wall on May 6.

I feel whatever the Court does on the other
issues, I think it's imperative that we consider pushing back
some period of time.  You know, the Court may think 30 days is
more appropriate, but we need more time than May 6 to see if
this additional campaign really works.  We propose 90 days, but
we will live with anything from 30 days on that the Court
thinks is appropriate, and I just feel it's essential.

**THE COURT:**  How do you deal with Merck's position
that that's part of the settlement agreement, the Court doesn't
have any say-so in that agreement; once the agreement is
approved, that was the whole package, a certain amount of
money, and so forth?

**MR. GETTY:**  Well, if you look at our reply,
Your Honor, we started off by saying that under Rule 23 the
Court must direct to class members the best notice that is
practical under the circumstances, including individual notice,
where members can be identified through reasonable effort.
Well, they have been identified, and I think the rule allows us
to do that.

With respect to your ability to do it, I think
you have the inherent power to do it.  We addressed that in the

1    back part of our motion.  I think you retain jurisdiction over
2    the settlement, and you can exercise those equitable powers to
3    extend the claims period or to do anything else that you think
4    is appropriate.
5                Frankly, Your Honor, you were the first one who
6    was prescient enough to look at these materials and raise
7    concern about the claims rate a long time ago.  I have been
8    concerned ever since that point was first made by the Court.
9    We have been doing everything we can or try to plan everything
10   here in Kentucky to improve the situation and improve the
11   participation of claimants.
12               I think the *Manual for Complex Litigation* gives
13   you the power to do whatever you want to do.  I think the
14   settlement agreement specifically reserves power within the
15   Court to make whatever adjustments might be necessary.  I mean,
16   the *Manual for Complex Litigation* -- I'm looking at page 8 of
17   our brief -- states that the equitable powers are retained by
18   the Court until the settlement fund is actually distributed.
19   We cited you a Second Circuit case, *Zients v. LaMorte*,
20   459 F.2d 628.  It's a 1972 case.
21               The manual also says that adequate time should
22   be allowed, Section 30.47, before any refund or other
23   disposition of settlement funds occurs, which I think gives you
24   the power to extend the time and to protect the interests of
25   potential claimants.

1    So I think their argument is not supported by

2  either the manual or by the actual settlement agreement itself,

3  which says you retain jurisdiction over this whole claims

4  process.

5    THE COURT:  All right.  Anybody else from the

6  plaintiffs before I go to the defendants?

7    MR. HERMAN:  This is Russ Herman, Your Honor, on

8  behalf of our plaintiffs.  It would not be appropriate, we

9  believe, for plaintiffs to participate in the merits of this

10  argument inasmuch as it involves a question of additional

11  notice to potential claimants.

12    However, our main concern is that any decision

13  reached by the Court not do violence to the settlement

14  agreement in such a way as that agreement either becomes void

15  or voidable.  It's not, from our position, an easy question or

16  as clear as learned counsel Getty has proposed to the Court.

17  That settlement, as Your Honor knows, it took more than a year

18  to reach.  It was, as many of these matters are, very difficult

19  to reach a resolution with Merck.

20    I've expressed our main concern.  Co-class

21  counsel Elizabeth Cabraser is on the phone, and I would

22  certainly invite her to make any comments she has.

23    MS. CABRASER:  Certainly, Your Honor, and counsel.

24  Elizabeth Cabraser for plaintiffs.

25    I'm here, Your Honor, primarily to answer any

09:48   1   questions you have regarding the claims reminder campaign that

09:48   2   is detailed in the report that we filed with you, Document

09:48   3   No. 64871.  It's also described in part in the BrownGreer

09:49   4   Report No. 2.

09:49   5            It is a multimedia program.  It is an innovative

09:49   6   one.  Some of the things that we are doing are being done for

09:49   7   the very first time.  I would simply note that this claims

09:49   8   reminder program, while we believe it is useful and innovative

09:49   9   and we are excited about it and are seeing it being effective,

09:49   10  is not a Rule 23 notice program.

09:49   11           That program was approved by the Court last

09:49   12  year.  There were no objections by Mr. Ratliff to it.  The

09:49   13  New Mexico objections have been completely addressed in the

09:49   14  program.  So this is something that is a positive attempt that

09:49   15  we have been able to develop and accomplish, with Merck's

09:49   16  cooperation and agreement, to deal with the issue of claims

09:50   17  reminder here.

09:50   18           It is our hope that what we've developed here

09:50   19  can be used, as appropriate, in future programs that involve

09:50   20  claims periods and some of the same challenges this case has,

09:50   21  but I just wanted to make that point clear.  Then if Your Honor

09:50   22  has any questions about any of the components of this program,

09:50   23  I would be happy to address those.

09:50   24           **THE COURT:**  Yes.  I wanted you to address the

09:50   25  reminder program, Elizabeth.  Dawn sent me a video, which I

looked at.  Is that part of it?  What comprises the reminder
program and when will it go out and so forth?

          MS. CABRASER:  All right.  Certainly, Your Honor.
Given the claims deadline of May 6, the reminder program is
designed to take advantage of the fact that people tend to pay
attention to and make decisions about claims processes late in
the claims period.  That's been known for many years.  Experts
like Kinsella and Epiq, for that matter, have written about
that for years.  Class counsel and defendants that have gone
through a number of claims programs also know that during the
last 30 days or so of a multimonth claims period is when people
start to pay attention.

          So with that in mind, the claims reminder
campaign includes a print advertising, nationwide print
advertising in *Arthritis Today* magazine that comes out on
April 22, 2014.  That's a national publication geared
specifically towards arthritis sufferers, which are our core
Vioxx population.

          There's also comprehensive print newspaper
coverage in New Mexico and Kentucky.  That is charted out in
our March 25 report.  It includes all of the editions of the
*Albuquerque Journal* in New Mexico, other New Mexico
publications, and then the Kentucky and Cincinnati publications
which also cover Kentucky.

          THE COURT:  What do you have in Kentucky, Elizabeth?

09:52 1      **MS. CABRASER:**  In Kentucky, to get the maximum
09:52 2  statewide circulation, we have *Bowling Green Daily News*,
09:52 3  including the Sunday edition*, Cincinnati Enquirer* and the
09:52 4  *Cincinnati Enquirer* Sunday edition -- there's two publications
09:52 5  each in those papers -- *Lexington Herald-Leader* and *Lexington*
09:52 6  *Herald-Leader* Sunday, the Louisville *Courier-Journal* and the
09:52 7  Louisville *Courier-Journal* Sunday edition as well, and then
09:52 8  Pikeville *Appalachian News-Express*.
09:52 9            These papers were selected based on coverage and
09:52 10  verifiable circulation figures.  They were also chosen in
09:53 11  response to Mr. Getty's suggestions, which were solicited a
09:53 12  number of times.  Those were the papers that he suggested, and
09:53 13  we verified that those would work.
09:53 14            There would be radio spots, Spanish language
09:53 15  radio spots on local Hispanic radio stations throughout
09:53 16  New Mexico from April 1 through April 28.  Of course, the
09:53 17  keyword search in advertising on the Internet, the banner ads,
09:53 18  the pop-ups, those will continue and they have continued
09:53 19  throughout the period.
09:53 20            Then the video is a video developed by Kinsella
09:53 21  Media that will be posted on YouTube, all available YouTube
09:53 22  outlets, the general YouTube site, and then a number of very
09:53 23  specific blog sites that target arthritis sufferers, the
09:53 24  elderly population.  So, for example:  The 50 Factor, 50-Plus
09:53 25  Living, 21st Century Aging and, of course, the AARP bulletin.

1    We have an e-mail blast going out to 300 AARP members.  That
2    has not been done before.  That is our core Vioxx population,
3    and that's going out on April 18.
4            The YouTube video will also be on the
5    vioxxsettlement.com settlement Web site.  It will also be on
6    the Web sites of class counsel.  We carry the reminder notice
7    in the approved form on our Web site.  We have asked other
8    class counsel and members of the class counsel committee to do
9    that.  We also carry links to the settlement Web site and the
10   settlement form.
11           BrownGreer and Kinsella Media are also posting
12   the YouTube video on their sites, on their Facebook pages, and
13   Kinsella Media now also uses Twitter.  So they will tweet a
14   link to the YouTube video and to the reminder notice.  So it's
15   basically a saturation campaign on social media and all of the
16   various forms of media that our class members will see to
17   remind them at a critical juncture, during the last 30 days of
18   the claims period, that it is time to get claims in.
19           Of course, you saw in the BrownGreer Report
20   No. 2 the enhancements to the program on the claims
21   administration side; so simplifying and streamlining the
22   settlement Web site, updating that, providing on request claims
23   assistance through the 800 number, and providing that in
24   Spanish as well as in English.
25           We did look, Your Honor, at the direct mail

09:55    1    issue.  Of course, as you know, there has been quite a bit of
09:55    2    direct mail notice that's gone out, specifically to people that
09:55    3    have identified themselves to BrownGreer as Vioxx users and to
09:56    4    their counsel.  So many thousands of those direct notices have
09:56    5    gone out.
09:56    6         We did explore direct mail back when we were
09:56    7    looking at the Rule 23 notice campaign.  We explored it with
09:56    8    Kinsella.  We did not believe -- they did not believe it was
09:56    9    appropriate here because there were not available direct mail
09:56   10    lists that could be verified as reliable lists of actual Vioxx
09:56   11    users who were class members, in other words, who had paid out
09:56   12    of pocket for Vioxx.
09:56   13         That's partly due to the fact that the drug was
09:56   14    withdrawn from the market so long ago.  The average person
09:56   15    moves every 4.4 years.  We have known that.  That's why,
09:56   16    frankly, notice campaigns have been moving away from direct
09:56   17    mail to more effective forms of notice such as the multimedia
09:56   18    Rule 23 notice that was conducted and completed last year and
09:56   19    then the features of the notice -- I'm sorry, the claims
09:57   20    stimulation campaign that we have described to Your Honor.
09:57   21         **THE COURT:**  Any other plaintiff?
09:57   22         How about the defendant?  John, do you have any
09:57   23    comments?
09:57   24         **MR. BEISNER:**  Yes, Your Honor, a few points.  First
09:57   25    of all, let me start by saying that I concur in the analysis

1    that Ms. Cabraser just gave on the efforts to develop the

2    notice program and so on and so I won't repeat any of that.

3    Let me just make a few points.

4         First of all, on the question about the form of

5    notice, Mr. Ratliff's argument is a little bit schizophrenic in

6    the sense that I think it goes down two paths.  The first is to

7    challenge, as Ms. Cabraser noted, the idea whether Rule 23 due

8    process notice was adequate here in referencing the notion that

9    the best practicable notice should be given.

10        I guess our main point there is we are beyond

11   the opportunity for that argument to be made here.  The form of

12   notice, the notice plan, was publicly available, open for

13   comment.  As Your Honor noted at the outset, there was an

14   objections deadline.  No objections were made by Mr. Ratliff.

15   The Court has approved that notice plan, and indeed the appeal

16   period from that approval order has now passed.  So I think

17   that that aspect of this, as a legal matter, is beyond

18   challenge.

19        Then there's a second dimension to the

20   argument -- and, I'm sorry, *schizophrenic* may be the wrong

21   word.  Maybe I should just say two-part argument.  The second

22   part is, well, Your Honor should exercise some authority to

23   order Merck to pay for additional efforts at reminding class

24   members about the availability of this program.

25        As Ms. Cabraser has outlined, Merck is

09:59
09:59
09:59
09:59
09:59
09:59
09:59
09:59
09:59
09:59
10:00
10:00
10:00
10:00
10:00
10:00
10:00
10:00
10:00
10:00
10:00
10:00
10:01
10:01
10:01

1   voluntarily paying to do a fair amount of this both through

2   BrownGreer and Kinsella and, in consultation with counsel, have

3   developed a program that she just described.  We are paying for

4   that outside the agreement.  Indeed, payment for that has not

5   come from the escrow account.  We just sent separately a check

6   to Kinsella to pay for this.  So this is completely outside the

7   agreement.

8          The agreement specifies that the company would

9   pay for the notice plan -- this is outlined in paragraph 5 that

10  the Court did approve -- and that's being paid for out of the

11  escrow account, out of part of what Merck is doing.  But that's

12  all Merck agreed to do was to pay for the notice plan, the

13  Rule 23 plan that was approved, and so the rest of this is

14  voluntary.  We don't think there's a basis in the agreement or

15  otherwise to require Merck to pay beyond that.

16         Let me note, related to those arguments, on the

17  question of whether an extension would be appropriate here, as

18  Your Honor noted previously, we think that that is governed, as

19  well as this notice payment issue, by the *Klier* case from the

20  Fifth Circuit that says that a court should not disturb terms

21  of a settlement that have been agreed upon.  We think the *Klier*

22  case makes that very, very, very evident.

23         The cases that Mr. Getty was referencing earlier

24  we think actually support our position.  The *Zients* case that

25  he mentioned out of the Second Circuit, that was a case in

1   which the Second Circuit back in 1972 approved the payment of
2   five claims that came in late.  Notably, the claims deadline in
3   that case was not a deal term.  It was not part of the
4   settlement.
5           Mr. Getty cites the *Crazy Eddie* case as another
6   basis for saying that the Court can exercise its jurisdiction.
7   Well, the court in that case went out of its way to note that
8   in paragraph 21(b) there was a provision that permitted the
9   court to approve payments that were not consistent with the
10  timing deadline and so the agreement there permitted it.
11          Then the *Welch* case, I would note, the
12  Third Circuit, in making the decision about whether the
13  extension of the deadline for filing claims would be permitted
14  there, went out of its way to make inquiry whether this was a
15  deal term.  Indeed, the court's decision says, "We find that
16  since the deadline date was not agreed upon by the parties nor
17  set by them," the district court had discretion to go ahead and
18  expand the deadline.  Here it is a deal term, as we have laid
19  out in the briefing.  We, therefore, think that there is not
20  authority to extend it.
21          I would note, Your Honor, there's another
22  practical reason for not extending it and that is that,
23  frankly, it would foul up the efforts that Kinsella is engaging
24  in.  Everything Kinsella is doing, as Ms. Cabraser outlined
25  earlier, is intended to take advantage of the fact of saying to

1   everyone there's this deadline coming up, get your claims in.

2   It's designed to basically encourage people to take action with

3   that deadline pending.

4           If we move that deadline, that campaign then

5   becomes somewhat illusory because we are saying "Hurry up.  You

6   have 90 more days to get it in."  And, frankly, I think that

7   may have been a bit of a problem that we have had here is we

8   had a rush of people who opened files, 15,000 people who went

9   online to set up accounts to make these claims, but the

10  nine-month period to make claims is already quite unusually

11  long, as we note in one of the footnotes in our brief.

12          I think that although that is a deal term -- and

13  I'm not expressing any regret about it.  I do think that's one

14  issue we have had is that people have opened up these accounts

15  and then thought, "Well, I've got many more months to get this

16  information together."  A lot of what we have been doing with

17  the BrownGreer campaign is to remind them that the deadline is

18  coming and to get it in.  I, therefore, think that extending

19  the deadline would be counterproductive.

20          One last thing, let me note, Your Honor, is

21  about this direct mailing list which, frankly, I think remains

22  somewhat mysterious to all of us.  Mr. Getty first mentioned

23  this to me three or four weeks ago, and I immediately raised a

24  question how could there be such a list in light of the HIPAA

25  restrictions.  We are still waiting for a response on that.

10:04
10:04
10:04
10:04
10:04
10:04
10:05
10:05
10:05
10:05
10:05
10:05
10:05
10:05
10:05
10:05
10:05
10:05
10:05
10:05
10:05
10:06
10:06
10:06
10:06

1           I have to say that we have talked to a number of
2   people who are familiar with the notice programs that have been
3   used in other prescription pharmaceutical settlements, and we
4   are not aware of any where this sort of direct mail process
5   that Mr. Getty is suggesting has been used.  I think that's for
6   the simple reason that it's a little hard to imagine that
7   thousands of people have waived access rights to their
8   pharmaceutical or medical records to generate this information.
9   We'll see what this declaration says.
10           Back to Ms. Cabraser's original point, this sort
11  of direct mail program has not been used in prior settlements
12  and we think for that reason.  Therefore, I think the decision
13  by Kinsella, the recommendation, for all of the reasons that
14  Ms. Cabraser stated earlier, are sound and are consistent with
15  past practice in this area.  I believe that's all I have,
16  Your Honor.  Thank you.
17               **THE COURT:**  Richard, do you have any response?
18               **MR. GETTY:**  Just a couple of points, briefly.
19           As to the time for objecting to Kinsella's plan,
20  what we are really raising here is the fact that there was a
21  plan proposed, it's been implemented, and thus far there are
22  problems with it.  I guess the analogy I would use is you can
23  sign papers and buy a car, but until you get the car and you
24  turn the key and you try to drive it, you don't know that it
25  doesn't work.

10:06  1              I guess our objection here, if it is an
10:06  2    objection -- it's really a concern more than an objection.  We
10:06  3    are just concerned that obviously what has been done thus far
10:06  4    has not worked very well and that what's now being proposed
10:06  5    looks good.  But we think if it doesn't turn out to be as
10:06  6    successful as everybody hopes, there's a real short time period
10:06  7    where maybe a little bit more time needs to be given.
10:06  8              You know, on the publications, I can't say
10:06  9    anything but to compliment them on what BrownGreer or Kinsella
10:06 10    have additionally come up with.  Our only sort of difference in
10:07 11    opinion was we believe that the newspapers should be full-page
10:07 12    ads.  They went with quarter-page ads.  I'm all for social
10:07 13    media, but I don't know how many people in their 50s and 60s
10:07 14    are on Twitter.  I know Coach Calipari, he is in his 50s and he
10:07 15    is on Twitter.  Maybe I'm off base there.
10:07 16              Paragraph 13 of the settlement agreement clearly
10:07 17    gives the Court, I think, the power to do whatever it wants
10:07 18    with respect to this.  It talks about the Court retaining
10:07 19    jurisdiction for the purpose of administering, supervising,
10:07 20    construing, and enforcing the agreement and the final order and
10:07 21    judgment.  I think the Court can construe the settlement
10:07 22    agreement so as to allow, under Rule 23, direct mail which
10:08 23    would be reasonable under the circumstances.
10:08 24              The final thing I will say, I understand class
10:08 25    counsel's position.  They don't want to do anything that's

1    doing violence to what we are all about trying to achieve, but
2    30 days or 90 days is not doing violence to the settlement
3    agreement here.  What we are trying to do is improve the
4    response level.  I don't think in any way at all we are doing
5    violence to anything.  We are simply trying to improve
6    everyone's situation, including ours, because we got in this
7    situation with certain understandings.  We want to try and
8    maximize the ultimate outcome for both the claimants and,
9    frankly, for ourselves.
10              THE COURT:  Okay.  Anyone else?  Any other comments?
11              All right, folks.  I've heard from everybody.
12    Let me just think out loud a bit with you, first of all.
13              As you all know, I preliminarily approved it, as
14    I said, in August of 2013.  The reason you have to really
15    preliminarily approve something is you get a feel for it from
16    the standpoint of the documents presented.  I have lived with
17    this case now for nearly 10 years.  I have some feel for it.
18              This is the case involving individuals who
19    either didn't have any adverse effects from Vioxx or some of
20    them actually had good effects from Vioxx because it did
21    address some musculoskeletal problems.  Early on in this case,
22    I got letters from individuals saying, "Why did you take Vioxx
23    off the market" -- they thought that I took it off the
24    market -- because it was helping them.  So these are
25    individuals who either didn't have any adverse effects or

1    actually had good effects from Vioxx.  But they take the

2    position that had they known that this was problematic, their

3    heart attacks could have been precipitated and they could have

4    died, they would not have taken Vioxx; they would have taken

5    aspirin or something else to help their musculoskeletal

6    problems, which they are doing now to some extent.  So they

7    feel they have been taken advantage of and they want their

8    money back.  Those are the individuals that we are dealing

9    with.  They have a fair claim.  They have a legitimate claim.

10            In any event, I approved the notice to see how

11   many people would respond, but I also required that I be

12   advised by the claims administrator how many people,

13   periodically, and I wanted the lawyers who had some interest in

14   this also advised.  I noticed, at least in the early days,

15   there weren't that many people that had responded.

16            It concerned me enough that I called the

17   lawyers.  Richard was on the line.  Russ was on the line.

18   John, I think, was on the line and others.  Dawn.  I expressed

19   a concern.  I said that you folks have been talking about

20   thousands and thousands of people.  There was some legitimate

21   concern about attorneys' fees and that was a part of it.  In

22   any event, I called it to everybody's attention before the

23   final fairness hearing.  I said, "Look, focus on this.  This is

24   something that everybody ought to look at and be aware of."

25            Nobody responded.  We went to the fairness

1   hearing.  Before that, I heard objections.  I heard an
2   objection from New Mexico.  The person from New Mexico said,
3   "Judge, they speak Spanish in New Mexico.  Many of these people
4   don't understand the advertisement," the concern, the notice.
5   So I got the parties together and said, "Look, you all didn't
6   discuss this, it's not part of the agreement, but see if you
7   can work it out.  Let's get some other method of communicating
8   with the people in New Mexico."

9             Merck agreed to put up some additional money,
10  and Dawn and Elizabeth and others worked with the New Mexico
11  lawyer and came up with a protocol for addressing those
12  concerns.  New Mexico was satisfied.

13            I didn't hear anything from anybody.  Throughout
14  the period I got periodic reports from the claims
15  administrator, as well as everybody else got periodic reports,
16  saying how many claims were made nationwide, which claims were
17  from all of the states that were making claims.  I saw those as
18  being somewhat lower than I thought, so I thought it was a good
19  idea and began talking about something that hadn't been done,
20  namely, a reminder.

21            That's not even part of the protocol, but it
22  seemed to me that because the responding time was so long in
23  this case -- it wasn't the typical 30, 60 days.  It was long,
24  but I felt it should be long because Vioxx has been off the
25  market now for over 10 years.  Some of these people took Vioxx

10:14
10:14
10:14
10:14
10:14
10:14
10:14
10:14
10:14
10:14
10:14
10:14
10:14
10:14
10:15
10:15
10:15
10:15
10:15
10:15
10:15
10:15
10:15
10:15
10:16

1    12 years ago, 13 years ago.

2             That was a problem, so it justified in my mind

3    to have a long period of time so people could get their

4    information together.  It may take them longer when you are

5    looking at something that happened 10, 12, 15 years ago.  So it

6    seemed to me that it should be a long period of time.  Nine

7    months is usually longer than I've been experienced with, but

8    it was justified in this case.

9             It seemed to me, also, that if we are going to

10   have a long tail like that, we ought to have some reminder,

11   some people saying:  Hey, look, remember nine months ago we

12   told you about this?  Now you have another month, another three

13   weeks, four weeks, whatever it is, to do something about it.

14   You have to do something about it everybody.  Look at it.

15            So the reminder started clicking away.  It seems

16   to me it's a pretty good reminder.  Historically, in all of

17   these cases, 30, 60 days is when interest starts to boil.  The

18   last two weeks generally is where a lot of the action is.

19   That's what the reminder has really been geared to.

20            I'm concerned about extending it.  I know

21   President Obama has extended his program.  I'm not quite sure

22   whether that has created issues or not.  I'm legitimately

23   concerned about messing with the terms of the agreement.  The

24   *Klier* case in the Fifth Circuit gives me a lot of power, but

25   it's a concern that every judge has when you mess with a

1    settlement.

2                Now, I've messed with a lot of agreements over

3    the period even in this case, with attorneys' fees and things

4    of that sort, and those were agreements, but this is an

5    agreement by and between parties.  If I mess with it and Merck

6    pulls out of the agreement, then all of the people who have

7    made claims, their claims are in jeopardy.  Merck can say that

8    they didn't agree to it so, therefore, the whole thing is null

9    and void.

10               We have another month.  I hear counsel.  He is

11   very legitimately concerned, but it seems to me that enough

12   notice has been made and the reminder program is about ready to

13   click in and that's sufficient.  So for all of these reasons,

14   I'm going to deny the motion.  Thank you all for bringing it to

15   my attention.  I appreciate it.

16               **MR. GETTY:**  Your Honor, may I raise a point?

17               **THE COURT:**  Sure.

18               **MR. GETTY:**  Can we be approved here in Kentucky to do

19   some of these things on our own?  We are prepared to do this at

20   our own expense.

21               **THE COURT:**  Anybody have a comment on that?

22               **MS. CABRASER:**  Your Honor, this is Elizabeth

23   Cabraser.  As I mentioned, certainly the class counsel are

24   rebroadcasting and relinking the reminder notice, the approved

25   materials, and the approved YouTube on their own Web sites.

1    The only issue I would raise with the mailing that Richard
2    wants to do is that it looks like a mailing from a law firm
3    that goes above and beyond simply linking to the Court-approved
4    settlement Web site.  So that's something that we would request
5    the Court to look at.
6             We have been very careful in submitting all of
7    the proposed materials and language to the Court.  Your Honor
8    has had some very insightful suggestions for improvement of
9    those.  We stick to the script in communicating with class
10   members.  So we would just request that Your Honor consider
11   holding any such additional communication to the same standards
12   in the interest of consistency.
13            **THE COURT:**  I think that's a valid point.
14            Richard, I think that's right.  You're class
15   counsel in that part.  You also have been keyed into this whole
16   thing.  I don't have any problem with your doing that.  We'll
17   take a look at the costs at a later date perhaps in Kentucky,
18   but I do think it ought to be consistent.  I don't think you
19   ought to have something that's inconsistent with what Elizabeth
20   and Dawn and the plaintiffs' committee has put out.
21            So my instruction would be that you coordinate
22   with them.  If there is no problem with Elizabeth and Dawn, if
23   it passes their viewpoint and it's consistent, I don't have any
24   problem with it.  If it's inconsistent, it's not good for
25   anybody because you don't want people to be confused on it.

1   That's not the purpose of it.  So check it out with them.

2            MR. GETTY:  We didn't intend that.

3            THE COURT:  I understand.  I know you didn't.  Check

4   it out with them first.  If there's a problem, get to me

5   immediately, both of you-all, on the telephone, and I'll act

6   immediately on it.  We don't have time now.

7            MR. GETTY:  We sent and attached to the reply, I

8   believe, the reminder notice that we intend to send along with

9   our letter.  The point of our letter is we are basically

10  telling them about the reminder notice, telling them how to

11  submit the claim through the MDL system, the settlement.  We

12  are basically in the letter offering to help them prepare the

13  claim free of charge so that we can try and get the numbers up.

14  If Elizabeth could look at the letter and suggest any changes,

15  we are open to it.

16           THE COURT:  Elizabeth, get with that.  If there's an

17  issue, get back to me.  I'm in town at least today and

18  tomorrow.

19               Folks, thank you very much.  I appreciate your

20  comments.  Thank you.

21               (Proceedings adjourned.)

22                              * * *

23

24

25

1                              **<u>CERTIFICATE</u>**

2         I, Toni Doyle Tusa, CCR, FCRR, Official Court

3 Reporter for the United States District Court, Eastern District

4 of Louisiana, certify that the foregoing is a true and correct

5 transcript, to the best of my ability and understanding, from

6 the record of proceedings in the above-entitled matter.

7

8

9                                   *s/ Toni Doyle Tusa*

                                  Toni Doyle Tusa, CCR, FCRR

10                                 Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

$

$1.6 [1]  4/8
$1.6 million [1]  4/8
$126,000 [1]  4/9
$15,000 [1]  5/13
$23 [1]  3/5
$23 million [1]  3/5
$4,000 [1]  5/2
$5,000 [1]  5/12
$50 [1]  3/10
$712 [1]  5/4
$75 [1]  3/6
$8,000 [1]  5/5

.

.04 [1]  5/17
.25 [1]  5/19
.27 [1]  5/20

1

10 [1]  24/5
10 percent [1]  6/21
10 years [2]  21/17 23/25
108 [1]  4/24
12 [2]  24/1 24/5
13 [3]  3/17 20/16 24/1
15 [1]  24/5
15,000 [1]  18/8
1657 [1]  1/5
17 [1]  3/13
18 [1]  13/3
19 [1]  3/16
1972 [2]  8/20 17/1

2

2013 [5]  3/13 3/14 3/16 3/17 21/14
2014 [4]  1/7 2/2 3/19 11/16
21 [1]  17/8
21st [1]  12/25
22 [1]  11/16
23 [7]  7/18 10/10 14/7 14/18 15/7 16/13
 20/22
25 [1]  11/21
27 [2]  1/7 2/2
28 [1]  12/16

3

30 [7]  7/7 7/10 11/11 13/17 21/2 23/23
 24/17
30.47 [1]  8/22
300 [1]  13/1
366,940 [1]  5/25

4

4.4 [1]  14/15
400,000 [1]  5/24
406 [1]  1/19
459 F.2d 628 [1]  8/20

5

5,439 [1]  5/3
50 [1]  12/24
50-Plus [1]  12/24
500 [1]  1/19
504 [1]  1/20
50s [2]  20/13 20/14
589-7778 [1]  1/20

6

6 percent [1]  6/21
60 [2]  23/23 24/17
60s [1]  20/13
628 [1]  8/20

64871 [1]  10/3

7

70130 [1]  1/19
758,202 [1]  4/25
7778 [1]  1/20

8

800 [1]  13/23

9

90 [4]  3/25 7/9 18/6 21/2

A

AARP [2]  12/25 13/1
ability [2]  7/24 28/5
able [2]  4/19 10/15
about [27]  5/4 5/12 5/17 6/3 8/7 10/9
 10/22 11/6 11/8 14/2 15/4 15/24 17/12
 18/13 18/21 20/18 21/1 22/19 22/21
 23/19 24/12 24/13 24/14 24/20 24/23
 25/12 27/10
above [2]  26/3 28/6
above-entitled [1]  28/6
abysmally [1]  6/22
accepted [1]  3/19
access [1]  19/7
accomplish [2]  5/21 10/15
according [2]  5/17 5/24
accordingly [1]  3/16
account [2]  16/5 16/11
accounts [2]  18/9 18/14
achieve [1]  21/1
act [1]  27/5
action [2]  18/2 24/18
actual [2]  9/2 14/10
actually [4]  8/18 16/24 21/20 22/1
additional [7]  4/1 6/24 7/9 9/10 15/23
 23/9 26/11
additionally [1]  20/10
address [3]  10/23 10/24 21/21
addressed [2]  7/25 10/13
addressing [1]  23/11
adequate [4]  4/5 5/21 8/21 15/8
adjourned [1]  27/21
adjustments [1]  8/15
administering [1]  20/19
administration [1]  13/21
administrator [2]  22/12 23/15
ads [3]  12/17 20/12 20/12
advantage [3]  11/5 17/25 22/7
adverse [2]  21/19 21/25
advertisement [1]  23/4
advertising [6]  3/1 5/8 5/12 11/14 11/15
 12/17
advised [2]  22/12 22/14
affidavit [2]  6/5 6/12
after [1]  3/2
against [1]  7/3
Aging [1]  12/25
ago [7]  8/7 14/14 18/23 24/1 24/1 24/5
 24/11
agree [1]  25/8
agreed [5]  4/7 16/12 16/21 17/16 23/9
agreement [22]  4/6 7/13 7/14 7/14 8/14
 9/2 9/14 9/14 10/16 16/4 16/7 16/8
 16/14 17/10 20/16 20/20 20/22 21/3
 23/6 24/23 25/5 25/4
agreements [2]  25/2 25/4
ahead [1]  17/17
aided [1]  1/25
Albuquerque [1]  11/22
all [27]  4/7 4/14 9/5 11/3 11/21 12/21

13/15 14/25 15/4 16/12 18/22 19/13
 19/17 20/3 21/14 21/16 22/1 22/3 21/12
 21/13 23/5 23/17 24/16 25/6 25/13
 25/14 26/24 27/5
allow [1]  20/22
allowed [2]  6/8 8/22
allows [1]  7/22
along [1]  27/8
already [2]  4/8 18/10
also [25]  2/9 2/13 2/14 2/25 3/8 4/5 4/9
 6/5 6/20 6/25 8/21 10/3 11/10 11/19
 11/24 12/10 13/4 13/5 13/9 13/11 13/13
 22/11 22/14 24/9 26/15
although [1]  18/12
amount [2]  7/15 16/1
analogy [1]  19/22
analysis [1]  14/25
another [5]  17/5 17/21 24/12 24/12
 25/10
answer [1]  9/25
any [25]  2/16 3/2 7/14 8/22 9/12 9/22
 9/25 10/22 10/22 14/21 14/22 15/2
 18/13 19/4 19/17 21/4 21/10 21/19
 21/25 22/10 22/22 26/11 26/16 26/23
 27/14
anybody [4]  9/5 23/13 25/21 26/25
Anyone [1]  21/10
anything [6]  7/10 8/3 20/9 20/25 21/5
 23/13
Appalachian [1]  12/8
appeal [1]  15/15
appreciate [2]  25/15 27/19
appropriate [7]  7/8 7/11 8/4 9/8 10/19
 14/9 16/17
approval [2]  3/12 15/16
approve [3]  16/10 17/9 21/15
approved [14]  3/15 4/7 7/15 10/11 13/7
 15/15 16/13 17/1 21/13 22/10 25/18
 25/24 25/25 26/3
approves [1]  4/18
April [7]  6/25 6/25 7/1 11/16 12/16 12/16
 13/3
April 1 [1]  12/16
April 18 [1]  13/3
April 22 [1]  11/16
April 28 [1]  12/16
ARC [1]  5/1
are [47]
area [1]  19/15
argument [7]  4/9 9/1 9/10 15/5 15/11
 15/20 15/21
arguments [1]  16/16
around [1]  5/13
arthritis [3]  11/15 11/17 12/23
as [43]
asked [2]  4/16 13/7
aspect [1]  15/17
aspects [1]  3/3
aspirin [1]  22/5
assistance [1]  13/23
at [26]  3/15 4/20 5/10 5/15 6/2 6/15 7/17
 8/6 8/16 11/1 13/17 13/25 14/7 15/13
 15/23 21/4 22/14 22/24 24/5 24/14
 25/19 26/5 26/17 26/17 27/14 27/17
attached [1]  27/7
attacks [1]  22/3
attempt [1]  10/14
attention [4]  11/6 11/12 22/22 25/15
attorneys' [2]  22/21 25/3
August [2]  3/14 21/14
August 2 [1]  3/14
August of [1]  21/14
authority [2]  15/22 17/20

## A

availability [1] 15/24
available [3] 12/21 14/9 15/12
average [1] 14/14
aware [2] 19/4 22/24
away [2] 14/16 24/15
Azari [4] 4/21 5/25 6/6 6/12

## B

back [8] 2/25 7/6 8/1 14/6 17/1 19/10 22/8 27/17
background [1] 2/20
banner [1] 12/17
Barrios [2] 1/14 2/9
base [1] 20/15
based [1] 12/9
basically [5] 4/23 13/15 18/2 27/9 27/12
basis [2] 16/14 17/6
be [43]
bear [1] 5/15
because [11] 5/15 6/3 6/18 14/9 18/5 21/6 21/20 21/24 23/22 23/24 26/25
becomes [2] 9/14 18/5
been [33]
before [6] 1/10 8/2 9/6 13/2 22/22 23/1
began [1] 23/19
behalf [1] 9/8
being [6] 6/7 10/6 10/9 16/10 20/4 23/18
Beisner [2] 1/16 2/19
belabor [1] 4/15
believe [9] 5/14 5/20 9/9 10/8 14/8 14/8 19/15 20/11 27/8
below [1] 6/22
best [3] 7/19 15/9 28/5
between [2] 6/21 25/5
beyond [4] 15/10 15/17 16/15 26/3
bit [5] 14/1 15/5 18/7 20/7 21/12
blast [1] 13/1
blog [1] 12/23
boil [1] 24/17
both [5] 4/4 4/17 16/1 21/8 27/5
bought [2] 2/22 2/23
Bowling [1] 12/2
brief [3] 5/19 8/17 18/11
briefing [1] 17/19
briefly [1] 19/18
bringing [1] 13/1
BrownGreer [8] 6/24 10/3 13/11 13/19 14/3 16/2 18/17 20/9
bulletin [1] 12/25
but [24] 3/24 6/4 6/16 7/2 7/8 7/9 10/21 16/11 18/9 19/23 20/5 20/9 20/13 21/1 22/1 22/11 23/6 23/21 23/24 24/7 24/24 25/4 25/11 26/18
buy [1] 19/23

## C

Cabraser [10] 1/14 2/7 9/21 9/24 15/1 15/7 15/25 17/24 19/14 25/23
Cabraser's [1] 19/10
calculation [1] 5/17
Calipari [1] 20/14
called [2] 22/16 22/22
calls [1] 3/4
came [1] 17/2 23/11
Cameron [1] 4/20
campaign [8] 7/9 10/1 11/14 13/15 14/7 14/20 18/4 18/17
campaigns [1] 14/16
can [12] 5/4 7/21 8/2 8/9 10/19 17/6 19/22 20/21 23/7 25/7 25/18 27/13
can't [1] 20/8

car [2] 19/23 19/23
careful [2] 26/7 26/8
carry [2] 13/6 13/9
case [21] 2/21 3/3 6/11 8/19 8/20 10/20 16/19 16/22 16/24 16/25 17/3 17/5 17/7 17/11 21/17 21/18 21/21 23/23 24/8 24/24 25/3
cases [4] 5/18 5/19 16/23 24/17
CCR [3] 1/18 28/2 28/9
Century [1] 12/25
certain [2] 7/15 21/7
certainly [4] 9/22 9/23 11/3 25/23
CERTIFICATE [1] 28/1
certify [1] 28/4
certifying [1] 3/14
challenge [2] 15/7 15/18
challenges [1] 10/20
changes [1] 27/14
charge [1] 27/13
charted [1] 11/20
check [3] 16/5 27/1 27/3
chosen [1] 12/10
Cincinnati [3] 11/23 12/3 12/4
Circuit [6] 8/19 16/20 16/25 17/1 17/12 24/24
circulation [3] 4/25 12/2 12/10
circumstances [1] 7/20 20/23
cited [2] 5/18 8/19
cites [1] 17/5
claim [4] 22/9 22/9 27/11 27/13
claimants [5] 6/19 8/11 8/25 9/11 21/8
claims [39]
class [26] 2/21 3/5 3/12 3/14 3/14 3/21 4/1 7/19 9/20 11/9 13/6 13/8 13/8 13/16 14/11 15/23 20/24 25/23 26/9 26/14
clear [2] 9/16 10/21
clearly [2] 6/2 20/16
click [1] 25/13
clicking [1] 24/15
Co [1] 9/20
Co-class [1] 9/20
Coach [1] 20/14
come [1] 6/24 16/5 20/10
comes [1] 11/15
coming [2] 18/1 18/18
comment [2] 15/13 25/21
comments [4] 9/22 14/23 21/10 27/20
committee [1] 13/8 26/20
communicating [2] 23/7 26/9
communication [1] 26/11
company [1] 16/8
completed [1] 14/18
completely [1] 10/13 16/6
Complex [2] 8/12 8/16
compliment [2] 5/11 20/9
components [1] 10/22
comprehensive [1] 11/19
comprises [1] 11/1
computer [1] 1/25
computer-aided [1] 1/25
concern [10] 3/23 7/2 8/7 9/12 9/20 20/2 22/19 22/21 23/4 24/25
concerned [7] 6/3 8/8 20/3 22/16 24/20 24/23 25/11
concerns [1] 23/12
concur [1] 14/25
conducted [1] 14/18
CONFERENCE [1] 1/10
confused [1] 26/25
connection [1] 3/7
consent [1] 3/7
consider [2] 7/6 26/10
consistency [1] 26/12

consistent [4] 17/9 19/14 26/18 26/23
construe [1] 20/23
construing [1] 20/20
consultation [2] 3/7 16/2
consumer [3] 2/21 3/3 3/9
consumers [1] 2/21
continue [1] 12/18
continued [1] 12/18
convinced [1] 6/17
cooperation [1] 10/16
coordinate [1] 26/21
core [2] 11/17 13/2
correct [1] 28/4
cost [3] 5/4 5/13 5/25
costs [2] 3/6 26/17
could [7] 4/14 14/10 18/24 22/3 22/3 24/3 27/14
counsel [12] 9/16 9/21 9/23 11/9 13/6 13/8 13/8 14/4 16/2 25/10 25/23 26/15
counsel's [1] 20/25
counterproductive [1] 18/19
country [2] 2/24 3/24
couple [2] 5/18 19/18
Courier [2] 12/6 12/7
Courier-Journal [2] 12/6 12/7
course [4] 12/16 12/25 13/19 14/1
court [33]
court's [1] 17/15
Court-approved [1] 26/3
cover [1] 11/24
coverage [2] 11/20 12/9
Crazy [1] 17/5
created [1] 24/22
critical [1] 13/17

## D

Daily [1] 12/2
date [2] 17/16 26/17
Davis [2] 1/13 2/8
Dawn [7] 1/14 2/9 10/25 22/18 23/10 26/20 26/22
days [12] 3/25 7/7 7/9 7/10 11/11 13/17 18/6 21/2 21/2 22/14 23/23 24/17
deadline [12] 11/4 15/14 17/2 17/10 17/13 17/16 17/18 18/1 18/3 18/4 18/17 18/19
deal [6] 7/12 10/16 16/3 17/15 17/18 18/12
dealing [1] 22/8
dealt [1] 3/17
December [1] 3/17
December 13 [1] 3/17
decision [4] 9/12 17/12 17/15 19/12
decisions [1] 11/6
declaration [1] 19/9
defendant [3] 2/17 3/4 14/22
defendants [2] 9/6 11/9
deny [1] 25/14
described [2] 10/3 14/20 16/3
designed [2] 11/5 18/2
detailed [1] 10/2
develop [2] 10/15 15/1
developed [4] 5/9 10/18 12/20 16/3
dictate [1] 6/17
did [7] 13/25 14/6 14/8 14/8 16/10 21/20 21/22
didn't [7] 21/19 21/25 23/5 23/13 25/8 27/2 27/3
died [1] 22/4
difference [1] 20/10
difficult [1] 9/18
dimension [1] 15/19
direct [18] 4/1 4/17 5/2 5/4 5/7 5/23 5/25

## D

direct... [11]  7/19 13/25 14/2 14/4 14/6 14/9 14/16 18/21 19/4 19/11 20/22
discretion [1]  17/17
discuss [1]  23/6
disposition [1]  8/23
distributed [1]  8/18
district [6]  1/1 1/2 1/11 17/17 28/3 28/3
disturb [1]  16/20
do [28]  4/11 4/24 6/2 6/17 7/12 7/23 7/24 7/25 8/3 8/13 8/13 9/13 11/25 13/8 14/22 16/1 16/12 18/13 19/17 20/17 20/25 21/3 24/13 24/14 25/18 25/19 26/2 26/18
Docket [1]  1/5
Document [1]  10/2
documents [2]  4/3 21/16
does [1]  7/5
doesn't [3]  7/13 19/25 20/5
doing [10]  8/9 10/6 16/11 17/24 18/16 21/1 21/2 21/4 22/6 26/16
dollars [1]  6/1
don't [11]  16/14 19/24 20/13 20/25 21/4 23/4 26/16 26/18 26/23 26/25 27/6
done [6]  5/10 6/8 10/6 13/2 20/3 23/19
Doyle [1]  1/18 28/2 28/9 28/9
drive [1]  19/24
drug [1]  14/13
due [3]  3/16 14/13 15/7
Dugan [2]  1/16 2/14
during [2]  11/10 13/17

## E

e-mail [1]  13/1
each [1]  12/5
earlier [3]  16/23 17/25 19/14
early [2]  21/21 22/14
EASTERN [2]  1/2 28/3
easy [1]  9/15
Eddie [1]  17/5
edition [3]  12/3 12/4 12/7
editions [1]  11/21
effective [2]  10/9 14/17
effects [4]  21/19 21/20 21/25 22/1
effort [1]  7/21
efforts [3]  15/1 15/23 17/23
either [5]  3/23 9/2 9/14 21/19 21/25
elderly [1]  12/24
ELDON [1]  1/10
Elizabeth [12]  1/14 2/6 9/21 9/24 10/25 11/25 23/10 25/22 26/19 26/22 27/1 27/16
else [5]  8/3 9/5 21/10 22/5 23/15
elsewhere [1]  6/4
encourage [1]  18/2
end [1]  7/1
enforcing [1]  20/20
engaging [1]  17/23
English [1]  13/24
enhancements [1]  13/20
enough [3]  8/6 22/16 25/11
Enquirer [2]  12/3 12/4
entitled [1]  28/6
Epiq [2]  4/20 11/8
equitable [2]  8/2 8/17
escrow [2]  16/5 16/11
Esq [9]  1/13 1/13 1/14 1/14 1/15 1/15 1/16 1/16 1/17
essential [1]  7/11
even [3]  5/18 23/21 25/3
event [3]  3/2 22/10 22/22

## F

ever [1]  8/8
every [3]  14/16 14/17 17/22
everybody [5]  20/6 21/11 22/24 23/15 24/14
everybody's [1]  22/22
everyone [2]  2/3 18/1
everyone's [1]  21/6
everything [3]  8/9 8/9 17/24
evident [1]  16/22
exactly [1]  4/23
example [1]  12/24
excellently [1]  5/10
excited [1]  10/9
exercise [3]  8/2 15/22 17/6
exists [1]  4/19
expand [1]  17/18
expect [2]  6/13 7/3
expense [3]  5/14 5/14 25/20
experienced [1]  24/7
expert [2]  4/2 4/20
Experts [1]  11/7
explore [1]  14/6
explored [1]  14/7
Express [1]  12/8
expressed [2]  9/20 22/18
expresses [1]  3/22
expressing [1]  18/13
extend [3]  8/3 8/24 17/20
extended [1]  24/21
extending [3]  17/22 18/18 24/20
extension [2]  16/17 17/13
extent [1]  22/6

## F

F.2d [1]  8/20
Facebook [1]  13/12
fact [5]  3/23 11/5 14/13 17/25 19/20
Factor [1]  12/24
fair [2]  16/1 22/9
fairness [4]  3/18 6/16 22/23 22/25
FALLON [2]  1/10 2/4
false [1]  3/1
familiar [1]  19/2
far [3]  4/14 19/21 20/3
FCRR [3]  1/18 28/2 28/9
features [1]  14/19
feel [7]  2/22 4/12 7/5 7/11 21/15 21/17 22/7
feels [1]  4/6
fees [2]  22/21 25/3
felt [1]  23/24
few [2]  14/24 15/3
Fifth [2]  16/20 24/24
Fifth Circuit [2]  16/20 24/24
figures [1]  12/10
filed [2]  2/14 10/2
files [1]  18/8
filing [1]  17/13
final [4]  3/17 20/20 20/24 22/23
find [2]  4/19 17/15
firm [1]  26/2
first [16]  2/4 8/5 8/8 10/7 14/24 15/4 15/6 18/22 21/12 27/4
five [1]  17/2
focus [1]  22/23
focused [1]  3/25
folks [3]  21/11 22/19 27/19
footnotes [1]  18/11
foregoing [1]  28/4
form [4]  13/7 13/10 15/4 15/11
forms [2]  13/16 14/17
forth [2]  7/16 11/2
foul [1]  17/23

## G

four [2]  18/23 24/13
fourth [4]  11/16 13/17 23/6 18/21 21/9
free [1]  27/13
frequently [1]  6/8
full [1]  20/11
full-page [1]  20/11
fund [1]  8/18
funds [1]  8/23
future [1]  10/19

## G

gave [1]  15/1
geared [2]  11/16 24/19
general [1]  12/22
generally [2]  6/20 24/18
generate [1]  19/8
get [15]  6/14 12/1 13/18 18/1 18/6 18/15 18/18 19/23 21/15 23/7 24/3 27/4 27/13 27/16 27/17
getting [2]  5/21 6/19
Getty [6]  1/15 9/16 16/23 17/5 18/22 19/5
Getty's [1]  12/11
given [3]  11/4 15/9 20/7
gives [4]  8/12 8/23 20/17 24/24
go [4]  6/15 9/6 11/2 17/17
goal [1]  5/21
goes [2]  15/6 26/3
going [5]  4/15 13/1 13/3 24/9 25/14
gone [1]  11/9 14/2 14/5
good [10]  2/3 2/6 2/10 2/18 20/5 21/20 22/1 23/18 24/16 26/24
got [6]  18/15 21/6 21/22 23/5 23/14 23/15
gotten [1]  6/12
governed [1]  16/18
Green [1]  12/2
guess [3]  15/10 19/22 20/1

## H

had [14]  2/22 4/7 5/19 14/11 17/17 18/7 18/8 18/14 21/20 22/1 22/2 22/13 22/15 26/8
hadn't [1]  23/19
happened [1]  24/5
happy [1]  10/23
hard [1]  19/6
has [27]  4/4 4/6 4/9 4/14 6/24 9/16 9/22 10/20 10/22 13/2 14/1 15/15 15/16 15/25 16/4 19/5 19/11 20/3 20/4 23/24 24/19 24/21 24/22 24/25 25/12 26/8 26/20
have [73]
haven't [1]  6/12
HB [1]  1/19
HB-406 [1]  1/19
he [8]  3/24 3/25 3/25 12/12 16/25 20/14 20/14 25/10
hear [3]  4/10 23/13 25/10
heard [4]  3/13 21/11 23/1 23/1
hearing [3]  3/18 22/23 23/1
heart [1]  22/3
held [1]  3/17
help [2]  22/5 27/12
helpful [1]  7/2
helping [1]  21/24
her [1]  9/22
Herald [2]  12/5 12/6
Herald-Leader [2]  12/5 12/6
here [3]  3/20 5/17 5/22 8/10 9/25 10/17 10/18 14/9 15/8 15/11 16/17 17/18 18/7 19/20 20/1 21/3 25/18

**H**

Herman [3] 1/13 2/8 9/7
Hey [1] 24/11
HIPAA [2] 6/9 18/24
his [2] 20/14 24/21
Hispanic [1] 12/15
Historically [1] 24/16
holding [1] 26/11
Honor [27] 2/6 2/13 2/15 2/18 4/12 6/2
7/18 8/5 9/7 9/17 9/23 9/25 10/21 11/3
13/25 14/20 14/24 15/13 15/22 16/18
17/21 18/20 19/16 25/16 25/22 26/7
26/10
HONORABLE [1] 1/10
hope [2] 7/3 10/18
hopeful [1] 7/1
hopes [1] 20/6
how [9] 3/9 7/12 14/22 18/24 20/13
22/10 22/12 23/16 27/10
However [1] 9/12
Hurry [1] 18/5

**I**

I'll [1] 27/5
I'm [15] 2/10 4/15 7/1 8/16 9/25 14/19
15/20 18/13 20/12 20/15 24/20 24/21
24/22 25/14 27/17
I've [5] 9/20 18/15 21/11 24/7 25/2
idea [2] 15/7 23/19
identified [3] 7/21 7/22 14/3
if [20] 3/8 4/18 5/15 6/16 7/2 7/8 7/17
10/21 18/4 20/1 20/5 23/6 24/9 25/5
26/22 26/22 26/24 27/4 27/14 27/16
II [1] 1/16
illusory [1] 18/5
imagine [1] 19/6
immediately [3] 18/23 27/5 27/6
imperative [1] 7/6
implemented [1] 19/21
improve [4] 8/10 8/10 21/3 21/5
improvement [2] 7/1 26/8
in [105]
inasmuch [1] 9/10
includes [2] 11/14 11/21
including [3] 7/20 12/3 21/6
inconsistent [2] 26/19 26/24
indeed [4] 4/5 15/15 16/4 17/15
individual [1] 7/20
individuals [6] 2/22 3/21 21/18 21/22
21/25 22/8
information [3] 18/16 19/8 24/4
informed [1] 2/23
inherent [1] 7/25
innovative [2] 10/5 10/8
inquiry [1] 17/14
insightful [1] 26/8
instruction [1] 26/21
intend [2] 27/2 27/8
intended [1] 17/25
interest [3] 22/13 24/17 26/12
interested [1] 3/20
interests [1] 8/24
Internet [1] 12/17
into [1] 26/15
invite [1] 9/22
involve [2] 5/6 10/19
involves [1] 9/10
involving [1] 21/18
is [99]
isn't [1] 7/2
issue [7] 3/9 10/16 14/1 16/19 18/14
26/1 27/17

issued [1] 3/13
issues [2] 7/24 9/22
it [84]
it's [20] 2/18 4/16 5/10 5/20 7/6 7/11
8/20 9/15 10/3 13/14 18/2 19/6 19/21
20/2 23/6 24/16 24/25 26/23 26/24
26/24
item [1] 5/1
items [1] 5/6
its [3] 17/6 17/7 17/14
itself [1] 9/2

**J**

James [3] 1/16 2/14 3/21
jeopardy [1] 25/7
Jessica [2] 1/15 2/13
John [4] 1/16 2/18 14/22 22/18
Jordan [2] 1/17 2/19
Journal [3] 11/22 12/6 12/7
judge [4] 1/11 2/4 23/3 24/25
Judge Fallon [1] 2/4
judgment [1] 20/21
July [1] 3/13
July 17 [1] 3/13
juncture [1] 13/17
jurisdiction [4] 8/1 9/3 17/6 20/19
just [14] 5/20 6/4 6/12 7/11 10/21 15/1
15/3 15/21 16/3 16/5 19/18 20/3 21/12
26/10
justified [2] 24/2 24/8

**K**

Kentucky [19] 3/22 3/24 3/25 4/17 4/25
5/7 5/8 5/13 6/3 6/4 6/15 8/10 11/20
11/23 11/24 11/25 12/1 25/18 26/17
key [1] 19/24
keyed [1] 26/15
keyword [1] 12/17
kind [1] 5/21
Kinsella [14] 5/9 5/11 6/24 11/8 12/20
13/11 13/13 14/8 16/2 16/6 17/23 17/24
19/13 20/9
Kinsella's [1] 19/19
Klier [3] 16/19 16/21 24/24
know [10] 7/7 11/10 14/1 19/24 20/8
20/13 20/14 21/13 24/20 27/3
known [3] 11/7 14/15 22/2
knows [1] 9/17

**L**

laed.uscourts.gov [1] 1/20
laid [1] 17/18
LaMorte [1] 8/19
language [2] 12/14 26/7
last [6] 10/11 11/11 13/17 14/18 18/20
24/18
late [1] 11/6 17/2
later [1] 26/17
law [1] 26/2
lawyer [1] 23/11
lawyers [2] 22/13 22/17
Leader [2] 12/5 12/6
learned [1] 9/16
least [3] 6/15 22/14 27/17
legal [1] 15/17
legitimate [2] 22/9 22/20
legitimately [2] 24/22 25/11
Leonard [2] 1/13 2/8
less [2] 5/2 5/18
let [5] 14/25 15/3 16/16 18/20 21/12
Let's [1] 23/7
letter [4] 27/9 27/9 27/12 27/14
letters [1] 21/22

level [2] 5/16 21/4
LIABILITY [1] 1/5
light [1] 18/24
like [4] 4/1 11/8 24/10 26/2
line [8] 2/4 2/5 2/9 2/10 2/14 22/17
22/17 22/18
link [1] 13/14
linking [1] 26/3
links [1] 13/9
list [6] 5/3 5/4 5/23 6/8 18/21 18/24
lists [4] 4/18 6/7 14/10 14/10
litigation [4] 1/5 3/2 8/12 8/16
little [3] 15/5 19/6 20/7
live [1] 7/10
lived [1] 21/16
Living [1] 12/25
local [1] 12/15
long [9] 8/7 14/14 18/11 23/22 23/23
23/24 24/3 24/6 24/10
longer [2] 24/4 24/7
look [12] 5/15 7/17 8/6 13/25 22/23
22/24 23/5 24/11 24/14 26/5 26/17
27/14
looked [2] 5/10 11/1
looking [3] 8/16 14/7 24/5
looks [3] 7/1 20/5 26/2
lot [4] 18/16 24/18 24/24 25/2
loud [1] 21/12
LOUISIANA [3] 1/2 1/19 28/4
Louisville [2] 12/6 12/7
lower [1] 23/18

**M**

made [8] 3/20 6/9 8/8 15/11 15/14 23/16
25/7 25/12
magazine [1] 11/15
mail [12] 4/1 5/5 5/23 13/1 13/25 14/2
14/6 14/9 14/17 19/4 19/11 20/22
mailing [5] 5/7 5/25 18/21 26/1 26/2
main [4] 5/2 9/12 9/20 15/10
mainly [1] 3/25
make [8] 8/15 9/22 10/21 11/6 15/3
17/14 18/9 18/10
makes [1] 16/22
making [2] 17/12 23/17
manual [4] 8/12 8/16 8/21 9/2
many [12] 3/2 3/23 9/18 11/7 14/4 18/15
20/13 22/11 22/12 22/15 23/3 23/16
March [3] 1/7 2/2 11/21
March 25 [1] 11/21
market [4] 14/14 21/23 21/24 23/25
materials [4] 4/13 8/6 25/25 26/7
matter [6] 2/21 3/11 3/24 11/8 15/17
28/6
matters [1] 9/18
maximize [1] 21/8
maximum [1] 12/1
may [11] 3/19 6/9 6/10 7/4 7/7 7/8 11/4
15/20 18/7 24/4 25/16
May 6 [4] 3/19 7/4 7/8 11/4
maybe [3] 15/21 20/7 20/15
MDL [2] 1/5 27/11
me [19] 2/19 4/4 4/11 10/25 14/25 15/3
16/16 18/20 18/23 21/12 22/16 23/22
24/6 24/9 24/16 24/24 25/11 27/4 27/17
mean [2] 8/15
mechanical [1] 1/24
media [6] 12/21 13/11 13/13 13/15
13/16 20/13
medical [2] 3/7 19/8
member [1] 3/21
members [10] 3/5 4/1 7/19 7/21 13/1

## M

members... [5]  13/8 13/16 14/11 15/24 26/10
mentioned [5]  4/21 5/20 16/25 18/22 25/23
Merck [18]  3/4 4/2 4/4 4/6 4/8 5/14 5/18 6/9 6/17 9/19 15/23 15/25 16/11 16/12 16/15 23/9 25/5 25/7
Merck's [2]  7/12 10/15
merits [1]  9/9
mess [2]  24/25 25/5
messed [1]  25/2
messing [1]  24/23
method [1]  23/7
Mexico [11]  10/13 11/20 11/22 11/22 12/16 23/2 23/2 23/3 23/8 23/10 23/12
mid [1]  6/25
might [1]  8/15
million [3]  3/5 4/8 6/1
mind [2]  11/13 24/2
money [4]  2/25 7/16 22/8 23/9
month [3]  18/10 24/12 25/10
months [3]  18/15 24/7 24/11
more [9]  6/23 7/8 7/8 9/17 14/17 18/6 18/15 20/2 20/7
morning [5]  2/3 2/6 2/11 2/18 2/19
motion [8]  3/12 3/13 3/20 4/10 4/21 4/22 8/1 25/14
move [1]  18/4
moves [1]  14/15
moving [1]  14/16
Mr. [12]  3/22 5/25 6/6 6/12 10/12 12/11 15/5 15/14 16/23 17/5 18/22 19/5
Mr. Azari [3]  5/25 6/6 6/12
Mr. Getty [4]  16/23 17/5 18/22 19/5
Mr. Getty's [1]  12/11
Mr. Ratliff [3]  3/22 10/12 15/14
Mr. Ratliff's [1]  15/5
Ms. [6]  15/1 15/7 15/25 17/24 19/10 19/14
Ms. Cabraser [5]  15/1 15/7 15/25 17/24 19/14
Ms. Cabraser's [1]  19/10
much [3]  3/9 6/23 27/19
multimedia [2]  10/5 14/17
multimonth [1]  11/11
musculoskeletal [2]  21/21 22/5
must [1]  7/19
my [6]  6/10 7/2 24/2 25/15 26/21 28/5
mysterious [1]  18/22

## N

namely [1]  23/20
names [2]  5/25 6/7
national [1]  11/16
nationwide [3]  4/18 11/14 23/16
nearly [1]  21/17
necessary [1]  8/15
need [2]  5/22 7/8
needs [2]  3/25 20/7
network [1]  5/1
new [13]  1/19 6/10 10/13 11/20 11/22 11/22 12/16 23/2 23/2 23/3 23/8 23/10 23/12
New Mexico [10]  10/13 11/22 11/22 12/16 23/2 23/2 23/3 23/8 23/10 23/12
News [2]  12/2 12/8
News-Express [1]  12/8
newspaper [1]  11/19
newspapers [1]  20/11
nine [3]  18/10 24/6 24/11
nine-month [1]  18/10

no [6]  1/5 6/6 10/4 10/12 15/4 26/22
No. [2]  20/3 13/20
No. 2 [1]  13/20
No. 64871 [1]  10/3
Nobody [1]  22/25
nor [1]  17/16
not [38]
Notably [1]  17/2
note [7]  10/7 16/16 17/7 17/11 17/21 18/11 18/20
noted [5]  15/7 15/13 16/18
notice [38]
noticed [1]  22/14
notices [1]  14/4
notion [1]  15/8
November [1]  3/16
November 19 [1]  3/16
now [9]  13/13 15/16 20/4 21/17 22/6 23/25 24/12 25/2 27/6
null [1]  25/8
number [6]  5/6 11/10 12/12 12/22 13/23 19/1
numbers [1]  27/13

## O

Obama [1]  24/21
Obamacare [1]  6/10
objecting [1]  19/19
objection [5]  6/9 20/1 20/2 20/2 23/2
objections [8]  3/16 10/12 10/13 15/14 15/14 23/1
objects [1]  4/4
obtained [1]  5/4
obviously [2]  4/12 20/3
occurs [1]  8/23
off [5]  7/18 20/15 21/23 21/23 23/24
offering [1]  27/12
office [1]  6/13
Official [1]  1/18 28/2 28/10
Okay [2]  2/16 21/10
on [54]
once [1]  7/14
one [7]  3/8 3/10 8/5 10/6 18/11 18/13 18/20
one-time [2]  3/8 3/10
online [1]  19/3
only [2]  20/10 26/1
open [2]  15/12 27/15
opened [2]  18/8 18/14
opinion [1]  20/11
opportunity [2]  4/17 15/11
opposition [1]  5/19
or [24]  3/24 4/13 5/7 5/8 6/9 6/14 6/25 7/3 8/3 8/9 8/22 9/2 9/15 9/15 11/11 16/14 18/23 19/8 20/9 21/2 21/19 21/25 22/5 24/22
oral [1]  4/9
order [4]  3/13 15/16 15/23 20/20
original [2]  4/22 19/10
Orleans [1]  1/19
other [13]  2/16 3/3 5/6 5/23 7/5 8/22 11/22 13/7 14/11 14/21 19/3 21/10 23/7
others [3]  5/8 22/18 23/10
otherwise [1]  16/15
ought [6]  5/14 6/17 22/24 24/10 26/18 26/19
our [24]  4/22 5/17 7/17 8/1 8/17 9/8 9/12 9/15 9/20 10/18 11/17 11/21 13/2 13/7 13/16 15/10 16/24 18/11 20/1 20/10 25/19 25/20 27/9 27/9
ours [1]  21/6
ourselves [2]  6/16 21/9
out [27]  3/6 3/16 4/13 4/19 6/13 6/15

11/2 11/15 11/20 13/1 13/3 14/2 14/5 14/6 16/17 16/25 17/5 17/7 17/14 17/19 20/5 21/12 23/7 25/6 26/20 27/1 27/4
out-of-pocket [1]  3/6
outcome [1]  21/8
outlets [1]  12/22
outlined [4]  4/23 15/25 16/9 17/24
outset [2]  6/2 15/13
outside [2]  16/4 16/6
over [6]  3/23 5/5 8/1 9/3 23/25 25/2
own [3]  25/19 25/20 25/25

## P

package [1]  7/15
page [4]  4/22 8/16 20/11 20/12
page 8 [1]  8/16
pages [1]  13/12
paid [2]  14/11 16/10
papers [5]  4/24 12/5 12/9 12/12 19/23
paragraph [2]  16/9 17/8 20/16
part [13]  4/6 7/13 8/1 10/3 11/1 15/21 15/22 16/11 17/3 22/21 23/6 23/21 26/15
participate [2]  6/18 9/9
participation [3]  5/16 5/22 8/11
parties [6]  3/3 4/7 4/10 17/16 23/5 25/5
partly [1]  14/13
party [1]  3/21
passed [1]  15/16
passes [1]  26/23
past [1]  19/15
paths [1]  15/6
pay [8]  4/2 11/5 11/12 15/23 16/6 16/9 16/12 16/15
paying [1]  16/1 16/3
payment [5]  3/8 3/10 16/4 16/19 17/1
payments [1]  17/9
pending [1]  18/3
penetration [1]  4/13
people [22]  4/18 11/5 11/11 14/2 18/2 18/8 18/18 18/14 19/2 19/7 20/13 22/11 22/12 22/15 22/20 23/3 23/8 23/25 24/3 24/11 25/6 26/25
percent [2]  6/21 6/21
perhaps [1]  26/17
period [13]  7/7 8/3 11/7 11/11 12/19 13/18 15/16 18/10 20/6 23/14 24/3 24/6 25/3
periodic [2]  23/14 23/15
periodically [1]  22/13
periods [1]  10/20
permitted [3]  17/8 17/10 17/13
person [2]  14/14 23/2
pharmaceutical [2]  19/3 19/8
phone [1]  9/21
physicians [1]  5/7
piece [1]  5/11
Pikeville [1]  12/8
placed [1]  3/11
plaintiff [4]  2/4 2/7 2/9 14/21
plaintiffs [5]  2/16 9/6 9/8 9/9 9/24
plaintiffs' [1]  26/20
plan [9]  6/24 8/9 15/12 15/15 16/9 16/12 16/13 19/19 19/21
Plus [1]  12/24
pocket [3]  3/6 6/16 14/12
point [9]  4/15 5/2 8/8 10/21 15/10 19/10 25/16 26/13 27/9
points [3]  14/24 15/3 19/18
pop [1]  12/18
pop-ups [1]  12/18
population [3]  11/18 12/24 13/2

**P**

position [7]   3/22 4/4 7/12 9/15 16/24 20/25 22/2
positive [1]   10/14
posted [1]   12/21
posting [1]   13/11
postwithdrawal [1]   3/7
potential [2]   6/19 8/25 9/11
power [6]   7/25 8/13 8/14 8/24 20/17 24/24
powers [2]   8/2 8/17
Poydras [1]   1/19
practicable [1]   15/9
practical [2]   7/20 17/22
practice [1]   19/15
precipitated [1]   22/3
precise [1]   4/16
preliminarily [2]   21/13 21/15
preliminary [2]   3/12 3/13
prepare [1]   27/12
prepared [2]   6/15 25/19
prescient [1]   8/6
prescription [2]   3/10 19/3
presented [1]   21/16
President [1]   24/21
President Obama [1]   24/21
press [1]   5/7
pretty [2]   4/16 24/16
previously [1]   16/18
primarily [4]   2/25 4/20 5/15 9/25
print [3]   11/14 11/14 11/19
prior [2]   6/7 19/11
problem [7]   6/6 18/7 24/2 26/16 26/22 26/24 27/4
problematic [2]   2/23 22/2
problems [3]   19/22 21/21 22/6
proceedings [4]   1/24 2/1 27/21 28/6
process [3]   9/4 15/8 19/4
processes [1]   11/6
PRODUCTS [1]   1/5
program [16]   10/5 10/8 10/10 10/11 10/14 10/22 10/25 11/2 11/4 13/20 15/2 15/24 16/3 19/11 24/21 25/12
programs [3]   10/19 11/10 19/2
prohibit [2]   6/9 6/10
proof [1]   3/10
proposal [1]   5/3
propose [1]   7/9
proposed [4]   9/16 19/21 20/4 26/7
proposing [2]   4/15 4/24
protect [1]   8/24
protocol [2]   23/11 23/21
providing [2]   13/22 13/23
provision [1]   17/8
provisions [1]   6/10
publication [2]   4/24 11/16
publications [4]   11/23 11/23 12/4 20/8
publicly [1]   15/12
pulls [1]   25/6
purchasers [2]   5/3 5/24
purchasing [1]   3/6
purpose [2]   20/19 27/1
purposes [1]   3/14
pushing [1]   7/6
put [4]   3/5 6/8 23/9 26/20

**Q**

quarter [2]   6/1 20/12
quarter-page [1]   20/12
question [5]   9/10 9/15 15/4 16/17 18/24
questions [2]   10/1 10/22
quite [3]   14/1 18/10 24/21

**R**

radio [6]   5/8 5/8 5/12 12/14 12/15 12/15
raise [3]   8/6 25/16 26/1
raised [1]   18/23
raising [1]   19/20
rate [5]   5/16 5/17 6/3 6/19 8/7
rates [1]   6/20
Ratliff [4]   3/21 3/22 10/12 15/14
Ratliff's [1]   15/5
RE [1]   1/5
reach [2]   9/18 9/19
reached [2]   3/4 9/13
ready [1]   25/12
real [1]   20/6
really [9]   4/15 4/23 5/22 7/3 7/9 19/20 20/2 21/14 24/19
reason [4]   17/22 19/6 19/12 21/14
reasonable [2]   7/21 20/23
reasons [2]   19/13 25/13
rebroadcasting [1]   15/24
recommendation [1]   19/13
record [1]   28/6
recorded [1]   1/24
records [1]   19/8
recover [1]   3/5
referencing [2]   15/8 16/23
refund [1]   8/22
regarding [1]   10/1
regret [1]   18/13
related [2]   3/7 16/16
releases [1]   5/7
reliable [1]   14/10
relinking [1]   25/24
remains [1]   18/21
remember [1]   24/11
remind [2]   13/17 18/17
reminder [19]   5/9 10/1 10/8 10/17 10/25 11/1 11/4 11/13 13/6 13/14 23/20 24/10 24/15 24/16 24/19 25/12 25/24 27/8 27/10
reminding [1]   15/23
repeat [1]   15/2
reply [2]   17/17 27/7
report [4]   10/2 10/4 11/21 13/19
Reporter [3]   1/18 28/3 28/10
reports [2]   23/14 23/15
request [3]   13/22 26/4 26/10
require [1]   16/15
required [1]   22/11
reserves [1]   8/14
resolution [1]   9/19
respect [2]   7/24 20/18
respond [1]   22/11
responded [2]   22/15 22/25
responding [1]   23/22
response [4]   12/11 18/25 19/17 21/4
rest [1]   16/13
restrictions [1]   18/25
retain [2]   8/1 9/3
retained [1]   8/17
retaining [1]   20/18
Richard [7]   1/15 2/12 4/11 19/17 22/17 26/1 26/14
right [5]   6/1 9/5 11/3 21/11 26/14
rights [1]   19/7
rule [8]   7/18 7/22 10/10 14/7 14/18 15/7 16/13 20/22
Rule 23 [7]   7/18 10/10 14/7 14/18 15/7 16/13 20/22
run [2]   6/20 6/25
rush [1]   18/8
Russ [4]   1/13 2/8 9/7 22/17

**S**

said [6]   6/1 21/14 22/19 22/23 23/2 23/5
same [2]   10/20 26/11
satisfactory [1]   7/3
satisfied [1]   23/12
saturation [3]   4/13 6/19 13/15
saw [2]   3/19 23/17
say [7]   6/23 7/14 15/21 19/1 20/8 20/24 25/7
say-so [1]   7/14
saying [9]   6/9 7/18 14/25 17/6 17/25 18/5 21/22 23/16 24/11
says [7]   3/25 4/8 8/21 9/3 16/20 17/15 19/9
schizophrenic [2]   15/5 15/20
Schwartz [2]   1/17 2/19
script [2]   5/9 26/9
search [1]   12/17
second [5]   8/19 15/19 15/21 16/25 17/1
Section [2]   1/6 8/22
see [5]   7/8 13/16 19/9 22/10 23/6
seeing [1]   10/9
seeking [1]   2/25
seemed [3]   23/22 24/6 24/9
seems [2]   24/15 25/11
selected [1]   12/9
send [1]   27/8
sense [1]   15/6
sent [5]   3/15 4/13 10/25 16/5 27/7
separately [1]   16/5
set [2]   17/17 18/9
settlement [26]   3/4 3/4 3/12 3/15 3/18 4/6 7/13 8/2 8/14 8/18 8/23 9/2 9/13 9/17 13/5 13/9 13/10 13/22 16/21 17/4 20/16 20/21 21/2 25/1 26/4 27/11
settlements [2]   19/3 19/11
she [2]   9/22 16/3
short [1]   20/6
should [8]   8/21 15/9 15/21 15/22 16/20 20/11 23/24 24/6
side [2]   4/11 13/21
sides [1]   4/4
sign [1]   19/23
simple [1]   19/6
simplifying [1]   13/21
simply [4]   4/16 10/7 21/5 26/3
since [2]   8/8 17/16
sir [1]   2/10
site [6]   12/22 13/5 13/7 13/9 13/22 26/4
sites [4]   12/23 13/6 13/12 25/25
situation [3]   8/10 21/6 21/7
slightly [5]   5/1 5/5 5/24
so [37]
social [2]   13/15 20/12
software [1]   1/25
solicited [1]   12/11
some [20]   2/25 3/8 5/8 7/7 10/6 10/20 15/22 21/17 21/19 21/21 22/6 22/13 22/20 23/7 23/9 23/25 24/10 24/11 25/19 26/8
something [11]   6/14 10/14 21/15 22/5 22/24 23/19 24/5 24/13 24/14 26/4 26/19
sometime [1]   6/25
somewhat [3]   18/5 18/22 23/18
somewhere [1]   6/21
sorry [2]   14/19 15/20
sort [4]   19/4 19/10 20/10 25/4
sound [1]   19/14
Spanish [3]   12/14 13/24 23/3
speak [1]   23/3
specific [1]   12/23

**S**

specifically [3]  8/14 11/17 14/2
specifies [1]  16/8
spent [2]  3/9 4/8
spots [2]  12/14 12/15
standards [1]  26/11
standpoint [1]  21/16
start [2]  11/12 14/25
started [2]  7/18 24/15
starts [1]  24/17
stated [1]  19/14
states [6]  1/1 1/11 2/25 8/17 23/17 28/3
statewide [1]  12/2
stations [2]  5/8 12/15
STATUS [1]  1/10
stenography [1]  1/24
stick [1]  26/9
still [1]  18/25
stimulation [1]  14/20
streamlining [1]  13/21
Street [1]  1/19
submit [1]  27/11
submitting [1]  26/6
successful [2]  4/14 20/6
such [4]  9/14 14/17 18/24 26/11
sufferers [2]  11/17 12/23
sufficient [2]  6/20 25/13
suggest [1]  27/14
suggested [1]  12/12
suggesting [1]  19/5
suggestions [2]  12/11 26/8
suit [1]  2/24
Sunday [4]  12/3 12/4 12/6 12/7
supervising [1]  20/19
supplied [1]  4/3
support [1]  16/24
supported [1]  9/1
sure [2]  24/21 25/17
system [1]  27/11
Systems [1]  4/20

**T**

tail [1]  24/10
take [7]  11/5 17/25 18/2 21/22 22/1 24/4 26/17
taken [4]  4/4 22/4 22/4 22/7
takes [1]  3/22
talked [1]  19/1
talking [2]  22/19 23/19
talks [1]  20/18
target [1]  12/23
telephone [2]  1/13 27/5
tell [1]  4/11
telling [2]  27/10 27/10
tend [1]  11/5
term [4]  17/3 17/15 17/18 18/12
terms [5]  3/11 3/18 5/16 16/20 24/23
than [7]  5/2 5/18 7/8 9/17 20/2 23/18 24/7
thank [4]  19/16 25/14 27/19 27/20
that [188]
that's [23]  5/1 6/11 7/13 11/7 11/16 13/3 14/2 14/13 14/15 16/10 16/11 18/13 19/5 19/15 20/25 23/21 24/19 25/13 26/4 26/13 26/14 26/17
their [16]  2/25 3/5 5/18 9/1 13/12 13/12 14/4 19/7 20/13 22/2 22/5 22/7 24/3 25/7 25/25 26/23
them [13]  13/17 17/17 18/17 20/9 21/20 21/24 24/4 26/22 27/1 27/4 27/10 27/10 27/12
themselves [1]  14/3

then [11]  10/21 11/23 12/7 12/20 12/22 14/19 15/6 17/11 18/6 20/15 23/6 27/13
there [26]  2/12 3/8 3/8 3/9 3/23 4/24 5/6 6/1 6/6 6/12 12/14 14/1 14/9 15/10 15/13 17/8 17/10 17/14 17/19 18/24 19/20 19/21 20/15 22/13 26/20 26/22
there's [11]  5/23 6/7 11/19 12/4 15/19 16/14 17/21 18/1 20/6 27/4 27/16
therefore [1]  17/19 18/18 19/12 25/8
these [12]  6/6 8/6 9/18 12/9 18/9 18/14 21/24 23/3 23/25 24/17 25/13 25/19
they [25]  2/22 2/23 2/24 4/8 7/22 12/10 12/18 13/13 14/8 20/12 20/25 21/23 22/1 22/2 22/3 22/4 22/4 22/6 22/6 22/7 22/7 22/9 22/9 23/3 25/8
thing [5]  5/23 18/20 20/24 25/8 26/16
things [3]  10/6 25/3 25/19
think [40]
thinks [1]  7/11
Third [1]  17/12
Third Circuit [1]  17/12
this [55]
those [14]  3/17 8/2 10/23 12/5 12/12 12/13 12/18 14/4 16/16 22/8 23/11 23/17 25/4 26/9
though [1]  4/13
thought [4]  18/15 21/23 23/18 23/18
thousands [4]  14/4 19/7 22/20 22/20
three [3]  5/19 18/23 24/12
through [8]  4/19 5/1 7/21 11/10 12/16 13/23 16/1 27/11
throughout [6]  2/24 3/24 4/25 12/15 12/19 23/13
throw [1]  6/17
thus [4]  4/14 19/21 20/3
time [18]  3/8 3/10 3/15 4/5 7/7 7/8 8/7 8/21 8/24 10/7 13/18 19/19 20/6 20/7 23/22 24/3 24/6 27/6
times [1]  12/12
timing [1]  17/10
today [3]  3/20 6/14 11/15 27/17
together [3]  18/16 23/5 24/4
told [4]  6/6 6/18 6/20 24/12
tomorrow [2]  6/14 27/18
Toni [5]  1/18 1/20 28/2 28/9 28/9
took [3]  9/17 21/23 23/25
total [4]  4/25 5/13 5/25
towards [1]  11/17
towel [1]  6/18
town [2]  6/13 27/17
transcript [2]  1/10 28/5
transcription [1]  1/25
true [1]  28/4
try [4]  8/9 19/24 21/7 27/13
trying [3]  21/1 21/3 21/5
turn [2]  19/24 20/5
Tusa [5]  1/18 1/20 28/2 28/9 28/9
tweet [1]  13/13
Twitter [3]  13/13 20/14 20/15
two [14]  12/4 15/6 15/21 24/18
two-part [1]  15/21
typical [1]  23/23

**U**

ultimate [1]  21/8
under [7]  3/18 5/24 6/1 7/18 7/20 20/22 20/23
understand [4]  4/3 20/24 23/4 27/3
understanding [2]  6/11 28/5
understandings [1]  21/7
UNITED [3]  1/1 1/11 28/3
until [2]  3/19 8/18 19/23
unusually [1]  18/10

up [13]  3/5 3/6 6/24 7/3 17/23 18/1 18/5 18/20 19/20 20/9 23/6 27/13
updating [1]  13/22
upon [2]  16/21 17/16
ups [1]  12/18
us [2]  7/22 18/22
use [2]  3/8 19/22
used [5]  4/19 10/19 19/3 19/5 19/11
useful [1]  10/8
users [2]  14/3 14/11
uses [1]  13/13
using [5]  1/24 5/3 5/7 5/9 6/6
usually [1]  24/7

**V**

valid [1]  26/13
various [1]  13/16
vast [1]  7/1
verifiable [1]  14/10
verified [2]  12/13 14/10
very [12]  6/3 9/18 10/7 12/22 16/22 16/22 16/22 20/4 25/11 26/6 26/8 27/19
video [7]  5/10 10/25 12/20 12/20 13/4 13/12 13/14
viewpoint [1]  26/23
violence [4]  9/13 21/1 21/2 21/5
VIOXX [24]  1/5 2/21 2/22 2/23 2/24 3/6 3/8 3/9 3/10 4/19 5/3 5/24 11/18 13/2 14/3 14/10 14/12 21/19 21/20 21/22 22/1 22/4 23/24 23/25
vioxxsettlement.com [1]  13/5
void [2]  9/14 25/9
voidable [1]  9/15
voluntarily [1]  16/1
voluntary [1]  16/14
volunteered [1]  4/9

**W**

waiting [2]  6/5 18/25
waived [1]  19/7
wall [1]  7/4
want [10]  4/2 4/11 4/17 4/23 6/2 8/13 20/25 21/7 22/7 26/25
wanted [3]  10/21 10/24 22/13
wants [2]  20/17 26/2
was [44]
wasn't [1]  23/23
way [6]  2/20 5/10 9/14 17/7 17/14 21/4
we [107]
We'll [2]  19/9 26/16
we've [1]  10/18
Web [7]  13/5 13/6 13/7 13/9 13/22 25/25 26/4
weeks [4]  18/23 24/13 24/13 24/18
Welch [1]  17/11
well [11]  6/22 7/17 7/22 12/7 13/24 15/22 16/19 17/7 18/15 20/4 23/5
went [5]  17/7 17/14 18/8 20/12 22/25
were [18]  3/16 5/19 5/20 8/5 10/12 12/9 12/10 12/11 12/12 14/6 14/9 14/11 15/14 17/9 23/16 23/16 23/17 25/4
weren't [1]  22/15
what [15]  4/16 4/23 10/18 11/1 11/25 16/11 18/16 19/9 19/20 20/3 20/9 21/1 21/3 24/19 26/19
what's [1]  20/4
whatever [5]  7/5 8/13 8/15 20/17 24/13
when [16]  11/2 11/11 14/6 24/4 24/17 24/25
where [4]  7/21 19/4 20/7 24/18
whether [5]  15/7 16/17 17/12 17/14 24/22
which [16]  4/6 4/19 5/17 5/19 5/19 8/23

## W

which... [10]  9/3 10/25 11/17 11/24
12/11 17/1 18/21 20/22 22/6 23/16
while [1]  10/8
who [17]  2/4 2/5 2/22 3/21 4/18 4/21
6/12 8/5 14/11 14/11 18/8 18/8 19/2
21/18 21/25 22/13 25/6
whole [4]  7/15 9/3 25/8 26/15
why [2]  14/15 21/22
will [14]  4/10 6/11 6/23 6/25 7/2 7/10
11/2 12/18 12/21 13/4 13/5 13/13 13/16
20/24
willing [1]  5/15
Winters [2]  1/15 2/13
withdrawn [1]  14/14
within [1]  8/14
won't [1]  15/2
word [1]  15/21
words [1]  14/11
work [4]  5/11 12/13 19/25 23/7
worked [2]  20/4 23/10
working [2]  4/20 6/13
works [1]  7/9
would [33]
written [1]  11/8
wrong [1]  15/20

## Y

year [3]  9/17 10/12 14/18
years [9]  3/2 11/7 11/9 14/15 21/17
23/25 24/1 24/1 24/5
Yes [5]  2/10 2/13 4/12 10/24 14/24
you [54]
You're [1]  26/14
you-all [1]  27/5
your [32]
Your Honor [27]  2/6 2/13 2/15 2/18 4/12
6/2 7/18 8/5 9/7 9/17 9/23 9/25 10/21
11/3 13/25 14/20 14/24 15/13 15/22
16/18 17/21 18/20 19/16 25/16 25/22
26/7 26/10
YouTube [7]  12/21 12/21 12/22 13/4
13/12 13/14 25/25

## Z

Zients [2]  8/19 16/24