UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Sherrill Herke, individually and on behalf of a proposed class of those similarly situated*

## ORDER

Before the Court is Interested Party James Ratliff's motion to approve additional notice, to require Defendant Merck to pay for such notice, and to extend the claims deadline. (Rec. Doc. 64855). On March 27, 2014, the Court held a hearing on the motion. (Rec. Doc. 64876). For the reasons given during the hearing, **IT IS ORDERED** that the motion is **DENIED**. As noted in the minute entry (*Id.*), the hearing was transcribed by Toni Tusa, official Court reporter. Counsel may contact Ms. Tusa at (504) 523-7778 to request a copy of the transcript.

New Orleans, Louisiana, this 15th day of April, 2014.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE