UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:     *Jo Levitt v. Merck Sharp & Dohme Corp.*, **06-9757**

## ORDER

Considering Defendant Merck's motion to stay (Rec. Doc. 64879), **IT IS ORDERED** that all remaining expert discovery is **STAYED** pending resolution of the motion for summary judgment (Rec. Doc. 64878) in this matter, which is set for submission on April 23, 2014.

New Orleans, Louisiana, this 15th day of April, 2014.

*[signature]*
_____
UNITED STATES DISTRICT JUDGE