UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>         **PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**          *Jo Levitt v. Merck Sharp & Dohme Corp.,* **06-9757**

## ORDER

At the request of the parties, **IT IS ORDERED** that the submission date and time of Defendant Merck's motion for summary judgment (Rec. Doc. 64878) is **CONTINUED** until May 21, 2014, at 9:00 a.m.

New Orleans, Louisiana, this 17th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE