```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF LOUISIANA


IN RE:  VIOXX PRODUCTS         *       MDL Docket No. 1657
        LIABILITY LITIGATION   *
                               *       Section L
                               *
Relates to All Cases           *       March 21, 2014
* * * * * * * * * * * * * * * *


                 STATUS CONFERENCE BEFORE
                THE HONORABLE ELDON E. FALLON
                 UNITED STATES DISTRICT JUDGE


APPEARANCES:

For the Plaintiffs:          Herman Herman & Katz, LLC.
                             BY:  RUSS M. HERMAN, ESQ.
                             820 O'Keefe Avenue
                             New Orleans, Louisiana 70113

For the Defendant:           Williams & Connolly, LLP
                             BY:  DOUGLAS R. MARVIN, ESQ.
                             725 Twelfth Street N.W.
                             Washington, D.C. 20005

Official Court Reporter:     Toni Doyle Tusa, CCR, FCRR
                             500 Poydras Street, Room B-406
                             New Orleans, Louisiana 70130
                             (504) 589-7778


Proceedings recorded by mechanical stenography, transcript
produced by computer.
```

```
08:57    1                          PROCEEDINGS
08:57    2                        (March 21, 2014)
09:16    3             THE COURT:  Be seated, please.
09:16    4                  Good morning, ladies and gentlemen.  This is our
09:16    5    now every two-month meeting on the Vioxx case.  It's getting to
09:16    6    that point.
09:16    7                  Let's call the case.
09:16    8             THE DEPUTY CLERK:  MDL No. 1657, In Re: Vioxx
09:16    9    Products Liability Litigation.
09:17   10             THE COURT:  Liaison lead counsel make their
09:17   11    appearance for the record, please.
09:17   12             MR. HERMAN:  May it please the Court.  Good morning,
09:17   13    Judge Fallon.  Russ Herman for plaintiffs.
09:17   14             MR. MARVIN:  Good morning, Your Honor.  Douglas
09:17   15    Marvin for Merck.
09:17   16             THE COURT:  Okay.  I had a meeting in advance of this
09:17   17    to discuss the agenda.  One of the matters on the agenda is a
09:17   18    motion filed by a Kentucky resident asking that the cutoff date
09:17   19    for filing claims in the last class action case that we are
09:17   20    dealing with be extended and also some additional notice in the
09:18   21    Kentucky area be allowed at Merck's expense.  I set that motion
09:18   22    for Thursday at 10:00 --
09:18   23             MR. HERMAN:  The 27th, Your Honor.
09:18   24             THE COURT:  -- the 27th, and at that time I will hear
09:18   25    that motion.  I'll give everybody an opportunity to brief it
```

```
09:18   1  for me.  I'll get Merck's response by Monday, Tuesday at the
09:18   2  latest, and any response to the motion, and then I will
09:18   3  entertain oral arguments on that.
09:18   4              I might say that we also have a number of media
09:18   5  campaigns going out in April to various newspapers around the
09:18   6  country, including the *Lexington Herald-Leader*, the Sunday
09:18   7  edition of the *Herald-Leader*, the Louisville *Courier-Journal*,
09:19   8  and the Louisville *Courier-Journal* Sunday.  I'm not sure if
09:19   9  Pikeville *Appalachian News-Express* is involved in that.  A
09:19  10  number of media facilities in New Mexico will also be targeted.
09:19  11              Governmental actions is the next item.
09:19  12         **MR. HERMAN:**  May it please the Court.  I'm sorry for
09:19  13  interrupting, Your Honor.
09:19  14         **THE COURT:**  Go ahead.
09:19  15         **MR. HERMAN:**  Co-class settlement counsel and
09:19  16  Kinsella, the expert, have met in connection with the print ads
09:19  17  Your Honor mentioned, but we also have a report regarding the
09:19  18  AARP newsletter, etc.  I ask that I be able to provide Andrew
09:19  19  Kingsley with a copy and it be posted on the Court's Web site
09:19  20  if Your Honor approves.
09:19  21         **THE COURT:**  All right. Orran Brown also is on the
09:20  22  line, and he has submitted to the Court the latest report on
09:20  23  March 19.
09:20  24              Orran, do you have anything on that report that
09:20  25  you want to highlight for us?
```

**MR. BROWN:** Thank you, Your Honor. This is Orran Brown Sr.

We did file a status report on the 19th. It is available in the Court's docket as Document 64857. It will be posted on the official program Web site, which is www.vioxxsettlement.com, and I believe the Court has indicated it will also be posted on the Court's Web site. It provides a full report on the status of activities and implementing the settlement agreement to date.

It also discusses the reminder efforts that we have been working with the parties and the Court on to try to cultivate and fertilize class member response in the program, which has generated considerable response. We have seen the filing weekly rate triple since we implemented those reminder measures. They are discussed and reviewed in full in the report. It also provides data on class member response and activity to date.

If any of the parties or the Court has any questions about it, I would be delighted to answer them at this time; or if anyone would like to get in touch with us, we can handle them then.

**THE COURT:** All right. This is, of course, for the consumer class. The consumer class involves those individuals who bought Vioxx, took Vioxx, and had no adverse reaction to Vioxx. They took it and apparently either Vioxx didn't help

09:21  1  them or Vioxx helped them, but in any event they had no adverse
09:21  2  effects as a result of consuming Vioxx.  They did spend money
09:22  3  on purchasing Vioxx.  Their position is that had they known
09:22  4  that Vioxx had some potential problems that they would not have
09:22  5  bought Vioxx.  This settlement gives them an opportunity to get
09:22  6  their money back, up to a certain amount, for purchasing Vioxx
09:22  7  as well as some expenditures for doctors' visits to get a
09:22  8  different drug as a replacement to Vioxx.
09:22  9         Those cases were involved in the class action.
09:22 10  I approved the class action.  We are now in the process of
09:22 11  advising or encouraging people who fall into that class to make
09:23 12  claims and the claims then will be dealt with.  That's what we
09:23 13  have been talking about.
09:23 14         Anything on government actions?
09:23 15      **MS. BARRIOS:**  Good morning, Your Honor.  Dawn
09:23 16  Barrios, liaison for the attorneys general.
09:23 17         In February the attorney general from
09:23 18  Mississippi notified the Court that all discovery was complete
09:23 19  under the various provisions of Pretrial Order 39, 39A, 39B,
09:23 20  and 39C.  Similarly, the attorneys general for Alaska and
09:23 21  Montana have notified Your Honor of the same at the beginning
09:23 22  of March.  All three of these attorneys general are ready now
09:23 23  for ruling on the remands that you have heard previously.
09:23 24         Mr. Scott Powell, who represents the attorneys
09:23 25  general of Montana and Alaska, has come to the status

conference.  I would ask the Court to allow him to address the Court.

**THE COURT:**  Of course.

**MR. POWELL:**  Good morning, Your Honor.  Scott Powell for Alaska and Montana.

Ms. Barrios is right.  If the Court will recall, the Court took oral argument on remand in October.  We continue to do the discovery contemplated by PTO 39A, B, and C.  We did complete that, and we completed it in late February, and notified the Court pursuant to that order on March 3 that we had completed discovery contemplated by the Court's order and were ready for the Court to issue its rulings on remand.  So that's where we are.

**THE COURT:**  Okay.  We had about 26 states involved initially in this type of litigation.  Basically, what the attorneys general of the 26 states indicated was that they had approved the purchase of Vioxx in their various programs, including their Medicaid programs, and they feel that had they known that Vioxx was potentially problematic, they would not have approved that drug for their program.  Therefore, they feel that they have some claims involving both the remuneration for the purchase as well as violations of various state laws applicable to advertising in their states as well as other issues.

The case proceeded and the common discovery was

```
09:25   1   conducted hopefully more expeditiously and also less expensive
09:25   2   than it would have been had they each gone on their own way.
09:25   3   Many of the states have settled.  We have Alaska, Montana,
09:26   4   Mississippi, and Utah still outstanding.
09:26   5               Utah is not ready to go back on a motion at this
09:26   6   point, but they are close.  They have some discovery that they
09:26   7   are doing now, and they have had some issues that I have been
09:26   8   able to resolve with a motion.  Alaska, Montana, and
09:26   9   Mississippi indicate that their common discovery is finished
09:26   10  and that it's appropriate for the Court to look at the motions
09:26   11  to remand.
09:26   12              I contacted the special master.  I asked the
09:26   13  special master to see whether or not there was interest on
09:26   14  everyone, especially Merck, to take one last look at this case
09:27   15  to see whether or not there was any potential for resolving it
09:27   16  while the Court still had it.  Merck indicated that they were
09:27   17  interested in taking one last shot at this.  Counsel has
09:27   18  indicated that they are going to enter into some discussions
09:27   19  with Merck during the period of time that the Court is working
09:27   20  on the motions to remand.
09:27   21              I'm not going to hold the motions to remand, but
09:27   22  at the same time this is the last opportunity that this Court
09:27   23  may well have.  If it can help them resolve the matter, then
09:27   24  it's willing to do so.  Otherwise I won't see them anymore
09:27   25  unless I visit their respective states.
```

09:27  1     **MR. POWELL:**  Your Honor, excuse me, may I make a
09:27  2  point of clarification?
09:28  3     **THE COURT:**  Sure.
09:28  4     **MR. POWELL:**  As it relates to Alaska and Montana,
09:28  5  neither of those states have made claims that this drug would
09:28  6  not have been selected for its respective formularies.  There's
09:28  7  not a reimbursement for Medicare or Medicaid issues, simply
09:28  8  they are a violation of the state's Consumer Protection Act and
09:28  9  involve penalty issues.  There's not that claim.  I just want
09:28 10  to make that clarification for the Court.  Thank you, sir.
09:28 11     **THE COURT:**  Thank you very much.  Thank you for being
09:28 12  here with us.
09:28 13          Third-party payors, any report on that?
09:28 14     **MR. HERMAN:**  May it please the Court.  Pursuant to
09:28 15  your order, those funds have been paid out.  We have received
09:28 16  no negative commentary.
09:28 17     **THE COURT:**  The only issue there was the attorneys'
09:28 18  fees.  The litigants have all been paid.  After the litigants
09:28 19  and the third-party payors have been paid, then the Court
09:28 20  focuses on common benefit fees.
09:28 21          I went through a detailed structure on the
09:28 22  process on common benefit fees, wrote an opinion on it, posted
09:29 23  the opinion on the Web site, and there's been no appeal from
09:29 24  that opinion.  That aspect of the case hopefully has ended.
09:29 25          We have several personal injury claims that are

still outstanding.  There's one heart attack claim for Mrs. Jo Levitt.  There's two stroke claims, AnnMarie Mannino and Donna Russell, and then there's some other claims that we are dealing with, including Mr. Dennis Harrison's claims.

I'll hear from Ms. Oldfather at this time.

**MS. OLDFATHER:**  Good morning, Your Honor.  Ann Oldfather, liaison and lead counsel for the other personal injury claims.

In addition to the three claims that Your Honor has outlined, there are 29 VTE claims.  Those are represented either by our firm or by other firms or there's six *pro se* folks in that group.  So that group is dependent upon the general causation ruling that the Court has already made in this case under *Daubert* and Merck requested a reconsideration of that motion, so that is pending.  There are six of those claimants, of those 29 claimants in the VTE group, where Merck has summary judgment motions pending based upon the future evidence stipulation.

We have also discussed with the *pro ses* and with all of the claimants the issue of whether or not they would insist upon remand to the originating jurisdictions or whether they would consent to trial here in New Orleans, and we are prepared to discuss that with the Court at the appropriate time.  So we await the Court's guidance as to the resolution of these remaining 29 cases.

09:31   1          I will comment also there is Mr. Harrison's
09:31   2   claim.  Mr. Harrison's claim is, I believe, submitted on
09:31   3   Merck's motion for summary judgment at this point.  I checked
09:31   4   with Mr. Harrison before today's status conference to see if
09:31   5   there was anything in particular that he wanted to make the
09:31   6   Court aware of.  Although there were a number of things we
09:31   7   discussed, I think it's probably fair to say that his number
09:31   8   one request is for a remand; not that he doesn't love
09:31   9   Your Honor, but he would like to be back in New York.
09:31  10          **THE COURT:**  Right.  I understand.  Mr. Harrison has
09:31  11   been very diligent in his case.  He has even come down to
09:31  12   New Orleans to visit with us at least on one occasion.  I've
09:31  13   been very concerned about Mr. Harrison because his health has
09:32  14   had ups and downs, and I hope he is on the upswing at this
09:32  15   time.  I will be getting to Mr. Harrison's case very shortly.
09:32  16          I appreciate you being with us, Mr. Harrison.
09:32  17   You've been very faithful in watching the Court's Web site, I
09:32  18   know, and keeping in touch with the case.
09:32  19          **MR. HARRISON:**  Your Honor, my pleasure.  Thank you.
09:32  20          **MS. OLDFATHER:**  Thank you, Your Honor.
09:32  21          **THE COURT:**  With regard to those cases, Ann, we are
09:32  22   going to have to spin those out, and then I will meet with you
09:32  23   and Merck and try to put some structure in this situation so
09:32  24   that we can at least focus on those cases that have some
09:32  25   motions for summary judgment and deal with those.  What's left,

```
09:32    1   we will have to figure out a way of dealing with them.
09:33    2                I don't know whether a bellwether is going to be
09:33    3   helpful in these cases.  It looks like they are sort of
09:33    4   *sui generis*, of their own kind, and we are going to have to
09:33    5   deal with those one after another in some way.  If we can group
09:33    6   them and deal with several of them at one time, that would be
09:33    7   helpful too.  I will talk to you all and get your input.
09:33    8            **MS. OLDFATHER:**  We look forward to discussing that
09:33    9   with the Court, Your Honor.
09:33   10            **MR. MARVIN:**  Your Honor, just very briefly on the
09:33   11   motions that have been before the Court, two have been
09:33   12   resolved, the *Weeks* and *Wodowski* cases, where rulings have been
09:33   13   entered there.  There are two uncontested motions, one in the
09:33   14   *Posey* case and then another involving several cases where the
09:33   15   plaintiffs only allege injury from Bextra and Celebrex but
09:34   16   somehow they got into this MDL.  Then there are three motions
09:34   17   that are contested but now are fully briefed in *Harrison*,
09:34   18   *Mannino*, and then the future evidence stipulation group of
09:34   19   cases.  Thank you.
09:34   20            **THE COURT:**  Thank you all.
09:34   21                Any other pending motions?
09:34   22            **MS. OLDFATHER:**  Your Honor, other than the ones that
09:34   23   were just discussed by Mr. Marvin, I believe there is just the
09:34   24   motion that deals with Mr. Stratton's fee that he took.
09:34   25            **THE COURT:**  That's one that we have to deal with.
```

```
09:34   1              Anything from the plaintiffs?
09:34   2              MR. HERMAN:  Your Honor, Mr. Johnston is here for
09:34   3   pro se.  I'm not certain whether he has a report to make or
09:35   4   not.
09:35   5              MR. JOHNSTON:  This will be my shortest report.
09:35   6              THE COURT:  I know you just back from Normandy, is
09:35   7   it?
09:35   8              MR. JOHNSTON:  It was incredible.  There were 30 of
09:35   9   us who are volunteers and tour guides at the World War II
09:35  10   Museum and we spent a week.  Have you been?
09:35  11              THE COURT:  No, I haven't.
09:35  12              MR. JOHNSTON:  Go.
09:35  13                   I have already provided the Court with the
09:35  14   monthly status report, but we have had just only very, very few
09:35  15   calls.  On the proverbial graph, we are way down at the bottom,
09:35  16   and I think that's representative of what the Court is seeing
09:35  17   in the late stage of this litigation.  So everything is fine.
09:35  18              THE COURT:  Good.  I appreciate your work in the
09:35  19   case.  It's very helpful for the Court to feel that the pro ses
09:35  20   at least have a skilled attorney to talk to.  I appreciate your
09:36  21   help on it.
09:36  22                   We are getting to the point in this case where
09:36  23   our meetings are not as full as they used to be.  We had in the
09:36  24   old days hundreds of people on the phone, hundreds of people in
09:36  25   the courtroom, press in the first row.  We had 50,000
```

```
09:36   1   individual claims, about 30 class actions.  We had claims from
09:36   2   every state in the union, 26 attorneys general, a number of
09:36   3   third-party claims, and consumer class claims.  Most of those
09:36   4   have been resolved one way or the other, either through trials
09:36   5   or otherwise, and we are getting now to the bottom of the case.
09:36   6   Hopefully we will be able to resolve all these by the end of
09:36   7   this year.
09:36   8                   Any appeals?
09:36   9             MR. HERMAN:  Your Honor, may it please the Court.
09:36  10   There's the Meloy appeal in the Fifth Circuit, 14-30109.  Merck
09:37  11   has filed a lack of jurisdiction.  The last filing, Merck
09:37  12   responded on March 10, 2014.  There's been no determination.
09:37  13             THE COURT:  Anything on that, John?
09:37  14             MR. BEISNER:  Yes, Your Honor.  John Beisner for
09:37  15   Merck.
09:37  16                   We have moved to dismiss that appeal from the
09:37  17   Court's approval of the class settlement on the grounds that
09:37  18   the sole issue raised by the appellant, the attorneys' fee
09:37  19   issue, hasn't yet been addressed by the Court.  That's now
09:37  20   fully briefed and awaiting ruling by the circuit.
09:37  21             THE COURT:  Thank you very much.
09:37  22                   The next status conference will be on June 6 at
09:37  23   9:00.
09:37  24             MR. HERMAN:  Your Honor, if I might very quickly, I
09:37  25   just want to acknowledge that class co-counsel Elizabeth
```

09:38  1  Cabraser, Dawn Barrios, Jim Dugan, who's part of that
09:38  2  committee, and Lenny Davis have almost daily been in contact
09:38  3  with our expert, Kinsella, and/or Merck in attempts to move the
09:38  4  notice matter along.  I feel they ought to be acknowledged on
09:38  5  the record.
09:38  6       **THE COURT:**  One thing we had in the notice out of
09:38  7  New Mexico, it has been brought to the Court's attention that
09:38  8  the notices were in English and a lot of the consumers in those
09:38  9  states only spoke Spanish.  So we had to then have the notice
09:38 10  put in Spanish newspapers, Indian newspapers, and also radio
09:38 11  and television that targeted mainly Hispanics or Indians and
09:39 12  that that has been done.  So that portion of the notice in
09:39 13  New Mexico has been handled.
09:39 14       I'm focused now on Kentucky to make sure that
09:39 15  the people in Kentucky at least have notice of this.  Whether
09:39 16  or not they act on it is their own business, but I want to make
09:39 17  sure that they are thoroughly advised of their rights also.
09:39 18       **MR. HERMAN:**  May I approach, Your Honor?
09:39 19       **THE COURT:**  Sure.  Anything else?
09:39 20       **MR. MARVIN:**  Your Honor, the motion I mentioned to
09:39 21  dismiss certain plaintiffs solely asserting Bextra and Celebrex
09:39 22  claims has been noticed for submission for today immediately
09:39 23  following this status conference.  As I mentioned, there are no
09:39 24  claims against Vioxx.
09:39 25       **THE COURT:**  Right.  I'm going to dismiss those

```
09:39   1   because apparently they wrongly filed.  This is not the
09:39   2   Celebrex case.  This is the Vioxx case.  Celebrex is in another
09:39   3   portion of the country.  I am granting those.
09:40   4           MR. MARVIN:  Thank you.
09:40   5           THE COURT:  Thank you very much.  Court will stand in
09:40   6   recess.
09:40   7           THE DEPUTY CLERK:  All rise.
09:40   8           (Proceedings adjourned.)
09:40   9                              * * *
       10                           CERTIFICATE
       11           I, Toni Doyle Tusa, CCR, FCRR, Official Court
       12   Reporter for the United States District Court, Eastern District
       13   of Louisiana, certify that the foregoing is a true and correct
       14   transcript, to the best of my ability and understanding, from
       15   the record of proceedings in the above-entitled matter.
       16
       17
       18                               s/ Toni Doyle Tusa
                                        Toni Doyle Tusa, CCR, FCRR
       19                               Official Court Reporter
       20
       21
       22
       23
       24
       25
```

**1**

10 [1]  13/12
10:00 [1]  2/22
14-30109 [1]  13/10
1657 [2]  1/5 2/8
19 [1]  3/23
19th [1]  4/3

**2**

20005 [1]  1/19
2014 [3]  1/7 2/2 13/12
21 [2]  1/7 2/2
26 [3]  6/14 6/16 13/2
27th [2]  2/23 2/24
29 [3]  9/10 9/16 9/25

**3**

30 [2]  12/8 13/1
30109 [1]  13/10
39 [1]  5/19
39A [2]  5/19 6/8
39B [1]  5/19
39C [1]  5/20

**4**

406 [1]  1/21

**5**

50,000 [1]  12/25
500 [1]  1/21
504 [1]  1/22
589-7778 [1]  1/22

**6**

64857 [1]  4/4

**7**

70113 [1]  1/16
70130 [1]  1/21
725 [1]  1/18
7778 [1]  1/22

**8**

820 [1]  1/15

**9**

9:00 [1]  13/23

**A**

AARP [1]  3/18
ability [1]  15/14
able [3]  3/18 7/8 13/6
about [5]  4/19 5/13 6/14 10/13 13/1
above [1]  15/15
above-entitled [1]  15/15
acknowledge [1]  13/25
acknowledged [1]  14/4
act [2]  8/8 14/16
action [3]  2/19 5/9 5/10
actions [3]  3/11 5/14 13/1
activities [1]  4/8
activity [1]  4/17
addition [1]  9/9
additional [1]  2/20
address [1]  6/1
addressed [1]  13/19
adjourned [1]  15/8
ads [1]  3/16
advance [1]  2/16
adverse [2]  4/24 5/1
advertising [1]  6/23
advised [1]  14/17
advising [1]  5/11

after [2]  8/18 11/5
against [1]  14/24
agenda [2]  2/17 2/17
agreement [1]  4/9
ahead [1]  3/14
Alaska [6]  5/20 5/25 6/5 7/3 7/8 8/4
all [11]  1/7 3/21 4/22 5/18 5/22 8/18
 9/20 11/7 11/20 13/6 15/7
allege [1]  11/15
allow [1]  6/1
allowed [1]  2/21
almost [1]  14/2
along [1]  14/4
already [2]  9/13 12/13
also [13]  2/20 3/4 3/10 3/17 3/21 4/7
 4/10 4/16 7/1 9/19 10/1 14/10 14/17
Although [1]  10/6
am [1]  15/3
amount [1]  5/6
and/or [1]  14/3
Andrew [1]  3/18
Ann [2]  9/6 10/21
AnnMarie [1]  9/2
another [3]  11/5 11/14 15/2
answer [1]  4/19
any [8]  3/2 4/18 4/18 5/1 7/15 8/13
 11/21 13/8
anymore [1]  7/24
anyone [1]  4/20
anything [6]  3/24 5/14 10/5 12/1 13/13
 14/19
Appalachian [1]  3/9
apparently [2]  4/25 15/1
appeal [3]  8/23 13/10 13/16
appeals [1]  13/8
appearance [1]  2/11
APPEARANCES [1]  1/13
appellant [1]  13/18
applicable [1]  6/23
appreciate [3]  10/16 12/18 12/20
approach [1]  14/18
appropriate [2]  7/10 9/23
approval [1]  13/17
approved [3]  5/10 6/17 6/20
approves [1]  3/20
April [1]  3/5
are [29]
area [1]  2/21
argument [1]  6/7
arguments [1]  3/3
around [1]  3/5
as [14]  4/4 5/2 5/7 5/7 5/8 6/22 6/22
 6/23 6/23 8/4 9/24 12/23 12/23 14/23
ask [2]  3/18 6/1
asked [1]  7/12
asking [1]  2/18
aspect [1]  8/24
asserting [1]  14/21
at [23]
attack [1]  9/1
attempts [1]  14/3
attention [1]  14/7
attorney [2]  5/17 12/20
attorneys [6]  5/16 5/20 5/22 5/24 6/16
 13/2
attorneys' [2]  8/17 13/18
available [1]  4/4
Avenue [1]  1/15
await [1]  9/24
awaiting [1]  13/20
aware [1]  10/6

**B**

B-406 [1]  1/21

back [4]  5/6 7/5 10/9 12/6
Barrios [3]  5/16 6/6 14/1
based [1]  9/17
Basically [1]  6/15
be [19]
because [2]  10/13 15/1
been [24]
before [3]  1/10 10/4 11/11
beginning [1]  5/21
being [2]  8/11 10/16
Beisner [1]  13/14
believe [3]  4/6 10/2 11/23
bellwether [1]  11/2
benefit [2]  8/20 8/22
best [1]  15/14
Bextra [2]  11/15 14/21
both [1]  6/21
bottom [2]  12/15 13/5
bought [2]  4/24 5/5
brief [1]  2/25
briefed [2]  11/17 13/20
briefly [1]  11/10
brought [1]  14/7
Brown [2]  3/21 4/2
business [1]  14/16
but [9]  3/17 5/1 7/6 7/21 10/9 11/15
 11/17 12/14 14/16

**C**

Cabraser [1]  14/1
call [1]  2/7
calls [1]  12/15
campaigns [1]  3/5
can [4]  4/20 7/23 10/24 11/5
case [16]
cases [9]  1/7 5/9 9/25 10/21 10/24 11/3
 11/12 11/14 11/19
causation [1]  9/13
CCR [3]  1/20 15/11 15/18
Celebrex [4]  11/15 14/21 15/2 15/2
certain [3]  5/6 12/3 14/21
CERTIFICATE [1]  15/10
certify [1]  15/13
checked [1]  10/3
circuit [2]  13/10 13/20
claim [4]  8/9 9/1 10/2 10/2
claimants [3]  9/16 9/16 9/20
claims [18]
clarification [2]  8/2 8/10
class [13]  2/19 3/15 4/12 4/16 4/23 4/23
 5/9 5/10 5/11 13/1 13/3 13/17 13/25
close [1]  7/6
co [2]  3/15 13/25
Co-class [1]  3/15
co-counsel [1]  13/25
come [2]  5/25 10/11
comment [1]  10/1
commentary [1]  8/16
committee [1]  14/2
common [4]  6/25 7/9 8/20 8/22
complete [2]  5/18 6/9
completed [2]  6/9 6/11
computer [1]  1/25
concerned [1]  10/13
conducted [1]  7/1
conference [5]  1/10 6/1 10/4 13/22
 14/23
connection [1]  3/16
Connolly [1]  1/17
consent [1]  9/22
considerable [1]  4/13
consumer [4]  4/23 4/23 8/8 13/3
consumers [1]  14/8

**C**

consuming [1]  5/2
contact [1]  14/2
contacted [1]  7/12
contemplated [2]  6/8 6/11
contested [1]  11/17
continue [1]  6/7
copy [1]  3/19
correct [1]  15/13
counsel [5]  2/10 3/15 7/17 9/7 13/25
country [2]  3/6 15/3
Courier [2]  3/7 3/8
Courier-Journal [2]  3/7 3/8
course [2]  4/22 6/3
COURT [36]
Court's [8]  3/19 4/4 4/7 6/11 9/24 10/17 13/17 14/7
courtroom [1]  12/25
cultivate [1]  4/12
cutoff [1]  2/18

**D**

D.C [1]  1/19
daily [1]  14/2
data [1]  4/16
date [3]  2/18 4/9 4/17
Daubert [1]  9/14
Davis [1]  14/2
Dawn [2]  5/15 14/1
days [1]  12/24
deal [4]  10/25 11/5 11/6 11/25
dealing [3]  2/20 9/3 11/1
deals [1]  11/24
dealt [1]  5/12
Defendant [1]  1/17
delighted [1]  4/19
Dennis [1]  9/4
dependent [1]  9/12
detailed [1]  8/21
determination [1]  13/12
did [3]  4/3 5/2 6/8
didn't [1]  4/25
different [1]  5/8
diligent [1]  10/11
discovery [6]  5/18 6/8 6/11 6/25 7/6 7/9
discuss [2]  2/17 9/23
discussed [4]  4/15 9/19 10/7 11/23
discusses [1]  4/10
discussing [1]  11/8
discussions [1]  7/18
dismiss [3]  13/16 14/21 14/25
DISTRICT [5]  1/1 1/2 1/11 15/12 15/12
do [3]  3/24 6/8 7/24
docket [2]  1/5 4/4
doctors' [1]  5/7
Document [1]  4/4
doesn't [1]  10/8
doing [1]  7/7
don't [1]  11/2
done [1]  14/12
Donna [1]  9/2
DOUGLAS [2]  1/18 2/14
down [2]  10/11 12/15
downs [1]  10/14
Doyle [4]  1/20 15/11 15/18 15/18
drug [3]  5/8 6/20 8/5
Dugan [1]  14/1
during [1]  7/19

**E**

each [1]  7/2
EASTERN [2]  1/2 15/12

edition [1]  3/7
effects [1]  5/2
efforts [1]  4/10
either [3]  4/25 9/11 13/4
ELDON [1]  1/10
Elizabeth [1]  13/25
else [1]  14/19
encouraging [1]  5/11
end [1]  13/6
ended [1]  8/24
English [1]  14/8
enter [1]  7/18
entered [1]  11/13
entertain [1]  3/3
entitled [1]  15/15
especially [1]  7/14
ESQ [2]  1/15 1/18
etc [1]  3/18
even [1]  10/11
event [1]  5/1
every [2]  2/5 13/2
everybody [1]  2/25
everyone [1]  7/14
everything [1]  12/17
evidence [2]  9/18 11/18
excuse [1]  8/1
expeditiously [1]  7/1
expenditures [1]  5/7
expense [1]  2/21
expensive [1]  7/1
expert [2]  3/16 14/3
Express [1]  3/9
extended [1]  2/20

**F**

facilities [1]  3/10
fair [1]  10/7
faithful [1]  10/17
fall [1]  5/11
FALLON [2]  1/10 2/13
FCRR [3]  1/20 15/11 15/18
February [2]  5/17 6/9
fee [2]  11/24 13/18
feel [4]  6/18 6/21 12/19 14/4
fees [3]  8/18 8/20 8/22
fertilize [1]  4/12
few [1]  12/14
Fifth [1]  13/10
Fifth Circuit [1]  13/10
figure [1]  11/1
file [1]  4/3
filed [3]  2/18 13/11 15/1
filing [3]  2/19 4/14 13/11
fine [1]  12/17
finished [1]  7/9
firm [1]  9/11
firms [1]  9/11
first [1]  12/25
focus [1]  10/24
focused [1]  14/14
focuses [1]  8/20
folks [1]  9/12
following [1]  14/23
foregoing [1]  15/13
forward [1]  11/8
formularies [1]  8/6
full [3]  4/8 4/15 12/23
fully [2]  11/17 13/20
funds [1]  8/15
future [2]  9/17 11/18

**G**

general [8]  5/16 5/17 5/20 5/22 5/25 6/16 9/13 13/2
generated [1]  4/13
generis [1]  11/4
gentlemen [1]  2/4
get [5]  3/1 4/20 5/5 5/7 11/7
getting [4]  2/5 10/15 12/22 13/5
give [1]  2/25
gives [1]  5/5
go [3]  3/14 7/5 12/12
going [7]  3/5 7/18 7/21 10/22 11/2 11/4 14/25
gone [1]  7/2
Good [7]  2/4 2/12 2/14 5/15 6/4 9/6 12/18
got [1]  11/16
government [1]  5/14
Governmental [1]  3/11
granting [1]  15/3
graph [1]  12/15
grounds [1]  13/17
group [5]  9/12 9/12 9/16 11/5 11/18
guidance [1]  9/24
guides [1]  12/9

**H**

had [19]
handle [1]  4/21
handled [1]  14/13
Harrison [5]  10/4 10/10 10/13 10/16 11/17
Harrison's [4]  9/4 10/1 10/2 10/15
has [19]
hasn't [1]  13/19
have [44]
haven't [1]  12/11
he [8]  3/22 10/5 10/8 10/9 10/11 10/14 11/24 12/3
health [1]  10/13
hear [2]  2/24 9/5
heard [1]  5/23
heart [1]  9/1
help [3]  4/25 7/23 12/21
helped [1]  5/1
helpful [3]  11/3 11/7 12/19
Herald [2]  3/6 3/7
Herald-Leader [2]  3/6 3/7
here [3]  8/12 9/22 12/2
Herman [4]  1/14 1/14 1/15 2/13
highlight [1]  3/25
him [1]  6/1
his [3]  10/7 10/11 10/13
Hispanics [1]  14/11
hold [1]  7/21
Honor [24]
HONORABLE [1]  1/10
hope [1]  10/14
hopefully [3]  7/1 8/24 13/6
hundreds [2]  12/24 12/24

**I**

I'll [3]  2/25 3/1 9/5
I'm [6]  3/8 3/12 7/21 12/3 14/14 14/25
I've [1]  10/12
if [9]  3/8 3/20 4/18 4/20 6/6 7/23 10/4 11/5 13/24
II [1]  12/9
immediately [1]  14/22
implemented [1]  4/14
implementing [1]  4/8
in [58]
In Re [1]  2/8
including [3]  3/6 6/18 9/4
incredible [1]  12/8

## I

Indian [1] 14/10
Indians [1] 14/11
indicate [1] 7/9
indicated [4] 4/6 6/16 7/16 7/18
individual [1] 13/1
individuals [1] 4/23
initially [1] 6/15
injury [3] 8/25 9/8 11/15
input [1] 11/7
insist [1] 9/21
interest [1] 7/13
interested [1] 7/17
interrupting [1] 3/13
into [3] 5/11 7/18 11/16
involve [1] 8/9
involved [3] 3/9 5/9 6/14
involves [1] 4/23
involving [2] 6/21 11/14
is [32]
issue [5] 6/12 8/17 9/20 13/18 13/19
issues [4] 6/24 7/7 8/7 8/9
it [27]
it's [5] 2/5 7/10 7/24 10/7 12/19
item [1] 3/11
its [2] 6/12 8/6

## J

Jim [1] 14/1
Jo [1] 9/1
John [2] 13/13 13/14
Johnston [1] 12/2
Journal [2] 3/7 3/8
JUDGE [2] 1/11 2/13
Judge Fallon [1] 2/13
judgment [3] 9/17 10/3 10/25
June [1] 13/22
June 6 [1] 13/22
jurisdiction [1] 13/11
jurisdictions [1] 9/21
just [7] 8/9 11/10 11/23 11/23 12/6 12/14 13/25

## K

Katz [1] 1/14
keeping [1] 10/18
Kentucky [4] 2/18 2/21 14/14 14/15
kind [1] 11/4
Kingsley [1] 3/19
Kinsella [2] 3/16 14/3
know [3] 10/18 11/2 12/6
known [2] 5/3 6/19

## L

lack [1] 13/11
ladies [1] 2/4
last [5] 2/19 7/14 7/17 7/22 13/11
late [2] 6/9 12/17
latest [2] 3/2 3/22
laws [1] 6/22
lead [2] 2/10 9/7
Leader [2] 3/6 3/7
least [4] 10/12 10/24 12/20 14/15
left [1] 10/25
Lenny [1] 14/2
less [1] 7/1
Let's [1] 2/7
Levitt [1] 9/2
Lexington [1] 3/6
LIABILITY [2] 1/5 2/9
liaison [3] 2/10 5/16 9/7
like [3] 4/20 10/9 11/3

line [1] 3/22
litigants [2] 8/18 8/16
litigation [4] 1/5 2/9 6/15 12/17
LLC [1] 1/14
LLP [1] 1/17
look [3] 7/10 7/14 11/8
looks [1] 11/3
lot [1] 14/8
LOUISIANA [4] 1/2 1/16 1/21 15/13
Louisville [2] 3/7 3/8
love [1] 10/8

## M

made [2] 8/5 9/13
mainly [1] 14/11
make [8] 2/10 5/11 8/1 8/10 10/5 12/3 14/14 14/16
Mannino [2] 9/2 11/18
Many [1] 7/3
March [6] 1/7 2/2 3/23 5/22 6/10 13/12
March 10 [1] 13/12
March 19 [1] 3/23
March 3 [1] 6/10
MARVIN [3] 1/18 2/15 11/23
master [2] 7/12 7/13
matter [3] 7/23 14/4 15/15
matters [1] 2/17
may [7] 2/12 3/12 7/23 8/1 8/14 13/9 14/18
MDL [3] 1/5 2/8 11/16
me [2] 3/1 8/1
measures [1] 4/15
mechanical [1] 1/24
media [2] 3/4 3/10
Medicaid [2] 6/18 8/7
Medicare [1] 8/7
meet [1] 10/22
meeting [2] 2/5 2/16
meetings [1] 12/23
Meloy [1] 13/10
member [2] 4/12 4/16
mentioned [3] 3/17 14/20 14/23
Merck [11] 2/15 7/14 7/16 7/19 9/14 9/16 10/23 13/10 13/11 13/15 14/3
Merck's [3] 2/21 3/1 10/3
met [1] 3/16
Mexico [3] 3/10 14/7 14/13
might [2] 3/4 13/24
Mississippi [3] 5/18 7/4 7/9
Monday [1] 3/1
money [2] 5/2 5/6
Montana [6] 5/21 5/25 6/5 7/3 7/8 8/4
month [1] 2/5
monthly [1] 12/14
more [1] 7/1
morning [6] 2/4 2/12 2/14 5/15 6/4 9/6
Most [1] 13/3
motion [10] 2/18 2/21 2/25 3/2 7/5 7/8 9/15 10/3 11/24 14/20
motions [9] 7/10 7/20 7/21 9/17 10/25 11/11 11/13 11/16 11/21
move [1] 14/3
moved [1] 13/16
Mr. [12] 5/24 9/4 10/1 10/2 10/4 10/10 10/13 10/15 10/16 11/23 11/24 12/2
Mr. Dennis [1] 9/4
Mr. Harrison [4] 10/4 10/10 10/13 10/16
Mr. Harrison's [3] 10/1 10/2 10/15
Mr. Johnston [1] 12/2
Mr. Marvin [1] 11/23
Mr. Scott [1] 5/24
Mr. Stratton's [1] 11/24
Mrs. [1] 9/1

Mrs. Jo [1] 9/1
Ms. [1] 9/5
Ms. [1] 16/6
Ms. Oldfather [1] 9/5
much [3] 8/11 13/21 15/5
Museum [1] 12/10
my [3] 10/19 12/5 15/14

## N

N.W [1] 1/18
negative [1] 8/16
neither [1] 8/5
New [8] 1/16 1/21 3/10 9/22 10/9 10/12 14/7 14/13
New Mexico [2] 14/7 14/13
New Orleans [2] 9/22 10/12
New York [1] 10/9
News [1] 3/9
News-Express [1] 3/9
newsletter [1] 3/18
newspapers [3] 3/5 14/10 14/10
next [2] 3/11 13/22
no [9] 1/5 2/8 4/24 5/1 8/16 8/23 12/11 13/12 14/23
Normandy [1] 12/6
not [17]
notice [6] 2/20 14/4 14/6 14/9 14/12 14/15
noticed [1] 14/22
notices [1] 14/8
notified [3] 5/18 5/21 6/10
now [8] 2/5 5/10 5/22 7/7 11/17 13/5 13/19 14/14
number [5] 3/4 3/10 10/6 10/7 13/2

## O

O'Keefe [1] 1/15
occasion [1] 10/12
October [1] 6/7
official [4] 1/20 4/5 15/11 15/19
Okay [2] 2/16 6/14
old [1] 12/24
Oldfather [2] 9/5 9/7
on [44]
one [12] 2/17 7/14 7/17 9/1 10/8 10/12 11/5 11/6 11/13 11/25 13/4 14/6
ones [1] 11/22
only [4] 8/17 11/15 12/14 14/9
opinion [3] 8/22 8/23 8/24
opportunity [3] 2/25 5/5 7/22
or [17]
oral [2] 3/3 6/7
order [4] 5/19 6/10 6/11 8/15
originating [1] 9/21
Orleans [4] 1/16 1/21 9/22 10/12
Orran [3] 3/21 3/24 4/1
other [7] 6/23 9/3 9/7 9/11 11/21 11/22 13/4
otherwise [2] 7/24 13/5
ought [1] 14/4
our [4] 2/4 9/11 12/23 14/3
out [5] 3/5 8/15 10/22 11/1 14/6
outlined [1] 9/10
outstanding [2] 7/4 9/1
own [3] 7/2 11/4 14/16

## P

paid [3] 8/15 8/18 8/19
part [1] 14/1
particular [1] 10/5
parties [2] 4/11 4/18
party [3] 8/13 8/19 13/3
payors [2] 8/13 8/19

## P

penalty [1]  8/9
pending [3]  9/15 9/17 11/21
people [4]  5/11 12/24 12/24 14/15
period [1]  7/19
personal [2]  8/25 9/7
phone [1]  12/24
Pikeville [1]  3/9
plaintiffs [5]  1/14 2/13 11/15 12/1 14/21
please [6]  2/3 2/11 2/12 3/12 8/14 13/9
pleasure [1]  10/19
point [5]  2/6 7/6 8/2 10/3 12/22
portion [2]  14/12 15/3
Posey [1]  11/14
position [1]  5/3
posted [4]  3/19 4/5 4/7 8/22
potential [2]  5/4 7/15
potentially [1]  6/19
Powell [2]  5/24 6/4
Poydras [1]  1/21
prepared [1]  9/23
press [1]  12/25
Pretrial [1]  5/19
previously [1]  5/23
print [1]  3/16
pro [4]  9/11 9/19 12/3 12/19
pro se [2]  9/11 12/3
pro ses [2]  9/19 12/19
probably [1]  10/7
problematic [1]  6/19
problems [1]  5/4
proceeded [1]  6/25
proceedings [4]  1/24 2/1 15/8 15/15
process [2]  5/10 8/22
produced [1]  1/25
PRODUCTS [2]  1/5 2/9
program [3]  4/5 4/12 6/20
programs [2]  6/17 6/18
Protection [1]  8/8
proverbial [1]  12/15
provide [1]  3/18
provided [1]  12/13
provides [2]  4/7 4/16
provisions [1]  5/19
PTO [1]  6/8
purchase [2]  6/17 6/22
purchasing [2]  5/3 5/6
pursuant [2]  6/10 8/14
put [2]  10/23 14/10

## Q

questions [1]  4/19
quickly [1]  13/24

## R

radio [1]  14/10
raised [1]  13/18
rate [1]  4/14
RE [2]  1/5 2/8
reaction [1]  4/24
ready [3]  5/22 6/12 7/5
recall [1]  6/6
received [1]  8/15
recess [1]  15/6
reconsideration [1]  9/14
record [3]  2/11 14/5 15/15
recorded [1]  1/24
regard [1]  10/21
regarding [1]  3/17
reimbursement [1]  8/7
relates [2]  1/7 8/4
remaining [1]  9/25

remand [7]  6/7 6/12 7/11 7/20 7/21 9/21 10/8
remands [1]  5/23
reminder [2]  4/10 4/14
remuneration [1]  6/21
replacement [1]  5/8
report [10]  3/17 3/22 3/24 4/3 4/8 4/16 8/13 12/3 12/5 12/14
Reporter [3]  1/20 15/12 15/19
representative [1]  12/16
represented [1]  9/10
represents [1]  5/24
request [1]  10/8
requested [1]  9/14
resident [1]  2/18
resolution [1]  9/24
resolve [3]  7/8 7/23 13/6
resolved [2]  11/12 13/4
resolving [1]  7/15
respective [2]  7/25 8/6
responded [1]  13/12
response [5]  3/1 3/2 4/12 4/13 4/16
result [1]  5/2
reviewed [1]  4/15
right [5]  3/21 4/22 6/6 10/10 14/25
rights [1]  14/17
rise [1]  15/7
Room [1]  1/21
row [1]  12/25
ruling [3]  5/23 9/13 13/20
rulings [2]  6/12 11/12
RUSS [2]  1/15 2/13
Russell [1]  9/3

## S

same [2]  5/21 7/22
say [2]  3/4 10/7
Scott [2]  5/24 6/4
se [2]  9/11 12/3
seated [1]  2/3
Section [1]  1/6
see [4]  7/13 7/15 7/24 10/4
seeing [1]  12/16
seen [1]  4/13
selected [1]  8/6
ses [2]  9/19 12/19
set [1]  2/21
settled [1]  7/3
settlement [4]  3/15 4/9 5/5 13/17
several [3]  8/25 11/6 11/14
shortest [1]  12/5
shortly [1]  10/15
shot [1]  7/17
Similarly [1]  5/20
simply [1]  8/7
since [1]  4/14
sir [1]  8/10
site [5]  3/19 4/5 4/7 8/23 10/17
situation [1]  10/23
six [2]  9/11 9/15
skilled [1]  12/20
so [9]  6/12 7/24 9/12 9/15 9/24 10/23 12/17 14/9 14/12
sole [1]  13/18
solely [1]  14/21
some [11]  2/20 5/4 5/7 6/21 7/6 7/7 7/18 9/3 10/23 10/24 11/5
somehow [1]  11/16
sorry [1]  3/12
sort [1]  11/3
Spanish [2]  14/9 14/10
special [2]  7/12 7/13
spend [1]  5/2

spent [1]  12/10
spoke [1]  14/9
Sr [1]  4/2
stage [1]  12/17
stand [1]  15/5
state [2]  6/22 13/2
state's [1]  8/8
states [10]  1/1 1/11 6/14 6/16 6/23 7/3 7/25 8/5 14/9 15/12
status [8]  1/10 4/3 4/8 5/25 10/4 12/14 13/22 14/23
stenography [1]  1/24
still [3]  7/4 7/16 9/1
stipulation [2]  9/18 11/18
Stratton's [1]  11/24
Street [2]  1/18 1/21
stroke [1]  9/2
structure [2]  8/21 10/23
submission [1]  14/22
submitted [2]  3/22 10/2
sui [1]  11/4
sui generis [1]  11/4
summary [3]  9/17 10/3 10/25
Sunday [2]  3/6 3/8
sure [5]  3/8 8/3 14/14 14/17 14/19

## T

take [1]  7/14
taking [1]  7/17
talk [2]  11/7 12/20
talking [1]  5/13
targeted [2]  3/10 14/11
television [1]  14/11
than [2]  7/2 11/22
Thank [11]  4/1 8/10 8/11 8/11 10/19 10/20 11/19 11/20 13/21 15/4 15/5
that [77]
that's [5]  5/12 6/13 11/25 12/16 13/19
their [13]  2/10 5/3 5/6 6/17 6/18 6/20 6/23 7/2 7/9 7/25 11/4 14/16 14/17
them [10]  4/19 4/21 5/1 5/1 5/5 7/23 7/24 11/1 11/6 11/6
then [11]  3/2 4/21 5/12 7/23 8/19 9/3 10/22 11/14 11/16 11/18 14/9
there [14]  7/13 7/15 8/17 9/10 9/15 10/1 10/5 10/6 11/13 11/13 11/16 11/23 12/8 14/23
there's [9]  8/6 8/9 8/23 9/1 9/2 9/3 9/11 13/10 13/12
Therefore [1]  6/20
these [4]  5/22 9/25 11/3 13/6
they [29]
thing [1]  14/6
things [1]  10/6
think [2]  10/7 12/16
third [3]  8/13 8/19 13/3
third-party [3]  8/13 8/19 13/3
this [27]
thoroughly [1]  14/17
those [17]
three [3]  5/22 9/9 11/16
through [2]  8/21 13/4
Thursday [1]  2/22
time [8]  2/24 4/20 7/19 7/22 9/5 9/24 10/15 11/6
today [1]  14/22
today's [1]  10/4
Toni [4]  1/20 15/11 15/18 15/18
too [1]  11/7
took [4]  4/24 4/25 6/7 11/24
touch [2]  4/20 10/18
tour [1]  12/9

### T

transcript [2]  1/24 15/14
trial [1]  9/22
trials [1]  13/4
triple [1]  4/14
true [1]  15/13
try [2]  4/11 10/23
Tuesday [1]  3/1
Tusa [4]  1/20 15/11 15/18 15/18
Twelfth [1]  1/18
two [4]  2/5 9/2 11/11 11/13
two-month [1]  2/5
type [1]  6/15

### U

uncontested [1]  11/13
under [2]  5/19 9/14
understand [1]  10/10
understanding [1]  15/14
union [1]  13/2
UNITED [3]  1/1 1/11 15/12
unless [1]  7/25
up [1]  5/6
upon [3]  9/12 9/17 9/21
ups [1]  10/14
upswing [1]  10/14
us [6]  3/25 4/20 8/12 10/12 10/16 12/9
used [1]  12/23
Utah [2]  7/4 7/5

### V

various [4]  3/5 5/19 6/17 6/22
very [12]  8/11 10/11 10/13 10/15 10/17 11/10 12/14 12/14 12/19 13/21 13/24 15/5
violation [1]  8/8
violations [1]  6/22
VIOXX [18]
visit [2]  7/25 10/12
visits [1]  5/7
volunteers [1]  12/9
VTE [2]  9/10 9/16

### W

want [4]  3/25 8/9 13/25 14/16
wanted [1]  10/5
War [1]  12/9
was [9]  5/18 6/16 6/19 6/25 7/13 7/15 8/17 10/5 12/8
Washington [1]  1/19
watching [1]  10/17
way [5]  7/2 11/1 11/5 12/15 13/4
we [43]
Web [5]  3/19 4/5 4/7 8/23 10/17
week [1]  12/10
weekly [1]  4/14
Weeks [1]  11/12
well [4]  5/7 6/22 6/23 7/23
went [1]  8/21
were [7]  5/9 6/12 7/16 10/6 11/23 12/8 14/8
what [3]  5/12 6/15 12/16
What's [1]  10/25
where [5]  6/13 9/16 11/12 11/14 12/22
whether [7]  7/13 7/15 9/20 9/21 11/2 12/3 14/15
which [2]  4/5 4/13
while [1]  7/16
who [4]  4/24 5/11 5/24 12/9
who's [1]  14/1
will [16]
Williams [1]  1/17
willing [1]  7/24
Wodowski [1]  11/12
won't [1]  7/24
work [1]  12/18
working [2]  4/11 7/19
World [1]  12/9
would [11]  4/19 4/20 5/4 6/1 6/19 7/2 8/5 9/20 9/22 10/9 11/6
wrongly [1]  15/1
wrote [1]  8/22
www.vioxxsettlement.com [1]  4/6

### Y

year [1]  13/7
Yes [1]  13/14
yet [1]  13/19
York [1]  10/9
you [19]
You've [1]  10/17
your [28]
Your Honor [24]