EASTERN DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In Re: Vioxx Marketing, Sales Practices And Products Liability Litigation** | ) ) ) MDL Case No. 1657 ) ) SECTION L ) |
| THIS DOCUMENT RELATES TO: | ) ) JUDGE FALLON |
| Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D, Plaintiff | ) ) MAGISTRATE JUDGE KNOWLES |
| v. | ) ) |
| Seeger Weiss, LLP et al, Defendants | ) ) |
| 2:12-cv-02406-EEF-DEK | ) |

**MOTION OF THE PLAINTIFF, LINDA ISNER, EXECUTRIX OF THE ESTATE OF JEFFREY ISNER, M.D, FOR LEAVE TO FILE A REPLY MEMORANDUM IN RESPONSE TO THE OMNIBUS REPLY MEMORANDUM FILED IN SUPPORT OF THE MOTIONS FOR SUMMARY JUDGMENT OF THE DEFENDANTS, BROWNGREER PLC AND ORRAN L. BROWN AND THE DEFENDANTS HUGHES HUBBARD & REED, LLP AND TED MAYER**

Now comes the plaintiff, Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D. (Isner), and respectfully requests that the Court enter an order granting her leave to file a ten (10) page Reply Memorandum in opposition to the Motions for Summary Judgment filed by the defendants, BrownGreer PLC, Orran L. Brown, Hughes Hubbard & Reed, LLP and Ted Mayer (collectively, Defendants).

In support of this Motion, the Plaintiff states that the Defendants filed a sixteen (16) page Omnibus Reply Memorandum in support of their respective Motions for Summary Judgment on April 15, 2014. The Plaintiff's proposed Reply Memorandum specifically addresses the arguments raised by the Defendants in their Reply Memorandum. The Plaintiff

respectfully submits that the arguments set forth in the Reply Memorandum will be of assistance to the Court in considering the issues presented by the Defendants' Motions.

A proposed Order and the proposed Reply Memorandum are submitted with this Motion.

                                              Respectfully submitted,

                                              /s/Philip E. Murray, Jr.
                                              Philip E. Murray, Jr.


                                              /s/ Carol Ann Kelly
                                              Carol Ann Kelly
                                              Murray, Kelly & Bertrand, P.C.
                                              300 Trade Center, Suite 2700
                                              Woburn, Massachusetts 01801
                                              Telephone No. (781) 569-0020
                                              Fax No. (781) 569-0022
                                              Email:  ckelly@mkblegal.com
                                              Counsel for the Plaintiff,
                                              Linda Isner, Executrix of the Estate
                                              Of Jeffrey Isner, M.D.

Dated:  April 23, 2014

CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of April, 2014.

/s/ Carol Ann Kelly
Carol Ann Kelly
Murray, Kelly & Bertrand, P.C.
300 Trade Center, Suite 2700
Woburn, Massachusetts 01801
Telephone No. (781) 569-0020
Fax No. (781) 569-0022
Email: ckelly@mkblegal.com
Counsel for the Plaintiff,
Linda Isner, Executrix of the Estate
Of Jeffrey Isner, M.D.