EASTERN DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Marketing, Sales Practices And Products Liability Litigation ) ) ) ) | MDL Case No. 1657 |
| THIS DOCUMENT RELATES TO: ) ) | SECTION L |
| Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D, Plaintiff ) ) | JUDGE FALLON |
| ) ) | MAGISTRATE JUDGE KNOWLES |
| v. ) ) | |
| Seeger Weiss, LLP et al, Defendants ) ) | |
| 2:12-cv-02406-EEF-DEK ) | |

## ORDER

Considering the foregoing Motion of the Plaintiff, Linda Isner, Executrix Of The Estate Of Jeffrey Isner, M.D, For Leave To File A Reply Memorandum In Response To The Omnibus Reply Memorandum Filed In Support Of The Motions For Summary Judgment Of The Defendants, BrownGreer PLC and Orran L. Brown and the Defendants Hughes Hubbard & Reed, LLP and Ted Mayer,

IT IS HEREBY ORDERED that the Motion is granted and that the Reply Memorandum may be filed.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE