# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *All Cases*

## ORDER

On April 2, 2014, Defendant Merck filed a motion to dismiss for lack of prosecution (Rec. Doc. 64889), which was set for submission on April 23, 2014. Since then, *pro se* Plaintiff Bennie Henderson[1] has requested a continuance with regard to himself, and Merck has requested a continuance with regard to Plaintiffs Arnetta Spencer Dedmon and Terry Lanham. As to all other parties, no timely responses have been received by the Court or filed in the record.

Having considered the motion, and it appearing to be grounded in law and fact, **IT IS ORDERED** that Merck's motion to dismiss for lack of prosecution (Rec. Doc. 64889) is **GRANTED IN PART** and that any and all remaining claims of those plaintiffs and derivative plaintiffs listed in exhibits A, B, and C to this order are **DISMISSED WITH PREJUDICE** in their entirety as against all defendants.

**IT IS FURTHER ORDERED** that Merck's motion to dismiss for lack of prosecution (Rec. Doc. 64889) is otherwise **CONTINUED** until May 21, 2014, at 9:00 a.m.

New Orleans, Louisiana, this 23rd day of April, 2014.

                                                              UNITED STATES DISTRICT JUDGE

---

[1] Bennie Henderson was mistakenly referred to as Bennie Thompson in his correspondence to the Court.

# EXHIBIT A

| | Plaintiff Name | Derivative Plaintiff | Case Name Docket Number Current | Counsel / Pro Se |
|---|---|---|---|---|
| 1. | Singleton, Lorena | | Abrams, Clarence 2:05-cv-05204-EEF-DEK | Jones, Swanson, Huddell & Garrison, LLC |
| 2. | Johns, Danielle L | Johnson, Helen G | Bailey, Lois v. Merck, 2:05-cv-06904-EEF-DEK | Michael Hingle & Assoc, Inc. |
| 3. | Booker, Rick | Booker, Rae Jean | Ballantyne, Arthur W v. Merck, 2:06-cv-02195-EEF-DEK | Pro Se |
| 4. | Basinger, Ira | | Basinger, Ira v. Merck, 2:05-cv-06385-EEF-DEK | Pro Se |
| 5. | Brewer, Rick | | Basinger, Ira v. Merck, 2:05-cv-06385-EEF-DEK | Pro Se |
| 6. | Fernquist, Mark | | Basinger, Ira v. Merck, 2:05-cv-06385-EEF-DEK | Pro Se |
| 7. | Stewart, Beulah | | Basinger, Ira v. Merck, 2:05-cv-06385-EEF-DEK | Pro Se |
| 8. | Lovelace, Barbara S | | Lovelace, Barbara S v. Merck, 2:05-cv-05863-EEF-DEK | Layon, Cronin, Kaiser & Nicks, P.A. |
| 9. | Brown, Joe Lewis | | Magee, Bettye J v. Merck, 2:05-cv-00494-EEF-DEK | Pro Se |
| 10. | Eckford, E Q | | Magee, Bettye J v. Merck, 2:05-cv-00494-EEF-DEK | Pro Se |
| 11. | Griffin, Melissa | | Magee, Bettye J v. Merck, 2:05-cv-00494-EEF-DEK | Pro Se |
| 12. | INTENTIONALLY LEFT BLANK | | | |
| 13. | Rappold, Roderick | | Rappold, Roderick v. Merck, 2:06-cv-09428-EEF-DEK | William V. DePaulo, Attorney at Law |
| 14. | Rappold, Steve | | Rappold, Steve v. Merck, 2:06-cv-09426-EEF-DEK | William V. DePaulo, Attorney at Law |

## Exhibit B

|   | Plaintiff Name | Derivative Plaintiff | Case Name<br>Docket Number Current | Counsel / Pro Se |
|---|---|---|---|---|
| 1. | Altu, Abigail | | Altu, Abigail v. Merck,<br>2:05-cv-02900-EEF-DEK | Pro Se |

INTENTIONALLY LEFT BLANK

# Exhibit C

| | Plaintiff Name | Derivative Plaintiff | Case Name Docket Number Current | Counsel / Pro Se |
|---|---|---|---|---|
| 1. | Austin, Boyd Joseph | Austin, Essie Ramona | Austin, Boyd Joseph v. Merck, 2:07-cv-05433-EEF-DEK | Pro Se |

INTENTIONALLY LEFT BLANK