# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>     PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:     *Commonwealth of Pennsylvania v. Merck & Co., Inc.,*
*No. 09-2861*

## ORDER

The Court has received the attached summary and itemized statements from Special Master

Patrick A. Juneau for services he rendered through March 31, 2014. Pursuant to its order of August 20,

2013, (Rec. Doc. 64549), the Court has reviewed the statements and, finding them both regular and

reasonable, now endorses them. **IT IS ORDERED** that Plaintiffs' Liaison Counsel is authorized to take

such action as is necessary to effect payment from the common benefit fund to Special Master Juneau in

the amount of $3,203.13.

New Orleans, Louisiana, this 19th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE

1