**SPECIAL MASTER OF**
**IN RE: VIOXX PRODUCTS LIABILITY LITIGATION**
**MDL NO. 1657**
Post Office Drawer 51268
Lafayette, Louisiana 70507-1268
Telephone: (337) 269-0052   Facsimile: (337) 269-0061

April 10, 2014

Hon. Judge Eldon E. Fallon
United States District Judge
Eastern District
500 Poydras Street, Room C-456
New Orleans, LA  70130

      Re:   In Re: Vioxx Products Liability Litigation
              MDL No. 1657
              Commonwealth of Pennsylvania
              Our File No.: 1600-5

Dear Judge Fallon:

    Pursuant to your Order of August 19, 2013 you will find enclosed my invoice for services rendered as Special Master in the Vioxx Commonwealth of Pennsylvania matter from August 20, 2013 through March 31, 2014.  Also enclosed is a summary of the invoice.

                                        Sincerely,

                                        *Patrick A. Juneau*

                                        PATRICK A. JUNEAU
                                        Special Master

PAJ/
Enclosures

# JUNEAU DAVID

P.O. Drawer 51268
Lafayette, LA 70507-1268
Tax ID 72-1250097

April 10, 2014

Honorable Judge Eldon E. Fallon
United States District Judge
Eastern District
500 Poydras Street, Room C-456
New Orleans, LA  70130

      Re:    In Re: Vioxx Products Liability Litigation
                MDL No. 1657
                Commonwealth of Pennsylvania
                Our File No.: 1600-5

## SUMMARY

Performed assigned duties from August 20, 2013 through March 31, 2014, including communications with parties, issuing scheduling protocol and review of documentation relating to same:

**Services**

| | | |
|---|---|---|
| Juneau, Patrick A. | 7.80 hours @ $400.00 per hour | $3,120.00 |
| **Expenses** | | $   83.13 |
| **TOTAL** | | **$3,203.13** |

# JUNEAU DAVID

A Professional Law Corporation
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID 72-1250097

April 4, 2014

| | |
|---|---|
| Invoice #: | 25713 |
| Billed Through: | March 31, 2014 |
| Account #: | 001600     00005 |

RE:   VIOXX-PENNSYLVANIA
      OUR FILE: 1600-5

| | | |
|---|---|---:|
| CURRENT FEES THROUGH: | March 31, 2014 | $3,120.00 |
| CURRENT EXPENSES THROUGH: | March 31, 2014 | $83.13 |
| TOTAL CHARGES FOR THIS BILL | | $3,203.13 |
| TOTAL DUE THIS INVOICE | | $3,203.13 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID

A Professional Law Corporation
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID 72-1250097

April 4, 2014

| | |
|---|---|
| Invoice #: | 25713 |
| Billed through: | March 31, 2014 |
| Account #: | 001600   00005 |

RE:  VIOXX-PENNSYLVANIA
OUR FILE:  1600-5

## PROFESSIONAL SERVICES                                                                 Hours

| Date | Atty | Description | Hours |
|---|---|---|---|
| 08/20/13 | PAJ | REVIEW OF ORDER APPOINTING SPECIAL MASTER | 0.10 |
| 08/20/13 | PAJ | REVIEW OF ORDER & REASONS [DOC. 64364] DATED APRIL 29, 2013 | 0.30 |
| 12/10/13 | PAJ | EMAIL TO COUNSEL RE: STATUS AND SETTING CONFERENCE CALL FOR DECEMBER 16, 2013 TO DISCUSS PROCESS MOVING FORWARD | 0.20 |
| 12/16/13 | PAJ | CONFERENCE CALL WITH COUNSEL | 0.70 |
| 12/17/13 | PAJ | REVIEW OF EMAIL FROM HARRY ROTH RE: CONTENTS OF TRIAL PACKAGE | 0.10 |
| 12/18/13 | PAJ | REVIEW OF EMAIL CORRESPONDENCE FROM DAWN BARRIOS RE: TIMELINE | 0.20 |
| 12/19/13 | PAJ | PREPARATION OF SCHEDULING PROTOCOL | 0.70 |
| 01/02/14 | PAJ | REVIEW OF EMAILS FROM COUNSEL RE: LIST OF CONTENTS OF TRIAL PACKAGE | 0.30 |
| 01/16/14 | PAJ | REVIEW OF EMAIL FROM HARRY ROTH RE: STATUS OF TRIAL PACKAGE | 0.10 |
| 01/16/14 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: STATUS OF PRODUCING TRIAL PACKAGE | 0.10 |
| 01/23/14 | PAJ | REVIEW OF CORRESPONDENCE FROM LENNY DAVIS RE: TRIAL PACKAGE | 0.10 |
| 01/23/14 | PAJ | REVIEW OF EMAIL FROM HARRY ROTH RE: TABLE OF CONTENTS OF TRIAL PACKAGE | 0.10 |
| 01/27/14 | PAJ | REVIEW OF CORRESPONDENCE FROM LENNY DAVIS RE: WORK PRODCUT AND PRODUCTION OF DOCUMENTATION RELATING TO SAME (VOLUMINOUS ATTACHMENTS) | 2.00 |
| 01/27/14 | PAJ | REVIEW OF EMAIL FROM HARRY ROTH RE: REPLY TO EMAIL FROM LENNY DAVIS CONCERNING WORK PRODUCT | 0.40 |
| 01/27/14 | PAJ | REVIEW OF CORRESPONDENCE FROM HARRY ROTH WITH COMMONWEALTH OF PENNSYLVANIA'S RESPONSE TO PSC AND GOVERNMENT ACTION LIASION COUNSEL'S FIRST SET OF DOCUMENT REQUESTS, WITH EXHIBIT | 0.40 |
| 02/03/14 | PAJ | REVIEW OF EMAIL FROM HARRY ROTH RE: SUBMISSION OF AFFIDAVIT RELATING TO ISSUE OF WORK BENEFITING THE COMMONWEALTH OF PA AND REQUESTING THAT SAME BE SUBMITTED TOMORROW | 0.10 |
| 02/03/14 | PAJ | REVIEW OF EMAIL FROM LENNY DAVIS ADVISING OF NO OBJECTIONT TO SUBMITTING AFFIDAVIT TOMORROW | 0.10 |
| 02/03/14 | PAJ | REVIEW OF AFFIDAVIT OF PSC RE: ISSUE OF WORK BENEFITING THE | 0.10 |

| | | | | | |
|---|---|---|---|---|---|
| 001600 | 00005 | | | Invoice # 25713 | Page  2 |

| | | | | | |
|---|---|---|---|---|---|
| | | COMMONWEALTH OF PA | | | |
| 02/04/14 | PAJ | REVIEW OF DECLARATION OF COUNSEL FROM HARRY ROTH RE: CLAIMS ASSERTED | | | 0.30 |
| 02/11/14 | PAJ | REVIEW OF MEMORANDUM, WITH EXHIBITS, ON BEHALF OF PSC | | | 0.40 |
| 02/11/14 | PAJ | REVIEW OF MEMORANDUM, WITH EXHIBITS, ON BEHALF OF COMMONWEALTH OF PENNSYLVANIA | | | 1.00 |
| | | | | | $3,120.00 |

| | | | | |
|---|---|---|---|---|
| PAJ | JUNEAU, PATRICK A. | 7.80 hrs @ | $400.00 /hr | $3,120.00 |
| | Fee Recap Totals | 7.80 | | $3,120.00 |

**EXPENSES**     **Amount**

| | | |
|---|---|---|
| 02/06/14 | AT&T TELECONFERENCE SERVICES; TELEPHONE CONFERENCE HELD 12/16/13 | 20.13 |
| 03/31/14 | COPYING | 63.00 |
| | | $83.13 |

Expense Recap Totals     $83.13

**BILLING SUMMARY:**

| | |
|---|---|
| TOTAL FEES | $3,120.00 |
| TOTAL EXPENSES | $83.13 |
| TOTAL FEES & EXPENSES | $3,203.13 |
| **TOTAL DUE THIS INVOICE** | **$3,203.13** |