UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:     *Plaintiff Charlotte Costley*

## ORDER

Before the Court is *pro se* Plaintiff Charlotte Costley's motion to join (Rec. Doc. 64821), which appears to be a complaint naming Defendant Vioxx Products Liability. The Court notes that on May 17, 2012, Ms. Costley filed a similar—if not identical—complaint also naming Defendant Vioxx Products Liability. [1] *See* Complaint, *Costley v. Vioxx Prods. Liab.,* No. 12-1196 (E.D. La. May 17, 2012). That case remains pending before this Court.

Accordingly, **IT IS ORDERED** that the motion to join is denied.

If necessary, Ms. Costley—like all *pro se* litigants— may seek basic assistance from *Pro Se* Curator Robert Johnston, who may be reached by telephone at (504) 561-7799.

New Orleans, Louisiana, this 30th day of April, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Ms. Costley has not named Defendant Merck, the manufacturer of Vioxx and a party to this multidistrict litigation, in either complaint.