UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX<br>PRODUCTS LIABILITY LITIGATION | * <br> * <br> * <br> * | MDL Docket No. 1657 <br><br> SECTION L |
| *This Document Relates to:*<br>**TPP Common Benefit Fees** | * <br> * <br> * <br> * | JUDGE FALLON <br> MAG. JUDGE KNOWLES |

* * * * * * * * ** * * * * * * * * * * * * * * * * **

## JOINT MOTION TO RELEASE FUNDS

The Murray Law Firm and the Dugan Law Firm respectfully request the Court to allow the release of funds from the registry of the Court as follows:

1.

On April 4, 2014 at Rec. Doc. 64893 this Court ordered the following fee and cost awards to be deposited into the registry of the Court because of a dispute between the Murray Law Firm and the Dugan Law firm as to who should received these funds:

    1.    Dugan Law Firm    $1,199,617.90

    2.    Murray Law Firm    $49,984.08

2.

The parties have now resolved their differences and have agreed to equally split these funds and ask the Court to issue an order releasing these funds with $624,800.99 made payable to the Dugan Law Firm and $624,800.99 made payable to the Murray Law Firm.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen B. Murray, Jr.* | */s/ H. Minor Pipes, III* |
| Stephen B. Murray, Jr., #23877 | H. Minor Pipes, III, #24603 |
| MURRAY LAW FIRM | BARRASSO USDIN KUPPERMAN |
| 650 Poydras Street, Suite 2150 |    FREEMAN & SARVER |
| New Orleans, Louisiana 70130 | 909 Poydras Street, 24th Floor |
| Telephone: 504/525-8100 | New Orleans, Louisiana 70112 |
| Fax: 504/584-5249 | Telephone: 504/589-9700 |
| | Fax: 504/589-9701 |
| *Attorneys for Stephen B. Murray, Sr., and the Murray Law Firm* | *Attorneys for James R. Dugan, II and the Dugan Law Firm* |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing Joint Motion to Release Funds has been served on all counsel of record by facsimile and/or electronic transmission, by hand and/or by placing same in the United States mail, postage prepaid and properly addressed on this  1st  day of  May   , 2014.

                                                                                                 */s/ H. Minor Pipes, III*

{961021_1}