UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| *This Document Relates to:* | * | JUDGE FALLON |
| **TPP Common Benefit Fees** | * | MAG. JUDGE KNOWLES |
| | * | |
| | * | |

\* \* \* \* \* \* \* \*\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*\*

## MEMORANDUM IN SUPPORT OF
## JOINT MOTION TO RELEASE FUNDS

The Murray Law Firm and the Dugan Law Firm, for the reasons set forth in the Joint Motion to Release Funds, request that this Court enter an order releasing the funds as prayed for therein.

Respectfully submitted,

| | |
|---|---|
| */s/ Stephen B. Murray, Jr.* | */s/ H. Minor Pipes, III* |
| Stephen B. Murray, Jr., #23877 | H. Minor Pipes, III, #24603 |
| MURRAY LAW FIRM | BARRASSO USDIN KUPPERMAN |
| 650 Poydras Street, Suite 2150 |    FREEMAN & SARVER |
| New Orleans, Louisiana  70130 | 909 Poydras Street, 24th Floor |
| Telephone:  504/525-8100 | New Orleans, Louisiana  70112 |
| Fax:  504/584-5249 | Telephone:  504/589-9700 |
| | Fax:  504/589-9701 |
| | |
| *Attorneys for Stephen B. Murray, Sr., and the Murray Law Firm* | *Attorneys for James R. Dugan, II and the Dugan Law Firm* |

{961021_1}