UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| *This Document Relates to:* | * | JUDGE FALLON |
| TPP Common Benefit Fees | * | MAG. JUDGE KNOWLES |
| | * | |
| | * | |

* * * * * * * * ** * * * * * * * * * * * * * * * * **

## O R D E R

Considering the Joint Motion to Release Funds;

**IT IS HEREBY ORDERED** that the $1,249.601.98 deposited into the registry of the Court in response to this Court's April 4, 2014 Order (Rec. Doc. 64893) be distributed to the Dugan Law Firm and the Murray Law Firm in the amount of $624,800.99 to each law firm.

New Orleans, Louisiana, this _____ day of May, 2014.

 

_____

J U D G E

{961021_1}