UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | |
| Products Liability Litigation | * | |
| | * | |
| This Document Relates to: | * | MDL No. 1657 |
| | * | |
| ELENA STRUJAN, | * | SECTION L |
| | * | |
| Plaintiff, | * | JUDGE ELDON E. FALLON |
| | * | |
| versus | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| MERCK & CO., INC., | * | |
| | * | |
| Defendant. | * | |
| | * | |
| Case No. 2:07-cv-00906-EEF-DEK, | * | |
| Court of Appeals No. 14-30300. | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT DESIGNATION OF RECORD ON APPEAL

Plaintiff/Appellant Elena Strujan and Defendant/Appellee Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc. ("Merck") hereby submit this Joint Designation of Record on Appeal for the following cases:

Case Nos:  2:07-cv-00906-EEF-DEK (E.D. La.);
2:05-md-1657 (E.D. La.).

The parties request that the following items be included in the record for this appeal:

### U. S. District Court
### Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:07-cv-00906-EEF-DEK

| Date Filed | # | Docket Text |
|---|---|---|
| 03/08/2007 | 1 | Case transferred in from Southern District of New York; Case Number 1:06-7745. Electronic file with documents numbered 1, certified copy of transfer order and docket sheet received. Filing fee paid in other District. filed by Merck & Co Inc. (Attachments: # 1 PTO #14 # 2State Court |

1157904v1

|  |  | Pleadings # 3Dktsht-USDC,Southern District New York(Foley Square))(cl, ) (Entered: 03/13/2007) |
| --- | --- | --- |
| 10/30/2009 | 2 | ORDER DISMISSING CASE with prejudice for failure to comply with the requirements of Pre-Trial Order 43. Signed by Judge Eldon E. Fallon on 10/30/2009.(cms, ) (Entered: 11/09/2009) |
| 11/30/2009 | 3 | NOTICE OF APPEAL by Elena Strujan as to 2 Order Dismissing Case. (dno, ) (Entered: 12/07/2009) |
| 08/03/2010 | 4 | ORDER of USCA as to 3 Notice of Appeal; The appeal is dismissed as of 8/2/2010 pursuant to the joint motion of the parties. (cms, ) (Entered: 08/05/2010) |
| 08/12/2010 | 5 | ORDER REOPENING CASE. Signed by Judge Eldon E. Fallon on 8/12/2010.(cms, ) (Entered: 08/13/2010) |
| 08/24/2012 | 6 | NOTICE OF APPEAL of Judgment of 7/25/2012 by Elena Strujan. (cms, ) Modified on 10/3/2013 (cms, ). (Entered: 08/12/2013) |
| 08/09/2013 | 7 | USCA JUDGMENT issued as mandate on 8/7/2013 as to 6 Notice of Appeal filed by Elena Strujan. ORDERED that the appeal is dismissed as frivolous. FURTHER ORDERED that pla-appellant pay dft-appellee the costs on appeal to be taxed by the Clerk of USCA, 5th Circuit. USCA judge name: Smith, Prado, and Owen. (cms, ) (Entered: 08/12/2013) |
| 08/09/2013 | 8 | Appeal Record Returned (original exhibits and/or non-electronic documents) from U.S. Court of Appeals: 6 Notice of Appeal (cms, ) (Entered: 08/12/2013) |
| 10/17/2013 | 9 | JUDGMENT entered in favor of Merck & Co Inc against Elena Strujan. Signed by Judge Eldon E. Fallon on 10/17/2013.(cms, ) (Entered: 10/18/2013) |
| 11/20/2013 | 10 | Letter from U.S. Supreme Court denying Writ of Certiorari as to Elena Strujan (cms, ) (Entered: 11/21/2013) |

# U. S. District Court
## Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-md-01657-EEF-DEK

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/27/2005 | 390 | PRETRIAL ORDER #14: effective 6/1/05 service shall be by Lexis Nexis File & Serve; Clerks office is to place a copy of this order in all new cases filed or transferred |

1157904v1

| Date Filed | # | Docket Text |
|---|---|---|
| | | and mail or email a copy to all counsel of record in the new cases. Signed by Judge Eldon E. Fallon on 5/26/05.(Reference: ALL CASES)(dmg, ) (Entered: 05/27/2005) |
| 04/13/2007 | 10817 | MOTION to Remand by Plaintiff. (Reference: 07-906)(dmg, ) (Entered: 04/19/2007) |
| 11/09/2007 | 12962 | PRETRIAL ORDER #28- Prima Facie Evidence of Usage, Injury and Causation. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 11/09/2007 | 12963 | PRETRIAL ORDER #29- Rules and procedures relating to all cases filed or transferred on or after 11/9/2007. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 03/25/2009 | 18049 | EXPARTE First MOTION for Order to Show Cause Why Resolution Program Enrollment Requirements Have Not been Met by Defendant. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Proposed Order)(Reference: See Exhibit A)(Wimberly, Dorothy) Modified on 3/26/2009 (cms, ). (Entered: 03/25/2009) |
| 04/13/2009 | 18255 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff Elena Strujan re 18049 First MOTION for Order to Show Cause Why Resolution Program Enrollment Requirements Have Not been Met. (Reference: 07-906)(cms, ) (Entered: 04/16/2009) |
| 04/20/2009 | 18317 | ORDERED re 18049 First Motion for Order to Show Cause - that the motion is withdrawn as to all plaintiffs on Exhibits1.1, 1.2, and 1.3. IT IS FURTHER ORDERED that the motion is deferred as to the plaintiffs on Exhibit 1.4 until 4/29/2009 at 9:00 a.m. IT IS FURTHER ORDERED that the claims of all plaintiffs on Exhibit 1.5 be and they hereby are dismissed with prejudice. IT IS FURTHER ORDERED the claims of all tolling claimants on Exhibit 1.6 be and they hereby are extinguished, and the Tolling Agreement is hereby voided as to those claimants. IT IS FURTHER ORDERED that plaintiffs on Exhibit 1.7 have been granted a limited extension of time to cure |

1157904v1

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | their enrollment deficiencies up to and including 5/1/2009. Accordingly, the motion is deferred as to the plaintiffs on Exhibit 1.7 until 5/8/2009 at 9:00a.m. Deadlines as stated herein. Signed by Judge Eldon E. Fallon on 4/17/2009. (Reference: Exhibits 1.1 - 1.7)(cms, ) (Entered: 04/22/2009) |
| 05/01/2009 | 18642 | ORDER re 18049 First MOTION for Order to Show Cause Why Resolution Program Enrollment Requirements Have Not been Met - that the motion is withdrawn as to all plaintiffs and claimants on the attached Exhibit 1.4A. IT IS FURTHER ORDERED that the claims of all plaintiffs on Exhibit 1.4B be and they hereby are dismissed with prejudice. IT IS FURTHER ORDERED the claims of all claimants listed as tolling claimants on Exhibit 1.4B be and they hereby are extinguished, and the Tolling Agreement (Notice filed in the MDL Court on June 9, 2005) is hereby voided as to those claimants. IT IS FURTHER ORDERED that the motion is deferred as to all plaintiffs on Exhibit 1.4C until 5/8/2009 at 9:00 a.m. The plaintiffs on Exhibit 1.4C have until 6:00 p.m. Eastern time, May 5, 2009 to provide non-deficient enrollment materials. Signed by Judge Eldon E. Fallon on 4/30/2009.(Reference: Exhibits 1.4 A, 1.4B, and 1.4C)(cms, ) (Entered: 05/05/2009) |
| 06/01/2009 | 18974 | ORDER re 18049 First MOTION for Order to Show Cause, 18051 Second MOTION for Order to Show Cause, 18052 Third MOTION for Order to Show Cause, 18053 Fourth MOTION for Order to Show Cause, 18054 Fifth MOTION for Order to Show Cause, 18058 Sixth MOTION for Order to Show Cause, 18307 Supplemental MOTION for Order to Show Cause, and 18308 Supplemental MOTION for Order to Show Cause - IT IS ORDERED that the motion is withdrawn as to all plaintiffs and tolling claimants on the attached Exhibit 1. IT IS FURTHER ORDERED that the claims of all plaintiffs on the attached Exhibit 2 be and they hereby are dismissed with prejudice. IT IS FURTHER ORDERED that as to the plaintiffs on the attached Exhibit 3, the releases that have been submitted to the Claims Administrator are deemed valid and enforceable for all purposes. IT IS FURTHER ORDERED that the motion is deferred as to all plaintiffs and tolling |

1157904v1

| Date Filed | # | Docket Text |
|---|---|---|
| | | claimants on the attached Exhibit 4 until June 10, 2009 at 9:00 a.m.. Deadlines stated herein. Signed by Judge Eldon E. Fallon on 5/29/2009.(Reference: Exhibits 1, 2, 3, & 4)(cms, ) (Entered: 06/02/2009) |
| 07/06/2009 | 20399 | PRETRIAL ORDER #43 - Case Management Order for Cases Serving Future Evidence Stipulations Pursuant to the Vioxx Resolution Program. Signed by Judge Eldon E. Fallon on 7/2/2009.(Reference: ALL CASES)(cms, ) Modified on 7/6/2009 (cms, ). (Additional attachment(s) added on 8/18/2009: # 1 Exhibit A, # 2 Exhibit B) (cms, ). (Entered: 07/06/2009) |
| 10/09/2009 | 24995 | Third MOTION to Dismiss Party With Prejudice for Failure to Comply with the Lone Pine Requirements of PTO 43 and incorporated memorandum by Defendant. Motion Hearing set for 10/29/2009 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Reference: 05-458, 05-469, 05-546, 05-548, 05-1011, 05-1035, 05-1037, 05-1040, 05-1047, 05-1049, 10-1050, 05-1055, 05-1059, 05-1060, 05-1086, 05-1140, 05-1383, 05-2968, 05-4418, 05-4421, 05-4434, 05-4439, 05-4452, 05-4759, 05-4762, 05-4991, 05-5107, 05-5109, 05-5282, 05-5287, 05-5727, 05-5975, 05-5978, 05-6535, 05-6775, 06-398, 06-1889, 06-3162, 06-3304, 06-3653, 06-4050, 06-4157, 06-4296, 06-5981, 06-5989, 06-5992, 06-5996, 06-6009, 06-6235, 06-6413, 06-6583, 06-6944, 06-7042, 06-7107, 06-7115, 06-9730, 06-9799, 06-9825, 06-10111, 06-10275, 06-10289, 06-10883, 06-10971, 06-10987, 06-11020, 07-663, 07-703, 07-880, 07-900, 07-901, 07-902, 07-903, 07-906, 07-1244, 07-1254, 07-1383, 07-2099, 07-2100, 07-2101, 07-2202, 07-2809, 07-2940, 07-3327, 07-3998, 07-6151, 07-6310, 07-6436, 07-6874, 07-7514, 07-8074, 08-161, 08-242, 08-244, 08-278, 09-2413)(Wimberly, Dorothy) (Entered: 10/09/2009) |
| 10/13/2009 | 25175 | ORDER TO SHOW CAUSE as to Plaintiffs in the cases listed in the attached Exhibit A Show Cause Hearing set for 10/29/2009 09:00 AM before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 10/13/2009. Deadlines as stated herein.(Reference: Exhibit A)(cms, ) (Entered: 10/14/2009) |
| 10/30/2009 | 26346 | ORDER re 24995 Third Motion: that the claims of all |

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | plaintiffs on the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre- Trial Order 43. IT IS FURTHER ORDERED that the motion be and it hereby is deferred until 12/3/2009, immediately following the conclusion of the monthly status conference scheduled for 9:00 a.m., as to all plaintiffs on the attached Exhibit B. IT IS FURTHER ORDERED that the motion be and it hereby is withdrawn as to all plaintiffs on the attached Exhibit C. Signed by Judge Eldon E. Fallon on 10/30/2009.(Reference: Exhibits A, B, & C)(cms, ) (Entered: 11/02/2009) |
| 11/30/2009 | 28797 | NOTICE OF APPEAL by Plaintiff Elena Strujan as to 26346 Order to Show Cause. (Reference: 07-906)(dno, ) (Entered: 12/04/2009) |
| 01/04/2010 | 31447 | APPEAL TRANSCRIPT REQUEST by Plaintiff for proceedings held on 10/30/2009 re 28797 Notice of Appeal. (Reference: 07-906)(cms, ) (Entered: 01/11/2010) |
| 01/07/2010 | 31592 | MOTION for a free transcript by Plaintiff Elena Strujan. (Reference: 07-906)(cms, ) (Entered: 01/12/2010) |
| 02/05/2010 | 33823 | ORDER of USCA as to 28797 Notice of Appeal - The parties are directed to assist the court by designating those portions of the record relevant to the pending appeal. The parties should attempt to agree on should documents should be included and should file a joint designation. The parties are instructed to file the joint designation and supplemental designation as soon as practicable but in no instance later than 14 days after the date of this order with the clerk of the District Court. (Reference: 05-1657, 07-906)(cms, ) (Entered: 02/08/2010) |
| 02/24/2010 | 35312 | DESIGNATION of Record on Appeal by Defendant re 28797 Notice of Appeal (Reference: 07-906)(Wimberly, Dorothy) (Entered: 02/24/2010) |
| 02/24/2010 | 35313 | DESIGNATION of Record on Appeal by Defendant re 28797 Notice of Appeal (Reference: 05-1657)(Wimberly, Dorothy) (Entered: 02/24/2010) |
| 03/03/2010 | 36383 | Certified and Transmitted Record on Appeal to US |

| Date Filed | # | Docket Text |
|---|---|---|
| | | Court of Appeals re 28797 Notice of Appeal. USCA Case Number 09-31202. (Reference: 05-1657, 07-906)(cms, ) (Entered: 03/08/2010) |
| 03/16/2010 | 37717 | Appeal Record on Loan as to Elena Strujan re 28797 Notice of Appeal - 4 Volumes of Original Record,. (Reference: 07-906)(cms, ) (Entered: 03/22/2010) |
| 07/27/2010 | 48336 | Appeal Record on Loan re 28797 Notice of Appeal - 5 Volumes of Original Record. (Reference: 05-1657, 07-906)(cms, ) (Entered: 08/02/2010) |
| 08/03/2010 | 48568 | ORDER of USCA as to 28797 Notice of Appeal; The appeal is dismissed as of 8/2/2010 pursuant to the joint motion of the parties. (Reference: 07-906)(cms, ) (Entered: 08/05/2010) |
| 08/10/2010 | 49009 | EXPARTE/CONSENT MOTION to Set Aside Judgment by Defendant, Plaintiff. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Proposed Order)(Reference: 07-906)(Wimberly, Dorothy) Modified on 8/11/2010 (cms, ). (Entered: 08/10/2010) |
| 08/12/2010 | 49277 | ORDER granting 49009 Motion to Set Aside Judgment as to Elena Strujan. Signed by Judge Eldon E. Fallon on 8/12/2010. (Reference: 07-906)(cms, ) (Entered: 08/13/2010) |
| 05/23/2012 | 63872 | MOTION for Summary Judgment by Defendant. Motion set for 7/11/2012 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Exhibit 11, # 13 Exhibit 12, # 14 Notice of Submission)(Reference: 07-0906)(Wimberly, Dorothy) (Attachment 4 replaced on 6/4/2012) (dno, ). (Attachment 5 replaced on 6/4/2012) (dno, ). (Attachment 6 replaced on 6/4/2012) (dno, ). (Attachment 7 replaced on 6/4/2012) (dno, ). (Attachment 8 replaced on 6/4/2012) (dno, ). (Entered: 05/23/2012) |
| 05/23/2012 | 63873 | EXPARTE/CONSENT MOTION for Leave to File Exhibits Under Seal by Defendant. (Attachments: # 1 Proposed Order)(Reference: 07-0906)(Wimberly, |

1157904v1

| Date Filed | # | Docket Text |
|---|---|---|
| | | Dorothy) (Entered: 05/23/2012) |
| 06/04/2012 | 63892 | ORDER granting 63873 Motion for Leave to File Certain Documents Under Seal. Signed by Judge Eldon E. Fallon on 6/4/2012. (Reference: 07-906)(cms, ) (Entered: 06/05/2012) |
| 06/22/2012 | 63948 | RESPONSE to Motion filed by Plaintiff Elena Strujan re 63872 MOTION for Summary Judgment . (Attachments: # 1 Letter, # 2 Exhibits)(Reference: 07-906)(cms, ) (Entered: 06/22/2012) |
| 06/27/2012 | 63955 | RESPONSE/MEMORANDUM in Support filed by Defendant re 63872 MOTION for Summary Judgment . (Reference: 07-0906)(Wimberly, Dorothy) (Entered: 06/27/2012) |
| 07/06/2012 | 63982 | Sur-Reply in Support filed by Plaintiff Elena re 63872 MOTION for Summary Judgment . (Attachments: # 1 Exhibits)(Reference: 07-906)(cms, ) (Entered: 07/11/2012) |
| 07/17/2012 | 63995 | MOTION to Seal Document (Exhibits 2, 3, 4, 5), MOTION for Summary Judgment by Defendant. Motion set for 8/16/2012 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Proposed Order, # 2 Motion for Summary Judgment, # 3 Statement of Contested/Uncontested Facts, # 4 Exhibit 1, # 5 Exhibit 2, # 6 Exhibit 3, # 7 Exhibit 4, # 8 Exhibit 5, # 9 Exhibit 6, # 10 Exhibit 7, # 11 Exhibit 8, # 12 Exhibit 9, # 13 Exhibit 10, # 14 Notice of Submission)(Reference: 06-10270)(Wimberly, Dorothy) (Additional attachment(s) added on 7/19/2012: # 15 Exhibit 2 SEALED, # 16 Exhibit 3 SEALED, # 17 Exhibit 4 SEALED, # 18 Exhibit 5 SEALED) (cms, ). (Entered: 07/17/2012) |
| 07/25/2012 | 64010 | ORDER AND REASONS that Mercks motion for summary judgment (Rec. Doc. 63872) is GRANTED. Plaintiff Elena Strujans claims are DISMISSED WITH PREJUDICE. FURTHER ORDERED that Plaintiff Strujans cross motions (Rec. Doc. 63948) are DENIED. Signed by Judge Eldon E. Fallon on 9/25/2012. (Reference: 07-906)(cms, ) (Entered: 07/25/2012) |
| 08/10/2012 | 64053 | MOTION for Reconsideration re 64010 Order on Motion for Summary Judgment by Plaintiff Elena |

1157904v1

| Date Filed | # | Docket Text |
|---|---|---|
|  |  | Strujan. (Attachments: # 1 Exhibits, # 2 Letter)(Reference: 07-906)(cms, ) (Entered: 08/13/2012) |
| 08/23/2012 | 64082 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 64053 MOTION for Reconsideration re 64010 Order on Motion for Summary Judgment, ; . (Reference: 07-0906)(Wimberly, Dorothy) (Entered: 08/23/2012) |
| 08/24/2012 | 64083 | MOTION for Leave to Appeal in forma pauperis by Plaintiff Elena Strujan. (Attachments: # 1 Notice of Appeal)(Reference: 07-906)(cms, ) (Entered: 08/24/2012) |
| 09/06/2012 | 64096 | Response/Reply by Plaintiff Elena Strujan to 64082 Response/Memorandum in Opposition to Motion (Reference: 07-906)(cms, ) (Entered: 09/07/2012) |
| 09/19/2012 | 64114 | ORDER denying 64053 Motion for Reconsideration. Signed by Judge Eldon E. Fallon on 9/19/2012. (Reference: 07-906)(cms, ) (Entered: 09/19/2012) |
| 10/15/2012 | 64147 | ORDER denying 64083 Motion for Leave to Appeal in forma pauperis as to Plaintiff Elena Strujans. Signed by Judge Eldon E. Fallon on 10/15/2012. (Reference: 07-906)(cms, ) (Entered: 10/15/2012) |
| 08/24/2012 | 64151 | NOTICE OF APPEAL by Plaintiff Elena Strujan as to 64010 Order on Motion for Summary Judgment. (FILING FEE NOT PAID, MOTION TO PROCEED IN FORMA PAUPERIS DENIED 10/15/12) (Reference: 07-906)(dno, ) (Entered: 10/17/2012) |
| 08/09/2013 | 64534 | USCA JUDGMENT issued as mandate on 8/7/2013 as to 64151 Notice of Appeal filed by Plaintiff Elena Strujan. ORDERED that the appeal is dismissed as frivolous. FURTHER ORDERED that pla-appellant pay dft-appellee the costs on appeal to be taxed by the Clerk of USCA, 5th Circuit. USCA judge name: Smith, Prado, and Owen. (Reference: 05md1657, 07-906)(cms, ) (Entered: 08/12/2013) |
| 10/17/2013 | 64642 | JUDGMENT entered in favor of Defendant Merck & Co Inc. against Plaintiff Elena Strujan. Signed by Judge Eldon E. Fallon on 10/17/2013.(Reference: 07-906)(cms, ) (Entered: 10/18/2013) |

| Date Filed | # | Docket Text |
|---|---|---|
| 11/20/2013 | 64699 | Letter from U.S. Supreme Court denying Writ of Certiorari as to Plaintiff Elena Strujan (Reference: 07-906)(cms, ) (Entered: 11/21/2013) |
| 12/12/2013 | 64746 | The Court is in receipt of the attached filing from Pro Se Plaintiff Elena Strujan, which treats as a motion for reconsideration of the Court's 10/17/2013 judgment (Rec. Doc. 64642). IT IS ORDERED that the judgment in this matter (Rec. Doc. 64642) be set aside and that a new judgment be entered dismissing Ms. Strujan's claims with prejudice and without costs. Signed by Judge Eldon E. Fallon on 12/10/2013. (Attachments: # 1 Correspondence)(Reference: 07-906)(cms, ) (Entered: 12/12/2013) |
| 01/08/2014 | 64790 | EXPARTE/CONSENT MOTION for Leave to File Additional Exhibits by Plaintiff Elena Strujan. (Attachments: # 1 Exhibits)(Reference: 07-906)(cms, ) (Entered: 01/08/2014) |
| 01/08/2014 | 64791 | ORDER granting 64790 Motion for Leave to File Additional Exhibits. Signed by Judge Eldon E. Fallon on 12/23/2013. (Reference: 07-906)(cms, ) (cc: Elena Strujan) (Entered: 01/08/2014) |
| 02/03/2014 | 64813 | The Court is in receipt of the attached correspondence from pro se plaintiff Elena Strujan. ORDERED that the attached correspondence be filed into the record and that no further action be taken. Signed by Judge Eldon E. Fallon on 1/31/2014. (Attachments: # 1 Correspondence)(Reference: 07-906)(cms, ) (cc: Elena Strujan) (Entered: 02/03/2014) |
| 02/03/2014 | 64814 | The Court is in receipt of the attached correspondence from pro se plaintiff Elena Strujan. ORDERED that the attached correspondence be filed into the record and that no further action be taken. Signed by Judge Eldon E. Fallon on 1/31/2014. (Attachments: # 1 Correspondence)(Reference: 07-906)(cms, ) (cc: Elena Strujan) (Entered: 02/03/2014) |
| 02/03/2014 | 64815 | The Court is in receipt of the attached correspondence from pro se plaintiff Elena Strujan. ORDERED that the attached correspondence be filed into the record and that no further action be taken. Signed by Judge Eldon E. Fallon on 1/31/2014. (Attachments: # 1 |

| Date Filed | # | Docket Text |
|---|---|---|
| | | Correspondence)(Reference: 07-906)(cms, ) (cc: Elena Strujan) (Additional attachment(s) added on 2/14/2014: # 2 Notice of Manual Attachment) (dno, ). (Entered: 02/03/2014) |
| 02/21/2014 | 64839 | ORDER - The Court is in receipt of the attached correspondence from pro se Plaintiff Elena Strujan whose claims have been dismissed rec. doc. 64746 . ORDERED that the attached correspondence be filed into the record and that no further action be taken. Signed by Judge Eldon E. Fallon on 2/19/2014. (Attachments: # 1 Exhibit)(Reference: 07-906)(cms, ) (Entered: 02/21/2014) |
| 03/26/2014 | 64875 | NOTICE OF APPEAL by Plaintiff Elena Strujan as to 64815 Order. (Reference: 07-906)(cms) (Entered: 03/27/2014) |
| 03/27/2014 | 64874 | ORDERED that the attached correspondence from pro se Plaintiff Elena Strujan be filed into the record. Signed by Judge Eldon E. Fallon on 3/24/2014.(Reference: 07-906)(cms) (cc: Elena Strujan) (Entered: 03/27/2014) |

WHEREFORE, the parties respectfully request that these documents be included in the record in this appeal.

Respectfully Submitted,

s/Elena Strujan
Elena Strujan, pro se
P.O. Box 20632
New York, NY 10021

and

s/Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

11

John H. Beisner
Jessica Davidson Miller
Geoffrey M. Wyatt
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

1157904v1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Joint Designation has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, on Ms. Strujan via U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of May, 2014.

      */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1157904v1