UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *Jenkins v. Merck*, 2:05-cv-04416-EEF-DEK | * | |
| | * | |

*****************************************************************************

## ORDER

Considering the foregoing Stipulation of Dismissal of All Claims,

**IT IS ORDERED** that any and all remaining claims in the above-referenced action be and they hereby are dismissed in their entirety, with prejudice.

**IT IS FURTHER ORDERED** that the case shall be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1153110v1
1158240v1