UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF JO LEVITT'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

************

Pursuant to L.R. 5.6 and Pretrial Order No. 13, Plaintiff Jo Levitt hereby requests that the Court order that the Exhibits to her Memorandum in Opposition to Merck's Motion for Summary Judgment and the Exhibits to her Statement of Material Facts Which Present a Genuine Issue be filed under seal.

In support of this Motion, Plaintiff states that these exhibits contain medical records that are confidential under Pretrial Order No. 13.

Dated: May 9, 2014         Respectfully submitted,

**HUMPHREY, FARRINGTON & McCLAIN, P.C.**

/s/ Daniel A. Thomas
Kenneth B. McClain         MO #32430
Daniel A. Thomas           MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile
**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

      I hereby certify that Plaintiff Jo Levitt's Motion to Seal has been served upon Defense Counsel, Jonathan Williams, Defendant Liaison Counsel, Dorothy H. Wimberly, and Plaintiff Liaison Counsel, Ann Oldfather, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of May, 2014.

/s/ Daniel A. Thomas
| | |
|---|---|
| Kenneth B. McClain | MO #32430 |
| Daniel A. Thomas | MO #52030 |

221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile
**ATTORNEYS FOR PLAINTIFFS**