UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

<u>ORDER GRANTING PLAINTIFF JO LEVITT'S MOTION FOR LEAVE
TO FILE CERTAIN DOCUMENTS UNDER SEAL</u>

\*\*\*\*\*\*\*\*\*\*\*\*

IT IS HEREBY ORDERED that Plaintiff Jo Levitt's Exhibits to her Memorandum in Opposition to Merck's Motion for Summary Judgment and to her Statement of Material Facts Which Present a Genuine Issue are to be filed under seal.

Near Orleans, Louisiana, this _____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE