UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>    **PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**  *Beatrice Tillie,* 05- 5925 (Plaintiffs Mary Brown & Mildred Lampon)
*William Lough, et al v. Merck*, 05-3820 (Plaintiffs William Lough & Floyd Chaplin)

## ORDER

Local Rule 7.5 of this Court requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date. No memorandum in opposition to Defendant Merck's motion for third supplemental order of dismissal (Rec. Doc. 64887), set for submission on April 23, 2014, has been timely submitted.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, **IT IS ORDERED** that Merck's motion for third supplemental order of dismissal (Rec. Doc. 64887) is **GRANTED**.

**IT IS FURTHER ORDERED** that any and all remaining claims in the above-referenced actions are **DISMISSED** in their entirety with prejudice and that these actions be **CLOSED**.

New Orleans, Louisiana, this 5th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE