|  |  |
|---|---|
| DONNA C. RUSSEL and<br>ROBERT E. RUSSEL,<br><br>            PlaintiffS,<br><br>v.<br><br>MERCK & CO., INC., et. al.,<br><br>            Defendants. | IN THE UNITED STATES<br>DISTRICT COURT FOR THE<br>EASTERN DISTRICT OF<br>LOUISIANA<br><br>Case Code No: 1657<br>Docket No: 2:06-cv-00781-EEF-DEK<br><br>STIPULATION OF DISMISSAL<br>WITH PREJUDICE AS TO<br>ALL DEFENDANTS |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiffs Donna C. Russel and Robert E. Russel against defendant Merck & Co., Inc. and all other defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Ann Oldfather
OLDFATHER LAW FIRM
1330 South Third Street
Louisville, KY 40208
(502) 637-7200 Tel
(502) 636-0066 Fax

*Attorney for Plaintiffs*

_____
Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
(202) 434-5106 Tel
(202) 434-5029 Fax

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 701430
(504) 581-3200 Tel
(504) 581-3361 Fax

*Attorneys for Defendants*

Dated: 5-1-2014

Dated: 5-9-14