# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to:* | * |
| | * MAGISTRATE JUDGE |
| | * KNOWLES |
| *Donna C. Russel and Robert E. Russel v. Merck,* | * |
| *2:05-cv-04416-EEF-DEK* | * |

***

## ORDER

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants, (Rec. Doc. 64922):

**IT IS ORDERED** that all claims of plaintiffs Donna C. Russel and Robert E. Russel against defendant Merck & Co., Inc. and all other defendants be and they hereby are dismissed in their entirety, with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this <u>14th</u> day of <u>    May    </u>, 2014.

_____
UNITED STATES DISTRICT JUDGE