UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *Jenkins v. Merck,* **2:05-cv-04416-EEF-DEK** | * | |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing Stipulation of Dismissal of All Claims, (Rec. Doc. 64917)

**IT IS ORDERED** that any and all remaining claims in the above-referenced action be and they hereby are dismissed in their entirety, with prejudice.

**IT IS FURTHER ORDERED** that the case shall be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this  14th  day of      May      , 2014.

_____
UNITED STATES DISTRICT JUDGE