<u>**UNITED STATES DISTRICT COURT**</u>
<u>**EASTERN DISTRICT OF LOUISIANA**</u>

In Re:  VIOXX®                                           MDL 1657
                                                        SECTION L
PRODUCTS LIABILITY LITIGATION                           JUDGE FALLON
                                                        MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:                   <u>**Case Number:  2:05-cv-4452**</u>

**Bill Black, et al. (Specifically, Lynell Major)**          PLAINTIFFS
**v.**

**Merck & Co., Inc.**                               DEFENDANTS

**ORDER GRANTING PLAINTIFF LYNELL MAJOR'S**
<u>**MOTION FOR LEAVE TO FILE**</u>

Considering the foregoing Motion to For Leave to File:

IT IS HEREBY ORDERED that the following documents are hereby filed in the above-

captioned case:

1.) Plaintiff Lynell Major's Memorandum in Opposition to Defendant Merck, Sharp & Dohme Corp.'s Motion for Summary Judgment and Incorporated Memorandum of Law;

2.) Plaintiff Lynell Major's Statement of Genuine Issues of Material Fact;

3.) Exhibit A – Complaint;

4.) Exhibit C – Definition from Merriam-Webster Dictionary;

5.) Exhibit D – Master Settlement Agreement Exhibit 2.7.3;

6.) Plaintiff Lynell Major's Motion for Leave to File Certain Documents Under Seal, and Proposed Order;

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**