**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  VIOXX® | MDL 1657 |
| | SECTION L |
| PRODUCTS LIABILITY LITIGATION | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | Case Number:  2:05-cv-4452 |
| **Bill Black, et al. (Specifically, Elizabeth Garner)** | PLAINTIFFS |
| v. | |
| **Merck & Co., Inc.** | DEFENDANTS |

**PLAINTIFF ELIZABETH GARNER'S**
**MOTION FOR LEAVE TO FILE**

Plaintiff Elizabeth Garner, through her undersigned counsel, hereby requests that the Court allow her to file the following documents in the above-captioned case:

1.) Plaintiff Elizabeth Garner's Memorandum in Opposition to Defendant Merck, Sharp & Dohme Corp.'s Motion for Summary Judgment and Incorporated Memorandum of Law;

2.) Plaintiff Elizabeth Garner's Statement of Genuine Issues of Material Fact;

3.) Exhibit A – Complaint;

4.) Exhibit C – Definition from Merriam-Webster Dictionary;

5.) Exhibit D – Master Settlement Agreement Exhibit 2.7.3; and

6.) Plaintiff Elizabeth Garner's Motion for Leave to File Certain Documents Under Seal, and Proposed Order.

In support of this motion, Plaintiff states that these documents were originally filed using only LexisNexis File & Serve Express  on December 6, 2013 and served electronically upon Defense using the same system. In response to this filing, on January 3, 2014, Defense filed their

Reply. In furtherance of this Court's Pre-Trial Order No. 8B, Plaintiff wishes to file the above listed documents with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system.

Dated: May 15, 2014                          Respectfully submitted,

                                            BY:  /s/Lisa Causey-Streete
                                                    Robert L. Salim, 11663
                                                    Lisa Causey-Streete, 33767
                                                    SALIM-BEASLEY, LLC
                                                    1901 Texas Street
                                                    Natchitoches, LA 71457
                                                    Phone: (318) 352-5999
                                                    Fax: (318) 352-5998
                                                    Email: robertsalim@cp-tel.net
                                                    Email: lcausey@salim-beasley.com

                                                    *Attorneys for Plaintiff, Elizabeth Garner*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to File and attachments has been served upon Liaison Counsels, Phillip A. Wittmann, Russ Herman, and Ann B. Oldfather, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing *was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system* which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day May, 2014.

/s/Lisa Causey-Streete