**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

In Re:  VIOXX®                                                    MDL 1657
                                                                 SECTION L
PRODUCTS LIABILITY LITIGATION                                    JUDGE FALLON
                                                                 MAG. JUDGE KNOWLES


THIS DOCUMENT RELATES TO:                         **Case Number:  2:05-cv-4452**


**Bill Black, et al. (Specifically, Elizabeth Garner)**          PLAINTIFFS
**v.**


**Merck & Co., Inc.**                                            DEFENDANTS

**ORDER GRANTING PLAINTIFF ELIZABETH GARNER'S**
**MOTION FOR LEAVE TO FILE**

Considering the foregoing Motion to For Leave to File:

IT IS HEREBY ORDERED that the following documents are hereby filed in the above-

captioned case:

1.) Plaintiff Elizabeth Garner's Memorandum in Opposition to Defendant Merck, Sharp
   & Dohme Corp.'s Motion for Summary Judgment and Incorporated Memorandum of
   Law;

2.) Plaintiff Elizabeth Garner's Statement of Genuine Issues of Material Fact;

3.) Exhibit A – Complaint;

4.) Exhibit C – Definition from Merriam-Webster Dictionary;

5.) Exhibit D – Master Settlement Agreement Exhibit 2.7.3;

6.) Plaintiff Elizabeth Garner's Motion for Leave to File Certain Documents Under Seal,
   and Proposed Order;

New Orleans, Louisiana, this ____ day of _____, 2014.


                                   _____
                                   **ELDON E. FALLON**
                                   **UNITED STATES DISTRICT JUDGE**