

# EXHIBIT C

AdChoices



Quizzes & Games   Word of the Day   Video   New Words   My Favorites

New!
**Spanish Central** ▸

or



**Name That Thing**
Take Our 10-Question Quiz

## or

Popularity

4 ENTRIES FOUND:

- or else
- -or
- either-or

Sponsored Links

**Learn More About**
VESIcare® (solifenacin succinate). Get information about...
www.VESIcare.com

### ¹or

**Definition of OR**

1. — used as a function word to indicate an alternative <coffee *or* tea> <sink *or* swim>, the equivalent or substitutive character of two words or phrases <lessen *or* abate>, or approximation or uncertainty <in five *or* six days>

2. *archaic* : **EITHER**

3. *archaic* : **WHETHER**

4. — used in logic as a sentential connective that forms a complex sentence which is true when at least one of its constituent sentences is true — compare **DISJUNCTION**

**Origin of OR**

Middle English, alteration of *other*, alteration of Old English *oththe*; akin to Old High German *eddo* or

First Known Use: 13th century

**Rhymes with OR**

boar Boer bore chore cor core corps crore door floor for fore four frore gore Gore hoar lore mor more nor o'er oar
[+] more

### ²or

**Definition of OR**

*archaic*

: **BEFORE**

### MORE QUIZZES



**Spell It**
The commonly misspelled words quiz
Hear It, Spell It »



**Vocabulary Quiz**
How strong is your vocabulary?
Take the Quiz »

**Quizzitive: Our New App!**
The Vocab Quiz Game for iPhone & iPad
★★★★★ "Incredibly fun and addictive. And informative!" — User Review, iTunes
Download the App »

**Piquant, Ambrosial & More: Food Words Worth Savoring**
Top 10 Words About Food

**"A Kiss is a Lovely Trick," & More**
Favorite Quotations About Words, Vol. 1



Online degrees in Legal Studies
Class starts January 6



**Origin of OR**

Middle English, from *or,* adverb, early, before, from Old Norse *ār;* akin to Old English *ær* early — more at ERE

First Known Use: 13th century

## ³or

**Definition of OR**

*archaic*

: BEFORE

**First Known Use of OR**

13th century

## ⁴or

**Definition of OR**

: the heraldic color gold or yellow

**Origin of OR**

Middle English, from Anglo-French, gold, from Latin *aurum* — more at AUREUS

First Known Use: 15th century

## ¹OR

**Definition of OR**

: a logical operator that requires either of two inputs to be present or conditions to be met for an output to be made or a statement to be executed <*OR* gate in a computer>

**Origin of OR**

¹*or*

First Known Use: circa 1956

**Other Computer-Related Terms**

adware   flash   kludge   phishing   recursive   router

## ²OR

**Definition of OR**

1  operating room
2  operational research; operations research
3  Oregon
4  owner's risk
5  own recognizance

See OR defined for English-language learners

**Learn More About OR**


PHOTO CONTEST: THE WINNERS

"Serendipity"
You showed us hundreds of ways to look at "serendipity."
View the Top 15 »

STAY CONNECTED


**Get Our Free Apps**
Voice Search, Favorites, Word of the Day, and More
iPhone | iPad | Android | More

 
**Join Us on FB & Twitter**
Get the Word of the Day and More
Facebook | Twitter


AdChoices


Merriam-Webster's Word of the Year Is...


About Our Ads

AdChoices