## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX®                                      MDL 1657
                                                    SECTION L
PRODUCTS LIABILITY LITIGATION                       JUDGE FALLON
                                                    MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:                           **Case Number:  2:05-cv-4452**

**Bill Black, et al. (Specifically, Elizabeth**         PLAINTIFFS
**Garner)**
**v.**

**Merck & Co., Inc.**                                   DEFENDANTS

### ORDER GRANTING PLAINTIFF ELIZABETH GARNER'S
### MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion to For Leave to File Certain Documents Under Seal:

IT IS HEREBY ORDERED that the following documents are hereby filed under seal in

the above-captioned case:

1.) Exhibit B – Claims Form, including medical records; and

2.) Exhibit E – Deposition of Elizabeth Garner.

New Orleans, Louisiana, this _____ day of _____, 2014.


_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**