UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER GRANTING PLAINTIFF JO LEVITT'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

************

IT IS HEREBY ORDERED that Plaintiff Jo Levitt's Exhibits to her Memorandum in Opposition to Merck's Motion for Summary Judgment and to her Statement of Material Facts Which Present a Genuine Issue are to be filed under seal.

Near Orleans, Louisiana, this   14th   day of   May  , 2014.

_____
UNITED STATES DISTRICT JUDGE