UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

*************************************************************************

**DEFENDANT MERCK SHARP & DOHME CORP.'S**
**MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Pursuant to L.R. 5.6 and Pretrial Order No. 13, Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, hereby requests that the Court order that Exhibit A to Merck's Reply in Support of Motion for Summary Judgment in the above-captioned case be filed under seal.

In support of this motion, Defendant states that this exhibit contains medical records or summaries of medical records that are Confidential under Pretrial Order No. 13.

Dated:  May 16, 2014          Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
　　Phillip A. Wittmann, 13625
　　Dorothy H. Wimberly, 18509
　　STONE PIGMAN WALTHER
　　WITTMANN L.L.C.
　　546 Carondelet Street
　　New Orleans, Louisiana 70130
　　Phone: 504-581-3200
　　Fax:　 504-581-3361

　　Defendants' Liaison Counsel

1158802v1

—and—

Douglas R. Marvin
M. Elaine Horn
Jonathan L. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

1158802v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Request to File Certain Documents Under Seal has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16th day of May, 2014.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1158802v1