# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re:  VIOXX® | MDL 1657 |
| | SECTION L |
| PRODUCTS LIABILITY LITIGATION | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | Case Number:  2:05-cv-4452 |
| **Bill Black, et al. (Specifically, Elizabeth Garner)** | PLAINTIFFS |
| v. | |
| **Merck & Co., Inc.** | DEFENDANTS |

## PLAINTIFF ELIZABETH GARNER'S
## MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

Plaintiff Elizabeth Garner, through her undersigned counsel, hereby requests that the Court allow her to file the following documents under seal as exhibits to her Memorandum in Opposition to Defendant Merck, Sharp & Dohme Corp.'s Motion for Summary Judgment and Incorporated Memorandum of Law in the above-captioned case:

1.) Exhibit B – Claims Form, including medical records; and

2.) Exhibit E – Deposition of Elizabeth Garner.

In support of this motion, Plaintiff states that these documents contain medical records or summaries of medical records that are Confidential under Pretrial Order 13 and that they were originally filed under seal using only LexisNexis File & Serve Express on December 6, 2013 and served electronically upon Defense using the same system. In furtherance of this Court's Pre-Trial Order No. 8B, Plaintiff wishes to file the above listed documents under seal with the Clerk of Court of the United States District Court for the Eastern District of Louisiana using the CM/ECF system.

Dated: May 15, 2014                                Respectfully submitted,

                                                      BY:  /s/Lisa Causey-Streete  
                                                          Robert L. Salim, 11663  
                                                          Lisa Causey-Streete, 33767  
                                                          SALIM-BEASLEY, LLC  
                                                          1901 Texas Street  
                                                          Natchitoches, LA 71457  
                                                          Phone: (318) 352-5999  
                                                          Fax: (318) 352-5998  
                                                          Email: robertsalim@cp-tel.net  
                                                          Email: lcausey@salim-beasley.com

                                                          *Attorneys for Plaintiff, Elizabeth Garner*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion for Leave to File Certain Documents Under Seal has been served upon Liaison Counsels, Phillip A. Wittmann, Russ Herman, and Ann B. Oldfather, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing *was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system* which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day May, 2014.

/s/Lisa Causey-Streete