**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: VIOXX® | MDL 1657 |
| | SECTION L |
| PRODUCTS LIABILITY LITIGATION | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:05-cv-4452** |
| **Bill Black, et al. (Specifically, Elizabeth Garner)** | PLAINTIFFS |
| v. | |
| **Merck & Co., Inc.** | DEFENDANTS |

**ORDER GRANTING PLAINTIFF ELIZABETH GARNER'S**
**MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Considering the foregoing Motion to For Leave to File Certain Documents Under Seal:

IT IS HEREBY ORDERED that the following documents are hereby filed under seal in the above-captioned case:

1.) Exhibit B – Claims Form, including medical records; and

2.) Exhibit E – Deposition of Elizabeth Garner.

New Orleans, Louisiana, this ____ day of _____, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**