UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   *Antonio Denson*

**ORDER**

The Court has received and reviewed the attached report from Anthony Denson. **IT IS ORDERED** that no further action be taken.

New Orleans, Louisiana, this 19th day of May, 2014.

                                                              UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:   Anthony D. Denson
804 Lyons Street
New Orleans, LA 70115

1

Eric E. Holt, M.D.
Nephrology
Internal Medicine
Family Health Care Clinic, Inc.
609 Superior Avenue
Bogalusa, Louisiana 70427
(985) 735-1090

Report on Causation for Deceased
Antonio D. Denson

**Allegation**
The estate of Antonio D. Denson alleges that the ingestion of Vioxx over the period of time from February 2003 until July 2004 resulted in his developing a cardiomyopathy. This cardiomyopathy ultimately lead to his demise in November 2012 from congestive heart failure.

**Narrative**
Mr. Denson initial prescription for Rofecoxib (Vioxx) was on February 17, 2003. He received refills for Vioxx on at least nine occasions over a period of 17 months.

Mr. Denson was admitted to DeSoto Memorial Hospital in Arcadia, Florida on September 11, 2003 with severe anemia and congestive heart failure. During the admission he underwent a myoview stress which revealed significant cardiac abnormalities with changes suggestive of ischemia.

The patient underwent an echocardiogram which revealed a dilated cardiomyopathy with reduced ejection fraction.

**Findings**
The temporal sequence of Mr. Denson starting Vioxx in February 2003 and his development of symptomatic congestive heart failure in September 2003 is certainly consistent with the course of the patients described in case reports. These case reports involved patients whom had taken Vioxx and developed congestive heart failure. In summary, the fact Mr. Denson had been symptom free and in good health prior to starting Vioxx and the fact that Mr. Denson developed symptoms shortly after starting Vioxx makes the inescapable conclusion that Mr. Denson developed a cardiomyopathy.

Prepared by: _____
Eric E. Holt, M.D.

Dated: 4/29/2014