# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**   *All Cases*

## ORDER

The Court received and reviewed the attached correspondence from Plaintiff Vickie Clayborn dated May 2, 2014. **IT IS ORDERED** that correspondence be filed into the record and that the *pro se* curator respond as necessary and appropriate.

New Orleans, Louisiana, this 19th day of May, 2014.

UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:   Ms. Vickie Clayborn
803 S. 20th Street
New Castle, IN 47362

Mr. Robert M. Johnston
Law Offices of Robert M. Johnston, LLC
400 Poydras Street, Suite 2450
New Orleans, LA 70130