RECEIVED
MAY 03 2014
CHAMBERS OF
U.S. DISTRICT JUDGE
ELDON E. FALLON

To: Judge Eldon E. Fallon                May 2, 2014

Hello, my Name is Vickie I am writing to you about Vioxx. I recently received a letter For Vioxx Consumer Settlement. I thought the Vioxx Lawsuits was done settled a couple years ago. Your Honor I tried to get in the Vioxx Settlement I took Vioxx on and off From 1999-2004 I had to quit my job in 2004 I was so sick, and I had a Heart Attack in 2008. But I was seen in the Doctors office and Emergency Rooms Several times Due to my Illness. I was having severe pain in my Head, Blurred Vision, weakness, chest pain, left arm pain, etc. this started soon After I started Vioxx, But I Didnt know that Vioxx Causes there things untill 2004. I was only 43 year old when I had my (MI) Now I have to take Medicine everyday For the Rest of my Life Because I have a Medicated Stent. Your Honor I Dont think its Fair that they wouldnt let me Be in the Vioxx Settlement For my (MI) Injuries. But they sent me a letter For the Vioxx Consumer Settlement. I tried to get in the Settlement For Vioxx as a ProSe I Didnt get very Far. Im Not well Educated and I dont Understand

all the words from lawyers and courts. Your Honor after I Received the letter about Vioxx Consumer. I went to the Computer and was looking at the Laed.uscourts.gov. webpage. I seen that a lawyer Name Ann Oldfather was working on some cases that wasnt able to get into the settlement. I guess what I would like to know is my Name on any of the Vioxx papers that Ann Oldfather Has. I just think its wrong the way I was done, and I Hope you can help me. I know that Vioxx Damaged my Heart. And I feel Like I Deserve something For my Injuries. I wrote to you back in April 2009 and you sent me a letter dated May 27, 2009. In that letter it states I am to be ordered into Record. I Dont know if that means I will get settlement For Injuries or Nothing at all. I want to thank you For Reading my letter. And I Hope you can help me, I Deserve a Settlement also.

Thank you So Much
Vickie Clayborn
803 South 20th Street
New Castle, IN 47362
Phone# 765-521-8416

Vickie Clayborn
803 So. 20th St.
NewCastle, IN 47362

INDIANAPOLIS IN 460
03 MAY 2014 PM 6 L

U.S.

Judge Eldon E. Fallon
500 Poydras Street
Room C-456
New Orleans, LA 70130

RECEIVED
MAY 07 2014
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

70130730316