**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re:  VIOXX® | MDL 1657 |
| | SECTION L |
| PRODUCTS LIABILITY LITIGATION | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | Case Number:  2:05-cv-4452 |
| **Bill Black, et al. (Specifically, Elizabeth Garner)** | PLAINTIFFS |
| v. | |
| **Merck & Co., Inc.** | DEFENDANTS |

**ORDER GRANTING PLAINTIFF ELIZABETH GARNER'S**
**MOTION FOR LEAVE TO FILE**

Considering the foregoing Motion to For Leave to File:

IT IS HEREBY ORDERED that the following documents are hereby filed in the above-captioned case:

1.) Plaintiff Elizabeth Garner's Memorandum in Opposition to Defendant Merck, Sharp & Dohme Corp.'s Motion for Summary Judgment and Incorporated Memorandum of Law;

2.) Plaintiff Elizabeth Garner's Statement of Genuine Issues of Material Fact;

3.) Exhibit A – Complaint;

4.) Exhibit C – Definition from Merriam-Webster Dictionary;

5.) Exhibit D – Master Settlement Agreement Exhibit 2.7.3;

6.) Plaintiff Elizabeth Garner's Motion for Leave to File Certain Documents Under Seal, and Proposed Order;

New Orleans, Louisiana, this 23rd day of _____May_____, 2014.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**