# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® | MDL 1657 |
| | SECTION L |
| PRODUCTS LIABILITY LITIGATION | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | Case Number: 2:05-cv-4452 |
| **Bill Black, et al. (Specifically, Lynell Major)** v. | PLAINTIFFS |
| **Merck & Co., Inc.** | DEFENDANTS |

## ORDER GRANTING PLAINTIFF LYNELL MAJOR'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion to For Leave to File Certain Documents Under Seal:

IT IS HEREBY ORDERED that the following documents are hereby filed under seal in the above-captioned case:

1.) Exhibit B – Claims Form, including medical records; and

2.) Exhibit E – Deposition of Lynell Major.

New Orleans, Louisiana, this 22nd day of _____May_____, 2014.

_____
UNITED STATES DISTRICT JUDGE