
E-SERVICE
54665929
Dec 06 2013
01:24PM
File & ServeXpress

# EXHIBIT C

Or - Definition and More from the Free Merriam-Webster Dictionary

AdChoices ▷



**Merriam-Webster**

m-w.com

Quizzes & Games    Word of the Day    Video    New Words    My Favorites

New!
**Spanish Central** ▶

or



**Quiz**

**Name That Thing**
Take Our 10-Question Quiz

## or

Popularity

4 ENTRIES FOUND:

or else

-or

either-or

Sponsored Links
**Learn More About**
VESIcare® (solifenacin succinate). Get Information about...
www.VESIcare.com

### ¹or

**Definition of OR**

1  —used as a function word to indicate an alternative <coffee *or* tea> <sink *or* swim>, the equivalent or substitutive character of two words or phrases <lessen *or* abate>, or approximation or uncertainty <in five *or* six days>

2  *archaic* :  EITHER

3  *archaic* :  WHETHER

4  —used in logic as a sentential connective that forms a complex sentence which is true when at least one of its constituent sentences is true — compare DISJUNCTION

**Origin of OR**

Middle English, alteration of *other*, alteration of Old English *oththe;* akin to Old High German *eddo* or

First Known Use: 13th century

**Rhymes with OR**

boar  Boer  bore  chore  cor  core  corps  crore  door  floor  for  fore  four  Frore  gore  Gore  hoar  lore  mor  more  nor  o'er  oar

[+] more

### ²or

**Definition of OR**

*archaic*
:  BEFORE



Online degrees in
**Legal Studies**

Class starts January 6

**MORE QUIZZES**

**Spell It**
The commonly misspelled words quiz
Hear It, Spell It »

**Vocabulary Quiz**
How strong is your vocabulary?
Take the Quiz »

**Quizzitive: Our New App!**
The Vocab Quiz Game for iPhone & iPad
★★★★★ "Incredibly fun and addictive. And informative!" — User Review, iTunes
Download the App »

**Piquant, Ambrosial & More: Food Words Worth Savoring**
Top 10 Words About Food

**"A Kiss is a Lovely Trick," & More**
Favorite Quotations About Words, Vol. 1



Register Today ›

American Public **APU** University
Ready when you are ™

**Origin of OR**

Middle English, from *or*, adverb, early, before, from Old Norse
*ār*; akin to Old English *ǣr* early — more at ERE

First Known Use: 13th century

## ³or

**Definition of OR**

*archaic*
: BEFORE

**First Known Use of OR**

13th century

## ⁴or

**Definition of OR**

: the heraldic color gold or yellow

**Origin of OR**

Middle English, from Anglo-French, gold, from Latin *aurum* —

more at AUREUS

First Known Use: 15th century

## ¹OR

**Definition of OR**

: a logical operator that requires either of two inputs to be
present or conditions to be met for an output to be made or
a statement to be executed <*OR* gate in a computer>

**Origin of OR**

¹*or*
First Known Use: circa 1956

**Other Computer-Related Terms**

adware   flash   kludge   phishing   recursive   router

## ²OR

**Definition of OR**

1   operating room

2   operational research; operations research

3   Oregon

4   owner's risk

5   own recognizance

See OR defined for English-language learners »

Learn More About OR

**PHOTO CONTEST: THE WINNERS**



**"Serendipity"**
You showed us hundreds
of ways to look at
"serendipity."
View the Top 15 »

**STAY CONNECTED**



**Get Our Free Apps**
Voice Search, Favorites,
Word of the Day, and More
iPhone | iPad | Android | More

 

**Join Us on FB & Twitter**
Get the Word of the Day and More
Facebook | Twitter

AdChoices ▷

Merriam-Webster's
**Word of the
Year Is...**

*About
Our Ads*

AdChoices ▷