**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Vioxx | \*   MDL Case No. 1657 |
| | \* |
| PRODUCTS LIABILITY | \*   SECTION L |
| LITIGATION | \* |
| | \*   JUDGE FALLON |
| | \* |
| **This document relates to:** | \*   MAGISTRATE JUDGE |
| | \*   KNOWLES |
| ***Dennis R. Harrison v. Merck Sharp & Dohme Corp.,*** | \* |
| **2:07-cv-00905-EEF-DEK** | \* |
| | \* |
| | \* |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT MERCK SHARP & DOHME CORP.'S DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON REMAND TO TRANSFEROR COURT

Pursuant to the Conditional Remand Order issued by the Judicial Panel on Multidistrict Litigation ("JPML") on May 14, 2014 and in accordance with the JPML's Rules for Multidistrict Litigation 10.04(a), Defendant Merck Sharp & Dohme Corp. ("Merck") hereby designates the following items for inclusion in the record on remand to the transferor court in *Dennis R. Harrison v. Merck Sharp & Dohme Corp.*, Eastern District of Louisiana Case No. 2:07-cv-00905-EEF-DEK (docketed in the transferor court, the U.S. District Court for the Northern District of New York, as Case No. 1:06-cv-00932-LEK-RFT).  Counsel for Merck provided a list of these designations to Plaintiff Harrison and sought his agreement to submit the designations as a joint stipulation, but he declined to do so.

Merck respectfully requests that each of the documents in the docket entries listed below, including all attachments and exhibits thereto, be included in the record on remand and transmitted to the Clerk of the Court for the Northern District of New York:

**From *Harrison v. Merck* Individual Docket, Case #: 2:07-cv-00905-EEF-DEK:**

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 02/22/2007 | 1 | Case transferred in from Northern District of New York (Syracuse); Case Number 1:06-932-NAM-RFT. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. filed by Dennis Richard Harrison. (Attachments: # 1 PTO #14, # 2 NTCREM - USDC, NDNY (Syracuse), # 3 State court cmp, # 4 DKT SHT - USDC, NDNY (Syracuse))(rll, ). (Entered: 03/05/2007) |

**From *In re: Vioxx Products Liability Litigation* General MDL Docket, Case #: 2:05-md-01657-EEF-DEK:**

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 05/12/2014 | 64924 | SUGGESTION OF REMAND - IT IS ORDERED that the Clerk's Office serve copies of this suggestion of remand, as to Dennis R. Harrison v. Merck Sharp & Dohme Corp., 07-0905, on the Judicial Panel on Multidistrict Litigation and to the United States District Court for the Northern District of New York. Signed by Judge Eldon E. Fallon on 5/12/14. (Reference: 07-905) (cc: JPML and USDC, NDNY)(dno) (Entered: 05/13/2014) |
| 01/08/2014 | 64789 | ORDER granting 64788 Motion for Leave to File Reply. Signed by Judge Eldon E. Fallon on 12/23/2013. (Reference: 07-905)(cms, ) (Entered: 01/08/2014) |
| 01/08/2014 | 64788 | EXPARTE/CONSENT MOTION for Leave to File Reply by Plaintiff Dennis Harrison. (Reference: 07-905)(cms, ) (Entered: 01/08/2014) |
| 01/02/2014 | 64776 | ORDER granting 64775 Motion for Leave to Substitute Exhibits. Signed by Judge Eldon E. Fallon on 12/23/2013. (Reference: 07-905)(cms, ) (Entered: 01/02/2014) |
| 01/02/2014 | 64775 | EXPARTE/CONSENT MOTION for Leave to Substitute Exhibits by Plaintiff Dennis Harrison. (Attachments: # 1 Exhibit XX, # 2 Exhibits A-C)(Reference: 07-905)(cms, ) (Entered: 01/02/2014) |
| 12/06/2013 | 64727 | Response/Reply by Defendant *to Plaintiff's Statement That He is Now Able to Gain an Expert Witness* 64706 (Reference: 07-0905)(Wimberly, Dorothy) Modified on 12/9/2013 (dno, ). (Entered: 12/06/2013) |
| 11/22/2013 | 64708 | Sur-Reply by Plaintiff to 64639 MOTION for Summary Judgment, 64510 MOTION for Summary Judgment (Attachments: # 1 Exhibits A-C, # 2 Exhibit XX, # 3 Exhibit YY)(Reference: 07-905)(cms, ) (Entered: 11/25/2013) |

1159277v1

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 11/22/2013 | 64707 | ORDER- The Court has received the pla's reply to the dft combined reply and opposition (Rec. Doc. 64671), which the Court will view as motion for leave to file a combined sur-reply to the dft's motion for summary judgment (Rec. Doc. 64510) and reply to his own cross-motion for summary judgment (Rec. Doc. 64639). ORDERED that the pla's motion for leave to file is GRANTED. Pla's combined sur-reply to the dft's motion for summary judgment (Rec.Doc. 64510) and reply to his own cross-motion for summary judgment (Rec. Doc. 64639) be filed into the record. Signed by Judge Eldon E. Fallon on 11/20/2013.(Reference: 07-905)(cms, ) (cc: Dennis R. Harrison, James Dugan) (Entered: 11/25/2013) |
| 11/22/2013 | 64706 | Statement that plaintiff is now able to gain an expert witness by Plaintiff Dennis Richard Harrison. (Reference: 07-905)(cms, ) (Entered: 11/25/2013) |
| 11/22/2013 | 64705 | ORDER-The Court has received the Pla's "Statement that he is now able to gain an expert witness". ORDERED that these materials be filed into the record. FURTHER ORDERED that the dft file a response to this request on or before 12/6/2013. Signed by Judge Eldon E. Fallon on 11/20/2013.(Reference: 07-905) (cc: Dennis R. Harrison, James Dugan)(cms, ) (Entered: 11/25/2013) |
| 11/04/2013 | 64672 | RESPONSE to Motion filed by Defendant re 64639 MOTION for Summary Judgment . (Reference: 07-0905)(Wimberly, Dorothy) (Entered: 11/04/2013) |
| 11/04/2013 | 64671 | RESPONSE/MEMORANDUM in Support filed by Defendant re 64510 MOTION for Summary Judgment *and Opposition to Plaintiff's Cross Motion for Summary Judgment*. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Reference: 07-0905)(Wimberly, Dorothy) (Entered: 11/04/2013) |
| 10/25/2013 | 64666 | Amended Response/Reply by Plaintiff Dennis Richard Harrison to 64510 MOTION for Summary Judgment. (Attachments: # 1 Attachment 1, # 2 Attachment 2, # 3 Attachment 3)(Reference: 07-905)(cms, ) (Entered: 10/25/2013) |
| 10/24/2013 | 64665 | ORDER-The Court is in receipt of e-mail correspondence from plaintiff dated 10/21/2013. ORDERED that the listed materials, which reference the dft's motion for summary judgment(Rec. Doc. 64510), be filed into the record as a supplemental and/or amended response to that motion and that the plaintiff may not further supplement and/or amend his response. Deadlines as stated herein. Signed by Judge Eldon E. Fallon on 10/24/2013.(Reference: 07-905) (cc: Dennis R. Harrison, James Dugan)(cms, ) (Entered: 10/25/2013) |

1159277v1

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 10/16/2013 | 64640 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff Dennis Harrison re 64510 MOTION for Summary Judgment. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Exhibits, # 3 Exhibits A-WW)(Reference: 07-905)(cms, ) (Entered: 10/16/2013) |
| 10/10/2013 | 64639 | CROSS MOTION for Summary Judgment by Plaintiff Dennis Harrison. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Exhibit part 1, # 3 Exhibit part 2)(Reference: 07-905)(cms, ) (Entered: 10/16/2013) |
| 10/04/2013 | 64628 | ORDER - The Court acknowledges receipt of correspondence from Dennis Harrison dated October 2, 2013, and entitled "Plaintiff Dennis Harrisons Motion Requesting Advice Prior to Plaintiff Permitting His Investigator James Duggan to Send Letter to Assistant U.S. Attorney General Office" This request is outside of the Courts competence and therefore a response is unnecessary.. Signed by Judge Eldon E. Fallon on 10/3/2013.(Reference: 07-905)(cms, ) (Entered: 10/04/2013) |
| 10/03/2013 | 64641 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff Dennis Harrison re 64510 MOTION for Summary Judgment. (Attachments: # 1 Proposed Order)(Reference: 07-905)(cms, ) (Entered: 10/16/2013) |
| 09/25/2013 | 64613 | REPLY to Response to Motion filed by Plaintiff re 64598 MOTION to Amend/Correct. (Reference: 07-905)(cms, ) (Entered: 09/25/2013) |
| 09/23/2013 | 64611 | ORDERED that the deadline for Plaintiffs response memorandum to Defendants 64510 MOTION for Summary Judgment is CONTINUED until 10/4/2013. Signed by Judge Eldon E. Fallon on 9/23/2013.(Reference: 07-905)(cms, ) (Entered: 09/24/2013) |
| 09/18/2013 | 64599 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 64598 MOTION to Amend/Correct *Complaint*. (Attachments: # 1 Exhibit A)(Reference: 07-0905)(Wimberly, Dorothy) (Entered: 09/18/2013) |
| 09/10/2013 | 64598 | MOTION to Amend Original Complaint to incorporate additional allegations, new findings of fact, clarify complaint and include additional injuries by Plaintiff Dennis Harrison. (Reference: 07-905)(cms, ) (Entered: 09/18/2013) |
| 09/09/2013 | 64585 | ORDERED that the pla's motion to extend time to file a response memorandum is DENIED. FURTHER ORDERED that the dft respond directly to the pla's request that it provide certain documents to Mr. Duggan.. Signed by Judge Eldon E. Fallon on 9/9/2013. (Reference: 07-905) (cc: Dennis R. Harrison, James Duggan)(cms, ) (Entered: 09/10/2013) |

1159277v1

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 09/09/2013 | 64584 | EXPARTE/CONSENT MOTION for Extension of Time to File Opposition to Dft's Summary Judgment by Plaintiff Dennis Harrison. (Reference: 07-905)(cms, ) (Entered: 09/10/2013) |
| 08/23/2013 | 64556 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Telephone Status Conference held on 8/23/2013. ORDERED that the Pla be allowed to file his response to dft's msj anytime on or before 9/23/2013. (Reference: 07-905)(cms, ) (Entered: 08/26/2013) |
| 08/19/2013 | 64548 | ORDER - Telephone Status Conference set for 8/23/2013 10:30 AM before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 8/16/2013.(Reference: 07-905)(cms, ) (Entered: 08/20/2013) |
| 07/25/2013 | 64510 | MOTION for Summary Judgment by Defendant. Motion set for 9/18/2013 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Proposed Order, # 3 Notice of Submission, # 4 Exhibit part 1, # 5 Exhibit part 2, # 6 Exhibit part 3, # 7 Exhibit part 4)(Reference: 07-905)(cms, ) (Entered: 07/25/2013) |
| 07/25/2013 | 64509 | ORDERED that the motion to seal is DENIED and the entire summary judgment filing shall be filed in the public Court record with no redactions. Signed by Judge Eldon E. Fallon on 7/25/2013. (Reference: 07-905)(cms, ) (Entered: 07/25/2013) |
| 07/22/2013 | 64499 | EXPARTE/CONSENT MOTION to Seal Document *Motion for Summary Judgment and Incorporated Memorandum of Law and Exhibits* by Defendant. (Attachments: # 1 Proposed Pleading, # 2 Proposed Order)(Reference: 07-0905)(Wimberly, Dorothy) (Entered: 07/22/2013) |
| 05/17/2013 | 64404 | NOTICE by Defendant *Merck of Rule 26(a)(2) Expert Disclosure*. (Reference: 07-0905)(Wimberly, Dorothy) (Entered: 05/17/2013) |
| 02/28/2013 | 64293 | Minute Order. Proceedings held before Judge Eldon E. Fallon: Motion Hearing held on 2/28/2013 re 64257 MOTION to Compel filed by Plaintiff. Motion to Compel taking under submission. (Reference: 07-905)(cms, ) (Entered: 03/06/2013) |
| 02/22/2013 | 64259 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 64257 MOTION to Compel *Initial Disclosures*. (Reference: 07-0905)(Wimberly, Dorothy) (Entered: 02/22/2013) |
| 02/19/2013 | 64258 | ORDERED that Mr. Harrison 64257 MOTION to Compel will be submitted to the Court on 2/26/2013 at 2:00 p.m., w/dft's opposition due to the court on 2/22/2013. Signed by Judge Eldon E. Fallon on 2/19/2013.(Reference: 07-905)(cms, ) (cc: Richard Harrison) (Entered: 02/21/2013) |

1159277v1

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 02/19/2013 | 64257 | EXPARTE/CONSENT MOTION to Compel Dft Merck to Provide Initial Disclosure to Pla by Plaintiff Richard Harrison. (Attachments: # 1 Order to Show Cause, # 2 Exhibits 1-13)(Reference: 07-905)(cms, ) (Entered: 02/21/2013) |
| 02/01/2013 | 64236 | ORDER regarding Deadlines for Non-VTE Cases Under PTO 58. Deadlines as stated herein. Signed by Judge Eldon E. Fallon on 2/1/2013.(Reference: All Pending Cases Listed On Exhibits B and C to Pretrial Order 58(Non-VTE Cases))(cms, ) (Entered: 02/01/2013) |
| 10/03/2012 | 64124 | ORDER granting 64122 Motion for Extension of Deadlines Under PTO 58. Signed by Judge Eldon E. Fallon on 10/3/2012. (Reference: 07-905)(cms, ) (Entered: 10/04/2012) |
| 10/02/2012 | 64122 | EXPARTE/CONSENT MOTION for Extension of Deadlines *Under PTO 58 as applied to plaintiff Dennis Harrison* by Defendant. (Attachments: # 1 Exhibit 1, # 2 Proposed Order)(Reference: 07-0905)(Wimberly, Dorothy) (Entered: 10/02/2012) |
| 05/15/2012 | 63842 | PRETRIAL ORDER #58 - Case Management Order for Remaining Personal Injury Actions. Signed by Judge Eldon E. Fallon on 5/15/2012.(Reference: Cases Listed on Exhibits A, B, and C)(cms, ) (Entered: 05/16/2012) |
| 02/27/2012 | 63691 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff Dennis Harrison re 63640 MOTION Entry of a Comprehensive Scheduling Order *for "Other Injury" and "PTO 29" Cases*. (Reference: 07-905)(cms, ) (Entered: 02/27/2012) |
| 02/24/2012 | 63684 | REPLY to Response to Motion filed by Defendant re 63640 MOTION Entry of a Comprehensive Scheduling Order *for "Other Injury" and "PTO 29" Cases*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Reference: All Cases on Exhibit A)(Wimberly, Dorothy) (Entered: 02/24/2012) |
| 01/12/2012 | 63640 | MOTION Entry of a Comprehensive Scheduling Order *for "Other Injury" and "PTO 29" Cases* by Defendant. Motion set for 2/15/2012 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Exhibit, # 2 Proposed Order, # 3 Notice of Submission)(Reference: See Exhibit A)(Wimberly, Dorothy) (Entered: 01/12/2012) |
| 10/12/2011 | 63479 | ORDER granting 63471 MOTION to Withdraw Document re 61683 MOTION for Order to Show Cause *Why case should not be dismissed with Prejudice for Failure to Comply with the Discovery Requirements of Pre-Trial Order 28*. Signed by Judge Eldon E. Fallon on 10/12/2011.(Reference: 07-905)(cms, ) (Entered: 10/14/2011) |

1159277v1

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 10/11/2011 | 63471 | EXPARTE/CONSENT MOTION to Withdraw Document re 61683 MOTION for Order to Show Cause *Why case should not be dismissed with Prejudice for Failure to Comply with the Discovery Requirements of Pre-Trial Order 28* by Defendant. (Attachments: # 1 Proposed Order)(Reference: 07-0905)(Wimberly, Dorothy) (Entered: 10/11/2011) |
| 09/23/2011 | 63428 | ORDER re 61683 MOTION for Order to Show Cause *Why case should not be dismissed with Prejudice for Failure to Comply with the Discovery Requirements of Pre-Trial Order 28*; Motion reset for 11/4/2011 immediately following the monthly status conferencescheduled for 9:00 a.m. before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 9/23/2011.(Reference: 07-905)(cms, ) (Entered: 09/27/2011) |
| 08/05/2011 | 63190 | ORDER Setting/Resetting Hearing on 61683 MOTION for Order to Show Cause *Why case should not be dismissed with Prejudice for Failure to Comply with the Discovery Requirements of Pre-Trial Order 28* : Motion set for 9/21/2011, immediately following the monthly status conference scheduled for 9:00 a.m. before Judge Eldon E. Fallon. Signed by Judge Eldon E. Fallon on 8/5/2011.(Reference: 07-905)(cms, ) (Entered: 08/05/2011) |
| 03/24/2011 | 62727 | Supplemental Memorandum filed by Defendant Merck & Co Inc., in Support of 61683 MOTION for Order to Show Cause *Why case should not be dismissed with Prejudice for Failure to Comply with the Discovery Requirements of Pre-Trial Order 28*. (Attachments: # 1 Exhibits)(Reference: 07-905)(cms, ) (Entered: 03/24/2011) |
| 03/24/2011 | 62726 | ORDER granting 62718 Motion for Leave to File Supplemental Memo. Signed by Judge Eldon E. Fallon on 3/23/2011. (Reference: 07-905)(cms, ) (Entered: 03/24/2011) |
| 03/22/2011 | 62718 | EXPARTE MOTION for Leave to File *Supplemental Memorandum in Support of Motion to Show cause Why Case Should not be dismissed with Prejudice for Failure to Comply with the Discovery Requirements of PTO 28* by Defendant. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading, # 3 Exhibit)(Reference: 07-0905)(Wimberly, Dorothy) Modified on 3/23/2011 (cms, ). (Entered: 03/22/2011) |
| 02/11/2011 | 61776 | ORDER TO SHOW CAUSE as to Plaintiff Dennis Harrison; Show Cause Hearing set for 2/24/2011 09:00 AM before Judge Eldon E. Fallon.. Signed by Judge Eldon E. Fallon on 2/11/2011. IT IS FURTHER ORDERED that plaintiff in the above-numbered case file and serve any opposition to the Rule on or before 2/18/2011. IT IS FURTHER ORDERED that defendant Merck & Co., Inc., file and serve any reply to the opposition on or before 2/22/2011.(Reference: 07-905)(cms, ) (Entered: 02/11/2011) |

1159277v1

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 02/10/2011 | 61683 | MOTION for Order to Show Cause *Why case should not be dismissed with Prejudice for Failure to Comply with the Discovery Requirements of Pre-Trial Order 28* by Defendant. Motion set for 2/24/2011 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Proposed Order, # 2 Notice of Submission)(Reference: 07-0905)(Wimberly, Dorothy) (Entered: 02/10/2011) |
| 06/11/2009 | 19454 | NOTICE of Change of Address by Plaintiff Dennis Harrison. (Reference: 07-905)(cms, ) (Entered: 06/11/2009) |
| 05/01/2009 | 18602 | ORDER re 17840 Sixth Motion for Order to Show Cause - that the claims of all plaintiffs listed in the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28. IT IS FURTHER ORDERED that the motion be and it hereby is withdrawn as to the plaintiff on Exhibit B. IT IS FURTHER ORDERED that the motion be and it hereby is deferred as to all plaintiffs on Exhibit C. The motion will now be heard on 5/21/2009, at 9:00 a.m., as to all plaintiffs on Exhibit C. Signed by Judge Eldon E. Fallon on 4/30/2009. (Reference: Exhibits A, B, and C)(cms, ) (Entered: 05/04/2009) |
| 04/09/2009 | 18289 | ORDERED that the claims of all plaintiffs listed in the attached Exhibit A be and they hereby are dismissed with prejudice for failure to comply with the requirements of Pre-Trial Order 28. IT IS FURTHER ORDERED that the claims of all plaintiffs on Exhibit B be and they hereby are dismissed with prejudice for failure to comply this Court's Order entered 2/25/2009. IT IS FURTHER ORDERED that the motion be and it hereby is deferred until 4/29/2009, at 9:00 a.m., as to all plaintiffs listed on Exhibit C. As to pro se plaintiff Dennis Harrison, it is ordered that he produce his case-specific expert report by that date. IT IS FURTHER ORDERED that the Gregory S. Bubalo, counsel for plaintiffson Exhibit D, be and he hereby is ordered to appear on 4/29/2009, at 9:00 a.m., to show cause why he should not be held in contempt for failure to comply with this Court's Order of 2/25/2009. IT IS FURTHER ORDERED that the motion be and it hereby is withdrawn as to all plaintiffs on Exhibit E. Signed by Judge Eldon E. Fallon on 4/9/2009. (Reference: Exhibits A, B, C, D, & E)(cms, ) (Entered: 04/20/2009) |
| 02/25/2009 | 17857 | ORDER TO SHOW CAUSE re 17840 MOTION for Order to show Casue as to the plaintiffs in the cases listed in the attached Exhibit A on 3/27/2009 at 9:00 A.M.. IT IS FURTHER ORDERED that, as to the cases listed in the attached Exhibits B and C deadlines as stated herein. Signed by Judge Eldon E. Fallon on 2/25/2009.(Reference: Attached Exhibits)(cms, ) Modified on 3/4/2009 (cms, ). (Entered: 02/26/2009) |

1159277v1

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 02/25/2009 | 17840 | EXPARTE Sixth MOTION for Order to Show Cause *Why Cases Should Not Be Dismissed With Prejudice for Failure to Comply With the Requirements of PTO 28* by Defendant. (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Proposed Order)(Reference: 06-2064, 06-2069, 06-2210, 05-3543, 05-4434, 06-1529, 05-1147, 07-1058, 06-1920, 06-1901, 06-782, 06-779, 05-4428, 06-1509, 06-1510, 05-4434, 07-740, 06-5606, 06-10330, 05-6021, 05-6022, 05-5139, 06-3084, 05-5353, 05-5139, 06-2195, 07-905)(Wimberly, Dorothy) Modified on 2/26/2009 (cms, ). (Entered: 02/25/2009) |
| 11/09/2007 | 12962 | PRETRIAL ORDER #28- Prima Facie Evidence of Usage, Injury and Causation. Signed by Judge Eldon E. Fallon on 11/9/2007. (Attachments: # 1 Exhibit A# 2 Exhibit B)(Reference: ALL CASES)(cms, ) (Entered: 11/09/2007) |
| 07/05/2007 | 11576 | PRETRIAL ORDER #25 Terms of Pro Se Claimants' Access to PSC Document Depository. Signed by Judge Eldon E. Fallon on 7/3/07.(Reference: all cases)(ala, ) (Entered: 07/05/2007) |
| 02/08/2007 | 10001 | TRANSFER ORDER from the MDL Panel transferring 213 cases to the Eastern District of Louisiana to become part of MDL 1657.(Reference: ALL CASES)(dmg, ) (Entered: 02/12/2007) |
| 12/14/2006 | 9446 | Minute Entry for proceedings held before Judge Eldon E. Fallon : Monthly Pretrial Conference held on 12/14/2006. Next Pretrial Conference set for 1/25/2007 09:00 AM before Judge Eldon E. Fallon. (Court Reporter Toni Tusa.) (Attachments: # 1 Harrison Exhibit) (Reference: ALL CASES)(dmg, ) Modified on 12/19/2006 (dmg, ). (Entered: 12/19/2006) |
| 09/19/2005 | 909 | PRETRIAL ORDER #18B: Plaintiff Profile Form, Authorizations & Merck's Profile Form. Signed by Judge Eldon E. Fallon on 9/14/05. (Attachments: # 1 Profile Forms & Authorizations)(Reference: ALL CASES)(dmg, ) (Entered: 09/29/2005) |
| 06/21/2005 | 472 | PRETRIAL ORDER #17 regarding the conf held on 6/13/05. Signed by Judge Eldon E. Fallon on 6/21/05.(Reference: ALL Class Action Cases)(dmg, ) (Entered: 06/23/2005) |

1159277v1

Dated:  May 27, 2014                    Respectfully submitted,

                                        By: */s/ Dorothy H. Wimberly*
                                            Phillip A. Wittmann, 13625
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER
                                            WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, Louisiana 70130
                                            Phone: 504-581-3200
                                            Fax:    504-581-3361

                                            Defendants' Liaison Counsel

                                             —and—

                                            Douglas R. Marvin
                                            M. Elaine Horn
                                            Emily Renshaw Pistilli
                                            WILLIAMS & CONNOLLY LLP
                                            725 Twelfth Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: 202-434-5000
                                            Fax:    202-434-5029

                                            Attorneys for Merck Sharp & Dohme Corp.

1159277v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Designation has been served on

Plaintiff Dennis Harrison by email and by U.S. Mail at:

      601 W. Brown Street
      Iron Mountain, MA 49801

I also hereby certify that the above and foregoing Designation has been served on

Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand

delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by

electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-

Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the

United States District Court for the Eastern District of Louisiana by using the CM/ECF system

which will send a Notice of Electronic Filing in accord with the procedures established in MDL

1657, on this 27th day of May, 2014.

                      */s/ Dorothy H. Wimberly*
                      Dorothy H. Wimberly, 18509
                      STONE PIGMAN WALTHER
                      WITTMANN L.L.C.
                      546 Carondelet Street
                      New Orleans, Louisiana  70130
                      Phone:  504-581-3200
                      Fax:     504-581-3361
                      dwimberly@stonepigman.com

                      Defendants' Liaison Counsel

1159277v1