| V3010 | INJURY GATE REPORT |
|---|---|

### A. Claimant Information

| | | | |
|---|---|---|---|
| **Claimant Name** | Costley, Charlotte | **VCN** | 1045807 |
| **Law Firm** | Kabateck Brown Kellner | **Date of Eligible Event** | 6/1/02 |

### B. Injury Gate

#### Ischemic Stroke

| # | Question | Yes | No |
|---|---|---|---|
| 1. | Did claimant submit Event Records? *Comments: There are no event records for the alleged EE.* | ☐ Yes | ☒ No |
| 2. | Final or discharge diagnosis in Event Records of IS (see Table below for qualifying events). | ☐ Yes | ☒ No |
| 3. | If final discharge diagnosis silent, diagnosis of IS by neurologist in Event Records or diagnosis of IS by treating neurologist within 14 days of discharge of hospital. | ☐ Yes | ☒ No |
| 4. | Was a stroke or cerebrovascular accident ruled out in discharge summary? | ☐ Yes | ☐ No |
| 5. | Was a stroke or cerebrovascular accident ruled out by a treating neurologist within 14 days of discharge? | ☐ Yes | ☐ No |
| 6. | Does discharge summary diagnose a Hemmorrhagic Stroke or Hemmorrhagic Cerebrovascular accident as a PRIMARY injury? | ☐ Yes | ☐ No |
| 7. | Did a treating neurologist diagnose a Hemmorrhagic Stroke or Hemmorrhagic Cerebrovascular accident as a PRIMARY injury within 14 days of discharge? | ☐ Yes | ☐ No |
| 8. | Did the discharge summary diagnose a TIA? | ☐ Yes | ☐ No |
| 9. | Did a treating neurologist diagnose a TIA within 14 days of discharge? | ☐ Yes | ☐ No |
| 10. | If a TIA was noted in questions 8 and 9 above, was an IS event also noted in the discharge summary or diagnosis along with the TIA? | ☐ Yes | ☐ No |
| 11. | Hospitalization  Date of Admission:  Date of Discharge: | | |
| 12. | If Diagnosis of TIA  a.) Did symptoms persist for more than 24 hours? | ☐ Yes | ☐ No |
| | b.) Did symptoms persist in neurology follow-up records? | ☐ Yes | ☐ No |
| | c.) Date of Follow-up visit: | | |
| 13. | **Does Claim Pass Injury Gate?** | ☐ Pass | ☒ Fail |

### Ischemic Cerebrovascular Event or Accident included in IS Definition

#### Event or Accident

| # | Event | |
|---|---|---|
| 1. | Ischemic Stroke | ☐ |
| 2. | Intracranial thrombosis | ☐ |
| 3. | Cerebral embolism | ☐ |
| 4. | Thrombotic stroke | ☐ |
| 5. | Embolic stroke | ☐ |
| 6. | Lacunar Infarct | ☐ |
| 7. | Lacunar stroke | ☐ |
| 8. | Thrombotic occlusion | ☐ |
| 9. | Cerebrovascular event or accident that is not a primary hemorrhagic event | ☐ |

| 10. | Cerebral Infarction | ☐ |
|---|---|---|
| 11. | Other Ischemic Event | ☐ |
| 12. | None of the above | ☒ |