**ORIGINAL FILED**
**JUL - 1 2010**
**LOS ANGELES SUPERIOR COURT**

SHELLY ARNOLD, et al., ) IN THE SUPERIOR COURT OF
) THE STATE OF CALIFORNIA FOR
) THE COUNTY OF LOS ANGELES
)
Plaintiffs, )
)
v. ) JCCP 4247
) DOCKET NO.: BC358531
MERCK & CO., INC., et al., )
) STIPULATION OF DISMISSAL
Defendants. ) WITH PREJUDICE AS TO
) ALL DEFENDANTS

Pursuant to Cal. C.C.P. § 581, the undersigned counsel hereby stipulate that all claims of plaintiff, **CHARLOTTE COSTLEY**, against defendants Merck & Co., Inc., McKesson Corp., Does 1 through 500, and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Brian S. Kabateck, Esq.
KABATECK BROWN KELLNER LLP
644 South Figueroa Street
Los Angeles, CA 90017
(213) 217-5000
Attorney for Plaintiffs

Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

Karen Woodward
Sedgwick, Detert, Moran &
Arnold LLP
801 S. Figueroa St., 19th Fl.
Los Angeles, CA 90017
(Tel): (213) 426-6900
(Fax): (213) 426-6921

Dated: 10/24/08

Attorneys for
Merck & Co., Inc.
Dated: 5-24-10