# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

CHARLOTTE COSTLEY          CIVIL ACTION
Plaintiff

-vs-                       No. 12-1196

Merck + Company Inc, Doroth Wimberly
Defendant(s)

                           Section "" Mag "L" (3)

## PLAINTIFF'S ORIGINAL PETITION CHANGE. Motion TO CHANGE DEFENDANT(S)
## TO THE HONORABLE JUDGE OF SAID COURT

COMES NOW, CHARLOTTE COSTLEY hereinafter called Plaintiff, complaining of Merck + Company Inc., and Copporation and Attorney Dorothy Wimberly hereinafter called Defendants, and for cause of action would respectfully show unto the Court as follows:

## I.
## PARTIES AND JURISDICTION

Plaintiff is an individual residing in Mart, Texas,

At all times mentioned herein, Defendant owned, operated, maintained, and conducted business in the State of New Jersey. By virtue of the operation of such business, Defendant has been at all times meterial to this action a product of Vioxx. Merck + Company Inc., provider having the duty to exercise that standard of care which a cautious, competent and prudent person would use for the safety of its customers under the same or similar circumstances.

## V.
## NEGLIGENCE

The occurrence made the basis of this suit, referred to in Paragraph III. and the resulting injuries and damages were proximately caused by the negligent conduct of Defendant in one or more of the following respects:

1. In failing to inspect the product and make it safe.

2. In failing of Inadequate warning Labels on Dangerous Products New it was unsafe.

3. In failing to cure the defective condition existing to avoid the incident in question.

4. In failing to give notice as a prudent operator of a business would have under the same or similar circumstances.

Each of these acts or omissions, singularly or in combination with others, constituted negligence which proximately caused the occurrence made the basis of this action and Plaintiff's injuries and damages.

## VI.
## DAMAGES

As a result of the negligence of the Defendants Merck + Company, Inc., Plaintiff CHARLOTTE COSTLEY suffered severe personal injuries causing Plaintiff to sustain bodily impairment

Defendant Merck + Company Inc., with it's head Quarters and Principal Place of Business beginning in New Jersey.

The Court has jurisdiction over this controversy because the damages are within the jurisdictional limits of the court.

## II.
## DISCOVERY CONTROL PLAN

Discovery will be coordinated at Level of the discovery control plan of Rule.

## III.
## FACTS

Defendant Merck + Company Inc. provides services in the product of Vioxx industry. On or about May 2004, Plaintiff CHARLOTTE COSTLEY, was a customer of the Vioxx industry Merck + Company Inc., and got ill due to Vioxx product

## IV.
## BASIS OF PLAINTIFF'S NEGLIGENCE CLAIM

Plaintiff has experienced physical pain and mental anguish and will, in all reasonable probability, continue to do so in the future by reason of the nature of the severity of Plaintiff's injuries. Plaintiff's has been caused to incur medical expenses as a result of Plaintiff's injuries.

## VII
## PRAYER

WHEREFORE PREMISES CONSIDERED Plaintiff, pray's that the Defendant be cited to appear and after a full trial, Plaintiff have and recover actual damages herein all alleged prejudgment interest, post judgment interest, exemplary damages against Defendant, costs of Court and such other and further relief to which she might show herself entitled to receive.

Respectfully submitted,

Dated: 05/08/2014

Charlotte Costley
Charlotte Costley
309 E Ross Avenue
Mart Texas 76664
254-876-2180

Certificate of Service

I hereby certify that I have served a copy of this document on all counsel to record either in person or by mailing it postage prepaid on this

08 day of May, 2014

Charlotte Costley