UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Charlotte Diane Costley v. Vioxx Products Liability*, 2:12-cv-01196-EEF-DEK | * * | |

**************************************************************************

### ORDER GRANTING MERCK SHARP & DOHME CORP.'S MOTION TO DISMISS WITH PREJUDICE AND DENYING PLAINTIFF'S PETITION TO CHANGE DEFENDANTS

Upon consideration of Merck Sharp & Dohme Corp.'s combined Motion To Dismiss and Opposition to Plaintiff's Petition to Change Defendants, any responses by Plaintiff thereto, the record in this case and the applicable law,

**IT IS HEREBY ORDERED** that Plaintiff Charlotte Costley's Complaint (*Costley v. Vioxx Products*, 2:12-cv-01196-EEF-DEK (E.D. La. May 17, 2012) [Rec. Doc. 1]) is hereby dismissed with prejudice as to all defendants.

**IT IS FURTHER ORDERED** that Plaintiff Charlotte Costley's Petition to Change Defendants is denied as moot.

**NEW ORLEANS, LOUISIANA**, this ___ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1159296v1