## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| ***Charlotte Diane Costley v. Vioxx Products*** | * | **KNOWLES** |
| ***Liability*, 2:12-cv-01196-EEF-DEK** | * | |

**************************************************************************

### NOTICE OF SUBMISSION

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion to Dismiss With Prejudice, Opposition to Plaintiff's Petition to Change Defendants, and Incorporated Memorandum in Support will be submitted for decision on June 18, 2014, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  May 27, 2014                           Respectfully submitted,


By:  */s/ Dorothy H. Wimberly*
       Phillip A. Wittmann, 13625
       Dorothy H. Wimberly, 18509
       STONE PIGMAN WALTHER
       WITTMANN L.L.C.
       546 Carondelet Street
       New Orleans, Louisiana 70130
       Phone: 504-581-3200
       Fax:    504-581-3361

       Defendants' Liaison Counsel

- 1 -

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

1159298v1

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that the above and foregoing Notice of Submission has been served on Plaintiff Charlotte Diane Costley by Federal Express at:

> 309 E. Ross Avenue
> Mart, TX 76664

I further certify that the above and foregoing Opposition and Motion to Dismiss has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of May, 2014.

> */s/ Dorothy H. Wimberly*
>
> Dorothy H. Wimberly, 18509
> STONE PIGMAN WALTHER
> WITTMANN L.L.C.
> 546 Carondelet Street
> New Orleans, Louisiana  70130
> Phone:  504-581-3200
> Fax:     504-581-3361
> dwimberly@stonepigman.com
> Defendants' Liaison Counsel

1159298v1