"Certification of Funds in the Registry"

PRINCIPAL: $ 1,299,586.06

Financial Deputy: K. Lange Date: 5.2.14

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In Re: VIOXX PRODUCTS LIABILITY LITIGATION** | * | **MDL Docket No. 1657** |
| | * | **SECTION L** |
| ***This Document Relates to:*** **TPP Common Benefit Fees** | * | **JUDGE FALLON** **MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

Considering the Joint Motion to Release Funds;

**IT IS HEREBY ORDERED** that the Joint Motion to Release funds is Granted and the $1,249.601.98 deposited into the registry of the Court in response to this Court's April 4, 2014 Order (Rec. Doc. 64893) be distributed to the Dugan Law Firm and the Murray Law Firm in the amount of $624,800.99 to each law firm.

**IT IS FURTHER HEREBY ORDERED** that the clerk is authorized and directed to draw two checks on the funds on deposit in the registry of this court in the principal amount of $624,800.99 each, plus all interest earned less the assessment fee for the administration of funds. These checks should be written with one payable to the MURRAY LAW FIRM, (Tax Id. No. 72-1292100) and should be mailed or delivered to Stephen B. Murray, Jr. at MURRAY LAW FIRM, 650 Poydras Street, Suite 2150, New Orleans, Louisiana 70130, and with one payable to the DUGAN LAW FIRM (Tax Id. No. 75-3032500) and mailed or delivered to H. Minor Pipes, III at Barrasso Usdin Kupperman Freeman & Sarver, 909 Poydras Street, 24th Floor, New Orleans, Louisiana 70112.

New Orleans, Louisiana, this 27th day of May, 2014.

JUDGE

{961021_1}

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION** | *<br>* | **MDL Docket No. 1657** |
| | *<br>* | **SECTION L** |
| ***This Document Relates to:***<br>**TPP Common Benefit Fees** | *<br>*<br>*<br>* | **JUDGE FALLON**<br>**MAG. JUDGE KNOWLES** |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**CERTIFICATE OF SUBMISSION**

I hereby certify that the Joint Motion to Release Funds and Order were submitted to the Clerk for Review on this _1st_ day of _May____, 2014.

*/s/ H. Minor Pipes, III*