IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | ) | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | ) | SECTION: L |
| | ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: *Com. of Kentucky v. Merck & Co., Inc.*, No. 09-CI-1671 (Franklin Cir. Ct.) And formerly No. 2:10-cv-1115 (E.D. La.) | ) | |

**MOTION TO ENJOIN DR. DAVID EGILMAN AND HIS COUNSEL FROM PURSUING AN ORDER FROM KENTUCKY STATE COURT THAT WOULD DECLARE PROTECTED DOCUMENTS NON-CONFIDENTIAL**

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves the Court to enjoin Dr. Egilman and his counsel from any further pursuit of de-designation or publication of MDL-produced confidential documents in Kentucky.

As set forth in the attached memorandum, an injunction against Dr. Egilman and his counsel is justified under the All Writs Act and the Anti-Injunction Act because it would: (1) aid the Court's jurisdiction over the Vioxx MDL proceeding generally and over its discovery process specifically; and (2) protect and effectuate the MDL Protective Order entered by this Court.

WHEREFORE, Merck respectfully requests that its motion be granted, and that the Court enjoin Dr. Egilman and his counsel from any further pursuit of de-designation or publication of MDL-produced confidential documents in Kentucky.

1159383v1

Dated:  May 27, 2014

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of May, 2014.

                                                                                                               /s/ Dorothy H. Wimberly
                                                          Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel