# EXHIBIT 10

**COMMONWEALTH OF KENTUCKY**
**FRANKLIN CIRCUIT COURT**
**DIVISION I**
**CIVIL ACTION NO. 09-CI-1671**



---

**COMMONWEALTH OF KENTUCKY**                                    **PLAINTIFF**

V.                                    **ORDER**

**MERCK & CO., INC.**                                           **DEFENDANT**

---

This matter came before the Court the Defendant's Motion for Extension of Time filed on March 19, 2014. Dr. Egilman noted his objection via electronic mail on March 19, 2014 as to the 450 documents he initially requested on October 29, 2013, but had no objection to an extension as to the new document requests made. The deadline for Merck to file its confidentiality reports was previously scheduled for today, March 20, 2014. Having heard the arguments of the parties, reviewed the record, and otherwise being sufficiently advised, the Court finds that good cause being shown, **HEREBY** extends the Defendant's time to file until the Court can rule on Merck's Motion.

**SO ORDERED** this 20th day of March, 2014.

PHILLIP J. SHEPHERD, JUDGE
Franklin Circuit Court, Division

DISTRIBUTION:

SUSAN J. POPE
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507-1749

JOHN H. BEISNER
Skadden, Arps, Slate Meagher & Flom LLP
1440 New York Avenue, NW
Washington, DC 20005-2111

| | |
|---|---|
| TAREK ISMAIL<br>Goldman Ismail Tomaselli Brennan &<br>Baum LLP<br>1 North Franklin Street, Suite 625<br>Chicago, IL 60606 | SCOTT A. POWELL<br>DON P. MCKENNA<br>MATTHEW C. MINNER<br>BRIAN M. VINES<br>Hare, Wynn, Newell & Newton<br>2025 Third Avenue North, Suite 800<br>Birmingham, AL 35203 |
| DR. DAVID EGILMAN<br>8 North Main Street, Suite 404<br>Attleboro, MA 02703 | |
| | TODD LEATHERMAN<br>MARYELLEN MYNEAR<br>ELIZABETH UNGAR NATTER<br>Office of Consumer Protection<br>Office of the Attorney General<br>1024 Capitol Center Drive, Suite 200<br>Frankfort, KY 40601 |
| WILLIAM R. GARMER<br>Garmer & Prather LLC<br>141 North Broadway<br>Lexington, KY 40507<br>RICHARD L. JOSEPHSON<br>Baker Botts, LLP<br>One Shell Plaza<br>910 Louisiana Street<br>Houston, TX 77002-4995 | ANN B. OLDFATHER<br>R. SEAN DESKINS<br>Oldfather Law Firm<br>1330 South Third Street<br>Louisville, KY 40208 |

M016B38864