# EXHIBIT 12

# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>ALL CASES | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON |

## MERCK'S MOTION FOR SANCTIONS AGAINST DR. DAVID EGILMAN

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves the Court to impose sanctions against Dr. David Egilman for violating Pretrial Order No. 13 ("Protective Order").

As set forth in the attached memorandum, Dr. Egilman recently made several statements to a reporter from the *Wall Street Journal*, purporting to summarize the content of documents covered by this Court's Protective Order. Dr. Egilman's conduct in this and other proceedings makes clear that nothing short of sanctions will deter his improper disclosures.

WHEREFORE, Merck respectfully requests that its motion be granted, that the Court order Dr. Egilman to return any and all materials that have been designated as confidential in this proceeding, and that the Court impose monetary sanctions to compensate Merck for its efforts in bringing this motion.

Dated: April 4, 2014

Respectfully submitted,

/s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

1155768v1

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, on Dr. Egilman via e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of April, 2014.

          /s/ Dorothy H. Wimberly
          Dorothy H. Wimberly, 18509
          STONE PIGMAN WALTHER
          WITTMANN L.L.C.
          546 Carondelet Street
          New Orleans, Louisiana 70130
          Phone: 504-581-3200
          Fax:     504-581-3361
          dwimberly@stonepigman.com

          Defendants' Liaison Counsel