# EXHIBIT 13

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE:      VIOXX <br>                 PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     *All Cases*

## ORDER

Having considered the correspondence from counsel for Interested Party David Egilman and counsel for Defendant Merck, **IT IS ORDERED** that the hearing on Defendant Merck's motion for sanctions against him (Rec. Doc. 64894) is **CONTINUED** until June 6, 2014, at 9:00 a.m., following the status conference in this matter.

**IT IS FURTHER ORDERED** that, in the interim, Dr. Egilman strictly comply with the requirments imposed by Pretrial Orders 13, 13A, and 13B.

New Orleans, Louisiana, this 14th day of April, 2014.

                                          /s/ Eldon E. Fallon
                                          UNITED STATES DISTRICT JUDGE

1