# EXHIBIT 18

```
                                                                    Page 1
 1                    COMMONWEALTH OF KENTUCKY
                       FRANKLIN CIRCUIT COURT
 2                          DIVISION I
                     CIVIL ACTION NO. 09-CI-1671
 3

 4    COMMONWEALTH OF KENTUCKY, EX REL.
      JACK CONWAY, ATTORNEY GENERAL                   PLAINTIFF
 5
      vs.
 6
      MERCK & CO., INC, n/k/a
 7    MERCK SHARP & DOHME CORP.                       DEFENDANT
 8
                    HEARING HELD MAY 14, 2014
 9          BEFORE THE HONORABLE PHILLIP J. SHEPHERD
10
11    COUNSEL FOR PLAINTIFF:
      Elizabeth U. Natter
12
13    COUNSEL FOR DEFENDANT:
      Ben Barnett
14    Susan J. Pope
      John Beisner
15
16    THE OLDFATHER LAW FIRM:
      Ann B. Oldfather
17
18    PRESENT BY SPEAKERPHONE:
      Alexander Reinert
19
20    PRESENT BY SPEAKERPHONE:
      Dr. David Egilman
21
22
23
                       ACTION COURT REPORTERS
24                      116 Mechanic Street
                     Lexington, Kentucky 40507
25                        859.252.4004
```

1    protect.  But they told us -- they told us they don't
2    care.  They want you not to engage on this, they want
3    me to take yes for an answer, and they want you to go
4    ahead and de-designate these documents.  Accept it.
5    Fine.  And then it's up to Your Honor to decide what
6    you have the power to do with documents that are part
7    of a public proceeding.  We don't, anymore, file
8    depositions in the court record.  In order to get a
9    copy of the deposition, somebody would have to know
10   where Ms. Natter is and contact her and she would have
11   to go find it.
12              Merck is suggesting to you that the next step
13   of our relief, which is that these documents be made
14   public in some way, either by being on a CD and filed
15   in the court record -- that's easy enough, somebody can
16   request it, or the clerk can charge for a copy of the
17   DVD -- Merck has suggested to you that by doing that,
18   you are superseding Judge Fallon.
19              And they only make that suggestion, Your
20   Honor, because it was -- it won't hunt.  What's the
21   Kentucky saying?  That dog won't hunt.  How are you
22   superseding Judge Fallon's order?  Do you supersede
23   Judge Fallon's order in a hearing if I mark a
24   confidential document as Exhibit A and you look at it
25   and you say, "This is marketing research, it's not