IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>ALL CASES | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON |

### ORDER ON MERCK'S MOTION TO ENJOIN DR. DAVID EGILMAN AND HIS COUNSEL FROM PURSUING AN ORDER FROM KENTUCKY STATE COURT THAT WOULD DECLARE PROTECTED DOCUMENTS NON-CONFIDENTIAL

Considering the foregoing motion,

**IT IS ORDERED** that Merck's motion be and it hereby is **GRANTED**.

**IT IS FURTHER ORDERED** that Dr. David Egilman and his counsel are hereby enjoined from seeking de-designation or publication of documents marked as confidential under the MDL Protective Order in Kentucky state court.

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1159384v1