IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Com. of Kentucky v. Merck & Co., Inc.*, No. 09-CI-1671 (Franklin Cir. Ct.) | |
| And formerly No. 2:10-cv-1115 (E.D. La.) | |

## MOTION FOR EXPEDITED CONSIDERATION OF MOTION TO ENJOIN DR. DAVID EGILMAN AND HIS COUNSEL FROM PURSUING AN ORDER FROM KENTUCKY STATE COURT THAT WOULD DECLARE PROTECTED DOCUMENTS NON-CONFIDENTIAL

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully moves the Court to schedule its motion to enjoin Dr. Egilman and his counsel from any further pursuit of de-designation or publication of MDL-produced confidential documents in Kentucky pursuant to the All Writs Act and the Anti-Injunction Act, filed concurrently with this motion, to be argued at its June 6 hearing.

Expedited consideration of Merck's motion for an injunction should be granted because Dr. Egilman's motion to publish documents that are protected by this Court's confidentiality orders is currently pending in Kentucky state court. The Kentucky court has not indicated when it will rule on Dr. Egilman's request, but it could do so at any time. If the Kentucky court publishes the documents as Dr. Egilman requests, this Court would lose its ability to enforce the protective orders under which the vast majority of these documents were originally produced, notwithstanding its prior unequivocal statement that it was entitled to rule on the confidentiality of such documents prior to any public use.

1159385v1

A June 6 hearing date would also be appropriate because the subject matter of the motion to enjoin Dr. Egilman and his counsel's conduct is related to Merck's pending motion for sanctions against Dr. Egilman (ECF No. 64,894), which has been set for hearing following the Court's regular June 6 status conference (*see* ECF No. 64,900). Because these motions are similar, Merck respectfully submits that it would be more efficient for the Court and the parties to address both motions at the same time. Hearing both motions on June 6 would also save Dr. Egilman's counsel from the burden of traveling to New Orleans twice.

WHEREFORE, Merck respectfully requests that its motion be granted, and that the Court order expedited treatment of Merck's motion to enjoin Dr. Egilman and his counsel from any further pursuit of de-designation or publication of MDL-produced confidential documents in Kentucky, and that the Court set oral argument on that motion for June 6, 2014.

Dated: May 27, 2014

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

1159385v1

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of May, 2014.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1159385v1