IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO<br>ALL CASES | ) ) ) ) ) ) ) ) ) | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON |

## ORDER ON MERCK'S MOTION TO EXPEDITE CONSIDERATION OF MOTION TO ENJOIN DR. DAVID EGILMAN AND HIS COUNSEL FROM PURSUING AN ORDER FROM KENTUCKY STATE COURT THAT WOULD DECLARE PROTECTED DOCUMENTS NON-CONFIDENTIAL

Considering the foregoing motion to expedite,

**IT IS ORDERED** that Merck's motion be and it hereby is **GRANTED**, and it is

**FURTHER ORDERED** that the Court will hear argument on Merck's motion to enjoin Dr. David Egilman and his counsel from pursuing an order from Kentucky state court that would declare protected documents non-confidential on **JUNE 6, 2014**.

**NEW ORLEANS, LOUISIANA**, this ____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1159386v1