**EXHIBIT B**

Lisa Rarick, M.D.
Materials Considered

**Produced Documents**

FDA000001-FDA000501

FDACDER000006-FDACDER034587

FDACDER-DDMAC000001-FDACDER-DDMAC008260.01

FDACDER-OL000001-FDA-OL000335

FDAWEB000001-FDAWEB002532

MRK-00420000001-MRK-00420033165

MRK-01420019409-MRK-01420169499

MRK-02420000001-MRK-02420002844

MRK-99420000001-MRK-99420024842

MRK-AAA0062542-MRK-AAA0062550

MRK-AAB0000509-MRK-AAB0000515

MRK-AAB0000517-MRK-AAB0000518

MRK-AAB0000647-MRK-AAB0000655

MRK-AAB0006056-MRK-AAB0006079

MRK-AAB0009616-MRK-AAB0009668

MRK-AAB0061158-MRK-AAB0061159

MRK-AAB0068596-MRK-AAB0068908

MRK-AAB0069330-MRK-AAB0069334

MRK-AAC0013060-MRK-AAC0013064

MRK-AAC0013095-MRK-AAC0013096

MRK-AAC0019509-MRK-AAC0019519

MRK-AAC0023877-MRK-AAC0023878

MRK-AAC0031952-MRK-AAC0032196

MRK-AAC0038231-MRK-AAC0038863

MRK-AAC0156407-MRK-AAC0156431

MRK-AAC0171335-MRK-AAC0171336

MRK-AAD0019457-MRK-AAD0019460

MRK-AAD0032419-MRK-AAD0032467

MRK-AAD0503185-MRK-AAD-0503192

MRK-AAD0076244-MRK-AAD0076245

MRK-AAD0089672-MRK-AAD0089674

MRK-AAD0111414

MRK-AAF0000001-MRK-AAF0017703

MRK-AAR0007265-MRK-AAR0007288

MRK-AAR0007515

MRK-AAR0019773-MRK-AAR0019786

MRK-AAR0028794-MRK-AAR0028813

MRK-AAR0069485-MRK-AAR0069487

MRK-AAX0006209-MRK-AAX0006210

MRK-ABC0028457-MRK-ABC0028459

MRK-ABF0001631-MRK-ABF0001698

MRK-ABH0015578

MRK-ABH0016219


MRK-ABH0018857-MRK-ABH0018994

MRK-ABH0019975

MRK-ABH0020163-MRK-ABH0020216

MRK-ABI0001899-MRK-ABI0001915

MRK-ABI0007187

MRK-ABK0493571-MRK-ABK0493576

MRK-ABO0000250-MRK-ABO0000253

MRK-ABO0001809-MRK-ABO0001810

MRK-ABS0119341-MRK-ABS0119741

MRK-ABS0119742-MRK-ABS0120020

MRK-ABW0004799

MRK-ABY0200925-MRK-ABY0200929

MRK-ACD0003158-MRK-ACD0003185

MRK-ACD0043165-MRK-ACD0043215

MRK-ACD0047593-MRK-ACD0047598

MRK-ACD0053765-MRK-ACD0055221

MRK-ACD0071812-MRK-ACD0071819

MRK-ACD0150829-MRK-ACD0150847

MRK-ACI0007607-MRK-ACI0007608

MRK-ACI0010145-MRK-ACI0010152

MRK-ACI0013233-MRK-ACI0013246

MRK-ACR0008985

MRK-ACR0009151-MRK-ACR0009152

MRK-ACR0009287

MRK-ACR0009297

MRK-ACS0007163-MRK-ACS0007170

MRK-ACT0009918

MRK-ACT0018064

MRK-ADG0002756-MRK-ADG0002792

MRK-ADI0001304-MRK-ADI0001312

MRK-ADL0011977

MRK-ADO0000738

MRK-ADW0004462-MRK-ADW0004463

MRK-ADW0066820-MRK-ADW0066826

MRK-ADY0006153-MRK-ADY0006166

MRK-AEI0002734-MRK-AEI0002746

MRK-AFF0000001-MRK-AFF0000020

MRK-AFF0000021-MRK-AFF0000022

MRK-AFF0000053-MRK-AFF0000055

MRK-AFF0000212-MRK-AFF0000215

MRK-AFF0000218-MRKAFF0000232

MRK-AFK0203863-MRK-AFK0207223

MRK-AFK0316720-MRK-AFK0316895

MRK-AFK0338614-MRK-AFK0338616

MRK-AFK0345174-MRK-AFK0345187

MRK-AFN0116525

MRK-AFT0002227-MRK-AFT0002430

MRK-AFT0009599-MRK-AFT0009638

MRK-AFT0009649-MRK-AFT0009675

MRK-AFV0000893-MRK-AFV0001516

MRK-AFV0145961-MRK-AFV0148669

MRK-AFV0341027-MRK-AFV0341210

MRK-AFV0341211-MRK-AFV0341323

MRK-AFV0343011-MRK-AFV0343018

MRK-AFV0396968-MRK-AFV0396972

MRK-AFV0511304-MRK-AFV0511841

MRK-AFV0520313-MRK-AFV0520315

MRK-AFX0019242-MRK-AFX0019402

MRK-AGO0091352-MRK-AGO0092114

MRK-AHD0004704-MRK-AHD0004709

MRK-AHD0007632-MRK-AHD0007651

MRK-AIC0001901-MRK-AIC0001907

MRK-AID0007283-MRK-AID0007285

MRK-AIN0006666-MRK-AIN0006686

MRK-AIN0006687-MRK-AIN0006742

MRK-AIN0006743-MRK-AIN0006801

MRK-AIU0282598-MRK-AIU0283136

MRK-AIU0330232-MRK-AIU0330259

MRK-AKU0083277-MRK-AKU0083346

MRK-AKU0097971

MRK-APW0000027-MRK-APW00000034

MRK-APW0000041-MRK-APW0000042

MRK-APW0000052-MRK-APW0000053

MRK-APW0000062-MRK-APW0000063

MRK-EC050937-MRK-EC050949

MRK-EC050950-MRK-EC050974

MRK-I2220000001-MRK-I2220005988

MRK-I2690000001-MRK-I2690009610

MRK-I4190000001-MRK-I4190004491

MRK-I7680000001-MRK-I7680005232

MRK-I8940000001-MRK-I8940095877

MRK-I8940095960-MRK-I8940105099

MRK-LBL0000001-MRK-LBL0000310

MRK-MEI0003075-MRK-MEI0003094
MRK-MEM0021059-MRK-MEM0021186

MRK-MEQ0000001-MRK-MEQ0000005

MRK-N0520000001-MRK-N0520019454

MRK-N6470000001-MRK-N6470007344

MRK-OS420000001-MRK-OS420166451

MRK-P0002475-MRK-P0002481

MRK-P0002733-MRK-P0002739

MRK-P0002740-MRK-P0002744

MRK-P0011253-MRK-P0011259

MRK-P0011429-MRK-P0011439

MRK-PRL0000001-MRK-PRL0000257

MRK-PRL0000259-MRK-PRL0000464

MRK-PRL0000468-MRK-PRL0000469

MRK-PUBLIC0000047-MRK-PUBLIC0000151

MRK-PUBLIC0001128-MRK-PUBLIC0001691

MRK-PUBLIC0001692-MRK-PUBLIC0002133

MRK-S0420000001-MRK-S0420142684

MRK-SAG0002378-MRK-SAG0002382

MRK-SAG0057918-MRK-SAG0057937

OATES-000888-OATES-000901

**Deposition Testimony**

Deposition of Alise Reicin, M.D., dated June 7, 2013.

Deposition of Briggs W. Morrison, dated May 14, 2013.

Deposition of Deborah Shapiro, dated March 6, 2013.

Deposition of Douglas Watson, M.D., dated May 21, 2013.

Deposition of Edward M. Scolnick, M.D., dated May 31, 2013.

Deposition of Eliav Barr, M.D., dated May 21, 2013.

Deposition of Robert Silverman, M.D., PH.D., dated June 19, 2013.

Deposition of Carlo Patrono, M.D., dated August 13, 2013.

Deposition of Garret A. FitzGerald, M.D., dated April 23, 2013.

Deposition of John A. Oates, M.D., dated May 16, 2013.

Deposition of Paul S. Aisen, M.D., dated July 10, 2013.

Depositions of Thomas R. Cannell, dated June 29, 2006 and May 9, 2013.

Depositions from various Vioxx proceedings.

**Expert Reports**

Expert Report of Cornelia Pechmann, Ph.D., dated July 16, 2013.

Expert Report of David Egilman, M.D., dated July 17, 2013.

Expert Report of David A. Kessler, M.D., dated July 17, 2013.

Expert Report of David Madigan, Ph.D., dated July 17, 2013.

Expert Report of Douglas P. Zipes, M.D., dated July 17, 2013.

Expert Report of Harry C. Boghigian, dated July 17, 2013.

Expert Report of John Kostis, M.D., dated July 17, 2013.

Expert Report of Mark Woodward, Ph.D., dated July 12, 2013.

Expert Report of Robert D. Gibbons, Ph.D., dated August 20, 2013.

**Public Documents**

Arthritis Advisory Committee Meeting on Arcoxia, Background Package (FDA), dated April 12, 2007.

Arthritis Advisory Committee Meeting on Arcoxia, Background Package (Merck), dated April 12, 2007.

Arthritis Advisory Committee Meeting on Arcoxia, Slides "Cardiovascular Risk and NSAIDs" by Sharon Hertz, M.D. (FDA), dated April 12, 2007.

Arthritis Advisory Committee Meeting on Arcoxia, Slides "NDAs 21-389/772 Etoricoxib" by Robert E. Shibuya, M.D. (FDA), dated April 12, 2007.

Arthritis Advisory Committee Meeting on Arcoxia, Transcript, dated April 12, 2007.

Arthritis Advisory Committee Meeting on NSAID, Cox-2 Safety Issues Summary Minutes, dated March 25, 1998.

FDA website.

FDA, "CDER: The Consumer Watchdog for Safe and Effective Drugs", last updated August 12, 2011,
(http://www.fda.gov/Drugs/ResourcesForYou/Consumers/ucm143462.htm).
FDA, "Drug Advertising: A Glossary of Terms", last updated September 13, 2012,
(http://www.fda.gov/Drugs/ResourcesForYou/Consumers/PrescriptionDrugAdvertising/ucm072025.htm).

FDA, Approval Letter NDA 20-998/S-009 signed by Lawrence Goldkind, dated June 7, 2002.

FDA, Center for Drug Evaluation and Research Handbook, dated March 16, 1998.

FDA, Center for Drug Evaluation and Research, "Reviewer Guidance - Conducting a Clinical Safety Review of a New Product Application and Preparing a Report on the Review", dated February 2005.

FDA, Center for Drug Evaluation and Research, "Reviewer Guidance - Conducting a Clinical Safety Review of a New Product Application and Preparing a Report on the Review", dated November 1996.

FDA, Center for Drug Evaluation and Research, "Guidance for Industry – Changes to an Approved NDA or ANDA", dated November 1999,
(http://www.fda.gov/downloads/Drugs/GuidanceComplianceRegulatoryInformation/Guidances/ucm077097.pdf).

FDA, Center for Drug Evaluation and Research, "Guidance for Industry – E2F Development Safety Update Report", dated August 2011.

FDA, Center for Drug Evaluation and Research, MAPP 6020.3 "Review Designation Policy: Priority (P) and Standard (S)", first effective April 22, 1996, last revised June 25, 2013.

FDA, Consumer Information, "The Beginnings: Laboratory and Animal Studies", last updated August 12, 2011.
(www.fda.gov/drugs/resourcesforyou/consumers/ucm143475.htm).

FDA, Medication Guide for Non-Steroidal Anti-Inflammatory Drugs (NSAIDs),
(http://www.fda.gov/downloads/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/UCM106241.pdf).

FDA, National Press Remarks by Commissioner Jane E. Henney, "FDA and Globalization in the 21st Century", dated December 12, 2000.

FDA, Postmarket Drug Safety Information for Patients and Providers, "Cox-2 Selective (includes Bextra, Celebrex, and Vioxx) and Non-Selective Non-Steroidal Anti-Inflammatory Drugs (NSAIDs)", dated April 7, 2005, (http://www.fda.gov/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm103420.htm).

FDA, Press Conference on Recommendations from the April 12, 2007 Arthritis Advisory Committee meeting, Transcript.

FDA, Proposed NSAID Package Insert Labeling Template, Revised 2005 (http://www.fda.gov/downloads/Drugs/DrugSafety/PostmarketDrugSafetyInformationforPatientsandProviders/ucm106230.pdf).

FDA, "Sequence of Events with VIOXX, since opening of IND" (http://www.fda.gov/ohrms/dockets/ac/05/briefing/2005-4090B1_04_E-FDA-TAB-C.htm)

Management of Safety Information from Clinical Trials", Report of CIOMS Working Group VI, Geneva 2005.

Merck, Open Letter from Jonathan M. Edelman to the Editors of The Annals of Internal Medicine, dated August 18, 2008.

Merck, Press Release, "Merck Statement on Article in the Archives of Internal Medicine Involving VIOXX®", dated November 23, 2009.

**State-Specific Materials**

ALASKA STAT. § 45.50.471.

MISS. CODE ANN. § 75-24-5, § 75-24-9, § 75-24-19.

MONT. CODE ANN. § 30-14-103, § 30-14-111, § 30-14-142.

UTAH CODE ANN. § 26-20-3, § 26-20-7, § 26-20-9.5.

Plaintiff State of Alaska's Amended Complaint, dated June 11, 2012.

Plaintiff State of Mississippi's Second Amended Complaint, dated June 18, 2013.

Plaintiff State of Montana's First Amended Complaint, dated May 8, 2012.

Plaintiff State of Utah's Amended Complaint, dated April 17, 2012.

Plaintiff State of Alaska's Supplemental Responses and Objections to Third Set of Interrogatories to Plaintiff, dated August 17, 2012.

Plaintiff State of Mississippi's Supplemental Responses to Defendant's Second Set of Interrogatories, dated September 10, 2012.

Plaintiff State of Mississippi's Second Supplemental Responses to Defendant's Second Set of Interrogatories, dated October 26, 2012.

Plaintiff State of Montana's First Supplemental Responses and Objections to Defendant's Second Set of Interrogatories, dated September 10, 2012.

Plaintiff State of Montana's Supplemental Responses and Objections to Defendant's Second Set of Requests for Production of Documents, dated September 10, 2012.

Plaintiff State of Utah's Supplemental Answers to Defendant's Second Set of Interrogatories, dated December 12, 2012.

Plaintiff State of Utah's Second Supplemental Answers to Defendant's Second Set of Interrogatories, dated February 28, 2013.

Plaintiff State of Utah's Third Supplemental Answers to Defendant's Second Set of Interrogatories, dated March 15, 2013.

Plaintiff State of Utah's Fourth Supplemental Answers to Defendant's Second Set of Interrogatories, dated March 27, 2013.

Plaintiff State of Utah's Fifth Supplemental Answers to Defendant's Second Set of Interrogatories, dated May 2, 2013.

Plaintiff State of Utah's Sixth Supplemental Answers to Defendant's Second Set of Interrogatories, dated June 19, 2013.