UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREA CORDEL,

Plaintiff,

v.

MERCK & CO., INC.,

Defendants.

CIVIL ACTION NO. 05-MD-01657

✻ Colorado Dist 14-01140

Judge Eldon E Fallon

Magistrate Judge Kristen L Mix

## MOTION FOR ADMISSION OF COUNSEL *PRO HAC VICE*

Now comes, Vincent P. Scallan Reg. #33459 an attorney licensed to practice in the State of Louisiana, and moves the Court for an Order of Admission *Pro Hac* Vice of Douglas L. Romero Colorado Reg. #35464, who is a duly licensed attorney in the State of Colorado, to serve as counsel for Andrea Cordel, a party of this cause. An Affidavit of Douglas L. Romero is attached to this Motion and is incorporated by reference.

_____
**Vincent P. Scallan #33459**
**3232 Edenborn Avenue**
**Metairie, Louisiana 70002**
**(504) 586-0361**