UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREA CORDEL,

Plaintiff,

v.

MERCK & CO., INC.,

Defendants.

CIVIL ACTION NO. *05-MD-01657*

*Colorado Dist 14-01140*

Judge *Eldon E Fallon*

Magistrate Judge *Kristen L Mix*

### DECLARATION OF DOUGLAS L. ROMERO
### IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Douglas L. Romero, make the following declaration under penalty of perjury pursuant to 28 U.S.C. § 1746.

1. This declaration is based on my personal knowledge, information and belief.

2. I am a resident of the State of Colorado. I am over eighteen years of age and suffer from no legal incapacity. I do not maintain my residence or my principal place of business in the Easter District of Louisiana.

3. I was admitted to the Bar of the State of Colorado in May of 2004. I was admitted to practice before the Federal District Court for the District of

Colorado in May of 2004. Attached is a Certificate of Good Standing from the Supreme Court of the State of Colorado.

4. I am currently the owner of the Law Office of Douglas L. Romero, 200 South Sheridan Boulevard, Suite 150, Denver, Colorado 80226.

5. I have never before requested admission pro hac vice to the United District Court for the Eastern District of Louisiana.

6. No disciplinary proceedings or criminal charges have been instituted against me in any court or jurisdiction.

7. Vincent P. Scallan agrees to act as local counsel and accept service of motions and papers in thus case pursuant to Local Rule 83.2.6E.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __11__ day of May, 2014.

_____
Douglas L. Romero
Law Office of Douglas L. Romero, LLC
200 South Sheridan Boulevard, Suite 150
Denver, Colorado 80226
Telephone: (303) 934-7500
Facsimile: (303) 934-0300
dougromero@coloradochristiandefensecounsel.com