

# SUPREME COURT

## State of Colorado,

STATE OF COLORADO, ss:

I, _**Christopher T. Ryan**_ Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**DOUGLAS LEO ROMERO**

has been duly licensed and admitted to practice as an

## ATTORNEY AND COUNSELOR AT LAW

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the _**24th**_

day of _**May**_ A. D. _**2004**_ and that at the date hereof the said _**DOUGLAS LEO ROMERO**_

is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this

_**13th**_ day of _**March**_ A. D _**2014**_

**Christopher T. Ryan**

Clerk

By _Andrew Stol_

Deputy Clerk