UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREA CORDEL,

Plaintiff,

v.

MERCK & CO., INC.,

Defendants.

CIVIL ACTION NO. 05-MD-01657

\* Colorado Dist. 14-01140

Judge Eldon E. Fallon

Magistrate Judge Kristen L Mix

## ORDER

IT IS ORDERED that Douglas L. Romero, Colorado Reg. #35464 is hereby admitted to the bar of this Court pro hac vice on behalf of Andrea Cordel in the described action.

SO ORDERED on this _____ day of _____, 2014.

_____
U.S. Magistrate Judge