UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ANDREA CORDEL,

Plaintiff,

v.

MERCK & CO., INC.,

Defendants.

CIVIL ACTION NO. 05-MD-01657
*Colorado Dist 14-01140

Judge Eldon E Fallon

Magistrate Judge Kristen L. Mix

## MOTION TO APPEAR PRO HAC VICE

In Accordance with the local rules for the United States District Court, Eastern District of Louisiana, application is made to be admitted pro hac vice to the bar of this court for the purpose of appearing on behalf of the Plaintiff, Andrea Corel in the above described action.

1. I am ineligible to become a member of this court, but I am a member in good standing of the bar of the United States District Court for the District of Colorado, the District of Western Texas (El Paso), the District of Wyoming, the District of Minnesota and the District of Minnesota or the bar of the Colorado Supreme Court, which is the highest Court in the State. Attached hereto is a certificate of good standing from such court.

2. Payment of the applicable fee of $100.00 is made via the court's electronic

filing system using Pay.gov.

3. There have been no disciplinary proceedings or criminal charges instituted against me.

4. In accordance with the local rules for the United States District Court, Eastern District of Louisiana, Vincent P. Scallan of the firm of Vincent P. Scallan Law, LLC. is appointed as local counsel.

Respectfully submitted,

_____        _____
**Signature of Applying Attorney**              **Signature of Local Counsel**
Applying attorney must sign. No "s/signature"   Local counsel may used typed
"s/signature"
accepted.                                        and must file electronically.

**Douglas L. Romero, Colo Reg. #35464**          **Vincent P. Scallan, Reg. #33459**
**Law Office of Douglas L. Romero, LLC**         **Vincent R. Scallan Law, LLC**
**200 South Sheridan Boulevard, Suite 150**      **3232 Edenborn Avenue**
**Denver, Colorado 80226**                        **Metairie, Louisiana 70002**
**Tel. (303) 934-7500**                           **Tel. (504) 586-0361**
**Fax (303) 934-0300**                            **Fax (504) 522-5161**
dongromero@coloradochristiandefensecounsel.com   Vincent@vpscallanlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on 5/27/14, I presented the foregoing Petition for Admission Pro Hac Vice to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following: Vincent P. Scallan _____, and hereby certify that I have mailed by United States Postal Service this filing to the following non CM/ECF participants: Douglas L. Romero.

Signature
Name: Vincent Scallan
Firm: Vincent P. Scallan Law, LLC
Address: 3232 Edenborn Ave.
Metairie, LA 70002