

# State of Colorado.

STATE OF COLORADO, ss:

I, *Christopher T. Ryan* Clerk of the Supreme Court of the State of Colorado, do hereby certify that

**DOUGLAS LEO ROMERO**

has been duly licensed and admitted to practice as an

## Attorney and Counselor at Law

within this State; and that his/her name appears upon the Roll of Attorneys and Counselors at Law in my office of date the **24th** day of **May** A. D. **2004** and that at the date hereof the said **DOUGLAS LEO ROMERO** is in good standing at this Bar.



IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the Seal of said Supreme Court, at Denver, in said State, this **13th** day of **March** A. D **2014**.

*Christopher T. Ryan*
Clerk

By [signature] Andrew Stel
Deputy Clerk