UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ANDREA CORDEL, | CIVIL ACTION NO. 05-MD-01657 |
| Plaintiff, | ✳ Colorado Dist. 14-01140 |
| v. | Judge Eldon E Fallon |
| MERCK & CO., INC., | |
| Defendants. | Magistrate Judge Kristen L Mix |

### ORDER

IT IS ORDERED that Douglas L. Romero, Colorado Reg. #35464 is hereby admitted to the bar of this Court pro hac vice on behalf of Andrea Cordel in the described action.

SO ORDERED on this _____ day of _____, 2014.

_____
U.S. Magistrate Judge