UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF, STATE OF UTAH'S ERRATA TO MOTION IN OPPOSITION TO CONTEMPT CITATION AND SUPPLEMENT THERETO**

At the time Plaintiff, State of Utah, filed their Motion in Opposition to Contempt Citation and Supplement thereto, Plaintiff believed that Defendant had filed their expert designations, including expert reports, with this court as well as serving it through Lexis File and Serve. After checking the docket it appears that Defendants only served their designations through Lexis File and Serve.

DATED this 28th day of May, 2014.

/S/
Joseph W. Steele
Kenneth D. Lougee
SIEGFRIED & JENSEN
5664 South Green Street
Salt Lake City, UT  84123

      /S/
Richard W. Schulte
812 E. National Road, Suite A
Vandalia, OH  45377


      /S/
Eric H. Weinberg
THE LAW OFFICES OF ERIC H. WEINBERG
149 Livingston Avenue
New Brunswick, NJ  08901

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **PLAINTIFF, STATE OF UTAH'S ERRATA TO MOTION IN OPPOSITION TO COMTEMPT CITATION AND SUPPLEMENT THERETO** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 28th day of May, 2014.


      /S/