## VERIFICATION

STATE OF MINNESOTA    )
COUNTY OF DAKOTA     : SS.:
CITY OF ROSEMOUNT   )

Cynthia Sievert, being duly sworn, deposes and says that she is the Trustee for the Estate of Margaret Pickett, deceased, plaintiff; that she has read the foregoing petition and knows the contents thereof; that the same is true to the knowledge of the deponent, except as to the maters therein stated to be alleged on information and belief, and that as to those matters she believes them to be true.



_____
Cynthia Sievert

STATE OF MINNESOTA    )
COUNTY OF DAKOTA     : SS.:
CITY OF ROSEMOUNT   )

On the 21st day of Feb, in the year 2014 before me, the undersigned, personally appeared Cynthia Sievert, personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that they executed the same in her capacity and that by signature on the instrument, the individual or the person upon behalf of which the individual acted, executed the instrument.

_____
Notary Public/Commissioner of Deeds