Case 2:05-md-01657-EEF-DEK   Document 47859   Filed 07/28/10   Page 1 of 1



# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: *D'Angelo, et al. v. Merck & Co. Inc., et al. (As to Sherryl Gunderson, individually and as Trustee of the Estate of Gunderson only), 06-9755*

## ORDER

IT IS ORDERED that the attached Order Granting Plaintiffs' Petition for Distribution of Proceeds be FILED UNDER SEAL. IT IS FURTHER ORDERED that Plaintiff's Petition for Distribution BE SEALED (Rec. Doc. No. 42746).

New Orleans, Louisiana, this 28th day of July, 2010.

UNITED STATES DISTRICT JUDGE

1