| | |
|---|---|
| STATE OF MINNESOTA | DISTRICT COURT |
| COUNTY OF HE~~NN~~EPIN  DAKOTA  cps/pm | FOURTH JUDICIAL DISTRICT |

In the matter of an appointment  
of a trustee for the next of kin of:

Court File No. 27-CV-06-222621

Margaret C. Pickett,

          Decedent.

### CONSENT AND OATH OF TRUSTEE

    I, Cynthia Sievert, hereby consent to act as trustee herein.

    I do swear that I will faithfully and justly perform all the duties of the office and trust which I now assume as trustee for the next of kin of Margaret C. Pickett, to the best of my ability.  So help me God.

Dated: __2-2-07__, 2006.       _/s/ Cynthia Sievert_  
                                                          Cynthia Sievert

STATE OF __Minnesota__ )  
                           ) SS.  
COUNTY OF __Dakota__ )

    Subscribed and sworn before me this __2__ day of __February__, ~~2006~~ 2007, by Cynthia Sievert.

_/s/ Notary Public_



MICHAEL WILLIAM MURTAUGH  
Notary Public  
Minnesota  
My Commission Expires Jan 31, 2008