# SETTLEMENT STATEMENT

## IN RE

Margaret C. Pickett (DECEASED)
File No: MT-03457-V5
Brian A. Goldstein, Esq.
08/14/2013

---

| | | |
|---|---|---:|
| SETTLEMENT PROCEEDS | | $14,153.23 |
| LESS DISBURSEMENTS (see attached): | | $647.29 |
| | | $13,505.94 |
| LESS ATTORNEY'S FEES: | | |
|     Cellino & Barnes, P.C. | $3,186.22 | |
|     Trepanier & Macgillis PA | $3.42 | |
|     Common Benefit Fees (8) | $1,132.26 | |
| | | $4,321.90 |
| | | $9,184.04 |
| LESS LIEN AMOUNTS: | | |
|     Federal Medicare Reimbursement | $4,245.96 | |
| | | $4,245.96 |
| | | $4,938.08 |
| **NET SETTLEMENT TO CLIENT:** | | **$4,938.08** |

I have received and reviewed a copy of the above statement, which is correct and satisfactory. I acknowledge that a health insurance carrier, HMO, PPO or any other carrier, Medicare or Medicaid, or a hospital may have a claim against the proceeds of this settlement for benefits paid to me or on my behalf. I acknowledge that, except as disclosed on this statement, my attorneys have not negotiated, satisfied or withheld proceeds to satisfy any lien which may exist. If they have not been paid, I will be solely responsible for payment of same. I hereby authorize my attorneys to issue checks as set forth above.

Signed: _____     Signed: _____
          Cynthia, daughter                                      Brian A. Goldstein, Esq.

Date: _____

| Date | Vendor | Category | Note | Amount |
|---|---|---|---|---|
| 08/14/2008 | CM Information Specialists, Inc | ACCRUED SALES TAX - ERIE | | $1.35 |
| 09/10/2008 | Iod Incorporated | ACCRUED SALES TAX - ERIE | | 5.16 |
| 09/12/2008 | Iod Incorporated | ACCRUED SALES TAX - ERIE | | 6.72 |
| 10/07/2008 | Iod Incorporated | ACCRUED SALES TAX - ERIE | | 19.31 |
| 01/22/2009 | Walgreens Drug Store | ACCRUED SALES TAX - ERIE | | 4.81 |
| | | | | $37.35 |
| 11/04/2009 | | ADJUSTMENT | filing fees | 2.24 |
| | | | | $2.24 |
| 12/01/2008 | | FIRM COSTS | | (76.80) |
| 12/01/2008 | | FIRM COSTS | | 6.72 |
| | | | | ($70.08) |
| 08/16/2007 | LexisNexis CourtLink Inc. | ON-LINE SERVICE | | 16.31 |
| | | | | $16.31 |
| 08/11/2008 | Walgreens Drug Store | RECORDS | | 55.00 |
| 08/14/2008 | CM Information Specialists, Inc | RECORDS | | 15.44 |
| 09/10/2008 | Iod Incorporated | RECORDS | | 76.80 |
| 09/12/2008 | Iod Incorporated | RECORDS | | 76.80 |
| 10/07/2008 | Iod Incorporated | RECORDS | | 240.90 |
| 01/22/2009 | Walgreens Drug Store | RECORDS | | 55.00 |
| | | | | $519.94 |
| | Common Cost Benefit | | | $141.53 |
| | | | Grand Total: | $647.29 |