<u>**UNITED STATES DISTRICT COURT**</u>
<u>**EASTERN DISTRICT OF LOUISIANA**</u>

| | | |
|---|---|---|
| IN RE: | ) | |
| VIOXX PRODUCT LIABILITY LITIGATION | ) | MDL NO. 1657 |
| | ) | |
| | ) | SECTION: L |
| | ) | |
| | ) | JUDGE FALLON |
| | ) | MAG. JUDGE KNOWLES |
| | ) | |
| ***THIS DOCUMENT RELATES TO:*** | ) | |
| Ahouse, et al., v. Merck & Co., Inc., et al.; | ) | |
| 2:06-cv-02216-EEF-DEK as to | ) | |
| Margaret Pickett ONLY | ) | |
| | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S PETITION FOR DISTRIBUTION OF VIOXX SETTLEMENT PROCEEDS**

IT IS ORDERED that this Order Granting Plaintiff's Petition for Distribution of Proceeds be FILED UNDER SEAL.

IT IS FURTHER ORDERED that Plaintiff's Petition for Distribution BE SEALED.

IT IS FURTHER ORDERED that Cellino & Barnes, P.C., distribute the Vioxx settlement proceeds in accord with the settlement statement attached as Exhibit D to Trustee Mrs. Cynthia Sievert's verified petition in the amounts of $1641.27 to Mrs. Cynthia Sievert, $820.63 each to Margaret Ramer Wall and Cheryl Tyson as the heirs to Mr. William Ramer, $1641.27 to Michelle Tucker as the heir to Wanda Taylor, $3,179.50 in attorney's fees and $668.29 in disbursements to Cellino & Barnes, P.C., $3.42 in attorney's fees to Trepanier & MacGillis, PA (previously paid by Cellino & Barnes), $1,132.26 (previously withheld) to Common Benefit Fees pursuant to this Court's prior

orders and $4,245.96 (previously withheld by the Lien Resolution Administrator) to Federal Medicare Reimbursement.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2014.

                                                                                       _____
                                                                                       ELDON E. FALLON
                                                                                       UNITED STATES DISTRICT JUDGE