UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>     PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Com. of Kentucky v. Merck & Co., Inc.,* **10-1115**

## ORDER

**IT IS ORDERED** that Defendant Merck's motion to expedite (Rec. Doc. 64948) is **GRANTED** and that the submission date and time for its motion for preliminary injunction (Rec. Doc. 64947) is **SET** for June 6, 2014, at 9:00 a.m., at which point the Court will hear oral argument.

**IT IS FURTHER ORDERED** that any response to the motion for preliminary injunction must be filed on or before June 4, 2014, and any reply to such a response must be filed on or before June 6, 2014.

New Orleans, Louisiana, this 28th day of May, 2014.

_____
UNITED STATES DISTRICT JUDGE

1