# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | |
| **2:06-cv-09757-EEF-DEK** | * | |

*******************************************************************************

## <u>ORDER</u>

Considering the foregoing Defendant Merck Sharp & Dohme Corp.'s Motion for Leave to File its Exhibit A Under Seal, `(Rec. Doc. 64930);`

IT IS HEREBY ORDERED that the motion is granted and the entire summary judgment filing shall be filed under seal.

NEW ORLEANS, LOUISIANA,  this  <u>27th</u> day of  <u>   May   </u>, 2014.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1095687v1