## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| *This document relates to* | * | **JUDGE FALLON** |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | **MAGISTRATE JUDGE KNOWLES** |
| **2:06-cv-09757-EEF-DEK** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF EX PARTE MOTION FOR ORAL ARGUMENT ON DEFENDANT MERCK'S MOTION FOR SUMMARY JUDGMENT AND TO SCHEDULE ORAL ARGUMENT ON JULY 23, 2014

Plaintiff Jo Levitt, by and through her undersigned counsel, respectfully requests pursuant to Local Rule 78.1E that this Court hear oral argument on Defendant Merck's Motion for Summary Judgment.  In support of this request, Plaintiff states the following:

1.      On March 28, 2014, Defendant Merck filed a Motion for Summary Judgment.  (ECF #64878)

2.      On that same date, Defendant Merck filed a "Notice of Submission" which stated that Merck's "Motion for Summary Judgment . . . will be brought for hearing on April 23, 2014, at 9:00 a.m." (Attachment 5 to ECF #64878)

3.      Subsequently thereto, Plaintiffs' counsel sent an email specifically requesting to move the "hearing date" and defense counsel agreed.  Upon information and belief, a submission was subsequently conveyed to the Court via liasion counsel which set forth a stipulated date upon which the "hearing" would be moved.

4.      On April 21, 2014, this Court entered an Order titled "Order Continuing Hearing on Merck's Motion for Summary Judgment to May 21, at 9:00 A.M."  (ECF #64904)

5.      On May 9, 2014, Plaintiff filed her pleadings in opposition to Merck's Motion for Summary Judgment.   On May 16, 2014, Defendant Merck filed a Reply to the Plaintiffs' Opposition.  (ECF # 64931)

6.      Based on the title of the Order entered in the ECF system, Plaintiffs' counsel was under the belief that the Summary Judgment was to be heard by this Court on May 21, 2014.

7.      In fact, Plaintiffs' counsel flew down to New Orleans and presented to this Court's chambers on the morning of May 21, 2014.  At this time, Plaintiffs' counsel was informed that the Court's submission date is not a date for oral arguments.  Plaintiffs' counsel was also informed that this matter had not been set for an oral argument at that time.

8.      To be clear, Plaintiffs' counsel does not suggest that opposing counsel did anything untoward or inappropriate regarding the hearing date.  Plaintiffs' counsel merely misinterpreted the Court's Order and the local rules regarding submission dates.

9.      Upon returning to Kansas City, Plaintiffs' counsel contacted Defense counsel to inquire about an agreed upon date for oral argument on this issue.

10.     Counsel for both parties compared calendars and have confirmed that counsel for both parties are available on July 23, 2014.

11.     Plaintiff's counsel has conferred with Defense counsel who has indicated that Merck does not plan to oppose this motion.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request that this Court enter an Order scheduling oral argument on the motion for summary judgment for July 23, 2014.

Respectfully submitted,

**HUMPHREY**, **FARRINGTON** & **McCLAIN, P.C.**

/s/ Daniel A. Thomas

| Kenneth B. McClain | MO #32430 |
| Daniel A. Thomas | MO #52030 |

221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that Plaintiff Jo Levitt's Motion to Seal has been served upon Defense Counsel, Jonathan Williams, Defendant Liaison Counsel, Dorothy H. Wimberly, and Plaintiff Liaison Counsel, Ann Oldfather, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of June, 2014.

/s/ Daniel A. Thomas
Kenneth B. McClain                MO #32430
Daniel A. Thomas                  MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile
**ATTORNEYS FOR PLAINTIFFS**