UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| **2:06-cv-09757-EEF-DEK** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

At Plaintiff's request, **IT IS ORDERED** that Plaintiff is hereby granted leave to file a Sur-Reply in Opposition to Defendant Merck's Motion for Summary Judgment (Rec. Doc. 64878) which shall be filed no later than July 16, 2014.

New Orleans, Louisiana, this ___ day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE