**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| **2:06-cv-09757-EEF-DEK** | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MERCK SHARP & DOHME CORP.'S**
**RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A SUR-REPLY**

Plaintiff Jo Levitt has filed a motion seeking leave to file an additional brief opposing

Merck's Motion for Summary Judgment.  In response, Merck states as follows:

1.      Plaintiff's counsel informed defense counsel on May 22, 2014 that Plaintiff

intended to seek leave to file a sur-reply brief.  Defense counsel noted that this Court has on

some occasions in the past allowed additional briefing after a reply brief.  Accordingly, defense

counsel indicated that Merck would not formally oppose the request, but reserved the right to

submit a response to an actual motion once it was filed.

2.      At the time of the May 22 conversation, defense counsel presumed that any such

additional briefing would be promptly submitted.  On June 3, Plaintiff's counsel filed the instant

motion.  No actual sur-reply brief was attached, and counsel requested until July 16, 2014 (an

additional <u>six </u>(6) weeks) to submit the sur-reply.

3.      Merck recognizes that the Court has discretion to allow additional briefing.

However, Plaintiff has requested an excessive amount of time to do so.  The requested date falls

only one week prior to the requested argument date.  In the event any additional issues needed to

1160036v1

be addressed, there would not be sufficient time to do so and there would be a risk of additional delay.[1]

4.      In the event that the Court grants Plaintiff's motion, Merck respectfully requests that the deadline for submitting any sur-reply brief be set for no later than June 27 (which is more than three weeks from the present date).

Dated:  June4, 2014                                        Respectfully submitted,

By: _/s/ Dorothy H. Wimberly_____
                                                            Phillip A. Wittmann, 13625
                                                            Dorothy H. Wimberly, 18509
                                                            STONE PIGMAN WALTHER
                                                            WITTMANN L.L.C.
                                                            546 Carondelet Street
                                                            New Orleans, Louisiana 70130
                                                            Phone: 504-581-3200
                                                            Fax:    504-581-3361

                                                            Defendants' Liaison Counsel

                                                             —and—

                                                            Douglas R. Marvin
                                                            M. Elaine Horn
                                                            Jonathan L. Williams
                                                            WILLIAMS & CONNOLLY LLP
                                                            725 Twelfth Street, N.W.
                                                            Washington, D.C. 20005
                                                            Phone: 202-434-5000
                                                            Fax:    202-434-5029

                                                            Attorneys for Merck Sharp & Dohme Corp.

---

[1]      At this point, defense counsel has no idea what Plaintiff will assert in the sur-reply and whether a response of any kind would be warranted.  Although Plaintiff asserts that Merck's Reply brief raised new issues not addressed in the original m  Motion, she simultaneously acknowledges that the issues responded to the issues Plaintiff raised in her opposition brief.

1160036v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Response  has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of June, 2014.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

3

1160036v1