UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:     *Government Action Cases*

### ORDER

The Court has received the attached summary and itemized statements from Special Master Patrick A. Juneau for services he rendered from September 26, 2011, through December 31, 2012, through March 31, 2014. The Court has reviewed the statements and, finding them both regular and reasonable, now endorses them. **IT IS ORDERED** that Plaintiffs' Liaison Counsel is authorized to take such action as is necessary to effect payment from the common benefit fund to Special Master Juneau in the amount of $4,880.48.

New Orleans, Louisiana, this 2nd day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

1