**SPECIAL MASTER OF**
**IN RE: VIOXX PRODUCTS LIABILITY LITIGATION**
**MDL NO. 1657**
Post Office Drawer 51268
Lafayette, Louisiana 70507-1268
Telephone: (337) 269-0052    Facsimile: (337) 269-0061

May 20, 2014

Honorable Judge Eldon E. Fallon
United States District Judge
Eastern District
500 Poydras Street
Room C-456
New Orleans, LA  70130

      Re:    In Re: Vioxx Products Liability Litigation
                MDL No. 1657
                Government Action Cases
                Our File No.: 1300-1064

Dear Judge Fallon:

    In reviewing this file, I realized that I had some unbilled time and expenses for previous services in the Vioxx Government Action Cases. Enclosed you will find my invoice for services rendered from September 26, 2011 through December 31, 2012. Also enclosed is a summary of the invoice.

    I am currently working with parties on the remaining litigating states and will subsequently advise you of status.

    With kindest personal regards, I remain

                                    Sincerely,

                                    *Patrick A. Juneau*
                                    PATRICK A. JUNEAU
                                    Special Master

PAJ/fg
Enclosure

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70507-1268
Invoice No. 19598

May 20, 2014

Honorable Judge Eldon E. Fallon
United States District Judge
Eastern District
500 Poydras Street
Room C-456
New Orleans, LA  70130

      Re:    In Re: Vioxx Products Liability Litigation
                MDL No. 1657
                Government Action Cases
                Our File No.: 1300-1064

## SUMMARY

Performed services of Special Master from September 26, 2011 through December 31, 2012, including communication with various parties and counsel and conference with Court:

**Services**

| | | |
|---|---|---|
| Juneau, Patrick A. | 15.9 hours @ $300.00 per hour | $4,770.00 |
| **Expenses** | | $ 110.48 |
| **TOTAL** | | **$4,880.48** |

*Please make check payable to Juneau David, APLC*

# JUNEAU DAVID

P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID 72-1250097

May 19, 2014

| | |
|---|---|
| HONORABLE JUDGE E. FALLON | Invoice #: 25913 |
| UNITED STATES DISTRICT JUDGE | Billed Through: December 31, 2012 |
| EASTERN DISTRICT | Account #: 001300   01064 |
| 500 POYDRAS STREET | |
| ROOM C-456 | |
| NEW ORLEANS, LA 70130 | |

RE: IN RE: VIOXX PRODUCTS LIABILITY LITIGATION
     GOVERNMENT ACTION CASES
     MDL1657
     OUR FILE: 1300-1064

| | | |
|---|---|---|
| CURRENT FEES THROUGH: | December 31, 2012 | $4,770.00 |
| CURRENT EXPENSES THROUGH: | December 31, 2012 | $110.48 |
| TOTAL CHARGES FOR THIS BILL | | $4,880.48 |
| TOTAL NOW DUE | | $4,880.48 |

**PLEASE INCLUDE INVOICE NO. ON YOUR CHECK.**
**\* \* PAYABLE UPON RECEIPT\* \***

# JUNEAU DAVID
P.O. Drawer 51268
Lafayette, LA 70505-1268
Tax ID 72-1250097

May 19, 2014

| | |
|---|---|
| HONORABLE JUDGE E. FALLON | Invoice #: 25913 |
| UNITED STATES DISTRICT JUDGE | Billed through: December 31, 2012 |
| EASTERN DISTRICT | Account #: 001300 01064 |
| 500 POYDRAS STREET | |
| ROOM C-456 | |
| NEW ORLEANS, LA 70130 | |

RE: IN RE: VIOXX PRODUCTS LIABILITY LITIGATION
GOVERNMENT ACTION CASES
MDL1657
OUR FILE: 1300-1064

| | |
|---|---|
| Balance forward from previous invoice | $1,220.50 |
| Less payments received since previous invoice | $1,220.50 |

**PROFESSIONAL SERVICES**                                                                                                                       **Hours**

| Date | Atty | Description | Hours |
|---|---|---|---|
| 09/26/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: OKLAHOMA BRIEFING SCHEDULE AND PROVIDING EMAIL FROM SHELLY SANFORD PERTAINING TO SAME | 0.30 |
| 09/26/11 | PAJ | REVIEW OF MINUTE ENTRY RE: STATUS CONFERENCE | 0.10 |
| 09/27/11 | PAJ | REVIEW OF EMAIL FROM MARCY BERKMAN RE: MERCK'S SETTLEMENT OFFER, PROCEDURAL MATTERS RELATED TO MOTION FILED BY MERCK, PROVIDING HISTORY RE: SCC/VIOXX STATUS AND REQUESTING A CONFERENCE CALL TO DISCUSS SAME | 0.40 |
| 09/27/11 | PAJ | EMAIL TO JOHN BEISNER INQUIRING AS TO WHETHER OR NOT MERCK IS INTERESTED IN SCHEDULING SETTLEMENT CONFERENCES WITH THE REMAINING LITIGATING STATES | 0.10 |
| 09/27/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS, DIRECTED TO JOHN BEISNER, RE: STATUS OF NAMFCU DEAL AND OFFER TO COUNTY OF SANTA CLARA | 0.10 |
| 09/27/11 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: NAMFCU DEAL AND OFFER TO COUNTY OF SANTA CLARA | 0.10 |
| 09/27/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: DISPOSITIVE MOTIONS FILED BY MERCK | 0.10 |
| 09/28/11 | PAJ | EMAIL TO MARCY BERKMAN RE: AVAILABILITY FOR CONFERENCE CALL | 0.10 |
| 09/29/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS, DIRECTED TO COUNSEL, RE: REQUEST FOR DISCLOSURE OF STATES ACCEPTING NAMFCU DEAL AND MOTIONS FILED BY MERCK | 0.20 |
| 09/29/11 | PAJ | REVIEW OF EMAIL FROM MARCY BERKMAN RE: CONFERENCE CALL | 0.10 |
| 09/29/11 | PAJ | TELEPHONE CONFERENCE WITH ANDY BIRCHFIELD RE: STATUS | 0.30 |
| 09/30/11 | PAJ | EMAIL TO MARCY BERKMAN CONFIRMING AVAILABILITY FOR CONFERENCE CALL AT 1:00 PM ON OCTOBER 3, 2011 AND REQUESTING CALL-IN NUMBER FOR SAME | 0.10 |
| 09/30/11 | PAJ | REVIEW OF EMAIL DAWN BARRIOS PROVIDING EMAILS FROM | 0.30 |

| 001300 | 01064 | | Invoice # 25913　　Page　2 |
|---|---|---|---|
| | | SHELLY SANFORD RE: OKLAHOMA ACTION AND REQUESTING CONFERENCE CALL NEXT WEEK TO DISCUSS SAME | |
| 09/30/11 | PAJ | EMAIL TO DAWN BARRIOS RE: CONFERENCE CALL WITH OKLAHOMA | 0.10 |
| 09/30/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS, DIRECTED TO JUDGE FALLON, REQUESTING STATUS CONFERENCE TO DISCUSS STATUS OF NAMFCU SETTLEMENT, MOTION TO LIFT DISCOVERY STAY AND MOTION FOR REMAND | 0.20 |
| 09/30/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS, DIRECTED TO ANDY BIRCHFIELD, RE: MISSISSIPPI | 0.10 |
| 09/30/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: CONFERENCE CALL WITH OKLAHOMA ON OCTOBER 7, 2011 | 0.10 |
| 09/30/11 | PAJ | REVIEW OF EMAIL FROM CHRIS COLLINS PROVIDING CALL DETAILS FOR CONFERENCE CALL WITH COUNTY OF SANTA CLARA ON OCTOBER 3, 2011 | 0.10 |
| 10/03/11 | PAJ | TELEPHONE CONFERENCE WITH SANTA CLARA ATTORNEYS | 0.40 |
| 10/03/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS PROVIDING EMAIL FROM SHEILA BOSSIER ADVISING THAT MISSISSIPPI CHOSE NOT TO PARTICIPATE IN THE NAMFCU SETTLEMENT | 0.10 |
| 10/04/11 | PAJ | EMAIL TO JOHN BEISNER RE: SANTA CLARA COUNTER AND STATUS OF LITIGATION STATES | 0.20 |
| 10/04/11 | PAJ | TELEPHONE CONFERENCE WITH JOHN BEISNER RE: STATUS | 0.30 |
| 10/07/11 | PAJ | REVIEW OF EMAIL FROM JAMES YOUNG ADVISING TAHT MEDICAID FRAUD UNIT HAS ACCEPTED THE NAMFCU SETTLEMENT | 0.10 |
| 10/07/11 | PAJ | REVIEW OF EMAIL FROM BOB PATTEN RE: STATUS CALL SET FOR OCTOBER 11, 2011 AND REQUESTING DETAILS FOR SAME | 0.10 |
| 10/10/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: TELEPHONE STATUS CONFERENCE AND ADVISING THAT SAME HAS BEEN CHANGED TO 3:30 PM ON OCTOBER 12, 2011 | 0.10 |
| 10/10/11 | PAJ | TELEPHONE CONFERENCE WITH JOHN BEISNER'S OFFICE | 0.20 |
| 10/10/11 | PAJ | TELEPHONE CONFERENCE WITH DAWN BARRIOS RE: STATUS | 0.40 |
| 10/10/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: STATUS CONFERENCE WITH COURT, STATUS OF SETTLEMENT, SETTLEMENT POSITIONS AND SCHEDULING CONFERENCE CALL FOR TODAY TO DISCUSS SAME | 0.30 |
| 10/10/11 | PAJ | TELEPHONE CONFERENCE WITH JOHN BEISNER RE: STATUS | 0.30 |
| 10/10/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS. DIRECTED TO COUNSEL, RE: FLORIDA'S ACCEPTANCE OF SETTLEMENT AND STATUS | 0.30 |
| 10/11/11 | PAJ | REVIEW OF EMAIL FROM JUDGE FALLON'S OFFICE PROVIDING CALL DETAILS FOR TOMORROW'S TELEPHONE STATUS CONFERENCE | 0.10 |
| 10/11/11 | PAJ | REVIEW OF CORRESPONDENCE FROM COUNTY OF SANTA CLARA RE: SETTLEMENT NEGOTIATIONS WITH MERCK | 0.30 |
| 10/11/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: STATUS CONFERENCE WITH MERCK AND REQUEST OF COUNTY OF SANTA CLARA TO PARTICIPATE IN SAME | 0.10 |
| 10/12/11 | PAJ | REVIEW OF NOTICE OF SUPPLEMENTAL AUTHORITY FILED BY COMMONWEALTH OF KENTUCKY | 0.10 |
| 10/12/11 | PAJ | PARTICIPATION IN CONFERENCE WITH COURT AND PARTIES | 0.50 |
| 10/14/11 | PAJ | REVIEW OF MINUTE ENTRY RE: TELEPHONE STATUS CONFERENCE ON OCTOBER 12, 2011 | 0.10 |
| 10/20/11 | PAJ | TELEPHONE CONFERENCE WITH DAWN BARRIOS RE: STATUS | 0.40 |
| 10/20/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS, DIRECTED TO AG | 0.20 |

001300     01064                                        Invoice # 25913      Page     3

| Date | | Description | |
|---|---|---|---|
| | | ATTORNEYS, RE: SPECIAL MASTER'S INVOICE AND PAYMENT OF SAME | |
| 10/24/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: PAYMENT OF SPECIAL MASTER'S INVOICE AND INQUIRY BY RANDY FOX RE: LOUISIANA PAYING A PORTION OF SAME | 0.30 |
| 11/01/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS, DIRECTED TO RANDY FOX, RE: PAYMENT OF INVOICE | 0.10 |
| 11/01/11 | PAJ | REVIEW OF EMAIL FROM RANDY FOX RE: PAYMENT OF INVOICE | 0.20 |
| 11/03/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: PAYMENT OF INVOICE | 0.10 |
| 11/03/11 | PAJ | REVIEW OF EMAIL FROM RANDY FOX RE: PAYMENT OF INVOICE | 0.10 |
| 11/04/11 | PAJ | REVIEW OF MINUTE ENTRY RE: STATUS CONFERENCE | 0.10 |
| 11/08/11 | PAJ | TELEPHONE CONFERENCE WITH DAWN BARRIOS | 0.30 |
| 11/09/11 | PAJ | REVIEW OF ORDER EXEMPTING COMMONWEALTH OF KENTUCKY FROM DISCOVERY LIST EXCHANGE | 0.10 |
| 11/22/11 | PAJ | REVIEW OF EMAIL FROM ROBERT PATTEN RE: PROPOSED FEDERAL-STATE SETTLEMENT WITH MERCK, SHARP & DOHME | 0.10 |
| 11/22/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: FEDERAL JUDGE ASSIGNED TO SETTLEMENT CASE | 0.10 |
| 11/22/11 | PAJ | REVIEW OF SUBSEQUENT EMAIL FROM ROBERT PATTEN RE: SETTLEMENT OF CASE | 0.10 |
| 12/02/11 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: ASSIGNMENT OF JUDGE | 0.10 |
| 12/02/11 | PAJ | REVIEW OF EMAIL FROM BOB PATTEN ADVISING THAT THE ASSIGNED JUDGE IS PATTI SARIS | 0.10 |
| 12/02/11 | PAJ | REVIEW OF SUBSEQUENT EMAIL FROM DAWN BARRIOS, DIRECTED TO JUDGE FALLON'S OFFICE, RE: ASSIGNED JUDGE TO THE MERCK-DOJ SETTLEMENT | 0.10 |
| 07/03/12 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: STATUS AND SCHEDULING OF MEETINGS | 0.40 |
| 07/03/12 | PAJ | REVIEW OF SUBSEQUENT EMAIL FROM DAWN BARRIOS RE: CONVERSATION WITH JOHN BEISNER CONCERNING MEDIATION PROCEEDINGS AND REQUESTING CONFERENCE CALL TO DISCUSS SAME | 0.20 |
| 07/06/12 | PAJ | TELEPHONE CONFERENCE WITH DAWN BARRIOS RE: CONFERENCE WITH BEISNER | 0.30 |
| 07/06/12 | PAJ | SUBSEQUENT TELEPHONE CONFERENCE WITH DAWN BARRIOS RE: SCHEDULING | 0.20 |
| 07/06/12 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: CONFERENCE CALL SET FOR JULY 10, 2012 AND PROVIDING DETAILS FOR SAME | 0.10 |
| 07/13/12 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: CORRESPONDENCE TO AG'S CONCERNING MEDIATION OR OTHER RESOLUTION OF CASES | 0.30 |
| 07/13/12 | PAJ | EMAIL TO JOHN BEISNER RE: SANTA CLARA | 0.10 |
| 07/16/12 | PAJ | CORRESPONDENCE TO MISSISSIPPI RE: RESOLUTION OF CASES AND REQUESTIONG POSITION PAPER OUTLINING SETTLEMENT OFFER | 0.20 |
| 07/16/12 | PAJ | CORRESPONDENCE TO ARKANSAS RE: RESOLUTION OF CASES AND REQUESTIONG POSITION PAPER OUTLINING SETTLEMENT OFFER | 0.20 |
| 07/17/12 | PAJ | CORRESPONDENCE TO PENNSYLVANIA RE: RESOLUTION OF CASES AND REQUESTIONG POSITION PAPER OUTLINING SETTLEMENT OFFER | 0.20 |
| 07/17/12 | PAJ | CORRESPONDENCE TO UTAH RE: RESOLUTION OF CASES AND REQUESTIONG POSITION PAPER OUTLINING SETTLEMENT OFFER | 0.20 |
| 07/17/12 | PAJ | CORRESPONDENCE TO MONTANA RE: RESOLUTION OF CASES AND | 0.20 |

| 001300 | 01064 | | Invoice # 25913 | Page | 4 |
|---|---|---|---|---|---|
| | | REQUESTIONG POSITION PAPER OUTLINING SETTLEMENT OFFER | | | |
| 07/17/12 | PAJ | EMAIL TO JOHN BEISNER RE: ATTEMPTS TO RESOLVE CASES AND REQUESTING POSITIONS ON SETTLEMENT WITH MS, PA, UT, MT AND AK | | | 0.20 |
| 07/31/12 | PAJ | REVIEW OF POSITION PAPER ON BEHALF OF MERCK | | | 0.20 |
| 08/01/12 | PAJ | REVIEW OF POSITION PAPER ON BEHALF OF ALASKA | | | 0.30 |
| 08/01/12 | PAJ | REVIEW OF POSITION PAPER ON BEHALF OF COMMONWEALTH OF PENNSYLVANIA | | | 0.30 |
| 08/06/12 | PAJ | REVIEW OF POSITION PAPER ON BEHALF OF MONTANA | | | 0.20 |
| 08/13/12 | PAJ | TELEPHONE CONFERENCE WITH SHEILA BOSSIER | | | 0.40 |
| 08/15/12 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: STATUS | | | 0.10 |
| 08/15/12 | PAJ | CORRESPONDENCE TO COUNSEL FOR MISSISSIPPI RE: STATUS OF POSITION PAPER | | | 0.10 |
| 08/15/12 | PAJ | CORRESPONDENCE TO COUNSEL FOR UTAH RE: STATUS OF POSITION PAPER | | | 0.10 |
| 08/15/12 | PAJ | TELEPHONE CONFERENCE WITH DAWN BARRIOS RE: STATUS | | | 0.30 |
| 08/22/12 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: REMAND OF STATE CASES | | | 0.20 |
| 09/14/12 | PAJ | REVIEW OF EMAIL FROM DAWN BARRIOS RE: STATUS | | | 0.10 |
| 09/14/12 | PAJ | TELEPHONE CONFERENCE WITH DAWN BARRIOS RE: STATUS | | | 0.40 |
| 09/14/12 | PAJ | REVIEW OF CORRESPONDENCE FROM ATTORNEY STEELE RE: UTAH | | | 0.10 |
| 09/20/12 | PAJ | TELEPHONE CONFERENCE WITH JOHN BEISNER RE: AG CASES | | | 0.40 |
| 09/27/12 | PAJ | REVIEW OF POSITION PAPER ON BEHALF OF MISSISSIPPI | | | 0.20 |
| 10/02/12 | PAJ | REVIEW OF CORRESPONDENCE FROM JOE STEELE RE: UTAH'S POSITION ON SETTLEMENT | | | 0.10 |
| 11/21/12 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: MEDIATIONS | | | 0.10 |
| 12/03/12 | PAJ | REVIEW OF EMAIL FROM SHEILA BOSSIER REQUESTING MEDIATION CONFERENCE ON BEHALF OF THE STATE OF MISSISSIPPI | | | 0.10 |
| | | | | 15.90 | $4,770.00 |

| PAJ | JUNEAU, PATRICK A. | 15.90 hrs @ | $300.00 /hr | $4,770.00 |
|---|---|---|---|---|
| | Fee Recap Totals | 15.90 | | $4,770.00 |

### EXPENSES

| | | Amount |
|---|---|---|
| 12/31/12 | COPYING | 40.23 |
| 12/31/12 | FACSIMILE | 4.20 |
| 12/31/12 | LONG DISTANCE TELEPHONE CHARGE | 63.09 |
| 12/31/12 | POSTAGE CHARGE | 2.96 |
| | | $110.48 |

### BILLING SUMMARY:

| TOTAL FEES | $4,770.00 |
|---|---|
| TOTAL EXPENSES | $110.48 |
| TOTAL FEES & EXPENSES | $4,880.48 |

001300   01064                                              Invoice # 25913     Page     5

**TOTAL NOW DUE**                                    $4,880.48