# EXHIBIT 2



David Egilman, M.D., M.P.H.
8 North Main Street, Suite 404
Attleboro, Massachusetts 02703
Telephone 508-226-5091 Fax 425-699-7033

October 29, 2013

Susan J. Pope
Frost Brown Todd LLC
250 West Main Street, Suite 2800
Lexington, KY 40507-1749

Dear Ms. Pope:

I am writing to object to the propriety of the confidentiality of the following documents under paragraph 22 of the Kentucky confidentiality order. In addition to my status as an expert witness I am the editor in chief of the International Journal of Occupational and Environmental Health. I thus also objecting as a member of the press since I intend to publish articles based on these documents. Some of these documents are evidence that Merck provided fraudulent information in testimony to the Federal District Judge in Boston when it pled guilty plea for criminal conduct related to off label marketing of Vioxx. Finally some of these documents indicate that Merck manipulated data in its drug trials. I intend to share these documents with Merck's corporate integrity officer, the FDA and the FBI. More importantly the study data and Merck's analysis of its own data which has remained secret or which Merck misrepresented in published medical literature (Advantage and 078 letters and publications and others) have important public health implications that relate to Cox-2 health effects in general. These results are relevant to the assessment of risks associated with Cox-2 drugs that remain on the market. I agree to redact or receive redactions of the names or identification of any individual who is not a Merck employee or contractor. I am not asking for any marketing contracts or related documents between Merck and hospitals or third party payers.

As you know I have already co-authored peer reviewed papers on Vioxx which have appeared in some of the most important medical journals in the world.

Ross JS, Madigan D, Konstam MA, Egilman DS, Krumholz HM. Persistence of Cardiovascular risk after rofecoxib discontinuation. Arch Intern Med. 2010 Dec 13;170(22):2035-6. doi: 10.1001/archinternmed.2010.461. Erratum in: Arch Intern Med. 2011 Feb 28;171(4):305. PubMed PMID: 21149763; PubMed Central PMCID: PMC3024905.

2: Ross JS, Madigan D, Hill KP, Egilman DS, Wang Y, Krumholz HM. Pooled analysis of rofecoxib placebo-controlled clinical trial data: lessons for postmarket pharmaceutical safety surveillance. Arch Intern Med. 2009 Nov 23;169(21):1976-85. doi: 10.1001/archinternmed.2009.394. PubMed PMID: 19933959; PubMed Central PMCID: PMC2830805.

3: Hill KP, Ross JS, Egilman DS, Krumholz HM. The ADVANTAGE seeding trial: a review of internal documents. Ann Intern Med. 2008 Aug 19;149(4):251-8. Review. PubMed PMID: 18711155.

4: Ross JS, Hill KP, Egilman DS, Krumholz HM. Guest authorship and ghostwriting in publications related to rofecoxib: a case study of industry documents from rofecoxib litigation. JAMA. 2008 Apr 16;299(15):1800-12. doi: 10.1001/jama.299.15.1800. PubMed PMID: 18413874.

5: Krumholz HM, Ross JS, Presler AH, Egilman DS. What have we learnt from Vioxx? BMJ. 2007 Jan 20;334(7585):120-3. Review. PubMed PMID: 17235089; PubMed Central PMCID: PMC1779871.

I request that Merck remove the confidentially assertion for all documents which were marked as exhibits in Dr. Madigan and my Kentucky Vioxx related depositions. I ask for the same with respect to all documents that have been marked in Dr. Madigan's securities litigation report and deposition. In addition I specifically request that the following documents be de-privileged. Some of these have been admitted as exhibits in Vioxx litigation.

```
MRK-PLBAJ0000001-MRK-PLBAJ0000076
MRK-ACD0079561-MRK-ACD0079624624
MRK-01420115559-MRK-01420115603
MRK-AJA0092876- MRK-AJA0092898
MRK-01420094346-MRK-01420097186
MRK-AD10009109-MRK-ADI0009117
MRK-ABW0004799
MRK-NJ0208942-MRK-NJ0208943
MRK-NJ0209955-MRK-NJ0209973
MRK-ACR0009287-
MRK-ABH00I5578
MRK-ACR0009151-MRK-ACR0009152
MRK-ACR0014514
MRK-ACD0079561-MRK-ACD0079624
MRK-01420115573
```

MRK-AFV0210573-MRK-AFV0210577
MRK-PLBAJ0000021
MRK-PLBAJ0000043
MRK-PLBAJ0000047
MRK-GUE0008582-MRK-GUE0008583
MRK-ACF0000845-MRK-ACF0000924
MRK-GUE0017779-MRK-GUE0017812
MRK-NJ0089972-MRK-NJ0090021
MRK·ABS0212961-MRK·ABS0212985
Mrk-ACD0118967-acd0119115
MRK-N0520018536-MRK-N0520018571
MRK-AFT0005926-AFT005927

| Bates Range |
| --- |
| MRK-AAC0068928 |
| MRK-AAO0000119 |
| MRK-AAU0000001 |
| MRK-ABP0016640 |
| MRK-ABP0016648 |
| MRK-ABW0005623 |
| MRK-ABW0018150 |
| MRK-ABY0079740 |
| MRK-ACD0083803 |
| MRK-ACD0118967 |
| MRK-AFO0189484 |
| MRK-AFT0005928 |
| MRK-AFV0056036 |
| MRK-AFV0210573 |
| MRK-AHD0001996 |
| MRK-AJU0002625 |
| MRK-AKC0002623 |
| MRK-I2220003389 |
| MRK-I2220003997 |
| MRK-I8940072038 |
| MRK-JAH0000382 |
| MRK-NJ0120240 |

| MRK-NJ0152895 |
| --- |
| MRK-NJ0363443 |
| MRK-PLBAH0000001 |
| MRK-PLBAH0000156 |
| MRK-PLBAH0000433 |
| MRK-PLBAH0001295 |

| |
|---|
| MRK-PLBAH0001839 |
| MRK-PLBAH0003170 |
| MRK-PLBAH0003634 |
| MRK-PLBAH0004223 |
| MRK-PLBAH0005545 |
| MRK-PLBAH0006743 |
| MRK-PLBAH0009148 |
| MRK-PLBAH0010140 |
| MRK-PLBAH0012702 |
| MRK-PLBAH0014032 |
| MRK-PLBAH0014536 |
| MRK-PLBAH0014929 |
| MRK-PLBAH0015207 |
| MRK-PLBAH0015806 |
| MRK-PLBAH0017265 |
| MRK-PLBAH0019614 |
| MRK-PLBAH0020104 |
| MRK-PLBAH0024589 |
| MRK-PLBAH0024854 |
| MRK-PLBAH0024956 |
| MRK-PLBAH0025650 |
| MRK-PLBAH0026207 |
| MRK-PLBAH0027776 |
| MRK-PLBAH0028455 |
| MRK-PLBAH0029211 |
| MRK-PLBAI0004603 |
| MRK-PLBAI0004676 |
| MRK-PLBAI0004684 |
| MRK-PLBAI0007005 |
| MRK-PLBAI0008536 |
| MRK-PLBAU0008484 |
| MRK-PLBAU0013815 |

Sincerely yours,

*[signature: David Egilman MD, MPH]*

David S. Egilman, MD, MPH