**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  VIOXX® | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| *This document relates to* | * | **JUDGE FALLON** |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | **MAGISTRATE JUDGE KNOWLES** |
| **2:06-cv-09757-EEF-DEK** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**ORDER**</u>

    **IT IS ORDERED** that the submission date and time of Defendant Merck's motion

for summary judgment (Rec. Doc. 64878) is CONTINUED until July 23, 2014, at 9:00 a.m.,

at which point the Court will hear oral argument.

    New Orleans, Louisiana, this  5th  day of June, 2014.


                                                    _____
                                                    UNITED STATES DISTRICT JUDGE