MINUTE ENTRY
FALLON, J.
JUNE 6, 2014

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L |

**This document relates to:  All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Jodi Simcox

Appearances:   Alex Reinert, Esq. for Dr. David Egilman
               John Beisner, Esq. for Merck

1. Motion of defendant Merck Sharp & Dohme Corp., for Sanctions against Dr. David Egilman (64894)

2. Motion of defendant Merck Sharp & Dohme Corp,., for Preliminary Injunction to Enjoin Dr. David Egilman and His Counsel from Pursuing an Order from Kentucky State Court that Would Declare Protected Documents "Non-Confidential"    (64947)

After argument was heard on both motions, IT IS ORDERED that a preliminary injunction be and hereby is entered, enjoining and prohibiting Dr. David Egilman and those persons in active concert or participation with him from: 1. Destroying, altering, erasing, secreting, or failing to preserve any and all confidential information covered under Pretrial Order 13 and its progeny. 2. Disclosing, disseminating, discussing, referencing, or using for his own purpose or any other purpose the same confidential information, including, but not limited to, all materials provided to Dr. Egilman in his capacity as an expert witness in this and other coordinated proceedings. 3. Accessing, studying, or taking notes regarding the same confidential information. **IT IS FURTHER ORDERED** that the issuance of this preliminary injunction is conditioned upon the furnishing of security by Merck of $5,000.00. **IT IS FURTHER ORDERED** that this preliminary injunction, unless extended for good cause, will expire by its terms within 14 days of the date and hour of its issuance. **IT IS FURTHER ORDERED that** a hearing on the merits to determine whether this Court should modify or make permanent this preliminary injunction and/or impose sanctions will be held on **June 20, 2014, at 9:00 a.m.**

JS10:   :50