UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX Products Liability Litigation | * | MDL No. 1657 |
| | * | |
| This Document Relates to: | * | SECTION L |
| | * | |
| State of Utah v. Merck, et al. | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF, STATE OF UTAH'S SUGGESTION FOR REMAND TO TRANSFEROR COURT**

Mediation with the State of Utah was held on Friday the 13th of June, 2014, in Salt Lake City. Utah.  The Utah negotiating team included Attorney General Sean Reyes. That mediation failed.  Utah respectfully requests that the Court deal with Utah's case in the same manner as Alaska and Montana.  Utah has had the benefit of all common discovery.  What remains is limited to specific issues of Utah Law.

DATED this 16th day of June, 2014.

/S/
Joseph W. Steele
Kenneth D. Lougee
SIEGFRIED & JENSEN
5664 South Green Street
Salt Lake City, UT  84123

1

/S/
Richard W. Schulte
812 E. National Road, Suite A
Vandalia, OH 45377


/S/
Eric H. Weinberg
THE LAW OFFICES OF ERIC H. WEINBERG
149 Livingston Avenue
New Brunswick, NJ 08901

*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **PLAINTIFF, STATE OF UTAH'S, SUGGESTION FOR REMAND TO TRANSFEROR COURT** has been served on Liaison Counsel, Russ Herman, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 16TH day of June, 2014.


/S/