IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: *Com. of Kentucky v. Merck & Co., Inc.*, No. 09-CI-1671 (Franklin Cir. Ct.) And formerly No. 2:10-cv-1115 (E.D. La.) | |

**[PROPOSED] ORDER ON STIPULATION TO EXTEND THE COURT'S PRELIMINARY INJUNCTION FOR GOOD CAUSE**

**IT IS ORDERED** that the parties' motion be and it hereby is **GRANTED**, and it is **FURTHER ORDERED** that the preliminary injunction entered by this Court on June 6, 2014 against "Dr. David Egilman and those persons in active concert or participation with him" (ECF No. 64,973) is hereby extended until July 20, 2014.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE