UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX MARKETING, SALES,
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

---

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| GOLDHABER RESEARCH ASSOCIATES, LLC, | : | MDL NO. 1657 |
| | : | CASE NO. 07-2062 |
| Plaintiff, | : | |
| | : | |
| -against- | : | |
| | : | |
| TOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM and BLIZZARD, MCCARTHY & NABERS, LLP, | : | |
| | : | |
| Defendants. | : | Judge Eldon E Fallon |
| | : | |

---

## ORDER AND SUGGESTION OF REMAND [PROPOSED]

Upon consideration of the Consent Motion of the Plaintiff, Goldhaber Research Associates, LLC, by and through its counsel, Steger Krane LLP, requesting issuance of a Suggestion of Remand of Plaintiff's claims to the Southern District of New York pursuant to 28 U.S.C. § 1407 and Multidistrict Litigation Rule 7.6(c)(ii) of the Rules of the Judicial Panel on Multidistrict Litigation, for the completion of case-specific pretrial discovery and trial, and the Court having reviewed the records of the case set forth above, finds and rules, as follows:

(1) Pursuant to the Court's Order of November 22, 2013, requiring the completion of discovery by January 31, 2014, discovery is complete and there are no outstanding issues requiring the intervention of the current Court.

(2) This case will not benefit from further coordinated proceeds as part of MDL 1657, and is ready to be remanded to its transferor jurisdiction, the Southern District of New York.

Pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Court issues its Suggestion of Remand Order in the case named above, and it is, this _____ day of _____, 2014:

ORDERED, that the Plaintiff's Motion for Issuance of a Suggestion of Remand be, and the same hereby is, GRANTED; and it is further

ORDERED, that the Clerk provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the Clerk of the transferor District Court.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

Respectfully submitted:
June 19, 2014

/s/ Michael D. Steger_____
Michael D. Steger
Steger Krane LLP
1601 Broadway, 12th Floor
New York, NY 10019
msteger@skattorney.com
Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

  I hereby certify that on this 19th day of June, 2014, I served a true and correct copy of Plaintiff's Request for Issuance of a Suggestion of Remand on counsel for Defendants Blizzard, McCarthy & Nabers, LLP and Tommy Jacks d/b/a Tommy Jacks, P.C. and Jacks Law Firm, P.C. by placing a true and correct copy in an envelope, first class postage prepaid, addressed to:

      Moshe Horn, Esq.
      Seeger Weiss LLP
      77 Water Street
      New York, NY 10005


      __/s/ Michael D. Steger____
      Michael D. Steger