IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | MDL NO. 1657 |
| ) | |
| PRODUCTS LIABILITY LITIGATION ) | SECTION: L |
| ) | |
| ) | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: ) | |
| *Com. of Kentucky v. Merck & Co., Inc.*, ) | |
| No. 09-CI-1671 (Franklin Cir. Ct.) ) | |
| ) | |
| And formerly No. 2:10-cv-1115 (E.D. La.) ) | |

## ORDER ON STIPULATION TO EXTEND THE COURT'S
## PRELIMINARY INJUNCTION FOR GOOD CAUSE

**IT IS ORDERED** that the parties' joint motion is **GRANTED**, and it is

**FURTHER ORDERED** that the preliminary injunction entered by this Court on June 6, 2014,

against Dr. David Egilman and those persons in active concert or participation with him (Rec. Doc.

64973) is hereby **EXTENDED** and the hearing **CONTINUED** until July 23, 2014, at 9:00 a.m.

New Orleans, Louisiana, this  17th  day of        June        , 2014.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE