UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *All Cases*

## ORDER

On April 2, 2014, Defendant Merck filed a motion to dismiss for lack of prosecution (Rec. Doc. 64889), which was set for submission on April 23, 2014. Thereafter, *pro se* Plaintiff Bennie Henderson[1] requested a continuance with regard to himself, and Merck requested a continuance with regard to Plaintiffs Arnetta Spencer Dedmon and Terry Lanham. As to all other parties, no timely responses were received by the Court or filed in the record. On April 23, 2014, the Court dismissed those other parties and reset submission for May 21, 2014, as to the three plaintiffs referenced above. Since then, no further response has been received by the Court or filed into the record.

Having considered the motion, and it appearing to be grounded in law and fact, **IT IS ORDERED** that Merck's motion to dismiss for lack of prosecution (Rec. Doc. 64889) is **GRANTED** and any and all remaining claims of Plaintiffs Bennie Henderson, Arnetta Spencer Dedmon, and Terry Lanham are **DISMISSED WITH PREJUDICE** in their entirety as against all defendants.

New Orleans, Louisiana, this 18th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

---

[1] Bennie Henderson was mistakenly referred to as Bennie Thompson in his correspondence to the Court.