UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *This document relates to* | * | JUDGE FALLON |
| *Jo Levitt v. Merck & Co., Inc.*<br>2:06-cv-09757-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

At Plaintiff's request, **IT IS ORDERED** that Plaintiff is hereby granted leave to file a Sur-Reply in Opposition to Defendant Merck's Motion for Summary Judgment (Rec. Doc. 64878) which shall be filed no later than June 30, 2014.

New Orleans, Louisiana, this  25th  day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE