# JUNEAU DAVID
A PROFESSIONAL LAW CORPORATION
Post Office Drawer 51268
Lafayette, LA 70505-1268
Tax ID No. 72-1250097

June 6, 2014

Honorable Judge Eldon E. Fallon
United States District Judge
Eastern District
500 Poydras Street
Room C-456
New Orleans, LA 70130

      Re:    In Re: Vioxx Products Liability Litigation
                 MDL No. 1657
                 **Government Action Cases – Alaska**
                 Our File No.: 1300-1064

## SUMMARY

For services performed as Special Master with regard to mediation efforts, including communication with counsel and conference with Court:

**Services**

| | | |
|---|---|---|
| Juneau, Patrick A. | 4.60 hours @ $300.00 per hour | $1,380.00 |
| **Expenses** | | $   45.95 |
| **TOTAL** | | **$1,425.95** |

## APPORTIONMENT OF COSTS

| | |
|---|---|
| ½ to be paid by Alaska | $712.98 |
| ½ to be paid by Merck | $712.97 |

*Please make check payable to Juneau David, APLC*

# JUNEAU DAVID
A PROFESSIONAL LAW CORPORATION
Post Office Drawer 51268
Lafayette, LA 70505-1268
Tax ID No. 72-1250097

June 6, 2014

Re:   Vioxx Products Liability Litigation
      MDL No. 1657
      **Government Action Cases - Alaska**
      Our File No.: 1300-1064

## SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/11/14 | PAJ | CONFERENCE WITH COURT | 0.4 |
| 03/14/14 | PAJ | TELEPHONE CONFERENCE WITH JOHN BEISNER | 0.4 |
| 03/24/14 | PAJ | TELEPHONE CONFERENCE WITH SCOTT POWELL RE: MEDIATION | 0.3 |
| 03/24/14 | PAJ | TELEPHONE CONFERENCE WITH JOHN BEISNER RE: MEDIATION | 0.3 |
| 03/25/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: MEDIATION | 0.1 |
| 03/26/14 | PAJ | EMAIL TO SCOTT POWELL RE: MEDIATION | 0.1 |
| 03/26/14 | PAJ | EMAIL TO JOHN BEISNER RE: MEDIATION | 0.1 |
| 03/26/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: MEDIATION | 0.1 |
| 03/27/14 | PAJ | EMAIL TO JOHN BEISNER RE: MEDIATION | 0.1 |
| 03/27/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: MEDIATION | 0.1 |
| 03/27/14 | PAJ | VARIOUS EMAILS TO AND FROM SCOTT POWELL RE: MEDIATION | 0.3 |
| 03/27/14 | PAJ | EMAIL TO JOHN BEISNER CONFIRMING MEDIATION FOR MAY 16, 2014 | 0.1 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/27/14 | PAJ | EMAIL TO SCOTT POWELL CONFIRMING MEDIATION FOR MAY 16, 2014 | 0.1 |
| 03/27/14 | PAJ | REVIEW OF EMAIL FROM SCOTT POWELL RE: LOCATION OF MEDIATION | 0.1 |
| 03/28/14 | PAJ | EMAIL TO JOHN BEISNER RE: LOCATION OF MEDIATION | 0.1 |
| 03/31/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: MEDIATION | 0.1 |
| 03/31/14 | PAJ | EMAIL TO SCOTT POWELL RE: MEDIATION | 0.1 |
| 04/21/14 | PAJ | REVIEW OF EMAIL FROM SCOTT POWELL RE: LOCATION OF MEDIATION | 0.1 |
| 04/25/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: LOCATION OF MEDIATION | 0.1 |
| 04/29/14 | PAJ | EMAIL TO JOHN BEISNER AND SCOTT POWELL CONFIRMING MEDIATION DETAILS | 0.1 |
| 04/29/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: ATTENDEES AT MEDIATION | 0.1 |
| 04/29/14 | PAJ | REVIEW OF EMAIL FROM SCOTT POWELL RE: ATTENDEES AT MEDIATION | 0.1 |
| 05/12/14 | PAJ | TELEPHONE CONFERENCE WITH SCOTT POWELL | 0.2 |
| 05/12/14 | PAJ | TELEPHONE CONFERENCE WITH JOHN BEISNER | 0.2 |
| 05/12/14 | PAJ | SUBSEQUENT TELEPHONE CONFERENCE WITH SCOTT POWELL | 0.2 |
| 05/12/14 | PAJ | SUBSEQUENT TELEPHONE CONFERENE WITH JOHN BEISNER | 0.3 |
| 05/12/14 | PAJ | EMAIL TO SCOTT POWELL AND JOHN BEISNER RE: POSITIONS AND CANCELLING MEDIATION | 0.2 |
| 06/03/14 | PAJ | CORRESPONDENCE TO JUDGE FALLON RE: STATUS | 0.1 |

PAJ   JUNEAU, PATRICK A.   4.60 hrs. @ $300.00/hr.   $1,380.00

## EXPENSES

| | |
|---|---|
| Copy Charges | $ 10.70 |
| Long Distance Charges | $ 35.25 |
| TOTAL | $45.95 |

## BILLING SUMMARY

| | |
|---|---|
| TOTAL FEES | $1,380.00 |
| TOTAL EXPENSES | $   45.95 |
| **TOTAL NOW DUE** | **$1,425.95** |

## APPORTIONMENT OF COSTS

| | |
|---|---|
| ½ to be paid by Alaska | $712.98 |
| ½ to be paid by Merck | $712.97 |