**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX
          PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:          *Government Action Cases*

## ORDER

    The Court has received the attached summary and itemized statements from Special Master

Patrick A. Juneau for services he rendered from April 14, 2014, through June 20, 2014. The Court has

reviewed the statements and, finding them both regular and reasonable, now endorses them. **IT IS**

**ORDERED** that Plaintiffs' Liaison Counsel is authorized to take such action as is necessary to effect

payment from the common benefit fund to Special Master Juneau in the amount of $8,123.44.

    New Orleans, Louisiana, this 26th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE