**SPECIAL MASTER OF**
**IN RE: VIOXX PRODUCTS LIABILITY LITIGATION**
**MDL NO. 1657**
Post Office Drawer 51268
Lafayette, Louisiana 70505-1268
Telephone: (337) 269-0052     Facsimile: (337) 269-0061

June 23, 2014

Honorable Judge Eldon E. Fallon
United States District Judge
Eastern District
500 Poydras Street
Room C-456
New Orleans, LA 70130

        Re:    In Re: Vioxx Products Liability Litigation
                 MDL No. 1657
                 **Government Action Cases – Utah**
                 Our File No.: 1300-1064

Dear Judge Fallon:

    Enclosed you will find the Summary of invoice and invoice for services and expenses related to the mediation efforts in the Utah matter.

    With kindest personal regards, I remain

                                  Sincerely,

                                  PATRICK A. JUNEAU
                                  Special Master

PAJ/fg
Enclosures

# JUNEAU DAVID
A PROFESSIONAL LAW CORPORATION
Post Office Drawer 51268
Lafayette, LA 70505-1268
Tax ID No. 72-1250097


June 23, 2014

Honorable Judge Eldon E. Fallon
United States District Judge
Eastern District
500 Poydras Street
Room C-456
New Orleans, LA 70130

      Re:    In Re: Vioxx Products Liability Litigation
                MDL No. 1657
                **Government Action Cases – Utah**
                Our File No.: 1300-1064

## SUMMARY

For services performed as Special Master with regard to mediation efforts, including communication with counsel, conference with Court, and mediation proceedings in Salt Lake City, Utah:

### Services

| | | |
|---|---|---|
| Juneau, Patrick A. | 22.80 hours @ $300.00 per hour | $6,840.00 |

### Expenses

| | |
|---|---|
| | $1,283.44 |

**TOTAL**                                                      **$8,123.44**

## APPORTIONMENT OF COSTS

| | |
|---|---|
| ½ to be paid by Utah | $4,061.72 |
| ½ to be paid by Merck | $4,061.72 |

*Please make check payable to Juneau David, APLC*

# JUNEAU DAVID
A PROFESSIONAL LAW CORPORATION
Post Office Drawer 51268
Lafayette, LA 70505-1268
Tax ID No. 72-1250097

June 23, 2014

Re: Vioxx Products Liability Litigation
MDL No. 1657
**Government Action Cases – Utah**
Our File No.: 1300-1064

## SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/14/14 | PAJ | TELEPHONE CONFERENCE WITH JOE STEELE | 0.3 |
| 04/18/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: STATUS | 0.1 |
| 04/25/14 | PAJ | REVIEW OF EMAILS FROM JOHN BEISNER RE: STATUS OF MEDIATION | 0.2 |
| 04/25/14 | PAJ | REVIEW OF EMAIL FROM OFFICE OF SIEGFRIED & JENSEN RE: MEDIATION | 0.1 |
| 04/30/14 | PAJ | TELEPHONE MESSAGE FROM RICK SCHULTE RE: MEDIATION | 0.1 |
| 04/30/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: MEDIATION | 0.1 |
| 05/01/14 | PAJ | TELEPHONE CONFERENCE WITH RICK SCHULTE RE: MEDIATION | 0.2 |
| 05/01/14 | PAJ | EMAIL TO JOHN BEISNER RE: MEDIATION | 0.1 |
| 05/01/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: MEDIATION | 0.1 |
| 05/02/14 | PAJ | EMAIL TO JOHN BEISNER AND RICK SCHULTE CONFIRMING MEDIATION FOR JUNE 13, 2014 IN SALT LAKE CITY | 0.1 |
| 05/02/14 | PAJ | REVIEW OF EMAIL FROM RICK SCHULTE RE: LOCATION OF MEDIATION | 0.1 |
| 05/20/14 | PAJ | REVIEW OF UTAH'S MOTION IN OPPOSITION TO CONTEMPT CITATION, WITH EXHIBITS | 0.9 |

P a g e | 2

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/20/14 | PAJ | REVIEW OF EMAIL FROM JOE STEELE RE: MEDIATION | 0.1 |
| 05/23/14 | PAJ | EMAIL TO JOE STEELE RE: MEDIATION | 0.2 |
| 05/27/14 | PAJ | TELEPHONE CALL TO JOE STEELE RE: MEDIATION | 0.1 |
| 05/29/14 | PAJ | TELEPHONE CONFERENCE WITH JOE STEELE RE: MEDIATION | 0.3 |
| 06/03/14 | PAJ | CORRESPONDENCE TO JUDGE FALLON RE: STATUS | 0.1 |
| 06/04/14 | PAJ | REVIEW OF CORRESPONDENCE FROM JOE STEELE RE: MEDIATION AND AUTHORITY | 0.2 |
| 06/05/14 | PAJ | EMAIL TO COUNSEL RE: MEDIATION DETAILS | 0.1 |
| 06/06/14 | PAJ | TELEPHONE CONFERENCE WITH JOHN BEISNER RE: MEDIATION | 0.3 |
| 06/10/14 | PAJ | REVIEW OF POSITION PAPER, WITH VARIOUS EXHIBITS, ON BEHALF OF UTAH | 1.5 |
| 06/11/14 | PAJ | REVIEW OF POSITION PAPER, WITH EXHIBITS, ON BEHALF OF MERCK | 1.0 |
| 06/12/14 | PAJ | REVIEW OF EMAIL FROM JOE STEELE RE: VIEW ON MEDIATION AND PERSONS IN ATTENDANCE | 0.2 |
| 06/12/14 | PAJ | TRAVEL TO SALT LAKE CITY, UTAH AND PREPARATION FOR MEDIATION | 6.0 |
| 06/13/14 | PAJ | CONDUCTED MEDIATION PROCEEDINGS WITH PARTIES AND RETURN TRAVEL TO LOUISIANA | 10.0 |
| 06/16/14 | PAJ | REVIEW OF EMAIL FROM ATTORNEY KEN LOUGEE RE: STATUS LETTER TO JUDGE FALLON | 0.1 |
| 06/16/14 | PAJ | REVIEW OF UTAH'S SUGGESTION FOR REMAND TO TRANFEROR COURT | 0.1 |
| 06/20/14 | PAJ | CORRESPONDENCE TO JUDGE FALLON RE: STATUS | 0.1 |

PAJ   JUNEAU, PATRICK A.   22.80 hrs. @ $300.00/hr.   $6,840.00

**EXPENSES**

| | | |
|---|---|---:|
| 04/14/14 – 06/20/14 | Travel to Salt Lake City, Utah for Mediation | |
| | Air Travel & Hotel | $1,096.12 |
| | Taxi | $ 22.00 |
| | Taxi | $ 27.00 |
| | Meal | $ 17.66 |
| | Meal | $ 4.24 |
| | Meal | $ 25.08 |
| | Airport Parking | $ 22.44 |
| | Copy Charge | $ 45.50 |
| | Long Distance Charge | $ 23.40 |

TOTAL                                                                                                                      $1,283.44

**BILLING SUMMARY**

| | |
|---|---:|
| TOTAL FEES | $6,840.00 |
| TOTAL EXPENSES | $1,283.44 |
| **TOTAL NOW DUE** | **$8,123.44** |

**APPORTIONMENT OF COSTS**

| | |
|---|---:|
| ½ to be paid by Utah | $4,061.72 |
| ½ to be paid by Merck | $4,061.72 |

**JUNEAU DAVID**
A Professional Law Corporation

P.O. Drawer 51268
Lafayette, LA 70505-1268

BATON ROUGE
LA 707
23 JUN '14
PM 1 L

7013 0730 0316

Honorable Judge Eldon E. Fallon
United States District Judge
Eastern District
500 Poydras Street
Room C-456
New Orleans, LA 70130