UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:     *Government Action Cases*

## ORDER

The Court has received the attached summary and itemized statements from Special Master Patrick A. Juneau for services he rendered from March 11, 2014, through June 3, 2014. The Court has reviewed the statements and, finding them both regular and reasonable, now endorses them. **IT IS ORDERED** that Plaintiffs' Liaison Counsel is authorized to take such action as is necessary to effect payment from the common benefit fund to Special Master Juneau in the amount of $7,177.91.

New Orleans, Louisiana, this 26th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

1