# JUNEAU DAVID
A PROFESSIONAL LAW CORPORATION
Post Office Drawer 51268
Lafayette, LA 70505-1268
Tax ID No. 72-1250097

June 6, 2014

Honorable Judge Eldon E. Fallon
United States District Judge
Eastern District
500 Poydras Street
Room C-456
New Orleans, LA 70130

Re: In Re: Vioxx Products Liability Litigation
MDL No. 1657
**Government Action Cases – Montana**
Our File No.: 1300-1064

## SUMMARY

For services performed as Special Master with regard to mediation efforts, including communication with counsel, conference with Court, and mediation proceedings in Salt Lake City, Utah:

**Services**

| | | |
|---|---|---|
| Juneau, Patrick A. | 20.10 hours @ $300.00 per hour | $6,030.00 |

**Expenses** $1,147.91

**TOTAL** $7,177.91

## APPORTIONMENT OF COSTS

| | |
|---|---|
| ½ to be paid by Montana | $3,588.96 |
| ½ to be paid by Merck | $3,588.95 |

*Please make check payable to Juneau David, APLC*

# JUNEAU DAVID
A PROFESSIONAL LAW CORPORATION
Post Office Drawer 51268
Lafayette, LA 70505-1268
Tax ID No. 72-1250097

June 6, 2014

Re:   Vioxx Products Liability Litigation
      MDL No. 1657
      **Government Action Cases – Montana**
      Our File No.: 1300-1064

## SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 03/11/14 | PAJ | CONFERENCE WITH COURT | 0.5 |
| 03/14/14 | PAJ | TELEPHONE CONFERENCE WITH JOHN BEISNER | 0.4 |
| 03/24/14 | PAJ | TELEPHONE CONFERENCE WITH SCOTT POWELL RE: MEDIATION | 0.3 |
| 03/24/14 | PAJ | TELEPHONE CONFERENCE WITH JOHN BEISNER RE: MEDIATION | 0.3 |
| 03/26/14 | PAJ | EMAIL TO SCOTT POWELL RE: MEDIATION | 0.1 |
| 03/27/14 | PAJ | VARIOUS EMAIL COMMUNICATIONS WITH SCOTT POWELL RE: MEDIATION | 0.4 |
| 03/27/14 | PAJ | EMAIL TO JOHN BEISNER RE: MEDIATION | 0.1 |
| 03/27/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: MEDIATION | 0.1 |
| 03/27/14 | PAJ | EMAIL TO JOHN BEISNER CONFIRMING MEDIATION FOR MAY 9, 2014 | 0.1 |
| 03/27/14 | PAJ | EMAIL TO SCOTT POWELL CONFIRMING MEDIATION FOR MAY 9, 2014 | 0.1 |
| 04/21/14 | PAJ | REVIEW OF EMAIL FROM SCOTT POWELL RE: LOCATION OF MEDIATION | 0.1 |
| 04/23/14 | PAJ | REVIEW OF EMAIL FROM SCOTT POWELL RE: RECENT MEETING WITH AG AND STAFF | 0.1 |
| 04/25/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: LOCATION OF MEDIATION | 0.1 |

| | | | |
|---|---|---|---:|
| 04/29/14 | PAJ | EMAIL TO JOHN BEISNER AND SCOTT POWELL CONFIRMING MEDIATION DETAILS | 0.1 |
| 04/29/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: ATTENDEES AT MEDIATION | 0.1 |
| 04/29/14 | PAJ | REVIEW OF EMAIL FROM SCOTT POWELL RE: ATTENDEES AT MEDIATION | 0.1 |
| 05/07/14 | PAJ | REVIEW OF POSITION PAPERS ON BEHALF OF BOTH PARTIES | 2.0 |
| 05/08/14 | PAJ | TRAVEL TO SALT LAKE CITY, UTAH FOR MEDIATION | 5.0 |
| 05/09/14 | PAJ | PARTICIPATION IN MEDIATION PROCEEDINGS WITH PARTIES AND RETURN TRAVEL TO LOUISIANA | 10.0 |
| 06/03/14 | PAJ | CORRESPONDENCE TO JUDGE FALLON RE: STATUS | 0.1 |

PAJ   JUNEAU, PATRICK A.   20.10 hrs. @ $300.00/hr.   $6,030.00

**EXPENSES**

| | | |
|---|---|---:|
| 05/08-09/14 | Trip to Salt Lake City, Utah | |
| | Air Travel | $760.00 |
| | Hotel | $259.68 |
| | Meal | $ 15.17 |
| | Meal | $  7.60 |
| | Taxi | $ 22.18 |
| | Taxi | $ 30.00 |
| | Airport Parking | $ 22.44 |
| | Copy Charges | $ 13.00 |
| | Long Distance Charges | $ 17.84 |
| TOTAL | | $1,147.91 |

## BILLING SUMMARY

| | |
|---|---:|
| TOTAL FEES | $6,030.00 |
| TOTAL EXPENSES | $1,147.91 |
| **TOTAL NOW DUE** | **$7,177.91** |

## APPORTIONMENT OF COSTS

| | |
|---|---:|
| ½ to be paid by Montana | $3,588.96 |
| ½ to be paid by Merck | $3,588.95 |