## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: VIOXX**
**PRODUCTS LIABILITY LITIGATION**

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:          *Harold Lamar Rutherford*

## ORDER

The Court has received the attached correspondence from Elzina and Cindy Rutherford,

regarding Claimant Harold Lamar Rutherford. **IT IS ORDERED** that Plaintiffs' Liaison Counsel

respond to Mses. Rutherford as necessary.

New Orleans, Louisiana, this 26th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:       Elzina Rutherford
                      8711 County Road 236
                      Town Creek, AL 35672

                      Cindy Rutherford
                      72 County Road 566
                      Town Creek, AL 35672

                      Ken Schuppert
                      P.O. Box 1469
                      Decatur, AL 35602

                      Robert M. Johnston
                      Vioxx *Pro Se* Curator
                      400 Poydras Street, Suite 2450
                      New Orleans, LA 70130