Elzina Rutherford                                    06/01/2014
8711 County Road 236
Town Creek, AL 35672

Cindy Rutherford
72 County Road 566
Town Creek, AL 35672



Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70112

To: Honorable Eldon E. Fallon:

Since this court's order we have still heard nothing on Harold L.

Rutherford Claimant to what was the total settlement that he received

from this court.  I personally called the vioxx claiment office and

they refused to tell me.  Thank you anyway for trying.

If Medicare and Blue Cross Blue Shield could sue vioxx for the

prescrptions for economic loss.  Then why can't we sue vioxx for

the economic loss that we lost such as his business, our jobs, our

insurance, our future loss.  Since no financial standing was placed

on my dad's loss verses someone who had less or more financial

loss to his award then why can't the attorneys still go after the

victims future loss, economic loss.

One more thing that this court needs to know is Vioxx after they

injured nearly 50,000 people.  They once again with vytorin injured

more except with a insecticide instead of a pesticide.

I feel vioxx was not punished at all with their payouts, because

it is as if they mocked this court.

Thank you for your order, and if this court decides to pursue vioxx for the real future and economic loss that we lost.  Please contact us at the above address.

I am including the pesticide found in vioxx, and the insecticide found in vytorin.  Merck is just playing.  Our lives have changed forever because of Merck.  This court is the only court that can make Merck know that lives are worth more than any amount of money.

Thank You again for your time,


Sincerely,

Cindy Rutherford
Elzina Rutherford

# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:        *Harold Lamar Rutherford*

## ORDER

The Court has received the attached correspondence from Elzina and Cindy Rutherford, regarding Claimant Harold Lamar Rutherford. **IT IS ORDERED** that Plaintiffs' Liaison Counsel respond to Mses. Rutherford as necessary.

New Orleans, Louisiana, this 23rd day of December, 2013.

UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:     Elzina Rutherford
8711 County Road 236
Town Creek, AL 35672

Cindy Rutherford
72 County Road 566
Town Creek, AL 35672

Ken Schuppert
P.O. Box 1469
Decatur, AL 35602

Robert M. Johnston
Vioxx *Pro Se* Curator
400 Poydras Street, Suite 2450
New Orleans, LA 70130

Elzina Rutherford
8711 County Road 236
Town Creek, AL 35672



12/09/2013

Cindy Rutherford
72 County Road 566
Town Creek, AL 35672

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70112

Dear Honorable Eldon E. Fallon:

I am enclosing for your review a contingent fee agreement in the
amount of 40% for vioxx claimants.  We do not know the amount of
of the award awarded by your court for IN Re Harold Lamar Rutherford
deceased 2002.  We have your order that limited the contract fees
to 32%.  However, they have taken more than your order MDL 1657.
Our Estate Attorney never collected on his fees through the
Fee Assessment committees, so can he still file his hours and
expenses.  Ken Schuppert Post Office Box 1469 Decatur, Alabama 35602
Represents my Husband and my dad's estate.  He does not have
anything telling him the full award. Nor do we or can we find
out from Davis and Norris or Bouloukos and Oglesby what the final
award was given.

The reason we are writing is to ask if they collected through the
fee Assessment committees and 40 percent in compliance with your
order.  If not what is our recourse now?

__We did not receive 68 percent of the award.__

Our probate Attorney never was entered into these Committees.

Enclosed is the contract, personal representative, death certificate.

Harold Lamar Rutherford died of a sudden cardiac death. He was gone

in less than 5 minutes. He had never had heart problems.

Thank You.

Sincerely,

Elzina Rutherford/ wife of deceased
Cindy Rutherford / daughter of deceased

STATE OF ALABAMA
JEFFERSON COUNTY

I, hereby employ the law offices of BOULOUKOS AND OGLESBY and such other attorneys as they may associate with them as my attorneys in the matter of any claims which I may have against _____ as a result of ___ingesting Vioxx _by Harold_

_Lamar Rutherford:_

I appoint and constitute the said BOULOUKOS AND OGLESBY, my attorneys and agents, and I give and grant unto them full power to act as my attorneys, to institute suit on said claim, to prosecute said suit, to settle said claim at their discretion before or after suit is instituted, and to take any and all steps which they deem proper or desirable.

For and in consideration of their advice, counsel and professional services and of their promise to manage and conduct my said claim, I promise to pay to BOULOUKOS & OGLESBY a fee equal to ~~forty percent (40%) of the gross amount recovered~~ from said claim, In the event of an appeal to a higher court, the attorney fee for handling the appeal will be forty percent (40%) of the interest earned on the judgment while on appeal.

It is understood that all court costs and other out-of-pocket expenses incurred by said attorneys in the investigation and preparation and prosecution of my said claim shall be deducted from any recovery before any division of the proceeds.  In the event no recovery is effected, I am to pay no legal fee to said attorneys and will not be responsible for any expenses incurred.

It is agreed that if I or anyone acting in my behalf shall employ any other attorney to render any services with regard to the claim hereinabove referred to, I shall be responsible to pay such attorney or attorneys for any such services rendered and said BOULOUKOS AND OGLESBY shall not be responsible  in any manner for such payment.  In the event that BOULOUKOS AND OGLESBY shall employ any other such attorney, they shall likewise be responsible for his payment, _and agrees to pay all of its fees a referral fee to my attorney, Ken Schuster of_

It is understood that said attorneys agree to manage and conduct my claim as they deem appropriate and further agree to the provisions hereof.

Dated this _14th_ day of _July_ , 2006.

X _E. Jerri Rutherford_
CLIENT NAME

ADDRESS AND PHONE NO.:

_8711 County Road 236_

_Town Creek, AL 35672_

_256 / 974 - 4305_

Eisenberg and Miller studied settlements of class actions, and although this Court has recognized that in some respects the MDL resembles a class action, in other respects this case is quite different.

In a typical application for a class action fee award, the Court allocates a percentage of the class's recovery to class counsel as compensation. Fed. R. Civ. P. 23(h). Class counsel perform all the work on behalf of the class and are the sole attorneys for the class members. With few exceptions, all work done by class counsel benefits all members in the class and not just the lead plaintiffs. Thus, in a typical class action fee award the tension is between the interests of counsel in receiving reasonable compensation for their work, and class members in ensuring that counsel does not receive a windfall.

The dynamic involved in the fee application in the present case is different. The Settlement Agreement was not a class action settlement, but was rather a complicated opt-in resolution of individual personal injury claims. The vast majority of these personal injury claims were governed by a contingent fee contract between the individual claimant and his or her primary attorney. The Court, as mentioned, previously capped the amount of those contingent fee contracts at 32%. By the terms of the Settlement Agreement and this Court's Order capping fees, a common benefit award is deducted not from the claimant's portion but from the total amount of counsel fees payable under the individual contingent fee arrangements. Thus, 32% of $4.85 billion represents the total amount of possible attorney compensation, including work done by the claimant's primary attorney on his or her behalf and work done by common benefit attorneys on behalf of all Vioxx claimants. The tension in this case is between the attorneys who

---

lower fee than the class action fee award.") (emphasis in original).

At the conference, the Court considered issues raised by Liaison Counse
Report No. 43, including Settlement Agreement, Registration and Enrol
Settlement Program, Lien Administrator, Special Master and Deputy Sp
State Court Trial Settings, Class Actions, Discovery Directed to Third P
State/Federal Coordination-State Liaison Committee, Pro Se Claimants,
Motions, Issues Relating to Pre-Trial Order No. 9, Vioxx Suit Statistics,
Trial Package, Third Party Payor Cases, Motion to Dismiss Foreign Indi
Third Party Payors' Motion, 1199 SEIU Greater New York Benefit Fun
Nonresponsive Plaintiffs Cross-Motion and Rule, Merck's Motion and I
28 Non-Compliance (Lone Pine Requirements), DecisionQuest, Inc., Fe
Committee, Certain Attorneys' Motion for Reconsideration/Revision of
Capping Contingent Fees, and Merck's Motions and Rules on PTO 29 N
Compliance.

This monthly status conference was transcribed by Ms. Karen Anderson
Court Reporter. Counsel may contact Ms. Ibos at (504) 589-7776 to requ
the transcript.

The next monthly status conference will be held on Tuesday, February 1
2:00 p.m., CST, in the Courtroom of Judge Eldon E. Fallon. Counsel un
in person may listen-in via telephone at 1-866-213-7163. The access co
83054017 and the Chairperson will be Judge Fallon.

These matters are memorialized in the Court's Minute Entry dated Janu

## December 31, 2008

On December 31, 2008, the Fifth Circuit entered a stay of the Court's O
appointing the Tulane Civil Litigation Clinic pending hearing on the ma
the issuance of the stay, the Court had received inquiries from several cl
directed the inquiries to the Clinic as per the Court's Order.

## December 19, 2008

On August 27, 2008, the Court issued an Order & Reasons capping all c
for attorneys representing claimants in the Vioxx Settlement at 32% plu
costs. Pursuant to the Court's Order, no attorney representing a Vioxx c
collect more than 32% of the claimant's settlement award for attorneys'
words, all Vioxx claimants should receive at least 68% of their net settle
minus reasonable costs.

On December 10, 2008, certain plaintiffs' attorneys ("The Vioxx Litigat
Consortium" or "VLC") filed a motion to reconsider the Court's ruling.
group of plaintiffs' attorneys from the law firms of Provost & Umphrey
LLP; Williams, Kherker, Hart, Boundas, LLP; Ranier, Gayle & Elliot, L
Watts Law Firm, LLP; and the Kaiser Law Firm, LLP. The VLC seeks t
contingent fees in excess of the 32% cap set by the Court. Because any a
attorneys' fees will come directly from the claimants' settlement awards

Elzina Rutherford                              12/02/2013
8711 County Road 236
Town Creek, AL 35672

Cindy Rutherford


Davis & Norris, LLP
IOLTA Account
The Bradshaw House
2154 Highland Avenue, South
Birmingham, AL 35205

Dear Davis & Norris, LLP


We have the $55,390.80 check from escrow, but we need something

with what the award was for Harold Rutherford.  We also need the

copy of the check front and back of the award, along with what

your firm took from the award.  We need this for our accounting.

This is the vioxx pay out. Hope you have a Merry Christmas.

Thank You,


Elzina Rutherford
Cindy Rutherford

Eisenberg and Miller studied settlements of class actions, and although this Court has recognized that in some respects the MDL resembles a class action, in other respects this case is quite different.

In a typical application for a class action fee award, the Court allocates a percentage of the class's recovery to class counsel as compensation. Fed. R. Civ. P. 23(h). Class counsel perform all the work on behalf of the class and are the sole attorneys for the class members. With few exceptions, all work done by class counsel benefits all members in the class and not just the lead plaintiffs. Thus, in a typical class action fee award the tension is between the interests of counsel in receiving reasonable compensation for their work, and class members in ensuring that counsel does not receive a windfall.

The dynamic involved in the fee application in the present case is different. The Settlement Agreement was not a class action settlement, but was rather a complicated opt-in resolution of individual personal injury claims. The vast majority of these personal injury claims were governed by a contingent fee contract between the individual claimant and his or her primary attorney. The Court, as mentioned, previously capped the amount of those contingent fee contracts at 32%. By the terms of the Settlement Agreement and this Court's Order capping fees, a common benefit award is deducted not from the claimant's portion but from the total amount of counsel fees payable under the individual contingent fee arrangements. Thus, 32% of $4.85 billion represents the total amount of possible attorney compensation, including work done by the claimant's primary attorney on his or her behalf and work done by common benefit attorneys on behalf of all Vioxx claimants. The tension in this case is between the attorneys who

---

lower fee than the class action fee award.") (emphasis in original).

This is a true and exact copy of the record on file with the Lawrence County Health Department.

*Beverly Armstrong*
Signature & Title    Registrar

*June 10, 2002*
Date of Issue

# ALABAMA
## CERTIFICATE OF DEATH

State File Number **101**

| County File Number — | | |
|---|---|---|
| 1. DECEASED—NAME  First  Middle  Last  (Type last name all capitals)  Harold  Lamar  RUTHERFORD | 2. DATE OF DEATH (Month, Day, Year)  June 3, 2002 | 3. COUNTY OF DEATH  Lawrence |

| 4. CITY, TOWN, OR LOCATION OF DEATH AND ZIP CODE  Moulton  35650 | 5. INSIDE CITY LIMITS (Specify Yes or No)  Yes | 6. PLACE OF DEATH—HOSPITAL OR OTHER INSTITUTION—(If not in either, give street and number)  Lawrence Baptist Medical Center |
|---|---|---|
| 7. IF HOSPITAL (Specify Inpatient, ER or Outpatient, DOA)  E.R. | 8. OF HISPANIC ORIGIN (Specify Yes or No) If Yes, Specify Cuban, Mexican, Puerto Rican, etc.  No | 9. RACE—(Specify American Indian, Black, White, etc.)  American Indian | 10. SEX  Male |

| 11. AGE  63  YRS. | 12. UNDER 1 YEAR  MOS.  DAYS | UNDER 1 DAY  HOURS  MINS. | 13. DATE OF BIRTH (Month, Day, Year)  November 4, 1938 | 14. DECEASED'S SOCIAL SECURITY NUMBER  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 |
|---|---|---|---|---|

| 15. EDUCATION (Specify Only Highest grade completed Instead)  Elementary or High School (0-12)  12  College (1-4 or 5+) | 16. MARITAL STATUS (Specify Married, Never Married, Widowed, Divorced)  Married | 17. SURVIVING SPOUSE (If wife, give maiden name)  Elzina Steadman | 18. Was Deceased Ever in Armed Forces?  No |
|---|---|---|---|

| 19. STATE OF BIRTH (If not in USA, name country)  Alabama | 20. RESIDENCE—STATE  Alabama | 21. COUNTY  Lawrence | 22. CITY, TOWN, OR LOCATION AND ZIP CODE  Town Creek  35672 |
|---|---|---|---|

| 23. INSIDE CITY LIMITS (Specify Yes or No)  No | 24. STREET AND NUMBER  8711 County Road 236 | 25. INFORMANT—Name and Address  Elzina Rutherford  8711 Co. Rd. 236  Town Creek, Al. 35672 |
|---|---|---|

| 26. USUAL OCCUPATION (Give kind of work done during most of working life even if retired)  Business Owner / Farmer | 27. KIND OF BUSINESS OR INDUSTRY  Construction |
|---|---|

| 28. FATHER—NAME  First  Middle  Last  Alek  Rutherford | 29. MAIDEN NAME OF MOTHER—  First  Middle  Last  Annie  Louise  Craig |
|---|---|

| 30. DISPOSITION OF BODY (Specify Burial, Cremation, Medical Donation, Hospital Disposal, Other)  Burial | 31. DATE OF DISPOSITION (Month, Day, Year)  06/06/2002 | 32. CEMETERY OR CREMATORY—Name  Moulton Mem. Garden | 33. LOCATION—(City or Town—State)  Moulton, Alabama | 35. DATE SIGNED (Month, Day, Year)  06/10/2 |
|---|---|---|---|---|

| 34. FUNERAL HOME—Name and Address  Elliott Funeral Home  15215 Court St.  Moulton, Al. 35650 | 34. FUNERAL DIRECTOR—Signature  Robert Clem | 36. DATE SIGNED (Month, Day, Year)  06/10/0 |
|---|---|---|

| 37. __ Certifying Physician (Physician certifying cause of death) "To the best of my knowledge death occurred at the time and date, and due to the cause(s) and manner stated."  __ Medical Examiner __ Coroner "On the basis of examination and/or investigation, in my opinion, death occurred at the time, date, place, and due to the cause(s) and manner stated."  Signature: *Steven C Hodges MD* | 40. DATE SIGNED (Month, Day, Year)  6/3/02 |
|---|---|
| 38. TIME AND DATE OF DEATH  6/7/02  1652 | 40. DATE AND TIME PRONOUNCED DEAD (For Coroner/M.E. use only) | 41. NAME AND TITLE OF PERSON WHO COMPLETED CAUSE OF DEATH (item 46)  *Steven C Hodges MD* |
| 42. ADDRESS OF PERSON WHO COMPLETED CAUSE OF DEATH (item 46)  P.O. Box 39, Moulton, AL 35650 | 43. CERTIFIER LICENSE NUMBER  6297 |
| For State or County use only | 44. DATE FILED (Month, Day, Year)  June 10, 2 |
| 44. REGISTRAR—Signature  *Beverly Armstrong* | |

## MEDICAL CERTIFICATION

| 45. PART I. Enter the diseases, injuries, or complications that caused the death. Do not enter the mode of dying, such as cardiac or respiratory arrest, shock, or heart failure. LIST ONLY ONE CAUSE ON EACH LINE. | APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH  4: |
|---|---|
| IMMEDIATE CAUSE (Final disease or condition resulting in death) →  a. Sudden cardiac death  DUE TO (OR AS A CONSEQUENCE OF): | |
| Sequentially list conditions, if any, leading to immediate cause. Enter UNDERLYING CAUSE (Disease or injury that initiated events resulting in death) LAST  b.  DUE TO (OR AS A CONSEQUENCE OF):  c.  DUE TO (OR AS A CONSEQUENCE OF): | |

| 47. PART II. Other significant conditions contributing to death but not resulting in the underlying cause given in Part I.  degenerative joint disease | 48. WAS THERE A PART 42 DAYS? (Specify) |
|---|---|

| 49. MANNER OF DEATH (Specify—Accident, Homicide, Suicide, Undetermined Circumstances, Pending Investigation, Natural Causes) | 50. AUTOPSY (Specify Yes or No) | 51. If Yes, were findings considered in determining cause (Specify Yes or No) |
|---|---|---|

| 52. HOW INJURY OCCURRED (Enter nature of injury in item 46, Part I or Item 47, Part II) | 53. DATE OF INJURY (Month, Day, Year) | 54. HOUR OF INJURY |
|---|---|---|

| 55. INJURY AT WORK (Specify Yes or No) | 56. PLACE OF INJURY—(Specify at home, farm, street, factory, office building, etc.) | 57. LOCATION OF INJURY (Street or R.F.D. No., City or Town, State) |
|---|---|---|

STATE OF ALABAMA    )
                      )           **COURT OF PROBATE**
COUNTY OF LAWRENCE  )

## LETTERS TESTAMENTARY

The will of Harold Lamar Rutherford, deceased, having been duly admitted to record in said county, Letters Testamentary are hereby granted to Elzina S. Rutherford, the Personal Representative named in said will, who has complied with the requisitions of law and is authorized to take upon herself the execution of said will. Subject to the priorities stated in Code of Alabama 1975, as amended, §43-8-76, the said Personal Representative, acting prudently for the benefit of interested persons, has all the powers authorized in transactions under the Code of Alabama 1975, as amended, §43-2-843, except the following limitations:

NONE

WITNESS my hand, and dated this 8th day of July , 2002.

_____
Judge of Probate

STATE OF ALABAMA    )
                      )
COUNTY OF LAWRENCE  )

I, Richard Proctor, Judge of Probate in and for said County and State, hereby certify that the within and foregoing is a true, correct and complete copy of the Letters Testamentary issued to Elzina S. Rutherford, as Personal Representative of the Estate of Harold Lamar Rutherford, deceased, as the same appears of record in my office, and are still in full force and effect.

GIVEN under my hand and seal of office, this 8th day of July , 2002.

_____
Judge of Probate

2-37070-3.149

Cindy Rutherford
72 County Road 566
Town Creek, AL 35672



## U.S. Environmental Protection Agency

# Pesticides: Biopesticides

Recent Additions | Contact Us | Print Version    Search: [        ] GO

EPA Home > Ingredient Fact Sheets > (R,Z)-5-(1-decenyl)dihydro-2(3H)-Furanone (Nuranone) (116501) Fact Sheet > Products

Ingredient Fact Sheets

Registration Tools

Plant Incorporated
 Protectants (PIPs)

# (R,Z)-5-(1-decenyl)dihydro-2(3H)-Furanone (Nuranone) (116501) Products

| Fact Sheet | Technical Doc (PDF) | Products | Registrants | Regulatory Activity | FR Notices | Bibliography |
|------------|---------------------|----------|-------------|---------------------|------------|--------------|

### (R,Z)-5-(1-Decenyl)dihydro-2(3H)-furanone (116501)

| Registration Number | Product Name |
|---------------------|--------------|
| 008730-00057 | LURE N KILL JAPANESE BEETLE |
| 008845-00048 | BAG-A-BUG JAPANESE BEETLE TRAP |
| 008845-00129 | JAPANESE BEETLE COMBO BAIT |
| 051934-00002 | JAPANESE BEETLE BAIT II |
| 051934-00004 | TRECE JAPANESE BEETLE PHEROMONE-TECHNICAL-MANUFACTURING USE |
| 051934-00006 | TRECE JAPANESE BEETLE TRAP |
| 056336-00008 | SUREFIRE JAPANESE BEETLE TRAP |

*(handwritten numbers 1–7 beside rows)*

Publications | Glossary | Jobs

EPA Home | Privacy and Security Notice | Contact Us

Last updated on Thursday, October 5th, 2006
URL: http://www.epa.gov/pesticides/biopesticides/ingredients/product/prod_116501.htm

*Merck is not listed as using these Furanone Pesticides in their products* *(handwritten note)*

are available in regard to overdosage in hu...

...tses of enalapril above 1,000 mg/kg and ≈1,775 ...n associated with lethality in mice and rats.

...latory manifestation of overdosage would be hypo-...ce which the usual treatment, would be intrave-...tion of normal saline solution.

...may be removed from general circulation by hy-...prasil has been removed from neonatal circulation...nal dialysis. (See WARNINGS. *Anaphylactoid re-*...ining membrane exposure.)

...AND ADMINISTRATION

...nts are currently being treated with a diuretic.
...atic hypotension occasionally may occur following ...itial dose of VASOTEC. The diuretic should, if possi-...liscontinued by two to three days before beginning ...py with VASOTEC to reduce the likelihood of hypoten-...see WARNINGS.) If the patient's blood pressure is ...ot controlled with VASOTEC alone, diuretic therapy may ...

...luretic cannot be discontinued an initial dose of 2.5 ...OTEC should be used under medical supervision for at least ...hour and until blood pressure has stabilized for at ...itional hour. (See WARNINGS and PRECAU-...TIONS, *Drug Interactions.*)

...recommended initial dose in patients not on diuretics is ...om 1 day. Dosage should be adjusted according to ...sure response. The usual dosage range is 10 to 40 ...ally administered in a single dose or two divided ...In some patients treated once daily, the antihyper-...ffect may diminish toward the end of the dosing ...al in such patients, an increase in dosage or twice ...administration should be considered. If blood pressure ...not controlled with VASOTEC alone, a diuretic may be...

...current administration of VASOTEC with potassium ...ements, potassium salt substitutes, or potassium ...sparing diuretics may lead to increases of serum potassium ...PRECAUTIONS).

...adjustment in *Hypertensive Patients with Renal Im-...ment*

...initial dose of enalapril is recommended for patients ...h creatinine clearance ≤30 mL/min (serum creatinine ...roximately 3 mg/dL). For patients with creati-...clearance ≤30 mL/min (serum creatinine ≤3 mg/dL), ...itial dose is 2.5 mg once daily. The dosage may be ti-...upward until blood pressure is controlled or to a max-...im of 40 mg daily.

| Creatinine Clearance mL/min | Initial Dose mg/day |
|---|---|
| >80 mL/min | 5 mg |
| ≤80 >30 mL/min | 5 mg |
| ≤30 mL/min | 2.5 mg |
| | 2.5 mg on dialysis days* |

...WARNINGS, *Anaphylactoid reactions during mem-...exposure.*

...tes on dialysis days should be adjusted depend-...on the blood pressure response.

...is indicated for the treatment of symptomatic ...ire, usually in combination with diuretics and dig-...s the renin-controlled studies that demonstrated ...roved survival, patients were titrated as tolerated up to ...imum tolerated in two divided doses.

...recommended initial dose is 2.5 mg. The recommended ...age is 15 to 20 mg given twice a day. Doses should ...ed to the maximum tolerated, over a period of a few days ...as the maximum daily dose administered in clinical ...ials was 40 mg in divided doses.

...initial dose of VASOTEC, the patient should be ...er close medical supervision for at least two hours ...til blood pressure has stabilized for at least an addi-...(See WARNINGS and PRECAUTIONS, *Drug ...tions.*) If possible, the dose of any concomitant di-...should be reduced which may diminish the likelihood ...otension. The appearance of hypotension after the in-...lose of VASOTEC does not preclude subsequent careful ...titration with the drug, following effective manage-...of the hypotension.

...tic *Left Ventricular Dysfunction*...trials that demonstrated efficacy, patients were ...ated up to 35 mg twice a day after titrated as tolerated ...ended daily dose of 20 mg in divided doses.

...initial dose of VASOTEC, the patient should be ...er close medical supervision for at least two hours ...d blood pressure has stabilized for at least an addi-...(See WARNINGS and PRECAUTIONS, *Drug ...

...diuretic should be continued through the appearance ...of hypotension. The appearance of hypotension after the in-...itial dose of VASOTEC does not preclude subsequent careful ...dose titration with the drug, following effective manage-...ment of the hypotension.

*Dosage Adjustment in Patients with Heart Failure and Re-nal Impairment or Hyponatremia*

In patients with heart failure who have hyponatremia (ser-um sodium less than 130 mEq/L) or with serum creatinine greater than 1.6 mg/dL, therapy should be initiated at 2.5 mg daily under close medical supervision. (See DOSAGE AND ADMINISTRATION, *Heart Failure*, WARNINGS and PRECAUTIONS, *Drug Interactions.*) The dose may be in-creased to 2.5 mg b.i.d., then 5 mg b.i.d. and higher as needed, usually at intervals of four days or more if at the time of dosage adjustment there is not excessive hypoten-sion or significant deterioration of renal function. The max-imum daily dose is 40 mg.

*Pediatric Hypertensive Patients*

The usual recommended starting dose is 0.08 mg/kg (up to 5 mg) once daily. Dosage should be adjusted according to blood pressure response. Doses above 0.58 mg/kg (or up to ex-cess of 40 mg) have not been studied in pediatric patients. See CLINICAL PHARMACOLOGY, *Clinical Pharmacology in Pediatric Patients.*

VASOTEC is not recommended in neonates and in pediatric patients with glomerular filtration rate <30 mL/min/1.73 m², as no data are available.

*Preparation of Suspension (for 200 mL of a 1.0 mg/mL sus-pension)*

Add 50 mL of Bicitra®** to a polyethylene terephthalate (PET) bottle containing ten 20 mg tablets of VASOTEC and shake for at least 2 minutes. Let concentrate stand for 60 minutes. Following the 60-minute hold time, shake the con-centrate for an additional minute. Add 150 mL of Ora-Sweet SF®**** to the concentrate in the PET bottle and shake the suspension to disperse the ingredients. The suspension should be refrigerated at 2–8°C (36–46°F) and can be stored for up to 30 days. Shake the suspension before each use.

** Registered trademark of Alza Corporation
*** Trademark of Paddock Laboratories, Inc.

## HOW SUPPLIED

No. 3411—Tablets VASOTEC, 2.5 mg, are yellow, biconvex barrel shaped, scored, compressed tablets with code MSD 14 on one side and VASOTEC on the other. They are supplied as follows:
NDC 0006-0014-94 unit of use bottles of 90 (with desiccant)
NDC 0006-0014-68 bottles of 100 (with desiccant)
NDC 0006-0014-28 unit dose packages of 100
NDC 0006-0014-82 bottles of 1,000 (with desiccant)
NDC 0006-0014-87 bottles of 10,000 (with desiccant).
*Shown in Product Identification Guide, page 325*

No. 3412—Tablets VASOTEC, 5 mg, are white, barrel shaped, scored, compressed tablets, with code MSD 712 on one side and VASOTEC on the other. They are supplied as follows:
NDC 0006-0712-94 unit of use bottles of 90 (with desiccant)
NDC 0006-0712-68 bottles of 100 (with desiccant)
NDC 0006-0712-28 unit dose packages of 100
NDC 0006-0712-82 bottles of 1,000 (with desiccant)
NDC 0006-0712-87 bottles of 10,000 (with desiccant).
*Shown in Product Identification Guide, page 325*

No. 3413—Tablets VASOTEC, 10 mg, are salmon, barrel shaped, compressed tablets, with code MSD 713 on one side and VASOTEC on the other. They are supplied as follows:
NDC 0006-0713-94 unit of use bottles of 90 (with desiccant)
NDC 0006-0713-68 bottles of 100 (with desiccant)
NDC 0006-0713-28 unit dose packages of 100
NDC 0006-0713-82 bottles of 1,000 (with desiccant)
NDC 0006-0713-87 bottles of 10,000 (with desiccant).
*Shown in Product Identification Guide, page 325*

No. 3414—Tablets VASOTEC, 20 mg, are peach, barrel shaped, compressed tablets, with code MSD 714 on one side and VASOTEC on the other. They are supplied as follows:
NDC 0006-0714-94 unit of use bottles of 90 (with desiccant)
NDC 0006-0714-68 bottles of 100 (with desiccant)
NDC 0006-0714-28 unit dose packages of 100
NDC 0006-0714-82 bottles of 1,000 (with desiccant)
NDC 0006-0714-87 bottles of 10,000 (with desiccant).
*Shown in Product Identification Guide, page 325*

*Storage*
Store below 30°C (86°F) and avoid transient temperatures above 30°C (122°F). Keep container tightly closed. Protect from moisture.
Dispense in a tight container, if product package is subdi-vided.

7825188  Issued October 2000

COPYRIGHT © MERCK & CO., Inc., 1985, 1989, 1992, 1985
All rights reserved

## VIOXX®
(rofecoxib tablets and oral suspension)

### DESCRIPTION

VIOXX* (rofecoxib) is described chemically as 4-(4-(methyl-sulfonyl)phenyl)-3-phenyl-2(5H)-furanone. It has the follow-ing chemical structure:
[See chemical structure at top of next column]

Rofecoxib is a white to off-white to light yellow powder. It is sparingly soluble in acetone, slightly soluble in methanol and isopropyl acetate, very slightly soluble in ethanol, prac-tically insoluble in octanol, and insoluble in water. The em-pirical formula for rofecoxib is $C_{17}H_{14}O_4S$, and the molecu-lar weight is 314.36.

Each tablet of VIOXX, for oral administration, contains either 12.5 mg, 25 mg, or 50 mg of rofecoxib and the follow-ing inactive ingredients: croscarmellose sodium, hydroxy-propyl cellulose, lactose, magnesium stearate, microcrystal-line cellulose, and yellow ferric oxide. The 50 mg tablets also contain red ferric oxide.

Each 5 mL of the oral suspension contains either 12.5 or 25 mg of rofecoxib and the following inactive ingredients: citric acid (monohydrate), sodium citrate (dihydrate), sorbitol so-lution, strawberry flavor, xanthan gum, and purified water. Added as preservatives are sodium methylparaben 0.13% and sodium propylparaben 0.02%.

* Registered trademark of MERCK & CO., Inc., Whitehouse Station, New Jersey, USA

### CLINICAL PHARMACOLOGY

**Mechanism of Action**

VIOXX is a nonsteroidal anti-inflammatory drug that exhib-its anti-inflammatory, analgesic, and antipyretic activities in animal models. The mechanism of action of VIOXX is be-lieved to be due to inhibition of prostaglandin synthesis, via inhibition of cyclooxygenase-2 (COX-2). At therapeutic con-centrations in humans, VIOXX does not inhibit the cy-clooxygenase-1 (COX-1) isoenzyme.

**Pharmacokinetics**

*Absorption*
The mean oral bioavailability of VIOXX at therapeutically recommended doses of 12.5, 25, and 50 mg is approximately 93%. The area under the curve (AUC), and peak plasma level ($C_{max}$) following a single 25-mg dose were 3286 (±843) ng•hr/mL and 207 (±111) ng/mL, respectively. Both $C_{max}$ and AUC are roughly dose proportional across the clinical dose range. At doses greater than 50 mg, there is a less than proportional increase in $C_{max}$ and AUC, which is thought to be due to the low solubility of the drug in aqueous media. The plasma concentration-time profile exhibited multiple peaks. The median time to maximal concentration ($T_{max}$), as assessed in one pharmacokinetic studies, is 2 to 3 hours. Individual $T_{max}$ values in these studies ranged between 2 to 9 hours. This may not reflect rate of absorption as $T_{max}$ may occur as a secondary peak in some individuals. With multi-ple dosing, steady-state conditions are reached by Day 4. The AUC$_{0-24hr}$ and $C_{min}$ at steady state after multiple doses of 25 mg rofecoxib was 4016 (±1140) ng•hr/mL and 321 (±104) ng/mL, respectively. The accumulation factor based on geometric means was 1.67.
VIOXX Tablets 12.5 mg and 25 mg are bioequivalent to VIOXX Oral Suspension 12.5 mg/5 mL and 25 mg/5 mL, re-spectively.

*Food and Antacid Effects*
Food had no significant effect on either the peak plasma concentration ($C_{max}$) or extent of absorption (AUC) of rofe-coxib when VIOXX tablets were taken with a high fat meal. The time to peak plasma concentration ($T_{max}$), however, was delayed by 1 to 2 hours. The food effect on the suspension formulation has not been studied. VIOXX tablets can be ad-ministered without regard to timing of meals.
There was a 13% and 5% decrease in AUC when VIOXX was administered with calcium carbonate antacid and magne-sium/aluminum antacid to elderly subjects, respectively. There was an approximate 20% decrease in $C_{max}$ of rofe-coxib with either antacid.

*Distribution*
Rofecoxib is approximately 87% bound to human plasma protein over the range of concentrations of 0.05 to 25 mcg/mL. The apparent volume of distribution at steady state ($V_{ss}$) is approximately 91 L following a 12.5-dose and 86 L following a 25-mg dose.
Rofecoxib has been shown to cross the placenta in rats and rabbits, and the blood-brain barrier in rats.

*Metabolism*
Metabolism of rofecoxib is primary mediated through re-duction by cytosolic enzymes. The principal metabolic prod-ucts are the cis-dihydro and trans-dihydro derivatives of ro-fecoxib, which account for nearly 56% of recovered radioac-tivity in the urine. An additional 8.8% of the dose was recovered as the glucuronide of the hydroxy derivative, a product of oxidative metabolism. The biotransformation of

Continued on next page

Information on the Merck & Co., Inc., products listed on these pages is from the full prescribing information in use September 30, 2001. For information, please call 1-800-NSC-MERCK (1-800-672-63721).

Consult 2002 PDR® supplements and future editions for revisions

vytorin /insecticide - Bing

WEB    IMAGES    VIDEOS    MAPS    NEWS    MORE

Bing    vytorin /insecticide

8-20 OF 8,570 RESULTS    Any time

**Drugs - malathion topical - usage, dosage, interactions, images - ...**
healthtools.aarp.org/goldcontent/malathion
an unusual or allergic reaction to malathion, alcohol, pine or pine scented products,
veterinary or household insecticides, other medicines, foods, dyes, or ...

**Bed Bug Insecticides Causing Sickness, Officials Warn**
consumer.healthday.com/Article.asp?AID=657169
Bed Bug Insecticides Causing Sickness, Officials Warn Incidents are rare but
consumers need to be informed and careful. By Steven Reinberg HealthDay Reporter.

**Merck & Co. - Wikipedia, the free encyclopedia**
en.wikipedia.org/wiki/Merck_%26_Co
MEI
History · Products [ 16 · Patient assistance ... · Case histories
Vytorin (ezetimibe/simvastatin) Zemuron ... the World Health Organization
had fought the disease through the use of insecticides to lower the
population ...

**Job Opportunities, Employment, Coaching, Gymnastics**
www.gymlegacy.com/about-us/employment
... green mountain coffee k-cups discount on actos cheap trimox hills n cafergot usa
vibramycin tablekti where to buy neem oil insecticide vytorin cheap prices ...

**2 price malaysia ezetimibe-simvastatin therapy tanda ...**
forums.online-sweepstakes.com/blog.php?b=21375
Vytorin (Ezetimibe-simvastatin) 10mg/20mg We always do our best to satisfy our
customers! ... Ezetimibe-simvastatin otc tbec insecticide 20mg buy acheter arbre

**Chemical Exposure: Side effects & Chemical Injury**
www.kerrysteigerwalt.com/topics/chemicalexposure.html
Vytorin/Zetia; Yasmin; Zoloft; Zometa; Defective Products. Chinese Drywall Destroying
Homes; Infant Injury and Recalls; Defective Child Restraints; Defective Respirators;

**A better use for tobacco? - High Cholesterol Message Board ...**
www.healthboards.com › ... › Heart-Vascular › High Cholesterol
Supplemental CoQ10 is typically derived from tobacco leaf extracts and fermented
sugar cane and beets. Other factoids: More than 60% of an oral dose

**Phenomenex Site Map: Compounds**
www.phenomenex.com/Home/SiteMap/CompoundsV
Vapona Insecticide; Vaponefrin; Vaponite; Vapophos; Vapora II; Vapotone; Varazid;
Varbex; Vardhak; Varikill; Varioform I; Varioform II; ... Vytorin * * SITE MAP ...

**Search Result for "Heart-attack" - Cheapest Generic Sildenafil ...**
www.raynx.com/disease-heart-attack.html
Generic Vytorin 20mg + 10mg - $103.85; simvastatin ezetimibe: In Stock Simlup,
Simlip, Simvotin Generic Zocor 5mg - $37.75 Generic Zocor 10mg - $41.23 ...

**Banking On A Bottom?**
www.cnbc.com/id/25350068
... a new insecticide aimed to control moths and sucking insects such as leafhoppers
and aphids. ... Merck climbed due to strong sales of Vytorin And Zetia, ...

**fruit allergy? - Asthma and Allergy - MedHelp**
www.medhelp.org/posts/Asthma-and-Allergy/fruit-allergy/show/382152
But I found out later that even home grown fruits that were insecticide free caused me
the same problem. This problem developed to any fruit I try to eat ...

**DRUG CLASS:**
umed.med.utah.edu/ms2008/Vault/Cardio/4%20-%20Lipid%20lowering%20... · DOC
file
-19%, TG -6%) completely additive w/ a statin *ezetimibe + simvastatin (Vytorin) ...
antiinflammatory must watch for contaminants (mercury, insecticides, ...

Prev    1    2    3    4    5    6    Next

© 2013 Microsoft  |  Privacy and Cookies  |  Legal  |  Advertise  |  About our ads  |  Help  |  Feedback



Search is better with friends! See
posts and photos from your friends
when you search on Bing.
Learn more

**Connect with Facebook**

Beasley, Allen, Crow, Methvin, Portis & Miles, P.C.                                    Vytorin Recall

# Vytorin and cancer

## Bad news continues to pile up for the Merck & Co. and Schering-Plough drug Vytorin, which has recently been linked to an increase in cancer.

Already beleaguered by reports of dangerous side effects like liver damage, followed by a study that indicates the drug is not effective in its stated mission of reducing cholesterol or plaque buildup in artieres, **Vytorin** took another hit Aug. 21 when the FDA announced a possible link between the drug and **increased risk of cancer**[1].

A MedWatch alert[2] released by the FDA informed healthcare professionals that it is investigating results of the SEAS (Simvastatin and Ezetimibe in Aoritc Stenosis) trial, which indicate a possible link between **Vytorin** use and increased incidence of **cancer**. Vytorin combines simvastatin (Zocor) and ezetimibe (Zetia).

According to the FDA, the SEAS clinical trial showed a larger percentage of **cancer** diagnosis and cancer death in patients taking **Vytorin** versus those taking a placebo, based on a 5-year study.

Reports immediately following the news downplayed the cancer connection, saying that the FDA is still waiting on the final report from the SEAS study, with three more months of analysis before its completion. As a result, the FDA said it would not recommend patients stop taking **Vytorin**, as the link to cancer is not clear, but it would recommend patients consult with their physician.

The FDA says its review and evaluation of the SEAS clinical trial data could take an additional 6 months after receipt of the final report.

## SEAS results statistically significant

A report by Forbes.com [3]about 5 days after the initial FDA announcement says concerns about the link were too easily dismissed. It reports that the SEAS study found 50 percent more **cancers** – of varying types – among patients who took **Vytorin** versus those that received a placebo.

Beyond that, Forbes reports, 10 of the 16 medical experts surveyed by the news agency thought there was "at least some possibility" that **Vytorin** increases the risk of **death** for patients who have cancer. That is "highly statistically significant," experts say.

## Congressional inquiry spurs Vytorin warning

Pharmaceutical Online says that the FDA warning and announcement of its timeline to study the **Vytorin-cancer** link came only after pressure from Congress. Representatives John D. Dingell (D-Mich.) and Bart Stupak (D-Mich.) pressed for the results of the SEAS study following the news in January that Vytorin does not actually reduce plaque in the carotid arteries as promised.[4]

Dingell is chair of the Committee on Energy and Commerce, while Stupak chairs the Oversight and Investigations Subcommittee. According to the Pharmaceutical Online story, the representatives sent letters to drug manufacturers Merck & Co. and Schering-Plough demanding data about cancer risks of **Vytorin**. After receiving the letters, the FDA statement confirmed the investigation of the link between Vytorin and cancer.

According to the news report, the inquiry came after the congressmen became suspicious about differing sets of data supplied by the drug companies.

Merck and Schering-Plough executives have said the link between **Vytoin** and **cancer** is "an anomaly that will be dispelled once full analysis of the study has been completed," according to the report.

## Do you have a vytorin claim?

If you or your loved one has suffered a **serious injury** or **death** as a result of vytorin, you may be entitled to compensation for medical expenses, loss of wages, and pain and suffering.

Please contact our **vytorin lawyers** today by filling out the **brief questionnaire**, or by calling our toll free number (1-800-898-2034) for a free, no-cost, no-obligation legal evaluation of your case.

Buy Vytorin ezetimibe simvastatin Online Without Prescriptions. No Prescription Needed.    Page 2 of 3

Case 2:05-md-01657-EEF-DEK   Document 64991-1   Filed 06/26/14   Page 18 of 19

**Herbals**

Man's Health

Muscle Relaxant

Other

Pain Relief

Skincare

Sleep Aid

Quit Smoking

Weight Loss

Woman's Health

Shipping

Vytorin is used for treating high cholesterol along with a cholesterol-lowering diet. Vytorin is a combination of 2 medicines. Ezetimibe works by reducing the amount of cholesterol that your body absorbs from your diet. Simvastatin is an HMG-CoA reductase inhibitor or "statin." It works by blocking an enzyme that is necessary for your body to make cholesterol. Lowering cholesterol levels in the blood reduces the chance of heart disease, heart attacks, and strokes. Vytorin has not been shown to reduce heart attacks or strokes more than simvastatin alone.

**INSTRUCTIONS**

Use Vytorin as directed by your doctor.

- Take Vytorin by mouth with or without food, preferably in the evening, unless directed otherwise by your doctor.
- Taking Vytorin at the same time each day will help you remember to take it.
- If you also take a bile acid sequestrant (eg, cholestyramine, colestipol, colesevelam), do not take it within 2 hours before or 4 hours after taking Vytorin. Check with your doctor if you have questions.
- For best results, Vytorin should be used along with exercise, a low-cholesterol/low-fat diet, and a weight-loss program if you are overweight. Follow the diet and exercise program given to you by your health care provider.
- Eating grapefruit or drinking grapefruit juice may increase the amount of Vytorin in your blood, which may increase your risk for serious side effects. The risk may be greater with large amounts of grapefruit or grapefruit juice. Avoid large amounts of grapefruit or grapefruit juice (eg, more than one quart daily). Talk with your doctor or pharmacist if you have questions about including grapefruit or grapefruit juice in your diet while you are taking Vytorin.
- Most people with high cholesterol do not feel sick. Continue to take Vytorin even if you feel well. Do not miss any doses.
- If you miss a dose of Vytorin, take it as soon as possible. If it is almost time for your next dose, skip the missed dose and go back to your regular dosing schedule. Do not take 2 doses at once.

Ask your health care provider any questions you may have about how to use Vytorin.

**STORAGE**

Store Vytorin at room temperature, between 68 and 77 degrees F (20 and 25 degrees C). Store away from heat, moisture, and light. Do not store in the bathroom. Keep Vytorin out of the reach of children and away from pets.

**MORE INFO:**

Active ingredients: Ezetimibe, Simvastatin.

Customers who bought this product also bought



**Abana**
Only $45.45 for pill

More info



**Atorlip-10**
Only $0.83 for pill

More info



**Pravachol**
Only $1.68 for pill

More info



**Prazosin**
Only $1.07 for pill

More info



**Lopid**
Only $1.36 for pill



**Atorlip-5**
Only $0.5 for pill

Buy Vytorin ezetimibe simvastatin Online Without Prescriptions, No Prescription Needed...   Page 1 of 3

ONLINE ⎍ PHARMACY
ONE OF THE BEST DRUG STORES

About us    Bestsellers    Testimonials    FAQ    Policy    Contact us



**Quick search**

For example: Viagra    Subn

**Search Drugs by First Letter**

A  B  C  D  E  F  G  H  I  J  K  L  M  N  O  P  Q  R  S  T  U  V  W  X  Y  Z

**Change language**

English

Special Offer

Bestsellers

Allergies

Anti Fungal

Anti Viral

Antibiotics

Anxiety

Arthritis

Asthma

Blood Pressure

Cholesterol Lowering

Lipitor
Crestor
Tricor
Zetia
Zocor
Vytorin
Atorlip-5
Atorlip-10
Atorlip-20
Cholestoplex
Abana
Lasuna
Lopid
Mevacor
Pravachol
Rosuvastatin
Shuddha Guggulu
Prazosin

Depression

Diabetes

Erectile Dysfunction

Gastrointestinal

Hair Loss

Heart Disease

categories / Cholesterol Lowering / Vytorin

**Vytorin**
**Active Ingredient: ezetimibe simvastatin**
Vytorin is used for treating high cholesterol along with a cholesterol-lowering diet.
**Other names for this medication**
Acortal, Afordel, Alcosin, Alipas, Alpheus, Angiolip, Antk          Show all

**Shopping cart**

0items    $0    USD

**Vytorin 30MG**

| Package | Per Pill | Price | Savings | Bonus | Order |
|---|---|---|---|---|---|
| 30mg × 30 pills | $2.87 | $86.18 | | + Levitra | |
| 30mg × 60 pills | $2.38 | $142.8 | $29.57 | + Cialis | |
| 30mg × 90 pills | $2.22 | $199.41 | $59.14 | + Viagra | |
| 30mg × 120 pills | $2.13 | $256.02 | $88.72 | + Levitra | |
| 30mg × 180 pills | $2.05 | $369.24 | $147.86 | + Cialis | |
| 30mg × 270 pills | $2 | $539.08 | $236.58 | + Viagra | |

**Vytorin 20MG**

| Package | Per Pill | Price | Savings | Bonus | Order |
|---|---|---|---|---|---|
| 20mg × 30 pills | $1.63 | $48.79 | | + Levitra | |
| 20mg × 60 pills | $1.31 | $78.42 | $19.16 | + Cialis | |
| 20mg × 90 pills | $1.2 | $108.05 | $38.32 | + Viagra | |
| 20mg × 120 pills | $1.15 | $137.68 | $57.49 | + Levitra | |
| 20mg × 180 pills | $1.09 | $196.94 | $95.81 | + Cialis | |
| 20mg × 270 pills | $1.06 | $285.83 | $153.3 | + Viagra | |
| 20mg × 380 pills | $1.04 | $374.72 | $210.76 | + Levitra | |

Product description        Safety Information        Side effects

INDICATIONS

**Recently viewed**

**Vytorin**
Only **$1.04** for pill

More info

**Article**

**Win a fungal infection!**

Onychomycosis is spread all over the world and covers up to 40% among all nail diseases. The main causative agents are dermatophytes fungi (fungal parasites of the skin, hair and nails). Both men and women are victims of onychomycosis with equal success. Risk of disease increases with age. Female victims of a fungus are primarily worried about the outer side issues - cracked, scaly skin, yellow, crumbling nails - but, according to the doctors opinion, the aesthetic problem is not the main. This is a serious disease that requires long-term treatment...

Read more