UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>    **PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Charlotte Diane Costley v. Vioxx Products Liability,* **12-1196**

## ORDER

Local Rule 7.5 of this Court requires that memoranda in opposition to a motion be filed eight days prior to the noticed submission date. No memorandum in opposition to Defendant Merck's motion to dismiss with prejudice and denying petition to change defendants. (Rec. Doc. 64945), set for submission on June 18, 2014, has been timely submitted by Plaintiff Charlotte Costley.

Accordingly, this motion is deemed to be unopposed, and furthermore, it appearing to the Court that the motion is grounded in law and fact, **IT IS ORDERED** that Merck's motion (Rec. Doc. 64945) is **GRANTED**.

**IT IS FURTHER ORDERED** that Ms. Costley's complaint in *Costley v. Vioxx Products*, 12-1196 is **DISMISSED WITH PREJUDICE** as to all defendants.

**IT IS FURTHER ORDERED** that Ms. Costley's petition to change defendants is denied as moot.

New Orleans, Louisiana, this 26th day of June, 2014.

_____
UNITED STATES DISTRICT JUDGE