UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## PLAINTIFF'S MOTION TO FILE MOTION IN EXCESS OF PAGE LIMIT

1. Plaintiff has prepared a sur-reply to Defendant Merck's Motion for Summary Judgment.

2. Local Rule 7.7 "Length of Memoranda and Briefs," provides that any reply briefs or memorandum must not exceed 10 pages, excluding exhibits.

3. Plaintiff respectfully submits that this situation warrants permission to submit a sur-reply in opposition to a drastic motion such as summary judgment which exceeds the ordinary ten-page limit contained in local rule 7.7.

4. There are multiple issues of fact that still remain in dispute and several new issues and arguments were raised by Defendant Merck in Reply to its Motion for Summary Judgment. The sur-reply drafted by Plaintiff contains a thorough review of the issues at hand as well as the substantive law on the issue of what is required from a non-retained expert witness.

5. The sur-reply also contains several sections which address requests for leave to file certain pleadings in an effort to correct any alleged procedural deficiencies in plaintiff's complaint, expert disclosures and reports.

6. Plaintiff has made every effort to be as concise as possible in her sur-reply in opposition. However, Plaintiffs believe as many as five (5) additional pages will be necessary to

properly respond.

7. In the interests of justice and a complete briefing of the issues, Plaintiff respectfully requests that the Court grant her permission to exceed the page limit her Sur-Reply in Opposition to Merck's Motion for Summary Judgment.

Respectfully submitted,

**HUMPHREY**, **FARRINGTON** & **McCLAIN, P.C.**

/s/ Daniel A. Thomas
Kenneth B. McClain                    MO #32430
Daniel A. Thomas                      MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion for Leave to Exceed Page Limit** has been served on Defense Counsel, Jonathan Williams, and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 30th day of May, 2014.

/s/ Daniel A. Thomas
Kenneth B. McClain            MO #32430
Daniel A. Thomas              MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**