# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| *This document relates to* | * | JUDGE FALLON |
| *Jo Levitt v. Merck & Co., Inc.*<br>**2:06-cv-09757-EEF-DEK** | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Now before the Court is Plaintiff's Motion in Excess of Page Limit.  The Court finds good cause is shown for the excess page limit and that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall be permitted to file her Sur-Reply in Opposition to Merck's Motion for Summary Judgment in excess of page limit.

**IT IS SO ORDERED.**

_____  _____
DATE                                                                          ELDON E. FALLON
                                                                                        UNITED STATES DISTRICT JUDGE

Respectfully submitted,

**HUMPHREY**, **FARRINGTON** & **McCLAIN, P.C.**

/s/ Daniel A. Thomas
Kenneth B. McClain               MO #32430
Daniel A. Thomas                MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFF JO LEVITT**