Jo Levitt

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL DOCKET NO. 1657 ) SECTION L |
| | ) |
| THIS DOCUMENT RELATES TO: | ) JUDGE FALLON ) |
| JO LEVITT, | ) MAGISTRATE JUDGE ) KNOWLES |
| Plaintiff, | ) ) |
| vs. | ) 2:06-cv-09757-EEF-DEK ) |
| MERCK & CO., INC., | ) ) |
| Defendant. | ) ) |

VIDEOTAPED DEPOSITION OF JO LEVITT, the

Plaintiff, taken on behalf of the Defendant before

Shelby L. Mead, CSR No. 1472, CCR No. 940(G),

pursuant to Notice on the 23rd day of July, 2012, at

the offices of Bryan Cave, LLP, One Kansas City

Place, 1200 Main Street, Conference Room 37 North,

Kansas City, Missouri.



PLAINTIFF'S
EXHIBIT
A

Jo Levitt

## Page 2

1      APPEARANCES
2
      PLAINTIFF APPEARING PRO SE
3
4      APPEARING FOR THE DEFENDANT:
5
         Jonathan L. Williams, Esquire
6        M. Elaine Horn, Esquire
         Williams & Connolly, LLP
7        725 Twelfth Street, N.W.
         Washington, D.C. 20005
8        202-434-5000
         Jonathanwilliams@wc.com
9
10
      VIDEOGRAPHER:
11
         Mr. Jeremy Martin
12
13
14
15             INDEX
16
17    WITNESS:                  PAGE:
18      JO LEVITT
19      Examination by Ms. Horn        4
20
21    EXHIBITS:     DESCRIPTION:    REFERENCED:
22      No. 1     Plaintiff Profile      76
23      No. 2     Amended and Supplemental   80
24                Plaintiff Profile

## Page 3

1              INDEX
2            (Continued)
3
4    EXHIBITS:     DESCRIPTION:    REFERENCED:
5      No. 3     Dr. Katz Records     132
6      No. 4     Spreadsheets        138
7      No. 5     Dr. Neiburger Letter   141
8      No. 6     Dr. Maslan Letter     145
9      No. 7     Plaintiff Records      147
10     No. 8     Dr. Mittleman Records   153
11   NOTES: Levitt Exhibits 1-8 attached to the
12   original.
13
14
15
16
17
18
19
20
21
22
23
24

## Page 4

1          THE VIDEOGRAPHER: This is the
2    videotape deposition of Jo Levitt, Case No.
3    2:06-cv-09757-EEF-DEK. Today's date is July 23 of
4    2012. Time is now 8:59 central time, we're going on
5    the record. Counsel, will you please state your
6    appearances.
7          MS. HORN: Elaine Horn from Williams &
8    Connolly on behalf of Defendant Merck.
9          MR. WILLIAMS: Jonathan Williams of
10   Williams & Connolly for Merck.
11         THE VIDEOGRAPHER: Thank you. Would
12   you please swear in the witness.
13             JO LEVITT,
14   being first duly sworn, testified under oath as
15   follows:
16             EXAMINATION
17   BY MS. HORN:
18     Q.   Okay. Could you state your full name
19   for the record?
20     A.   Pardon me?
21     Q.   Could state your full name for the
22   record?
23     A.   Yes, Mellie Jo Levitt.
24     Q.   And generally do you go by Jo?

## Page 5

1      A.   Yeah, I do.
2      Q.   Okay. Now, you are not represented by
3    an attorney here today?
4      A.   That's right, but not by choice.
5      Q.   The first thing I wanted to say is you
6    have previously been represented by an attorney in
7    this case?
8      A.   I was originally, yes.
9      Q.   Now, I know that there would've been
10   times where you would've had communications with that
11   attorney or attorneys and those would be considered
12   privileged, so any question that I ask you today, I'm
13   not trying to get at the substance of any
14   communications you had with one of your attorneys, so
15   I just want to make sure that we're clear on that.
16     A.   Uh-huh.
17     Q.   So if for some reason you think that
18   the answer to a question requires you to talk about
19   something that you discussed with one of your
20   attorneys, then let us know that so we can try to
21   rephrase the question.
22     A.   Okay. Would you mind talking a little
23   bit louder for me, I'm sorry.
24     Q.   Sure. I probably should talk slower

Jo Levitt

Page 6

1   also. I know sometimes I start talking very quickly.
2       A.   Uh-huh.
3       Q.   And if that starts happening again --
4       A.   Okay.
5       Q.   -- let me know. Have you ever -- do
6   you have any legal training?
7       A.   No.
8       Q.   No. Have you ever been deposed
9   before?
10      A.   Yes.
11      Q.   How many times have you been deposed
12  before?
13      A.   Twice to my recollection.
14      Q.   And when was that?
15      A.   One was about 30, 40 -- about 35 years
16  ago on a -- for a contractor on my house and one was
17  in the last five years, three years, something like
18  that with a case at my company for, what is it, for
19  workmen's comp for a workman.
20      Q.   And for the -- have you ever testified
21  at a trial?
22      A.   Have I ever testified at a trial?
23  Yes, I was -- I testified at a trial maybe 20 years
24  ago. It had something to do my husband is in some

Page 7

1   other businesses and something that I had turned in
2   to a bank at a certain time. That's all I know about
3   it.
4       Q.   And there was some trial proceeding at
5   which you --
6       A.   Pardon me?
7       Q.   And there was a trial involved that
8   you testified at?
9       A.   Yeah, there actually was a trial.
10      Q.   And what was your role, were you a
11  witness or were you a party or what was your role?
12      A.   No, I was a witness, I was just a
13  witness.
14      Q.   You said that was about 20 years ago?
15      A.   Yes.
16      Q.   Do you remember the name of that case?
17      A.   No, no.
18      Q.   Was that here in Kansas City?
19      A.   Yeah, it was.
20      Q.   Have you testified at any other
21  trials?
22      A.   No.
23      Q.   And have you testified at any like
24  hearings or administrative proceedings or anything

Page 8

1   like that?
2       A.   No.
3       Q.   Well, as you see here today you have
4   been administered the oath by the court reporter and
5   you see the court reporter is sitting here taking
6   down everything that both of us say. We also have a
7   videographer and even though we have a videographer,
8   it's very important that both of us try to keep our
9   questions and answers verbal so that the court
10  reporter can get them down.
11      A.   Right.
12      Q.   And also when people are talking, it's
13  very easy to fall into guessing what someone is going
14  to say and talking over them and it makes it very
15  difficult for the court reporter, so we should both
16  try to not do that. And if at any point in time you
17  need a break --
18      A.   Uh-huh.
19      Q.   Just let us know that and we can work
20  that out.
21      A.   Thank you.
22      Q.   Okay. As you see we also have
23  refreshments, beverages, so if you need to grab
24  anything, let me know.

Page 9

1       A.   Okay.
2       Q.   Now, do you feel well enough to answer
3   questions today?
4       A.   Yeah, I can answer questions.
5       Q.   Is there any reason, are you taking
6   any medication or anything like that that you feel
7   would impair your ability to remember or give
8   accurate testimony?
9       A.   Not that I can....
10      Q.   Now, did you do anything to prepare
11  for your deposition here today?
12      A.   Not really.
13      Q.   Did you review any documents?
14      A.   No, I was going to, but I didn't, I
15  mean, not really, no.
16      Q.   Okay. Did you talk to anybody about
17  your deposition today?
18      A.   No.
19      Q.   Other than your husband, is there
20  anyone else who knows that you're giving a deposition
21  today?
22      A.   Sorry?
23      Q.   Other than -- your husband knows that
24  you're being deposed today?

3 (Pages 6 to 9)

Jo Levitt

Page 10

1   A.   Oh, my daughter.
2   Q.   Your daughter.  And -- do you have any
3   leftover Vioxx or Vioxx samples?
4   A.   No.
5   Q.   Did you ever have any leftover Vioxx
6   or Vioxx samples?
7   A.   Not -- not to my knowledge.  If I did,
8   I would've thrown it out, you know, long before.
9   Q.   Okay.  And what is your date of birth?
10  A.   6/3/43.
11  Q.   So does that make you --
12  A.   You do the math, please.
13  Q.   Sixty-nine ish?
14  A.   Ish.
15  Q.   Okay.
16  A.   I like the ish.
17  Q.   And you are currently married?
18  A.   Yes.
19  Q.   And what's your husband's name?
20  A.   James J. Levitt.
21  Q.   And have you ever been married to
22  anyone else?
23  A.   Oh, no.
24  Q.   And how long have you been married?

Page 11

1   A.   Let's see, four -- we were married in,
2   what, '65, something like that, a long time, forever.
3   Q.   So -- and is your husband currently
4   employed?
5   A.   What?  Is he employed, no, he's not.
6   Q.   Okay.  How old is he right now?
7   A.   Same age, three months apart.
8   Q.   And you mentioned a daughter, do you
9   have any other children?
10  A.   No, one daughter.
11  Q.   And what is her date of birth?
12  A.   1966, March 15th.  Ides of March.
13  Q.   Is she presently employed?
14  A.   No.  She's the mother of two children.
15  Q.   Okay.
16  A.   And she lost her husband.
17  Q.   Where does she live?
18  A.   She lives in Kansas, in Kansas City
19  it's in Leawood.
20  Q.   How far does she live from where you
21  live?
22  A.   Oh, 20 minutes, 25 minutes or so.
23  Q.   And you have two grandchildren?
24  A.   Uh-huh.

Page 12

1   Q.   And how old are they?
2   A.   One is ten -- no, wait a minute, 12
3   and the other one is 10.
4   Q.   And boys, girls, both?
5   A.   One boy and one girl.  She did it
6   right.
7   Q.   What's your present address?
8   A.   My present address 1247 West 56th
9   Street, Kansas City, Missouri 64113.
10  Q.   And how long have you lived at that
11  address?
12  A.   About 35, 40 years.
13  Q.   And you own that -- is that a house?
14  A.   Yes.
15  Q.   And do you own that house?
16  A.   Well, right now, not --
17  Q.   Is it currently in foreclosure?
18  A.   Well, it will be.
19  Q.   But as we sit here today?
20  A.   Right this minute, no.
21  Q.   And who -- does anyone else reside at
22  that address with you?
23  A.   No.  Oh, my husband.
24  Q.   And since -- let's say, since 1999?

Page 13

1   A.   Pardon me?
2   Q.   From 1999 to the present, has anyone
3   other than your husband lived at that address with
4   you?
5   A.   No.
6   Q.   When did your daughter move out of the
7   house?
8   A.   Well, when she went away to college,
9   she moved out and then she was in Texas for quite a
10  while and then she moved back here and she stayed
11  with us for a while until she got her own place.
12  Q.   Okay.  And when she got her own place
13  the second time, roughly approximately when was that?
14  A.   Oh, I don't know, maybe six months or
15  something like that she stayed with us after she came
16  back from Texas.
17  Q.   And what year was that?
18  A.   Well, it was before she was married
19  and her son is ten years old, it would've been in the
20  '80s sometime.
21  Q.   And what is your highest level of
22  education?
23  A.   I graduated from UMKC and I took some
24  MBA courses at UMKC, I did not finish.

4  (Pages 10 to 13)

Jo Levitt

## Page 14

1    Q.    And I asked you before if you had any
2  legal training and the answer was no?
3    A.    No.
4    Q.    Do you have any medical training?
5    A.    No.
6    Q.    Do you have any relatives or close
7  friends who have any legal training?
8    A.    Well, my husband was in partnership
9  with Bob Jackson who was a lawyer and also a
10  businessman and he is dying of pancreatic cancer, so
11  I haven't talked to anybody.
12    Q.    Does your husband have any legal
13  training?
14    A.    No.
15    Q.    And does anyone in your family or any
16  of your close friends have any medical training?
17    A.    My brother-in-law is a back surgeon.
18  Oh, that's not completely truthful. My nephews, I
19  have two, both of them are lawyers, one of them is a
20  lawyer in Chicago, big firm, I can't remember the
21  name of it right now. Zach Fardon, he actually
22  worked for the Attorney General, he was in Tennessee
23  at the time and Alex Fardon who is in Tennessee.
24    Q.    And the brother-in-law who is a back

## Page 15

1  surgeon, is this a spouse of one of your siblings or
2  a spouse of one of your husband's siblings?
3    A.    My husband, this is my husband's side
4  of the family.
5    Q.    Okay. And have you spoken to either
6  your brother-in-law or your two nephews about your
7  lawsuit?
8    A.    Not really.
9    Q.    Have you spoken to either your
10  brother-in-law or one of your nephews about your use
11  of Vioxx?
12    A.    No, not really.
13    Q.    When you say not really, does that
14  mean that you -- what does that --
15    A.    Well, I mean, I don't know whether, I
16  mean, whether they know -- I mean, I don't know -- I
17  have not personally spoken with them about it, I
18  don't know whether my husband has ever, you know,
19  said anything. He went to Chicago for an anniversary
20  that they had a year ago and I don't know whether
21  when he was up there he ever said anything to his,
22  you know, his sister or his brother-in-law about it,
23  I was not there.
24    Q.    Okay. Do you have any professional

## Page 16

1  licenses?
2    A.    Do I have any professional licenses,
3  no, I don't.
4    Q.    And you've never served in the
5  military?
6    A.    I never what?
7    Q.    You've never been in the military?
8    A.    Oh, no.
9    Q.    And on your plaintiff profile form you
10  indicated that you had worked at Chocolate Soup from
11  about 1970 to the present?
12    A.    Yeah, I started it. That's my
13  company, I started it.
14    Q.    Okay. And what did you do before you
15  started that company?
16    A.    I went to school and then I actually
17  started a company called House of Ashley, that's my
18  daughter's name, and I made appliques for the home
19  sewing market and the gentleman that I was buying my
20  machinery from, you know, said, You're making the
21  hard part, you know, so why don't you do the whole
22  thing and that's when I started that company,
23  Chocolate Soup.
24    Q.    Okay.

## Page 17

1    A.    I first started selling to stores like
2  Saks Fifth Avenue and Neiman Marcus and things, but
3  then I went vertical and opened our own stores.
4    Q.    Okay. And so you both manufactured
5  the clothes and sold them retail?
6    A.    Yeah, manufactured and retailed.
7    Q.    And on your profile form you indicated
8  that you were vice president for the company?
9    A.    Right.
10    Q.    And was that the title that you always
11  held?
12    A.    Uh-huh.
13    Q.    When you started the company, did
14  anyone else start it with you?
15    A.    My husband did some help, he was a
16  stockbroker at the time and he helped, you know, he
17  didn't sew, but, I mean, although he tried a couple
18  of times, he helped me with some of the research and
19  so on, you know.
20    Q.    Okay. So besides you and your
21  husband, were there any other owners or investors?
22    A.    No, no. Well, actually my daughter
23  had some -- we gave my daughter some stock at one
24  time, she had some.

Jo Levitt

Page 18

1   Q.   Do you recall when that was?
2   A.   No.
3   Q.   And do you -- are you currently an
4   owner of Chocolate Soup?
5   A.   No.
6   Q.   Were the -- were the manufacturing
7   part of the business and the retail part of the
8   business, were they separate entities or were they
9   always the same?
10   A.   They actually -- he will be able to
11   tell you a little bit more about the setup of it
12   because I wasn't that involved, but there was a
13   Chocolate Soup retail, okay, and a Chocolate Soup
14   manufacturing.
15   Q.   And manufacturing, where was that
16   located?
17   A.   We were in Raytown for years and then
18   we moved to Lee's Summit.
19   Q.   And those are both in Kansas?
20   A.   No, no, that's in Missouri, sorry.
21   Q.   And then for the retail --
22   A.   We had 14 stores.  You want me to name
23   them?  Dallas; Houston; New Orleans; Germantown;
24   Tennessee; Chicago -- Winnetka in Chicago;

Page 19

1   Charleston; Atlanta; St. Louis; Kansas City.  How
2   many is that?
3   Q.   I don't know, but if you get some
4   others, we can fill them in, but all in all there
5   were a total of 14?
6   A.   Well, no, there never started --
7   started out 14, they were built over the years.
8   Q.   Okay.  And when the -- did you ever
9   have any franchisees?
10   A.   No.
11   Q.   So all 14 stores that were owned were
12   owned by you?
13   A.   Right.
14   Q.   And when the stores were opened, did
15   you personally open them?
16   A.   Yes.  Well, I mean, did I personally
17   open them, some of them, but we had -- you know, we
18   hired people and we had a national retail manager
19   and, you know, she did some of the opening and then
20   we had a crew here in Kansas City that would go out
21   and open the stores.
22   Q.   So what was the -- what was the last
23   year that you had 14 stores?
24   A.   I'm not quite sure, but I know that we

Page 20

1   did in '99, 2000.
2   Q.   You did?
3   A.   Uh-huh.
4   Q.   Okay.  Are you currently employed?
5   A.   No.
6   Q.   Now, have you ever -- can you just
7   describe for me the role of vice president?
8   A.   Well, basically I ran the factory, I
9   was in charge of all of the buying because besides
10   manufacturing we also bought other -- from other
11   people, other things that we didn't make.  For
12   example, we didn't make coats, so to round out our
13   retail selection we bought on the outside and so I
14   was in charge of all design, all retailing, I guess I
15   was -- everything -- I was in charge of everything
16   other than the financial part of it.
17   Q.   And am I correct that your husband
18   held the title of president?
19   A.   Yeah.
20   Q.   And why was he president and you were
21   vice president?
22   A.   Because a president is the one that
23   goes to the bank to get the money and so on and
24   besides he's my husband, why not.

Page 21

1   Q.   So in terms of -- strike that.
2   Generally how many hours would you work?
3   A.   I mean, it varied, but basically, I
4   mean, you know, 10, 12 hours, sometimes more than
5   that, I mean, depending on what had to be done.  I
6   mean, if you were going -- if you would work at the
7   factory and make sure everything was going right
8   there and then if you had to go on a trip, I mean, do
9   you count that as working while you're traveling and
10   so on?
11   Q.   Oh, absolutely.
12   A.   I mean, you got up early this morning
13   and flew in or come in last night or late last night.
14   Q.   So did you travel a lot for your work?
15   A.   Yes, I went to markets four times a
16   year at least, went overseas, Philippines, went to
17   Mexico for it.
18   Q.   So let's just say in a typical year or
19   in late '90s, how much travel were you doing?
20   A.   Traveling at least four times a year
21   and sometimes more.
22   Q.   And on average you're saying you would
23   work 10 to 12 hours a day?
24   A.   Uh-huh.

6  (Pages 18 to 21)

Jo Levitt

Page 22

1    Q.    And how many days a week?
2    A.    Six, seven.
3    Q.    And how much time did your husband
4  devote to the business?
5    A.    I guess when he needed to, but he was
6  also involved in some other things so.
7    Q.    Okay. And in that how many -- again
8  focusing on the late '90s, say '95 to 2000, how many
9  employees did you have?
10    A.    Well, in Chocolate Soup a few hundred,
11  maybe 200, I know we had like 35 sewing machine
12  operators, probably at the factory, our factory was
13  about 35,000 square feet and we had -- other than
14  maybe 30 or 35 sewing machine operators, we had
15  support staff of 1, 2, 3, 4, 5, 6, 7, 8, another half
16  that many in other people in the office and in the
17  design area and the cutting and receiving and then
18  we -- oh, I'm sorry we had the warehouse, which was a
19  separate area, which about the same size as the
20  factory and we had maybe -- I think it would go up
21  and down more over there, we had like permanent
22  employees and then we had a few that would come in
23  depending on the busy seasons.
24    Q.    And then you had management employees?

Page 23

1    A.    Pardon me?
2    Q.    You had managers who you worked with
3  to help manage?
4    A.    Yeah, we had a manager of the
5  warehouse and I had a manager at the factory, but a
6  lot of it was hands on.
7    Q.    And when you say a lot of it was hands
8  on, what do you mean?
9    A.    Well, because I did the designing and
10  I knew how to make the garment and so basically, I
11  mean, I was involved in not everything, but about --
12  if we are going to buy new machinery or whatever it
13  is, I knew what it was that we needed to buy and so
14  on.
15    Q.    Okay. Focusing for a moment on the
16  retail stores.
17    A.    Uh-huh.
18    Q.    Did the retail stores sell other
19  merchandise other than the merchandise that you
20  designed?
21    A.    Yes, they did and we sold about half
22  of our own and half of things that we purchased.
23    Q.    And then for the -- for the retail
24  side how many management personnel did you have?

Page 24

1    A.    Well, we had a manager of every store
2  and then she probably -- she had an assistant manager
3  and then they had, you know, quite a bit of part-time
4  help was the other and then we had a national retail
5  manager that was out of -- she actually ran a store
6  besides that in Memphis, Tennessee.
7    Q.    And was there anybody in a management
8  position between the national retail manager and the
9  individual store managers?
10    A.    No, no.
11    Q.    Okay. And how much time did you
12  devote on the retail side?
13    A.    I didn't devote as much time on the
14  retail side as far as the day-to-day running of it,
15  my husband did more than that, in other words, he
16  would do the pricing, yeah, give him something to do,
17  he would do the pricing and he would do -- decide
18  when we were going to have sales or what we were
19  going to do and then I would, you know, work with
20  people on our advertising and so on.
21    Q.    Okay. And the national retail
22  manager, this is a woman?
23    A.    Uh-huh.
24    Q.    What was her name?

Page 25

1    A.    Nancy. She's had a couple of last
2  names, so I'm not quite -- I'll be happy to give it
3  to you, but I don't know what her last name is now.
4    Q.    What was her last name when you worked
5  with her?
6    A.    Nancy, God, I'm sorry, I can't
7  remember it. Nancy Jones, sorry.
8    Q.    And she was based in Memphis?
9    A.    Yeah. Actually, Germantown.
10    Q.    Did you ever manage any of the stores
11  yourself?
12    A.    No. Actually we started -- the first
13  store we had was out on Wornall Road here in Kansas
14  City, it used to be Shanklin's Delicatessen and we
15  started out manufacturing in the basement of it and
16  retailing above and so, I mean, we were around.
17  Yeah, I mean, we were like a big dressmaker
18  basically.
19    Q.    Did you -- at any point in time did
20  you have other designers besides yourself?
21    A.    Yeah, I had people that were
22  underneath me that did -- worked on different things,
23  in other words, they -- I would tell them what we
24  were -- what I was interested in and then we would go

7  (Pages 22 to 25)

Jo Levitt

### Page 26

1  from there on the thing and those were more in the
2  last years, not in the beginning.
3      Q.    And how many designers did you have?
4      A.    We had somebody that worked on the
5  computer for us, one, and then I had a pattern maker,
6  designer, whatever, and who else was in there, oh, I
7  had somebody that would work on the appliques, so I
8  think there was three of us -- three back there.
9      Q.    And who was the manager of the
10 warehouse?
11     A.    Well, there would've been different
12 managers of the warehouse through the years. I mean,
13 Zeta Schump was one of them.
14     Q.    Who was manager of the warehouse in
15 the late '90s, 2000?
16     A.    Oh, in the late '90s.
17     Q.    Like 1990, 2000 time frame?
18     A.    Oh, I'm sorry, give me a minute.
19     Q.    Sure. We'll circle back to that. I
20 also wanted to know the manager for the factory?
21     A.    Oh, Carl Murphy was manager of the
22 factory for a long time. Before Carl Murphy I went
23 through several different ones through the years, but
24 he probably was the manager the longest.

### Page 27

1      Q.    And was he manager of the factory in
2  1999, 2000?
3      A.    I don't know whether he was or not. I
4  think he was -- yeah, I'm sure he was, I'm sure he
5  was.
6      Q.    And where does he live?
7      A.    He lives in Raytown I think.
8      Q.    And the manager of the warehouse, was
9  there less turnover in that position?
10     A.    Pardon me?
11     Q.    Was there less turnover in the manager
12 of the warehouse position?
13     A.    Oh, we didn't have a lot of turnover
14 in our company really. I will tell you her name in a
15 minute, it slips.
16     Q.    Other than --
17     A.    I don't know, have a conversation, you
18 know, do you remember the name of this person and it
19 takes a while and, yes, I'll remember it.
20     Q.    If it pops back to you, just let me
21 know.
22     A.    It will. I tried not to think about
23 all of that for a while I guess.
24     Q.    So you were vice president, your

### Page 28

1  husband was president, were there any other people
2  with officer titles?
3      A.    Yes, we had an accountant, Bob Bazan.
4  Actually, he was a CPA, not an accountant. I don't
5  know where -- we're not really big on titles and
6  stuff. I think he was probably vice president too,
7  but I don't know for sure.
8      Q.    Okay. And anyone else who had a
9  similar role, an officer role?
10     A.    No, no.
11     Q.    And Bob Bazan, is he -- does he live
12 in Kansas City?
13     A.    Yes.
14     Q.    Okay. And can you spell his name for
15 us?
16     A.    B-A-Z-A-N.
17     Q.    And during the time when you had 14
18 retail stores, did you visit all of the stores each
19 year?
20     A.    No, I did not. That was the retail
21 manager and when I did visit, I normally would visit
22 and no one would know who I was.
23     Q.    So almost like a secret shopper?
24     A.    Yeah, secret shopper.

### Page 29

1      Q.    Do you recall how the company was
2  organized, was it an S corporation or something else?
3      A.    We were a regular corporation, I will
4  throw you, I had a hotel too.
5      Q.    We are going to come to that.
6      A.    Okay.
7      Q.    So the entities that you're probably
8  looking for are II, Inc., American XO, like the
9  letter XO?
10     A.    Oh, yeah, you know, like I love you,
11 which my husband didn't know what that meant until
12 when I came up with it.
13     Q.    Anything else?
14     A.    And I guess that's -- I think that
15 those are the -- and Chocolate Soup, Inc., and
16 Chocolate Soup Retail.
17     Q.    And II, Inc., that owned the hotel?
18     A.    That you would have to ask him all of
19 that.
20     Q.    And what about American XO, what did
21 that do?
22     A.    It held -- I don't know how it was --
23 I just signed the papers at the end because I'm not
24 really interested in it.

Jo Levitt

| | Page 30 |
|---|---|
| 1 | Q. So other than the Chocolate Soup and |
| 2 | then the hotel, were there other business entities |
| 3 | that you were involved in? |
| 4 | A. No, I was not -- what other business |
| 5 | things was I involved in, the hotel and Chocolate |
| 6 | Soup, that's it. He had other things. |
| 7 | Q. Okay. So I was just trying to line up |
| 8 | what American XO could possibly have been linked to, |
| 9 | we have Chocolate Soup, Inc., is Chocolate Soup? |
| 10 | A. Right, uh-huh. |
| 11 | Q. And II is the hotel? |
| 12 | A. Uh-huh. |
| 13 | Q. And then American XO is? |
| 14 | A. Held all of them I think, yeah. |
| 15 | Q. Okay. Now, for Chocolate Soup in |
| 16 | terms of did you receive a salary? |
| 17 | A. Did I what? |
| 18 | Q. Did you receive an actual salary? |
| 19 | A. Uh-huh. |
| 20 | Q. Now, how was that determined? |
| 21 | A. I don't know, my husband did it. |
| 22 | Q. Your husband set it? |
| 23 | A. Uh-huh, right. |
| 24 | Q. And then as far as the company was |

| | Page 31 |
|---|---|
| 1 | concerned, were there also like dividends or |
| 2 | distributions were made? |
| 3 | A. No, I mean, you would have to ask him |
| 4 | how he handled all of that, I really was not involved |
| 5 | in it. When I have enough money to do what I wanted |
| 6 | to, I didn't really care. |
| 7 | Q. So the particular label you weren't |
| 8 | trying to keep track of? |
| 9 | A. Right, right. |
| 10 | Q. Do you know what your revenues were |
| 11 | for Chocolate Soup? |
| 12 | A. My guess, I mean, you would have to |
| 13 | ask him, I know that they were in at least 14 |
| 14 | million. I'm sure they were more than that at |
| 15 | different times, I don't know. |
| 16 | Q. And in terms of preparing taxes, do |
| 17 | you know who did that and took care of that? |
| 18 | A. Who did -- prepared the taxes? |
| 19 | Q. For the company? |
| 20 | A. No, I mean, Bob Bazan did a lot of |
| 21 | work on it. You'd have to ask my husband on that. |
| 22 | Q. Okay. Now, what is the current status |
| 23 | of Chocolate Soup? |
| 24 | A. It was just -- the bank took over. |

| | Page 32 |
|---|---|
| 1 | Q. And which bank was that? |
| 2 | A. What? |
| 3 | Q. Which bank? |
| 4 | A. Oh, the Mission Bank. |
| 5 | Q. M-I -- can you spell that? |
| 6 | A. M-I-S-S-I-O-N, Mission, Shawnee |
| 7 | Mission. |
| 8 | Q. Did you at some point sell a part of |
| 9 | the company? |
| 10 | A. They sold part of it. |
| 11 | Q. And when did the bank take it over? |
| 12 | A. 2008. |
| 13 | Q. And prior to 2008 had you tried to |
| 14 | sell the company? |
| 15 | A. No, we were -- well, we were in the |
| 16 | process of selling the hotel and because of -- we |
| 17 | actually had a contract on it and it -- when the |
| 18 | market went south, it went south too. |
| 19 | Q. So the buyers backed out? |
| 20 | A. Everything, yeah, everything just |
| 21 | quit. |
| 22 | Q. And as you sit here today do you have |
| 23 | any remaining interest in Chocolate Soup? |
| 24 | A. Well, I -- no, I mean we have the -- I |

| | Page 33 |
|---|---|
| 1 | don't really know, I don't know. |
| 2 | Q. The people who ended up buying the |
| 3 | company? |
| 4 | A. Uh-huh. |
| 5 | Q. Do you have -- do you know who they |
| 6 | were? |
| 7 | A. Do I what? |
| 8 | Q. Did you have any relationship with |
| 9 | them? |
| 10 | A. Oh, no. |
| 11 | Q. So you've never met them before? |
| 12 | A. I never met them. |
| 13 | Q. Do you know who they are? |
| 14 | A. Yeah, well, he is an Englishman and he |
| 15 | wanted to make his daughter happy. And it's nothing |
| 16 | now, they've closed the rest of the stores I think or |
| 17 | most of them. |
| 18 | Q. And just to back up, when you are |
| 19 | saying that the bank took it over, how did that come |
| 20 | about? |
| 21 | A. Well, we owed the bank money and when |
| 22 | we were -- because money was tight, they weren't |
| 23 | going to renew our loan on the hotel and so we |
| 24 | decided to sell the hotel and we had it sold and then |

9 (Pages 30 to 33)

Jo Levitt

## Page 34

1 it wasn't sold because of the market. I mean, it was
2 actually sold and we had a contract on it like
3 November maybe.
4     Q. Of what year?
5     A. Of 2008, so it was after, you know,
6 the crash that they backed out.
7     Q. Okay. And just to bring that around
8 to you're saying that the bank also took over --
9 strike that. You said the bank took over Chocolate
10 Soup?
11     A. Yeah, because, I mean, we owed them
12 money on all of it.
13     Q. Okay. And so the assets -- I'm trying
14 to figure out how that came about. Were there assets
15 of the company that were pledged to the bank and they
16 seized them or something like that?
17     A. Right, right.
18     Q. Did you work out an agreement or
19 arrangement with the bank where they were going to
20 take over the company?
21     A. I didn't.
22     Q. Did your husband?
23     A. You'll have to talk with him about it.
24     Q. Were there any court proceedings

## Page 35

1 involved --
2     A. No.
3     Q. -- in this transaction?
4     A. No, no, no. We did not go bankrupt,
5 that's not something that you want to do.
6     Q. But, I mean --
7     A. That's not something that's real
8 palatable to us.
9     Q. And it's not the case that the bank
10 like went to court to petition to get access to
11 assets?
12     A. No, huh-uh.
13     Q. You worked out a voluntary --
14     A. Right.
15     Q. -- or mutual agreement?
16     A. Right, right.
17     Q. And the hotel that you mentioned, what
18 was the name of it?
19     A. The Villager.
20     Q. And where was that?
21     A. Lincoln, Nebraska.
22     Q. And when did you become the owner of
23 that property?
24     A. Thirty years ago maybe, 25 years ago.

## Page 36

1     Q. So 1980s?
2     A. Yeah, more like '75, let's put it
3 that.
4     Q. And how did you become to be the owner
5 of that hotel?
6     A. My father built the hotel and he sold
7 it to us.
8     Q. And how far away is Lincoln, Nebraska
9 from Kansas City?
10     A. 250 miles or something, my family was
11 originally from Nebraska. I never lived in Nebraska,
12 no, but my mother and father were originally from
13 Nebraska.
14     Q. And did you have any management role
15 in the hotel?
16     A. No, I just was in charge of the design
17 and --
18     Q. When you say design, what do you mean
19 when you say design?
20     A. Well, because you'd have to redo the
21 hotel and I redid the hotel when we took it over and
22 I was in the process of going to revamp it in, you
23 know, '99, 2000, 2001.
24     Q. Who actually managed the hotel?

## Page 37

1     A. We've had different managers, we had
2 one manager for years, his name was Charlie Huff
3 and -- but at that time I don't really remember who
4 was managing it at that time. After Charlie, we went
5 through, I don't know, three or four managers, young
6 guys that I didn't hire, Bob Bazan hired them.
7     Q. Did you visit the hotel?
8     A. Uh-huh.
9     Q. How often did you visit the hotel?
10     A. Through the years a couple times,
11 maybe twice a year or something like that through the
12 years depending on, you know, what was going on at
13 the hotel at the time. If we were doing something
14 like we built on to the hotel and I would go up more
15 often, just depends on what was going on.
16     Q. When you're saying like you were
17 responsible for design in the hotel, do you mean like
18 interior design or something else?
19     A. Yeah, interior design and exterior
20 design, in other words, it started out as -- it was a
21 '50s hotel and we did a lot of landscaping, we
22 brought in a lot of rocks and stuff from Missouri and
23 we put -- it had a flat roof on it, we put a pitched
24 roof on it, it had a small little office and we, you

Golkow Technologies, Inc. - 1.877.370.DEPS

Jo Levitt

Page 38

1   know, expanded the office and it had ballroom and,
2   you know, we would do things there, had two
3   restaurants.
4        Q.   Okay.  Was it a branded hotel or
5   independent?
6        A.   It was a Best Western for years.
7        Q.   I believe you said when you took it
8   over, it had about 50 rooms?
9        A.   No, it had 200 rooms.
10       Q.   When you took it over?
11       A.   Uh-huh.
12       Q.   And did you -- did it grow from there?
13       A.   Did it what?
14       Q.   Did it become larger?
15       A.   Well, some of the public space became
16  larger, yeah, I mean, we added on as far as the
17  office lobby area was.
18       Q.   But it stayed about 200 rooms?
19       A.   Oh, yeah, it was still about 200
20  rooms.
21       Q.   And, now, what happened with that
22  hotel?
23       A.   What happened with the hotel, the bank
24  took it over.

Page 39

1        Q.   And when did the bank take it over?
2        A.   The same time it took over Chocolate
3   Soup, 2008.
4        Q.   And same bank?
5        A.   Uh-huh.
6        Q.   And did you have any other property
7   that was taken over by the bank in 2008?
8        A.   Not to my knowledge.
9        Q.   Okay.  Were you aware that Chocolate
10  Soup is also a trademark for like a candy or flavored
11  syrup?
12       A.   Yeah, that was ours.
13       Q.   Can you explain that?
14       A.   Yeah, we sold chocolate soup in the
15  stores and in several other places, but it was like
16  Hershey's syrup, but instead of Hershey's syrup,
17  Chocolate Soup.
18       Q.   So you actually sold food items under
19  that name?
20       A.   Yeah, uh-huh.
21       Q.   And how -- where was that made and how
22  was that sold?
23       A.   Well, we made some of it at the hotel
24  in the kitchens up there.

Page 40

1        Q.   And how long were you selling --
2        A.   Chocolate soup.
3        Q.   -- Chocolate Soup soup?
4        A.   I don't know, years.
5        Q.   When did -- do you know when you
6   stopped selling it?
7        A.   Pardon me?
8        Q.   When did you stop selling it?
9        A.   We didn't really, I mean, we haven't
10  sold any in the last year because we haven't been
11  around, but it was always sold through our stores.
12       Q.   Was it sold through any other places
13  other than the actual retail stores?
14       A.   Actually not really, no, huh-uh.
15       Q.   And did you know that the actual
16  trademark, the legal trademark was renewed in 2007?
17       A.   It was renewed in 2007?
18       Q.   Yes.
19       A.   Yeah, it should be.  I mean, I think
20  as far as I know, I mean, we renewed it.
21       Q.   So were you still selling things under
22  that mark in 2007?
23       A.   Uh-huh.
24       Q.   And what were you selling, the same

Page 41

1   items?
2        A.   One item, chocolate soup.
3        Q.   Okay.  Do you have an estimate as to
4   how much chocolate soup you sold?
5        A.   No, I can't tell you.  Sometimes, I
6   mean, sometimes we would give it away if people were
7   buying things or we would have a special or something
8   like that.  It was a promotional thing for the kids
9   in our store, they liked it.
10       Q.   Okay.  At one point in time did your
11  husband have an ownership interest in a bank?
12       A.   Uh-huh.
13       Q.   And was that a -- did you also have an
14  ownership interest in the bank?
15       A.   No, well, other than -- no, I mean --
16  other than Missouri.
17       Q.   Other than it's a joint asset?
18       A.   What?
19       Q.   As a joint asset?
20       A.   Yes, I think so.
21       Q.   Do you know how that -- strike that.
22  Did your husband have a banking background?
23       A.   No, he had a background in -- he was a
24  stockbroker and he's smart and he's good at math.

11  (Pages 38 to 41)

Jo Levitt

Page 42

1    Q.    Okay. Did you have any role at this
2  bank?
3    A.    No, no, no. He was also an S&L. He
4  was president of an S&L?
5    Q.    As a different entity?
6    A.    Uh-huh.
7    Q.    Okay. What was the name of the S&L?
8    A.    What was the name of the S&L? Ask
9  him, I don't know.
10    Q.    Okay. Was he -- at the same time that
11  he was an -- had an ownership interest in the bank he
12  was also president of an S&L.
13    A.    I don't know if it was the same time
14  or not, I don't think so. I think they were at
15  separate times, but I'm not sure.
16    Q.    Let me take a step back. If someone
17  asked you, What does your husband do, what would you
18  say?
19    A.    I don't know. What needs to be done I
20  guess, I don't know. What does he do? He was a
21  businessman, I would say he's a businessman.
22    Q.    Did he spend most of his time on
23  banking activities or not?
24    A.    It would depend on what was going on.

Page 43

1  In other words, sometimes he would spend a lot of
2  time on the outside things, other times he wouldn't.
3  He would spend -- he would a lot of time on Chocolate
4  Soup, he developed all of the software and stuff for
5  Chocolate Soup, he would -- what do I want to say?
6  He was what made it run and have control over things,
7  let's put it that way. He developed the software so
8  we knew what was going on in each one of our
9  companies by being able to look at a day to day -- on
10  a day-to-day basis what our sales were, what our
11  costs were, so on.
12    Q.    So other than Chocolate Soup and the
13  banking enterprises, did he have any other businesses
14  he was involved with?
15    A.    Yeah, he was involved with -- in some
16  real estate things.
17    Q.    Okay. Anything else?
18    A.    Ask him. No, not that I know of.
19    Q.    And did you play any active role in
20  real estate?
21    A.    No, no, no.
22    Q.    You said that you are not currently
23  employed. Is your husband currently employed?
24    A.    Is he employed? I mean, he is

Page 44

1  working at different things, but is he employed by
2  anybody else outside, no.
3    Q.    Does he work for himself?
4    A.    Yeah.
5    Q.    And do you do any work with him?
6    A.    No.
7    Q.    So in terms of your current sources of
8  income --
9    A.    Social Security.
10    Q.    Anything else?
11    A.    No.
12    Q.    And then the -- what business is your
13  husband currently involved with?
14    A.    What business is he currently involved
15  with?
16    Q.    (Nods head).
17    A.    I don't know. I mean, he's working on
18  some things, but I don't know. He's developing
19  possibly some software on the computer, I mean, he
20  has computer stuff, you know, I just don't really
21  know. I think he's at a loss right this minute of
22  what he, you know, what he's going to do.
23    Q.    Does he consider himself retired?
24    A.    What?

Page 45

1    Q.    Is he retired?
2    A.    Well, I guess you could say he's
3  retired.
4    Q.    When did you start drawing Social
5  Security?
6    A.    I think when I was like 66 or
7  something.
8    Q.    Does your husband draw Social
9  Security?
10    A.    Right, we both started drawing at the
11  same time when we needed money, when we had exhausted
12  everything.
13    Q.    And other than the Social Security,
14  you had -- did you have any other retirement
15  accounts?
16    A.    No.
17    Q.    So it was about three years ago?
18    A.    Uh-huh.
19    MS. HORN: We've been going for about
20  an hour, this would be a great time to take a short
21  break.
22    A.    Pardon me?
23    MS. HORN: I said this would be a
24  great time to take a short break.

12 (Pages 42 to 45)

Jo Levitt

Page 46

1       THE VIDEOGRAPHER:  Time is now 9:51,
2   we're going off the record.
3       (Recess.)
4       THE VIDEOGRAPHER:  Time is now 10:02,
5   we're back on the record.
6   BY MS. HORN:
7       Q.   Mrs. Levitt, who is your current
8   primary care physician?
9       A.   Ron Hartman.
10      Q.   And how long has Dr. Hartman been your
11  doctor?
12      A.   I don't know, long time.  Twenty-five
13  years, something like that.
14      Q.   How did you select Dr. Hartman?
15      A.   Actually he -- I got his name through
16  my allergy doctor.
17      Q.   And what was the name of the allergy
18  doctor?
19      A.   I knew you were going to ask me that.
20      Q.   Dr. Neiburger?
21      A.   Yeah, you are better than me.
22      Q.   All right.  Did you have a primary
23  care doctor before you had Dr. Hartman?
24      A.   No.

Page 47

1       Q.   Okay.  So you said you've been seeing
2   Dr. Hartman for a long -- for a long time?
3       A.   Right, right, I guess, you know, the
4   time when you didn't go I had, you know, a
5   gynecologist back during the early times when you
6   don't go to primary care doctors.
7       Q.   And then you also -- do you currently
8   see a Dr. Katz?
9       A.   Yeah, I don't see him now, but yeah, I
10  did.
11      Q.   Okay.  And do you remember when you
12  started seeing Dr. Katz?
13      A.   Yes, in '99.
14      Q.   And he's a rheumatologist?
15      A.   Uh-huh.
16      Q.   And you said you don't see him
17  currently?
18      A.   No.
19      Q.   Why did you stop seeing him?
20      A.   Well, I basically haven't seen a lot
21  of doctors because I don't have a lot of insurance.
22      Q.   Is that why you stopped seeing
23  Dr. Katz?
24      A.   Right.  I mean, I have the medicine I

Page 48

1   need, you know, that -- I've seen other doctors.
2       Q.   And when did you stop seeing Dr. Katz?
3       A.   Probably in maybe 2004 or five.  I
4   think it would be in the record.
5       Q.   Okay.  And do you currently see a
6   rheumatologist?
7       A.   No.
8       Q.   And had you seen a rheumatologist
9   before you saw Dr. Katz?
10      A.   No.
11      Q.   During the time you were seeing
12  Dr. Katz, did you have a good relationship with him?
13      A.   Did I have a good relationship,
14  uh-huh.
15      Q.   And for Dr. Hartman, did you trust
16  Dr. Hartman's judgment?
17      A.   Dr. Hartman sent me to Katz.
18      Q.   And as to Dr. Hartman and Katz you
19  said you had a good relationship with them?
20      A.   Yes.
21      Q.   And did you trust their judgment?
22      A.   Oh, yes, yes.
23      Q.   When you have questions or if you have
24  questions about medicines or health issues, do you

Page 49

1   feel like you can ask Dr. Hartman?
2       A.   Uh-huh.
3       Q.   And he'll take the time to answer your
4   questions?
5       A.   Uh-huh.
6       Q.   Now, at some point in time you were
7   diagnosed with fibromyalgia; is that correct?
8       A.   Yeah.  I don't know that I agree with
9   it.
10      Q.   Okay.  Why is it that you don't know
11  if you agree with it?
12      A.   I don't know, I mean, it's like an
13  Oprah disease, I'm not sure.  Nothing wrong with
14  Oprah, but -- it's just, you know, I thought my hips
15  hurt, you know, and so on and if that's fibromyalgia,
16  I guess, you know -- if it's part of rheumatology,
17  then I guess I don't have any problem with it.
18      Q.   How did you come to be diagnosed with
19  fibromyalgia?
20      A.   Dr. Katz.
21      Q.   And was that back in 1999?
22      A.   Right.
23      Q.   As best as you can recall why were you
24  referred to Dr. Katz?

13 (Pages 46 to 49)

Jo Levitt

## Page 50

1   A.   Because my hips hurt.
2   Q.   Was there anything else that hurt?
3   A.   What?
4   Q.   Was there anything else that hurt or
5   was it just your hips?
6   A.   Well, I mean, my hips hurt and, I
7   mean, I was a runner and so on and, yeah, I mean, I
8   hurt, but particularly my hips.
9   Q.   At the time that Dr. Katz -- strike
10  that. Was it Dr. Katz who diagnosed you with
11  fibromyalgia?
12  A.   Uh-huh.
13  Q.   At the time that he made that
14  diagnosis, did you disagree with him?
15  A.   Did I disagree with him? Well, no, I
16  mean, I didn't disagree with -- I mean, no. I said
17  to him about the same thing I said to you on the
18  thing, you know, it sounded like, you know, disease
19  du jour.
20  Q.   Other than your hips hurting, do you
21  recall any other symptoms that you were experiencing
22  that they were attributing to fibromyalgia?
23  A.   I'm sure it's in the record, I don't
24  recall right now, but I do believe that my main

## Page 51

1   complaint, you know, was that my hips hurt and that I
2   ached, you know.
3   Q.   You feel like you were eating more --
4   you ached?
5   A.   Ached.
6   Q.   A-C-H-E, I thought you said ate?
7   A.   No. Ached, ached.
8   Q.   Okay, ached.
9   A.   Hillbilly language.
10  Q.   All right. And from time to time you
11  said you're sure it's in the records --
12  A.   I'm sorry, what?
13  Q.   You've made a couple references to
14  your medical records, being sure that certain things
15  were in your medical records?
16  A.   Uh-huh.
17  Q.   To the extent you don't recall
18  specifics, do you defer to what's in your medical
19  records?
20  A.   On that point.
21  Q.   Okay. Are there -- have you had the
22  opportunity to review your medical records?
23  A.   Somewhat. You all sent me my medical
24  records that you had and I looked them over, yes, but

## Page 52

1   there are a lot of them.
2   Q.   Do you recall reviewing any of your
3   medical records and then deciding that you disagreed
4   with what was in them?
5   A.   Right offhand I can't recall anything
6   that I disagree with that's in them, but I haven't
7   read them all, so whether I disagree with this
8   specific thing, possibly.
9   Q.   But as you sit here today there's
10  nothing that you --
11  A.   I'm sorry.
12  Q.   As you sit here now, there's nothing
13  that you know of that you disagree with?
14  A.   As I sit here now nothing that I know
15  of that I would disagree with.
16  Q.   After you were diagnosed with
17  fibromyalgia, did you try to research what that
18  condition was?
19  A.   Did what?
20  Q.   Did you try to research what that
21  condition was, either do internet research or
22  literature or anything like that?
23  A.   Not really, I was busy, I mean, not
24  really.

## Page 53

1   Q.   Did you join any support groups or are
2   you currently a member of any support groups?
3   A.   No, no.
4   Q.   And then there are some symptoms that
5   are commonly associated with fibromyalgia?
6   A.   Uh-huh.
7   Q.   I'm just going to go through them and
8   can you just tell me whether or not you believe that
9   you experience those.
10  A.   Okay.
11  Q.   Okay. One is widespread pain and
12  tenderness?
13  A.   Widespread pain?
14  Q.   And tenderness?
15  A.   Yes, I ached.
16  Q.   Fatigued or feeling very tired?
17  A.   Yeah, I would feel tired particularly,
18  you know, I would exercise and I would feel tired and
19  my hips would hurt mostly and I would ache.
20  Q.   Or like waking up feeling unrefreshed
21  like after having a full night's sleep and waking up
22  feeling unrefreshed?
23  A.   Right, right.
24  Q.   You had that?

14  (Pages 50 to 53)

Jo Levitt

Page 54

1    A.    Uh-huh.
2    Q.    Problems with memory or thinking
3  clearly?
4    A.    I don't know, do I think clearly now.
5  That's a question to ask people, Do you think
6  clearly. No, I did, I was thinking clearly then.
7    Q.    Okay. Depression or anxiety?
8    A.    Normal.
9    Q.    Migraine or tension headaches?
10   A.    No.
11   Q.    Any digestive problems?
12   A.    No.
13   Q.    Irritable or overactive bladder?
14   A.    Irritable. I don't know, that's kind
15  of a loaded question. No, I would say no more
16  than --
17   Q.    No, this is actually irritable or
18  overactive bladder?
19   A.    Oh, irritable or overactive bladder,
20  no, sorry.
21   Q.    So once Dr. Katz diagnosed you with
22  fibromyalgia, what treatment did he recommend?
23   A.    What treatment did he recommend? He
24  recommended -- he sent me over to do some exercises

Page 55

1  over at a rehab place and on the Vioxx thing I cannot
2  remember, I think he was the one that prescribed it
3  to me. When I went in to Dr. Hartman, I think I
4  asked about it and I don't know whether Hartman
5  actually prescribed it to me or both of them
6  prescribed it to me after I asked about it.
7    Q.    Okay. And in putting the Vioxx to the
8  side for a moment, do you recall any other treatments
9  that were given to you for --
10   A.    Any other treatment that I had?
11   Q.    Yes, for the fibromyalgia.
12   A.    Yes, he had the exercises, he had me
13  go do some exercises. And at the time, I mean, I was
14  being treated for sinus infections, so the medicine
15  that I was on there, I don't know was helping or
16  hurting anything that as far as, you know, my
17  fibromyalgia or -- was concerned.
18   Q.    Do you currently take any medication
19  or have any treatment for fibromyalgia currently?
20   A.    Currently, no. Wait a minute, that
21  might not be true, I actually do because I'm not sure
22  how all of this comes down, but what I am taking is
23  I'm taking Cymbalta, I'm not taking it from Dr. Katz.
24  Who prescribed my Cymbalta? Dr. Hartman prescribed

Page 56

1  my Cymbalta I think.
2    Q.    And one of the reasons you take
3  Cymbalta is to address your fibromyalgia?
4    A.    Yeah, I'm sorry, prescribed my
5  Cymbalta. Who prescribed my Cymbalta was a
6  psychiatrist, not Dr. Hartman I believe.
7    Q.    Was it --
8    A.    And the Cymbalta has helped whatever
9  aches and pains that I have and it would've been
10  Frederick Mittleman because my allergist told me I
11  was depressed and to go to Mittleman and he was the
12  one that gave me that.
13   Q.    I see that you've picked up your purse
14  and are looking for something?
15   A.    It didn't have a doctor's name on it.
16   Q.    Are you trying to check your
17  medication?
18   A.    What?
19   Q.    Are you trying to check your
20  medication to see who prescribed it?
21   A.    What?
22   Q.    Are you trying to see who prescribed
23  your medication?
24   A.    Yes, I'm sorry, I'm sorry. It should

Page 57

1  have a name on it, shouldn't it? Oh, okay, yeah,
2  another psychiatrist, Kent Stevenson, because
3  Mittleman left town to Arizona and another
4  psychiatrist Stevenson --
5    Q.    Can you spell Stevenson?
6    A.    Stevenson.
7    Q.    Is it a V or P-H?
8    A.    Stevenson. Kent, S-T-E-V-E-N-S-O-N,
9  prescriber.
10   Q.    And now you also have had a history of
11  sinus problems; is that right?
12   A.    Uh-huh.
13   Q.    Can you explain the nature of what
14  those problems are?
15   A.    Yeah, basically I would get real bad
16  headaches and have, you know, green stuff coming out
17  of my nose and so on and they don't know whether it's
18  allergies or not allergies was causing it and I had
19  two sinus surgeries, one called a Caldwell Luc or
20  something like that and then I've done through the
21  years all kinds of different things, you know, for my
22  allergies or, you know, my sinus problems. I think
23  in one of the thing s that you all sent me, the
24  doctor that I forgot to put down was in St. Louis and

15 (Pages 54 to 57)

Jo Levitt

## Page 58

1   I probably read about him and went there to see what
2   he could, you know, do for me, so it has been an
3   ongoing problem with my sinuses.
4       Q.   Is it a problem that you currently
5   have?
6       A.   Yes, uh-huh.  I mean, it's a lot
7   better than it was years, you know, ago, but I would
8   just get real bad headaches and it would get real
9   stopped up, it felt like a big balloon and so they
10  finally did a drainage thing to help it drain, but it
11  still I'll get stuff where it won't drain and.
12      Q.   Okay.  So it's more being stopped up,
13  not like a runny nose?
14      A.   Did --
15      Q.   From time to time did you have a runny
16  nose?
17      A.   No, my worst thing was is I felt like
18  I had cement in my head, you know, instead of it
19  running, it would be there and it would be stuck in
20  there and I couldn't get it out.  So, I mean, you
21  know, I have a regimen now of doing drainage things
22  for it, you squirt stuff in your nose and you have a
23  little -- you know, use salt water and so on every
24  day to help clear it out.

## Page 59

1       Q.   And that helps?
2       A.   Yeah, it helps a lot more then, you
3   know.  Well, it helps.  I think the surgery helped
4   the most, but then it's still -- I had problems with
5   it and if I fly and stuff like that, you know, I have
6   to make sure that I do that and I'll take a Benadryl
7   before I fly and so on, but the biggest thing is I
8   would get -- be on antibiotics quite a bit because of
9   it because it would get stopped up.
10      Q.   And you'd have an infection?
11      A.   Uh-huh.
12      Q.   And were there periods of time it was
13  so bad that it was a source of distress like you were
14  very upset about it?
15      A.   I'm sorry, I can't hear you.
16      Q.   Were there times that it was so bad
17  that you were very, very upset about it, you were
18  very distressed?
19      A.   I was upset about it, but I always
20  managed to go on, in other words, you know.  It
21  didn't stop me from doing the things that I needed to
22  do.  More than anything I was mad about it.
23      Q.   And do you take any medication for it?
24      A.   Yeah, I've taken all kinds of

## Page 60

1   medication for it through the years.  I couldn't even
2   begin to ask.  It will be in Neiburger's reports.
3       Q.   And are you -- do you currently see
4   Dr. Neiburger?
5       A.   No, I haven't been seeing him.
6       Q.   When's the last time you saw him?
7       A.   A couple years ago.
8       Q.   And to the extent that you have --
9       A.   When I've had an infection or
10  something like that, Hartman has given me
11  medication.
12      Q.   So to the extent that you have sinus
13  problems today, Dr. Hartman is the one you would see?
14      A.   Yeah, I have been.  I'm sorry, you
15  told me not to interrupt you.
16      Q.   It's very -- it's hard to forget that.
17  At one point in time did you see a Dr. Burroughs?
18      A.   Uh-huh, he was the one that I did the
19  Caldwell Luc and then he actually came in and did
20  another operation after that, which was just to
21  refine the Caldwell Luc, yes.
22      Q.   Did you start seeing Dr. Neiburger in
23  1990, around 1990?
24      A.   Was I seeing him in 1990?

## Page 61

1       Q.   Uh-huh.
2       A.   I'm sure I was.
3       Q.   Okay.  And do you recall whether back
4   in that time period, 1990 time period, that you were
5   experiencing a lot of sinus issues that were making
6   you depressed?
7       A.   I'm sorry, what?
8       Q.   Do you recall whether you were
9   experiencing a lot of sinus problems that were making
10  you depressed?
11      A.   I was experiencing sinus problems,
12  yeah.
13      Q.   Were they making you depressed?
14      A.   Yeah, I mean, I would get depressed --
15  I would get angry about them and I don't know whether
16  he gave me any depress -- anti-depressants or not I
17  don't remember, but it would be in the -- you know,
18  his records.
19      Q.   Do you --
20      A.   I don't think he did.  I don't know.
21      Q.   Do you remember prior to taking Vioxx,
22  do you remember Dr. Neiburger recommending that you
23  see a psychiatrist or somebody else --
24      A.   No.

16  (Pages 58 to 61)

Jo Levitt

Page 62

1    Q.    -- because he thought you were
2    obsessing?
3    A.    I remember after. I think it was
4    maybe two years after.
5    Q.    Had you ever seen a psychiatrist
6    before you saw Dr. Mittleman?
7    A.    Did I ever see -- no, not that I
8    recall. When did I -- Ashley went to a psychiatrist.
9    Q.    If there --
10   A.    We went to some family counseling when
11   my daughter was young, I do remember that, and I
12   don't remember what the name of the psychiatrist was
13   at the time.
14   Q.    And just approximate -- do you have
15   the approximate year when that would've been?
16   A.    I don't know, she -- grade school time
17   it would've been.
18   Q.    1980s?
19   A.    Well, let's see, '67 -- '70s, '80s.
20   Q.    Do you recall whether Dr. Neiburger
21   prescribed Prozac for you at some point in time?
22   A.    Do I remember whether he did or not,
23   no, I do not remember. I'm not saying he did or
24   didn't, I don't remember, but I do know I think

Page 63

1    Dr. Mittleman prescribed that.
2    Q.    Do you recall taking any
3    anti-depressants prior to 1999 like Paxil, Effexor or
4    anything like that?
5    A.    No, I do not, but I don't -- I won't
6    say that they didn't prescribe me any and if they
7    did, it would be in my records. I don't think
8    Hartman prescribed me anything like that, so if
9    anybody prescribed anything like that, I think it
10   would've been my sinus doctor.
11   Q.    And why would he have prescribed you
12   an anti-depressant?
13   A.    I don't know, because maybe he thought
14   that I needed it.
15   Q.    Generally speaking when physician --
16   A.    What?
17   Q.    When your doctors prescribed
18   medication for you, did you usually follow --
19   A.    Yes, I did.
20   Q.    -- prescription? At some point in
21   time did you start taking medication for
22   hypertension?
23   A.    No. Well, I took some Atenolol, they
24   gave it to me in the hospital or outside of the

Page 64

1    hospital afterwards.
2    Q.    Do you recall taking Verapamil or --
3    A.    A what?
4    Q.    Verapamil?
5    A.    No.
6    Q.    You don't recall taking medication
7    Verapamil?
8    A.    No.
9    Q.    How about Calan or Calan?
10   A.    What?
11   Q.    Calan or Calan, I'm not sure how it's
12   pronounced, C-A-L-A-N?
13   A.    I don't remember. When did I take
14   that?
15   Q.    I believe in 1999?
16   A.    Who prescribed it to me?
17   Q.    We can -- we'll circle back to that.
18   A.    Okay. No. If that was prescribed to
19   me, it wasn't because I had high blood pressure
20   because I didn't have high blood pressure.
21   Q.    That was my next question, were you
22   ever diagnosed with hypertension?
23   A.    No.
24   Q.    Do you have an understanding for why

Page 65

1    that medication would be prescribed to you?
2    A.    If you gave me a hint of who
3    prescribed it, maybe I could.
4    Q.    Okay. We'll come back to that. Again
5    I want to focus on the time period prior to when you
6    started taking Vioxx?
7    A.    Uh-huh.
8    Q.    I am going to run through a list of --
9    I'm going to run through a list of medications that
10   are commonly thought of as painkillers.
11   A.    Uh-huh.
12   Q.    And I want you to tell me whether or
13   not you had taken them.
14   A.    Okay.
15   Q.    Okay. Aspirin?
16   A.    Pardon me, aspirin, yes.
17   Q.    Celebrex?
18   A.    No.
19   Q.    Bextra?
20   A.    No, no.
21   Q.    Prexige?
22   A.    What?
23   Q.    Prexige, P-R-E-X-I-G-E?
24   A.    No, not to my knowledge.

17 (Pages 62 to 65)

Jo Levitt

Page 66

1   Q.   Or it's also know as Lumiracoxib?
2   A.   What?
3   Q.   Lumiracoxib.
4   A.   No.
5   Q.   Aleve or Naprosyn?
6   A.   No.
7   Q.   Tylenol, Advil or Motrin?
8   A.   Nope.
9   Q.   Ibuprofen?
10  A.   No.
11  Q.   Diclofenac?
12  A.   No.
13  Q.   Tylenol?
14  A.   What?
15  Q.   Tylenol?
16  A.   No.  When you say had I ever taken
17  them, as if like if I had an operation or something
18  like that and they told me to take one or have I ever
19  taken any -- I guess give me the question one more
20  time so I make sure that I'm answering it correctly.
21  Q.   Focusing on the time period before you
22  started taking Vioxx.
23  A.   Uh-huh.
24  Q.   If you had -- if you have a

Page 67

1   recollection of taking it even if it was for just
2   once?
3   A.   Oh, okay.  All right.
4   Q.   -- but if you have an actual
5   recollection, just go ahead and say yes and tell me?
6   A.   Go back down on the thing.
7   Q.   You want me to start over?
8   A.   Yeah.  The only one I know I had a
9   Motrin, I know I've taken Motrin.
10  Q.   Did you have a prescription for
11  Motrin?
12  A.   Not to my knowledge.
13  Q.   Okay.  What about Mobic?
14  A.   No.
15  Q.   All right.  Earlier you referenced
16  having pain in your hips and aches?
17  A.   Uh-huh, right.
18  Q.   Did you take anything for that?
19  A.   I took aspirin and I went to the
20  doctor to figure out why I had pain in my hips.
21  Q.   Did you have a history of low back
22  pain?
23  A.   Uh-huh.
24  Q.   Did you take anything for that?

Page 68

1   A.   Yeah, I did.  I took -- I guess I
2   would've taken Motrin and aspirin and over the
3   counter I don't know.  I know I don't take Tylenol
4   and I don't take Aleve and that's it.
5   Q.   Other than the low back pain, did you
6   have any other kind of chronic pain conditions?
7   A.   Do I have any other chronic pain, no.
8   Q.   Were you ever diagnosed with
9   arthritis?
10  A.   No, not until -- I think Dr. Hartman
11  said, you know, I had -- I think his records said I
12  had arthritis, arthritis in my back, yeah, and
13  talking -- I mean, I guess with my back problems my
14  brother-in-law told me the best thing to do for my
15  back was to do some exercises where you stand up
16  against the wall and you push your back against the
17  wall and that strengthens those muscles in there and
18  I found that that did the most for me, you know,
19  compared with anything else.
20  Q.   This is the brother-in-law who's a --
21  is he a back surgeon?
22  A.   Uh-huh, right.  And I think I --
23  muscle relaxant s, they used to give me some muscle
24  relaxants, that's what they would do when I had back

Page 69

1   problems.
2   Q.   Do you remember --
3   A.   And I don't remember what the names of
4   them were because I don't remember them saying here
5   pain pills, what they give was muscle relaxant.  Is
6   that a pain pill?
7   Q.   It can be.
8   A.   Do you have any medical background?
9   Q.   No.  All right.  How did you first
10  hear of Vioxx?
11  A.   From Merck.
12  Q.   What do you mean?
13  A.   I'm not quite sure how I, you know,
14  first heard of it, but I know I heard it from Merck.
15  I don't remember any specific ad or any specific
16  anything, but I had to have heard it from, you know,
17  Merck because I was the one that asked my doctor for,
18  you know, Vioxx.
19  Q.   And that's what I was trying to get
20  at.  Why did you ask your doctor about Vioxx?
21  A.   Because I was in pain and I thought
22  that it, you know, would help me.
23  Q.   And why Vioxx specifically?
24  A.   Because I heard that it was a super

18  (Pages 66 to 69)

Jo Levitt

## Page 70

1  aspirin.
2      Q.    And where did you hear that?
3      A.    I don't know.  We took a lot of papers
4  and stuff like Scientific America, the Wall Street
5  Journal, the New York Times, I don't know, just
6  different magazines, women's magazines, you know, I
7  don't know where I heard that.
8      Q.    And when you went in and asked for it,
9  were you asking -- what type of pain were you seeking
10  to treat?
11      A.    I had hip problems, which I thought I
12  had arthritis, which they then diagnosed as
13  fibromyalgia.
14      Q.    Prior to taking Vioxx, did you know
15  anyone else who was taking it --
16      A.    No.
17      Q.    -- or had taken it?
18      A.    No, not that I know of.
19      Q.    I mean, as you sit here today do you
20  know anyone else who took Vioxx?
21      A.    Did I what?
22      Q.    As you sit here now, do you know
23  anyone else who took Vioxx?
24      A.    No.  I'm sure I do, but I don't --

## Page 71

1  they didn't give me the knowledge that they did.
2      Q.    And you say that you went in and asked
3  about Vioxx, did you discuss any other types of
4  painkillers or anti-inflammatory medications?
5      A.    No.
6      Q.    Did you have a discussion -- strike
7  that.  Do you recall which doctor this was?
8      A.    Hartman.
9      Q.    Did you have a discussion with
10  Dr. Hartman about -- about Vioxx?
11      A.    No.
12      Q.    So you --
13      A.    As I said, I can't remember whether he
14  prescribed it to me or whether Katz prescribed it to
15  me, I think in the end Katz did, I don't think he
16  prescribed it to me, so, I mean, he sent me over to
17  Katz.
18      Q.    Did you ever -- strike that.  All of
19  the Vioxx that you took, was it always by
20  prescription?
21      A.    Yes, only my prescription.
22      Q.    And it was a prescription made out to
23  you?
24      A.    What?

## Page 72

1      Q.    And it was a prescription to you?
2      A.    Yes.
3          THE WITNESS:  We're going so slow you
4  can do your nails.
5  BY MS. HORN:
6      Q.    And you recall Dr. Katz giving you a
7  prescription for Vioxx at some point; is that right?
8      A.    I believe that Katz was the one that
9  prescribed it to me.
10      Q.    Do you recall did he tell you why he
11  thought Vioxx would be an appropriate choice for you?
12      A.    No, because I think I asked about
13  Vioxx.
14      Q.    Do you recall what dose of Vioxx you
15  were prescribed?
16      A.    I believe it was 25.
17      Q.    And did you take it daily?
18      A.    Uh-huh, yes.
19      Q.    Did it work for you?
20      A.    Did I still have aches and pains,
21  yeah, but apparently it worked enough that I, you
22  know, kept taking it, in other words, I probably
23  wouldn't have continued to take it if I didn't feel
24  like it was doing something for me.

## Page 73

1      Q.    When you filled your Vioxx
2  prescription, do you recall receiving any kind of
3  like a pamphlet or information about warnings and
4  precautions?
5      A.    I'm sorry, would you say that again?
6      Q.    Did you receive any literature with
7  your Vioxx prescription like any warnings or written
8  patient information booklets or anything like that?
9      A.    Not to my knowledge, in other words,
10  I -- when I went to the pharmacist and he gave me the
11  thing, was there any stuff in there, you know, paper
12  or something, I do not recall.
13      Q.    Okay.  Do you know -- you recall that
14  sometimes when you go to pharmacy and you get
15  prescriptions --
16      A.    Right.
17      Q.    -- they have written information?
18      A.    Right, uh-huh.
19      Q.    Do you usually read the written
20  information that's provided?
21      A.    Do I read it, sometimes I do, but not
22  always.  Do I remember reading anything there, no, I
23  don't.
24      Q.    Did your husband ever take Vioxx?

19  (Pages 70 to 73)

Jo Levitt

| Page 74 |
| --- |

1    A.    Pardon me?
2    Q.    Did your husband ever take Vioxx?
3    A.    No.
4    Q.    Did he ever -- did he take any
5  painkillers?
6    A.    I don't know, I'm sure that he did.  I
7  think he had maybe took Motrin -- Motrin, why do I
8  want to say Motrin.  Yeah, I think he took some
9  Motrin.
10    Q.    During the time period when you were
11  taking -- when you started taking Vioxx like 1999
12  into 2000, were you also taking aspirin every day?
13    A.    In when --
14    Q.    1999, 2000?
15    A.    No, I don't think I was taking aspirin
16  every day, no, but I have taken aspirin on occasion,
17  yeah.
18    Q.    Do you recall ever being prescribed or
19  recommended that you take some kind of like baby
20  aspirin every day?
21    A.    No, not by a doctor, although
22  everybody was, you know, touting, you know, that you
23  should take a baby aspirin, everybody should take a
24  baby aspirin at that time and so I probably did take

| Page 75 |
| --- |

1  baby aspirin at times, but I don't remember any
2  doctor ever telling me that.
3    Q.    Do you recall whether you took it
4  every day?
5    A.    Every day, no, I did not take a baby
6  aspirin every day.
7    Q.    Do you recall whether before you ever
8  were prescribed Vioxx, do you recall seeing any
9  advertising for Vioxx?
10    A.    As I said I cannot recall anything
11  specifically.  I mean, whether before or after I
12  started taking Vioxx because it's really kind of a
13  blur, in other words, I couldn't tell you that -- I
14  remember seeing something about Bruce Jenner or
15  something like that, whether that was before I
16  started taking or after I started taking it, I don't
17  know.  After that there was a lot of stuff on it with
18  the skater that was on TV, but whether that was
19  before or after I started taking Vioxx, I don't
20  remember either one.
21    Q.    Do you recall seeing advertising --
22  advertisements for any other painkillers like
23  Celebrex or Motrin or anything, anything else that
24  stands out in your mind?

| Page 76 |
| --- |

1    A.    No, no.
2    MS. HORN:  Okay.  We will go ahead and
3  mark this as Exhibit 1.
4    (Levitt Exhibit 1 was marked for
5  identification by the reporter.)
6  BY MS. HORN:
7    Q.    And, Ms. Levitt, what I have had
8  marked as Exhibit 1 you can see on the first page is
9  a plaintiff profile form and you see it's for your
10  case.  If you turn to the very last page, page 10?
11    A.    Uh-huh.
12    Q.    And there's a certification, is that
13  your signature?
14    A.    Yes.
15    Q.    And do you recall filling out this
16  document?
17    A.    Do I recall filling it out, yes.
18    Q.    Okay.  Were you the one that actually
19  typed up the information or was it -- how was this
20  document prepared as far as you recall?
21    A.    I didn't type it I don't think.  I
22  think I -- I think I wrote it in.
23    Q.    And then somebody else typed it?
24    A.    Did I send it in typed?

| Page 77 |
| --- |

1    Q.    This version you see the date is
2  November 12th, 2006, do you see the date that it's
3  signed on the last page?
4    A.    2006?
5    Q.    2006.
6    A.    Uh-huh.
7    Q.    And then if you look on the very first
8  page there's a stamp, which shows when it was served,
9  that little circle, it says it was served on
10  officially March 12th, 2007?
11    A.    Uh-huh.
12    Q.    So this would have been
13  electronically --
14    A.    Okay.
15    Q.    -- served?
16    A.    Okay.  This would've been I think when
17  I have a lawyer, when I first had a lawyer and they
18  turned it in to you, right?
19    Q.    So did you have an opportunity to
20  review the document before signing the certification
21  on the last page?
22    A.    No, I don't think so.  I don't recall,
23  I don't remember.  I'm trying to remember, but I
24  don't remember.  When I went in to the lawyer's --

20 (Pages 74 to 77)

Jo Levitt

| Page 78 |
| --- |

1  the lawyer's office, I think that they had me fill
2  something out the first day and I wouldn't have typed
3  it in. If I sat there and did it, I would've written
4  it in, so I don't think I took this home and filled
5  it out, so whether I signed this -- whether they sent
6  it over to me and I signed it or I signed something
7  in there, you know, this and they put it with it when
8  they got everything, I don't remember.
9       Q.   Okay.
10      A.   It's not completely filled out, so
11  maybe they filled it out. Okay. What do you want,
12  what can I help you out on? I mean, what was your
13  question -- what was your question again?
14      Q.   That was my question whether or not
15  you reviewed it before it was signed?
16      A.   Not to my -- not to my knowledge after
17  all of that.
18      Q.   Okay. And can you turn to page 3 of
19  this document?
20      A.   Page 3.
21      Q.   You see all of those numbered
22  questions, there is a section that says J employment
23  information?
24      A.   I'm sorry?

| Page 79 |
| --- |

1       Q.   See the middle of the page there's a
2  section J, employment information, do you see that?
3       A.   In the middle of the page there's a
4  Jo?
5       Q.   The letter J and then employment
6  information?
7       A.   I'm sorry, in the middle of the page,
8  I'm sorry --
9       Q.   Are you on page 3?
10      A.   Page 3, yes.
11      Q.   Okay. Do you see the section there's
12  a letter J and then it says employment information?
13      A.   It's gray. Okay. Okay.
14      Q.   Okay. And then you keep going there
15  is a question No. 3?
16      A.   Uh-huh.
17      Q.   Are you making a wage loss claim for
18  either your present or previous employment and then
19  there's an X that's marked?
20      A.   Current employer, if not employed,
21  last employer, okay, yes, Chocolate Soup current
22  employer. That's what you want?
23      Q.   Okay. Keep going down?
24      A.   Okay.

| Page 80 |
| --- |

1       Q.   There's a question that says, State
2  your annual income at the time of injury and then
3  there is a figure of $68,400.
4       A.   I'm sorry, I cannot hear you.
5       Q.   There is a question that says state
6  your annual income at the time of the injury alleged
7  in section 1C and then there's a number typed in of
8  $68,400?
9       A.   Okay.
10      Q.   Do you see that?
11      A.   Uh-huh.
12      Q.   Okay. Do you -- do you know where
13  that number came from?
14      A.   No, I don't.
15      Q.   Do you know one way or another if that
16  number is accurate?
17      A.   No, I don't know whether it's
18  accurate. I don't -- I don't know whether it's
19  accurate.
20      Q.   Okay.
21           MS. HORN:  This can be marked as
22  Exhibit 2, please.
23           (Levitt Exhibit 2 was marked for
24  identification by the reporter.)

| Page 81 |
| --- |

1  BY MS. HORN:
2       Q.   And what I have had marked as Exhibit
3  2 is the amended and supplemental plaintiff profile
4  forms on the first page?
5       A.   Uh-huh.
6       Q.   And you'll see there's a stamped date
7  that says received September 28, 2009. Do you see
8  that at the bottom?
9       A.   Uh-huh.
10      Q.   Okay. Now, this one if you turn to
11  page -- actually let me give you a moment to look at
12  this and can you tell me whether you recall filling
13  anything like this out or filling this one out?
14      A.   Whether I recall sending anything like
15  this out? What was the date of it?
16      Q.   I believe September 28, 2009 is when
17  we received it.
18      A.   Okay. Oh, yeah, okay, yeah, it says
19  it right here on the front. Yeah, I sent some things
20  in to you all, yes.
21      Q.   Well, this particular -- okay. This
22  particular one if you turn to page 43?
23      A.   Page 43. Uh-huh.
24      Q.   This one also has a certification

Jo Levitt

Page 82

1  page, but this certification page isn't signed?
2      A.   Okay.
3      Q.   As you see it's just blank and so I
4  wanted to make sure that this was a document that you
5  had prepared or, if not, find out who had prepared
6  it?
7      A.   Okay. I don't think I prepared it,
8  but....
9      Q.   Okay. Well, if you didn't prepare it,
10  who would've prepared it?
11     A.   How did -- how did you receive this?
12  Did I -- was it sent to you by -- okay. I think I
13  did prepare this. I didn't sign it because I wrote
14  it on -- I mean, I filled it out on the computer.
15  September 28, 2009. I'm confused now. Can I ask you
16  how you received it, that would help me?
17     Q.   Well, I'm going to surmise and maybe
18  this will help you, but I could be mistaken and if I
19  am, you can tell me that.
20     A.   Okny, I'll figure it out.
21     Q.   Go to the very last two pages, pages
22  45 and 46.
23     A.   Okay. Okay.
24     Q.   And if you -- it appears to be a

Page 83

1  letter that you sent. This particular letter is from
2  you to Judge Fallon?
3      A.   Right.
4      Q.   And then it looks like if you turn to
5  the last page, that there were a series of
6  attachments?
7      A.   I'm sorry, I am not hearing you.
8      Q.   It looks like there may be series of
9  attachments or documents referenced in the very last
10  page or documents sent to Sgiamportone?
11     A.   Okay.
12     Q.   So not knowing, it appears that they
13  were e-mailed?
14     A.   Okay, e-mailed. This appears, the
15  letter I sent to the judge, okay, and it appears that
16  if there were some attachments, that these could have
17  been -- I wouldn't have attached all of this. I
18  could have attached some things and they filled them
19  out. Boy, I'm just -- I'm sorry, but I'm at a loss.
20  This I know, okay, I sent this to the judge. Okay.
21     Q.   Okay.
22     A.   This here I don't know and -- I mean,
23  maybe if I read down through some of this stuff, I
24  can --

Page 84

1      Q.   And we are going to have to change the
2  tape in just a quick second, so let me ask you one
3  more question, which might help you. If you turn to
4  the very last page, page 46?
5      A.   I'm sorry, what?
6      Q.   Can you turn to the very, very last
7  page, 46?
8      A.   Uh-huh.
9      Q.   Which is the last page of the letter
10  to Judge Fallon?
11     A.   Uh-huh.
12     Q.   Do you see where it says documents
13  sent to and then there's an e-mail address?
14     A.   Oh, okay.
15     Q.   SGiamportone@wcsr.com and then there's
16  a list. Do you recall sending some documents to
17  this -- to this e-mail address?
18     A.   Yes, I do, yes.
19         MS. HORN:  Okay. All right. Now, we
20  need to go off the record so we can change the tape.
21         THE WITNESS:  Okay.
22         THE VIDEOGRAPHER:  The time is now
23  11:00, we're going off the record.
24         (Recess.)

Page 85

1         THE VIDEOGRAPHER:  The time is now
2  11:01, we're back on the record.
3      A.   It looks like these were in 2008 and
4  then this was 2009.
5  BY MS. HORN:
6      Q.   I'm sorry, what are you looking at in
7  particular?
8      A.   Over here. I'm looking at page 45 and
9  that's like March 5, 2008.
10     Q.   You're looking at where it says
11  certification of mailing of preservation notices?
12     A.   Uh-huh.
13     Q.   And then you turn the next page
14  there's more documents listed?
15     A.   What?
16     Q.   And then there's more documents listed
17  if you turn the next page?
18     A.   Uh-huh.
19     Q.   Let me ask a different question, if
20  you did not prepare this document, do you know who
21  would've prepared this document?
22     A.   The only people that could've prepared
23  it would have been my original lawyer and I'm
24  thinking -- I know that he sent in some stuff to

Jo Levitt

| | |
|---|---|
| **Page 86** | **Page 88** |

**Page 86**

1  begin with, okay, and then he wasn't my lawyer, okay,
2  and then after that I know that -- well, no, you all
3  came back and wanted some more information when he
4  was my lawyer.
5      Q.   Excuse me, when he was or was not?
6      A.   Was.  Okay, and then I was the one
7  that sent in things after that, so if it came in
8  after I didn't have a lawyer, okay, then it would've
9  been me preparing it, whether I'm forgetting it now
10 or not and me sending it in and I think I sent in
11 things twice that I prepared, I sent it in once and
12 then I sent it in again after you all kicked me out.
13     Q.   And when you say after you all kicked
14 you out, what are you all referring to?
15     A.   That's right.  When you had my case
16 dropped in other words.
17     Q.   You're referring to -- was there a
18 period of time when your case was dismissed and then
19 it was reinstated?
20     A.   Yes.
21     Q.   And so you were referring to the time
22 period -- that time period?
23     A.   It would've been during that time
24 because I think there was nine months before after it

**Page 87**

1  was dropped and then reinstated, nine or ten months,
2  12 months, it was a long, long time.
3      Q.   Okay.  So in 2009 were you represented
4  or were you not represented?
5      A.   Was not represented.
6      Q.   And so if this document was submitted
7  in 2009, this is a document that you would've
8  prepared?
9      A.   Yes, yes.
10     Q.   And would anyone have helped you
11 prepare it?
12     A.   No.
13     Q.   Okay.  If you turn to page 5 --
14     A.   Uh-huh.
15     Q.   -- of this document.  And it's the
16 first question at the top of the page it says who
17 prescribed Vioxx for you.  Do you see that?
18     A.   Uh-huh.
19     Q.   And then there's a statement, I asked
20 Dr. Hartman to prescribe Vioxx at my annual checkup.
21 I was having pain and my husband said I should ask
22 about Vioxx because it didn't have side effects?
23     A.   Uh-huh.
24     Q.   And then Dr. Hartman also sent me to

**Page 88**

1  Dr. Katz?
2      A.   Uh-huh.  Uh-huh.
3      Q.   Okay.  Does that refresh your
4  recollection about having a conversation with your
5  husband about Vioxx?
6      A.   I don't think you asked me about if I
7  had a conversation with my husband about Vioxx, but
8  yeah, I mean, I guess I had a conversation with my
9  husband about Vioxx.
10     Q.   Let me rephrase the question.
11 According to the way this is written it reads as if
12 your husband told you to go and ask about Vioxx?
13     A.   Okay.
14     Q.   Am I reading that -- am I
15 misinterpreting that?
16     A.   Yeah, I mean, yes, I would say that
17 that is -- I mean, that would be accurate.  If I
18 wrote it down in 2009, okay, my memory would have
19 been I think been better in 2009 or whatever it is
20 maybe than it is now and if my husband was the one or
21 how I found or who told me to do it would've been my
22 husband, then I'm sure that's what it was.  What am I
23 trying to say?  If I wrote this down, then that's the
24 way I remembered it in 2009, okay.  I did not

**Page 89**

1  remember talking to my husband now about it.  I mean,
2  I do now that you're bringing it up, but when you
3  were asking me the question, you know, I didn't
4  particularly remember my husband.
5      Q.   Okay.  And now that we're talking
6  about it some more, do you know why your husband was
7  suggesting that you take Vioxx?
8      A.   Probably because I said that I was in
9  pain.  I know I had heard about Vioxx, I do know
10 that, I mean, you know, we both had the same
11 magazines around and so on and whatever, so, I mean,
12 I knew about Vioxx, I mean, so he must have said to
13 me before I went, you know, you ought to ask them
14 about Vioxx if you're, you know, in pain, if you're
15 having pain.
16     Q.   Skip ahead to page 7.  And you see the
17 question or item that's labeled N, N as in Nancy?
18     A.   Labeled what?
19     Q.   N, the letter N?
20     A.   Yes.
21     Q.   All right.  And it says on what date
22 and what city and state did you first experience any
23 symptoms you believe were related to the injuries
24 that you're alleging in this case?

Jo Levitt

Page 90

1     A.    Uh-huh, yes.
2     Q.    And then there's an answer, I want to
3  focus on the first part, Several days before March 9,
4  1999 shortness of breath, chest pain, sweating,
5  chewed aspirin, called 911. And the question I had
6  was about the chewed aspirin, why did you chew
7  aspirin?
8     A.    Because I felt like that I might be
9  having a heart attack or, I mean, I might -- in other
10  words, I felt real funny and might be having a heart
11  attack and, I mean, I always heard that you're
12  supposed to chew aspirin.
13     Q.    So it was something that you had
14  generally heard?
15     A.    Yeah, uh-huh.
16     Q.    Had that ever happened to you before?
17     A.    No.
18     Q.    Do you know someone that had happened
19  to?
20     A.    No.
21     Q.    And then the fire department, which I
22  am assuming that means the ambulance that came and
23  they wanted to take you to the hospital, but you
24  declined?

Page 91

1     A.    Uh-huh, I'm sorry.
2     Q.    And that same day an ambulance arrived
3  and they wanted to take you to the hospital, but you
4  declined?
5     A.    Right.
6     Q.    And why did you decline?
7     A.    Because I felt silly because they
8  couldn't tell that anything, you know, was wrong, in
9  other words, they could not read anything by whatever
10  the EKG and I just -- I felt foolish, you know, and I
11  said, you know, I would try to go see my doctor or
12  whatever. I mean, I felt like I had overreacted and
13  silly because all of the sudden, I mean, I had the
14  fire department out there and --
15     Q.    Had you -- prior to that date had you
16  ever had an incident before where you had to call an
17  ambulance?
18     A.    No.
19     Q.    So it was the first time you called an
20  ambulance for yourself?
21     A.    Right, right.
22     Q.    Turn to page 9 and section J where it
23  says employment information?
24     A.    Uh-huh.

Page 92

1     Q.    Current employer Chocolate Soup and
2  here the dates of employment are listed as 19 blank
3  to 2002 and I just wanted to clarify that, you
4  continued to work with Chocolate Soup after 2002,
5  right?
6     A.    Yes, I continued to work part time, I
7  mean, as much as I could.
8     Q.    And you were still vice president
9  after 2002?
10     A.    Oh, yeah.
11     Q.    And after 2002 you're saying you
12  worked part time, what did that consist of?
13     A.    I did what I could, I didn't go in to
14  the office like I did before and I just -- I didn't
15  do as much. I don't know why -- I mean, I don't know
16  why I put here 2002 in there, I mean, basically, I
17  mean, I did what I could, you know, what I could
18  until the end, that's -- I don't know why I put 2002
19  or whatever I did. I apologize.
20     Q.    Or it could be a typo that happens
21  also.
22     A.    Right.
23     Q.    So that's why I wanted to clarify, so
24  you continued to work as vice president?

Page 93

1     A.    Yeah, I was always vice president
2  until the end.
3     Q.    And the end is 2008?
4     A.    Uh-huh, right, right.
5     Q.    And after the year 2000 --
6     A.    Is this mine or do I have to give this
7  back to you?
8     Q.    That copy you need to give back
9  because it has the official exhibit stickers, but we
10  can give you -- we can give you copies.
11     A.    Thank you, thank you.
12     Q.    Yeah, we'll get them for you at the
13  end.
14     A.    So you'll give me copies of both of
15  these?
16     Q.    Yeah, we'll give you copies of all of
17  the exhibits.
18     A.    Okay. Thank you.
19     Q.    So from 2000 to 2008?
20     A.    Uh-huh.
21     Q.    How often would you go to work?
22     A.    Well, in the beginning -- I went back
23  to work right away -- right away, okay, and I just
24  wasn't able to -- I would come home and I would just

24  (Pages 90 to 93)

Jo Levitt

Page 94

1    be exhausted and I just couldn't do as much as what I
2    did in the past, I had no intention, I thought, you
3    know, I'm going to get over this stuff and it's going
4    to be -- you know, it's going to be fine and as time
5    went on I knew it wasn't fine and I couldn't do what
6    I used to do and I didn't have the energy and I
7    didn't have the -- I didn't have the -- you know, to
8    get up every day and do all of this stuff.  You have
9    to have some enthusiasm too to do what you do because
10   it's hard.  People that are successful are people
11   that have energy and they have enthusiasm and drive
12   and if you don't have that anymore, then you can't do
13   the job you did before.
14       Q.    So around what time period
15   approximately would you say that you -- strike that.
16   It sounds like from what you just said that after
17   your events in 2000 you went back to work?
18       A.    Uh-huh.
19       Q.    And that at some point that started to
20   taper off?
21       A.    Right.
22       Q.    When did it start to taper off, the
23   amount of time that you would go into work?
24       A.    When did it taper off.  First of all,

Page 95

1    I mean, before my work tapered off all of the rest of
2    my life tapered off, you know, you can give -- you
3    don't go after work, you don't go out with your
4    friends, you go home and go to bed instead of doing
5    the things that you would do normally, so I guess
6    that was the first thing that happened and then after
7    that it just got more and more that I would spend
8    less and less time being able to do what I did and I
9    don't know whether when I went back, I mean, you kid
10   yourself whether you're doing as good a job as you
11   did before, but -- now, this is all -- this is all
12   real humiliating to me, embarrassing to me because
13   this is not the way I wanted my life to go.  I just
14   couldn't do the things I did before and I knew it and
15   at first I would go to work and I would come home and
16   I would go to sleep and then it got so that, you
17   know, I would -- and I went on my trips that I was
18   supposed to and when I got there, these are big huge
19   areas that you have to go around, I didn't have the
20   energy to do that I, you know, would go with someone
21   and then finally I got so I just didn't go at all, I
22   had someone else go and do, you know, some of the
23   buying and stuff that I had done in the past.  I just
24   let it little by little, you know, slip away that I

Page 96

1    couldn't do it anymore and I was just knocking my
2    head up against a wall and if I did it, I mean, I was
3    exhausted.
4        Q.    And I have just a couple of very
5    specific questions.
6        Q.    Okay.
7        Q.    Before focusing on 1999?
8        A.    Uh-huh.
9        Q.    When you would like get up and go to
10   work, where would you go?
11       A.    Oh, I would go to the factory in Lee's
12   Summit.
13       Q.    And did you have an office there?
14       A.    Uh-huh.
15       Q.    And so before when we're talking about
16   going to work five, six, seven days a week, that's
17   the office you would go to?
18       A.    Uh-huh, office and factory.
19       Q.    Office and factory and when you
20   weren't traveling, that's the location you would work
21   from?
22       A.    Uh-huh, right.
23       Q.    And did that continue in 2000?
24       A.    Uh-huh, yes, I did.

Page 97

1        Q.    And at some point did your office move
2    from Lee's Summit to someplace else?
3        A.    No.  Well, at the very end I guess
4    that they moved the offices when the new people took
5    it over to -- back to the warehouse.
6        Q.    But when you were in charge, was it --
7        A.    No, no, no, huh-uh, it was there.
8        Q.    Did you have an assistant?
9        A.    Did I have what.
10       Q.    An assistant or secretary or anything
11   like that?
12       A.    Not per se, no, I mean, I had people
13   that worked underneath me, I mean, I had a factory
14   manager and I had this and that, but did I have an
15   assistant, no, I guess.
16       Q.    Did you have anybody that you
17   considered like your right-hand man or right-hand
18   woman?
19       A.    They were all my right-hand men and
20   women.
21       Q.    Okay.  Who else had an actual office
22   at the Lee's Summit location?
23       A.    Who else was at the office?
24       Q.    Did you have an actual physical office

25 (Pages 94 to 97)

Jo Levitt

Page 98

1   with a desk that you could sit down and do work?
2       A.   Uh-huh, right.
3       Q.   Who else had an office there?
4       A.   My husband and that's where the whole
5   office was, I mean, all of the accounting was there,
6   Bob Bazan was there, in other words, there was an
7   office in front, we had offices upstairs and there
8   was an office in front that had Bob Bazan and all of
9   the girls and beside that was the design department
10  and the cutting room and fabric and then coming up
11  this way was production, sewing machines and all of
12  that.
13      Q.   And your husband had his own office?
14      A.   Well, his and mine were the same, it
15  was a huge open area upstairs.
16      Q.   Okay. How often would your husband
17  come into -- go into the office?
18      A.   We would come in almost every day, but
19  he worked different hours, he would work like noon to
20  midnight or something like that because what he was
21  working on really didn't have anything to do with the
22  day-to-day operations and he had other things.
23      Q.   Would he -- to the extent that he had
24  other interests or business interests that were not

Page 99

1   Chocolate Soup?
2       A.   Right.
3       Q.   Did he also do them out of that
4   office?
5       A.   Yes.
6       Q.   Okay. So that was his primary office?
7       A.   Yes, primary office, uh-huh.
8       Q.   All right. If you turn to page 12.
9   Question No. 5 there is a question about health
10  insurance or medical insurance. Do you see that?
11      A.   Is there any insurance or other
12  company-provided medical. Yes.
13      Q.   Okay. And then it says that you had
14  all your health insurance was through your company,
15  Chocolate Soup?
16      A.   Yes, uh-huh.
17      Q.   But then it also says you didn't make
18  any claims, so we were a little confused by that.
19      A.   Oh, let me see, maybe I'm not reading
20  this right. I guess I'm not understanding, I mean,
21  basically my insurance company paid for my operations
22  and stuff.
23      Q.   So you did, so you did submit your
24  claims to insurance?

Page 100

1       A.   Oh, yeah, uh-huh. What, should I have
2   answered no to that? I guess I'm not reading it -- I
3   thought I answered that correctly.
4       Q.   It was just the very last part where
5   it says when claim was made and no claims made. One
6   way of reading that was none of your --
7       A.   Or paid medical bills on your behalf
8   beginning ten years before -- yes, I mean, we had
9   medical insurance at our company ten years before.
10      Q.   And you -- to the extent that you had
11  doctors' appointments or hospital bills or the like?
12      A.   Yes.
13      Q.   You submitted them to be paid by
14  insurance?
15      A.   Yes, uh-huh.
16      Q.   Okay. And the next question No. 6,
17  Have you ever been out of work more than 30 days for
18  reasons related to your health and then you have
19  checked yes. And you turn the page?
20      A.   Right, and I guess, I mean, I guess I
21  didn't understand that. No. Have you ever been out
22  of work for more than 30 days related to your health.
23  Well, yeah, I mean, I was out more than 30 days
24  during this whole period because I first had a stent

Page 101

1   in March of '09 -- I mean, March 9th I think and then
2   I had open heart surgery the 28th of -- but, you
3   know, when you say was I ever out of work, I mean,
4   was I ever not in contact with my work, I mean, I
5   was -- I mean, it's a real hard question to ask a
6   business owner that question, I mean, it would
7   probably be hard for you too, I mean, you know,
8   because you have things that are ongoing in your
9   business, so, I mean, are you out of work because
10  you're, you know, sick and at home or are you still
11  working because you do some things that you have to
12  do because your office calls up and says what about
13  this case or something like that, so I guess it's
14  just a hard question for me to answer.
15      Q.   Let's try it this way. Was there a
16  30-day period where you didn't go into the office?
17      A.   Was there a 30-day period? Yeah, I
18  think there was a 30-day period where I didn't go
19  into my office. Did I not go into my office when
20  nobody was there for an hour or something like that.
21  No, I guess I would have to say no because, I mean, I
22  was home in bed. Did my husband -- I know that if I
23  had to do something out there, I mean, he would --
24  because you couldn't drive for a long time, so did my

26 (Pages 98 to 101)

Jo Levitt

Page 102

1    husband take me out to the office after hours and did
2    I look over some stuff. This was just like when
3    computers were coming, you know, in the game and you
4    couldn't say, Oh, here this is, we've got this ready
5    so you can see it over a computer at this time. Now
6    you can do it, then, I mean, you would have to
7    physically go out and see a design or something like
8    that, so once again I guess this is pretty hard for
9    me to say. Did I go into my office in the 30 days
10   that I was not working there, yes, but was I home
11   basically in bed for over 30 days at a time, yes.
12       Q.    Okay. What was the time --
13       A.    This is too confusing for me, I don't
14   know whether it is for you.
15       Q.    What was the time period that you
16   would say you were home in bed for about 30 days or
17   more?
18       A.    Well, after my stent and after my
19   heart bypass.
20       Q.    Okay. Did you return to work at all
21   between --
22       A.    Yes, yes, I did, I did, I went out to
23   work, uh-huh. Was I fully there or not, I don't
24   know. Well, I don't even know, how long do they make

Page 103

1    it so that you can't drive?
2        Q.    I don't know. I think it depends.
3        A.    I'm sorry. Yeah.
4        Q.    If you turn the page, so I want to get
5    clarification on this. The question was, Have you
6    ever been out of work for more than 30 days for
7    reasons related to your health and there is a yes
8    checked. You turn the page it says, If yes, identify
9    the date you were out of work and the reasons and
10   then the dates you have listed are from 2000 to 2009.
11       A.    Okay.
12       Q.    And that's not -- that's not right,
13   right?
14       A.    No, it isn't, I mean, I guess I didn't
15   understand it then and I don't -- I mean, okay,
16   understand it now.
17       Q.    So you -- but generally speaking you
18   were working at -- you continued to work at Chocolate
19   Soup from 2000 through 2008?
20       A.    Right, right. But I didn't end up
21   misleading that, I guess I really didn't -- I didn't
22   know how to answer it. I mean, my situation is a
23   little different than what the questions were
24   supposed to be.

Page 104

1        Q.    And that's one of the -- you know,
2    that's why we have the opportunity to ask follow-up
3    questions and get it clarified. On page 36?
4        A.    Thirty-six?
5        Q.    The question at the top of the page
6    asks you to identify each physician or healthcare
7    provider not previously listed from whom you've
8    received treatment from 1995 to the present and there
9    is a Brad Silver, endocrinologist, June 2009, what
10   was -- what was that about?
11       A.    Okay. This is my husband, not me.
12       Q.    You mean that is your husband's
13   doctor, not you?
14       A.    Yeah, this is my husband. I think in
15   the thing didn't they ask this is all your husband's
16   stuff, you had to answer a bunch of stuff for your
17   husband. List the medical providers each
18   plaintiff -- plaintiff or claimant, I guess I thought
19   he was a plaintiff or claimant, made a claim, isn't
20   his name on there?
21       Q.    No.
22       A.    Did I ask -- I gave you information on
23   my husband.
24       Q.    Okay. So you've never seen

Page 105

1    Dr. Silver?
2        A.    No, no.
3        Q.    And you've never seen Dr. Go?
4        A.    No, no, I mean, I've have seen him,
5    but I haven't seen him as a --
6        Q.    As a patient.
7        A.    -- as a patient.
8        Q.    Well, did your husband see
9    Dr. Hartman?
10       A.    Yeah, he's a patient of Hartman. So,
11   I mean, these are his answers I answered -- there was
12   a thing where he had to answer a bunch of things in
13   those things. Am I nuts?
14       Q.    Did he help fill this out?
15       A.    No, I think I told him that I went in
16   and answered the things for him, that he had to fill
17   out some stuff on his things.
18       Q.    Okay. You might be thinking of --
19   turn to page 31 and look at page 32 and tell
20   me if that is what you are thinking of?
21       A.    31 and 32. See, Don Ginardi, that's
22   him.
23       Q.    That's your husband's doctor?
24       A.    Uh-huh, yeah. So starting from

27 (Pages 102 to 105)

Jo Levitt

Page 106

1   page -- I wondered why you all -- Donnalty college
2   right there. Okay. Personal information James J.
3   Levitt. Is there a time when you're supposed to be
4   answering questions for your husband?
5       Q.   Yeah, it might be page 31?
6       A.   Page what, 31?
7       Q.   Thirty-one through 33.
8       A.   Yeah, 30, 31, okay, starting from page
9   31 those are my husband there.
10      Q.   Okay. So those doctors are all your
11  husband's doctors?
12      A.   What?
13      Q.   All of those doctors are meant to be
14  your husband's doctors?
15      A.   Uh-huh, right.
16      Q.   Okay. Can you turn to page 45 again,
17  this is your letter to Judge Fallon.
18      A.   Page 45. Okay.
19      Q.   And there is one sentence I wanted to
20  ask you about. If you go about halfway down the
21  page.
22      A.   Okay.
23      Q.   In the middle of that fifth paragraph
24  where it says, Since December 2007 my family and I

Page 107

1   have been drowning in death and emergency health and
2   financial problems?
3       A.   Yes.
4       Q.   In terms of the death and emergency
5   health, what is that referring to?
6       A.   My son-in-law was diagnosed with
7   Melanoma in December of 2007 and was given three
8   months to live and although he made it almost a year
9   and that's what my --
10      Q.   How old was he?
11      A.   Forty -- I am guessing 42, 43.
12      Q.   Okay. Can you turn to page 46, one
13  more page. And you see this list of documents at the
14  very, very bottom.
15      A.   Uh-huh.
16      Q.   It says, Document sent to SG
17  Amportone, which is Susan G. Amportone. There is two
18  of them, Jim and -- Jim and Jay -- oh, Jim and Jo
19  financial information for Merck and Jim and Jo
20  summary of Villager information for Merck. Those are
21  both spreadsheets, do you see those?
22      A.   Uh-huh.
23      Q.   Do you know who prepared those
24  spreadsheets?

Page 108

1       A.   No, no, I don't. It was either my
2   husband or Bob Bazan and I don't know which one did
3   it.
4       Q.   Did Bob Bazan work for the company up
5   through 2008?
6       A.   Up through what?
7       Q.   2008.
8       A.   Yes, uh-huh.
9       Q.   Then what did he do after that?
10      A.   He's an accountant.
11      Q.   Like he has his own business?
12      A.   No, works for somebody. He's a CPA,
13  he works for another CPA firm.
14      Q.   Do you know the name of the firm?
15      A.   No, but I'll give it to you if I
16  can --
17      Q.   He's still in Kansas City?
18      A.   Yeah, he is.
19      Q.   Is his office in Kansas City?
20      A.   Uh-huh.
21      Q.   At some point in time you had a
22  dispute with one of your neighbors about construction
23  of your house?
24      A.   I'm sorry, I'm having a real hard time

Page 109

1   hearing you.
2       Q.   I'll speak up.
3       A.   We can move over, move closer
4   together.
5       Q.   At some point in time did you have a
6   dispute with one of your neighbors about construction
7   on your house?
8       A.   Oh, yes.
9       Q.   Okay. When was -- when was that?
10      A.   It was in 2000 -- it was 2000 or 1999,
11  2000, 2000.
12      Q.   Okay. What exactly was the problem?
13      A.   I got a permit to build a garage on my
14  house -- well, actually a separate garage in front of
15  my house and he said that I didn't get a permit to
16  build it, but I did get a permit to build it and he
17  didn't like where I was building it, he didn't like
18  what I was building and he made a big row about it
19  and, you know, tried to get the city to stop it
20  because our house sits back and so that there's
21  room -- I didn't have room to put a garage on the
22  side, so I had to put it in front, so like your house
23  comes along this way and so your garage is here and
24  all of the other houses -- in other words, he went

28 (Pages 106 to 109)

Jo Levitt

## Page 110

1  back to an old plat or something like that and tried
2  to claim that I didn't have the right to do it and he
3  wanted me to tear it down and it was almost built and
4  he was claiming that I was building it without a
5  permit because they were pouring concrete late -- I
6  mean, at night. He was crazy, I'm sorry.
7      Q.   Is he still your neighbor?
8      A.   No, he's gone.
9      Q.   He's gone as in he moved?
10     A.   Yeah, he moved, he moved. Just a
11 couple years ago. He was there for a long time. He
12 had had problems with where he had lived before, you
13 know. There's some people that don't want you to do
14 what they don't you want to do just because they want
15 to have control and he was one of those type of
16 neighbors. Sorry.
17     Q.   When did you -- when did you start
18 construction on this particular project?
19     A.   I think they started in late -- it was
20 wintertime, so I think late '99.
21     Q.   And then when did he start making
22 trouble about that?
23     A.   Not -- I think it was my guess would
24 have been March -- no, it would have been before

## Page 111

1  that. January or February I think.
2      Q.   And what did he -- I mean, what did he
3  do?
4      A.   Well, he called the city and he told
5  the people at the city that I was building without a
6  permit.
7      Q.   And then what happened?
8      A.   He posted it on something, he went to
9  somebody in the city that didn't have anything to do
10 with the building area, you know, so that he could
11 post, he posted it on something some nasty thing and
12 had some building instructor (sic) come out. In
13 fact, actually now that I think about it, he actually
14 had the building instructor get me to come and stop
15 work on it.
16     Q.   Like a building inspector?
17     A.   Yeah, building inspector because he
18 was filling suit, that was it. He filed suit against
19 me.
20     Q.   Oh, did he actually file a lawsuit?
21     A.   Oh, yeah, he actually filed a lawsuit.
22 It all got thrown out.
23     Q.   Over what -- how long did the lawsuit
24 take place?

## Page 112

1      A.   It got thrown out I think in 2000
2  sometime maybe in August.
3      Q.   And when did he file the lawsuit?
4      A.   What?
5      Q.   When did he file the lawsuit?
6      A.   I can't tell you for sure. I can find
7  out for you if you want to know, but I don't know for
8  sure.
9      Q.   Okay.
10     A.   I don't know whether -- I don't know
11 whether it was actually a lawsuit or you file
12 something with the city.
13     Q.   Okay.
14     A.   Okay.
15     Q.   And so he was going to either file a
16 lawsuit or start some proceeding?
17     A.   Yes.
18     Q.   And he had a building inspector come
19 out and issue a stop work order?
20     A.   Yeah, a stop work order on that area
21 what I was doing, I was doing other construction too.
22     Q.   All at the same time?
23     A.   Uh-huh.
24     Q.   And how was that ultimately resolved?

## Page 113

1      A.   The city said that I could build where
2  I wanted to build and that I had a permit for it and
3  only after we went down to the court and he had his
4  hearing about, you know, his property and how great
5  it was and, you know, I was ruining the neighborhood.
6  I live in this area where, you know, it was -- we
7  weren't going to have Jews in the area when it was --
8  the plat, that is what it says.
9      Q.   Was he your next door neighbor?
10     A.   What?
11     Q.   Did he live next door to you?
12     A.   Well, he lived across the street.
13     Q.   Okay. So was it resolved in August of
14 2000?
15     A.   Uh-huh, right.
16     Q.   So the whole thing took about six to
17 eight months?
18     A.   Uh-huh.
19     Q.   When was construction completed?
20     A.   When -- it has never been completed.
21     Q.   Oh, the garage hasn't been completed?
22     A.   The garage, no. The inside -- no,
23 basically I've completed everything.
24     Q.   So when you started construction in

29 (Pages 110 to 113)

Jo Levitt

Page 114

1    late '99 on the garage?
2        A.    Uh-huh.
3        Q.    And what was the estimated time period
4    when it was going to be completed?
5        A.    When I started it, it should've been
6    complete like three or four months after I had
7    started it. It should have been completed in June of
8    '99 or something like that. Well, I ended up having
9    to build an attach -- I didn't want to fight with my
10   neighbor, this was a separate garage, okay, and so I
11   ended up attaching it to my house so that he didn't
12   have any problems with the setback on it.
13       Q.    Okay.
14       A.    Okay. So it ended up taking more time
15   to complete than what it would've.
16       Q.    Did they have to move the work that
17   they had already done?
18       A.    No, they didn't move the work they had
19   already done. But when I went down to court, I just
20   didn't want to have to deal with him anymore and I
21   knew that whether before or after I still was
22   completely legal and I knew that the city had given
23   me a permit to build what I was building and but, I
24   mean, I wanted to, you know, get along with my

Page 115

1    neighbors so I just attached it to my house.
2        Q.    Okay. But then that was never
3    finished?
4        A.    No.
5        Q.    And why was it never finished?
6        A.    Because I worked with a small
7    contractor and when it finally got around, he had
8    other jobs that he had to do and when he finished
9    with the other jobs that he had to do, you know, he
10   would be able to come back on my job and by then I
11   was just in no condition -- I mean, I couldn't make
12   any decisions, one more decision to make, you know,
13   so I just let it go.
14       Q.    And you --
15       A.    I mean, it's there, but it's not
16   completely finished.
17       Q.    And there were other projects that
18   were taking place at the same time?
19       A.    Yeah, uh-huh, my kitchen.
20       Q.    Anything else besides the kitchen?
21       A.    No, it's not done.
22       Q.    I mean, any other projects at that
23   time besides the kitchen?
24       A.    Yeah, we were doing a garage and the

Page 116

1    family room and a kitchen area.
2        Q.    So this was a major renovation?
3        A.    Yeah.
4        Q.    Was it designed to be in phases or did
5    it all start at the same time?
6        A.    No, it was basically done, being done
7    at the same time.
8        Q.    Okay. And so work on the renovation
9    started in late '99?
10       A.    Uh-huh.
11       Q.    The garage, kitchen, family room, what
12   was the other thing?
13       A.    What?
14       Q.    You said garage, kitchen, family room?
15       A.    Right.
16       Q.    Was there something else?
17       A.    Well, there was an area between the
18   garage, the connection let's put it that way.
19       Q.    Okay. Were any parts of it finished,
20   of this renovation?
21       A.    Were any parts of it finished, yeah, I
22   mean, basically the garage is standing there, is it
23   completely finished, no. Yeah, it is finished. I'm
24   sorry, it's all confusing. The garage was finished,

Page 117

1    okay, the kitchen was not finished, the connection
2    was not finished.
3        Q.    What about the family room?
4        A.    The family room was not finished, it's
5    part of the kitchen.
6        Q.    And all four of these pieces were
7    being done by the same contractor?
8        A.    Uh-huh.
9        Q.    Had you gotten a loan to finance the
10   renovation or were you just using your current
11   assets?
12       A.    No, we were just doing it. Excuse me,
13   can I get -- can I get a water?
14       Q.    You want to take a break?
15       A.    I don't need a break I just need --
16   I'm talking too much. I am not used to talking this
17   much. Talking about myself.
18       Q.    Okay. In March of 2000 you had an
19   angioplasty and stent?
20       A.    Uh-huh.
21       Q.    Okay. Just tell me in your own words
22   like how that came about and the events leading up to
23   that.
24       A.    How that came about. Well, we read

30 (Pages 114 to 117)

Jo Levitt

Page 118

1  earlier the couple of days before I had called the
2  ambulance, my husband called the ambulance. For the
3  next couple of days I wasn't feeling real bad, wasn't
4  feeling real good, I had had problems, you know,
5  every once in a while where it would kind of flutter
6  and then I thought I should maybe go in and see my
7  doctor and so I called and told him what was going on
8  and he told me to come in, right in, and I went in
9  there and he in the office, gave me an EKG and called
10 the ambulance and he said, I am sending you to the
11 hospital and I said, I drove over here, can't I just
12 drive over to the hospital and he said no and I said
13 okay and so he sent me directly from his office in an
14 ambulance to St. Luke's South, they were going to
15 send me to St. Luke's on the Plaza, but they --
16 someone got a diversion or whatever it is, so they
17 sent me to St. Luke's South.
18      Q.    Is there some big difference between
19 St. Luke's on the Plaza or St. Luke's South?
20      A.    What?
21      Q.    Is there a big difference between
22 those two?
23      A.    I don't know. I think it has to do
24 with where they do the heart operations or the trauma

Page 119

1  or whatever it is, but I'm not sure, no.
2      Q.    So do you recall any major events that
3  took place in, say, the three months leading up to
4  that like the January, February, March of 2000?
5      A.    Major events?
6      Q.    Uh-huh, in your life.
7      A.    I guess I don't.
8      Q.    Major events in your life like we know
9  there is this dispute with your neighbor, there's
10 this renovation, 2000 it's the New Years --
11     A.    Oh, you're getting at whether all of
12 this is caused by stressed?
13     Q.    I'm asking questions.
14     A.    I'll tell you on stress. I was in the
15 Philippines when Imelda Marcos was deposed and I was
16 in the same motel she was and I was the one that
17 helped somebody that had a -- well, didn't have a
18 heart attack, but had a major breakdown get him
19 through it, so, I mean, the stress -- I was going
20 through stress, yes, but that was a bad stress, but
21 most of the stresses in my life at that time were
22 good stress, I was building onto my house, which I
23 really wanted to do, I had just had a grandson or was
24 having a grandson, the second of 2000, 2000, second,

Page 120

1  January of 2000 and, I mean, things were good for me,
2  I mean, other than my hips hurt and so.
3      Q.    Were there any major transitions at
4  work that were taking place?
5      A.    I am sorry, what?
6      Q.    Were there any major things going on
7  with Chocolate Soup, either expansions or new
8  anything?
9      A.    Any expansions at the time, were we
10 opening any stores at that time, no, not that I --
11 not that I can recall, no.
12     Q.    And I just want to make sure I was
13 following you. Your grandson was born in January of
14 2000?
15     A.    Uh-huh.
16     Q.    January 2nd. Did you do anything for
17 the Millennium?
18     A.    What? Yeah, I know, it's 2/10/2000 is
19 his birthday.
20     Q.    2/10?
21     A.    2000, uh-huh, sorry.
22     Q.    Was that your first grandchild or
23 second?
24     A.    Uh-huh, right.

Page 121

1      Q.    First one?
2      A.    Uh-huh.
3      Q.    Do you recall doing anything special
4  for New Year's that year? A lot of people with the
5  Millennium celebrations --
6      A.    No, no, sat there and watched to see
7  if all of the computers were going to explode. No,
8  we're not too much on New Year's Eve, just quiet.
9      Q.    So then --
10     A.    And no babysitter, nobody to babysit
11 with on New Year's Eve.
12     Q.    Not yet, right. And then in late May
13 you went back to the hospital and had a cath or
14 surgery?
15     A.    Right, I got up in the morning and
16 I was -- I vomited and this time I don't remember
17 very much about being -- I mean, I know I went to the
18 hospital, but I don't remember going to the hospital
19 and I don't remember going in for angio, you know,
20 for them to check it out or anything like that. I
21 remember vomiting and then waking up I think it was
22 later that night tilted with my head down and
23 somebody talking about having a bypass and my husband
24 was there and I guess it was the surgeon or whatever

Jo Levitt

Page 122

1 and then I don't remember anything until -- going
2 into surgery I remember somebody -- my husband
3 hugging me and after the surgery I remember waking up
4 and not being able to breath, being on a ventilator
5 and somebody telling me that they -- or saying
6 something about they needed to put in something for a
7 lung, a collapsed lung, and then I remember later
8 being in a room, you know, where they -- something
9 like that. That's the most I remember at that time.
10 Everything else is really pretty much of a blank.
11     Q.   So you don't recall how you ended up
12 at the hospital?
13     A.   I don't what?
14     Q.   You don't recall how you ended up at
15 the hospital?
16     A.   I don't. I remember vomiting and, you
17 know, telling my husband I needed, I mean, go to the
18 hospital. I don't really remember all of that, I
19 don't remember it.
20     Q.   Okay. Between your stent in March of
21 2000 and then this late May 2000 event you had -- you
22 were going back to work, do you recall how much you
23 were working?
24     A.   Yeah, when I say do I remember going

Page 123

1 back to work, no, I don't remember. I mean, I know
2 that I couldn't drive -- I couldn't for a while, so I
3 wasn't going back to work then unless my husband was
4 taking me. Do I think I drove anywhere between those
5 two times, I don't really think so. If I went to
6 actual work during that time, it was because someone
7 took me out there and, you know, for a while.
8     Q.   Where was your daughter living at that
9 time?
10     A.   My daughter?
11     Q.   Uh-huh.
12     A.   She was pregnant.
13     Q.   Was she still living in that same
14 place?
15     A.   No, she was living where she is now.
16     Q.   I'm sorry, that was a bad question,
17 yes. Was she living --
18     A.   In the same place.
19     Q.   -- in the same place she lives now?
20     A.   Yeah, uh-huh. Oh, no, I'm sorry, at
21 that time she wasn't pregnant, she was a brand new
22 mom.
23     Q.   Did you spend time with her during the
24 March, April, May, time period?

Page 124

1     A.   No, I mean, no, because I wouldn't
2 have been able to drive over there and my husband
3 wouldn't take me, so, I mean, no.
4     Q.   After your bypass surgery in May of
5 2000, did you have any additional significant heart
6 events?
7     A.   Did I have any heart events after
8 that, I went into, I mean, the hospital a couple of
9 times.
10     Q.   I'm sorry, I forgot about this.
11     A.   What.
12     Q.   Go ahead. Go ahead, I'm sorry, I had
13 gotten this little note more than five minutes ago it
14 seems like about we need to change the tape, so I'm
15 sorry to interrupt you in the middle of that, but
16 I'll come back to that. Go ahead.
17     THE VIDEOGRAPHER: Time is 11:58,
18 we're going off the record.
19     (Recess.)
20     THE VIDEOGRAPHER: Time is now 12:00,
21 we're back on the record.
22 BY MS. HORN:
23     Q.   And I'll just repeat the question or
24 restate the question. After your May 2000 bypass

Page 125

1 surgery did you have any additional significant
2 cardiac events?
3     A.   Well, I went to -- into the emergency
4 room a couple of times, I had some what I didn't know
5 what was going on with my heart. All of my symptoms
6 for the heart attack and stuff like that, I mean,
7 were -- none of them were clutching your heart, you
8 know, it hurts real bad and so on and some of the
9 symptoms I was having afterwards I didn't know what
10 they were and like my chest would hurt and I didn't
11 know whether it was chest pain from the surgery or
12 whether I was having heart problems, so needless to
13 say, I mean, I was a little spooked, let's put it
14 that way, and I -- maybe I overreacted and, you know,
15 went in when I shouldn't have, maybe I was having,
16 you know, more -- you know, what do you call it when
17 you have -- I'm sorry, I'm not doing real well today.
18 Palpitations, not palpitations, I'm sorry, angina.
19     Q.   Oh, okay.
20     A.   Angina, I will get it. When you're
21 having angina and, like I said, I didn't know whether
22 it was angina or whether it was pain from the surgery
23 from your bones being cracked open and I did go in a
24 couple of times, but I found that it seemed like -- I

32 (Pages 122 to 125)

Jo Levitt

Page 126

1  mean, they were really nice, but, you know, kind of
2  dismissive, you know, of when I was telling them, you
3  know, what was the matter and so I just quit going to
4  the doctors and stuff basically for a while. I think
5  in 2001 or 2000 -- 2000 or something like that, in
6  other words, I guess I had to just learn to live with
7  whatever was going on in my heart. I mean, I thought
8  I was going to die, I mean, because all of the sudden
9  I have aggressive heart disease and I never had
10  aggressive heart disease in my life. I mean, in
11  other words, I didn't know -- I didn't feel like
12  anymore I could trust my body, I didn't know what was
13  going on, you know. I'm not making any sense, I
14  apologize.
15      Q.   No, I'm following you. At some point
16  after 2000 did you have a stress test?
17      A.   Oh, yes, uh-huh.
18      Q.   And do you recall what the results
19  were?
20      A.   Do I recall what?
21      Q.   What the results were?
22      A.   Yeah, I had -- I don't remember all
23  of -- I don't know all of the results because they
24  didn't really communicate that well with you, but I

Page 127

1  do know that I had my ejection fraction was 50
2  percent then and when I started out I had my ejection
3  fraction was like 65 percent and I know that there
4  were some other things in there, but I don't know
5  what all they were.
6      Q.   And when were you told that your
7  ejection fraction was 50 percent?
8      A.   In the stress test after I had my open
9  heart surgery.
10      Q.   What year?
11      A.   Oh, what year, I guess it would've
12  been in 2000.
13      Q.   So the same year?
14      A.   Yeah, uh-huh.
15      Q.   Did you have any other stress tests
16  after 2000, like 2002 or after?
17      A.   I have, yes, and I think it's all in
18  the medical records and I couldn't be able to tell
19  you when and how and stuff. They give you stress
20  tests in the hospital after open heart surgery and
21  then you do some stuff afterwards, in other words, I
22  did all of the stuff my doctor was, you know, was
23  supposed to do as far as going for stress tests or
24  going for whatever I was supposed to do and so all

Page 128

1  that information would be in there. I do know that I
2  had heart damage and that -- well, the biggest
3  difference was between March of 2000 and end of May
4  of 2000 because in March of 2000 they told my husband
5  that I had one place in my heart, one area that they
6  wanted to do -- put the stent in, okay, and after my
7  bypass or before my bypass I guess, whatever it is,
8  is that I have something wrong with my valve I think
9  and some other like new accumulation of stuff in my
10  heart that wasn't there like two months before.
11      Q.   Do you recall after 2000 when your
12  ejection fraction you said was 50 percent?
13      A.   I'm sorry, I didn't hear you.
14      Q.   I'll withdraw the question and start
15  over. Do you recall whether or not your ejection
16  fraction improved over time?
17      A.   No, it did not. I think if I'm
18  right -- right after my stent my ejection fraction
19  was okay. After the open heart surgery it was not
20  down to 50 percent.
21      Q.   Do you know what it was in 2002?
22      A.   What it was in 2002?
23      Q.   Uh-huh.
24      A.   I don't know for sure. I mean it's

Page 129

1  like 50 percent, in other words, it did not improve
2  over time from where it went down.
3      Q.   And you referenced you had heart
4  damage, are you thinking of something other the
5  ejection fraction specifically?
6      A.   Other than what?
7      Q.   Are you thinking of something specific
8  other than the ejection fraction?
9      A.   Something about, I don't know how to
10  read all of this, but something about all of the
11  sudden I've got something with my valve.
12      Q.   And just to clarify I'm talking about
13  after 2000?
14      A.   After 2000?
15      Q.   After 2000. So I'll restate the
16  question. After 2000 and your heart surgery in 2000?
17      A.   Oh, did new things happen after 2000,
18  I don't think so, in other words, I think my heart to
19  my knowledge my heart is in somewhere in the shape of
20  it was, you know, in 2000, 2001 or whatever it is. I
21  think. I don't know, I'm sorry, I don't know, you'll
22  have to look at the records on the thing because I'm
23  trying to talk about something I don't understand and
24  don't know.

33  (Pages 126 to 129)

Jo Levitt

## Page 130

1 Q. When's the last time you went to see a
2 cardiologist?
3 A. I went to a cardiologist maybe -- let
4 me see, this is three years, about five years ago. I
5 went to a woman cardiologist.
6 Q. Dr. Crouse?
7 A. Uh-huh.
8 Q. And then after your -- after your
9 heart surgery in May of 2000 did you continue to take
10 Vioxx?
11 A. Yes.
12 Q. And am I correct that you continued to
13 take it for another two years?
14 A. I took it until my doctor -- they came
15 out with the first warning on it. Was that 2001 I
16 think. Whenever the last time I had it filled I
17 thought it was in 2001 or 2000.
18 Q. The last prescription I think we have
19 is for May 2002?
20 A. May 2002, okay. Then that would've
21 been the last time I would've taken it, I mean,
22 ordered it.
23 Q. And do you recall that you stopped
24 filling the prescription because your insurance no

## Page 131

1 longer covered it?
2 A. No, I didn't stop -- I mean, I thought
3 that my -- Dr. Katz wouldn't refill it anymore. He
4 said -- I didn't quit taking it because my insurance
5 wouldn't cover it, I thought that Dr. Katz wouldn't
6 refill the prescription anymore after the warning
7 came out on it.
8 Q. And what warning are you thinking of?
9 A. Wasn't it there would be something
10 wrong where your heart or something like that? Did
11 you have a change -- was there a change of -- package
12 change on it?
13 Q. Like a label change?
14 A. Label change.
15 Q. I mean, do you recall anything
16 specific about a label change in 2002?
17 A. Do I recall anything, no, no, I
18 just -- I was assuming, and I could be wrong, okay,
19 that Dr. Katz didn't refill it anymore, in other
20 words, I was told that there were no more refills on
21 it, nothing about anything that my insurance didn't
22 cover it.
23 Q. And -- okay.
24 A. Okay. Am I mistaken?

## Page 132

1 Q. Well, let's see.
2 MS. HORN: Mark this Exhibit 3.
3 (Levitt Exhibit 3 was marked for
4 identification by the reporter.)
5 BY MS. HORN:
6 Q. Okay. And what I am marking as
7 Exhibit 3 are records produced to us from Dr. Katz's
8 office. And if you look at the bottom of each page,
9 you'll see a little --
10 A. I'm sorry bottom of 3.
11 Q. No, bottom of each page there is a
12 Bates stamped LevittJ-KatzAMD and there are
13 numbers?
14 A. Uh-huh.
15 Q. And the numbers are in order, I'm
16 going to use as page numbers?
17 A. Uh-huh.
18 Q. So if you go to page 22.
19 A. Oh, there's front and back.
20 Q. Yeah, just trying to conserve papers.
21 A. Save a tree.
22 Q. Okay. And then on the bottom note on
23 that page where it says April 29th, 2002. Do you see
24 that?

## Page 133

1 A. Oh.
2 Q. Are you looking at the April 29th,
3 2002 note?
4 A. Yeah, I mean, he said that.
5 Q. Okay. You see where it says,
6 Insurance won't cover Vioxx, 25 milligrams, is there
7 something else she can take?
8 A. Okay.
9 Q. And then de Vioxx, which usually means
10 discontinue, could try Relafen, 500 milligrams and
11 then a note about speaking with somebody at the
12 pharmacy. And then where it says PT, which I was
13 interpreting to mean patient, patient notified by
14 voicemail. Does this refresh your recollection at
15 all about Vioxx and insurance coverage?
16 A. I'm sorry, what?
17 Q. Does this refresh your recollection at
18 all about the reason that you stopped taking Vioxx?
19 A. Yeah, I mean, it doesn't, I mean, I
20 guess, I mean, I'm mistaken on the thing. I don't
21 remember, you know, any of this that my insurance
22 didn't cover, I mean, I don't remember going through
23 her -- I guess, I mean, she would've figured out that
24 my insurance didn't cover it, would she not have?

34 (Pages 130 to 133)

Jo Levitt

Page 134

1    Q.    (Indicating).
2    A.    I don't know either, I don't know
3    either, but apparently she is a very efficient nurse
4    and figured out that my insurance wouldn't cover
5    Vioxx anymore.
6    Q.    That could be or it could be the
7    pharmacy called.  It could be lots of things.
8    A.    Right, right.  So all I know is that
9    the way I understood it was that he wouldn't renew
10   the Vioxx anymore.
11   Q.    Okay.  And why do you believe that?
12   A.    And why do I believe that, because I
13   was given something else because -- because I was
14   given something else.
15   Q.    Okay.  And you don't know why you were
16   given something else?
17   A.    No, I don't.  Right now I don't know
18   why I was given something else.  I guess I was given
19   something else because my insurance wouldn't cover
20   it.  That's my best guess right now.
21   Q.    Okay.  Do you recall taking Relafen?
22   A.    Pardon me?
23   Q.    Do you know whether or not you took
24   the Relafen?

Page 135

1    A.    No, I'm sure I might have started out
2    taking it, I mean, if I went in to him after that,
3    did it say that I was taking Relafen or if not I
4    mean -- if it didn't agree with me, I would've
5    stopped and then by the next time I went in there, I
6    mean, he would have put down I wasn't taking Relafen.
7    Q.    So as you sit here right now you have
8    no recollection about that one way or the other?
9    A.    No, I don't.
10   Q.    Okay.  This lawsuit was filed in 2006?
11   A.    Uh-huh.
12   Q.    Prior to 2006, had any doctor told you
13   that your -- the cardiac events that you had in 2000
14   were in any way related to your use of Vioxx?
15   A.    No, I didn't -- I never talked to any
16   doctor about it.
17   Q.    Prior to 2006 did any doctor ever
18   offer an opinion as to what had caused your cardiac
19   events in the year 2000?
20   A.    Prior to 2006, not to -- no, I mean,
21   nobody -- my doctors were surprised at what happened
22   to me.
23   Q.    And nobody offered --
24   A.    No, they didn't say that Vioxx

Page 136

1    whatever, no.
2    Q.    No, but did anybody offer -- did any
3    of your doctors offer another potential cause?
4    A.    No, no.
5    Q.    Do you recall when Vioxx was withdrawn
6    from the market in September of 2004?
7    A.    I'm sorry, do what?
8    Q.    Do you recall when Vioxx was withdrawn
9    from the market in 2004, September 2004?
10   A.    I mean, I know that it was caused --
11   it was withdrawn in 2004, but I don't know why I know
12   that, in other words, probably because of the news or
13   something.
14   Q.    That's what I was just trying to focus
15   on.  Do you know if you learned it at the time that
16   it happened or did you learn about it later that it
17   had been withdrawn?
18   A.    Oh, I really don't -- I don't know.  I
19   probably would have heard, I mean, I watch the news,
20   I mean, you know, it would have been fairly -- yeah,
21   probably if most people were aware of it, I probably
22   would have been aware of it.
23   Q.    At the time it was withdrawn in 2004,
24   did you talk to anybody about whether or not there

Page 137

1    was a link between your Vioxx use --
2    A.    No, no.
3    Q.    -- and your events?
4    A.    I didn't.
5    Q.    When did you first begin to think that
6    Vioxx was the link to your cardiac events?
7    A.    I don't know, I don't know for sure.
8    I know that what happened to me was odd, okay, was I
9    out looking for somebody to, you know, blame it on,
10   no.  Probably I filed suit in, what, 2006, okay, my
11   best guess is that it would've been after the cases
12   started or whatever it is, court things and it was in
13   the news a lot and something like that and that I
14   would've -- I think my husband, you know, weren't you
15   on Vioxx and, I mean, I didn't even know, in other
16   words, if you had asked me in 2005 or six would I
17   have been thinking about Vioxx or my -- you know,
18   anything like that, no, no, I would not have, but
19   when I found out about the cases and new my thing was
20   odd and then went and figured out that -- I mean, I
21   knew I had taken Vioxx, but did I know I had taken
22   Vioxx during the period when I was having all of
23   this, I wouldn't have remembered all of that, you
24   know, so no, it wasn't until after it was really in

35 (Pages 134 to 137)

Golkow Technologies, Inc. - 1.877.370.DEPS

Jo Levitt

Page 138

1  the news and stuff that I looked into it to see
2  whether I had, you know, taken Vioxx during that time
3  and if it could be what was happening to me.
4       Q.   Okay.  And you had taken Vioxx for
5  about six months before you had the angioplasty and
6  stent; is that right?
7       A.   Yeah, I think I started in wasn't it
8  like September or something like that, August or
9  September and so is that six months?
10      Q.   So if you count September through
11 March, what do you get?
12      A.   Three -- September, October, November,
13 December, January, February, March, maybe about nine
14 months.  Twelve.
15      Q.   Seven, six or seven months?
16      A.   Okay.
17           MS. HORN:  Mark this as Exhibit 4.
18           (Levitt Exhibit 4 was marked for
19 identification by the reporter.)
20 BY MS. HORN:
21      Q.   Mrs. Levitt, what I had marked as
22 Exhibit 4 are copies of two spreadsheets that were
23 transmitted if you look at the date September 28th,
24 2009, which would've been the same date as that

Page 139

1  profile form we saw earlier?
2       A.   Oh, are you talking to me?
3       Q.   Uh-huh.
4       A.   Oh, God.  On this thing, my husband.
5       Q.   Okay.  I'll just ask just a couple
6  questions to establish that for the record.
7       A.   Okay.
8       Q.   Who prepared this document?
9       A.   Either my husband or Bob Bazan.
10      Q.   And do you know how it was prepared?
11      A.   No.
12      Q.   Are you in a position to explain any
13 of the information contained on it?
14      A.   No.
15      Q.   You can put that to the side.
16           MS. HORN:  Okay.  All right.  Now
17 would be a good time for a little break.
18           THE WITNESS:  Time for a break?
19           MS. HORN:  Yeah, time for a break.
20           THE VIDEOGRAPHER:  The time is now
21 12:25, we're going off the record.
22           (Recess.)
23           THE VIDEOGRAPHER:  Time is now 12:54,
24 we're back on the record.

Page 140

1  BY MS. HORN:
2       Q.   Mrs. Levitt, earlier you mentioned
3  something about your house potentially going into
4  foreclosure?
5       A.   Yeah.
6       Q.   Is there an actual mortgage on your
7  house?
8       A.   Well, was there a mortgage, yeah,
9  uh-huh.
10      Q.   There's currently a mortgage on your
11 house?
12      A.   Right.  The reason why it's not in
13 foreclosure now is that I went down to the Hope thing
14 and they're going through, you know, all of these
15 things with CitiBank and so on, so I've been playing
16 the game along with all of the other people, you
17 know, trying to do something.
18      Q.   Okay.  How long have you had a
19 mortgage on your house?
20      A.   We always had a mortgage on our house
21 because it was always deductible, so it was part of
22 the businesses that you always have a mortgage on
23 your house.
24      Q.   Okay.  And was there a reason that you

Page 141

1  did not take out a mortgage to do the renovations?
2       A.   Pardon me?
3       Q.   You said that you did not take out a
4  mortgage to do renovations or a loan to do the
5  renovations?
6       A.   Right, because we just fund it through
7  our -- you know, money that we have.
8       Q.   Okay.  Do you know currently what's
9  left on your mortgage?
10      A.   What's left on the mortgage, yeah --
11 no, I don't, no, I don't.  We actually -- we had a
12 second mortgage on it too because we tried to fund
13 paying our employees for a while because we thought
14 we could get everything straightened out before the
15 bank, so I would say that what we probably owe on the
16 house is $800,000 or something like that.
17      Q.   And when did you do the second
18 mortgage?
19      A.   I think it was like the -- maybe 2007
20 when we were trying to sell the hotel I think.
21           MS. HORN:  Are we at 4 or 5?  Five.
22           (Levitt Exhibit 5 was marked for
23 identification by the reporter.)
24 BY MS. HORN:

36 (Pages 138 to 141)

Jo Levitt

Page 142

1    Q.    And what has been marked as Exhibit 5
2  is a May 15th, 1990 letter from Mr. James B.
3  Neiburger?
4    A.    Uh-huh.
5    Q.    To Dr. Mark Maslan?
6    A.    Uh-huh.
7    Q.    And the re line read Mrs. Jo Levitt.
8  Who is Dr. Maslan?
9    A.    Oh, I think that he is a surgeon --
10  where is it?
11    Q.    Do you recall seeing Dr. Maslan?
12    A.    What?
13    Q.    Do you recall seeing Dr. Maslan?
14    A.    Give me a minute.
15    Q.    Oh, sure, go ahead.
16    A.    Maybe if I read this, it will make...
17  apparently he is an ortho -- laryngologist, and
18  apparently he's an ENT guy and do I remember seeing
19  him, I think so, I think that my allergist wanted me
20  to go over and have another ENT look at it, my
21  allergy problem. Am I wrong?  I mean, I don't know
22  where you got all of this information.
23    Q.    Okay. I just have a couple questions,
24  but I want you to have a chance to look at the

Page 143

1  document first.
2    A.    Yeah, I think he's an ENT.
3    Q.    And Dr. Neiburger is your allergist?
4    A.    Yeah.
5    Q.    All right. Do you see in the second
6  paragraph the last full sentence it says, She has
7  however become tearful and extremely frustrated
8  because of the constant and persistent symptoms?
9    A.    Let me see. Where is it, she has --
10  second paragraph or third?
11    Q.    The second paragraph it starts,
12  Mrs. Levitt has had persistent problems --
13    A.    Okay. She has been unable -- okay.
14    Q.    And the last sentence, She has however
15  become tearful and extremely frustrated because of
16  this constant --
17    A.    Uh-huh, right, uh-huh.
18    Q.    As you sit here now do you believe
19  that is an accurate description of how you felt at
20  this time?
21    A.    Yeah, that I was -- yeah, that I was
22  upset.
23    Q.    Did you at times feel like the sinus
24  issues or the nasal issues were really disrupting

Page 144

1  your life?
2    A.    I felt like that it was a big -- I
3  mean, that it was a big irritant, you know, but I was
4  always -- I've been an optimist that -- particularly
5  with the sinuses that something is -- you know, they
6  are going to come up with something that is going to
7  cure it. In fact, now I think that somebody told me
8  that they have something where they just go in and do
9  like a balloon, you know, surgery where you don't
10  have to have all of the other things.  In other
11  words, I'm always thinking, you know, science is
12  great and that it was an irritant, that it wasn't
13  going to be an irritant the rest of my life and that
14  everybody has got their cross to bear and that, you
15  know, that's what I thought.  Irritant, yeah.
16        MS. HORN:  Okay.  We'll mark this as
17  exhibit --
18    A.    And this was at a time that was
19  probably the worst because I actually went down to
20  see my brother-in-law, you know, about it.
21  BY MS. HORN:
22    Q.    I'm sorry, what are you referring to?
23    A.    I think that this was a time that it
24  was one of the -- after my surgery I think this was

Page 145

1  one of the times that, I mean, it bothered me a lot
2  during, you know, this time.  My sinuses bothered me
3  a lot.
4    Q.    Is there something in this letter
5  that's making you think of your brother-in-law?  Oh,
6  I see it, I'm sorry.
7    A.    Yeah, uh-huh, right.
8    Q.    Do you have a brother who is a
9  physician?
10    A.    Do I have a -- no, that's my
11  brother-in-law.
12    Q.    All right. And he lives in Knoxville,
13  Tennessee?
14    A.    And he's what?
15    Q.    In Knoxville?
16    A.    Uh-huh. He's not anymore.
17        MS. HORN:  Mark this as Exhibit 6.
18        (Levitt Exhibit 6 was marked for
19  identification by the reporter.)
20  BY MS. HORN:
21    Q.    And what I have marked as Exhibit 6 is
22  a May 18, 1999 letter from Dr. Maslan to Dr. Neiburge
23  (sic), Jim Neiburge. Re line reads Jo Levitt. If
24  you want to take a minute to look it over and then

37 (Pages 142 to 145)

Jo Levitt

## Page 146

1   I'll have a couple of questions.
2       A.   Yeah.
3       Q.   And then I want to direct your
4   attention to the last -- next to last paragraph which
5   starts, We talked at length concerning her options?
6       A.   I'm sorry, what?
7       Q.   The paragraph that starts, We talked
8   at length concerning her options?
9       A.   Yeah, uh-huh.
10      Q.   And he doesn't think surgery will
11  be -- yield much benefit.  Then we also discussed the
12  possibility of receiving some psychiatric treatment
13  as I feel that she is focusing an inordinate amount
14  of time and energy on her nasal symptoms.  She is to
15  return in two weeks for follow-up.  Do you recall
16  having such a discussion about your symptoms?
17      A.   Yeah, I mean, doctors, if they don't
18  have anything that they think can help you and stuff
19  like that, then they, you know, think it's in your
20  head, so go see somebody that can help you.  I guess
21  that's it.  I mean, you know -- I mean, guess, I
22  mean, if you're trying to establish did my sinus
23  problems irritate me, was it a situational
24  depression, you know, or get depressed because of it

## Page 147

1   at different times, yes, okay, but did I -- but could
2   I bounce back because I knew that it was something
3   that, you know, I could make -- I could do something
4   about it, I had some control over this at least.
5       Q.   Did you ever see anybody in 1990
6   about -- a psychiatrist, about the nasal issue?
7       A.   No, not that I remember.  Did they
8   give -- I mean, I don't even know, did I take
9   anything that Neiburger gave me, did he give me
10  anything like, you know, Celebrex -- or, I mean,
11  Paxil or anything like that, any anti-depressant?
12      Q.   I don't want to -- it's possible, but
13  I don't want to testify, but we can look.
14      A.   Okay.  All right.  Sorry, I apologize
15  on this, I should've reviewed all of these, I mean,
16  you apparently spent a lot of time.
17      MS. HORN:  Can we mark this as Exhibit
18  7.
19      (Levitt Exhibit 7 was marked for
20  identification by the reporter.)
21  BY MS. HORN:
22      Q.   And what I have marked as Exhibit 7
23  are records that were produced to us from -- well,
24  actually, strike that .  What I have marked as

## Page 148

1   Exhibit 7 are records that were produced to us from
2   you, if you look at the Bates stamp, it says Levitt J
3   PPR and we use the PPR for plaintiff records and the
4   set appears to be a set of records from Dr. Hartman?
5       A.   Uh-huh.
6       Q.   Have you seen these before?
7       A.   Whether I've seen this exact thing, I
8   mean, if I produced them, I probably saw them and
9   you're pretty sure that I was the one that produced
10  these, not my lawyer?
11      Q.   They could have been produced on your
12  behalf.
13      A.   Okay.
14      Q.   More likely than not it was produced
15  in 2007.
16      A.   Okay.
17      Q.   So again this is a double-sided
18  exhibit?
19      A.   Uh-huh.
20      Q.   And just for the record what we have
21  marked as the exhibit the Bates numbers are Levitt J
22  PPR00226 running consecutively through 00275.
23      A.   I'm sorry?
24      Q.   I was just --

## Page 149

1       A.   You were talking to her.
2       Q.   So if you look at the numbers at the
3   bottom where it says 226, if you turn to the page
4   that is 247.
5       A.   What does PPR stand for?
6       Q.   Plaintiff produced.
7       A.   What?
8       Q.   Plaintiff produced.
9       A.   I am sorry, what, go on.
10      Q.   If you turn to page 247?
11      A.   Okay.  I got it, plaintiff produced.
12      Q.   Page 247 are a page of office notes
13  and you see the dates like September 10th, 1996, if
14  you look to the side?
15      A.   I see 9/10/96.
16      Q.   And then you go down it's 9/17/96,
17  9/26/96 and so on?
18      A.   Uh-huh.
19      Q.   If you look at the entry that
20  corresponds to the September 10th, '96 date?
21      A.   Where?
22      Q.   Where it says number 1, number 2, at
23  the very, very top.
24      A.   '96 right there?  9/26?

38  (Pages 146 to 149)

Jo Levitt

## Page 150

```
 1     Q.   9/10/96.
 2     A.   Okay.
 3     Q.   At the top.
 4     A.   At the top of the page.
 5     Q.   Yeah, it says 9/10/96?
 6     A.   Uh-huh.
 7     Q.   And then you see there's a one and a
 8  two on the lines where it reads --
 9     A.   It's a half or something like that?
10     Q.   No, if you look where it has the
11  lines, the rule page?
12     A.   Okay. Where it says weight?
13     Q.   Look over to the right a little bit.
14     A.   Oh, I'm sorry. Can you point it out
15  to me?
16     Q.   Yeah, sure, right here, we have number
17  one and number two.
18     A.   Okay, got you.
19     Q.   It says one it says depression?
20     A.   Okay, all right.
21     Q.   Depression wants to go on SSRI, try
22  Paxil something daily?
23     A.   Okay.
24     Q.   And then if you look at the section
```

## Page 151

```
 1  that you were looking at where you have the weight
 2  and then back pain. Pain down left leg, wants to try
 3  anti-depressants. Add Paxil among other things and
 4  you keep going on down the page where it says,
 5  Prescription making her very fatigued, Paxil, Mylanta
 6  per Dr. Hartman, discontinue Paxil start Effexor.
 7  You see that?
 8     A.   Uh-huh.
 9     Q.   And keep going down the page, Effexor
10  not working, may stop. Refer to Dr. Kent Stevenson.
11  Is that the Dr. Kent Stevenson that we were talking
12  about earlier with the Cymbalta?
13     A.   Actually, yeah.
14     Q.   So had you seen Dr. Stevenson before
15  now?
16     A.   No, apparently he referred me to him
17  and I didn't go to him. Not that I --
18     Q.   Okay.
19     A.   Apparently I didn't want to -- I
20  didn't want to be depressed or didn't want to say
21  that I was depressed. I'm not a depressed person.
22  What am going to tell you.
23     Q.   Do you have any recollection as to why
24  you would've requested anti-depressants in September
```

## Page 152

```
 1  of 1996?
 2     A.   I don't know. Did I -- did he say
 3  that I requested them or did he say that he gave them
 4  to me? I can't read his writing at all.
 5     Q.   I guess it depends how you interpret
 6  wants to try anti-depressants.
 7     A.   I'm sorry, what?
 8     Q.   I guess it depends on how you
 9  interpret wants to try anti-depressants, who is the
10  wants to try?
11     A.   Well, I mean, so if he says do you
12  want to try or whatever it is, I mean, I probably
13  said yeah. I don't know, I don't know. I don't
14  know. Did I go in there asking him for
15  anti-depressants, I don't know, I doubt it, but
16  maybe.
17     Q.   Do you recall anything significant
18  from that September 1996 time period?
19     A.   No, it says here apparently I was
20  having some back pain or whatever it was. Did I see
21  back pain, set up for MRI lumbar spine.
22     Q.   Okay.
23     A.   No.
24          MS. HORN: Mark this as Exhibit 8.
```

## Page 153

```
 1          (Levitt Exhibit 8 was marked for
 2  identification by the reporter.)
 3  BY MS. HORN:
 4     Q.   And what I am marking as Exhibit 8 are
 5  records produced to us from the office of
 6  Dr. Mittleman. And the first question, the first
 7  page there's a form, a handwritten form that has been
 8  filled out. Do you recognize the handwriting?
 9     A.   Do I recognize what?
10     Q.   The handwriting on the first page?
11     A.   Whose handwriting this is on the first
12  page?
13     Q.   Yes.
14     A.   This looks like my handwriting right
15  up here.
16     Q.   Okay. And where it says --
17     A.   At the top part.
18     Q.   Where it says, Briefly describe your
19  reasons for seeking help.
20     A.   I'm sorry?
21     Q.   The very first question, Briefly
22  describe your reasons for seeking help?
23     A.   Okay. Sinus.
24     Q.   Sinus. How long have you had the
```

Jo Levitt

Page 154

1  problems?
2      A.    Twenty years.
3      Q.    Okay.  And why did you decide to seek
4  help now?
5      A.    Neiburger, Dr. Neiburger told me to.
6      Q.    And what other ways have you tried to
7  deal with this problem?
8      A.    Surgery, shots, medicine, whatever.
9      Q.    Okay.  So is the reason you initially
10  went to see Dr. Mittleman was related to your sinus
11  issues?
12      A.    I'm sorry, what?
13      Q.    Was the reason you went to see
14  Dr. Mittleman initially was because of your sinus
15  issues?
16      A.    Yes, Dr. Neiburger recommend I go see
17  Dr. Mittleman because apparently Dr. Neiburger
18  thought that -- I mean, he's like a -- I mean, he'd
19  done what he could for me at that point and he said,
20  you know, maybe Dr. Mittleman can help you.  I don't
21  know.  I mean, it says, Why am I going to see him.
22  Sinuses, my sinuses are bothering me, it's because my
23  sinuses are bothering me, I mean, is that -- what
24  does that mean?

Page 155

1      Q.    So that's the -- is that the reason
2  you initially went to see Dr. Mittleman?
3      A.    Well, that's what it says, I wrote it
4  down.
5      Q.    Okay.  And then if you go down to the
6  next little section it says history of treatment for
7  emotional problems and family history.
8      A.    Uh-huh.
9      Q.    Do you recognize that handwriting?
10      A.    Okay.  What do you want me to do?
11      Q.    Is that also your handwriting?
12      A.    I don't know because it's not writing,
13  it's through, I really can't tell you.
14      Q.    Okay.  It says outpatient treatment,
15  therapist name, I'm not sure what that says, O'Hearae
16  (ph), O'Haret (ph).  Do you recognize that name?
17      A.    Oh, yeah, I do, yeah, I do.  I hadn't
18  heard a thing forever.
19      Q.    And who is that?
20      A.    I went and saw him when I quit
21  smoking.
22      Q.    And what kind of -- is he a doctor?
23      A.    He's a psychiatrist.  I forgot about
24  him.

Page 156

1      Q.    And he helped you quit smoking?
2      A.    What?
3      Q.    Did he help you quit smoking?
4      A.    No, I quit smoking and I -- it was
5  real hard for me to quit smoking and I -- you know, I
6  went to see him, you know, for him to help me, I was
7  nervous about it and then we also talked some stuff
8  about business and people and so on.
9      Q.    How long did you see him?
10      A.    How long did I see him, I don't
11  remember, I would say that -- let's see, if I quit
12  smoking, a couple of years maybe.
13      Q.    Okay.  In that same section?
14      A.    Uh-huh.
15      Q.    It says family history of emotional
16  problems and there's a yes checked and it says who
17  and then brothers?
18      A.    Yeah.
19      Q.    I don't know if there is an apostrophe
20  there or not.  What is that -- do you know what
21  that's referencing?
22      A.    What is that what?
23      Q.    Do you know what that's referencing?
24      A.    Yeah, I had an older brother

Page 157

1  who was -- weighed about 300 pounds, something like
2  that and he -- I mean, I felt like he had emotional
3  problems.  I don't know, when you say something about
4  that, I mean, he did -- when I say emotional
5  problems, I guess what I was saying on my brothers,
6  have any of my brothers ever been hospitalized or
7  anything like that, no.  Have any of you -- does your
8  family have emotional problems.  I don't know why I
9  would say that, family history of emotional problems,
10  I guess just that -- I didn't understand how my
11  brothers were living.  My oldest brother, I mean,
12  basically, I mean, he didn't work and, I mean, so I
13  guess I was thinking I thought he had emotional
14  problems and growing up he would always give my
15  mother, you know, a lot of trouble.  My mother would,
16  you know, say -- my mother would say that he was
17  depressed or that he was going to, you know, going to
18  commit suicide or something like that.  I don't know.
19      Q.    Did that ever happen?
20      A.    What?
21      Q.    Did that ever happen?
22      A.    Oh, no, no, it didn't.
23      Q.    Was he ever diagnosed with anything?
24      A.    No, not that I -- not that I know of,

40 (Pages 154 to 157)

Jo Levitt

## Page 158

1  not that I know of, no.  I guess this is me
2  overreacting on what normal is and what is not
3  normal.  I don't know, did you think your kid brother
4  was a little nutty, yeah, he's odd let's put it that
5  way, I mean, he's odd, he doesn't work and he is just
6  odd.
7      Q.    And how was he able to -- is he still
8  living?
9      A.    Uh-huh.
10     Q.    How is he able to support himself?
11     A.    I guess -- did I say never worked, I
12  mean, he worked for my father at one time.
13     Q.    At the hotel?
14     A.    Yeah, uh-huh.  Sorry, Bernie.
15     Q.    If you turn the page, page 2?
16     A.    Uh-huh.
17     Q.    The section on health status, is that
18  also your handwriting?
19     A.    This was 2003, Mittleman.  Dr. Price,
20  ENT, ENT, I can't read any of this.
21     Q.    No, it's page 2.
22     A.    Oh, I'm sorry.
23     Q.    It's like what appears to me to be a
24  two-page form, page 1 and 2.

## Page 159

1      A.    Oh, I got you, got you, got you, got
2  you.
3      Q.    First page says client reported
4  problem.
5      A.    Uh-huh.
6      Q.    The handwriting I believe on the first
7  page you said was yours.  Is the handwriting on the
8  second page also yours?
9      A.    That up there is mine and -- uh-huh.
10     Q.    So this is your handwriting?
11     A.    Yeah, it looks like it.
12        MS. HORN:  And we need to change the
13  tape.
14        THE VIDEOGRAPHER:  The time is now
15  1:22, we're going off the record.
16        THE VIDEOGRAPHER:  The time is now
17  1:23, we're back on the record.
18  BY MS. HORN:
19     Q.    Okay.  All right.  Staying with the
20  same exhibit, if you turn to page No. 8?
21     A.    Okay.
22     Q.    Eight.  And it has the -- it's a
23  typewritten page and it has the date January 24th,
24  2003 at the top.  Do you see that?  Okay.  Can you

## Page 160

1  just take a moment and read the first paragraph and
2  then I have a couple questions, the long paragraphs,
3  I don't want to read out loud.
4      A.    I'm sorry what?  You want me to
5  read --
6      Q.    Yeah, just read it to yourself and
7  I'll have a couple of questions.
8      A.    Uh-huh.
9      Q.    Okay.  And that -- the first
10  paragraph?
11     A.    Uh-huh.
12     Q.    There is several references to the
13  same ideas, if you look at eight lines down and the
14  sentence that starts, She admits to symptoms of
15  significant depression all of her life, she feels she
16  has been pessimistic all of her life and she has had
17  low energy, low interest, low motivation,
18  cheerfulness, periods of anxiety, hopelessness.  And
19  then you drop down a couple more sentences, She
20  states that her life-long history of depression has
21  been one of pessimism and negativism and then you
22  drop back.  We'll stay with that, so as of January of
23  2003 do you think those were accurate descriptions?
24     A.    Do I think that they -- some of it is

## Page 161

1  and some of it isn't.  I think that -- there's a
2  mistake on -- what do I want to say?  I feel like a
3  schizophrenic on this thing because it sounds like
4  that, you know, I haven't gone out and done my job
5  and been enthusiastic and so on and so forth.  I
6  think from my background is that in some ways that if
7  I didn't work at it, okay, or hadn't worked at it
8  that I could have been a depressed person, you know,
9  most of my life, in other words, I could've just
10  crawled in a hole.
11        When I was born -- God, this is so --
12  so personal.  It was during the war my father had
13  just lost his brother, he was a P-38 pilot a month or
14  so before I was born.  They lived out on a farm and
15  he worked all day in the city and then had to do the
16  farm at night and they didn't have any time for me,
17  okay, so basically I was a Skinner baby, I had a
18  brother because they put me in the baby bed, okay,
19  and basically I spent two years there, okay, so I
20  think that a lot -- I never thought I would be -- I
21  mean, I feel like a psychiatrist, that -- I have a
22  tendency that because of that and then my
23  grandmother owned a nursing home and when I was a
24  kid, you would go to the nursing home and I don't

41 (Pages 158 to 161)

Jo Levitt

Page 162

1   know whether you've ever, you know, would smell -- I
2   mean, she was a good operator, she was a good woman
3   and so on, but I had this real thing about death then
4   as a kid, in other words, coming from that, that's
5   depressive I think and so was I a person that was --
6   I had to work at being jovial and work at coming up
7   with a sense of humor.  Did I naturally have that, I
8   don't think I naturally had that, so when you're
9   being real honest about what you think your real
10  nature is, you know, that -- I think I wasn't born to
11  be an optimistic person, but I think that I learned
12  how to be an optimistic person, I learned how to, you
13  know, not instant gratification or anything like that
14  where I think I had a tendency for instant
15  gratification and that's why it sounds like I'm
16  saying one thing and, I mean, it's really -- I don't
17  know.  Chalk me up as schizophrenic, what am I going
18  to say.
19      Q.    And in the same paragraph shortly
20  after the last sentence I read?
21      A.    What?
22      Q.    In the same paragraph there is a
23  sentence that says, She also talked about being
24  upset about a legal battle with a neighbor over some

Page 163

1   construction?
2       A.    Right.
3       Q.    Was this the same dispute we were
4   talking about before in the year 2000, 1999 and 2000?
5       A.    Yeah, I, you know, I don't know and
6   that -- because I really thought that that -- I mean,
7   I know that everything was decided, you know, long
8   before that and whether he had done something after
9   that to me, you know, that reignited whatever, you
10  know, was happening over the house, I don't know.  I
11  cannot really tell you why, you know, I would've been
12  upset then if it had happened back in 2000, it
13  could've been something else that he did, I mean, but
14  I don't remember what it was at the time.
15      Q.    Okay.
16      A.    Or maybe I was just...
17      Q.    If you drop down to the second section
18  where it says patient history.
19      A.    I guess I will just say one other
20  thing on this maybe on part of this is I came from
21  like a family that people aren't depressed, I mean,
22  people aren't supposed to be depressed and that --
23  you know, ours is about the do-and-die type of
24  personality and maybe, you know, when I would feel

Page 164

1   that way, I would feel guilty and -- I can't tell
2   you.  Maybe I need to go back to a psychiatrist to
3   figure this out, but I guess I'm through talking.
4       Q.    If you go down to the next section
5   called past history?
6       A.    Called what?
7       Q.    Past history.
8       A.    Past history, yeah.
9       Q.    The next big paragraph.  Starts off
10  patient was born and raised in Kansas City.  You drop
11  down about eight lines, Her mother lived in Kansas
12  City, she did not speak a great deal about her
13  siblings other than to tell me that her brother she
14  thinks has had depression and has lived off of an
15  inheritance and has had difficulties in his life.
16  This is the same brother that we were talking about
17  earlier?
18      A.    Yeah, uh-huh.
19      Q.    Okay.  And did he actually have an
20  inheritance that he lived off of?
21      A.    I'm sorry, I'm having trouble.
22      Q.    Was there an actual inheritance that
23  he had, did he actually have an inheritance?
24      A.    Yeah.

Page 165

1       Q.    Did you also share in that same
2   inheritance or was it just for him?
3       A.    Did I have an inheritance?
4       Q.    Yes.
5       A.    No, he had an inheritance because I --
6   because we bought -- we bought the hotel and part of
7   the hotel went to him.
8       Q.    The money?
9       A.    The money, the money, the money.
10      Q.    Okay.  Was your dad still alive at
11  that time?
12      A.    Uh-huh, well, yeah, my father just
13  died in like '96.
14      Q.    And so when you brought -- when you
15  purchased the hotel from your father, he shared the
16  proceeds with your brother?
17      A.    Yes, uh-huh.
18      Q.    Okay.
19      A.    That was a good way to explain that.
20      Q.    Just to backtrack for a moment on the
21  first paragraph there's also a reference of she also
22  talked about concerns of business and business
23  reversals with the current economic climate.  Do you
24  see that?

42  (Pages 162 to 165)

Jo Levitt

Page 166

1    A.    I'm sorry, where is it?
2    Q.    Yeah, it's in the very first
3  paragraph.
4    A.    All right.  One more time.
5    Q.    The first paragraph.
6    A.    She also talked about current --
7    Q.    Concerns about business and business
8  reversals with the current economic climate.  Do you
9  recall what was going on with your business back in
10  January of 2003?
11    A.    No, I don't.  I don't know what
12  would've been done whether that had anything to do
13  with, you know, something my husband was doing.  I
14  really don't know.  I can't tell you why I would have
15  said that.
16    Q.    Your company --
17    A.    I mean, were we having economic
18  climate was not great in 2003, I must have been
19  talking about that.
20    Q.    Your company, Chocolate Soup?
21    A.    Uh-huh.
22    Q.    That manufactured and sold children's
23  clothes?
24    A.    Uh-huh.

Page 167

1    Q.    Would you call those high-end clothes?
2    A.    Uh-huh.
3    Q.    So they were like on average how much?
4  If you were a customer and you went to the store, the
5  boutique to buy them, how much would they cost?
6    A.    I don't know.  You would have to ask
7  my husband.  Our average ticket was, you know, in the
8  $40 range or something like that which is high end
9  for kids' clothes.
10    Q.    And as the economy was going through a
11  difficult period, did that reduce the number of
12  people who were coming to the store to buy clothes?
13    A.    Well, yeah, the economy can always
14  affect a business depending on what it -- yeah, the
15  economy can affect your sales.
16    Q.    Would you say that your business with
17  high-end children's clothing was more susceptible to
18  I guess seeing business drop off if there was an
19  economic downturn?
20    A.    No, no, I don't think so.
21    Q.    Did you have a sense of who your -- of
22  whether or not your client base or customer base was
23  experiencing difficulties during that economic
24  downturn?

Page 168

1    A.    During the economic downturn?
2    Q.    Uh-huh.
3    A.    I don't know, I wasn't that with it
4  during this last time what you're talking about,
5  2008.
6    Q.    Or 2003.
7    A.    I can't tell you because I really
8  wasn't that with it, I mean, I wasn't -- I mean, I
9  must have said it because of something my husband
10  would have said, but was I deeply involved in that,
11  no.
12    Q.    If you skip forward to page 12.
13    A.    I'm sorry, what?
14    Q.    Move on to page 12.  In here we have
15  some additional entries for 2003, May 13th, 2003,
16  June 23rd, 2003, August 19th, 2003 and September
17  29th, 2003.  Do you see those?
18    A.    Where are we down to, how many
19  paragraphs, one, two, three, four?
20    Q.    I was just confirming that you are
21  agreeing that there are multiple entries on this one
22  page with different dates.
23    A.    Okay.  You want me to read this page,
24  what do you want?

Page 169

1    Q.    No, I was just identifying the page
2  first.
3    A.    Oh, for her.
4    Q.    And it looks like from looking at the
5  dates on this page that you were seeing Dr. Mittleman
6  about once a month in 2003, does that sound about
7  right?
8    A.    It sounds like it, yeah.
9    Q.    Okay.  And if you drop down to the
10  third entry for August 19th, 2003?
11    A.    Third one?
12    Q.    Third one, August 19th, 2003?
13    A.    Okay.
14    Q.    Our patient was more hopeful today,
15  she talked about making decisions about a hotel
16  project that she had worked on, she seemed to have
17  more energy and more spontaneous smiles, less
18  hopeless.  Do you recall what the situation was at
19  the hotel then?
20    A.    Do I recall what?
21    Q.    What that hotel project was?
22    A.    No, no, I don't.  Off the top of my
23  head I can't tell you.  If I sat and thought about it
24  for a while, maybe I could.

43 (Pages 166 to 169)

Jo Levitt

Page 170

1    Q.   Okay.  And then you drop down to the
2  next entry of September 29th, 2003, drop down to the
3  next September entry.  The fifth line down, She has
4  been overwhelmed by many physical problems and
5  financial problems.  She seems to have a handle on
6  the financial problems and is able to work regularly.
7  Do you see that?
8    A.   She has been overwhelmed and many
9  physical....
10   Q.   So would you agree that as of the fall
11 of 2003 you were able to work regularly in your
12 business?
13   A.   No, I don't know why he characterized
14 it that way.  I don't know what I would have said
15 that would make him characterize it that way.  When I
16 said work regularly, I mean, work like I did before,
17 work whatever.  I don't know.  I don't know what --
18 she was overwhelmed by many physical problems and
19 financial problems.  Can I remember any of this,
20 2003.
21   Q.   If you don't remember --
22   A.   What?
23   Q.   You trying to remember something?
24   A.   Yeah, I mean, I was just trying to

Page 171

1  remember that to see if I -- it's amazing how much a
2  psychiatrist writes about you.  It's like reading --
3    Q.   It's like reading --
4    A.   What?
5    Q.   I said it's like reading, I was just
6  repeating what you were just saying.
7    A.   Okay.
8    Q.   You want to turn to page 15.  And the
9  entry that's marked April 29th, 2004.
10   A.   Uh-huh.
11   Q.   It's the fourth one down?
12   A.   Uh-huh.
13   Q.   Do you see it, it says, Patient
14 continues to struggle with depression and the
15 difficulties she had with the neighbor over building
16 an addition to her house.  I'm assuming this is the
17 same dispute that you were talking about earlier in
18 2000?
19   A.   Uh-huh.
20   Q.   Do you have any recollection why this
21 would be coming up again in 2004?
22   A.   I'm sorry, I couldn't hear you, what
23 was it again?
24   Q.   Is this the same dispute that we were

Page 172

1  talking about before that took place in 1999 and
2  2000?
3    A.   Yeah, this would've been, this
4  would've been.  I'll tell you what it is now reading
5  this is apparently when I went in to him, when you're
6  going to a psychiatrist you tell them, you know, all
7  about your past and so on and what's happening with
8  you.  I mean, I don't know that in 2004 that I was
9  necessarily upset about my next door neighbor, but
10 he's recounting the things that I had told him before
11 and has anything changed or anything like that, in
12 other words, I'm not reading this -- let me read it
13 again.  We talked at length about the etiology of
14 depression and things seemed to be going better for
15 her.  Her physical health seems to have stabilized to
16 some degree and she's on oxygen that has helped her
17 sleep at night.  Okay.  What was the question again?
18   Q.   Under the April 29th, 2004 paragraph,
19 We have patient?
20   A.   On the what?
21   Q.   April 29th, 2004?
22   A.   Okay.  I hadn't read down there.
23   Q.   It says, Patient continues to struggle
24 with depression and the difficulty she had with the

Page 173

1  neighbor over building an addition to her house.  Did
2  anything additional happen in 2004 regarding the
3  neighbor dispute or the addition to your house?
4    A.   Okay.  Wait a minute.
5    Q.   Had anything new happened with regard
6  to either the addition to your house or the dispute
7  with the neighbor?
8    A.   No, I guess, I mean, the only thing I
9  can see, I mean, on this thing is just my growing
10 frustration of not being able to do what I used to do
11 at that time.  I mean, that's what I see, I see
12 that -- I'm frustrated, I can't do what I did.
13   Q.   Okay.  If you move to the next page.
14   A.   Huh?
15   Q.   Move to the next page.
16   A.   Okay.
17   Q.   Page 16.
18   A.   Sixteen?
19   Q.   Yes.  The paragraph at the top, June
20 11th, 2004?
21   A.   Okay, 6/11?
22   Q.   6/11, yes.  Patient is increasingly
23 depressed and disappointed in regard to the fact that
24 she did not get a visa from immigration for a baker

44 (Pages 170 to 173)

Jo Levitt

Page 174

1   that she needs for a business that she is working on.
2   Do you recall what that is about?
3     A.   Uh-huh.
4     Q.   What was that?
5     A.   What was that?
6     Q.   Uh-huh.
7     A.   Well, at the hotel, this must have
8   been the project that I was trying to go up there.
9   Is that, as I said, we needed to do a bunch of stuff
10  at the hotel that -- revamp and so on and what one of
11  the things is that I was going to have is I was going
12  to have a bakery up there and since -- if you can
13  believe it in Nebraska with all of the wheat, they
14  had no bakers and so I got on -- I joined the Baker's
15  Guild so I could get on the internet and to see
16  whether I could get anybody to come to Nebraska from
17  anyplace and nobody seems to want to go to Nebraska
18  and so I don't know how -- I don't remember how I did
19  it, but I got somebody that was interested from
20  France and because we were a -- well, I wanted to
21  bring him over and to bring somebody in, I mean, I
22  didn't realize it is a big long deal to try to bring
23  somebody in and so I can remember now is that they
24  turned down the visa because -- not because I didn't

Page 175

1   advertise and all of that kind of stuff that you have
2   to advertise before you can bring somebody in to take
3   an American job is that we weren't like a big hotel
4   in Chicago or something like that and they can bring
5   someone -- they can bring someone in, they didn't
6   have any trouble, but I was upset with the visa
7   people because -- I'm just trying to remember why it
8   was. Oh, I know, we had a three-star rating at our
9   hotel and a hotel, a big hotel in Chicago would have
10  a three star rating and I found out that a hotel in
11  Chicago with a three star rating doesn't have any
12  problems bringing in a French baker, okay, but
13  because we're little in Nebraska, I mean, they don't
14  want to let you do that, so I guess that's why I was
15  upset at immigration because they wouldn't let us
16  bring one in, although I went back and worked on it.
17     Q.   Were you able to get the bakery open?
18     A.   I was able to get the baker in -- not
19  in the end, not in the end. Not in the end. Not in
20  the end.
21     Q.   All right. If you turn to the next
22  page.
23     A.   Okay. Patient talked about the
24  fears --

Page 176

1     Q.   No, the next page on page 17.
2     A.   I'm sorry, did you say something?
3     Q.   Yeah, I was saying turn the page.
4     A.   Oh, the last page?
5     Q.   Yeah, the next page. At the top we
6   have September 6th, 9/6/05, September 6, 2005,
7   Patient continues to struggle but is functioning in
8   her work and in her family life, she is sleeping and
9   eating well. Do you think that was an accurate
10  description of your life as of September of 2005?
11     A.   I'm sorry, I can't hear you?
12     Q.   Do you think that that was an accurate
13  description of your life as of September 2005?
14     A.   2007 or 2005?
15     Q.   September 2005.
16     A.   Okay. Here. Do I think I was
17  functioning at my work in 2005, no. Do I think I was
18  sleeping well, I don't know, I mean, I certainly have
19  been eating well. I -- she was less desperate,
20  apparently my sinus problems weren't bothering me.
21  Apparently I wasn't suicidal, her concentration was
22  better. I don't know, I think it is partly right and
23  partly wrong.
24     Q.   Would you agree that you must have

Page 177

1   said something to Dr. Mittleman to make him think you
2   were functioning at work and your family life?
3     A.   I'm sorry, what?
4     Q.   Do you agree you must have said
5   something to Dr. Mittleman at that time to make him
6   think you were functioning at work and at your family
7   life?
8     A.   Of course, he wouldn't have written it
9   if he didn't think that was it. I mean, was I
10  painting a happy face for him on some stuff that I
11  didn't want to talk about that he didn't understand,
12  yeah, possibly. I don't know.
13     Q.   If you drop down two paragraphs?
14     A.   Uh-huh.
15     Q.   May 1st, 2007, this is the actual last
16  entry that we have with Dr. Mittleman.
17     A.   Uh-huh.
18     Q.   Third line, She continues to be
19  pessimistic and tearful. She talked about her
20  daughter being ill, her husband needing bypass
21  surgery and concerns about business?
22     A.   Oh.
23     Q.   Was there a period of time when your
24  daughter was ill?

45 (Pages 174 to 177)

Jo Levitt

Page 178

1       A.    Yeah, before my son-in-law got
2    diagnosed. The year before my daughter had, what --
3    they couldn't figure out what she had. She had
4    ringing in her ears, but she had a bunch of other
5    things too and she ended up going to Mayo. I was not
6    involved in it because I couldn't be involved -- I
7    mean, in other words I was not well enough to be
8    involved in it, so she had tinnitus I know that for
9    sure, but they went through a bunch of different
10   things, they thought she might have POTS, I don't
11   know what POTS is and apparently my husband had been
12   diagnosed with needing bypass surgery and he wasn't
13   going to do anything with the bypass surgery while
14   his daughter was sick, so I guess I was worried about
15   him not doing anything about it and so bring it
16   forward to 2008 you could say then my son-in-law.
17       Q.    Did your husband ever have the bypass
18   surgery?
19       A.    Yeah, it's in here after all of this
20   stuff.
21       Q.    He actually went forward with the
22   surgery?
23       A.    Yeah, he actually did, but it was in
24   2009 right after Kevin died.

Page 179

1       Q.    I am finished with this particular
2    exhibit.
3       A.    You're what?
4       Q.    I'm done with that exhibit.
5            THE WITNESS: Could I get a Diet Coke?
6    I would get it myself, but. I don't know why I'm so
7    dry. Is anyone dry here?
8            MS. HORN: Because you're talking.
9            THE WITNESS: I'm not used to talking.
10   That's fine, I can't make up my mind, I told you.
11           MR. WILLIAMS: You want a glass? Some
12   people like glasses, some don't.
13           MS. HORN: Did you want some ice?
14           THE WITNESS: What?
15           MS. HORN: Did you want some ice?
16           MR. WILLIAMS: Oh, we do have ice.
17           THE WITNESS: Oh, that would be great.
18   There won't be any ice, is there?
19           MR. WILLIAMS: There is.
20           THE WITNESS: Somebody filled it. I'm
21   really not used to talking. Is there a napkin up
22   there?
23           MR. WILLIAMS: Absolutely.
24           THE WITNESS: Thank you.

Page 180

1    BY MS. HORN:
2       Q.    Ready?
3       A.    Yeah.
4       Q.    Okay. How many siblings do you have?
5       A.    How many what?
6       Q.    Brothers and sisters?
7       A.    I have two brothers.
8       Q.    And how old are they?
9       A.    One is two years older and one is two
10   years younger approximately.
11       Q.    And what's the name of the one who's
12   older?
13       A.    Bernard.
14       Q.    And what's the name of the one who's
15   younger?
16       A.    Don.
17       Q.    Okay. And where do they live?
18       A.    Don lives in Lincoln, Nebraska and
19   Bernie lives in Texas someplace, I'm not quite sure
20   exactly where.
21       Q.    Okay. And do you have any brothers or
22   sisters who have died?
23       A.    No.
24       Q.    And are both of your parents deceased?

Page 181

1       A.    Yes, uh-huh.
2       Q.    Okay. How old was your mom when she
3    died?
4       A.    As I said, I am terrible at ages and
5    stuff like that. My guess is that she was like 84,
6    86, something like that and my father just died and
7    he was almost 96.
8       Q.    And what was the cause of the death of
9    your mother?
10       A.    Oh, what?
11       Q.    What did she die of?
12       A.    Oh, I'm not sure. I mean, she had
13   rheumatoid arthritis and she had -- I don't know
14   exactly. I was -- once again I feel a little bad
15   because I was not involved when she died. Ashley had
16   to go in and do a lot of stuff I would have done at
17   the time when she died. I'm trying to think when she
18   died. She died maybe four years after a heart
19   attack, so 2005, would have been right about 2005 or
20   2004 or something like that.
21       Q.    And do you know the cause of death for
22   your father?
23       A.    What?
24       Q.    Do you know the cause of death for

Golkow Technologies, Inc. - 1.877.370.DEPS

Jo Levitt

**Page 182**

1  your father?
2      A.   No, I do know that he had Leiomyo
3  something, which is a real odd cancer, but he had it
4  for years. I think he died of old age finally, but,
5  I mean, his doctors had records if you want them, but
6  he didn't have -- he didn't have heart problems.
7      Q.   He didn't have --
8      A.   He had -- actually he had from the
9  time he was a kid something that skipped in his heart
10 or whatever it is and they gave him some medicine for
11 it for a while and whether he was still taking it or
12 not -- I'm sorry, he actually did have a pacemaker
13 put in when he was like about 90.
14     Q.   At some point was he diagnosed with an
15 arrhythmia?
16     A.   What?
17     Q.   With an arrhythmia, did he have a
18 cardiac arrhythmia?
19     A.   If that's what they call it, yeah, but
20 he had it from the time he was a kid and he took some
21 medicine for it and I think he had -- I don't know if
22 he ever had a pacemaker put in or not, I'm sorry, I
23 just can't tell you that.
24     Q.   Okay. Do you know how old your

**Page 183**

1  maternal grandparents were when they died?
2      A.   Yeah, my mother's mother was in her
3  eighties, four, five, something like that.
4      Q.   And what about her father?
5      A.   And her father I think he died in --
6  he had cancer, sixties my guess, maybe later I don't
7  know.
8      Q.   Do you know the cause of death for
9  your mother's mother?
10     A.   My -- that was my mother's mother.
11     Q.   Yeah, I know, but you said she died in
12 her eighties, do you know what she died from?
13     A.   No.
14     Q.   And then your dad's parents, do you
15 know how old they were when they died?
16     A.   Yeah, she was in her eighties too and
17 she had cancer, she had had I think uterine cancer
18 years before and then I think the cancer came back,
19 but -- and she weighed like about 250, she was kind
20 of like my brothers.
21     Q.   And what about your dad's dad?
22     A.   My dad's dad I think he died in his
23 sixties and he -- I think he had cancer. My dad said
24 they went to the hospital, came back, he was okay for

**Page 184**

1  a while and then -- I think it was cancer.
2      Q.   Okay. And I'm going to just name
3  quickly some different medical conditions and I want
4  you to tell me whether or not you had any blood
5  relative who has had one of those conditions whether
6  it's a parent, aunt, uncle, grandparent, sibling or
7  children.
8      A.   Okay.
9      Q.   Okay. Just any blood relative that
10 comes to mind.
11     A.   Okay. Name the -- so how far -- okay,
12 I can do it.
13     Q.   Heart murmur?
14     A.   This is people had it or died of it?
15     Q.   No, had it.
16     A.   Oh, okay.
17     Q.   Do you have you blood relatives who
18 have had a heart murmur?
19     A.   I don't know, I don't know, I can't
20 tell you.
21     Q.   Okay. Do you know if you have any
22 blood relatives who have had heart palpitations?
23     A.   When Ashley had her POTS and stuff
24 like that I think she had some palpitations then,

**Page 185**

1  yes, my daughter.
2      Q.   Heart attack?
3      A.   Any blood relatives that have a heart
4  attack. I believe that my mother's eldest brother
5  had a heart attack, but he didn't die of it.
6      Q.   Anyone else had a heart attack?
7      A.   Good thing I don't come from a big
8  family. You asked this of people who have big
9  families it would take you all day. Let's see, my
10 father's side, no, my mother's side, no.
11     Q.   Okay. Heart valve problems?
12     A.   Heart valve problems, my mother ended
13 up with some heart valve problems and that was -- I
14 don't know when that was, I think she had -- she told
15 me something about she had rheum -- what is it when
16 you are a kid?
17     Q.   Rheumatic heart?
18     A.   No, rheumatic fever. I think she had
19 that when she was a kid. She had something that did
20 that to her when she was a kid.
21     Q.   Any blood relatives that had a stroke?
22     A.   Blood relatives that had a stoke.
23 Mother, no, father, no. I think my cousin on my
24 mother's side had a stroke, what was her name, Bonnie

47 (Pages 182 to 185)

Jo Levitt

Page 186

1  something Japps, had a stroke or was it her mother
2  that had a stroke?  No, I think she did.  I think one
3  of my cousins on my mother's side.
4      Q.   Okay.  What about diabetes?
5      A.   Anybody in the family with diabetes,
6  no, huh-uh.
7      Q.   Hypertension?
8      A.   What?
9      Q.   Hypertension?
10      A.   I know my dad didn't.  Not that I know
11  of.  And when you say hypertension, do you mean
12  over --
13      Q.   Heart condition.
14      A.   I know that, but over 200 or, you
15  know --
16      Q.   Is there someone you're thinking of?
17      A.   What?
18      Q.   Is there somebody you're thinking of?
19      A.   Is there somebody I am thinking of,
20  no, I mean I don't know my brothers.  I couldn't tell
21  you right now.  To my knowledge, no, no.  I'm going
22  back on --
23      Q.   Okay.  Have you ever seen a
24  pulmonologist?

Page 187

1      A.   A pulmonologist, no, not that I know
2  of.
3      Q.   A neurologist?
4      A.   A urologist (sic), I don't know -- not
5  that I know of, but what is the doctor that when you
6  have -- no, I have not seen a urologist.
7      Q.   Have you taken any vacations in the
8  last ten years?
9      A.   No.
10      Q.   When was the last time you took a
11  vacation?
12      A.   Last time I took a vacation?
13      Q.   (Nods head).
14      A.   This is hard just thinking about my
15  family.  I don't know, before I went to New Mexico
16  with my daughter and Jim and her fiance before they
17  were married.
18      Q.   Okay.
19      A.   I am trying to think.  Any other
20  vacations, oh, I may have called this a vacation.
21  Right after in August of 2000 my nephew got married
22  and we went for a couple -- over the weekend to New
23  Hampshire with my son-in-law and the new baby.
24      Q.   What do you like to do for fun, do you

Page 188

1  have any hobbies or activities that you consider your
2  leisure --
3      A.   Right now, none.
4      Q.   Did you in 2000?
5      A.   Pardon me, did I in 2000?
6      Q.   Yes.
7      A.   Yeah, I worked for fun and I decorated
8  and built on my house, gardened, I gardened, had a
9  garden.
10      Q.   Anything else?
11      A.   I can't think of anything right now.
12      Q.   Was it a vegetable garden or flower?
13      A.   Flowers.
14      Q.   And you don't have a garden now?
15      A.   It's drying up because it has been
16  real -- because I really can't afford to water it.
17      Q.   Did you have a garden --
18      A.   I have a big yard.
19      Q.   Okay.  Did you have a garden last
20  year?
21      A.   What was left of everything.  When I
22  say garden, I mean, just landscape, so no.  My
23  landscaping, I shouldn't have put it like garden.
24      Q.   Did you used to have a garden?

Page 189

1      A.   I do -- we would have to define
2  garden.  I guess I could just say my garden is, yes,
3  I had a garden.
4      Q.   And you had a garden last year?
5      A.   Yeah, uh-huh.
6      Q.   Okay.  Did you -- and were you the
7  person who maintained it?
8      A.   It's my landscaping, I'm sorry,
9  maintaining my landscaping not my just garden,
10  perennials, not annuals.  I'm not making myself very
11  clear.
12      Q.   And when you were talking about
13  gardening in 2000, is that the same type of gardening
14  you are referring to with the landscaping?
15      A.   Right, right, right, but I would do a
16  lot more perennials -- I mean, annuals than I did.
17      Q.   Okay.  Do you have any membership in
18  any local organizations like any clubs, churches,
19  civic groups?
20      A.   No, I kind of gave up.  I was the
21  ballet ball thing, in fact, I was supposed to go the
22  ballet ball the night -- Saturday night when my first
23  thing happened.  It happened on a Friday when I went
24  to the hospital and the ballet ball was the next day

48 (Pages 186 to 189)

Jo Levitt

Page 190

1   and I was supposed to be there instead of in the
2   hospital with a stent.
3       Q.    So this was --
4       A.    This was in 2000, but basically I
5   haven't done that anymore. I was with an
6   organization that promoted dance and arts of the
7   town.
8       Q.    Do it have a name?
9       A.    Ballet ball -- Ballet Guild, I'm
10  sorry.
11      Q.    And did you have a position?
12      A.    Did I have a position in it, yeah, I
13  think I was -- a few years before that I was
14  secretary. I did something. I don't remember. I
15  did, yeah.
16      Q.    Okay. And other than the Ballet
17  Guild, have you been involved in any other civic
18  groups, community groups, churches clubs?
19      A.    No, no.
20      Q.    Okay. Have you ever run for or held a
21  political office?
22      A.    No.
23      Q.    And do you attend a place of worship?
24      A.    No, not regularly.

Page 191

1       Q.    Have you in the past?
2       A.    No, never regularly. When I was a
3   kid, yes.
4       Q.    Have you participated in any regular
5   volunteer activities?
6       A.    We would do things through our stores
7   that were, you know, charitable.
8       Q.    Do you know -- strike that. Do you
9   have any medical bills that you are attributing to
10  your Vioxx usage that were not reimbursed by
11  insurance?
12      A.    I'm sorry, do I have any medical bills
13  that what?
14      Q.    That were not covered by insurance
15  that you're relating to your Vioxx usage?
16      A.    Yeah, I am sure that I do, but I don't
17  know what exactly they covered and what we had to
18  pay, I don't know, and, I mean, I got so many records
19  could I go find it, maybe, I don't know. I don't
20  know what your normal insurance -- I think during
21  this period I think I had two health insurance maybe
22  that one stopped and another -- I think I had Blue --
23  no, I didn't have Blue Cross, I don't remember what I
24  had, but I might have had two different health care

Page 192

1   within those two months, which is really crazy.
2       Q.    In that 2000 time period?
3       A.    Yeah, in that 2000 time period. So
4   but do I have -- did my medical insurance pay
5   everything, no. I mean, have I gone to try to find
6   out how much I had to pay out of pocket on the thing,
7   no, because that was not the biggest thing I was
8   worried about out-of-pocket medical expenses.
9       Q.    And are you making a claim for lost
10  wages or lost income?
11      A.    Yes.
12      Q.    Okay. And what's the amount that
13  you're claiming?
14      A.    I haven't made a claim for a specific
15  amount right now.
16      Q.    And how would you go about determining
17  that?
18      A.    What? How would I go about it, I
19  mean, there's ways of going about determining what
20  something is worth and what has been lost, right?
21      Q.    Well, I'm asking how are you --
22      A.    How am I going about it, I am not
23  going about it right now because I don't know.
24      Q.    And who would know?

Page 193

1       A.    What?
2       Q.    Who would know?
3       A.    I mean, it depends on -- I'm sorry,
4   I'm getting tired. What I lost was I lost time and
5   memories besides money and, I mean, I will be real
6   honest what makes me so mad about this whole thing is
7   that you know, Gilmartin, I mean, it was all caused
8   by just personal greed by some of the crony
9   capitalists that took over Merck and then when you
10  have Ray Gilmartin teaching ethics at Harvard makes
11  Harvard looks like a bunch of yahoos, but what he did
12  was he just feathered his own nest, I mean, he got on
13  boards, I mean, he feathered his nest so that -- he
14  and I are about the same age, my life was going
15  pretty good, okay, and because he was so greedy, I
16  mean, he put this out and he shouldn't have put it
17  out, I mean, that's what I'm upset about. There is
18  stuff you can and -- I'm sorry, I didn't mean to say
19  any of that. I mean, how can you tend a business
20  when you have enough time to be on Microsoft boards
21  and on what is -- General Mills board, I mean, maybe
22  if he had spent a little time on his company that
23  this wouldn't have happened, but it was just greed,
24  greed by a certain group of people and it's still

49 (Pages 190 to 193)

Jo Levitt

## Page 194

1  going on now in Merck and that's -- I hate this, I
2  mean, I hate what has happened to our country. Our
3  country has only been good and where it is is because
4  we've had less -- dishonest people and we just have
5  too many dishonest people that are nothing but out
6  for themselves and that's what that group of people
7  did. And they ruined my life and he's at Harvard
8  acting and flying on jets and not that I wanted to do
9  any of that, but, I mean, I started my business -- I
10  cared more about what has happened to -- that I would
11  hurt a customer, I mean, I did extra stitches, you
12  know, in the appliques so that kids wouldn't get hurt
13  on it and, I mean, how he could just -- they could
14  just do that. They geared it all up and, I mean, he
15  was failing and he had to do it, I don't know. And
16  13 years later somebody is finally coming to talk to
17  me about it and I am so far gone I don't -- you can't
18  even talk to me about it.
19          MS. HORN: Go ahead and change the
20  tape.
21          THE VIDEOGRAPHER: Time is now 2:20,
22  we're going off the record.
23          (Recess.)
24          THE VIDEOGRAPHER: Time is now 2:24,

## Page 195

1  we're back on the record.
2  BY MS. HORN:
3      Q.  In terms of your information about --
4  strike that. What has been the source of your
5  information about Vioxx litigation?
6      A.  I'm sorry, what?
7      Q.  What has been the source of your
8  information about Vioxx litigation?
9      A.  What's the source of my information
10  about Vioxx what?
11      Q.  Litigation, lawsuits?
12      A.  Litigation, I've gotten on the site by
13  the judge and I've read, you know, a lot of the
14  things there and I've read stuff on the internet,
15  stuff in the New York Times, things that -- some of
16  the studies, I'm sorry, like -- I really am getting
17  tired, Google.
18      Q.  Did you do internet searches?
19      A.  Google Scholar, I have got on Google
20  Scholar and, you know, looked up different things
21  there.
22      Q.  Have you ever talked to any other
23  plaintiffs in Vioxx lawsuits?
24      A.  Have I talked to any other plaintiffs,

## Page 196

1  no.
2      Q.  Or communicated with them like chat
3  rooms, e-mail?
4      A.  No, I have not communicated with any
5  other plaintiffs.
6      Q.  Okay. Are you on any list serves
7  involving Vioxx litigation?
8      A.  Am I what?
9      Q.  Any list serves like e-mail list
10  serves where you --
11      A.  Oh, list serve?
12      Q.  Uh-huh.
13      A.  What is list serve?
14      Q.  It's where you basically get a
15  periodic e-mail or updates about some topic and in
16  this case the topic would be Vioxx or Vioxx
17  litigation?
18      A.  No, no.
19      Q.  Do you have a computer?
20      A.  Uh-huh.
21      Q.  Do you have e-mail?
22      A.  Uh-huh.
23      Q.  Have you ever e-mailed anybody about
24  Vioxx or Vioxx litigation?

## Page 197

1      A.  Yes.
2      Q.  Who?
3      A.  I've -- well, I e-mailed some people
4  that -- when I was trying to get an expert because I
5  thought that I had to have a Daubert expert right
6  away, so I was out looking for a Daubert expert and I
7  found out that if you don't have a lawyer, you can't
8  get a Daubert expert, we got a little cottage
9  industry going there. I can get a Daubert if I have
10  a lawyer, but I don't have a lawyer because they
11  won't -- no lawyer will take me that had anything to
12  do with Vioxx before and, I mean, my lawyer had to
13  quit, so that's why I don't have a lawyer and so if I
14  don't have a lawyer, I can't get a Daubert expert and
15  right now you've got me in a position that is going
16  to be all these things I'm supposed to come up with
17  that I'm not going to be able to come up with because
18  I'm not a lawyer.
19      Q.  And is there somebody who told you you
20  couldn't get an expert without a lawyer?
21      A.  Oh, I called a lot of different
22  experts. I called the guy -- or I didn't call him,
23  my husband called the -- who was the guy that was the
24  expert in Australia?

50 (Pages 194 to 197)

Golkow Technologies, Inc. - 1.877.370.DEPS

Jo Levitt

## Page 198

1    Q.    You mean --

2    A.    Zipes.

3    Q.    Yes.

4    A.    Yes, right after that because he

5 thought, Oh, that will be good maybe, you know, good

6 because he is right up on it if she needs an expert

7 and he said, you know, that he wouldn't mind doing

8 it, but you have to get a lawyer, you know, get a

9 lawyer.  And I wrote some different experts, you

10 know, some people that have done some of the studies,

11 you know, and basically they don't want to talk to

12 you if you're not a lawyer.  I wrote to Fitzgerald,

13 his boss is really nice, is that, you know, he said

14 he -- his office said he didn't have time, you know,

15 to do anything like this because he was, you know,

16 working on some stuff and I guess that -- I mean, he

17 did come up with something, didn't he, not very long

18 ago, his theory, he proved his theory?

19    Q.    I'm not sure what you're referencing.

20    A.    Okay.  To my knowledge he proved his

21 theory, which fits exactly in what went wrong with me

22 from what I tell you.

23    Q.    When you were writing these various

24 experts, did you keep copies of the letters?

## Page 199

1    A.    I'm so sorry?

2    Q.    Did you keep copies of any

3 correspondence that you sent to people you contacted

4 about being experts?

5    A.    No, most of it I didn't -- most of

6 them I would call because I figured out it was too

7 hard to write somebody because you didn't get -- it

8 would take forever to get something back and then on

9 getting a lawyer, I mean, I called a lot of lawyers.

10 I called the place in Kansas City that comes up with

11 lawyers, that refers lawyers.

12    Q.    Okay.

13    A.    Okay, they had nobody on Vioxx.  I

14 called the people that had the lawsuit against you --

15 on Merck on that other thing, Missouri something.

16    Q.    Okay.

17    A.    Yeah, and I called -- I can't remember

18 all of the names of them.  Most of them they just,

19 you know, wouldn't even talk to you or I've had Vioxx

20 cases not taking -- you know, we are out of it, in

21 other words, once they had had and signed on to the

22 thing -- oh, I even called the ACLU and they didn't

23 want -- they didn't want to, you know, take -- they

24 wouldn't really talk to me because I wasn't different

## Page 200

1 or illegal, in other words, just plain old people

2 they don't want to take any cases like that.  I don't

3 know.  I guess I think -- I'm really angered too is

4 that you would make it so you would lose your

5 lawyers.  I think that's unethical.  I think what you

6 all did you didn't have to do it and was unethical in

7 your settlement and I think in your settlement -- I

8 wish I had a lawyer right now.

9    Q.    Have you actually -- have you actually

10 read the settlement agreement?

11    A.    Have I what?

12    Q.    Have you read the settlement

13 agreement?

14    A.    I looked at the settlement agreement

15 when it first came out, yes.  I am sorry --

16    MR. LEVITT:  It's after two, I am

17 worried about your health when I didn't hear anything

18 from anybody.

19    THE WITNESS:  Okay.  We'll be ready --

20 we'll finished in a minute.

21    MR. LEVITT:  When?

22    THE WITNESS:  We're just having a good

23 time, I'm just making a fool of myself.

24    MR. LEVITT:  You'll be finished when?

## Page 201

1    THE WITNESS:  What?

2    MS. HORN:  In the next five minutes.

3    THE WITNESS:  In the next five

4 minutes.

5    MR. LEVITT:  Okay, okay.  I'm worried

6 about her being out this long.  I'm going to wait out

7 here I guess.

8    THE WITNESS:  Okay.

9    A.    Sorry.  I apologize.  Go on.

10 BY MS. HORN:

11    Q.    Did you read the settlement agreement?

12    A.    When it first came out, yes.

13    Q.    You read like the whole thing?

14    A.    Read the whole thing?

15    Q.    Uh-huh.

16    A.    No, I mean, I skipped over a lot of

17 things, but I think I read it or my husband read, you

18 know, enough to get the gist of it.

19    Q.    And do you -- where did you -- do you

20 recall where you saw the copy that you read?

21    A.    I believe that I saw it on Merck's

22 website.  They posted a copy of it.  Either that or

23 they told you where to go to get -- with Brown Greer

24 or something like that.

51 (Pages 198 to 201)

Jo Levitt

| Page 202 | Page 204 |
|---|---|
| 1   Q.   I was about to say did you ever visit<br>2   the Brown Greer website?<br>3   A.   I don't know that I ever looked at<br>4   their website or not. I think when it came out, they<br>5   said -- they posted it on Merck's website and I think<br>6   I looked at that like the day -- right after it came<br>7   out after my lawyer told me about it and, yes, I read<br>8   it, I read through it on the things and I told him<br>9   right away that from reading it --<br>10   Q.   If you're talking about a<br>11   communication you had with your lawyer then --<br>12   A.   Oh, you're right. Thank you, thank<br>13   you.<br>14   Q.   In terms of the -- you said that you<br>15   also visited the MDL or Judge Fallon's website, the<br>16   MDL website?<br>17   A.   Uh-huh.<br>18   Q.   Do you -- do you stay current with<br>19   what is posted on the website?<br>20   A.   Do I -- well, yeah, I try to. I<br>21   didn't at first during the whole period when I lost<br>22   my lawyer and stuff like that and all of this stuff<br>23   was happening with my family, I did not stay current<br>24   with any of that, I didn't know about anything like | 1   Q.   Okay.<br>2   A.   In other words, you could only get a<br>3   certain percentage, I could -- the most I could have<br>4   gotten on that thing would have been about $2<br>5   million.<br>6   Q.   Okay. I think we can wrap up for --<br>7   A.   I'm sorry, what?<br>8   Q.   We can go ahead and wrap up for today.<br>9   A.   Oh, okay.<br>10   Q.   We are done.<br>11   A.   When you say today, forever?<br>12      MS. HORN:  You can never say forever,<br>13   but we are done.<br>14      THE VIDEOGRAPHER:  Time is now 2:36,<br>15   we're going off the record.<br>16<br>17<br>18<br>19<br>20<br>21<br>22<br>23<br>24 |

| Page 203 | Page 205 |
|---|---|
| 1   that. I was out looking for a lawyer or for a<br>2   Daubert expert, but now, I mean, as time has gone on<br>3   I've stayed current with what's happening in the<br>4   case. Basically I've stayed pretty current after I<br>5   was kicked out of the settlement and then you all let<br>6   me back in. I was dropped in 2009 and then<br>7   reinstated, what, 2010 or '11 and those numbers are<br>8   probably off.<br>9   Q.   Just to clarify. When you say you<br>10   were kicked out of the settlement, do you mean when<br>11   your case was -- you never enrolled in the<br>12   settlement, correct?<br>13   A.   Right, I never enrolled in the<br>14   settlement. The reason I never enrolled in the<br>15   settlement is I looked at the thing I knew I would<br>16   get, you know. Pretty top on the medical stuff, but<br>17   when I went over to look about anything as far as<br>18   compensation for loss of, you know, your life,<br>19   they -- when it was -- apparently you didn't<br>20   anticipate that there was -- most people were either<br>21   on Medicare, Medicaid or they weren't successful,<br>22   very successful most of the people that you were<br>23   anticipating that had taken Vioxx and that had been<br>24   hurt by it. | 1<br>2<br>3<br>4<br>5<br>6   _____<br>7   JO LEVITT<br>8<br>9<br>10<br>11   Subscribed and Sworn to<br>12   before me this _____ day of _____, 2012.<br>13<br>14<br>15   _____<br>16   Notary Public<br>17<br>18   County of _____<br>19<br>20   State of _____<br>21<br>22<br>23   JO LEVITT vs. MERCK & CO., INC.<br>24 |

52 (Pages 202 to 205)

Jo Levitt

Page 206

```
 1            ERRATA SHEET
 2    RE: JO LEVITT vs. MERCK & CO., INC.
 3    DEPOSITION OF: JO LEVITT
 4    PG/LN NO.   CORRECTION    REASON FOR CHANGE
 5    _____:_____:_____
 6    _____:_____:_____
 7    _____:_____:_____
 8    _____:_____:_____
 9    _____:_____:_____
10    _____:_____:_____
11    _____:_____:_____
12    _____:_____:_____
13    _____:_____:_____
14    _____:_____:_____
15    _____:_____:_____
16    _____:_____:_____
17    _____:_____:_____
18    _____:_____:_____
19
         _____ I certify that I have read my deposition in
20    the above case and I request that no changes be made.
         _____ I certify that I have read my deposition in
21    the above case and I request that the above changes
      be made.
22
              SIGNATURE OF DEPONENT:
23            _____
24    DATED: _____
```

Page 207

```
 1            C E R T I F I C A T E
 2        I, Shelby L. Mead, a Certified Court
 3    Reporter, do hereby certify:
 4        That prior to being examined the witness was
 5    by me duly sworn;
 6        That said deposition was taken down by me in
 7    shorthand at the time and place hereinbefore stated
 8    and was thereafter reduced to writing under my
 9    direction;
10        That I am not a relative or employee or
11    attorney or counsel of any of the parties, or a
12    relative or employee of such attorney or counsel, or
13    financially interested in the action.
14        WITNESS my hand and seal this 23rd day of
15    July, 2012.
16
17
18        _____
19        Shelby L. Mead
20        CSR No. 1472, CCR No. 940(G)
21
22
23
24
```