UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX MARKETING, SALES,
      PRACTICES AND PRODUCTS
      LIABILITY LITIGATION

| | | |
|---|---|---|
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| GOLDHABER RESEARCH | : | MDL NO. 1657 |
| ASSOCIATES, LLC, | : | |
| | : | CASE NO. 07-2062 |
| Plaintiff, | : | |
| | : | |
| -against- | : | |
| | : | |
| TOMMY JACKS, P.C. d/b/a THE JACKS | : | |
| LAW FIRM and BLIZZARD, MCCARTHY | : | |
| & NABERS, LLP, | : | |
| | : | |
| Defendants. | : | Judge Eldon E Fallon |
| | : | |

SUGGESTION OF REMAND

Upon consideration of the Consent Motion of the Plaintiff, Goldhaber Research

Associates, LLC, by and through its counsel, Steger Krane LLP, requesting issuance of a

Suggestion of Remand of Plaintiff's claims to the Southern District of New York pursuant to 28

U.S.C. § 1407 and Multidistrict Litigation Rule 7.6(c)(ii) of the Rules of the Judicial Panel on

Multidistrict Litigation, for the completion of case-specific pretrial discovery and trial, and the

Court having reviewed the records of the case set forth above, finds and rules, as follows:

(1) Pursuant to the Court's Order of November 22, 2013, requiring the completion of

discovery by January 31, 2014, discovery is complete and there are no outstanding issues

requiring the intervention of the current Court.

(2) This case will not benefit from further coordinated proceeds as part of MDL 1657,

and is ready to be remanded to its transferor jurisdiction, the Southern District of New York.

Pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict

Litigation, the Court issues this Suggestion of Remand.

IT IS ORDERED, that the Clerk provide copies of this Order to the Clerk of the Judicial

Panel on Multidistrict Litigation and to the Clerk of the transferor District Court.

New Orleans, Louisiana this 1st day of July, 2014.

:

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE