UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| **2:06-cv-09757-EEF-DEK** | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Now before the Court is Plaintiff's Motion in Excess of Page Limit.  The Court finds good cause is shown for the excess page limit and that the motion should be GRANTED.

IT IS THEREFORE ORDERED that Plaintiff shall be permitted to file her Sur-Reply in Opposition to Merck's Motion for Summary Judgment in excess of page limit.

**IT IS SO ORDERED.**

New Orleans, Louisiana this 8th day of July, 2014.

_____
United States District Judge