# IN THE UNITED STATES COURT OF APPEALS
# FOR THE FIFTH CIRCUIT

No. 14-30300

MD 05-1657-L

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

---

ELENA STRUJAN,

    Plaintiff - Appellant

v.

MERCK AND COMPANY, INCORPORATED,

    Defendant - Appellee

---

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

---

Before JOLLY, SMITH, and CLEMENT, Circuit Judges.

PER CURIAM:

    IT IS ORDERED that the appellee's motion to dismiss the appeal for lack of jurisdiction is GRANTED.

    IT IS FURTHER ORDERED that the appellee's motion to dismiss the appeal as frivolous is DENIED AS MOOT.



IT IS FURTHER ORDERED that, other than a timely motion for reconsideration, the appellant is barred from filing any further document in this appeal or in the district court in the underlying case without first obtaining leave from a Judge of the forum court.

A true copy
Attest:

Clerk, U.S. Court of Appeals, Fifth Circuit
By _____
Deputy
New Orleans, Louisiana

0 3 JUL 2014

# *United States Court of Appeals*
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

July 03, 2014

Mr. William W. Blevins  
Eastern District of Louisiana, New Orleans  
United States District Court  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

      No. 14-30300    In Re: Vioxx Prod Liability  
                               USDC No. 2:05-MD-1657  
                               USDC No. 2:07-CV-906

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Shawn D. Henderson, Deputy Clerk  
                        504-310-7668

cc w/encl:  
    Ms. Vilia B. Hayes  
    Ms. Elena Strujan  
    Ms. Dorothy Hudson Wimberly