UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Com. of Kentucky v. Merck & Co., Inc.*,<br>No. 09-CI-1671 (Franklin Cir. Ct.)<br><br>And formerly No. 2:10-cv-1115 (E.D. La.) | MDL No. 1657<br><br>Section L<br><br>Judge Fallon<br>Mag. Judge Knowles |

### ORDER ON STIPULATION TO EXTEND THE COURT'S PRELIMINARY INJUNCTION FOR GOOD CAUSE

The Court has received the parties' Second Stipulation to Extend the Court's Preliminary Injunction for Good Cause.  (Rec. Doc. 64,999).

**IT IS ORDERED** that the preliminary injunction entered by this Court on June 6, 2014, against Dr. David Egilman and those persons in active concert or participation with him (Rec. Doc. 64973), and extended by this Court on June 17, 2014 (Rec. Doc. 64984), is hereby **EXTENDED**.

**IT IS FURTHER ORDERED** that the hearing, which was scheduled to take place on July 23, 2014 at 9:00 a.m., is hereby **CONTINUED** until September 24, 2014 at 9:00 a.m.

New Orleans, Louisiana, this 14th day of July, 2014.

_____
UNITED STATES DISTRICT JUDGE

1