UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
FILED JUL 15 2014
WILLIAM W. BLEVINS
CLERK

IN RE: VIOXX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION

MDL No. 1657

(SEE ATTACHED SCHEDULE)

## CONDITIONAL REMAND ORDER

The transferee court in this litigation has advised the Panel that coordinated or consolidated pretrial proceedings in the action(s) on this conditional remand order have been completed and that remand to the transferor court(s), as provided in 28 U.S.C. §1407(a), is appropriate.

IT IS THEREFORE ORDERED that the action(s) on this conditional remand order be remanded to its/their respective transferor court(s).

IT IS ALSO ORDERED that, pursuant to Rule 10.2 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the transmittal of this order to the transferee clerk for filing shall be stayed 7 days from the date of this order. If any party files a notice of opposition with the Clerk of the Panel within this 7-day period, the stay will be continued until further order of the Panel. This order does not become effective until it is filed in the office of the Clerk for the United States District Court for the Eastern District of Louisiana.

IT IS FURTHER ORDERED that, pursuant to Rule 10.4(a), the parties shall furnish the Clerk for the Eastern District of Louisiana with a stipulation or designation of the contents of the record to be remanded.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 15, 2014

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No._____

IN RE: VIOXX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY
LITIGATION                                                                                          MDL No. 1657

## SCHEDULE FOR CRO

| TRANSFEREE | | | TRANSFEROR | | | CASE CAPTION |
| --- | --- | --- | --- | --- | --- | --- |
| DIST | DIV. | C.A.NO. | DIST | DIV. | C.A.NO. | |
| LAE | 2 | 07-02062 | NYS | 1 | 06-13628 | Goldhaber Research Associates, LLC v. Jacks et al |

\* − denotes that the civil action has been severed.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX MARKETING, SALES,
PRACTICES AND PRODUCTS
LIABILITY LITIGATION

| THIS DOCUMENT RELATES TO: | : | |
|---|---|---|
| GOLDHABER RESEARCH ASSOCIATES, LLC, | : | MDL NO. 1657 |
| | : | CASE NO. 07-2062 |
| Plaintiff, | : | |
| -against- | : | |
| TOMMY JACKS, P.C. d/b/a THE JACKS LAW FIRM and BLIZZARD, MCCARTHY & NABERS, LLP, | : | |
| Defendants. | : | Judge Eldon E Fallon |

## SUGGESTION OF REMAND

Upon consideration of the Consent Motion of the Plaintiff, Goldhaber Research Associates, LLC, by and through its counsel, Steger Krane LLP, requesting issuance of a Suggestion of Remand of Plaintiff's claims to the Southern District of New York pursuant to 28 U.S.C. § 1407 and Multidistrict Litigation Rule 7.6(c)(ii) of the Rules of the Judicial Panel on Multidistrict Litigation, for the completion of case-specific pretrial discovery and trial, and the Court having reviewed the records of the case set forth above, finds and rules, as follows:

(1) Pursuant to the Court's Order of November 22, 2013, requiring the completion of discovery by January 31, 2014, discovery is complete and there are no outstanding issues requiring the intervention of the current Court.

1

(2) This case will not benefit from further coordinated proceeds as part of MDL 1657, and is ready to be remanded to its transferor jurisdiction, the Southern District of New York.

Pursuant to Rule 7.6 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, the Court issues this Suggestion of Remand.

IT IS ORDERED, that the Clerk provide copies of this Order to the Clerk of the Judicial Panel on Multidistrict Litigation and to the Clerk of the transferor District Court.

New Orleans, Louisiana this 1st day of July, 2014.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE