UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX
PRODUCTS LIABILITY LITIGATION         MDL Docket No. 1657

SECTION L

JUDGE FALLON

MAGISTRATE JUDGE KNOWLES

_____/

## NOTICE OF SUBMISSION

YOU ARE NOTIFIED that Requestor, Fred Szulczewski, by and through his undersigned counsel will apply to the Honorable Judge Fallon, of the United States Court Eastern District of Louisiana, 500 Poydras Street, Room C468, New Orleans, LA 70130, the following item to be heard on September 3, 2014 at 9:00 a.m.: Motion to Compel the Deposition of Brown Greer's PLC's Corporate Representative and Memorandum of Law in Support.

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was served via electronic mail and U.S. Mail this 21st, day of July, 2014, to David Smith, Esquire, of Brown Greer, PLC, at dsmith@browngreer.com and at Brown Greer, PLC, 250 Rocketts Way, Richmond, Virginia 23231.

GEORGE C. KEZEMIDES, P.A.
ATTORNEY AT LAW

/s/ George C. Kezemides___
George C. Kezemides, Esq.
Fla. Bar Number: 0177040
905 E. M. L. King Jr., Dr., Suite 630
Tarpon Springs, FL 34689
Tel: (727) 945 – 1300
Fax: (727) 945 – 1355
*Attorney for Requestor/Plaintiff*