UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

*******************************************************************************

### EX PARTE MOTION FOR LEAVE TO FILE RESPONSE TO PLAINTIFF'S SUR-REPLY OPPOSING SUMMARY JUDGMENT

Merck Sharp & Dohme Corp., through undersigned counsel, moves for leave to file the attached Response to Plaintiff's Sur-Reply Opposing Summary Judgment [Rec. Doc. 64994]. This response is intended to address the new and different issues raised by plaintiff in her sur-reply.

WHEREFORE, defendant Merck Sharp & Dohme Corp., moves for entry of an Order granting it leave to file the attached response.

Dated: July 21, 2014

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

1164218v1

—and—

Douglas R. Marvin
M. Elaine Horn
Jonathan L. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

2

1164218v1

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion for Leave to File Response to Plaintiff's Sur-Reply Opposing Summary Judgment has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 21st day of July, 2014.

                                                              */s/ Dorothy H. Wimberly*
                                                              Dorothy H. Wimberly, 18509
                                                              STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                             546 Carondelet Street
                                                             New Orleans, Louisiana  70130
                                                             Phone:  504-581-3200
                                                             Fax:     504-581-3361
                                                             dwimberly@stonepigman.com

                                                             Defendants' Liaison Counsel