# EXHIBIT A



Sep 26 2007
5:14PM

## Jo Levitt v. Merck & Co., Inc.

### SUPPLEMENTAL DATA PROVIDED BY PLAINTIFF

**Case to which Profile Form relates:**
Levitt v. Merck & Co., Inc.

**Civil action number:**
2:06-cv-09757

**Section I.C.1.a Number of heart attacks you claim occurred:**
Two (one in March 2000 and another in June 2000).

**Section II.J.3 Time period for which you are claiming lost wages:**
I have had reduced earnings capacity from March 2000 to present and ongoing.

**Section III.C Your relationship to each person named:**
Millie Hilgert is my mother; Clive Hilgert is my father.
or Mildred

**Section IV.K Dates or how often you took aspirin while taking Vioxx:**
I cannot recall specific dates. I took aspirin once daily as prescribed by my doctor.

**Section V.F.3 Whether any tests were performed and if so, details:**
My answer remains the same: "Don't Recall." I have no recollection of these tests, but the information should be contained in my medical charts which have been provided and are equally available to you.

**Section VI.A Provide records of physicians, hospital, pharmacies and other healthcare providers:**
Records are being actively collected by my attorney. Anything received to date is provided on CD with this deficiency response. Any records that come in after this date will be forwarded as they are obtained by my attorneys.

**Section VII.B Dates of treatment for Dr. Hartman:**
Dr. Hartman has treated me for all of the last ten (10) years (1996-present).

**Section VII.G Answer this question (re: location of Social Security disability records):**
My answer remains the same as previously stated: "n/a" (which means "not applicable" and could reasonably be presumed also to mean "none").

(cont. on next page)

**Section VII.H Answer this question (re: location of work comp records):**
My answer remains the same as previously stated: "n/a" (which means "not applicable" and could reasonably be presumed also to mean "none").

### CERTIFICATION

I declare under penalty of perjury subject to 28 U.S.C. § 1746 that all of the information provided in this deficiency response is true and correct to the best of my knowledge.

_____   _____   _____
Signature                Print Name: Jo Levitt     Date: Oct 18, 2007