# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| *This document relates to* | * JUDGE FALLON |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, 2:06-cv-09757-EEF-DEK | * MAGISTRATE JUDGE KNOWLES |

*******************************************************************************

## ORDER

Considering the foregoing Ex Parte Motion for Leave to File Response to Plaintiff's Sur-Reply Opposing Summary Judgment,

**IT IS ORDERED** that defendant Merck Sharp & Dohme Corp. be and it hereby is granted leave to file its Response to Plaintiff's Sur-Reply Opposing Summary Judgment.

**NEW ORLEANS, LOUISIANA,** this 21st day of July, 2014.

_____
DISTRICT JUDGE