UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: VIOXX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION
Utah State v. Merck & Co., Inc,. )
    E.D. Louisiana, C.A. No. 2:06-09336 )
    (D. Utah, C.A. No. 2:06-00406) )

MDL No. 1657

### ORDER LIFTING STAY OF CONDITIONAL REMAND ORDER

A conditional remand order was filed in this action (*Utah State*) on July 1, 2014. Prior to expiration of that order's 7-day stay of transmittal, defendant Merck & Co., Inc., filed a notice of opposition to the proposed remand. Defendant subsequently failed to file the required motion and brief to vacate the conditional remand order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on July 1, 2014, is LIFTED. The action is remanded to the United States District Court for the District of Utah.

FOR THE PANEL:

Jeffery N. Luthi
Clerk of the Panel

___ Fee _____
___ Process _____
_X_ Dktd _____
___ CtRmDep _____
___ Doc. No. _____