**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  **JUL 23 2014**

WILLIAM W. BLEVINS
CLERK

**IN RE: VIOXX MARKETING, SALES PRACTICES AND**
**PRODUCTS LIABILITY LITIGATION**

Utah State v. Merck & Co., Inc,.                    )
          E.D. Louisiana, C.A. No. 2:06-09336     )          MDL No. 1657
          (D. Utah, C.A. No. 2:06-00406)          )

**ORDER REINSTATING STAY OF CONDITIONAL REMAND ORDER**

A conditional remand order was filed in this action (*Utah State*) on July 1, 2014. Prior to expiration of that order's 7-day stay of transmittal, defendant Merck & Co., Inc., filed a notice of opposition to the proposed remand. Defendant then failed to file the required motion and brief to vacate the conditional remand order. On July 23, 2014, the stay was lifted and the action was remanded to District of Utah.

Subsequently, on June 23, 2014, defendant filed a motion to reinstate the condition remand order. Defendant states that its failure to submit a timely motion and brief was the result of a calendaring error. The Panel is persuaded that these circumstances justify reinstatement of the conditional remand order in order to permit defendant to pursue its opposition to remand.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional remand order filed on July 1, 2014, is REINSTATED. Defendant shall file its motion and brief no later than 4:00 PM Eastern Time on July 23, 2014.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

_____ Fee_____
_____ Process_____
  X   Dktd_____
_____ CtRmDep_____
_____ Doc. No._____