UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS** | MDL No. 1657 |
| **LIABILITY LITIGATION** | Section: L |
| **This document applies to:** | |
| *Poole v. Eichholz Law Firm, P.C., et al.* | Judge Eldon E. Fallon |
| *E.D. La., Case No. 2:11-cv-1546* | Mag. Judge Knowles |

**JOINT MOTION OF ALL PARTIES FOR AN ORDER AUTHORIZING
FINAL DISBURSEMENT OF SETTLEMENT FUNDS AND CLOSING CASE**

Plaintiff Verie Poole, Defendant The Eichholz Law Firm, P.C. ("TELF") and Defendant Pacific Legal Funding, LLC ("PLF"), through their respective undersigned counsel, hereby jointly move this Court for an Order authorizing the final disbursement of the remaining settlement funds and closing this case, showing this Court as follows:

1.

On August 27, 2013, this Court entered its Order and Reasons [Doc. 64561] ("Class Settlement Approval Order") granting the parties' Joint Motion for Final Approval of Class Settlement [Doc. 64529] in this action. This Class Settlement Approval Order, *inter alia*, approved the creation of a Settlement Fund in the amount of $95,000.00, which would be used to reimburse the 17 participating Class Members in the amount of 75% of the charges they incurred associated with their advances from PLF.

2.

On September 18, 2013, the Court entered its Order and Reasons [Doc. 64601] addressing Class Counsel's Motion for Award of Attorneys' Fees, Reimbursement of Costs, and Incentive Payment ("Fee Order"). In the Fee Order, the Court approved a fee award to Class Counsel of 33% of the Settlement Fund ($31,350.00) and additionally ordered that Class Counsel

be reimbursed for certain expenses in the amount of $8,493.08. Further, the Court approved an incentive payment to Plaintiff Verie Poole in the amount of $1,000.00. Lastly, the Court ordered that any Settlement Funds remaining after payment of the incentive award, fee award and expense reimbursement to Class Counsel be paid, *pro rata*, to the 17 participating Class Members, with any remaining funds to be paid to the charities identified in the parties Settlement Agreement.

3.

Pursuant to the Settlement Agreement and the foregoing orders of this Court, counsel for Defendant TELF, as escrow agent for the Settlement Funds, has made the following disbursements from the $95,000.00 Settlement Fund:

a) Each of the 17 participating Class Members have received payment of the 75% reimbursement amount, comprising a total of $46,611.18;

b) Plaintiff Verie Poole was paid the incentive award in the amount of $1,000.00;

c) Class Counsel was fully paid both the fee award and the expense reimbursement pursuant to the Fee Order, in the total amount of $39,843.08; and

d) 16 of the 17 participating Class Members received an additional *pro rata* payment of the remaining Settlement Funds, in the total amount of $6,977.17.

4.

Only one of the additional *pro rata* payments to the participating Class Members was not received. Specifically, a *pro rata* payment in the amount of $568.57 was sent by certified U.S. Mail to participating Class Member Angela Foots at the duly provided claim address (i.e., the address provided by Ms. Foots on her Claim Form and the same address to which the initial settlement payment to Ms. Foots was sent and received) but was returned to counsel for

Defendant TELF as unclaimed. (A true and correct copy of the transmittal letter, check, certified mail receipt and returned envelope is attached hereto as Exhibit A.)

5.

Although Class Counsel subsequently undertook substantial efforts to contact Ms. Foots, including conducting address searches and attempted contact by telephone and email, they were unable to locate her.  (A true and correct copy of Class Counsel's email to Ms. Foots dated May 15, 2014 is attached hereto as Exhibit B.)

6.

As a result, $568.57 of the Settlement Funds currently remains in escrow. The parties hereby jointly request that the Court authorize the disbursement of these funds to the Savannah Jewish Federation, one of the charities designated in the Settlement Agreement as a recipient of any excess Settlement Funds (Settlement Agreement, § 11.5).

7.

Upon such disbursement, all Settlement Funds will have been disbursed and all obligations of the parties under the Settlement Agreement will have been completed.  Therefore, the parties respectfully request that, in addition to approving the final disbursement, the Court enter an Order closing this case and instructing the Clerk of the Court to mark the docket accordingly.

8.

A proposed Order granting the foregoing joint motion is submitted contemporaneously herewith.

Respectfully submitted, this 1st day of August, 2014.

/s/Joseph Coomes, Esq.
Joseph Coomes
Georgia Bar No. 184999
*Counsel for Defendant The Eichholz Law Firm, P.C.*

McConnell & Sneed, LLC
990 Hammond Drive
Suite 840
Atlanta, Georgia 30328
Tel: (404) 220-9994
Fax: (404) 665-3476
Email: ajc@mcconnellsneed.com


/s Mark A. Tate, Esq.
Mark A. Tate
Georgia Bar No. 698820
C. Dorian Britt
Georgia Bar No. 083259
*Counsel for Plaintiff Verie Poole*

Tate Law Group, LLC
2 East Bryan Street
Suite 600
Savannah, Georgia  31401
Tel: (912) 234-3030
Fax: (912) 234-9700
Email: marktate@tatelawgroup.com

/s Jonah Flynn, Esq.
Jonah Flynn
Georgia Bar No. 266555
*Counsel for Defendant Pacific Legal Funding, Inc.*

Flynn Law Firm, LLC
945 East Paces Ferry Road
Suite 2525
Atlanta, GA 30326
Tel: (404) 835-9660
Fax: (404) 835-6005
Email: jflynn@flynnfirm.com

## CERTIFICATION OF SERVICE

I hereby certify that the above and foregoing *Joint Motion of All Parties For An Order Authorizing Final Disbursement of Settlement Funds and Closing Case* has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and email or by hand delivery and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657.

This 1st day of August, 2014.

        s/ Joseph Coomes
        Georgia Bar No. 184999
        *Counsel for Defendant The Eichholz Law Firm, P.C.*

        McConnell & Sneed, LLC
        990 Hammond Drive
        Suite 840
        Atlanta, Georgia 30328
        Tel: (404) 220-9994
        Fax: (404) 665-3476
        Email: ajc@mcconnellsneed.com