# EXHIBIT "A"



McCONNELL & SNEED, LLC
ATTORNEYS AND COUNSELORS AT LAW

990 Hammond Drive, Suite 840
One Lakeside Commons
Atlanta, Georgia 30328

404.220.9994 direct
404.665.3476 fax
ajc@mcconnellsneed.com

**A. Joseph Coomes, Esq.**

March 31, 2014

***Via Certified U.S. Mail, Return Receipt Requested***
Ms. Angela Foots
203 Oak Grove Church Road
Swainsboro, GA 30401

Re:  **SECOND AND FINAL CLASS SETTLEMENT PAYMENT**

Verie Poole. et al. v. Eichholz Law Firm, P.C. and Pacific Legal Funding, LLC
U.S. District Court for the E.D. of Louisiana, Case No. 11-1546

Dear Ms. Foots:

This firm represents The Eichholz Law Firm, P.C., one of the defendants in the above-referenced case.  On June 1, 2013, you filed a claim in the Class Action Settlement for this case. Enclosed you will find a check in the amount of $568.57, constituting the second and final payment for the settlement of your claim.

If you have any questions or concerns, feel free to contact me or Class Counsel, Mark Tate, who can be reached at (912) 234-3030.

Sincerely,

Joseph Coomes

cc:  Jonah Flynn, Esq. (via email)
David Eichholz, Esq. (via email)
Mark Tate, Esq. (via email)
Dorian Britt, Esq. (via email)

THIS CHECK IS VOID WITHOUT A COLORED BACKGROUND AND AN ARTIFICIAL WATERMARK ON THE BACK - HOLD AT ANGLE TO VIEW

**M&Cs**

**MCCONNELL, SNEED & COHEN, LLC**
IOLTA
990 HAMMOND DRIVE, SUITE 840
ATLANTA, GA 30328
(404) 665-3090

SUNTRUST
64-10/610

5175

DATE    3/26/2014

PAY
TO THE
ORDER OF    Angela Foots                                           $   **568.57

Five Hundred Sixty-Eight and 57/100*********************************************************************   DOLLARS

Angela Foots

MEMO    Settlement Funds

⑈005175⑈ ⑆061000104⑆ 1000061619853⑈

M&S

MCCONNELL & SNEED, LLC

ATTORNEYS AND COUNSELORS AT LAW

990 Hammond Drive, Suite 840
One Lakeside Commons
Atlanta, Georgia 30328

U.S. Postal Service™
GERTIFIED MAIL™ RECEIPT
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

OFFICIAL USE

Postage | $

Certified Fee

Return Receipt Fee
(Endorsement Required)

Restricted Delivery Fee
(Endorsement Required)

Total Postage & Fees | $

Postmark
Here

Sent To
Ms. Angela Foots

Street, Apt. No.;
or PO Box No.    203 Oak Grove Church Road

City, State, ZIP+4    Swainsboro, GA 30401

7013 2250 0001 3487 7844

PS Form 3800, August 2006    See Reverse for Instructions

RETURN RECEIPT
REQUESTED

Ms. Angela Foots
203 Oak Grove Church Road
Swainsboro, GA 30401

UNCLAIMED

CERTIFIED MAIL™

7013 2250 0001 3487 7844

NAME
1ST NOTICE    APR 03 2014
2ND NOTICE  4-8-14
RETURN    4-18-14