# EXHIBIT "B"

# Joe Coomes

| | |
|---|---|
| **From:** | Dorian Britt <dbritt@tatelawgroup.com> |
| **Sent:** | Thursday, May 15, 2014 11:03 AM |
| **To:** | Joe Coomes |
| **Subject:** | FW: Vioxx Settlement |

Joe,

  Below is the e-mail I sent to Ms. Foots this morning.

C. Dorian Britt
**TATE LAW GROUP, LLC**
2 East Bryan Street
Suite 600
Savannah, Georgia  31401
(912) 234-3030

---

**From:** Dorian Britt [mailto:dbritt@tatelawgroup.com]
**Sent:** Thursday, May 15, 2014 11:02 AM
**To:** 'angela.foots@yahoo.com'
**Cc:** 'Tammy Wells'
**Subject:** Vioxx Settlement

Ms. Foots,

  As you know, you previously received settlement funds from your claims against The Eichholz Law Firm and Pacific Legal Funding related to the Vioxx matter.  Since that payment, the court ordered an additional payment to you.  That payment was sent to the address that your prior check was sent, but it was returned.  We have been unable to contact you by telephone.  Please contact me IMMEDIATELY so that you can claim your money.  If I do not hear back from you by Friday, May 23rd, we will advise the court and you may lose your ability to ever receive these funds.  I look forward to hearing from you soon.

C. Dorian Britt
**TATE LAW GROUP, LLC**
2 East Bryan Street
Suite 600
Savannah, Georgia  31401
(912) 234-3030