**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: VIOXX PRODUCTS** | MDL No. 1657 |
| **LIABILITY LITIGATION** | Section: L |
| **This document applies to:** | |
| *Poole v. Eichholz Law Firm, P.C., et al.* | Judge Eldon E. Fallon |
| *E.D. La., Case No. 2:11-cv-1546* | Mag. Judge Knowles |

**CONSENT ORDER AUTHORIZING FINAL**
**SETTLEMENT DISBURSEMENT AND CLOSING CASE**

This matter has come before the Court on the Joint Motion of the Parties for an Order Authorizing Final Disbursement of Settlement Funds and Closing Case and the Court have considered such motion and it appearing that the Parties consent hereto and good cause exists therefore,

The Court hereby ORDERS that:

a) The remaining $568.57 of the Settlement Funds shall be disbursed by counsel for The Eichholz Law Firm, P.C., as escrow agent, to the Savannah Jewish Federation, as a charity designated by the Parties as a recipient of any excess Settlement Funds; and

b) The foregoing disbursement constituting the completion of all of the Parties' obligations under the Settlement Agreement as approved by this Court, the Court hereby Orders this case be CLOSED and that the Clerk of the Court mark the docket accordingly.

IT IS SO ORDERED.

This _____ day of _____, 2014, at New Orleans, Louisiana.

_____
Judge Eldon E. Fallon
United States District Court

Consented to by:

/s/Joseph Coomes, Esq.
Joseph Coomes
Georgia Bar No. 184999
*Counsel for Defendant The Eichholz Law Firm, P.C.*

McConnell & Sneed, LLC
990 Hammond Drive
Suite 840
Atlanta, Georgia 30328
Tel: (404) 220-9994
Fax: (404) 665-3476
Email: ajc@mcconnellsneed.com

/s Mark A. Tate, Esq.
Mark A. Tate
Georgia Bar No. 698820
C. Dorian Britt
Georgia Bar No. 083259
*Counsel for Plaintiff Verie Poole*

Tate Law Group, LLC
2 East Bryan Street
Suite 600
Savannah, Georgia  31401
Tel: (912) 234-3030
Fax: (912) 234-9700
Email: marktate@tatelawgroup.com

/s Jonah Flynn, Esq.
Jonah Flynn
Georgia Bar No. 266555
*Counsel for Defendant Pacific Legal Funding, Inc.*

Flynn Law Firm, LLC
945 East Paces Ferry Road
Suite 2525
Atlanta, GA 30326
Tel: (404) 835-9660
Fax: (404) 835-6005
Email: jflynn@flynnfirm.com