UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Government Action Cases*

## ORDER

The Court has received the attached summary and itemized statements from Special Master Patrick A. Juneau for services he rendered regarding mediation proceedings in Ridgeland, Mississippi. The Court has reviewed the statements and, finding them both regular and reasonable, now endorses them. **IT IS ORDERED** that Defendant Merck is to pay Special Mater Juneau in the amount of $5,337.02.

New Orleans, Louisiana, this 1st day of August, 2014.

UNITED STATES DISTRICT JUDGE

1