# JUNEAU DAVID
A PROFESSIONAL LAW CORPORATION
Post Office Drawer 51268
Lafayette, LA 70505-1268
Tax ID No. 72-1250097

July 29, 2014

Honorable Judge Eldon E. Fallon
United States District Judge
Eastern District
500 Poydras Street
Room C-456
New Orleans, LA 70130

      Re:    In Re: Vioxx Products Liability Litigation
                MDL No. 1657
                **Government Action Cases – Mississippi**
                Our File No.: 1300-1064

## SUMMARY

For services performed as Special Master with regard to mediation efforts, including communication with counsel, and mediation proceedings in Ridgeland, Mississippi:

**Services**

| | | |
|---|---|---|
| Juneau, Patrick A. | 16.30 hours @ $300.00 per hour | $4,890.00 |
| **Expenses** | | $ 447.02 |
| **TOTAL** | | **$5,337.02** |

## APPORTIONMENT OF COSTS

**Entire Invoice to be paid by Merck**

*Please make check payable to Juneau David, APLC*

**JUNEAU DAVID**
A PROFESSIONAL LAW CORPORATION
Post Office Drawer 51268
Lafayette, LA 70505-1268
Tax ID No. 72-1250097

July 29, 2014

Re: Vioxx Products Liability Litigation
MDL No. 1657
**Government Action Cases – Mississippi**
Our File No.: 1300-1064

## SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 04/17/14 | PAJ | TELEPHONE CONFERENCE WITH SHEILA BOSSIER RE: MEDIATION | 0.3 |
| 04/18/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: STATUS | 0.1 |
| 05/02/14 | PAJ | REVIEW OF CORRESPONDENCE FROM SHEILA BOSIER RE: CASE STATUS AND HANDLING OF SAME | 0.1 |
| 05/02/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: MEDIATION | 0.1 |
| 05/22/14 | PAJ | TELEPHONE CALL TO SHEILA BOSSIER RE: MEDIATION | 0.1 |
| 05/27/14 | PAJ | TELEPHONE CONFERENCE WITH SHEILA BOSSIER RE: MEDIATION | 0.3 |
| 05/30/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: STATUS | 0.1 |
| 06/03/14 | PAJ | CORRESPONDENCE TO JUDGE FALLON RE: STATUS | 0.1 |
| 06/03/14 | PAJ | EMAIL TO SHEILA BOSSIER RE: AVAILABILITY FOR MEDIATION IN JULY | 0.1 |
| 06/05/14 | PAJ | REVIEW OF EMAIL FROM SHEILA BOSSIER RE: TERMS OF MEDIATION AND PROVIDING AVAILABILITY | 0.1 |
| 06/06/14 | PAJ | EMAIL TO SHEILA BOSSIER RE: MEDIATION | 0.1 |
| 06/09/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: MEDIATION | 0.1 |
| 06/10/14 | PAJ | EMAIL TO BILLY QUIN RE: MEDIATION | 0.1 |
| 06/10/14 | PAJ | REVIEW OF EMAILS FROM BILLY QUIN RE: MEDIATION | 0.2 |
| 06/10/14 | PAJ | EMAIL TO COUNSEL CONFIRMING MEDIATION FOR JULY 21, 2014 IN JACKSON, MS | 0.1 |

| Date | Atty | Description | Hours |
|---|---|---|---|
| 06/20/14 | PAJ | CORRESPONDENCE TO JUDGE FALLON RE: STATUS | 0.1 |
| 07/07/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: MEDIATION LOCATION | 0.1 |
| 07/08/14 | PAJ | EMAIL TO SHEILA BOSSIER RE: MEDIATION LOCATION AND MEDIATION EFFORTS | 0.2 |
| 07/10/14 | PAJ | REVIEW OF EMAIL FROM SHEILA BOSSIER RE: MEDIATION EFFORTS | 0.1 |
| 07/10/14 | PAJ | EMAIL TO COUNSEL RE: MEDIATION LOCATION AND POSITION PAPERS | 0.2 |
| 07/16/14 | PAJ | REVIEW OF CORRESPONDENCE FROM SHEILA BOSSIER RE: MISSISSIPPI'S POSITION ON MEDIATION AND PRIOR POSITION PAPER | 0.4 |
| 07/17/14 | PAJ | EMAIL TO SHEILA BOSSIER RE: PARTIES' POSITIONS | 0.1 |
| 07/17/14 | PAJ | REVIEW OF EMAILS FROM SHEILA BOSSIER AND BILLY QUIN RE: ATTEMPTS TO CONTACT DEFENDANT | 0.2 |
| 07/17/14 | PAJ | EMAIL TO ALL COUNSEL RE: DISCUSSIONS CONCERNING POSITIONS PRIOR TO UPCOMING MEDIATION | 0.2 |
| 07/17/14 | PAJ | REVIEW OF EMAIL FROM JOHN BEISNER RE: MEDIATION | 0.1 |
| 07/18/14 | PAJ | REVIEW OF EMAIL FROM SHEILA BOSSIER RE: MEDIATION EFFORTS | 0.1 |
| 07/20-21/14 | PAJ | TRAVEL TO RIDGELAND, MS FOR MEDIATION; PREPARATION FOR AND PARTICIPATING IN MEDIATION PROCEEDINGS WITH PARTIES; AND RETURN TRAVEL TO LOUISIANA | 12.0 |
| 07/24/14 | PAJ | TELEPHONE CONFERENCE WITH JOHN BEISNER RE: SETTLEMENT OF MATTER | 0.3 |
| 07/28/14 | PAJ | EMAIL TO SHEILA BOSSIER RE: SETTLEMENT OF CASE | 0.1 |
| 07/28/14 | PAJ | REVIEW OF EMAIL FROM SHEILA BOSSIER RE: SETTLEMENT OF CASE | 0.1 |

PAJ   JUNEAU, PATRICK A.   16.30 hrs. @ $300.00/hr.   $4,890.00

## EXPENSES

| | | |
|---|---|---:|
| 04/17 – 07/29 | Mileage to Ridgeland, MS (520 miles @ $.56) | $291.20 |
| | Meal | $ 20.62 |
| | Hotel | $108.85 |
| | Copy Charges | $ 10.50 |
| | Long Distance Charges | $ 15.85 |

TOTAL                                                                                          $447.02

## BILLING SUMMARY

| | |
|---|---:|
| TOTAL FEES | $4,890.00 |
| TOTAL EXPENSES | $  447.02 |
| **TOTAL NOW DUE** | **$5,337.02** |

## APPORTIONMENT OF COSTS

**Entire invoice to be paid by Merck**