UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | * |
|     Products Liability Litigation | * |
| | * |
| **THIS DOCUMENT RELATES TO:** | *   MDL No. 1657 |
| | * |
| *Sherrill Herke, individually and on behalf of a proposed class of those similarly situated* | *   SECTION L |
| | * |
| | *   JUDGE ELDON E. FALLON |
| | * |
| | *   MAGISTRATE JUDGE |
| | *   KNOWLES |
| | * |
| | * |
| | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SUPPLEMENTAL DESIGNATION OF RECORD ON APPEAL

Defendant/Appellee Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc. ("Merck") hereby submits this Supplemental Designation of Record on Appeal for the following case:

Case No: 2:05-md-1657 (E.D. La.).

Merck requests that the following item be added to the record for this appeal (counsel for Plaintiff/Appellant Geneva Meloy has consented to the additional designation):

### U. S. District Court
### Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-md-01657-EEF-DEK

| Date Filed | # | Docket Text |
|---|---|---|
| 04/11/2014 | 64899 | TRANSCRIPT of Status Conference held on March 27, 2014 before Judge Eldon E. Fallon. Court Reporter/Recorder Toni Tusa, Telephone number 504-589-7778. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained |

1166941v1

2

| Date Filed | # | Docket Text |
|---|---|---|
| | | through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/10/2014. (Reference: All Cases)(rsg) Modified docket text on 4/14/2014 (jtd). (Entered: 04/11/2014) |

WHEREFORE, Merck respectfully requests that this document be added to the record in this appeal.

                Respectfully Submitted,

                s/Dorothy H. Wimberly
                Phillip A. Wittmann, 13625
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER
                WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, LA 70130

                John H. Beisner
                Jessica Davidson Miller
                Geoffrey M. Wyatt
                SKADDEN, ARPS, SLATE, MEAGHER &
                FLOM LLP
                1440 New York Avenue, N.W.
                Washington, DC 20005

                Douglas R. Marvin
                WILLIAMS & CONNOLLY LLP
                725 Twelfth St., N.W.
                Washington, DC 20005

                ATTORNEYS FOR MERCK SHARP &
                DOHME CORP.

## **CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Supplemental Designation of Record on Appeal has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of August, 2014.

                                                */s/ Dorothy H. Wimberly*
                                                Dorothy H. Wimberly, 18509
                                                STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana  70130
                                                Phone:  504-581-3200
                                                Fax:    504-581-3361
                                                dwimberly@stonepigman.com

                                                Defendants' Liaison Counsel

1166941v1