UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Banks v. Merck & Co., Inc.*, 2:06-cv-02214-EEF-DEK (as to Deborah A. Byrd and David Byrd) | * | |
| | * | |
| | * | |

**********************************************************************

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that Plaintiffs Deborah A. Byrd and David Byrd in the above-numbered case show cause on the 17th day of September, 2014 at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 25(a)(1).

**IT IS FURTHER ORDERED** that Plaintiffs Deborah A. Byrd and David Byrd file and serve any opposition to the Rule on or before the 10th day of September, 2014.

**IT IS FURTHER ORDERED** that Defendant Merck Sharp & Dohme Corp. file and serve any reply to the opposition on or before the 15th day of September, 2014.

**NEW ORLEANS, LOUISIANA**, this _____ day of August, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1167156v1