# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *Banks v. Merck & Co., Inc.*, 2:06-cv- | * | KNOWLES |
| 02214-EEF-DEK (as to Deborah A. Byrd | * | |
| and David Byrd) | * | |
| | * | |

**************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Case Should Not Be Dismissed With Prejudice Under Rule 25(a)(1) is noticed for submission on September 17, 2014, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: August 20, 2014        Respectfully submitted,

                 By: */s/ Dorothy H. Wimberly*
                     Phillip A. Wittmann, 13625
                     Dorothy H. Wimberly, 18509
                     STONE PIGMAN WALTHER
                     WITTMANN L.L.C.
                     546 Carondelet Street
                     New Orleans, Louisiana 70130
                     Phone: 504-581-3200
                     Fax:    504-581-3361

                     Defendants' Liaison Counsel

                     —and—

1167160v1

- 2 -

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

- 3 -

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of August, 2014.

                          */s/ Dorothy H. Wimberly*
                          Dorothy H. Wimberly, 18509
                          STONE PIGMAN WALTHER WITTMANN L.L.C.
                          546 Carondelet Street
                          New Orleans, Louisiana  70130
                          Phone:  504-581-3200
                          Fax:    504-581-3361
                          dwimberly@stonepigman.com

                          Defendants' Liaison Counsel

1167160v1