UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

### *EX PARTE* MOTION FOR LEAVE TO FILE OPPOSITION TO MOTION TO COMPEL THE DEPOSITION OF BROWNGREER, PLLC.'S CORPORATE REPRESENTATIVE

Non-Party, Clark & Martino, P.A., pursuant to LR 7.3 through undersigned counsel, moves for leave to file the attached Opposition to Non-Party Fred Szulczewski Motion to Compel the Deposition of BrownGreer, PLLC.'s Corporate Representative [Doc. No. 65002].

1.

Non-Party, Fred Szulczewski, recently filed a motion requesting that the Court compel the deposition of BrownGreer PLLC.'s Corporate Representative.

2.

Fred Szulczewski is the plaintiff in a legal practice action in the Circuit Court in Pinellas County Florida, Case Number 12-1207-CI-15.

3.

Clark & Martino, P.A. is one of the defendants in that legal malpractice action who opposes the deposition of BrownGreer PLLC's Corporate Representative.

WHEREFORE, non-party, Clark & Martino, P.A., respectfully requests that the Court enter an Order granting it leave to file the attached Memorandum in Opposition.

PD.12103971.2

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY: */s/ Allen C. Miller*
Allen C. Miller, (Bar #26423)
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana 70130
Phone: (504) 584-9221
Fax: (504) 568-9130
Email: allen.miller@phelps.com

and

Robert Stines, Fla. Bar No.: 78447
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311
Telephone: 813-472-7550
Telecopier: 813-472-7570
Email: robert.stines@phelps.com

ATTORNEYS FOR NON-PARTY CLARK & MARTINO, P.A.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was filed on this 21st day of August, 2014, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Allen C. Miller*
Allen C. Miller

2

PD.12103971.2