# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 19, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-30109    In Re: Vioxx Prod Liability  
                      USDC No. 2:05-MD-1657

*Filed stamp: U.S. DISTRICT COURT EASTERN DISTRICT OF LOUISIANA FILED AUG 20 2014 WILLIAM W. BLEVINS CLERK*

The court has granted the motion to supplement the record in this case with the transcript of the status conference held on March 27, 2014.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____  
                        Connie Brown, Deputy Clerk  
                        504-310-7671

Mr. John H. Beisner  
Mr. William W. Blevins  
Mr. George Willard Cochran  
Mr. John A. Kenney  
Ms. Dorothy Hudson Wimberly

___ Fee  
___ Process  
_X_ Dktd  
___ CtRmDep  
___ Doc. No.