UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

------------------------------------------------------------- X
In Re: VIOXX PRODUCTS LIABIITY LITIGATION : MDL No. 1657
                                                             :
------------------------------------------------------------- : SECTION L
JIM HOOD, ATTORNEY GENERAL *ex rel.*,        X
STATE OF MISSISSIPPI,                                     : JUDGE FALLON
                                                             : MAG. JUDGE KNOWLES
                                     Plaintiff,         :
v.                                                           : No. 2:05-cv-06755-EEF-DEK
                                                             :
MERCK & CO., INC.,                                   X
                                                             :
                                     Defendant.      :
------------------------------------------------------------- X

## STIPULATION OF DISMISSAL WITH PREJUDICE

**IT IS STIPULATED AND AGREED** by Plaintiff Jim Hood, Attorney General *ex rel.*, State of Mississippi and Defendant Merck & Co., Inc., through authorized counsel below, that pursuant to FRCP 41(a)(1)(A)(ii), the action entitled *Jim Hood, Attorney General ex rel.,State of Mississippi v. Merck & Co., Inc.*, 2:05cv06755-EEF-DEK (E.D. La.) is hereby dismissed by Plaintiff with prejudice and with each party to bear its own costs and fees.

Dated: August 25, 2014

JIM HOOD, Attorney General ex rel.,
State of Mississippi
By authorized counsel:

/s/ William M. Quin II
William M. Quin II
MCCRANEY MONTAGNET QUIN &
NOBLE, PLLC
602 Steed Road, Suite 200
Ridgeland, MS 39157

*Counsel for Plaintiff State of Mississippi*

Merck & Co., Inc.
By authorized counsel:

/s/ John H. Beisner
John H. Beisner, Esq.
Skadden, Arps, Slate, Meagher & Flom LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005

*Counsel for Defendant Merck & Co., Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of August, 2014.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

866478v.1