FILED SEP. 02 2014
WILLIAM W. BLEVINS
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re:  VIOXX® PRODUCTS LIABILITY LITIGATION

MDL 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

**Case Number: 2:06-cv-02214**

**Deborah Byrd
and David Byrd**                                      PLAINTIFFS

v.

**Merck & Co., Inc.**                                 DEFENDANTS

TENDERED FOR FILING
SEP - 2 2014
U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

\* \* \* \* \* \* \*

## SUGGESTION OF DEATH AND MOTION FOR SUBSTITUTION OF PARTIES

Come now the Plaintiffs, pursuant to Fed. R. Civ. P. 25, and in this Motion for Substitution of Parties, state as follows:

1. That on or about December 19, 2013, Plaintiff, Deborah Byrd, died. By order dated July 17, 2014, a copy of which is attached Exhibit A, David Byrd was appointed Administrator/Executor of the Estate of Deborah Byrd.

2. That causes of action asserted herein were not extinguished by the death of Deborah Byrd. David Byrd, the duly appointed personal representative, is the person authorized to continue and maintain this action.

3. That David Byrd will act as the personal representative with authority to prosecute and settle this action on behalf of said Estate.

1

WHEREFORE, Plaintiffs, by counsel, move this Honorable Court to substitute David Byrd as successor or representative of Deborah Byrd for all purposes concerning prosecution of the claims against Defendants herein with authority to prosecute and settle this lawsuit on behalf of the Estate of said plaintiffs, and for such other relief as this Court deems just and proper under the premises.

Respectfully submitted,

/s/ David Byrd

David Byrd
*Pro Se* Plaintiff
