# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX® PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Number: 2:06-cv-02214** |
| **Deborah Byrd**<br>**and David Byrd** | PLAINTIFFS |
| v. | |
| **Merck & Co., Inc.** | DEFENDANTS |

## ORDER

\* \* \* \* \* \* \*

Considering the Suggestion of Death and Motion For Substitution of Parties,

**IT IS ORDERED** that David Byrd's Suggestion of Death and Motion For Substitution of Parties is granted. David Byrd, as the personal representative of the deceased, shall be substituted for Deborah Byrd for all purposes in this action.

So ordered.

New Orleans, Louisiana, this __ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

TENDERED FOR FILING

SEP - 2 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk