**PROBATE COURT OF CUYAHOGA COUNTY, OHIO**
ANTHONY J. RUSSO, PRESIDING JUDGE
LAURA J. GALLAGHER, JUDGE

ESTATE OF: **DEBORAH ANN BYRD**   DECEASED

Case Number: **2014EST199778**

## ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY
(For Executors and all Administrators)

Name of Fiduciary: **DAVID D. BYRD**

On hearing in open court the application of the above fiduciary for authority to administer decedent's estate, the Court finds that:

Decedent died **(check one of the following)**
- ☐ testate
- ☒ intestate

on **12/19/2013, domiciled in BEDFORD HEIGHTS, OH  44146.**

**(Check one of the following)**
- ☐ Bond is dispensed with by the Will
- ☒ Bond is dispensed with by law
- ☐ Applicant has executed and filed an appropriate bond, which is approved by the Court; and

Applicant is a suitable and competent person to execute the trust.

The court therefore appoints applicant as such fiduciary, with the power conferred by law to fully administer decedent's estate. This entry of appointment constitutes the fiduciary's letters of authority.

07/16/2014
**Date appointed**

JUDGE ANTHONY J. RUSSO

### CERTIFICATE OF APPOINTMENT AND INCUMBENCY

The above document is a true copy of the original kept by me as custodian of the records of this Court. It constitutes the appointment and letters of authority of the named fiduciary, who is qualified and acting in such capacity.

(Seal)

**ANTHONY J. RUSSO, PRESIDING JUDGE**

Deputy Clerk

07/17/2014
Issue Date

ISSUED 07/17/2014 10:06:24 BY: JXD
ES4-5 - ENTRY APPOINTING FIDUCIARY; LETTERS OF AUTHORITY

(07/01/1977)

# PROBATE COURT OF CUYAHOGA COUNTY, OHIO
### ANTHONY J. RUSSO, PRESIDING JUDGE
### LAURA J. GALLAGHER, JUDGE

ESTATE OF **DEBORAH ANN BYRD**, DECEASED

CASE NO. **2014EST199778**

## SUMMARY OF GENERAL RIGHTS OF SURVIVING SPOUSE
[R.C. 2106.02]

To: **DAVID D. BYRD**
**6640 BALSAM DR.**
**BEDFORD HTS., OH 44146**

This is a summary of your rights as surviving spouse under Chapter 2106 of the Revised Code. Many of these rights have specific time limits in which they must be exercised. If you have questions concerning your rights, you should discuss them with an attorney of your choice. The Court cannot advise you.

1. **Election to Take Under or Against the Will (R.C. 2106.01 - 2106.08)**

If you elect to take against the Will, you are entitled to one-half of the decedent's net estate, unless there are two or more of the decedent's children or their lineal descendants surviving, in which case you are entitled to one-third of the decedent's net estate. You will not be entitled to receive any assets given to you pursuant to the Will.

If you elect to take under the Will, you will receive those assets given to you under the Will.

Whichever choice you make, (unless you elect to take under the Will and the Will specifically precludes you from exercising these rights), you will not be barred from your rights to purchase certain assets at the appraised value, to remain in the mansion house (the residence) for one year, to receive an allowance for support, to receive not more than two automobiles and one watercraft and one outboard motor owned by the decedent, and to such other rights as a surviving spouse may be entitled under law.

Although your election may not affect certain non-probate property, such as joint and survivorship, payable on death, and transfer on death property, it may have an effect on other types of non-probate property, including property held in trust.

Before making your election, you are entitled to file a complaint in this Court asking that the Will be construed.

If you elect to take under the Will, you may do so in writing if you wish, but you may also do so by taking no action.

If you elect to take against the Will, you must do so in person before the Probate Judge or a Magistrate. This election must be exercised within five months from the date of the initial appointment of the administrator or executor of the estate or it is forfeited.

2. **Right to Receive Mansion House (R.C. 2106.10)**

Depending upon the value of the real estate, you may have the right to receive the mansion house (the residence) as part of your inheritance.

3. **Right to Place Charge on Real Estate (R.C. 2106.11)**

If there is no Will and there are insufficient assets to pay the specific monetary share due to the surviving spouse pursuant to R.C. 2106.05, you have the right to place a charge (lien) on any real property included in the probate estate in the amount of the unpaid portion of the specific monetary share.

# PROBATE COURT OF CUYAHOGA COUNTY, OHIO
## ANTHONY J. RUSSO, PRESIDING JUDGE
## LAURA J. GALLAGHER, JUDGE

ESTATE OF:     **DEBORAH ANN BYRD**

CASE NO.      **2014EST199778**

## CITATION TO SURVIVING SPOUSE TO EXERCISE ELECTIVE RIGHTS
[R.C. 2106.01 and 2106.02]

To:   **DAVID D. BYRD**
      **6640 BALSAM DR.**
      **BEDFORD HTS., OH 44146**

You are hereby cited to elect to exercise your rights as surviving spouse. A summary of these rights is attached and incorporated herein. These rights include the right to elect against the will. Most of the rights must be exercised within five months from the date of the initial appointment of the administrator or executor. If you do not timely elect to exercise any specific right, it will be conclusively presumed you have elected not to exercise that right and the right will be forfeited. If you have questions concerning your rights, you should consult an attorney of your choice.

The date of appointment of the administrator or executor is: **07/16/2014**.

The address of the probate court is:   Cuyahoga County Probate Court
                                       1 Lakeside Avenue
                                       Cleveland, Ohio 44113

The names and addresses of the executor or administrator and his or her attorney are:

Attorney for Applicant:

Administrator/Executor:
**DAVID D. BYRD,**
**6640 BALSAM DR.**
**BEDFORD HTS., OH 44146**
**(216) 337 - 1915**

Date: **07/17/2014**

**ANTHONY J. RUSSO, PRESIDING JUDGE**

_____
Deputy Clerk

# PROBATE COURT OF CUYAHOGA COUNTY, OHIO
### ANTHONY J. RUSSO, PRESIDING JUDGE
### LAURA J. GALLAGHER, JUDGE

ESTATE OF **DEBORAH ANN BYRD**, DECEASED

CASE NO.  **2014EST199778**

**NOTICE TO FIDUCIARY**

To:  **DAVID D. BYRD**
     **6640 BALSAM DR.**
     **BEDFORD HTS., OH  44146**

You are hereby notified that the Probate Court has issued a citation to **DAVID D. BYRD,** the surviving spouse of **DEBORAH ANN BYRD**, deceased, to make an election whether to take under the will or under the statute of descent and distribution, (R.C. 2105.06).  Notice mailed to Fiduciary on **07/17/2014.**

**ANTHONY J. RUSSO, PRESIDING JUDGE**

_____
Deputy Clerk

