# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX® PRODUCTS LIABILITY LITIGATION

MDL 1657
SECTION L
JUDGE FALLON
MAG. JUDGE KNOWLES

This document relates to:      Case: 2:06-cv-02214

Banks vs. Merck & Co., Inc.
Case Number: 2:06-cv-02214-EEF-DEK
As to Deborah A. Byrd and David D. Byrd

## OPPOSITION TO MERCK'S MOTION TO DISMISS

This motion has been issued to formerly oppose Merck's & Co.'s motion to dismiss.

The administrator is: David D. Byrd
6640 Balsam Drive
Bedford Heights, Ohio 44146
216 337-1915

TENDERED FOR FILING

SEP -2 2014

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Dated: 8/21/14

David D. Byrd
*Pro Se* Plaintiff