**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>***Banks v. Merck & Co., Inc.*, 2:06-cv-02214-EEF-DEK (as to Deborah A. Byrd and David Byrd)** | * * * * * * * * * * * | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

*************************************************************************

**DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION, RULE AND INCORPORATED MEMORANDUM TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE UNDER RULE 25(a)(1)**

1. There has been a Suggestion of Death on the record in this case with regard to Plaintiff Deborah A. Byrd since May 7, 2014. (Rec. Doc. 64916). As noted in the Suggestion of Death, it is understood that Ms. Byrd may have passed away in December 2013.

2. Under Rule 25(a), the Court may order substitution of a proper party within 90 days of a suggestion of death being made. However, if no motion for substitution is made within 90 days, the case must be dismissed. Specifically, the Rule states:

> If a party dies and the claim is not extinguished, the court may order substitution of the proper party. A motion for substitution may be made by any party or by the decedent's successor or representative. **If the motion is not made within 90 days after service of a statement noting the death, the action by or against the decedent must be dismissed.**

Fed. R. Civ. P. 25(a)(1) (emphasis added).

3. As of the filing of this motion, no motion for substitution has been served, and over 90 days have passed since the death of Ms. Byrd was suggested on the record.

Case 2:05-md-01657-EEF-DEK Document 65012 Filed 08/20/14 Page 2 of 4

4. Because Plaintiff David Byrd's loss of consortium claim is derivative of Ms. Byrd's claim, the failure to substitute a proper party for Ms. Byrd also requires dismissal of Mr. Byrd's claim. *Falls v. Novartis Pharms. Corp.*, No. 3:13cv270 (JBA), 2014 WL 3810246, at *5 (D. Conn. Aug. 1, 2014) (failure to substitute proper party for deceased plaintiff in pharmaceuticals product liability action resulted in spouse's loss of consortium claim being dismissed); *Wentz v. Best W. Int'l Inc.*, No. 3:05-cv-368, 2007 WL 869620, at *4 (E.D. Tenn. Mar. 20, 2007) (same result in negligence action against hotel); *Rossi v. Am. Tobacco co.*, No. Civ. A. 91-5575, 1993 WL 108099, at *1 (E.D. Pa. Apr. 13, 1993) (same result in *pro se* tobacco product liability action).

5. Accordingly, Merck Sharp & Dohme Corp., through its undersigned counsel, moves the Court for entry of an order requiring Plaintiffs (or a proper representative) to be instructed to appear and show cause at a hearing on September 17, 2014 why this case should not be dismissed with prejudice under Federal Rule of Civil Procedure Rule 25(a)(1). A proposed order is attached.

Dated: August 20, 2014

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion and Rule to Show Cause has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of August, 2014.

*_/s/ Dorothy H. Wimberly_*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>***Banks v. Merck & Co., Inc.*, 2:06-cv-02214-EEF-DEK (as to Deborah A. Byrd and David Byrd)** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

**************************************************************************

**ORDER TO SHOW CAUSE WHY CASE**
**SHOULD NOT BE DISMISSED WITH PREJUDICE**

**IT IS ORDERED** that Plaintiffs Deborah A. Byrd and David Byrd in the above-numbered case show cause on the 17th day of September, 2014 at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiffs' case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 25(a)(1).

**IT IS FURTHER ORDERED** that Plaintiffs Deborah A. Byrd and David Byrd file and serve any opposition to the Rule on or before the 10th day of September, 2014.

**IT IS FURTHER ORDERED** that Defendant Merck Sharp & Dohme Corp. file and serve any reply to the opposition on or before the 15th day of September, 2014.

**NEW ORLEANS, LOUISIANA**, this _______ day of August, 2014.

______________________________
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx<br><br>PRODUCTS LIABILITY LITIGATION<br><br>This document relates to:<br><br>***Banks v. Merck & Co., Inc.*, 2:06-cv-02214-EEF-DEK (as to Deborah A. Byrd and David Byrd)** | *<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>*<br>* | **MDL Docket No. 1657**<br><br>**SECTION L**<br><br>**JUDGE FALLON**<br><br>**MAGISTRATE JUDGE KNOWLES** |

*****************************************************************************

**NOTICE OF SUBMISSION**

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Case Should Not Be Dismissed With Prejudice Under Rule 25(a)(1) is noticed for submission on September 17, 2014, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: August 20, 2014

Respectfully submitted,

By: /s/ Dorothy H. Wimberly
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361

Defendants' Liaison Counsel

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman, Phillip Wittmann, and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of August, 2014.

*<u>/s/ Dorothy H. Wimberly</u>*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

This envelope is made from post-consumer waste. Please recycle - again.

# PRIORITY ★ MAIL ★ EXPRESS™

**OUR FASTEST SERVICE IN THE U.S.**

$19.99
00091987-20
1007

EI054111764US

PLACE M

PRESS HARD. *YOU ARE MAKING 3 COPIES.*

**ORIGIN (POSTAL SERVICE USE ONLY)**

| PO ZIP Code: 44146 | Day of Delivery: ☐ Next ☑ 2nd ☐ 2nd Del. Day | Postage: $ 19.99 |
|---|---|---|
| Date Accepted: Mo. 8 Day 30 Year 14 | Scheduled Date of Delivery: Month 9 Day 2 | Return Receipt Fee: $ |
| Time Accepted: 11:15 ☑ AM ☐ PM | Scheduled Time of Delivery: ☐ Noon ☑ 3 PM | COD Fee: $ / Insurance Fee: $ |
| Flat Rate ☑ or Weight: lbs. ozs. | Military: ☐ 2nd Day ☐ 3rd Day | Total Postage & Fees: $ 19.99 |
| | Int'l Alpha Country Code | Acceptance Emp. Initials: [illegible] |

**FROM:** (PLEASE PRINT) PHONE [illegible]

David D. Bird
[illegible] Drive
Bedford Heights, OH 44146

**FOR PICKUP OR TRACKING**
Visit **www.usps.com**
Call 1-800-222-1811

EMS

**EXPRESS MAIL**
UNITED STATES POSTAL SERVICE®

**Addressee Copy**
Label 11-B, March 2004

**Post Office To Addressee**

**DELIVERY (POSTAL USE ONLY)**

| Delivery Attempt | Time | | Employee Signature |
|---|---|---|---|
| Mo. Day | | ☐ AM ☐ PM | |
| Delivery Attempt Mo. Day | Time | ☐ AM ☐ PM | Employee Signature |
| Delivery Date Mo. Day | Time | ☐ AM ☐ PM | Employee Signature |

**CUSTOMER USE ONLY**

☐ WAIVER OF SIGNATURE (Domestic Mail Only) [illegible]

☐ NO DELIVERY ☐ Weekend ☐ Holiday — Mailer Signature

**TO:** (PLEASE PRINT) PHONE ( 504 ) 589-7545

United States District Court
500 Poydras Street
Room C 151
New Orleans, LA 70130

ZIP + 4 (U.S. ADDRESSES ONLY. DO NOT USE FOR FOREIGN POSTAL CODES.)
7 0 1 3 0 +

FOR INTERNATIONAL DESTINATIONS, WRITE COUNTRY NAME BELOW.

WHEN USED INTERNATIONALLY, A CUSTOMS DECLARATION LABEL MAY BE REQUIRED.

EMS

EP13F July 2013 OD: 12.5 x 9.5

PS10001000006

VISIT US AT USPS.COM
ORDER FREE SUPPLIES ONLINE

UNITED STATES POSTAL SERVICE.

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail Express™ shipments. Misuse may