# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

FILED SEP -3 2014
EASTERN DISTRICT OF LOUISIANA
WILLIAM W. BLEVINS
CLERK

September 02, 2014

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 14-30109    In Re: Vioxx Prod Liability
                USDC No. 2:05-MD-1657

The court has granted the motion to supplement the record in this case with documents #64526, 64857, and 64866.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Connie Brown, Deputy Clerk
504-310-7671

Mr. John H. Beisner
Mr. William W. Blevins
Ms. Elizabeth Joan Cabraser
Mr. George Willard Cochran
Mr. John A. Kenney
Ms. Dorothy Hudson Wimberly

___ Fee_____
___ Process_____
 X  Dktd_____
___ ClRmDep____
___ Doc. No____

No. 14-30109

# IN THE UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | ) In the Court Below:<br>) United States District Court for the<br>) Eastern District Of Louisiana<br>) |
| Geneva Meloy, | ) MDL NO. 1657 |
| *Plaintiff-Appellant*, | ) |
| v. | ) HON. ELDON E. FALLON<br>) |
| Merck & Co., Inc., | ) |
| *Defendant-Appellee.* | ) |

## UNOPPOSED MOTION TO SUPPLEMENT RECORD ON APPEAL

Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361
E-mail: pwittmann@stonepigman.com

Douglas Marvin
WILLIAMS & CONNOLLY LLP
Washington, D.C. 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
E-mail: dmarvin@wc.com

John H. Beisner
Jessica D. Miller
Geoffrey M. Wyatt
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
1440 New York Avenue N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
E-mail: john.beisner@skadden.com

*Attorneys for Merck Sharp & Dohme Corp.*

1168161v1

Defendant/Appellee Merck Sharp & Dohme Corp., f/k/a Merck & Co., Inc. ("Merck") hereby moves the Court to further supplement the Joint Designation of Record on Appeal for the following case:

Case No: 2:05-md-1657 (E.D. La.).

Merck hereby respectfully requests that the following items be added to the record for this appeal (counsel for Plaintiff/Appellant Geneva Meloy has consented to the additional designation).

## U. S. District Court
### Eastern District of Louisiana (New Orleans)
### CIVIL DOCKET FOR CASE #: 2:05-md-01657-EEF-DEK

| Date Filed | # | Docket Text |
|---|---|---|
| 08/02/2013 | 64526 | ORDER denying 64521 Motion to Stay Dissemination of Notice and Modify Dates Contained in the Proposed Class Notice. The Court sets forth the dates within and language of the Order as stated in document. Signed by Judge Eldon E. Fallon on 8/2/2013. (Reference: Sherrill Herke, Individually and on Behalf of a Proposed Class of Those Similarly Situated)(cms, ) (Entered: 08/02/2013) |
| 03/19/2014 | 64857 | STATUS REPORT No. 2 by Claims Administrator (Reference: 2:09-cv-07218)(Brown, Orran) (Entered: 03/19/2014) |
| 03/25/2014 | 64866 | RESPONSE/MEMORANDUM in Opposition filed by Defendant re 64855 MOTION Approve Direct Mail Notice To Class Members, Require Merck To Pay Costs and Extend Claims Period . (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3)(Reference: 09-7218)(Wimberly, |

1

1168161v1

| Date Filed | # | Docket Text |
|---|---|---|
| | | Dorothy) (Entered: 03/25/2014) |

WHEREFORE, Merck respectfully requests that these documents be added to the record in this appeal.

Respectfully submitted,

*s/Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Telephone: (504) 581-3200
Fax: (504) 581-3361
E-mail: dwimberly@stonepigman.com

John H. Beisner
Jessica D. Miller
Geoffrey M. Wyatt
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue N.W.
Washington, D.C. 20005
Telephone: (202) 371-7000
Facsimile: (202) 393-5760
E-mail: john.beisner@skadden.com

1168161v1

Douglas Marvin
WILLIAMS & CONNOLLY LLP
Washington, D.C. 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
E-mail: dmarvin@wc.com

*Attorneys for Merck Sharp & Dohme Corp.*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed with the Court via ECF on September 2, 2014 and a paper copy of the motion was served on counsel of record listed below via U.S. Mail on the same date.

*s/Dorothy H. Wimberly*
Dorothy H. Wimberly

George W. Cochran, Esq.
1385 Russell Drive
Streetsboro, Ohio 44241



4

1168161v1