UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:   *All Cases*

## ORDER

Pursuant to this Court's Order Setting the Procedure for Access to Vioxx Resolution Program Information (Rec. Doc. 62958), Non-party, Fred Szulczewski, filed a motion to compel the deposition of BrownGreer, PLC's Corporate Representative. (Rec. Doc. 65002). Non-party, Clark & Martino, P.A, filed an Opposition to the Motion to Compel the Deposition of BrownGreer, PLC's Corporate Representative. (Rec. Doc. 65018).

**IT IS ORDERED** that the Motion to Compel the Deposition of BrownGreer, PLC's Corporate Representative is set for hearing during the next monthly status conference on October 2, 2014 at 9:00 a.m.

**IT IS FURTHER ORDERED** that any parties in opposition to the Motion to Compel the Deposition of BrownGreer, PLC's Corporate Representative must submit their briefs by September 24, 2014.

New Orleans, Louisiana, this 4th day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE

1