UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *JIM HOOD, ATTORNEY GENERAL ex rel.,* | * | |
| *STATE OF MISSISSIPPI,* | * | No.  05 - 6755 |
| | * | |
| V | * | |
| | | |
| MERCK & CO., INC. | | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER

Considering the foregoing Stipulation of Dismissal With Prejudice,

**IT IS ORDERED** that all claims of plaintiffs Jim Hood, Attorney General ex rel., State of Mississippi against defendant Merck & Co., Inc. and all other defendants be and they hereby are dismissed in their entirety, with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this ____10____ day of ___September___, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1153110v1
1167589v1