## UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF LOUISIANA


In re:  VIOXX                                    :          MDL Docket No. 1657
     PRODUCTS LIABILITY LITIGATION  :          SECTION L
                                                   :
                                                   :          JUDGE FALLON
                                                   :
                                                   :          MAGISTRATE JUDGE
                                                   :          KNOWLES
..................................................................:

### RESPONSE BY BROWNGREER PLC TO MOTION
### TO COMPEL DEPOSITION BY NON-PARTY FRED SZULCZEWSKI

BrownGreer PLC ("BrownGreer"), the Claims Administrator under the November 9,

2007 Settlement Agreement between Merck & Co., Inc., and counsel for claimants designated as

Negotiating Plaintiffs' Counsel ("Settlement Agreement"), submits this Response to the Motion

to Compel the Deposition of BrownGreer PLC's Corporate Representative (Rec. Doc. 65002),

filed by Fred Szulczewski (the "Requesting Party").  BrownGreer does not oppose the Motion,

but does ask that the deposition be conducted in accordance with the Court's standing Order

regarding access to claimant information in the Vioxx resolution program and in a manner that

minimizes the intrusion upon BrownGreer's normal business operations.

On May 11, 2011, the Court entered an Order Setting Procedure for Access to Vioxx

Resolution Program Information (Document #62958) establishing the procedure for a party to

obtain access to information concerning claims in the program that otherwise is required by the

Settlement Agreement to be kept confidential.  Paragraph 1 of the Order requires the party

seeking the information to file a motion specifying the information sought and the basis of the

request, and mandates that such requests "shall be narrowly tailored to seek only the information

461900

and documents necessary for the articulated purpose of the request." Paragraph 2 of the Order

provides:

> The Requesting Party shall be responsible for reimbursing BrownGreer for its time spent in responding to the request, measured by the billing rates of the personnel involved in researching and producing the information and testimony permitted, and the reasonable costs incurred by BrownGreer in connection with any such production or testimony.

To conform the deposition permitted the Requesting Party to the terms of this Order and

to reduce the intrusion upon BrownGreer's workers and its usual course of business, BrownGreer

requests that the Court direct that:

1.  BrownGreer may designate one representative with knowledge of the eligibility and evaluation criteria of claims under Settlement Agreement and the processing of the claim made by the Requesting Party in the Vioxx Resolution Program created by the Settlement Agreement.

2.  The BrownGreer representative will be permitted to testify on the eligibility and evaluation criteria of claims under the Settlement Agreement, the claim made by the Requesting Party in the Vioxx Resolution Program, the documents submitted in support of such claim, the processing and disposition of the claim, and the subject of whether and how the additional medical records described in the Motion would have affected the outcome of the claim.  The Requesting Party shall furnish BrownGreer with PDF copies of all such additional records no later than five days before the date of the deposition.  The designated BrownGreer representative shall not be questioned regarding any additional record not timely furnished to BrownGreer.

3.  The deposition shall be held in the offices of BrownGreer in Richmond, Virginia.

4.  Within ten days after the date of the deposition, BrownGreer shall submit to counsel for the Requesting Party an invoice showing the time spent in responding to inquiries by the Requesting Party to BrownGreer regarding his request, in reviewing and replying to the Requesting Party's Motion, and in researching and providing the testimony permitted, along with the resulting cost of such time measured by the billing rates of the personnel involved and any reasonable costs incurred by BrownGreer in connection with any such research and the deposition. Counsel for the Requesting Party shall reimburse BrownGreer the full amount of such invoice within ten days after its receipt by counsel for the Requesting Party.

BrownGreer submits that these terms are necessary to ensure that the requested deposition

comply with the Court's Order regarding access to such information and to limit the interference

such deposition will cause to BrownGreer and its normal operations.

Along with this Response, BrownGreer submits a proposed Order containing these terms,

for the Court's consideration.  BrownGreer has conferred with counsel for the moving party,

George C. Kezemides, regarding this proposed Order.  Mr. Kezemides has authorized

BrownGreer to report to the Court that he consents to all the provisions in the proposed Order.


Respectfully submitted,

BROWNGREER PLC

By:	/s/ **Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia  23219
Telephone:  (804) 521-7201
Facsimile:  (804) 521-7299
Email:  obrown@browngreer.com

3

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that the foregoing Response by BrownGreer PLC to Motion to Compel Deposition by Non-Party Fred Szulczewski was filed electronically this 17th day of September, 2014 and is available for viewing and downloading from the CM/ECF System of the United States District Court for the Eastern District of Louisiana and was filed and served through LexisNexis File & Serve.

The undersigned further certifies that a true and correct copy of the foregoing document was served this 17th day of September, 2014, by first-class mail, postage prepaid:

George C. Kezemides, Esquire
905 E.M.L. King Jr. Drive
Suite 630
Tarpon Springs, FL  34689

Robert Stines, Esquire
100 South Ashley Drive
Suite 1900
Tampa, Florida  33602-5311

Allen C. Miller, Esquire
Phelps Dunbar LLP
365 Canal Street
Suite 2000
New Orleans, LA  70130

           **s/ Orran L. Brown**
           Orran L. Brown
           Virginia State Bar No. 25832
           BrownGreer PLC
           115 South 15th Street, Suite 400
           Richmond, Virginia  23219
           Telephone:  (804) 521-7201
           Facsimile:  (804) 521-7299
           Email:  obrown@browngreer.com