UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ANDREA CORDEL,** | **CIVIL ACTION NO.** |
| Plaintiff, | |
| v. | |
| **MERCK & CO., INC.,** | **Judge** |
| Defendants. | **Magistrate Judge** |

## NOTICE OF APPEARANCE

COMES NOW, Katherine C. Thompson, Texas State Bar Registration Number 24082370 hereby enters appearance as counsel in the herein matter.

Respectfully Submitted,

Katherine C. Thompson
Law Offices of Douglas L. Romero
200 South Sheridan Blvd., Suite 150
Denver, Colorado 80226
Phone: (303) 934-7500
Fax: (303) 934-0300
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on this day 8th day of September, 2014, I electronically filed the foregoing with clerk of Court using the CMF/ECF system which will send notification of such filing to the proper parties listed in the CMF/ECF system.

*[signature]*

Katherine C. Thompson