IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2:14-cv-01053-EEF-DEK

**Andrea Cordel,**

    **Plaintiff,**

v.

**MERCK & CO., INC.,**

    **Defendant.**

## UNOPPOSED MOTION FOR EXTENSION OF TIME

COMES NOW, the Attorneys of Record, Douglas L. Romero and Katherine C. Thompson for the Plaintiff and advises the Court that Douglas L. Romero and Katherine C. Thompson have consulted with the Counsel for the Defendant who does not Oppose a forty-five day extension of time to file Plaintiff's compliance with Pretrial Order No. 29 Discovery Requirements, and as support demonstrates the following:

1. Plaintiff has extensive medical history and records that were requested by undersigned counsel, however these records have not yet been received.

2. Plaintiff has visitied many providers since taking Vioxx and is in the process of finding each provider.

3. Plaintiff and Counsel are working on an expert letter to provide to the Court as required by Pretrial Order No. 29 Discovery Requiremetns.

Respectfully submitted; this 18th day of September, 2014.

    /s/ Katherine C. Thompson
Katherine C. Thmpson, 24082370
200 South Sheridan Blvd. Suite 150
Denver, CO 80226
(303) 934-7500 Phone
(303) 934-0300 Fax
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 19th day of September, 2014, a true and correct copy of the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME** was delivered to all active parties via LAED/ECF electronic notification.


*Original signed and on File*
  */s/ Katherine Thompson*
Katherine Thompson