IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX ) | | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 1657 | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | SECTION L | |
| ) | | |
| SHERRILL HERKE, individually and on ) | JUDGE FALLON | |
| behalf of a proposed class of those ) | | |
| similarly situated, ) | No. 2:09-cv-07218 | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| MERCK & CO., INC., ) | | |
| Defendant. ) | | |
| ) | | |
| _____ ) | | |

**PLAINTIFFS MICHAEL ELWARD AND DONNA KANTNERS' MOTION
FOR LEAVE TO SUBMIT TIME AND EXPENSE RECORDS**

NOW COME Plaintiffs Michael Elward and Donna Kantner, by and through Gary E. Mason, David O. Tittle and Brian W. Welch, counsel of record in the case styled *Michael Elward and Donna Kantner v. Merck & Co., Inc.*, Case No. 49D06-0411-PL-002185 (Marion County Superior Court, Indiana), who respectfully move this Court for an Order granting leave to submit time and expense records to Philip A. Garrett, Court-appointed CPA, for review and reporting to the Court, as is more fully set forth in the memorandum in support filed contemporaneously herewith.

Dated: September 22, 2014

Respectfully submitted,

*/s/Gary E. Mason*
Gary E. Mason
MASON LLP
1625 Massachusetts Avenue, NW
Suite 605

Washington, DC 20036
Telephone: 202-429-2290
Facsimile:  202-429-2294
gmason@masonlawdc.com

David O. Tittle
BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Telephone: 317-635-8900
Facsimile: 317-236-9907
dtittle@bgdlegal.com

Brian W. Welch
BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Telephone: 317-686-5208
Facsimile: 317-236-9907
bwelch@bgdlegal.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiffs Michael Elward and Donna Kantners' Motion for Leave to Submit Time and Expense Records has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of September, 2014.

*/s/Gary E. Mason*
Gary E. Mason