IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 1657 |
| ) | |
| THIS DOCUMENT RELATES TO: ) | SECTION L |
| ) | |
| SHERRILL HERKE, individually and on ) | JUDGE FALLON |
| behalf of a proposed class of those ) | |
| similarly situated, ) | No. 2:09-cv-07218 |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| MERCK & CO., INC., ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

## [PROPOSED] ORDER

Considering the Motion for Leave to Submit Time and Expense Records to Philip A. Garrett, CPA filed by Gary E. Mason, David O. Tittle and Brian W. Welch, counsel of record for Plaintiffs Michael Elward and Donna Kantner in the case styled *Michael Elward and Donna Kantner v. Merck & Co., Inc.*, Case No. 49D06-0411-PL-002185 (Marion County Superior Court, Indiana);

IT IS ORDERED BY THE COURT that leave of Court is granted and that Gary E. Mason on behalf of Mason LLP and David O. Tittle and Brian W. Welch on behalf of Bingham Greenebaum Doll LLP may submit time and expense records to Philip A. Garrett, CPA, for entry into the accounting system in the above-captioned matter.

IT IS SO ORDERED, this _____ of _____, 2014.

_____
Eldon E. Fallon
United States District Judge