IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX ) | | |
| PRODUCTS LIABILITY LITIGATION ) | MDL NO. 1657 | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | SECTION L | |
| ) | | |
| SHERRILL HERKE, individually and on ) | JUDGE FALLON | |
| behalf of a proposed class of those ) | | |
| similarly situated, ) | No. 2:09-cv-07218 | |
| Plaintiffs, ) | | |
| ) | | |
| v. ) | | |
| ) | | |
| MERCK & CO., INC., ) | | |
| Defendant. ) | | |
| ) | | |
| _____ ) | | |

## NOTICE OF SUBMISSION

PLEASE TAKE NOTICE that Plaintiffs Michael Elward and Donna Kantner, by and through undersigned counsel, hereby submit the foregoing Motion for Leave to Submit Time and Expense Records for consideration on October 15, 2014 at 9:00 a.m.

Dated: September 22, 2014

                                            Respectfully ubmitted,

                                            */s/Gary E. Mason*
                                            Gary E. Mason
                                            MASON LLP
                                            1625 Massachusetts Avenue, NW
                                            Suite 605
                                            Washington, DC 20036
                                            Telephone: 202-429-2290
                                            Facsimile:  202-429-2294
                                            gmason@masonlawdc.com

                                            David O. Tittle
                                            BINGHAM GREENEBAUM DOLL LLP
                                            2700 Market Tower
                                            10 West Market Street

Indianapolis, IN 46204
Telephone: 317-635-8900
Facsimile: 317-236-9907
dtittle@bgdlegal.com

Brian W. Welch
BINGHAM GREENEBAUM DOLL LLP
2700 Market Tower
10 West Market Street
Indianapolis, IN 46204
Telephone: 317-686-5208
Facsimile: 317-236-9907
bwelch@bgdlegal.com

# CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on all counsel of record by ECF, e-mail and/or by placing the same in the U.S. Mail, postage prepaid, this 22nd day of September, 2014.

*s/Gary E. Mason*
Gary E. Mason