UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

*EX PARTE* MOTION FOR LEAVE TO FILE SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO MOTION TO COMPEL THE DEPOSITION OF BROWNGREER, PLLC.'S CORPORATE REPRESENTATIVE

Non-Party, Clark & Martino, P.A., pursuant to LR 7.3 through undersigned counsel, moves for leave to file the attached Supplemental Memorandum in Opposition to Non-Party Fred Szulczewski Motion to Compel the Deposition of BrownGreer, PLLC.'s Corporate Representative (Rec. Doc. 65002).

1.

Non-Party, Fred Szulczewski, recently filed a motion requesting that the Court compel the deposition of BrownGreer PLLC.'s Corporate Representative.

2.

Fred Szulczewski is the plaintiff in a legal practice action in the Circuit Court in Pinellas County Florida, Case Number 12-1207-CI-15.

3.

Clark & Martino, P.A. is one of the defendants in that legal malpractice action who opposes the deposition of BrownGreer PLLC's Corporate Representative.

4.

On September 4, 2014, the Court entered an Order setting a hearing for the motion at the monthly status conference on October 2, 2014, and directed that any party opposing the Motion to Compel must submit their briefs by September 24, 2014.

5.

On September 17, 2014, BrownGreer filed its Response to the Motion to Compel (Rec. Doc. 65026), in which BrownGreer stated that it did not oppose the deposition subject to certain restrictions, and submitted a proposed order on the matter.

6.

Because of BrownGreer's position on this matter, it is necessary for Clark & Martino, P.A. to submit a supplemental memorandum in opposition to the deposition of BrownGreer.

WHEREFORE, non-party, Clark & Martino, P.A., respectfully requests that the Court enter an Order granting it leave to file the attached Supplemental Memorandum in Opposition to Non-Party Fred Szulczewski Motion to Compel the Deposition of BrownGreer, PLLC.'s Corporate Representative.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Allen C. Miller
      Allen C. Miller, (Bar #26423)
      Phelps Dunbar LLP
      365 Canal Street, Suite 2000
      New Orleans, Louisiana  70130
      Phone: (504) 584-9221
      Fax: (504) 568-9130
      Email: allen.miller@phelps.com

      and

Robert Stines, Fla. Bar No.: 78447  
100 South Ashley Drive, Suite 1900  
Tampa, Florida 33602-5311  
Telephone: 813-472-7550  
Telecopier: 813-472-7570  
Email: robert.stines@phelps.com  

ATTORNEYS FOR NON-PARTY CLARK & MARTINO, P.A.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was filed on this 24th day of September, 2014, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

*/s/ Allen C. Miller*  
Allen C. Miller

3

PD.12432383.1