# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

**In re: VIOXX**

**PRODUCTS LIABILITY LITIGATION**

**MDL Docket No. 1657**

**JUDGE ELDON E. FALLON**

**MAGISTRATE JUDGE
DANIEL E. KNOWLES, III**

## ORDER GRANTING CLARK & MARTINO *EX PARTE* MOTION

Considering Non-Party, Clark & Martino, P.A.'s Ex Parte Motion For Leave To File Supplemental Memorandum in Opposition To Motion To Compel The Deposition Of BrownGreer, PLLC.'s Corporate Representative.

**IT IS ORDERED** that Clark & Martino, P.A is hereby granted leave to file its Supplemental Memorandum in Opposition To Motion To Compel The Deposition Of BrownGreer, PLLC.'s Corporate Representative (Rec. Doc. 65002).

**NEW ORLEANS, LOUISIANA**, this _____ day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE