UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

### SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO NON-PARTY FRED SZULCZEWSKI'S MOTION TO COMPEL THE DEPOSITION OF BROWNGREER, PLLC'S CORPORATE REPRESENTATIVE

Non-Party, Clark & Martino, P.A., pursuant to LR 7.5, through undersigned counsel, files this supplemental memorandum in opposition to Non-Party, Fred Szulczewski's, Motion to Compel the Deposition of BrownGreer, PLLC.'s Corporate Representative (Rec. Doc. 65002).

### SUPPLEMENTAL MEMORANDUM

Pursuant to this Court's Order Setting the Procedure for Access to Vioxx Resolution Program Information (Rec. Doc. 62958), Non-Party, Fred Szulczewski, filed a motion requesting that the Court compel the deposition of BrownGreer PLLC's Corporate Representative. Non-party, Clark & Martino, P.A., filed an Opposition to the Motion to Compel the Deposition of BrownGreer, PLC's Corporate Representative. (Rec. Doc. 65018). Clark & Martino continues to oppose the deposition of BrownGreer as it is overbroad, duplicative, irrelevant, and speculative information that would cause undue burden and expense to Clark & Martino, P.A. Further, because the information Mr. Szulczewski is seeking is available through more convenient, less burdensome or less expensive methods, there is no critical need to depose BrownGreer. Accordingly, Clark & Martino, P.A. is not withdrawing or waiving its objection to the deposition of BrownGreer.

BrownGreer has filed its response to the motion to compel its deposition (Rec. Doc. 65026). In its response, BrownGreer stated that it does not oppose the taking of its deposition, but "ask that the deposition be conducted in accordance with the Court's standing Order regarding access to claimant information in the Vioxx resolution program and in a manner that minimizes the intrusion upon BrownGreer's normal business operations." (Rec. Doc. 65026 pg.1). BrownGreer requested that the Court set certain terms and restrictions for the deposition. Along with its response, BrownGreer submitted a proposed order containing the terms and restrictions for the Court's consideration.

To the extent the Court is willing to grant the motion to compel and adopt BrownGreer's proposed order, it is necessary to include additional terms that will protect the interest and due process rights of Clark & Martino, P.A. Indeed, BrownGreer's testimony will probably be used at a hearing or trial in the related legal malpractice action, to which Clark & Martino, P.A. is one of the defendants. To avoid any prejudice to Clark & Martino, P.A. the terms should include the following (in addition to the terms proposed by BrownGreer).

1. Five (5) days before the anticipated deposition, BrownGreer will provide to the Requesting Party and Clark & Martino, P.A. a curriculum vitae of the individual designated as BrownGreer's representative. The curriculum vitae will explain the individual's experience and qualifications to testify on matters related to the Vioxx Resolution Program.

2. To the extent BrownGreer requires that the Requesting Party furnish it with documents and records that will be the subject of examination during the deposition (no later than five days before the date of the deposition), the

> Requesting Party should also furnish said documents and records to Clark & Martino, P.A. at the same time.

3. Clark & Martino, P.A. should also be allowed to submit documents and records to BrownGreer that it anticipates will be the subject of cross-examination during the deposition.

4. Counsel for Clark & Martino, P.A. shall be allowed to cross-examine the deponent pursuant to the Federal Rules of Civil Procedure and Florida Rules of Civil Procedure.

The above-referenced terms are necessary to avoid prejudice to Clark & Martino, P.A. and to protect its due process rights as the defendant in the related legal malpractice action.

Clark & Martino submits a proposed order incorporating all the terms in BrownGeer's proposed order, along with the additional terms suggested by Clark & Martino, P.A.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   /s/ Allen C. Miller
Allen C. Miller, (Bar #26423)
Phelps Dunbar LLP
365 Canal Street, Suite 2000
New Orleans, Louisiana  70130
Phone: (504) 584-9221
Fax: (504) 568-9130
Email: allen.miller@phelps.com

and

Robert Stines, Fla. Bar No.: 78447
100 South Ashley Drive, Suite 1900
Tampa, Florida 33602-5311
Telephone: 813-472-7550

Telecopier: 813-472-7570
Email: robert.stines@phelps.com

ATTORNEYS FOR NON-PARTY CLARK & MARTINO, P.A.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was filed on this 24th day of September, 2014, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

/s/ Allen C. Miller
Allen C. Miller