UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | JUDGE ELDON E. FALLON |
| | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |

### ORDER GRANTING CLARK & MARTINO *EX PARTE* MOTION

Considering Non-Party, Clark & Martino, P.A.'s Ex Parte Motion For Leave To File Supplemental Memorandum in Opposition To Motion To Compel The Deposition Of BrownGreer, PLLC.'s Corporate Representative.

**IT IS ORDERED** that Clark & Martino, P.A is hereby granted leave to file its Supplemental Memorandum in Opposition To Motion To Compel The Deposition Of BrownGreer, PLLC.'s Corporate Representative (Rec. Doc. 65002).

**NEW ORLEANS, LOUISIANA**, this  25th  day of September, 2014.

_____
UNITED STATES DISTRICT JUDGE

PD.12432588.1