UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

MONTHLY STATUS CONFERENCE
OCTOBER 2, 2014
<u>SUGGESTED AGENDA</u>

I.   Class Actions

II.  Government Actions

III. Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

IV.  Other Pending Motions/Matters

V.   Appeals

VI.  Next Status Conference

1

1170620v1