IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Vioxx** ) | MDL Docket No. 1657 |
| ) | |
| PRODUCTS LIABILITY ) | SECTION L |
| LITIGATION ) | |
| ) | JUDGE FALLON |
| *This document relates to the Estate of* ) | |
| *Lionel Lawrence Pierce, Jr. v. Merck* ) | MAGISTRATE JUDGE KNOWLES |
| *& Co., Inc.* ) | |

## MOTION FOR RELEASE OF SETTLEMENT FUNDS

On behalf of the heirs of the Estate of Lionel Lawrence Pierce, Jr., Lopez McHugh, LLP respectfully requests that the Court release settlement funds to Lopez McHugh, LLP and in support thereof states the following:

1. A tolling agreement was entered between Lionel Lawrence Pierce, Jr. and Merck and Co., Inc. on or about September 29, 2006 related to Mr. Pierce's use of and alleged injuries from use of the prescription medication Vioxx.

2. Mr. Pierce passed away on March 21, 2008 and a claim was subsequently submitted to the Vioxx Settlement Program on behalf of his estate.

3. The Claim proceeded through the evaluation process, despite a deficiency as to the estate documentation, and a Points Award was issued on or about August 10, 2009 and deemed accepted on or about September 9, 2009.

4. As the deficiency was not remedied, the Claims Administrator deposited the settlement funds in the registry of this Honorable Court and delivered the Release and Stipulation

of Dismissal to Merck & Co., Inc. as directed by Order of this Court on or about September 19, 2011.

5.  By determination of the Probate Court No. 1, Bexar County, Texas, Lionel Lawrence Pierce, Jr. left behind three children, Adeanah Pierce-Pooler, Lionel Lawrence Pierce, III, and Aaron Brooks, and a wife, Marilyn Pierce, as heirs to his Estate. *See* Exhibit 1 hereto.

6.  Upon information and belief, the Judgment Declaring Heirship, attached as Exhibit 1 hereto, shall be sufficient to cure any remaining deficiency and barrier to payment in this matter. Accordingly, the heirs of the Estate of Lionel Pierce request the settlement funds be released out of the registry of this Honorable Court and provided to Counsel herein for distribution.

WHEREFORE, the undersigned counsel respectfully requests this Honorable Court enter an Order as proposed herein, releasing from the Court's registry the settlement funds due to the Estate of Lionel Lawrence Pierce, Jr.

Dated: 9/18/14

Respectfully Submitted,

**Lopez McHugh, LLP**

James J. McHugh, Jr.
Carrie R. Capouellez
1123 Admiral Peary Way
Quarters K
Philadelphia, PA 19112

*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Release of Settlement Funds has been served on Liaison Counsel, Phillip Wittman, by electronic mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-trial Order No. 8B, and the foregoing Motion was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accord with procedures established in MDL 1657.

Dated: 9/18/14

Carrie R. Capouellez, Esquire