# Exhibit 1

No. 2014-PC-1273

| | | |
|---|---|---|
| IN THE ESTATE OF | § | IN THE PROBATE COURT |
| | § | |
| LIONEL LAWRENCE PIERCE, JR., | § | NO. 1 |
| | § | |
| DECEASED | § | BEXAR COUNTY, TEXAS |

## JUDGMENT DECLARING HEIRSHIP

On this day came on to be heard the sworn Application to Determine Heirship of the Estate of Lionel Lawrence Pierce, Jr., Deceased, wherein Marilyn Pierce is the Applicant and is heir to Decedent's Estate, and Decedent's living heirs whose names and/or whereabouts are known and unknown are Defendants; and it appears to the Court, and the Court so finds that all parties interested in the Estate of Decedent have filed written waivers of service of citation, have appeared and answered herein, or have been duly and legally served with citation as required by law; that the Court appointed an Attorney Ad Litem to appear and answer and to represent Defendants and such Attorney Ad Litem did so appear and filed an answer for Defendants; that this Court has jurisdiction of the subject matter and all persons and parties; that the evidence presented and admitted fully and satisfactorily proves each and every issue presented to the Court; that Decedent died intestate; and that the heirship of Decedent has been fully and satisfactorily proved and the interest and shares of each of the heirs therein.

The Court finds and it is **ORDERED** and **DECREED** by this Court that the names and places of residence of the heirs of Decedent and their respective shares and interests in the real and personal property of Decedent, and his surviving Spouse, if any, are as follows:

a. Name: Marilyn Etta Williams Pierce
   Address: 6823 Joe Louis Dr., San Antonio, Texas 78220
   Relationship: Spouse
   Share of Community Property: Retains 1/2 of her community property.
   Share of Separate Real Property: 1/3 Life Estate
   Share of Separate Personal Property: 1/3 share.

STATE OF TEXAS COUNTY OF BEXAR
CERTIFIED COPY CERTIFICATE
... the instrument to which this certificate is affixed may have been lawfully altered to redact confidential personal information but is otherwise a full, true and correct copy of the original on file and of record in my office
ATTESTED: AUG 11 2014
GERARD RICKHOFF
COUNTY CLERK
BEXAR COUNTY, TEXAS
BY: DEPUTY

b. Name: Adeanah Pierce-Pooler
   Address: 11816 Princess Garden Way, Houston, Texas 77047
   Date of Birth: May 21, 1980
   Relationship: Child
   Name of Other Parent: Elaine Pierce
   Share of Community Property: 1/6 (1/3 of Decedent's 1/2 share)
   Share of Separate Real Property: 1/3 Subject to 1/3 Life Estate.
   Share of Separate Personal Property: 1/3 of Children's 2/3 share.

c. Name: Lionel Lawrence Pierce, III
   Address: 1034 Kayton St., San Antonio, Texas 78210
   Date of Birth: February 24, 1982
   Relationship: Child
   Name of Other Parent: Elaine Pierce
   Share of Community Property: 1/6 (1/3 of Decedent's 1/2 share)
   Share of Separate Real Property: 1/3 Subject to Spouse's 1/3 Life Estate.
   Share of Separate Personal Property: 1/3 of Children's 2/3 share.

d. Name: Aaron Brooks
   Address: 404 Hardy Court SW, Albuquerque, New Mexico 87105
   Date of Birth: 12/12/1969
   Relationship: Child who was adopted out.
   Name of Other Parent: Mayme Brooks
   Share of Community Property: 1/6 (1/3 of Decedent's 1/2 share)
   Share of Separate Real Property: 1/3 Subject to Spouse's 1/3 Life Estate.
   Share of Separate Personal Property: 1/3 of Children's 2/3 share.

**IT IS ORDERED and DECREED** that Marilyn Pierce is granted reimbursement of funeral expenses and taxes paid by Marilyn Pierce in the amount of $5,694.00 to be paid out of the assets of the Decedent.

**IT IS ORDERED and DECREED** that James Rickerson, III, the Attorney Ad Litem appointed to represent the interests of the Defendants, is allowed a fee of $500.00 to be paid out of the assets of the Decedent.

**IT IS ORDERED and DECREED** that Cleophus Marshall, III, Attorney, is allowed reasonable attorney fees of $4,250.00 to be paid out of the assets of the Decedent.

STATE OF TEXAS COUNTY OF BEXAR
CERTIFIED COPY CERTIFICATE
The page to which this certificate is affixed may have been lawfully altered to redact confidential personal information but is otherwise a full, true and correct copy of the original on file and of record in my office.
ATTESTED: AUG 11 2014
GERARD RICKHOFF
COUNTY CLERK
BEXAR COUNTY TEXAS
DEPUTY

**IT IS ORDERED and DECREED** that Cleophus Marshall, III, Attorney, is allowed reimbursement for filing fees and publication fees in the amount of **$394.27** to be paid out of the assets of the Decedent.

**SIGNED** on the 11th day of August, 2014.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM:**

_____
Cleophus Marshall, III
Attorney for Lionel Pierce
State Bar No.: 00797003
123 S. Flores Street
San Antonio, Texas 78204
Telephone: (210) 444-2536
Facsimile: (210) 591-0488

FILED
AUG 11 2014
GERARD RICKHOFF
CLERK PROBATE COURT
BEXAR COUNTY, TEXAS
BY: _____ DEPUTY

_____
James Rickerson, III
Attorney for Defendants
State Bar No.: 24003679
San Antonio, Texas
Telephone: (210) 363-2399
Facsimile: (210) 591-0488

STATE OF TEXAS COUNTY OF BEXAR
CERTIFIED COPY CERTIFICATE
The page to which this certificate is affixed may have been lawfully altered to redact confidential personal information but is otherwise a full, true and correct copy of the original on file and of record in my office.
ATTESTED: AUG 11 2014
GERARD RICKHOFF
COUNTY CLERK
BEXAR COUNTY TEXAS
BY: _____ DEPUTY