# IN THE U.S. DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Vioxx** ) | MDL Docket No. 1657 |
| ) | |
| PRODUCTS LIABILITY ) | SECTION L |
| LITIGATION ) | |
| ) | JUDGE FALLON |
| *This document relates to the Estate of* ) | |
| *Lionel Lawrence Pierce, Jr. v. Merck* ) | MAGISTRATE JUDGE KNOWLES |
| *& Co., Inc.* ) | |
| ) | |
| ) | |
| ) | |
| _____ ) | |

## ORDER

Based upon the Motion of Counsel for the estate of deceased claimant Lionel Lawrence Pierce, Jr. seeking the release of funds attributable to Claimant Lionel Lawrence Pierce, Jr. from the registry of this Court, IT IS ORDERED that this motion is GRANTED. The Clerk of the United States District Court, Eastern District of Louisiana, is authorized and directed to draw a check on the funds deposited into the registry of this Court attributable to Claimant Lionel Lawrence Pierce, Jr. in the principle amount of $99,443.30, plus all interest earned less the assessment fee for the administration of funds, payable to his attorneys, Lopez McHugh, LLP, and mail to Lopez McHugh, LLP at 1123 Admiral Peary Way, Quarters K, Philadelphia, Pennsylvania 19112.

New Orleans, Louisiana, this _____ day of _____, 2014.

_____
United States District Judge