UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Jo Levitt v. Merck Sharp & Dohme Corp.,* **06-9757**

## ORDER

The Court scheduled oral argument on Defendant Merck's Motion for Summary Judgment (Rec. Doc. 64878) on July 23, 2014, but the Court cancelled the oral argument to afford the parties time to negotiate a settlement. Those negotiation efforts proved unsuccessful.

**IT IS ORDERED** that the Court will hear oral argument on Defendant Merck's Motion for Summary Judgment (Rec. Doc. 64878) on November 12, 2014 at 9:00 a.m.

New Orleans, Louisiana, this 2nd day of October, 2014.

_____
UNITED STATES DISTRICT JUDGE