UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657<br><br>JUDGE ELDON E. FALLON<br><br>MAGISTRATE JUDGE<br>DANIEL E. KNOWLES, III |

### NOTICE OF FILING PROPOSED ORDER ON MOTION TO COMPEL THE DEPOSITION OF BROWNGREER, PLC.'S CORPORATE REPRESENTATIVE

On October 2, 2014, the Court heard arguments on Non-Party Fred Szulczewski Motion to Compel the Deposition of BrownGreer, PLC.'s Corporate Representative (Rec. Doc. 65002). Pursuant to the Court's instructions at the hearing, counsel for Fred Szulczewski, Clark & Martino, P.A. and BrownGreer, PLC have conferred and agree on the form of the attached order.

Respectfully submitted,

**PHELPS DUNBAR LLP**

BY:   */s/ Allen C. Miller*
      Allen C. Miller, (Bar #26423)
      Phelps Dunbar LLP
      365 Canal Street, Suite 2000
      New Orleans, Louisiana  70130
      Phone: (504) 584-9221
      Fax: (504) 568-9130
      Email: allen.miller@phelps.com

      and

      Robert Stines, Fla. Bar No.: 78447
      100 South Ashley Drive, Suite 1900
      Tampa, Florida 33602-5311

Telephone: 813-472-7550
Telecopier: 813-472-7570
Email: robert.stines@phelps.com

ATTORNEYS FOR NON-PARTY CLARK & MARTINO, P.A.

## CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was filed on this __th day of October, 2014, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

The undersigned further certifies that a true and correct copy of the foregoing document was served this ___ day of October, 2014, by first-class mail:

George S. Kezemides, Esq.
905 E.M.L King Jr. Drive
Suite 630
Tarpon Springs, FL 34689

Orran L. Brown, Esq.
David Smith, Esq.
BrownGreer PLC
115 South 15th Street, Suite 400
Richmond, Virginia 23219

                /s/ *Allen C. Miller*
                Allen C. Miller