IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Commonwealth of Kentucky v. Merck & Co., Inc.,* Civil Action No. 2:10-cv-1115 | |

**EX PARTE MOTION FOR RELEASE OF MERCK'S BOND FOR
TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION**

On May 27, 2104, Merck & Co., Inc. filed a Motion to Enjoin Dr. Egilman and His Counsel from Pursing an Order from Kentucky State Court that Would Declare Protected Documents Non-Confidential [Rec. Doc. 64947]. On June 6, 2014, the Court granted Merck's motion and entered a preliminary injunction [Rec. Doc. 64973]. Thereafter, on June 9, 2014, in accordance with the terms of the Court's order, Merck posted a Bond with the Clerk's office [Rec. Doc. 64974]. On September 10, 2014, the Court entered a Stipulated Order concerning enforcement of Pre-Trial Order 13 and terminated the preliminary injunction previously entered by the Court [Rec. Doc. 65025]. Accordingly, Merck requests that the Court issue an Order authorizing the release and return of the Bond from the Clerk to Merck's counsel.

Dated: October 15, 2014

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, LA 70130

1171002v1

- 2 -

Douglas R. Marvin
WILLIAMS & CONNOLLY LLP
725 Twelfth St., N.W.
Washington, DC 20005

John H. Beisner
Jessica Davidson Miller
SKADDEN, ARPS, SLATE, MEAGHER &
FLOM LLP
1440 New York Avenue, N.W.
Washington, DC 20005

ATTORNEYS FOR MERCK SHARP &
DOHME CORP.

1171002v1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of October, 2014.

>  /s/ Dorothy H. Wimberly
>  Dorothy H. Wimberly, 18509
>  STONE PIGMAN WALTHER
>  WITTMANN L.L.C.
>  546 Carondelet Street
>  New Orleans, Louisiana  70130
>  Phone:  504-581-3200
>  Fax:     504-581-3361
>  dwimberly@stonepigman.com
>
>  Defendants' Liaison Counsel

1171002v1