IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION: L |
| | JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | |
| *Commonwealth of Kentucky v. Merck & Co., Inc.,* **Civil Action No. 2:10-cv-1115** | |

**EX PARTE MOTION FOR RELEASE OF MERCK'S BOND FOR
TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION**

Considering the foregoing Ex Parte Motion for Release of Merck's Bond for Temporary Restraining Order/Preliminary Injunction,

**IT IS ORDERED** that the Clerk of this Court be and hereby is ordered and authorized to return the Bond posted in this matter on June 9, 2014 to Dorothy H. Wimberly, counsel for movant Merck & Co., Inc.

**NEW ORLEANS, LOUISIANA,** this ____ day of October, 2014.

_____
DISTRICT JUDGE

1171004v1