UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX          : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION  : | SECTION L |
| : | |
| : | JUDGE FALLON |
| : | |
| : | MAGISTRATE JUDGE |
| : | KNOWLES |
| ……………………………………………………: | |

**This Document Relates to:  ALL CASES**

## MOTION BY BROWNGREER PLC FOR APPROVAL OF BUDGET FOR ADMINISTRATIVE EXPENSES

BrownGreer PLC ("BrownGreer"), the Claims Administrator under the July 22, 2013 Settlement Agreement Related to Consumer Class Actions ("Settlement Agreement") between the Class represented by Class Counsel and Merck, Sharpe & Dohme, Corp. f/k/a Merck & Co., Inc. ("Merck"), moves, pursuant to Section 10.5 of the Settlement Agreement, for Court approval of the budget for the administrative expenses relating to the implementation of the Settlement Agreement, as follows:

1. Section 10.5 of the Settlement Agreement provides:

Reasonable costs for the administration of the settlement (including administration of the claims process described below) shall be paid out of the Common Fund. Merck shall have the right to approve in advance a budget for administrative expenses (other than costs of the class notice), which shall be subject to Court approval.

2. BrownGreer began implementing the Settlement Agreement immediately after its preliminary approval by the Court on August 2, 2013.  Since that time, BrownGreer has performed all the tasks required properly to administer the program established under the Settlement Agreement, including:

(a) providing an automated, toll free phone line providing information about the Settlement and the ability to request Claim Forms and other Settlement materials;

(b) providing a P.O. Box to receive Claim Forms and other correspondence from Class Members;

(c) providing a public informational website and a Secure Claims Portal for Class Members to use to access, download, and print a Claim Form; access, download, and print the medical authorization; electronically submit a completed Claim Form and medical authorization; upload copies of any of the documented proofs of payment; and provide any information required in response to a notice from us;

(d) providing software design, coding, testing and production for the intake processes and review processes necessary to receive and evaluate claims in a timely and efficient manner and issue notices to claimants of the outcomes of the review;

(e) working with claimants to explain the processes and how to submit and complete their claims;

(f) analyzing the Settlement Agreement and presenting to the Parties any questions regarding interpretation of the document and policy rules to be adhered to in the course of implementing the Agreement;

(g) providing regular reports to the Parties and the Court on the progress of the Program; and

(h) selecting, training and monitoring the staff necessary to perform all the foregoing.

3.  BrownGreer has been working with Class Counsel and Merck to develop the budget for the expenses relating to this Program. BrownGreer had executed all its duties thus far without compensation for its services and was happy to do so in service of the Program. We postponed concern over the budget to focus on implementing the Settlement Agreement for the benefit of the Class and to permit us to obtain directions from the Class Counsel and Merck regarding the scope of certain services to be rendered.

4.  BrownGreer prepared a budget for its services and presented it first to Merck for approval, according to Section 10.5 of the Settlement Agreement. Merck has approved the budget described in this Motion and consents to the approval requested in this Motion.

5. BrownGreer then presented the proposed budget to Class Counsel for consideration. Class Counsel indicated that it has no objection to the budget described in this Motion or to the granting of this Motion.

6. In the course of its work on this Settlement Program, BrownGreer undertook, at the request of the Parties, additional duties not originally contemplated at the outset, such as the steps implemented to issue reminder notice to potential Class Members of the opportunity to submit a claim and outreach to claimants. These additional tasks elevated the cost of the Program above those originally expected.

7. BrownGreer personnel record their time spent working on a program daily into a proprietary software application we constructed for that purpose. These hours are tracked, along with the resulting potential fees, at the hourly rates by position that BrownGreer agreed to apply to this Program. We also carefully track any costs we incur that are the responsibility of the Program, such as postage for the mailing of notices to claimants.

8. To develop the proposed budget for the Program, we divided our work into six major performance areas. We tabulated the actual time and resulting fees and the expenses incurred to date on behalf of the Program. We then analyzed the tasks remaining to do in the Program and estimated the fees and expenses we expect to incur to conclude those tasks.

9. Because of the additional services we have performed and the nature of the claims we received, we devoted time to this project in excess of what we originally projected would be needed. After examining the work done and remaining, the fees incurred and projected, and the total value of the Common Fund, BrownGreer voluntarily offered the Parties a discount from the actual fees the Program has required. This table reflects the budget for fees in each of the six

task groupings, the expenses and the discount we have applied, to reach a total budget of $1,500,000 in fees and $42,700 in expenses:

|  | **Claims Administration Tasks** | **Incurred** | **Projected** | **Total** |
|---|---|---|---|---|
| 1. | Project Oversight and Website, Database and Notice Development | $791,100 | $54,000 | **$845,100** |
| 2. | Claims Review Processes | $171,200 | $116,400 | **$287,600** |
| 3. | Claimant Communication, Participation Outreach and Claimant Documentation Handling | $488,700 | $68,000 | **$556,700** |
| 4. | Reporting | $24,100 | $50,700 | **$74,800** |
| 5. | Banking and Reconciliation | $3,100 | $9,900 | **$13,000** |
| 6. | Payment | $0 | $35,800 | **$35,800** |
| 7. | **Total Fees For Tasks** | **$1,478,200** | **$334,800** | **$1,813,000** |
| 8. | **Voluntary Fee Reduction** | | | **($313,000)** |
| 9. | **Total Fees After Fee Reduction** | | | **$1,500,000** |
| 10. | **Expenses** | **$34,800** | **$7,900** | **$42,700** |
| 11. | **Cumulative Total** | | | **$1,542,700** |

10.     BrownGreer will limit its total fees to the $1,500,000 cap shown as the proposed budget and as contractually mandated in the proposed Administrative Agreement attached to this Motion as Exhibit 1.

WHEREFORE, BrownGreer submits that the budget proposed by BrownGreer represents reasonable costs for the administration of this program, and requests that the Court approve the budget.  A proposed Order to that effect is submitted with this Motion.

4

5

                Respectfully submitted,

                BROWNGREER PLC

By:       **/s/ Orran L. Brown**
                Orran L. Brown
                Virginia State Bar No. 25832
                BrownGreer PLC
                115 South 15th Street, Suite 400
                Richmond, Virginia  23219
                Telephone:  (804) 521-7201
                Facsimile:  (804) 521-7299
                Email:  obrown@browngreer.com

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion by BrownGreer PLC for Payment of Fees from the Common Benefit Fund was filed electronically this 22nd day of October, 2014 and is available for viewing and downloading from the CM/ECF System of the United States District Court for the Eastern District of Louisiana and was filed and served through LexisNexis File & Serve.

        **s/ Orran L. Brown**
        Orran L. Brown
        Virginia State Bar No. 25832
        BrownGreer PLC
        115 South 15th Street, Suite 400
        Richmond, Virginia  23219
        Telephone:  (804) 521-7201
        Facsimile:  (804) 521-7299
        Email:  obrown@browngreer.com