UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX           : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION  : | SECTION L |
| : | |
| : | JUDGE FALLON |
| : | |
| : | MAGISTRATE JUDGE |
| : | KNOWLES |

………………………………………………………:

## ORDER APPROVING BUDGET FOR ADMINISTRATIVE EXPENSES

Upon consideration of the Motion of BrownGreer PLC for Approval of Budget for Administrative Expenses in connection with the implementation of the July 22, 2013 Settlement Agreement Related to Consumer Class Actions ("Settlement Agreement")  between the Class represented by Class Counsel and Merck, Sharpe & Dohme, Corp. f/k/a Merck & Co., Inc. ("Merck"), and noting the approval by Merck of such budget with no objection from Class Counsel, and deeming it just and proper so to do, it is hereby ORDERED, ADJUGED and DECREED that such Motion is granted, and the proposed budget and administrative agreement with BrownGreer are approved.  The fees and expenses incurred by BrownGreer PLC and described in the budget shall be paid from the Common Fund created under the Settlement Agreement.

New Orleans, Louisiana, this ____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE