UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-----------------------------------------------------------------x

In re: VIOXX PRODUCTS LIABILITY
LITIGATION

MDL NO. 1657 (EEF)

THIS DOCUMENT RELATES TO ALL CASES

SECTION L

**CERTIFICATION OF DR. DAVID EGILMAN**

-----------------------------------------------------------------x

I, DR.DAVID EGILMAN, hereby certify under penalty of perjury pursuant to Paragraph 8 of the Stipulated Order entered September 10, 2014 (Doc. No. 65,025) that I and all of my agents, employees, contractors, consultants or consulting firms, including but not limited to Never Again Consulting, Inc.: (a) have complied with all the terms of the Stipulated Order entered September 10, 2014 (Doc. No. 65,025), including that no prior recipients of the documents or data from, or as directed by, me retain any such documents or data, and any databases of confidential Vioxx documents maintained by, or accessible to, me have been disabled or rendered inoperable, and (b) have taken no actions to circumvent the Stipulated Order entered September 10, 2014 (Doc. No. 65,025) by the transmission of copies of documents or data subject to the Stipulated Order in any form to any other persons, location, or entity, other than as specified in the Stipulated Order.

Dated: October 27, 2014
New York, New York

**DAVID S. EGILMAN, M.D., M.P.H.**

By: _____
David S. Egilman, M.D., M.P.H.