<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the attached **CERTIFICATION OF DR. DAVID EGILMAN** was sent to the following parties and Counsel of Record via electronic mail on October 27, 2014:

| | |
|---|---|
| John H. Beisner<br>Skadden, Arps, Slate, Meagher & Flom LLP<br>1440 New York Ave., N.W.<br>Washington, D.C. 20005<br>john.beisner@skadden.com | Russ Herman<br>Herman, Herman & Katz, LLC<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>rherman@hhklawfirm.com |
| Dawn Barrios<br>Barrios, Kingsdorf & Casteix LLP<br>701 Poydras Street, Suite 3650<br>New Orleans, Louisiana 70139<br>barrios@bkc-law.com | Ann B. Oldfather<br>Oldfather Law Firm<br>1330 South Third Stree<br>Louisville, Kentucky 40208<br>aoldfather@oldfather.com |
| Leonard Davis<br>Herman, Herman & Katz, LLC<br>820 O'Keefe Avenue<br>New Orleans, Louisiana 70113<br>ldavis@hhklawfirm.com | Dorothy H. Wimberly<br>Stone Pigman Walther Wittmann LLC<br>546 Carondelet Street<br>New Orleans, Louisiana 70130<br>DWimberly@stonepigman.com |
| William R. Garmer<br>Garmer & Prather<br>141 N Broadway<br>Lexington, KY 40507<br>BGarmer@garmerprather.com | Phillip Wittmann<br>Stone Pigman Walther Wittmann LLC<br>546 Carondelet Street<br>New Orleans, Louisiana 70130<br>pwittmann@stonepigman.com |

<u>s:/Alexander A. Reinert</u>
Alexander A. Reinert, Esq.
55 Fifth Avenue, Room 938
New York, NY 10003
Tel: (212) 790-0403
areinert@yu.edu
