UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Jo Levitt v. Merck Sharp & Dohme Corp.,* **06-9757**

## ORDER

Plaintiff's counsel asked the Court to continue the oral argument on Defendant Merck's Motion for Summary Judgment (Rec. Doc. 64878), currently scheduled for November 12, 2014, and indicated that Defendant Merck did not oppose the continuation.

**IT IS ORDERED** that the Court will hear oral argument on Defendant Merck's Motion for Summary Judgment (Rec. Doc. 64878) on December 3, 2014.

New Orleans, Louisiana, this 27th day of October, 2014.

*[signature: Eldon E. Fallon]*

UNITED STATES DISTRICT JUDGE