UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| **Cases listed on Exhibit A hereto** | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION
FOR SUPPLEMENTAL ORDER OF DISMISSAL REGARDING ESTATE
REPRESENTATIVE PLAINTIFFS WITH INCORPORATED MEMORANDUM**

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss the claims of the plaintiffs in the cases listed on Exhibit A hereto based on a previous order of dismissal and principles of *res judicata*. In support of this Motion Merck states:

1)  Each of the cases listed on Exhibit A hereto remains open on the Court's docket with respect to the plaintiffs listed on Exhibit A in the column entitled "Plaintiff(s) – Open on Docket."

2)  However, in each case this Court has previously entered an Order of Dismissal in the case related to that plaintiff. Each of these cases involved deceased product users, with estate representatives. In all but one of the cases, the order of dismissal set forth the name of the decedent Vioxx product user in the order of dismissal, while the decedent's estate representative remains as an open plaintiff on the Court docket, or *vice versa*..[1] The one exception is the *Weiland* case, in which only one of two personal

---

[1] In 14 of the cases listed on Exhibit A, the order of dismissal was entered in connection with a voluntary stipulation of dismissal entered by the parties, with the stipulation listing the decedent product

1

representatives was listed in the order of dismissal, and the other estate representative remains listed as open on the court's docket.

3)     Defendant Merck submits that, in each case, the intention of the order of dismissal was to dismiss all claims relating to the decedent Vioxx product user, brought either in the product user's name or by a plaintiff acting in a representative capacity, and any derivative claims.  The attached exhibit contains the record locator number on the MDL docket for each of the orders of dismissal.

4)     With respect to each of the cases on Exhibit A other than the *Singleton* case, 2:09-cv-02413, the plaintiffs listed on Exhibit A are the only remaining pending plaintiffs, and a ruling by the Court granting this motion would also allow for the clerk's office to mark the case as closed on the court docket.  In the *Singleton* case, there is one other remaining plaintiff with a pending claim (Sandra Hammock, plaintiff, as personal representative of the estate of Velma Dunn), and the *Singleton* case should therefore remain open.

5)     Accordingly, Merck requests that the Court enter a supplemental order of dismissal that directs the clerk's office to dismiss any and all remaining claims of the plaintiffs listed on Exhibit A, and

---

user as the plaintiff, whereas a personal representative of the deceased product user was the pending named plaintiff.  This group includes the following cases/ product users listed on Exhibit A: *Macon/*Macon*; Basile/*Basile*; Howard/*Howard*; Boyer/*Maglieri*; Adock/*Ripberger*; Chickadel/*Horton*; Sabio/*Sabio*; Horne/*Anderson*; Cummings/*Cummings*; Coleman/*Burch*; Paskins/*Paskins*; Perry/*Richard*s;Myatt/*Slaughter*; Skeet/*Waddough*.  In 7 of the cases listed on Exhibit A, the order of dismissal was in connection with a motion filed by Merck, and the proposed order likewise listed the decedent as the plaintiff, whereas a personal representative of the deceased product user was the pending named plaintiff.  This group includes the following cases/product users listed on Exhibit A: *Dauzet/*Dauzet*; Clark/*Clark*; Miller/*Miller*; Montgomery/*Hudson*; Bronson/*Panzini*; Foster/*Ryce*; Catalfano/*Hope*.  For 2 cases/product users on Exhibit A *(Webster/*Ludens*; Singleton/*Webb)*, the dismissal was in the name of the estate representative whereas the product user was the named plaintiff on the docket.

2

to mark each of those cases, with the exception of the *Singleton* case, as closed on the court's docket.  A proposed order is attached.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion, and enter the requested order.

Dated:  November 4, 2014                                    Respectfully submitted,


              By:*/s/ Dorothy H. Wimberly*
                Phillip A. Wittmann, 13625
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana 70130
                Phone: 504-581-3200
                Fax:     504-581-3361

                *Defendants' Liaison Counsel*

                 —and—

                Douglas R. Marvin
                Eva Petko Esber
                M. Elaine Horn
                WILLIAMS & CONNOLLY LLP
                725 Twelfth Street, N.W.
                Washington, D.C. 20005
                Phone: 202-434-5000
                Fax:     202-434-5029

                *Attorneys for Merck Sharp & Dohme Corp.*

## CERTIFICATE OF SERVICE

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of November, 2014.

                                                       */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel