UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In Re: VIOXX | : | |
| | : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION L |
| | : | |
| This document relates to ALL ACTIONS | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |
| | : | |

PLAINTIFFS' LIAISON COUNSEL'S
MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT
REIMBURSEMENT OF EXPENSES

NOW INTO COURT, comes Russ M. Herman, Plaintiffs' Liaison Counsel, who upon suggesting to the court that, as is more fully set forth in the attached memorandum, an Order be issued providing for the funding and reimbursement of Plaintiffs' common benefit shared expenses.

Respectfully submitted,

Date:  November 5, 2014               By:  /s/ Leonard A. Davis
                                          **Russ M. Herman (Bar No. 6819)**
                                          Leonard A. Davis (Bar No. 14190)
                                          Stephen J. Herman (Bar No. 23129)
                                          *Herman, Herman & Katz, L.L.C.*
                                          820 O'Keefe Avenue
                                          New Orleans, Louisiana  70113
                                          Telephone: (504) 581-4892
                                          Facsimile: (504) 561-6024
                                          ldavis@hhklawfirm.com

                                          **PLAINTIFFS' LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 5th day of November, 2014.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman & Katz, L.L.C.***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhklawfirm.com