UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

**O R D E R**

Considering the Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses filed by Plaintiffs' Liaison Counsel;

IT IS ORDERED BY THE COURT that Plaintiffs' Liaison Counsel be provided a distribution at this time of $75,000.00 to be utilized for the payment of common benefit shared expenses in this matter, which expenses shall be documented as ordered in Pre-Trial Order No. 6 or reimbursed to the Common Benefit Fee Expense Fund.

New Orleans, Louisiana, this ____ day of _____, 2014.

_____
Eldon E. Fallon
United States District Court Judge