UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Cases listed on Exhibit A hereto* | * | KNOWLES |
| | * | |
| | * | |

*****************************************************************************

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Motion For Supplemental Order of Dismissal Regarding Estate Representatives,

**IT IS ORDERED** that the plaintiffs reflected on the Court's docket in the cases listed on Exhibit A are hereby dismissed with prejudice; and it is

**IT IS FURTHER ORDERED** that the claims of all other plaintiffs in the cases listed on Exhibit A having been previously addressed, with the exception of one remaining pending plaintiffs in the *Singleton* case, 2009-cv-02413, all cases other than the Singleton case listed on Exhibit A are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this   4th   day of    November   , 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1173513v1

**Exhibit A:**
**Defendant Merck Sharp & Dohme Corp.'S Motion For**
**Supplemental Order Of Dismissal Regarding Estate Representative Plaintiffs**

| Case name | Case number | Dismissed Plaintiff (Docket Number for Dismissal) | Plaintiff(s) - Open on Docket | Plaintiffs' Counsel |
|---|---|---|---|---|
| Macon *v.* Merck | 2:05-cv-03523 | PRODUCT USER: Sheryll R. Macon (R. 35960) | ESTATE REP: Antoinette Macon, fiduciary of the estate of Sheryll R. Macon, deceased | Elk & Elk Co., Ltd. |
| Basile *v.* Merck | 2:05-cv-03843 | PRODUCT USER: Dorothy M. Basil (R. 50893) | ESTATE REP: Dorothy J. Basile, Co-Executor of the Estate of Dorothy M. Basile, deceased<br><br>ESTATE REP: Robert J. McDuff, Co Executor of the Estate of Dorothy M. Basile, deceased | Swartz & Swartz |
| Howard *v.* Merck | 2:05-cv-03854 | PRODUCT USER: David Howard (R. 34192) | ESTATE REP: Radeyah Howard, as personal representative of the Estate of David Howard, deceased<br><br>ESTATE REP: Telena Evans, as personal representative of the Estate of David Howard, deceased | Seeger Weiss LLP |
| Boyer, *et al v.* Merck | 2:05-cv-04674 | PRODUCT USER: Grace Maglieri (R. 58055) | ESTATE REP: Diane Schmidt, as Administratrix of the Estate of Grace Maglieri | Stratton Faxon |

1

| Case name | Case number | Dismissed Plaintiff (Docket Number for Dismissal) | Plaintiff(s) - Open on Docket | Plaintiffs' Counsel |
|---|---|---|---|---|
| Adock, *et al* v. Merck | 2:05-cv-05753 | PRODUCT USER: Clara Ripberger [Claire Ripberger] (R. 47716) | ESTATE REP: David Ripberger, Personal Representative/Administrator for the Estate of Clara Ripberger | Burg, Simpson, Eldredge, Hersh & Jardin, PC |
| Chickadel, *et al* v. Merck | 2:05-cv-05834 | PRODUCT USER: Glendene Horton (R. 59615) | ESTATE REP: Oliver Horton, as personal representative for Glendene Horton, Deceased | Brown & Crouppen |
| Dauzat v. Merck | 2:05-cv-05986 | PRODUCT USER: Russell Dauzat (R. 18290) | ESTATE REP: Michael Dauzat, individually and on behalf of Russell Dauzat, deceased | *Pro Se* |
| Clark v. Merck | 2:05-cv-06779 | PRODUCT USER: John K Clark (R. 17725) | ESTATE REP: Mildred Clark, individually and as surviving spouse of J. Keith Clark, deceased | Henry D. Fincher, Attorney at Law |
| Sabio v. Merck | 2:06-cv-00294 | PRODUCT USER: Lily Sabio (R. 53465) | ESTATE REP: Juan Manuel Sabio, as personal representative of the Estate of Lily Sabio | Robert J. Fenstersheib Law Offices |
| Horne, *et al* v. Merck | 2:06-cv-01432 | ESTATE REP: Theodora Anderson, Individually and As Representative of the Estate of Earnest Anderson, deceased (R. 39525) | PRODUCT USER: Earnest Anderson, Estate of Deceased | Matthews & Associates |
| Cummings, *et al* v. Merck | 2:06-cv-01927 | PRODUCT USER: Isabel B. Cummings  DERIVATIVE SPOUSE Ernest J. Cummings (R. 62450) | ESTATE REP: Larry E. Cummings, As Executor of the Estates of Ernest J. Cummings & Isabel B. Cummings | D. Brian Rattliff, Attorney at Law |
| Coleman, *et al* v. Merck | 2:06-cv-01970 | PRODUCT USER: Betty Burch (R. 48955) | ESTATE REP: Leon Burch, personal representative of Betty Burch, deceased | Brown & Crouppen |

1173514v1

| Case name | Case number | Dismissed Plaintiff (Docket Number for Dismissal) | Plaintiff(s) - Open on Docket | Plaintiffs' Counsel |
|---|---|---|---|---|
| Paskins *v.* Merck | 2:06-cv-02658 | PRODUCT USER: Daniel Paskins (R. 19018) | ESTATE REP: Angela K. Berry, Executor of the Estate of Daniel Paskins | Leeseberg & Valentine, LPA |
| Miller *v.* Merck | 2:06-cv-03100 | PRODUCT USER: Emma Scott (R. 17723) | ESTATE REP: Emma Miller, Individually, and as Administratrix of the Estate of Emma L. Scott, Deceased | *Pro Se* |
| Montgomery, et al *v.* Merck | 2:06-cv-03374 | PRODUCT USER: Bryant Hudson (R. 36331) | ESTATE REP: Mildred Coopwood, for decedent Bryant Hudson | Jeffrey J. Lowe, P.C. |
| Perry, *et al v.* Merck | 2:06-cv-03581 | PRODUCT USER: John Richards (R. 20701) | ESTATE REP: Michael Richards, as Administrator of the Estate of John Richards | Stratton Faxon |
| Webster, *et al v.* Merck | 2:06-cv-03594 | ESTATE REP: Robert Weavers (R. 13979) | PRODUCT USER: Lucille Ludens | Schlichter, Bogard & Denton |
| Weiland, *et al v.* Merck | 2:06-cv-07048 | ESTATE REP: Robert Long, individually and on behalf of Barbara J. Long, Deceased (R. 16531) | ESTATE REP: Lisa Gale, Individually and on Behalf of Barbara J. Long, Deceased | Carolyn K. Ranke, Attorney at Law |
| Bronson, et al *v.* Merck | 2:06-cv-10157 | PRODUCT USER: Cheryl A. Pazicni (R. 17723) | ESTATE REP: Jennifer Gradding, individually and on behalf of Cheryl A. Pazicni | *Pro Se* |
| Myatt*, et al v.* Merck | 2:06-cv-10158 | PRODUCT USER: Jessi Slaughter (R. 29658) | ESTATE REP: Daniel Slaughter, on behalf of all surviving heirs, and on behalf of Jessi Slaughter, Deceased | Seeger Weiss LLP |

| Case name | Case number | Dismissed Plaintiff (Docket Number for Dismissal) | Plaintiff(s) - Open on Docket | Plaintiffs' Counsel |
|---|---|---|---|---|
| Skeet, *et al* v. Merck | 2:06-cv-10162 | PRODUCT USER: Mark Waddoups (R. 10298) | ESTATE REP: Dianne Waddoups, Individually, and as Representative of the Estate of Mark Waddoups II | Seeger Weiss LLP |
| Foster *v.* Merck | 2:07-cv-01642 | PRODUCT USER: Vildred Ryce (R. 16530) | ESTATE REP: Ray Foster, as the legal representative of the Decedent, Vildred Ryce | Douglas M. Schmidt, APLC |
| Catalfamo *et al* v. Merck | 2:07-cv-09135 | PRODUCT USER: Jimmy Hope (R. 17004) | ESTATE REP: Jennifer Catalfamo, on behalf of Jimmy Hope, decedent<br><br>DERIVATIVE: Carmela Hope, Individually | Douglas & London |
| Singleton, *et al* v. Merck | 2:09-cv-02413 | ESTATE REP: Laura Arnold, individually and as representative of the estate of Sid Webb (R. 59153) | PRODUCT USER: Sid Webb, Estate of Deceased | Bennie L. Jones, Jr. & Assoc. |

1173514v1