UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Sue Ann Archer, et al. v. Merck & Co. Inc.,* 06-10108

## ORDER

The Court received notice that the Circuit Court for the Twentieth Judicial Circuit of St. Clair County, Illinois granted Plaintiff Anita Mackey's Motion for Voluntary Dismissal Without Prejudice on October 26, 2006.

**IT IS ORDERED** that Plaintiff Anita Mackey show cause why this Court should not dismiss her case with prejudice pursuant to Federal Rule of Civil Procedure 41(b) on or before December 5, 2014.

New Orleans, Louisiana, this 5th day of November, 2014.

_____
UNITED STATES DISTRICT JUDGE