# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| **Cases listed on Exhibit A hereto** | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION FOR SUPPLEMENTAL ORDER OF DISMISSAL ADDRESSING PLAINTIFF NAME DISCREPANCIES

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss all claims of all remaining plaintiffs in the cases listed on Exhibit A hereto based on a previous order of dismissal and principles of *res judicata*. In support of this motion Merck states:

1) Each of the cases listed on Exhibit A hereto remains open on the Court's docket with respect to one plaintiff. The name of the pending plaintiff is as listed on Exhibit A in the column entitled "Plaintiff Name – Open on Docket."

2) However, in each case this Court has previously entered an Order of Dismissal referring to the plaintiff by a different name, or with a slight discrepancy in spelling. The plaintiffs' names as reflected on the Order of Dismissal, and the Record Number for the Orders of Dismissal, are also listed on Exhibit A.

3) Exhibit A also lists the plaintiffs' names as reflected in their respective Complaints. In many of the cases, comparison with the Complaint reveals an explanation for the discrepancy between the name as appearing on the Court docket and the name as appearing on the Order of Dismissal. In other cases, reference to other documents in the action reveals an explanation for the name discrepancy.[1] In yet other cases, the discrepancy is plainly a simple scrivener's error on either the Complaint, the docket entry when the case was opened, or the Order of Dismissal.

4) Accordingly, Merck requests that the Court enter a supplemental order of dismissal that directs the clerk's office to dismiss any and all remaining claims in these actions, and close this case on the Court's docket. A proposed order is attached.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion and enter the requested order.

---

[1] For example, in the *Allison* case listed on Exhibit A, the plaintiff is listed as "Ajax Moody" in the Complaint and on the Court docket, but "Richard Moody" on the Order of Dismissal. The Plaintiff Profile Form received by defendant for this plaintiff states that "Richard" is another name for Ajax Moody. Likewise, in the *Hamilton* case the plaintiff is listed as "S. Anne Hamilton" in the Complaint and court docket, but as "Shirley A. Hamilton" on the Order of Dismissal. Again, the Plaintiff Profile Form received by the defendant states that the plaintiff's full name is "Shirley Anne Hamilton." As another example, in the *Hernandez* case the plaintiff is listed as "Sharon Hernandez" in the Complaint and on the Court docket, but as "Anita Hernandez" on the Order of Dismissal; in that case the stipulation of dismissal signed by plaintiff's counsel refers to "Anita Hernandez, incorrectly identified in the Complaint as Sharon Hernandez."

Dated:  November 12, 2014                                   Respectfully submitted,


                                                     By:*/s/ Dorothy H. Wimberly*
                                                         Phillip A. Wittmann, 13625
                                                         Dorothy H. Wimberly, 18509
                                                         STONE PIGMAN WALTHER
                                                         WITTMANN L.L.C.
                                                         546 Carondelet Street
                                                         New Orleans, Louisiana 70130
                                                         Phone: 504-581-3200
                                                         Fax:    504-581-3361

                                                         *Defendants' Liaison Counsel*

                                                           —and—

                                                         Douglas R. Marvin
                                                         Eva Petko Esber
                                                         M. Elaine Horn
                                                         WILLIAMS & CONNOLLY LLP
                                                         725 Twelfth Street, N.W.
                                                         Washington, D.C. 20005
                                                         Phone: 202-434-5000
                                                         Fax:    202-434-5029

                                                         *Attorneys for Merck Sharp & Dohme Corp.*

**CERTIFICATE OF SERVICE**

     I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of November, 2014.

                                                              */s/ Dorothy H. Wimberly*
                                                              Dorothy H. Wimberly, 18509
                                                              STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                              546 Carondelet Street
                                                              New Orleans, Louisiana 70130
                                                              Phone: 504-581-3200
                                                              Fax:    504-581-3361
                                                              dwimberly@stonepigman.com

                                                              Defendants' Liaison Counsel