**Exhibit A**

| Case Name | Docket No. | Plaintiff Name – Open on Docket | Plaintiff Name - Complaint | Plaintiff Name - Dismissal Order | Plaintiff's Counsel |
|---|---|---|---|---|---|
| Molder, *et al* v. Merck | 2005-cv-02929 | Mac Rolland | Mae Rolland | May Roland (R. 26467) | Jeffrey J. Lowe, P.C. |
| Ballard, *et al* v. Merck | 2005-cv-04767 | Mark Hunley | Mark Hunley (Caption) Mary Hunley (Body) | Mary Hunley (R. 23391) | Matthews & Associates |
| Ganser, *et al* v. Merck | 2005-cv-05300 | Jay Mitchelle | Jay Mitchelle | Jane Mitchelle (R. 24224) | Jeffrey J. Lowe, P.C. |
| Long, *et al v.* Merck | 2005-cv-05722 | Joyce Long (aka Joy Long) | Joy Long | Joy Long (R. 61784) | Beltz & Ruth, PA |
| Dugas *v.* Merck | 2005-cv-05781 | Mercedes Ann Dugas | Mercedes Ann Dugas | Ann M. Dugas (R. 18321) | Elmwood Henry Keim, Jr., Attorney at Law |
| Allison, *et al* v. Merck | 2005-cv-05822 | Ajax Moody | Ajax Moody | Richard Moody (R. 14344) | Becnel Law Firm, LLC |
| Dragani *v.* Merck | 2006-cv-00328 | Sarah Shirley Dragani (aka Shirley Dragani) | Sarah Shirley Dragani (aka Shirley Dragani) | Shirley Dragani (R. 32415) | Francis J. Curran, Jr. & Associates, Law Offices |
| Miskho, *et al* v. Merck | 2006-cv-01159 | Brian Mishko | Brian Miskho | Brian Miskho (R. 33602) | Barnes Firm, PC |
| Ebong, *et al* v. Merck | 2006-cv-01508 | Regina Raguso | Regina Ragusa (Caption) Frances Ragusa (Body) | Frances Ragusa (R. 13933) | Weiner, Carroll & Strauss |
| Bartley, *et al* v. Merck | 2006-cv-02196 | James Huber | James Huber | James Humber (R. 50241) | Trepanier & MacGillis PA |
| Ahouse, *et al* v. Merck | 2006-cv-02216 | Doris Elaine | Doris Elaine (Caption) Doris Elaine Blanchard (Body) | Doris Elaine Blanchard (R. 27898) | Trepanier & MacGillis PA |
| Ahouse, *et al* v. Merck | 2006-cv-02216 | Jean Schelah | Jean Schelah | Jean Schelah (R. 57393) | Trepanier & MacGillis PA |

1174197v1

| | | | | | |
|---|---|---|---|---|---|
| Amie, et al v. Merck | 2006-cv-02219 | Celestino Palaby | Celestino Palabay | Celestino Palabay (R. 17723) | Pro Se |
| Randolph, et al v. Merck | 2006-cv-03465 | Belinda Harvard | Belinda Havard | Belinda Havard (R. 17950) | Jeffrey J. Lowe, P.C. |
| Hasbrouck, et al v. Merck | 2006-cv-05988 | Mary Nastasia | Matt Nastasia | Mathew Nastasia (R. 28483) | Miller & Associates |
| Christian, et al v. Merck | 2006-cv-06652 | Margaret McDaniel | Margaret McDaniel (Caption) Marvis McDaniel (Body) | Mavis Ann McDaniel (R. 38697) | Jeffrey J. Lowe, P.C. |
| Hamilton v. Merck | 2007-cv-00883 | S. Anne Hamilton | S. Anne Hamilton | Shirley A. Hamilton (R. 18600) | Pro Se |
| Easley et al v. Merck | 2007-cv-03785 | Christine Fay | Christine Fay | Christine Faye (R. 19165) | Branch Law Firm |
| Choice, et al v. Merck | 2007-cv-06690 | Gayle Williams | Gary Williams (Exhibit A) | Gary Williams (R. 51711) | Capshaw, Goss & Bowers, LLP |
| Hernandez, et al v. Merck | 2007-cv-07508 | Sharon Hernandez | Sharon Hernandez | Anita Hernandez (R. 38056) | Thornton & Naumes, LLP |
| Parker v. Merck | 2008-cv-05058 | Jeffrey Parker | Jeff Parker | Jeff Parker (R. 19488) | Janet Jenner & Suggs, LLC |

1174197v1