UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached List* | * | |

**************************************************************************

# DEFENDANT MERCK SHARP & DOHME'S MOTION REGARDING ORDERS ON STIPULATIONS OF DISMISSAL

1. Plaintiffs in each of the cases listed on Exhibit A have provided voluntary stipulations of dismissal. All of the referenced stipulations were previously filed with the Court. At this time, however, some additional action is necessary in order for the referenced cases to be closed fully and terminated from this Court's docket.

2. As to Plaintiffs No. 1 and No. 2 on Exhibit A (from *Allen v. Merck,* Case No. 05-cv-04738), although the stipulations were filed with the Court in December, 2006, no Orders granting those stipulations appear on the Court's docket.[1] Accordingly, Merck requests that an appropriate order be entered at this time.

3. As to the remaining plaintiffs listed on Exhibit A, Orders of Dismissal were entered as to the plaintiff product user, but an additional derivative plaintiff was omitted. The individual stipulations and the corresponding orders dismissing the claims of the primary product user are identified on Exhibit A by document numbers from the MDL Docket on PACER.

---

[1] A review of the Court's docket from that time period shows that numerous other stipulations of dismissal were filed at or around the same time. Although corresponding orders entering those stipulations also appear on the docket, the orders for the two referenced plaintiffs are missing from the docket.

1174275v1

- 2 -

Although the stipulations identified both the product user and the derivative plaintiffs were not separately included in the orders of dismissal. As a result, the court's docket continues to show the derivative plaintiffs as pending. Accordingly, Merck requests that the Orders of Dismissal be supplemented to include the identified derivative plaintiffs.

4.      Finally, as to each of the cases listed on Exhibit A, there will be no remaining open plaintiffs after the identified claims are dismissed. Accordingly, Merck requests that the Court direct the clerk's office to mark the entire case as closed.

Dated:  November 13, 2014

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

 —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

1174275v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of November, 2014.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel