Exhibit A:
Stipulations of Dismissal Requiring Additional Action

|  | **Case name** | **Case number** | **Product User** | **Derivative Plaintiff** | **MDL Docket Number: Stipulation** | **MDL Docket Number: Order for Product User** | **Plaintiffs' Counsel** |
|---|---|---|---|---|---|---|---|
| 1. | Allen, et al | 2005-cv-04738 | Denise Allen |  | 9428 |  | **Bruce Andrew Craig**<br>Carlile Law Firm<br>400 South Alamo<br>Marshall, TX 75670<br>903-938-1655<br>bruce_tx@hotmail.com |
| 2. | Allen, et al | 2005-cv-04738 | Charles McGriger |  | 9454 |  | **Bruce Andrew Craig**<br>Carlile Law Firm<br>400 South Alamo<br>Marshall, TX 75670<br>903-938-1655<br>bruce_tx@hotmail.com |
| 3. | Paslay | 2005-cv-05414 | Martha Paslay | Daniel Paslay | 57419 | 57764 | **Kathryn E. Barnett**<br>**Mark P. Chalos**<br>Lieff, Cabraser, Heimann & Bernstein, LLP (Nashville)<br>150 Fourth Avenue North<br>Suite 1650<br>Nashville, TN 37219-2423<br>615-313-9000<br>kbarnett@lchb.com<br>mchalos@lchb.com |

1174276v1

|  | Case name | Case number | Product User | Derivative Plaintiff | MDL Docket Number: Stipulation | MDL Docket Number: Order for Product User | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|---|
| 4. | Binns | 2005-cv-05840 | Pauline Binns | Stephen Binns | 57619 | 57945 | **Daniel A. Thomas**<br>Daniel A. Thomas, Attorney at Law<br>221 W. Lexington<br>Ste. 400<br>Independence, MO 64050<br>816-836-5050<br>dat@hfmlegal.com |
| 5. | Boyd | 2005-cv-05913 | Beverly Boyd | Ronald Boyd | 39186 | 39474 | **Kathryn E. Barnett**<br>**Mark P. Chalos**<br>Lieff, Cabraser, Heimann & Bernstein, LLP (Nashville)<br>150 Fourth Avenue North<br>Suite 1650<br>Nashville, TN 37219-2423<br>615-313-9000<br>kbarnett@lchb.com<br>mchalos@lchb.com |
| 6. | Williams | 2005-cv-06036 | Lillian Williams | Sidney Williams | 40228 | 40502 | **M. Michael Meyer**<br>**Rhonda J. Bennetsen**<br>O'Quinn Law Firm<br>Lyric Centre Building<br>440 Louisiana St.<br>Suite 2300<br>Houston, TX 77002-4205<br>713-223-1000<br>mm0102@sbcglobal.net<br>rhondab@oqlaw.com |

|  | Case name | Case number | Product User | Derivative Plaintiff | MDL Docket Number: Stipulation | MDL Docket Number: Order for Product User | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|---|
| 7. | Williams | 2005-cv-06036 | Francis L Williams, Sr. | Marie Williams | 45929 | 46155 | **M. Michael Meyer** <br> **Rhonda J. Bennetsen** <br> O'Quinn Law Firm <br> Lyric Centre Building <br> 440 Louisiana St. <br> Suite 2300 <br> Houston, TX 77002-4205 <br> 713-223-1000 <br> mm0102@sbcglobal.net <br> rhondab@oqlaw.com |
| 8. | Gray | 2006-cv-00337 | Wallace Gray [deceased] | Gary Gray, Phillip Gray and Kenneth Gray | 45545 | 45771 | **Thomas P. Cartmell** <br> **Brian J. Madden** <br> Wagstaff & Cartmell, LLP <br> 4740 Grand Ave. <br> Suite 300 <br> Kansas City, MO 64112 <br> 816-701-1100 <br> tcartmell@wcllp.com <br> bmadden@wcllp.com |

1174276v1

| | Case name | Case number | Product User | Derivative Plaintiff | MDL Docket Number: Stipulation | MDL Docket Number: Order for Product User | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|---|
| 9. | Franklin | 2007-cv-03281 | Irma Franklin | Lynn Franklin | 34047 | 34320 | **Bruce C. Fishelman** Greene, Broillet & Wheeler, LLP 100 Wilshire Blvd. Ste. 2100 P.O. Box 2131 Santa Monica, CA 90407-2131 310-575-1200 <br><br>**Brian J. Panish** Panish, Shea & Boyle, LLP 11111 Santa Monica Blvd. Ste. 700 Los Angeles, CA 90025 310-477-1700 panish@psblaw.com |