# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| *Cases Listed on Exhibit A* | * | MAGISTRATE JUDGE |
| | * | KNOWLES |

******************************************************************************

## ORDER OF DISMISSAL

Parties in the cases listed on Exhibit A have previously submitted stipulations of voluntary dismissal. Accordingly,

**IT IS ORDERED**, that all claims of the Plaintiffs No. 1 and No. 2 (Plaintiffs Denise Allen and Charles McGriger) listed on the attached Exhibit A against Defendant Merck and any other named defendants are hereby dismissed *without prejudice*, each party to bear its own costs; and

**IT IS FURTHER ORDERED** that all claims of all other Plaintiffs listed on Exhibit A against Defendant Merck and any other named defendants are hereby dismissed *with prejudice*, each party to bear its own costs.

**IT IS FURTHER ORDERED**, that the Clerk's office is directed to mark each of the cases identified on Exhibit A as closed in their entirety as there are no remaining open plaintiffs associated with the listed cases.

**NEW ORLEANS, LOUISIANA**, this _____ day of November, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1174278v1