UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *See Attached Exhibit A* | * | |
| | * | |
| | * | |
| | * | |

**************************************************************************

# DEFENDANT MERCK SHARP & DOHME'S
# *OMNIBUS* MOTION TO SUPPLEMENT PRIOR ORDERS OF DISMISSAL REGARDING DERIVATIVE PLAINTIFFS

1. This Court previously dismissed each of the plaintiff product users listed on Exhibit A with prejudice for varied reasons including entry of a stipulation of dismissal tendered within the Vioxx Resolution Program, failure to comply with the pretrial orders of this Court, or other voluntary or involuntary dismissals.

2. The specific Order dismissing the claims of the primary product user are identified on Exhibit A by document numbers from the MDL Docket on PACER.

3. The stipulations and/or the orders of dismissal did not separately identify the derivative plaintiffs associated with each of those cases. As a result, the court's docket continues to show the derivative plaintiffs as pending.

4. Therefore, defendant Merck, Sharp & Dohme ("Merck") hereby moves this Court to supplement its previous orders of dismissal as to each of these plaintiffs to reflect that the claims of the derivative plaintiffs listed on Exhibit A are likewise dismissed with prejudice.

1174350v1

5. Furthermore, as to each of the cases listed on Exhibit A, there will be no remaining open plaintiffs after the derivative claims are dismissed. Accordingly, Merck requests that the Court direct the clerk's office to mark the entire case as closed.

Dated: November 14, 2014

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

1174350v1

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of November, 2014.

        */s/ Dorothy H. Wimberly*
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER
        WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana  70130
        Phone:  504-581-3200
        Fax:     504-581-3361
        dwimberly@stonepigman.com

        Defendants' Liaison Counsel

1174350v1