## Exhibit A: Open Derivative Plaintiffs That Should Be Dismissed

| | Case name | Case number | Product User (R. Record No of Dismissal) | Derivative Plaintiff(R. s) | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 1. | Bossell, et al | 2005-cv-04132 | Ruth Jackson (R. 16088) | Richard Jackson, Leroy L. Jackson, Daniel W. Jackson, Maurice N. Jackson, Gary E. Jackson (R. individually and as successors-in-interest of the Estate of Ruth Jackson) | Mark P. Robinson, Jr., Attorney at Law |
| 2. | Allenbach, et al | 2005-cv-04886 | Andersen, Charl Paul (R. 11481) | Kathleen Anderson | Robert J. Derby & Associates |
| 3. | Cramer, et al | 2005-cv-05328 | Mark Harvey (R. 21585) | Mary Lynn Harvey | Pro Se |
| 4. | Adair, et al | 2005-cv-05436 | Merrill Adair (R. 11916) | Marlene Adair | Robert J. Derby & Associates |
| 5. | Adair, et al | 2005-cv-05436 | Stanley Arko (R. 12384) | Mary Arko | Robert J. Derby & Associates |
| 6. | Adair, et al | 2005-cv-05436 | Harold Brown (R. 12053) | Mona Brown | Robert J. Derby & Associates |
| 7. | Ablad, et al | 2005-cv-05437 | Richard Lambrose (R. 11469) | Andrea Lambrose | Robert J. Derby & Associates |
| 8. | Mercer, et al | 2005-cv-05677 | Gossnell, Deborah (R. 14801) | Jimmy Gossnell | Roger L. Demik, Attorney at Law |
| 9. | Canada, et al | 2005-cv-05923 | Dorothy Canada (R. 12387) | Harold Canada | Robert J. Derby & Associates |
| 10. | Canada, et al | 2005-cv-05923 | Gilbert Coombs (R. 12388) | Janet Coombs | Robert J. Derby & Associates |
| 11. | Canada, et al | 2005-cv-05923 | Mary Mays (R. 11468) | Emmett Mays | Robert J. Derby & Associates |
| 12. | Allen | 2005-cv-05975 | Morris Allen (R. 32637) | Stella Allen | O'Quinn Law Firm |
| 13. | Gates, et al | 2005-cv-06221 | Robert D. Gates (R. 18527) | Mary Gates | Law Office of Ronald R. Benjamin |
| 14. | Anderson, et al | 2006-cv-01193 | Michael Brennan (R. 16376) | Eileen Brennan | Brian A. Goldstein |
| 15. | Anderson, et al | 2006-cv-01193 | Frank Sanders (R. 17723) | Mary Sanders | Barnes Firm, PC |
| 16. | Bryant, et al | 2006-cv-01203 | Joann Schulz (R. 16529) | Greg Schulz | Barnes Firm, PC |
| 17. | Alwine, et al | 2006-cv-02201 | Alice Taft (R. 16529) | James Taft | Barnes Firm, PC |
| 18. | Allanson, et al | 2006-cv-02213 | Herbert A. Leizert (R. 17761) | Reitta Leizert | Barnes Firm, PC |

1174349v1

|  | Case name | Case number | Product User (R. Record No of Dismissal) | Derivative Plaintiff(R. s) | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 19. | Painter | 2006-cv-02904 | Jack S. Painter (R. 32630) | Lauren Painter | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 20. | Wagner, et al | 2006-cv-03084 | Michael Junker (R. 13975) | Mary Jo Junker | Schlichter, Bogard & Denton |
| 21. | Wagner, et al | 2006-cv-03084 | Lee Hoke (R. 13976) | George Hoke | Schlichter, Bogard & Denton |
| 22. | Wagner, et al | 2006-cv-03084 | Donald James (R. 18289 | Eva James | Schlichter, Bogard & Denton |
| 23. | Archer, et al | 2006-cv-06962 | Lawrence Glickman (R. 16024) | Lynn Glickman | SimmonsCooper, |
| 24. | Armstrong, et al | 2006-cv-10117 | Terry Maple (R. 13580) | Amos Maple | Walker Hissey Kientz, LLP |
| 25. | Cox, et al | 2006-cv-10152 | Rafael Ortiz (R. 61077) | Carmen Marquez | Seeger Weiss LLP |
| 26. | Bhatia, et al | 2006-cv-10318 | Amarjit Bhatia (R. 12385) | Jagdip Bhatia | Robert J. Derby & Associates |
| 27. | Bhatia, et al | 2006-cv-10318 | Lucile Brown (R. 12390) | Max Brown | Robert J. Derby & Associates |
| 28. | Bhatia, et al | 2006-cv-10318 | Ray Dewsnup (R. 12389) | Sally Dewsnup | Robert J. Derby & Associates |
| 29. | Bhatia, et al | 2006-cv-10318 | Michael Hales (R. 11464) | Jodi Hales | Robert J. Derby & Associates |
| 30. | Bhatia, et al | 2006-cv-10318 | Evrett Sanchez (R. 12393) | Edna Sanchez | Robert J. Derby & Associates |
| 31. | Gunnoe, et al | 2006-cv-10404 | Janice O. Gunnoe (R. 13972) | Donald Gunnoe | James F. Humphreys & Associates, LC |
| 32. | Sechmerber, et al | 2006-cv-11339 | Enrique Trevino (R. 16070) | Luis Enrique Trevino | Elizabeth Burkhardt, Attorney at Law |
| 33. | Silva | 2007-cv-03991 | Francisco Silva (R. 17950) | Guadalupe Silva | PRO SE |
| 34. | Lucero, et al | 2007-cv-04043 | Margaret R. Lucero (R. 17260) | Vera Lucero | Branch Law Firm |
| 35. | Kohn, et al | 2007-cv-06438 | Lawrence Kohn (R. 17385) | Anita Kohn | Douglas & London |
| 36. | Kohn, et al | 2007-cv-06438 | Pamela Strife (R. 17191) | William Strife | Douglas & London |

1174349v1

|  | Case name | Case number | Product User (R. Record No of Dismissal) | Derivative Plaintiff(R. s) | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 37. | Henry, et al | 2007-cv-07514 | Leslie Henry (R. 42749) | Sislyn Henry | Douglas & London |
| 38. | Simmons, et al | 2008-cv-00860 | Lance Edward Sola, Sr. (R. 16007) | Kathy Sola | Branch Law Firm |
| 39. | Miller, et al | 2008-cv-00868 | Delmary W Patrick, Jr. (R. 16018) | Mary Alice Cornett Patrick | Branch Law Firm |
| 40. | Baca, et al | 2008-cv-01031 | John Baca (R. 16041) | Helen Baca | Branch Law Firm |
| 41. | Cadwell, et al | 2008-cv-04167 | Wilbert E. Corprew (R. 18527) | Carol Corprew | Law Office of Ronald R. Benjamin |
| 42. | Cadwell, et al | 2008-cv-04167 | Elsa Plocek (R. 18527) | Marian Plocek | Law Office of Ronald R. Benjamin |
| 43. | Cadwell, et al | 2008-cv-04167 | Ronald H. Schaffer (R. 18527) | Beverly Schaffer | Law Office of Ronald R. Benjamin |
| 44 | Adelberg, et al | 2008-cv-04173 | Carol Adelberg (R. 18527) | Arthur Adelberg | Law Office of Ronald R. Benjamin |
| 45 | Adelberg, et al | 2008-cv-04173 | Antonio Amendoeira (R. 18527) | Maria Amendoeira | Law Office of Ronald R. Benjamin |

1174349v1