# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| ***See Attached Exhibit A*** | * | KNOWLES |
| | * | |
| | * | |

**********************************************************************

## ORDER OF DISMISSAL

Parties in the cases listed on Exhibit A are derivative plaintiffs in cases in which the claims of the product user have been dismissed, but the derivative plaintiff was not expressly identified in the order of dismissal. Accordingly, the prior orders of dismissal are supplemented as follows:

**IT IS ORDERED** that all claims of the Plaintiffs listed on the attached Exhibit A against Defendant Merck and any other named defendants are hereby dismissed ***with prejudice***, each party to bear its own costs.

**IT IS FURTHER ORDERED** that the Clerk's office is directed to mark each of the cases identified on Exhibit A as closed in their entirety as there are no remaining open plaintiffs associated with the listed cases.

**NEW ORLEANS, LOUISIANA,** this _____ day of November, 2014.


_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1174353v1