FILED
U.S. DISTRICT COURT
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
2014 NOV -6 PM 2:31

Case No. 05-MD-01657
MDL Docket No. 1657

WILLIAM W. BLEVINS
CLERK

| | |
|---|---|
| In Re: VIOXX | * |
| PRODUCTS LIABILITY LITIGATION | * SECTION "L" |
| | * |
| | * JUDGE FALLON |
| | * |
| | * MAGISTRATE JUDGE KNOWLES |
| | * |

### INTERESTED ATTORNEY RICHARD A. GETTY'S MOTION SEEKING LEAVE TO FILE MOTION AND MEMORANDUM IN SUPPORT OF MOTION SEEKING DIRECT PHONE CONTACT WITH CLAIMANTS UNDER SEAL

Interested Attorney Richard A. Getty, pursuant to Local Rules 5.6 and 7.1, hereby respectfully requests the Court to file its Motion and Memorandum in Support Seeking Direct Phone Contact With Claimants under seal due to the fact that information contained within the aforementioned Motion has been previously designated as confidential by Class Counsel. The Motion Seeking Direct Phone Contact With Claimants and Memorandum in Support are attached collectively as Exhibit 1.

Respectfully submitted,

RICHARD A. GETTY
and
JESSICA K. WINTERS

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

COUNSEL FOR JAMES RATLIFF,
ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

Fee _____
Process _____
X Dktd _____
CtRmDep _____
Doc. No. _____

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Interested Attorney, Richard A. Getty's Motion Seeking Leave To File Motion and Memorandum In Support Of Motion Seeking Direct Phone Contact With Claimants Under Seal has been served upon all parties by e-mailing and mailing same, postage prepaid, to the individuals listed below, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by hand on this the 6th day of November, 2014.

Russ M. Herman, Esq. (Bar No. 6819)
and
Leonard A. Davis, Esq. (Bar No. 14190)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
E-Mail: rherman@hhklawfirm.com
E-Mail: ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel

Phillip A. Wittmann, Esq. (Bar No. 13625)
and
Dorothy H. Wimberly, Esq. (Bar No. 18509)
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130-3588
E-Mail: pwittmann@stonepigman.com
E-Mail: dwimberly@stonepigman.com
Defendants' Liaison Counsel

Ann B. Oldfather, Esq. (KY Bar No. 52553)
Oldfather Law Firm
1330 South Third Street
Louisville, Kentucky 40208
E-Mail: aoldfather@oldfather.com
Liaison And Lead Counsel For Ineligible
Or Non-Enrolled Cases And Certain
Other Remaining PI Claims

John H. Beisner, Esq.
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C. 20005
E-Mail: John.Beisner@skadden.com
Counsel for Merck & Co., Inc.

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139
E-Mail: barrios@bkc-law.com
Government Action Liaison Counsel

Elizabeth J. Cabraser, Esq.
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
E-Mail: ecabraser@lchb.com
Co-Lead Class Settlement Counsel

_____
COUNSEL FOR JAMES RATLIFF, ET AL.

emrpld0078

2