UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 05-MD-01657
MDL Docket No. 1657

| | | |
|---|---|---|
| In Re: VIOXX<br>PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>*<br>*<br>*<br>*<br>* | SECTION "L"<br><br>JUDGE FALLON<br><br>MAGISTRATE JUDGE KNOWLES |

## ORDER

Interested Attorney Richard A. Getty, having filed a Motion Seeking Leave To File Motion and Memorandum in Support Of Motion Seeking Direct Phone Contact With Claimants Under Seal, the Court having considered the Motion and being otherwise duly and sufficiently advised;

IT IS HEREBY ORDERED that the Motion is GRANTED allowing the filing of the Motion Seeking Direct Phone Contact With Claimants and Memorandum in Support attached as Exhibit 1 to said Motion shall be deemed filed under seal with the entry of this Order.

Done this the 12 day of November, 2014.

ELDON E. FALLON, JUDGE
UNITED STATES DISTRICT COURT

Tendered by:

_____
RICHARD A. GETTY
    and
JESSICA K. WINTERS

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

COUNSEL FOR JAMES RATLIFF,
ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

emrpld0079