UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Cases listed on Exhibit A hereto* | * | |
| | * | |
| | * | |

*****************************************************************************

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Motion For Supplemental Order of Dismissal Addressing Plaintiff Name Discrepancies, bringing to the Court's attention name discrepancies between previous orders of dismissal entered by this Court, and the plaintiff name as reflected on the Complaint and/or the Court's docket,

**IT IS ORDERED** that Merck's motion is granted and all claims of the plaintiffs listed on Exhibit A are hereby dismissed with prejudice; the claims of all plaintiffs in such actions now being dismissed, the cases are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this __14th__ day of November, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1174201v1

**Exhibit A**

| Case Name | Docket No. | Plaintiff Name – Open on Docket | Plaintiff Name - Complaint | Plaintiff Name - Dismissal Order | Plaintiff's Counsel |
|---|---|---|---|---|---|
| Molder, *et al* v. Merck | 2005-cv-02929 | Mac Rolland | Mae Rolland | May Roland (R. 26467) | Jeffrey J. Lowe, P.C. |
| Ballard, *et al* v. Merck | 2005-cv-04767 | Mark Hunley | Mark Hunley (Caption) Mary Hunley (Body) | Mary Hunley (R. 23391) | Matthews & Associates |
| Ganser, *et al* v. Merck | 2005-cv-05300 | Jay Mitchelle | Jay Mitchelle | Jane Mitchelle (R. 24224) | Jeffrey J. Lowe, P.C. |
| Long, *et al v.* Merck | 2005-cv-05722 | Joyce Long (aka Joy Long) | Joy Long | Joy Long (R. 61784) | Beltz & Ruth, PA |
| Dugas *v.* Merck | 2005-cv-05781 | Mercedes Ann Dugas | Mercedes Ann Dugas | Ann M. Dugas (R. 18321) | Elmwood Henry Keim, Jr., Attorney at Law |
| Allison, *et al* v. Merck | 2005-cv-05822 | Ajax Moody | Ajax Moody | Richard Moody (R. 14344) | Becnel Law Firm, LLC |
| Dragani *v.* Merck | 2006-cv-00328 | Sarah Shirley Dragani (aka Shirley Dragani) | Sarah Shirley Dragani (aka Shirley Dragani) | Shirley Dragani (R. 32415) | Francis J. Curran, Jr. & Associates, Law Offices |
| Miskho, *et al* v. Merck | 2006-cv-01159 | Brian Mishko | Brian Miskho | Brian Miskho (R. 33602) | Barnes Firm, PC |
| Ebong, *et al* v. Merck | 2006-cv-01508 | Regina Raguso | Regina Ragusa (Caption) Frances Ragusa (Body) | Frances Ragusa (R. 13933) | Weiner, Carroll & Strauss |
| Bartley, *et al* v. Merck | 2006-cv-02196 | James Huber | James Huber | James Humber (R. 50241) | Trepanier & MacGillis PA |
| Ahouse, *et al* v. Merck | 2006-cv-02216 | Doris Elaine | Doris Elaine (Caption) Doris Elaine Blanchard (Body) | Doris Elaine Blanchard (R. 27898) | Trepanier & MacGillis PA |
| Ahouse, *et al* v. Merck | 2006-cv-02216 | Jean Schelah | Jean Schelah | Jean Schelah (R. 57393) | Trepanier & MacGillis PA |

1174197v1

| | | | | | |
|---|---|---|---|---|---|
| Amie, et al v. Merck | 2006-cv-02219 | Celestino Palaby | Celestino Palabay | Celestino Palabay (R. 17723) | Pro Se |
| Randolph, et al v. Merck | 2006-cv-03465 | Belinda Harvard | Belinda Havard | Belinda Havard (R. 17950) | Jeffrey J. Lowe, P.C. |
| Hasbrouck, et al v. Merck | 2006-cv-05988 | Mary Nastasia | Matt Nastasia | Mathew Nastasia (R. 28483) | Miller & Associates |
| Christian, et al v. Merck | 2006-cv-06652 | Margaret McDaniel | Margaret McDaniel (Caption) Marvis McDaniel (Body) | Mavis Ann McDaniel (R. 38697) | Jeffrey J. Lowe, P.C. |
| Hamilton v. Merck | 2007-cv-00883 | S. Anne Hamilton | S. Anne Hamilton | Shirley A. Hamilton (R. 18600) | Pro Se |
| Easley et al v. Merck | 2007-cv-03785 | Christine Fay | Christine Fay | Christine Faye (R. 19165) | Branch Law Firm |
| Choice, et al v. Merck | 2007-cv-06690 | Gayle Williams | Gary Williams (Exhibit A) | Gary Williams (R. 51711) | Capshaw, Goss & Bowers, LLP |
| Hernandez, et al v. Merck | 2007-cv-07508 | Sharon Hernandez | Sharon Hernandez | Anita Hernandez (R. 38056) | Thornton & Naumes, LLP |
| Parker v. Merck | 2008-cv-05058 | Jeffrey Parker | Jeff Parker | Jeff Parker (R. 19488) | Janet Jenner & Suggs, LLC |

1174197v1