# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| **This document relates to:** | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER OF DISMISSAL

Parties in the cases listed on Exhibit A are derivative plaintiffs in cases in which the claims of the product user have been dismissed, but the derivative plaintiff was not expressly identified in the order of dismissal. Accordingly, the prior orders of dismissal are supplemented as follows:

**IT IS ORDERED** that all claims of the Plaintiffs listed on the attached Exhibit A against Defendant Merck and any other named defendants are hereby dismissed ***with prejudice***, each party to bear its own costs.

**IT IS FURTHER ORDERED** that the Clerk's office is directed to mark each of the cases identified on Exhibit A as closed in their entirety as there are no remaining open plaintiffs associated with the listed cases.

**NEW ORLEANS, LOUISIANA,** this  17th  day of November, 2014.

_____

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1174353v1

**Exhibit A: Open Derivative Plaintiffs That Should Be Dismissed**

|  | Case name | Case number | Product User (R. Record No of Dismissal) | Derivative Plaintiff(R. s) | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 1. | Bossell, et al | 2005-cv-04132 | Ruth Jackson (R. 16088) | Richard Jackson, Leroy L. Jackson, Daniel W. Jackson, Maurice N. Jackson, Gary E. Jackson (R. individually and as successors-in-interest of the Estate of Ruth Jackson) | Mark P. Robinson, Jr., Attorney at Law |
| 2. | Allenbach, et al | 2005-cv-04886 | Andersen, Charl Paul (R. 11481) | Kathleen Anderson | Robert J. Derby & Associates |
| 3. | Cramer, et al | 2005-cv-05328 | Mark Harvey (R. 21585) | Mary Lynn Harvey | Pro Se |
| 4. | Adair, et al | 2005-cv-05436 | Merrill Adair (R. 11916) | Marlene Adair | Robert J. Derby & Associates |
| 5. | Adair, et al | 2005-cv-05436 | Stanley Arko (R. 12384) | Mary Arko | Robert J. Derby & Associates |
| 6. | Adair, et al | 2005-cv-05436 | Harold Brown (R. 12053) | Mona Brown | Robert J. Derby & Associates |
| 7. | Ablad, et al | 2005-cv-05437 | Richard Lambrose (R. 11469) | Andrea Lambrose | Robert J. Derby & Associates |
| 8. | Mercer, et al | 2005-cv-05677 | Gossnell, Deborah (R. 14801) | Jimmy Gossnell | Roger L. Demik, Attorney at Law |
| 9. | Canada, et al | 2005-cv-05923 | Dorothy Canada (R. 12387) | Harold Canada | Robert J. Derby & Associates |
| 10. | Canada, et al | 2005-cv-05923 | Gilbert Coombs (R. 12388) | Janet Coombs | Robert J. Derby & Associates |
| 11. | Canada, et al | 2005-cv-05923 | Mary Mays (R. 11468) | Emmett Mays | Robert J. Derby & Associates |
| 12. | Allen | 2005-cv-05975 | Morris Allen (R. 32637) | Stella Allen | O'Quinn Law Firm |
| 13. | Gates, et al | 2005-cv-06221 | Robert D. Gates (R. 18527) | Mary Gates | Law Office of Ronald R. Benjamin |
| 14. | Anderson, et al | 2006-cv-01193 | Michael Brennan (R. 16376) | Eileen Brennan | Brian A. Goldstein |
| 15. | Anderson, et al | 2006-cv-01193 | Frank Sanders (R. 17723) | Mary Sanders | Barnes Firm, PC |
| 16. | Bryant, et al | 2006-cv-01203 | Joann Schulz (R. 16529) | Greg Schulz | Barnes Firm, PC |
| 17. | Alwine, et al | 2006-cv-02201 | Alice Taft (R. 16529) | James Taft | Barnes Firm, PC |
| 18. | Allanson, et al | 2006-cv-02213 | Herbert A. Leizert (R. 17761) | Reitta Leizert | Barnes Firm, PC |

1174349v1

| | Case name | Case number | Product User (R. Record No of Dismissal) | Derivative Plaintiff(R. s) | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 19. | Painter | 2006-cv-02904 | Jack S. Painter (R. 32630) | Lauren Painter | Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. |
| 20. | Wagner, et al | 2006-cv-03084 | Michael Junker (R. 13975) | Mary Jo Junker | Schlichter, Bogard & Denton |
| 21. | Wagner, et al | 2006-cv-03084 | Lee Hoke (R. 13976) | George Hoke | Schlichter, Bogard & Denton |
| 22. | Wagner, et al | 2006-cv-03084 | Donald James (R. 18289 | Eva James | Schlichter, Bogard & Denton |
| 23. | Archer, et al | 2006-cv-06962 | Lawrence Glickman (R. 16024) | Lynn Glickman | SimmonsCooper, |
| 24. | Armstrong, et al | 2006-cv-10117 | Terry Maple (R. 13580) | Amos Maple | Walker Hissey Kientz, LLP |
| 25. | Cox, et al | 2006-cv-10152 | Rafael Ortiz (R. 61077) | Carmen Marquez | Seeger Weiss LLP |
| 26. | Bhatia, et al | 2006-cv-10318 | Amarjit Bhatia (R. 12385) | Jagdip Bhatia | Robert J. Derby & Associates |
| 27. | Bhatia, et al | 2006-cv-10318 | Lucile Brown (R. 12390) | Max Brown | Robert J. Derby & Associates |
| 28. | Bhatia, et al | 2006-cv-10318 | Ray Dewsnup (R. 12389) | Sally Dewsnup | Robert J. Derby & Associates |
| 29. | Bhatia, et al | 2006-cv-10318 | Michael Hales (R. 11464) | Jodi Hales | Robert J. Derby & Associates |
| 30. | Bhatia, et al | 2006-cv-10318 | Evrett Sanchez (R. 12393) | Edna Sanchez | Robert J. Derby & Associates |
| 31. | Gunnoe, et al | 2006-cv-10404 | Janice O. Gunnoe (R. 13972) | Donald Gunnoe | James F. Humphreys & Associates, LC |
| 32. | Sechmerber, et al | 2006-cv-11339 | Enrique Trevino (R. 16070) | Luis Enrique Trevino | Elizabeth Burkhardt, Attorney at Law |
| 33. | Silva | 2007-cv-03991 | Francisco Silva (R. 17950) | Guadalupe Silva | PRO SE |
| 34. | Lucero, et al | 2007-cv-04043 | Margaret R. Lucero (R. 17260) | Vera Lucero | Branch Law Firm |
| 35. | Kohn, et al | 2007-cv-06438 | Lawrence Kohn (R. 17385) | Anita Kohn | Douglas & London |
| 36. | Kohn, et al | 2007-cv-06438 | Pamela Strife (R. 17191) | William Strife | Douglas & London |

1174349v1

| | Case name | Case number | Product User (R. Record No of Dismissal) | Derivative Plaintiff(R. s) | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 37. | Henry, et al | 2007-cv-07514 | Leslie Henry (R. 42749) | Sislyn Henry | Douglas & London |
| 38. | Simmons, et al | 2008-cv-00860 | Lance Edward Sola, Sr. (R. 16007) | Kathy Sola | Branch Law Firm |
| 39. | Miller, et al | 2008-cv-00868 | Delmary W Patrick, Jr. (R. 16018) | Mary Alice Cornett Patrick | Branch Law Firm |
| 40. | Baca, et al | 2008-cv-01031 | John Baca (R. 16041) | Helen Baca | Branch Law Firm |
| 41. | Cadwell, et al | 2008-cv-04167 | Wilbert E. Corprew (R. 18527) | Carol Corprew | Law Office of Ronald R. Benjamin |
| 42. | Cadwell, et al | 2008-cv-04167 | Elsa Plocek (R. 18527) | Marian Plocek | Law Office of Ronald R. Benjamin |
| 43. | Cadwell, et al | 2008-cv-04167 | Ronald H. Schaffer (R. 18527) | Beverly Schaffer | Law Office of Ronald R. Benjamin |
| 44 | Adelberg, et al | 2008-cv-04173 | Carol Adelberg (R. 18527) | Arthur Adelberg | Law Office of Ronald R. Benjamin |
| 45 | Adelberg, et al | 2008-cv-04173 | Antonio Amendoeira (R. 18527) | Maria Amendoeira | Law Office of Ronald R. Benjamin |

1174349v1