UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**     *All Cases*

### ORDER APPROVING BUDGET FOR ADMINISTRATIVE EXPENSES

Upon consideration of the Motion of BrownGreer PLC for Approval of Budget for Administrative Expenses (Rec. Doc. 65049) in connection with the implementation of the July 22, 2013 Settlement Agreement Related to Consumer Class Actions ("Settlement Agreement") between the Class represented by Class Counsel and Merck, Sharpe & Dohme, Corp. f/k/a Merck & Co., Inc. ("Merck"), and noting the approval by Merck of such budget with no objection from Class Counsel and no objection from any other party since BrownGreer PLC filed the motion on October 22, 2014, and the motion has appeared on the Court's ECF docket since that time, and deeming it just and proper so to do,

    **IT IS ORDERED** that the Motion (Rec. Doc. 65049) is **GRANTED**, and the proposed budget and administrative agreement are approved. The fees and expenses incurred by BrownGreer PLC and described in the budget shall be paid from the Common Fund created under the Settlement Agreement.

    New Orleans, Louisiana, this 17th day of November, 2014.

                                                  UNITED STATES DISTRICT JUDGE