UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to Cases Listed on Exhibit A* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

*************************************************************************

### ORDER OF DISMISSAL

Parties in the cases listed on Exhibit A have previously submitted stipulations of voluntary dismissal. Accordingly,

**IT IS ORDERED**, that all claims of the Plaintiffs No. 1 and No. 2 (Plaintiffs Denise Allen and Charles McGriger) listed on the attached Exhibit A against Defendant Merck and any other named defendants are hereby dismissed *without prejudice*, each party to bear its own costs; and

**IT IS FURTHER ORDERED** that all claims of all other Plaintiffs listed on Exhibit A against Defendant Merck and any other named defendants are hereby dismissed *with prejudice*, each party to bear its own costs.

**IT IS FURTHER ORDERED**, that the Clerk's office is directed to mark each of the cases identified on Exhibit A as closed in their entirety as there are no remaining open plaintiffs associated with the listed cases.

**NEW ORLEANS, LOUISIANA**, this  17th  day of November, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1174278v1

Exhibit A:
Stipulations of Dismissal Requiring Additional Action

|  | **Case name** | **Case number** | **Product User** | **Derivative Plaintiff** | **MDL Docket Number: Stipulation** | **MDL Docket Number: Order for Product User** | **Plaintiffs' Counsel** |
|---|---|---|---|---|---|---|---|
| 1. | Allen, et al | 2005-cv-04738 | Denise Allen | | 9428 | | **Bruce Andrew Craig**<br>Carlile Law Firm<br>400 South Alamo<br>Marshall, TX 75670<br>903-938-1655<br>bruce_tx@hotmail.com |
| 2. | Allen, et al | 2005-cv-04738 | Charles McGriger | | 9454 | | **Bruce Andrew Craig**<br>Carlile Law Firm<br>400 South Alamo<br>Marshall, TX 75670<br>903-938-1655<br>bruce_tx@hotmail.com |
| 3. | Paslay | 2005-cv-05414 | Martha Paslay | Daniel Paslay | 57419 | 57764 | **Kathryn E. Barnett**<br>**Mark P. Chalos**<br>Lieff, Cabraser, Heimann & Bernstein, LLP (Nashville)<br>150 Fourth Avenue North<br>Suite 1650<br>Nashville, TN 37219-2423<br>615-313-9000<br>kbarnett@lchb.com<br>mchalos@lchb.com |

1174276v1

|   | Case name | Case number | Product User | Derivative Plaintiff | MDL Docket Number: Stipulation | MDL Docket Number: Order for Product User | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|---|
| 4. | Binns | 2005-cv-05840 | Pauline Binns | Stephen Binns | 57619 | 57945 | **Daniel A. Thomas**<br>Daniel A. Thomas, Attorney at Law<br>221 W. Lexington<br>Ste. 400<br>Independence, MO 64050<br>816-836-5050<br>dat@hfmlegal.com |
| 5. | Boyd | 2005-cv-05913 | Beverly Boyd | Ronald Boyd | 39186 | 39474 | **Kathryn E. Barnett**<br>**Mark P. Chalos**<br>Lieff, Cabraser, Heimann & Bernstein, LLP (Nashville)<br>150 Fourth Avenue North<br>Suite 1650<br>Nashville, TN 37219-2423<br>615-313-9000<br>kbarnett@lchb.com<br>mchalos@lchb.com |
| 6. | Williams | 2005-cv-06036 | Lillian Williams | Sidney Williams | 40228 | 40502 | **M. Michael Meyer**<br>**Rhonda J. Bennetsen**<br>O'Quinn Law Firm<br>Lyric Centre Building<br>440 Louisiana St.<br>Suite 2300<br>Houston, TX 77002-4205<br>713-223-1000<br>mm0102@sbcglobal.net<br>rhondab@oqlaw.com |

|    | Case name | Case number | Product User | Derivative Plaintiff | MDL Docket Number: Stipulation | MDL Docket Number: Order for Product User | Plaintiffs' Counsel |
|----|-----------|-------------|--------------|----------------------|-------------------------------|--------------------------------------------|---------------------|
| 7. | Williams  | 2005-cv-06036 | Francis L Williams, Sr. | Marie Williams | 45929 | 46155 | **M. Michael Meyer**<br>**Rhonda J. Bennetsen**<br>O'Quinn Law Firm<br>Lyric Centre Building<br>440 Louisiana St.<br>Suite 2300<br>Houston, TX 77002-4205<br>713-223-1000<br>mm0102@sbcglobal.net<br>rhondab@oqlaw.com |
| 8. | Gray      | 2006-cv-00337 | Wallace Gray [deceased] | Gary Gray, Phillip Gray and Kenneth Gray | 45545 | 45771 | **Thomas P. Cartmell**<br>**Brian J. Madden**<br>Wagstaff & Cartmell, LLP<br>4740 Grand Ave.<br>Suite 300<br>Kansas City, MO 64112<br>816-701-1100<br>tcartmell@wcllp.com<br>bmadden@wcllp.com |

1174276v1

|  | Case name | Case number | Product User | Derivative Plaintiff | MDL Docket Number: Stipulation | MDL Docket Number: Order for Product User | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|---|
| 9. | Franklin | 2007-cv-03281 | Irma Franklin | Lynn Franklin | 34047 | 34320 | **Bruce C. Fishelman**<br>Greene, Broillet & Wheeler, LLP<br>100 Wilshire Blvd.<br>Ste. 2100<br>P.O. Box 2131<br>Santa Monica, CA 90407-2131<br>310-575-1200<br><br>**Brian J. Panish**<br>Panish, Shea & Boyle, LLP<br>11111 Santa Monica Blvd.<br>Ste. 700<br>Los Angeles, CA 90025<br>310-477-1700<br>panish@psblaw.com |