UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |

**********************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S
### MOTION TO CONTINUE THE DECEMBER 3, 2014 HEARING

In the interest of promoting the most efficient use of the Court's and the parties' resources, Merck respectfully requests that the motions hearing currently set for December 3, 2014 be continued to a later date so that the currently pending motion can be heard at the same time as a second dispositive motion that Merck plans to file shortly (on or before December 5, 2014). In support of that request, Merck further states as follows:[1]

1. Merck previously filed a motion for summary judgment as to Ms. Levitt's claims based on her failure to produce necessary expert testimony as to specific causation on the issue of whether her Vioxx usage caused her to experience two heart attacks. In response, Ms. Levitt contested the characterization of her claim as an alleged heart attack. That motion has been fully briefed and is currently set to be heard on December 3, 2014.

2. Fact discovery has closed in this matter. Expert discovery has been stayed pending the outcome of the pending dispositive motion. In the event that this case were to proceed, Merck

---

[1] Merck's counsel contacted Ms. Levitt's counsel on Friday, November 21, 2014 to determine whether Plaintiff would consent to this motion. No response has been received.

1174901v1

planned to file another dispositive motion after the conclusion of expert discovery and the record in this case was complete.  This second dispositive motion would rest on legal and factual grounds that are entirely independent of those that supported Merck's first dispositive motion.

3.   Upon further review and reflection, counsel has determined that a more expeditious resolution of this case may result if the second dispositive motion were filed at the present time rather than at the conclusion of any remaining discovery.  The planned second motion would potentially dispose of this case regardless of how Ms. Levitt's injuries are characterized.

4.   The interests of judicial efficiency and economy would be better served by having one hearing on both motions.  A definitive ruling on these key issues would either dispose of the case entirely, or at a minimum, provide the parties with clarity in evaluating their respective positions for determining how this case should proceed.

5.   The additional dispositive motion will be filed on or before Friday, December 5, 2014.  Merck respectfully requests that the Court issue an order vacating the December 3 hearing date and resetting it for 30 days after the second motion is filed, or as soon thereafter as the Court's calendar permits.

Dated:  November 24, 2014               Respectfully submitted,

                                        By: /s/ Dorothy H. Wimberly
                                            Phillip A. Wittmann, 13625
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER
                                            WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, Louisiana 70130
                                            Phone: 504-581-3200
                                            Fax:    504-581-3361

                                            Defendants' Liaison Counsel

                                              —and—

Douglas R. Marvin
M. Elaine Horn
Jonathan L. Williams
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

1174901v1

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Response has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 24th day of November, 2014.

                                            */s/ Dorothy H. Wimberly*
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER
                                            WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, Louisiana  70130
                                            Phone:  504-581-3200
                                            Fax:     504-581-3361
                                            dwimberly@stonepigman.com

                                            Defendants' Liaison Counsel