UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 05-MD-01657
MDL Docket No. 1657

| | | |
|---|---|---|
| In Re:  VIOXX | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |

### INTERESTED ATTORNEY RICHARD A. GETTY'S
### MOTION REQUESTING ORAL ARGUMENT WITH RESPECT TO
### MOTION SEEKING DIRECT PHONE CONTACT WITH INELIGIBLE CLAIMANTS

Interested attorney Richard A. Getty, pursuant to Local Rule 78.1, hereby requests the Court to permit oral argument with respect to his Motion Seeking Direct Phone Contact With Ineligible Claimants [DE 65061].  While the Motion was filed, pursuant to Local Rule 7.2, with a Submission Date of December 3, 2014 [DE 65061-3], Getty requests that for the convenience of the Court and counsel, the oral argument with respect to the Motion be scheduled on the same date and time as the previously-scheduled Status Conference set in this matter for December 16, 2014 at 9:00 a.m..  Getty notes that no Response in opposition to the Motion Seeking Direct Phone Contact With Ineligible Claimants has yet been filed.   A proposed Order is tendered herewith.

Respectfully submitted,

/s/Richard A. Getty
RICHARD A. GETTY
    and
JESSICA K. WINTERS

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
Telephone:  (859) 259-1900
Facsimile:   (859) 259-1909

COUNSEL FOR JAMES RATLIFF,
ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Interested Attorney, Richard A. Getty's Motion Requesting Oral Argument With Respect To Motion Seeking Direct Phone Contact With Ineligible Claimants has been served upon all parties by e-mailing and mailing same, postage prepaid, to the individuals listed below, and that the foregoing was filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by hand on this the 26th day of November, 2014.

Russ M. Herman, Esq. (Bar No. 6819)
    and
Leonard A. Davis, Esq. (Bar No. 14190)
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana  70113
E-Mail:  rherman@hhklawfirm.com
E-Mail:  ldavis@hhklawfirm.com
Plaintiffs' Liaison Counsel

Phillip A. Wittmann, Esq. (Bar No. 13625)
    And
Dorothy H. Wimberly, Esq. (Bar No. 18509)
Stone Pigman Walther Wittmann, L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130-3588
E-Mail:  pwittmann@stonepigman.com
E-Mail:  dwimberly@stonepigman.com
Defendants' Liaison Counsel

Ann B. Oldfather, Esq. (KY Bar No. 52553)
Oldfather Law Firm
1330 South Third Street
Louisville, Kentucky  40208
E-Mail:  aoldfather@oldfather.com
Liaison And Lead Counsel For Ineligible
Or Non-Enrolled Cases And Certain
Other Remaining PI Claims

John H. Beisner, Esq.
Skadden Arps Slate Meagher & Flom, LLP
1440 New York Avenue, N.W.
Washington, D.C.  20005
E-Mail:  John.Beisner@skadden.com
Counsel for Merck & Co., Inc.

2

Dawn M. Barrios, Esq.
Barrios, Kingsdorf & Casteix, LLP
701 Poydras Street, Suite 3650
New Orleans, Louisiana 70139
E-Mail: barrios@bkc-law.com
Government Action Liaison Counsel

Elizabeth J. Cabraser, Esq.
Lieff Cabraser Heimann & Bernstein
275 Battery Street, 29th Floor
San Francisco, California 94111-3339
E-Mail: ecabraser@lchb.com
Co-Lead Class Settlement Counsel

                                          /s/ Richard A. Getty
                                          COUNSEL FOR JAMES RATLIFF, ET AL

jkcpld0899