UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

Case No. 05-MD-01657
MDL Docket No. 1657

| | |
|---|---|
| In Re:  VIOXX | * |
| PRODUCTS LIABILITY LITIGATION | *   SECTION "L" |
| | * |
| | *   JUDGE FALLON |
| | * |
| | *   MAGISTRATE JUDGE KNOWLES |
| | * |
| | * |

### ORDER

Interested Attorney Richard A. Getty, having filed a Motion requesting Oral Argument with respect to his Motion Direct Phone Contact With Claimants [DE 65061], the Court having considered the Motion and being otherwise duly and sufficiently advised;

IT IS HEREBY ORDERED that the Motion is GRANTED and Oral Argument with respect to the Motion Seeking Direct Phone Contact With Claimants [DE 65061] will take place before the Court on December 16, 2014, at 9:00 a.m., or as soon thereafter as the parties may be heard.

Done this the _____ day of _____, 2014.

_____
ELDON E. FALLON, JUDGE
UNITED STATES DISTRICT COURT

Tendered by:


/s/ Richard A. Getty
RICHARD A. GETTY
      and
JESSICA K. WINTERS

THE GETTY LAW GROUP, PLLC
1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky  40507
Telephone:  (859) 259-1900
Facsimile:   (859) 259-1909

COUNSEL FOR JAMES RATLIFF,
ON BEHALF OF HIMSELF AND ALL
OTHERS SIMILARLY SITUATED

Jkcpld0900