UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| | * JUDGE FALLON |
| *This document relates to* | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, 2:06-cv-09757-EEF-DEK | * MAGISTRATE JUDGE KNOWLES |

****************************************************************************

## ORDER

Considering the foregoing Defendant Merck Sharp & Dohme Corp.'s Ex Parte Motion to Continue the December 3, 2014 hearing in this case,

**IT IS ORDERED** that the hearing on defendant Merck Sharp & Dohme Corp.'s Motion for Summary Judgment currently set for hearing, with oral argument, on December 3, 2014, be and it hereby is continued to be reset for the same date and time as that for the second dispositive motion referenced therein.

**NEW ORLEANS, LOUISIANA,** this 25th day of November, 2014.

_____
DISTRICT JUDGE

1174904v1