UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>     PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

It is **ORDERED** that interested attorney Richard Getty's Motion Seeking Direct Phone Contact with Ineligible Claimants (Rec. Doc. 65061) is set for submission on December 16, 2014 at 9:00 a.m., with oral argument, during the monthly status conference. Any opposition must be filed on or before December 8, 2014.

New Orleans, Louisiana, this 1st day of December, 2014.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE

1