# EXHIBIT B

VIOXX CONSUMER SETTLEMENT
MDL 1657

BROWNGREER CLAIMS ADMINISTRATOR

VCS 102A

## Status of Claimant Activity (As of 12/1/14)

*Claim Filing Deadline: 5/6/14*

| Row | Item | Non-KY/NM | KY | NM | Total |
|---|---|---|---|---|---|
| 1. | Total Timely Claim Forms[1] | 8,388 | 315 | 54 | 8,757[2] |
| 2. | Total Untimely Claim Forms | 100 | 5 | 1 | 106 |

**Total Timely Claim Forms**

10,000
8,000
6,000
4,000
2,000
0
9/16/13
10/7/13
10/28/13
11/18/13
12/9/13
12/30/13
1/20/14
2/10/14
3/3/14
3/24/14
4/14/14
5/5/14
5/26/14

[1] A Timely Claim Form is (1) a hard copy Claim Form postmarked by the May 6, 2014 filing deadline or (2) an electronic Claim Form completed or started online by the May 6, 2014 filing deadline.

[2] In the course of deficiency response review, we were able to determine that a submission filed as a single claim was actually two separate claims held by two different individuals, so the overall claims received count increased by one claim since our last report.



VIOXX
CONSUMER SETTLEMENT
MDL 1657
BROWNGREER
CLAIMS ADMINISTRATOR

VCS 102B

## Status of Claimant Activity for Untimely Claim Forms
(As of 12/1/14) *Claim Filing Deadline: 5/6/14*

| Row | Item | Claim Forms | Percentage | Require W-9 (>$600) | Amount Claimed |
|---|---|---|---|---|---|
| **1.** | **Claim Forms with Option 1** | **10** | **9%** | **2** | **$6,638.95** |
| **2.** | Option 1a Only | 6 | 6% | 1 | $2,938.95 |
| **3.** | Option 1b Only | 1 | 1% | 0 | $50.00 |
| **4.** | Both | 3 | 3% | 1 | $3,650.00 |
| **5.** | **Claim Forms with Option 2** | **60** | **57%** | **N/A** | **$3,000.00** |
| **6.** | **Claim Forms with Options 1 and 2** | **22** | **21%** | **3** | **$5,694.18** |
| **7.** | **Claim Forms without Option 1 or 2** | **14** | **13%** | **N/A** | **N/A** |
| **8.** | **Totals** | **106** | **100%** | **5** | **$15,333.13** |




VCS
102C

**Eligibility Review Outcomes**
**(As of 12/1/14)**

***Claim Filing Deadline: 5/6/14***

## Payable Following Initial Review

| | | Payable for Option 1 | | Payable for Option 2 | | Total Payable Claims | |
|---|---|---|---|---|---|---|---|
| **Row** | **Initial Review Outcome** | **Number of Claims** | **Payable Amount** | **Number of Claims** | **Payable Amount** | **Number of Claims** | **Payable Amount** |
| 1. | Payable for Amount Claimed | 470 | $226,705.43 | 5,583 | $279,150.00 | 6,053 | $505,855.43 |
| 2. | Payable for Less than Amount Claimed[3] | 76 | $37,105.14 | 212 | $10,600.00 | 288 | $47,705.14 |
| 3. | Payable for More than Amount Claimed[4] | 47 | $33,401.04 | 84 | $4,200.00 | 131 | $37,601.04 |
| **4.** | **Totals** | **593** | **$297,211.61** | **5,879** | **$293,950.00** | **6,472** | **$591,161.61** |

## Not Payable Following Initial Review

| | | Claimed Option 1 | | Claimed Option 2 | | Claimed Neither Option or Both Options | | Total Not Payable Claims | |
|---|---|---|---|---|---|---|---|---|---|
| **Row** | **Initial Review Outcome** | **Number of Claims** | **Amount Claimed** | **Number of Claims** | **Amount Claimed** | **Number of Claims** | **Amount Claimed** | **Number of Claims** | **Amount Claimed** |
| 5. | Not Payable - No Documentation[5] | 115 | $63,657.67 | 115 | $5,750.00 | 78 | $1,650.00 | 308 | $71,057.67 |
| 6. | Not Payable - Invalid Documentation[5] | 41 | $84,982.27 | 175 | $8,750.00 | 22 | $10,136.70 | 238 | $103,868.97 |
| 7. | Not Payable - Incomplete Claim Form[5] | 23 | $5,712.55 | 280 | $14,000.00 | 11 | $692.91 | 314 | $20,405.46 |
| 8. | Not Payable - Multiple Reasons[5] | 126 | $81,733.48 | 557 | $27,850.00 | 233 | $49,176.25 | 916 | $158,759.73 |
| 9. | Not Payable - Excluded[6] | 36 | $18,675.91 | 39 | $1,950.00 | 35 | $3,007.17 | 110 | $23,633.08 |
| 10. | Not Payable - Duplicate[7] | 20 | $7,884.78 | 377 | $18,850.00 | 1 | $0.00 | 398 | $26,734.78 |
| **11.** | **Totals** | **361** | **$262,646.66** | **1,543** | **$77,150.00** | **380** | **$64,663.03** | **2,284** | **$404,459.69** |

[3]Claimants who proved an amount less than the amount claimed on their Claim Form receive a Notice with explanatory language developed with the Parties indicating the difference in the amounts claimed and proven and affording the claimants the opportunity to provide additional proof within 30 days.

[4]Claimants who proved an amount more than the amount claimed on their Claim Form receive a Notice with explanatory language developed with the Parties indicating the difference in the amounts claimed and proven and alerting the claimants that they will receive the amount claimed unless they respond to the Notice within 30 days indicating that the amount demonstrated in their proof above the amount claimed had not been previously or elsewhere reimbursed to the claimant.

[5]Claimants whose claims were determined to be ineligible because they were incomplete or otherwise invalid submissions receive a Notice with explanatory language developed with the Parties indicating the reason for their ineligibility, identifying what the individuals must do to complete their claims and become eligible for payment, and affording the claimants 30 days to take those curative steps.

[6]Claimants believed to be excluded from this Settlement Class receive a Notice with explantory language developed with the Parties indicating the reason for the exclusion and affording the claimants the opportunity to contest the exclusion within 30 days.

[7]Claimants who submitted more than one Claim Form receive a Notice that the Claims Administrator will close their duplicate claims, which we select as the least complete and/or earliest in time submitted.




VCS 102D

**Eligibility Review Outcomes (As of 12/1/14)**

*Claim Filing Deadline: 5/6/14*

## Payable Following Deficiency Response Review

| | | Payable for Option 1 | | Payable for Option 2 | | Total Payable Claims | |
|---|---|---|---|---|---|---|---|
| **Row** | **Deficiency Response Review Outcome** | **Number of Claims** | **Payable Amount** | **Number of Claims** | **Payable Amount** | **Number of Claims** | **Payable Amount** |
| 1. | Payable for Amount Claimed | 667 | $319,980.65 | 6,158 | $307,900.00 | 6,825 | $627,880.65 |
| 2. | Payable for Less than Amount Claimed[3] | 101 | $46,266.53 | 151 | $7,550.00 | 252 | $53,816.53 |
| 3. | Payable for More than Amount Claimed[4] | 55 | $13,788.15 | 199 | $9,950.00 | 254 | $23,738.15 |
| **4.** | **Totals** | **823** | **$380,035.33** | **6,508** | **$325,400.00** | **7,331** | **$705,435.33** |

## Not Payable Following Deficiency Response Review

| | | Claimed Option 1 | | Claimed Option 2 | | Claimed Neither Option or Both Options | | Total Not Payable Claims | |
|---|---|---|---|---|---|---|---|---|---|
| **Row** | **Deficiency Response Review Outcome** | **Number of Claims** | **Amount Claimed** | **Number of Claims** | **Amount Claimed** | **Number of Claims** | **Amount Claimed** | **Number of Claims** | **Amount Claimed** |
| 5. | Not Payable - No Documentation[5] | 111 | $111,895.85 | 79 | $3,950.00 | 47 | $1,550.00 | 237 | $117,395.85 |
| 6. | Not Payable - Invalid Documentation[5] | 28 | $76,190.47 | 208 | $10,400.00 | 15 | $4,425.00 | 251 | $91,015.47 |
| 7. | Not Payable - Incomplete Claim Form[5] | 5 | $1,033.71 | 49 | $2,450.00 | 9 | $431.85 | 63 | $3,915.56 |
| 8. | Not Payable - Multiple Reasons[5] | 53 | $20,183.35 | 275 | $13,750.00 | 33 | $6,245.00 | 361 | $40,178.35 |
| 9. | Not Payable - Excluded[6] | 36 | $18,675.91 | 40 | $2,000.00 | 35 | $3,007.17 | 111 | $23,683.08 |
| 10. | Not Payable - Duplicate[7] | 20 | $7,884.78 | 381 | $19,050.00 | 2 | $650.00 | 403 | $27,584.78 |
| **11.** | **Totals** | **253** | **$235,864.07** | **1,032** | **$51,600.00** | **141** | **$16,309.02** | **1,426** | **$303,773.09** |

[3]Claimants who proved an amount less than the amount claimed on their Claim Form receive a Notice with explanatory language developed with the Parties indicating the difference in the amounts claimed and proven and affording the claimants the opportunity to provide additional proof within 30 days.

[4]Claimants who proved an amount more than the amount claimed on their Claim Form receive a Notice with explanatory language developed with the Parties indicating the difference in the amounts claimed and proven and alerting the claimants that they will receive the amount claimed unless they respond to the Notice within 30 days indicating that the amount demonstrated in their proof above the amount claimed had not been previously or elsewhere reimbursed to the claimant.

[5]Claimants whose claims were determined to be ineligible because they were incomplete or otherwise invalid submissions receive a Notice with explanatory language developed with the Parties indicating the reason for their ineligibility, identifying what the individuals must do to complete their claims and become eligible for payment, and affording the claimants 30 days to take those curative steps.

[6]Claimants believed to be excluded from this Settlement Class receive a Notice with explantory language developed with the Parties indicating the reason for the exclusion and affording the claimants the opportunity to contest the exclusion within 30 days.

[7]Claimants who submitted more than one Claim Form receive a Notice that the Claims Administrator will close their duplicate claims, which we select as the least complete and/or earliest in time submitted.




VCS 102E

**Change In Review Outcomes (As of 12/1/14)**

***Claim Filing Deadline: 5/6/14***

## Change In Payable Claims Following Deficiency Response Review

| | | Payable for Option 1 | | Payable for Option 2 | | Total Payable Claims | |
|---|---|---|---|---|---|---|---|
| **Row** | **Deficiency Response Review Outcome** | **Number of Claims** | **Payable Amount** | **Number of Claims** | **Payable Amount** | **Number of Claims** | **Payable Amount** |
| 1. | Payable for Amount Claimed | +197 | +$93,275.22 | +575 | +$28,750.00 | +772 | +$122,025.22 |
| 2. | Payable for Less than Amount Claimed | +25 | +$9,161.39 | -61 | -$3,050.00 | -36 | +$6,111.39 |
| 3. | Payable for More than Amount Claimed[8] | +8 | -$19,612.89 | +115 | +$5,750.00 | -123 | -$13,862.89 |
| 4. | **Totals** | +230 | +$82,823.72 | +629 | +$31,450.00 | +859 | +$114,273.72 |

## Change In Not Payable Claims Following Deficiency Response Review[9]

| | | Claimed Option 1 | | Claimed Option 2 | | Claimed Neither Option or Both Options | | Total Not Payable Claims | |
|---|---|---|---|---|---|---|---|---|---|
| **Row** | **Deficiency Response Review Outcome** | **Number of Claims** | **Amount Claimed** | **Number of Claims** | **Amount Claimed** | **Number of Claims** | **Amount Claimed** | **Number of Claims** | **Amount Claimed** |
| 5. | Not Payable - No Documentation | -4 | +$48,238.18 | -36 | -$1,800.00 | -31 | -$100.00 | -71 | +$46,338.18 |
| 6. | Not Payable - Invalid Documentation | -13 | -$8,791.80 | +33 | +$1,650.00 | -7 | -$5,711.70 | +13 | -$12,853.50 |
| 7. | Not Payable - Incomplete Claim Form | -18 | -$4,678.84 | -231 | -$11,550.00 | -2 | -$261.06 | -251 | -$16,489.90 |
| 8. | Not Payable - Multiple Reasons | -73 | -$61,550.13 | -282 | -$14,100.00 | -200 | -$42,931.25 | -555 | -$118,581.38 |
| 9. | Not Payable - Excluded | 0 | $0.00 | +1 | +$50.00 | 0 | $0.00 | +1 | +$50.00 |
| 10. | Not Payable - Duplicate | 0 | $0.00 | +4 | +$200.00 | +1 | +$650.00 | +5 | +$850.00 |
| 11. | **Totals** | -108 | -$26,782.59 | -511 | -$25,550.00 | -239 | -$48,354.01 | -858[10] | -$100,686.60 |

[8] Seventy-seven claimants whose initial reviews indicated potential Vioxx expenditures exceeding the amount claimed on the claimants' Claim Forms responded to their Initial Notices and clarified that they were reimbursed elsewhere for the amounts demonstrated by their proof above the amounts claimed on their Claim Forms. Accordingly, the Settlement Program will pay these claimants the amount they claimed on their Claim Forms, so these seventy-seven claims now appear in Row 1 above as "Payable for Amount Claimed."

[9] The movement in outcome categories below reflects both previously deficient claims becoming payable (and thereby appearing now in Rows 1, 2, or 3 above) and previously deficient claims curing one of several deficiencies but remaining deficient in some way (and thereby appearing in a different row below than previously reported).

[10] In the course of deficiency response review, we were able to determine that a submission filed as a single claim was actually two separate claims held by two different individuals, both of which became payable, so the number of previously "Not Payable" claims numbers one fewer than the number of newly "Payable" claims.

# VIOXX CONSUMER SETTLEMENT

MDL 1657

BROWNGREER CLAIMS ADMINISTRATOR

VCS 102F

**Final Notice & Response Process[11] (As of 12/1/14)**

*Claim Filing Deadline: 5/6/14*

**Payable Claims**

| Row | Notice Status | Payable for Option 1 | | Payable for Option 2 | | Total Payable Claims | |
|---|---|---|---|---|---|---|---|
| | | Number of Claims | Current Payable Amount[12] | Number of Claims | Current Payable Amount | Number of Claims | Current Payable Amount |
| 1. | Payable – Final | 613 | $299,867.37 | 5,977 | $298,850.00 | **6,590** | **$598,717.37** |
| 2. | Payable – Awaiting Response to Final Notice | 0 | $0.00 | 0 | $0.00 | **0** | **$0.00** |
| 3. | Payable – Final Notice Response Window Expired – Response Received[13] | 60 | $22,405.01 | 176 | $8,800.00 | **236** | **$31,205.01** |
| 4. | Payable – Final Notice Response Window Expired – No Response Received[14] | 150 | $57,762.95 | 355 | $17,750.00 | **505** | **$75,512.95** |
| **5.** | **Totals** | **823** | **$380,035.33** | **6,508** | **$325,400.00** | **7,331** | **$705,435.33** |

**Not Payable Claims**

| Row | Notice Status | Claimed Option 1 | | Claimed Option 2 | | Claimed Neither Option or Both Options | | Total Not Payable Claims | |
|---|---|---|---|---|---|---|---|---|---|
| | | Number of Claims | Amount Claimed | Number of Claims | Amount Claimed | Number of Claims | Amount Claimed | Number of Claims | Amount Claimed |
| 6. | Duplicate – Final | 20 | $7,884.78 | 381 | $19,050.00 | 2 | $650.00 | **403** | **$27,584.78** |
| 7. | Not Payable – Awaiting Response to Final Notice | 0 | $0.00 | 0 | $0.00 | 0 | $0.00 | **0** | **$0.00** |
| 8. | Not Payable – Final Notice Response Window Expired – Response Received[13] | 21 | $29,727.61 | 31 | $1,550.00 | 13 | $175.00 | **65** | **$31,452.61** |
| 9. | Not Payable – Final Notice Response Window Expired – No Response Received[15] | 212 | $198,251.68 | 620 | $31,000.00 | 126 | $15,484.02 | **958** | **$244,735.70** |
| **10.** | **Totals** | **253** | **$235,864.07** | **1,032** | **$51,600.00** | **141** | **$16,309.02** | **1,426** | **$303,773.09** |

[11] As we send and receive notices in closing out the Program, this page of the report may change from week to week as claimants respond to Final Notices and ineligible claims become eligible, etc.

[12] Claims that are eligible for the same amount that the claimant requested will not receive a notice and are treated as final in this report.

[13] The data in rows 3 and 8 of this report reflect the population of claims for which (1) the 30-day final notice response period has expired and (2) the claimant timely submitted new documentation during that response period. We will review that new documentation and make final eligibility and award determinations.

[14] The data in row 4 of this report reflect the population of claims for which (1) the 30-day final notice response period has expired and (2) the claimant did not timely submit new documentation during that response period. These claims remain payable for the amount previously determined following initial reviews.

[15] The data in row 9 of this report reflect the population of claims for which (1) the 30-day final notice response period has expired and (2) the claimant did not timely submit new documentation during that response period. These claims remain unpayable.