**Pistilli, Emily**

---

| | |
|---|---|
| **From:** | Robert M. Johnston [rmj@ahhelaw.com] |
| **Sent:** | Monday, December 01, 2014 2:01 PM |
| **To:** | Marvin, Douglas |
| **Cc:** | Esber, Eva |
| **Subject:** | Dianne Brown |

Dear Doug:

I have obtained additional information both from your office and also from the former counsel of Dianne Brown, Cellino & Barnes, which has provided me with possible locations for this remaining pro se plaintiff. I have sent a letter to Dianne Brown both at 11105 West Center Street, Apt. 3, Medina, New York 14103, an address provided by Ann Oldfather's firm. I also spoke with an attorney at Cellino & Barnes who sent me telephone numbers for two of Dianne Brown's sons, Daniel Brown and Jermaine Brown. The two telephone numbers were disconnected. I also was provided with the last known address that that firm has which is 729 Church Street, Medina, New York 14103-1618. I have sent the same letter to that address informing Dianne Brown of the potential of a settlement offer being made to resolve her Vioxx claim.

I will let you know what response if any I receive.

Very truly yours,


**Robert M. Johnston**
**Vioxx Curator Pro Se Plaintiffs**

Johnston Hoefer Holwadel
400 Poydras Street, Suite 2450
New Orleans, LA  70130
Tele:  (504) 561-7799
Fax:  (504) 587-3794
Email:  rmj@ahhelaw.com

The information contained in this email and any attachments to it are CONFIDENTIAL and may be legally PRIVILEGED. This email and any attachments are intended only for the use of the individual or entity to which it is addressed. If the reader is not the intended recipient, please notify us by contacting the sender at 504.581.2606, or by replying to the sender by email. Please delete the email and any attachments from your system. You should not copy the email or any attachments, or disclose the content to any person or entity.