UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| **Cases listed on attached Exhibit A** | * | KNOWLES |
| | * | |
| | * | |

*****************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S
### SECOND MOTION FOR SUPPLEMENTAL ORDER OF DISMISSAL
### <u>REGARDING ESTATE REPRESENTATIVE PLAINTIFFS</u>

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss the claims of the plaintiffs in the cases listed on Exhibit A hereto based on a previous order of dismissal and principles of *res judicata*. In support of this Motion Merck states:

1)      Each of the cases listed on Exhibit A hereto remains open on the Court's docket with respect to the plaintiffs listed on Exhibit A in the column entitled "Plaintiff(s) – Open on Docket."

2)      However, in each case a Order of dismissal has previously been entered related to that plaintiff. Each of these cases involved deceased product users, with estate representatives. In all but two of these cases, the order of dismissal set forth the name of the decedent Vioxx product user in the order of dismissal, while the decedent's estate representative remains as an open plaintiff on the Court docket, or *vice versa*. One exception is the *Houston* case, in which the dismissed plaintiff (Edward Kuehner) as well as the remaining three pending plaintiffs (Donna Houston, Leo Kuehner, and Barbara Archaubault) are all identified in the Complaint as representatives of the decedent Lillian Kuehner. The other exception

1

is in the *Stringer* case; although there was a previous order of dismissal as to the decedent Richard Stech, *both* Richard Stech *and* Betty Stech as Estate Representative of Richard Stech remain open on the Court's docket.[1]

3) Defendant Merck submits that, in each case, the intention of the order of dismissal was to dismiss all claims relating to the decedent Vioxx product user, brought either in the product user's name or by a plaintiff acting in a representative capacity, and any derivative claims. The attached exhibit contains the record locator number on the MDL docket for each of the orders of dismissal.

4) The open plaintiffs listed on Exhibit A are the only remaining plaintiffs still shown as open on the court's docket in those cases, with one exception. In the case of *Gomez et al v. Merck & Co., Inc., et al*, 2:06-cv-01512-EEF-DEK, the Court's docket also shows plaintiff "Edom Adom" as open and pending. However, plaintiff Adom was previously dismissed as "Eben Adom"; various such discrepancies in the spelling of that plaintiff's name appear between the captions and body of the Complaint and Amended Complaint. Accordingly, defendant moves for plaintiff Edom Adom to be closed on the Court's docket as well.

5) A ruling by the Court granting this motion would also allow for the Clerk's office to mark all cases listed on Exhibit A "closed" on the Court's docket.

6) Accordingly, Merck requests that the Court enter a supplemental order of dismissal that directs the clerk's office to dismiss any and all remaining claims of the plaintiffs listed on Exhibit A, as

---

[1] With respect to other plaintiffs in the *Stringer* case, the claims of Opalene Stringer, as estate representative for Lelan Stringer, were actually dismissed in Texas state court, after being severed and remanded, *see* Exhibit B; but Lelan Stringer is still listed as an open plaintiff on this Court's docket, and should be dismissed.

2

1175734v1

well as plaintiff Edom Adom in the *Gomez* case, and to mark each of those cases closed on the court's docket.  A proposed order is attached.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion, and enter the requested order.

Dated:  December 9, 2014                                         Respectfully submitted,


                                            By: */s/ Dorothy H. Wimberly*
                                            Phillip A. Wittmann, 13625
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER
                                            WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, Louisiana 70130
                                            Phone: 504-581-3200
                                            Fax:     504-581-3361
                                            *Defendants' Liaison Counsel*

                                                —and—

                                            Douglas R. Marvin
                                            Eva Petko Esber
                                            M. Elaine Horn
                                            WILLIAMS & CONNOLLY LLP
                                            725 Twelfth Street, N.W.
                                            Washington, D.C. 20005
                                            Phone: 202-434-5000
                                            Fax:    202-434-5029

                                            *Attorneys for Merck Sharp & Dohme Corp.*

**CERTIFICATE OF SERVICE**

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of December, 2014.

                                                       */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1175734v1