## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Cases listed on attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*****************************************************************************

### ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Second Motion For Supplemental Order of Dismissal Regarding Estate Representatives,

**IT IS ORDERED** that the plaintiffs reflected as open on the Court's docket in the cases listed on Exhibit A are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** in the case of *Gomez et al v. Merck & Co., Inc.*, et al, 2:06-cv-01512-EEF-DEK, that the claims of plaintiff **Edom Adom** are also dismissed with prejudice.

**IT IS FURTHER ORDERED** that the claims of all other plaintiffs in the cases listed on Exhibit A having been previously addressed, all cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1175738v1