IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
JACKSON DIVISION

JANET SUE MORGAN, ET AL                                     PLAINTIFFS

V.                                                          CIVIL ACTION NO. 3:03CV435WS

MERCK & COMPANY, INC., ET AL                                DEFENDANTS

## NOTICE OF DISMISSAL

NOTICE IS HEREBY GIVEN, pursuant to Rule 41(a) (1) (i) of the Federal Rules of Civil Procedure that all costs have been paid and that no motion for summary judgment has been filed and that the Plaintiffs Janet Adams, Geneva Flanagan, Roy Harmon, Willie Mae Hopkins on behalf of Emma Conner, Tonya Lynn King, Bessie McNeil, Rachel Moulds on behalf of Alice Atachley, Frances Ann Oliver on behalf of Kenneth Ray Oliver, Mary Parsons, and Riella Pegues hereby voluntarily dismiss their claims in this action against the Defendants. This Notice shall have no effect on the remaining Plaintiffs and their claims against all Defendants in the above-captioned action.

This 29th day of September, 2004.

Roman Shaul (MSN 99873)

Beasley, Allen, Crow,
Methvin, Portis & Miles, P. C.
Post Office Box 4160
Montgomery, Alabama 36103-4160
Tel    334-269-2343
Fax    334-954-7555

John Raymond Tullos
Tullos & Tullos
Post Office Box 74
Raleigh, Mississippi 39153
Tel     601-782-4242
Fax    601-782-4439

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the foregoing document upon the parties as listed below by placing a copy of same in the United States Mail, first class postage prepaid, on this the 29th day of September, 2004.

Christy D. Jones
Kari L. Foster
Butler, Snow, O'Mara, Stevens, & Cannada, PLLC
Post Office Box 22567
Jackson, Mississippi 39225-2567

J. Michael Coleman
Copeland, Cook, Taylor & Bush, P.A.
P. O. Box 6020
Ridgeland, Mississippi 39158-6020

_____
Roman Shaul (MSN 99873)