|  |  |
|---|---|
| JANET SUE MORGAN, et al., | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA |
| Plaintiffs, | |
| v. | Case Code No: 1657<br>Docket No: 2:05-cv-00496-EEF-DEK |
| MERCK & CO., INC., | ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO ALL DEFENDANTS |
| Defendant. | |

# ORDER

Whereas a stipulation of voluntary dismissal without prejudice was filed pursuant to Fed. R. Civ. P. 41 as to each of the plaintiffs listed herein prior to transfer of this case to this MDL,

**IT IS HEREBY ORDERED** that the claims of the following plaintiffs are dismissed without prejudice, each party to bear its own costs:

> Eddie William Adams on behalf of Janet Adams, deceased;
> Roy Harmon;
> Willia Mae Hopkins on behalf of Emma Conner;
> Tonya Lynn King;
> Rachel Moulds on behalf of Alice Lessie Atchley;
> Bessie McNeil;
> Frances Ann Oliver on behalf of Kenneth Ray Oliver, deceased.
> Mary Parsons;
> Riella Pegues;

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1175752v1