STEVEN A. FABBRO, ESQ. (SBN 107973)
LAW OFFICES OF STEVEN A. FABBRO
601 Montgomery Street, Suite 2000
San Francisco, CA 94111
Telephone:    (415) 391-6850
Facsimile:    (415) 391-6856

Attorney for Claimants

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    DEC - 8 2014

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX

PRODUCTS LIABILITY LITIGATION

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

MDL NO. 1657

OBJECTION TO DIRECT PHONE CONTACT
WITH INELIGIBLE CLAIMANTS

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

TO THE COURT TO ALL COUNSEL:

Please be advised that the Claimants listed below are represented by the Law Offices

of Steven A. Fabbro and object to any direct contact with those Claimants.

| First Name | Last Name | Federal Court Case No. | VCN NO. |
|---|---|---|---|
| Paul | Aars | (MDL 1657) 2:06-cv-11012 | 1088598 |
| Carlos | Adlawan | (MDL 1657) 3:06-cv-06765 | 1088599 |
| Domingo | Arcangeles | (MDL 1657) 2:06-cv-02472 | 1088600 |
| Lola | Baker | (MDL 1657)3:06-cv-6762 | 1088601 |
| Karin | Barrett | (MDL 1657)3:06-cv- | 1088602 |

OBJECTION TO DIRECT PHONE CONTACT WITH INELIGIBLE CLAIMANTS

| | | 02471 | |
|---|---|---|---|
| Delphia | Bell | (MDL 1657)3:06-cv-02284 | 1088603 |
| George | Bernal | (MDL 1657)3:06-cv-07069 | 1088604 |
| Klara | Bernstyn | (MDL 1657)3:06-cv-06767 | 1088605 |
| Yuet | Chow | (MDL 1657)3:06-cv-06769 | 1088606 |
| Susan | Christensen | (MDL 1657)3:06-cv-06764 | 1088607 |
| Joan | Cole | (MDL 1657)3:06-cv-07068 | 1088608 |
| Kenneth | DeBolt | (MDL 1657)2:06-cv-02351 | 1088609 |
| Valentina | Demikhovskaya | (MDL 1657)2:06-cv-1038 | 1088610 |
| Carl | Dudding | (MDL 1657)2:06-cv-02346 | 1088612 |
| Leo | Dumas | (MDL 1657)3:06-cv-06795 | 1088613 |
| Sandra | Elliott | (MDL 1657)2:06-cv-02348 | 1088614 |
| Marta | Fernandez | (MDL 1657)2:06-cv-07329 | 1088615 |
| Semen | Fiksel | (MDL 1657)2:06-cv-10999 | 1088616 |
| Daniel | Flanagan | (MDL 1657)4:06-cv-06788 | 1088617 |
| Gary | Freeman | (MDL 1657)2:06cv-02629 | 1088618 |

OBJECTION TO DIRECT PHONE CONTACT WITH INELIGIBLE CLAIMANTS

| First Name | Last Name | Federal Court Case No. | VCN NO. |
|---|---|---|---|
| Robert | Garrett | (MDL 1657)3:06-cv-06796 | 1088619 |
| Ninel | Gindina | (MDL 1657)2:06-cv-11016 | 1088620 |
| Jerry | Hale | (MDL 1657)2:06-cv-11021 | 1088622 |
| Sally | Hauser | (MDL 1657)2:06-cv-10980 | 1088623 |
| Leo | Hildreth | (MDL 1657)3:06-cv-06859 | 1088624 |
| Harvey | Hoffman | (MDL 1657)3:06-cv-06873 | 1088625 |
| Mary | Howle | (MDL 1657)4:06-cv-06871 | 1088626 |
| Nian | Huang | (MDL 1657)4:06-cv-06868 | 1088627 |
| Marva | Johnson | (MDL 1657)2:06-cv-02344 | 1088628 |
| Harry | Jones | (MDL 1657)2:06-cv-02285 | 1088629 |
| Al | Kessler | (MDL 1657)2:06-cv-02474 | 1088630 |
| Lev | Klachkovsky | (MDL 1657)3:06-cv-06869 | 1088631 |
| Norma | Loomis | (MDL 1657)2:06-cv-02332 | 1088632 |
| Antonio | Lourenco | (MDL | 1088634 |

OBJECTION TO DIRECT PHONE CONTACT WITH INELIGIBLE CLAIMANTS

| First Name | Last Name | Federal Court Case No. | VCN NO. |
|---|---|---|---|
| | | (MDL 1657)2:06-cv-02354 | |
| Maria | Martinez | (MDL 1657)2:06-cv-02332 | 1088636 |
| George | Martinis | (MDL 1657)3:06-cv-06881 | 1088637 |
| Charlotte | Mendonea | (MDL 1657)2:06-cv-02477 | 1088638 |
| Betty | Mesi | (MDL 1657)2:06-cv-02352 | 1088639 |
| John | Morrice | (MDL 1657)3:06-cv-06864 | 1088640 |
| Karen | Morris | (MDL 1657)2:06-cv-02362 | 1088641 |
| Elvira | Nagle | (MDL 1657)3:06-cv-06882 | 1088642 |
| Juana | Ochoa | (MDL 1657)3:06-cv-06863 | 1088643 |
| Nancy | Pittroff | (MDL 1657)3:06-cv-06867 | 1088644 |
| Fred | Rice | (MDL 1657)3:06-cv-06874 | 1088645 |
| Louise | Teixiera | (MDL 1657)4:06-cv-07120 | 1088646 |
| Maria | Rosendo | (MDL 1657)3:06-cv-07084 | 1088647 |
| Roberta | Salazar | (MDL 1657)3:06-cv-07085 | 1088648 |
| Gerald | Sefranka | (MDL 1657)3:06-cv-06875 | 1088649 |

OBJECTION TO DIRECT PHONE CONTACT WITH INELIGIBLE CLAIMANTS

| First Name | Last Name | Federal Court Case No. | VCN NO. |
|---|---|---|---|
| Ronald | Silvia | (MDL 1657)3:06-cv-06866 | 1088650 |
| Richard | Simms | (MDL 1657)3:06-cv-06878 | 1088651 |
| Mike | Sisson | (MDL 1657)4:06-cv-07118 | 1088652 |
| Samuel | Summerfield | (MDL 1657)3:06-cv-06879 | 1088653 |
| Lula | Taylor | (MDL 1657)3:06-cv-06880 | 1088654 |
| Silvia | Urena | (MDL 1657)4:06-cv-06865 | 1088656 |
| Wendell | Gerry | | 1088657 |
| Janie | Wiley | (MDL 1657)4:06-cv-06843 | 1088658 |
| Sheila | Williams | (MDL 1657) 2:06-cv-10979 | 1088659 |
| Elliott | Zolt | (MDL 1657)3:06-cv-06848 | 1088661 |
| | | | |

DATE: December 8, 2014

LAW OFFICES OF STEVEN A. FABBRO

BY: _____
STEVEN A. FABBRO
Attorney for the Claimants

OBJECTION TO DIRECT PHONE CONTACT WITH INELIGIBLE CLAIMANTS

Extremely Urgent

Page 1 of 2

**FedEx**

Insert shipping document here

ainer and
itions and
edEx
Ex Service

ices,
**x.com.**

TUE - 09 DEC 10:30A
PRIORITY OVERNIGHT

70130

WED – 10 DEC 10:30A
PRIORITY OVERNIGHT

70130
LA-US

XH NEWA

FedEx
TRK# 7721 4364 8440

XH NEWA

LA-US **MSY**

SHIP TO: (415) 394-8508
Att: Civil Clerk
U.S. Dis. Ct. Eastern Dist. Louisiana
500 Poydras Street #C 151
New Orleans
NEW ORLEANS, LA 70130

BILL SENDER

Origin ID: APCA

**After printing this label:**
1. Use the 'Print' button on this page to print your label t
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your ship

Warning: Use only the printed original label for shipping
the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the se
excess of $100 per package, whether the result of loss,

g charges, along with
able for any claim in
additional charge,
cluding intrinsic value
miled to, the greater of