UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Mary Banks v. Merck & Co., Inc.*, 2:06-cv-02214-EEF- | * | KNOWLES |
| DEK (pertaining to Dianne Brown only) | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that plaintiff Dianne Brown in the above-numbered case show cause on the 21st day of January, 2015, in writing, why the Rule should not be granted, and plaintiff's case dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure Rule 41(b).

**IT IS FURTHER ORDERED** that plaintiff in the above-numbered case file and serve upon Liaison Counsel any oppositions to the Rule on or before the 12th day of January, 2015.

**IT IS FURTHER ORDERED** that defendant Merck Sharpe & Dohme Corp. file and serve upon Plaintiffs' Liaison Counsel and plaintiff's counsel in the above-numbered cases any replies to the oppositions on or before the 19th day of January, 2015.

**NEW ORLEANS, LOUISIANA**, this __10th__ day of December, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1175730v1