UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Sue Ann Archer, et al. v. Merck & Co. Inc.,* 06-10108

## ORDER

On November 5, 2014, the Court ordered Plaintiff Anita Mackey to show cause on or before December 5, 2014 why this Court should not dismiss her case pursuant to Federal Rule of Civil Procedure 41(b). (Rec. Doc. 65055). The Court had received notice that the Circuit Court for the Twentieth Judicial Circuit of St. Clair County, Illinois had granted Plaintiff Anita Mackey's Motion for Voluntary Dismissal without Prejudice on October 26, 2006, and no action had been taken in this Court since that time. Plaintiff Anita Mackey has failed to show cause in accordance with the Court's Order.

Accordingly, **IT IS ORDERED** that Plaintiff Anita Mackey's claim is **DISMISSED WITH PREJUDICE** pursuant to FRCP 41(b).

New Orleans, Louisiana, this 10th day of December, 2014.

_____
UNITED STATES DISTRICT JUDGE