# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Cases listed on attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Second Motion For Supplemental Order of Dismissal Regarding Estate Representatives,

**IT IS ORDERED** that the plaintiffs reflected as open on the Court's docket in the cases listed on Exhibit A are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** in the case of *Gomez et al v. Merck & Co., Inc.*, et al, 2:06-cv-01512-EEF-DEK, that the claims of plaintiff **Edom Adom** are also dismissed with prejudice.

**IT IS FURTHER ORDERED** that the claims of all other plaintiffs in the cases listed on Exhibit A having been previously addressed, all cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this  10th  day of   December   , 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1175738v1

**Exhibit A:**
**Defendant Merck Sharp & Dohme Corp.'s Second Motion For**
**Supplemental Order Of Dismissal Regarding Estate Representative Plaintiffs**

| Case name | Case number | Dismissed Plaintiff (Docket Number for Dismissal) | Plaintiff(s) - Open on Docket | Plaintiffs' Counsel |
|---|---|---|---|---|
| Wagner *et al* v. Merck & *Co.,* Inc. *et al* | 2:05-cv-03138-EEF-DEK | Julie Malik, individually and as personal representative for Anita Mc Peters (R.44345) | Anita McPeters | Schaeffer & Lamere, PC |
| Lockett *et al* v. Merck & *Co.,* Inc. *et al* | 2:05-cv-03804-EEF-DEK | Jeff Scott, as personal representative of the estate of Donald Scott (R. 62622, entered in 2:07-cv-02933 ) | Donald Scott | Jeffrey J. Lowe, P.C. |
| Fife *et al* v. Merck & *Co.,* Inc. *et al* | 2:05-cv-06348-EEF-DEK | Cynthia Polson for decedent Oliver Taylor (R.48123) | Oliver Taylor | Jeffrey J. Lowe, P.C. |
| Stringer *et al* v. Merck & *Co.,* Inc. *et al* | 2:05-cv-00548-EEF-DEK | Opalene Stringer Individually and as Representative of the Estate of Lelan Stringer, Deceased | Lelan Stringer | The Lanier Law Firm |
| Stringer *et al* v. Merck & *Co.,* Inc. *et al* | 2:05-cv-00548-EEF-DEK | Catherine Kilgore Estate Representative of Margaret Gajdosik (R.32263) | Margaret Gajdosik | Lanier Law Firm, PC |
| Stringer *et al* v. Merck & *Co.,* Inc. *et al* | 2:05-cv-00548-EEF-DEK | Rachal Nixon Estate Representative of David Morton (R.39645) | David Morton | Lanier Law Firm, PC |
| Stringer *et al* v. Merck & *Co.,* Inc. *et al* | 2:05-cv-00548-EEF-DEK | Richard Stech (R.35238) | Betty Stech Estate Representative of Richard Stech; and Richard Stech | Lanier Law Firm, PC |
| Stringer *et al* v. Merck & *Co.,* Inc. *et al* | 2:05-cv-00548-EEF-DEK | Pat Ward Estate Representative of Willie Ward (R.39078) | Willie Ward | Lanier Law Firm, PC |
| Stringer *et al* v. Merck & *Co.,* Inc. *et al* | 2:05-cv-00548-EEF-DEK | Shirley Humphreys Estate Representative of Mary Brow (R.46170) | Mary Brow | Pro Se |
| Fleckenstein *et al* v Merck & *Co.,* Inc. | 2:05-cv-02261-EEF-DEK | Leslie Godiek Executor of the Estate of Sherrill Kryselmire (R.37436) | Sherrill Kryselmire Estate of . . . | Beattie Law Firm, PC |

1

1175736v1

| Case name | Case number | Dismissed Plaintiff (Docket Number for Dismissal) | Plaintiff(s) - Open on Docket | Plaintiffs' Counsel |
|---|---|---|---|---|
| Houston *et al* v. Merck & *Co.,* Inc. | 2:05-cv-01458-EEF-DEK | Edward Kuehner, Individually and as representative of the estate of Lillian Kuehner (R. 21585) | Donna Houston Barbara Archaubault Leo Kuehner as representative of the estate of Lillian Kuehner | Pro Se |
| Gomez *et al* v. Merck & Co., Inc., *et al* | 2:06-cv-01512-EEF-DEK | Martin P. Ackerman (R. 37440) | David C. Ackerman Personal Representative of the Estate of Martin P. Ackerman | Weiner, Carroll & Strauss |
| Akyaamaa v. Merck & Co., Inc. | 2:07-cv-08080-EEF-DEK | Akosua Akyaamaa (R. 64822) | Ernest Adjekum, Personal Representative of the Deceased | Pro Se |

1175736v1