IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>SHERRILL HERKE, individually and on behalf of a proposed class of those similarly situated,<br>Plaintiffs,<br><br>v.<br><br>MERCK & CO., INC.,<br>Defendant. | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>No. 2:09-cv-07218<br><br>Hearing Date:    December 16, 2014<br><br>Time:                  9:00 a.m. |

### Class Counsel's Response to Objection to
### Direct Phone Contact With Ineligible Claimants

On December 8, 2014, attorney Steven A. Fabbro filed an Objection to Direct Phone Contact With Ineligible Claimants. Class Counsel has consulted with the court-appointed Claims Administrator, and the information provided confirms that there is no need or basis for the Objection.

According to the Claims Administrator's records, Mr. Fabbro does not represent any claimants in the Vioxx Consumer Settlement Program. He did represent the referenced claimants in the Vioxx Personal Injury Settlement Program. Only two of the fifty-seven clients Mr. Fabbro identifies (Robert Garrett and Karen Morris) submitted claims in the Vioxx Consumer Settlement Program, and both did so *pro se*. Neither of the two had executed a Release in the Vioxx Personal Injury Settlement Program, so neither was excluded from the Vioxx Consumer Settlement Program. Both of their claims are payable in the Vioxx Consumer Settlement Program for $50 under Option 2 (Sworn Statement). Because these claims are payable and not incomplete, they would not be part of any calling campaign to incomplete

1209659. 1

claimants that this Court might authorize.

    We respectfully submit this information to eliminate any confusion on Mr. Fabbro's part with respect to the Vioxx Consumer Settlement Program.

| | |
|---|---|
| DATED:  December 12, 2014 | Respectfully submitted, |
| | |
| /s/ Leonard A. Davis | /s/ Elizabeth J. Cabraser |
| Russ M. Herman, Esquire | Elizabeth J. Cabraser, Esquire |
| Leonard A. Davis, Esquire | LIEFF, CABRASER, HEIMANN & |
| HERMAN, HERMAN & KATZ, L.L.C. | BERNSTEIN, LLP |
| 820 O'Keefe Avenue | 275 Battery Street, 30th Floor |
| New Orleans, Louisiana 70113 | San Francisco, CA  94111-3339 |
| Phone:  (504) 581-4892 | Telephone:  (415) 956-1000 |
| Fax:     (504) 561-6024 | Facsimile:   (415) 956-1008 |
| ldavis@hhklawfirm.com | ecabraser@lchb.com |

*Vioxx Consumer Settlement Class Counsel*

## CERTIFICATE

    I hereby certify that the above and foregoing has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of December, 2014.

                                           */s/ Leonard A. Davis*
                                           Leonard A. Davis, #14190
                                           HERMAN, HERMAN & KATZ, LLC
                                           820 O'Keefe Avenue
                                           New Orleans, Louisiana  70113
                                           Phone: 504-581-4892
                                           Fax:    504-561-6624
                                           ldavis@hhklawfirm.com

                                           Plaintiffs' Liaison Counsel