UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**MONTHLY STATUS CONFERENCE**
**DECEMBER 16, 2014**
**SUGGESTED AGENDA**

I.    Class Actions

II.   Government Actions

III.  Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

IV.  Other Pending Motions/Matters

V.   Appeals

VI.  Next Status Conference

1