MINUTE ENTRY
FALLON, J.
DECEMBER 16, 2014

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS       LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L |

**This document relates to:  All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Susan Zielie

Appearances:    Richard Getty, Esq. (by phone) for Certain Plaintiffs
　　　　　　　　Elizabeth Cabraser, Esq. for Plaintiffs
　　　　　　　　Orran Brown, Esq. and Orran Brown, Jr., Esq. for the Claims Administrator
　　　　　　　　John Beisner, Esq. for Merck

(SEALED) Motion Seeking Direct Phone Contact with Ineligible Claimants by Interested Attorney Richard Getty   (65061)

After argument - Motion was TAKEN UNDER SUBMISSION

JS10:   :48