VIOXX

CONSUMER SETTLEMENT

MDL 1657

BrownGreer
CLAIMS ADMINISTRATOR

# VIOXX CONSUMER SETTLEMENT

# DECEMBER 16, 2014 STATUS CONFERENCE

© 2014 BROWNGREER PLC

# VIOXX

## CONSUMER SETTLEMENT

### MDL 1657



# Topics

1. **Program Launch**

2. **Class Notice Program**

3. **Courtesy Reminder Program**

4. **Claims Submitted**

5. **Processing Timeline**

6. **Initial Review Outcomes**

7. **Final Review Outcomes**

© 2014 BROWNGREER PLC



# CONSUMER SETTLEMENT
## MDL 1657



# Program Launch





# CONSUMER SETTLEMENT
## MDL 1657



# Class Notice Program

**August – September 2013**

| Kinsella Media, LLC Notice Plan | Notice to MDL Counsel |
| | Earned Media Campaign |
| | Publication Notice |

| Claims Administrator Actions | Settlement Website |
| | P.O. Box |
| | Toll-Free Phone Number |

© 2014 BrownGreer PLC



**CONSUMER SETTLEMENT**

MDL 1657



# Courtesy Reminder Program

## February 2014

| | Populations | Recipients |
|---|---|---|
| 1. | No Binding Vioxx PI Release | 11,226 |
| 2. | Law Firms for Vioxx PI Claimants | 411 |
| 3. | Claim Form Begun Online | 668 |
| 4. | Registered Online Only | 5,159 |
| 5. | Sent Hard Copy Claim Form | 3,763 |
| 6. | TOTAL | 21,227 |

© 2014 BROWNGREER PLC

**VIOXX**

CONSUMER SETTLEMENT

MDL 1657



# Courtesy Reminder Program

**Call Center Enhancements**

1. Live Operator Call-backs

2. Spanish Recorded Messages

3. Spanish-speaking Representatives

© 2014 BrownGreer PLC

# VIOXX



BrownGreer
CLAIMS ADMINISTRATOR

## Courtesy Reminder Program

**Website Enhancements**

1. Claim Form on Home Page

2. Mailed Claim Form Request

3. New Home Page Language

4. "Do I Qualify for Payment?"

© 2014 BrownGreer PLC

VIOXX

CONSUMER SETTLEMENT

MDL 1657

BG BrownGreer
CLAIMS ADMINISTRATOR

# Courtesy Reminder Program

**Website Enhancements**

5. Non-Account Method Claim Form

6. Spanish Claim Form

7. Spanish Version of Website

© 2014 BrownGreer PLC



**VIOXX**  CONSUMER SETTLEMENT
MDL 1657

# Courtesy Reminder Program: Results



**Average Claims Filed Per Week**

131 — 9/1/13 to 2/16/14
312 — 2/17/14 to 5/6/14



**Total Claims Filed**

3,137 — 9/1/13 to 2/16/14
5,620 — 2/17/14 to 5/6/14



**CONSUMER SETTLEMENT**
MDL 1657



# Claims Submitted

| | Type | Total | % of Claims Filed |
|---|---|---|---|
| 1. | **Electronic Claim Forms** | **4,939** | **56.4%** |
| 2. | **Paper Claim Forms** | **3,818** | **43.6%** |
| 3. | **TOTAL** | **8,757** | **100%** |

© 2014 BROWNGREER PLC





# Processing Timeline



**①**

**8/22/14**

**Initial Notices First Issued**

**②**

**10/23/14**

**Final Notices First Issued**

**③**

**10/24/14**

**Initial Notice Cure Periods Expired**

**④**

**11/30/14**

**Final Notice Cure Periods Expired**

© 2014 BrownGreer PLC



**CONSUMER SETTLEMENT**

MDL 1657



# Payable After Initial Review

| | Initial Review Outcome | Claims | Payable Amount |
|---|---|---|---|
| **1.** | **Payable for Amount Claimed** | **6,053** | **$505,855.43** |
| **2.** | **Payable for Less than Amount Claimed** | **288** | **$47,705.14** |
| **3.** | **Payable for More than Amount Claimed** | **131** | **$37,601.04** |
| **4.** | **TOTALS** | **6,472** | **$591,161.61** |

© 2014 BROWNGREER PLC



**CONSUMER SETTLEMENT**

MDL 1657



# Not Payable After Initial Review

| | Initial Review Outcome | Claims | Amount Claimed |
|---|---|---|---|
| 1. | No Documents | 308 | $71,057.67 |
| 2. | Invalid Documents | 238 | $103,868.97 |
| 3. | Incomplete Claim Form | 314 | $20,405.46 |
| 4. | Multiple Reasons | 916 | $158,759.73 |
| 5. | Excluded | 110 | $23,633.08 |
| 6. | Duplicate | 398 | $26,734.78 |
| 7. | TOTALS | 2,284 | $404,459.69 |

© 2014 BROWNGREER PLC

 **CONSUMER SETTLEMENT**
MDL 1657


# Responses to Initial Notices



■ **No Response**
**(2,338 Initial Notices)**   ■ **Response**

**(562 cured)**



# VIOXX
## CONSUMER SETTLEMENT
### MDL 1657

# Responses to Initial Notices (continued)

## Total Payable Amount





CONSUMER SETTLEMENT

MDL 1657



# Responses to Final Notices



© 2014 BROWNGREER PLC





# Responses to Final Notices (continued)

## Total Payable Amount



© 2014 BrownGreer PLC





# Final Payable Outcomes

| | Final Review Outcome | Option 1 | | Option 2 | | Total Payable | |
|---|---|---|---|---|---|---|---|
| | | Claims | Payable Amount | Claims | Payable Amount | Claims | Payable Amount |
| 1. | Payable for Amount Claimed | 685 | $323,939.71 | 6,200 | $310,000 | 6,885 | $633,939.71 |
| 2. | Payable for Less than Amount Claimed | 101 | $46,373.83 | 149 | $7,450 | 250 | $53,823.83 |
| 3. | Payable for More than Amount Claimed | 40 | $9,612.38 | 191 | $9,550 | 231 | $19,162.38 |
| 4. | TOTALS | 826 | $379,925.92 | 6,540 | $327,000 | 7,366 | $706,925.92 |

© 2014 BrownGreer PLC



CONSUMER SETTLEMENT
MDL 1657

# Final Not Payable Outcomes

| | Final Review Outcome | Claims | Amount Claimed |
|---|---|---|---|
| 1. | No Documents | 224 | $128,224.93 |
| 2. | Invalid Documentation | 238 | $87,754.59 |
| 3. | Incomplete Claim Form | 61 | $4,167.95 |
| 4. | Multiple Reasons | 355 | $44,436.19 |
| 5. | Excluded | 110 | $26,170.89 |
| 6. | Duplicate | 403 | $27,809.78 |
| 7. | TOTALS | 1,391 | $318,564.33 |

© 2014 BROWNGREER PLC



# VIOXX

**CONSUMER SETTLEMENT**

MDL 1657

# Change In Claim Values After Notice Processes



© 2014 BROWNGREER PLC



CONSUMER SETTLEMENT

MDL 1657



# Current Status of All Claims

|    | Status | Claims | Claimed Amount | Payable Amount |
|----|--------|--------|----------------|----------------|
| 1. | Payable | 7,366 | $858,831.33 | $706,925.92 |
| 2. | Not Payable | 988 | $290,754.55 | $0 |
| 3. | Duplicates | 403 | $27,809.78 | $0 |
| 4. | TOTALS | 8,757 | $1,177,395.66 | $706,925.92 |

© 2014 BROWNGREER PLC