# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| **Cases on Attached Exhibit** | * | KNOWLES |
| | * | |
| | * | |

******************************************************************************

## DEFENDANT MERCK SHARP & DOHME CORP.'S
## MOTION TO DISMISS PLAINTIFFS EXCLUDED FROM AMENDED COMPLAINTS

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss the claims of the plaintiffs in the cases listed on Exhibit A hereto as voluntarily dismissed pursuant to Rule 41 of the Federal Rules of Civil Procedure and/or for failure to prosecute.  In support of this Motion, Merck's states as follows:

1)      The plaintiffs listed on Exhibit A appear on this Court's docket as open and pending.  Each of the plaintiffs was originally named in a Complaint filed in and/or transferred to this MDL proceeding.  However, in each case, an Amended Complaint was subsequently filed, and the plaintiffs listed on Exhibit A were no longer included in the Amended Complaint.

2)      Thereafter, no further action was taken by or on behalf of such plaintiffs in this MDL proceeding, including the absence of any compliance with this Court's Case Management Orders.

1

3) Defendant Merck, therefore, moves that the claims of all plaintiffs listed on Exhibit A be dismissed as having effectively been voluntarily dismissed pursuant to Fed. R.. Civ. P. 41, and/or dismissed for failure to prosecute claims before this Court.   A proposed order is attached.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion, and enter the requested order.

Dated:  December 19, 2014                                     Respectfully submitted,


By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defendants' Liaison Counsel*

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

## CERTIFICATE OF SERVICE

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 19th day of December, 2014.

                                          */s/ Dorothy H. Wimberly*
                                          Dorothy H. Wimberly, 18509
                                          STONE PIGMAN WALTHER WITTMANN L.L.C.
                                          546 Carondelet Street
                                          New Orleans, Louisiana 70130
                                          Phone:  504-581-3200
                                          Fax:     504-581-3361
                                          dwimberly@stonepigman.com

                                          Defendants' Liaison Counsel