**Exhibit A:**
**Defendant Merck Sharp & Dohme Corp.'s**
**Motion To Dismiss Plaintiffs Dropped from Amended Complaints**

| Case name | Case number | Plaintiffs Dropped from Amended Complaint | Plaintiffs' Counsel |
|---|---|---|---|
| Black *et al* v. Merck & Co. Inc., *et al.* | 2:06-cv-06442-EEF-DEK | Judith Fields | Branch Law Firm |
| Pool *et al* v. Merck & Co. Inc., *et al.* | 2:06-cv-03154-EEF-DEK | Manuel Arzamendi Rosario Arzamendi | Brian S. Riepen, Attorney at Law |
| Culberson *et al* v. Merck & Co. Inc,, *et al.* | 2:06-cv-02653-EEF-DEK | Wayne Slavens | Schlichter, Bogard & Denton |
| Baker et al v. Merck & Co Inc et al | 2:06-cv-06436-EEF-DEK | Sara Shepard | Branch Law Firm |
| Baxter et al v. Merck & Co Inc et al | 2:06-cv-06440-EEF-DEK | Barbara McGuire *Individually and for the Estate of Henry McGuire* | Branch Law Firm |

1176557v1