UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>*<br>*<br>* | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:**<br><br>*Jo Levitt v. Merck Sharp & Dohme Corp.*,<br>2:06-cv-09757-EEF-DEK | *<br>*<br>*<br>*<br>*<br>* | |

*************************************************************************

### ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S
### MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion To File Certain Documents Under Seal

IT IS HEREBY ORDERED that Exhibits A, C, D, E, F, H, I, and J to Merck Sharp & Dohme Corp.'s Motion for Summary Judgment Regarding Proximate Causation in the above-captioned case are to be filed under seal.

New Orleans, Louisiana, this _____ day of _____, 2014.

                                                                             _____
                                                                             ELDON E. FALLON
                                                                             UNITED STATES DISTRICT JUDGE

1176602v1