## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| **2:06-cv-09757-EEF-DEK** | * | |
| | * | |

********************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S L.R. 56.1 STATEMENT OF MATERIAL FACTS AS TO WHICH THERE IS NO DISPUTE

Pursuant to L.R. 56.1, Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, hereby submits the following statement of material facts as to which there is no genuine issue to accompany its Motion for Summary Judgment Based Regarding Proximate Causation:

1.      Vioxx (rofecoxib) is a COX-2 selective non-steroidal anti-inflammatory drug ("NSAID").  Memorandum from John K. Jenkins, M.D., Dir. of Office of New Drugs, & Paul J. Seligman, M.D., M.P.H., OPaSS, U.S. Food & Drug Admin. to Steven Galson, M.D., M.P.H., Acting Dir., Ctr. for Drug Eval. & Research, U.S. Food & Drug Admin. (Apr. 6, 2005) ("2005 FDA Memo") 1, 18 (attached as Ex. K).[1]

2.      Dr. Arnold Katz is a rheumatologist who estimates that he has treated thousands of patients during his more than 35 years of practice.  Excerpts of the Deposition of Arnold L. Katz, M.D. ("Katz Dep.") at 32:21–33:7 (attached as Ex. F).

---

[1]      All exhibits cited in this document are attached as exhibits to Merck's contemporaneously filed Motion for Summary Judgment Regarding Proximate Causation.

3.      Fibromyalgia is a chronic condition associated with pain and fatigue.  Katz Dep. (Ex. F) at 29:7–9, 32:10–20.

4.      Fibromyalgia can be disabling if left untreated.  Katz Dep. (Ex. F) at 31:16–22.

5.      Dr. Katz believes that "effective pain control for [fibromyalgia] patients is critical."  Katz Dep. (Ex. F) at 81:7–9.

6.      Dr. Katz agrees that "different patients respond differently to different medications" and that a "typical medication might work for one patient but not provide relief for another patient."  Katz Dep. (Ex. F) at 23:13–22.

7.      Dr. Katz prescribes a variety of anti-inflammatory medications to his patients. Katz Dep. (Ex. F) at 23:23–25:17.

8.      Dr. Katz diagnosed Plaintiff Jo Levitt with fibromyalgia on October 11, 1999. Excerpts of Records of Dr. Arnold L. Katz ("Katz Records") at 1 (Ltr. from A. Katz to R. Hartman (Oct. 11, 1999)) (attached as Ex. E).

9.      Dr. Katz prescribed Vioxx to Plaintiff Jo Levitt starting in October 1999 to treat fibromyalgia-related pain.  Katz Dep. (Ex. F) at 29:1–20.

10.      Although Ms. Levitt had previously taken Vioxx, Dr. Katz independently decided that based on his "assessment and evaluation" of Ms. Levitt that it was "appropriate for her to start taking [Vioxx] daily."  Katz Dep. (Ex. F) at 44:12–45:21.

11.      Dr. Katz characterized Ms. Levitt's fibromyalgia as "moderate to severe."  Katz Dep. (Ex. F) at 34:5–10.

12.      Dr. Katz and Ms. Levitt agree that Vioxx helped to ease Ms. Levitt's fibromyalgia pain.  Excerpts of the Deposition of Jo Levitt at 72:19–24 (attached as Ex. C); Katz Dep. (Ex. F)

2

at 76:23–77:4; Katz Records (Ex. E) at 2 ("Vioxx has helped . . . . If she misses med, she has increased pain.").

13.     Ms. Levitt took Vioxx until April 2002, when her insurance stopped covering the medication.  Katz Dep. (Ex. F) at 65:7–9, 77:5–14; Katz Records (Ex. E) at 3 (Apr. 29, 2002 call note).

14.     Dr. Katz continued to prescribe Vioxx to his fibromyalgia patients until Merck voluntarily withdrew Vioxx from the market.  Katz Dep. (Ex. F) at 77:12–78:5.

15.     In 2005, the United States Food and Drug Administration ("FDA") concluded that there is "class effect of an increased risk of series adverse CV events for COX-2 selective and non-selective NSAIDs."  2005 FDA Memo (Ex. K) at 1.

16.     In 2005, FDA concluded that "the three approved COX-2 selective drugs are associated with an increased risk of serious adverse CV events, at least at some dose, with reasonably prolonged use.  We do not believe, however, that the currently available data allow for a rank ordering of the approved COX-2 selective drugs with regard to CV risk.  We also believe that it is not possible to conclude at this point that the COX-2 selective drugs confer an increased risk over non-selective NSAIDs in chronic use."  2005 FDA Memo (Ex. K) at 10.

17.     Celebrex (celocoxib), like Vioxx, is a COX-2 inhibitor.  2005 FDA Memo at 1; Celebrex Label at 1 (attached as Ex. L).

18.     The Celebrex label dated July 2005 carries the following black box warning for cardiovascular risk:

> CELEBREX may cause an increased risk of serious cardiovascular thrombotic events, myocardial infarction, and stroke, which can be fatal.  All NSAIDs may have a similar risk.  This risk may increase with duration of use.  Patients with cardiovascular disease or risk factors for cardiovascular disease may be at greater risk (see **WARNINGS** and **CLINICAL TRIALS**).

3

Celebrex Label (Ex. L) at 1.

19.    A black box warning is the strongest warning available on FDA-approved labels.

*E.g.*, *PLIVA Inc. v. Mensing*, 131 S. Ct. 2567, 2573 (2011).

20.    Dr. Katz is aware of the Celebrex black box warning for cardiovascular risks, and

he continues to prescribe Celebrex to fibromyalgia patients.  Katz Dep. (Ex. F) at 78:6–81:3.

21.    Dr. Katz believes that it is not possible to say that Vioxx or Celebrex has a better

or worse cardiovascular risk profile relative to the other.  Katz Dep. (Ex. F) at 83:4–16.

22.    After reviewing the Celebrex warning for cardiovascular risk, Dr. Katz testified as

follows:

> Q.    If Vioxx were available today and it had the same warning
> that we just read on the Celebrex label, would you continue to
> prescribe it?
>
> A.    Yes.
>
> Q.    Would you continue to prescribe it to fibromyalgia patients?
>
> A.    Yes.
>
> Q.    Patients like Mrs. Levitt?
>
> A.    Yes.

Katz Dep. (Ex. F) at 85:17–86:1.

Dated:  December 22, 2014                    Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE, PIGMAN WALTHER
    WITTMAN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone:  504-581-3200
    Fax:    504-581-3361

    *Defendants' Liaison Counsel*

4

—and—

Douglas R. Marvin
M. Elaine Horn
Jonathan L. Williams
WILLIAMS & CONNOLLY LLP
527 Twelfth Street, N.W.
Washington, D.C. 20005
Phone:  202-434-5000
Fax:     202434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

5

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Statement of Material Facts As to Which There Is No Dispute has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 22nd day of December, 2014.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

6

1176599v1