Robert D. Bazan

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS | ) MDL DOCKET NO. 1657 |
| LIABILITY LITIGATION | ) SECTION L |
| | ) |
| | ) JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) |
| | ) MAGISTRATE JUDGE |
| JO LEVITT, | ) KNOWLES |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 2:06-cv-09757-EEF-DEK |
| | ) |
| MERCK & CO., INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

DEPOSITION OF ROBERT D. BAZAN, a Witness, taken on behalf of the Defendant before Beverly A. Connell, CSR No. 834, CCR No. 768, RPR-RMR, CRR, pursuant to Notice on the 16th day of January, 2013, at the offices of Bryan Cave LLP, One Kansas City Place, 1200 Main Street, Suite 3500, Kansas City, Missouri.

Robert D. Bazan

Page 129

1          Q.     Yeah.

2          A.     Well, it's a -- let's see, what's the

3     date on the first one?

4          Q.     March 5th, 2012.

5          A.     Okay.  Chocolate Soup officially

6     closed -- the bank sold the assets off on March 15th,

7     2010.  Okay?  Chocolate Soup's out of business.  They

8     have no money, nothing.  All right?  This was the

9     State of Texas looking for -- they don't have a state

10    income tax down there.  They have what's called a

11    franchise tax.  Okay?  It's fairly sizeable.  I don't

12    know, it's -- I don't quite remember.  But in the big

13    scheme of things, it's maybe three or four thousand

14    -- maybe $5,000 a year.  And, well, I didn't -- I

15    wasn't working at Chocolate Soup.  Okay?  And low and

16    behold, they find me somehow and want me to come up

17    with it.  And fortunately, one of the -- one or two

18    of the years -- how do I want to say this?  I guess

19    you have to have the State of Texas permission to go

20    out of business and you got to file all these forms

21    that you're no longer there, et cetera, et cetera.

22    Dissolution of -- articles of dissolution, the whole

23    bit.  Well, it was like, hey, I'm not getting paid

24    for this, what the hell do you want me to do?  So

Robert D. Bazan

Page 178

1        A.      Middle to late '90s.

2        Q.      And then you had retail employees --

3        A.      Right.

4        Q.      -- around the country?

5        A.      At its peak we had 14 doors.  So if

6    you add 14 managers.  Oh, say three to four part-time

7    people per store.  Whatever that comes out to.

8              At the hotel it consistently ran

9    about -- well, business is seasonal.  In the

10   off-season maybe 60 people.  Again, this is full and

11   part-time.  More part-time than full.  And then in

12   the summer season, you know, maybe it'd goose up to

13   85 or 90 people.

14       Q.      All right.  And in 2009, do you know

15   about how many employees were left?

16       A.      Well, none at the factory.  Hotel --

17   at what point in '09?  Just right before we closed

18   it?

19       Q.      Yeah.

20       A.      Okay.  On December 8th -- I went up

21   and closed the hotel on December 8th, 2008.  Counting

22   part-time people, probably 25.

23       Q.      Did anybody go with you when you went

24   up there in December?