DAVID AGARD, et al.,                          )
                                              )        IN THE UNITED STATES
                  Plaintiffs,                 )        DISTRICT COURT FOR THE
                                              )        EASTERN DISTRICT OF
                                              )        LOUISIANA
                                              )
        v.                                    )        Case Code No: 1657
                                              )        Docket No: 2:05-cv-01089-EEF-DEK
                                              )
MERCK & CO., INC., et al.                     )        STIPULATION OF DISMISSAL
                                              )        WITH PREJUDICE AS TO
                  Defendant.                  )        ALL DEFENDANTS
                                              )
                                              )
                                              )

        Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that

all claims of plaintiff s **James Demoski** and **Doreem Demoski** against defendant Merck &

Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each

party to bear its own costs.


_____          _____
Ronald Benjamin                            Phillip A. Wittmann
The Law Office of Ronald                   Dorothy H. Wimberly
Benjamin                                   Stone Pigman Walther Wittmann LLC
126 Riverside Drive                        546 Carondelet Street
PO Box 607                                 New Orleans, LA 70130
Binghamton, NY 13902                       (504) 581-3200 Tel
(607) 772-1442                             (504) 581-3361 Fax

                                           Attorneys for Merck & Co., Inc.
Attorneys for Plaintiff
                                           Dated: 12/22/14
Dated: 10/10/14

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of December, 2014.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel