|  |  |
|---|---|
| LARRY L. SMITH and <br> FRANCES SMITH, <br><br> Plaintiffs, <br><br> v. <br><br> MERCK, SHARP & DOHME, CORP. et. al., <br><br> Defendants. | IN THE UNITED STATES <br> DISTRICT COURT FOR THE <br> EASTERN DISTRICT OF <br> LOUISIANA <br><br> Case Code No: 1657 <br> Docket No: *2:08-cv-04639-EEF-DEK* <br><br> STIPULATION OF DISMISSAL <br> WITH PREJUDICE AS TO <br> ALL DEFENDANTS |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiffs Larry L. Smith and Frances Smith against defendant Merck, Sharp & Dohme, Corp. and all other defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

TRENAM KEMKER LAW FIRM
By: /s/ *[signature]*
John D. Goldsmith
Amy L. Drushal  0546895 FLBar
Trenam Kemker Law Firm
101 E. Kennedy Boulevard, Suite 2700
Tampa, FL 33602
(813) 227-7456

*Counsel for Plaintiffs*

Dated: 5.13.14

LAW OFFICES OF STONE PIGMAN
WALTHER WITTMANN, L.L.C.
By: *[signature]*
Dorothy H. Wimberly, 18509
Stone Pigman Walther Wittmann, P.L.L.C.
546 Carondelet St.
New Orleans, LA 70130
Phone: 504-581-3200

*Counsel for Merck, Sharp & Dohme Corp.*

Dated: 12/22/14

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Stipulation of Dismissal With Prejudice* has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of December, 2014.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

866478v.1