# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| ***This document relates to all Plaintiffs on*** | * | **KNOWLES** |
| ***attached Exhibits A, B and C*** | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## DEFENDANT MERCK SHARP & DOHME'S
## *OMNIBUS* MOTION TO SUPPLEMENT PRIOR ORDERS OF DISMISSAL
## REGARDING DERIVATIVE PLAINTIFFS

1. This Court previously dismissed each of the plaintiff product users listed on Exhibits A, B, and C for varied reasons including entry of a stipulation of dismissal tendered within the Vioxx Resolution Program, failure to comply with the pretrial orders of this Court, or other voluntary or involuntary dismissals. The specific Order dismissing the claims of the primary product user are identified on Exhibits A, B and C by document numbers from the MDL Docket on PACER.

2. However, the stipulations and/or orders of dismissal did not in all cases separately identify all of the derivative plaintiffs associated with each of those cases. As a result, the court's docket continues to show derivative plaintiffs as pending. In addition, as to Exhibit B, although the Court previously entered an order of dismissal as to the product user plaintiff, that plaintiff is also still reflected as open on the Court's docket.

3.      Therefore, defendant Merck, Sharp & Dohme ("Merck") hereby moves this Court to supplement its previous orders of dismissal as to each of these plaintiffs to reflect that the claims of the all plaintiffs listed on Exhibits A, B and C are dismissed with prejudice.

4.      Furthermore, if the Court grants the relief requested by this motion, as to each of the cases listed on Exhibit A and Exhibit B, there will be no remaining open plaintiff, and Merck therefore requests that the Court direct the clerk's office to mark the entire case as closed.  Other plaintiffs remain open on the Court's docket as to the cases in Exhibit C.

Dated:  December 22, 2014                    Respectfully submitted,


                                             By:*/s/ Dorothy H. Wimberly*
                                                 Phillip A. Wittmann, 13625
                                                 Dorothy H. Wimberly, 18509
                                                 STONE PIGMAN WALTHER
                                                 WITTMANN L.L.C.
                                                 546 Carondelet Street
                                                 New Orleans, Louisiana 70130
                                                 Phone: 504-581-3200
                                                 Fax:    504-581-3361

                                                 Defendants' Liaison Counsel

                                                  —and—

                                                 Douglas R. Marvin
                                                 Eva Petko Esber
                                                 M. Elaine Horn
                                                 WILLIAMS & CONNOLLY LLP
                                                 725 Twelfth Street, N.W.
                                                 Washington, D.C. 20005
                                                 Phone: 202-434-5000
                                                 Fax:    202-434-5029

                                                 Attorneys for Merck Sharp & Dohme Corp.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of December, 2014.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel