**Exhibit A: Second Omnibus Derivatives Motion**

|   | Case name | Case number | Product User (R. Record No. of Dismissal) | Derivative Plaintiff | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 1. | Doyle et al v. Merck & Co Inc | 2:05-cv-04436-EEF-DEK | Matthew Jeanfreau (R. 47816) | Matt Jeanfreau | Andry Law Group, LLC |
| 2. | Doyle et al v. Merck & Co Inc | 2:05-cv-04436-EEF-DEK | Dan Dorsey (R. 17838)<br><br>Note: Dismissal order R. 17838 had incorrect docket number | Margaret Dorsey | Andry Law Group, LLC |
| 3. | Doyle et al v. Merck & Co Inc | 2:05-cv-04436-EEF-DEK | Leurline Smith (R. 16531) | Leon Smith | Andry Law Group, LLC |
| 4. | Doyle et al v. Merck & Co Inc | 2:05-cv-04436-EEF-DEK | Michael Hager, Sr. (R. 33021) | Bonnie S. Hager<br>Michael Jr. Hager<br>Michelle Chauppetta | Andry Law Group, LLC |
| 5. | Allenbach, et al v. Merck & Co Inc | 2:05-cv-04886 | Eileen Farmer (R. 11464) | Richard Farmer | Robert J. Derby & Associates |
| 6. | Lyons v. Merck & Co Inc | 2:05-cv-06202-EEF-DEK | Melvina Lyon, individually and as plaintiff *ad litem* for Earl Lyons (R. 47194) | Briana Lyons | Humphrey, Farrington & McClain, PC |
| 7. | Janke v. Merck | 2:2005-cv-01245-EEF-DEK | Carlene Creel (R. 24270) | Jane Walker | Pro se |
| 8. | Jolley v. Merck & Co Inc | 2:05-cv-00535-EEF-DEK | Bill Jolley (R. 36835) | Cheryl Jolley | Bailey Law Firm |
| 9. | Jolley v. Merck & Co Inc | 2:05-cv-00535-EEF-DEK | Jimmy Ford (R. 41409) | Adonna Ford | Bailey Law Firm |

1176672v1

|     | Case name | Case number | Product User (R. Record No. of Dismissal) | Derivative Plaintiff | Plaintiffs' Counsel |
| --- | --- | --- | --- | --- | --- |
| 10. | Christman et al v. Merck & Co Inc | 2:05-cv-02014-EEF-DEK | Sandra Christman, as representative of the estate of Henrietta Walker (R. 26547) | Sandra Christman Elizabeth Gilman | James, Vernon & Weeks |
| 11. | Matlock et al v. Merck & Co Inc | 2:05-cv-06575-EEF-DEK | Tony Lee Matlock (R. 21586) | Shannon M. Matlock; and Chris Matlock | Kaiser Firm, LLP |
| 12. | McMichen et al v. Merck & Co Inc | 2:05-cv-04774-EEF-DEK | Lane Tyler Morris (R. 12501) | Linda Morris | Pittman, Dutton & Hellums, PC |
| 13. | Blair, et al v. Merck & Co Inc | 2:05-cv-04272-EEF-DEK | Gloria Blair, individually and as representative for James Blair (R. 39661) | Gloria Blair | Young Firm |
| 14. | Blair, et al v. Merck & Co Inc | 2:05-cv-04272-EEF-DEK | Claude Watson (R. 16531) | Barbara Watson | Young Firm |
| 15. | Davis et al v. Merck & Co Inc | 2:06-cv-10165-EEF-DEK | Howard Hohman (R. 10295) | Victoria Hohman | Seeger Weiss LLP |
| 16. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | Elizabeth Evans (R. 17761) | William Winning | Joseph C. Blanks, P.C. |
| 17. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | Agnes Hunter (R. 17761) | James McGone | Joseph C. Blanks, P.C. |
| 18. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | John Reilly (R. 17761) | Isabel Reilly | Joseph C. Blanks, P.C. |
| 19. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | John Kupczak (R. 17761) | Sandra A Kupzak | Joseph C. Blanks, P.C. |
| 20. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | John McLaren (R.17761) | Norma Law | Joseph C. Blanks, P.C. |
| 21. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | Patrick McGrath (R._17761) | Mary McGrath | Joseph C. Blanks, P.C. |

1176672v1

|     | Case name | Case number | Product User (R. Record No. of Dismissal) | Derivative Plaintiff | Plaintiffs' Counsel |
|-----|-----------|-------------|-------------------------------------------|----------------------|---------------------|
| 22. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | Elizabeth McNeillie (R. 17761) | Thomas McNeillie | Joseph C. Blanks, P.C. |
| 23. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | Alexander Roger (R.17761) | Frieda Valante | Joseph C. Blanks, P.C. |
| 24. | Hitch et al v. Merck & Co Inc | 2:06-cv-01058-EEF-DEK | Kathleen Phalen (R. 24267) | Clyde Anthony Phalen, Jr | Kaiser Firm, LLP |
| 25. | Connolly et al v. Merck & Co Inc. | 2:06-cv-02708-EEF-DEK | Suzanne Holdredge (R. 18527) | Larry Holdredge | Law Office of Ronald R. Benjamin |
| 26. | Connolly et al v. Merck & Co Inc. | 2:06-cv-02708-EEF-DEK | William Patrick (R.18527) | Mary Patrick | Law Office of Ronald R. Benjamin |
| 27. | Clark et al v. Merck & Co Inc | 2:06-cv-06942-EEF-DEK | Eloina Flores ( R. 58235) Diana Flores Medling (R 25106). | Diana Flores-Meling | Matthews & Associates |
| 28. | Hertig et al v. Merck & Co Inc | 2:06-cv-10161-EEF-DEK | Brad Aman (R. 10293) | Sandra Aman | Seeger Weiss LLP (New York) |
| 29. | Herrera et al v. Merck & Co Inc et al | 2:07-cv-00926-EEF-DEK | Maria Delores Herrera (R. 11573) | Luis Herrera | John H. Modesett, III, Attorney at Law |
| 30. | Guerra et al v. Merck & Co Inc et al | 2:07-cv-00927-EEF-DEK | Estela Guerra (R. 11572) | Eduardo Guerra | John H. Modesett, III, Attorney at Law |
| 31. | Rodriguez et al v. Merck & Co Inc et al | 2:07-cv-00954-EEF-DEK | Richard Rodriguez (R. 54457) | Luis Angel Rodriguez | John H. Modesett, III, Attorney at Law |
| 32. | Rodriguez et al v. Merck & Co Inc et al | 2:07-cv-00954-EEF-DEK | Richard Rodriguez (R. 54457) | Ruben Rodriguez | John H. Modesett, III, Attorney at Law |

1176672v1

|  | **Case name** | **Case number** | **Product User (R. Record No. of Dismissal)** | **Derivative Plaintiff** | **Plaintiffs' Counsel** |
|---|---|---|---|---|---|
| 33. | Rodriguez et al v. Merck & Co Inc et al | 2:07-cv-00954-EEF-DEK | Richard Rodriguez (R. 54457) | Naomi Franco | John H. Modesett, III, Attorney at Law |
| 34. | Rodriguez et al v. Merck & Co Inc et al | 2:07-cv-00954-EEF-DEK | Richard Rodriguez (R. 54457) | Rachel Rodriguez | John H. Modesett, III, Attorney at Law |
| 35. | Adam et al v. Merck & Co Inc et al | 2:07-cv-01252-EEF-DEK | Thomas Adam (R. 17761) | Melanie Adam Allan Beverley Adam Frew Sharron Adam | Newman, Fitch, Altheim & Myers, PC |

1176672v1