**Exhibit B**
**Second Omnibus Motion Regarding Derivative Plaintiffs**

|  | Case name | Case number | Product User Plaintiffs (R. Record Number of Dismissal) | Derivative Plaintiffs | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 1. | Whitty et al v. Merck & Co Inc | 2:05-cv-01112-EEF-DEK | Lawrence Whitty (R. 17004) | Nancy Whitty | Lopez McHugh, LLP |
| 2. | Martin v. Merck & Co Inc | 2:05-cv-06011-EEF-DEK | Richard Martin (R. 26617) | Javonda Martin | Pro Se |
| 3. | Roman-Velez et al v. Astra Merck, Inc. et al | 2:06-cv-00109-EEF-DEK | Rafaela Roman-Velez (R.48659) | Ricardo Concepcion-Cruz (R. 48659) Ricardo Concepcion-Roman | Weitz & Luxenberg, PC |
| 4. | Davis et al v. Merck & Co Inc | 2:06-cv-10165-EEF-DEK | Howard Hohman (R. 10295) | Victoria Hohman | Seeger Weiss LLP |
| 5. | Wells et al v. Merck & Co Inc | 2:07-cv-01704-EEF-DEK | David Wells (R. 17004) | Dorothy Wells | Lopez McHugh, LLP |
| 6. | Savage et al v. Merck & Co Inc | 2:07-cv-02943-EEF-DEK | Gloria Savage (R.17004) | Milton Savage | Lopez McHugh, LLP |

1176673v1