Exhibit C
Second Omnibus Motion Regarding Derivative Plaintiffs

|   | Case name | Case number | Product User Plaintiffs (R. Record Number of Dismissal) | Derivative Plaintiffs | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 1. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK | Maria Nikolova (R. 17761 ) | Sieniecki Nikolova | Barnes Firm, PC |
| 2. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK | Yvonne Bradley (R. 17815) | Robert M. Bradley | Pro Se |
| 3. | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | Rodney Darrow (R. 18527) | Divina Darrow | Law Office of Ronald R Benjamin |
| 4. | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | Ronald O'Connor (R. 18527) | Karen O'Connor | Law Office of Ronald R Benjamin |
| 5. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK | Deoma Chriss (R. 17723 ) | Kent W. Chriss, estate rep of Deoma Chriss | Barnes Firm PC |
| 6. | Atkinson, Allen v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK | Patricia Lilly (R. 10945) | Windle Lilly | Mark P. Robinson, Jr., Attorney at Law |
| 7. | Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK | Glenn Dier (R. 18527) | Cheryl Dier | Law Office of Ronald R Benjamin |
| 8. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK | Beverly Wells (R. 18853) | Jennie Stephens | Salim-Beasley, LLC |
| 9. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK | Williams Kelleher (R. 16493) | Susan Kelleher | Trepanier & MacGillis PA |
| 10 | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK | Rick Ruzycki (R.17761) | Shannon Ruzycki, | Trepanier & MacGillis PA |
| 11 | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK | Anna Cannioto (R. 17815) | John Canniotto | Pro Se |

1176676v1

| 12. | Culberson et al v. Merck & Co Inc | 2:06-cv-02653-EEF-DEK | Stella Farmer (R. 13994) | Walter Farmer | Schlichter, Bogard & Denton |

1176676v1