UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to all Plaintiffs on attached Exhibits A, B and C* | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**ORDER OF DISMISSAL**

Upon consideration of Merck's Second Omnibus Motion For Supplemental Orders of Dismissal Relating to Derivative Plaintiffs:

**IT IS ORDERED**, that all claims of all Plaintiffs listed on the attached Exhibits A, B, and C that were not previously dismissed by Order of this Court are hereby dismissed against Defendant Merck and any other named defendants are hereby dismissed, each party to bear its own costs.

**IT IS FURTHER ORDERED**, that the Clerk's office is directed to mark each of the cases identified on Exhibit A and B as closed as there are no remaining open plaintiffs associated with the listed cases.

**NEW ORLEANS, LOUISIANA,** this _____ day of December, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1176677v1