UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| **Cases on Attached Exhibit A** | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

# DEFENDANT MERCK SHARP & DOHME CORP.'S SECOND MOTION FOR SUPPLEMENTAL ORDER OF DISMISSAL ADDRESSING <u>PLAINTIFF NAME DISCREPANCIES</u>

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss the claims of all remaining plaintiffs in the cases listed on Exhibit A hereto based on previous orders of dismissal and principles of *res judicata*. In support of this motion Merck states:

1) Each of the cases listed on Exhibit A hereto remains open on the Court's docket with respect to the plaintiffs listed on Exhibit A in the columns entitled "Plaintiff Name – Open on Docket."

2) In each case this Court has previously entered an Order of Dismissal in the case, in most cases referring to the plaintiff by a different name, or with a slight discrepancy in spelling. The plaintiffs' names as reflected on the Order of Dismissal, and the Record Number for the Orders of Dismissal, are also listed on Exhibit A. In a few cases, the name listed as open on the Court's docket does not appear on the Complaint, and appears to be a clerical error. For

example, in the *Clayton* case, although plaintiff Nancy Williams is listed on the Court's docket, there is no party with the surname "Williams" named in the Complaint.

3) As to three of the cases, there are also a few additional plaintiffs that appear open on the Court's docket, but have already been dismissed by a prior order of the Court, or are subject to dismissal as the derivative plaintiff of a product user who has already been dismissed. These plaintiff's, and the bases for their dismissal, are noted in the column entitled "Other Open Plaintiffs Subject to Dismissal".

4) The plaintiffs listed on Exhibit A are the only remaining plaintiffs still shown as open on the court's docket in those cases. Therefore, a ruling by the Court granting this motion would also allow for the Clerk's office to mark all cases listed on Exhibit A "closed" on the Court's docket.

5) Accordingly, Merck requests that the Court enter a supplemental order of dismissing any and all remaining claims in these actions, and directing the Clerk's office to mark the case closed on the Court's docket. A proposed order is attached.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion and enter the requested order.

Dated:  December 22, 2014 	Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defendants' Liaison Counsel*

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

3

**CERTIFICATE OF SERVICE**

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 22nd day of December , 2014.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel