**Exhibit A**
**Second Motion Addressing Plaintiff Name Discrepancies**

| Case Name | Docket No. | Plaintiff Name – Open on Docket | Plaintiff Name - Dismissal Order | Other Open Plaintiffs Subject to Dismissal | Plaintiff's Counsel |
|---|---|---|---|---|---|
| Thompson *et al* v. Merck & Co. Inc. | 2:05-cv-04055-EEF-DEK | Joseph Lee | Henry Joseph Lee (R. 33554) | Stan Hurst (R. 33532) and Diana Crowder (R.45752) - both previously dismissed but still open on docket | Wagstaff & Cartmell, LLP |
| Allen et al v. Merck & Co Inc | 2:05-cv-04435-EEF-DEK | Barbara Nalton | Barbara Walton (R. 17913) | Irving Breaux, Sr. (R. 3786-3787); Arbell Burton (R. 17768); Ardessa Carr (R. 17768); Harold Williams (R. 24270) – all previously dismissed but still open on docket. | Jones, Swanson, Huddell & Garrison, LLC |
| Clayton *et al* v. Merck & Co. Inc. | 2:05-cv-05396-EEF-DEK | Nancy Williams (not named in Complaint) | | | Lieff, Cabraser, Heimann & Bernstein, LLP (Nashville) |
| Bernard v. Merck | 2:06-cv-09743-EEF-DEK | Mary Cerpa | Mary Serpa (R.18655) | | Bonsignore & Brewer |
| Abate *et al* v. Merck & Co. Inc. *et al* | 2:06-cv-02209-EEF-DEK | Ruth Lieberth | Carolyn Lieberth (R.60710) | Suzanne M. Huddleson - previously dismissed but still open on docket (R. 23388). | Barnes Firm, PC |
| Stokes *et al* v. Merck & Co. Inc. | 2:06-cv-06692-EEF-DEK | Diana Stowers | Carol Stowers (R. 40114) | | Parks & Crump, LLC |

1

| Andrews et al v. Merck & Co. Inc. et al | 2:06-cv-02218-EEF-DEK | Ronald Pickering | Donald Pickering (R.50433) | Lucas Slominski (previous dismissal order for Agatha Slominski as representative of the estate of Lucas Slominski (R. 18508) | Barnes Firm, PC |
|---|---|---|---|---|---|
| Andrews et al v. Merck & Co. Inc. et al | 2:06-cv-02218-EEF-DEK | Joseph J Rodovich | Joseph J. Radovich (R.42083) | Kathryn Atwood - derivative of dismissed product user Paul Atwood (R. 12930); and<br><br>Shirley Thompson - derivative of dismissed product user William Thompson ( R. 52930) | Barnes Firm, PC |
| Wheeler et al v. Merck & Co. Inc. | 2:07-cv-05251-EEF-DEK | Elizabeth Blum | Lorrain Blum (R. 24341) | | Branch Law Firm |