## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Cases on Attached Exhibit A* | * | KNOWLES |

*************************************************************************

### ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Second Motion For Supplemental Order of Dismissal Addressing Plaintiff Name Discrepancies, bringing to the Court's attention name discrepancies between previous orders of dismissal entered by this Court, and the plaintiff name as reflected on the Court's docket,

**IT IS ORDERED** that Merck's motion is granted and all claims of the plaintiffs listed on Exhibit A are hereby dismissed with prejudice; the claims of all plaintiffs in such actions now being dismissed, the cases are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1176608v1