UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Cases on Attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

### ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Motion For Dismissal of Plaintiffs Excluded from Amended Complaints,

**IT IS ORDERED** that the plaintiffs reflected as on Exhibit A as open on the Court's docket are hereby dismissed with prejudice.

**NEW ORLEANS, LOUISIANA**, this  22nd  day of     December    , 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1176559v1

**Exhibit A:**
**Defendant Merck Sharp & Dohme Corp.'s**
**Motion To Dismiss Plaintiffs Dropped from Amended Complaints**

| Case name | Case number | Plaintiffs Dropped from Amended Complaint | Plaintiffs' Counsel |
|---|---|---|---|
| Black *et al* v. Merck & Co. Inc., *et al*. | 2:06-cv-06442-EEF-DEK | Judith Fields | Branch Law Firm |
| Pool *et al* v. Merck & Co. Inc., *et al*. | 2:06-cv-03154-EEF-DEK | Manuel Arzamendi Rosario Arzamendi | Brian S. Riepen, Attorney at Law |
| Culberson *et al* v. Merck & Co. Inc,, *et al*. | 2:06-cv-02653-EEF-DEK | Wayne Slavens | Schlichter, Bogard & Denton |
| Baker et al v. Merck & Co Inc et al | 2:06-cv-06436-EEF-DEK | Sara Shepard | Branch Law Firm |
| Baxter et al v. Merck & Co Inc et al | 2:06-cv-06440-EEF-DEK | Barbara McGuire *Individually and for the Estate of Henry McGuire* | Branch Law Firm |

1176557v1