UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A & B* | * | KNOWLES |

**************************************************************************

# DEFENDANT MERCK SHARP & DOHME'S SECOND MOTION REGARDING ORDERS ON STIPULATIONS OF DISMISSAL

1. With respect to the plaintiffs listed 1 through 5 on the attached Exhibit A – Harold Morrison, Ralph Wayne Davis, Cheryl D. Gros, Jerrlyn abd Bobby Moxter -- each of those plaintiffs previously provided voluntary stipulations of dismissal with prejudice as to all defendants which were filed with the Court, but orders of dismissal have not been entered. Accordingly, Merck requests that an order be entered at this time, dismissing all claims of those plaintiffs with prejudice.

2. As to the sixth plaintiff on Exhibit A, Russell Levy, Merck received service of a Voluntary Notice of Dismissal in December 2005. However, Mr. Levy's remains listed as a pending plaintiff on this Court's docket, and Merck has not been able to locate a copy of the Notice of Voluntary Dismissal, or an order entering dismissal on the Court's docket. Accordingly, Merck now moves for an order of dismissal in accordance with the earlier served notice.

1176716v1

- 2 -

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE PIGMAN WALTHER
    WITTMANN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:    504-581-3361

    Defendants' Liaison Counsel

    —and—

    Douglas R. Marvin
    Eva Petko Esber
    M. Elaine Horn
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    Phone: 202-434-5000
    Fax:    202-434-5029

    Attorneys for Merck Sharp & Dohme Corp.

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of December, 2014.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel