**Exhibit A**
**Merck's Second Motion Regarding Orders on Stipulations of Dismissal**

|  | Case name | Case number | Plaintiffs Open on Pacer | Plaintiffs' Counsel – (Firm Name Only) |
|---|---|---|---|---|
| 1. | Booher v. Merck | 2:05-cv-02385-EEF-DEK | Harold Morrison *Administrator for the Estate of Sherry Morrison* (R.64830) | McAfee Law Firm, PC |
| 2. | Barker, Rita B. v. Merck & Co., Inc. | 2:05-cv-06535-EEF-DEK | D Bobby L Moxter (R.64812) | Fibich, Hampton & Leebron, LLP |
| 3. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK | Jerrlyn Knotts (R.64409) | Fibich, Hampton & Leebron, LLP |
| 4. | Davis v. Merck | 2:06-cv-07105-EEF-DEK | Ralph Wayne Davis (R.64828) | Bailey & Galyen |
| 5. | Gros v. Merck | 2:08-cv-05128-EEF-DEK | Cheryl D. Gros (R.64552) | Law Offices of Donald J. Melancon, LLC |
| 6. | Daniel et al v. Merck & Co Inc | 2:05-cv-01154-EEF-DEK | Russell Levy | Mithoff Law Firm |

1176714v1

1176714v1