## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *See Attached Exhibits A & B* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER OF DISMISSAL

Upon consideration of Merck's Second Motion Regarding Orders on Stipulations of Dismissal:

**IT IS ORDERED**, that all claims of the following Plaintiffs are hereby dismissed against Defendant Merck and any other named defendants with prejudice, each party to bear its own costs: Harold Morrison, Administrator for the Estate of Sherry Morrison; D Bobby L. Moxter; Jerrlyn Knotts; Ralph E. Wayne Davis; and Cheryl D. Gros.

**IT IS FURTHER ORDERED**, that based upon the Notice of Voluntary Dismissal attached as Exhibit B to the motion, all claims of Russell Levy are also dismissed.

**NEW ORLEANS, LOUISIANA,** this _____ day of December, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1176717v1