UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| **Cases on Attached Exhibit A** | * | KNOWLES |
| | * | |
| | * | |

*******************************************************************************

**DEFENDANT MERCK SHARP & DOHME CORP.'S
THIRD MOTION FOR SUPPLEMENTAL ORDER OF DISMISSAL
<u>REGARDING ESTATE REPRESENTATIVE PLAINTIFFS</u>**

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss the claims of the plaintiffs in the cases listed on Exhibit A hereto based on a previous order of dismissal and principles of *res judicata*.  In support of this Motion Merck states:

1)  Each of the cases listed on Exhibit A hereto remains open on the Court's docket with respect to the plaintiffs listed on Exhibit A in the column entitled "Plaintiff(s) – Open on Docket."

2)  However, in each case a Order of dismissal has previously been entered related to that plaintiff.  Each of these cases involved deceased product users, with estate representatives.  In all but one of these cases, the order of dismissal set forth the name of the decedent Vioxx product user in the order of dismissal, while the decedent's estate representative remains as an open plaintiff on the Court docket, or *vice versa*.  One exception is  the Batt case, in which a dismissal stipulation was filed, and order of dismissal entered, as to the decedent (Geane Cope) and the decedent's representative, but two derivative plaintiffs remain open on the docket.

1

3)   Defendant Merck submits that, in each case, the intention of the order of dismissal was to dismiss all claims relating to the decedent Vioxx product user, brought either in the product user's name or by a plaintiff acting in a representative capacity, and any derivative claims.  The attached exhibit contains the record locator number on the MDL docket for each of the orders of dismissal.

4)   The open plaintiffs listed on Exhibit A are the only remaining plaintiffs still shown as open on the court's docket in those cases, with two exceptions, where there are other plaintiffs open on the docket also subject to dismissal. Those additional plaintiffs, listed in the column marked "Other Plaintiffs Open on Docket – For Dismisal" are: (1) in the *Bloomberg* case, plaintiffs Leo and Linda Caito filed a Voluntary Dismissal prior to transfer to this MDL, a copy of which is attached hereto as Exhibit B; and (2) in the *Batt* case, laintiff Bill Tucker was previously dismissed, but the incorrect case number was on the order of dismissal.  Merck respectfully requests that plaintiffs Leo M. Caito, Linda Caito and Bill Tucker also be dismissed.

5)    A ruling by the Court granting this motion would also allow for the Clerk's office to mark all cases listed on Exhibit A "closed" on the Court's docket.

6)   Accordingly, Merck requests that the Court enter a supplemental order of dismissal that directs the clerk's office to dismiss any and all remaining claims of the plaintiffs listed on Exhibit A that were not previously dismissed, and to mark each of those cases closed on the court's docket.  A proposed order is attached.

1176719v1

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion, and enter the requested order.

Dated:  December 23, 2014                                  Respectfully submitted,


By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defendants' Liaison Counsel*

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

1176719v1

## CERTIFICATE OF SERVICE

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of December, 2014.

>   /s/ Dorothy H. Wimberly
>   Dorothy H. Wimberly, 18509
>   STONE PIGMAN WALTHER WITTMANN L.L.C.
>   546 Carondelet Street
>   New Orleans, Louisiana  70130
>   Phone:  504-581-3200
>   Fax:      504-581-3361
>   dwimberly@stonepigman.com
>
>   Defendants' Liaison Counsel

1176719v1