**CT CORPORATION**
A WoltersKluwer Company

**Service of Process Transmittal**
05/17/2005
Log Number 510215810

**TO:** Debra A Bollwage
Merck & Co., Inc.
One Merck Drive
Whitehouse Station, NJ, 08889-0100

**RE:** **Process Served in Ohio**

**FOR:** Merck & Co., Inc. (Domestic State: NJ)

**ENCLOSED ARE COPIES OF LEGAL PROCESS RECEIVED BY THE STATUTORY AGENT OF THE ABOVE COMPANY AS FOLLOWS:**

| | |
|---|---|
| **TITLE OF ACTION:** | Virginia Bloomberg, et al., Pltfs. vs. Merck & Co., Inc., Dft. |
| **DOCUMENT(S) SERVED:** | Letter, Notice |
| **COURT/AGENCY:** | Erie County Court of Common Pleas, OH<br>Case # 2005CV249 |
| **NATURE OF ACTION:** | Medical Injury - Notice of voluntary dismissal without prejudice |
| **ON WHOM PROCESS WAS SERVED:** | C T Corporation System, Cleveland, OH |
| **DATE AND HOUR OF SERVICE:** | By Regular Mail on 05/17/2005 postmarked on 05/10/2005 |
| **APPEARANCE OR ANSWER DUE:** | None Specified |
| **ATTORNEY(S) / SENDER(S):** | John T. Murray<br>Murray & Murray Co., LPA<br>111 E. Shoreline Dr.<br>P. O. Box 19<br>Sandusky, OH, 44871<br>216-658-9900 |
| **REMARKS:** | Fedex No. 791074295880 |
| **ACTION ITEMS:** | SOP Papers with Transmittal, via Fed Ex Priority Overnight |
| **SIGNED:** | C T Corporation System |
| **PER:** | Debra Justice |
| **ADDRESS:** | 1300 East 9th Street<br>Suite 1010<br>Cleveland, OH, 44114 |
| **TELEPHONE:** | 216-621-4270 |

Page 1 of 1 / LW

Information displayed on this transmittal is for CT Corporation's record keeping purposes only and is provided to the recipient for quick reference. This information does not constitute a legal opinion as to the nature of action, the amount of damages, the answer date, or any information contained in the documents themselves. Recipient is responsible for interpreting said documents and for taking appropriate action.

FILED
COMMON PLEAS COURT
ERIE COUNTY, OHIO
2005 MAY -9 PM 3:39
BARBARA J. JOHNSON
CLERK OF COURTS

IN THE COURT OF COMMON PLEAS
ERIE COUNTY, OHIO

| | | |
|---|---|---|
| VIRGINIA BLOOMBERG, et al., | ) | Case No. 2005-CV-249 |
| Plaintiffs, | ) | JUDGE TYGH TONE |
| vs. | ) | |
| MERCK & CO., INC., | ) | **PLAINTIFFS' LEO M. CAITO & LINDA CAITO'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO CIV. R. 41(A)(1)** |
| Defendant. | ) | |

Now come the Plaintiffs, Leo M. Caito and Linda Caito, ONLY, by and through counsel, and hereby voluntarily dismiss Defendant, Merck & Co., Inc. pursuant to Ohio Civil Rule 41(A)(1) thus preserving all rights per said rule including but not limited to their right to re-file said action against Defendant and/or their agents. The Complaint shall remain in full force and effect on behalf of the remaining Plaintiffs against Defendant, Merck & Co. Inc.

Respectfully submitted,

John T. Murray (# 0008793)
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870
Telephone: (419) 624-3000
Facsimile: (419) 624-0707

MURRAY & MURRAY
A LEGAL PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
111 EAST SHORELINE DRIVE
P.O. BOX 19
SANDUSKY, OHIO 44871-0019

Philip A. Ciano (# 0066134)
Andrew S. Goldwasser (# 0068397)
CIANO & GOLDWASSER, L.L.P.
MK Ferguson Plaza
1500 West Third Street, Suite 460
Cleveland, Ohio 44113
Telephone: (216) 658-9900
Facsimile: (216) 658-9920

Robert J. DiCello (# 0003353)
Mark A. DiCello (# 0063924)
ROBERT J. DICELLO CO., L.P.A.
7556 Mentor Avenue
Mentor, Ohio 44060
Telephone: (440) 953-8888
Facsimile: (440) 953-9138

Attorneys for Plaintiffs

MURRAY & MURRAY
A LEGAL PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
111 EAST SHORELINE DRIVE
P.O. BOX 19
SANDUSKY, OHIO 44871-0019

2

M00150175

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing Voluntary Dismissal has been forwarded, via regular U.S. Mail, postage prepaid, on this 9th day of May, 2005 to:

Merck & Co., Inc.
c/o CT Corporation System
1300 East Ninth Street
Cleveland, OH 44114

John T. Murray (# 0008793)
MURRAY & MURRAY CO., L.P.A.

MURRAY & MURRAY
A LEGAL PROFESSIONAL ASSOCIATION
ATTORNEYS AT LAW
111 EAST SHORELINE DRIVE
P.O. BOX 19
SANDUSKY, OHIO 44871-0019



M00150175B