## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| **Cases listed on Attached Exhibit A** | * | KNOWLES |
| | * | |
| | * | |

*********************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION
### TO DISMISS CLAIMS OF PLAINTIFFS NAMED ONLY IN CASE CAPTIONS

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss the claims of the plaintiffs in the cases listed on Exhibits A hereto for failure to state a claim and/or failure to prosecute. In support of this Motion Merck states:

1)   Each of the plaintiffs listed on Exhibit A in the column entitled "Plaintiff Named only in Caption of Complaint – Open on Pacer" hereto remains open on the Court's docket. Each of these plaintiffs, however, was named only in the caption of a multi-plaintiff the Complaint, with no corresponding allegations as to that plaintiff in the body of the Complaint. Since filing of the Complaint, no further action has been taken by such putative plaintiff, including no compliance with the various case management orders of this Court requiring such things as service of Plaintiff Fact Sheets, registration of claims pursuant to PTO 31, etc.

1

2) Accordingly, Merck hereby respectfully requests that the Court dismiss each of these plaintiffs be dismissed with prejudice for failure to state a claim and/or failure to prosecute.

3) The above-described plaintiffs are the only remaining plaintiffs still shown as open on the court's docket in those cases, with one exception. In the *Mathes* case, plaintiff Elmer Ainssworth filed a Voluntary Dismissal prior to transfer to this MDL, a copy of which is attached hereto as Exhibit B, and also remains open on the Court's docket. No further action having been taken by plaintiff Ainsworth, Merck also moves that his claims be dismissed with prejudice.

4) A ruling by the Court granting this motion would also allow for the Clerk's office to mark all cases listed on Exhibits A "closed" on the Court's docket.

5) Accordingly, Merck requests that the Court enter an order of dismissal that directs the clerk's office to dismiss any and all remaining claims of the plaintiffs listed on Exhibits A, and to mark each of those cases closed on the court's docket. A proposed order is attached.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion, and enter the requested order.

Dated: December 23, 2014                    Respectfully submitted,

By:_____
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
*Defendants' Liaison Counsel*

1176737v1

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:   202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

**CERTIFICATE OF SERVICE**

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of December, 2014.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel