**Exhibit A – Plaintiffs Named Only in Caption of Complaint**

| Case name | Case number | Plaintiff Named only in Caption of Complaint – Open on Pacer | Other Plaintiffs Open on Pacer | Plaintiffs' Counsel – (Firm Name Only) |
|---|---|---|---|---|
| Baldwin et al v. Merck & Co Inc | 2:06-cv-03376-EEF-DEK | Joann Davis | | Jeffrey J. Lowe, P.C. |
| Campofredano et al v. Merck & Co Inc | 2:06-cv-05066-EEF-DEK | Robert Mineo | | Allan Berger & Associates, PLC |
| Mathes et al v. Merck & Co Inc | 2:06-cv-09767-EEF-DEK | Jack Cecil Sandlin | Elmer Ainsworth - Voluntary Dismissal Filed Prior to MDL Transfer (*See* Exhibit C) | O'Neal Law Firm |

1176738v1