UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>Cases on Attached Exhibit A | * MDL DOCKET NO. 1657<br>* SECTION L<br>*<br>* JUDGE FALLON<br>* MAGISTRATE JUDGE KNOWLES<br>*<br>*<br>*<br>*<br>*<br>*<br>* |

*************************************************************************

**DEFENDANT MERCK SHARP & DOHME CORPORATION'S
MOTION TO DISMISS DUPLICATIVE ACTIONS**

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss the claims of each of the plaintiffs listed on Exhibits A. In support of this Motion defendant states:

1.      Each of the plaintiffs on Exhibit A hereto remains pending on this Court's docket. However, each of the plaintiffs listed on Exhibits A was a plaintiff in more than one action seeking damages for alleged injuries relating to Vioxx usage, with duplicative claims either filed in this MDL, or in another jurisdiction.

2.      With respect to all of the plaintiffs on Exhibits A, either a stipulation of dismissal with prejudice has already been filed in one of the other actions involving the plaintiff.

3.      The above-described plaintiffs are the only remaining plaintiffs still shown as open on the court's docket in those cases.  Therefore, a ruling by the Court granting this motion

1176747v1

would also allow for the Clerk's office to mark all cases listed on Exhibits A "closed" on the Court's docket.

4.  Accordingly, defendant Merck moves this Court to dismiss the claims of each of the plaintiffs listed on Exhibit A with prejudice under principles of *res judicata*, and direct the clerk's office to close these cases on the Court's docket.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion To Dismiss Duplicative Actions, and dismiss the claims of the plaintiff's listed on Exhibit A hereto with prejudice.

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

Defendants' Liaison Counsel

 —and—

Douglas R. Marvin
Eva Petko Esber
Amy R. Davis
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

Attorneys for Merck Sharp & Dohme Corp.

2

1176747v1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of December, 2014.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1176747v1