## Exhibit A

## Merck Motion to Dismiss Duplicative Actions

| Case Name | Case number | Plaintiffs Open on Pacer – for Dismissal | Dismissal in Duplicative Action | Plaintiffs' Counsel |
|---|---|---|---|---|
| Brooks v. Merck & Co Inc et al | 2:06-cv-11007-EEF-DEK | Peter Brooks (derivative of Barbara Brooks) | R. 40269 (2:06-cv-11005) | Gillin, Jacobsen, Ellis & Larsen |
| Copher et al v. Merck & Co Inc et al | 2:06-cv-11441-EEF-DEK | Alan Clark | Stipulated Dismissal in NJ; *see* Exhibit B hereto. | Jeffrey J. Lowe, P.C. |
| Martin v. Merck & Co Inc | 2:08-cv-01776-EEF-DEK | Shirley Martin | R. 24410 (2:05-cv-0347) | Capshaw, Goss & Bowers, LLP |
| Aldin et al v. Merck & Co Inc | 2:06-cv-03382-EEF-DEK | Carol Peterson | R. 53383 (2:07-cv-3742) | Jeffrey J. Lowe, P.C. |
| Brown v. Merck & Co Inc | 2:08-cv-00282-EEF-DEK | Thomas Brown | R. 55653 (2:07-cv-261) | Boone Law Firm |

1176748v1