RECEIVED and FILED
JUN 25 2010
ATLANTIC COUNTY
LAW DIVISION

| | |
|---|---|
| ALAN T. CLARK, | IN THE SUPERIOR COURT |
| Plaintiff, | OF NEW JERSEY |
| | LAW DIVISION, ATLANTIC COUNTY |
| v. | |
| | Case Code Number: 619 |
| | Docket Number: ATL-L-15705-06-MT |
| MERCK & CO., INC., | |
| | STIPULATION OF DISMISSAL |
| Defendant. | WITH PREJUDICE |
| | AS TO ALL DEFENDANTS |

Pursuant to R. 4:37, the undersigned counsel hereby stipulate that all claims of plaintiff **Alan T. Clark** against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

_____
Jeffrey J. Lowe
Francis J. "Casey" Flynn
8235 Forsyth, Suite 1100
St. Louis, MO 63105
(314) 678-3400 Tel
(314) 678-3401 Fax

Dated: 8/28/08

John J. Carey
Sarah Hale Bauman
8235 Forsyth, Suite 1100
St. Louis, MO 63105
(314) 725-7700 Tel
(314) 721-0905 Fax

Attorneys for Plaintiff

_____
Stephen G. Strauss
Bryan Cave LLP
211 N. Broadway, Suite 3600
St. Louis, MO 63102
Tel: (314) 259-2000
Fax: (314) 259-2020

Charles Cohen
Hughes, Hubbard & Reed
One Battery Park Plaza
New York, NY 10004
Phone: (212) 837-6000
Fax: (212) 422-4726

Attorneys for Merck & Co., Inc.

Dated: 5-31-10