UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:** | * | |
| **Cases on Attached Exhibit A** | * | |

*************************************************************************

# ORDER

Considering Defendant Merck Sharp & Dohme Corporation's Motion To Dismiss Duplicative Claims, the Court finds that the grounds for dismissal stated therein should be granted. Accordingly,

**IT IS ORDERED** that the claims of the plaintiffs on Exhibit A are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that the claims of all other plaintiffs in the cases listed on Exhibits A having been previously addressed, all cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2014.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1176749v1