**Exhibit A – Failure to Prosecute**

| Case Name | Docket No. | Plaintiff Open on Docket for Dismissal | Counsel |
|---|---|---|---|
| Gonzales et al v. Merck & Co., Inc. et al | 2:08-cv-01022-EEF-DEK | Virginia Hill | Branch Law Firm |
| Normand v. Merck & Co., Inc. | 2:07-cv-01644-EEF-DEK | Kevin Normand | Douglas M. Schmidt, APLC |
| Jenkins et al v. Merck & Co., Inc | 2:07-cv-01676-EEF-DEK | Sylvester Jenkins Sadie Jenkins | Douglas M. Schmidt, APLC |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Johnny Jackson | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Lynn Appenfeldt | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Daniel Baugh | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Sonja Blair | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Ruth Blawat | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Frances Collins | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Michael Fintak | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Antonio Garcia | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Judith Gibbs | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Clara Gibson | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Cora Gutierrez | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Earnestine Johnson | Capshaw, Goss & Bowers, LLP |

1176879v1

| | | | |
|---|---|---|---|
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Jimmy Johnson | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Jeff Lehman | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Iretha Little | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Gloria Parker | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Arlinda Ransom | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Carl Roberts | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Marilyn Schreffler | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Angela Smith | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Dawn Storm | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Ronald Tischendorf *individually and as representative of the Estate of Gail M. Macemon* | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Melissa Dunleavy *individually and as representative of the Estate of Robert D. Edmonds* | Capshaw, Goss & Bowers, LLP |

1176879v1