**Exhibit B –**
**Prior Dismissal Order as Tolling Claimant**

| Case Name | Docket No. | Plaintiff Open on Docket for Dismissal | Counsel |
|---|---|---|---|
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | John Dixon, Sr. (R. 18760) | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc | 2:07-cv-09138-EEF-DEK | Gary Stewart (R. 18642) | Capshaw, Goss & Bowers, LLP |

1176880v1