**Exhibit C –**
**Prior Dismissal Order**

| Case Name | Docket No. | Plaintiff Open on Docket for Dismissal | Counsel |
|---|---|---|---|
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Opal Dangerfield (R. 24342) | Capshaw, Goss & Bowers, LLP |

1176881v1