UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657<br>SECTION L<br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Numbers:**<br>2:06-cv-02214 |
| **Mary Banks (pertaining to Diane Brown only)** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

### *EX PARTE* MOTION FOR EXTENSION OF TIME TO FILE RESPONSE ON BEHALF OF *PRO SE* PLAINTIFF DIANE BROWN

Merck & Co. Inc. ("Merck") filed a Motion, Rule and Incorporate Memorandum to Show Cause Why Case Should Not Be Dismissed With Prejudice For Failure to Prosecute [Rec. Doc. 65071] as to *pro se* plaintiff Diane Brown. The Court entered Merck's Order, giving Ms. Brown until January 12, 2015 to file any opposition [Rec. Doc. 65076]. The undersigned, in her role as Liaison Counsel for Certain Remaining Personal Injury Cases, was able to contact Ms. Brown through her son. Ms. Brown intends to file an opposition to Merck's Motion, and she contacted *pro se* curator Robert Johnston to receive assistance with the same. However, due to the holidays, Mr. Johnston is away on vacation until sometime in January. Accordingly, the undersigned requests an extension of time to respond through January 31, 2014, so that Ms. Brown has the opportunity to coordinate with the *pro se* curator in filing her opposition.

Respectfully submitted,

/s/ Ann B. Oldfather

_____

Ann B. Oldfather
KBA Bar #52553
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999  (fax)
aoldfather@oldfather.com
*Liaison Counsel for Certain Remaining Personal Injury Cases*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing *Ex Parte* Motion For Extension of Time to File Response on Behalf of *Pro Se* Plaintiff Diane Brown has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 31st day of December, 2014.

/s/ Ann B. Oldfather

_____

Ann B. Oldfather