UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL 1657 SECTION L JUDGE FALLON MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | **Case Numbers:** 2:06-cv-02214 |
| **Mary Banks (pertaining to Diane Brown only)** | PLAINTIFF |
| v. | |
| **Merck & Co., Inc.** | DEFENDANT |

**O R D E R**

Motion having been made by Liaison Counsel for Certain Remaining Personal Injury Cases,

IT IS HEREBY ORDERED BY THE COURT that Plaintiff Diane Brown serve upon Liaison Counsel any opposition to Merck & Co., Inc's Motion to Show Cause Why Case Should Not Be Dismissed For Failure to Prosecute on or before the 31st day of January, 2015.

So ordered.

New Orleans, Louisiana, this __ day of _____, 2015.

_____
Eldon E. Fallon
United State District Judge