**Exhibit A – Plaintiffs Named as Involuntary Plaintiffs**

| Case name | Case number | Plaintiff Named only as Involuntary Plaintiff - Open on Pacer | Plaintiffs' Counsel |
|---|---|---|---|
| Jackson et al v. Merck & Co Inc | 2:07-cv-05240-EEF-DEK | United Healthcare of Wisconsin | Mallery & Kimmerman SC |
| Matthews et al v. Merck & Co Inc. | 2:06-cv-05606-EEF-DEK | Wisconsin Physicians Service Insurance Corporation | Christine M. Witherill, Attorney at Law |
| Daily-Bitzke et al v. Merck & Co Inc | 2:07-cv-03638-EEF-DEK | Compcare Health Services Insurance Corporation | Cannon & Dunphy SC |
| Meixelsperger et al v. Merck & Co, Inc. | 2:07-cv-03731-EEF-DEK | Department of Health and Human Services; Wisconsin Physicians Service Insurance Corporation; Conseco Health Insurance Company | Cannon & Dunphy SC |