## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on Attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Motion To Dismiss Involuntary Plaintiffs,

**IT IS ORDERED** that the Motion is granted and all Plaintiffs listed on Exhibits A be and hereby are dismissed.

**IT IS FURTHER ORDERED** that in as much as the claims of all other plaintiffs in the cases listed on Exhibit A have been previously addressed, all cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of January, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1177280v1