**Exhibit A**
**Motion to Dimiss Plaintiffs Alleging Only Celebrex and/or Bextra Claims**

| Case name | Case number | Plaintiffs Open on Pacer | Plaintiffs' Counsel |
|---|---|---|---|
| Baron et al v. Merck & Co Inc et al | 2:06-cv-09544-EEF-DEK | Debbie Wilburn *for decedent Richard Wilburn* | Jeffrey J. Lowe, P.C. |
| Sherman et al v. Merck & Co Inc et al | 2:07-cv-00198-EEF-DEK | Betty Sherman; Nancy Wise; Michael Starling; James Whitlow; Lester Vogel; Herman Bogard; Jessie Carson; David Aragon; Thomas Tibble; Alfred Mazzanti; Ed James; Jack Fateley; William Fiedler; John Foster; Maggie Osby; Carolyn Staashlem; Janice Talbot; Don Hughes; Richard Kiehl; Johnnie James; Peter Hanczaryk; Cynthia Cox; Pearlena Crockette; Olivette Woods; Mary Jane Jonasen; Barbara Lowden; Shirley Hangst *for decedent Amy Love*; Lucinda Lego; Dawn McDaniel; Anita McDonald; Dorothy Schimmel *for decedent Owen Schimmel* | Jeffrey J. Lowe, P.C. |

1177287v1