A CERTIFIED TRUE COPY

JAN - 5 2007

ATTEST
FOR THE JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2007 JAN -8 PM 3: 20

LORETTA G. WHYTE
CLERK

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

DEC 20 2006

FILED
CLERK'S OFFICE

*DOCKET NOS. 1657 AND 1699*

*BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION*

*MDL-1657- IN RE VIOXX MARKETING, SALES PRACTICES AND
PRODUCTS LIABILITY LITIGATION*
*MDL-1699- IN RE BEXTRA AND CELEBREX MARKETING, SALES
PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*(SEE ATTACHED SCHEDULE)*

*MDL-1657 CONDITIONAL TRANSFER ORDER (CTO-79)
WITH SEPARATION, REMAND AND
MDL-1699 CONDITIONAL TRANSFER ORDER (CTO-47)*

On February 16, 2005, the Panel transferred 138 civil actions to the United States District Court for the Eastern District of Louisiana for coordinated or consolidated pretrial proceedings in MDL-1657 pursuant to 28 U.S.C. § 1407. *See* 360 F.Supp.2d 1352 (J.P.M.L. 2005). Since that time, 5,308 additional actions have been transferred to the Eastern District of Louisiana. With the consent of that court, all such actions have been assigned to the Honorable Eldon E. Fallon.

On September 6, 2005, the Panel transferred 30 civil actions to the United States District Court for the Northern District of California for coordinated or consolidated pretrial proceedings in MDL-1699 pursuant to 28 U.S.C. § 1407. *See* 391 F.Supp.2d 1377 (J.P.M.L. 2005). Since that time, 952 additional actions have been transferred to the Northern District of California. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Breyer.

It appears that the actions on this conditional transfer order comprise claims relating to: 1) the prescription drug Vioxx, which involve common questions of fact with the previously transferred MDL-1657 actions; and 2) the prescription drugs Bextra and/or Celebrex, which involve common questions of fact with the previously transferred MDL-1699 actions.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

JAN - 5 2007

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

___ Fee_____
___ Process_____
_X_ Dktd_____
_✓_ CtRmDep_____
___ Doc. No._____

M0091244436

-2-

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), these actions are transferred under 28 U.S.C. § 1407 to the Eastern District of Louisiana for the reasons stated in the MDL-1657 transfer order of February 16, 2005, and, with the consent of that court, assigned to the Honorable Eldon E. Fallon.

The claims in each action relating to Bextra and/or Celebrex are hereby separated and simultaneously remanded, under 28 U.S.C. § 1407(a), to their respective transferor courts.

Pursuant to Rule 7.4 of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation,</u> 199 F.R.D. 425, 435-36 (2001), the resulting Bextra/Celebrex actions are transferred under 28 U.S.C. § 1407 to the Northern District of California for the reasons stated in the MDL-1699 transfer order of September 6, 2005, and, with the consent of that court, assigned to the Honorable Charles R. Breyer.

This order does not become effective until it is filed in the offices of: 1) the Clerk of the United States District Court for the Eastern District of Louisiana; and 2) the Clerk of the United States District Court for the Northern District of California. The transmittal of this order to said Clerks shall be stayed 15 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 15-day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

## SCHEDULE CTO-79 - TAG-ALONG ACTIONS
## DOCKET NO. 1657
## IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

## SCHEDULE CTO-47 - TAG-ALONG ACTIONS
## DOCKET NO. 1699
## IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

| DIST. DIV. C.A.# | CASE CAPTION | | EDLA SEC. L/3 |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM 8 06-2093 | Lynda Johnson, etc. v. Merck & Co., Inc., et al. | | 07-0177 |
| **ILLINOIS SOUTHERN** | | | |
| ILS 3 06-852 | Gerald Oros v. Merck & Co., Inc., et al. | | 07-0178 |
| ILS 3 06-854 | Kevin Miller v. Merck & Co., Inc., et al. | | 07-0179 |
| ~~ILS 3 06-856~~ | ~~Judith Paoli v. Merck & Co., Inc., et al.~~ | Opposed 1/5/07 | |
| ~~ILS 3 06-857~~ | ~~Carolyn Cole, etc. v. Merck & Co., Inc., et al.~~ | Opposed 1/5/07 | |
| ~~ILS 3 06-866~~ | ~~Darrick Collier v. Merck & Co., Inc., et al.~~ | Opposed 1/5/07 | |
| ~~ILS 3 06-869~~ | ~~Raleigh Dickey v. Merck & Co., Inc., et al.~~ | Opposed 1/5/07 | |
| ILS 3 06-872 | Suzanne Steinbach v. Merck & Co., Inc., et al. | | 07-0180 |
| ILS 3 06-873 | Jack Haskell v. Merck & Co., Inc., et al. | | 07-0181 |
| ILS 3 06-874 | William Wurtz v. Merck & Co., Inc., et al. | | 07-0182 |
| ILS 3 06-875 | Delores Kieffer-Moseley v. Merck & Co., Inc., et al. | | 07-0183 |
| ~~ILS 3 06-878~~ | ~~Laurence Schmidt v. Merck & Co., Inc., et al.~~ | Opposed 1/5/07 | |
| ILS 3 06-881 | John Moseley v. Merck & Co., Inc., et al. | | 07-0184 |
| ILS 3 06-885 | Stephanie Johnson v. Merck & Co., Inc., et al. | | 07-0185 |
| ILS 3 06-886 | Linda Stoutenberg v. Merck & Co., Inc., et al. | | 07-0186 |
| ILS 3 06-891 | Walter Trusty v. Merck & Co., Inc., et al. | | 07-0187 |
| ILS 3 06-892 | Joni Hebblethwaite v. Merck & Co., Inc., et al. | | 07-0188 |
| ~~ILS 3 06-897~~ | ~~Patty Foreman v. Merck & Co., Inc., et al.~~ | Opposed 1/5/07 | |
| ~~ILS 3 06-898~~ | ~~David Garner v. Merck & Co., Inc., et al.~~ | Opposed 1/5/07 | |
| ~~ILS 3 06-905~~ | ~~David White v. Merck & Co., Inc., et al.~~ | Opposed 1/5/07 | |
| ~~ILS 3 06-906~~ | ~~Lena Scher v. Merck & Co., Inc., et al.~~ | Opposed 1/5/07 | |
| ILS 3 06-909 | Shirley Ethridge, etc. v. Merck & Co., Inc., et al. | | 07-0189 |
| ILS 3 06-911 | Clarence Russell, etc. v. Merck & Co., Inc., et al. | | 07-0190 |
| ILS 3 06-912 | Ruth Mikeals, etc. v. Merck & Co., Inc., et al. | | 07-0191 |
| ILS 3 06-914 | Charles Bennett v. Merck & Co., Inc., et al. | | 07-0192 |
| **KANSAS** | | | |
| KS 2 06-2471 | Dale D. Anderson v. Pfizer Inc., et al. | | 07-0193 |
| **MARYLAND** | | | |
| MD 1 06-2964 | Donald C. Mason v. Merck & Co., Inc., et al. | | 07-0194 |
| MD 1 06-2965 | Eula P. Norris v. Merck & Co., Inc., et al. | | 07-0195 |
| MD 1 06-2969 | Eileen M. Farrell v. Merck & Co., Inc., et al. | | 07-0196 |
| MD 1 06-2970 | John J. Klos, etc. v. Merck & Co., Inc., et al. | | 07-0197 |
| **MISSOURI EASTERN** | | | |
| MOE 4 06-1629 | Betty Sherman, et al. v. Merck & Co., Inc., et al. | | 07-0198 |

M00912443B

INVOLVED COUNSEL LIST (CTO-79)
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

INVOLVED COUNSEL LIST (CTO-47)
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Dan H. Ball
Bryan Cave, LLP
One Metropolitan Square
211 N. Broadway
Suite 3600
St. Louis, MO 63102-2750

Elizabeth J. Cabraser
Lieff, Cabraser, Heimann
& Bernstein, LLP
Embarcadero Center West
275 Battery Street
30th Floor
San Francisco, CA 94111-3339

Aaron K. Dickey
Goldenberg, Heller, Antognoli,
Rowland, et al.
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025

Brenda S. Fulmer
Alley, Clark, Greiwe & Fulmer
701 East Washington Street
P.O. Box 3127
Tampa, FL 33601-3127

Edward W. Gerecke
Carlton Fields, P.A.
4221 West Boy Scout Boulevard
Suite 1000
P.O. Box 3239
Tampa, FL 33601-3239

Russ M. Herman
Herman, Herman, Katz
& Cotlar, L.L.P.
201 St. Charles Avenue
Suite 4310
New Orleans, LA 70170

Patricia J. Kasputys
Law Offices of Peter G. Angelos, P.C.
One Charles Center
100 North Charles Street
20th Floor
Baltimore, MD 21201

Norman C. Kleinberg
Hughes, Hubbard Law Firm
One Battery Park Plaza
12th Floor
New York, NY 10004-1482

Jeffrey J. Lowe
Jeffrey J. Lowe, PC
8235 Forsyth Boulevard
Suite 1100
St. Louis, MO 63105

Gregory A. Markel
Cadwalader, Wickersham
& Taft LLP
One World Financial Center
New York, NY 10281

Christopher R. Miller
Humphrey, Farrington
& McClain, P.C.
221 West Lexington
Suite 400
P.O. Box 900
Independence, MO 64051

Angela M. Seaton
Shook, Hardy & Bacon, LLP
2555 Grand Boulevard
Kansas City, MO 64108-2613

Amy W. Schulman
DLA Piper Rudnick
Gray Cary US LLP
1251 Avenues of the Americas
New York, NY 10020-1104

Robert H. Shultz, Jr.
Heyl, Royster, Voelker & Allen
103 West Vandalia Street
Suite 100
P.O. Box 467
Edwardsville, IL 62025

Randy J. Soriano
Bryan Cave, LLP
One Metropolitan Square, Suite 3600
211 N. Broadway
St. Louis, MO 63102-2750

Dori K. Stibolt
Squire, Sanders & Dempsey, LLP
1900 Phillips Point West
777 S. Flagler Drive
West Palm Beach, FL 33401-6198

Jon A. Strongman
Shook, Hardy & Bacon, LLP
2555 Grand Blvd.
Kansas City, MO 64108-2613

George F. Verschelden
Stinson Morrison Hecker, LLP
1201 Walnut Street
Suite 2800
Kansas City, MO 64106-6251

Phillip A. Wittmann
Stone, Pigman, Walther & Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130-3588

M0091244439

INVOLVED JUDGES LIST (CTO-79)
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

INVOLVED JUDGES LIST (CTO-47)
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Hon. Henry E. Autrey
U.S. District Judge
10N Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102

Hon. James L. Foreman
Senior U.S. District Judge
740 U.S. Courthouse
301 West Main Street
Benton, IL 62812

Hon. J. Phil Gilbert
U.S. District Judge
U.S. Courthouse
301 West Main Street
Benton, IL 62812-1362

Hon. David R. Herndon
U.S. District Judge
P.O. Box 259
E. St. Louis, IL 62202-0259

Hon. Richard A. Lazzara
U.S. District Judge
Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

Hon. Benson Everett Legg
Chief Judge, U.S. District Court
7A Edward A. Garmatz Federal Building
& U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201-2605

Hon. G. Patrick Murphy
Chief Judge, U.S. District Court
255 Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. William D. Quarles, Jr.
United States District Court
Edward A. Garmatz Fed. Bldg. & U.S. Courthouse
101 West Lombard Street
Baltimore, MD 21201

Hon. Michael J. Reagan
U.S. District Judge
200 Melvin Price Federal Building
& U.S. Courthouse
750 Missouri Avenue
E. St. Louis, IL 62201

Hon. Kathryn H. Vratil
U.S. District Judge
511 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2400

M00912440

INVOLVED CLERKS LIST (CTO-79)
DOCKET NO. 1657
IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

INVOLVED CLERKS LIST (CTO-47)
DOCKET NO. 1699
IN RE BEXTRA AND CELEBREX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION

Felicia C. Cannon, Clerk
Edward A. Garmatz Federal
Building & U.S. Courthouse
101 W. Lombard Street
Baltimore, MD 21201-2690

James G. Woodward, Clerk
3300 Thomas F. Eagleton U.S. Courthouse
111 South Tenth Street
St. Louis, MO 63102-1116

Norbert G. Jaworski, Clerk
U.S. District Court
P.O. Box 249
E. St. Louis, IL 62202-0249

Ralph L. DeLoach, Clerk
259 Robert J. Dole U.S. Courthouse
500 State Avenue
Kansas City, KS 66101-2430

Sheryl L. Loesch, Clerk
218 Sam M. Gibbons U.S. Courthouse
801 North Florida Avenue
Tampa, FL 33602-3800

M00912444I

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

Judge Anthony J. Scirica
United States Court of Appeals
Third Circuit

**DIRECT REPLY TO:**
Jeffery N. Lüthi
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax: [202] 502-2888

http://www.jpml.uscourts.gov

RECEIVED
DISTRICT COURT
DISTRICT OF LA
2007 JAN -8 PM 3: 2
LORETTA G. WHYTE
CLERK

January 5, 2007

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation (CTO-79)

Dear Ms. Whyte:

   I am enclosing a certified copy and one additional copy of a conditional transfer order filed by the Panel in the above-captioned matter on <u>December 20, 2006</u>. As stipulated in Rule 7.4(a) of the <u>Rules of Procedure of the Judicial Panel on Multidistrict Litigation</u>, 199 F.R.D. 425, 435-36 (2001), transmittal of the order has been stayed 15 days to give any party an opportunity to oppose the transfer. The 15-day period has now elapsed, no opposition was received, and the order is directed to you for filing.

   The Panel's governing statute, 28 U.S.C. §1407, requires that the transferee clerk "...transmit a certified copy of the Panel's order to transfer to the clerk of the district court from which the action is being transferred."

   **The Panel has ordered that its Rule 1.6(a), pertaining to transfer of files, be suspended for purposes of this litigation. Accordingly, the transferee district clerk shall request, and the transferor district clerk shall forward, only those files deemed necessary by the transferee district court.**

   A list of involved counsel is attached.

                                       Very truly,

                                       Jeffery N. Lüthi
                                       Clerk of the Panel

                                       By _____
                                            Deputy Clerk

Attachments

cc:  Transferee Judge:    Judge Eldon E. Fallon
     Transferor Judges:   (See Attached List of Judges)
     Transferor Clerks:   (See Attached List of Clerks)

JPML Form 36A

M0091244442