IN THE CIRCUIT COURT OF THE CITY OF ST. LOUIS
STATE OF MISSOURI

| | |
|---|---|
| **Betty Sherman, et al.** | |
| Plaintiff, | |
| v. | Cause No. 0622-cc-06110 |
| **Merck & Co. Inc., et al.** | Division No. 18 |
| Defendant. | |

### DISMISSAL WITHOUT PREJUDICE

Come now plaintiffs, and dismiss their causes of action against defendant Merck & Co. Inc. without prejudice.

JEFFREY J. LOWE, PC

By: _____
Jeffrey J. Lowe #35114
Francis J. ("Casey") Flynn #52358
Attorney for Plaintiff
8235 Forsyth, Suite 1100
St. Louis, Missouri 63105
(314) 678-3400
Fax: (314) 678-3401

John Carey
Joseph P. Danis
CAREY & DANIS, LLC
8235 Forsyth Boulevard, Suite 1100
St. Louis MO 63105
Telephone: 314-725-7700
Facsimile: 314-721-0905

Charles Lampin
Kell Lampin LLC
4700 Mexican Rd.

Page 2 of 3 received on 11/8/2006 12:29:19 PM [Central Standard Time] for 5528324.

M008A95274

St. Peters, Missouri 63376
636-498-4000

Evan Buxner
Walther Glenn Law Offices
10 S. Brentwood Blvd., Suite 102
St. Louis, MO 63105
314-725-9595
Fax: 314-725-9597

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing was served upon all counsel by mailing a copy thereof by U.S. Mail, postage prepaid, on this 8th day of November, 2006, to the following:

Dan H. Ball
Robert T. Ebert
Stephen G. Strauss
Randy J. Soriano
Bryan Cave, LLP
211 N. Broadway, Suite 3600
St. Louis, MO  63102-2750
314-259-2000
314-259-2020 (fax)

Attorneys for Merck & Co., Inc.,

Jon A. Strongman
SHOOK AND HARDY, L.L.P.
2555 Grand Boulevard
Kansas City, MO 64108

Attorney for Pfizer, Inc. et al.

                                                  */s/ T. Flynn*
                                           _____

M008A95275

# JEFFREY J. LOWE, PC
8235 Forsyth, Suite 1100
St. Louis, MO 63105
(314) 678-3400
FAX: (314) 678-3401

# FAX TRANSMITTAL COVER SHEET

**DELIVER UPON RECEIPT TO:**

| Name | Fax | Phone |
|---|---|---|
| Randy Soriano | 314-552-8324 | |

**TRANSMISSION FROM:**

| Name: Jeffrey J. Lowe | Date: November 8, 2006 | Time: | File No.: |
|---|---|---|---|
| If you encounter difficulties with this transmission contact: Brenda | | # of Pages Including Cover: 3 | |
| Re: | | | |

**COMMENTS:**

THIS FACSIMILE TRANSMISSION IS INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY TO WHICH IT IS ADDRESSED AND MAY CONTAIN INFORMATION THAT IS PRIVILEGED, CONFIDENTIAL, OR EXEMPT FROM DISCLOSURE UNDER APPLICABLE LAW. If the reader of this transmission is not the intended recipient, or the employee or agent responsible to deliver it to the intended recipient, you are hereby notified that any dissemination, distribution, or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original transmission to us at the above address via the U.S. Postal Service.       Rev. 7/28/98

Page 1 of 3 received on 11/8/2006 12:29:19 PM [Central Standard Time] for 5528324.

M008A95276