# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Cases on attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

******************************************************************************

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Second Motion To Dismiss Plaintiffs Asserting Solely Celebrex and/or Bextra Claims,

**IT IS ORDERED** that the Motion is granted and the claims of plaintiffs listed on Exhibits A are hereby dismissed as to Merck.

**IT IS FURTHER ORDERED** that, there being no remaining claims pending against Merck in these actions, these cases are hereby closed in this MDL Proceeding.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1177289v1