## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to all Plaintiffs on attached Exhibits A, B and C* | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER OF DISMISSAL

Upon consideration of Merck's Second Omnibus Motion For Supplemental Orders of Dismissal Relating to Derivative Plaintiffs:

**IT IS ORDERED**, that all claims of all Plaintiffs listed on the attached Exhibits A, B, and C that were not previously dismissed by Order of this Court are hereby dismissed against Defendant Merck and any other named defendants are hereby dismissed, each party to bear its own costs.

**IT IS FURTHER ORDERED**, that the Clerk's office is directed to mark each of the cases identified on Exhibit A and B as closed as there are no remaining open plaintiffs associated with the listed cases.

**NEW ORLEANS, LOUISIANA,** this __5th__ day of January, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**Exhibit A: Second Omnibus Derivatives Motion**

|   | Case name | Case number | Product User (R. Record No. of Dismissal) | Derivative Plaintiff | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 1. | Doyle et al v. Merck & Co Inc | 2:05-cv-04436-EEF-DEK | Matthew Jeanfreau (R. 47816) | Matt Jeanfreau | Andry Law Group, LLC |
| 2. | Doyle et al v. Merck & Co Inc | 2:05-cv-04436-EEF-DEK | Dan Dorsey (R. 17838) Note: Dismissal order R. 17838 had incorrect docket number | Margaret Dorsey | Andry Law Group, LLC |
| 3. | Doyle et al v. Merck & Co Inc | 2:05-cv-04436-EEF-DEK | Leurline Smith (R. 16531) | Leon Smith | Andry Law Group, LLC |
| 4. | Doyle et al v. Merck & Co Inc | 2:05-cv-04436-EEF-DEK | Michael Hager, Sr. (R. 33021) | Bonnie S. Hager Michael Jr. Hager Michelle Chauppetta | Andry Law Group, LLC |
| 5. | Allenbach, et al v. Merck & Co Inc | 2:05-cv-04886 | Eileen Farmer (R. 11464) | Richard Farmer | Robert J. Derby & Associates |
| 6. | Lyons v. Merck & Co Inc | 2:05-cv-06202-EEF-DEK | Melvina Lyon, individually and as plaintiff *ad litem* for Earl Lyons (R. 47194) | Briana Lyons | Humphrey, Farrington & McClain, PC |
| 7. | Janke v. Merck | 2:2005-cv-01245-EEF-DEK | Carlene Creel (R. 24270) | Jane Walker | Pro se |
| 8. | Jolley v. Merck & Co Inc | 2:05-cv-00535-EEF-DEK | Bill Jolley (R. 36835) | Cheryl Jolley | Bailey Law Firm |
| 9. | Jolley v. Merck & Co Inc | 2:05-cv-00535-EEF-DEK | Jimmy Ford (R. 41409) | Adonna Ford | Bailey Law Firm |

1176672v1

|     | Case name | Case number | Product User (R. Record No. of Dismissal) | Derivative Plaintiff | Plaintiffs' Counsel |
| --- | --- | --- | --- | --- | --- |
| 10. | Christman et al v. Merck & Co Inc | 2:05-cv-02014-EEF-DEK | Sandra Christman, as representative of the estate of Henrietta Walker (R. 26547) | Sandra Christman Elizabeth Gilman | James, Vernon & Weeks |
| 11. | Matlock et al v. Merck & Co Inc | 2:05-cv-06575-EEF-DEK | Tony Lee Matlock (R. 21586) | Shannon M. Matlock; and Chris Matlock | Kaiser Firm, LLP |
| 12. | McMichen et al v. Merck & Co Inc | 2:05-cv-04774-EEF-DEK | Lane Tyler Morris (R. 12501) | Linda Morris | Pittman, Dutton & Hellums, PC |
| 13. | Blair, et al v. Merck & Co Inc | 2:05-cv-04272-EEF-DEK | Gloria Blair, individually and as representative for James Blair (R. 39661) | Gloria Blair | Young Firm |
| 14. | Blair, et al v. Merck & Co Inc | 2:05-cv-04272-EEF-DEK | Claude Watson (R. 16531) | Barbara Watson | Young Firm |
| 15. | Davis et al v. Merck & Co Inc | 2:06-cv-10165-EEF-DEK | Howard Hohman (R. 10295) | Victoria Hohman | Seeger Weiss LLP |
| 16. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | Elizabeth Evans (R. 17761) | William Winning | Joseph C. Blanks, P.C. |
| 17. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | Agnes Hunter (R. 17761) | James McGone | Joseph C. Blanks, P.C. |
| 18. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | John Reilly (R. 17761) | Isabel Reilly | Joseph C. Blanks, P.C. |
| 19. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | John Kupczak (R. 17761) | Sandra A Kupzak | Joseph C. Blanks, P.C. |
| 20. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | John McLaren (R.17761) | Norma Law | Joseph C. Blanks, P.C. |
| 21. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | Patrick McGrath (R._17761) | Mary McGrath | Joseph C. Blanks, P.C. |

1176672v1

| | Case name | Case number | Product User (R. Record No. of Dismissal) | Derivative Plaintiff | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 22. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | Elizabeth McNeillie (R. 17761) | Thomas McNeillie | Joseph C. Blanks, P.C. |
| 23. | Adams et al v. Merck & Co Inc et al | 2:06-cv-11333-EEF-DEK | Alexander Roger (R.17761) | Frieda Valante | Joseph C. Blanks, P.C. |
| 24. | Hitch et al v. Merck & Co Inc | 2:06-cv-01058-EEF-DEK | Kathleen Phalen (R. 24267) | Clyde Anthony Phalen, Jr | Kaiser Firm, LLP |
| 25. | Connolly et al v. Merck & Co Inc. | 2:06-cv-02708-EEF-DEK | Suzanne Holdredge (R. 18527) | Larry Holdredge | Law Office of Ronald R. Benjamin |
| 26. | Connolly et al v. Merck & Co Inc. | 2:06-cv-02708-EEF-DEK | William Patrick (R.18527) | Mary Patrick | Law Office of Ronald R. Benjamin |
| 27. | Clark et al v. Merck & Co Inc | 2:06-cv-06942-EEF-DEK | Eloina Flores ( R. 58235) Diana Flores Medling (R 25106). | Diana Flores-Meling | Matthews & Associates |
| 28. | Hertig et al v. Merck & Co Inc | 2:06-cv-10161-EEF-DEK | Brad Aman (R. 10293) | Sandra Aman | Seeger Weiss LLP (New York) |
| 29. | Herrera et al v. Merck & Co Inc et al | 2:07-cv-00926-EEF-DEK | Maria Delores Herrera (R. 11573) | Luis Herrera | John H. Modesett, III, Attorney at Law |
| 30. | Guerra et al v. Merck & Co Inc et al | 2:07-cv-00927-EEF-DEK | Estela Guerra (R. 11572) | Eduardo Guerra | John H. Modesett, III, Attorney at Law |
| 31. | Rodriguez et al v. Merck & Co Inc et al | 2:07-cv-00954-EEF-DEK | Richard Rodriguez (R. 54457) | Luis Angel Rodriguez | John H. Modesett, III, Attorney at Law |
| 32. | Rodriguez et al v. Merck & Co Inc et al | 2:07-cv-00954-EEF-DEK | Richard Rodriguez (R. 54457) | Ruben Rodriguez | John H. Modesett, III, Attorney at Law |

1176672v1

|     | Case name | Case number | Product User (R. Record No. of Dismissal) | Derivative Plaintiff | Plaintiffs' Counsel |
|-----|-----------|-------------|-------------------------------------------|----------------------|---------------------|
| 33. | Rodriguez et al v. Merck & Co Inc et al | 2:07-cv-00954-EEF-DEK | Richard Rodriguez (R. 54457) | Naomi Franco | John H. Modesett, III, Attorney at Law |
| 34. | Rodriguez et al v. Merck & Co Inc et al | 2:07-cv-00954-EEF-DEK | Richard Rodriguez (R. 54457) | Rachel Rodriguez | John H. Modesett, III, Attorney at Law |
| 35. | Adam et al v. Merck & Co Inc et al | 2:07-cv-01252-EEF-DEK | Thomas Adam (R. 17761) | Melanie Adam Allan Beverley Adam Frew Sharron Adam | Newman, Fitch, Altheim & Myers, PC |

1176672v1

**Exhibit B**
**Second Omnibus Motion Regarding Derivative Plaintiffs**

|   | Case name | Case number | Product User Plaintiffs (R. Record Number of Dismissal) | Derivative Plaintiffs | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 1. | Whitty et al v. Merck & Co Inc | 2:05-cv-01112-EEF-DEK | Lawrence Whitty (R. 17004) | Nancy Whitty | Lopez McHugh, LLP |
| 2. | Martin v. Merck & Co Inc | 2:05-cv-06011-EEF-DEK | Richard Martin (R. 26617) | Javonda Martin | Pro Se |
| 3. | Roman-Velez et al v. Astra Merck, Inc. et al | 2:06-cv-00109-EEF-DEK | Rafaela Roman-Velez (R.48659) | Ricardo Concepcion-Cruz (R. 48659) Ricardo Concepcion-Roman | Weitz & Luxenberg, PC |
| 4. | Davis et al v. Merck & Co Inc | 2:06-cv-10165-EEF-DEK | Howard Hohman (R. 10295) | Victoria Hohman | Seeger Weiss LLP |
| 5. | Wells et al v. Merck & Co Inc | 2:07-cv-01704-EEF-DEK | David Wells (R. 17004) | Dorothy Wells | Lopez McHugh, LLP |
| 6. | Savage et al v. Merck & Co Inc | 2:07-cv-02943-EEF-DEK | Gloria Savage (R.17004) | Milton Savage | Lopez McHugh, LLP |

1176673v1

**Exhibit C**
**Second Omnibus Motion Regarding Derivative Plaintiffs**

|  | Case name | Case number | Product User Plaintiffs (R. Record Number of Dismissal) | Derivative Plaintiffs | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 1. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK | Maria Nikolova (R. 17761 ) | Sieniecki Nikolova | Barnes Firm, PC |
| 2. | Banks, Mary v. Merck & Co., Inc. | 2:06-cv-02214-EEF-DEK | Yvonne Bradley (R. 17815) | Robert M. Bradley | Pro Se |
| 3. | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | Rodney Darrow (R. 18527) | Divina Darrow | Law Office of Ronald R Benjamin |
| 4. | Agard, David v. Merck & Co., Inc. | 2:05-cv-01089-EEF-DEK | Ronald O'Connor (R. 18527) | Karen O'Connor | Law Office of Ronald R Benjamin |
| 5. | Albright, Ann M. G. v. Merck & Co., Inc. | 2:06-cv-02204-EEF-DEK | Deoma Chriss (R. 17723 ) | Kent W. Chriss, estate rep of Deoma Chriss | Barnes Firm PC |
| 6. | Atkinson, Allen v. Merck & Co., Inc. | 2:05-cv-04130-EEF-DEK | Patricia Lilly (R. 10945) | Windle Lilly | Mark P. Robinson, Jr., Attorney at Law |
| 7. | Dier, Glenn L. v. Merck & Co., Inc. | 2:05-cv-01088-EEF-DEK | Glenn Dier (R. 18527) | Cheryl Dier | Law Office of Ronald R Benjamin |
| 8. | Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK | Beverly Wells (R. 18853) | Jennie Stephens | Salim-Beasley, LLC |
| 9. | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK | Williams Kelleher (R. 16493) | Susan Kelleher | Trepanier & MacGillis PA |
| 10 | Ballantyne, Arthur W. v. Merck & Co., Inc. | 2:06-cv-02195-EEF-DEK | Rick Ruzycki (R.17761) | Shannon Ruzycki, | Trepanier & MacGillis PA |
| 11 | Adams, Mary E. v. Merck & Co., Inc. | 2:06-cv-02200-EEF-DEK | Anna Cannioto (R. 17815) | John Canniotto | Pro Se |

1176676v1

| 12. | Culberson et al v. Merck & Co Inc | 2:06-cv-02653-EEF-DEK | Stella Farmer (R. 13994) | Walter Farmer | Schlichter, Bogard & Denton |

1176676v1