# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | *   MDL DOCKET NO. 1657<br>*   SECTION L<br>*<br>*   JUDGE FALLON<br>*   MAGISTRATE JUDGE KNOWLES<br>* |
| **THIS DOCUMENT RELATES TO:**<br><br>*Jo Levitt v. Merck Sharp & Dohme Corp.*,<br>2:06-cv-09757-EEF-DEK | *<br>*<br>*<br>*<br>*<br>* |

**********************************************************************

## ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion To File Certain Documents Under Seal

IT IS HEREBY ORDERED that Exhibits A, C, D, E, F, H, I, and J to Merck Sharp & Dohme Corp.'s Motion for Summary Judgment Regarding Proximate Causation in the above-captioned case are to be filed under seal.

New Orleans, Louisiana, this __5th__ day of ___January___, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1176602v1