# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Cases on Attached Exhibit A* | * | |
| | * | |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Second Motion For Supplemental Order of Dismissal Addressing Plaintiff Name Discrepancies, bringing to the Court's attention name discrepancies between previous orders of dismissal entered by this Court, and the plaintiff name as reflected on the Court's docket,

**IT IS ORDERED** that Merck's motion is granted and all claims of the plaintiffs listed on Exhibit A are hereby dismissed with prejudice; the claims of all plaintiffs in such actions now being dismissed, the cases are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this   5th   day of    January    , 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1176608v1

**Exhibit A**
**Second Motion Addressing Plaintiff Name Discrepancies**

| Case Name | Docket No. | Plaintiff Name – Open on Docket | Plaintiff Name - Dismissal Order | Other Open Plaintiffs Subject to Dismissal | Plaintiff's Counsel |
|---|---|---|---|---|---|
| Thompson *et al* v. Merck & Co. Inc. | 2:05-cv-04055-EEF-DEK | Joseph Lee | Henry Joseph Lee (R. 33554) | Stan Hurst (R. 33532) and Diana Crowder (R.45752) - both previously dismissed but still open on docket | Wagstaff & Cartmell, LLP |
| Allen et al v. Merck & Co Inc | 2:05-cv-04435-EEF-DEK | Barbara Nalton | Barbara Walton (R. 17913) | Irving Breaux, Sr. (R. 3786-3787); Arbell Burton (R. 17768); Ardessa Carr (R. 17768); Harold Williams (R. 24270) – all previously dismissed but still open on docket. | Jones, Swanson, Huddell & Garrison, LLC |
| Clayton *et al* v. Merck & Co. Inc. | 2:05-cv-05396-EEF-DEK | Nancy Williams (not named in Complaint) | | | Lieff, Cabraser, Heimann & Bernstein, LLP (Nashville) |
| Bernard v. Merck | 2:06-cv-09743-EEF-DEK | Mary Cerpa | Mary Serpa (R.18655) | | Bonsignore & Brewer |
| Abate *et al* v. Merck & Co. Inc. *et al* | 2:06-cv-02209-EEF-DEK | Ruth Lieberth | Carolyn Lieberth (R.60710) | Suzanne M. Huddleson - previously dismissed but still open on docket (R. 23388). | Barnes Firm, PC |
| Stokes *et al* v. Merck & Co. Inc. | 2:06-cv-06692-EEF-DEK | Diana Stowers | Carol Stowers (R. 40114) | | Parks & Crump, LLC |

1

1176607v1

| Andrews et al v. Merck & Co. Inc. et al | 2:06-cv-02218-EEF-DEK | Ronald Pickering | Donald Pickering (R.50433) | Lucas Slominski (previous dismissal order for Agatha Slominski as representative of the estate of Lucas Slominski (R. 18508) | Barnes Firm, PC |
|---|---|---|---|---|---|
| Andrews et al v. Merck & Co. Inc. et al | 2:06-cv-02218-EEF-DEK | Joseph J Rodovich | Joseph J. Radovich (R.42083) | Kathryn Atwood - derivative of dismissed product user Paul Atwood (R. 12930); and  Shirley Thompson - derivative of dismissed product user William Thompson ( R. 52930) | Barnes Firm, PC |
| Wheeler et al v. Merck & Co. Inc. | 2:07-cv-05251-EEF-DEK | Elizabeth Blum | Lorrain Blum (R. 24341) | | Branch Law Firm |

1176607v1