# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

In re: Vioxx                                          *       MDL Case No. 1657
                                                     *
PRODUCTS LIABILITY                                    *       SECTION L
LITIGATION                                            *
                                                     *       JUDGE FALLON
*This document relates to:*                           *
                                                     *       MAGISTRATE JUDGE
*Cases on Attached Exhibit A*                         *       KNOWLES
                                                     *
                                                     *

*******************************************************************************

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Third Motion For

New Orleans, Louisiana this 7th day of January, 2015.

**IT IS ORDERED** that the plaintiffs reflected as open on the Court's docket in the cases

listed on Exhibit A are hereby dismissed.

**IT IS FURTHER ORDERED** that the claims of all other plaintiffs in the cases listed on

Exhibit A having been previously addressed, all cases listed on Exhibit A are to be marked as

"Closed" on the Court's docket.

New Orleans, Louisiana this 7th day of January, 2015.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1176722v1

**Exhibit A:**
**Defendant Merck Sharp & Dohme Corp.'s Third Motion For**
**Supplemental Order Of Dismissal Regarding Estate Representative Plaintiffs**

| Case name | Case number | Dismissed Plaintiff (Record No. of Dismissal) | Related Plaintiff(s) Open on Docket - for Dismissal | Other Plaintiffs Open on Docket - for Dismissal | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| Warner *et al* v. Merck & Co., Inc. | 2:05-cv-02309-EEF-DEK | Bessie Hales (R. 3947) | Louis W. Baki, Sr. *Individually and as representative of the estate of Bessie M. Hales, deceased* | | Kaiser Firm, LLP |
| Warner *et al* v. Merck & Co., Inc. | 2:05-cv-02309-EEF-DEK | Azell Warner (R. 16167) | Azell Warner *Individually and as representative of the estate of Shirlee J. Crosby deceased;* | | Pro Se |
| Bloomberg v. Merck | 2:05-cv-03578-EEF-DEK | Pat (aka Patricia) Kiser, individually and as trustee of Gene Kiser (R. 61160) | Gene Kiser | Leo M. Caito and Linda Caito – Voluntary Dismissal filed prior to transfer to MDL (*See* Exhibit B) | |
| Black, Bill v. Merck & Co., Inc. | 2:05-cv-04452-EEF-DEK | Elwanda Bernard, individually and as representative of Yves Bernard (R. 52610) | Yves Bernard | | Fibich, Hampton & Leebron, LLP |
| Rowland *et al* v. Merck & Co Inc | 2:05-cv-04519-EEF-DEK | Jennifer Rowland individually and on behalf of Herman Hall, deceased (R.35895) | Carol J. Hall, personal representative of the estate of Herman Hall | | Beasley, Allen, Crow, Methvin, Portis & Miles, P. C. |

1

| Case name | Case number | Dismissed Plaintiff (Record No. of Dismissal) | Related Plaintiff(s) Open on Docket - for Dismissal | Other Plaintiffs Open on Docket - for Dismissal | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| Batt *et al* v. Merck & Co., Inc. | 2:05-cv-05139-EEF-DEK | Geane Cope (R. 13965) Deborah Ledbetter ( personal representative of the estate of Gene Cope) (R.13965) | Robert Cope Kimberly Cieslinski | Bill Tucker (previously dismissed with incorrect case number on dismissal (R. 18289) | Schlichter, Bogard & Denton |

1176720v1