## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Cases on Attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*****************************************************************************

### ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Motion To Dismiss Plaintiffs Named in Case Captions,

**IT IS ORDERED** that the Motion is granted.  The Plaintiffs listed on Exhibits A are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that the claims of all other plaintiffs in the cases listed on Exhibits A having been previously addressed, all cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

New Orleans, Louisiana this 7th day of January, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

**Exhibit A – Plaintiffs Named Only in Caption of Complaint**

| Case name | Case number | Plaintiff Named only in Caption of Complaint – Open on Pacer | Other Plaintiffs Open on Pacer | Plaintiffs' Counsel – (Firm Name Only) |
|---|---|---|---|---|
| Baldwin et al v. Merck & Co Inc | 2:06-cv-03376-EEF-DEK | Joann Davis | | Jeffrey J. Lowe, P.C. |
| Campofredano et al v. Merck & Co Inc | 2:06-cv-05066-EEF-DEK | Robert Mineo | | Allan Berger & Associates, PLC |
| Mathes et al v. Merck & Co Inc | 2:06-cv-09767-EEF-DEK | Jack Cecil Sandlin | Elmer Ainsworth - Voluntary Dismissal Filed Prior to MDL Transfer (*See* Exhibit C) | O'Neal Law Firm |