UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on Attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Motion To Dismiss Involuntary Plaintiffs,

**IT IS ORDERED** that the Motion is granted and all Plaintiffs listed on Exhibits A be and hereby are dismissed.

**IT IS FURTHER ORDERED** that in as much as the claims of all other plaintiffs in the cases listed on Exhibit A have been previously addressed, all cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this __7th__ day of January, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1177280v1

**Exhibit A – Plaintiffs Named as Involuntary Plaintiffs**

| Case name | Case number | Plaintiff Named only as Involuntary Plaintiff - Open on Pacer | Plaintiffs' Counsel |
|---|---|---|---|
| Jackson et al v. Merck & Co Inc | 2:07-cv-05240-EEF-DEK | United Healthcare of Wisconsin | Mallery & Kimmerman SC |
| Matthews et al v. Merck & Co Inc. | 2:06-cv-05606-EEF-DEK | Wisconsin Physicians Service Insurance Corporation | Christine M. Witherill, Attorney at Law |
| Daily-Bitzke et al v. Merck & Co Inc | 2:07-cv-03638-EEF-DEK | Compcare Health Services Insurance Corporation | Cannon & Dunphy SC |
| Meixelsperger et al v. Merck & Co, Inc. | 2:07-cv-03731-EEF-DEK | Department of Health and Human Services; Wisconsin Physicians Service Insurance Corporation; Conseco Health Insurance Company | Cannon & Dunphy SC |

1

1177279v1