# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | *   MDL DOCKET NO. 1657<br>*   SECTION L<br>*<br>*   JUDGE FALLON<br>*   MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:**<br><br>**Cases on Attached Exhibit A** | |

***********************************************************************

## ORDER

Considering Defendant Merck Sharp & Dohme Corporation's Motion To Dismiss Duplicative Claims, the Court finds that the grounds for dismissal stated therein should be granted. Accordingly,

**IT IS ORDERED** that the claims of the plaintiffs on Exhibit A are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that the claims of all other plaintiffs in the cases listed on Exhibits A having been previously addressed, all cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

New Orleans, Louisiana this 7th day of January, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1176749v1

# Exhibit A

## Merck Motion to Dismiss Duplicative Actions

| Case Name | Case number | Plaintiffs Open on Pacer – for Dismissal | Dismissal in Duplicative Action | Plaintiffs' Counsel |
|---|---|---|---|---|
| Brooks v. Merck & Co Inc et al | 2:06-cv-11007-EEF-DEK | Peter Brooks (derivative of Barbara Brooks) | R. 40269 (2:06-cv-11005) | Gillin, Jacobsen, Ellis & Larsen |
| Copher et al v. Merck & Co Inc et al | 2:06-cv-11441-EEF-DEK | Alan Clark | Stipulated Dismissal in NJ; *see* Exhibit B hereto. | Jeffrey J. Lowe, P.C. |
| Martin v. Merck & Co Inc | 2:08-cv-01776-EEF-DEK | Shirley Martin | R. 24410 (2:05-cv-0347) | Capshaw, Goss & Bowers, LLP |
| Aldin et al v. Merck & Co Inc | 2:06-cv-03382-EEF-DEK | Carol Peterson | R. 53383 (2:07-cv-3742) | Jeffrey J. Lowe, P.C. |
| Brown v. Merck & Co Inc | 2:08-cv-00282-EEF-DEK | Thomas Brown | R. 55653 (2:07-cv-261) | Boone Law Firm |

1176748v1