# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Cases listed on Exhibit A, B, and C hereto* | * | KNOWLES |

*************************************************************************

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Motion To Dismiss For Failure to Prosecute and Based on Previous Orders of Dismissal,

**IT IS ORDERED** that the Motion is granted. The Plaintiffs listed on Exhibits A, B and C are hereby dismissed with prejudice.

**IT IS FURTHER ORDERED** that the claims of all other plaintiffs in the cases listed on Exhibits A, B, and C having been previously addressed, all cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

New Orleans, Louisiana this 7th day of January, 2015.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1176878v1

**Exhibit A – Failure to Prosecute**

| Case Name | Docket No. | Plaintiff Open on Docket for Dismissal | Counsel |
|---|---|---|---|
| Gonzales et al v. Merck & Co., Inc. et al | 2:08-cv-01022-EEF-DEK | Virginia Hill | Branch Law Firm |
| Normand v. Merck & Co., Inc. | 2:07-cv-01644-EEF-DEK | Kevin Normand | Douglas M. Schmidt, APLC |
| Jenkins et al v. Merck & Co., Inc | 2:07-cv-01676-EEF-DEK | Sylvester Jenkins Sadie Jenkins | Douglas M. Schmidt, APLC |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Johnny Jackson | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Lynn Appenfeldt | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Daniel Baugh | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Sonja Blair | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Ruth Blawat | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Frances Collins | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Michael Fintak | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Antonio Garcia | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Judith Gibbs | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Clara Gibson | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Cora Gutierrez | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Earnestine Johnson | Capshaw, Goss & Bowers, LLP |

| | | | |
|---|---|---|---|
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Jimmy Johnson | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Jeff Lehman | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Iretha Little | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Gloria Parker | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Arlinda Ransom | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Carl Roberts | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Marilyn Schreffler | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Angela Smith | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Dawn Storm | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Ronald Tischendorf *individually and as representative of the Estate of Gail M. Macemon* | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Melissa Dunleavy *individually and as representative of the Estate of Robert D. Edmonds* | Capshaw, Goss & Bowers, LLP |

**Exhibit B –**
**Prior Dismissal Order as Tolling Claimant**

| Case Name | Docket No. | Plaintiff Open on Docket for Dismissal | Counsel |
|---|---|---|---|
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | John Dixon, Sr. (R. 18760) | Capshaw, Goss & Bowers, LLP |
| Jackson v. Merck & Co., Inc | 2:07-cv-09138-EEF-DEK | Gary Stewart (R. 18642) | Capshaw, Goss & Bowers, LLP |

1176880v1

**Exhibit C –**
**Prior Dismissal Order**

| Case Name | Docket No. | Plaintiff Open on Docket for Dismissal | Counsel |
|---|---|---|---|
| Jackson v. Merck & Co., Inc. | 2:07-cv-09138-EEF-DEK | Opal Dangerfield (R. 24342) | Capshaw, Goss & Bowers, LLP |

1176881v1