UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Cases on attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*********************************************************************

# ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Second Motion To Dismiss Plaintiffs Asserting Solely Celebrex and/or Bextra Claims,

**IT IS ORDERED** that the Motion is granted and the claims of plaintiffs listed on Exhibits A are hereby dismissed as to Merck.

**IT IS FURTHER ORDERED** that, there being no remaining claims pending against Merck in these actions, these cases are hereby closed in this MDL Proceeding.

**NEW ORLEANS, LOUISIANA**, this   7th   day of      January     , 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1177289v1

**Exhibit A**
**Motion to Dimiss Plaintiffs Alleging Only Celebrex and/or Bextra Claims**

| Case name | Case number | Plaintiffs Open on Pacer | Plaintiffs' Counsel |
|---|---|---|---|
| Baron et al v. Merck & Co Inc et al | 2:06-cv-09544-EEF-DEK | Debbie Wilburn *for decedent Richard Wilburn* | Jeffrey J. Lowe, P.C. |
| Sherman et al v. Merck & Co Inc et al | 2:07-cv-00198-EEF-DEK | Betty Sherman; Nancy Wise; Michael Starling; James Whitlow; Lester Vogel; Herman Bogard; Jessie Carson; David Aragon; Thomas Tibble; Alfred Mazzanti; Ed James; Jack Fateley; William Fiedler; John Foster; Maggie Osby; Carolyn Staashlem; Janice Talbot; Don Hughes; Richard Kiehl; Johnnie James; Peter Hanczaryk; Cynthia Cox; Pearlena Crockette; Olivette Woods; Mary Jane Jonasen; Barbara Lowden; Shirley Hangst *for decedent Amy Love*; Lucinda Lego; Dawn McDaniel; Anita McDonald; Dorothy Schimmel *for decedent Owen Schimmel* | Jeffrey J. Lowe, P.C. |

1177287v1