UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Mary Banks v. Merck & Co., Inc.* *2:06-CV-02214* *(pertaining to Dianne Brown only)* | * * * | |
| | * | |
| | * | |

*******************************************************************

## ORDER

Considering the Defendant Merck Sharp & Dohme Corp's Withdrawal of Motion, Rule and Incorporated Memorandum to Show cause Why Case Should not be Dismissed with Prejudice for Failure to Prosecute,

**IT IS ORDERED** that the Motion and Rule are hereby withdrawn as moot.

**NEW ORLEANS, LOUISIANA**, this ___ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1176642v1