# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:     VIOXX® | * MDL Docket No. 1657 |
| | * |
| **PRODUCTS LIABILITY LITIGATION** | * SECTION L |
| | * |
| **This document relates to** | * JUDGE FALLON |
| | * |
| Jo Levitt v. Merck & Co., Inc. | * MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [PROPOSED] ORDER

Having considered Plaintiff's Motion for Extension of Time to File Plaintiff's Opposition to Defendant Merck Sharp & Dohme Corp.'s Motion For Summary Judgment Regarding Proximate Causation And Incorporated Memorandum Of Law, it is hereby

**ORDERED** that the motion is **GRANTED**.  Plaintiff is granted leave through and including February 20, 2015, within which to file her Opposition to Defendant Merck Sharp & Dohme Corp.'s Motion For Summary Judgment Regarding Proximate Causation And Incorporated Memorandum Of Law.

New Orleans, Louisiana, this _____ day of _____, 2015

_____
UNITED STATES DISTRICT COURT JUDGE