## United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 14, 2015

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 14-30109    In Re: Vioxx Prod Liability
                         USDC No. 2:05-MD-1657

The court has granted the unopposed motion to supplement the designated record in this case with the District Court's order dated December 19, 2014 at document #65085.

The electronic supplemental record is due to be filed in this office by January 29, 2015.

                                      Sincerely,

                                        LYLE W. CAYCE, Clerk

                                        By: _____
                                        Connie Brown, Deputy Clerk
                                        504-310-7671

Mr. John H. Beisner
Mr. William W. Blevins
Ms. Elizabeth Joan Cabraser
Mr. George Willard Cochran Jr.
Mr. John A. Kenney
Ms. Dorothy Hudson Wimberly