# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:     VIOXX® | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| This document relates to | * JUDGE FALLON |
| Jo Levitt v. Merck & Co., Inc.<br>2:06-cv-09757-EEF-DEK | * MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered Plaintiff's Motion for Extension of Time to File Plaintiff's Opposition to Defendant Merck Sharp & Dohme Corp.'s Motion For Summary Judgment Regarding Proximate Causation And Incorporated Memorandum Of Law, it is hereby

**ORDERED** that the motion is **GRANTED**.  Plaintiff is granted leave through and including February 20, 2015, within which to file her Opposition to Defendant Merck Sharp & Dohme Corp.'s Motion For Summary Judgment Regarding Proximate Causation And Incorporated Memorandum Of Law.

**IT IS FURTHER ORDERED** that Defendant Merck Sharp & Dohme Corp.'s Motion for Summary Judgment Regarding Proximate Causation and Incorporated Memorandum of Law (Rec. Doc. 65087) is set for submission on February 26, 2015.

New Orleans, Louisiana this 20th day of January, 2015.

_____
United States District Judge