UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Andrea Cordel v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| No. 2:14-cv-01053-EEF-DEK | * |
| | * |

*************************************************************************

# ORDER

Considering the foregoing Motion To File Document Under Seal,

**IT IS HEREBY ORDERED** that Exhibit A to Merck Sharp & Dohme Corp.'s Motion, Rule and Incorporated Memorandum to Show Cause Why Case Should Not Be Dismissed With Prejudice for Failure to Comply With the Requirements of PTO 29 in the above-captioned case is to be filed under seal.

**NEW ORLEANS, LOUISIANA**, this _____ day of January, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1178362v1