LAW OFFICES
# WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JONATHAN L. WILLIAMS
(202) 434-5742
jonathanwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 11, 2014

<u>Via E-mail, Original to Follow by First Class Mail</u>

Douglas L. Romero
Law Office of Douglas Romero
200 S. Sheridan Blvd.
Suite 150
Denver, CO 80226
dougromero@coloradochristiandefensecounsel.com

> Re: <u>In Re Vioxx Products Liability Litigation, MDL No. 1657, Andrea Cordel v. Merck Sharp & Dohme Corp. 2:14-cv-01053-EEF-DEK (E.D. La.)</u>

Dear Mr. Romero:

      We represent defendant Merck Sharp & Dohme Corp. (formerly known as Merck & Co., Inc.) ("Merck") in the action referenced above. Because this action was filed and/or transferred into MDL Docket No. 1657 on or after November 9, 2007, it is subject to the provisions of Pretrial Order No. 29 ("PTO 29"), entered by the Honorable Eldon E. Fallon on November 9, 2007.

      Section II of PTO 29 requires that, within forty-five (45) days of a case being filed or transferred into the MDL, certain discovery specified in the Order must be produced to Merck. The Order requires production of, *inter alia*, all pharmacy and medical records since January 1, 1995, any death certificates and autopsy reports, an Amended and Supplemental Plaintiff Profile Form, answers to the Interrogatories attached to the Order, an affidavit from the plaintiff pertaining to document collection, and a Rule 26(a)(2) case specific expert report. The full details of these requirements are set forth in Section II, subsections A-B of that same order, which is available on the Court's website at http://vioxx.laed.uscourts.gov/Orders/Orders.htm

      More than forty-five days have passed since the filing or transfer of the above-referenced action into the Vioxx MDL proceeding. However, Merck has not received service of any of the materials required by Section II of PTO 29. Accordingly, notice is hereby given to cure the failure to comply with Section II of PTO 29 within thirty (30) days. If any failure to

WILLIAMS & CONNOLLY LLP

Douglas L. Romero
August 11, 2014
Page 2

comply with PTO 29 is not cured, Merck will file a Motion for Order to Show Cause why the complaint should not be dismissed with prejudice, as specified in Section II. C. of the Order.

Sincerely,

Jonathan L. Williams

cc: Phillip A. Wittman, Esq. (via electronic mail)
Russ M. Herman, Esq. (via electronic mail)