LAW OFFICES
## WILLIAMS & CONNOLLY LLP

725 TWELFTH STREET, N.W.
WASHINGTON, D. C. 20005-5901

(202) 434-5000

FAX (202) 434-5029

JONATHAN L. WILLIAMS
(202) 434-5742
jonathanwilliams@wc.com

EDWARD BENNETT WILLIAMS (1920-1988)
PAUL R. CONNOLLY (1922-1978)

August 11, 2014

<u>Via E-mail, Original to Follow by First Class Mail</u>

Douglas L. Romero
Law Office of Douglas Romero
200 S. Sheridan Blvd.
Suite 150
Denver, CO 80226
dougromero@coloradochristiandefensecounsel.com

Re: <u>In Re Vioxx Products Liability Litigation, MDL No. 1657, Andrea Cordel v. Merck Sharp & Dohme Corp., 2:14-cv-01053-EEF-DEK (E.D. La.)</u>

Dear Mr. Romero:

  We represent defendant Merck Sharp & Dohme Corp. (formerly known as Merck & Co., Inc.) ("Merck") in the action referenced above. Because this action was filed and/or transferred into MDL Docket No. 1657 on or after November 9, 2007, it is subject to the provisions of Pretrial Order No. 29 ("PTO 29"), entered by the Honorable Eldon E. Fallon on November 9, 2007.

  Among the requirements of PTO 29, Section I.D requires that plaintiff serve a statement listing the names of all pharmacies, healthcare providers and/or employers to whom counsel served a notice to preserve records pertaining to the plaintiff, along with copies of the notices themselves, and a certification that they were sent. The full details of these requirements are set forth in Section I, subsections A-C of that same order.

  More than ten days have passed since the filing of the above-referenced action. However, Merck has not received service of any of the materials required by Section I of PTO 29. Accordingly, notice is hereby given to cure the failure to comply with Section I of PTO 29

WILLIAMS & CONNOLLY LLP

Douglas L. Romero
August 11, 2014
Page 2

within thirty (30) days. If any failure to comply with PTO 29 is not cured, Merck will file a Motion for Order to Show Cause why the complaint should not be dismissed with prejudice, in accordance with Section I.E of PTO 29.

Sincerely,

Jonathan L. Williams

cc:   Phillip A. Wittman, Esq. (via electronic mail)
      Russ M. Herman, Esq. (via electronic mail)