UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * **MDL Case No. 1657** |
| | * |
| PRODUCTS LIABILITY | * **SECTION L** |
| LITIGATION | * |
| | * **JUDGE FALLON** |
| *This document relates to* | * |
| | * **MAGISTRATE JUDGE** |
| *Andrea Cordel v. Merck Sharp & Dohme Corp.*, | * **KNOWLES** |
| No. 2:14-cv-01053-EEF-DEK | * |
| | * |

**************************************************************************

### ORDER TO SHOW CAUSE WHY CASE SHOULD NOT BE DISMISSED WITH PREJUDICE

**IT IS ORDERED** that Andrea Cordel, plaintiff in the above-numbered case, show cause on the 25th day of February, 2015, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed, with prejudice, for failure to comply with the requirements of Pre-Trial Order 29.

**IT IS FURTHER ORDERED** that plaintiff in the above-numbered case file and serve upon Liaison Counsel any oppositions to the Rule on or before the 18th day of February, 2015.

**IT IS FURTHER ORDERED** that defendant Merck Sharpe & Dohme Corp. file and serve upon Plaintiffs' Liaison Counsel and plaintiff's counsel in the above-numbered cases any replies to the oppositions on or before the 23rd day of February, 2015.

**NEW ORLEANS, LOUISIANA**, this _____ day of January, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1178358v1