**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| **All Cases on Attached Exhibit A** | * | |
| | * | |
| | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

**DEFENDANT MERCK SHARP & DOHME CORPORATION'S**
**MOTION TO DISMISS DUPLICATIVE ACTIONS**

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel,

respectfully moves this Court to dismiss the claims of each of the plaintiffs listed on Exhibits A.

In support of this Motion, defendant states:

1.     Each of the plaintiffs on Exhibit A hereto remain pending on this Court's docket.

However, each of the plaintiffs listed on Exhibits A has previously filed a stipulation of dismissal

with prejudice with respect to their Vioxx claims, and each was subject to an Order of Dismissal

entered previously by this Court in another action in this MDL seeking damages for alleged

injuries relating to Vioxx usage.

2.     With respect to two of the four plaintiffs listed on Exhibit A, Michelle McMahon

and Frank Pescatello, those plaintiffs had duplicative actions pending in this MDL, and an Order

of Dismissal with Prejudice has already been entered dismissing the claims of these plaintiffs in

the duplicative actions involving these plaintiffs.

3.     With respect to the other two plaintiffs listed on Exhibit A, Barbara Ford-Daniels

and Bobby K. Wilson, these plaintiffs' claims are each derivative of the claims of another product user.  Unlike most cases in this MDL, the derivatives claims were filed as a separate action from the product user's Complaint.  These derivative plaintiffs' claims were previously dismissed in the Orders of Dismissal entered in the corresponding product users' cases, bearing the names of these derivative plaintiffs,  but not their separate case numbers.

4.     The previous Orders of Dismissal corresponding to the plaintiffs listed on Exhibit A are attached hereto as Exhibit B for reference.

5.     The above-described plaintiffs are the only plaintiffs shown as open on the Court's docket in those cases.  Therefore, a ruling by the Court granting this motion would also allow for the Clerk's office to mark all cases listed on Exhibits A "closed" on the Court's docket.

6.     Accordingly, defendant Merck moves this Court to dismiss the claims of each of the plaintiffs listed on Exhibit A with prejudice under principles of *res judicata*, and direct the clerk's office to close these cases on the Court's docket.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion to Dismiss Duplicative Actions, and dismiss the claims of the plaintiff's listed on Exhibit A hereto with prejudice.

Dated:  January  26, 2015                              Respectfully submitted,

                                                    By: */s/ Dorothy H. Wimberly*
                                                        Phillip A. Wittmann, 13625
                                                        Dorothy H. Wimberly, 18509
                                                        STONE PIGMAN WALTHER
                                                        WITTMANN L.L.C.
                                                        546 Carondelet Street
                                                        New Orleans, Louisiana 70130
                                                        Phone: 504-581-3200
                                                        Fax:    504-581-3361

*Defendants' Liaison Counsel*

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:     202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

3

## CERTIFICATE OF SERVICE

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26thday of January, 2015.

/s/ Dorothy H. Wimberly_____
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1178441v1