# Exhibit A

## Merck Motion to Dismiss Duplicative Actions

| Case Name | Case number | Plaintiffs Open on Pacer | Dismissal in Duplicative Action | Plaintiffs' Counsel |
|---|---|---|---|---|
| McMahon v. Merck & Co Inc et al | 2:07-cv-00892-EEF-DEK | Michelle McMahon (derivative of Darren McMahon) | R. 60716 (2:07-cv-00893-EEF-DEK) | Robins, Kaplan, Miller & Ciresi, LLP |
| Pescatello v. Merck & Co Inc | 2:06-cv-11048-EEF-DEK | Frank Pescatello | R. 4 (2:05-cv-01255-EEF-DEK) | Ralph J. Monaco |
| Ford-Daniels v. Merck & Co Inc et al | 2:07-cv-03280-EEF-DEK | Barbara Ford-Daniels (derivative of James Daniels Jr.) | R. 2 (2:07-cv-03279-EEF-DEK) | Greene, Broillet & Wheeler, LLP; Panish, Shea & Boyle, LLP |
| Wilson v. Merck & Co Inc et al | 2:07-cv-00806-EEF-DEK | Bobby K. Wilson (derivative of Priscilla R. Wilson) | R. 2 (2:07-cv-00805-EEF-DEK) | Phillips & Associates |