## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>*<br>* | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:**<br><br>**All Cases on Attached Exhibit A** | *<br>*<br>*<br>*<br>*<br>* | |

*************************************************************************

## ORDER

Upon consideration of Defendant Merck Sharp & Dohme Corporation's Motion To Dismiss Duplicative Actions, the Court finds that the grounds for dismissal stated therein should be granted.  Accordingly,

**IT IS ORDERED** that the claims of the plaintiffs on Exhibit A are hereby dismissed with prejudice; and

**IT IS FURTHER ORDERED** that the claims of any other plaintiffs in the cases listed on Exhibit A having been previously addressed, all cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1178443v1