UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| **All Cases on Attached Exhibit A** | * | KNOWLES |
| | * | |
| | * | |

**********************************************************************

## DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION FOR SUPPLEMENTAL ORDER OF DISMISSAL ADDRESSING CASE NUMBER DISCREPANCIES

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss the claims of all remaining plaintiffs in the cases listed on Exhibit A hereto based on previous orders of dismissal and principles of *res judicata*. In support of this motion Merck states:

1)      Each of the cases listed on Exhibit A hereto remains open on the Court's docket with respect to the plaintiffs listed on Exhibit A in the column entitled "Plaintiff Name – Open on Docket."

2)      In each case this Court has previously entered an Order of Dismissal as to the listed plaintiffs, but the Case Numbers listed in the captions of those Orders of Dismissal were incorrect, each referring to separate, unrelated cases. Most likely the incorrect Case Numbers were included on the proposed orders as a result of scriveners error by counsel during the processing of dismissals.

3)      The plaintiffs' names as reflected on the Orders of Dismissal, the incorrect Case Numbers listed on the Orders of Dismissal, the correct Case Numbers corresponding to these

plaintiffs' cases, and the Record Numbers for the Orders of Dismissal, are also listed on Exhibit A. The previous Orders of Dismissal corresponding to the plaintiffs listed on Exhibit A, which bear the incorrect Case Numbers, are attached hereto as Exhibit B for reference.

4) As to each plaintiff listed on Exhibit A, there is no other party of that name in any case recognized in this District's CM/ECF database.

5) The plaintiffs listed on Exhibit A are the only remaining plaintiffs still shown as open on the court's docket in those cases, or where the only plaintiffs included in those cases. Therefore, a ruling by the Court granting this motion would also allow for the Clerk's office to mark all cases listed on Exhibit A "closed" on the Court's docket.

6) Accordingly, Merck requests that the Court enter a supplemental order dismissing any and all remaining claims in these actions, and directing the Clerk's office to mark the cases closed on the Court's docket. A proposed order is attached.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion and enter the requested order.

Dated: January 26, 2015    Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax: 504-581-3361
*Defendants' Liaison Counsel*

—and—

1178446v1

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

1178446v1

**CERTIFICATE OF SERVICE**

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26th day of January, 2015.

          /s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel