**Exhibit A**
**Motion Addressing Case Number Discrepancies**

| Case Name | Docket No. | Plaintiff Name – Open on Docket | Plaintiff Name - Dismissal Order | Incorrect Case Number Listed on Dismissal Order and Record Number | Plaintiff's Counsel |
|---|---|---|---|---|---|
| Baker v. Merck & Co Inc. | 2:05-cv-02357-EEF-DEK | Beverly A. Baker, *individually and as the Personal Representative of the Estate of Michael Baker, Sr., deceased* | Beverly A. Baker, individually and as the personal representative of the estate of Michael Baker, Sr. | Docket No. 2:05-cv-01564 (R. 38564) | Swensen, Perer & Kontos; Mark R. Galzerano, Attorney at Law |
| Nutt v. Merck & Co Inc. | 2:06-cv-00142-EEF-DEK | Nadine K. Nutt | Nadine K. Nutt (brought by Diane Harbert, individually and on her behalf) | Docket No. 2:06-cv-01512 (R. 52546) | Simon, Lowe & Passanante, PC; Onder & Shelton, LLC |
| Carter et al v. Merck & Co Inc. | 2:07-cv-00393-EEF-DEK | Roberto Fabbiani | Roberto Fabbiani | No. 05-4738 (R. 9568) | Carlile Law Firm |

1

1178447v1