UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on Attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

**********************************************************************

# ORDER

Considering the foregoing Defendant Merck Sharp & Dohme Corp's Motion For Supplemental Order of Dismissal Addressing Plaintiff Case Number Discrepancies, bringing to the Court's attention discrepancies between the Case Numbers listed on certain previous orders of dismissal entered by this Court, and the correct Case Numbers that correspond to the plaintiffs named in the Court's previous orders of dismissal,

**IT IS ORDERED** that Merck's motion is granted and all claims of the plaintiffs listed on Exhibit A are hereby dismissed with prejudice; the claims of all plaintiffs in such actions now being dismissed, the cases are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1178448v1