# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:** | * | |
| **All Cases on Attached Exhibit A** | * | |

*************************************************************************

## ORDER

Upon consideration of Defendant Merck Sharp & Dohme Corporation's Motion To Dismiss Duplicative Actions, the Court finds that the grounds for dismissal stated therein should be granted. Accordingly,

**IT IS ORDERED** that the claims of the plaintiffs on Exhibit A are hereby dismissed with prejudice; and

**IT IS FURTHER ORDERED** that the claims of any other plaintiffs in the cases listed on Exhibit A having been previously addressed, all cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this  27th  day of   January  , 2015.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1178443v1

# Exhibit A

## Merck Motion to Dismiss Duplicative Actions

| Case Name | Case number | Plaintiffs Open on Pacer | Dismissal in Duplicative Action | Plaintiffs' Counsel |
|---|---|---|---|---|
| McMahon v. Merck & Co Inc et al | 2:07-cv-00892-EEF-DEK | Michelle McMahon (derivative of Darren McMahon) | R. 60716 (2:07-cv-00893-EEF-DEK) | Robins, Kaplan, Miller & Ciresi, LLP |
| Pescatello v. Merck & Co Inc | 2:06-cv-11048-EEF-DEK | Frank Pescatello | R. 4 (2:05-cv-01255-EEF-DEK) | Ralph J. Monaco |
| Ford-Daniels v. Merck & Co Inc et al | 2:07-cv-03280-EEF-DEK | Barbara Ford-Daniels (derivative of James Daniels Jr.) | R. 2 (2:07-cv-03279-EEF-DEK) | Greene, Broillet & Wheeler, LLP; Panish, Shea & Boyle, LLP |
| Wilson v. Merck & Co Inc et al | 2:07-cv-00806-EEF-DEK | Bobby K. Wilson (derivative of Priscilla R. Wilson) | R. 2 (2:07-cv-00805-EEF-DEK) | Phillips & Associates |

1178444v1

1178444v1