UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibits A & B* | * | KNOWLES |
| | * | |
| | * | |
| | * | |

**********************************************************************

## DEFENDANT MERCK SHARP & DOHME'S THIRD *OMNIBUS* MOTION TO SUPPLEMENT PRIOR ORDERS OF DISMISSAL REGARDING DERIVATIVE PLAINTIFFS

1.  This Court previously dismissed each of the plaintiff product users listed on Exhibits A and B for varied reasons including entry of a voluntary stipulation of dismissal in the Vioxx Resolution Program, failure to comply with the pretrial orders of this Court, or other voluntary or involuntary dismissals. The specific Order dismissing the claims of the primary product user are identified on Exhibits A and B by document numbers from the MDL Docket on PACER.

2.  However, the stipulations and/or the orders of dismissal did not in all cases separately identify all of the derivative plaintiffs associated with each of those cases. As a result, the court's docket continues to show derivative plaintiffs as pending.

3.  As to Exhibit B, the previous order of dismissal for the product user was under a different case number from the case number associated with the derivative plaintiff. On Exhibit

1179117v1

B, the case number for the product user's case and the record number of the dismissal in that case are listed.

4. In addition, two product user plaintiffs on Exhibit A -- Efran Ortiz in the *Austin* case, and Brenda Dickerman in the *Adkins* case -- also remain open on the Court's docket, despite previous dismissals. The Record numbers for the dismissals of those plaintiffs also appear on Exhibit A.

5. Therefore, defendant Merck, Sharp & Dohme ("Merck") hereby moves this Court to supplement its previous orders of dismissal to reflect that the claims of the all plaintiffs listed on Exhibits A and B are dismissed.

6. Furthermore, if the Court grants the relief requested by this motion as to each of the cases listed on Exhibit A and Exhibit B, there will be no remaining open plaintiff, and Merck therefore requests that the Court direct the clerk's office to mark the entire case as closed.

Dated: February 4, 2015                    Respectfully submitted,

                                           By: */s/ Dorothy H. Wimberly*
                                               Phillip A. Wittmann, 13625
                                               Dorothy H. Wimberly, 18509
                                               STONE PIGMAN WALTHER
                                               WITTMANN L.L.C.
                                               546 Carondelet Street
                                               New Orleans, Louisiana 70130
                                               Phone: 504-581-3200
                                               Fax:   504-581-3361

                                               Defendants' Liaison Counsel

                                                 —and—

- 3 -

    Douglas R. Marvin
    Eva Petko Esber
    M. Elaine Horn
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, N.W.
    Washington, D.C. 20005
    Phone: 202-434-5000
    Fax:    202-434-5029

    Attorneys for Merck Sharp & Dohme Corp.

- 4 -

**CERTIFICATE OF SERVICE**

       I hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 4th day of February, 2015.

       */s/ Dorothy H. Wimberly*
       Dorothy H. Wimberly, 18509
       STONE PIGMAN WALTHER
       WITTMANN L.L.C.
       546 Carondelet Street
       New Orleans, Louisiana  70130
       Phone:  504-581-3200
       Fax:     504-581-3361
       dwimberly@stonepigman.com

       Defendants' Liaison Counsel

1179117v1