## Exhibit A: Third Omnibus Derivatives Motion

|   | Case name | Case number | Product Users/Rep of Product User ( Record No. of Dismissal) | Derivative Plaintiffs Open On Pacer | Other Dismissed Plaintiffs Still Open on Docket (Record No. of Dismissal) | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|
| 1. | Holobosky et al v. Merck & Co Inc et al | 2:05-cv-01091-EEF-DEK | Rosemary Holobosky (R. 18527) | Nicholas Holobosky; | | The Law Offices of Ronald R. Benjamin |
| 2. | Holobosky et al v. Merck & Co Inc et al | 2:05-cv-01091-EEF-DEK | Sheila Smith (R. 18527) | Lee Smith | | The Law Offices of Ronald R. Benjamin |
| 3. | Holobosky et al v. Merck & Co Inc et al | 2:05-cv-01091-EEF-DEK | Thomas Sullivan (R. 18527) | Genevieve Sullivan | | The Law Offices of Ronald R. Benjamin |
| 4. | Cooper et al v. Merck & Co Inc | 2:06-cv-00666-EEF-DEK | Colleen Cooper, Individually and as Personal Representative of the Estate of Eleanor McGlynn (R. 48459) | Joseph G. McGlynn John K. McGlynn, Jr. | | Koskoff, Koskoff & Bieder, PC |
| 5. | Adkins et al v. Merck & Co Inc et al | 2:06-cv-02199-EEF-DEK | Virginia Gullett (R. 41897) | Earl D. Gillett Note:  This is a misspelling on docket of Earl D. Gullett | Brenda Dickerman (R. 19491) | Trepanier & MacGillis PA |
| 6. | Adkins et al v. Merck & Co Inc et al | 2:06-cv-02199-EEF-DEK | Rose Mary Hayes Roney (R. 61727) | James Roney | | Trepanier & MacGillis PA |

|   | Case name | Case number | Product Users/Rep of Product User ( Record No. of Dismissal) | Derivative Plaintiffs Open On Pacer | Other Dismissed Plaintiffs Still Open on Docket (Record No. of Dismissal) | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|
| 7. | Adkins et al v. Merck & Co Inc et al | 2:06-cv-02199-EEF-DEK | Marlene Mariano (R. 12931) | James Mariano | | Trepanier & MacGillis PA |
| 8. | Adkins et al v. Merck & Co Inc et al | 2:06-cv-02199-EEF-DEK | Geri Wheeler (R. 16529) | George Wheeler | | Trepanier & MacGillis PA |
| 9. | Austin et al v. Merck & Co Inc et al | 2:06-cv-02211-EEF-DEK | Robert Crites (R. 16529) | Janet Crites | | Trepanier & MacGillis PA |
| 10. | Austin et al v. Merck & Co Inc et al | 2:06-cv-02211-EEF-DEK | Efrain Ortiz (R.27952); Note:  This plaintiff also listed as open on Docket | Cynthia Szach *Individually and as Wife of Efrain G. Ortiz* | | Trepanier & MacGillis PA |
| 11. | Austin et al v. Merck & Co Inc et al | 2:06-cv-02211-EEF-DEK | Dragutin Pavlovic (R. 17761) | Bosa Pavlovic | | Trepanier & MacGillis PA |
| 12. | Allen et al v. Merck & Co Inc et al | 2:06-cv-02212-EEF-DEK | Leonard Burnett (R. 17815) | Patricia Burnett | | Pro Se |
| 13. | Allen et al v. Merck & Co Inc et al | 2:06-cv-02212-EEF-DEK | Matthew Smith (R. 17761) | Barbara Smith | | Pro Se |

|  | Case name | Case number | Product Users/Rep of Product User ( Record No. of Dismissal) | Derivative Plaintiffs Open On Pacer | Other Dismissed Plaintiffs Still Open on Docket (Record No. of Dismissal) | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|
| 14. | Hoffner et al v. Merck & Co Inc | 2:06-cv-02238-EEF-DEK | Manuel Carneiro (R. 18527) | Nelma Carneiro |  | Law Office of Ronald R. Benjamin |
| 15. | Hoffner et al v. Merck & Co Inc | 2:06-cv-02238-EEF-DEK | Thomas Roman (R. 18527) | Barbara Roman |  | Law Office of Ronald R. Benjamin |
| 16. | Brooker v. Merck & Co Inc et al | 2:07-cv-00790-EEF-DEK | Richard W. Brooker (R. 42289) | Jean Brooker |  | Phillips & Associates |

1179118v1