**Exhibit B: Third Omnibus Derivatives Motion**
**Derivative Plaintiffs Open on Pacer / Product User Claims Dismissed Under Different Case Number**

|   | Case name | Case number with Open Derivative Plaintiff on PACER | Derivative Plaintiffs Open On PACER | Product Users/Rep of Product User ( Case No & Record No. of Dismissal) | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 1. | Fields v. Merck & Co Inc et al | 2:07-cv-00765-EEF-DEK | David Fields | Jayn Fields (2:07-cv-00762; R.24225) | Pro Se |
| 2. | Leezy v. Merck & Co Inc et al | 2:07-cv-00818-EEF-DEK | Sharon Leezy | James D. Leezy (2:07-cv-854; R. 15921) | Phillips & Associates |
| 3. | Baylon v. Merck & Co Inc et al | 2:07-cv-00829-EEF-DEK | Carlos G. Baylon | Josephine Baylon (2:07-cv-0834; R. 17950) | Pro Se |
| 4. | Shanks v. Merck & Co Inc et al | 2:07-cv-03290-EEF-DEK | Dorothy Shanks | Arthur Shanks (2:07-cv-03297; R. 60330) | Greene, Broillet & Wheeler, LLP |
| 5. | Johnson v. Merck & Co Inc et al | 2:07-cv-03296-EEF-DEK | Jacqueline Johnson | Stanford Johnson (2:07-cv-3291; R. 32188) | Greene, Broillet & Wheeler, LLP |
| 6. | Hardin v. Merck & Company Inc et al | 2:07-cv-03298-EEF-DEK | Earnestine Hardin | Fred Hardin (2:07-cv-3293; R. 61158) | Greene, Broillet & Wheeler, LLP |
| 7. | Jaferian v. Merck & Co Inc et al | 2:07-cv-03301-EEF-DEK | Nader Jaferian | Shahla Jaferian (2:07-cv-03299; R. 52407) | Greene, Broillet & Wheeler, LLP |
| 8. | Dossett v. Merck & Co Inc et al | 2:07-cv-03302-EEF-DEK | Randolph Dossett | Suzanne Dante (2:07-cv-03303; R. 45668) | Greene, Broillet & Wheeler, LLP |

1179120v1

|  | **Case name** | **Case number with Open Derivative Plaintiff on PACER** | **Derivative Plaintiffs Open On PACER** | **Product Users/Rep of Product User ( Case No & Record No. of Dismissal)** | **Plaintiffs' Counsel** |
|---|---|---|---|---|---|
| 9. | Krepp v. Merck & Co Inc et al | 2:07-cv-03307-EEF-DEK | Charles Krepp | Carol Krepp (2:07-cv-03306; R. 61161) | Greene, Broillet & Wheeler, LLP |
| 10. | Rorer v. Merck & Co Inc et al | 2:07-cv-03308-EEF-DEK | Teresa Rorer | Del Rorer (07-cv-03305; R. 34203) | Greene, Broillet & Wheeler, LLP |

2

1179120v1