# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *All Plaintiffs on Attached Exhibits A& B* | * | |
| | * | |
| | * | |

*************************************************************************

## ORDER OF DISMISSAL

Upon consideration of Merck's Third Omnibus Motion Relating to Derivative Plaintiffs:

**IT IS ORDERED**, that all claims of all Plaintiffs listed on the attached Exhibits A and B that were not previously dismissed by Order of this Court are hereby dismissed against Defendant Merck and any other named defendants, each party to bear its own costs.

**IT IS FURTHER ORDERED**, that the Clerk's office is directed to mark each of the cases identified on Exhibit A and B as closed in their entirety as there are no remaining open plaintiffs associated with the listed cases.

**NEW ORLEANS, LOUISIANA**, this _____ day of February, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1179121v1