UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Andrea Cordel v. Merck Sharp & Dohme Corp.,*
*No. 2:14-cv-01053-EEF-DEK*

## ORDER

On January 26, 2015, the Court ordered Plaintiff, Andrea Cordel, to show cause on February 25, 2015 at 9:00 a.m. why the Plaintiff's case should not be dismissed, with prejudice, for failure to comply with the requirements of Pre-Trial Order 29. (Rec. Doc. 65144). The Court would like the show cause hearing to coincide with the bi-monthly Vioxx Status Conference. Accordingly,

**IT IS ORDERED** that Andrea Cordel, plaintiff in the above-numbered case, show cause on the 26th day of February, 2015, at 9 o'clock, at the United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana, why the Rule should not be granted, and plaintiff's case dismissed, with prejudice, for failure to comply with the requirements of Pre-Trial Order 29. This scheduling change does not affect the briefing schedule outlined in the Court's prior Order (Rec. Doc. 65144).

New Orleans, Louisiana, this 4th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE