# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *  MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | *  SECTION L |
| LITIGATION | * |
| | *  JUDGE FALLON |
| *This document relates to:* | * |
| | *  MAGISTRATE JUDGE |
| *All Plaintiffs on Attached Exhibits A& B* | *  KNOWLES |
| | * |
| | * |

*************************************************************************

## ORDER OF DISMISSAL

Upon consideration of Merck's Third Omnibus Motion Relating to Derivative Plaintiffs:

**IT IS ORDERED**, that all claims of all Plaintiffs listed on the attached Exhibits A and B that were not previously dismissed by Order of this Court are hereby dismissed against Defendant Merck and any other named defendants, each party to bear its own costs.

**IT IS FURTHER ORDERED**, that the Clerk's office is directed to mark each of the cases identified on Exhibit A and B as closed in their entirety as there are no remaining open plaintiffs associated with the listed cases.

**NEW ORLEANS, LOUISIANA**, this __9th__ day of February, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1179121v1

## Exhibit A: Third Omnibus Derivatives Motion

| | Case name | Case number | Product Users/Rep of Product User ( Record No. of Dismissal) | Derivative Plaintiffs Open On Pacer | Other Dismissed Plaintiffs Still Open on Docket (Record No. of Dismissal) | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|
| 1. | Holobosky et al v. Merck & Co Inc et al | 2:05-cv-01091-EEF-DEK | Rosemary Holobosky (R. 18527) | Nicholas Holobosky; | | The Law Offices of Ronald R. Benjamin |
| 2. | Holobosky et al v. Merck & Co Inc et al | 2:05-cv-01091-EEF-DEK | Sheila Smith (R. 18527) | Lee Smith | | The Law Offices of Ronald R. Benjamin |
| 3. | Holobosky et al v. Merck & Co Inc et al | 2:05-cv-01091-EEF-DEK | Thomas Sullivan (R. 18527) | Genevieve Sullivan | | The Law Offices of Ronald R. Benjamin |
| 4. | Cooper et al v. Merck & Co Inc | 2:06-cv-00666-EEF-DEK | Colleen Cooper, Individually and as Personal Representative of the Estate of Eleanor McGlynn (R. 48459) | Joseph G. McGlynn John K. McGlynn, Jr. | | Koskoff, Koskoff & Bieder, PC |
| 5. | Adkins et al v. Merck & Co Inc et al | 2:06-cv-02199-EEF-DEK | Virginia Gullett (R. 41897) | Earl D. Gillett Note:  This is a misspelling on docket of Earl D. Gullett | Brenda Dickerman (R. 19491) | Trepanier & MacGillis PA |
| 6. | Adkins et al v. Merck & Co Inc et al | 2:06-cv-02199-EEF-DEK | Rose Mary Hayes Roney (R. 61727) | James Roney | | Trepanier & MacGillis PA |

|  | Case name | Case number | Product Users/Rep of Product User ( Record No. of Dismissal) | Derivative Plaintiffs Open On Pacer | Other Dismissed Plaintiffs Still Open on Docket (Record No. of Dismissal) | Plaintiffs' Counsel |
|---|---|---|---|---|---|---|
| 7. | Adkins et al v. Merck & Co Inc et al | 2:06-cv-02199-EEF-DEK | Marlene Mariano (R. 12931) | James Mariano |  | Trepanier & MacGillis PA |
| 8. | Adkins et al v. Merck & Co Inc et al | 2:06-cv-02199-EEF-DEK | Geri Wheeler (R. 16529) | George Wheeler |  | Trepanier & MacGillis PA |
| 9. | Austin et al v. Merck & Co Inc et al | 2:06-cv-02211-EEF-DEK | Robert Crites (R. 16529) | Janet Crites |  | Trepanier & MacGillis PA |
| 10. | Austin et al v. Merck & Co Inc et al | 2:06-cv-02211-EEF-DEK | Efrain Ortiz (R.27952); Note: This plaintiff also listed as open on Docket | Cynthia Szach *Individually and as Wife of Efrain G. Ortiz* |  | Trepanier & MacGillis PA |
| 11. | Austin et al v. Merck & Co Inc et al | 2:06-cv-02211-EEF-DEK | Dragutin Pavlovic (R. 17761) | Bosa Pavlovic |  | Trepanier & MacGillis PA |
| 12. | Allen et al v. Merck & Co Inc et al | 2:06-cv-02212-EEF-DEK | Leonard Burnett (R. 17815) | Patricia Burnett |  | Pro Se |
| 13. | Allen et al v. Merck & Co Inc et al | 2:06-cv-02212-EEF-DEK | Matthew Smith (R. 17761) | Barbara Smith |  | Pro Se |

1179118v1

|     | Case name | Case number | Product Users/Rep of Product User ( Record No. of Dismissal) | Derivative Plaintiffs Open On Pacer | Other Dismissed Plaintiffs Still Open on Docket (Record No. of Dismissal) | Plaintiffs' Counsel |
|-----|-----------|-------------|--------------------------------------------------------------|-------------------------------------|---------------------------------------------------------------------------|---------------------|
| 14. | Hoffner et al v. Merck & Co Inc | 2:06-cv-02238-EEF-DEK | Manuel Carneiro (R. 18527) | Nelma Carneiro | | Law Office of Ronald R. Benjamin |
| 15. | Hoffner et al v. Merck & Co Inc | 2:06-cv-02238-EEF-DEK | Thomas Roman (R. 18527) | Barbara Roman | | Law Office of Ronald R. Benjamin |
| 16. | Brooker v. Merck & Co Inc et al | 2:07-cv-00790-EEF-DEK | Richard W. Brooker (R. 42289) | Jean Brooker | | Phillips & Associates |

1179118v1

**Exhibit B: Third Omnibus Derivatives Motion**
**Derivative Plaintiffs Open on Pacer / Product User Claims Dismissed Under Different Case Number**

|  | Case name | Case number with Open Derivative Plaintiff on PACER | Derivative Plaintiffs Open On PACER | Product Users/Rep of Product User (Case No & Record No. of Dismissal) | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 1. | Fields v. Merck & Co Inc et al | 2:07-cv-00765-EEF-DEK | David Fields | Jayn Fields (2:07-cv-00762; R.24225) | Pro Se |
| 2. | Leezy v. Merck & Co Inc et al | 2:07-cv-00818-EEF-DEK | Sharon Leezy | James D. Leezy (2:07-cv-854; R. 15921) | Phillips & Associates |
| 3. | Baylon v. Merck & Co Inc et al | 2:07-cv-00829-EEF-DEK | Carlos G. Baylon | Josephine Baylon (2:07-cv-0834; R. 17950) | Pro Se |
| 4. | Shanks v. Merck & Co Inc et al | 2:07-cv-03290-EEF-DEK | Dorothy Shanks | Arthur Shanks (2:07-cv-03297; R. 60330) | Greene, Broillet & Wheeler, LLP |
| 5. | Johnson v. Merck & Co Inc et al | 2:07-cv-03296-EEF-DEK | Jacqueline Johnson | Stanford Johnson (2:07-cv-3291; R. 32188) | Greene, Broillet & Wheeler, LLP |
| 6. | Hardin v. Merck & Company Inc et al | 2:07-cv-03298-EEF-DEK | Earnestine Hardin | Fred Hardin (2:07-cv-3293; R. 61158) | Greene, Broillet & Wheeler, LLP |
| 7. | Jaferian v. Merck & Co Inc et al | 2:07-cv-03301-EEF-DEK | Nader Jaferian | Shahla Jaferian (2:07-cv-03299; R. 52407) | Greene, Broillet & Wheeler, LLP |
| 8. | Dossett v. Merck & Co Inc et al | 2:07-cv-03302-EEF-DEK | Randolph Dossett | Suzanne Dante (2:07-cv-03303; R. 45668) | Greene, Broillet & Wheeler, LLP |

1

1179120v1

|    | Case name | Case number with Open Derivative Plaintiff on PACER | Derivative Plaintiffs Open On PACER | Product Users/Rep of Product User ( Case No & Record No. of Dismissal) | Plaintiffs' Counsel |
|----|-----------|---------------------|---------------------|-----------------|-----------|
| 9. | Krepp v. Merck & Co Inc et al | 2:07-cv-03307-EEF-DEK | Charles Krepp | Carol Krepp (2:07-cv-03306; R. 61161) | Greene, Broillet & Wheeler, LLP |
| 10. | Rorer v. Merck & Co Inc et al | 2:07-cv-03308-EEF-DEK | Teresa Rorer | Del Rorer (07-cv-03305; R. 34203) | Greene, Broillet & Wheeler, LLP |

2

1179120v1