UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *This document relates to* | * | JUDGE FALLON |
| *Jo Levitt v. Merck & Co., Inc.*<br>2:06-cv-09757-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S SECOND MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S OPPOSITION TO DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION FOR SUMMARY JUDGMENT REGARDING PROXIMATE CAUSATION AND INCORPORATED MEMORANDUM OF LAW**

COMES NOW Plaintiff, by and through counsel, and hereby requests an extension of time to file her Opposition to Defendant Merck Sharp & Dohme Corp.'s Motion For Summary Judgment Regarding Proximate Causation And Incorporated Memorandum Of Law. In support of her Motion, Plaintiff states:

1. On December 22, 2014, Defendant Merck Sharp & Dohme Corp. filed a Motion for Summary Judgment Regarding Proximate Causation and Incorporated Memorandum of Law.

2. Plaintiff's Opposition to this Motion is currently due on February 20, 2015.

3. Plaintiff requested from Defendant's counsel an extension of time to file her Opposition, until February 27, 2015, due to the illness of her counsel.

4. Counsel for Defendant has stated that she has no objection to Plaintiff's request.

5. This request for extension of time is not made for the purposes of delay, but rather to allow Plaintiff the opportunity to properly respond to the pending Motion for Summary Judgment. The granting of this motion will not unduly prejudice the parties nor delay these proceedings.

WHEREFORE, Plaintiff respectfully requests that the time to respond to Defendant's Motion for Summary Judgment Regarding Proximate Causation and Incorporated Memorandum of Law be extended until February 27, 2015.

Respectfully submitted,

**HUMPHREY**, **FARRINGTON** & **McCLAIN, P.C.**

*/s/ Daniel A. Thomas*
Kenneth B. McClain          MO #32430
Daniel A. Thomas            MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing **Plaintiffs' Motion For Extension Of Time To File Plaintiff's Opposition To Defendant Meck Sharp & Dohme Corp.'s Motion For Summary Judgment Regarding Proximate Causation And Incorporated Memorandum Of Law** has been served on Defense Counsel, Jonathan Williams, and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 16th day of February, 2015.

*/s/ Daniel A. Thomas*
Kenneth B. McClain           MO #32430
Daniel A. Thomas             MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**