UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:    ALL GOVERNMENT ACTION CASES

**ORDER**

**IT IS ORDERED** that Phil Garrett, Russ Herman, Leonard Davis, Stephen Murray, Elizabeth Cabraser, James Dugan, Dawn Barrios, and Shelly Sanford shall participate in a status conference on February 26, 2015, immediately following the bi-monthly status conference, in the Chambers of the Honorable Eldon E. Fallon to discuss time and expense submissions in the Attorney General cases.  Counsel may participate by phone, and those who wish to participate by phone shall notify the Court prior to the conference.

New Orleans, Louisiana, this 18th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE

1