# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:    VIOXX® | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| This document relates to | * JUDGE FALLON |
| Jo Levitt v. Merck & Co., Inc.<br>2:06-cv-09757-EEF-DEK | * MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

Having considered Plaintiff's Second Motion for Extension of Time to File Plaintiff's Opposition to Defendant Merck Sharp & Dohme Corp.'s Motion For Summary Judgment Regarding Proximate Causation And Incorporated Memorandum Of Law, it is hereby

**ORDERED** that the motion is **GRANTED**. Plaintiff is granted leave **through and including February 24, 2015,** within which to file her Opposition to Defendant Merck Sharp & Dohme Corp.'s Motion For Summary Judgment Regarding Proximate Causation And Incorporated Memorandum Of Law.

New Orleans, Louisiana this 18th day of February, 2015.

_____
UNITED STATES DISTRICT COURT JUDGE