UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Banks, et al. v. Merck & Co., Inc.*, 2:06-cv-02214-EEF-DEK (as to Plaintiff Roxanna Weese only) | * | |
| | * | |
| | * | |

**************************************************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants filed by plaintiff Roxanna Weese,

**IT IS ORDERED** that all claims of plaintiff Roxanna Weese against defendant Merck & Co., Inc. and all other named defendants be and they hereby are dismissed with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this _____ day of February, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1179892v1