UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION "L" |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * *

# CURATOR'S STATUS REPORT NO. 49

Curator, Robert M. Johnston, submits this Status Report No. 49 in accordance with the Court's Order dated February 12, 2008.

Since the last status conference, there has been a limited amount of activities, the most significant of which has been my participating in making settlement offers to six pro se plaintiffs with Vioxx claims at the request of counsel for Merck, Doug Marvin. After receiving a request to locate and contact the six pro se plaintiffs and extend settlement offers that Merck wished to make, and after contacting the Court and obtaining approval to make said offers, I was able to locate and make offer to all six pro se plaintiffs which were accepted. Settlement documents were then transmitted to the pro se plaintiffs after being provided by counsel for Merck.

There has continued to be occasional contact with the Curator's office made by pro se plaintiffs with questions pertaining to the consumer class settlement. Responses have been provided to these pro se plaintiffs to assist them in understanding the consumer class settlement including the time limitations for participating in said settlement.

The curator will be prepared to address the items in this report at the Court's next status conference scheduled for February 26, 2015.

>Respectfully submitted,
>
>JOHNSTON HOEFER HOLWADEL
>
>*s/Robert M. Johnston*
>ROBERT M. JOHNSTON (Bar No. 7339)
>400 Poydras Street, Suite 2450
>New Orleans, Louisiana   70130
>Telephone: (504) 561-7799
>Facsimile: (504) 587-3794
>Email:   rmj@ahhelaw.com
>**Pro Se Curator**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Curator's Status Report No. 48 has been electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 20th day of February 2015.

>*s/ Robert M. Johnston*
>Robert M. Johnston (Bar No. 7339)