UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:    VIOXX® | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| | * |
| This document relates to | * JUDGE FALLON |
| | * |
| Jo Levitt v. Merck & Co., Inc. | * MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## [PROPOSED] ORDER

IT IS HEREBY ORDERED that Plaintiff Jo Levitt's Exhibits to her Opposition to Merck's Motion for Summary Judgment Regarding Causation are to be filed under seal.

Near Orleans, Louisiana, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE