UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to All Cases** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## SUGGESTED AGENDA FEBRUARY 26, 2015 STATUS CONFERENCE

I.     Class Actions

II.     Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

III.     Other Pending Motions/Matters

IV.     Appeals

V.     Next Status Conference

1

1179947v1