UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| **All Cases on Attached Exhibit A** | * | KNOWLES |
| | * | |
| | * | |

*****************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION
### TO CLOSE CASES WITH ONLY DEFENDANTS OPEN ON DOCKET

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to close the five cases listed on Exhibit A hereto. In support of this Motion, Merck states as follows:

1) Each of the cases listed on Exhibit A is noted as open and active on the Court's docket:

2) However, a review of the docket shows that the claims of all plaintiffs in these five actions have been previously been dismissed, and the only parties noted as open are defendants.

3) As noted on Exhibit A, in the *Williams* and *Anderson* cases, parties are erroneously listed as plaintiffs on the docket, when examination of the Complaint reveals that that party was actually a defendant.

4) Accordingly, Merck requests that the Court enter an order that directs the Clerk's office to correct the mis-identified parties in the Williams and Anderson cases, noting them to be defendants rather than plaintiffs, and mark each of those cases closed on the court's docket. A proposed order is attached.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion, and enter the requested order.

Dated:  February  24, 2015              Respectfully submitted,


By:*/s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defendants' Liaison Counsel*

 —and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

2

1180172v1

## CERTIFICATE OF SERVICE

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of February, 2015.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:    504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel