**Exhibit A**
**Motion to Close Cases With Only Defendants Open on Docket**

| Docket Number | Case Name | Defendant Mistakenly Listed As Plaintiff on Docket |
|---|---|---|
| 2:05-cv-05176-EEF-DEK | Williams et al v. Merck & Co. Inc | David W. Antice |
| 2:06-cv-01197-EEF-DEK | Daluiso et al v. Merck & Co Inc et al | |
| 2:06-cv-01902-EEF-DEK | Anderson et al v. Merck & Co Inc et al | W. Clayton Ely |
| 2:06-cv-08386-EEF-DEK | Sarach et al v. Merck & Co Inc et al | |
| 2:07-cv-05231-EEF-DEK | Doty v. Merck & Co Inc et al | |

1180170v1