# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *All Cases on Attached Exhibit A* | * | |
| | * | |
| | * | |

*************************************************************************

## ORDER OF DISMISSAL

Upon consideration of Defendant Merck Sharp & Dohme Corp.'s Third Motion to Close Cases With Only Defendants Open on Docket,

**IT IS ORDERED** the motion be and it hereby is granted and the Clerk is directed to mark each of the cases on the attached Exhibit A closed on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1180174v1