# EXHIBIT 4

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL DOCKET NO. 1657 ) SECTION L ) ) JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) ) MAGISTRATE JUDGE |
| JO LEVITT, | ) KNOWLES ) |
| Plaintiff, | ) ) |
| vs. | ) 2:06-cv-09757-EEF-DEK ) |
| MERCK & CO., INC., | ) ) |
| Defendant. | ) ) |

VIDEOTAPED DEPOSITION OF JO LEVITT, the Plaintiff, taken on behalf of the Defendant before Shelby L. Mead, CSR No. 1472, CCR No. 940(G), pursuant to Notice on the 23rd day of July, 2012, at the offices of Bryan Cave, LLP, One Kansas City Place, 1200 Main Street, Conference Room 37 North, Kansas City, Missouri.

Jo Levitt

Page 2

1                    APPEARANCES
2
    PLAINTIFF APPEARING PRO SE
3
4
    APPEARING FOR THE DEFENDANT:
5
            Jonathan L. Williams, Esquire
6           M. Elaine Horn, Esquire
            Williams & Connolly, LLP
7           725 Twelfth Street, N.W.
            Washington, D.C. 20005
8           202-434-5000
            Jonathanwilliams@wc.com
9
10
    VIDEOGRAPHER:
11
            Mr. Jeremy Martin
12
13
14
15                       INDEX
16
17  WITNESS:                                    PAGE:
18     JO LEVITT
19        Examination by Ms. Horn                  4
20
21  EXHIBITS:       DESCRIPTION:            REFERENCED:
22     No. 1        Plaintiff Profile             76
23     No. 2        Amended and Supplemental      80
24                  Plaintiff Profile

Golkow Technologies, Inc. - 1.877.370.DEPS

1  problems.
2      Q.   Do you remember --
3      A.   And I don't remember what the names of
4  them were because I don't remember them saying here
5  pain pills, what they give was muscle relaxant.  Is
6  that a pain pill?
7      Q.   It can be.
8      A.   Do you have any medical background?
9      Q.   No.  All right.  How did you first
10 hear of Vioxx?
11     A.   From Merck.
12     Q.   What do you mean?
13     A.   I'm not quite sure how I, you know,
14 first heard of it, but I know I heard it from Merck.
15 I don't remember any specific ad or any specific
16 anything, but I had to have heard it from, you know,
17 Merck because I was the one that asked my doctor for,
18 you know, Vioxx.
19     Q.   And that's what I was trying to get
20 at.  Why did you ask your doctor about Vioxx?
21     A.   Because I was in pain and I thought
22 that it, you know, would help me.
23     Q.   And why Vioxx specifically?
24     A.   Because I heard that it was a super

1    aspirin.
2         Q.    And where did you hear that?
3         A.    I don't know.  We took a lot of papers
4    and stuff like Scientific America, the Wall Street
5    Journal, the New York Times, I don't know, just
6    different magazines, women's magazines, you know, I
7    don't know where I heard that.
8         Q.    And when you went in and asked for it,
9    were you asking -- what type of pain were you seeking
10   to treat?
11        A.    I had hip problems, which I thought I
12   had arthritis, which they then diagnosed as
13   fibromyalgia.
14        Q.    Prior to taking Vioxx, did you know
15   anyone else who was taking it --
16        A.    No.
17        Q.    -- or had taken it?
18        A.    No, not that I know of.
19        Q.    I mean, as you sit here today do you
20   know anyone else who took Vioxx?
21        A.    Did I what?
22        Q.    As you sit here now, do you know
23   anyone else who took Vioxx?
24        A.    No.  I'm sure I do, but I don't --

Jo Levitt

Page 71

1  they didn't give me the knowledge that they did.
2      Q.   And you say that you went in and asked
3  about Vioxx, did you discuss any other types of
4  painkillers or anti-inflammatory medications?
5      A.   No.
6      Q.   Did you have a discussion -- strike
7  that.  Do you recall which doctor this was?
8      A.   Hartman.
9      Q.   Did you have a discussion with
10 Dr. Hartman about -- about Vioxx?
11     A.   No.
12     Q.   So you --
13     A.   As I said, I can't remember whether he
14 prescribed it to me or whether Katz prescribed it to
15 me, I think in the end Katz did, I don't think he
16 prescribed it to me, so, I mean, he sent me over to
17 Katz.
18     Q.   Did you ever -- strike that.  All of
19 the Vioxx that you took, was it always by
20 prescription?
21     A.   Yes, only my prescription.
22     Q.   And it was a prescription made out to
23 you?
24     A.   What?

Jo Levitt

Page 72

1    Q.    And it was a prescription to you?

2    A.    Yes.

3          THE WITNESS:  We're going so slow you

4 can do your nails.

5 BY MS. HORN:

6    Q.    And you recall Dr. Katz giving you a

7 prescription for Vioxx at some point; is that right?

8    A.    I believe that Katz was the one that

9 prescribed it to me.

10   Q.    Do you recall did he tell you why he

11 thought Vioxx would be an appropriate choice for you?

12   A.    No, because I think I asked about

13 Vioxx.

14   Q.    Do you recall what dose of Vioxx you

15 were prescribed?

16   A.    I believe it was 25.

17   Q.    And did you take it daily?

18   A.    Uh-huh, yes.

19   Q.    Did it work for you?

20   A.    Did I still have aches and pains,

21 yeah, but apparently it worked enough that I, you

22 know, kept taking it, in other words, I probably

23 wouldn't have continued to take it if I didn't feel

24 like it was doing something for me.

Jo Levitt

Page 73

1     Q.    When you filled your Vioxx
2  prescription, do you recall receiving any kind of
3  like a pamphlet or information about warnings and
4  precautions?
5     A.    I'm sorry, would you say that again?
6     Q.    Did you receive any literature with
7  your Vioxx prescription like any warnings or written
8  patient information booklets or anything like that?
9     A.    Not to my knowledge, in other words,
10 I -- when I went to the pharmacist and he gave me the
11 thing, was there any stuff in there, you know, paper
12 or something, I do not recall.
13    Q.    Okay.  Do you know -- you recall that
14 sometimes when you go to pharmacy and you get
15 prescriptions --
16    A.    Right.
17    Q.    -- they have written information?
18    A.    Right, uh-huh.
19    Q.    Do you usually read the written
20 information that's provided?
21    A.    Do I read it, sometimes I do, but not
22 always.  Do I remember reading anything there, no, I
23 don't.
24    Q.    Did your husband ever take Vioxx?

```
 1        Q.     When's the last time you went to see a
 2   cardiologist?
 3        A.     I went to a cardiologist maybe -- let
 4   me see, this is three years, about five years ago.  I
 5   went to a woman cardiologist.
 6        Q.     Dr. Crouse?
 7        A.     Uh-huh.
 8        Q.     And then after your -- after your
 9   heart surgery in May of 2000 did you continue to take
10   Vioxx?
11        A.     Yes.
12        Q.     And am I correct that you continued to
13   take it for another two years?
14        A.     I took it until my doctor -- they came
15   out with the first warning on it.  Was that 2001 I
16   think.  Whenever the last time I had it filled I
17   thought it was in 2001 or 2000.
18        Q.     The last prescription I think we have
19   is for May 2002?
20        A.     May 2002, okay.  Then that would've
21   been the last time I would've taken it, I mean,
22   ordered it.
23        Q.     And do you recall that you stopped
24   filling the prescription because your insurance no
```