# EXHIBIT 9

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## AFFIDAVIT OF JO LEVITT

STATE OF MISSOURI      )
                                          ) ss
COUNTY OF JACKSON )

I, Jo Levitt, being duly sworn, state and attest as follows:

1. I am of sound mind and legally capable of attesting to the facts set forth herein.

2. I specifically requested that my treating physician, Dr. Hartman, prescribe me Vioxx after I saw advertisements for Vioxx.

3. At the time Merck took the two depositions of my rheumatologist, Dr. Katz, I was representing myself *pro se* and did not have a legal representative present at the deposition.

4. It was not until after I read Dr. Katz's deposition that I learned he was an agent of Merck, and spoke on the benefits of Vioxx both in the Kansas City area and in other cities.

5. Dr. Katz never informed me that he had any direct contact with Merck or Merck representatives.

6. Had I known that Dr. Katz was being paid by Merck, or any other pharmaceutical company for that matter, I would have stopped going to him entirely.

7. My insurance company never informed me that it would not cover my Vioxx prescription.

8. My pharmacy always offers me the option of continuing a prescription at my own cost when my insurance stops covering it. My pharmacy did not do this in April of 2002 for Vioxx and instead told me that the reason for the cancelled prescription was the doctor, not the insurance company.

9. I do not recall ever informing Dr. Katz or any member of his staff that my insurance company would not cover my Vioxx prescription.

10. I believe that both my primary care physician Dr. Hartman, and my cardiologist, Dr. Rosamond would have warned me regarding the cardiovascular risks associated with Vioxx had they been made aware of such risks.

11. Had I known that I was more likely to develop cardiovascular injuries and illness due to my Vioxx intake, I would have never consented to taking Vioxx to treat my pain.

12. Had my treating physicians told me that Vioxx increased my risk of cardiac disease and heart attacks, I would have never consented to taking Vioxx.

13. Had I learned from my physicians or from Merck that Merck's VIGOR study showed an increased likelihood of cardiovascular "events," I would have never consented to take Vioxx

14. If the box or label on Vioxx had contained stronger warnings, specifically warnings regarding cardiovascular risks, I would have never consented to taking Vioxx.

15. If Vioxx had carried a "black box" warning or label I would have never consented to take Vioxx.

FURTHER AFFIANT SAYETH NOT

_____
Jo Levitt

STATE OF MISSOURI   )
                    ) ss.
COUNTY OF Jackson   )

Subscribed and sworn to before me this 24 day of February, 2015.

_____
Notary Public

My commission expires: _____



LISA IRENE ROBINSON
My Commission Expires
April 10, 2015
Jackson County
Commission #11547313