# EXHIBIT 15

**Green, Denice**

| | |
|---|---|
| **From:** | Schad, Virginia |
| **Sent:** | Wednesday, December 12, 2001 2:06 PM |
| **To:** | Kistner, Una |
| **Cc:** | File |
| **Subject:** | FW: DRAFT: Top-Line Findings from December 8 Multi-disciplinary Advisory Board for VIOXX Meeting |


mdabdecmtgsummary.doc


poemdecmtg.doc

FYI on poem

cc: .1654 (client-print all)

-----Original Message-----
From: Baumgartner, Susan L [mailto:susan_baumgartner@merck.com]
Sent: Wednesday, December 12, 2001 2:02 PM
To: Biegelsen, Lawrence H.; Alberti, Peter M; Bourdow, Carrie L.;
Redden, Matthew D; Brakewood, E.B. E; Williams, Mark Med Ed COE; Mills,
Tracy L.; Miller, Marilyn (Lyceum) (E-mail); Schad, Virginia;
Protopapadakis, Peggy; Romankiewicz, John; Payne, Susan M; Stejbach,
Mark P; Goldberg, Allan I.
Subject: DRAFT: Top-Line Findings from December 8 Multi-disciplinary
Advis ory Board for VIOXX Meeting


The attached document contains a draft summary of the findings from our
Multi-disciplinary Advisory Board for VIOXX meeting this past weekend. These
findings are pulled from my notes and represent a working draft of key
take-aways from the meeting. Please do not forward and do not circulate. A
final meeting report will be issued in a few weeks. I wanted to pass along
the feedback and input from the Board to this team quickly, as I know it
will affect our ongoing competitive planning, upcoming advisory board
meetings, and 2002 thought leader market research meetings. For some "fun
reading", I am also attaching a copy of my poem that was shared with the
advisors at the close of our final meeting last weekend. Thanks to all for
your contributions in making this Board a success!
Thank you,
Susan

<<mdabdecmtgsummary.doc>>

<<poemdecmtg.doc>>

1

Source: http://industrydocuments.library.ucsf.edu/drugs/docs/lxhw0217

STI0078312

## Summary of Key Findings
## Multi-disciplinary Advisory Board for VIOXX Meeting
### December 7-8, 2001

### EDUCATIONAL ISSUES SURFACED

- **Elderly patients and at-risk patients who need chronic NSAID therapy deserve "optimal" pain relief** – tend to get the "safer" drug – need to highlight that Coxibs are the pool of safer drugs and physicians should pick based on greatest pain relief
- Need to communicate **advantages of Coxibs vs. non-selective NSAID and PPI combination** - most important event for Coxibs is availability of generic PPI in 6-10 months – companies considering blister package of non-selective NSAID with PPI – polypharmacy is a huge issue – revising American Geriatric Society chronic pain guidelines now toward Coxib for this reason – GI outcomes study now available for NSAID plus PPI – need to highlight that non-selective NSAIDs cause lower GI events that PPIs cannot prevent, but rofecoxib can prevent (VIGOR analysis at upcoming DDW)
- Significant education needed on appropriate **use of low-dose aspirin** when NSAIDs/Coxibs are used – GI risks vs. CV risks – when PPI is indicated - naproxen vs. aspirin question surfaces often based on VIGOR data and epidemiologic data
- **Discuss and promote Coxibs as adjunctive use with DMARD in RA** – ACR20 response rate determined for DMARD with background of NSAIDs and steroids – never validated for studying NSAIDs — reps showing PCPs comparison of ACR20 with celecoxib to DMARD which delays treatment with DMARD

### COXIBS AND THE PAIN MARKET

Feedback on Celebrex acute pain indication:
- HUGE threat to VIOXX – **biggest threat to VIOXX in near term** - Celebrex reps now making push for acute pain – **will allow P/P to promote aggressively and directly to ORS**
- Most vulnerable segment is those who don't use Celebrex because they think VIOXX is a better analgesic – now they can say safer and as effective
- **Distinguish efficacy of VIOXX in acute pain from Celebrex by:**
  - Cost per day
  - Ease to patient/physician with simplicity of dosing regimen - need to show QD convenience is better vs. multiple dose ibuprofen or Celebrex - compliance
  - Better analgesia than narcotics with fewer Aes
  - Need to market QD in pain – still QD – still the best pain reliever - need to take an offensive posture – <u>not</u> defensive – make P/P show why they are as good as the best
- In short-term, no excuse for using Coxib in patient without GI risk factors when ibuprofen available - except when using peri-op where platelet issues are important

Feedback on VIOXX vs. Celebrex comparative studies in dental pain:
- We confirmed Celebrex dosing with our studies – do not publish
- Advisors been saying that 12.5 and 200 are the same – now showing 50 and 400 are the same
- Advisor asked "What do 104 and 111 show on a positive side?" – responses included "nothing" and not a clinically meaningful difference in one study and no difference in other

STI0078313

Source: http://industrydocuments.library.ucsf.edu/drugs/docs/lxhw0217

Recommendations on clinical studies:
- **Majority felt we should not do any more comparative studies vs. Celebrex in acute pain** – too late, no upside, make Pharmacia do studies since our studies do not support our messages – do not show that equivalent to multiple doses of Celebrex and cannot show that superior – more harmful to us – let them prove they are equivalent – no need for Merck to do these studies – too risky for little benefit
- **Recommended clinical studies in acute pain to pursue:**
    - One advisor felt we should do a study comparing 400 mg cele to 50 mg rofe on time to meaningful pain relief/onset of action/speed of action – maybe study patient satisfaction or patient preference - another advisor pointed out that key physicians are not worried about time to onset because using pre-emptively
    - No more studies in existing models – only study in different acute pain models
    - Comparison vs. Toradol in anticipation of parecoxib – reflex by ANES and ORS – study being done by Reuben now and half way done

## VALDECOXIB

- Bextra name = "better and extra"
- **Key message from reps is quick onset of action with Bextra** – mostly Rheums hearing about it – coming out in January or February
- Data to suggest sulfa allergy reaction with other sulfonamides may be dose-related
- CABG patients – significant atherosclerotic, renal disease, low cardiac output – hung up by changes in creatinine and potassium – could be CV or renal problems – worst possible model that they could have chosen – more renal events at 40 mg and 80 mg
- **Metabolism of CYP450 – much more inter-individual variability due to metabolism – tough to find right dose for efficacy and may be safety concerns at higher doses – grapefruit juice message important – messier drug vs. other Coxibs**
- Want to know how and when valde was dosed – with Celebrex, every efficacy study dosed in evening and every safety study dosed in the morning
- Would expect fair amount of dose creep due to availability of 20 mg tablet – will see up to 20 mg BID – either 10 mg BID or 20 mg QD – think FDA made mistake
- With RA claim, VIOXX can REALLY go after celecoxib because assume managed care will move BID users to QD – Celebrex has biggest disadvantage vs. valde and VIOXX b/c BID
- Good news for Bextra is that they do not have a broad spectrum for dosing – dose-related GI and renal effects will not be big issues - cards fell in P/P favor because safe 10 mg in chronic and can go up to 20 mg BID for acute as needed without all the baggage - suggestive that 10 mg is really good if need only 10 mg for RA especially with PCPs – versus VIOXX where have to use double the dose for RA (12.5 to 25)
- Elderly patients have substantially increased exposure to valde in label – with valde, get greater than dose-proportional increase in exposure - do not know why – **Noveck data are concerning and surprising** – show to ORS because platelet/bleeding effect important especially relative to ketorolac – mail this publication out to everybody Should conduct study of TXB2 when valde becomes available
- Caution on how you interpret GI results of valde - rofe in RA dose-related on GI ulcers (50>25), only one dose in etori GI ulcer studies so be careful what you say

STI0078314

Source:   http://industrydocuments.library.ucsf.edu/drugs/docs/lxhw0217

- One advisor felt that GI data on low-dose aspirin use for valde vs. naproxen in ulcers is deadly – gives managed care some evidence for outcomes - will ignore ibu and diclof results – will conclude that negates Coxib benefit when use aspirin – "economic argument cloaked by bad data" – clinical question is use of valde and aspirin vs. NSAID and aspirin – data are pooled, small numbers, highest dose – big stretch to use this against Coxib/aspirin combo
- **Concerned about "scary things" with this drug – elderly, ulcers, non-approval of high doses, renal events – P/P need to explain some things**
- **Recommendations on counter-valdecoxib messages:**
  - Word positively (VIOXX is or has… vs. Bextra is not or does not…)
  - No oral suspension is important
  - Focus on metabolism and drug interactions (3A4) - big deal for PCPs
  - Change first message bullet to "Bextra is not approved to treat acute pain"
  - Promote VIOXX for acute pain and rapid onset of action
  - Advantages of VIOXX are flexibility, no effect on TXB2, more rapid onset of action, fewer drug interactions, acute pain indication
  - Stay away from renal bashing because will drive class down – stay with messages around Coxibs having same renal effects as non-selective NSAIDs – advantage vs. Pharmacia who will have to back-track
  - Reacted strongly against "unproven oral formulation"

## ETORICOXIB

- **RA - no other data where active comparator shown to be different than NSAID – impressive data** – let competition tell why should not be impressed
- **Gout critical for Rheums** – submit to Arthritis Research for fast publication – another view to submit to EULAR and ACR and to solid Rheum journal – **perception that drug is very powerful if works in gout** – efficacy as early as 4 hours important
- Etori endoscopy studies – hint of dose-response with valde, etori and VIOXX – they will compare ulcer % for etori and valde directly – need to communicate 2 endoscopies for etori and rofe with cumulative incidence vs. 1 for valde and cele – nobody saying that drugs are equal to placebo as they are ex-US even though a few publications have stated
- Change in BP more important than investigator-reported HTN
- Relative to valdecoxib, **consistency of messages for etori and VIOXX** – competition will have important questions to answer with valde vs. what they've been saying with celecoxib

## FRANCHISE POSITIONING

- Discontinuations for AEs are important – GI tolerability is an unmet need and relates to PPI issue and economic argument
- Worried about RA indication for VIOXX – reps will push 25 mg and dose creep will follow – reinforce starting dose in OA of 12.5 mg and 25 mg for RA – way to distinguish conditions
- Evaluate approach taken by AstraZeneca in positioning Nexium
- **Cut price of 12.5 mg** – helps with education – shows 12.5 mg works – flat pricing is the problem with renal issues – look at Canadian market to see how different prices for different doses play out in the market

## Multi-disciplinary Advisory Board for VIOXX

Once upon a time, Merck developed a Board.
The best minds in each specialty were carefully lured.
Merck secured STI to help run this affair
And convinced MRL that they had to share.

Physicians had heard of the enzymes named COX
And were using the two products that were out of the blocks.
But we needed the Board's input and honest critique
To help a product called VIOXX reach its peak.

Virginia, Robin, Patty, and John
Helped organize and put these meetings on
With guidance from Hochberg who led the way
And ensured that our objectives were met each day.

Drs. Fine and Reuben relieved our pain
While Fendrick discussed economic gain.
Gloth gave us perspective on the old
While Weaver told it like it had to be told.

Renal effects were analyzed by Brater and Weir.
The orthopedic surgeon's mindset Fitzgerald made clear.
We talked GI issues with Peterson and Laine
While Schnitzer helped us measure arthritis pain.

Dr. Weinblatt could always wear many hats.
For the patient's perspective, we depended on Katz.
Schiff gave us ideas that had never been aired,
And everyone had input that needed to be shared.

The Board first convened in August of ninety-nine
Shortly after Merck had launched the first Coxib in its line.
The discussion revolved around the kidney and gut
And how to differentiate VIOXX without an if, and, or but.

In March of 2000 was our next Board meeting,
And I think this is where we introduced assigned seating.
We covered plans for VIOXX from head to toe,
Assessed the current market, and determined where to go.

STI0078316

Source: http://industrydocuments.library.ucsf.edu/drugs/docs/lxhw0217

We introduced results of a study called VACT-1.
Opinions on 12.5 were surfaced by everyone.
We also spent some time on models of pain.
Preemptive analgesia was the direction we obtained.

In the year 2000, on the fifth of May,
We headed to New York City for another intense day.
We spent most of this meeting studying VIGOR.
Between GI and CV, it required much rigor.

We heard your reactions to the din in the press
And your thoughts on an aspirin study to try to address.
We listened to your input on our claim for RA
And the role of COX in cancers for a future day.

Growth continued for VIOXX and the Coxib class.
Support for the product had reached critical mass.
We headed out to Vail in the month of September.
The weather was amazing, you might remember.

We talked renal again and pain of lower back,
Yanking out molars to see what analgesics lack.
We showed our study versus Tylenol with codeine.
You felt these results should be heard and seen.

We discussed our plans for 2001
And got some advice on what had to be done.
At a place called Zach's Cabin, we were in for a treat.
Just getting up that mountain was an amazing feat.

In November 2000, we hit the city of wind.
Our competitors thought they had us pinned.
We reviewed the infamous Whelton study
And concluded that this just made things muddy.

At this meeting in Chicago, we had much to do
And an incredible meal at a place called Tru.
We scoured the results of the C-1 trial
And discussed peri-op pain for quite a while.

In March of '01, we all met in Florida.
All went as planned – well, I guess only sorta.
We introduced workshops into the meeting design
To help keep the advisors and their comments in line.

STI0078317

· Source: http://industrydocuments.library.ucsf.edu/drugs/docs/lxhw0217

Things were fine 'til we heard of the snow storm.
Who knows why you wanted to leave a place so warm?
So we packed the meeting into only one day
Which left almost no time to sit back and play.

We spent most of our time on the FDA
And what the agency's advisors had to say.
Through pare, valde, and a bunch of other stuff,
By about 4:30, we had all had enough.

I heard things went well in the city of San Fran.
You provided great input into our franchise plan.
Valdecoxib was another hot topic of discussions.
You evaluated its strengths and potential repercussions.

Merck has huge opportunities ahead.
About our research pipeline you may have read.
But it's not a CV drug or even any other,
That gets us as excited as VIOXX's brother.

So we spent time at our meeting in the West
Finding out how to position etoricoxib best.
We reviewed the new data in the Coxib field.
Even Percocet data did not remain sealed.

So here we are in New York at the close of the year
With no further meetings of this board to appear.
With a tear in our eye and a smile on our face,
We know that these memories will never be erased.

You've given great input into our study plans
Even though our research program changed many hands.
You recommended studies and study design.
You recommended messages and recommended wine.

Our wish for you is continued success.
But we know we'll still have issues to address.
So our message now to you is quite clear
Please take our calls and keep us near.

Thank you does not seem nearly enough
For a Board that's contributed so much stuff
You've been with us from the very start
And hold a special place in our heart.

- Susan L. Baumgartner, December 2001

STI0078318

Source: http://industrydocuments.library.ucsf.edu/drugs/docs/lxhw0217