# EXHIBIT 5

Arnold L. Katz, M.D.

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS          ) MDL DOCKET NO. 1657
LIABILITY LITIGATION           ) SECTION L
                               )
                               ) JUDGE FALLON
THIS DOCUMENT RELATES TO:      )
                               ) MAGISTRATE JUDGE
JO LEVITT,                     ) KNOWLES
                               )
                Plaintiff,     )
                               )
vs.                            ) 2:06-cv-09757-EEF-DEK
                               )
MERCK & CO., INC.,             )
                               )
                Defendant.     )
                               )

        DEPOSITION OF ARNOLD L. KATZ, M.D., a Witness,
taken on behalf of the Defendant before Lindi E.
Cooney, CSR No. 0919, CCR No. 1089, pursuant to
Notice on the 30th day of January, 2013, at the
offices of Dr. Arnold Katz, M.D., 10550 Quivira Road,
Suite 320, Lenexa, Kansas.

Arnold L. Katz, M.D.

Page 2

```
 1                     APPEARANCES

 2

 3   NO APPEARANCE FOR THE PLAINTIFF:

 4

 5   APPEARING FOR THE DEFENDANT:

 6          M. Elaine Horn, Esquire

            Jonathan L. Williams, Esquire

 7          Williams & Connolly, LLP

            725 Twelfth Street N.W.

 8          Washington, D.C. 20005

            202-434-5000

 9          elainehorn@wc.com

10

11                        INDEX

12   WITNESS:                                PAGE:

13   ARNOLD L. KATZ, M.D.

14      Examination By Ms. Horn                 3

15

16                       EXHIBITS

17   EXHIBIT                                   PAGE

18   NUMBER      DESCRIPTION              IDENTIFIED

19      1          List of Cases              5

20      2          Dr. Arnold CV              8

21      3          Medical Chart             26

22

23   NOTE:  Katz Exhibits 1 through 3 were attached to the

24   original transcript.
```

Arnold L. Katz, M.D.

1          I can't remember if I was able to use

2     -- since I was in a training status where I used the

3     license from another state.  I don't remember getting

4     a Pennsylvania license, to be honest with you.  I did

5     whatever the legal requirements were, I'm sure.  But

6     I think that the licenses that I had at that time --

7     I believe I just had a Virginia license at that time.

8          Q.     And in your CV there's a section

9     entitled research.  And it says drug studies,

10    including Voltaren, Rioprostil, Nabumetone and

11    Celecoxib, and other COX-2 medications.  Were those

12    clinical trials?

13         A.     Yes.

14         Q.     When is the last time you participated

15    in a clinical trial?

16         A.     It's still an ongoing trial, precision

17    trial, which is looking at the safety of Celebrex.

18         Q.     The Voltaren trial, do you recall when

19    that was?

20         A.     It would have been circa 1990.

21         Q.     That was a clinical trial?

22         A.     Yes.

23         Q.     Were all of the medications that I

24    just listed, were those all clinical trials?

Arnold L. Katz, M.D.

Page 12

```
 1          A.      Yes.

 2          Q.      And Rioprostil?

 3          A.      Yes.

 4          Q.      When was that?

 5          A.      Also probably 1990, 1992.

 6          Q.      What kind of medication is that?

 7          A.      Stomach protecting medication.

 8          Q.      And then what was the time frame for

 9  Nabumetone?

10          A.      Would also be probably around 1990.

11          Q.      And you said that you're currently

12  involved in Celebrex trials.  When did you first

13  start becoming involved in the Celebrex trials?

14          A.      I think that we're now in the sixth

15  year of that trial.  So it would have been about

16  2007, somewhere in there, give or take a year.

17          Q.      Prior to the precision trial did you

18  participate in any other Celebrex trials?

19          A.      I don't think -- I think this was my

20  first.

21          Q.      And then you're on the Regional,

22  National, and International Speakers Bureaus for

23  Pfizer, Takeda, Abbott, Forest and Genzyme?

24          A.      Yes.
```

Arnold L. Katz, M.D.

Page 13

```
 1          Q.     Are those current?

 2          A.     That would be fairly current, yes.

 3          Q.     Have you ever been on the Speaker

 4   Bureau for Merck?

 5          A.     Yes.

 6          Q.     When was that?

 7          A.     I would say for several years through

 8   maybe 2005, 2006.

 9          Q.     Do you recall what topics you spoke

10   on?

11          A.     Spoke on Vioxx.

12          Q.     Anything else?

13          A.     No.  I think that's the only product.

14          Q.     For any Vioxx speaking that you did

15   was that local, or outside of this area?

16          A.     Outside -- both local and outside of

17   this area.

18          Q.     And you said through roughly 2005.  Do

19   you recall when that started?

20          A.     It seems that that was ongoing

21   probably from about 2000 through perhaps 2006 or so.

22   I can't remember exactly when Vioxx was withdrawn

23   from the market place.

24          Q.     Is that when you stopped speaking?
```

Arnold L. Katz, M.D.

Page 20

1           A.      Yes, I have.

2           Q.      Do you know how often you've done

3     that?

4           A.      Probably an average of once every two

5     years.

6           Q.      Anti-inflammatories or NSAIDs, it's

7     fair you've prescribed a fair amount of those?

8           A.      Absolutely.

9           Q.      Like all other drugs

10    anti-inflammatories have potential risks?

11          A.      Yes.

12          Q.      When you're prescribing such

13    medications to one of your patients generally what

14    types of information do you provide to them about

15    potential risks?

16          A.      I typically try to provide the major

17    risks that I'm aware of of that particular product.

18    And frequently, as you mentioned initially, if they

19    receive samples there's usually information, written

20    information also provided for the patient.

21          Q.      In terms of anti-inflammatory

22    medications as a class, are there certain risks that

23    are associated with the entire class?

24          A.      Yes.

Arnold L. Katz, M.D.

Page 21

1          Q.      What are some of the major ones?

2          A.      We have always been mostly and mainly

3   concerned with first the GI potential problems that

4   occur.  That seems to be a class problem.  Starting

5   several years ago there was a class warning that the

6   FDA issued regarding possible cardiovascular issues

7   that occur with this class.  There are common threads

8   with people who are allergic to aspirin having

9   problems also with non-steroidal anti-inflammatory

10  drugs.

11                 Certainly there's the renal issues

12  that occur with these drugs.  And that's pretty much

13  through the entire class.  Anti-inflammatory drugs

14  also have the potential to possibly raise blood

15  pressure.  So that could be put also under the

16  cardiovascular risk.  But I'm mentioning that

17  separately as well.

18         Q.      And you mentioned the GI problems.

19  Have any of your patients experienced GI problems

20  after taking anti-inflammatory medications?

21         A.      Yes.

22         Q.      And some of these GI problems can be

23  quite serious, is that right?

24         A.      Yes.

Arnold L. Katz, M.D.

Page 26

1        A.     I started using it fairly early after

2    its release.  It may have been late 1999.  For some

3    reason I'm remembering 1999 as the Celebrex release

4    date.  And I believe that Vioxx was approximately six

5    months behind Celebrex.  I think I am correct in the

6    late 1999 early 2000 time frame.

7        Q.     I'm going to ask you some questions

8    about Mrs. Levitt.  To the extent that you want to

9    refer to your chart to answer questions please feel

10   free to do so.  When did you first prescribe Vioxx to

11   Mrs. Levitt?

12       A.     I'm looking at the date, and since I

13   prescribed it October 11th, 1999 it must have been

14   available then.  And so that would go along with the

15   late 1999 time frame.  And I started 25 milligrams a

16   day on October 11th, 1999.

17       Q.     I'm going to mark as Exhibit 3 a copy

18   of the -- Mrs. Levitt's chart that was produced to us

19   previously.

20                    (Katz Exhibit 3 was marked

21   for identification.)

22       Q.     (By Ms. Horn)  I'm going to hand this

23   to you.  If you want to look at your own chart you

24   can do whatever is easier for you.  Do you recall

Arnold L. Katz, M.D.

Page 27

1    whether Mrs. Levitt had been previously prescribed

2    Vioxx by another physician prior to seeing you?

3          A.      I don't see that listed.

4          Q.      We might circle back later to

5    something that references that.  But let's assume for

6    the moment that when Mrs. Levitt came to see you she

7    was not currently taking Vioxx?

8          A.      Correct.

9          Q.      Did you base your decision to

10   prescribe Vioxx to Ms. Levitt on your own assessment

11   and evaluation of her condition and what you thought

12   would work best for her?

13         A.      Yes.

14         Q.      So if a prior physician had prescribed

15   -- prescribed Vioxx to her at an earlier time that

16   did not influence your decision to prescribe Vioxx to

17   her, is that correct?

18         A.      Probably the best answer to that would

19   be yes and no, in that if she felt she were doing

20   well with Vioxx I would probably tell -- say we

21   should continue it.  If she said she wasn't satisfied

22   then I would make a change.  I'm looking actually at

23   her initial visit of October 11th.  Even though I

24   don't discuss that in the text of her first visit it

Arnold L. Katz, M.D.

Page 38

1    diagnose?

2          A.     A high percentage of my patients with

3    fibromyalgia also have chronic fatigue.  And yes,

4    that is something I would diagnose.

5          Q.     Is there a difference between saying

6    that one of your fibromyalgia patients have chronic

7    fatigue, and saying that one of your fibromyalgia

8    patients also suffers from chronic fatigue syndrome?

9          A.     There are some physicians that

10   probably would distinguish.  I do not.

11         Q.     For your patients who -- your

12   fibromyalgia patients who are also experiencing

13   chronic fatigue, how would you treat that?

14         A.     Today?

15         Q.     Let's start with today.

16         A.     Yeah.  Today I would use products like

17   Cymbalta and Savella, which may not only benefit in

18   terms of pain control but also in terms of helping to

19   energize the patient.

20         Q.     Has your method of treating patients,

21   your fibromyalgia patients who also have chronic

22   fatigue, has that changed over time?

23         A.     Yes.

24         Q.     How has that changed?

Arnold L. Katz, M.D.

Page 44

1    patients we frequently use it as a sleep aid.

2         Q.    Did you prescribe that to her?

3         A.    I believe that I told her to take it

4    more regularly at 25 milligrams nightly.

5         Q.    So someone else had already prescribed

6    it to her?

7         A.    She was taking amitriptyline it

8    appears 10 milligrams on an as-needed basis.  And I

9    changed that apparently to 25 milligrams regularly.

10   Although from her follow-up visit note it said that

11   she still was on 10 milligrams of the amitriptyline.

12        Q.    Going back to your letter to

13   Dr. Hartman, in the last paragraph, the third

14   sentence, she was given informational materials

15   regarding fibromyalgia.  She was advised to start

16   Vioxx at 25 milligrams daily with food, and to take

17   amitriptyline regularly at 25 milligrams nightly.  Is

18   it a fair reading of that statement that she was --

19   that you were starting her on a new Vioxx

20   prescription?

21        A.    From my records I did not write her a

22   prescription on that date, which suggests to me that

23   she was going to be taking the 25-milligram Vioxx

24   that she probably had already received from

Arnold L. Katz, M.D.

Page 45

1    Dr. Hartman.  Because my first prescription for Vioxx

2    is dated December 27th, 1999.  And from a review of

3    the records we already mentioned that she indicated

4    that she had Vioxx from Dr. Hartman.

5            Q.      By that she was not taking it?

6            A.      Correct.

7            Q.      Did you know why she was not taking it

8    at the time she came to see you?

9            A.      No.  I don't have any mention why she

10   wasn't taking that regularly.

11           Q.      But then based on your assessment and

12   evaluation or examination of Mrs. Levitt you

13   determined it was appropriate for her to start taking

14   it daily?

15           A.      Correct.

16           Q.      Focusing specifically on Mrs. Levitt,

17   did the fact that Dr. Hartman had at one time given

18   her some Vioxx factor into your decision to tell her

19   to start taking Vioxx every day?

20           A.      I would imagine that I arrived at that

21   independently.

22           Q.      Going back to the November 15th, '99

23   progress note, Page 2 at the bottom there's a diagram

24   with lots of marks on it.  Can you describe what that

Golkow Technologies, Inc. - 1.877.370.DEPS

Arnold L. Katz, M.D.

Page 51

1          Q.      Let's turn to the next page where you
2    have the handwritten notes.  Are these also phone
3    notes?
4          A.      Phone notes from March 6th, 2000.
5          Q.      She calls complaining of pressure in
6    her chest?
7          A.      Correct.
8          Q.      And there's a handwritten paragraph,
9    and then there's another notation which is could be
10   Relafen related problems?
11         A.      Yes.
12         Q.      Is that your handwriting?
13         A.      Yes.
14         Q.      Could you read that?
15         A.      I said could be Relafen related
16   problem, actually the plural, problems.  But
17   regardless, concerned with reflux esophageal
18   symptoms, holds -- it says holds for relevant.  It
19   probably was hold her relevant, and I told her to
20   call Dr. Hartman.
21         Q.      And why did you believe it might be
22   Relafen related problem?
23         A.      Because it's common for patients to
24   have GI issues with non-steroidal anti-inflammatory

Arnold L. Katz, M.D.

Page 52

1    drugs as we outlined earlier.  And from the

2    February 7, 2000 note again we should mention, I

3    don't think we have, that Dr. Hartman had changed her

4    from Vioxx to Relafen.

5         Q.      Where do you see that?

6         A.      That's on Page 5.  She mentioned that

7    she would rather go back to Vioxx at that time.  But

8    evidently she didn't, because in the March notes

9    calls to us she said she was still on the Relafen.

10   And I was concerned that that was causing GI issues.

11        Q.      And to back up to the February date.

12   Do you know why she was switched from Vioxx to

13   Relafen?

14        A.      No.

15        Q.      Did you ever prescribe Relafen to her

16   as of or prior to this date?

17        A.      No.

18        Q.      Going back to Page 6, if you look at

19   the next note, which I assume is your nurse or

20   assistant.  Do you see where patient states that

21   she's off Relafen and back on Vioxx?

22        A.      Yes.  So I was under the impression

23   evidently initially when she called that she was on

24   the Relafen because she had told me she had gone from

Arnold L. Katz, M.D.

Page 59

1          A.     She had no tender points.

2          Q.     And then the second point?

3          A.     Fatigue persists, milder, question

4    previous element of cardiovascular weakness.

5          Q.     Does that mean -- what does that mean?

6          A.     What that means is perhaps her fatigue

7    was related to underlying cardiovascular problems, so

8    that she wasn't responding in a cardiovascular way

9    that kept her energy up.

10         Q.     Am I correct that prior to the

11   March 2000 stent placement on all the prior visits to

12   you she had complained of fatigue or chronic fatigue?

13         A.     That's correct.

14         Q.     How is this fatigue different?

15         A.     Perhaps because she said her energy

16   had mildly improved.  She had had the stent placed.

17   So I thought chronologically her energy was getting

18   better so that perhaps there was underlying

19   cardiovascular disease that had been ongoing.  And

20   they put a stent in and she felt better.

21                So I believe it's always difficult to

22   go back almost 13 years into what my thinking was.

23   But I would think from what I wrote there that I was

24   saying that perhaps the correction of her

Arnold L. Katz, M.D.

Page 68

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS | ) MDL DOCKET NO. 1657 |
| LIABILITY LITIGATION | ) SECTION L |
| | ) |
| | ) JUDGE FALLON |
| THIS DOCUMENT RELATES TO: | ) |
| | ) MAGISTRATE JUDGE |
| JO LEVITT, | ) KNOWLES |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) 2:06-cv-09757-EEF-DEK |
| | ) |
| MERCK & CO., INC., | ) |
| | ) |
| Defendant. | ) |
| | ) |

VOLUME II


       DEPOSITION OF ARNOLD L. KATZ, M.D., a Witness,
taken on behalf of the Defendant before Lindi E.
Cooney, CSR No. 0919, CCR No. 1089, pursuant to
Notice on the 8th day of May, 2013, at the offices
of Dr. Arnold Katz, M.D., 10550 Quivira Road,
Suite 320, Lenexa, Kansas.

Arnold L. Katz, M.D.

```
                                                   Page 69
 1                      APPEARANCES

 2

 3   NO APPEARANCE FOR THE PLAINTIFF:

 4

 5   APPEARING FOR THE DEFENDANT:

 6           M. Elaine Horn, Esquire
             Jonathan L. Williams, Esquire
 7           Williams & Connolly, LLP
             725 Twelfth Street N.W.
 8           Washington, D.C. 20005
             202-434-5000
 9           elainehorn@wc.com
             jonathanwilliams@wc.com

10

11                        INDEX

12   WITNESS:                              PAGE:

13   ARNOLD L. KATZ, M.D.

14      Examination By Ms. Horn               70

15

16                      EXHIBITS

17   EXHIBIT                              PAGE

18   NUMBER      DESCRIPTION          IDENTIFIED

19      4           Celebrex Label        78

20      5           4/6/05 Memorandum      81

21      6           3/29/13 Office Memo     85

22

23   NOTE:  Katz Exhibits 4, 5 and 6 were attached to the

24   original transcript.
```

Golkow Technologies, Inc. - 1.877.370.DEPS

Arnold L. Katz, M.D.

Page 72

1        Q.      Or anyone on her behalf?

2        A.      No.  And I didn't speak to her.

3        Q.      What is your understanding for why

4    some drugs are dispensed by prescription versus some

5    drugs you can buy over the counter?  Why is there

6    that distinction?

7        A.      I'm not sure I understand that

8    question.

9        Q.      I'll withdraw it.  You prescribe

10   medication, correct?

11       A.      Yes.

12       Q.      And generally the medication that you

13   prescribed, they are not available over the counter,

14   or they are not available in the dose that you

15   prescribe them over the counter, is that right?

16       A.      That is correct.

17       Q.      Is there a general reason why some

18   medications are available only by prescription?

19       A.      They are available by prescription

20   partly it's my understanding because of patent laws.

21   You know, companies have developed these drugs to

22   sell as prescription medications.  As they become

23   older and perhaps generic at lower doses, for

24   business reasons companies try to market them as over

Arnold L. Katz, M.D.

Page 77

1    she did well on it, her pain responded well to it, is

2    that correct?

3          A.    Well, after starting the medication I

4    have indicated in the chart that she clinically

5    improved with the Vioxx.

6          Q.    And you continued to prescribe it to

7    her until April 2002 when her insurance coverage

8    changed, is that right?

9          A.    April 5, 2002 I said continue Vioxx.

10         Q.    I believe if you keep looking for a

11   phone message from April 29 regarding her insurance

12   coverage.

13         A.    (Examines document.)  April 29th,

14   2002, yes.  Insurance won't cover Vioxx, is there

15   something else.  We switched to that Nabumetone.

16         Q.    And after you switched Mrs. Levitt you

17   continued to prescribe Vioxx to other patients, is

18   that right?

19         A.    Yes.

20         Q.    Including other fibromyalgia patients

21   like Mrs. Levitt?

22         A.    Yes.

23         Q.    And Merck voluntarily withdrew Vioxx

24   from the market in September of 2004.  Am I correct

Arnold L. Katz, M.D.

Page 78

1    you continued to prescribe Vioxx up until it was

2    withdrawn?

3            A.    Yes.

4            Q.    And you continued to prescribe it to

5    fibromyalgia patients like Mrs. Levitt?

6            A.    Yes.

7            Q.    As we sit here today you will

8    prescribe Celebrex to patients, is that right?

9            A.    Yes.

10                        (Katz Exhibit 4 was marked

11   for identification.)

12           Q.    (By Ms. Horn)   I'm handing you what

13   we've mark as Exhibit 4, which is a copy of the most

14   recent Celebrex label that's available on their

15   website.  And you're familiar with -- generally

16   familiar with this label, is that fair to say?

17           A.    Yes.

18           Q.    And today this label has a Big

19   Box warning, right?

20           A.    Yes.

21           Q.    And if you could take a moment and

22   look at the warning.  I have a couple questions about

23   the language in the box.

24           A.    Yes.

Arnold L. Katz, M.D.

Page 85

1   and risks for those two medications are comparable?

2          A.     Different studies, but the number is

3   approximately the same.

4          Q.     And if you return to Page 2, the

5   second paragraph of this memo -- the second bullet

6   point.  It reads, pending the availability of

7   additional long-term controlled clinical trial data

8   the available data are best interpreted as being

9   consistent with a class effect of an increased risk

10  of serious adverse CV events for COX-2 selective and

11  non selective NSAIDs?

12         A.     Yes.

13         Q.     Do you agree with that conclusion?

14         A.     Yes.

15         Q.     As we know, Vioxx was voluntarily

16  withdrawn from the market by Merck before the date of

17  this memo.  If Vioxx were available today and it had

18  the same warning that we just read on the Celebrex

19  label, would you continue to prescribe it?

20         A.     Yes.

21         Q.     Would you continue to prescribe it to

22  fibromyalgia patients?

23         A.     Yes.

24         Q.     Patients like Mrs. Levitt?