# EXHIBIT 11

**Conduct a Search**          **Data Explorer**          **About**          **Download the Data**          **Open Payments Home**

# About Open Payments Data

**The beta release of this search tool only searches identified data.** Updates to the tool will include searching de-identified data.

Open Payments is a federal program that annually collects and makes information public about financial relationships between the health care industry, physicians, and teaching hospitals. The Centers for Medicare & Medicaid Services (CMS) collects information from manufacturers of drugs and devices about payments and other transfers of value they make to physicians and teaching hospitals. These payments and other transfers of value can be for many purposes, like research, consulting, travel, and gifts. CMS will be making this data publicly available each reporting year.

More information about the program can be found on the Open Payments website. There you can get an overview of the data that's been collected and displayed and learn more about the context around the data. Read the Open Payments data dictionary for more details. For questions about the data, contact the Open Payments team at opdata@cms.hhs.gov.

# Frequently Asked Questions

**Q:** What can I do to get better search results?

**A:** Try refining your search by:
- Trying alternative spellings (e.g., Jon vs. John, Marc vs. Mark),
- Adding or removing search criteria,
- Checking for spelling errors, and/or
- Eliminating leading or trailing spaces on search strings.

**Q:** How can I download the data?

**A:** To download all identified or all de-identified datasets (general, research, and ownership files), go to the Dataset Downloads page on cms.gov/openpayments.

**Q:** Why am I seeing out-of-date address information?

**A:** Physician addresses were provided by applicable manufactures and GPOs in their attested data submission.

**Q:** Who should use the "Explore the Data" function?

**A:** This function is meant for advanced users who would like to understand the underlying datasets that power this site. This feature has advanced data filtering, sorting, and export capabilities, allowing users to export subsets of data for more in-depth analysis.

**Q:** Why does the search take long to retrieve results?

**A:** The engine is searching through large datasets with millions of rows. Depending on the criteria, some results may take a few moments to load. We appreciate your patience.

**Disclaimer:** Data is reported on this website in accordance with the statutory authority in Section 1128 G of the Social Security Act. CMS has an impartial role in the collection and reporting of data regarding payments or other transfers of value pursuant to Open Payments. The transparency display of transactions from applicable manufacturers and group purchasing organizations to physicians and teaching hospitals does not necessarily mean any of the reported financial relationships are improper.

| **Conduct a Search** | **Data Explorer** | **About** | **Download the Data** | **Open Payments Home** |

Search for a ...                               Physician         **Teaching Hospitals**      **Company Making Payments**
                                                  ▼

First Name                                              Last Name

City                                                    State                                              ▼

ZIP                                                     Specialty

Please be patient, search results take a few moments to load.          🔍 Search

ⓘ **For Best Search Results**

This search tool only searches **identified data**. The datasets are large and the search tool searches millions of records. For some searches the results will take some time to load, please be patient.

**Disclaimer:** Data is reported on this website in accordance with the statutory authority in Section 1128 G of the Social Security Act. CMS has an impartial role in the collection and reporting of data regarding payments or other transfers of value pursuant to Open Payments. The transparency display of transactions from applicable manufacturers and group purchasing organizations to physicians and teaching hospitals does not necessarily mean any of the reported financial relationships are improper.

| Conduct a Search | Data Explorer | About | Download the Data | Open Payments Home |

# ARNOLD LESLIE KATZ

10550 QUIVIRA ROAD
OVERLAND PARK, KS 66215

**Specialty:**

Allopathic & Osteopathic Physicians/ Internal Medicine/ Rheumatology

## Summary Information

| $17,591.14 | 95 | $0.00 | 0 |
|---|---|---|---|
| Total General Payments | Total General Transactions | Total Research Payments | Total Research Transactions |
| $0.00 | 0 | $0.00 | 0 |
| Total Amount Invested | Total Invested Transactions | Total Value of Interest | Total Interest Transactions |

## General Payments Received

| Company Making Payment | Nature of Payment | Date | Amount | Third Party Payment | Disputed? | Comment |
|---|---|---|---|---|---|---|
| AbbVie, Inc. | Food and Beverage | 08/01/2013 | $5.61 | No Third Party Payment | No | |
| AbbVie, Inc. | Food and Beverage | 08/22/2013 | $19.63 | No Third Party Payment | No | |
| AbbVie, Inc. | Food and Beverage | 09/11/2013 | $19.66 | No Third Party Payment | No | |
| AbbVie, Inc. | Compensation for services other than consulting, including serving as faculty or as a speaker at a venue other than a continuing education program | 09/24/2013 | $1,625.00 | Yes | No | |
| AbbVie, Inc. | Food and Beverage | 09/25/2013 | $7.52 | No Third Party Payment | No | |
| AbbVie, Inc. | Food and Beverage | 09/28/2013 | $7.81 | No Third Party Payment | No | |
| AbbVie, Inc. | Food and Beverage | 10/03/2013 | $73.20 | No Third Party Payment | No | |
| AbbVie, Inc. | Food and Beverage | 10/10/2013 | $96.00 | No Third Party Payment | No | |
| AbbVie, Inc. | Food and Beverage | 10/12/2013 | $1.48 | No Third Party Payment | No | |

| Conduct a Search | Data Explorer | About | Download the Data | Open Payments Home |

# ARNOLD LESLIE KATZ

10550 QUIVIRA ROAD
OVERLAND PARK, KS 66215

**Specialty:**

Allopathic & Osteopathic Physicians/ Internal Medicine/ Rheumatology

## Summary Information

| $17,591.14 | 95 | $0.00 | 0 |
|---|---|---|---|
| Total General Payments | Total General Transactions | Total Research Payments | Total Research Transactions |
| $0.00 | 0 | $0.00 | 0 |
| Total Amount Invested | Total Invested Transactions | Total Value of Interest | Total Interest Transactions |

## General Payments Received

| Company Making Payment | Nature of Payment | Date | Amount | Third Party Payment | Disputed? | Comment |
|---|---|---|---|---|---|---|
| AbbVie, Inc. | Food and Beverage | 10/12/2013 | $5.37 | No Third Party Payment | No | |
| AbbVie, Inc. | Compensation for services other than consulting, including serving as faculty or as a speaker at a venue other than a continuing education program | 10/14/2013 | $2,050.00 | Yes | No | |
| AbbVie, Inc. | Travel and Lodging | 10/24/2013 | $772.60 | No Third Party Payment | No | |
| AbbVie, Inc. | Travel and Lodging | 10/25/2013 | $19.00 | No Third Party Payment | No | |
| AbbVie, Inc. | Travel and Lodging | 11/04/2013 | $245.89 | No Third Party Payment | No | |
| AbbVie, Inc. | Food and Beverage | 11/08/2013 | $94.69 | No Third Party Payment | No | |
| AbbVie, Inc. | Food and Beverage | 11/13/2013 | $7.53 | No Third Party Payment | No | |
| AbbVie, Inc. | Compensation for services other than consulting, including serving as faculty or as a speaker at a venue other than a continuing education program | 11/21/2013 | $2,300.00 | Yes | No | |

| Conduct a Search | Data Explorer | About | Download the Data | Open Payments Home |

# ARNOLD LESLIE KATZ

10550 QUIVIRA ROAD
OVERLAND PARK, KS 66215

**Specialty:**

Allopathic & Osteopathic Physicians/ Internal Medicine/ Rheumatology

## Summary Information

| $17,591.14 | 95 | $0.00 | 0 |
|---|---|---|---|
| Total General Payments | Total General Transactions | Total Research Payments | Total Research Transactions |
| $0.00 | 0 | $0.00 | 0 |
| Total Amount Invested | Total Invested Transactions | Total Value of Interest | Total Interest Transactions |

## General Payments Received

| Company Making Payment | Nature of Payment | Date | Amount | Third Party Payment | Disputed? | Comment |
|---|---|---|---|---|---|---|
| AbbVie, Inc. | Food and Beverage | 11/22/2013 | $25.69 | Yes | No | |
| AbbVie, Inc. | Travel and Lodging | 11/22/2013 | $243.09 | Yes | No | |
| AbbVie, Inc. | Travel and Lodging | 11/22/2013 | $200.05 | Yes | No | |
| AbbVie, Inc. | Food and Beverage | 11/22/2013 | $65.61 | No Third Party Payment | No | |
| AbbVie, Inc. | Food and Beverage | 11/26/2013 | $3.36 | No Third Party Payment | No | |
| AbbVie, Inc. | Food and Beverage | 11/26/2013 | $9.40 | No Third Party Payment | No | |
| AbbVie, Inc. | Food and Beverage | 12/08/2013 | $16.85 | No Third Party Payment | No | |
| AbbVie, Inc. | Food and Beverage | 12/10/2013 | $13.77 | No Third Party Payment | No | |
| AbbVie, Inc. | Food and Beverage | 12/12/2013 | $11.89 | No Third Party Payment | No | |
| Amgen Inc. | Food and Beverage | 09/20/2013 | $12.49 | No Third Party Payment | No | |

| Conduct a Search | Data Explorer | About | Download the Data | Open Payments Home |

# ARNOLD LESLIE KATZ

10550 QUIVIRA ROAD
OVERLAND PARK, KS 66215

**Specialty:**

Allopathic & Osteopathic Physicians/ Internal Medicine/ Rheumatology

## Summary Information

| $17,591.14 | 95 | $0.00 | 0 |
|---|---|---|---|
| Total General Payments | Total General Transactions | Total Research Payments | Total Research Transactions |

| $0.00 | 0 | $0.00 | 0 |
|---|---|---|---|
| Total Amount Invested | Total Invested Transactions | Total Value of Interest | Total Interest Transactions |

## General Payments Received

| Company Making Payment | Nature of Payment | Date | Amount | Third Party Payment | Disputed? | Comment |
|---|---|---|---|---|---|---|
| Amgen Inc. | Food and Beverage | 10/04/2013 | $14.43 | No Third Party Payment | No | |
| Amgen Inc. | Food and Beverage | 11/11/2013 | $11.81 | No Third Party Payment | No | |
| Amgen Inc. | Food and Beverage | 11/22/2013 | $16.38 | No Third Party Payment | No | |
| E.R. Squibb & Sons, L.L.C. | Food and Beverage | 08/05/2013 | $1.32 | No Third Party Payment | No | |
| E.R. Squibb & Sons, L.L.C. | Food and Beverage | 08/05/2013 | $13.68 | No Third Party Payment | No | |
| E.R. Squibb & Sons, L.L.C. | Food and Beverage | 09/05/2013 | $1.80 | No Third Party Payment | No | |
| E.R. Squibb & Sons, L.L.C. | Food and Beverage | 09/05/2013 | $10.40 | No Third Party Payment | No | |
| E.R. Squibb & Sons, L.L.C. | Food and Beverage | 09/05/2013 | $1.08 | No Third Party Payment | No | |
| E.R. Squibb & Sons, L.L.C. | Food and Beverage | 10/10/2013 | $12.70 | No Third Party Payment | No | |
| E.R. Squibb & Sons, L.L.C. | Education | 10/17/2013 | $5.93 | No Third Party Payment | No | |

| Conduct a Search | Data Explorer | About | Download the Data | Open Payments Home |

# ARNOLD LESLIE KATZ

10550 QUIVIRA ROAD
OVERLAND PARK, KS 66215

**Specialty:**

Allopathic & Osteopathic Physicians/ Internal Medicine/ Rheumatology

## Summary Information

| $17,591.14 | 95 | $0.00 | 0 |
|---|---|---|---|
| Total General Payments | Total General Transactions | Total Research Payments | Total Research Transactions |

| $0.00 | 0 | $0.00 | 0 |
|---|---|---|---|
| Total Amount Invested | Total Invested Transactions | Total Value of Interest | Total Interest Transactions |

## General Payments Received

| Company Making Payment | Nature of Payment | Date | Amount | Third Party Payment | Disputed? | Comment |
|---|---|---|---|---|---|---|
| E.R. Squibb & Sons, L.L.C. | Education | 10/17/2013 | $5.93 | No Third Party Payment | No | |
| E.R. Squibb & Sons, L.L.C. | Food and Beverage | 10/22/2013 | $19.51 | No Third Party Payment | No | |
| E.R. Squibb & Sons, L.L.C. | Food and Beverage | 10/31/2013 | $4.82 | No Third Party Payment | No | |
| E.R. Squibb & Sons, L.L.C. | Food and Beverage | 11/25/2013 | $15.61 | No Third Party Payment | No | |
| E.R. Squibb & Sons, L.L.C. | Food and Beverage | 12/02/2013 | $2.55 | No Third Party Payment | No | |
| E.R. Squibb & Sons, L.L.C. | Food and Beverage | 12/02/2013 | $16.25 | No Third Party Payment | No | |
| Genentech USA, Inc. | Food and Beverage | 08/20/2013 | $17.94 | No Third Party Payment | No | |
| Janssen Biotech, Inc. | Food and Beverage | 08/12/2013 | $15.56 | No Third Party Payment | No | |
| Janssen Biotech, Inc. | Food and Beverage | 10/17/2013 | $11.35 | No Third Party Payment | No | |
| Janssen Biotech, Inc. | Food and Beverage | 10/17/2013 | $11.35 | No Third Party Payment | No | |

| Conduct a Search | Data Explorer | About | Download the Data | Open Payments Home |

# ARNOLD LESLIE KATZ

10550 QUIVIRA ROAD
OVERLAND PARK, KS 66215

**Specialty:**

Allopathic & Osteopathic Physicians/ Internal Medicine/ Rheumatology

## Summary Information

| $17,591.14 | 95 | $0.00 | 0 |
|---|---|---|---|
| Total General Payments | Total General Transactions | Total Research Payments | Total Research Transactions |

| $0.00 | 0 | $0.00 | 0 |
|---|---|---|---|
| Total Amount Invested | Total Invested Transactions | Total Value of Interest | Total Interest Transactions |

## General Payments Received

| Company Making Payment | Nature of Payment | Date | Amount | Third Party Payment | Disputed? | Comment |
|---|---|---|---|---|---|---|
| LILLY USA, LLC | Food and Beverage | 09/23/2013 | $14.32 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 08/06/2013 | $14.65 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 08/06/2013 | $1.35 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 09/10/2013 | $17.00 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 09/10/2013 | $1.47 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 09/12/2013 | $13.04 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 09/12/2013 | $1.51 | No Third Party Payment | No | |
| Pfizer Inc. | Consulting Fee | 09/23/2013 | $1,400.00 | Yes | No | |
| Pfizer Inc. | Food and Beverage | 09/24/2013 | $1.79 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 09/24/2013 | $8.85 | No Third Party Payment | No | |

**Conduct a Search**     **Data Explorer**     **About**     **Download the Data**     **Open Payments Home**

# ARNOLD LESLIE KATZ

10550 QUIVIRA ROAD
OVERLAND PARK, KS 66215

**Specialty:**

Allopathic & Osteopathic Physicians/ Internal Medicine/ Rheumatology

## Summary Information

| $17,591.14 | 95 | $0.00 | 0 |
|---|---|---|---|
| Total General Payments | Total General Transactions | Total Research Payments | Total Research Transactions |
| $0.00 | 0 | $0.00 | 0 |
| Total Amount Invested | Total Invested Transactions | Total Value of Interest | Total Interest Transactions |

## General Payments Received

| Company Making Payment | Nature of Payment | Date | Amount | Third Party Payment | Disputed? | Comment |
|---|---|---|---|---|---|---|
| Pfizer Inc. | Food and Beverage | 10/08/2013 | $1.44 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 10/08/2013 | $10.97 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 10/09/2013 | $70.04 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 10/11/2013 | $2.64 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 10/15/2013 | $1.31 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 10/15/2013 | $13.92 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 10/25/2013 | $2.02 | No Third Party Payment | No | |
| Pfizer Inc. | Compensation for services other than consulting, including serving as faculty or as a speaker at a venue other than a continuing education program | 10/27/2013 | $1,250.00 | Yes | No | |
| Pfizer Inc. | Food and Beverage | 10/27/2013 | $3.75 | No Third Party Payment | No | |

| Conduct a Search | Data Explorer | About | Download the Data | Open Payments Home |

# ARNOLD LESLIE KATZ

10550 QUIVIRA ROAD
OVERLAND PARK, KS 66215

**Specialty:**

Allopathic & Osteopathic Physicians/ Internal Medicine/ Rheumatology

## Summary Information

| $17,591.14 | 95 | $0.00 | 0 |
|---|---|---|---|
| Total General Payments | Total General Transactions | Total Research Payments | Total Research Transactions |
| $0.00 | 0 | $0.00 | 0 |
| Total Amount Invested | Total Invested Transactions | Total Value of Interest | Total Interest Transactions |

## General Payments Received

| Company Making Payment | Nature of Payment | Date | Amount | Third Party Payment | Disputed? | Comment |
|---|---|---|---|---|---|---|
| Pfizer Inc. | Travel and Lodging | 11/02/2013 | $11.30 | Yes | No | |
| Pfizer Inc. | Compensation for services other than consulting, including serving as faculty or as a speaker at a venue other than a continuing education program | 11/03/2013 | $1,250.00 | Yes | No | |
| Pfizer Inc. | Food and Beverage | 11/12/2013 | $15.52 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 11/12/2013 | $1.37 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 11/18/2013 | $18.13 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 11/18/2013 | $1.95 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 11/21/2013 | $1.33 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 11/21/2013 | $10.71 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 12/10/2013 | $1.44 | No Third Party Payment | No | |

**Conduct a Search**     **Data Explorer**     **About**     **Download the Data**     **Open Payments Home**

# ARNOLD LESLIE KATZ

10550 QUIVIRA ROAD
OVERLAND PARK, KS 66215

**Specialty:**

Allopathic & Osteopathic Physicians/ Internal Medicine/ Rheumatology

## Summary Information

| $17,591.14 | 95 | $0.00 | 0 |
|---|---|---|---|
| Total General Payments | Total General Transactions | Total Research Payments | Total Research Transactions |
| $0.00 | 0 | $0.00 | 0 |
| Total Amount Invested | Total Invested Transactions | Total Value of Interest | Total Interest Transactions |

## General Payments Received

| Company Making Payment | Nature of Payment | Date | Amount | Third Party Payment | Disputed? | Comment |
|---|---|---|---|---|---|---|
| Pfizer Inc. | Food and Beverage | 12/16/2013 | $1.50 | No Third Party Payment | No | |
| Pfizer Inc. | Food and Beverage | 12/16/2013 | $17.19 | No Third Party Payment | No | |
| Purdue Pharma L.P. | Food and Beverage | 08/26/2013 | $10.30 | No Third Party Payment | No | |
| Questcor Pharmaceuticals | Education | 08/01/2013 | $3.42 | No Third Party Payment | No | |
| Questcor Pharmaceuticals | Food and Beverage | 08/13/2013 | $128.07 | No Third Party Payment | No | |
| Questcor Pharmaceuticals | Food and Beverage | 08/29/2013 | $13.16 | No Third Party Payment | No | |
| Questcor Pharmaceuticals | Food and Beverage | 10/18/2013 | $6.01 | No Third Party Payment | No | |
| Questcor Pharmaceuticals | Food and Beverage | 10/18/2013 | $13.83 | No Third Party Payment | No | |
| Questcor Pharmaceuticals | Food and Beverage | 11/07/2013 | $13.97 | No Third Party Payment | No | |
| Questcor Pharmaceuticals | Food and Beverage | 12/09/2013 | $16.34 | No Third Party Payment | No | |

| Conduct a Search | Data Explorer | About | Download the Data | Open Payments Home |

# ARNOLD LESLIE KATZ

10550 QUIVIRA ROAD
OVERLAND PARK, KS 66215

**Specialty:**

Allopathic & Osteopathic Physicians/ Internal Medicine/ Rheumatology

## Summary Information

| $17,591.14 | 95 | $0.00 | 0 |
|---|---|---|---|
| Total General Payments | Total General Transactions | Total Research Payments | Total Research Transactions |
| $0.00 | 0 | $0.00 | 0 |
| Total Amount Invested | Total Invested Transactions | Total Value of Interest | Total Interest Transactions |

## General Payments Received

| Company Making Payment | Nature of Payment | Date | Amount | Third Party Payment | Disputed? | Comment |
|---|---|---|---|---|---|---|
| Questcor Pharmaceuticals | Food and Beverage | 12/09/2013 | $1.50 | No Third Party Payment | No | |
| UCB, Inc. | Food and Beverage | 08/16/2013 | $11.57 | No Third Party Payment | No | |
| UCB, Inc. | Food and Beverage | 10/21/2013 | $12.48 | No Third Party Payment | No | |
| UCB, Inc. | Food and Beverage | 10/25/2013 | $14.49 | No Third Party Payment | No | |
| UCB, Inc. | Food and Beverage | 12/20/2013 | $19.94 | No Third Party Payment | No | |

## Research Payments Received

| Company Making Payment | Date | Amount | Disputed? | Comment |
|---|---|---|---|---|
| No results found. | | | | |

## Ownership in Companies