UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF EX PARTE MOTION FOR ORAL ARGUMENT ON DEFENDANT MERCK'S MOTION FOR SUMMARY JUDGMENT AND TO SCHEDULE ORAL ARGUMENT ON MARCH 17, 2015**

Plaintiff Jo Levitt, by and through her undersigned counsel, respectfully requests pursuant to Local Rule 78.1E that this Court hear oral argument on Defendant Merck's Motion for Summary Judgment. In support of this request, Plaintiff states the following:

1.     On December 22, 2014, Defendant Merck filed a Motion for Summary Judgment. (ECF #65087)

2.     On that same date, Defendant Merck filed a "Notice of Submission" which stated that Merck's "Motion for Summary Judgment . . . will be brought for hearing on February 25, 2015, at 9:00 a.m." ( ECF #65087-7)

3.     On February 24, 2015, Plaintiff filed her pleadings in opposition to Merck's Motion for Summary Judgment.

4.     Plaintiff's counsel has conferred with Defense counsel regarding his inability to be present on February 25, 2015, and has requested that another date be set for oral argument on Merck's Motion for Summary Judgment.

5.     Defense counsel has indicated that Merck does not plan to oppose this motion.

WHEREFORE, for the reasons set forth above, Plaintiffs respectfully request that this Court enter an Order scheduling oral argument on the motion for summary judgment for March 17, 2015.

Respectfully submitted,

**HUMPHREY**, **FARRINGTON & McCLAIN, P.C.**

/s/ Daniel A. Thomas
Kenneth B. McClain          MO #32430
Daniel A. Thomas            MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile
**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that Plaintiff Jo Levitt's Motion for Oral Argument been served upon Defense Counsel, Jonathan Williams, Defendant Liaison Counsel, Dorothy H. Wimberly, and Plaintiff Liaison Counsel, Ann Oldfather, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 25th day of February, 2014.

/s/ Daniel A. Thomas
Kenneth B. McClain       MO #32430
Daniel A. Thomas        MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile
**ATTORNEYS FOR PLAINTIFFS**