## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on Attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

***********************************************************************

## ORDER OF DISMISSAL

Upon consideration of Defendant Merck Sharp & Dohme Corp.'s Third Motion to Close Cases With Only Defendants Open on Docket,

**IT IS ORDERED** the motion be and it hereby is granted and the Clerk is directed to mark each of the cases on the attached Exhibit A closed on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this  24th  day of       February      , 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1180174v1

**Exhibit A**
**Motion to Close Cases With Only Defendants Open on Docket**

| Docket Number | Case Name | Defendant Mistakenly Listed As Plaintiff on Docket |
|---|---|---|
| 2:05-cv-05176-EEF-DEK | Williams et al v. Merck & Co. Inc | David W. Antice |
| 2:06-cv-01197-EEF-DEK | Daluiso et al v. Merck & Co Inc et al | |
| 2:06-cv-01902-EEF-DEK | Anderson et al v. Merck & Co Inc et al | W. Clayton Ely |
| 2:06-cv-08386-EEF-DEK | Sarach et al v. Merck & Co Inc et al | |
| 2:07-cv-05231-EEF-DEK | Doty v. Merck & Co Inc et al | |

1180170v1