UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Jo Levitt v. Merck Sharp & Dohme Corp.,* **06-9757**

## ORDER

**IT IS ORDERED** that the Court will hear oral argument on Defendant Merck's Motion for Summary Judgment (Rec. Doc. 65087) on March 17, 2015 at 11:00 a.m.

New Orleans, Louisiana, this 26th day of February, 2015.

_____
UNITED STATES DISTRICT JUDGE