JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

MAR 30 2006

FILED
CLERK'S OFFICE

*DOCKET NO. 1657*

**BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION**

*IN RE VIOXX MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION*

*Beatriz Garcia, et al. v Merck & Co., Inc., et al.*, S.D. Texas, C.A. No. 2:06-53

**ORDER VACATING CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Garcia*) on March 2, 2006. In the absence of any opposition, the conditional transfer order was finalized with respect to *Garcia* on March 20, 2006. The Panel has now been advised, however, that *Garcia* was remanded to the 79th Judicial District Court of Jim Wells County, Texas, by the Honorable Janis Graham Jack in an order filed on March 7, 2006.

IT IS THEREFORE ORDERED that the Panel's conditional transfer order designated as "CTO-43" filed on March 2, 2006, is VACATED insofar as it relates to this action.

FOR THE PANEL:

*Michael J. Beck*
Michael J. Beck
Clerk of the Panel

# UNITED STATES OF AMERICA
## JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

**CHAIRMAN:**
Judge Wm. Terrell Hodges
United States District Court
Middle District of Florida

**MEMBERS:**
Judge John F. Keenan
United States District Court
Southern District of New York

Judge D. Lowell Jensen
United States District Court
Northern District of California

Judge J. Frederick Motz
United States District Court
District of Maryland

Judge Robert L. Miller, Jr.
United States District Court
Northern District of Indiana

Judge Kathryn H. Vratil
United States District Court
District of Kansas

Judge David R. Hansen
United States Court of Appeals
Eighth Circuit

**DIRECT REPLY TO:**

Michael J. Beck
Clerk of the Panel
One Columbus Circle, NE
Thurgood Marshall Federal
Judiciary Building
Room G-255, North Lobby
Washington, D.C. 20002

Telephone: [202] 502-2800
Fax:       [202] 502-2888

http://www.jpml.uscourts.gov

United States Courts
Southern District of Texas
FILED

APR - 3 2006

Michael N. Milby, Clerk of Court

March 30, 2006

Loretta G. Whyte, Clerk
U.S. District Court
500 Poydras Street
Room C-151
New Orleans, LA 70130

Re: MDL-1657 -- In re Vioxx Marketing, Sales Practices and Products Liability Litigation

    *Beatriz Garcia, et al. v Merck & Co., Inc., et al.*, S.D. Texas, C.A. No. 2:06-53

Dear Ms. Whyte:

    I am enclosing a certified copy of an order filed today by the Panel involving the above-captioned matter.

                      Very truly,

                      Michael J. Beck
                      Clerk of the Panel

                      By _____
                              Deputy Clerk

Enclosure

cc:    Transferee Judge:  Judge Eldon E. Fallon
       Transferor Judge:  Judge Janis Graham Jack
       Transferor Clerk:   Michael N. Milby