IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 14-30109
_____

In Re: VIOXX PRODUCTS LIABILITY LITIGATION

--------------------------------------------------------------------------------

GENEVA MELOY,

       Plaintiff - Appellant

v.

MERCK AND COMPANY, INCORPORATED,

       Defendant - Appellee

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

**A True Copy**
**Certified order issued Feb 23, 2015**

*Lyle W. Cayce*

**Clerk, U.S. Court of Appeals, Fifth Circuit**

CLERK'S OFFICE:

    Under FED R. APP. P. 42(b), the appeal is dismissed as of February 23, 2015, pursuant to appellant's motion.

                              LYLE W. CAYCE
                              Clerk of the United States Court
                              of Appeals for the Fifth Circuit

                              *Dantrell Johnson*

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

February 23, 2015

Mr. William W. Blevins  
U.S. District Court, Eastern District of Louisiana  
500 Poydras Street  
Room C-151  
New Orleans, LA 70130

     No. 14-30109   In Re: Vioxx Prod Liability  
                        USDC No. 2:05-MD-1657

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                    Sincerely,

                    LYLE W. CAYCE, Clerk

                    By: _____  
                    Dantrell L. Johnson, Deputy Clerk  
                    504-310-7689

cc w/encl:  
    Mr. John H. Beisner  
    Ms. Elizabeth Joan Cabraser  
    Mr. George Willard Cochran, Jr.  
    Mr. John A. Kenney  
    Ms. Dorothy Hudson Wimberly