IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 2:14-cv-01053-EEF-DEK

**Andrea Cordel,**

    **Plaintiff,**

v.

**MERCK & CO., INC.,**

    **Defendant.**

## MOTION TO DISMISS WITHOUT PREJUDICE

Plaintiff, Andrea Cordel, by and through counsel, Douglas L. Romero, Esq., moves this Court to Dismiss the Complaint in the above-captioned matter without prejudice. As grounds therefore, counsel states as follows:

1. Plaintiff wishes to dismiss the matter without prejudice. Due to health complications Ms. Cordel is not able to proceed with this matter.

2. Ms. Cordel has been in and out of surgeries.

3. At this time, Ms. Cordel is not able to comply with the Court's order recently interposed against her.

WHEREFORE, the undersigned requests that this Court grant his Motion to Dismiss Without Prejudice from any further representation of the Plaintiff in this matter.

Respectfully submitted; this 5th day of March, 2015.

/s/ Dougla L. Romero
Douglas L. Romero
200 South Sheridan Blvd. Suite 150
Denver, CO 80226
(303) 934-7500 Phone
(303) 934-0300 Fax
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I certify that on this 5th day of March, 2015, a true and correct copy of the foregoing **MOTION TO DISMISS WITHOUT PREJUDICE** was delivered to all active parties via LAED/ECF electronic notification.


/s/ Ariadna Guerra
Paralegal