MINUTE ENTRY
FALLON, J.
FEBRUARY 26, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L |

**This document relates to:  14-1053**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Mary Thompson

Appearances:   Doug, Marvin, Esq. and John Beisner, Esq. for Merck
05-1657    IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

Motion of Merck Sharp & Dohme Corp. for Plaintiff Andrea Cordel to Show Cause Why her Case Should not be Dismissed With Prejudice, for Failure to Comply with Requirements of PTO 29   (65144)

Plaintiff, Andrea Cordel did not appear and motion was GRANTED

JS10:   :01