UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>   PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:        *Elenora Johnson*

## ORDER

The Court received the following correspondence from Ms. Elenora Johnson.

**IT IS ORDERED** that this correspondence be filed into the record. Ms. Johnson attached medical documents and a CD, but the Court will not file those documents into the record in the interest of Ms. Johnson's privacy.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall take any appropriate or necessary action and report back to the Court.

New Orleans, Louisiana, this 4th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE

cc:   Elenora Johnson
      9910 Seaview Ave., Apt. 8-D
      Brooklyn, NY 11236