Judge Eldon Fallon  
500 Paydros Street  
New Orleans  
Suite C456  
Louisianna 70130

9910 Seaview  
Apt 8-D  
Brooklyn N.Y 11236  
March 3rd 2015

RECEIVED MAR 04 2015 CHAMBERS OF U.S. DISTRICT JUDGE ELDON E. FALLON

Dear Sir,

A pleasant good day to you. My name is Elenora L. Johnson. I reside at the above address. I'm writing this letter to humbly ask for your help.

I have submitted the documents to the Vioxx Claims administrator, which I had been on the Vioxx from Steptember 201-2004. I have along with a C.D explaining my experience, while being on the Vioxx, which I suffered a heart attack. I submitted the documents "Vioxx Consumer claims administrator."  
P.O. Box 26882  
Richmond Va 23261

I'm aware that the Vioxx claims administrator have received the documents I sent, the items were shown on the Web Site. However, I realized I didn't have an attorney to represent me. I did called to enquire of the telephone number the Law firm of Herman & kate, On the recordering,

it stated that someone would get back to me in 24 hrs. This has been over 3 months ago. To this present date, I have not receive, or heard anything from the Vioxx claims Consumer administrator, or anyone from that department. I have made more than one phone call to department the telephone number is -866-439-6932.

I would kindly appreciate it very much if you can assist me please concerning this matter. I have enclose a
① letter from Weil Cornell New York Presbyterian Hospital verifying when I started taking the Vioxx and for what reason. Also
② is a letter from the hospital advising me to stop taking the Vioxx, which after it had came over the news. (the report of the serious side effects in regards to the Vioxx)
③ along with the form with my then Primary Physician and address. Also are copies
④ of my admission to the St. Mary's hospital where I was admitted after I suffered a heart attack.

Please sir, I need your help, and would humbly appreciate it very much if you can help me.

Thanking you in anticipation; In regards to ~~helping~~ me find an ~~attorney~~.

Thanks you once again.

Respectfully yours
Elenora D. Johnson