UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Andrea Cordel v. Merck Sharp & Dohme Corp.,*
*No. 2:14-cv-01053-EEF-DEK*

## ORDER

The Court ordered Plaintiff, Andrea Cordel, to show cause on February 26, 2015 at 9:00 a.m. why the Plaintiff's case should not be dismissed, with prejudice, for failure to comply with the requirements of Pre-Trial Order 29.  (Rec. Docs. 65144, 65148).  Ms. Cordel failed to show cause, either in writing or during the show cause hearing held on February 26, 2015, so the Court dismissed her case with prejudice on February 26, 2015.  (Rec. Doc. 65178).

On March 5, 2015, Ms. Cordel filed a motion to dismiss her case without prejudice, arguing that she is unable to respond to the Court's order due to an illness.  As the Court has already dismissed her case with prejudice, the Court construes this motion as a motion for reconsideration of its dismissal pursuant to Federal Rule of Civil Procedure 59(e).

**IT IS ORDERED** that Ms. Cordel's motion (Rec. Doc. 65177) is scheduled for submission on March 20, 2015.  Defendant may oppose the motion on or before March 13, 2015.  Plaintiff shall file any reply, if necessary, on or before March 20, 2015.

New Orleans, Louisiana, this 6th day of March, 2015.

*/s/ Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE