UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Jo Levitt v. Merck Sharp & Dohme Corp.,* **06-9757**

## ORDER

**IT IS ORDERED** that in addition to oral argument on Defendant Merck's Motion for Summary Judgment (Rec. Doc. 65087), the Court will also hear oral argument on Defendant Merck's Motion for Summary Judgment (Rec. Doc. 64878), initially filed on March 28, 2014, on March 17, 2015 at 11:00 a.m.

New Orleans, Louisiana, this 10th day of March, 2015.

_____
UNITED STATES DISTRICT JUDGE