```
                   UNITED STATES DISTRICT COURT
                   EASTERN DISTRICT OF LOUISIANA


   IN RE: VIOXX PRODUCTS          ) MDL DOCKET NO. 1657
   LIABILITY LITIGATION           ) SECTION L
                                  )
                                  ) JUDGE FALLON
   THIS DOCUMENT RELATES TO:      )
                                  ) MAGISTRATE JUDGE
   JO LEVITT,                     ) KNOWLES
                                  )
                    Plaintiff,    )
                                  )
   vs.                            ) 2:06-cv-09757-EEF-DEK
                                  )
   MERCK & CO., INC.,             )
                                  )
                    Defendant.    )
                                  )


                            VOLUME II


        DEPOSITION OF ARNOLD L. KATZ, M.D., a Witness,
   taken on behalf of the Defendant before Lindi E.
   Cooney, CSR No. 0919, CCR No. 1089, pursuant to
   Notice on the 8th day of May, 2013, at the offices
   of Dr. Arnold Katz, M.D., 10550 Quivira Road,
   Suite 320, Lenexa, Kansas.
```

1  preparations rather than as prescription medications.
2       Q.    Would you agree that there's an
3  exercise of medical judgment that's essential to
4  allowing people access to prescription medications
5  that -- I'll rephrase.  Would you agree that in terms
6  of dispensing prescriptions to patients generally,
7  would you agree there's some exercise of medical
8  judgment that goes into that?
9       A.    Yes.
10      Q.    And we went over this last time, that
11 you prescribed numerous medications in your practice.
12 Would you agree that for each of the medications that
13 you personally prescribe that you exercise your
14 medical judgment in making that determination?
15      A.    Yes.
16      Q.    And when you're making that
17 determination do you try to familiarize yourself with
18 the label and the safety information that's available
19 about that product?
20      A.    Yes.
21      Q.    And other than the label or the
22 prescribing information that comes with the
23 medication, are there other sources of information
24 that you look to to get safety information about

```
 1   drugs?
 2           A.      Yes.
 3           Q.      What would those be?
 4           A.      I certainly review our major journals.
 5   I may engage in discussion with the pharmaceutical
 6   rep.  I may attend a program that further discusses a
 7   specific product.
 8           Q.      So like an educational program?
 9           A.      Yes.
10           Q.      Do you subscribe to the Physician's
11   Desk Reference, the PDR?
12           A.      It's sent every year.
13           Q.      Are there journals that you read more
14   frequently than others?
15           A.      Arthritis and Rheumatism is the most
16   frequently read journal for me.
17           Q.      And do you also attend medical
18   conferences where medications are discussed?
19           A.      Yes.
20           Q.      And from time to time do you confer
21   with your medical colleagues about different
22   medications?
23           A.      Yes.
24           Q.      And you draw upon all that information
```

Arnold L. Katz, M.D.

Page 75

```
 1  when you decide to write a prescription, is that
 2  right?
 3          A.      Yes.
 4          Q.      It's true that information that's
 5  available about any individual drug, it changes over
 6  time, again more as it's used you get more
 7  information, is that right?
 8          A.      Yes.
 9          Q.      And as more and more patients and
10  doctors are exposed to the medication sometimes the
11  information about the safety profile changes, is that
12  right?
13          A.      That's true.
14          Q.      And so even though there are clinical
15  trials that may have been done prior to approval,
16  sometimes there are risks that are so small they
17  can't be detected until the medications are in
18  widespread use?
19          A.      That is true.
20          Q.      As new information becomes available
21  typically that's incorporated into some type of a
22  label change, is that right?
23          A.      Yes.
24          Q.      And do you make an effort to keep up
```