Curriculum Vitae

Arnold Leslie Katz, M.D.

Current Office Address: 10550 Quivira Road   Suite 320
            Overland Park, Kansas  66215
            Phone 913-888-3231
            FAX 913-888-7281
            Cell 913-481-5287

Education:

   College:   Union College, Schenectady, New York

   Medical School:  University of Virginia School of Medicine
            Charlottesville, Virginia

   Internship:  Pennsylvania Hospital, Philadelphia PA

   Internal Medicine Residency:  University of Maryland Hospital,
            Baltimore Maryland

   Rheumatology Fellowship:  Georgetown University Hospital
            Washington, D.C.

Board certification:   Internal Medicine and Rheumatology

Medical License: Kansas and Missouri

Military Service:

   US Navy, Naval Ordnance Laboratory, Silver Springs, Maryland

Teaching Experience:

   Oklahoma University Tulsa Medical College
       Associate professor and Vice Chairman Department of Medicine

Page 1

Katz
EXHIBIT NO. 2
1-30-13 LC
Metropolitan COURT REPORTERS

Continued       Arnold Leslie Katz

Hospital Affiliations:

    Liberty Hospital, Liberty Missouri
        rheumatology program director
    Mid-America Rehabilitation Hospital  Overland Park, Kansas
        past president medical staff
    Overland Park Regional Hospital, Overland Park, Kansas
        past president medical staff

Research:

    Drug studies including Voltaren, Rioprostil, Nabumetone, Celecoxib and other COX -2 medications.

Regional, National, and international Speakers Bureaus:

    Pfizer, Takeda, Abbott, Forest, Genzyme

Legal Expert Experience:

    Breast implants
    Diet drugs
    Statin drugs

Current National Committees:

    Fibromyalgia Identification and Diagnosis National Faculty

    Fibromyalgia Summit Group National Faculty

    Celebrex Slide Kit Development Faculty

    FibroCollaborative National Faculty

    Fibromyalgia Management National Speakers Bureau

Revised last October 4, 2012