UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: Vioxx                                        * MDL Case No. 1657
                                                    *
PRODUCTS LIABILITY                                  * SECTION L
LITIGATION                                          *
                                                    * JUDGE FALLON
*This document relates to*                          *
                                                    * MAGISTRATE JUDGE
*Jo Levitt v. Merck Sharp & Dohme Corp.*,           * KNOWLES
2:06-cv-09757-EEF-DEK                               *
**************************************************************************

**DEFENDANT MERCK SHARP & DOHME CORP.'S REPLY IN SUPPORT OF ITS
MOTION FOR SUMMARY JUDGMENT REGARDING PROXIMATE CAUSATION**

**EXHIBIT M -- FILED UNDER SEAL**