# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | *<br>*<br>*<br>*<br>* | MDL DOCKET NO. 1657<br>SECTION L<br><br>JUDGE FALLON<br>MAGISTRATE JUDGE KNOWLES |
| **THIS DOCUMENT RELATES TO:**<br><br>*Jo Levitt v. Merck Sharp & Dohme Corp.*,<br>2:06-cv-09757-EEF-DEK | *<br>*<br>*<br>*<br>*<br>* | |

*****************************************************************************

## ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL

Considering the foregoing Motion To File Certain Documents Under Seal

IT IS HEREBY ORDERED that Exhibits M and N to Merck Sharp & Dohme Corp.'s Reply in Support of Its Motion for Summary Judgment Regarding Proximate Causation in the above-captioned case are to be filed under seal.

New Orleans, Louisiana, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1181344v1