**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL DOCKET NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| **THIS DOCUMENT RELATES TO:** | * | |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | |
| **2:06-cv-09757-EEF-DEK** | * | |
| | * | |
| | * | |

**************************************************************************

**ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S**
**MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL**

Considering the foregoing Motion To File Certain Documents Under Seal

IT IS HEREBY ORDERED that Exhibits M and N to Merck Sharp & Dohme Corp.'s

Reply in Support of Its Motion for Summary Judgment Regarding Proximate Causation in the

above-captioned case are to be filed under seal.

New Orleans, Louisiana, this 13th  day of ____March____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1181344v1