MINUTE ENTRY
FALLON, J.
MARCH 17, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>         LIABILITY LITIGATION | CIVIL ACTION<br>NO.  05-MD-1657<br>SECTION: L |

**This document relates to:  06-9757**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Toni Tusa

Appearances:   Kenneth B. McClain, Esq. and Daniel A. Thomas, Esq. for Plaintiffs
                      Elaine Horn, Esq., Dorothy Wimberly, Esq. and Emily Pisitilli, Esq. for Merck

1. Motion of Merck Sharp & Dohme Corp. for Summary Judgment  (64878)

After argument - Motion was taken under submission

2. Motion of Merck Sharp & Dohme Corp. for Summary Judgment on all claims based on Plaintiff Jo Levitt's inability to establish proximate causation   (65087)

After argument - Motion was taken under submission

JS10:  :59