UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### ORDER TO WITHDRAW AS ATTORNEY

This Court, having reviewed the Motion to Withdraw as Attorney, hereby GRANTS the motion.  Scott B. Hall is hereby withdrawn from the case on behalf of the Plaintiff.  All other attorneys of Humphrey, Farrington & McClain, P.C. will remain as counsel of record on the case.

IT IS SO ORDERED.

_____               _____
DATE                                                                        JUDGE OF THE DISTRICT COURT

SUBMITTED BY:

Kenneth B. McClain
Daniel A. Thomas
Scott B. Hall
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 W. Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
816-836-5050/Phone
816-836-8966/Fax
kbm@hfmlegal.com
dat@hfmlegal.com
sbh@hfmlegal.com

**ATTORNEYS FOR PLAINTIFF**