UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX ) | |
| ) | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | Section L |
| This document relates to plaintiff/claimant ) | Judge Fallon |
| **Phyllis Samuels, deceased.** ) | Magistrate Judge Knowles |

### PLAINTIFF PHYLLIS SAMUELS' MOTION FOR RELEASE OF FUNDS

**COMES NOW** the Plaintiff, Phyllis Samuels, deceased, by and through her attorneys (Turner W. Branch, Esq.) of the Branch Law Firm and her personal representative, Wendell A Samuels, and hereby moves this Court to enter an Order releasing the funds attributable to her claims. In support of this Motion, Plaintiff submits the following:

1. Plaintiff Phyllis Samuels, deceased, is a plaintiff in the above-captioned litigation.

2. On January 8, 2015, Wendell A. Samuels was appointed as the personal representative of Phyllis Samuels and her will was probated on that day. *See* Letters of Administration from the Superior Court of the District of Columbia, Probate Division, attached as Exhibit A.

3. On August 11, 2011, this Court entered an Order stating that the "Claims Administrator shall . . . deposit [certain plaintiffs'] settlement funds . . . into the registry of this Court. . . . *The monies paid into the court's registry are not forfeit.* The plaintiffs/claimants on Exhibit C may petition this Court for an order releasing the funds attributable to [her] claims by showing that any legal impediment to receiving these funds have been resolved." (Italics in original).

4. Phyllis Samuels is one of the Plaintiffs named in Exhibit C to the Court's Order.

1

5.  Phyllis Samuels has shown the Court that a personal representative had been appointed for her estate, which removes any and all legal impediments to her receiving the funds owed her from this litigation. See Exhibit A.

6.  The funds belonging to Ms. Samuels' estate are in the amount of $155,216.89.

7.  The outstanding deficiency has been cured.

**WHEREFORE**, this Court should order that $155,216.89 be released to claimant's attorneys the Branch Law Firm for proper distribution, and the Court grant all other and further relief as the Court deems just and proper.

8.  The Clerk is authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the principal amount of **$155,216.89** (One Hundred Fifty-Five Thousand Two Hundred Sixteen and 89/100), plus all interest earned, less the assessment fee for the Administration of funds, payable to Turner W. Branch, Branch Law Firm, 2025 Rio Grande Blvd. NW, Albuquerque, NM 87104, and mail or deliver said check to Turner W. Branch, Branch Law Firm, 2025 Rio Grande Blvd. NW, Albuquerque, NM 87104.

Dated: this 27th day of March, 2015.

Respectfully submitted,

Turner W. Branch
**BRANCH LAW FIRM**
2025 Rio Grande Blvd. N.W.
Albuquerque, NM 87104
Phone: 505-243-3500
Fax: 505-243-3534
Email tbranch@branchlawfirm.com

*Attorney for Plaintiff Phyllis Samuels*

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system which will send notification to all counsel of record on this 27th day of March, 2015.

Turner W. Branch