UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX ) | |
| ) | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | Section L |
| **This document relates to plaintiff/claimant** ) | Judge Fallon |
| **Phyllis Samuels, deceased.** ) | Magistrate Judge Knowles |

## UNOPPOSED ORDER OF RELEASE OF FUNDS

THIS MATTER having come before the Court on Plaintiffs' unopposed Motion for Release of Funds.

IT IS ORDERED that Monies held by the Court's registry be released to Plaintiff Phyllis Samuels' attorney (Turner W. Branch, Esq.) of the Branch Law Firm.

_____
DISTRICT JUDGE