

# SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
## Probate Division
Washington, D.C. 20001

Administration No.  **2014 ADM 001366**

## LETTERS OF ADMINISTRATION

To all persons who may be interested in the Estate of

**PHYLLIS M. SAMUELS aka PHYLLIS SAMUELS AKA PHYLLIS CAROL DIANNE MAHAFFEY**, deceased:

Administration of the Estate of the deceased has been granted on **01/08/2015**

to **WENDELL A SAMUELS, Personal Representative**

(and the will of the deceased was probated on **01/08/2015**   ).

This administration ☐ is  ☒ is not  subject to the continuing supervision of the Court.

The powers of the personal representative ☒ are not limited  ☐ are limited as follows:

_____

_____

_____

_____

The appointment is in full force and effect as of this date.

WITNESS:

DATE: **January 9, 2015**

_June [signature]_
Register of Wills
Clerk of the Probate Division

**NOTE: Document Invalid Without Embossed Court Seal**

Ltrsa Page 1
Created on 5/18/2004 2:28:00 PM