UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *This document relates to* | * | JUDGE FALLON |
| Jo Levitt v. Merck & Co., Inc.<br>2:06-cv-09757-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER TO WITHDRAW AS ATTORNEY

This Court, having reviewed the Motion to Withdraw as Attorney, hereby GRANTS the motion. Scott B. Hall is hereby withdrawn from the case on behalf of the Plaintiff. All other attorneys of Humphrey, Farrington & McClain, P.C. will remain as counsel of record on the case.

IT IS SO ORDERED.

New Orleans, Louisiana this 2nd day of April, 2015.

*Eldon E. Fallon*
United States District Judge