UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Allen Atkinson, et al. v. Merck & Co., Inc.*, | * | **KNOWLES** |
| 2:05-cv-04130-EEF-DEK (as to Plaintiffs | * | |
| Todd Jelden and Lynette Jelden only) | * | |
| | * | |

**************************************************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants filed by plaintiffs Todd Jelden and Lynette Jelden,

**IT IS ORDERED** that all claims of plaintiffs Todd Jelden and Lynette Jelden against defendant Merck & Co., Inc. and any other defendants be and they hereby are dismissed with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this _____ day of April, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1182727v1