# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>   **PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Andrea Cordel v. Merck Sharp & Dohme Corp.,*
*No. 2:14-cv-01053-EEF-DEK*

## ORDER

Before the Court is Plaintiff Andrea Cordel's motion for reconsideration. (Rec. Doc. 65177). Defendant did not oppose the motion.

**IT IS ORDERED** that Ms. Cordel's motion (Rec. Doc. 65177) is **GRANTED** and her claims are hereby **DISMISSED WITHOUT PREJUDICE**.

New Orleans, Louisiana, this 6th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE