UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

: MDL NO. 1657
: SECTION: L
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:** *Jamaal Ali Bilal*

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Consumer Claimant Jamaal Ali Bilal.

**IT IS ORDERED** that the attached correspondence be entered into the record.

New Orleans, Louisiana, this 6th day of April, 2015.

                                                  UNITED STATES DISTRICT JUDGE

CC:    Jamaal Ali Bilal
          FCCC 13619 Se Highway 70
          Arcadia, FL 34266

1