UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: ALL CASES

### ORDER

The Court received the attached correspondence from Douglas Lyman. On March 28, 2012, the Court ordered that Mr. Lyman's case had "concluded," as it had been determined that he did not qualify for the Settlement Program, and Liason Counsel and the Pro Se Curator had both confirmed this fact. (Rec. Doc. 63753). Mr. Lyman does not put forth any new evidence in his correspondence; his arguments have already been outlined in letters to the Court that have been entered into the record. Specifically, Mr. Lyman has repeatedly argued that his attorney did not submit the requisite documentation to the Claims Administrator. Like all other claimants, Mr. Lyman had the opportunity to pursue a review of his settlement claims, and each time it was concluded that he did not qualify for the Settlement Program. Accordingly, the Court finds that Mr. Lyman's case shall remain closed.

**IT IS ORDERED** that the attached correspondence be entered into the record.

New Orleans, Louisiana, this 6th day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE

CC: Mr. Douglas L. Lyman
5821 Old Pascagoula Road
Apartment 209
Mobile, AL 36619

Mr. Robert M. Johnson
400 Poydras Street
Suite 2450
New Orleans, LA 70130