

March 18, 2015

United States District Court
Eastern District of Louisiana
ATTN:  Judge Fallon c/o Ashley
500 Poydras Street, Room C-546
New Orleans, LA 70130

      **Re:**   **MBL1657 – Douglas L. Lyman**

Dear Judge Fallon:

      This letter is in reference to paperwork I submitted approximately three (3) weeks ago in regards to a settlement.  As of this date, I understand that the initial documents were not submitted by Diane Bates and Robert Johnston.  Unfortunately I only learned of this development when I started making inquiries as to why I have not, as of this date, received any payout.

      I have met with Special Agent William Ryan Kennedy with the US Department of Justice.  He reviewed my paperwork and told me that all matters dealing with me were in limbo, being held by someone.  He advised me to file an appeal.  He also stated that if I did not receive any correspondence relating to my appeal, that I would automatically be eligible for payment.  Three separate court orders were issued, dated March 23, 2011, January 6, 2010 and June 14, 2010, respectively.  I was denied due to a secondary injury which I did not submit – a pace maker.  I have a profile form which stated the primary complaint is "Open Heart" and secondary – a "Pace Maker".  This was dated June, 2015.  Please look at the profile form on the bottom right.

      Proof of Vioxx was not submitted, but I did submit a signed and notarized letter from my doctor for medicine samples and prescriptions.

      I am requesting that you will please investigate my claim and let me know when to expect a payout.  Your attention to this matter is greatly appreciated and I am available for discussion at your convenience.

Respectfully submitted,

*Douglas L. Lyman*

Douglas L. Lyman
5821 Old Pascagoula Rd Apt 209
Mobile, AL  36619
251-209-8733



CERTIFIED MAIL™

7009 0080 0000 3858 754

U.S. POSTAGE PAID
MOBILE, AL
MAR 18 '15
AMOUNT
$6.49
00107388-14

70130
1000

U. S. MARSH

Douglas L Lyman
5821 Old Pascagoula Rd
Apt 209
Mobile, AL 36619

RETURN RECEIPT
REQUESTED

United States District Court
Eastern District of Louisiana
ATTN: Judge Fallon c/o Ashley
500 Poydras Street, Room C-546
New Orleans, LA 70130

70130735316

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

JOHNSTON  HOEFER  HOLWADEL
——— REPRESENTING CLIENTS IN ———
LOUISIANA | MISSISSIPPI | TEXAS

May 23, 2014

rmj@ahhelaw.com
File No.: 600-005

Mr. Douglas Lyman
5821 Old Pascagoula Road
Apt. 209
Mobile, Alabama  36619

RE:   Vioxx Litigation

Dear Mr. Lyman:

This will confirm our telephone conversations on May 22, 2014 about the Order the Judge Eldon Fallon signed on March 28, 2012 stating that the Court considers your Vioxx case "concluded." I am sending you a copy of that Order as you requested.

You also told me that you will try to retain an attorney to represent you to assert a claim although the Order does state that the Claims Administrator and Plaintiffs' Liaison Counsel had communicated that you did not qualify to the terms of the Vioxx Settlement Program. I also spoke with you in 2012 and informed you that you did not qualify for participation in the Vioxx Settlement Program.

As I told you, if you are able to retain an attorney in Alabama or another state who is not currently licensed to practice in Louisiana and specifically is not a member of the Bar of the Eastern District of Louisiana, if you will have that attorney call me I will talk to the attorney about filing a motion requesting an order from Judge Fallon that that attorney be authorized to represent you in your Vioxx claim. This would be a motion to represent a plaintiff filed by an attorney not otherwise qualified to represent a party in a state and is known as a Motion for an Order allowing that attorney to represent the individual, you in this instance, *Pro Hac Vice.*

Very truly yours,

Robert M. Johnston

RMJ/gwh
Enclosure

cc:   Andrew Kingsley
      Jeannette McCurnin

03/26/2008  17:46   5516538236   THE UPS STORE 2436   PAGE 05/??

Attn: Robert Johnston

## PRO SE REGISTRATION AFFIDAVIT

By completing and signing this Registration Affidavit, I certify pursuant to 28 U.S.C. § 1746 to all the information in this Affidavit. I make this certification pursuant to the November 9, 2007 Order regarding registration of plaintiffs.

### A.  PLAINTIFF INFORMATION

| Name | Last Lyman | First Douglas | Middle L. |
|---|---|---|---|
| Date of Birth | 3/13/1948 (Month/Day/Year) | Social Security Number | -7423 |

| Current Address | Street 6261 Fire Tower Rd. West | | | |
|---|---|---|---|---|
| | City Theodore | State AL | Zip 36582- | Country Usa |

| Telephone Number | Daytime 653-799-0 | Evening 404-203-8 | Email | |
|---|---|---|---|---|

### B.  LAWSUIT INFORMATION

I represent myself in the following lawsuit:

| Case Caption | Mdl | | |
|---|---|---|---|
| Docket Number | 1657 | Date Filed | 5/13/2005 (Month/Day/Year) |

### C.  INJURY INFORMATION

I claim that I sustained a personal injury as a result of taking Vioxx®. I have marked the category of my injury and specified the date and place of my injury below:

☒ Myocardial Infarction or Sudden Cardiac Death

☐ Ischemic Stroke (not a hemorrhagic stroke or a transient ischemic attack)

☐ All other Injuries

| Date of Specified Injury | 8/20/1999 (Month/Day/Year) | Place of Injury | Mobile, Al |
|---|---|---|---|

### D.  USE OF VIOXX®

I took Vioxx before my claimed injury. I have specifically checked the category below that corresponds to my duration of Vioxx® use.

Check One:

☒ Duration of use up until the specified injury of 12 months or less

☐ Duration of use up until the specified injury of more than 12 months

### E.  SIGNATURE

I certify under penalty of perjury that the foregoing is true and correct.

| Date Signed | 3/28/8 (Month/Day/Year) | Douglas L. Lyman Pro Se Claimant |
|---|---|---|

V2010

Attention: (2)
Re: Vioxx Litigation

April 27, 2005

To Whom It May Concern:

I Otis R. Harrison, M.D. know longer practice medicine anymore but Mr. Lyman was a patient of mine. I treated Mr. Lyman for arthritis pain on approximately July 5, 1989. He was electrocuted on his job in which he sustained two broken hips. I prescribed for Mr. Lyman Darvocet, 100mg for pain, 10/19/95, 06/23/99. Mr. Lyman made a return visit one week from 6/23/99 for pain. I gave Mr. Lyman some samples of Vioxx 25 mg from my office. This transaction was not documented, in his file, at Franklin Primary Health Clinic.

Thank You,

Otis R. Harrison, M.D.

Doris W. Chaney
Notary Public, Alabama State at Large
Commission Expires 04-08-2007

LMI _____ 7/14
Receipt Ltr_____
Summation_____
Review_____

LOOK HERE
↓

LymanD-ClProfileForm-        00024

6261firetowerroadwest
Thedore,AL 36582

November 7, 2009

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
New Orleans, LA 70130-4308

Dear Who ever this may concern:

I Douglas L. Lyman is appealing my case to the Gate Committee for ineligibility vioxx litigation. The reason for this misunderstanding is because miss Dian Bates did not present my papers and records to the Gate Committe, or my appeal, how so she told me on 05-08-09. I have a witness a name and and a number that will proudly speak on my behalf in this situation of my records not being sent. I also spoke with special agent William Ryan Kennedy who is with the U.S Department of Justice. He also said someone is holding back my records, papers and etc. He aslo said everything meet the requirements and standards of my case. I am send a copy of his business card with this letter.

Sincerely,

Douglas L. Lyman

My E-mail is douglaslyman@yahoo.com. I can be reached at 251-659-7175. My case number is VCN-1113216

~~651-0622~~

251-209-8733

TENDERED FOR FILING

DEC 18 2009

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

```
**********************
***   TX REPORT   ***
**********************

TRANSMISSION OK

JOB NO.                0706
DESTINATION ADDRESS 18045217299
PSWD/SUBADDRESS
DESTINATION ID
ST. TIME               12/22 09:58
USAGE T                00'15
PGS.                   1
RESULT                 OK
```

ATTN ∂ iAN BATES

6261firetowerroadwest
Thedore,AL 36582

November 7, 2009

Court Appeal Fifth Curcuit
New Orleans, LA 70130-4308

Dear Who ever this may concern:

I Douglas L. Lyman is appealing my case to the Gate Committee for ineligibility vioxx litigation.
The reason for this misunderstanding is because miss Dian Bates did not present my papers and
records to the Gate Committe, or my appeal, how so she told me on 05-08-09. I have a witness a
name and and a number that will proudly speak on my behalf in this situation of my records not
being sent. I also spoke with special agent William Ryan Kennedy who is with the U.S Department
of Justice. He also said someone is holding back my records, papers and etc. He aslo said
everything meet the requirements and standards of my case. I am send a copy of his business
card with this letter.

Sincerely,          I SENd TO YOU SIXTEEN TIMES, FAXiNG ANd TRACKiNG
                    BY FEd EX, OVER, OVER, ANd OVER THE SAME THiNGS

Douglas L. Lyman

My E-mail is douglaslyman@yahoo.com. I can be reached at 251-653-7176. My case number is
VCN-1113216



**U. S. Department of Justice**

Civil Rights Division

TW: DG
~~DJ 144-3-0~~

*Office of the Assistant Attorney General*                    *Washington, D.C. 20035*

July 29, 2011

Mr. Douglas Lyman
7272 Theodore Dawes Road
Suite A
Theodore,  Alabama  36582

Dear Mr. Lyman:

    This is in reply to your correspondence to The Department.
We apologize for the delay of this response.

    The matter you mentioned in your letter is one within the
jurisdiction of the courts or the state.  This Department has no
authority to take any action in this matter.

Sincerely,

Theresa Weathers
Civil Rights Division

Date *Sept 2, 2014*

TO: *US Attorney Kennith Polite*

FAX: *504 589 4390*

PHONE:

FROM: *Douglas Lyman*

FAX: (251) 653-1006

PHONE: *251-* ▬▬▬▬ *251-209-8733*

PAGES: *18*

RE:

COMMENTS:

FAX

Theodore Mail, Ship & More 7272 Theodore Dawes Rd, Suite A, Theodore, AL 36582 (251) 653-1333



☐ URGENT

☐ PLEASE COMMENT

☐ PLEASE REVIEW

☐ FOR YOUR RECORDS

## INTRODUCTION

The Claims Administrator prepared this Instruction Manual to assist you in the preparation and submission of claims seeking benefits in the Extraordinary Injury Program. These instructions will evolve over time, depending upon the nature and quantity of EI Claims submitted. The Claims Administrator has discretion to modify this Manual and to apply it as warranted by the particular circumstances of a claim or group of claims, instructions from the Parties to the Vioxx Settlement Agreement, Court orders and directions, and any events necessitating change to or departure from provisions in the Manual. Because this Manual can change over time, make sure that you are using the current version as posted on the general Vioxx Settlement website, www.browngreer.com/vioxxsettlement under the Extraordinary Injury Program. In addition, the Claims Administrator regularly receives questions about the details of the Extraordinary Injury Program and posts answers to them in the Frequently Asked Questions posted on the general Vioxx Settlement website under the Extraordinary Injury Program. Please check there for any question not covered in the Manual itself. If you still have questions, contact the Claims Administrator at claimsadmin@browngreer.com or call 1-866-866-1729.

## I.    SUMMARY OF APPLICABLE SETTLEMENT AGREEMENT PROVISIONS

**A.    MI EI Payments.**

    **1.    Who Can Seek EI Benefits?**

        § 4.2.1: MI Qualifying Program Claimants may apply to receive MI EI Payments.

    **2.    Cap Amount.**

        § 4.2.2: MI EI Payments Cap Amount: $195,000,000.

    **3.    Threshold Eligibility.**

        § 4.2.5: To be eligible to be considered for an MI EI Payment, an MI Qualifying Program Claimant must have a Pre-Special Review Points award in excess of the Special Review Marker (*i.e.*, of 10 points or more; §17.1.84) and:

        (a)   Have Specified Economic Damages of not less than $250,000:  *687,116.52*

            § 4.2.6.1: Specified Economic Damages:

                (i)   Product User's Past Out-of-Pocket Medical Expenses to the extent such expenses are:

                    (x)   A result of such Product User's Eligible Event;
                    (y)   Documented; and

| | |
|---|---|
| **Description of Additional Extraordinary Damages Sought** | |

| | | |
|---|---|---|
| | | **Additional Extraordinary Damages: Required Documents** |
| **Yes** | **No** | I enclose with this Form true and complete copies of the following records (Check the appropriate box to indicate whether the necessary documentation is enclosed with this Form): |
| ☒ | ☐ | All medical records, financial records, and other materials that support the claim for Additional Extraordinary Damages. If such Additional Extraordinary Damages are sought for future Out-of-Pocket Medical Expenses and/or future Lost Wages/Income, then the same type of documentation required in this Form for Past damages of that kind, including a list or table containing the information required by this Form for each Date of Service for Medical Expenses and each Source of Income for Lost Wages/Income, must be submitted. *Label these: Additional Extraordinary Damages.* |

NOTE: These documents must be submitted in support of this type of Extraordinary Injury claim even if all or part of them were previously submitted in connection with the Product User's underlying MI or IS claim or are also being submitted in connection with another type of Extraordinary Injury claim asserted in this Form.

## VII. SUBMISSION OF CLAIM FORM AND REQUIRED DOCUMENTS

**Required Documents:** When you put together the supporting required documentation, organize the documents by each category of documentation as required by this Form. Place a cover sheet with the category label as the first page of each category of documentation and bundle (by clip or rubber band) all required documentation together for hard copy submission. If submitting documentation by email, create folders for each category of documentation using the naming conventions in this Form, and save PDFs of the documentation in their corresponding folders.

**Submitting Claim Form and Required Documents:** Send hard copies to the Claims Administrator by US Mail or Overnight Delivery as follows:

*Mailing Address:*          Claims Administrator
                            P.O. Box 85031
                            Richmond, Virginia 23285-5031

*Delivery Address
and Alternate Mailing Address:*     Claims Administrator
                            115 S. 15th Street, Suite 400
                            Richmond, Virginia 23219-4209

## VIII. SIGNATURE BY CLAIMANT

I hereby certify under penalty of perjury that the information in this Form is true and correct and that the copies of the records submitted with this Form are true, correct and complete.

| **Signature** | *Douglas R. Lyman* | **Date** | 3 / 16 / 09  (month) (day) (year) |
|---|---|---|---|
| **Printed Name** | First  DOUGLAS | MI  L. | Last  LYMAN |



# Certification of Medical Records

I hereby certify and affirm that the attached is a true and complete copy of medical records pertaining to _Douglas Luman_, consisting of _130_ pages of medical records kept in **Internal Medicine**. I further certify that, to the best of my knowledge, said records were made in the regular course of business and made available to me by the Custodian of Records, _Linda K. Dukes_, of **Internal Medicine**, for the purpose of copying.

_Linda K. Dukes_ _____ (Signature of Custodian of Records)

Sworn to and subscribed before me this ____ day of _____, 200_.

_____ Notary Public

My commission expires ___My Commission Expires Feb. 4, 2010___

*Confidential Information*

| | CLAIMS ADMINISTRATOR NOTICE OF INELIGIBILTY |
|---|---|
| V2082 | FOR PRO SE CLAIMANTS<br>Date of Notice: 5/8/09<br>Deadline to Respond: 5/29/09 |

## I. CLAIMANT INFORMATION

| Claimant Name | Lyman, Douglas L. | | | VCN | 1113216 |
|---|---|---|---|---|---|
| Primary Injury: MI | Date of Injury: 8/20/99 | Secondary Injury: N/A | Date of Injury: N/A | | |

## II. CLAIMS ADMINISTRATOR DETERMINATION

This Notice of Ineligibility is an official notification from BrownGreer PLC, the Vioxx Claims Administrator. The Claims Administrator has determined that the Primary and/or the Secondary Injury do not meet the Eligibility Requirements for the Program because one or both does not pass the following Gate(s):

| | Gate | Primary Injury | Secondary Injury |
|---|---|---|---|
| 1. | Injury | X | N/A |
| 2. | Duration | X | N/A |
| 3. | Proximity | X | N/A |

If you alleged both a Primary Injury and a Secondary Injury in the Claims Form, both Injuries must pass the Gates before the Claim can be processed for Points review. If you alleged both a Primary Injury and a Secondary Injury and both do not appear on this notice as failing one or more Gates, the one that does not have any X's has passed the Gates. We cannot move forward on the claim that passed the Gates unless the failed claim is found to be Eligible by the Claims Administrator, the Gate Committee or the Special Master, or unless you decide to abandon the failed injury claim to permit the processing of the Eligible Injury.

## III. STATUS OF REQUIRED PME RECORDS

Section 1.3.1 and, by reference, Exhibit 1.3.1 require Pharmacy, Medical, and Event records, which, for eligibility determinations include a completed Claim Form, Event Records and Proof of Vioxx use. If any of the boxes below is checked, it is because the Claims Administrator has determined that your Claims Package did not include those required records. Without a completed Claims Form and both Event Records and Proof of Use, a claim may not pass the Eligibility Requirements.

| | | | | |
|---|---|---|---|---|
| 4. | No Event Records Submitted   *1* | | ☐ | ☐ |
| 5. | No Proof of Use Submitted   *2* | | X | ☐ |
| 6. | No Asserted Injury Date on Claims Form   *3* | | ☐ | ☐ |

## IV. RIGHT TO SUBMIT ADDITIONAL INFORMATION

You must choose one of the following options within 21 calendar days after the Date of the Notice:

[X] 1) I have no additional information to provide to the Claims Administrator. Send this Claim to the Gate Committee. See Section V below for a description of the Gate Committee and what it does;

[ ] 2) I am submitting the enclosed new records and information to the Claims Administrator for a Secondary Review. Do not send information you previously submitted. The Claims Administrator will review any newly submitted information to determine if it renders the claim eligible. If the claim is eligible, we will send you a *Claims Administrator Notice of Eligibility*. If the claim is still failing, we will issue a *Claims Administrator Notice of Ineligibility after Receipt of Additional Claims Materials*. We will send the claim and all the newly submitted information to the Gate Committee. Any new documents submitted after the expiration of the 21-day period will not be included in your Claims Package for consideration by the Claims Administrator, Gate Committee or the Special Master. Finally, we may discover during Secondary Review that a Gate we passed during our first review should be a failing Gate. If that occurs, we will issue a *Claims Administrator Notice of Ineligibility after Receipt of Additional Claims Material*;

**TENDERED FOR FILING**

MAR 14 2011

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

**St. Jude Medical** — Implantable Cardioverter Defibrillator
**Patient Identification Card**

PATIENT: **DOUGLAS L LYMAN**

| | MODEL NUMBER | SERIAL NUMBER | IMPLANT DATE |
|---|---|---|---|
| ICD | **CD1231-40** | **737890** | **02/FEB/2011** |
| RVA | 6949 | LFJ064272V | 06/JUL/2005 |

PHYSICIAN:
**D SCOTT KIRBY**
**MOBILE AL 36608-6758**

PHONE: **251-607-9797**

504-589-7541/5

JUDGE E. FALLON

OR - JOE

First Parameter

**ST. JUDE MEDICAL** | **Implantable Defibrillator**
**Patient Identification Card**

PATIENT: **DOUGLAS L LYMAN**



| | MODEL NUMBER | SERIAL NUMBER | IMPLANT DATE |
|---|---|---|---|
| **ICD** | **CD2257-40Q** | **7032071** | **06/SEP/2013** |
| RA-LEAD | 1688TC/52 | DN256565 | 06/SEP/2013 |
| RVA | 7122Q/65 | BPA015243 | 06/SEP/2013 |

PHYSICIAN:
**DALE SCOTT KIRBY**
**MOBILE AL 36608-6758**        PHONE: **251-607-9797**

in the complaint:

_____ drinks per week,

_____ drinks per month,

_____ drinks per year, *or*

Other (describe): _____

E. Illicit Drugs. Have you ever used (even one time) any illicit drugs of any kind within one (1) year before, or any time after, you first experienced your alleged VIOXX®-related injury?" Yes _____ No __X__ Don't Recall _____

*If "yes",* identify each substance and state when you first and last used it. _____
_____

F. Please indicate to the best of your knowledge whether you ever received any of the following treatments or diagnostic procedures:

1. Cardiovascular surgeries, including, but not limited to, the following, and specify for what condition the surgery was performed: open heart/bypass surgery, pacemaker implantation, vascular surgery, IVC filter placement, carotid (neck artery) surgery, lung resection, intestinal surgery:

| Surgery | Condition | When | Treating Physician | Hospital |
|---|---|---|---|---|
| Open Heart M I | Heart | August 20, 1999 | Dr. Frances | Mobile Infirmary |
| Pacemaker E I | Heart | July 6, 2005 | Dr. Kirby | Mobile Infirmary |

2. Treatments/interventions for heart attack, angina (chest pain), or lung ailments:

| Treatment/Intervention | When | Treating Physician | Hospital |
|---|---|---|---|
| | | | |
| | | | |

3. To your knowledge, have you had any of the following tests performed: chest X-ray, CT scan, MRI, angiogram, EKG, echocardiogram, TEE (trans-esophageal echo), bleeding scan, endoscopy, lung bronchoscopy, carotid duplex/ultrasound, MRI/MRA of the head/neck, angiogram of the head/neck, CT scan of the head, bubble/microbubble study, or Holter monitor?
Yes __X__ No _____ Don't Recall _____ *If "yes,"* answer the following:

| Diagnostic Test | When | Treating Physician | Hospital | Reason |
|---|---|---|---|---|
| | July 6, 2005 | Dr. Kirby | Mobile Infirmary | Chest Pain |
| | | | | |

189839_1

*LOOK HERE*

LymanD-ClProfileForm-   00007

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | |
| | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO: ALL CASES

## ORDER

The Court received the attached correspondence from Douglas Lyman. **IT IS**

**ORDERED** that this correspondence be filed into the record. **IT IS FURTHER ORDERED**

that Plaintiffs' Liaison Counsel and Pro Se Curator Robert Johnson review the correspondence

and take further appropriate action, if any.

New Orleans, Louisiana, this 12th day of September, 2013.

_____
UNITED STATES DISTRICT JUDGE

251-543-7560

CC:   Mr. Douglas L. Lyman
      5821 Old Pascagoula Road
      Apartment 209
      Mobile, AL 36619

      Mr. Robert M. Johnson
      400 Poydras Street
      Suite 2450
      New Orleans, LA 70130

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
      PRODUCTS LIABILITY LITIGATION

:   MDL NO. 1657
:
:   SECTION: L
:
:   JUDGE FALLON
:   MAG. JUDGE KNOWLES

This document relates to:   *Douglas L. Lyman*

### ORDER

The Court is in receipt of correspondence from Vioxx Claimant Douglas Lyman.  IT IS

ORDERED that the attached correspondence be entered into the record.  In addition, a copy of

the correspondence shall be forwarded to the Claims administrator, the pro se curator, and to

liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 23rd day of March, 2011.

UNITED STATES DISTRICT JUDGE

Clerk to serve:
    Mr. Russ Herman
    Plaintiff's Liaison Counsel
    Herman, Herman Katz & Cotlar, LLP
    820 O'Keefe Ave.
    New Orleans, LA 70113

    Mr. Phillip Wittmann
    Stone Pigman Walter Wittmann, LLC
    546 Carondelet Street
    New Orleans, LA 70130

    Douglas Lyman
    6261 Fire Tower Rd. West
    Theodore, AL 36582

    Vioxx Pro Se Curator   Robert Johnston M.
    400 Poydras Street
    Suite 2450
    New Orleans, LA 70130

1

Award Letter

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



2010 JAN -6 PH 4:49

MDL NO. 1657

IN RE: VIOXX
  PRODUCTS LIABILITY LITIGATION

LORETTA G. WHYTE
SECTION: L   CLERK

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: Douglas L. Lyman

## ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Douglas L. Lyman. IT IS ORDERED that the correspondence be entered into the record. Additionally, a copy of this correspondence shall be forwarded to the pro se curator and to liaison counsel to take whatever action, if any, they deem necessary.

New Orleans, Louisiana, this 6th day of January, 2010.

           _____
           UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Mr. Douglas L. Lyman
6261 Fire Tower Rd. - W
Theodore, AL 36582

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA



2010 JUN 14  PM 3: 40

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION: L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: Douglas L. Lyman

### ORDER

The Court is in receipt of the attached correspondence from Vioxx Plaintiff Douglas

Lyman. IT IS ORDERED that the attached correspondence be entered into the record.  In

addition, a copy of the correspondence shall be forwarded to the Claims Administrator, the pro se

curator and to liaison counsel to take whatever action, if any, they deem necessary.

IT IS FURTHER ORDERED the attached documents be filed UNDER SEAL.

New Orleans, Louisiana, this 14th day of June, 2010.

UNITED STATES DISTRICT JUDGE

Clerk to Serve:

Mr. Russ Herman
Plaintiff's Liaison Counsel
Herman, Herman Katz & Cotlar, LLP
820 O'Keefe Ave.
New Orleans, LA 70113

Douglas Lyman
6261 Fire Tower Rd. West
Theodore, AL 36582

Mr. Phillip Wittmann
Stone Pigman Walter Wittmann, LLC
546 Carondelet Street
New Orleans, LA 70130

Vioxx Pro Se Curator
400 Poydras Street
Suite 2450
New Orleans, LA 70130

_____Fee _____
_____Process_____
_X_Dktd _____
_____CtRmDep_____
_____Doc. No._____

1

This envelope is made from post-consumer waste. Please recycle ~ again.

# PRIORITY ★ MAIL ★

**DATE OF DELIVERY SPECIFIED***

**USPS TRACKING™ INCLUDED***

**INSURANCE INCLUDED***

**PICKUP AVAILABLE**

*Domestic only

WHEN USED INTERNATIONALLY,
A CUSTOMS DECLARATION
LABEL MAY BE REQUIRED.

P S 0000 1000014

EP14F July 2013
OD: 12.5 x 9.5

VISIT US AT USPS.COM®
ORDER FREE SUPPLIES ONLINE

**UNITED STATES POSTAL SERVICE®**



# PRIORITY MAIL 2-DAY™

0006

FROM:

Lyman, Douglas
Douglas Lyman
6261 Fairoview Rd W
Theodore AL 36582

**SHIP TO:**
CLERK'S OFFICE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT COURT
**Att: Judge Fallon**
New Orleans, LA 70130

Part # 15297-435 RIT2 0913

**USPS TRACKING #**

9405 5102 0088 2526 6786 79

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; July 2013; All rights reserved.