UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Allen Atkinson, et al. v. Merck & Co., Inc.*, | * | |
| 2:05-cv-04130-EEF-DEK (as to Plaintiffs Todd Jelden and Lynette Jelden only) | * | |
| | * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\***

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants filed by plaintiffs Todd Jelden and Lynette Jelden,

**IT IS ORDERED** that all claims of plaintiffs Todd Jelden and Lynette Jelden against defendant Merck & Co., Inc. and any other defendants be and they hereby are dismissed with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this  13th  day of April, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1182727v1