"Certification of Funds in the Registry"

PRINCIPAL: $ 155,216.89

Financial Deputy: K Jang   Date: 4-13-15

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX ) | |
| ) | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION ) | |
| ) | Section L |
| **This document relates to plaintiff/claimant** ) | Judge Fallon |
| **Phyllis Samuels, deceased.** ) | Magistrate Judge Knowles |

## UNOPPOSED ORDER OF RELEASE OF FUNDS

THIS MATTER having come before the Court on Plaintiffs' unopposed Motion for Release of Funds.

The Clerk is authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the principal amount of $155,216.89 (One hundred Fifty-Five Thousand Two Hundred Sixteen and 89/100), plus all interest earned, less the assessment fee for the Administration of funds, payable to Turner W. Branch, Branch Law Firm, 2025 Rio Grande Blvd. NW, Albuquerque, NM 87104, and mail or deliver said check to Turner W. Branch, Branch Law Firm, 2025 Rio Grande Blvd. NW, Albuquerque, NM 87104.

IT IS ORDERED that Monies held by the Court's registry be released to Plaintiff Phyllis Samuels' attorney (Turner W. Branch, Esq.) of the Branch Law Firm. The Clerk is authorized and directed to draw a check on the funds on deposit in the Registry of this Court in the principal amount of $155,216.89 (One Hundred Fifty-Five Thousand Two Hundred Sixteen and 89/100), plus all interest earned, less the assessment fee for the Administration of funds, payable to Turner W. Branch, Branch Law Firm, 2025 Rio Grand Blvd. NW, Albuquerque, NM 87104, and mail or deliver said check to Turner W. Branch, Branch Law Firm, 2025 Rio Grande Blvd. NW, Albuquerque, NM 87104.

DISTRICT JUDGE