# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**  *Harold L. Rutherford*

## ORDER

The Court received the following correspondence from Ms. Elzina Rutherford and Ms. Cindy Rutherford.

**IT IS ORDERED** that this correspondence be filed into the record.

**IT IS FURTHER ORDERED** that Plaintiffs' Liaison Counsel shall take any appropriate or necessary action and report back to the Court whether Plaintiff has counsel and the status of this case.

New Orleans, Louisiana, this 15th day of April, 2015.

UNITED STATES DISTRICT JUDGE

cc:  Ms. Elzina Rutherford          Ms. Cindy Rutherford
     8711 County Road 236           72 County Road 566
     Town Creek, AL 35672           Town Creek, AL 35672