Elzina Rutherford                                    04/07/2015
8711 County Road 236
Town Creek, AL 35672

Cindy Rutherford
72 County Road 566
Town Creek, AL 35672



Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70112

To: Honorable Eldon E. Fallon:

This is the last letter that I will write your office.  I talked to

the Estate Attorney yesterday, Ken Schuppert, Decatur, Alabama.

He stated," there is nothing else that he can do".  Vioxx just

wins.  I stand by the last two letters that I am including.  I

further think, that future loss and victims should be decided before

any Attorney's fees.  We still do not know what the award was when

it was awarded.  No letter, no mail, nothing.  This MDL should

decide for the victim's losses, true losses.  This MDL should have

made Vioxx raise a wall for every victim that they killed.

It just fades into the past, and we all have a tendency to put

what these companies do in the past.

          This is what really makes me mad:  Merck comes into this

court, agrees to pay huge Attorney fees, just get it settled as if

they are settling really nothing.  Huge money at stake, but all of

these victims just sit and wait without voicing one word to the

people who took our lives, Family, friend, partner, husband, etc.

What really is worst?  They had no regard for human life, their

experiment, research what ever they call it.  Then when the money is spread and finalized, Merck just as big a giant as they are go once again with Vytorin and injure more people.  Are they in jail, prison, a waiting room etc.? No they continue to make drugs and kill people.

All I really wanted was to know what was the award for killing my Dad? Not one word. Not we are sorry, Not here is the award amount, but I know you would rather have your dad back. Not one word.

I wish I could have been in that court room and told Merck the tears that we have shed, but who am I kidding, they would have just kept their stern faces, and not said one word.

This MDL needs changed.  Families should be able to look at who killed their loved ones.  Proceed to tell Merck what they took. This  MDL should discuss the financial means of each member who died, instead of placing Trump in some category with some homeless man under a bridge who never attempted to do anything. I too know homeless is not sometimes that either, but just hard times.  The point is Merck took their experiment, research and killed people and injured people who  worked hard to have better things in life.

Finally, we still do not know what 68% of the award was given for my dad's death, nor do we know what the Attorneys received, and we had to pay out of our award the Estate Attorney, which we should not have had to pay.

I hope if anything comes out of these letters, which it has not but
maybe someday though other victim's families this  MDL will change
the true meaning of what brought forth this MDL to began with:
Merck killed and injured people, and their money never will bring
them back. Victim's families lives goes on, but that family member
only gets flowers on his or her grave, that wither with the sun,
and wind, rain and snow, along with tears that just never cease.
Merck, they just continue to prosper, injuries, deaths etc.
I personally could place a padlock on their doors, until they clean
up their mess.

Thank you for reading my letters, and trying to help us.

Sincerely,

Elzina Rutherford( wife of the deceased Harold L. Rutherford)
Cindy Rutherford ( daughter of deceased Harold L. Rutherford)

Elzina Rutherford                                              06/01/2014
8711 County Road 236
Town Creek, AL 35672

Cindy Rutherford
72 County Road 566
Town Creek, AL 35672

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70112

To: Honorable Eldon E. Fallon:

Since this court's order we have still heard nothing on Harold L.
Rutherford Claimant to what was the total settlement that he received
from this court.  I personally called the vioxx claiment office and
they refused to tell me.  Thank you anyway for trying.

If Medicare and Blue Cross Blue Shield could sue vioxx for the
prescrptions for economic loss.  Then why can't we sue vioxx for
the economic loss that we lost such as his business, our jobs, our
insurance, our future loss.  Since no financial standing was placed
on my dad's loss verses someone who had less or more financial
loss to his award then why can't the attorneys still go after the
victims future loss, economic loss.

One more thing that this court needs to know is Vioxx after they
injured nearly 50,000 people.  They once again with vytorin injured
more except with a insecticide instead of a pesticide.

I feel vioxx was not punished at all with their payouts, because
it is as if they mocked this court.

Thank you for your order, and if this court decides to pursue vioxx for the real future and economic loss that we lost.  Please contact us at the above address.

I am including the pesticide found in vioxx, and the insecticide found in vytorin.  Merck is just playing.  Our lives have changed forever because of Merck.  This court is the only court that can make Merck know that lives are worth more than any amount of money.

Thank You again for your time,


Sincerely,


Cindy Rutherford
Elzina Rutherford

Elzina Rutherford                                    12/09/2013
8711 County Road 236
Town Creek, AL 35672

Cindy Rutherford
72 County Road 566
Town Creek, AL 35672

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70112


Dear Honorable Eldon E. Fallon:

I am enclosing for your review a contingent fee agreement in the

amount of 40% for vioxx claimants.  We do not know the amount of

of the award awarded by your court for IN Re Harold Lamar Rutherford

deceased 2002.  We have your order that limited the contract fees

to 32%.  However, they have taken more than your order MDL 1657.

Our Estate Attorney never collected on his fees through the

Fee Assessment committees, so can he still file his hours and

expenses.  Ken Schuppert Post Office Box 1469 Decatur, Alabama 35602

Represents my Husband and my dad's estate.  He does not have

anything telling him the full award.  Nor do we or can we find

out from Davis and Norris or Bouloukos and Oglesby what the final

award was given.

The reason we are writing is to ask if they collected through the

fee Assessment committees and 40 percent in compliance with your

order.  If not what is our recourse now?

 **We did not receive 68 percent of the award.**

Our probate Attorney never was entered into these Committees.

Enclosed is the contract, personal representative, death certificate.

Harold Lamar Rutherford died of a sudden cardiac death. He was gone

in less than 5 minutes. He had never had heart problems.


Thank You.


Sincerely,



Elzina Rutherford/ wife of deceased
Cindy Rutherford / daughter of deceased

U. S. POSTAGE
PAID
MADISON, AL
35758
APR 10, '15
AMOUNT

$7.19

0006-4760-08

1000

UNITED STATES
POSTAL SERVICE

CERTIFIED MAIL

7013 3020 0001 5267 9237