UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** **ALL CASES**

## ORDER

Defense counsel contacted the Court and requested that the Court continue the telephone status conference, currently scheduled for April 23, 2015, because of continuing settlement negotiations in several cases. Plaintiffs' Liaison Counsel consented to this continuance. Accordingly,

**IT IS ORDERED** that the telephone status conference, currently scheduled for April 23, 2015 at 9:00 a.m., is rescheduled for May 7, 2015 at 9:00 a.m. Any interested persons may participate via telephone by dialing (877) 336-1839. The participant access code is 4227405, and the security code is 050715.

New Orleans, Louisiana, this 22nd day of April, 2015.

_____
UNITED STATES DISTRICT JUDGE