UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX : MDL NO. 1657
PRODUCTS LIABILITY LITIGATION :
: SECTION: L
:
: JUDGE FALLON
: MAG. JUDGE KNOWLES

**This document relates to:** *Jamaal Ali Bilal*

## ORDER

The Court is in receipt of the attached motion from Vioxx Consumer Claimant Jamaal Ali Bilal for an award of Attorneys' Fees and/or award of fees and costs pursuant to 42 U.S.C. § 1988 an 28 U.S.C. § 1920. Mr. Bilal is not attorney and therefore does not qualify for an award of attorneys' fees. Accordingly,

**IT IS ORDERED** that the attached motion is **DENIED.**

New Orleans, Louisiana, this 22nd day of April, 2015.

                                                         UNITED STATES DISTRICT JUDGE

CC: Jamaal Ali Bilal
      FCCC 13619 Se Highway 70
      Arcadia, FL 34266

1