UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

### SUGGESTED AGENDA MAY 7, 2015 STATUS CONFERENCE

I.   Class Actions

II.  Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

III. Other Pending Motions/Matters

IV.  Next Status Conference

1

1179947v1