# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * *

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO REFER CERTAIN FACT-FINDING IN THE STRATTON MATTER TO SPECIAL MASTER

Ann B. Oldfather moves the Court to refer to Special Master Patrick Juneau for fact finding the questions of whether Liaison Counsel for the Common Benefit Fee Objectors, Michael Stratton, had any fee agreements with the attorneys to whom he "assessed" fees, the specific fee "assessed" by him to each Objector, the basis for any fee agreements, if any were reached, and the amounts of costs paid by Liaison Counsel. A Memorandum in Support and an accompanying Order are tendered herewith.

## NOTICE OF SUBMISSION

Please take notice that Ann B. Oldfather will submit a Motion to Refer Certain Fact-Finding in the Stratton Matter to Special Master to the Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday, May 27, 2015 in the courtroom of the above Court.

Respectfully submitted,

/s/ Ann B. Oldfather

Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Require Court Approval of Liaison Counsel's Fee for Michael Stratton has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, and upon Michael A. Stratton and Faxon Law Group, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of May, 2015.

/s/ Ann B. Oldfather

Ann B. Oldfather