UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * | * | |

# O R D E R

**THIS DOCUMENT RELATES TO ALL CASES**

　　IT IS ORDERED that the issues regarding the fee "assessed" by Michael Stratton, former Liaison Counsel for the Common Benefit Fee Objectors, to those Common Benefit Fee Objectors is hereby referred to Special Master Patrick Juneau for fact-finding. The issues to be resolved by the Special Master shall include, but are not limited to, any fee agreements between Mr. Stratton and the Objectors to whom he "assessed" fees, the specific fee "assessed" by him to each Objector, the basis for any fee agreements, if any were reached, and the amounts of costs paid by Mr. Stratton and to whom. Mr. Stratton and Mr. Faxon shall provide the Special Master with all materials and testimony requested by him. It is further ordered that all documents produced by Faxon Law Group in response to the Court's March 10, 2015 Order shall be entered into the record for public access, and may be considered for purposes of the Special Master's investigation into this matter.

So ordered.

New Orleans, Louisiana, this __ day of _____, 2015.

                                                _____
                                                Eldon E. Fallon
                                                United States District Judge