U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED MAY 11 2015

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

JAMAAL ALI BILAL, f/k/a John L. Burton,

    Plaintiff,

Case No. MDL _____ 1657 L(3)

v.

MERCK Inc.

    Defendants et.al.,

## MOTION FOR RELIEF OF ORDER OR IN THE ALTERNATIVE MOTION TO AWARD COSTS

**COMES NOW** Plaintiff Jamaal Ali Bilal pursuant to Rule 60 Fed. R. Civ. P.; 54 Fed. R. Civ. P., and 28 U.S.C.A. § 1920 requesting that the court grant relief of order and award costs upon the following grounds:

    1.    Pro se parties are entitled to costs and fees. *Tubbs v. Sacramento County Jail,* 258 F.R.D. 657 (E.D.Cal.2009)(Prevailing party is entitled to recover costs even in case of indigent prisoner litigants who have been granted leave to proceed in forma pauperis).

    2.    A party need not prevail on all issues to justify full award of costs. *U. S. v. Mitchell,* 580 F.2d 789 (5th Cir. 1968).

    3.    Federal Rule of Civil Procedure 54(d)(1) provides that "costs--**_other than attorneys' fees_**--should be allowed to the prevailing party." 2014 *Hesterberg*

TENDERED FOR FILING

MAY 11 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

___ Fee_____
___ Process___
_X_ Dktd_____
___ CtRmDep__
___ Doc. No.___

1

v. U.S. , WL 7184246 (N.D. Cal. 2014) Accordingly, " Rule 54(d) creates a presumption for awarding costs to prevailing parties; the losing party must show why costs should not be awarded." *Save Our Valley v. Sound Transit*, 335 F.3d 932, 944-45 (9th Cir.2003).

4. The court entertained the Plaintiff's motion as a motion for attorneys' fess and attorney fees only.

5. The plaintiff seeks a redetermination for his request for costs under the subheading germane to his prior cost motion.

Respectfully submitted,

*Jamaal Ali Bilal*
Jamaal Ali Bilal 990124
13619 S.E. Hwy 70
Arcadia, FL 34266

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been furnished by U.S. mail to all relevant parties this 5th day of May 2015.

*Jamaal Ali Bilal*
Jamaal Ali Bilal

2

Jamal Ali Bilal 990124
Florida Civil Commitment Center
13619 S.E. Hwy 70
Arcadia, Fl 34266



TAMPA FL 335
SAINT PETERSBURG FL
05 MAY 2015 PM 4 L

Clerk's Office
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

7013 0333 9

Legal Mail