UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>　　PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

## ORDER

It is **ORDERED** that the Motion to Refer Certain Fact-Finding in the Stratton Matter to Special Master (Rec. Doc. 65207) is scheduled for submission on May 27, 2015.

New Orleans, Louisiana, this 12th day of May, 2015.

*[signature]*
UNITED STATES DISTRICT JUDGE

1