UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:     ALL CASES

## ORDER

The Court received the following letter from Joel Faxon of the Faxon Law Group. The Court construes the letter as a response to Ann Oldfather's Motion to Refer Certain Fact-Finding in the Stratton Matter to the Special Master (Rec. Doc. 65207).

**IT IS ORDERED** that the attached correspondence be entered into the record as a response to Ms. Oldfather's Motion to Refer Certain Fact-Finding in the Stratton Matter to the Special Master (Rec. Doc. 65207).

New Orleans, Louisiana, this 21st day of May, 2015.

_____
UNITED STATES DISTRICT JUDGE

1