
TRIAL LAWYERS

MAY 19, 2015

**VIA FACSIMILE**

Honorable Eldon E. Fallon
U.S. District Court
Eastern District of Louisiana
500 Poydras Street
Room C456
New Orleans, LA 70130
(504) 589-6966

    Re:    **MDL No. 1657**
            **Section L**
            **In Re Vioxx Products Liability Litigation**

Dear Judge Fallon:

    In connection with the filings of Ms. Oldfather and the "submission" of the "Stratton matter" to a special master (particularly Doc #65207 dated May 12, 2015), I offer the following information:

1. I am an attorney licensed to practice in state and federal courts in Connecticut, New York and Vermont;

2. Attorney Michael A. Stratton is my former law partner. We practiced law together for a number of years at Stratton Faxon Trial Lawyers, LLC;

3. Stratton Faxon Trial Lawyers, LLC, disbanded in 2014 following Mr. Stratton's voluntary departure from the firm;

4. Currently I practice law at Faxon Law Group, LLC, which was formed in 2014;

5. Mr. Stratton is not a shareholder, member, employee or agent of Faxon Law Group, LLC;

6. Attorney Stratton was appointed liaison counsel by this Court in connection with the PSC fee objectors within the Vioxx Product Liability

# FaxonLawGroup
## TRIAL LAWYERS

Litigation. Stratton Faxon Trial Lawyers, LLC was not appointed liaison counsel, and Faxon Law Group, LLC did not exist at that time;

7. I am not, and never have been, admitted to practice in the United States District Court for the Eastern District of Louisiana, and I have no active cases pending in that jurisdiction;

8. I never filed my appearance in connection with the representation of any PSC fee objector in the Vioxx Product Liability Litigation;

9. I never handled any negotiations concerning objections to the PSC's fee, never communicated with any PSC fee objector concerning objections to the PSC's fee, and never negotiated or communicated with any PSC fee objector concerning liaison counsel's fees and costs (other than the provision of documents responsive to the Court Order dated March 10, 2015);

10. To the extent that previous objections to liaison counsel's fees and costs were filed or asserted, they were briefed, argued and/or handled by Attorney Stratton as liaison counsel;

11. Neither Faxon Law Group LLC nor I possesses any escrowed funds in connection with the PSC fee objectors' attorneys fee or costs dispute. The same is true also for the former Stratton Faxon Trial Lawyers, LLC, which has no operating or trust accounts; and

12. Despite my belief that I have done nothing to bring myself or Faxon Law Group, LLC within the jurisdiction of the United States District Court for the Eastern District of Louisiana regarding this present dispute, out of respect for this Court and its Orders I searched the available archived documents of Stratton Faxon Trial Lawyers, LLC and voluntarily provided all documents in my possession and control that I believe are responsive to the Court's Order dated March 10, 2015.

Based on the foregoing, I submit respectfully that Faxon Law Group, LLC and I have no relationship to any future proceedings in this matter.

Very truly yours,

*[signature]*

Joel T. Faxon

cc: Counsel on Court Order Service list