UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * | * | |

THIS DOCUMENT RELATES TO ALL CASES

### REPLY TO JOEL FAXON'S LETTER IN RESPONSE TO MOTION TO REFER CERTAIN FACT-FINDING IN THE STRATTON MATTER TO SPECIAL MASTER

Joel T. Faxon replied to the undersigned's Motion to Refer Certain Fact-Finding in the Stratton Matter to Special Master [Rec. Doc. 65207] by letter on May 19, 2015. This letter prompts further questions. Mr. Stratton and Mr. Faxon were the two named partners of Stratton Faxon, which received $4,447,444.91 for Mr. Stratton's role as Liaison Counsel. Presumably, some of those funds were shared by Mr. Faxon. As demonstrated by Mr. Faxon's April filing with the Court, firm records exist for Mr. Stratton's court-appointed Liaison work, but the key components – the fee "assessed" to each Objector firm, and any and all agreements purportedly entered into by Mr. Stratton for his work – are still missing, and have not been provided to the Court. To the undersigned's knowledge, there are no written fee agreements between Mr. Stratton and anyone, except an after-the-fact agreement with Daniel Becnel. Specifically, none of the five signatories of the joint prosecution agreements provided by Mr. Faxon committed to any fee, and there are no other

emails or letters committing to an agreed fee. Therefore, the undersigned respectfully requests the Court to refer this matter to the Special Master for fact-finding, along with the other relief requested in her original Motion.

              Respectfully submitted,

              /s/ Ann B. Oldfather
              _____
              Ann B. Oldfather
              KBA Bar #52553
              Liaison Counsel/Lead Counsel
              OLDFATHER LAW FIRM
              1330 S. Third Street
              Louisville, KY  40208
              502.637.7200
              502.637.3999
              aoldfather@oldfather.com

## **CERTIFICATE OF SERVICE**

   I hereby certify that the above and foregoing Reply to Joel Faxon's Letter in Response to Motion to Refer Certain Fact-Finding in the Stratton Matter to Special Master has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, and upon Michael A. Stratton and Faxon Law Group, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of May, 2015.

              /s/ Ann B. Oldfather
              _____
              Ann B. Oldfather