UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| **Cases listed on Exhibits A** | * | KNOWLES |
| | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANT MERCK SHARP & DOHME CORP.'S EX PARTE MOTION TO CLOSE CASES WITH NO PENDING PLAINTIFF CLAIMS

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to direct the Clerk's office to close the cases listed on Exhibit A hereto. In support of this Motion, Merck states as follows:

1)     Each of the cases listed on Exhibit A is noted as open and active on the Court's docket:

2)     However, a review of the docket shows that the claims of all plaintiffs in these five actions have been previously been dismissed.

3)     As noted on Exhibit A, for each of the plaintiffs currently listed as open in the cases listed on Exhibit A, there is an order of dismissal. The record number of the order of dismissal is listed on Exhibit A.

4) Accordingly, Merck requests that the Court enter an order that directs the Clerk's office to note the open plaintiffs' claims as dismissed and mark each of those cases closed on the court's docket. A proposed order is attached.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion, and enter the requested order.

Dated:  June  5, 2015                                                  Respectfully submitted,


By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defendants' Liaison Counsel*

—and—

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

**CERTIFICATE OF SERVICE**

     I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 5th day of June, 2015.

                                                    */s/ Dorothy H. Wimberly*
                                                    Dorothy H. Wimberly, 18509
                                                    STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                    546 Carondelet Street
                                                    New Orleans, Louisiana  70130
                                                    Phone:  504-581-3200
                                                    Fax:     504-581-3361
                                                    dwimberly@stonepigman.com

                                                    Defendants' Liaison Counsel