**Exhibit A**
**Motion to Close Cases With No Pending Plaintiff Claims**

| Docket Number | Case Name | Plaintiff Open on Pacer/ Record Number of Dismissal | Counsel |
|---|---|---|---|
| 2:05-cv-00964-EEF-DEK | Rushing v. Merck & Co Inc | Lathan F Rushing *the Estate of, by and through the Administratrix, Deborah Abernathy* (Rec. Doc. 46078) | Carey W. Spencer, Jr., Law Offices |
| 2:05-cv-01167-EEF-DEK | Blain et al v. Merck & Company Inc | Lambert Jensen (Rec. Doc. 24267) | Morgan, Minnock, Rice & James |
| 2:05-cv-1541 | Kiefer v. Merck | Richard G. Kiefer *as Successor Executor of the Estate of Bette R. Kiefer* (Rec. Doc. 39529) | Epstein, Zaideman & Esrig, PC |
| 2:05-cv-01801-EEF-DEK | Baldwin et al v. Merck & Co Inc | Margaret May Baldwin Rick Baldwin (Rec. Doc. 53194) | Spivey & Ainsworth |
| 2:2005-cv-04422-EEF-DEK | Johnson v. Merck & Co Inc | Raphael Breda (Rec. Doc. 26095) | Domengeaux, Wright, Roy & Edwards (Lafayette) |
| 2:05-cv-05563-EEF-DEK | Davis et al v. Merck & Co Inc et al | Geraldine Richardson *an Individual;* Myra Kaye Dudzinski *as Administratrix of the Estate of Robert Dudzinski, deceased* (Rec. Doc. 5877) | Pittman, Dutton & Hellums, PC |
| 2:05-cv-06035-EEF-DEK | Williams v. Merck & Co Inc | Sidney Williams (Rec. Doc. 65065) | O'Quinn Law Firm |
| 2:06-cv-02181-EEF-DEK | Trask et al v. Merck & Co Inc | Sharon Krueger (Rec. Doc. 38528) | Schlichter, Bogard & Denton |
| 2:06-cv-03372-EEF-DEK | Layman et al v. Merck & Co Inc | Billy Edmondson (Rec. Doc. 51842) | Jeffrey J. Lowe, P.C |

1

**Exhibit A**
**Motion to Close Cases With No Pending Plaintiff Claims**

| | | | |
|---|---|---|---|
| 2:06-cv-09826-EEF-DEK | Fitzgerald v. Merck & Co Inc | Jane Fitzgerald *Representative of the Estate of Paul Fitzgerald, deceased* (Rec. Doc. 16771) | Miller & Associates |
| 2:07-cv-01671-EEF-DEK | Williams v. Merck & Co Inc | Jean Williams (Rec. Doc. 18317) | Douglas M. Schmidt, APLC |
| 2:07-cv-03960-EEF-DEK | McQuery v. Merck & Co Inc et al | Patrick McQuery (Rec. Doc. 52746) | Pro Se |
| 2:07-cv-09722-EEF-DEK | Boyer v. Merck & Co Inc | Julia Boyer *Individually, and as Personal Representative of the Estate of Alfred Boyer, deceased* (Rec. Doc. 52747) | Wilner Block, P.A. |
| 2:12-cv-02406-EEF-DEK | Isner v. Seeger Weiss, LLP et al | Linda Isner *Executrix of the Estate of Jeffrey Isner, M.D* (Rec. Doc. 64996) | Murray, Kelly & Bertrand, P.C. |

1186220v1