UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Cases listed on Exhibit A* | * | |
| | * | |
| | * | |

******************************************************************************

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Ex Parte Motion To Close Cases With No Pending Plaintiff Claims,

**IT IS ORDERED** that, as the claims of all plaintiffs noted as open on the Court's docket in the cases listed on Exhibit A have been previously dismissed, all cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1186221v1