UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Michael Andrews et al v. Merck & Co., Inc. et al, 2:06-cv-02208-EEF-DEK* | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MERCK SHARP & DOHME CORP.'S
EX PARTE MOTION FOR SUPPLEMENTAL
<u>ORDERS OF DISMISSAL AS TO REMAINING OPEN PLAINTIFFS</u>**

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss the claims of all remaining plaintiffs listed as open on the Court's docket in what was a large multi-plaintiff case, *Andrews et al v. Merck & Co., Inc.*, 2:06-cv-02208-EEF-DEK.  In support of this motion Merck states:

1)      Each of the plaintiffs listed in the columns referencing "Open Plaintiffs" or "Open Derivative Plaintiffs" on Exhibits A & B hereto remains open on the Court's docket.

2)      As to the plaintiffs listed on Exhibit A, in each case this Court has previously entered an Order of Dismissal.  In several cases, there is a discrepancy between the plaintiff's name as listed on the Caption of the Complaint and/or the body of the Complaint and/or the Order of Dismissal, but the intention to dismiss the plaintiff listed as open on the docket is obvious.  The Record Number for the Orders of Dismissal and, where applicable the nature of the name discrepancies, are also listed on Exhibit A.

3)	As to the plaintiffs listed on Exhibit B, the plaintiffs remaining open on the docket are derivative plaintiffs, and the claims of the product user plaintiff (or their representative) have already been dismissed, subjecting the derivative to dismissal.  Exhibit B reflects the name and record number of the order dismissing the primary claimant.

4)	The plaintiffs listed on Exhibits A and B are the only remaining plaintiffs open on the court's docket in this case.  Therefore, a ruling by the Court granting this motion would also allow for the Clerk's office to mark all cases listed on Exhibit A "closed" on the Court's docket.

5)	Accordingly, Merck requests that the Court enter a supplemental order of dismissal, dismissing any and all remaining claims in these actions, and directing the Clerk's office to mark the case closed on the Court's docket.  A proposed order is attached.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion and enter the requested order.

Dated:  June 26, 2015					Respectfully submitted,


							By: /s/Dorothy H. Wimberly
								Phillip A. Wittmann, 13625
								Dorothy H. Wimberly, 18509
								STONE PIGMAN WALTHER
								WITTMANN L.L.C.
								546 Carondelet Street
								New Orleans, Louisiana 70130
								Phone: 504-581-3200
								Fax:    504-581-3361

								*Defendants' Liaison Counsel*

								—and—

1187481v1

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

1187481v1

**CERTIFICATE OF SERVICE**

      I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 26thday of June, 2015.

      /s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel