**Exhibit A:** *Andrews* **Motion to Dismiss**

| | Case name | Case number | Open Plaintiffs as listed on Docket ( Record No. of Prior order of Dismissal; names as identified in Complaint and/or Dismissal Order) | Plaintiffs' Counsel |
|---|---|---|---|---|
| 1. | Andrews et al v. Merck & Co Inc et al | 2:06-cv-02208-EEF-DEK | Micha Frederick (R. 38875: identified in Complaint and Dismissal order as Frederick Micha) | Trepanier & MacGillis PA |
| 2. | Andrews et al v. Merck & Co Inc et al | 2:06-cv-02208-EEF-DEK | Edward Victor (R.23872; identified in case Caption as Edmond Victor, in body of Complaint as Edmond Victor Pickett; and in dismissal order as Edmond Victor Pickett) | Trepanier & MacGillis PA |
| 3. | Andrews et al v. Merck & Co Inc et al | 2:06-cv-02208-EEF-DEK | Louis Rodriguez (R. 23577: identified in Complaint as Luis Rodriguez and in dismissal order as as Luis Rodriguez, Sr.) | Trepanier & MacGillis PA |
| 4. | Andrews et al v. Merck & Co Inc et al | 2:06-cv-02208-EEF-DEK | Bobby Turner (R.23973) | Trepanier & MacGillis PA |
| 5. | Andrews et al v. Merck & Co Inc et al | 2:06-cv-02208-EEF-DEK | Thomas Raymond (R. 38602: identified in Complaint Caption as Thomas Raymond; identified in body of Complaint and dismissal order as Raymond Thomas) | Trepanier & MacGillis PA |