**Exhibit B:** *Andrews* **Motion to Dismiss**

|   | Case name | Case number | Product Users/Rep of Product User ( Record No. of Dismissal) | Derivative Plaintiffs Open On Pacer | Plaintiffs' Counsel |
|---|---|---|---|---|---|
| 1. | Andrews et al v. Merck & Co Inc et al | 2:06-cv-02208-EEF-DEK | Robert J. Kelly (R.12939) | Linda N. Kelly | Trepanier & MacGillis PA |
| 2. | Andrews et al v. Merck & Co Inc et al | 2:06-cv-02208-EEF-DEK | John R. Miller (R. 16529) | Vicki L. Miller | Trepanier & MacGillis PA |
| 3. | Andrews et al v. Merck & Co Inc et al | 2:06-cv-02208-EEF-DEK | Michael Mitchell (R. 17761) | Lina Mitchell | Trepanier & MacGillis PA |
| 4. | Andrews et al v. Merck & Co Inc et al | 2:06-cv-02208-EEF-DEK | Gary Newcomb (R. 16529) | Tammy Newcomb | Trepanier & MacGillis PA |

1187485v1