UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Andrews et al v. Merck & Co., Inc. et al, 2:06-cv-02208* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER

Upon consideration of Defendant Merck, Sharp & Dohme Corp's Ex Parte Motion For Supplemental Order of Dismissal As To Remaining Open Plaintiffs,

**IT IS ORDERED** that Merck's motion is granted and all claims of the plaintiffs listed on Exhibits A and B are hereby dismissed with prejudice as to all defendants. The claims of all plaintiffs in this action now being dismissed, the case is to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1187487v1