UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| **All Cases on attached Exhibit A** | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S EX PARTE
### FOURTH MOTION FOR SUPPLEMENTAL ORDER OF DISMISSAL
### REGARDING ESTATE REPRESENTATIVE PLAINTIFFS

Defendant Merck Sharp & Dohme Corp. ("Merck"), by undersigned counsel, respectfully moves this Court to dismiss the claims of the plaintiffs in the cases listed on Exhibit A hereto based on a previous order of dismissal and principles of *res judicata*. In support of this Motion Merck states:

1) Each of the plaintiffs listed in the column entitled "Related Plaintiff(s) Open on Docket – For Dismissal."on Exhibit A hereto remains open on the Court's docket.

2) However, in each case a Order of dismissal has previously been entered related to that plaintiff. In the *Morgan* case the order of dismissal set forth the name of the decedent Vioxx product user while the decedent's estate representative remains as an open plaintiff on the Court docket. In the Smith case, the order of dismissal set forth the name of the decedent's representative while the decedent product user remains open on the docket.

3) Defendant Merck submits that, in each case, the intention of the order of dismissal was to dismiss all claims relating to the decedent Vioxx product user, brought either in the product user's name

1

or by a plaintiff acting in a representative capacity, and any derivative claims. The attached exhibit contains the record locator number on the MDL docket for each of the orders of dismissal.

4)   The open plaintiffs listed on Exhibit A are the only remaining plaintiffs open on the court's docket in those cases.

5)   A ruling by the Court granting this motion would also allow for the Clerk's office to mark all cases listed on Exhibit A "closed" on the Court's docket.

6)   Accordingly, Merck requests that the Court enter a supplemental order of dismissal that directs the clerk's office to dismiss any and all remaining claims of the plaintiffs listed on Exhibit A that were not previously dismissed, and to mark each of those cases closed on the court's docket. A proposed order is attached.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion, and enter the requested order.

Dated:  July 7, 2015                                    Respectfully submitted,

By: /s/ *Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
*Defendants' Liaison Counsel*

—and—

        Douglas R. Marvin
        Eva Petko Esber
        M. Elaine Horn
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Phone: 202-434-5000
        Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

## CERTIFICATE OF SERVICE

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 7th day of July, 2015.

                                                  */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:      504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel