UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

# ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Ex Parte Fourth Motion For Supplemental Order of Dismissal Regarding Estate Representatives,

**IT IS ORDERED** that the plaintiffs reflected as open on the Court's docket in the cases listed on Exhibit A are hereby dismissed with prejudice as to all defendants; and it is

**IT IS FURTHER ORDERED** that the claims of all other plaintiffs in the cases listed on Exhibit A having been previously addressed, the cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1187975v1