## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

### PLAINTIFFS' LIAISON COUNSEL'S
### MOTION FOR AWARD OF PLAINTIFFS' COMMON BENEFIT
### <u>REIMBURSEMENT OF EXPENSES</u>

NOW INTO COURT, comes Russ M. Herman, Plaintiffs' Liaison Counsel, who upon suggesting to the court that, as is more fully set forth in the attached memorandum, an Order be issued providing for the funding and reimbursement of Plaintiffs' common benefit shared expenses.

Respectfully submitted,

Date:  July 9, 2015        By:  /s/ Leonard A. Davis
                                                         **Russ M. Herman (Bar No. 6819)**
                                                         Leonard A. Davis (Bar No. 14190)
                                                         Stephen J. Herman (Bar No. 23129)
                                                         *Herman, Herman & Katz, L.L.C.*
                                                         820 O'Keefe Avenue
                                                         New Orleans, Louisiana  70113
                                                        Telephone: (504) 581-4892
                                                        Facsimile: (504) 561-6024
                                                        ldavis@hhklawfirm.com

                                                        **PLAINTIFFS' LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of July, 2015.

    /s/ Leonard A. Davis
    Leonard A. Davis (Bar No. 14190)
    ***Herman, Herman & Katz, L.L.C.***
    820 O'Keefe Avenue
    New Orleans, LA  70113
    PH:    (504) 581-4892
    FAX:   (504) 561-6024
    ldavis@hhklawfirm.com