UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | SECTION L |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

**PLAINTIFFS' LIAISON COUNSEL'S MEMORANDUM
IN SUPPORT OF MOTION FOR AWARD OF PLAINTIFFS'
COMMON BENEFIT REIMBURSEMENT OF EXPENSES**

MAY IT PLEASE THE COURT:

This memorandum is being submitted on behalf of Russ M. Herman, Plaintiffs' Liaison Counsel, in support of his Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses.

This Court has previously issued Orders that provide for disbursement of funds for the purposes of funding common benefit shared expenses. There are sufficient funds available in the Vioxx Common Benefit Expense Fund presently administered by BrownGreer to cover the amount requested in this motion. It is necessary for the Court to address this issue again as there are presently a number of expenses that have or will be incurred on an ongoing routine basis and additional funds are needed in order to cover these expenses. The matter has been addressed in detail with Philip A. Garrett, CPA, the Court-Appointed Accountant, and Mr. Garrett is aware that each of these expenses have been and will continue to be documented as ordered in Pre-Trial No. 6. Philip A. Garrett, CPA, continues to assist the Court and Plaintiffs' Liaison Counsel in connection with the review and administration of Vioxx financial matters, including the shared cost expenses.

In order to fund ongoing common benefit shared expenses, it is necessary that Plaintiffs' Liaison Counsel be provided a distribution at this time of $125,000.00 to be utilized for the payment of common benefit shared expenses in this matter, which expenses shall be documented as ordered in Pre-Trial Order No. 6 or reimbursed to the Common Benefit Fee Expense Fund.

## CONCLUSION

Sufficient funds are available in the Vioxx Common Benefit Expense Fund to reimburse and/or pay various costs incurred for common benefit.  Plaintiffs' Liaison Counsel request that the Court approve a distribution of $125,000.00 to be utilized for the payment of common benefit shared expenses in this matter.

Respectfully submitted,

Date:   July 9, 2015         By:        /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman & Katz, L.L.C.*
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
ldavis@hhklawfirm.com

**PLAINTIFFS' LIAISON COUNSEL**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of July, 2015.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman & Katz, L.L.C.***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:   (504) 581-4892
FAX:  (504) 561-6024
ldavis@hhklawfirm.com