**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **In Re: VIOXX** | : | |
| | : | **MDL Docket NO. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | : | |
| | : | **SECTION L** |
| | : | |
| **This document relates to ALL ACTIONS** | : | **JUDGE FALLON** |
| | : | **MAG. JUDGE KNOWLES** |

**O R D E R**

Considering the Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses filed by Plaintiffs' Liaison Counsel;

IT IS ORDERED BY THE COURT that Plaintiffs' Liaison Counsel be provided a distribution at this time of $125,000.00 to be utilized for the payment of common benefit shared expenses in this matter, which expenses shall be documented as ordered in Pre-Trial Order No. 6 or reimbursed to the Common Benefit Fee Expense Fund.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
Eldon E. Fallon
United States District Court Judge