**Exhibit A:**
**Defendant Merck Sharp & Dohme Corp.'s Fourth Motion For**
**Supplemental Order Of Dismissal Regarding Estate Representative Plaintiffs**

| Case name | Case number | Dismissed Plaintiff (Record No. of Dismissal) | Related Plaintiffs Open on Docket - for Dismissal | Plaintiffs' Counsel |
|---|---|---|---|---|
| Morgan et al v. Merck & Co Inc et al | 2:05-cv-00496-EEF-DEK | Rosie L. Wheaton (R. 17723) | Willimina Wheaton *on behalf of all surviving heirs, and on behalf of Rosie L. Wheaton, deceased* | *Pro Se* |
| Smith et al v. Merck & Co Inc | 2:06-cv-02728-EEF-DEK | Pat Smith, individually and representative of Estate of J. Tubbe and G. Tubbe (R. 53004) | Glyndon Tubbe | Eberstein & Witherite |

1