UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | : | MDL Docket No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | |
| | : | MAGISTRATE JUDGE |
| | : | KNOWLES |
| ………………………………………………… | : | |

**This Document Relates to:  ALL CASES**

### MOTION BY BROWNGREER PLC FOR FINAL ADMINISTRATIVE FEES AND EXPENSES PAYMENT

BrownGreer PLC ("BrownGreer"), the Claims Administrator under the July 22, 2013 Settlement Agreement Related to Consumer Class Actions ("Settlement Agreement") between the Class represented by Class Counsel and Merck, Sharpe & Dohme, Corp. f/k/a Merck & Co., Inc., moves, pursuant to Section 10.5 of the Settlement Agreement, for Court approval of the final payment of fees and expenses as previously approved in budget form by the November 18, 2014 Order (Document No. 65064) of this Court as follows:

1.    On October 22, 2014, BrownGreer presented to the Court a proposed budget (Document No. 65049) covering incurred and anticipated fees and expenses related to the work required to perform its role as Claims Administrator of the Vioxx Consumer Settlement Program (the "Program").  That proposed budget included (1) $1,500,000 in fees voluntarily reduced $313,000 from projected total fees of $1,813,000 and (2) $42,700 in estimated expenses.  The Court issued an Order approving the proposed budget on November 18, 2014 (Document No. 65064).

482192

2.  Over the approximately eight months since the Court's approval of the proposed budget, BrownGreer continued to carry out its duties administering the Program. Having issued all payments to eligible class members, nearly 97.5% of whom as of today have cashed or deposited those checks, BrownGreer is now able to present to the Court a final accounting of its fees and expenses incurred in performing its role of Claims Administrator as follows:

(a) BrownGreer performed 19,009 hours of work, resulting in total actual fees of $1,863,788. BrownGreer seeks payment only of the voluntarily capped amount of $1,500,000 in fees, reflecting a $363,788 benefit to the Program.

(b) BrownGreer incurred out-of-pocket expenses totaling $52,595.62 to provide items needed by this Program. These expenses exceed the original projected expenses by $9,985.62 as a result of additional travel required to attend status conferences at the Parties' request and other items, such as additional phone system fees, increased claimant outreach mailings, and additional LexisNexis charges for address curing efforts. BrownGreer will not petition the Court for additional expenses in the future. While there may indeed be future costs not yet incurred, BrownGreer will absorb them itself for the good of the Program.

WHEREFORE, BrownGreer submits that the final fees and expenses it incurred represent reasonable costs for the administration of this Program and requests that the Court approve the payment of those final fees and expenses in the combined amount of $1,552,595.62. A proposed Order to that effect is submitted with this Motion. BrownGreer is authorized to report that the Parties to the Settlement Agreement do not object to the Motion or the entry of the Order.

Respectfully submitted,

BROWNGREER PLC

By:    /s/ **Orran L. Brown**
Orran L. Brown
Virginia State Bar No. 25832
BrownGreer PLC
250 Rocketts Way
Richmond, Virginia 23231
Telephone: (804) 521-7201
Facsimile: (804) 521-7299
Email: obrown@browngreer.com

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing Motion by BrownGreer PLC for Final Administrative Fees and Expenses Payment was filed electronically this 13th day of July, 2015 and is available for viewing and downloading from the CM/ECF System of the United States District Court for the Eastern District of Louisiana and was filed and served through LexisNexis File & Serve.

          **s/ Orran L. Brown**
          Orran L. Brown
          Virginia State Bar No. 25832
          BrownGreer PLC
          250 Rocketts Way
          Richmond, Virginia  23231
          Telephone:  (804) 521-7201
          Facsimile:  (804) 521-7299
          Email:  obrown@browngreer.com