# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | : | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION L |
| | : | |
| | : | JUDGE FALLON |
| | : | |
| | : | MAGISTRATE JUDGE |
| | : | KNOWLES |

## ORDER APPROVING FINAL ADMINISTRATIVE FEES AND EXPENSES PAYMENT

Upon consideration of the Motion of BrownGreer PLC for Final Administrative Fees and Expenses Payment in connection with the implementation of the July 22, 2013 Settlement Agreement Related to Consumer Class Actions ("Settlement Agreement") between the Class represented by Class Counsel and Merck, Sharpe & Dohme, Corp. f/k/a Merck & Co., Inc. ("Merck"), and noting no objection from Merck or Class Counsel and no objection from any other party since BrownGreer PLC filed the motion on July 13, 2015, and the motion has appeared on the Court's ECF docket since that time, and deeming it just and proper so to do,

**IT IS ORDERED** that the Motion (Rec. Doc. _____) is **GRANTED**, and the Final Administrative Fees and Expenses Payment to BrownGreer is approved. The fees and expenses incurred by BrownGreer PLC and described in the Motion shall be paid from the Common Fund created under the Settlement Agreement.

New Orleans, Louisiana, this ____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE