UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Jo Levitt v. Merck Sharp & Dohme Corp.,* 06-9757; PENDING VTE CASES

## ORDER

**IT IS ORDERED** that the parties in *Jo Levitt v. Merck Sharp & Dohme Corp.*, 06-9757, shall participate in a telephone status conference on July 24, 2015 at 9:00 a.m. The Court will initiate the call;

**IT IS FURTHER ORDERED** that counsel for the pending VTE cases shall participate in a telephone status conference on August 21, 2015 at 8:30 a.m. The Court will initiate the call.

New Orleans, Louisiana, this 13th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE