UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:  *All Cases*

## ORDER

It is **ORDERED** that the Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses (Rec. Doc. 65221) is scheduled for submission on August 5, 2015.

New Orleans, Louisiana, this 15th day of July, 2015.

_____
UNITED STATES DISTRICT JUDGE

1