**EXHIBIT A**

| DOCKET NUMBER | CASE NAME | PENDING PLAINTIFFS LISTED ON PACER | BASIS FOR CLOSING CASE | COUNSEL |
|---|---|---|---|---|
| 2:05-cv-01992-EEF-DEK | Ceballos et al v. Merck & Co Inc | None | Only party listed as open is defendant Merck; all plaintiff claims previously dismissed. | |
| 2:06-cv-1459-EEF-DEK | Partin et al v. Merck & Co Inc et al | Patricia Aiken | Patricia Aiken is erroneously listed as a plaintiff on the docket. Aiken was a named defendant in the Complaint. All plaintiff claims previously dismissed. | Bradley, Arant, Rose & White, LLP |
| 2:06-cv-02890-EEF-DEK | Lucero v. Merck & Co Inc | Patty Orock | No party by the name of Orock was named in the Complaint in this case. | Jeffrey J. Lowe, P.C. |
| 2:06-cv-03677-EEF-DEK | Elswick v. Merck & Co Inc | Cleotilde Torres Quiroz<br><br>Christopher Trejo | Neither of the plaintiffs listed as pending on the docket were named parties in the Complaint in this case. | Pro Se |

1188459v1