UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on attached Exhibit A* | * | KNOWLES |

*********************************************************************

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Motion To Close Cases Based on Absence of Pending Plaintiff Claims,

**IT IS ORDERED** that, as the claims of all plaintiffs in the cases listed on Exhibit A have been previously dismissed, and any plaintiffs still noted as open on the docket are the result of discrepancies identified in Merck's motion, Merck's motion is granted. All cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1188460v1