## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Motion To Close Cases Based on Absence of Pending Plaintiff Claims,

**IT IS ORDERED** that, as the claims of all plaintiffs in the cases listed on Exhibit A have been previously dismissed, and any plaintiffs still noted as open on the docket are the result of discrepancies identified in Merck's motion, Merck's motion is granted.  All cases listed on Exhibit A are to be marked as "Closed" on the Court's docket.

**NEW ORLEANS, LOUISIANA**, this __17th__ day of _____July_____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1188460v1

**EXHIBIT A**

| DOCKET NUMBER | CASE NAME | PENDING PLAINTIFFS LISTED ON PACER | BASIS FOR CLOSING CASE | COUNSEL |
|---|---|---|---|---|
| 2:05-cv-01992-EEF-DEK | Ceballos et al v. Merck & Co Inc | None | Only party listed as open is defendant Merck; all plaintiff claims previously dismissed. | |
| 2:06-cv-1459-EEF-DEK | Partin et al v. Merck & Co Inc et al | Patricia Aiken | Patricia Aiken is erroneously listed as a plaintiff on the docket. Aiken was a named defendant in the Complaint. All plaintiff claims previously dismissed. | Bradley, Arant, Rose & White, LLP |
| 2:06-cv-02890-EEF-DEK | Lucero v. Merck & Co Inc | Patty Orock | No party by the name of Orock was named in the Complaint in this case. | Jeffrey J. Lowe, P.C. |
| 2:06-cv-03677-EEF-DEK | Elswick v. Merck & Co Inc | Cleotilde Torres Quiroz  Christopher Trejo | Neither of the plaintiffs listed as pending on the docket were named parties in the Complaint in this case. | Pro Se |

1188459v1