MINUTE ENTRY
FALLON, J.
JULY 24, 2015

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA**

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**     *Jo Levitt v. Merck Sharp & Dohme Corp.,* **06-9757**

    A telephone status conference was held on this date with the Honorable Eldon E. Fallon. Daniel Thomas participated on behalf of the Plaintiff. Ann Oldfather participated as Plaintiffs' Liaison Counsel. Douglas Marvin participated on behalf of Merck. The parties discussed the status of the case.

    **IT IS ORDERED** that the parties will participate in a telephone status conference on Thursday, July 30, 2015 at 9:30 a.m. The Court will initiate the call.

JS10(00:12)