MINUTE ENTRY
FALLON, J.
JULY 30, 2015

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| IN RE: VIOXX<br>　　　PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:　　　　*Jo Levitt v. Merck Sharp & Dohme Corp.,* **06-9757**

    A telephone status conference was held on this date with the Honorable Eldon E. Fallon. Daniel Thomas participated on behalf of the Plaintiff. Ann Oldfather participated as Plaintiffs' Liaison Counsel. Emily Pistilli participated on behalf of Merck. The parties relayed that they were unable to resolve the case but required further discovery before remand.

    **IT IS ORDERED** that the parties shall submit a joint or competing scheduling order(s) on or before August 10, 2015.

JS10(00:03)