**EASTERN DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: Vioxx Marketing, Sales Practices And Products Liability Litigation** | MDL Case No. 1657 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| <u>Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D</u>, Plaintiff | MAGISTRATE JUDGE KNOWLES |
| v. | |
| <u>Seeger Weiss, LLP et al,</u> Defendants | |
| 2:12-cv-02406-EEF-DEK | |

**JOINT MOTION OF THE PLAINTIFF, LINDA ISNER, EXECUTRIX OF THE ESTATE OF JEFFREY ISNER, M.D, AND THE DEFENDANT, MERCK, SHARP & DOHME CORP., TO VACATE THIS COURT'S ORDER ALLOWING THE DEFENDANT'S EX PARTE MOTION TO CLOSE CASES WITH NO <u>PENDING CLAIMS AS TO THE PLAINTIFF'S CASE ONLY</u>**

Now come the plaintiff, Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D. (Isner), and the defendant, Merck, Sharp & Dohme Corp. (Merck), and jointly move that to vacate that part of this Court's Order entered on June 19, 2015 directing that the plaintiff's case, Docket No. 2:12-cv-02406-EEF-DEK be marked as "Closed" on the Court's docket. Isner and Merck further request that the Court issue an Order directing that the case be marked "Open" on the Court's docket.

As grounds for this Motion, Isner and Merck state that the Order was entered on the Merck's Ex Parte Motion To Close Cases With No Pending Plaintiff Claims, and directed that a number of cases, as listed on Exhibit A to the Order, be closed because no plaintiff's claims were pending in those actions. The inclusion of the above-captioned action was in error, however, as Merck is not a defendant in this action, and claims do remain pending in this

action. Isner's claims against Merck were the subject matter of a different civil action, Docket no. 2:05-cv-06172-EEF-DEK. That action was resolved, and the case was closed on May 10, 2010.

For the reasons set forth above, Isner and Merck request their Motion be allowed, and that this Court enter the requested Order.

Respectfully submitted,

/s/Philip E. Murray, Jr.
Philip E. Murray, Jr.
Murray, Kelly & Bertrand, P.C.
300 Trade Center, Suite 2700
Woburn, Massachusetts 01801
Telephone No. (781) 569-0020
Fax No. (781) 569-0022
Email: pmuray@mkblegal.com
Counsel for the Plaintiff,
Linda Isner, Executrix of the Estate
Of Jeffrey Isner, M.D.

/s/Dorothy H. Wimberly
Phillip A. Wittmann
Dorothy H. Wimberly
Stone, Pigman, Walther, Wittmann, LLC (New Orleans)
546 Carondelet St.
New Orleans, LA 70130-3588
504 -581-3200
Email: pwittmann@stonepigman.com
Counsel for Merck, Sharp & Dohme Corp.

Dated:  August 3, 2015

## CERTIFICATE OF SERVICE

      I, Philip E. Murray, Jr., hereby certify that the above and foregoing Motion has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of August, 2015.

/s/Philip E. Murray, Jr.
Philip E. Murray, Jr.
Murray, Kelly & Bertrand, P.C.
300 Trade Center, Suite 2700
Woburn, Massachusetts 01801
Telephone No. (781) 569-0020
Fax No. (781) 569-0022
Email: ckelly@mkblegal.com
Counsel for the Plaintiff,
Linda Isner, Executrix of the Estate
Of Jeffrey Isner, M.D.