**EASTERN DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Vioxx Marketing, Sales Practices And Products Liability Litigation | MDL Case No. 1657 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D, Plaintiff | MAGISTRATE JUDGE KNOWLES |
| v. | |
| Seeger Weiss, LLP et al, Defendants | |
| 2:12-cv-02406-EEF-DEK | |

**ORDER**

Considering the foregoing Joint Motion of the Plaintiff, Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D. and the Defendant, Merck, Sharp & Dohme Corp., to Vacate This Court's Order Allowing the Defendant's Ex Parte Motion to Close Cases With No Pending Claims as to the Plaintiff's Case Only,

IT IS HEREBY ORDERED that the Motion is granted and that part of this Court's Order entered on June 19, 2015 directing that the plaintiff's case, Docket No. 2:12-cv-02406-EEF-DEK be marked as "Closed" on the Court's docket, is vacated as to the plaintiff only. The case shall be marked "Open" on the Court's docket.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE