UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In Re: VIOXX                                    :
                                                :   MDL Docket NO. 1657
PRODUCTS LIABILITY LITIGATION    :
                                                :   SECTION L
                                                :
This document relates to ALL ACTIONS  :   JUDGE FALLON
                                                :   MAG. JUDGE KNOWLES
                                                :

**O R D E R**

Considering the unopposed Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses filed by Plaintiffs' Liaison Counsel;

IT IS ORDERED BY THE COURT that Plaintiffs' Liaison Counsel be provided a distribution at this time of $125,000.00 to be utilized for the payment of common benefit shared expenses in this matter, which expenses shall be documented as ordered in Pre-Trial Order No. 6 or reimbursed to the Common Benefit Fee Expense Fund.

New Orleans, Louisiana, this  5th  day of      August       , 2015.

_____
Eldon E. Fallon
United States District Court Judge