# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |
| *Roger Carver, individually and as Representative of the Estate of Gail Carver v. Merck & Co., Inc.*, 2:05-cv-04981-EEF-DEK | * * * | |

*******************************************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice as to All Defendants filed by plaintiff Roger Carver,

**IT IS ORDERED** that all claims of plaintiff Roger Carver, individually and as Representative of the Estate of Gail Carver, against defendant Merck & Co., Inc. and all other named defendants be and they hereby are dismissed with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this __5th__ day of August, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1189572v1