UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
   PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO: *All Cases*

### ORDER

On February 12, 2008, this Court appointed Robert Johnston as *Pro Se* Curator. (Rec. Doc. 13365). As the *Pro Se* Curator's duties are now complete,

**IT IS ORDERED** that Mr. Johnston is relieved as the Court-appointed *Pro Se* Curator. The Court thanks Mr. Johnston for his excellent service as *Pro Se* Curator. The Court reserves the right to reappoint Mr. Johnston should his services become necessary at a later date.

New Orleans, Louisiana, this 5th day of August, 2015.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE