UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | | |

**************************************************************************

**PLAINTIFF JO LEVITT'S NOTICE OF VIDEOTAPED DEPOSITION OF RONALD HARTMAN, M.D. AND SUBPOENA DUCES TECUM**

COMES NOW PLAINTIFF JO LEVITT and files the Notice of Videotaped Deposition of Ronald Hartman, M.D. with Subpoena Duces Tecum. The deposition of Dr. Ronald Hartman will be taken September 17, 2015 at 10:00 a.m. and will continue to completion. The deposition will take place at Hartman Medical Associates, 6600 College Blvd., Ste. 100A, Overland Park, KS 66211. The deposition will be recorded by stenographic means.

The deponent is hereby requested to bring the documents identified in Exhibit "A" to the deposition as noticed herein.

Respectfully submitted,

**HUMPHREY**, **FARRINGTON** & **McCLAIN, P.C.**

/s/ Daniel A. Thomas
Kenneth B. McClain            MO #32430
Daniel A. Thomas              MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

**AMENDED EXHIBIT "A"**

1. A current Curriculum Vitae or resume for the witness.

2. A list of all cases in which the witness has testified by deposition or at trial in the preceding five (5) years, including the identity of the court in which the case was pending, the case number, the party whom the witness was representing, and the name of the attorney who retained the witness.

3. Any and all medical records, tests, screenings, writings, or reports on Plaintiff Jo Levitt.

4. All correspondence, in any form, the witness has written, received or reviewed with respect to this lawsuit.

5. All information, in any form, that was furnished to the witness by anyone prior to the witness rendering any opinion in this lawsuit.

6. Any learned article or treatise reviewed by the witness prior to the formation of his opinions in this case or in the preparation for his deposition or any trial testimony.

7. Any documents, book, treatises, articles, publications, standards, or regulations upon which the witness has relied in forming the opinions and conclusions about which he is expected to testify in this case.

8. Any and all other documents, records, materials or other things, including but not limited to, any correspondence, photographs, videotapes, depositions, witness statements, test reports, medical records, x-ray and any and all electronic files or records, that the witness reviewed, inspected and/or relied upon in forming any opinions in this case, or in preparation for this deposition.

9. All reports, notes, memoranda, documents, records, diagrams, photographs, videotapes, and other tangible things that the witness has compiled or generated in preparing his opinions in this case or in preparation to testify at this deposition or at trial.

10. The entire file of the witness on this lawsuit, including but not limited to any electronic files, documents and emails.

11. Any documents that reflect the amount of time the witness has spent in preparing or formulating his/her opinions in this case and preparing for this deposition and any documents that reflect any billing for that time.

12. Any and all documents of which the witness is aware which contradict or do not support the opinions and conclusions about which he is expected to testify in this case.

13. All agreements executed by him and the defendants counsel concerning his retention as an expert witness.

14. A copy of any invoices for services rendered and/or receipts for monies received for services rendered in this case;

15. All documents pertaining to the income or other compensation you have received or are due to receive (1) from offering deposition or trial testimony in this and any other Vioxx-related lawsuit litigated at any time, at any place, and (3) from Vioxx-related advocacy efforts including, but not limited to:

    a. income tax records and all supporting documentation such as Form 1099s;

    b. documents reflecting income or compensation from any pharmaceutical organization or from any other sources funded by either a pharmaceutical company or by defendants' attorneys;

    c. documents reflecting any "bonus" or other form of deferred compensation actually paid to you at any time or potentially to be paid to you under a current agreement in this or any other pharmaceutical related lawsuit litigated at any time.

16. A copy of any time records reflecting your work on this case.

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice of Deposition Duces Tecum of Ronald Hartman, MD and Subpoena has been served on Defense Counsel, Jonathan Williams, and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of August, 2015.

/s/ Daniel A. Thomas
Kenneth B. McClain          MO #32430
Daniel A. Thomas            MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**