UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JOHN HOYT and LISA HOYT, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Case No. 6-CV-0547-SEB-VSS |
| | ) |
| MERCK & CO., INC., | ) |
| | ) |
| Defendant. | ) |

### ORDER OF DISMISSAL WITH PREJUDICE

Come now the parties, by their respective counsel, and submit their Joint Stipulation of Dismissal With Prejudice.

Comes now the Court, and being duly advised, now approves said Joint Stipulation and hereby orders that Plaintiffs John Hoyt's and Lisa Hoyt's claims against Defendant Merck & Co., Inc. be and hereby are DISMISSED with prejudice, with costs assessed to Plaintiffs and costs having been paid.

SO ORDERED 05/24/2006

*[signature]*

SARAH EVANS BARKER, JUDGE
United States District Court
Southern District of Indiana

Copies to:

Casey D. Cloyd
BRADBURN & CLOYD
6100 N. Keystone Ave., Suite 509
Indianapolis, Indiana 46220

Thao T. Nguyen
PLEWS SHADLEY RACHER & BRAUN
53732 Generation Dr.
South Bend, Indiana 46635