UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Cases on attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER

Upon consideration of Defendant Merck, Sharp & Dohme Corp's Motion To Dismiss and/or Close Certain Inactive Cases, and the cases and plaintiffs listed on Exhibit A thererto,

**IT IS ORDERED**:

1. The claims of all plaintiffs listed on Exhibit A in the *Garcia* action, 2:06-cv-01540-EEF-DEK, having been previously remanded, that case shall be marked as closed by the Clerk's office on this MDL docket; and

2. The claims of the all other plaintiffs listed on Exhibit A having been previously dismissed in duplicate actions, or by orders bearing incorrect docket numbers, or by orders entered prior to final transfer to this MDL, or for other reasons as noted on Exhibit A, (a) the claims of those plaintiffs are hereby dismissed in the pending actions listed on Exhibit A; (b) there being no other pending claims in those actions, those cases shall be marked as closed.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1189915v1