UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:                             *Jamaal Ali  Bilal*

## ORDER & REASONS

The Court has before it Plaintiff Jamaal Ali Bilial's Motion for Relief of Order or in the alternative Motion to Award Costs pursuant to Rule 50 Fed. R. Civ. P., Rule 54 Fed. R. Civ. P., and 28 U.S.C. § 1920.  (Rec. Doc. 65209 at 1).  The Court has reviewed the party's motion, applicable law, and relevant documents pertaining to the class action.  The Court now issues this Order & Reasons.

Jamaal Ali Bilal was a Class Member of the Vioxx Products Liability Litigation and was awarded a check for $50.00 from the Vioxx Consumer Settlement Program.  (Rec. Doc. 65192-1 at 1).  As per the terms of the Settlement Agreement and the Court's January 3, 2014 Final Order Approving the Settlement, all Class Members are forever barred from bringing any action or claim against the Released Parties with respect to Released Claims, which includes claims for costs which are in any way related to the purchase of Vioxx in the United State (except for purchases covered by the class in the *Pluebell* case).  (Rec. Doc. 64501-3 at 9-10).  More significantly, costs, expenses, and attorneys' fees are all defined as "Released Claims" in the Settlement Agreement.  (Rec. Doc. 64501-3 at 34).  Class Members released all claims relating to Vioxx regardless of whether the check awarded by the settlement was deposited or cashed. (Rec. Doc. 65192-1 at 1).

Class Member Bilas thus released his right to bring these claims, which fall within the list of Released Claims in the terms of the Final Judgement and Settlement, or to bring any other future claims related to his purchase of Vioxx against Merck or its affiliated companies. Moreover, as Mr. Bilas is not an attorney, he is not entitled to "attorney's fees."

For the foregoing reasons, **IT IS ORDERED** Jamaal Ali Bilal's Motion for Relief of Order or in the alternative Motion to Award Costs (Rec. Docs. 65209) is hereby **DENIED**.

New Orleans, Louisiana, this 17th day of August, 2015.

_____
UNITED STATES DISTRICT JUDGE