UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Docket No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| This document relates to | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:06-cv-09757-EEF-DEK | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## CASE MANAGEMENT ORDER

As has been noted previously, it is the intention of this Court that, if any individual cases are remanded back to transferor courts, the case shall be remanded in a "trial ready" posture. Thus, to govern the development of remaining discovery in this case and thereby advance the preparation of it for trial and/or other disposition, this Court sets the following deadlines.

**IT IS HEREBY ORDERED:**

- Completion of All Additional Fact Discovery: **November 2, 2015**

- Designation of Any Supplemental Experts and Submission of Written Expert Reports: **November 16, 2015**
    - Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Completion of Expert Depositions: **December 7, 2015**

- Deadline for substantive motions, including *Daubert* motions, motions in limine, and any dispositive motions due: **December 21, 2015**

- Opposition to motions due: **January 5, 2015**

- Reply briefs on motions due – **January 14, 2015**

- Motions hearing – **T/B/A**

NEW ORLEANS, LOUISIANA, this 17th day of August, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE