Exhibit A
DEFENDANT MERCK'S MOTION TO DISMISS
AND/OR CLOSE CERTAIN INACTIVE CASES

| Docket No. | Caption | Plaintiffs Listed as Pending on Pacer | Counsel | Previous Orders |
|---|---|---|---|---|
| 2:05-cv-05122-EEF-DEK | Anderson v. Merck & Co Inc | William Anderson | Zimmerman Reed | A previously entered order of dismissal as to William Anderson contained an incorrect case number, carried over from a mistake on the voluntary stipulation of dismissal. (*See* Ex B, R. 3926). The mistaken case number (2:05-cv-02319), is actually the case captioned *Bails, et al* v. *Merck,* to which William Anderson is not a party. |
| 2:05-cv-04553-EEF-DEK | Berry et al v. Merck & Co Inc | Sharon Wright | Austin & Associates, LLC | Claims for plaintiff Sharon Wright were duplicate filed in another case, *Jackie Jenkins v. Merck & Co., Inc,* 2:05-cv-4416, and those claims were dismissed with prejudice in the Jenkins case. (*See* Ex. C, R.57803). |
| 2:06-cv-01540-EEF-DEK | Garcia et al v. Merck & Co Inc et al | Beatriz Garcia<br>Roberto G. Garcia<br>Hector Garcia<br>Patricia Ann Garcia Carpenter<br>Amanda Garcia | John H. Modesett, III, Attorney at Law | The Conditional Transfer Order sending this case to the MDL was vacated and the case was remanded to Texas state court. *See* Exhibit D. |
| 2:06-cv-02659-EEF-DEK | Hoyt et al v. Merck & Co Inc | John Hoyt<br>Lisa Hoyt | Bradburn & Cloyd | The claims of the plaintiffs were dismissed by order of the United States District Court for the Southern District of Indiana prior to final transfer to this MDL. *See* Exhibit E. |
| 2:07-cv-00399-EEF-DEK | Mercer v. Merck & Co Inc et al | James Mercer | John H. Modesett, III, Attorney at Law | The claims of this plaintiff were transferred to the MDL by two separate Conditional Transfer Orders, CTO-76 and CTO-80. As a result, two cases were opened with two different docket numbers. The stipulation and order of dismissal were filed in the duplicate case, 2:06-cv-11129, but not in this case. (*See* Ex. F, R.3). |

1189914v1