MINUTE ENTRY
FALLON, J.
AUGUST 21, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**  *Pending VTE Cases*

A telephone status conference was held on this date with the Honorable Eldon E. Fallon. Ann Oldfather participated on behalf of the Plaintiffs. Lenny Davis participated as Plaintiffs' Liaison Counsel. Douglas Marvin participated on behalf of Merck. The parties discussed the status of the case.

**IT IS ORDERED** that the parties will participate in a telephone status conference on Monday, September 14, 2015 at 3:30 p.m. The Court will initiate the call.

JS10(00:05)