# RETURN OF SERVICE

## UNITED STATES DISTRICT COURT
### Eatern District of Louisiana

Case Number: 206CV09757EEFDEK

Plaintiff/Petitioner:
**JO LEVITT**

vs.

Defendant/Respondent:
**MERCK & CO., INC.**

Received by HPS Process Service & Investigations to be served on **Ronald Hartman, M.D., 6600 College Boulevard, Suite 100A, Overland Park, KS 66211**.

I, **JOSEPH BASKA**, do hereby affirm that on the **13th day of August, 2015** at **3:00 pm**, I:

INDIVIDUALLY SERVED the within named person with a true copy of this **Subpoena to Testify at a Deposition in a Civil Action and Plaintiff's Jo Levitt's Notice of Videotaped Deposition of Ronald Hartman, M.D. and Subpoena Duces Tecum** at the address of **6600 College Boulevard, Suite 100A, Overland Park, KS 66211**.

I am over the age of eighteen, and have no interest in the above action.

_____
JOSEPH BASKA
Process Server

HPS Process Service & Investigations
www.hpsprocess.com
1669 Jefferson
Kansas City, MO 64108
(800) 796-9559
Our Job Serial Number: HAT-2015013399