|  |  |
|---|---|
| CATHERINE HOLT SINGLETON, et al., | ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) ) |
| MERCK & CO., INC., et al. | ) ) |
| Defendant. | ) ) ) |
| *This document pertains to Plaintiff Estate of Velma Dunn* | ) ) ) |

**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA**

**Case Code No: 1657**
**Docket No: 2:09-cv-02413-EEF-DEK**

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Pursuant to Fed. R. Civ. P. 41, the undersigned parties (and/or counsel) hereby stipulate that all claims of plaintiff Estate of Velma Dunn against defendant Merck & Co., Inc. and all other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs, and there being no remaining claims in this action, that this action be dismissed with prejudice and closed.

Bennie L. Jones
Bennie L. Jones, Jr. & Associates
206 Court Street
P.O. Box 357
West Point, MS 39773
(662) 494-1024 (Tel)
(662) 494-0643 (Fax)

Attorneys for Estate of Velma Dunn

Dated: 4-9-2015

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 9/1/15

## CERTIFICATE OF SERVICE

I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of September , 2015.

/s/ Dorothy H. Wimberly

Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

3

1189913v1