MINUTE ENTRY
FALLON, J.
SEPTEMBER 3, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

    The bi-monthly status conference was held on this date via telephone with the Honorable Judge Eldon E. Fallon. At the conference, counsel reported to the Court on the topics set forth in Joint Report 88 of Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel, and otherwise discussed the status of the case. This bi-monthly status conference was transcribed by Court Reporter Jodi Simcox. Counsel may contact Ms. Simcox at (504) 589-7780 to request a copy of the transcript.

    The next bi-monthly status conference will be held on **Thursday, November 5, 2015, at 8:30 a.m. via telephone**. Any interested persons may participate via telephone by dialing (877) 336-1839. The participant access code is 4227405, and the security code is 110515.

JS10(00:21)