UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX PRODUCTS LIABILTY LITIGATION | * * * | MDL Docket No. 1657 |
| | | SECTION L |
| This document relates to: | * * | |
| | | JUDGE FALLON |
| *Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., v. Seeger Weiss, LLP, et al.,* | * * * | MAGISTRATE JUDGE KNOWLES |
| 2:12-cv-02406-EEF-DEK | * | |

*************************************************************************

### DEFENDANTS SEEGER WEISS, LLP AND CHRISTOPER A. SEEGER'S MOTION FOR SUMMARY JUDGMENT

**COME NOW,** Defendants Seeger Weiss, LLP and Christopher A. Seeger (the, "Seeger Defendants"), through undersigned counsel, who move the Court for summary judgment on Plaintiff's claims pursuant to Federal Rule of Civil Procedure 56.  In support of this motion and pursuant to Local Rule 7.4, the Seeger Defendants adopt and incorporate herein, as if copied in extenso, their memorandum of law in support of summary judgment.

                                                    Respectfully submitted,

                                                    */s/ Leonard A. Davis*
                                                    Russ M. Herman (Bar No. 6819)
                                                    Leonard A. Davis (Bar No. 14190)
                                                    ***Herman, Herman, Katz & Cotlar, LLP***
                                                    820 O'Keefe Avenue
                                                    New Orleans, LA  70113
                                                    PH:  (504) 581-4892
                                                    FAX:  (504) 561-6024

                                                    **Plaintiffs' Liaison Counsel**

                                                    **Counsel for Defendants Seeger Weiss, LLP and Christopher A. Seeger**

**CERTIFICATE**

I hereby certify that the above and foregoing Motion for Summary Judgment and Incorporated Memorandum of Law has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of September, 2015.

/s/ Leonard A. Davis
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024

**Plaintiffs' Liaison Counsel**