**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL Case No. 1657 |
| | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| *Linda Isner, Executrix of the Estate of* | * | |
| *Jeffrey Isner, M.D., v. Seeger Weiss, LLP, et al.*, | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| **2:12-cv-02406-EEF-DEK** | * | |

**************************************************************************

<u>**NOTICE OF SUBMISSION**</u>

Please take notice that Defendants Seeger Weiss, LLP and Christopher A. Seeger's Motion for Summary Judgment in the above-captioned case will be brought for hearing on September 16, 2015, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  September 4, 2015

Respectfully submitted,

<u>/s/ Leonard A. Davis</u>
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
***Herman, Herman, Katz & Cotlar, LLP***
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024

**Plaintiffs' Liaison Counsel**

**Counsel for Defendants Seeger Weiss, LLP and Christopher A. Seeger**

## <u>CERTIFICATE</u>

I hereby certify that the above and foregoing Motion for Summary Judgment and Incorporated Memorandum of Law has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of September, 2015.

<u>/s/ Leonard A. Davis</u>
Russ M. Herman (Bar No. 6819)
Leonard A. Davis (Bar No. 14190)
**_Herman, Herman, Katz & Cotlar, LLP_**
820 O'Keefe Avenue
New Orleans, LA  70113
PH:  (504) 581-4892
FAX:  (504) 561-6024

**Plaintiffs' Liaison Counsel**