**EASTERN DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **In Re: Vioxx Marketing, Sales Practices And Products Liability Litigation** | MDL Case No. 1657 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| <u>Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D</u>, Plaintiff | MAGISTRATE JUDGE KNOWLES |
| v. | |
| <u>Seeger Weiss, LLP et al,</u> Defendants | |
| 2:12-cv-02406-EEF-DEK | |

**ASSENTED-TO MOTION OF THE PLAINTIFF, LINDA ISNER, EXECUTRIX OF THE ESTATE OF JEFFREY ISNER, M.D., TO RESCHEDULE THE HEARING ON DEFENDANTS SEEGER WEISS, LLP AND CHRISTOPHER A. SEEGER'S MOTION FOR SUMMARY JUDGMENT FROM SEPTEMBER 16, 2015 TO OCTOBER 14, 2015**

Now comes the plaintiff, Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., and respectfully requests that the hearing on Defendants Seeger Weiss, LLP and Christopher A. Seeger's Motion for Summary Judgment be rescheduled from September 16, 2015 to October 14, 2015, and that the plaintiff be granted up to and including October 6, 2015 to file a response to said Motion for Summary Judgment. In support of this Motion, the plaintiff states as follows:

1. The defendants' Motion for Summary Judgment was filed and served on Friday, September 4, 2015, and was first seen by counsel for the plaintiff on Tuesday, September 8, 2015.

2. Counsel for the defendants filed a Notice of Submission that scheduled the defendants' Motion for Summary Judgment for hearing on September 16, 2015 at 9:00 A.M. before the Honorable Eldon E. Fallon, United States District Court, Eastern District Of Louisiana, which would require counsel for the plaintiff to file and serve a memorandum in opposition to the Motion for Summary Judgment by September 8, 2015 (the date on which

defendants' Motion for Summary Judgment was first seen by counsel for the plaintiff), pursuant to LR 7.5.

3. Counsel for the plaintiff needs additional time to adequately research and address the issues raised in the defendants' Motion for Summary Judgment. This is the first enlargement of time requested by the plaintiff and no further request for an extension of time is anticipated.

4. Counsel for the defendants has agreed to reschedule the Motion for Summary Judgment for hearing on October 14, 2015, which would permit counsel for the plaintiff to file and serve a memorandum in opposition to the Motion for Summary Judgment by October 6, 2015, pursuant to LR 7.5.

5. Counsel for the defendants, Seeger Weiss, LLP and Christopher A. Seeger, has assented to this Motion.

6. This requested extension of time would not result in prejudice to any party in this action.

WHEREFORE, the plaintiff, Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., respectfully requests that this Assented-To Motion be granted.

Respectfully submitted,

/s/Philip E. Murray, Jr.
Philip E. Murray, Jr. – B.B.O. No. 364340

/s/ Carol Ann Kelly
Carol Ann Kelly – B.B.O. No. 544549
Murray, Kelly & Bertrand, P.C.
300 Trade Center, Suite 2700
Woburn, Massachusetts 01801
Telephone No. (781) 569-0020
Fax No. (781) 569-0022
Email:  ckelly@mkblegal.com
Counsel for the Plaintiff,
Linda Isner, Executrix Of The Estate
Of Jeffrey Isner, M.D.

ASSENTED TO:

/s/ Leonard A. Davis_____
Leonard A. Davis – Bar No. 14190
Herman, Herman, Katz & Cotlar, LLP
820 O'Keefe Avenue
New Orleans, Louisiana  70113
Telephone No. (504) 581-4892
Fax No. (504) 561-6024
E-mail: ldavis@hhklawfirm.com
Counsel for Defendants,
Seeger Weiss, LLP and Christopher A. Seeger

Dated:  September 9, 2015

## **CERTIFICATE OF SERVICE**

I, Philip E. Murray, Jr., hereby certify that the above and foregoing Assented-To Motion Of The Plaintiff, Linda Isner, Executrix Of The Estate Of Jeffrey Isner, M.D., To Reschedule The Hearing On Defendants Seeger Weiss, LLP and Christopher A. Seeger's Motion For Summary Judgment From September 16, 2015 To October 14, 2015, has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 9th day of September, 2015.

/s/ Philip E. Murray, Jr._____
Philip E. Murray, Jr. – B.B.O. No. 364340
Murray, Kelly & Bertrand, P.C.
300 Trade Center, Suite 2700
Woburn, Massachusetts 01801
Telephone No. (781) 569-0020
Fax No. (781) 569-0022
Email:  pmurray@mkblegal.com
Counsel for the Plaintiff,
Linda Isner, Executrix Of The Estate
Of Jeffrey Isner, M.D.