## EASTERN DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Marketing, Sales Practices And Products Liability Litigation | MDL Case No. 1657 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| <u>Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D</u>, Plaintiff | MAGISTRATE JUDGE KNOWLES |
| v. | |
| <u>Seeger Weiss, LLP et al,</u> Defendants | |
| 2:12-cv-02406-EEF-DEK | |

## ORDER

Considering the foregoing Assented-to Motion of the Plaintiff, Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D. to reschedule the hearing on Defendants Seeger Weiss, LLP and Christopher A. Seeger's Motion for Summary Judgment from September 16, 2015 to October 14, 2015,

IT IS HEREBY ORDERED that the Motion is granted.

NEW ORLEANS, LOUISIANA, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE