|  |  |
|---|---|
| MARY D'ANGELO, Individually, and as Trustee of the Estate of Louise H. Amiss, *et al.*,<br><br>    Plaintiff,<br><br>v.<br><br>MERCK & CO., INC.,<br><br>    Defendant. | IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF LOUISIANA<br><br>Case Code No: 1657<br>Docket No: 2:06-cv-09755-EEF-DEK<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41, the undersigned counsel hereby stipulate that all claims of plaintiff MARY D'ANGELO, INDIVIDUALLY AND AS TRUSTEE OF THE ESTATE OF LOUISE H. AMISS against defendant Merck & Co., Inc. and any other named defendants be dismissed in their entirety with prejudice, each party to bear its own costs.

Ann Oldfather
The Oldfather Law Firm
1330 South Third Street
Lexington, KY 40208
502-637-7200
502-636-0066

Attorneys for Plaintiff

Dated: 8-28-15

Phillip A. Wittmann
Dorothy H. Wimberly
Stone Pigman Walther Wittmann LLC
546 Carondelet Street
New Orleans, LA 70130
(504) 581-3200 Tel
(504) 581-3361 Fax

Attorneys for Merck & Co., Inc.

Dated: 9/15/15

- 5 -

## CERTIFICATE

I hereby certify that the above and foregoing Stipulation of Dismissal With Prejudice has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 15th day of September, 2015.

        /s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel