# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Jennifer M. Popp, as Personal Representative of the Estate of Violet Marie Bland, and Guardian of Minor Anna Bland v. Merck & Co., Inc.*, 2:06-cv-01926 | * * * * | |

**********************************************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice filed by plaintiff Jennifer M. Popp, as Personal Representative of the Estate of Violet Marie Bland, and Guardian of Minor Anna Bland,

**IT IS ORDERED** that all claims of plaintiff Jennifer M. Popp, as Personal Representative of the Estate of Violet Marie Bland, and Guardian of Minor Anna Bland, against defendant Merck & Co., Inc. and all other named defendants be and they hereby are dismissed with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this _____ day of September, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1192121v1