EASTERN DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: Vioxx Marketing, Sales Practices And Products Liability Litigation | MDL Case No. 1657 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D, Plaintiff | MAGISTRATE JUDGE KNOWLES |
| v. | |
| Seeger Weiss, LLP et al, Defendants | |
| 2:12-cv-02406-EEF-DEK | |

**ORDER**

Due to a conflict in the Court's schedule,

IT IS ORDERED that oral argument on the Motion for Summary Judgment (Rec. Doc. No. 65252) currently scheduled for Wednesday, October 14, 2015, at 9:00 a.m. is hereby CONTINUED to Wednesday, November 4, 2015 at 9:00 a.m.

NEW ORLEANS, LOUISIANA, this  14th  day of   September , 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE