MINUTE ENTRY
FALLON, J.
SEPTEMBER 15, 2015

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Jo Levitt v. Merck & Co., Inc.* 2:06-cv-09757-EEF-DEK

The Court received a call from counsel for Merck on the above-captioned date. Counsel expressed intent to oppose Plaintiff's Motion to Take Deposition. (R. Doc. 65256). Consequently, the Court will defer ruling on the motion until such a time as Merck files its Opposition.

**IT IS ORDERED** that Merck file an Opposition to Plaintiff's Motion to Take a Deposition by Friday, September 25, 2015.

New Orleans, Louisiana, this 15th day of September 2015.

_____
UNITED STATES DISTRICT JUDGE