UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

### MOTION TO ESTABLISH COMMON BENEFIT FEE AND COST COMMITTEE IN CONNECTION WITH THE VIOXX MDL CONSUMER SETTLEMENT AGREEMENT

  The Consumer Settlement Agreement is virtually complete and each member of the Settlement Class who sought recovery of his/her out of pocket expenditures for the purchase of Vioxx and losses in connection with a Post-Withdrawal Medical Consultation who submitted a valid Proof of Claim Form has been processed through the Claims Administrator, BrownGreer PLC.  It is nearing time for an application for fees and litigation expenses to be presented to the Court.  Therefore, request is made for the Court to appoint a Common Benefit Fee and Cost Committee who should be responsible for submitting to the Court, among other things, at an appropriate time, an aggregate fee and cost petition and an allocation recommendation.

Dated: September 18, 2015              Respectfully submitted,

                            By: */s/ Leonard A. Davis*
                            Russ M. Herman, Esquire
                            Leonard A. Davis, Esquire
                            HERMAN, HERMAN & KATZ, LLC
                            820 O'Keefe Avenue
                            New Orleans, LA  70113
                            Phone: (504) 581-4892
                            Fax:  (504) 561-6024
                            ldavis@hhklawfirm.com
                            *Plaintiffs' Liaison Counsel*
                            *MDL 1657*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of September, 2015.

      /s/ Leonard A. Davis
      **Leonard A. Davis**