### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**THIS DOCUMENT RELATES TO ALL CASES**

### MOTION TO RECONSIDER

Ann B. Oldfather moves the Court to reconsider its September 10, 2015 Order & Reasons [Rec. Doc. 65254] regarding her Motion to Refer to Special Master Patrick Juneau regarding Michael Stratton, for the sole purpose of correcting the record in two particulars, and for the possibility of a different conclusion, if deemed warranted by the Court. A Memorandum in Support, a Declaration of Counsel, and an accompanying Order are tendered herewith.

### NOTICE OF SUBMISSION

Please take notice that Ann B. Oldfather will submit a Motion to Reconsider to the Honorable Eldon E. Fallon at 9:00 a.m. on Wednesday, October 14, 2015.

Respectfully submitted,

*/s/ Ann B. Oldfather*

_____

Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.637.3999
aoldfather@oldfather.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Require Court Approval of Liaison Counsel's Fee for Michael Stratton has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, and upon Michael A. Stratton and Faxon Law Group, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of September, 2015.

*/s/ Ann B. Oldfather*

_____

Ann B. Oldfather