**TAB 1**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * | * | |

THIS DOCUMENT RELATES TO ALL CASES

## DECLARATION OF ANN B. OLDFATHER

Declarant, Ann B. Oldfather, having personal knowledge of the facts stated herein, and being of legal age and of sound mind and memory does hereby declare as follows:

1. I was a Common Benefit Fee Objector. Michael Stratton served as Liaison Counsel for the Common Benefit Fee Objectors.

2. I was one of the three attorney members of a group informally known as the Kentucky Vioxx Working Group. The other two members were Gregory Bubalo and Tyler Thompson. We had slightly less than two hundred cases submitted to the Vioxx Master Settlement Program, on which common benefit fees were withheld at 8%.

3. Mr. Stratton never had a fee agreement with me, or with any members of the Kentucky Vioxx Working Group, other than the agreement reflected in emails filed herein that Mr. Stratton would submit his request for fees to the Court for Court approval.

4.  Mr. Stratton never refunded any fees to me, or, to my knowledge, to any member of the Kentucky Vioxx Working Group.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 21, 2015.

/s/ Ann B. Oldfather
Ann B. Oldfather (KY Bar No. 52553)

2