UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * | * | |

# **O R D E R**

**THIS DOCUMENT RELATES TO ALL CASES**

IT IS ORDERED that the Order & Reasons dated September 10, 2015, addressing attorney Ann Oldfather's Motion to Refer Certain Fact-Finding in the Stratton Matter to the Special Master (Rec. Doc. 65254), shall BE AMENDED as follows:

1. Mr. Stratton did not refund any of the fee he retained from those cases submitted to the Master Settlement Program in which Ms. Oldfather was involved;

2. Mr. Stratton did not have any agreement with Ms. Oldfather or others with whom she was involved that allowed him to retain a fee for his role as Liaison Counsel for Common Benefit Fee Objectors.

IT IS FURTHER ORDERED that all documents produced to the Court by Faxon Law Group in response to the Court's March 10, 2015 Order shall be filed by the Clerk into the record.

IT IS FURTHER ORDERED that this matter shall be referred to the Connecticut Bar Association for further investigation.

So ordered.

New Orleans, Louisiana, this ___ day of _____, 2015.

_____
Eldon E. Fallon
United States District Judge