MINUTE ENTRY
FALLON, J.
SEPTEMBER 22, 2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>　　PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     *Pending VTE Cases*

A telephone status conference regarding pending VTE cases was scheduled for September 14, 2015, with the Honorable Eldon E. Fallon. That telephone status conference was canceled in lieu of scheduling another telephone status conference for September 28, 2015.

**IT IS ORDERED** that the parties will participate in a telephone status conference on Monday, September 28, 2015 at 3:30 p.m.  The Court will initiate the call.

JS10(00:12)