UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAGISTRATE JUDGE KNOWLES |

**O R D E R**

Considering the Motion to Establish Common Benefit Fee and Cost Committee in Connection With the Vioxx MDL Consumer Settlement Agreement;

IT IS ORDERED BY THE COURT that the motion is GRANTED.  A separate Order will be issued regarding the appointment of a Common Benefit Fee and Cost Committee in connection with the Vioxx MDL Consumer Settlement Agreement.

New Orleans, Louisiana, this 23rd day of September, 2015.

_____
Eldon E. Fallon
United States District Court Judge