MINUTE ENTRY
FALLON, J.
SEPTEMBER 23, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX | * | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION: L(3) |
| | * | |
| | * | JUDGE FALLON |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

Upon review of the Record, the Court finds that Plaintiffs' Motion to Enter Pre-Trial Order 6F (Rec. Doc. 62694) was issued but not posted. Accordingly:

**IT IS ORDERED** that the Record in the above-captioned matter be modified to reflect the Court's granting and posting of Plaintiffs' Motion to Enter Pre-Trial Order 6F. (Rec. Doc. 62694).

1