MINUTE ENTRY
FALLON, J.
SEPTEMBER 28, 2015

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     *Pending VTE Cases*

    A telephone status conference was held on this date with the Honorable Eldon E. Fallon. Andy Birchfield participated on behalf of the Plaintiffs.  Lenny Davis participated as Plaintiffs' Liaison Counsel.  Douglas Marvin participated on behalf of Merck.  Ann Oldfather was scheduled to represent the Plaintiffs, but due to a communication error was not present.  The parties discussed the status of the case.

    **IT IS ORDERED** that the parties will report to the Court regarding the final outstanding Vioxx VTE case by October 9, 2015.

JS10(00:04)