MINUTE ENTRY
FALLON, J.
SEPTEMBER 30, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     *Jo Levitt v. Merck & Co., Inc.* 2:06-cv-09757-EEF-DEK

    Before the Court is Plaintiff's Motion to Take Deposition of Dr. Arnold Katz.  (Rec. Doc. 65256).  Counsel for Defendant Merck partially opposes the Motion, arguing that it should be limited in scope and that the Court should provide additional safeguards for the protection of Dr. Katz.  (Rec. Doc. 65269).  In order for the Court to adequately evaluate the issue,

    **IT IS ORDERED** that counsel for Jo Levitt file a reply to Merck's response with the Court on or before Thursday, October 8, 2015.

    New Orleans, Louisiana, this 30th day of September, 2015.

                                                         UNITED STATES DISTRICT JUDGE