## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * | * | |

THIS DOCUMENT RELATES TO ALL CASES

## MOTION TO FILE SUPPLEMENTAL DECLARATION

Ann B. Oldfather moves the Court to allow filing of the supplemental declaration of Ann B. Oldfather in relation to her Motion for Reconsideration [Rec. Doc. 65265]. A Memorandum in Support, the Supplemental Declaration of Ann B. Oldfather, and an accompanying Order are tendered herewith.

Respectfully submitted,

*/s/ Ann B. Oldfather*

Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY  40208
502.637.7200
502.637.3999
aoldfather@oldfather.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to File Supplemental Declaration has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, and upon Michael A. Stratton and Faxon Law Group, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of October, 2015.

*/s/ Ann B. Oldfather*

Ann B. Oldfather