# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY** | * | SECTION L |
| **LITIGATION** | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * | * | |

THIS DOCUMENT RELATES TO ALL CASES

## MEMORANDUM IN SUPPORT OF MOTION TO FILE SUPPLEMENTAL DECLARATION

Ann B. Oldfather moves the Court to allow filing of the supplemental declaration of Ann B. Oldfather, attached at TAB 1. This supplemental declaration adds additional factual support that the Court may otherwise need to rule on her Motion for Reconsideration [Rec. Doc. 65265].

                                                                                Respectfully submitted,

                                                                                */s/ Ann B. Oldfather*
                                                                                Ann B. Oldfather
                                                                                 KBA Bar #52553
                                                                                 Liaison Counsel/Lead Counsel
                                                                                  OLDFATHER LAW FIRM
                                                                                  1330 S. Third Street
                                                                                  Louisville, KY   40208
                                                                                  502.637.7200
                                                                                  502.637.0066
                                                                                  aoldfather@oldfather.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Memorandum in Support of Motion to File Supplemental Declaration has been served upon Liaison Counsels, Phillip Wittmann and Russ Herman, and upon Michael A. Stratton and Faxon Law Group, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of October, 2015.

    */s/ Ann B. Oldfather*

    Ann B. Oldfather