UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * | * | |

# O R D E R

**THIS DOCUMENT RELATES TO ALL CASES**

      IT IS ORDERED that the Supplemental Declaration of Ann B. Oldfather is hereby filed in relation to her Motion for Reconsideration [Rec. Doc. 65265].

      So ordered.

      New Orleans, Louisiana, this __ day of _____, 2015.

                                                                         _____
                                                                      Eldon E. Fallon
                                                                      United States District Judge