# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *This document relates to* | * | JUDGE FALLON |
| *Jo Levitt v. Merck & Co., Inc.*<br>2:06-cv-09757-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE PLAINTIFF'S REPLY TO DEFENDANT MERCK SHARP & DOHME CORP.'S RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO RE-DEPOSE DR. KATZ

COMES NOW Plaintiff, by and through counsel, and hereby requests an extension of time to file her Reply to Defendant Merck Sharp & Dohme Corp.'s Response to Plaintiff's Motion for Leave to Re-Depose Dr. Katz. In support of her Motion, Plaintiff states:

1. On September 14, 2015, Plaintiff filed a Motion for Leave to Depose Dr. Arnold Katz.

2. On September 25, 2015, Defendant Merck Sharp & Dohme Corp. filed a Response.

3. Plaintiff's Reply to this Response is currently due on October 8, 2015.

4. Plaintiff requested from Defendant's counsel an extension of time to file her Reply, until October 9, 2015, due to the press of business and illness of her counsel.

4. Counsel for Defendant has stated that she has no objection to Plaintiff's request.

5. This request for extension of time is not made for the purposes of delay, but rather to allow Plaintiff the opportunity to properly respond to the pending Response. The granting of this motion will not unduly prejudice the parties nor delay these proceedings.

WHEREFORE, Plaintiff respectfully requests that the time to reply to Defendant Merck Sharp & Dohme Corp.'s Response to Plaintiff's Motion for Leave to Re-Depose Dr. Katz be extended until October 9, 2015.

Respectfully submitted,

**HUMPHREY**, **FARRINGTON** & **McCLAIN, P.C.**

*/S/ DANIEL A. THOMAS*

| | |
|---|---|
| Kenneth B. McClain | MO #32430 |
| Daniel A. Thomas | MO #52030 |

221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Plaintiffs' Motion For Extension Of Time To File Plaintiff's Reply to Defendant Merck Sharp & Dohme Corp.'s Response to Plaintiff's Motion for Leave to Re-Depose Dr. Katz** has been served on Defense Counsel, Jonathan Williams, and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of October, 2015.

/S/ DANIEL A. THOMAS
Kenneth B. McClain            MO #32430
Daniel A. Thomas              MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**