UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
|  | : | MDL NO. 1657 |
| IN RE: VIOXX | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO ALL CASES**

**ORDER**

Before the Court is attorney Ann Oldfather's Motion for Reconsideration.  (Rec. Doc. 65265).  Having reviewed Ms. Oldfather's motion, the Court now issues this Order.

The Court accepts Ms. Oldfather's statements that (1) Mr. Stratton did not refund her any of his fee and (2) that Mr. Stratton did not have any agreement with the Common Benefit Fee Application Objectors regarding his retention of a fee.  The Court finds it appropriate to amend its order to the extent that it states otherwise.

The Court reiterates its holding that this Court lacks jurisdiction to rule on the matter or to refer the matter to another forum.  Any further action, whether with the Connecticut Bar Association or the courts of Connecticut, must be independently initiated by Ms. Oldfather or the Common Benefit Fee Application Objectors.

For the foregoing reasons, the Motion for Reconsideration is **GRANTED IN PART AND DENIED IN PART.**  It is **ORDERED** that the Court's September 10, 2015, Order &

Reasons, Rec. Doc. 65254, be **VOIDED** to the extent that it states facts different than those provided in the Declaration of Ann Oldfather, Rec. Doc. 65265-2, and the Supplemental Declaration of Ann Oldfather, Rec. Doc. 65275-2.  **IT IS FURTHER ORDERED** that Ms. Oldfather's Motion for Reconsideration, Rec. Doc. 65265, is otherwise **DENIED**.

New Orleans, Louisiana this 9th day of October, 2015.

*Eldon E. Fallon*
UNITED STATES DISTRICT JUDGE