UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| | * | |
| | * | MAG. JUDGE KNOWLES |
| * * * * * * * * * * * * * * * * * | * | |

**O R D E R**

**THIS DOCUMENT RELATES TO ALL CASES**

IT IS ORDERED that the Supplemental Declaration of Ann B. Oldfather is hereby filed in relation to her Motion for Reconsideration [Rec. Doc. 65265].

So ordered.

New Orleans, Louisiana, this 7th day of October, 2015.

                                                     Eldon E. Fallon
                                                     United States District Judge