**EXHIBIT 1**

# Ann B. Oldfather

| | |
|---|---|
| **From:** | Cronen, Leslie <lcronen@BHTrialLaw.com> |
| **Sent:** | Friday, July 23, 2010 11:10 AM |
| **To:** | _Vioxx Working Group |
| **Subject:** | NEED INPUT ASAP - Common Benefit Fee AGREEMENT TENTATIVELY REACHED |
| **Importance:** | High |

I just got off the phone with Michael Stratton, liaison counsel for the objectors regarding the common benefit fee dispute. He indicated that after conducting some discovery and their expert from Harvard giving the PSC a hard time, they have reached a tentative agreement on a **reduction** in the 8% assessment.

Specifically, for any attorney/firm that filed an objection <u>and</u> had a prior contract with the PSC (we did both), the common benefit fee would be **decreased to 4%**. For any attorney/firm who did not object or did not have a prior contract, the fee will be reduced to 7.5%. Mike feels this is a very good deal, as he thinks Fallon is leaning towards letting them have the full 8%.

**REDACTED**

Also, as part of this, **Mike plans to ask for a 4-5% fee from the savings**, but he wants to make sure the objectors are not going to also object to this. He said it will result in a gross refund to us of approximately 3.7-3.8% of the fees currently being held, instead of the full 4%.

Please let me know if you are in agreement with this or if you have questions/concerns you would like to share with Mike. I am supposed to get back in touch with him over the weekend or at the latest, Monday. PLEASE RESPOND ASAP!

Sincerely,

BUBALO, HIESTAND & ROTMAN, PLC
CIVIL TRIAL ADVOCATES

Leslie M. Cronen, Esq.
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
502.753.1630 (direct)
502.753.1631 (facsimile)

1

**EXHIBIT 1**

**EXHIBIT 2**

## Ann B. Oldfather

| | |
|---|---|
| **From:** | MStratton@StrattonFaxon.com |
| **Sent:** | Monday, July 26, 2010 3:53 PM |
| **To:** | Cronen, Leslie |
| **Cc:** | Ann Oldfather; Bubalo, Greg; Rotman, Steven; Shepard, Liz; Thompson, Tyler; Fugate, Christine |
| **Subject:** | Re: Vioxx Common Benefit Fee Dispute |

Thank you leslie!
I will convey this tomorrow.
Mike

Sent via BlackBerry by AT&T

---

**From:** "Cronen, Leslie" <lcronen@BHTrialLaw.com>
**Date:** Mon, 26 Jul 2010 19:32:04 +0000
**To:** 'mstratton@strattonfaxon.com'<mstratton@strattonfaxon.com>
**Cc:** AOldfather<aoldfather@oldfather.com>; Bubalo, Greg<GBubalo@BHTrialLaw.com>; Rotman, Steven<srotman@BHTrialLaw.com>; Shepard, Liz<lshepherd@kytrial.com>; Thompson, Tyler<tthompson@kytrial.com>; Fugate, Christine<cfugate@BHTrialLaw.com>
**Subject:** Vioxx Common Benefit Fee Dispute

Hi Mike,
The members of the Kentucky Vioxx Working Group (Greg Bubalo, Ann Oldfather and Tyler Thompson) have discussed the potential resolution of the Common Benefit fee dispute that you and I discussed last Friday. We are all in agreement that a reduction from an 8% assessment to a 4% assessment is acceptable to all of us, and we believe that your fee will need to be approved by the Court. If you have any need to discuss further, Ann Oldfather will be in New Orleans tonight and tomorrow for the status conference.

*Sincerely,*

*Leslie M. Cronen, Esq.*
BUBALO, HIESTAND & ROTMAN, PLC
9300 Shelbyville Road, Suite 215
Louisville, KY 40222
502.753.1630 (direct)
502.753.1631 (facsimile)

**EXHIBIT 2**

1

**EXHIBIT 3**

```
STRATTON FAXON                    NEW ALLIANCE BANK                          11082
FIRM ACCOUNT                      NEW HAVEN, CT 06510
59 ELM STREET                         51-7013/2111
NEW HAVEN, CT 06510
                                                                            9/2/2010

PAY TO THE
ORDER OF    Bubalo Law Firm                                      $   **1,002,618.15

One Million Two Thousand Six Hundred Eighteen and 15/100************************************ DOLLARS

            Bubalo Law Firm

MEMO
       Full and final vioxx fee                          [signature]
                                                         AUTHORIZED SIGNATURE

       ⑈011082⑈  ⑆211170130⑆  571 11660 5⑈
```

EXHIBIT 3

# EXHIBIT 4



EXHIBIT 4