**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Mary D'Angelo, Individually and as* | * | **KNOWLES** |
| *Trustee of the Estate of Louise H. Amiss,* | * | |
| *et al. v. Merck & Co., Inc.*, **2:06-cv-09755** | * | |
| | * | |

**************************************************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice filed by plaintiff Mary

D'Angelo, Individually and as Trustee of the Estate of Louise H. Amiss,,

**IT IS ORDERED** that all claims of plaintiff Mary D'Angelo, Individually and as Trustee

of the Estate of Louise H. Amiss, against defendant Merck & Co., Inc. and all other named

defendants be and they hereby are dismissed with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this ___9th___ day of October, 2015.

_____

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1192118v1