# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:     VIOXX® | * MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| This document relates to | * JUDGE FALLON |
| Jo Levitt v. Merck & Co., Inc.<br>2:06-cv-09757-EEF-DEK | * MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## [     ORDER

Having considered Plaintiff's Motion for Extension of Time to File Plaintiff's Reply To Defendant Merck Sharp & Dohme Corp.'s Response to Plaintiff's Motion for Leave to Re-Depose Dr. Katz, it is hereby

**ORDERED** that the motion is **GRANTED**. Plaintiff is granted leave through and including October 9, 2015, within which to file her Reply to Defendant Merck Sharp & Dohme Corp.'s Response to Plaintiff's Motion for Leave to Re-Depose Dr. Katz.

New Orleans, Louisiana, this  13th  day of    October   , 2015.

_____
UNITED STATES DISTRICT COURT JUDGE