**EASTERN DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| In Re: Vioxx Marketing, Sales Practices And Products Liability Litigation | MDL Case No. 1657 |
| | SECTION L |
| THIS DOCUMENT RELATES TO: | |
| | JUDGE FALLON |
| Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D, Plaintiff | MAGISTRATE JUDGE KNOWLES |
| v. | |
| Seeger Weiss, LLP et al, Defendants | |
| 2:12-cv-02406-EEF-DEK | |

**OPPOSITION OF THE PLAINTIFF, LINDA ISNER, EXECUTRIX OF THE ESTATE OF JEFFREY ISNER, M.D., TO THE MOTION FOR SUMMARY JUDGMENT OF THE DEFENDANTS, SEEGER WEISS, LLP AND CHRISTOPHER A. SEEGER**

The plaintiff, Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D. (Isner), submits this Opposition to the Motion for Summary Judgment (Motion) filed by the defendants, Seeger Weiss, LLP and Christopher A. Seeger (collectively, Seeger Defendants). The Seeger Defendants have failed to demonstrate the absence of a genuine issue of material fact and that they are entitled to judgment as a matter of law. As grounds for this opposition, Isner states that the Seeger Motion is factually and legally unsupported and must be denied. In support of this opposition, Isner relies upon the arguments set forth in the Memorandum of Law submitted herewith.

The Seeger Motion is premised upon, and incorporates by reference, the arguments advanced by the Hughes Hubbard Reed (HHR) Defendants and the BrownGreer (BG) Defendants in support of their respective Motions for Summary Judgment. Accordingly, Isner hereby incorporates by reference, as if set forth in full herein, the arguments set forth in her

Case 2:05-md-01657-EEF-DEK   Document 65289   Filed 10/14/15   Page 2 of 3

2

Opposition to the BrownGreer Motion and the HHR Motion. In addition, Isner relies upon the Local Rule 56.2 Statement of Material Facts of The Facts Of The Plaintiff, Linda Isner, Executrix Of The Estate Of Jeffrey Isner, M.D, In Response To The Motions For Summary Judgment Of The Defendants, BrownGreer PLC and Orran L. Brown and the Defendants Hughes Hubbard & Reed, LLP and Ted Mayer, the Affidavit of Joseph L. Doherty, Jr., and the materials submitted with the Doherty Affidavit.

For all of these reasons, the Plaintiff respectfully requests that the Seeger Motion be denied.

Respectfully submitted,

/s/Philip E. Murray, Jr.
Philip E. Murray, Jr.

/s/ Carol Ann Kelly
Carol Ann Kelly
Murray, Kelly & Bertrand, P.C.
300 Trade Center, Suite 2700
Woburn, Massachusetts 01801
Telephone No. (781) 569-0020
Fax No. (781) 569-0022
Email:  ckelly@mkblegal.com
Counsel for the Plaintiff,
Linda Isner, Executrix of the Estate
Of Jeffrey Isner, M.D.

Dated:  October 14, 2015

CERTIFICATE OF SERVICE

       I hereby certify that the above and foregoing Opposition Of The Plaintiff, Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., To The Motion For Summary Judgment Of The Defendants, Seeger Weiss, LLP and Christopher A. Seeger, has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and email or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 14th day of October, 2015.

/s/ Carol Ann Kelly_____
Carol Ann Kelly
Murray, Kelly & Bertrand, P.C.
300 Trade Center, Suite 2700
Woburn, Massachusetts 01801
Telephone No. (781) 569-0020
Fax No. (781) 569-0022
Email:  ckelly@mkblegal.com
Counsel for the Plaintiff,
Linda Isner, Executrix of the Estate
Of Jeffrey Isner, M.D.