UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

******************************************************************************

**THE PARTIES' JOINT MOTION TO
MODIFY THE SCHEDULING ORDER**

Plaintiff Jo Levitt and Defendant Merck Sharp & Dohme Corp. ("Merck") jointly move for a modification of the current schedule to allow both parties the opportunity to complete discovery. The overall extension requested is approximately two months. The grounds for relief are explained more fully below.

1.    On August 17, 2015, this Court issued a scheduling order that set several deadlines for this case including a November 2, 2015 deadline for fact discovery, a November 16, 2015 deadline for expert designation, and a December 7, 2015 deadline for expert discovery. The final date noted in the order was a January 14, 2016 deadline for final motions briefing. Rec Doc. 65245.

2.    The August 17 Order reiterated that it "is the intention of this Court that, if any individual cases are remanded back to transferor courts, the case shall be remanded in a 'trial ready' posture."

3.    The parties have been working together in a cooperative manner to attempt to schedule the remaining discovery for this case. Although a substantial amount of discovery has

1194673v1

taken place, there are several requests outstanding that will not be completed by the current deadlines. More specifically, there are several deponents who cannot be made available prior to November 2, and certain third parties have requested additional time to comply with outstanding document subpoenas. Moreover, numerous experts remain undeposed, and the Court has provided the parties an opportunity to provide supplemental designations. Given the approaching holidays, and other professional obligations, the parties anticipate encountering some challenges in arranging expert depositions within the currently operative schedule.

4. Counsel have conferred and agreed on the proposed dates set forth below, which will result in a relatively modest extension of the overall schedule of about two months. Whereas the final date set in the August 17 CMO is January 14, 2016, the final date set in the proposed Modified CMO is March 21, 2016.

5. The parties jointly request that the August 17 CMO be modified as follows:

| EVENT | ORIGINAL DATE | *PROPOSED NEW DATE* |
|---|---|---|
| • Fact Discovery Ends | November 2, 2015 | *January 8, 2016* |
| • Supplemental Expert Designations | November 16, 2015 | *January 19, 2016* |
| • Expert Discovery Ends | December 7, 2015 | *February 5, 2016* |
| • Motions deadline (*all* motions) | December 21, 2015 | *February 26, 2016* |
| • Oppositions to motions | January 5, 2016 | *March 11, 2016* |
| • Reply briefs on motions | January 14, 2016 | *March 21, 2016* |
| • Motions Hearing | TBA | *TBA* |

6. A proposed order is attached.

Dated:  October 27, 2015                                     Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defendants' Liaison Counsel*

—and—

Douglas R. Marvin
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

—and—

Daniel A. Thomas
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, MO 64051
Office: 816-836-5050
Fax: 816-836-8966

*Attorneys for Plaintiff Jo Levitt*

3

1194673v1

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Modify Schedule has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of October, 2015.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1194673v1