UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILTY LITIGATION | * * * | MDL Docket No. 1657 |
| | | SECTION L |
| This document relates to: | * * | |
| | | JUDGE FALLON |
| *Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., v. Seeger Weiss, LLP, et al.,* | * * * | MAGISTRATE JUDGE KNOWLES |
| 2:12-cv-02406-EEF-DEK | * | |

*************************************************************************

### DEFENDANTS SEEGER WEISS, LLP AND CHRISTOPHER A. SEEGER'S EX PARTE MOTION FOR LEAVE OF COURT TO FILE REPLY MEMORANDUM IN SUPPORT OF MOTION FOR SUMMARY JUDGMENT

NOW COME Defendants Seeger Weiss, LLP and Christopher A. Seeger (the, "Seeger Defendants") through their undersigned counsel, who file this ex parte motion to request leave of this Court to file a Reply Memorandum in Support of the Seeger Defendants' Motion for Summary Judgment.

Dated: October 27, 2015

                                                Respectfully submitted,

                                                */s/ Leonard A. Davis*
                                                Russ M. Herman (Bar No. 6819)
                                                Leonard A. Davis (Bar No. 14190)
                                                **Herman, Herman, & Katz, LLC**
                                                820 O'Keefe Avenue
                                                New Orleans, LA 70113
                                                PH: (504) 581-4892
                                                FAX: (504) 561-6024

                                                **Plaintiffs' Liaison Counsel**

                                                **Counsel for Defendants Seeger Weiss,**
                                                **LLP and Christopher A. Seeger**

**CERTIFICATE**

I hereby certify that the above and foregoing Reply has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of October, 2015.

        /s/ Leonard A. Davis_____
        Russ M. Herman (Bar No. 6819)
        Leonard A. Davis (Bar No. 14190)
        ***Herman, Herman, & Katz, LLC***
        820 O'Keefe Avenue
        New Orleans, LA  70113
        PH:  (504) 581-4892
        FAX:  (504) 561-6024

        **Plaintiffs' Liaison Counsel**