UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX PRODUCTS LIABILTY LITIGATION | * | MDL Docket No. 1657 |
| | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| *Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., v. Seeger Weiss, LLP, et al.,* | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| 2:12-cv-02406-EEF-DEK | * | |

**O R D E R**

Considering the Ex Parte Motion for Leave of Court to File Reply Memorandum in Support of Motion for Summary Judgment filed by Defendants Seeger Weiss, LLP and Christopher A. Seeger;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Reply Memorandum in Support of the Seeger Defendants' Motion for Summary Judgment be and is hereby filed into the record.

New Orleans, Louisiana, this 27th day of October, 2015.

Eldon E. Fallon
United States District Court Judge