UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to All Cases | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

**JOINT REPORT NO. 89 OF PLAINTIFFS'
AND DEFENDANTS' LIAISON COUNSEL**

Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC") submit this Joint Report No. 89. The Court has indicated that the litigation is at a point where most status conferences can be attended telephonically by Liaison and Lead Counsel, absent good reason to the contrary.

I.   **CLASS ACTIONS**

By Order and Reasons entered January 3, 2014, following a fairness hearing on December 13, 2013, the Court granted the motion for final approval of the Vioxx consumer class settlement and entered final judgment dismissing with prejudice all Released Claims of the Class against all Released Persons as described in the Order [Rec. Doc. 64784].

The class notice program, as ordered by the Court was completed and claims were submitted. BrownGreer advises that the payment of approved claims is virtually complete and will be providing a fuller report in that regard. The parties will be prepared to discuss these matters further at the monthly status conference on November 5, 2015.

On September 18, 2015, Plaintiffs' Liaison Counsel filed a Motion to Establish Common Benefit Fee and Cost Committee in Connection With the Vioxx MDL Consumer Class Settlement Agreement [Rec. Doc. 65264]. By Order entered September 23, 2015, the Court granted the motion [Rec. Doc. 65268]; the Court also entered Pre-Trial Order No. 59 which appointed the members of the Common Benefit Fee and Cost Committee in Connection With the Vioxx Consumer Class Settlement Agreement, set out guidelines for submitting fee and cost requests [Rec. Doc. 65267]. On October 13, 2015, the Court added Exhibit A, the form for the Fee Affidavit to be submitted in request for allocation of aggregate common benefit fee and costs award [Rec. Doc. 65267-1]. The parties will be prepared to discuss these matters further at the monthly status conference on November 5, 2015.

## II.     PENDING PERSONAL INJURY CASES SUBJECT TO PTOS 28, 29 AND 43

The only matters relating to pending personal injury cases subject to PTOs 28, 29 and 43 are the following:

On April 25, 2012, the Court issued its Order & Reasons addressing the PSC's Motion to Amend Pre-Trial Order No. 19 [Rec. Doc. 63585] and Ms. Oldfather's Motion for Order Requiring Escrow and Disclosures of Common Benefit Fee and Cost Withholdings from Settlement of Ineligible and Non-Enrolled Cases [Rec. Doc. 63154]. The Order required certain further steps by the PSC and directed the parties to meet and confer, after which Ms. Oldfather's Motion could be revisited if appropriate. The parties continue to exchange information in this regard.

At the time of the September 3, 2015 status conference, there were two (2) cases alleging a VTE injury that remained pending. Since that time, the parties have resolved these cases. Thus, all VTE injury cases have been resolved.

The only remaining personal injury case is the *Levitt* case.  On September 14, 2015, plaintiff Levitt filed a motion for leave to depose Dr. Arnold Katz [Rec. Doc. 65256]. Merck filed its response to the motion on September 25, 2015 [Rec. Doc. 65269].  On September 30, 2015, the Court ordered that counsel for plaintiff file a reply on or before October 8, 2015 [Rec. Doc. 65274].  After receiving an extension, plaintiff filed her reply [Rec. Doc. 65288].  By Order entered October 23, 2015, the Court granted the motion, but prohibited either party from engaging in any pre-deposition ex parte meetings with Dr. Katz [Rec. Doc. 65290].

By Order entered August 18, 2015, the Court entered a Case Management Order in the *Levitt* case [Rec. Doc. 65245].  On October 27, 2015, the parties filed a Joint Motion to Modify the Scheduling Order and submitted a proposed modified Case Management Order [Rec. Doc. 65291].  The parties await a ruling by the Court.

The parties will be prepared to discuss this matter further at the status conference on November 5, 2015.

### III.  OTHER PENDING MOTIONS/MATTERS

On May 12, 2015, Ms. Oldfather filed a Motion to Refer Certain Fact-Finding in the Stratton Matter to Special Master [Rec. Doc. 65207].  The motion was set for hearing on May 27, 2015 [Rec. Doc. 65211].  On May 19, 2015, Joel Faxon sent a letter to the Court in response to the motion [Rec. Doc. 65214].  On May 21, 2015, the Court entered an Order that Joel Faxon's letter be entered into the record as a response to Ms. Oldfather's motion [Rec. Doc. 65213].  On May 27, 2015, Ms. Oldfather filed a reply to the Faxon letter [Rec. Doc. 65215].  The motion was submitted for decision on May 27, 2015.  By Order and Reasons entered September 10, 2015, the Court denied Ms. Oldfather's motion [Rec. Doc. 65254].

On September 21, 2015, Ms. Oldfather filed a Motion to Reconsider [Rec. Doc. 65265].  On October 6, 2015, Ms. Oldfather filed a Motion to File Supplemental Declaration in

relation to her Motion to Reconsider [Rec. Doc. 65275].  By Order entered October 9, 2015, the Court granted leave to file the supplemental declaration [Rec. Doc. 65279] which was entered of record [Rec. Doc. 65280].  On October 9, 2015, the Court also entered an Order granting in part and denying in part the motion to reconsider [Rec. Doc. 65278].

On September 4, 2015, defendants Seeger Weiss, LLP and Christopher Seeger filed a Motion for Summary Judgment in the *Isner* case [Rec. Doc. 65252].  On October 14, 2015, plaintiff filed an opposition memorandum [Rec. Doc. 65289].  On October 27, 2015, defendants filed a motion for leave to file a reply memorandum [Rec. Doc. 62292].  The motion for summary judgment is scheduled for oral argument on November 4, 2015.

By Minute Entry dated September 23, 2015, the Court noted that the Court's Order granting Plaintiffs' Motion to Enter Pre-Trial Order 6F [Rec. Doc. 62694] had issued, but had not posted, and ordered that the Record be modified to reflect such action [Rec. Doc. 65271].  Thereafter, Pre-Trial Order 6F, which had been signed on March 23, 2011, was entered of record [Rec. Doc. 65272].

The parties will be prepared to discuss these matters further at the status conference on November 5, 2015.

1194911v1

IV.     **NEXT STATUS CONFERENCE**

        Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel will be prepared to schedule the next status conference, on a date to be selected by the Court.

Respectfully submitted,

| | |
|---|---|
| /s/ Leonard A. Davis | /s/ Dorothy H. Wimberly |
| Russ M. Herman (Bar No. 6819) | Phillip A. Wittmann (Bar No. 13625) |
| Leonard A. Davis (Bar No. 14190) | Dorothy H. Wimberly (Bar No. 18509) |
| ***Herman, Herman & Katz, L.L.C.*** | ***Stone Pigman Walther Wittmann L.L.C.*** |
| 820 O'Keefe Avenue | 546 Carondelet Street |
| New Orleans, Louisiana  70113 | New Orleans, Louisiana  70130-3588 |
| Telephone:  (504) 581-4892 | Telephone:  (504) 581-3200 |
| Fax:  (504) 561-6024 | Fax:  (504) 581-3361 |
| **Plaintiffs' Liaison Counsel** | **Defendants' Liaison Counsel** |

/s/ Ann B. Oldfather
Ann B. Oldfather (KY Bar No. 52553)
**OLDFATHER LAW FIRM**
1330 South Third Street
Louisville, Kentucky  40208
Telephone:  (502) 637-7200
Fax:  (502) 637-3999

**Liaison and Lead Counsel for Ineligible or Non-Enrolled Cases and Certain Other Remaining PI Claims**

1194911v1

**CERTIFICATE**

I hereby certify that the above and foregoing Joint Status Report No. 89 of Plaintiffs' and Defendants' Liaison Counsel and Ann Oldfather, Liaison Counsel for certain pending personal injury cases, has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 3rd day of November, 2015.

/s/ Dorothy H. Wimberly
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel