UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX** | \* | **MDL Docket No. 1657** |
| | \* | |
| **PRODUCTS LIABILITY LITIGATION** | \* | **SECTION L** |
| | \* | |
| | \* | **JUDGE FALLON** |
| **This document relates to All Cases** | \* | |
| | \* | **MAGISTRATE JUDGE KNOWLES** |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### SUGGESTED AGENDA NOVEMBER 5, 2015 STATUS CONFERENCE

I.      Class Actions

II.     Pending Personal Injury Cases Subject to PTOs 28, 29 and 43

III.    Other Pending Motions/Matters

IV.     Next Status Conference

1

1195112v1