UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | | |

***********************************************************************

## MODIFIED CASE MANAGEMENT ORDER

As has been noted previously, it is the intention of this Court that, if any individual cases are remanded back to transferor courts, the case shall be remanded in a "trial ready" posture. This Court previously issued a Case Management Order ("CMO") on August 17, 2015 to govern the development of remaining discovery in this case and thereby advance the preparation of this case for trial and/or other disposition. At the joint request of the parties, this Court is modifying the August 17, 2015 CMO to provide the parties an additional two months to complete discovery and motions practice. Thus, this Court extends the deadlines as set forth below.

**IT IS HEREBY ORDERED:**

- Completion of All Additional Fact Discovery – **January 8, 2016**

- Designation of Any Supplemental Experts and Submission of Written Expert Reports – **January 19, 2016**
    - Written reports must fully comply with Rule 26(a)(2) of the Federal Rules of Civil Procedure, and the designated experts must be willing and prepared to provide sworn testimony admissible in a court of law.

- Completion of Expert Depositions – **February 5, 2016**

- o  Deadline for substantive motions, including *Daubert* motions, motions in limine, and any dispositive motions– **February 26, 2016**

- o  Oppositions to motions due – **March 11, 2016**

- o  Reply briefs on motions due – **March 21, 2016**

- o  Motions hearing – **T/B/A**

NEW ORLEANS, LOUISIANA, this __29th__ day of October, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE