MINUTE ENTRY
FALLON, J.
NOVEMBER 4, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L |

**This document relates to:  12-2406**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter:  Karen Ibos

Appearances:   Leonard Davis, Esq. for Defendants Seeger Weiss, LLP and Christopher A.
                       Seeger

1. Motion of Defendants Seeger Weiss, LLP and  Christopher A. Seeger, for Summary Judgment (65252)

After Oral Argument was heard from Counsel for Defendant, the Motion was taken under submission.

**It is noted by the Court, that Counsel for the Plaintiff failed to appear for Oral Argument scheduled for this date.**

JS10:  :10