UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>  PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:     *Linda Isner v. Seeger Weiss, LLP, et al.*, 12-2406

## ORDER

**IT IS HEREBY ORDERED** that this Court's November 9, 2015, Order & Reasons, R. Doc. 65298, is hereby **AMENDED** to reflect that Defendants, Seeger Weiss, LLP and Christopher Seeger, were represented by Counsel and that Plaintiff Linda Isner was not.

New Orleans, Louisiana, this 11th day of November, 2015.

_____
UNITED STATES DISTRICT JUDGE