# COURT OF RECORD

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA.

2015 NOV 13 P 3: 07

WILLIAM W. BLEVINS
CLERK

| In re: Vioxx | * | MDL Case No.1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| Elena Strujan v. Merck & Co.Inc | * | JUDGE FALLON |
| , | * | |
| | * | MAGISTRATE JUDGE |
| 07-906- EEF-DEK | * | KNOWLES |

........................................................................

## Claimant's NOTICE TO THE COURT OF RECORD

I, Claimant- Plaintiff, Elena Strujan, a woman, under my unlimited liability and under penalty of perjury proceeding in good faith, declare:

1.      It is my wish to pursue this case in a Court of Record under Common Law Jurisdiction.

2.      I have to correct some errors. For future reference the caption in this case will be:

| In re: Vioxx | * | MDL Case No.1657 |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| Elena Strujan v. Merck & Co.Inc | * | JUDGE FALLON |
| , | * | |
| | * | MAGISTRATE JUDGE |
| 07-906- EEF-DEK | * | KNOWLES |

........................................................................

Under Common Law Jurisdiction, the Plaintiff becomes Claimant. Please

**CLAIMANT'S NOTICE TO THE COURT "- Page 1**

## COURT OF RECORD

see the definition below.

> Claimant vs Plaintiff - What's the difference?
> http://wikidiff.com/plaintiff/claimant
>
> claimant
> plaintiff
>
> In context|legal|lang=en terms the difference between claimant and plaintiff
> Is that **claimant** is (legal) the party who initiates a lawsuit before a court while **plaintiff** is (legal) a party bringing a suit in civil law against a defendant; accusers.
>
> As nouns the difference between claimant and plaintiff
> is that **claimant** is one who claims; one who makes a claim while **plaintiff** is (legal) a party bringing a suit in civil law against a defendant; accusers.

Any other change made will be not come from me, or nor will it be my wish to alter the content of this document.

3. All future documents being posted into this case, <u>must to be under oath.</u> I will consider any documents submitted not under oath, as a contempt of Court, and will be <u>void</u> immediately.

4. Because I am under Common Law Jurisdiction, I will speak in common parlance. I will not state legalize and I require the Wrongdoer Defendant and all officials to not use legalize and to put their words (if any) in writing.

5. I, Elena Strujan, a woman, proceeding in good faith, also declare:

> **The Uniform Commercial Code -** *Commands the court to retain Common Law rights.*

## COURT OF RECORD

> "*The Code is complimentary to the Common Law, which remains in force, except where displaced by the code. **A statute should be construed in harmony with the Common Law**, unless there is a clear legislative intent to abrogate the Common Law." (UCC 1-103.6).*

6.  I, Elena Strujan, a woman, proceeding in good faith I require the Court's

Clerk to respect and abide by the rules below:

- 18 USC &2071,
- Federal. Rules of Civil Procedure 5(d)(4),
- Rule 18 USC & 2076
- Rule 18 & 1512
- Federal Rules 28, Section 1326.
- USC TITLE 18, PART I, CHAPTEER 13&242- Depravations of Rights under color of law
- USC TITLE 18, PART I, CHAPTEER 13&241- Conspiracy against rights.

**USC 18 §2071** - Whoever willfully and unlawfully conceals, removes, mutilates, obliterates, or destroys, or attempts to do so, documents filed or deposited with any clerk or officer of any court, shall be fined or imprisoned not more than three years, or both.

**USC 18 § 2076 - Clerk is to file:** Whoever, being a clerk willfully refuses or neglects to make or forward any report, certificate, statement, or document as required by law, shall be fined under this title or imprisoned not more than one year, or both.

**18 USC §1512b** -- Whoever knowingly uses intimidation, threatens, or corruptly persuades another person, or attempts to do so, or engages in misleading conduct toward another person, with intent to - (1) influence, delay, or prevent ... an official proceeding; (2) cause or induce any person to -- (A) withhold ... a document, or other object, from an official proceeding; (B) alter, destroy, mutilate, or conceal an official proceeding; ... shall be fined under this title or imprisoned not more than 20 years, or both.

## COURT OF RECORD

7.      I filed on <u>JANUARY 10, 2014</u> ( please see in **EXHIBIT Pg. 1, 2** the first page with the Courts' stamp and Post office receipt) of my , "PERMISSION AND A MOTION FOR TRIAL DE NOVO FOR NEW EVIDENCE". <u>ON JANUARY 21, 2014</u> "the court received from me "PLAINTIFF ASK PERMISSION TO FILE A SUR AFFIDAVIT IN SUPPORT OF THE NOTICE OF MOTION FOR TRIAL DE NOVO" (Please see **EXHIBIT Pg. 3**- the first page of my document with the Court's stamp).

8.      As of today November 9, 2015 the Motion disappeared from the Court and the Clerk has been unable to locate my evidences. I have tried many times before and the motion has not been found. My frequently has disappeared from my file and from the Court's file my evidence . Relevant, are my emails sent to Defendant Merck attorneys on February 4, 2013, and July 6, 2013 where I complained about it **(EXHIBIT Pg. 4, 5)**. Same occurred with my Notice of Appeal filled in the same Court.

9.      I require the situation to be fix immediately and if will not be fixed than I will charge the Court $1/per second starting retroactively from January 10, 2014. Additionally, I will require and imprisonment of the wrongdoers.

10.     **MY MOTION FOR TRIAL DE NOVO FOR NEW EVIDENCE DID NOT HAVE ANY OPPOSITION FROM THE WRONGDOER-**

**DEFENDANT MERCK.**

**It has been is two years since the Court received the motion,**

**now cannot be find it ,**

**and the motion did not have an Order.**

As usual my evidence has been tampered with between its departure from New York and its arrival to the New Orleans - Louisiana Court. The Wrongdoer Merck and his accomplices falsified my evidence at their mercy.

11.	More recently I discovered that the United States Postal Service sequestrated, falsified orders, and violated my correspondence for years (See **EXHIBIT Pg. 6** sample of a few letters, Courts' Orders sequestrated by United States Postal Service ). Also, my entire evidence has been grotesquely falsified, mixed, and denatured by the Wrongdoer Merck ( a few in **EXHIBIT Pg. 7, 8).**

12.	Also the FedEx Office corrupted has also falsified my evidence with Merck ( please see a few evidence on **EXHIBIT Pg. 9,10, 11).**

13.	The New York State Constitution and United States Constitution give me the right to pursue my case in a Court of Record under Common Law Jurisdiction.

14.	Because the Wrongdoer-Defendant Merck did not have any objections to my Motion for Trial de Novo and because they falsified my evidence, made my Appeal disappeared and have ruined, ruined my life. I require remedies at the rate of

as $3/ per second starting from October 2004 to the present day today November 9, 2015. The total value will be increase with the passing of time as follows:

**11 years X 365= 4,015 days X 24 hour = 96,360 hours**

**96, 360 hours   X 60 min =5, 781,600 min**

**5, 781, 600 X 60 sec = 346,896,000.00sec**

**346, 896, 000.00 sec X $3/per sec = $ 1,040,688,000.00 ( in  $ only).**

From the monetary amount above I will return all money spent by the United States Government on me due the Wrongdoers Defendant  gross negligence, fraud, perjury, forgery. Also, and half of the monetary amount will go to fund Public School Education and people in need.

15.  Because I have a good heart I can settle the case for less, but the amount will be updated with the passing of time. If the Wrongdoer Defendant Merck continues to sabotage my case I will require their prosecution.

16.  Below are a few cases under Common Law Jurisdiction:

- *"Where rights secured by the Constitution are involved, there can be no rule making or legislation which would abrogate them. Miranda v. Arizona, 384 US 436, 491"*

- *"The state cannot diminish rights of the people. Hertado v. California, 100 US 516*
  *The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people. Constitution for the United States of America, Amendment IX. The powers not delegated to the United States by the Constitution, nor prohibited by it to*

*the States, are reserved to the States respectively, or to the people. Constitution for the United States of America, Amendment X".*

- *"The United States shall guarantee to every State in this Union a Republican Form of Government..." Constitution for the United States, Article IV, Section 4.*

- *"Government: Republican government: One in which the powers of sovereignty are vested in the people and are exercised by the people, either directly, or through representatives chosen by the people, to whom those powers are specially delegated. In re Duncan, 139 U.S. 449, 11 S. Ct. 573, 35 L.Ed. 219; Minor v. Happersett, 88 U.S. (21 Wall.) 162, 22 L. Ed. 627." Black's Law Dictionary, Sixth Edition".*

- *"The people of this State, as the successors of its former sovereign, are entitled to all the rights which formerly belonged to the King by his prerogative. Lansing v. Smith, 4 Wend. 9 (N.Y.) (1829), 21 Am. Dec. 89 10C Const. Law Sec. 298; 18 C Em. Dom. Sec. 3, 228; 37 C Nav. Wat. Sec. 219; Nuls Sec. 167; 48 C Wharves Sec. 3, 7".*

- *"The very meaning of "sovereignty" is that the decree of the sovereign makes law. American Banana Co. v. United Fruit Co., 29 S.Ct. 511, 513, 213 U.S. 347, 53 L.Ed. 826, 19 Ann. Cas. 1047".*

- *"RESERVATION OF SOVEREIGNTY: "[15] (b) ...The Tribe's role as commercial partner with petitioners should not be confused with its role as sovereign. It is one thing to find that the Tribe has agreed to sell the right to use the land and take valuable minerals from it, and quite another to find that the Tribe has abandoned its sovereign powers simply because it has not expressly reserved them through a contract. To presume that a sovereign forever waives the right to exercise one of its powers unless it expressly reserves the right to exercise that power in a commercial agreement turns the concept of sovereignty on its head. MERRION ET AL., DBA MERRION & BAYLESS, ET AL. v. JICARILLA APACHE TRIBE ET AL. 1982.SCT.394 http://www.versuslaw.com, 455 U.S. 130, 102 S. Ct. 894, 71 L. Ed. 2d 21, 50 U.S.L.W. 4169 pp. 144-148".*

**COURT OF RECORD**

17. I submit a copy of the <u>Article 6, Clause 2 from the UNITED STATES CONSTITUTION</u> on **(EXHIBIT Pg. 12, 13)** where it is stated :

*"Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding*

I state here, and I will demonstrate in a Court of Record that all the affirmations here are true.

All rights are reserved.

I will do my best and God will do the rest.

By: *[signature]*

Elena Strujan - a harmed people

November 9, 2015

A true copy was send to the Wrongdoer Defendant Merck.



E↑
P.O. BOX WBCN
NEW YORK, NEW YORK
10021.

U.S. POSTAGE
PAID
LONG ISLAND CIT,NY
11102
NOV 10, 15
AMOUNT
$1.86
00134850-03

FIRST CLASS

United States District Court
Eastern District of Louisiana
500 Poydras Street
Room 151
New Orleans, Louisiana 70130.