# EXHIBITS

**Pg. 1 to** 13

Most of them recovered from my cell phone

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx PRODUCTS LIABILITY LITIGATION | * | MDL Case No.1657 |
| | * | SECTION L |
| Elena Strujan v. Merck & Co.Inc | * | JUDGE FALLON |
| 07-906- EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

******************************************************************

**PERMISSION TO PLAINTIFF TO FILE A NOTICE OF MOTION FOR TRIAL DE NOVO FOR NEW EVIDENCES**

Notice is hereby given that Plaintiff Elena Strujan, hereby affirms under penalty of perjury that the following is true.

Always, I knew that Defendant Merck in complicity with other " good people" who filed lawsuits with forgeries in my name ( details in my Affidavit and Exhibits), and poisoned me with Carbon Monoxide and toxic gases, stole legal evidences, falsified my file and the Court's evidences, corrupted people and institutions to win the case, to fraud the American Government who pay my bills so far, my living, and to ruin my health.

For all the above, I pledge the Court and your Honor to grand :

1. My Motion for Trial de Novo, or in alternative to apply **REX IPSA LOQUITUR**, against Defendant Merck.

2. To accept my new evidences because.

3. To grant my complaint in full.

4. To assess severe and appropriate sanctions [illegible] sufficient to punish this Defendant Merck, for its conduct, and to set an example to discourage others from similar conduct.

5. And for such order which this court seems to be good and proper.

A. The normal limit of justice have been exceeded in the Defendant Merck's favor

B. [illegible] Defendant Merck, and its accomplices

TENDERED FOR FILING
JAN 10 2014
U.S. DISTRICT COURT

UNITED STATES DISTRICT CO
EASTERN DISTRICT OF LOUISI

JAMES A. FARLEY ...
NEW YORK, New York
100019998
3658250028-0097
01/05/2014 (800)275-8777 11:38:10 AM

Sales Receipt

| Product Description | Sale Qty | Unit Price | Final Price |
|---|---|---|---|
| NEW ORLEANS LA 70130 Zone-8 First-Class Mail Parcel | | | $3.28 |

| | | |
|---|---|---|
| In re: Vioxx PRODUCTS LIABILITY LITIGATION | * | MDL Case I |
| | * | SECTION L |
| Elena Strujan v. Merck & Co.Inc | * | JUDGE FAL |
| 07-906- EEF-DEK | * | MAGISTRA[illegible] KNOWLES |

****************************************************

**PERMISSION TO PLAINTIFF TO FILE A NOTICE OF MOTION FOR TRIAL DE NOVO FOR NEW EVIDENCES**

Notice is hereby given that Plaintiff Elena Strujan, hereby affirms under penalty of perjury that the following is true.

Always, I knew that Defendant Merck in complicity with other " good people" who filed lawsuits with forgeries in my name ( details in my Affidavit and Exhibits), and poisoned me with Carbon Monoxide and toxic gases, stole legal evidences, falsified my file and the Court's evidences, corrupted people and institutions to win the case, to fraud the American Government who pay my bills so far, my living, and to ruin my health.

For all the above, I pledge the Court and your Honor to grand :

1. My Motion for Trial de Novo, or in alternative to apply **RES IPSA LOQUITUR** against Defendant Merck.

2. To accept my new evidences because:

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx PRODUCTS LIABILITY LITIGATION | * | MDL Case No.1657 |
| | * | SECTION L |
| Elena Strujan v. Merck & Co.Inc | * | JUDGE FALLON |
| 07-0906-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

**********************************************************************

**PLAINTIFF ASK PERMISSION TO FILE A SUR AFFIDAVIT IN SUPPORT OF THE NOTICE OF MOTION FOR TRIAL DE NOVO**

Notice is hereby given that Plaintiff Elena Strujan, hereby affirms under penalty of perjury that the following is true.

Always, I know that Defendant Merck in complicity with other " good people and institution " who filed lawsuits with forgeries in my name ( details in my Affidavit and Exhibits in support of the Motion for Trial de Novo filled in the Court), and poisoned me with Carbon Monoxide and with many more legal evidences, falsified my file and the Court's evidences, corrupted people and institutions to win the case, to fraud the American Government who pay my bills so far, my living, and to ruin my health.

I pledge the Court and your Honors to give me permission to submit more evidences in support of my Motion for trial de Novo.

1. On January 7, 2014 I received two emails where I was informed that conform the Judge's "*Notice of Court attendance # No. 119*" – Pretrial Notice, I must to be present "*as a defendant in The Court of Louisiana in February 21, 2014* " (EXHIBIT A-Pg. 1), and conform the "*Notice of Court attendance # No. 251*" – Pretrial Notice, I must to be present "*as a defendant in The Court of Louisiana in February 12, 2014* "(EXHIBIT A-Pg. 2).

2. I sent that emails to the office of Attorney Oldfather where I asked what could be?. I did not have any answer "(EXHIBITA- Pg. 3).

3. I sent a reply email and came back.

TENDERED FOR FILING

JAN 21 2015

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

3

Internet Explorer

Page ▾ Safety ▾ Tools ▾

SEARCH

XT CHECK REPLY REPLY ALL FORWARD ACTION DELETE

**Mysterious disparition**

From Elena Strujan elane23@aol.com hide details

To Geoffrey M Wyatt Geoffrey.Wyatt@skadden.com

Mon, Feb 4, 2013 3:44

image.jpeg (182 KB) image.jpeg (150 KB) image.jpeg (185 KB) image.jpeg (161 KB) image.jpeg (152 KB)

Mr. Wyatt

Because many legal documents " mysteriously" disappear from my file ( notice of appeal, proof of service, courts' orders, ) ... I send my proof of service for my appeals in 5th circut, and the copy of Subpoena Duces Tecum served to the pharmacist who deletedthe history with Vioxx.

I have to understand special paid peple are continuously behind me, to steal and to make my life miserable.

I am not taking only about Merck.
All this are for the correspondencerecord only.

Thank you
Elena Strujan

4

30

Unknown Zone | Protected Mode: Off



[illegible]

Re: [illegible] v. Merck & Co.Inc

[illegible]

[illegible] my Petition for Panel Rehearing by mail. I want to [illegible] fax, because I am very unpleasant surprised with what happen with [illegible]

[illegible] who stole from my safe deposit box at TD Bank my [illegible] (you know the story), continue to stole evidences, to [illegible]

On July [illegible] after I spoke with the Court's Clerk I discovered [illegible] is some legal discordance.

I hope you will [illegible] and I please you to send by email [illegible] a copy of my brief and exhibits sent to you.

[illegible] for your cooperation herein.

[illegible]

7/15/2013

5

UNITED STATES POSTAL SERVICE
6

creditors inclusive Merck , and the Trustee sent me a" NOTICE OF ABANDONMENT OF PROPRIETY" ( please see below). For economical reason, and "green efforts" I submit only a page. Additionally, I submit a few correspondence with my ex –attorney Stuart Davis, who compelled with Merck in illegal acts.

8

D STATE

ATED- Respondent

TIORARI TO THE

APPEAL

OUISIANA

TIORARI

Pro Se

F G H I J K L M Mc N O P Q R T V

Abusive removed "S"

9

ELENA STRUJAN
P.O. Box 20632
New York, NY 10021
646-234-2421

July 15, 2013

Fed Ex Office
641 Lexington Avenue
New York, NY 10022

Dear Sir/ Madame

I did a complaint in September 26, 2011 and another one on June 26, 2013 regarding forgery and missing legal documents from the folder gave to your staff for banding.

Please take seriously my complaint before I will take another steps.
Thank you.

Sincerely,

ELENA STRUJAN
Graduate of Zootechny and Veterinary Medicine

FAXED

PS: Sent by fax : Cover 1Pg., Letter 1 Pg. Exhibits 3 Pages. Total= 5 Pages

FAXED

FAXED

10

FAXED

FAXED

FAXED

FAXED

22

ELENA STRUJAN
Mailing Address:
P. O. BOX 20632
NEW YORK, NY 10021
Phone : 646-234-2421

FAXED

FAXED 9/11/2013

FedEx Office
641 Lexington Avenue
New York, NY 10022

Dear Sir/ Madame

Today I came in your store for a velo banding. I told to a lady to pay attention, because a few weeks I asked your service for the Court of Appeals, and in my copy( I did not check the original) disappeared some exhibits. I had last week a conversation with the manager, and I told her next time I want to assist the banding of my work. Today, was the same manager, and she told me will take an hour. I decided to leave and to come back. I told her" I trust you"

When I pick up, I saw missing the folder 2 at exhibits. I complained. You did not take responsibility. When I arrived home, I cheeked and I found missing 3 references : from Cathedral High School, from Metropolitan museum, and from Dr. Kosovich, also was modified the contest in last page. The questions is WHY? Who pay you to sabotage my work, my case?

It is for the second time when I discovered abuses from you. Please give me an answer.
Thank you.

Elena Strujan
Graduate of University of Zootechy and Vet. Medicine
Farm Animals- Iasi Romania
Certified Paralegal

FAXED 10/4/2013

FAXED 8/26/2013

FAXED 7/30/2013 212-572-9994 + email

PS: Sent by fax plus receipt.

11

FAXED 8/4/2013 212-572-9994 + em

FAXED 8/15/2013

FAXED 10/22/2013 212-572-9994

FAXED 9/26/2013




THE FOUNDERS' CONSTITUTION

# Article 6, Clause 2

HOME

SEARCH

CONTENTS

INDEXES

HELP

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

1. Articles of Confederation, art. 13, 1 Mar. 1781
2. Continental Congress, 21 Mar. 1787
3. John Jay, Continental Congress, 13 Apr. 1787
4. Alexander Hamilton, Remarks on Act Repealing Laws Inconsistent with Treaty of Peace, New York Assembly, 17 Apr. 1787
5. Records of the Federal Convention
6. Charles Pinckney, Observations on the Plan of Government, 1787
7. Edmund Randolph, Suggestions for the Conciliation of the Small States, 10 July 1787
8. James McClurg to James Madison, 22 Aug. 1787
9. Federal Farmer, no. 4, 12 Oct. 1787
10. An Old Whig, no. 2, Fall 1787
11. James Madison to Thomas Jefferson, 24 Oct. 1787
12. Alexander Hamilton, Federalist, no. 15, 90--98, 1 Dec. 1787
13. Alexander Hamilton, Federalist, no. 27, 171--75, 25 Dec. 1787
14. Alexander Hamilton, Federalist, no. 33, 207--8, 2 Jan. 1788
15. Debate in South Carolina House of Representatives, 16--17 Jan. 1788
16. James Madison, Federalist, no. 44, 306, 25 Jan. 1788
17. Impartial Examiner, no. 1, 20 Feb. 1788
18. George Mason, Virginia Ratifying Convention, 11 June 1788
19. Debate in North Carolina Ratifying Convention, 29--30 July 1788
20. James Madison to Edmund Pendleton, 2 Jan. 1791
21. Ware v. Hylton
22. Kentucky Resolutions, 10 Nov. 1798 14 Nov. 1799
23. James Madison, Virginia Resolutions, 21 Dec. 1798
24. John Marshall, Report of the Minority on the Virginia Resolutions, 22 Jan. 1799



25. United States v. Robins
26. James Madison, Report on the Virginia Resolutions, Jan. 1800
27. United States v. Schooner Peggy
28. St. George Tucker, Blackstone's Commentaries 1:App. 369--70, 1803
29. John Breckenridge, Municipal Authority to Impose Taxes, 28 Apr. 1806
30. Harrison v. Sterry
31. McKim v. Voorhies
32. Fairfax's Devisee v. Hunter's Lessee
33. United States v. Hart
34. McCulloch v. Maryland
35. Cohens v. Virginia
36. United States v. Hoar
37. James Madison to Thomas Jefferson, 27 June 1823
38. William Wirt, Right to Tax Government Property, 8 Sept. 1823
39. Gibbons v. Ogden
40. American Insurance Co. v. Canter
41. Andrew Jackson, Veto Message, 10 July 1832
42. Joseph Story, Commentaries on the Constitution 3:§§ 1831--33, 1835--36, 1833
43. James Madison, Notes on Nullification 1835--36

SEE ALSO:

---

Home | Search | Contents | Indexes | Help

© 1987 by The University of Chicago
All rights reserved. Published 2000
http://press-pubs.uchicago.edu/founders/

13.

# COURT OF RECORD

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx PRODUCTS LIABILITY LITIGATION | * * * | MDL Case No.1657 SECTION L |
| Elena Strujan v. Merck & Co.Inc , | * * * | JUDGE FALLON |
| 07-906- EEF-DEK | * * | MAGISTRATE JUDGE KNOWLES |

## Claimant's **PROOF OF SERVICE**

I , Elena Strujan, a woman, Claimant (Plaintiff), under my unlimited liability, and under Penalty of Perjury proceeding in good faith, being of sound mind , I deliver upon the Office of the Court Clerk , for the UNITED STATES DISTRICT COURT , EASTERN DISTRICT OF LOUISIANA , **PROOF OF SERVICE** in that the Wrongdoer (Defendant) counselor at law Ms. Dorothy H. Wimberly, 18509, STONE PIGMAN WALTHER WITTMANN L. L. C., 546 Carondelet Street, New Orleans, Louisiana 70130, was served with a true copy of the " Claimant's NOTICE TO THE COURT, by mail, postage prepaid.

I state here, and I will demonstrate in a Court of Record that all the affirmations here are true.
All rights are reserved.
I will do my best and God will do the rest.

By: ______________________

Elena Strujan - a harmed people

November 9, 2015
10(es).