UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| **All Cases on attached Exhibit A** | * | KNOWLES |
| | * | |
| | * | |

****************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S *EX PARTE* MOTION TO DISMISS AND CLOSE CONSUMER CLASS CLAIMS

Defendant Merck Sharp & Dohme Corp. ("Merck"), through undersigned counsel, respectfully moves this Court to enter an Order closing the MDL docket with respect to the cases and plaintiffs identified on Exhibit A. Defendant Merck submits that the claims and cases identified on Exhibit A are subject to this Court's Final Judgment and Order of January 3, 2014 certifying a Class with respect to consumer claims relating to Vioxx, approving the proposed Class Settlement, and dismissing with prejudice and entering final judgment as to members of the Class. In support of this motion, Merck states as follows.

1)  Each of the cases listed on Exhibit A remains open on the Court's docket solely with respect to the claims of the plaintiffs listed on Exhibit A. Factual investigation shows that these cases should no longer be considered as active on this Court's docket, and the clerk should be directed to mark such claims as closed.

2)  In each of the cases, the claims of the plaintiffs assert only claims that are within the Class certified by this Court's January 3, 2014 Final Order and Judgment Certifying the Class

1195274v1

for Purposes of Settlement, Approving of Class Action Settlement, & Dismissing The Actions with Prejudice. (R. 674784) ("hereinafter "Final Order and Judgment").

3) The Class, as certified by this Court, is defined and described at page 22, paragraph 3 of such Final Order and Judgment.

4) The Court's Final Order and Judgment, at page 25, paragraph 9, further granted final approval to the proposed Settlement Agreement for that Class.

5) Finally, at page 28, paragraph 20, the Court ordered that "**FINAL JUDGMENT** is hereby **ENTERED** dismissing with prejudice all Released Claims of the Class against all Released Persons as herein described." (emphasis in original).

6) Accordingly, Merck requests that the Court direct the Clerk of the Court to close the cases on the Court's MDL docket, indicating that they have been dismissed with prejudice pursuant to the Final Order and Judgment. A proposed order is attached.

## CONCLUSION

For the reasons stated above, Merck respectfully requests that the Court grant Defendant's Motion and enter the requested order.

Dated: November 18, 2015                    Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361
*Defendants' Liaison Counsel*

—and—

2

1195274v1

Douglas R. Marvin
Eva Petko Esber
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

**CERTIFICATE OF SERVICE**

      I further certify that the above and foregoing has been served on Liaison Counsel, Russ Herman and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail, upon Liaison Counsel Ann Oldfather by e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 18th day of November, 2015.

                                                          */s/ Dorothy H. Wimberly*
                                                          Dorothy H. Wimberly, 18509
                                                          STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                          546 Carondelet Street
                                                          New Orleans, Louisiana  70130
                                                          Phone:  504-581-3200
                                                          Fax:     504-581-3361
                                                          dwimberly@stonepigman.com

                                                          Defendants' Liaison Counsel

1195274v1