**Exhibit A – Motion to Dismiss and/or Close Consumer Class Actions**

|    | Case Name | Docket Number | Plaintiffs Open on Docket | Plaintiffs' Counsel |
|----|-----------|---------------|---------------------------|---------------------|
| 1. | Alexander, et al v. Merck & Co Inc | 2:05-cv-00059-EEF-DEK | Betty A Alexander *on behalf of herself and others similarly situated* | The Law Offices of David L. Browne, LLC<br>Dugan Law Firm<br>Kahn Swick & Foti, LLC |
| 2. | Abraham et al v. Merck & Co Inc | 2:05-cv-00445-EEF-DEK | Jose Andino *Individually and on behalf of a Class of Persons Similarly Situated plaintiff* | Law Office of John H. Ruiz |
| 3. | Fontanilles v. Merck & Co Inc | 2:05-cv-00447-EEF-DEK | Clara Fontanilles *an individual on behalf of himself and all others similarly situated* | Harke & Clasby |
| 4. | Oswald v. Merck & Co Inc | 2:05-cv-00452-EEF-DEK | Constance Oswald *on behalf of herself and all others similarly situated* | Nisen & Elliott |
| 5. | Bilbrey v. Merck & Co Inc | 2:05-cv-00456-EEF-DEK | Patricia Bilbrey | Bilbrey & Hylla<br>Hendler Law, PC |
| 6. | Aguero et al v. Merck & Co Inc | 2:05-cv-00504-EEF-DEK | Sherrill Herke | Williams, Cuker & Berezofsky, Esqs |
| 7. | Cain et al v. Merck & Co Inc et al | 2:05-cv-00505-EEF-DEK | William Watkins;<br>Bobbie Moss | Boies, Schiller & Flexner, LLP (New York) |
| 8. | Seitz et al v. Merck & Co Inc | 2:05-cv-00749-EEF-DEK | Christine Seitz ;<br>American Federation of State, County and Municipal Employees;<br>United Senior Action of Indiana, Inc.;<br>New York Statewide Senior Action Council *Individually and on behalf of all others similarly situated* | Dugan Law Firm |

1195275v1

**Exhibit A – Motion to Dismiss and/or Close Consumer Class Actions**

|  | Case Name | Docket Number | Plaintiffs Open on Docket | Plaintiffs' Counsel |
|---|---|---|---|---|
| 9. | Wallace v. Merck & Co Inc | 2:05-cv-00835-EEF-DEK | Sheryl Lynn Wallace *individually and on behalf of all similarly situated* | Cossich, Sumich, Parsiola & Taylor, LCC<br>Kanner & Whiteley, L.L.C<br>Nagel, Rice, Dreifuss & Mazie, LLP<br>Jones, Swanson, Huddell & Garrison, LLC<br>Humphrey, Farrington & McClain, PC<br>Jones Walker |
| 10. | Benoit et al v. Merck & Co Inc | 2:05-cv-01000-EEF-DEK | Marilyn Benoit; Collen Lowery *Each Individually and on Behalf of All Others Similarly Situated* | Barnow & Associates, PC |
| 11. | Williams et al v. Merck & Co Inc | 2:05-cv-01006-EEF-DEK | Melvin Williams; Sharon Murphy *Individually and on behalf of all others similarly situated* | Hagens, Berman, Sobol & Shapiro, LLP (Seattle)<br>Favre & Allen |
| 12. | Fairchild et al v. Merck & Co Inc | 2:05-cv-01012-EEF-DEK | Paul L. Fairchild; Corrie Gwinn *Individually and on Behalf of Themselves and All Others Similarly* | Franklin K. Belhasen, II<br>J.D. Johnson Law Firm |
| 13. | Pace et al v. Merck & Co Inc | 2:05-cv-01078-EEF-DEK | Debbie Pace; Patricia E Archuleta *on their own behalf and on behalf of all similar situated individuals* | James P. Lyle, Law Offices |
| 14. | McNichols et al v. Merck & Co Inc | 2:05-cv-01118-EEF-DEK | James McNichols; Karl K Antly *Individually and on Behalf of Themselves and All Others Similarly Situated* | Frederick M. Corley, Attorney at Law<br>Philip L. Fairbanks, Attorney at Law |
| 15. | Strong v. Merck & Co Inc | 2:05-cv-01247-EEF-DEK | Virginia Strong *on behalf of herself, the General Public of the State of California, and all others similarly situated* | Mills Law Firm (San Rafael) |

## Exhibit A – Motion to Dismiss and/or Close Consumer Class Actions

|  | **Case Name** | **Docket Number** | **Plaintiffs Open on Docket** | **Plaintiffs' Counsel** |
|---|---|---|---|---|
| 16. | McCrerey et al v. Merck & Company Inc et al | 2:05-cv-01253-EEF-DEK | Rita McCrerey *on behalf of herself, on behalf of all others similarly situated and on behalf of the general public* | Schwartz, Semerdjian, Haile, Ballard & Cauley |
| 17. | White et al v. Merck & Co Inc | 2:05-cv-01656-EEF-DEK | Raymond Bennie *Individually and on Behalf of All Persons Similarly Situated* | Kleinpeter & Schwartzberg, LLC |
| 18. | Cooke et al v. Merck & Co Inc | 2:05-cv-01735-EEF-DEK | Mary Cooke; James R Clark; Charles Harvey; Charles H Hatcher, Jr *Individually and on Behalf of All Others Similarly Situated* | John C. Davis, Law Offices Pittman & Perry |
| 19. | Deckowitz et al v. Merck & Co Inc | 2:05-cv-02102-EEF-DEK | Susan F. Deckowitz; Anne Chessick; Meredith Du Brow; Marcia Greenberg; Stuart Wagner *individually and on the behalf of all others similarly situated* | Shelist & Schwartz, LLP |
| 20. | Bell et al v. Merck & Company Inc et al | 2:05-cv-02110-EEF-DEK | Yvonne Bell *as a Representative of her Deceased mother, Eleanor Alcorn;* Esther Lingoni | Cater & Associates, LLC |
| 21. | Biondillo et al v. Merck & Co Inc | 2:05-cv-02270-EEF-DEK | Michelle Biondillo; Stephen Kresker *on behalf of themselves and all others similarly situated* | Price, Waicukauski, Riley & Debrota |
| 22. | Sumner et al v. Merck & Co Inc | 2:05-cv-02563-EEF-DEK | Gerald Sumner; Sandy Becker; Joe Valencia *individually and on behalf of all others similarly situated* | Korein Tillery, LLP |
| 23. | Archuleta v. Merck & Co Inc | 2:05-cv-03159-EEF-DEK | Patricia E Archuleta; *on her own behalf and on behalf of all similar situated individuals* | James P. Lyle, Law Offices |
| 24. | Magnifico v. Merck & Co Inc | 2:05-cv-03819-EEF-DEK | Mary Ellen Magnifico *individually, and on behalf of others similarly situated* | Robert Peirce & Associates, PC |

1195275v1

### Exhibit A – Motion to Dismiss and/or Close Consumer Class Actions

|  | Case Name | Docket Number | Plaintiffs Open on Docket | Plaintiffs' Counsel |
|---|---|---|---|---|
| 25. | Anderson et al v. Merck & Co Inc | 2:05-cv-04850-EEF-DEK | Christie Anderson; Brenda Aguero; Cavalier Homes, Inc.; Midwest Operating Engineers Health and Welfare Fund | Williams, Cuker & Berezofsky, Esqs |
| 26. | Waitt v. Merck & Co Inc et al | 2:05-cv-05318-EEF-DEK | Robert K. Waitt *on his own behalf and on behalf of all individuals and entities similarly situated* | Martens-Ragen |
| 27. | Dalgo v. Merck & Co Inc | 2:05-cv-05319-EEF-DEK | Sheila Dalgo *individually, and on behalf of others similarly situated* | Robert Peirce & Associates, PC |
| 28. | Denton v. Merck & Co Inc | 2:05-cv-06357-EEF-DEK | Louise Denton *on behalf of herself and all others similarly situated in the State of Tennessee* | Gordon Ball, Attorney at Law; Hausfeld LLP; Montgomery & Pierce, P.L.C; Hausfeld LLP |
| 29. | Person v. Merck & Co Inc | 2:06-cv-01007-EEF-DEK | Douglas M. Person *On behalf of himself and all others similarly situated* | Barrios, Kingsdorf & Casteix, LLP; Solberg Stewart Miller & Johnson LTD |
| 30. | Williams v. Merck & Co Inc | 2:08-cv-00159-EEF-DEK | Quan Williams *Individually, and on behalf of all others similarly situated* | Burford & Lewis, PLLC |
| 31. | Franck et al v. Merck & Co Inc | 2:08-cv-01018-EEF-DEK | Barbara Franck; Rae Ann Carson; New Jersey Citizen Action | Spector, Roseman & Kodroff, PC |
| 32. | Hoffman v. Merck & Co Inc | 2:08-cv-01463-EEF-DEK | Amy Long Hoffman *on behalf of herself and all others similarly situated* | Levy, Phillips & Konigsberg, LLP (Lawrenceville); |

1195275v1