**Exhibit A**
**Motion To Close Cases Subject to Prior Order of Dismissal**

|   | Case Name | Docket Number | Plaintiffs Open on Docket | Plaintiffs' Counsel | Record No. Dismissal Order |
|---|---|---|---|---|---|
| 1. | Sanchez v. Merck & Co Inc | 2:05-cv-01100-EEF-DEK | **Maria Sanchez** *on behalf of herself and all similarly situated persons and entities* | Federman & Sherwood | R. 30383 |
| 2. | Gray et al v. Merck & Co, | 2:05-cv-01256-EEF-DEK | **Ethel Gray** **Nancy Giardino** **Agnes Murch** *on behalf of Themselves and a Class of Persons Similarly Situated* | Stratton Faxon | R. 18783 |
| 3. | Houston, James v. Merck & Co Inc[1] | 2:05-cv-02000-EEF-DEK | **James C Houston** *and All Others Similarly Situated* | Pels, Anderson & Lee, LLC | R. 18783 |
| 4. | Calandra et al v. Merck & Co Inc | 2:05-cv-02914-EEF-DEK | **Aldo Calandra** **Alessandro Gabriele** **Enzo Quaglini** **Filippo Santangelo;** **Marco Ramadori** *individually and on behalf of all others similarly situated* | Law Group, Ltd. Moll Law Group, Ltd. | R.6578 |
| 5. | Cole et al v. Merck & Co Inc | 2:05-cv-04847-EEF-DEK | **Rosemary Lawrence** | Levin, Fishbein, Sedran & Berman | R. 18783 |
| 6. | Ducham et al v. Merck & Co Inc | 2:05-cv-04848-EEF-DEK | **Theresa Ducham** *on behalf of themselves and all others similarly situated* **David Scott** *on behalf of themselves and all others similarly situated* | Levin, Fishbein, Sedran & Berman | R. 18783 |
| 7. | Bruch et al v. Merck & Co Inc | 2:05-cv-04858-EEF-DEK | **Mary A. Bruch** **Bernd D. Bruch** *on behalf of themselves and all others similarly situated* | Atkins & Markoff Lieff, Cabraser, Heimann & Bernstein, LLP (San Francisco) | R. 18783 |

---

[1] Note: On the original May 2009 order of dismissal the docket number for James Houston was incorrectly listed.

1

1195935v1

**Exhibit A**
**Motion To Close Cases Subject to Prior Order of Dismissal**

|   | Case Name | Docket Number | Plaintiffs Open on Docket | Plaintiffs' Counsel | Record No. Dismissal Order |
|---|---|---|---|---|---|
| 8. | De Toledo v. Merck & Co Inc | 2:05-cv-05083-EEF-DEK | **Ralph De Toledo** *individually and on behalf of all others similarly situated* | Law Group, Ltd. | R. 6578 |
| 9. | Petrasek v. Merck & Co Inc | 2:05-cv-05438-EEF-DEK | **James Petrasek** *on behalf of himself and all others similarly situated* | Levin, Fishbein, Sedran & Berman | R. 18783 |
| 10. | County of Santa Clara v. Merck & Co Inc | 2:06-cv-09382-EEF-DEK | **County of Santa Clara** *on behalf of itself and all other similarly situated* | Andrus Anderson LLP, Coughlin Stoia | R. 64695 |
| 11. | Dalrymple et al v. Merck & Co Inc | 2:07-cv-03159-EEF-DEK | **Mary R. Dalrymple** *wife, individually and the marital community thereof;* **Winfred Dalrymple** *husband, individually and the marital community thereof* | R. S. Wilson, Inc | R. 12959 |
| 12. | Wheeler et al v. Merck & Co Inc | 2:07-cv-05251-EEF-DEK | **Elizabeth Blum** | Branch Law Firm | R. 65126 |

2

1195935v1