UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:     *Elena Strujan v. Merck & Co., Inc.* No. 07-906

## ORDER

The Court has reviewed the Notice to the Court from *pro se* Plaintiff Elena Strujan. R. Doc. 65300. The Court dismissed Ms. Strujan's case with prejudice on December 12, 2013. R. Doc. 64746. The Fifth Circuit affirmed this dismissal on appeal, and ordered Ms. Strujan to refrain from filing any document in this matter, other than a timely motion for reconsideration, without first obtaining leave from a Judge of the forum court. R. Doc. 64998. No leave has been requested, and Ms. Strujan's case has been resolved. Thus, no action will be taken by the Court.

The Court notes that Ms. Strujan's *pro se* request for Permission to Plaintiff to File a Notice of Motion for Trial De Novo for New Evidence was received by the Court. *See* R. Doc. 64815-2. No action was taken on the filing because Ms. Strujan's claims have been dismissed. R. Doc. 64815.

New Orleans, Louisiana, this 19th day of November, 2015.

                                                    UNITED STATES DISTRICT JUDGE

CLERK TO SERVE:

    Elena Strujan
    P.O. Box 20632
    New York, NY 10021