# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to:* | * |
| | *   MAGISTRATE JUDGE |
| **All Cases on attached Exhibit A** | *   KNOWLES |

***

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's *Ex Parte* Motion To Close Consumer Class Action Claims,

**IT IS ORDERED** that in each of the cases on the attached Exhibit A, the claims of the plaintiffs that remain listed as pending on the Court's docket assert claims that are within the Class certified by this Court's January 3, 2014 Final Order and Judgment Certifying the Class for Purposes of Settlement, Approving of Class Action Settlement, & Dismissing The Actions with Prejudice. (R. 674784) ("hereinafter "Final Order and Judgment").

**IT IS FURTHER ORDERED** that the Clerk of the Court is hereby directed to close all such cases on the MDL docket and mark them as dismissed with prejudice pursuant to the Final Order and Judgment.

**NEW ORLEANS, LOUISIANA**, this __23rd__ day of _____November_____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1195277v1