# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *All Cases on Attached Exhibit A* | * | KNOWLES |
| | * | |
| | * | |

**************************************************************************

## ORDER

Upon consideration of Defendant Merck, Sharp & Dohme Corp's Motion To Close Cases Subject to Prior Orders of Dismissal,

**IT IS ORDERED** that each of the cases listed on Exhibit A hereto, having been dismissed by previous order of this Court, as indicated, accordingly that the Clerk of the Court be and hereby is directed to close such cases on the MDL docket as dismissed with prejudice pursuant to the Final Order and Judgment.

**NEW ORLEANS, LOUISIANA**, this  23rd  day of      November     , 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1195936v1