UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

## MOTION TO EXTEND DEADLINE RE: PTO 59

NOW COME Russ M. Herman and Leonard A. Davis of Herman, Herman & Katz, LLC, Plaintiffs' Liaison Counsel in MDL 2047 and Chair of the FCC, who request that the Court amend Pre-Trial Order No. 59 by extending deadlines as follows:

1. On September 23, 2015, this Court entered Pre-Trial Order No. 59, regarding Appointment of Common Benefit Fee and Cost Committee in Connection with the Vioxx MDL Consumer Settlement Agreement and Guidelines for Common Benefit Attorneys' Fees and Costs Reimbursement [Rec. Doc. 65267] ("PTO 59").

2. The Court appointed CPA, Philip A. Garrett, has advised that due to the large influx of submissions in accordance with Step One of PTO 59, it is requested that the Court extend deadlines contained in PTO 59 and, in particular, extend from December 4, 2015 until December 31, 2015 the date upon which Philip Garrett shall post on the Philip Garrett Case Cost Management System, the final, corrected hours and expenses through Initial Cutoff Date accepted by Philip Garrett pursuant to Pre-Trial Order 6 and Pre-Trial Order 59.

3. By extending the deadline for the posting of final, corrected hours and expenses on the Philip Garrett Case Cost Management System, additional deadlines contained in PTO 59 will need to be adjusted accordingly.

4. Movants request that the Court issued a revised and amended Pre-Trial Order in the form of Pre-Trial Order No. 59(A) attached hereto.

1

5. All of the remaining aspects of PTO 59 should remain in effect and are incorporated into PTO 59(A).

Dated: December 2, 2015                                   Respectfully submitted,

By: */s/ Leonard A. Davis*
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA  70113
Phone: (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of December, 2015.

/s/ Leonard A. Davis
**Leonard A. Davis**