UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE |
| *Saenz v. Merck & Co Inc. et al,* 2:07-cv-02122-EEF-DEK | * | KNOWLES |
| | * | |
| | * | |

*************************************************************************

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Motion To Dismiss For Failure to Prosecute,

**IT IS ORDERED** that the Motion is granted.  This action is dismissed with prejudice as to all defendants and should be marked as closed on the docket.

**NEW ORLEANS, LOUISIANA**, this _____ day of _____, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1196528v1