**EASTERN DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

|  |  |
|---|---|
| **In Re: Vioxx Marketing, Sales Practices And Products Liability Litigation** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL Case No. 1657 SECTION L JUDGE FALLON MAGISTRATE JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:

Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D, Plaintiff

v.

Seeger Weiss, LLP et al, Defendants

2:12-cv-02406-EEF-DEK

## NOTICE OF APPEAL

Notice is hereby given that the plaintiff, Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., hereby appeals to the United States District Court for the Fifth Circuit from the dismissal of her claims against the defendants in this action; from the Court's ruling allowing the Motion for Summary Judgment of the Defendants, Seeger Weiss, LLP and Christopher A. Seeger, entered on November 9, 2015; from the Court's ruling allowing the Motion for Summary Judgment of the Defendants, defendants, BrownGreer PLC and Orran L. Brown entered on July 7, 2014; from the Court's ruling allowing the Motion for Summary Judgment of the Defendants, Hughes Hubbard & Reed, LLP and Ted Mayer entered on July 7, 2014; and, from any judgment entered thereon.

2

Respectfully submitted,


/s/Philip E. Murray, Jr.
Philip E. Murray, Jr. – B.B.O. No. 364340
Murray, Kelly & Bertrand, P.C.
300 Trade Center, Suite 2700
Woburn, Massachusetts 01801
Telephone No. (781) 569-0020
Email:  pmurray@mkblegal.com
Counsel for the Plaintiff, Linda Isner,
Executrix Of The Estate
Of Jeffrey Isner, M.D.

**CERTIFICATE OF SERVICE**

I, Philip E. Murray, Jr., hereby certify that the above and foregoing Notice of Appeal has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 4th day of December, 2015.

/s/ Philip E. Murray, Jr.
Philip E. Murray, Jr. – B.B.O. No. 364340
Murray, Kelly & Bertrand, P.C.
300 Trade Center, Suite 2700
Woburn, Massachusetts 01801
Telephone No. (781) 569-0020
Fax No. (781) 569-0022
Email:  pmurray@mkblegal.com
Counsel for the Plaintiff,
Linda Isner, Executrix Of The Estate
Of Jeffrey Isner, M.D.