UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to: | * | |
| | * | MAGISTRATE JUDGE |
| *John C. Slembarski, et al. v. Merck & Co., Inc.*, 2:06-cv-09809 | * | KNOWLES |
| | * | |
| | * | |
| | * | |

*************************************************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice As to All Defendants filed by plaintiffs,

**IT IS ORDERED** that all claims of all plaintiffs against defendant Merck & Co., Inc. and all other named defendants be and they hereby are dismissed with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this _____ day of December, 2015.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1197587v1