MINUTE ENTRY
FALLON, J.
JANUARY 5, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

    The bi-monthly status conference was held on this date via telephone with the Honorable Judge Eldon E. Fallon.  At the conference, counsel reported to the Court on the status of the case. This bi-monthly status conference was transcribed by Court Reporter Toni Tusa. Counsel may contact Ms. Tusa at (504) 589-7778 to request a copy of the transcript.

    As the Vioxx matter is resolved in nearly all respects, the Court determined that bi-monthly status conferences in this matter were no longer necessary.  Thus, future status conferences will be scheduled as the Court circumstances warrant.

JS10(00:26)