# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| *This document relates to:* | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Saenz v. Merck & Co Inc. et al,* 2:07-cv-02122-EEF-DEK | * | |

## ORDER

Considering the foregoing Defendant Merck, Sharp & Dohme Corp's Motion To Dismiss For Failure to Prosecute,

**IT IS ORDERED** that the Motion is granted. This action is dismissed with prejudice as to all defendants and should be marked as closed on the docket.

**NEW ORLEANS, LOUISIANA**, this  13th  day of       January      , 2016.

ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1196528v1