UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

*************************************************************************

**THE PARTIES' JOINT MOTION TO
MODIFY THE SCHEDULING ORDER
TO ALLOW COMPLETION OF EXPERT DISCOVERY**

Plaintiff Jo Levitt and Defendant Merck Sharp & Dohme Corp. ("Merck") jointly move for a modification of the current schedule to allow both parties the opportunity to complete expert discovery. The overall extension requested is approximately two months. The grounds for relief are explained more fully below.

1. Under the scheduling order currently in place, the deadline for serving supplemental expert designations was January 19, 2016, and the deadline for completing expert discovery is February 5, 2016. The final date noted in the order is a March 21, 2016 deadline for final motions briefing. Rec Doc. 65296.

2. The parties have been working to attempt to schedule the remaining discovery for this case. With the service of the parties' supplemental expert designations on January 19, the parties have collectively designated a total of nine experts. Unfortunately, the individual schedules of these experts will not allow for the depositions to be completed prior to February 5.

Several experts have no meaningful availability until March, and one plaintiff's expert is unavailable until April.

3. Counsel have conferred and agreed on the proposed dates set forth below, which will result in a relatively modest extension of the overall schedule. Whereas the final date set in the current CMO is March 21, 2016, the final date set in the proposed Modified CMO is May 31, 2016.

4. The parties jointly request that the CMO be modified as follows:

| EVENT | CURRENT DATE | PROPOSED NEW DATE |
|---|---|---|
| • Expert Discovery Ends | February 5, 2016 | *April 22, 2016* |
| • Motions deadline (***all*** motions, including *Daubert* motions, motions in limine, and any dispositive motions) | February 26, 2016 | *May 9, 2016* |
| • Oppositions to motions | March 11, 2016 | *May 20, 2016* |
| • Reply briefs on motions | March 21, 2016 | *May 31, 2016* |
| • Motions Hearing | TBA | *TBA* |

5. A proposed order is attached.

Dated: January 21, 2016              Respectfully submitted,

                                     By: /s/ Dorothy H. Wimberly
                                         Phillip A. Wittmann, 13625
                                         Dorothy H. Wimberly, 18509
                                         STONE PIGMAN WALTHER
                                         WITTMANN L.L.C.
                                         546 Carondelet Street
                                         New Orleans, Louisiana 70130
                                         Phone: 504-581-3200
                                         Fax:   504-581-3361

                                     *Defendants' Liaison Counsel*

                                     —and—

        Douglas R. Marvin
        M. Elaine Horn
        Emily Renshaw Pistilli
        WILLIAMS & CONNOLLY LLP
        725 Twelfth Street, N.W.
        Washington, D.C. 20005
        Phone: 202-434-5000
        Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

  —and—

Daniel A. Thomas
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, MO 64051
Office: 816-836-5050
Fax: 816-836-8966

*Attorneys for Plaintiff Jo Levitt*

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Modify Schedule has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 21st day of January, 2016.

                                                */s/ Dorothy H. Wimberly*
                                                Dorothy H. Wimberly, 18509
                                                STONE PIGMAN WALTHER
                                                WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana  70130
                                                Phone:  504-581-3200
                                                Fax:     504-581-3361
                                                dwimberly@stonepigman.com

                                                Defendants' Liaison Counsel