UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

*********************************************************************

## [PROPOSED] ORDER GRANTING MOTION TO MODIFY SCHEDULE

The Court is informed by the parties that scheduling conflicts will prevent expert depositions from concluding by the February 5, 2016 deadline for expert discovery.  Considering the foregoing and the parties' request for a modification of deadlines in the above-captioned case, it is hereby

**ORDERED** that the deadlines in this case are modified as follows:

- **April 22, 2016**: Close of expert discovery

- **May 9, 2016**:  Deadline for filing *all* motions, including *Daubert* motions, motions in limine, and any dispositive motions

- **May 20, 2016**:Responses to motions

- **May 31, 2016**: Replies in support of motions

- Motions hearing – T/B/A

SO ORDERED.

NEW ORLEANS, LOUISIANA, this ___ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE