IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-31070

_____

**A True Copy**
**Certified order issued Jan 11, 2016**

*Lyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION
------------------------------------------
LINDA ISNER, Executrix of the Estate of Jeffrey Isner, M.D.,

    Plaintiff - Appellant

v.

SEEGER WEISS, L.L.P.; CHRISTOPHER A. SEEGER; HUGHES HUBBARD & REED, L.L.P.; THEODORE H.V. MAYER; BROWNGREER, P.L.C.; ORRAN L. BROWN,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans

_____

CLERK'S OFFICE:

    Under 5TH CIR. R. 42.3, the appeal is dismissed as of January 11, 2016, for want of prosecution. The appellant failed to timely order transcript(s) and make financial arrangements with the court reporter.

                      LYLE W. CAYCE
                      Clerk of the United States Court
                      of Appeals for the Fifth Circuit

                      *Sabrina B. Short*
                      By: _____
                      Sabrina B. Short, Deputy Clerk

ENTERED AT THE DIRECTION OF THE COURT

# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

January 11, 2016

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    **No. 15-31070    In Re: Vioxx Prod Liability, et al**
                     USDC No. 2:05-MD-1657
                     USDC No. 2:12-CV-2406

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate.

                     Sincerely,

                     LYLE W. CAYCE, Clerk

                     By: _____
                     Sabrina B. Short, Deputy Clerk
                     504-310-7817

cc w/encl:
    Mr. David S. Clancy
    Mr. Philip E. Murray Jr.
    Mr. Richard M. Zielinski