UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

**MOTION TO EXTEND DEADLINE RE: PTO 59(A)**

NOW COME Russ M. Herman and Leonard A. Davis of Herman, Herman & Katz, LLC, Plaintiffs' Liaison Counsel in MDL 2047 and Chair of the FCC, who request that the Court amend Pre-Trial Order No. 59(A) by extending deadlines as follows:

1. On December 4, 2015, this Court entered Pre-Trial Order No. 59(A), regarding Appointment of Common Benefit Fee and Cost Committee in Connection with the Vioxx MDL Consumer Settlement Agreement and Guidelines for Common Benefit Attorneys' Fees and Costs Reimbursement [Rec. Doc. 65311] ("PTO 59(A)").

2. Paragraph 16 of PTO 59(A) states:

   "By no later than February 15, 2016, the FCC shall submit to the Court an Aggregate Fee and Cost Petition. The Aggregate Fee and Cost Petition shall represent and encompass all Fee Affidavits timely received by the FCC, which comply with the terms of this Order. In connection with the filing of the Fee Petition, the FCC shall file under seal all Fee Affidavits. The filing of the Aggregate Fee and Cost Petition is a matter of administrative convenience for the Court, but shall have substantive significance in any rulings by the Court as to an award of common benefit fees and expense reimbursement allowed."

3. Movants request an extension of the February 15, 2016 deadline in paragraph 16 of PTO 59(A) to March 1, 2016, due to the inability of the FCC to travel due to the upcoming Mardi Gras festivities, as well as just recently receiving needed information from the Court Appointed CPA, Philip A. Garrett, to include in the Aggregate Fee and Cost Petition.

4. The FCC has had numerous communications regarding the Aggregate Fee and Cost Petition and is need of additional time to comply with paragraph 16 of PTO 59(A).

1

5. Movants request that the Court issue an Order extending the deadline established in paragraph 16 of PTO 59(A) from February 15, 2016 to March 1, 2016.

6. All of the remaining aspects of PTO 59(A) should remain in full force and effect.

Dated: January 26, 2016

Respectfully submitted,

By: /s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA  70113
Phone: (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of January, 2016.

/s/ Leonard A. Davis
**Leonard A. Davis**