UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

**O R D E R**

Considering the Motion to Extend Deadline Re:  PTO 59(A) filed by Russ M. Herman and Leonard A. Davis of Herman, Herman & Katz, LLC, Plaintiffs' Liaison Counsel in MDL 2047 and Chair of the FCC;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that the deadline established in paragraph 16 of PTO 59(A) be and is hereby extended from February 15, 2016 to March 1, 2016.

New Orleans, Louisiana, this 26th day of January, 2016.

_____
Eldon E. Fallon
United States District Court Judge