UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | | |

******************************************************************************

**PLAINTIFF'S NOTICE TO TAKE VIDEOTAPED DEPOSITION DUCES TECUM OF STEPHEN BROWNE**

COMES NOW PLAINTIFF and files this Notice to Take Videotaped Deposition Duces Tecum of Stephen Browne. The deposition of Stephen Browne will be taken February 25, 2016, at 10:00 a.m. and will continue to completion. The deposition will take place at MEARA WELCH BROWNE, PC, 2020 West 89th Street, Suite 300, Leawood, KS 66206. The deposition will be videotaped and recorded by stenographic means.

**The deponent is hereby requested to bring the documents identified in Exhibit "A" to the deposition as noticed herein.**

Respectfully submitted,

**HUMPHREY**, **FARRINGTON** & **McCLAIN, P.C.**

*/S/ DANIEL A. THOMAS*
Kenneth B. McClain          MO #32430
Daniel A. Thomas            MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Notice to Take Videotaped Deposition Duces Tecum of Stephen Browne has been served on Defense Counsel, Jonathan Williams, and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of January, 2016

*/S/ DANIEL A. THOMAS*
Kenneth B. McClain                MO #32430
Daniel A. Thomas                  MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

# **EXHIBIT "A"**

1. A current Curriculum Vitae or resume for the witness.

2. A list of all cases in which the witness has testified by deposition or at trial in the preceding four (4) years, including the identity of the court in which the case was pending, the case number, the party whom the witness was representing, and the name of the attorney who retained the witness.

3. All correspondence, in any form, the witness has written, received, or reviewed with respect to this lawsuit.

4. All information, in any form, that was furnished to the witness by anyone prior to the witness rendering any opinion in this lawsuit.

5. Any learned article or treatise reviewed by the witness prior to the formation of his opinions in this case or in the preparation for his deposition or any trial testimony.

6. Any documents, book, treatises, articles, publications, standards, or regulations upon which the witness has relied in forming the opinions and conclusions about which he is expected to testify in this case.

7. Any and all other documents, records, materials or other things, including but not limited to, any correspondence, photographs, videotapes, depositions, witness statements, test reports, medical records, x-ray and any and all electronic files or records, that the witness reviewed, inspected, and/or relied upon in forming any opinions in this case, or in preparation for this deposition.

8. All reports, notes, memoranda, documents, records, diagrams, photographs, videotapes, and other tangible things that the witness has compiled or generated in preparing his opinions in this case or in preparation to testify at this deposition or at trial.

9. The entire file of the witness on this lawsuit, including but not limited to any electronic files, documents, and emails.

10. Any documents that reflect the amount of time the witness has spent in preparing or formulating his opinions in this case and preparing for this deposition and any documents that reflect any billing for that time.

11. Any and all documents of which the witness is aware which contradict or do not support the opinions and conclusions about which he is expected to testify in this case.

12. All agreements executed by him and the Defendant's counsel concerning his retention as an expert witness.