UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|      PRODUCTS LIABILITY LITIGATION | : | SECTION:  L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

.. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. :

**THIS DOCUMENT RELATES TO:** CONSUMER CASES

## <u>ORDER</u>

**IT IS ORDERED** that the Court will hold a status conference concerning the status of

the consumer fee committee on Monday, March 7, 2016, at 1:30 p.m. This conference will be in

person, but interested members of the fee committee may attend telephonically.  Telephonic

participants shall use the following call-in information: dial (877)-336-1839; access code

4227405; security code 030716.

New Orleans, Louisiana, this 17th day of February, 2016.

_____
UNITED STATES DISTRICT JUDGE

1