UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

### O R D E R

Considering the Court's Order granting Motion to Extend Deadline Re: PTO 59(A) filed by Russ M. Herman and Leonard A. Davis of Herman, Herman & Katz, LLC, Plaintiffs' Liaison Counsel in MDL 1657 and Chair of the FCC;

IT IS ORDERED BY THE COURT that the deadline established in paragraph 17 of PTO 59(A) be and is hereby extended from to March 1, 2016, to March 16. 2016.

IT IS FURTHER ORDERED BY THE COURT that the deadline established in paragraph 18 of PTO 59(A) be and is hereby extended from March 11, 2016, to March 25, 2016.

New Orleans, Louisiana, this 19th day of February, 2016.

Eldon E. Fallon
United States District Court Judge