UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | **MDL Docket No. 1657** |
| | * | |
| PRODUCTS LIABILITY | * | **SECTION L** |
| LITIGATION | * | |
| | * | **JUDGE FALLON** |
| This document relates to: | * | |
| | * | **MAGISTRATE JUDGE** |
| *Kathy Gibson, as personal Representative* | * | **KNOWLES** |
| *of Gladys R. Painter v. Merck & Co., Inc.* | * | |
| *06-9812* | * | |
| | * | |

**************************************************************************

## ORDER OF DISMISSAL WITH PREJUDICE

Considering the foregoing Stipulation of Dismissal With Prejudice As to All Defendants filed by plaintiffs,

**IT IS ORDERED** that all claims of all plaintiffs against defendant Merck & Co., Inc. and all other named defendants be and they hereby are dismissed with prejudice, each party to bear its own costs.

**NEW ORLEANS, LOUISIANA**, this _____ day of March, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1201851v1