MINUTE ENTRY
FALLON, J.
MARCH 7, 2015

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>　　　PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *VTE Cases*

A status conference was held on this date with the Honorable Eldon E. Fallon. Lenny Davis, Richard Ghetty, James Lyle, Elizabeth Cabreser, and Dawn Barrios participated on behalf of the Plaintiffs' Fee Committee. The parties discussed the status of the case.

JS10(00:25)