UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX** | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     *Consumer Cases*

## ORDER

**IT IS ORDERED** that this Court's March 7, 2016 Minute Entry (Doc. No. 65332) is hereby **AMENDED** to reflect that the conference related to Consumer Cases, not VTE Cases

New Orleans, Louisiana, this 8th day of March, 2016.

_____
UNITED STATES DISTRICT JUDGE