UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

**MOTION TO EXTEND DEADLINES RE: PTO 59(A)**

NOW COME Russ M. Herman and Leonard A. Davis of Herman, Herman & Katz, LLC, Plaintiffs' Liaison Counsel in MDL 1657 and Chair of the FCC, who request that the Court amend Pre-Trial Order No. 59(A) by extending deadlines as follows:

1. The Court entered Orders on January 27, 2016 [Rec. Doc. 65322] and on February 23, 2016 [Rec. Doc. 65329] extending certain deadlines in PTO 59(A).

2. Movants request that the deadlines in PTO 59(A) be further extended as follows:

    a. Extending the deadline established in paragraph 16 of PTO 59(A) until May 2, 2016;

    b. Extending the deadline established in paragraph 17 of PTO 59(A) until May 18, 2016;

    c. Extending the deadline established in paragraph 18 of PTO 59(A) until May 31, 2016; and

    d. Extending the deadline established in paragraphs 26, 27 and 28 until a later date to be set by the Court at a later time.

1

3.  All of the remaining aspects of PTO 59(A) should remain in full force and effect.

Dated: March 18, 2016                                Respectfully submitted,

                                                     By: /s/ Leonard A. Davis
                                                     Russ M. Herman, Esquire
                                                     Leonard A. Davis, Esquire
                                                     HERMAN, HERMAN & KATZ, LLC
                                                     820 O'Keefe Avenue
                                                     New Orleans, LA  70113
                                                     Phone: (504) 581-4892
                                                     Fax:  (504) 561-6024
                                                     ldavis@hhklawfirm.com
                                                     *Plaintiffs' Liaison Counsel*
                                                     *MDL 1657*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of March, 2016.

                                                     /s/ Leonard A. Davis
                                                     **Leonard A. Davis**