# Exhibit A

| | |
|---|---|
| **From:** | Danny Thomas |
| **To:** | Pistilli, Emily |
| **Cc:** | Horn, Elaine |
| **Subject:** | De-Designation of Merck Documents |
| **Date:** | Thursday, February 25, 2016 3:24:58 PM |
| **Attachments:** | image001.png |
| **Importance:** | High |

Dear Emily-

I am in receipt of your January 5, 2016 letter regarding our December 31, 2015 request that Merck de-designate as confidential any and all Vioxx documents relating to marketing, research, science, studies, testing, production etc. At this point, it is clear that we are unable to agree upon the terms and conditions of disclosure for the material(s) in issue. Therefore, pursuant to PTO 13, this will serve as written notice that our negotiations have ended. It is now your burden to prove the Confidential designation of these documents to the Court.

While we continue to abide by the contention that none of the above-referenced documents are confidential and that you have a burden to prove the Confidential designation of all of these documents to the Court, please first address the confidentiality designation of the following bates ranges:

MRK-01420094346-7186
MRK-01420115559
MRK-01420115573
MRK-01420115583
MRK-AAF0003892-3
MRK-AAU0000039
MRK-ABF0004419-44
MRK-ABH0015578
MRK-ABS0212961-85
MRK-ABW0004799
MRK-ACF0000845-924
MRK-ACF0003784-6
MRK-ACF0005753-67
MRK-ACF0005768
MRK-ACR0009151-2
MRK-ACR0009153
MRK-ACR0009287
MRK-ACR0013883-5
MRK-ACV0026087-91
MRK-ADI0009109-17
MRK-AFH0025852-67
MRK-AFV0210573-77
MRK-AJA0092876-98
MRK-AJA0158347
MRK-AJU0000016

MRK-AOZ0000997-9
MRK-GUE0008582-3
MRK-GUE0017779-812
MRK-NJ0061267
MRK-NJ0070073
MRK-NJ0070074
MRK-NJ0070084
MRK-NJ0120690-92
MRK-NJ0124427-28
MRK-NJ0124436-8
MRK-NJ020994-3
MRK-NJ0209955-73
MRK-NJ0221292-423
MRK-NJ0338430-2
MRK-NJ0363443-5
MRK-PLBAJ0000001-76


Daniel A. Thomas
Shareholder
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, MO 64051
Office: 816-836-5050
Fax: 816-836-8966
Website: www.hfmlegal.com



