# Exhibit B

| | |
|---|---|
| From: | Danny Thomas |
| To: | Pistilli, Emily |
| Cc: | Horn, Elaine; Christy A. Griffin; Nichelle L. Closson |
| Subject: | RE: Egillman |
| Date: | Thursday, December 31, 2015 3:40:26 PM |
| Attachments: | image001.png |

Counsel,

I have reviewed the stipulation signed by Dr. Egilman. Candidly, I think the stipulation is extremely heavy handed on Merck's part but that's neither here nor there. We have additional materials we would like to provide to Dr. Egilman, however, our ability to do so is severely restricted by the Stipulation. Frankly, I personally believe that it is ludicrous that any Merck documents are still confidential. The drug has not been market in over a decade. What are we hiding from the rest of the country? With that being said, pursuant to PTO 13, I am officially requesting that Merck de-designate any and all Vioxx documents relating to marketing, research, science, studies, testing, production, etc. I am not asking for lift the confidential designation of any financial documents or related business contracts with insurance companies, hmo's etc.

Please let me know within 10 days your position.


Daniel A. Thomas
Shareholder
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, MO 64051
Office: 816-836-5050
Fax: 816-836-8966
Website: www.hfmlegal.com





Daniel A. Thomas


**From:** Pistilli, Emily [mailto:EPistilli@wc.com]
**Sent:** Wednesday, December 23, 2015 12:15 PM
**To:** Danny Thomas
**Cc:** Horn, Elaine; Christy A. Griffin; Nichelle L. Closson
**Subject:** RE: Egillman

No problem – here it is.

Emily Renshaw Pistilli
**Williams & Connolly LLP**
725 Twelfth Street, N.W., Washington, DC 20005
(P) 202-434-5652 | (F) 202-434-5029
epistilli@wc.com | www.wc.com/epistilli

---

**From:** Danny Thomas [mailto:DAT@hfmlegal.com]
**Sent:** Wednesday, December 23, 2015 12:50 PM
**To:** Pistilli, Emily
**Cc:** Horn, Elaine; Christy A. Griffin; Nichelle L. Closson
**Subject:** Re: Egillman

I specifically looked for the stip and even contacted liaison counsel and couldn't find it. Would you mind sending it to me please?

Daniel A. Thomas
Humphrey, Farrington & McClain, P.C.
221 West Lexington, Suite 400
Independence, MO 64051
Office: 816-836-5050
Website: www.hfmlegal.com


On Dec 23, 2015, at 11:43 AM, Pistilli, Emily <EPistilli@wc.com> wrote:

> Hi Danny. There is a stipulation that addresses this issue that is available on the MDL docket. It applies to Dr. Egilman in all MDL cases. Let me know if you can't locate it and I can send. To confirm, obviously we won't agree to any deviation from the terms that were stipulated to with Dr. Egilman regarding confidential documents.
>
> Happy holidays.
>
> Emily
>
>
>
> Emily Renshaw Pistilli
> Williams & Connolly LLP
> 725 Twelfth Street, N.W., Washington, DC 20005
> (P) 202-434-5652 | (F) 202-434-5029
> epistilli@wc.com | www.wc.com/epistilli
>
>
> -----Original Message-----
> From: Danny Thomas [DAT@hfmlegal.com]
> Sent: Wednesday, December 23, 2015 12:28 PM Eastern Standard Time
> To: Pistilli, Emily; Horn, Elaine
> Cc: Christy A. Griffin; Nichelle L. Closson
> Subject: Egillman

      I spoke with Emily a couple of weeks ago about how to address the order regarding Dr. Egilman. She was going to check with someone and get back to me. This is very important as we have many documents that need to be reviewed by Dr. Egilman for his opinions in this case. Can someone please let me know who I need to contact? Emily was going to get back to me but I haven't heard anything.

Daniel A. Thomas
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 West Lexington, Suite 400
Independence, Missouri 64051
(816) 836-5050
dat@hfmlegal.com

This message and any attachments are intended only for the addressee and may contain information that is privileged and confidential. If you have received this message in error, please do not read, use, copy, distribute, or disclose the contents of the message and any attachments. Instead, please delete the message and any attachments and notify the sender immediately. Thank you.