# Exhibit C

**Exhibit C**

Table of Documents Identified by Plaintiff Jo Levitt

| Bates Number Provided | Bates Number Corrected | Current Confidentiality Designation | Proposed Confidentiality Designation | Description |
|---|---|---|---|---|
| MRK-01420094346-7186 | MRK-01420094346 – MRK-01420097186 | Not Confidential | Not Confidential | |
| MRK-01420115559 | MRK-01420115559 – MRK-01420115603 | Not Confidential | Not Confidential | |
| MRK-01420115573 | MRK-01420115559 – MRK-01420115603 | Not Confidential | Not Confidential | |
| MRK-01420115583 | MRK-01420115559 – MRK-01420115603 | Not Confidential | Not Confidential | |
| MRK-AAF0003892-3 | MRK-AAF0003892 – MRK-AAF0003893 | Not Confidential | Not Confidential | |
| MRK-AAU0000039 | MRK-AAU0000029 – MRK-AAU0000094 | Confidential | Confidential | A Medical Affairs Policy document regarding adverse experience reporting, which contains un-redacted information regarding other Merck drugs and is therefore confidential. |
| MRK-ABF0004419-44 | MRK-ABF0004419 – MRK-ABF0004444 | Confidential | Confidential | A Vioxx Project Team Meeting Minutes and Agenda discussing a potential use for Vioxx that has not previously been publically disclosed, which is therefore competitively-sensitive scientific information regarding potential research and development projects. |
| MRK-ABH0015578 | MRK-ABH0015578 – MRK-ABH0015578 | Not Confidential | Not Confidential | |

| Bates Number Provided | Bates Number Corrected | Current Confidentiality Designation | Proposed Confidentiality Designation | Description |
|---|---|---|---|---|
| MRK-ABS0212961-85 | MRK-ABS0212961 – MRK-ABS0212985 | Confidential | Confidential | A Vioxx Project Team Meeting Minutes and Agenda discussing a potential use for Vioxx that has not previously been publically disclosed, which is therefore competitively-sensitive scientific information regarding potential research and development projects. |
| MRK-ABW0004799 | MRK-ABW0004799 – MRK-ABW0004799 | Not Confidential | Not Confidential | |
| MRK-ACF0000845-924 | MRK-ACF0000844 – MRK-ACF0001062 | Not Confidential | Not Confidential | |
| MRK-ACF0003784-6 | MRK-ACF0003784 – MRK-ACF0003786 | Not Confidential | Not Confidential | |
| MRK-ACF0005753-67 | MRK-ACF0005753 – MRK-ACF0005767 | Not Confidential | Not Confidential | |
| MRK-ACF0005768 | MRK-ACF0005768 – MRK-ACF0005787 | Not Confidential | Not Confidential | |
| MRK-ACR0009151-2 | MRK-ACR0009151 – MRK-ACR0009152 | Not Confidential | Not Confidential | |
| MRK-ACR0009153 | MRK-ACR0009153 – MRK-ACR0009153 | Not Confidential | Not Confidential | |
| MRK-ACR0009287 | MRK-ACR0009287 – MRK-ACR0009287 | Not Confidential | Not Confidential | |
| MRK-ACR0013883-5 | MRK-ACR0013883 – MRK-ACR0013885 | Not Confidential | Not Confidential | |
| MRK-ACV0026087-91 | MRK-ACV0026087 – MRK-ACV0026091 | Not Confidential | Not Confidential | |
| MRK-ADI0009109-17 | MRK-ADI0009109 – MRK-ADI0009117 | Not Confidential | Not Confidential | |

| Bates Number Provided | Bates Number Corrected | Current Confidentiality Designation | Proposed Confidentiality Designation | Description |
|---|---|---|---|---|
| MRK-AFH0025852-67 | MRK-AFH0025852 – MRK-AFH0025852 | Not Confidential | Not Confidential | |
| | MRK-AFH0025853 – MRK-AFH0025856 | Not Confidential | Not Confidential | |
| | MRK-AFH0025857 – MRK-AFH0025857 | Not Confidential | Not Confidential | |
| | MRK-AFH0025858 – MRK-AFH0025858 | Not Confidential | Not Confidential | |
| | MRK-AFH0025859 – MRK-AFH0025860 | Not Confidential | Not Confidential | |
| | MRK-AFH0025861 – MRK-AFH0025862 | Not Confidential | Not Confidential | |
| | MRK-AFH0025863 – MRK-AFH0025864 | Not Confidential | Not Confidential | |
| | MRK-AFH0025865 – MRK-AFH0025866 | Not Confidential | Not Confidential | |
| | MRK-AFH0025867 – MRK-AFH0025867 | Not Confidential | Not Confidential | |
| MRK-AFV0210573-77 | MRK-AFV0210573 – MRK-AFV0210577 | Not Confidential | Not Confidential | |
| MRK-AJA0092876-98 | MRK-AJA0092876 – MRK-AJA0092898 | Not Confidential | Not Confidential | |
| MRK-AJA0158347 | MRK-AJA0158347 – MRK-AJA0158351 | Not Confidential | Not Confidential | |
| MRK-AJU0000016 | MRK-AJU0000016 – MRK-AJU0000017 | Confidential | Confidential | An email discussion about a doctor who serves as a local thought leader for Merck. This document is confidential because it contains sensitive marketing information, disclosing the identity of and information about a Merck thought leader. |

3

| Bates Number Provided | Bates Number Corrected | Current Confidentiality Designation | Proposed Confidentiality Designation | Description |
|---|---|---|---|---|
| MRK-AOZ0000997-9 | MRK-AOZ0000997 – MRK-AOZ0000999 | Not Confidential | Not Confidential | |
| MRK-GUE0008582-3 | MRK-GUE0008582 – MRK-GUE0008583 | Not Confidential | Not Confidential | |
| MRK-GUE0017779-812 | MRK-GUE0017779 – MRK-GUE0017831 | Not Confidential | Not Confidential | |
| MRK-NJ0061267 | MRK-NJ0061267 – MRK-NJ0061268 | Confidential | *Not Confidential* | |
| MRK-NJ0070073 | MRK-NJ0070073 – MRK-NJ0070073 | Not Confidential | Not Confidential | |
| MRK-NJ0070074 | MRK-NJ0070074 – MRK-NJ0070074 | Not Confidential | Not Confidential | |
| MRK-NJ0070084 | MRK-NJ0070084 – MRK-NJ0070084 | Not Confidential | Not Confidential | |
| MRK-NJ0120690-92 | MRK-NJ0120690 – MRK-NJ0120692 | Not Confidential | Not Confidential | |
| MRK-NJ0124427-28 | MRK-NJ0124427 – MRK-NJ0124428 | Not Confidential | Not Confidential | |
| MRK-NJ0124436-8 | MRK-NJ0124436 – MRK-NJ0124438 | Not Confidential | Not Confidential | |
| MRK-NJ020994-3 | MRK-NJ0209942 – MRK-NJ0209994 | Not Confidential | Not Confidential | |
| MRK-NJ0209955-73 | MRK-NJ0209942 – MRK-NJ0209994 | Not Confidential | Not Confidential | |
| MRK-NJ0221292-423 | MRK-NJ0221292 – MRK-NJ0221423 | Not Confidential | Not Confidential | |
| MRK-NJ0338430-2 | MRK-NJ0338430 – MRK-NJ0338432 | Not Confidential | Not Confidential | |
| MRK-NJ0363443-5 | MRK-NJ0363443 – MRK-NJ0363445 | Not Confidential | Not Confidential | |

4

| Bates Number Provided | Bates Number Corrected | Current Confidentiality Designation | Proposed Confidentiality Designation | Description |
|---|---|---|---|---|
| MRK-PLBAJ0000001-76 | MRK-PLBAJ00000001 – MRK-PLBAJ00000076 | Not Confidential | Not Confidential | |

5