# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * SECTION L |
| | * JUDGE FALLON |
| *This document relates to* | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, 2:06-cv-09757-EEF-DEK | * MAGISTRATE JUDGE KNOWLES |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

### [PROPOSED] ORDER GRANTING DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO MAINTAIN CONFIDENTIAL DOCUMENT DESIGNATIONS UNDER PRETRIAL ORDER 13

Having considered Merck Sharpe & Dohme Corp.'s Motion to Maintain Confidential Document Designations Under Pretrial Order 13, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that all of the documents currently designated as confidential by Merck will maintain that designation under Pretrial Order 13, including the following four documents, identified by Bates number:

(1) MRK-AAU0000029–94

(2) MRK-ABF0004419–44

(3) MRK-ABS0212961–85

(4) MRK-AJU0000016–17.

Although Plaintiff has challenged the designation of thirty-seven (37) other documents, Merck has indicated that thirty-six (36) of those documents were not designated as confidential as of the time of plaintiff's request, and that the thirty-seventh document, MRK-NJ0061267–68, has now been de-designated.

1

**IT IS FURTHER ORDERED** that the designation as confidential of "any and all Vioxx documents relating to marketing, research, science, studies, testing, production etc.," that Merck has continued to designate as confidential as of the date of this order shall be maintained.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE