# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | | |

*************************************************************************

## EX PARTE MOTION TO MOVE THE SUBMISSION DATE ON DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO MAINTAIN CONFIDENTIAL DOCUMENT DESIGNATIONS UNDER PRETRIAL ORDER 13 UNTIL MAY 25, 2016

1. Plaintiff moves this Court to extend the submission date on Defendant Merck Sharp & Dohme Corp.'s Motion to Maintain Confidential Document Designations Under Pretrial Order 13 until May 25, 2016 in order for the parties to adequately brief this issue.

2. Defendant Merck Sharp & Dohme Corp. ("Merck") filed its Motion on March 28, 2016, and noticed its Motion for submission for April 13, 2016.

3. As such, Plaintiff's Opposition to Merck's Motion is currently due on or before Tuesday, April 5, 2016.

4. On March 29, 2016, counsel for Plaintiff sought an extension of the submission date from counsel for Defendant Merck, who agreed to an extension of the submission date until May 25, 2016.

5. This Ex Parte Consent Motion is not made for the purpose of delay, but rather to provide Plaintiff Jo Levitt sufficient time to oppose Defendant Merck's Motion to Maintain Confidential Document Designations Under Pretrial Order 13.

WHEREFORE, Plaintiff Jo Levitt and Defendant Merck jointly request that this Court extend the submission date for Defendant Merck's Motion to Maintain Confidential Document Designations Under Pretrial Order 13 from April 13, 2016 until May 25, 2016, and for such further relief as this Court deems just and proper.

Respectfully submitted,

**HUMPHREY**, **FARRINGTON** & **McCLAIN, P.C.**

*/S/ DANIEL A. THOMAS*
Kenneth B. McClain         MO #32430
Daniel A. Thomas           MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Consent Motion To Move The Submission Date On Defendant Merck Sharp & Dohme Corp.'s Motion To Maintain Confidential Document Designations Under Pretrial Order 13 Until May 25, 2016 has been served on Defense Counsel, Jonathan Williams, and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of April, 2016.

/S/ DANIEL A. THOMAS
Kenneth B. McClain            MO #32430
Daniel A. Thomas              MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**