# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, 2:06-cv-09757-EEF-DEK | * | KNOWLES |

*****************************************************************************

## ORDER

The Court, having considered Plaintiff's Ex Parte Consent Motion To Move The Submission Date On Defendant Merck Sharp & Dohme Corp.'s Motion To Maintain Confidential Document Designations Under Pretrial Order 13 Until May 25, 2016, finds that the same should be GRANTED.

The submission date on Defendant Merck Sharp & Dohme Corp.'s Motion To Maintain Confidential Document Designations Under Pretrial Order 13 is moved from April 13, 2016 until May 25, 2016.

_____        _____
Dated                                                                         Judge