UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**THE PARTIES' JOINT MOTION TO
MODIFY THE SCHEDULING ORDER
TO ALLOW COMPLETION OF EXPERT DISCOVERY**

Plaintiff Jo Levitt and Defendant Merck Sharp & Dohme Corp. jointly move for a modification of the current schedule to allow both parties the opportunity to complete expert discovery. The parties are also requesting a modification of the schedule for the briefing of motions so that any *Daubert* or dispositive motions can be briefed in advance of any motions in limine. The overall extension requested is approximately 2 ½ months. The grounds for relief are explained more fully below.

1.      The parties have completed fact discovery in this case. They have also designated their respective experts and have conducted numerous expert depositions. Under the scheduling order currently in place, the deadline for completing expert discovery is April 22, 2016. The final date noted in the order is a May 31, 2016 deadline for final motions briefing. Rec Doc. 65321.

2.      The parties have been working to attempt to schedule the remaining discovery for this case. The parties have collectively designated a total of nine experts. Five of these experts

have already been deposed, and two more are set to be deposed in April.  Unfortunately, due to the delayed start of a trial in which one of plaintiff's experts is a party (a cardiologist), that expert cannot be deposed until April 26, 2016.  The defense cardiology expert who will be offering rebuttal testimony can be presented for deposition thereafter.  Based on the availability of plaintiff's counsel, this deposition has been scheduled for May 27, 2016.

3.  Furthermore, based on the discovery that has taken place to date, the parties anticipate the filing of several *Daubert* or dispositive motions.  The parties believe that it may be potentially more efficient to allow those motions to be fully briefed in advance of filing any motions in limine.

4.  Counsel have conferred and agreed on the proposed dates set forth below, which will result in a relatively modest extension of the overall schedule. Whereas the final date set in the current CMO is May 31, 2016, the final date set in the proposed Modified CMO is August 16, 2016.

5.  The parties jointly request that the CMO be modified as follows:

| EVENT | CURRENT DATE | *PROPOSED NEW DATE* |
|---|---|---|
| • Close of expert discovery | April 22, 2016 | *May 27, 2016* |
| • Motions deadline for *Daubert* motions and any dispositive motions | May 9, 2016 | *June 13, 2016* |
| • Oppositions to motions | May 20, 2016 | *June 27, 2016* |
| • Reply briefs on motions | May 31, 2016 | *July 14, 2016* |
| • Motions Hearing | TBA | *July 20, 2016 (at or after the regular motions calendar)* |
| • Deadline for Motions *In Limine* | | *July 25, 2016* |
| • Oppositions to motions in limine | | *August 8, 2016* |
| • Reply briefs on motions in limine | | *August 16, 2016* |

2

1203854v1

6. A proposed order is attached.

Dated:  April 7, 2016                                  Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:    504-581-3361

*Defendants' Liaison Counsel*

  —and—

Douglas R. Marvin
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

  —and—

Daniel A. Thomas
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, MO 64051
Office: 816-836-5050
Fax: 816-836-8966

*Attorneys for Plaintiff Jo Levitt*

3

1203854v1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Motion to Modify Schedule has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 7th day of April, 2016.

                                                */s/ Dorothy H. Wimberly*
                                                Dorothy H. Wimberly, 18509
                                                STONE PIGMAN WALTHER WITTMANN L.L.C.
                                                546 Carondelet Street
                                                New Orleans, Louisiana  70130
                                                Phone:  504-581-3200
                                                Fax:     504-581-3361
                                                dwimberly@stonepigman.com

                                                Defendants' Liaison Counsel