UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:** CONSUMER CASES

## ORDER

**IT IS ORDERED** that the Court will hold a status conference concerning the status of the consumer fee committee on Tuesday, May 17, 2016, at 2:00 p.m. This conference will be in person, but interested members of the fee committee may attend telephonically. Telephonic participants shall use the following call-in information: dial (877)-336-1839; access code 4227405; security code 051716.

New Orleans, Louisiana, this 5th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE

1