UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck & Co., Inc.*, | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

**************************************************************************

## ORDER GRANTING MOTION TO MODIFY SCHEDULE

The Court is informed by the parties that scheduling conflicts will prevent expert depositions from concluding by the April 22, 2016 deadline for expert discovery. Considering the foregoing and the parties' request for a modification of deadlines in the above-captioned case,

**IT IS HEREBY ORDERED** that the deadlines in this case are modified as follows:

- **May 27, 2016**:        Close of expert discovery

- **June 13, 2016**:       Deadline for filing *Daubert* motions and any dispositive motions

- **June 27, 2016**:       Responses to motions

- **July 14, 2016**:        Replies in support of motions

- **July 20, 2016** (at or after the regular motions calendar):     Motions Hearing

- **July 25, 2016**:        Deadline for filing Motions *In Limine*

- **August 8, 2016**:     Responses to Motions *In Limine*

- **August 16, 2016**:   Replies in support of Motions *In Limine*

**NEW ORLEANS, LOUISIANA**, this  4th  day of _____May_____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE