# EXHIBIT 1

## Summary of Plaintiff's De-Designation Requests to Date

| Date | Nature of Request | Documents | Citation |
|---|---|---|---|
| Dec. 31, 2015 [†] | Request to de-designate "any and all Vioxx documents relating to marketing, research, science, studies, testing, production, etc." | N/A | Ex. 6 at 1. |
| Feb. 25, 2016 [†] | Request to "address the confidentiality" of specific Bates ranges. | 41 | Ex. 6 at 5. |
| Mar. 29, 2016 | Request to "address the confidentiality" of an attached spreadsheet. | 910 | Ex. 6 at 7; Ex. 7. |
| Mar. 31, 2016 | Request to redact and de-designate specific documents. | 3 | Ex. 6 at 9. |
| Apr. 12, 2016 | Request to de-designate "every document on the attached spreadsheet that is listed as Confidential." | 12,274 (2,978)[‡] | Ex. 6 at 12; Ex. 1. |
| Apr. 14, 2016 | Request to de-designate one page of one document. | 1 | Ex. 6 at 13. |
| May 5, 2016 | Request to de-designate two documents. | 2 | Ex. 6 at 14. |

---

[†] Addressed by pending March 28, 2016 motion (Rec. Doc. 65337).

[‡] In reviewing Plaintiff's request, Merck determined that 4,487 of the documents were designated as confidential. Further analysis revealed duplicates, leaving 2,978 unique confidential documents.