# EXHIBIT 7

| | |
|---|---|
| **From:** | Danny Thomas |
| **To:** | Pistilli, Emily |
| **Subject:** | Merck Documents |
| **Date:** | Tuesday, March 29, 2016 2:26:42 PM |
| **Attachments:** | image001.png |
| | Chart-Vioxx (00559706x9CC31).xlsx |

Dear Emily-

As a follow-up to our February 25, 2016 email, please address the confidentiality designation of the bates ranges in the attached spreadsheet.

In addition, pursuant to paragraph 21 of PTO 13, please provide a listing of all the documents that have had their Confidential Information Designation withdrawn on or before the end of business this Thursday, March 31st. Paragraph 21 requires that a "redesignation shall be accomplished by notifying counsel for each party in writing of such redesignation and simultaneously producing a re-designated copy of such material".

Similarly, paragraph 26 of PTO 13 requires that Defendant provide a confidentiality log that identifies *inter alia*, the confidential status (e.g., "Confidential" or "Non-Confidential") of each document. Defendant shall update the confidentiality log on the first business day of each month. We ask that you comply with this requirement and provide this log on or before the end of business this Thursday, March 31st, and continue to provide updates on a monthly basis per PTO 13.


Daniel A. Thomas
Shareholder
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, MO 64051
Office: 816-836-5050
Fax: 816-836-8966
Website: www.hfmlegal.com







This electronic mail message contains CONFIDENTIAL information which is (a) ATTORNEY - CLIENT PRIVILEGED COMMUNICATION, WORK PRODUCT, PROPRIETARY IN NATURE, OR OTHERWISE PROTECTED BY LAW FROM DISCLOSURE, and (b) intended only for the use of the Addressee(s) named herein. If you are not an Addressee, or the person responsible for delivering this to an Addressee, you are hereby notified that reading, copying, or distributing this message is prohibited. If you have received this electronic mail message in error, please reply to the sender and take the steps necessary to delete the message completely from your computer system.

IRS CIRCULAR 230 DISCLOSURE: Unless expressly stated otherwise, any U.S. federal tax advice contained in this e-mail, including attachments, is not intended or written

by Humphrey, Farrington & McClain, P.C. to be used, and any such tax advice cannot be used, for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service.

|  | A |
|---|---|
| 1 | MRK-MIAA0004155, at 56 |
| 2 | MRK-AID0012816, at 27-28 |
| 3 | MRK-AFK0222697-715 |
| 4 | MRK-ABH0016220 |
| 5 | MRK-ABC0033809 |
| 6 | MRK-ADI0006059 |
| 7 | MRK-ACT0009918 |
| 8 | MRK-ACR0009287 |
| 9 | MRK-AAX0002413, at 17 |
| 10 | MRK-AIU185869, at 6106 |
| 11 | MRK-AEI0002734, at 742, 736-42 |
| 12 | MRK-ACD0064939, at 5109, 946-47, 65116-17, 945, 934-36, 940, 935, 65067, 65071, Table C-6 at 034, Table C-11 at 041-42, 5113, 5143, 5109, 65142 |
| 13 | MRK-AIU0185869, at 6108 |
| 14 | MRK-00420018004, at 015, 032, 108-09, 035-38, 022, 019, 111, Table C-6 at 034, 040, 073-74, 089 |
| 15 | MRK-ABK0456845, at 859, 923, 864, 865, 846, 861-99, 900-59, 937-54, 919-25, 965, 954-57, 945-51, 859, 917, 854 |
| 16 | MRK-LEH0058311 |
| 17 | MRK-ABH0016220 |
| 18 | MRK-ACR00009287 |
| 19 | MRK-ABK0460838, at 38, 47, 51, 63, 47-48, Table 6 at 55, Table 4 at 51, 56, Table 7 at 57, 60, 61, 63-64, 65, Figure 3 at 49, Tables 2-3 at 47-48, 83, 30 |
| 20 | MRK-ABK0460838, at 63 |
| 21 | MRK-ABK0460838, at 55 |
| 22 | MRK-AFO0288987, at 993-94 |
| 23 | MRK-00420018004, at 43-44, Table C-4 at 029, Table C-5 at 031, Table C-6 at 034, 028-29, 32, 093-94, 015, 012, 013, 078, 85-86 |
| 24 | MRK-00420018281, at 83 |
| 25 | MRK-AFL0000891, at 91-92 |
| 26 | MRK--00420018004, at 022 |
| 27 | MRK-AEG0037638, at 38 |
| 28 | MRK-AJK0010752, at 5 |
| 29 | MRK-AJK0010752, at 5 |
| 30 | MRK-ADY0002799 |
| 31 | MRK-AHN0014891 |
| 32 | MRK-ABI0002231-32 |
| 33 | MRK-ABI0003228-30 |
| 34 | MRK-AAF0007777, at 77, 79, 82, 83 |
| 35 | MRK-AFT0007691-99 |
| 36 | MRK-AFT0007691, at 94, 91-99 |
| 37 | MRK-AFT0007691, at 700-40 |
| 38 | MRK-ABI0003228, at 28 |

| | A |
|---|---|
| 39 | MRK-AFT0007691, at 94-95 |
| 40 | MRK-AFT0007691, at 95 |
| 41 | MRK-AAF0007880, at 82, 89, 80-93 |
| 42 | MRK-AAF0007894, at 94 |
| 43 | MRK-NJ0124427, at 27-28 |
| 44 | MRK-NJ0206001, at 06-07 |
| 45 | MRK-AGV0043414-18 |
| 46 | MRK-ABS0399414-31 |
| 47 | MRK-ABS0399398-412 |
| 48 | MRK-ABS0326111, at 185, 197 |
| 49 | MRK-AGE0000593-600 |
| 50 | MRK-ACR0009287 |
| 51 | MRK-ABW0005624 |
| 52 | MRK-PRL0000251, at 54 |
| 53 | MRK-ADW0081756, at 56 |
| 54 | MRK-14640003746-48 |
| 55 | MRK-AFI0004750-96 |
| 56 | MRK-AFI00044569 |
| 57 | MRK-ALE0009615-43 |
| 58 | MRK-AFF0000040, at 40 |
| 59 | MRK-AEO0029517 |
| 60 | MRK-AGO0069292 |
| 61 | MRK-I8940100962, at 82 |
| 62 | MRK-S0420050740, at 774, 778, 757, 773 |
| 63 | MRK-AFN0110064, at 64, 65 |
| 64 | MRK-AFO0300152, at 54 |
| 65 | MRK-AAD0200169, at 94 |
| 66 | MRK-ARQ0007271 |
| 67 | MRK-ASW0005632, at 33 |
| 68 | MRK-AFN0110067 |
| 69 | MRK-AFN0110064 |
| 70 | MRK-S0420112195, at 217, 219, 228, Figure B5 at 230 |
| 71 | MRK-S0420112019, at 19 |
| 72 | MRK-ARQ0002293, at 96 |
| 73 | MRK-S040112195, Table B14 at 233, Table B7 at 233 |
| 74 | MK-STK0000500 |
| 75 | MK-STK0000470 |
| 76 | MRK-AFJ0008607, at 07 |
| 77 | MK-STK0000469 |
| 78 | MRK-AAF0001061 |
| 79 | MRK-NJ0206001, at 08 |
| 80 | MRK-AAL0000008 |
| 81 | MRK-ACB0019501, at 01 |
| 82 | MRK-AAF0006422, at 22 |
| 83 | MRK-AKU0043439, at 39 |
| 84 | MRK-AAF0006538-41 |

| | A |
|---|---|
| 85 | MRK-ABX0036986, at 86, MRK-ABX0036985 |
| 86 | MRK-ADI0008881 |
| 87 | MRK-NJ0189446 |
| 88 | MRK-PRL0000258 |
| 89 | MRK-99420021414, at 22 |
| 90 | MRD-00420018112, at 13 |
| 91 | MRK-ABS0230444, at 45 |
| 92 | MRK-ABS0144493, at 93, 94 |
| 93 | MRK-ABS0111151, at 51 |
| 94 | MRK-ABY0018616 at 616 |
| 95 | MRK-AAO0000001, at 04, 03, 09, 11-12, 06, 13, 25, 28, 29, 30, 31 |
| 96 | MRK-AGN00006017, at 23, 27-28, 34, 52, 36, 40-41, 43 |
| 97 | MRK-NJ0220388, at 406, 96-97, 412, 426, 420, 419, 429-30, 451 |
| 98 | MRK-AAO0000035, at 37-38 |
| 99 | MRK-ABC0011360, at 61 |
| 100 | MRK-OS420000310, at 316 |
| 101 | MRK-AAF0000001/2 |
| 102 | MRK-NJ0142930 |
| 103 | MRK-AHY0195179, at 194 |
| 104 | MRK-0S420068190, at 206; MRK-0S420073347, at 363: MRK-ACP0008150, at 163 |
| 105 | MRK-NJ0251876, at 878, 902 |
| 106 | MRK-AAF0001646, at 657, 870-71, 960, 811, 805, 819-820, 875, 876-79, 893, 899, 908, 752, 825-26, 765, 834-35, 837-38, 934-35, 872 |
| 107 | MRK-OS420000214, at 390; MRK-OS420000310, at 390 |
| 108 | MRK-ADI0005375, at 448, 486, 390, 487 |
| 109 | MRK-99420021411, at 412 |
| 110 | MRK-ABC0014423, at 4435, 434, 427, 430-31 |
| 111 | MRK-OS20040927, at 41559-564, 1605, 1254 |
| 112 | MRK-NJ0258901, at 05, 905 |
| 113 | MRK-NJ0258901, at 906, 907 |
| 114 | MRK-ABC0031705, at 716-17, 708, 707, 711 |
| 115 | MRK-ABK0290822, 711 |
| 116 | MRK-AAX0002413, at 413-14, 20, 416, 417-18, |
| 117 | MRK-I8940044441, at 444 |
| 118 | MRK-NJ0315893, at 93 |
| 119 | MRK-NJ0315839, at 842, 859 |
| 120 | MRK-NJ0315893, at 93 |
| 121 | MRK-NJ0315892, at 92 |
| 122 | MRK-ABS0187559, at 581, 580, 563 |
| 123 | MRK-OS420045657, at 682-83; MRK-AHY0195179, at 204-205; MRK-ADB0010513, at 540; MRK-OS420068190, at 218; MRK-OS420073347, at 375; MRK-NJ0007702, at 728 |

|     | A |
| --- | --- |
| 124 | MRK-ABP0001039, at 042 |
| 125 | MRK-AAF0000837, at 37, 838, 39; MRK-I8940040477, at 77 |
| 126 | MRK-AFT0000792, at 92 |
| 127 | MRK-ABC0017484 |
| 128 | MRK-NJ0362711, at 723 |
| 129 | MRK-NJ0317338 |
| 130 | MRK-NJ0317339, at 39, 40 |
| 131 | MRK-AGO0002246, at 46, at 2269-70, 256, 260; MRK-AGO0002456, at 2692-93, 562 |
| 132 | MRK-I8940044483, at 483, 484 |
| 133 | MRK-NJ0162361, at 370 |
| 134 | MRK-ACZ0029498, at 498, 99 |
| 135 | MRK-NJ0017215, at 21, 22  MRK-NJ0017214, at 14 |
| 136 | MRK-NJ0260083, at 83 |
| 137 | MRK-ABP0002463, at 70 |
| 138 | MRK-ABC0009243, at 43 |
| 139 | MRK-NJ0017825, at 26 |
| 140 | MRK-ADL0001533, at 33 |
| 141 | MRK-ABK0297300 |
| 142 | MRK-ABK0311070, at 70, 71 |
| 143 | MRK-NJ0017604, at 04 |
| 144 | MRK-NJ0017610, at 10 |
| 145 | MRK-ABC0002119, at 19 |
| 146 | MRK-NJ0150141, at 41 |
| 147 | MRK-ABC0002157, at 57 |
| 148 | MRK-NJ0150142, at 42 |
| 149 | MRK-ABS0037036, at 40, 39-40 |
| 150 | MRK-NJ0272249, at 67-69, 252, 258, 61, 50, 57, 56, 64, 66, 62, 65, 58 |
| 151 | MRK-ABP0002463, 470 |
| 152 | MRK-ABP0002676 |
| 153 | MRK-ABP0002655, at 59 |
| 154 | MRK-ABI0001450, at 50 |
| 155 | MRK-AGV0134095, at 05 |
| 156 | MRK-NJ0215083, at 161 |
| 157 | MRK-ABI0001223, at 23 |
| 158 | MRK-ABI0001586, at 86 |
| 159 | MRK-ABH0014364, at 64 |
| 160 | MRK-AGG0002839, at 839, 842-43, 847-48, 858-867, 868 |
| 161 | MRK-ABH0014093, at 93 |
| 162 | MRK-ABC0002119, at 19 |
| 163 | MRK-ACV0020570, at 76, 618, 574, 573, 576, 587, 606, 576-77 |
| 164 | MRK-ABP0003616, at 22-23 |
| 165 | MRK-AFO0023534, at 34 |
| 166 | MRK-ABP0003649, at 63-64 |

| | A |
|---|---|
| 167 | MRK-AJA0071487, at 87 |
| 168 | MRK-ABS0209917, at 17 |
| 169 | MRK-I8940042886, at 932 MRK-AAD0009576, at 76 |
| 170 | MRK-AAF002256- 57; MRI-I8940053317, at 321, 366-67, 409 |
| 171 | MRK-ABP0004935, at 39 |
| 172 | MRK-ABP0005034-61 |
| 173 | MRK-ACV0020567, at 67  MRK-ACV0020568, at 68 |
| 174 | MRK-AFO0023534, at 35 |
| 175 | MRK-NJ0083053, at 57, 59, 56, 73-74 |
| 176 | MRK-ACV0020568, at 68 |
| 177 | MRK-NJ0120180, at 81-82 |
| 178 | MRK-NJ0120174, at 74, 76, 75 |
| 179 | MRK-AJA0128613, at 14 |
| 180 | MRK-NJ0120261, at 61 |
| 181 | MRK-ACD0021447, at 47 |
| 182 | MRK-NJ0121093 |
| 183 | MRK-NJ0120172, 72, 62 |
| 184 | MRK-ABC0037091, at 92, 93 |
| 185 | MRK-ABC0006422-25 |
| 186 | MRK-ABC0002155, at 55 |
| 187 | MRK-ABC0006396, at 402 |
| 188 | MRK-ABC0006410-15, 14 |
| 189 | MRK-ABH0014002, at 02 |
| 190 | MRK-NJ0017825, at 26 |
| 191 | MRK-ADL0001407, at 07 |
| 192 | MRK-NJ0184716, at 16 |
| 193 | MRK-ADL0001344, at 44-45 |
| 194 | MRK-ABK0311068, 68 |
| 195 | MRK-NJ0051533, at 33 |
| 196 | MRI-ABA0004509, at 509  MRK-ABA0004507, 507 |
| 197 | MRK-ABA0004522 at 522  MRK-ABA0004507, at 507 |
| 198 | MRK-NJ0056416, at 16 |
| 199 | MRK-OS420123665, at 66 |
| 200 | MRK-ABK0442001, at 001, 267, 274, 266-274 |
| 201 | MRK-ADI0023673, at 73 |
| 202 | MRK-ADI0023670, at 70-72 |
| 203 | MRK-NJ0017231, at 31 |
| 204 | MRK-NJ0017235, 36 |
| 205 | MRK-NJ0017236, at 36 |
| 206 | MRK-OS420123664, at 66 |
| 207 | FITZG-002564, at 64 |
| 208 | MRK-NJ0017792, at 92 |
| 209 | MRK-NJ0002566, at 66 |
| 210 | MRK-NJ0002571, at 77-79, 79-80, 80-81 |
| 211 | MRK-NJ0002569, at 69  MRK-NJ0002566, at 66 |

| | A |
|---|---|
| 212 | MRK-NJ0002795, at 799-800, 802  MRK-NJ0002792, at 92 |
| 213 | MRK-NJ0017864, at 66, 76, 79  MRK-NJ0017863 |
| 214 | MRK-NJ0017240, at 40 |
| 215 | MRK-NJ0017640, at 40 |
| 216 | MRK-NJ0017635 |
| 217 | MRK-NJ0017640, at 40 |
| 218 | MRK-NJ0002689, at 89 |
| 219 | MRK-NJ0017824, at 24 |
| 220 | FITZG-002563, at 63 |
| 221 | FITZG-002559, at 59 |
| 222 | MRK-ABK0296749, at 49, 49-50, 53, 60-61 |
| 223 | MRK-ABK0297050, at 50 |
| 224 | MRK-AAZ0009103 |
| 225 | MRK-ABK0296720, at 20. 730-31; MRK-ABK0296719 |
| 226 | MRK-NJ0017381, at 81 |
| 227 | MRK-NJ0017382; MRK-NJ0017381 |
| 228 | FITZG-002545, at 45 |
| 229 | FITZG-002544-45 |
| 230 | FITZG-002544, at 44 |
| 231 | FITZG-002533, at 33 |
| 232 | MRK-NJ0017318, at 18 |
| 233 | MRK-ACP0003359, at 78 |
| 234 | MRK-ABH0017413; MRK-ABH0017412 |
| 235 | MRK-ABH0017845; MRK-ABH0017843 |
| 236 | MRK-NJ0249214; MRK-NJ0249213 |
| 237 | MRK-ACV0021118 |
| 238 | MRK-ABH0017412 |
| 239 | MRK-00420018004, at 029 |
| 240 | MRK-ABH0004600-04 |
| 241 | MRK-NJ0189563 |
| 242 | MRK-ABH0017391-96; MRK-ABH0017387 |
| 243 | |
| 244 | MRK-S007153, at 53 |
| 245 | MRK-ACV0020238-39 |
| 246 | MRK-ACV0020241 |
| 247 | MRK-ACV0021120-24 |
| 248 | MRK-OS420041255-57 |
| 249 | MRK-OS420045657, at 787-93 |
| 250 | MRK-ABT0022723-25 |
| 251 | MRK-ACV0021121 |
| 252 | MRK-ACV0021124 |
| 253 | MRK-ABC0024734, at 35, 36 |
| 254 | MRK-00420011608-2525, 635 |
| 255 | MRK-00420016832-7826, 860, 947, 946, 978 |

| | A |
|---|---|
| 256 | MRK-ACO0025799, at 822-32; MRK-ABK0457094, at 111, 119-20, 125, 130, 127, 105-07, 114, 127-28, 108, 130, 121, 125-26, 99 |
| 257 | MRK-ABK0429224-0819 |
| 258 | MRK-01420019426, at 475, 433, 86. 33, 44, 48, 53, 58, 62, 30, 39, Figure 1 at 38, 37, 59, Table 2 at 39, 28, 64 |
| 259 | MRK-ACV0019352-57, 53; MRK-ACV0021089-93 |
| 260 | MRK-NJ0121002, at 02 |
| 261 | MRK-ACF0001827, at 31 |
| 262 | MRK-00420018004, at 43-44, Table C-4 at 029, Table C-5 at 031 |
| 263 | MRK-NJ0121195, at 96 |
| 264 | MRK-NJ0121195, at 95 |
| 265 | MRK-ACW0008363, at 8369 |
| 266 | MRK-ACV0019364 |
| 267 | MRK-00420018281-83 |
| 268 | MRK-ABH0017432 |
| 269 | MRK-ACV0002739 |
| 270 | MRK-ABH0017496-99;  MRK-ABH0017495 |
| 271 | MRK-ABT0030123 |
| 272 | MRK-NJ0153145 |
| 273 | MRK-MIAA0000181, at 94 |
| 274 | MRK-ABK0026349, at 6391, 6411, 7058, Table 22 at 411, Table 11 at 391, Table 22 at 411 |
| 275 | MRK-ABH0017386 |
| 276 | MRK-NJ0284590 |
| 277 | MRK-ACT0022296 |
| 278 | MRK-ABH0017410 |
| 279 | MRK-ABD0001992 |
| 280 | MRK-ACF0009163, at 65 |
| 281 | MRK-NJ0122464-65 |
| 282 | MRK-ADY0001727 |
| 283 | MRK-NJ090377, at 85 |
| 284 | MRK-ABH0017608, at 40;  MRK-ABH--17607 |
| 285 | MRK-ABT0022799 |
| 286 | MRK-ACV002740-42 |
| 287 | MRK-ABI0002269, at 2281, 2282, 270, 275 |
| 288 | MRK-ACW0007119 |
| 289 | MRK-AAX0002474;  MRK-AAX0002468 |
| 290 | MRK-ABK0460834 |
| 291 | MRK-AAX0002469-71 |
| 292 | MRK-ABD0001819, at 21 |
| 293 | MRK-ABD0001817 |
| 294 | MRK-ABD0001817 |
| 295 | MRK-ABD0001817 |
| 296 | MRK-AAX0002468 |

| | A |
|---|---|
| 297 | MRK-ACV0020948 |
| 298 | MRK-ABK0460834 |
| 299 | MRK-ACV0020949 |
| 300 | MRK-AAX0002473 |
| 301 | MRK-ADJ0038143, at 43, 47, 49, 46, 47-48 |
| 302 | MRK-ACV0020980, at 81, 80 |
| 303 | MRK-ADI0022583-87 |
| 304 | MRK-AKO0002522-23 |
| 305 | MRK-AAX0002432-45 |
| 306 | MRK-NJ0281753-54 |
| 307 | MRK-NJ0281753-63 |
| 308 | MRK-ABD0001756; MRK-ABD0001757-62 |
| 309 | MRK-ABK0130807-18 |
| 310 | MRK-ACW0007119 |
| 311 | MRK-NJ0281738 |
| 312 | MRK-AAX0002439-45 |
| 313 | MRK-ABD0001757, 57-58 |
| 314 | MRK-AAR0007265, at 68, 73, 65-66, 70, 74, 72-74, 67 |
| 315 | MRK-ADJ0039141-42 |
| 316 | MRK-ACX0011216-18, 17 |
| 317 | MRK-ACX0011200-02, 01 |
| 318 | MRK-ACX0011196; MRK-ACS0011195 |
| 319 | MRK-ADI0018814 |
| 320 | MRK-ABI0005074 |
| 321 | MRK-NJ0243297, at 297, 297-397, 309, 310 |
| 322 | MRK-AAF0000678, at 78-79 |
| 323 | MRK-NJ0364020, at 25-26, 31-32, 33 |
| 324 | MRK-AAF0000756, at 58 |
| 325 | MRK-ABC0013670, at 74 |
| 326 | MRK-AAD0025753, at 53-5, 53-78, 68, 66 |
| 327 | MRK-ABP0003190, at 201 |
| 328 | MRK-ADY0001642 |
| 329 | MRK-ABS0294775, at 76 |
| 330 | MRK-ABP0004244, at 45, 46 |
| 331 | MRK-MIAA0000033-68 |
| 332 | MRK-ABS0210805, at 05, 06 |
| 333 | MRK-ABH0014119 |
| 334 | MRK-ADF0005371, at 71 |
| 335 | MRK-ABL0000434, at 34 |
| 336 | MRK-ABS0210796, at 96 |
| 337 | MRK-AAF0001098, at 99 |
| 338 | MRK-I8940054839-990, 850, 919, 844, 86-62, 856, 94, 883-87, 890, 902 |
| 339 | MRK-00420014114 |
| 340 | MRK-NJ0083224, at 27 |
| 341 | MRK-NJ0350519, at 21 |

| | A |
|---|---|
| 342 | MRK-ABC0017293;  MRK-ABC0017294, at 94 |
| 343 | MRK-ACD0047936, at 37, 42, 41 |
| 344 | MRK-NJ0244528, at 29 |
| 345 | MRK-AGV0021568, at 70 |
| 346 | MRK-NJ0253938, at 41 |
| 347 | MRK-AAD0003864, at 956, 937, 977; MRK-AAD0003859 |
| 348 | MRK-ACD0078494, at 50 |
| 349 | MRK-AIP0013834, at 36 |
| 350 | MRK-ABP0010825, at 27; MDK-ABP0010793 |
| 351 | MDK-I8940044553, at 53 |
| 352 | MDK-I8940044560, at 60 |
| 353 | MRK-AAF0003438, at 469, 536, 513, 515, 442-62, 464-508, 508-34, 534-65, 565-681 |
| 354 | MRK-ABK0480699;  MRK-ABK0480671 |
| 355 | MRK-ABS0210797, at 97;  MRK-ABS0210796 |
| 356 | MRK-NJ0258639, at 39 |
| 357 | MRK-NJ0233948, at 67 |
| 358 | MRK-NJ0243243 |
| 359 | MRK-ACP0003360, at 60, 68;  MRK-ACP0003359 |
| 360 | MRK-AAX0002763 |
| 361 | MRK-00420012526, at 45, 12526-16831, 792, 739, 792, 744 |
| 362 | MRK-ECO50004, at 19 |
| 363 | MRK-AAX0002588, at 88 |
| 364 | MRK-NJ0130083, at 83 |
| 365 | MRK-NJ0234034, at 41, 51; MRK-NJ0233947 |
| 366 | MRK-NJ0244603, at 07;  MRK-NJ0244602, at 607 |
| 367 | MRK-NJ0234115, at 19 |
| 368 | MRK-NJ0234144, at 49-50;  MRK-NJ0233947 |
| 369 | MRK-NJ0234124, at 36;  MRK-NJ0233947 |
| 370 | MRK-NJ0234021, at 22 |
| 371 | LEH0023588, at 88-90 |
| 372 | MRK-AIX0011566, at 576 |
| 373 | MRK-AAU0000029, at 42, 57-58 |
| 374 | MRK-NJ0093401, at 405, 451 |
| 375 | MRK-ABS0299996, at 98 |
| 376 | MRK-ADY0001727 |
| 377 | MRK-AAU0000001, at 06-07, 05 |
| 378 | MRK-NJ0350519, at 21, 29 |
| 379 | MRK-GAR0001751-52 |
| 380 | MRK-NJ0067528, at 34, 32 |
| 381 | MRK-NJ0092968, at 68, 69-70, 75 |
| 382 | MRK-GAR0001749, at 50 |
| 383 | MRK-GAR0001747, at 48 |
| 384 | MRK-AFL0000899, at 99-00 |
| 385 | MRK-NJ0092980 |
| 386 | DJB04135 |

| | A |
|---|---|
| 387 | DJB04136, at 203-05;  DJB04135 |
| 388 | MRK-GAR0001744-45 |
| 389 | MRK-AAB0103959, at 995 |
| 390 | MRK-AFL0000889-90 |
| 391 | MRK-NJ0101555, at 81-82 |
| 392 | MRK-NJ0101706-64, 20 |
| 393 | MRK-AAB0086001, at 02, 03;  MRK-AAB0086000 |
| 394 | MRK-NJ0071311 |
| 395 | MRK-NJ0120263-64 |
| 396 | MRK-ABT0022643 |
| 397 | MRK-AAX0002763 |
| 398 | MRK-NJ0067266, at 66 |
| 399 | MRK-NJ0120690 |
| 400 | MRK-ABT0022643 |
| 401 | MRK-NJ0120261, at 62 |
| 402 | MRK-AAX0002912 |
| 403 | MRK-NJ0120258 |
| 404 | MRK-NJ0071309 |
| 405 | MRK-ACG0000457 |
| 406 | MRK-NJ0125295, at 95 |
| 407 | MRK-NJ0120249, at 49, 50 |
| 408 | JDN01750, at 50 |
| 409 | MRK-ABT0022805, at 03-05 |
| 410 | MRK-00420027870, at 70072 |
| 411 | MRK-NJ0120251 |
| 412 | MRK-AFO0145078 |
| 413 | MRK-NJ0120742 |
| 414 | MRK-NJ0120741 |
| 415 | MRK-ACD0080194 |
| 416 | MRK-AAX0002628, at 628, 719, 720 |
| 417 | MRK-ACG0001656, at 56 |
| 418 | MRK-ACG0000364, at 375-77, 376-77 |
| 419 | MRK-I8940053317, at 411 |
| 420 | MRK-NJ0120992 |
| 421 | MRK-AAX0002965 |
| 422 | LEH0023591, at 92 |
| 423 | MRK-NJ0130084-87 |
| 424 | MRK-NJ130083 |
| 425 | MRK-AAX0002736, at 36 |
| 426 | MRK-NJ0120769 |
| 427 | MRK-NJ0121344, at 44 |
| 428 | MRK-AAX0001417-29, 21 |
| 429 | MRK-AJK0005387-401 |
| 430 | MRK-00420027876, Table 9 at 896; MRK-00420027870, Table 9, at 896, 895, 887-89, 891-93, 895-97, 904-09, 903, Table 19 at 904-05 |

| | A |
|---|---|
| 431 | MRK-AJK0005396, 401;  MRK-AJK0005387; MRK-AJK0005397 |
| 432 | MRK-AGN00006490, at 502-03 |
| 433 | MRK-NJ0249222;  MRK-NJ0249213 |
| 434 | MRI-AJK0005401; MRK-AJK0005387 |
| 435 | MRK-NJ0122865, at 66 |
| 436 | MRK=AAB0103832, at 43, 48 |
| 437 | MRK-AJA0119085-87; MRK-AJA0119086-87 |
| 438 | MRK-NJ0272442 |
| 439 | MRK-ABC0022825. at 53, 59, 45-51, 62-68, 71,74, 75 |
| 440 | MRK-AAX0004179, at 183, 184-88 |
| 441 | MRK-AHY0192002, at 02, 03 |
| 442 | MRK-AHY0192004-09;  MRK-AHY0192000 |
| 443 | MRK-AFI0105358 |
| 444 | MRK-ABA0029566, at 83-84, 87-88; MRI-ABA0029565 |
| 445 | MRK-ADI0014487-89 |
| 446 | MRK-ADK-000794-97 |
| 447 | MRK-ACZ0020795 |
| 448 | MRK-NJ0320174, at 74 |
| 449 | MRK-ADI0008240 |
| 450 | MRK-NJ0320180 |
| 451 | MRK-EC030592-94;  MRK-EC030590 |
| 452 | MRK-ABK0052046 |
| 453 | MRK-ABK0080762, at 67, 75, 76; MRK-ABK0080760 |
| 454 | MRK-ABK0104367-68 |
| 455 | MRK-ADL0082197 |
| 456 | MRK-ABK0496096-123; MRK-ABK0496027 |
| 457 | MRK-EC030600, at 03-04 |
| 458 | MRK-ABK0431530, at 34-36 |
| 459 | MRK-AFI0019546, at 46 |
| 460 | MRK-ABK0116717-18 |
| 461 | MRK-ABK0127529 |
| 462 | MRK-AFI0184899 |
| 463 | MRK-AFI0185024 |
| 464 | MRK- ABK0165902-914;  MRK-ABK0165901 |
| 465 | MRK-ABK0307693, at 723-24 |
| 466 | MRK-ABO0000250, at 51 |
| 467 | MRK-ABO0000250. at 51; MRK-S006808-09 |
| 468 | MRK-AAD0019783-809 |
| 469 | MRK-AAD0019335-36 |
| 470 | MRK-NJ0163720-29 |
| 471 | MRK-AAB0009785-86, 95 |
| 472 | MRK-NJ0245617 |
| 473 | MRK-NJ0123258-60 |
| 474 | MRK-NJ0245675 |
| 475 | MRK-NJ0245667-70 |

| | A |
|---|---|
| 476 | MRK-NJ0070478-79 |
| 477 | MRK-NJ0246697 |
| 478 | MRK-AAD0019337, at 52-54; MRK-AAD0019335-36 |
| 479 | MRK-NJ0245917, at 36 |
| 480 | MRK-AFO0014726, at 32, 29, 34, 30 |
| 481 | MRK-AAB0103574, at 618-19, 589 |
| 482 | MRK-00420012526, Table 54 at 711, 679-715, 736-51, 675, 787, 794 |
| 483 | MRK-AAB0009797, at 811-12; MRK-AAB0009785-86 |
| 484 | MRK-AAD0019783, at 797-98 |
| 485 | MRK-NJ0245793, at 807 |
| 486 | MRK-NJ0163723;  MRK-NJ0163720-22 |
| 487 | MRK-AAB0009790-91, 95-96; MRK-AAB0009785-86 |
| 488 | MRK-NJ0246698, at 708, 732, 734; MRK-NJ0246697 |
| 489 | MRK-NJ0163725, at 26; MRK-NJ0163720-22 |
| 490 | MRK-AAD0407384, at 85 |
| 491 | MRK-ACR0011965-66 |
| 492 | MRK-00420027870, Tables 19, 20 at 904-09 |
| 493 | MRK-ADI0008060, at 60 |
| 494 | MRK-ABG0001775-78 |
| 495 | MRK-ABH0017410 |
| 496 | MRK-ACT0001005, at 06 |
| 497 | MRK-ABY0063883, at 85, 86, 89-96 |
| 498 | MRK-ABP0014706, at 13 |
| 499 | MRK-ABY0084918 |
| 500 | MRK-AEF0000847 |
| 501 | MRK-ABY024265, at 69 |
| 502 | MRK-ABY0024264 |
| 503 | MRK-ABY0024620 |
| 504 | MRK-NJ0125109, at 10 |
| 505 | MRK-AAF0003431-32 |
| 506 | MRK-ABK0323031-90 |
| 507 | MRK-ABK0323030 |
| 508 | MRK-ACT0027789, at 91-93 |
| 509 | MRK-ABH0016221 |
| 510 | MRK-ABO0000442-45 |
| 511 | MRK-ABO0000441 |
| 512 | MRK-ADL0080843, at 849 |
| 513 | MRK-AAF0002836-39 |
| 514 | MRK0NJ0123054 |
| 515 | MRK-NJ0123055, at 60 |
| 516 | MRK-AJA0070486, at 93 |
| 517 | MRK-AFO0007496-97 |
| 518 | MRK-AAD0046159 |
| 519 | MRK-AAD0046159 |
| 520 | MRK-ACF0008675, at 76-78 |

| | A |
|---|---|
| 521 | MRK-AAD0046160;  MRK-AAD 0046159 |
| 522 | MRK-AFO0007496 |
| 523 | MRK-AAC0142396, at 98 |
| 524 | MRK-NJ0363443, at 44-45 |
| 525 | MRK-AFO0014724 |
| 526 | MRK-NJ0124428 |
| 527 | MRK-NJ0070140 |
| 528 | MRK-AFV0341733, at 52 |
| 529 | MRK-NJ0070364-416, 74, 82, 90, 95, 96 |
| 530 | MRK-AAB0007792, at 793, 796, 800, 826-828, 843-846 |
| 531 | MRK-NJ0272583 |
| 532 | MRK-AFT0011242; MRK-AFT0011238 |
| 533 | MRK-AFT0011240 |
| 534 | MRK-AFT0011239 |
| 535 | MRK-NJ0070142, at 42-44 |
| 536 | MRK-NJ0152895, at 96 |
| 537 | MRK-ACF0000564-66 |
| 538 | MRK-YAD0000004 |
| 539 | MRK-NJ0085505, at 05 |
| 540 | MRK-ACF0009163, at 65-66, 64 |
| 541 | MRK-AAX0001173 |
| 542 | MRK-AAJ0000267, at 68, 74, 73 |
| 543 | MRK-AAI0000061, at 64, 93, 94, 61 |
| 544 | MRK-ABG0000443, at 43 |
| 545 | MRK-AAI0000125, at 27-28, 37, 34 |
| 546 | MRK-ABS0194661, at 63, 62, 64 |
| 547 | MRK-AAI0000001, at 05 |
| 548 | MRK-ABI0001770, at 780; MRK-ABI0001779, at 80 |
| 549 | MRK-ABI0001556, at 56 |
| 550 | MRK-AGN00006017, at 023 |
| 551 | MRK-ABH0014114, at 14 |
| 552 | MRK-ABI0000751 |
| 553 | MRK-ABI0001779 |
| 554 | MRK-ADN0010613, at 613, 614 |
| 555 | MRK-NJ0362711, at 12 |
| 556 | MRK-AFL0009900, at 900 |
| 557 | MRK-ACD0072636 |
| 558 | MRK-ABS0109427, at 9612 |
| 559 | MRK-ADH--1-624 |
| 560 | MRK-AGN00006109;  MRK-AGN00006094, at 95, 100 |
| 561 | MRK-AGN00007170, at 187 |
| 562 | MRK-ABG0000204 |
| 563 | MRK-ACD0077169, at 69 |
| 564 | MRK-AAF0001137, at 37 |
| 565 | MRK-AFI0162152 |
| 566 | MRK-ECNDA0298, 299-300, 301, 302 |

| | A |
|---|---|
| 567 | MRK-AAF0000678, at 78-79 |
| 568 | MRK-GUE0051593, at 602 |
| 569 | MRK-ABP0003190, at 200 |
| 570 | MRK-ABH0015584, at 91;  MRK-ABH0015583 |
| 571 | MRK-AAF0000655-70 |
| 572 | MRK-ADI0005375, at 448, 479 |
| 573 | MRK-02420000001, at 01 |
| 574 | MRK-ACD0077167, at 469, 334 |
| 575 | MRK-OS420000033, 34-37 |
| 576 | MRK-OS4200039875, at 876-92, 885-91 |
| 577 | MRK-OS420000230, at 62, 64, 70-72, 76, 77 |
| 578 | MRK-ACD0078494, at 504, 505, 516 |
| 579 | MRK-AAF0002055, at 062;  MRK-AAF0002054 |
| 580 | MRK-OS420040927, at 1254, 1513, 1255-1257, 1425-26 |
| 581 | MRK-99420003584, at 84-85 |
| 582 | MRK-ACD0069211-49, 23 |
| 583 | MRK-AAF0001101, at 01 |
| 584 | MRK-OS420123664, at 66 |
| 585 | MRK-OS420041705, at 718 |
| 586 | MRK-OS420000310, at 467 |
| 587 | MRK-ABH0015578, at 78 |
| 588 | MRK-ACD0078494, 517 |
| 589 | MRK-ACD0078497, at 504, 516, 505, 517, 501, 509, 512, 513, 514-15, 506, 507, |
| 590 | MRK-ADN0010624, at 34, 41 |
| 591 | MRK-AAR0016737, at 37, 38-39 |
| 592 | MRK-AAR0016692, at 94, 92 |
| 593 | MRK-EAD0017154 |
| 594 | MRK-ADM0009737, at 47, 56 |
| 595 | MRK-AAR0013155, at 56 |
| 596 | MRK-AAR007331, at 31 |
| 597 | MRK-AAR007496, at 502, 507 |
| 598 | MRK-AFI0016897, at 897-901, 898 |
| 599 | MRK-AAR0021157, at 57-58 |
| 600 | MRK-AAR0007570, at 698, 638-99 |
| 601 | MRK-AAR0033170-75 |
| 602 | MRK-AAR0008337, at 408-46 |
| 603 | MRK-AAR0037658, at 58-73 |
| 604 | MRK-AAR0037421, at 21-59 |
| 605 | MRK-ADH0004004, at 11, 19, 28 |
| 606 | MRK-ADW0010314, at 22-23 |
| 607 | MRK-AIY0111827 |
| 608 | MRK-AAR0019769, at 70 |
| 609 | MRK-AAR001973, at 74, 77, 78 |
| 610 | MRK-AAR0043188, at 97 |
| 611 | MRK-AAR0030856 |

| | A |
|---|---|
| 612 | MRK-AAR0040155-60 |
| 613 | MRK-AFI0271147-52, 47, 49, 47-52, 50 |
| 614 | MRK-ADO0009064-73 |
| 615 | MRK-AAR0038843-48, 43, 45 |
| 616 | MRK-ARC0010601, at 02 |
| 617 | MRK-AFI0209513, at 13-14 |
| 618 | MRK-ADI0018923, at 23 |
| 619 | MRK-AFI0137535, at 35-36, 28 |
| 620 | MRK-AFI0137518, at 21 |
| 621 | MRK-ACY0000915, at 15-16 |
| 622 | MRK-ADJ0039143, at 43-49 |
| 623 | MRK-ACR0010594 |
| 624 | MRK-AFI0136524, at 24 |
| 625 | MRK-A0001754, at 54-77 |
| 626 | MRK-AAF0017702, at 03 |
| 627 | MRK-ADO0106154, at 55 |
| 628 | MRK-ACX0013915, at 15 |
| 629 | MRK-AAR0007347, at 49 |
| 630 | MRK-AFI0214735, at 36 |
| 631 | MRK-ADZ0001006, at 08-09 |
| 632 | MRK-AEZ0000156, at 56, 57 |
| 633 | MRK-ABX0028470-72 |
| 634 | MRK-ABT0015889, at 93 |
| 635 | MRK-ADB0041012-13 |
| 636 | MRK-AAR0016671, at 71, 74 |
| 637 | MRK-AAR0015509, at 13 |
| 638 | MRK-ADM0009737, at 57 |
| 639 | MRK-AAR0007337-38 |
| 640 | MRK-ADM0007265, at 71 |
| 641 | MRK-ACI0008683-84 |
| 642 | MRK-PRL0000122-23 |
| 643 | MRK-AAF0006963-73 |
| 644 | MRK-ACI0007594 |
| 645 | MRK-AAF0006974-78 |
| 646 | MRK-AAF0007002-03 |
| 647 | MRK-ABI0003291 |
| 648 | MRK-ACI0008871-72 |
| 649 | MRK-ACI0008487, at 88 |
| 650 | MRK-AKU0087029 |
| 651 | MRK-ACI0008873, at 73 |
| 652 | MRK-AAF0007777, at 77 |
| 653 | MRK-AAF0007786-87 |
| 654 | MRK-AAF0007788-90 |
| 655 | MRK-ACI0012981 |
| 656 | MRK-ACI0000826 |
| 657 | MRK-ACI0000834-35 |

| | A |
|---|---|
| 658 | MRK-ACI0012494 |
| 659 | MRK-ACI0012500 |
| 660 | MRK-ACI0012474 |
| 661 | MRK-ACX0015446 |
| 662 | MRK-AFI0044570;  MRK-AFI0044569 |
| 663 | MRK-ADY0002029 |
| 664 | MRK-ADY0004547 |
| 665 | MRK-ABO0003972, at 75, 74, 72, 77 |
| 666 | MRK-AAA0002293, at 308, 298 |
| 667 | MRK-ADG0055554, at 54, MRK-ADS0000127, at 28, 29 |
| 668 | MRK-ADY0004792 |
| 669 | MRK-AFI0036540 |
| 670 | MRK-ABO0003045, at 46;  MRK-ABO0003044 |
| 671 | MRK-ADL0071626 -27 |
| 672 | MRK-ABC0034370 |
| 673 | MRK-ADM0182542-64, 43, 45-46 |
| 674 | MRK-AAR0007222 |
| 675 | MRK-ACX0015447 |
| 676 | MRK-ACA0087203, at 203;  MRK-ACZ0087198 |
| 677 | MRK-ADI0006083 |
| 678 | MRK-ADI0009326-27 |
| 679 | MRK-PRL0000128 |
| 680 | MRK-PRL0000175, at 75 |
| 681 | MRK-ACI0009067-69 |
| 682 | MRK-ABL0000921, at 29 |
| 683 | MRK-ACR0010601, at 603 |
| 684 | MRK-AFI0015209-10 |
| 685 | MRK-ADO0040848 |
| 686 | MRK-AAW0000194, at 271-90, 279 |
| 687 | MRK-AAW0000192 |
| 688 | MRK-AHU0005965 |
| 689 | MRK-ABK0107661 |
| 690 | MRK-ADM00182542, at 46 |
| 691 | MRK-AFI0136807, at 19-29, 15 |
| 692 | MRK-AFI0136806 |
| 693 | MRK-ADI0008767, at 67 |
| 694 | MRK-ADI0008767, at 67 |
| 695 | MRK-PRL0000190-92 |
| 696 | MRK-ABW0002653, at 53, 54-55, 56 |
| 697 | MRK-AAF0007589-90 |
| 698 | MRK-ABX0016212 |
| 699 | MRK-ADJ0044399, at 399, 400 |
| 700 | MRK-ABW0011849-64, MRK-ABW0011848 |
| 701 | MRK-ADW0037596, at 96 |
| 702 | MRK-ADW0024614 |
| 703 | MRK-ACZ0044537 |

| | A |
|---|---|
| 704 | MRK-ABC00235460776, 556, 559 |
| 705 | MRK-ABK0460838 |
| 706 | MRK-ABD0001763 |
| 707 | MRK-ACF0005797, at 798, 805 |
| 708 | MRK-ACF0005822, at 24, 33 |
| 709 | MRK-ACD0111639, at 39, 41, 40 |
| 710 | MRK-ACI0002269, at 274-75 |
| 711 | MRK-00420008018, at 18 |
| 712 | MRK-01420031270 |
| 713 | MRK-AAF0005923,  MRK-AAF0005922 |
| 714 | MRK-AAF0015091 |
| 715 | MRK-AAF0017140; MRK-AAF0017139 |
| 716 | MRK-AAF0011594 |
| 717 | MRK-AAF0015434 |
| 718 | MRK-00420008031-117 |
| 719 | MRK-00420018178 - 229 |
| 720 | MRK-NJ0089349 - 410 |
| 721 | MRK-ABH0018066, at 66 |
| 722 | MRK-ACF0010603, at 08 |
| 723 | MRK-AGC0000227, at 249 |
| 724 | MRK-NJ0345730, at 749, 817 |
| 725 | MRK-AAB0062728, at 31-35; MRK-AAB0062724 |
| 726 | MRK-AFK0227018, MRK-AFK0227017 |
| 727 | MRK-AFN0055308, at 10 |
| 728 | MRK-AIN0140984 |
| 729 | MRK-ABK0089411, at 22-24 |
| 730 | MRK-AAC0119336 |
| 731 | MRK-AAD0317683 |
| 732 | MRK-ADY0007008 |
| 733 | MRK-AIN0140985 |
| 734 | MRK-AEG0022938, at 53 |
| 735 | MRK-AHO0183931, 39-41; MRK-AHO0183927 |
| 736 | MRK-AFV0393701, at 02-03 |
| 737 | MRK-AAC0161894 |
| 738 | MRK-AAF0002948, 49 |
| 739 | MRK-ABL0000985, at 989 |
| 740 | MRK-00420021830, at 30 |
| 741 | MRK-ACW0007183-84 |
| 742 | MRK-00420027984, at 8009 |
| 743 | MRK-00420027984, at 86 |
| 744 | MRK-00420028062 at 66 |
| 745 | MRK-AFV0154893, at 4893, 4992, 4994, 4993, 4995 |
| 746 | MRK-ACV0021005 |
| 747 | MRK-ACV0021094, at 96-97; MRK-ACV0021089, at 90 |
| 748 | MRK-AFT0001164 - 69, 67 |
| 749 | MRK-AAF0004074, at 75 |

| | A |
|---|---|
| 750 | MRK-AAF0003308, at 08-09 |
| 751 | MRK-00420094338 - 39 |
| 752 | MRK-00420003972 |
| 753 | MRK-AEG0003239 |
| 754 | MRK-AAD0041209 |
| 755 | MRK-AAD0041227-28 |
| 756 | MRK-AAD0041213m at 16, 24-25, 21 |
| 757 | MRK-ABH0018528, at 28 |
| 758 | MRK-ABX0023971, at 75 |
| 759 | MRK-AAZ0002122, at 35; MRK-AAZ0002121 |
| 760 | MRK-ACR0009012 |
| 761 | MRK-AFI0214488, at 88 |
| 762 | MRK-ABK0012927, at 33 |
| 763 | MRK-ABA004304 |
| 764 | MRK-NJ0199488, at 88 |
| 765 | MRK-NJ0198494 - 97; MRK-NJ0198045-47; MRK-NJ0198145-48 |
| 766 | MRK-ABK0014626, at 27 |
| 767 | MRK-AAF0003209 |
| 768 | MRK-ACD0118991, at 94 |
| 769 | MRK-AAF0003311-12 |
| 770 | MRK-AAF0003248, at 50, 69, 67, 77, 71-72 |
| 771 | MRK-01420029105-06 |
| 772 | MRK-01420029252 - 53 |
| 773 | MRK-01420029256 |
| 774 | MRK-ABL0000880, at 81 |
| 775 | MRK-ABS0048710, at 19 |
| 776 | MRK-ABC0016459, at 62, Table 5 at 75 |
| 777 | MRK-NJ0125110 |
| 778 | MRK-ABC0016458 |
| 779 | MRK-ABK0156655-56 |
| 780 | MRK-ABK0002648 - 50 |
| 781 | MRK-ABK0320307 - 27; MRK-ABK0320306 |
| 782 | MRK-ABK0156654, at 54, 53 |
| 783 | MRK-ABC0024307 |
| 784 | MRK-AAF0004696, at 712 |
| 785 | MRK-ABC0024383;  MRK-ABC0024307 |
| 786 | MRK-AAC0101825 |
| 787 | MRK-ABF0002804 |
| 788 | MRK-ABW0000805 -06 |
| 789 | MRK-AAD0046589 - 90 |
| 790 | MRK-AAD0046635 |
| 791 | MRK-AAD0046585-86 |
| 792 | MRK-AAD0046623 |
| 793 | MRK-NJ0248508 -11 |
| 794 | MRK-NJ0062559 |

| | A |
|---|---|
| 795 | MRK-AAD0046619 - 20 |
| 796 | MRK-AAD0046636 -37 |
| 797 | MRK-AAD0046633 - 34 |
| 798 | MRK-AAF0003158 |
| 799 | MRK-AFO0000343 |
| 800 | MRK-AFO0003323 - 24 |
| 801 | MRK-AFC0000564, at 64-65 |
| 802 | MRK-YNG0070142 |
| 803 | MRK-ACR0011966 |
| 804 | MRK-ACF0003446, at 47 |
| 805 | MRK-ABL0001181, at 82 |
| 806 | MRK-ABD0002132 |
| 807 | MRK-ABK0456994 -7017 |
| 808 | MRK-ABK0457036 -093 |
| 809 | MRK-ABK0457018 -034 |
| 810 | MRK-ABK0456991, at 7002, 7003, 7008, 7001, 7013, 7012, 7014 |
| 811 | MRK-ACF0004780 -82; MRK-AJA0137785-87 |
| 812 | MRK-ABP0016126 -30 |
| 813 | MRK-AAC0142399, at 402; MRK-AAC0142396-98 |
| 814 | MRK-ACR0008973 |
| 815 | MRK-ABH0019058 |
| 816 | MRK-ACR0012466 |
| 817 | MRK-ACR0012469 |
| 818 | MRK-01420029043, at 44-45 |
| 819 | MRK-01420029269 |
| 820 | MRK-ABD0002235, at 40 |
| 821 | MRK-NJ0125184 |
| 822 | MRK-NJ0125211 |
| 823 | MRK-01420019411 -12 |
| 824 | MRK-AAF0003323 -24 |
| 825 | MRK-AAF0003402 -03 |
| 826 | MRK-AAF0003409, at 10 |
| 827 | MRK-ACR0013305 |
| 828 | MRK-ACR0008985 |
| 829 | MRK-NJ0066164, at 87, 94, 89, 90 |
| 830 | MRK-NJ0203565, at 65, 70 |
| 831 | MRK-NJ0248533 -35 |
| 832 | MRK-NJ0125314, at 15 |
| 833 | MRK-AAP0000013, at 032-35, 37 |
| 834 | MRK-ABK0306846 |
| 835 | MRK-ACF0003794, at 799, 803 |
| 836 | MRK-ABK0306681 -82 |
| 837 | MRK-ABC0024742 |
| 838 | MRK-ACT0018064 |
| 839 | MRK-PRL0000170, at 70, 71 |

| | A |
|---|---|
| 840 | MRK-ABG0000070, at 70 |
| 841 | MRK-AAF0007852, 53 |
| 842 | MRK-ABG0000061, at 64-67 |
| 843 | MRK-AAF0003685, at 85 |
| 844 | MRK-AAF0003723 |
| 845 | MRK-AAF0003724, at 24 |
| 846 | MRK-ACD0119013 |
| 847 | MRK-ACD0075714 |
| 848 | MRK-01420094338 |
| 849 | MRK-ACR0009151 |
| 850 | MRK-ACR0009150 |
| 851 | MRK-AFV0341732, at 94, 41, 42, 58, 63 |
| 852 | MRK-ADY0006110 |
| 853 | MRK-NJ0254331 -32 |
| 854 | MRK-NJ0254333, at 59, 60 |
| 855 | MRK-ABT0018541 -42 |
| 856 | MRK-ABT0018543, at 46, 44, 56 |
| 857 | MRK-ABA0009274 |
| 858 | MRK-ABA0009274 |
| 859 | MRK-ABA0010427 |
| 860 | MRK-ABA0009314 |
| 861 | MRK-ABA0009313 |
| 862 | MRK-ABA0009600 |
| 863 | MRK-ABA0009696 |
| 864 | MRK-ABA0009697, at 705, 710, 713 |
| 865 | MRK-ABA0009729 |
| 866 | MRK-NJ0196669 |
| 867 | MRK-NJ0196669 |
| 868 | MRK-AAZ0001839; MRK-AAZ0001840 |
| 869 | MRK-AAZ0001840, at 48-49 |
| 870 | MRK-ABA0010424 |
| 871 | MRK-ABA0010493 |
| 872 | MRK-ABA0010492 |
| 873 | MRK-ABA0010491 |
| 874 | MRK-ADJ0002811 |
| 875 | MRK-ABH0019881 |
| 876 | MRK-ABK0154081 |
| 877 | MRK-ABA0010325 |
| 878 | MRK-PRL0000214 -17 |
| 879 | MRK-ADJ0034991 |
| 880 | MRK-PRL0000248 |
| 881 | MRK-AAC0045366, at 67 |
| 882 | MRK-ACZ0089166 |
| 883 | MRK-ABO0000220 |
| 884 | MRK-ABK0130611 |
| 885 | MRK-ABA0011332 |

| | A |
|---|---|
| 886 | MRK-ABK0154087 |
| 887 | MRK-ABK0154089 |
| 888 | MRK-ABK0154088 |
| 889 | MRK-AEG0025277, at 78 |
| 890 | MRK-AAB0066268 |
| 891 | MRK-ABY0001304, at 05 |
| 892 | MRK-ABK0110651, at 53, 65;  MRK-ABK0110650 |
| 893 | MRK-ABL0001687, at 88 |
| 894 | MRK-NJ0202026 |
| 895 | MRK-NJ0202025 -26 |
| 896 | MRK-ABK0018139, at 40; MRK-ABK0018133 -38 |
| 897 | MRK-NJ0202024, at 25 |
| 898 | MRK-ABW0010182 |
| 899 | MRK-NJ0070209 |
| 900 | MRK-NJ0074735 |
| 901 | MRK-NJ0074736 |
| 902 | MRK-NJ0070210, at 11 |
| 903 | MRK-ABK0122129 |
| 904 | MRK-ABK0122171, at 74, 72; MRK-ABK0122129 |
| 905 | MRK-ABK0122130, at 50;  MRK-ABK0122129 |
| 906 | MRK-NJ0131356, 79-80, 78; MRK-NJ0131355 |
| 907 | MRK-AFJ0000518-19 |
| 908 | MRK-AEG0017682 |
| 909 | MRK-AAD0242540 |
| 910 | MRK-AAD0305055-78;  MRK-AAD0305054 |