UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**[PROPOSED] ORDER GRANTING DEFENDANT MERCK
SHARP & DOHME CORP.'S MOTION TO MAINTAIN CONFIDENTIAL
DOCUMENT DESIGNATIONS UNDER PRETRIAL ORDER 13 AND
<u>FOR A PROTECTIVE ORDER BARRING SIMILAR REQUESTS</u>**

Having considered Merck Sharpe & Dohme Corp.'s Motion to Maintain Confidential Document Designations Under Pretrial Order 13 and for a Protective Order Barring Similar Requests, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that all of the documents currently designated as Confidential Information by Merck will maintain that designation under Pretrial Order 13.

**IT IS FURTHER ORDERED** that Plaintiff Jo Levitt is hereby barred from requesting that Merck remove Confidential Information designations under Pretrial Order 13, absent a submission to this Court, signed by counsel, which provides:

(i) a list of accurate Bates ranges for the specific documents or material subject to the request;

(ii) a certification that counsel for Plaintiff has undertaken reasonable efforts to verify that each of the documents or the material subject to the request is currently designated as Confidential Material; and

1

(iii)    a litigation purpose for the request that is tied to and supported by the facts of the

*Levitt* case.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E FALLON
UNITED STATES DISTRICT COURT JUDGE