# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL Case No. 1657 |
| | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| *Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., v. Seeger Weiss, LLP, et al.*, | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| 2:12-cv-02406-EEF-DEK | * | |

*************************************************************************

## NOTICE OF DOCKET ENTRIES FROM THE TRANSFEROR COURT

Please take notice of the attached Answers to Plaintiff's Complaint in this matter, previously filed by Defendants Hughes Hubbard & Reed LLP and Theodore V.H. Mayer (jointly), and by Defendants BrownGreer PLC and Orran L. Brown (jointly).  These Answers were timely filed in the United States District Court for the District of Massachusetts (the transferor court) in May and June of 2012, *see* Rec. Doc. 1-3 (D. Mass. Docket Sheet), attached as Exhibit A, but it appears that they were never transmitted to the United States District Court for Eastern District of Louisiana (the transferee court).  To complete the record for purposes of appeal, the Answers are attached hereto as Exhibits B and C.

Dated:  May 11, 2016

Respectfully submitted,

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

*Defendants' Liaison Counsel*

1205910v1

Douglas R. Marvin
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street N.W.
Washington, DC  20005
Phone: 202-434-5000

*Counsel for Defendants BrownGreer PLC, Orran L. Brown, Hughes Hubbard & Reed LLP, and Theodore V.H. Mayer*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Notice has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 11th day of May, 2016.

                                              */s/ Dorothy H. Wimberly*
                                              Dorothy H. Wimberly, 18509
                                              STONE PIGMAN WALTHER WITTMANN L.L.C.
                                              546 Carondelet Street
                                              New Orleans, Louisiana  70130
                                              Phone:  504-581-3200
                                              Fax:     504-581-3361
                                              dwimberly@stonepigman.com

                                              Defendants' Liaison Counsel

1205910v1