CM/ECF - USDC Massachusetts - Version 5.1.1 as of 12/5/2011  https://ecf.mad.circ1.dcn/cgi-bin/DktRpt.pl?122800672428714-L_1_0-1

Case 2:05-md-01657-EEF-DEK Document 65350-1 Filed 05/11/16 Page 1 of 3
Case 2:12-cv-02406-EEF-DEK Document 1-3 Filed 11/13/12 Page 1 of 3

# United States District Court
## District of Massachusetts (Boston)
## CIVIL DOCKET FOR CASE #: 1:12-cv-10909-DJC

Isner et al v. Seeger Weiss, LLP et al
Assigned to: Judge Denise J. Casper
related Case: 1:05-cv-10328-DPW
Case in other court: Middlesex Superior Court, 12-01770
Cause: 28:1332 Diversity-Petition for Removal

Date Filed: 05/21/2012
Jury Demand: Plaintiff
Nature of Suit: 360 P.I.: Other
Jurisdiction: Diversity

**Plaintiff**

**Linda Isner**
*Executor of the Estate of Jeffrey Isner, M.D.*

represented by **Philip E. Murray , Jr.**
Murray, Kelly & Bertrand, P.C.
300 Trade Center
Suite 2700
Woburn, MA 01801
781-569-0020
Fax: 781-569-0022
Email: pmurray@mkblegal.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Seeger Weiss, LLP**

**Defendant**

**Christopher A. Seeger**

**Defendant**

**Hughes Hubbard & Reed LLP**

represented by **Richard M. Zielinski**
Goulston & Storrs
400 Atlantic Ave
Boston, MA 02110-2607
617-574-4029
Fax: 617-574-7664
Email: rzielinski@goulstonstorrs.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Theodore V.H. Mayer**

represented by **Richard M. Zielinski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CM/ECF - USDC Massachusetts - Version 5.1.1 as of 12/5/2011  https://ecf.mad.circ1.dcn/cgi-bin/DktRpt.pl?122800672428714-L_1_0-1

Case 2:05-md-01657-EEF-DEK Document 65350-1 Filed 05/11/16 Page 2 of 3
Case 2:12-cv-02406-EEP-DEK Document 13-3 Filed 11/13/12 Page 2 of 3

**Defendant**

**BrownGreer PLC** represented by **David S. Clancy**
Skadden, Arps, Slate, Meagher & Flom
One Beacon Street
31st Floor
Boston, MA 02108
617-573-4889
Fax: 617-573-4822
Email: dclancy@skadden.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Orran L. Brown** represented by **David S. Clancy**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 05/21/2012 | 1 | NOTICE OF REMOVAL by Hughes Hubbard & Reed LLP, Theodore V.H. Mayer ( Fee Status:Paid Receipt # 0101-3953755) (Attachments: # 1 State Court Complaint, # 2 Affidavit, # 3 Category Sheet ) (Zielinski, Richard) Modified on 5/21/2012, help desk call. (Jones, Sherry). Modified on 5/21/2012 to correct docket entry and extract and re-docketed Corporate Disclosure Statement as separate entry in compliance with LR. Please Docket No. 2 (Geraldino-Karasek, Clarilde). (Entered: 05/21/2012) |
| 05/21/2012 | 2 | CORPORATE DISCLOSURE STATEMENT by Hughes Hubbard & Reed LLP, Theodore V.H. Mayer. Re-Docketed by Court Staff. Please note that Corporate Disclosure Statement is to be filed as separate entry. (Geraldino-Karasek, Clarilde) (Entered: 05/21/2012) |
| 05/21/2012 |  | Certified Copy of Notice of Removal Provided to Defense Counsel by mail (Geraldino-Karasek, Clarilde) (Entered: 05/21/2012) |
| 05/21/2012 | 3 | Civil Cover Sheet by Hughes Hubbard & Reed LLP, Theodore V.H. Mayer. (Zielinski, Richard) (Main Document 3 replaced on 5/21/2012 to correct docket entry ) (Geraldino-Karasek, Clarilde). (Entered: 05/21/2012) |
| 05/21/2012 |  | ELECTRONIC NOTICE of Case Assignment. Judge Denise J. Casper assigned to case. If the trial Judge issues an Order of Reference of any matter in this case to a Magistrate Judge, the matter will be transmitted to Magistrate Judge Robert B. Collings. (Abaid, Kimberly) (Entered: 05/21/2012) |
| 05/31/2012 | 4 | ANSWER to Complaint by Hughes Hubbard & Reed LLP, Theodore V.H. Mayer. (Zielinski, Richard) (Entered: 05/31/2012) |
| 06/11/2012 | 5 | NOTICE of Appearance by David S. Clancy on behalf of Orran L. Brown, BrownGreer PLC (Clancy, David) (Entered: 06/11/2012) |
| 06/11/2012 | 6 | CORPORATE DISCLOSURE STATEMENT by BrownGreer PLC. (Clancy, David) (Entered: 06/11/2012) |

CM/ECF - USDC Massachusetts - Version 5.1.1 as of 12/5/2011   https://ecf.mad.circ1.dcn/cgi-bin/DktRpt.pl?122800672428714-L_1_0-1

Case 2:05-md-01657-EEF-DEK Document 65350-1 Filed 05/11/16 Page 3 of 3
Case 2:12-cv-02406-EEF-DEK Document 1-3 Filed 11/13/12 Page 3 of 3

| | | | |
|---|---|---|---|
| 06/11/2012 | | 7 | ANSWER to Complaint *And Affirmative Defenses* by Orran L. Brown, BrownGreer PLC.(Clancy, David) (Entered: 06/11/2012) |
| 06/20/2012 | | 8 | STATE COURT Record. (Maynard, Timothy) (Entered: 06/20/2012) |
| 08/08/2012 | | 9 | NOTICE of Scheduling Conference Scheduling Conference set for 9/24/2012 02:30 PM in Courtroom 11 before Judge Denise J. Casper. (Hourihan, Lisa) (Entered: 08/08/2012) |
| 08/08/2012 | | 10 | Judge Denise J. Casper: ORDER entered. Standing Order Re: Courtroom Opportunities for Relatively Inexperienced Attorneys(Hourihan, Lisa) (Entered: 08/08/2012) |
| 08/16/2012 | | 11 | MOTION to Continue Scheduling Conference to Until after the JPML issues a decision on the Conditional Transfer Order by Orran L. Brown, BrownGreer PLC, Hughes Hubbard & Reed LLP, Linda Isner, Theodore V.H. Mayer. (Attachments: # 1 Conditional Transfer Order, # 2 Hearing Order)(Zielinski, Richard) (Entered: 08/16/2012) |
| 08/17/2012 | | 12 | Judge Denise J. Casper: ELECTRONIC ORDER entered granting 11 Motion to Continue Scheduling Conference (Hourihan, Lisa) (Entered: 08/17/2012) |
| 08/17/2012 | | 13 | ELECTRONIC NOTICE Canceling Hearing. Scheduling Conference set for 9/24/12 is CANCELLED. Counsel are directed to file a Status Report on 10/1/12 informing the Court on the outcome of the Panel Hearing. (Hourihan, Lisa) (Entered: 08/17/2012) |
| 10/01/2012 | | 14 | STATUS REPORT by Hughes Hubbard & Reed LLP. (Zielinski, Richard) (Entered: 10/01/2012) |
| 10/01/2012 | | 15 | Informational copy of MDL Conditional Transfer Order in MDL Case 1657 received from mdl panel. (Jones, Sherry) (Entered: 10/01/2012) |
| 10/03/2012 | | 16 | Judge Denise J. Casper: ELECTRONIC ORDER entered. Status update due on November 1, 2012.(Maynard, Timothy) (Entered: 10/03/2012) |