UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**EX PARTE MOTION TO MOVE THE SUBMISSION DATE ON
DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO MAINTAIN
CONFIDENTIAL DOCUMENT DESIGNATIONS UNDER PRETRIAL ORDER 13,
(DOC.65337) FILED MARCH 28, 2016**

**AND**

**DEFENDANT MERCK SHARP & DOHME CORP.'S MOTION TO MAINTAIN
CONFIDENTIAL DOCUMENT DESIGNATIONS UNDER PRETRIAL ORDER 13 AND
FOR A PROTECTIVE ORDER BARRING SIMILAR REQUESTS, (DOC. 65349), FILED
MAY 10, 2016 UNTIL JUNE 8, 2016**

1. Defendant Merck Sharp & Dohme Corp. ("Merck") has filed two motions that are currently noticed up for submission on May 25, 2016:

- Defendant Merck Sharp & Dohme Corp.'s Motion to Maintain Confidential Document Designations Under Pretrial Order 13, (Doc.65337) filed March 28, 2016, and,

- Defendant Merck Sharp & Dohme Corp.'s Motion to Maintain Confidential Document Designations Under Pretrial Order 13 and for a Protective Order Barring Similar Requests, (Doc. 65349), filed May 10, 2016.

2. Plaintiff moves this Court to extend the submission date on both motions until June 8, 2016 in order for the parties to adequately brief this issue. Counsel for Plaintiff is currently in a two (2) week trial.

3. The parties previously agreed to an extension of the submission date until May 25, 2016 on Merck's initial Motion to Maintain Confidential Document Designations Under Pretrial Order 13 (Doc.65337). This was granted by the Court.

4. On May 10, 2016, Defendant Merck filed a second Motion to Maintain Confidential Document Designations Under Pretrial Order 13 and for a Protective Order Barring Similar Requests and noticed this motion for submission also on May 25, 2016.

5. As such, Plaintiff's Oppositions to both of Merck's motions are currently due on or before Tuesday, May 17, 2016.

6. Counsel for Plaintiff sought an extension of the submission date from counsel for Defendant Merck, who agreed to an extension of the submission date for both of the above mentioned motions until June 8, 2016.

7. This Ex Parte Consent Motion is not made for the purpose of delay, but rather to provide Plaintiff Jo Levitt sufficient time to oppose both of Defendant Merck's motions (Doc.65337) and (Doc. 65349).

WHEREFORE, Plaintiff Jo Levitt and Defendant Merck jointly request that this Court extend the submission date of Merck's Motion to Maintain Confidential Document Designations Under Pretrial Order 13, (Doc.65337) filed March 28, 2016, and, Merck's Motion to Maintain Confidential Document Designations Under Pretrial Order 13 and for a Protective Order Barring Similar Requests, (Doc. 65349), filed May 10, 2016, until June 8, 2016, and for such further relief as this Court deems just and proper.

Respectfully submitted,

**HUMPHREY, FARRINGTON & McCLAIN, P.C.**

<u>*/S/ DANIEL A. THOMAS*</u>
| | |
|---|---|
| Kenneth B. McClain | MO #32430 |
| Daniel A. Thomas | MO #52030 |

221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

3

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Ex Parte Consent Motion To Move The Submission Date On Defendant Merck Sharp & Dohme Corp.'s Motion to Maintain Confidential Document Designations Under Pretrial Order 13, (Doc.65337) filed March 28, 2016, and, Defendant Merck Sharp & Dohme Corp.'s Motion to Maintain Confidential Document Designations Under Pretrial Order 13 and for a Protective Order Barring Similar Requests, (Doc. 65349), filed May 10, 2016 Until June 8, 2016 has been served on Defense Counsel, Jonathan Williams, and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of May, 2016.

/S/ DANIEL A. THOMAS
Kenneth B. McClain           MO #32430
Daniel A. Thomas             MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**