UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, 2:06-cv-09757-EEF-DEK | * | |

*************************************************************************

# ORDER

The Court, having considered Plaintiff's Ex Parte Consent Motion To Move The Submission Date On Defendant Merck's Motion to Maintain Confidential Document Designations Under Pretrial Order 13 (Doc. 65337), filed March 28, 2016, and Defendant Merck's Motion to Maintain Confidential Document Designations Under Pretrial Order 13 and for a Protective Order Barring Similar Requests (Doc. 65349), filed May 10, 2016, until June 8, 2016, finds that the same should be GRANTED.

The submission date on Defendant Merck's Motion to Maintain Confidential Document Designations Under Pretrial Order 13 (Doc. 65337), filed March 28, 2016, and Defendant Merck's Motion to Maintain Confidential Document Designations Under Pretrial Order 13 and for a Protective Order Barring Similar Requests (Doc. 65349), filed May 10, 2016, is moved from May 25, 2016 until June 8, 2016.

May 17th  2016
_____
Dated

_____
Judge