MINUTE ENTRY
FALLON, J.
MAY 17, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX

PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**   *Consumer Class*

A telephone status conference was held on this date with the Honorable Eldon E. Fallon. Richard Getty and Lenny Davis participated in person on behalf of the Consumer Fee Committee. James Lyle and Russ Herman participated telephonically on behalf of the Consumer Fee Committee. The parties discussed the status of the fee.

JS10(00:35)