# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

May 05, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-31070    In Re: Vioxx Prod Liability, et al
                         USDC No. 2:05-MD-1657
                         USDC No. 2:12-CV-2406

Enclosed is an order entered in this case.

The joint designation of the record must be filed in the District Court within 14 days from the date of this letter and counsel must also provide this court with a copy of the designation at the time of filing.

The parties should notify the Fifth Circuit, by electronically filing a letter and attaching the designated record at the time of filing same in the District Court.

                                         Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____
                                          Cindy M. Broadhead, Deputy Clerk
                                          504-310-7707

Mr. William W. Blevins
Mr. David S. Clancy
Mr. Philip E. Murray Jr.
Ms. Emily Renshaw Pistilli
Mr. Richard M. Zielinski