UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX PRODUCTS LIABILITY LITIGATION | * | MDL Case No. 1657 |
| | * | |
| | * | SECTION L |
| This document relates to: | * | |
| | * | JUDGE FALLON |
| *Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., v. Seeger Weiss, LLP, et al.*, | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| 2:12-cv-02406-EEF-DEK | * | |

*************************************************************************

## JOINT DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON APPEAL TO THE FIFTH CIRCUIT

Plaintiff Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D., and Defendants Seeger Weiss, LLP, Christopher A. Seeger, Hughes Hubbard & Reed, LLP, Theodore V.H. Mayer, BrownGreer PLC and Orran L. Brown (collectively, the "Parties") hereby designate, pursuant to Federal Rule of Appellate Procedure 10 and Rule 10.2 of the Rules and Internal Operating Procedures of the United States Court of Appeals for the Fifth Circuit, the following items for inclusion in the record on appeal in the case captioned *Linda Isner v. Seeger Weiss, LLP, et al.*, Case No. 15-31070 (5th Cir.). The Parties respectfully request that each of the documents in the docket entries listed below, including all attachments and exhibits thereto (and to include all materials filed under seal), be transmitted to the Clerk of the Court for the Fifth Circuit for inclusion in the record on appeal:

From *Isner v. Seeger Weiss, LLP, et al.* Individual Docket, Case #: 2:12-cv-02406-EEF-DEK (E.D. La.):

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 11/13/2012 | 1 | Case transferred in from District of Massachusetts (Boston); Case Number 1:12-10909. Electronic file certified copy of transfer order and docket sheet received. Filing fee paid in other District. (Attachments: # 1 Notice of Removal, # 2 State Court Pleadings, # 3 Docket Sheet)(clm, ) (Entered: 11/14/2012) |
| 12/04/2015 | 4 | NOTICE OF APPEAL by Linda Isner. (cms) (Entered: 01/22/2016) |
| 01/22/2016 | 5 | ORDER of USCA as to 4 Notice of Appeal; appeal is dismissed for want of prosecution. The appellant failed to timely order transcripts and make financial arrangements with the court reporter by USCA Clerk, 5th Circuit. (cms) (Entered: 01/22/2016) |
| 03/23/2016 | 6 | ORDER of USCA as to 4 Notice of Appeal filed by Linda Isner. ORDERED that Appellants motion for reconsideration of the clerks order of March 14, 2016 denying the opposed motion to reopen the case, is GRANTED. FURTHER ORDERED that no later than March 31, 2016, Appellant shall file the proper form ordering the hearing transcript and shall make the required financial arrangements with the court reporter to pay for production of the same. USCA Judge Name: Elrod (Attachments: # 1 Transmittal Letter)(cml) (Entered: 03/28/2016) |

From *In re: Vioxx Products Liability Litigation* General MDL Docket, Case #: 2:05-md-01657-EEF-DEK (E.D. La.):

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 04/08/2005 | 245 | PRETRIAL ORDER #6 appointing the members of the Plaintiffs' Steering Committee. Signed by Judge Eldon E. Fallon.(dmg, ) (Entered: 04/08/2005) |
| 02/01/2008 | 13305 | PRETRIAL ORDER #6B - Clarifies Pre Trial Order #6 by confirming the functions, duties and responsibilities of the Plaintiffs' Steering Committee, Plaintiffs' Liaison Counsel, and the PSC Executive Committee. Signed by Judge Eldon E. Fallon on 2/1/2008.(Reference: ALL CASES)(cms, ) (Entered: 02/01/2008) |
| 10/01/2012 | 64138 | TRANSFER ORDER from MDL Panel transferring one case to the Eastern District of Louisiana to become part of MDL 1657. Signed by Judge Eldon E. Fallon.(Reference: 12-2406)(cms, ) (Entered: 10/10/2012) |

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 05/31/2013 | 64429 | ANSWER to 789 Complaint by Defendant.(Reference: 05-6172)(Davis, Leonard) (Entered: 05/31/2013) |
| 02/10/2014 | 64823 | MOTION for Summary Judgment by Defendant. Motion set for 3/12/2014 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Exhibit A, # 3 Exhibit B, # 4 Exhibit C, # 5 Exhibit D, E, G, H & J (under seal), # 6 Exhibit F, # 7 Exhibit I, # 8 Exhibit K, # 9 Notice of Submission)(Reference: 12-2406)(Wimberly, Dorothy) (Attachment 5 replaced on 2/27/2014) (cms, ). (Entered: 02/10/2014) |
| 02/10/2014 | 64824 | EXPARTE/CONSENT MOTION to Seal Document 64823 MOTION for Summary Judgment *and to Exceed Page Limit* by Defendant. (Attachments: # 1 Proposed Order, # 2 Exhibit D, E, G, H & J (under seal))(Reference: 12-2406)(Wimberly, Dorothy) (Entered: 02/10/2014) |
| 02/10/2014 | 64825 | MOTION for Summary Judgment *and Incorporated Memorandum* by Defendant. Motion set for 3/12/2014 09:00 AM before Judge Eldon E. Fallon. (Attachments: # 1 Statement of Contested/Uncontested Facts, # 2 Notice of Submission)(Reference: 12-2406)(Wimberly, Dorothy) (Entered: 02/10/2014) |
| 02/26/2014 | 64843 | ORDER granting 64824 Motion to Seal Exhibits D,E,G,H & J re 64823 MOTION for Summary Judgment . FURTHER ORDERED the motion is granted and that the summary judgment motion and incorporated memorandum may exceed the page limit, up to a maximum of 34 pages. Signed by Judge Eldon E. Fallon on 2/25/2014. (Reference: 12-2406)(cms, ) (Entered: 02/27/2014) |
| 03/05/2014 | 64850 | ORDERED that the submission date and time for Defendants BrownGreer, PLCand Orran Brown's motion for summary judgment (Rec. Doc. 64823) and for Defendants Hughes Hubbard & Reed, LLP and Ted Mayers motion for summary judgment (Rec.Doc. 64825) is continued until April 9, 2014, at 9:00 a.m.. Signed by Judge Eldon E. Fallon on 3/5/2014.(Reference: 12-2406)(cms, ) (Entered: 03/06/2014) |
| 03/28/2014 | 64882 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 64823 MOTION for Summary Judgment . (Attachments: # 1 Affidavit of Joseph L. Doherty Jr., # 2 Exhibit A to the Affidavit of Joseph L. Doherty, Jr., # 3 Exhibit B to the Affidavit of Joseph L. Doherty, Jr.)(Reference: 2:12-cv-02406)(Kelly, Carol) (Entered: 03/28/2014) |
| 03/28/2014 | 64883 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 64825 MOTION for Summary Judgment *and Incorporated Memorandum* . (Reference: 2:12-cv-02406)(Kelly, Carol) (Entered: 03/28/2014) |

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 03/28/2014 | 64884 | RESPONSE to Motion filed by Plaintiff re 64825 MOTION for Summary Judgment *and Incorporated Memorandum*, 64823 MOTION for Summary Judgment *Local Rule 56.2 Statement of Material Facts*. (Reference: 2:12-cv-02406)(Kelly, Carol) (Entered: 03/28/2014) |
| 03/28/2014 | 64885 | MOTION for Leave to File Excess Pages *In Opposition to Defendants' Summary Judgment Motions* by Plaintiff. (Reference: 2:12-cv-02406)(Kelly, Carol) (Entered: 03/28/2014) |
| 04/04/2014 | 64891 | EXPARTE/CONSENT MOTION to Continue *Submission Date on Defendants' Motions for Summary Judgment [Rec. Docs. 64823, 64825]* by Defendant. (Attachments: # 1 Proposed Order)(Reference: 12-2406)(Wimberly, Dorothy) (Entered: 04/04/2014) |
| 04/04/2014 | 64892 | ORDER granting 64891 MOTION to Continue Submission Date on Defendants' Motions for Summary Judgment (Rec. Docs. 64823, 64825) until 4/23/2014 09:00 AM. Signed by Judge Eldon E. Fallon on 4/4/2014.(Reference: 12-2406)(cms) (Entered: 04/04/2014) |
| 04/07/2014 | 64895 | ORDER granting 64885 Motion for Leave to File Excess Pages. Signed by Judge Eldon E. Fallon on 4/4/2014. (Reference: 12-2406)(cms) (Entered: 04/07/2014) |
| 04/15/2014 | 64901 | REPLY to Response to Motion filed by Defendant re 64825 MOTION for Summary Judgment *and Incorporated Memorandum*, 64823 MOTION for Summary Judgment . (Reference: 12-02406)(Wimberly, Dorothy) (Entered: 04/15/2014) |
| 04/23/2014 | 64906 | EXPARTE/CONSENT MOTION for Leave to File *Reply Memorandum In Opposition to The Motions for Summary Judgment of the Defendants, BrownGreer PLC, Oran L. Brown, Hughes Hubbard & Reed LLP and Ted Mayer* by Plaintiff. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading)(Reference: 2:12-cv-02406)(Kelly, Carol) (Entered: 04/23/2014) |
| 04/29/2014 | 64910 | ORDER granting 64906 Motion for Leave to File Reply Memorandum. Signed by Judge Eldon E. Fallon on 4/28/2014. (Reference: 12-2406)(cms) (Entered: 04/29/2014) |
| 04/29/2014 | 64911 | REPLY to Response to Motion filed by Plaintiff Linda Isner re 64825 MOTION for Summary Judgment *and Incorporated Memorandum*, 64823 MOTION for Summary Judgment . (Reference: 12-2406)(cms) (Entered: 04/29/2014) |

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 07/07/2014 | 64996 | ORDER & REASONS that 64823 Defendants BrownGreer, PLC and Orran Brown's Motion for Summary Judgment and 64825 Defendants Hughes Hubbard & Reed, LLP and Ted Mayer's Motion for Summary Judgment are GRANTED and Mrs. Isner's claims against them are DISMISSED. Signed by Judge Eldon E. Fallon on 7/2/14. (Reference: 12-2406)(dno) (Entered: 07/07/2014) |
| 09/04/2015 | 65252 | MOTION for Summary Judgment *of Seeger Weiss, LLP and Christopher A. Seeger* by Plaintiff. Motion(s) will be submitted on 9/16/2015. (Attachments: # 1 Memorandum in Support, # 2 Statement of Contested/Uncontested Facts, # 3 Notice of Submission)(Reference: 2:12-cv-02406)(Davis, Leonard) (Entered: 09/04/2015) |
| 09/09/2015 | 65253 | EXPARTE/CONSENT MOTION to reschedule the hearing on Defendants Seeger Weiss, LLP and Christopher A. Seeger's Motion for Summary Judgment From September 16, 2015 to October 14, 2015 by Plaintiff, Linda Isner. (Attachments: # 1 Proposed Order)(Reference: 12-2406)(Murray, Philip) Modified on 9/14/2015 (dno). (Entered: 09/09/2015) |
| 09/14/2015 | 65255 | ORDER granting Motion of the Plaintiff, Linda Isner, Executrix of the Estate of Jeffrey Isner, M.D. to reschedule the hearing on Defendants Seeger Weiss, LLP and Christopher A. Seegers Motion for Summary Judgment from September 16, 2015 to October 14, 2015. Signed by Judge Eldon E. Fallon on 9/14/2015.(Reference: 12-2406)(cms) (Entered: 09/14/2015) |
| 09/16/2015 | 65262 | ORDERED that oral argument on the Motion for Summary Judgment (Rec. Doc. No. 65252) currently scheduled for Wednesday, October 14, 2015 at 9:00 a.m. is hereby CONTINUED to Wednesday, November 4, 2015 at 9:00 a.m.. Signed by Judge Eldon E. Fallon on 9/14/2015.(Reference: 12-2406)(cms) (Entered: 09/16/2015) |
| 10/14/2015 | 65289 | RESPONSE/MEMORANDUM in Opposition filed by Plaintiff re 65252 MOTION for Summary Judgment *of Seeger Weiss, LLP and Christopher A. Seeger* . (Attachments: # 1 Memorandum in Support of the Opposition of the Plaintiff, Linda Isner, Exec. of the Estate of Jeffrey Isner, M.D., to the Motion for Summary Judgment of the Defendants, Seeger Weiss LLP and Christopher A. Seeger)(Reference: 2:12-cv-02406-EEF-DEK)(Murray, Philip) (Entered: 10/14/2015) |

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 10/27/2015 | 65292 | EXPARTE/CONSENT MOTION for Leave to File *Defendants Seeger Weiss, LLP and Christopher A. Seeger's Reply Memorandum in Support of Motion for Summary Judgment* by Plaintiff. (Attachments: # 1 Proposed Order, # 2 Proposed Pleading Reply Memorandum in Support of Motion for Summary Judgment)(Reference: 12-02406)(Davis, Leonard) (Entered: 10/27/2015) |
| 10/29/2015 | 65293 | ORDER granting 65292 Motion for Leave to File Reply Memorandum. Signed by Judge Eldon E. Fallon on 10/27/2015. (Reference: 12-2406)(cms) (Entered: 10/29/2015) |
| 10/29/2015 | 65294 | REPLY to Response to Motion filed by Plaintiff re 65252 MOTION for Summary Judgment *of Seeger Weiss, LLP and Christopher A. Seeger*. (Reference: 12-2406)(cms) (Entered: 10/29/2015) |
| 11/04/2015 | 65297 | Minute Order. Proceedings held before Judge Eldon E. Fallon: Motion Hearing held on 11/4/2015 re 65252 MOTION for Summary Judgment. Motion was taken under submission. (Court Reporter Karen Ibos.) (Reference: 12-2406)(cms) (Entered: 11/05/2015) |
| 11/09/2015 | 65298 | ORDER AND REASONS that Defendants Seeger Weiss, LLP and Christopher A. Seegers 65252 Motion for Summary Judgment hereby GRANTED and Isner's claims against them are DISMISSED. Signed by Judge Eldon E. Fallon on 11/9/2015. (Reference: 12-2406)(cms) (Entered: 11/10/2015) |
| 11/12/2015 | 65299 | ORDERED that this Court's November 9, 2015, Order & Reasons, R. Doc. 65298, is hereby AMENDED to reflect that Defendants, Seeger Weiss, LLP and Christopher Seeger, were represented by Counsel and that Plaintiff Linda Isner was not. Signed by Judge Eldon E. Fallon on 11/11/2015.(Reference: 12-2406)(cms) (Entered: 11/12/2015) |
| 12/04/2015 | 65310 | NOTICE OF APPEAL by Plaintiff. (Filing fee $ 505, receipt number 053L-5136056.) (Reference: 2:12-cv-02406-EEF-DEK)(Murray, Philip) (Entered: 12/04/2015) |
| 12/18/2015 | | USCA Case Number 15-31070 appealed to 5th Circuit Court of Appeals for 65310 Notice of Appeal filed by Plaintiff (Reference: 05md1657, 12-2406)(cms) (Entered: 12/21/2015) |
| 01/22/2016 | 65319 | ORDER of USCA as to 65310 Notice of Appeal; appeal is dismissed for want of prosecution. The appellant failed to timely order transcripts and make financial arrangements with the court reporter by USCA Clerk, 5th Circuit. (Reference: 05md1657, 12-2406)(cms) (Entered: 01/22/2016) |

| Date Filed | Docket Number | Docket Text |
|---|---|---|
| 03/24/2016 | 65336 | APPEAL TRANSCRIPT REQUEST by Plaintiff for proceedings held on 11-04-2015 re 65310 Notice of Appeal. (Transcript(s) ordered) (Court Reporter Karen Ibos noticed) (Reference: 12-2406)(Murray, Philip) (Entered: 03/24/2016) |
| 04/15/2016 | 65343 | APPEAL TRANSCRIPT of Motion Hearing held on November 4, 2015 before Judge Eldon E. Fallon. Court Reporter/Recorder Karen Ibos, Telephone number 504-589-7776. Transcript may be viewed at the court public terminal or purchased through the Court Reporter/Recorder before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER. Parties have 21 days from the filing of this transcript to file with the Court a Redaction Request. Release of Transcript Restriction set for 7/14/2016. (Reference: 12-2406)(rsg) (Entered: 04/15/2016) |
| 05/11/2016 | 65350 | NOTICE by Defendant *of Docket Entries From the Transferor Court*. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C)(Reference: 12-02406)(Wimberly, Dorothy) (Entered: 05/11/2016) |

May 19, 2016                                        Respectfully submitted,

s/ *Leonard A. Davis*                               s/ *Emily Renshaw Pistilli*
Leonard A. Davis                                    M. Elaine Horn
Herman, Herman & Katz, L.L.C.                       Emily Renshaw Pistilli
820 O'Keefe Avenue                                  Williams & Connolly LLP
New Orleans, LA 70113                               725 Twelfth Street, N.W.
(504) 581-4892                                      Washington, DC 20005
                                                    (202) 434-5000

  *Counsel for Defendants-Appellees*                  *Counsel for Defendants-Appellees*
  *Seeger Weiss, L.L.P.,*                            *Hughes Hubbard & Reed,*
  *and Christopher A. Seeger*                        *L.L.P., Theodore V.H. Mayer,*
                                                    *Browngreer, P.L.C., and Orran    L.*
                                                    *Brown*

s/ *Philip E. Murray, Jr.*
Philip E. Murray, Jr.
Murray, Kelly & Bertrand, P.C.
300 Trade Center - 2700
Woburn, MA 01801-4711
(781) 569-0020

*Counsel for Plaintiff-Appellant Linda Isner*

7

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing Joint Designation of Record on Appeal has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 19th day of May 2016.

        */s/ Dorothy H. Wimberly*
        Dorothy H. Wimberly, 18509
        STONE PIGMAN WALTHER
        WITTMANN L.L.C.
        546 Carondelet Street
        New Orleans, Louisiana 70130
        Phone: 504-581-3200
        Fax: 504-581-3361
        dwimberly@stonepigman.com

        *Defendants' Liaison Counsel*