UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® <br><br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

This Document Relates to All Cases

**MOTION OF PLAINTIFFS' LIAISON COUNSEL/LEAD COUNSEL
FOR IE/NE CASES TO REQUIRE DISCLOSURE OF COMMON BENEFIT
FEE AND COSTS WITHHOLDINGS FROM SETTLEMENT OF PERSONAL
INJURY CASES AND ACCOUNTING OF
COMMON BENEFIT EXPENSE ADVANCEMENTS**

MOTION

Plaintiffs' Liaison Counsel and Lead Counsel for IE/NE Cases moves the Court to enter the tendered order by which the Plaintiffs' Steering Committee ("PSC") is directed to provide specific information regarding common benefit fee and costs information on settled personal injury cases, and to provide detail on expenses paid from established common benefit cost funds. Counsel's Declaration is filed in support of this Motion is attached. The Memorandum in Support follows.

MEMORANDUM IN SUPPORT

By Order entered April 25, 2012 (Rec. Doc. 63798), this Court directed the PSC to establish an escrow account at BrownGreer for the purpose of holding and maintaining an accounting of common benefit fees and costs held for cases resolved outside the Master Settlement Agreement. The Court further ordered that appropriate disclosures to the Movant should be discussed once the escrow account

was established by the PSC. Lastly, the Court ordered that certain personal injury cases would not be exempted from the obligation to contribute to common benefit fees and costs.

Despite this Order, the PSC has not provided any information to Movant subsequent to August 21, 2012, and Movant does not know how much money is held, or where it is held, from the common benefit cost funds resulting from the Master Settlement Agreement, or from the common benefit fee or cost funds resulting from settlement of personal injury cases outside the Master Settlement Agreement. Merck has provided Movant with partial information about settled cases and common benefit fee and costs withheld therefrom, but that information is incomplete. The PSC has previously provided Movant with excel spreadsheets detailing expenditures by the PSC from Court-ordered advancements from the Master Settlement Expense Fund, and verification of the balances in that fund, but not since August 21, 2012.

At this point, Movant does not know the current account balance(s) of the common benefit expense fund generated by the Master Settlement Agreement, although Movant has calculated the balance to be $6,725,584.80. *See* Declaration, ¶¶9-10, and Declaration, TAB A. Movant does not know how the $900,000 advanced to the PSC from those funds has been spent. *See* Declaration, ¶¶9-10.

Further, Movant does not know the percentage assessment or amount collected from each personal injury case settled outside the Master Settlement Agreement. *See* Declaration, ¶¶7-8. Movant does not know the total amount

available in common benefit fee and costs from these cases, nor where the monies are held. *See* Declaration, ¶¶7-8. Movant has resolved all of her individual personal injury cases, so providing this information to her will be of no prejudice to Merck. *See* Declaration, ¶11.

Movant has tried repeatedly to obtain this information from the PSC, and the PSC has at times promised to provide it. However, no data has been provided since 2012. *See* Declaration, ¶¶7, 12.

Movant has need of this information not only to fulfill her duties as liaison and lead counsel for many of the cases at issue, but also for purposes of fee and cost reimbursement applications, including objections required by June 17, 2016 under PTO 59(A). *See* Declaration, ¶¶13-14.

A proposed order is tendered herewith.

          Respectfully Submitted,

          */s/ Ann B. Oldfather*
          Ann B. Oldfather
          KBA Bar #52553
          Liaison Counsel/Lead Counsel
          OLDFATHER LAW FIRM
          1330 S. Third Street
          Louisville, KY 40208
          502.637.7200
          502.636.0066 (fax)
          aoldfather@oldfather.com
          *Liaison and Lead Counsel for IE/NE Cases*

**CERTIFICATE OF SERVICE**

I hereby certify that the above has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 24th day of May, 2016.

                                         */s/ Ann B. Oldfather*
                                         Ann B. Oldfather