UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**This Document Relates to All Cases**

[PROPOSED] ORDER GRANTING
MOTION OF PLAINTIFFS' LIAISON COUNSEL/LEAD COUNSEL
FOR IE/NE CASES TO REQUIRE DISCLOSURE OF COMMON BENEFIT
FEE AND COSTS WITHHOLDINGS FROM SETTLEMENT
OF PERSONAL INJURY CASES AND ACCOUNTING
<u>OF COMMON BENEFIT EXPENSE ADVANCEMENTS</u>

Having considered the Motion of Plaintiffs' Liaison Counsel/Lead Counsel for IE/NE Cases to Require Disclosure of Common Benefit Fee and Costs Withholdings from Settlement of Personal Injury Cases and Accounting of Common Benefit Expense Advancements, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Plaintiffs' Steering Committee shall provide the following information and supporting documents to Ms. Oldfather on or before June 10, 2016:

1. The current account balance(s) of the common benefit expense fund generated by the Master Settlement Agreement.
    a. Copy(ies) of current statement(s).

2. Accounting post-8/21/2012 from Phil Garrett similar to that previously provided for the monies advanced to the PSC from the common benefit expense fund generated by the Master Settlement Agreement, in an excel format.

3. The total amount held for common benefit fees and expenses generated by the personal injury cases resolved outside the Master Settlement Agreement.

   a. Copy(ies) of account statement(s).

4. The individual percentage assessed and the amount collected for common benefit fee and expense from each personal injury case resolved outside the Master Settlement Agreement.

SO ORDERED.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E FALLON
UNITED STATES DISTRICT COURT
JUDGE