# EXHIBIT 2

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## AFFIDAVIT OF JO LEVITT

STATE OF MISSOURI    )
                     ) ss
COUNTY OF JACKSON    )

I, Jo Levitt, being duly sworn, state and attest as follows:

1. I am of sound mind and legally capable of attesting to the facts set forth herein.

2. I have instructed my lawyers to request that Merck remove the confidentiality designations from any and all Vioxx documents relating to marketing, research, science, studies, testing, production etc.

3. I believe these documents are a matter of public interest and should not be confidential.

4. I respectfully request that this Court de-designate any and all Vioxx documents relating to marketing, research, science, studies, testing, production etc., so that the general public has full knowledge of Merck's activities and knowledge in an effort to avoid my scenario being repeated.

FURTHER AFFIANT SAYETH NOT

_____
Jo Levitt

STATE OF MISSOURI    )
                     ) ss.
COUNTY OF Jackson    )

Subscribed and sworn to before me this 27th day of May, 2016:

_____
Notary Public

My commission expires: _____

TIMOTHY J. WATKINS
Notary Public - Notary Seal
STATE OF MISSOURI
Clay County
My Commission Expires Aug. 1, 2019
Commission # 15497429