# EXHIBIT A

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
-------------------------------------------------------------x
In re: VIOXX PRODUCTS LIABILITY
LITIGATION                                         MDL NO. 1657 (EEF)

THIS DOCUMENT RELATES TO ALL CASES       SECTION L

                                                         **NOTICE OF DEPOSITION**

-------------------------------------------------------------x

**PLEASE TAKE NOTICE THAT**, pursuant to Rule 30(b)(6) of the Federal Rules of Civil Procedure, Dr. David Egilman, by and through his attorney, Alexander A. Reinert, will take the deposition upon oral examination of defendant **MERCK SHARP & DOHME CORP.** ("Merck") through one or more officers, directors, agents or other representatives who shall be designated to testify on the defendant's behalf regarding all information known or reasonably available to the defendant with respect to the subject matters identified in Exhibit A.   Dr. Egilman requests that defendant provide written notice at least five (5) business days before the deposition of the name(s) and employment position(s) of the individual(s) designated to testify on the defendant's behalf.   The deposition shall be taken before a Notary Public or other officer authorized by law to administer oaths on August 7, 2014, at 9:00 a.m., at the offices of Alexander A. Reinert, 55 Fifth Avenue, New York, New York 10003.

Dated: July 3, 2014
       New York, New York

                                               Respectfully submitted,

                                               **ALEXANDER A. REINERT**
                                               *Attorney for Dr. David Egilman*
                                               By:      *s:/Alexander A. Reinert*
                                                    Alexander A. Reinert [AR 1740]
                                               55 Fifth Avenue, Room 1005
                                               New York, New York 10003
                                               (212) 790-0403

**EXHIBIT A**

The deponent(s) shall be prepared to address the following topics:

1. The information contained within documents designated by Merck as confidential in this litigation pursuant to Pretrial Order Nos. 13, 13A, or 13C.

2. The information contained within documents designated by Merck as confidential in this litigation pursuant to Pretrial Order Nos. 13, 13A, or 13C that has been used, summarized, referred to, or otherwise disclosed by Dr. David Egilman in violation of those Orders.

3. The documents designated by Merck as confidential in this litigation pursuant to Pretrial Order Nos. 13, 13A, or 13C that were disclosed or communicated by Dr. Egilman's statements contained in the March 26, 2014, *Wall Street Journal* article entitled "More Disclosure Coming in Merck's Decade-Long Vioxx Nightmare."

4. The documents designated by Merck as confidential in this litigation pursuant to Pretrial Order Nos. 13, 13A, or 13C that contain information on the toxicity of Vioxx that has not been previously published by Defendant.

5. The documents designated by Merck as confidential in this litigation pursuant to Pretrial Order Nos. 13, 13A, or 13C that provide new information on the health hazards of Vioxx.

6. The documents designated by Merck as confidential in this litigation pursuant to Pretrial Order Nos. 13, 13A, or 13C that provide evidence of fraud in the conduct of Merck's studies of the health hazards of Vioxx.

7. The documents designated by Merck as confidential in this litigation pursuant to Pretrial Order Nos. 13, 13A, or 13C that provide information that Merck misrepresented the health effects of Vioxx.

8. The documents that form the basis for Merck's assertion that Dr. Egilman has violated any provision of Pretrial Order Nos. 13, 13A, or 13C.

9. The documents that were used, summarized, referred to, communicated, or otherwise disclosed by the September 5, 2006 report by The Honorable John S. Martin, Jr.

10. The documents that were used, summarized, referred to, communicated, or otherwise disclosed by the June 13, 2013 expert report submitted by Dr. Lisa Rarick.