# EXHIBIT G

## Sullivan, John

**From:** Mayer, Ted [mayer@hugheshubbard.com]
**Sent:** Thursday, June 07, 2007 2:54 PM
**To:** Sullivan, John
**Subject:** FW: Confidentiality questions

---

**From:** Mayer, Ted
**Sent:** Monday, April 09, 2007 9:21 PM
**To:** 'degilman@egilman.com'
**Subject:** Confidentiality questions

Dr. Egilman:

This will respond to your follow-up inquiries regarding confidentiality.

First, as to note 18, "Hill, B. Fax communication to Norman, A. Payment Agreement. April 21" (MRK-AAF0004467-71), if you are seeking to quote the non-confidential portions of the document, you would have to redact all of the payment amounts as well as the Tax ID Number for Dr. Norman's practice on the W-9 form. Also, you would have to take out the reference to payment amount in the text.

Second, as to your remaining questions, here are our original numbered questions, your responses in all caps, and our responses to you (or further questions) in brackets. As you will see, questions remain.

We need better bates information on the following:
6, 51, 53, 55.


   1. n.6 (Bain, R. to Barr, E. and Reicin, A. Communication: Memo: Unblinding of MK-0966 Protocols -078 and -091. 2000)(MRK-ACV0026087-91).


   CORRECT BATES NO.   ACV002038-41

[This is not a correct bates range (it is missing a digit).]

6/8/07

   3.  n.34 (Merck Clinical Study Report Assessment of Differences
Between Vioxx and Naproxen to Ascertain Gastrointestinal Tolerability
and Effectiveness (Advantage)) (MRK-NJ0220292). Bates range and
description do not match.


   CORRECT BATES NO.   MRK NJ0221292-NJ0221423

[Non-confidential]



   4.  n.50 (Baumgartner S. to Fanelle, C. and Mills, T.L.
Communication: RE: Urgent: Renal Communications Plan 5-4-01.ppt. May 09,
2001). Bates range not given.


   CORRECT BATES NO.   MRK-ADI0008767

[This is the first page of document MRK-ADI0008767-8769. It is non-
confidential.]



   5.  n.51 (Vigor Cardiology Consultants Meeting Notes. 2000).
Bates range not given.


   CORRECT BATES NO.   MRK-NJ0272583

[Bates given does not match description of the document.]



   6.  n.53 (Silverman, R. Letter communication to FDA. Changes
Being Effected Lithium interaction). No bates range is given.


   CORRECT BATES NO.   MRK-AAF000304

[This is not a correct number.]



   7.  n.55 (FDA Draft of Vioxx Label with FDA Comments: Merck text


6/8/07

submitted May 2001 with FDA changes of 15 Oct 2001) (MRK-ABW0004799). Bates range and description do not match.

    CORRECT BATES NO. MRK-ABW0004799-4287, MRK-NJ0209942-73

[The first range is not correct and does not make sense because the first number in the range is greater than the last number. The second
range (MRK-NJ0209942-73) appears to be a match , but the document is a label that also contains Merck comments from 10-16-01. It is non-confidential.]


    8. n.58 (Shapiro, D. VIOXX Preliminary Cardiovascular Meta-Analysis. 200/10/18). No bates range is given.

    BATES NO. MRK-GUE0017779-812

[Non-confidential]


    9. n.61 (Merck Advantage CSR Informed Consent Form.)(MRK-AVF0154893). Bates number appears to be wrong.

    CORRECT BATES NO. AFV155233-37

[Non-confidential]

********************************************************************
This email and any files transmitted with it may contain privileged or confidential information. Use, disclosure, copying or distribution of this message by anyone other than the intended recipient is strictly prohibited. If you have received this email in error please notify the sender by reply email and destroy all copies of this message in your possession, custody or control.
********************************************************************

# David Egilman

| | |
|---|---|
| **From:** | Cinquegrana, R.J. [rcinquegrana@choate.com] |
| **Sent:** | Tuesday, April 03, 2012 1:50 PM |
| **To:** | David Egilman |
| **Cc:** | Cinquegrana, R.J. |
| **Subject:** | RE: Hi there. A question on the timing of your decision on the documents |

Dr. Egilman, Merck has reviewed your list and believes that the following designations currently apply to the documents. Thank you for sending the list.

Egilman Documents – Confidential

| Egilman Bates Range | Bates Range |
|---|---|
| MRK-AAC0068928-MRK-AAC0069124 | MRK-AAC0068928 |
| AA00000 119 | MRK-AAO0000119 |
| MRK-AAU0000001-MRK-AAU0000028 | MRK-AAU0000001 |
| MRK-ABP0016640 - MRK-ABP0016648 | MRK-ABP0016640 |
| MRK-ABP0016640 - MRK-ABP0016648 | MRK-ABP0016648 |
| ABW0005623-25 | MRK-ABW0005623 |
| ABWOO1815O | MRK-ABW0018150 |
| MRK-ABY0079740 - MRK-ABY0079747 | MRK-ABY0079740 |
| ACD0083803-08 | MRK-ACD0083803 |
| ACDO1 18967 ; MRK-ACD0118967-MRK-ACD0119115 | MRK-ACD0118967 |
| MRK-AFO0189484 - MRK-AFO0189488 | MRK-AFO0189484 |
| MRK-AFT0005928 | MRK-AFT0005928 |
| MRK-AFV0056036 - MRK-AFV0056038 | MRK-AFV0056036 |
| MRK-AFV0210573-MRK-AFV0210577 | MRK-AFV0210573 |
| MRK-AHD0001996-MRK-AHD0002435 | MRK-AHD0001996 |
| MRK-AJU0002625 - MRK-AJU0002668 | MRK-AJU0002625 |
| MRK-AKC 2623 | MRK-AKC0002623 |
| MRK-I2220003389 - MRK-I2220003511 | MRK-I2220003389 |
| MRK-I2220003997 - MRK-I2220004120 | MRK-I2220003997 |
| MRK-I8940072038 - MRK-I8940072157 | MRK-I8940072038 |
| JAH0000493-500 | MRK-JAH0000382 |

| | |
|---|---|
| NJO 120240 | MRK-NJ0120240 |
| NJ0152895-904 | MRK-NJ0152895 |
| MRK-NJ0363443-MRK-NJ0363445 | MRK-NJ0363443 |
| MRK-PLBAH 1 | MRK-PLBAH0000001 |
| MRK-PLBAH 156 | MRK-PLBAH0000156 |
| MRK-PLBAH 433 | MRK-PLBAH0000433 |
| MRK-PLBAH 1295 | MRK-PLBAH0001295 |
| MRK-PLBAH 1839 | MRK-PLBAH0001839 |
| MRK-PLBAH 3170 | MRK-PLBAH0003170 |
| MRK-PLBAH 3634 | MRK-PLBAH0003634 |
| MRK-PLBAH 4223 | MRK-PLBAH0004223 |
| MRK-PLBAH 5545 | MRK-PLBAH0005545 |
| MRK-PLBAH 6743 | MRK-PLBAH0006743 |
| MRK-PLBAH 9148 | MRK-PLBAH0009148 |
| MRK-PLBAH 10140 | MRK-PLBAH0010140 |
| MRK-PLBAH 12702 | MRK-PLBAH0012702 |
| MRK-PLBAH 14032 | MRK-PLBAH0014032 |
| PLBAHOO14536 | MRK-PLBAH0014536 |
| MRK-PLBAH 14929 | MRK-PLBAH0014929 |
| MRK-PLBAH 15207 | MRK-PLBAH0015207 |
| MRK-PLBAH 15806 | MRK-PLBAH0015806 |
| MRK-PLBAH 17265 | MRK-PLBAH0017265 |
| MRK-PLBAH 19614; PLBAHOO19614 | MRK-PLBAH0019614 |
| MRK-PLBAH 20104 | MRK-PLBAH0020104 |
| MRK-PLBAH 24589; PLBAH0024589 | MRK-PLBAH0024589 |
| MRK-PLBAH 24854; PLBAH0024854 | MRK-PLBAH0024854 |
| MRK-PLBAH 24956 | MRK-PLBAH0024956 |
| MRK-PLBAH 25650 | MRK-PLBAH0025650 |
| MRK-PLBAH 26207 | MRK-PLBAH0026207 |
| MRK-PLBAH 27776 | MRK-PLBAH0027776 |
| MRK-PLBAH 28455; PLBAH0028455 | MRK-PLBAH0028455 |
| MRK-PLBAH 29211 | MRK-PLBAH0029211 |
| PLBAI00046O3 | MRK-PLBAI0004603 |
| PLBA10004676 | MRK-PLBAI0004676 |
| PLBA10004684 | MRK-PLBAI0004684 |
| PLBAI0007005 | MRK-PLBAI0007005 |
| PLBA10008536 | MRK-PLBAI0008536 |
| PLBAU0008484 | MRK-PLBAU0008484 |
| PLBAUOO13815 | MRK-PLBAU0013815 |

Egilman Documents – Not Confidential

| Egilman Bates Range | Bates Range |
|---|---|
| LEH0014691 | LEH0014691 |
| MRK-01420115559-MRK-01420115603 | MRK-01420115559 |

2

| | |
|---|---|
| AAA0007702-949; AAA0007954-7; AAA0007958-62; AAA0007963-67; AAA0007968-72 | MRK-AAA0007702 |
| AAB0004563 | MRK-AAB0004563 |
| AAB0060340 | MRK-AAB0060340 |
| AAB0 109378-411 | MRK-AAB0109378 |
| AAB0109412-447; MRK-AAB0109412 | MRK-AAB0109412 |
| AAB0109448-492 | MRK-AAB0109448 |
| AAC006473435 | MRK-AAC0064734 |
| AAC0 128698 | MRK-AAC0128698 |
| AAD0038795-91 16 | MRK-AAD0038795 |
| AAD0049074 | MRK-AAD0048884 |
| AAD0 192390-91 | MRK-AAD0192390 |
| AAE00024 14-15 | MRK-AAE0002414 |
| AAF0000763 | MRK-AAF0000763 |
| AAF0004126-29 | MRK-AAF0004126 |
| AAF0004865 | MRK-AAF0004865 |
| AAF0005794 | MRK-AAF0005794 |
| AAF0006965 | MRK-AAF0006965 |
| AAF0007786-87 | MRK-AAF0007786 |
| AAF0007894-95 | MRK-AAF0007894 |
| AAI00000001-60 | MRK-AAI0000001 |
| AAR0O 10111 | MRK-AAR0010111 |
| ABA0028398 | MRK-ABA0028398 |
| ABD0001986-87 | MRK-ABD0001986 |
| ABG000007O-109 | MRK-ABG0000070 |
| ABH0002007-24 | MRK-ABH0002007 |
| MRK-ABH0016219 | MRK-ABH0016219 |
| ABH0019975-76 | MRK-ABH0019975 |
| ABHOO20000 | MRK-ABH0020000 |
| AB10002226-29 | MRK-ABI0002226 |
| MRK-ABI0003228- MRK-ABI0003230 | MRK-ABI0003228 |
| AB10007213-15 | MRK-ABI0007213 |
| ABKO3 11052 | Mrk-abk0311052 |
| AB00000220-2 | MRK-ABO0000220 |
| AB00000220-2 | MRK-ABO0000222 |
| AB00000257 | MRK-ABO0000257 |
| ABS0473022-25 | MRK-ABS0473022 |
| ABT0014818-27 | MRK-ABT0014818 |
| ABW00004O8-452 | MRK-ABW0000408 |
| MRK-ABW0004799 - MRK-ACR0009287 | MRK-ABW0004799 |
| ABW0005607 | MRK-ABW0005607 |
| ABW0008912 | MRK-ABW0008912 |
| ABWOO1 1826-27 | MRK-ABW0011826 |
| ABY0002O41-53; ABY0002066 | MRK-ABY0002041 |
| ABY0004604 | MRK-ABY0004604 |

3

| | |
|---|---|
| ABYOO 19476-7 | MRK-ABY0019476 |
| ABY0019481 | MRK-ABY0019481 |
| ABY0002O41-53 | MRK-ABY0204153 |
| MRK-ACF0003784- MRK-ACF0003786 | MRK-ACF0003784 |
| ACF0005855-57 | MRK-ACF0005855 |
| ACR0007849 | MRK-ACR0007849 |
| ACR0009066 | MRK-ACR0009066 |
| ACR0009 150; MRK-ACR0009150-MRK-ACR0009152 | MRK-ACR0009150 |
| ACR0009151-2; MRK-ACR0009151 - MRK-ACR0009152 | MRK-ACR0009151 |
| MRK-ABW0004799 - MRK-ACR0009287 | MRK-ACR0009287 |
| ACR0009297 | MRK-ACR0009297 |
| ACR0014502-3 | MRK-ACR0014502 |
| ACV0020238-4 | MRK-ACV0020238 |
| ACV0020238-4 | MRK-ACV0020240 |
| ACV0020639 | MRK-ACV0020639 |
| MRK-ADS0000513- MRK-ADS0000157 | MRK-ADS0000153 |
| AFH0017256-63 | MRK-AFH0017256 |
| AFH0017256-63 | MRK-AFH0017258 |
| AFH0017256-63 | MRK-AFH0017260 |
| AFH0017256-63 | MRK-AFH0017262 |
| MRK-AFK0145520 - MRK-AFK0145655 | MRK-AFK0145520 |
| MRK-AFT0005926- MRK-AFT0005927 | MRK-AFT0005926 |
| MRK-AJA0092876- MRK-AJA0092898 | MRK-AJA0092876 |
| MRK-AJA0225737- MRK-AJA0225811 | MRK-AJA0225737 |
| AQ10005559-6 | MRK-AQI0005559 |
| ARP0034606-08 | MRK-ARP0034606 |
| ARP0034606-08 | MRK-ARP0034607 |
| EAD0015802 | MRK-EAD0015802 |
| MRK-I4190002159 - MRK-I4190002181 | MRK-I4190002159 |
| JAK0022965-670 | MRK-JAK0022965 |
| MESOO1 1358-59 | MRK-MES0011356 |
| MEW0031405-35 | MRK-MEW0031405 |
| MRK-N0520018536- MRK-N0520018571 | MRK-N0520018536 |
| MRK-N0520018536- MRK-N0520018571 | MRK-N0520018540 |
| MRK-N0520018536- MRK-N0520018571 | MRK-N0520018543 |

| | |
|---|---|
| NJ0070073-74 | MRK-NJ0070073 |
| NJ0070073-74 | MRK-NJ0070074 |
| MRK-NJ0089989-MRK-NJ0089990 | MRK-NJ0089972-MRK-NJ0090021 |
| NJ0123880-82 | MRK-NJ0123880 |
| MRK-NJ0124427-MRK-NJ0124428; NJO 124427-28 | MRK-NJ0124427 |
| MRK-NJ0155799-MRK-NJ0155818; NJ0155799-818 | MRK-NJ0155799 |
| MRK-NJ0186457 - MRK-NJ0186465 | MRK-NJ0186457 |
| NJ0216535 | MRK-NJ0216535 |
| MRK-NJ0272583 | MRK-NJ0272583 |
| MRK-NJ0333224 | MRK-NJ0333224 |
| MRK-NJ0333225-MRK-NJ0333235 | MRK-NJ0333225 |
| MRK-NJ0347581-MRK-NJ0347631 | MRK-NJ0347581 |
| PLBAU0008475-83 | MRK-PLBAU0008475 |
| PLBAU0008647-50 | MRK-PLBAU0008623 |
| PLBAU0009O45-49; PLBAU0009439-42 | MRK-PLBAU0009015 |
| PLBAU0022883 | MRK-PLBAU0022883 |
| PLBAUOO42100-568 | MRK-PLBAU0042100 |
| PRL0000 114-115 | MRK-PRL0000114 |



**From:** David Egilman [mailto:degilman@neveragainconsulting.com]
**Sent:** Monday, April 02, 2012 6:17 PM
**To:** Cinquegrana, R.J.
**Subject:** Hi there. A question on the timing of your decision on the documents

Dear Mr. Cinquegrana:

Have you made any decision on the documents. If not do you have an estimate of when you will make a decision. I would like to submit my statement in the next day or two.

Thanks



David Egilman MD, MPH

Clinical Associate Professor Department of Family Medicine
Brown University
Editor International Journal of Occupational & Environmental Health
8 North Main Street
Attleboro, Massachusetts 02703
Cell	508-472-2809
Phone	508-226-5091 ext 11
Fax	425-699-7033

Confidentiality Statement:

This Message is transmitted to you by the law firm of Choate, Hall & Stewart LLP.  The substance of this message, along with any attachments, may be confidential and legally privileged.  If you are not the designated recipient of this message, please destroy it and notify the sender of the error by return e-mail or by calling 1-800-520-2427.

Under regulations of the Treasury Department, we are required to include the following statement in this message: Any advice contained herein (or in any attachment hereto) regarding federal tax matters was not intended or written by the sender to be used, and it cannot be used by any taxpayer, for the purpose of avoiding penalties that may be imposed on the taxpayer.

For more information about Choate, Hall & Stewart LLP, please visit us at choate.com

March 23, 2007

**FEDERAL EXPRESS**

David Egilman, MD, MPH
Clinical Associate Professor Of Community Medicine
Brown University
8 North Main Street
Attleboro, Massachusetts 02703

      Re:    ADVANTAGE paper

Dear Dr. Egilman:

      Thank you for the opportunity to comment on your paper. It is inaccurate in many respects and mischaracterizes internal Merck documents. With all the time you have spent as a consultant to plaintiffs at Vioxx trials at which allegations you make have been refuted point by point, you cannot fail to be aware of those inaccuracies and mischaracterizations, so I have no confidence that a further point-by-point refutation in private correspondence would induce you to conform your presentation to the facts. I can only agree with the findings by Judge Plaut in Colorado that you "are not a credible witness." Given that, I will confine this response to a few significant issues.

      ADVANTAGE was a study that addressed an important problem faced by physicians who treat pain, the discontinuation of pain medication done to adverse gastrointestinal events. The study put Vioxx into the hands of many physicians so they could make determinations based on their experiences with it. That is entirely appropriate. When Merck received data from ADVANTAGE, it promptly submitted the data to the FDA, continually updated those submissions, and published the data.

      Merck's record of disclosure of cardiovascular data from ADVANTAGE is excellent. As you know, Merck identified in the published article the adjudicated APTC and thrombotic event data, and broke out the heart attack and stroke data separately for doctors. . Your focus on a single adverse event, Case 5005, defies explanation. Merck's handling of that event was entirely appropriate, and no scientist could credibly claim that a single event could change the interpretation of a study involving more than 5,500 patients. Merck's Cardiovascular Standard Operating Procedure was an extra step, on top of Merck's already rigorous event monitoring, designed to obtain even more reliable data concerning thrombotic events. As Dr.

Villalba said in her review dated November 28, 2001 (your reference 20), "The SOP for this adjudication of cardiovascular events seems appropriate to FDA reviewers."

      Merck had extensive discussions with FDA about whether safety data from ADVANTAGE and other studies should go in the label. In balancing all-inclusiveness against the desire to present clearly to physicians the data FDA considered most relevant, the FDA ultimately decided that the label which most accurately represented the data for prescribers would include neither the ADVANTAGE data nor various additional data that Merck had proposed including.

                                            Sincerely,

                                            Theodore V. H. Mayer

## Merck Documents

**Alexander A Reinert**
**Sent:** Thursday, April 28, 2016 8:03 AM
**To:**   Beisner, John H [John.Beisner@skadden.com]

Dear John,

We are seeking clarification as to whether any of the following documents are considered confidential by Merck.  We believe they are non-confidential but I want to make sure we are correct:

MRK-ACF0005753-67.
MRK-NJ0338430.
MRK-01420094346-7186.
MRK-AAX0001725-833.
MRK-ABI0003228-30.
MRK-ACR0009150-2.
MRK-ADI0009109-17.
MRK-AAC0178295-98.
MRK-NJ0209942-73.
MRK-AHD0015194-225
MRK-NJ0363443-5.
MRK-ACF0003784-6.
MRK-NJ0070073.
MRK-NJ0070074.
MRK-NJ0124436-8.
MRK-NJ0089972-90021
MRK-AJA0092876-98.
MRK-ACV0026087-91.
MRK-PLBAJ0000073.
MRK-NJ0124427-28.
MRK-NJ0069724-6
MRK-AFV0395807-9.
MRK-PLBAJ0000043.
MRK-01420115583.
MRK-PLBAJ0000021.
MRK-AAF0003171-2.
MRK-01420115559.
MRK-AFV0210573-77.
MRK-AFH0025852-67.
MRK-AAF0004013-4.
MRK-AAF0003892-3.
MRK-ABW0004799;
MRK-NJ0209942-73;
MRK-ACR0009287.
MRK-ACD0079561-9624.
MRK-GUE0017779-812.
MRK-AAF0003308-10.
MRK-AAF0003926-7.

MRK-01420031266-68
MRK-AFK0203537-3606
MRK-ACR0009153.
MRK-AAF0003997-8.
MRK-NJ0070084.
MRK-GUE0008582-3
MRK-NJ0443360-2
MRK-ACR0009151-2
MRK-ACM0010245-61
MRK-ARP0137370-87
MRK-AFV0394911-2
MRK-BNN0000069-73
MRK-BNN0000650-1
MRK-ACM0010245-61
MRK-ACM0003467-8
MRK-ABI0007130-1
MRK-NJ0139669
MRK-ACR0009297
MRK-AFV0335320

Thanks,
Alex

Alexander A. Reinert
Professor of Law
Benjamin N. Cardozo School of Law
55 Fifth Avenue, Room 1005
New York, New York 10003
Tel.: (212) 790-0403
Fax: (212) 790-0805
areinert@yu.edu
SSRN Page: http://papers.ssrn.com/sol3/cf_dev/AbsByAuth.cfm?per_id=1341906