UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

## REQUEST FOR ORAL ARGUMENT

NOW comes, Russ M. Herman, Plaintiffs' Liaison Counsel in MDL 2047, who requests oral argument on Plaintiffs' Liaison Counsel/Lead Counsel for IE/NE Cases to Require Disclosure of Common Benefit Fees and Costs Withholdings From Settlement of Personal Injury Cases and Accounting of Common Benefit Expense and Advancements [Rec. Doc. 65357] filed on May 24, 2016 by Ann Oldfather, and which is set for submission on June 8, 2016 at 9:00 a.m.

Dated: June 1, 2016

Respectfully submitted,

By: /s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA  70113
Phone: (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of June, 2016.

      /s/ Leonard A. Davis
      **Leonard A. Davis**