UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |

**************************************************************************

### DEFENDANT MERCK SHARP & DOHME CORP.'S
### MOTION TO MODIFY THE BRIEFING SCHEDULE FOR *DAUBERT* AND
### DISPOSITIVE MOTIONS AND FOR EXPEDITED CONSIDERATION

Defendant Merck Sharp & Dohme Corp. ("Merck") respectfully requests a short modification of the current briefing schedule for *Daubert* and dispositive motions in this matter. The requested adjustments would not change the current July 20th hearing date, or change the date by which all briefing is currently set to be completed (July 14th). Further, because this motion impacts a deadline that will pass before the next scheduled submission date, Merck requests expedited consideration of this motion. The grounds for relief are as follows:

1. *Daubert* and dispositive motions are currently scheduled to be argued on July 20, 2016. Under the current schedule, the deadline for filing such motions is June 13, with opposition briefs due on June 27, and replies on July 14.

2. Merck requests that the deadline for filing dispositive and *Daubert* motions be extended by ten days and moved from June 13 to June 23. This would result in also moving the date for filing opposition briefs from June 27 to July 7. The date for filing any reply briefs would remain the same – July 14, and the July 20 hearing date would likewise remain the same.

3. Merck is requesting this adjustment in part because of an unexpected delay in concluding the depositions of Plaintiff's cardiology expert, Dr. Schapira. Dr. Schapira's

1207123v1

deposition was begun on April 26 and was expected to be completed that day, but the deposition had to be continued because of the doctor's unexpected limited availability.  Dr. Schapira's deposition was concluded approximately one month later than originally planned (on May 24).  This surprise change in the deposition schedule has delayed Merck's work on motions relating to key issues in this case.

   4. Counsel for Merck has contacted Plaintiff's counsel several times about the above request, but has not yet received a response.  Because the argument date for these motions remains on July 20, and all briefing would be concluded as of July 14 as originally planned, counsel does not believe that the requested adjustments would prejudice or inconvenience Plaintiff or the Court.

   5. A proposed order is attached.

Dated:  June 1, 2016      Respectfully submitted,

            By: */s/ Dorothy H. Wimberly*
             Phillip A. Wittmann, 13625
             Dorothy H. Wimberly, 18509
             STONE PIGMAN WALTHER
             WITTMANN L.L.C.
             546 Carondelet Street
             New Orleans, Louisiana 70130
             Phone: 504-581-3200
             Fax: 504-581-3361
             *Defendants' Liaison Counsel*

             —and—

             Douglas R. Marvin
             M. Elaine Horn
             Emily Renshaw Pistilli
             WILLIAMS & CONNOLLY LLP
             725 Twelfth Street, N.W.
             Washington, D.C. 20005
             Phone: 202-434-5000
             Fax: 202-434-5029
             *Attorneys for Merck Sharp & Dohme Corp.*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Motion to Modify Schedule has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of June, 2016.

      */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1207123v1