UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck & Co., Inc.*, | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

************************************************************************

## ORDER GRANTING MOTION TO MODIFY SCHEDULE

Considering Merck's request for a modification of deadlines and request for expedited consideration in the above-captioned case, and the reasons provided therein,

**IT IS HEREBY ORDERED** that the motion is granted and the briefing deadlines in this case are modified as follows:

- **June 23, 2016**:   Deadline for filing *Daubert* motions and any dispositive motions

- **July 7, 2016**:   Responses to motions

- **July 14, 2016**:   Replies in support of motions

- **July 20, 2016** (at or after the regular motions calendar):   Motions Hearing

**NEW ORLEANS, LOUISIANA,** this ___ day of June, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1207125v1