# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: | VIOXX : |
| | : MDL Docket NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** : | |
| | : SECTION L |
| | : |
| This document relates to ALL ACTIONS | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |
| | : |

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, at 9:00 o'clock a.m., on the 22nd day of June, 2016, or as soon thereafter as counsel can be heard, for an order on Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Date:   June 2, 2016

By:   /s/ Leonard A. Davis
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
***Herman, Herman & Katz, L.L.C.***
820 O'Keefe Avenue
New Orleans, Louisiana   70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
ldavis@hhklawfirm.com

**PLAINTIFFS' LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of June, 2016.

/s/ Leonard A. Davis
Leonard A. Davis (Bar No. 14190)
***Herman, Herman & Katz, L.L.C.***
820 O'Keefe Avenue
New Orleans, LA   70113
PH:     (504) 581-4892
FAX:   (504) 561-6024
ldavis@hhklawfirm.com