UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MERCK SHARP & DOHME CORP.'S REQUEST FOR ORAL ARGUMENT AS TO MERCK'S MOTIONS REGARDING DOCUMENT CONFIDENTIALITY AND REQUEST TO RESET HEARING FOR AUGUST 3, 2016**

Pursuant to Local Rule 78.1, Defendant Merck Sharp & Dohme Corp. respectfully requests oral argument on its pending motions regarding document confidentiality designations. (Rec. Docs. 65337 and 65349.)  These motions were filed on March 28, 2016 and May 10, 2016, and Plaintiff filed a combined opposition on Friday, May 27 (Rec. Doc. 65358.)

These motions are currently noticed for submission on June 8.  Due to scheduling conflicts, counsel for Merck is not available for oral argument on June 8.  Counsel for Merck has conferred with Plaintiff's counsel, and both counsel are available for argument on these motions on the Court's regularly scheduled oral argument date of August 3.

Accordingly, Merck requests that this Court allow oral argument on its pending motions regarding document confidentiality designations, and that argument be reset for hearing on August 3, 2016 at or after the Court's regular motions calendar.  Merck will submit a Reply brief in support of the motions no later than a week prior to the oral argument date set by the Court.

1207168v1

Dated:  June 2, 2016                            Respectfully submitted,

                                                By: /s/ Dorothy H. Wimberly
                                                    Phillip A. Wittmann, 13625
                                                    Dorothy H. Wimberly, 18509
                                                    STONE PIGMAN WALTHER
                                                    WITTMANN L.L.C.
                                                    546 Carondelet Street
                                                    New Orleans, Louisiana 70130
                                                    Phone: 504-581-3200
                                                    Fax:    504-581-3361

                                                    *Defendants' Liaison Counsel*

                                                      —and—

                                                    Douglas R. Marvin
                                                    M. Elaine Horn
                                                    Emily Renshaw Pistilli
                                                    WILLIAMS & CONNOLLY LLP
                                                    725 Twelfth Street, N.W.
                                                    Washington, D.C. 20005
                                                    Phone: 202-434-5000
                                                    Fax:    202-434-5029

                                                    *Attorneys for Merck Sharp & Dohme Corp.*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request for Oral Argument has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of June, 2016.

                                          */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel