UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck & Co., Inc.*, | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## **ORDER**

Considering Defendant Merck Sharp & Dohme Corp.'s Request for Oral Argument as to Merck's Motions Regarding Document Confidentiality and Request to Reset Hearing for August 3, 2016,

**IT IS ORDERED** that the requests be and they hereby are granted. Accordingly, the Merck's Motions Regarding Document Confidentiality (R.Docs. 65337 and 65349) will now be heard on August 3, 2016, at 9:00 o'clock a.m., with oral argument.

**NEW ORLEANS, LOUISIANA,** this ___ day of June, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

1207169v1