UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:            All Cases

Before the Court is Ann Oldfather's Motion to Require Disclosure of Common Benefit Fee and Costs Withholdings from Settlement of Personal Injury Cases and Accounting of Common Benefit Expense Advancements.  R. Doc. 65357.  The Motion implicates the PSC. Therefore,

**IT IS ORDERED** that the PSC shall file a response to the motion on or before June 6, 2016.

New Orleans, Louisiana, this 26th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE