UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| This document relates to All Cases | * | JUDGE FALLON |
| | * | MAGISTRATE JUDGE KNOWLES |

## O R D E R

Considering the Motion to Extend Deadlines Re: PTO 59(A) filed by Russ M. Herman and Leonard A. Davis of Herman, Herman & Katz, LLC, Plaintiffs' Liaison Counsel in MDL 2047 and Chair of the FCC;

IT IS ORDERED BY THE COURT that deadlines in PTO 59(A) are extended as follows:

a. The deadline established in paragraph 16 of PTO 59(A) is extended until July 8, 2016;

b. The deadline established in paragraph 17 of PTO 59(A) is extended until July 22, 2016;

c. The deadline established in paragraph 18 of PTO 59(A) is extended until August 5, 2016; and

d. The deadlines established in paragraphs 26, 27 and 28 are extended until a later date to be set by the Court at a later time.

New Orleans, Louisiana, this  31st  day of _____May_____, 2016.

_____
Eldon E. Fallon
United States District Court Judge