UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |

*************************************************************************

ALL PARTIES' JOINT MOTION TO
MODIFY THE SCHEDULE FOR FILING MOTIONS
AND FOR EXPEDITED CONSIDERATION

Plaintiff Jo Levitt and Defendant Merck Sharp & Dohme Corp. respectfully request a modification of the current schedule for filing the remaining motions in this matter. Further, because this motion impacts a deadline that will pass before the next scheduled submission date, the parties request expedited consideration of this motion. The grounds for relief are as follows:

1.  *Daubert* and dispositive motions are currently scheduled to be argued on July 20, 2016. Under the current schedule, the deadline for filing such motions is June 13, with opposition briefs due on June 27, and replies on July 14.

2.  Merck had previously requested that the deadline for filing dispositive and *Daubert* motions be extended by ten days and moved from June 13 to June 23, with the date for the July 20 hearing date remaining as previously scheduled.

3.  Plaintiff's counsel has recently determined that their office has a conflict with the July 20 hearing date in that neither of the two primary attorneys working on the matter will be available. One attorney has a conflicting six week trial, and the second attorney has conflicting family vacation plans.

4. The parties have conferred and determined that they can be available on the Court's next motions date—August 3. With the requested change in the hearing date, the parties also jointly request a corresponding enlargement of the briefing schedule.

5. The Court previously issued an order that allowed for the filing of motions in limine on a date subsequent to the hearing on *Daubert*/dispositive motions. Thus, the parties are also jointly requesting a corresponding enlargement of the deadlines for filing motions in limine.

6. The parties request that dates for briefing and filing the remaining motions in this case be set as follows:

| | |
|---|---|
| Filing *Daubert*/Dispositive motions | June 27, 2016 |
| Filing Oppositions | July 15, 2016 |
| Filing Replies | July 27, 2016 |
| Hearing on *Daubert*/Dispositive motions | August 3, 2016 |
| Filing motions in limine | August 18, 2016 |
| Filing Oppositions | September 1, 2016 |
| Filing Replies | September 15, 2016 |

7. A proposed order is attached.

Dated: June 3, 2016

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
Phillip A. Wittmann, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana 70130
Phone: 504-581-3200
Fax:   504-581-3361

*Defendants' Liaison Counsel*

2

—and—

Douglas R. Marvin
M. Elaine Horn
Emily Renshaw Pistilli
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

—and—

Daniel A. Thomas
Humphrey, Farrington & McClain
221 West Lexington, Suite 400
Independence, MO 64051
Office: 816-836-5050
Fax: 816-836-8966

*Attorneys for Plaintiff Jo Levitt*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Motion to Modify Schedule has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 3rd day of June, 2016.

                                            */s/ Dorothy H. Wimberly*
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, Louisiana  70130
                                            Phone:  504-581-3200
                                            Fax:     504-581-3361
                                            dwimberly@stonepigman.com

                                            Defendants' Liaison Counsel