UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| **IN RE: VIOXX**<br>    **PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**    *Jo Levitt v. Merck Sharp & Dohme Corp.,* **06-9757**

## ORDER

**IT IS ORDERED** that the Court will hear oral argument on Merck's Motions to Maintain Confidential Designations, R. Docs. 65337, 65349, at 9:00 a.m. on August 3, 2016.

New Orleans, Louisiana, this 2nd day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE