UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to* | * | |
| | * | MAGISTRATE JUDGE |
| *Jo Levitt v. Merck & Co., Inc.,* | * | KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

*************************************************************************

## ORDER GRANTING MOTION TO MODIFY SCHEDULE

Considering the parties' joint request for a modification of deadlines in the above-captioned case and request for expedited consideration, and the reasons provided therein,

**IT IS HEREBY ORDERED** that the motion is granted and the briefing deadlines in this case are modified as follows:

- **Filing *Daubert*/Dispositive motions**     June 27, 2016
- **Filing Oppositions**     July 15, 2016
- **Filing Replies**     July 27, 2016
- **Hearing on *Daubert*/Dispositive motions**     August 3, 2016
- **Filing motions in limine**     August 18, 2016
- **Filing Oppositions**     September 1, 2016
- **Filing Replies**     September 15, 2016

NEW ORLEANS, LOUISIANA, this <u>6th</u> day of June, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE