UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>      PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL No. 1657<br><br>Section L<br><br>Judge Fallon<br>Mag. Judge Knowles |

**ORDER**

On June 7, 2016, the PSC and Ann Oldfather jointly contacted the Court and requested a continuance of the submission date concerning Ms. Oldfather's Motion to Require Disclosure of Common Benefit Fee and Costs Withholdings from Settlement of Personal Injury Cases and Accounting of Common Benefit Expense Advancements. R. Doc. 65357. The Court finds it appropriate to grant this request. Therefore,

**IT IS ORDERED** that the submission date concerning Ann Oldfather's Motion to Require Disclosure of Common Benefit Fee and Costs Withholdings from Settlement of Personal Injury Cases and Accounting of Common Benefit Expense Advancements, R. Doc. 65357, is hereby **CONTINUED**. The submission date shall be set for July 6, 2016. Pursuant to the PSC's Statement/Request of Oral Argument, R. Doc. 65361, oral argument shall be held at 9:00 a.m. on that same date. All filing deadlines associated with the motion shall be extended pursuant to the Local Rules.

New Orleans, Louisiana, this 7th day of June, 2016.

                                                                   UNITED STATES DISTRICT JUDGE

1