UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

THIS DOCUMENT RELATES TO:
ALL CASES

MDL No. 1657

Section L

Judge Fallon
Mag. Judge Knowles

## ORDER

The Court finds it appropriate to reschedule the oral argument in this matter concerning Ms. Oldfather's Motion to Require Disclosure of Common Benefit Fee and Costs Withholdings from Settlement of Personal Injury Cases and Accounting of Common Benefit Expense Advancements.  R. Doc. 65357.  Therefore,

**IT IS ORDERED** that the submission date concerning Ann Oldfather's Motion to Require Disclosure of Common Benefit Fee and Costs Withholdings from Settlement of Personal Injury Cases and Accounting of Common Benefit Expense Advancements, R. Doc. 65357, is hereby **CONTINUED**.  The submission date shall be set for July 5, 2016.  Telephonic oral argument shall be held at 1:30 p.m. on July 5, 2016.  The Court will initiate the call.

New Orleans, Louisiana, this 8th day of June, 2016.

                                                      UNITED STATES DISTRICT JUDGE

1