UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX® <br><br>PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br><br>SECTION L <br><br>JUDGE FALLON <br>MAG. JUDGE KNOWLES |

This Document Relates to All Cases

### JOINT MOTION FOR DISCLOSURES AND FOR
### ENTRY OF ORDER REGARDING CONFIDENTIALITY

On motion of Ann B. Oldfather, Lead Counsel appointed pursuant to Pretrial Order No. 45 for certain personal injury claims that were either ineligible or not enrolled in the Settlement Program ("Oldfather"), and Russ Herman, Plaintiffs' Liaison Counsel for the Plaintiffs' Steering Committee ("PSC") appointed pursuant to Pretrial Order No. 5, who jointly move this Court to enter an order agreed upon by the parties, for the reasons set forth herein:

The parties have met and conferred regarding Oldfather's Motion for Disclosures [Rec. Doc. 65357] and have agreed that the PSC will make available, subject to confidentiality and nondisclosure by Oldfather, certain documents in the possession of the PSC.  The PSC will provide to Oldfather the most current Philip A. Garrett monthly financial report for the period ending March 31, 2016.  The PSC will also provide to Oldfather an accounting of cases settled outside the Settlement Program under the Master Settlement Agreement.  Furthermore, should additional inquiry be necessary to understand the materials being provided, the PSC will, if requested by Oldfather, facilitate communications with Philip Garrett, the Garretson Group and BrownGreer to enable Oldfather to obtain information concerning the materials being provided by the PSC.

1

In light of this Joint Motion, Oldfather withdraws her Motion to Require Disclosure of Common Benefit Fee and Costs Withholdings from Settlement of Personal Injury Cases and Accounting of Common Benefit Expense Advancements [Rec. Doc. 65357].  The parties agree that this Joint Motion is made with a reservation of rights by Oldfather to renew her Motion for Disclosure, in whole or in part, as she deems necessary, without prejudice to Oldfather or the PSC.  Attached hereto is the Proposed Joint Order.

    Respectfully Submitted,

    /s/ Ann B. Oldfather
    Ann B. Oldfather
    KBA Bar #52553
    Liaison Counsel/Lead Counsel
    OLDFATHER LAW FIRM
    1330 S. Third Street
    Louisville, KY   40208
    502.637.7200
    502.636.0066 (fax)
    aoldfather@oldfather.com
    *Liaison and Lead Counsel for IE/NE Cases*

    /s/ Leonard A. Davis
    Russ M. Herman, Esq. (Bar No. 6819)
    Leonard A. Davis, Esq. (Bar No. 14190)
    **HERMAN, HERMAN & KATZ, LLC**
    820 O'Keefe Avenue
    New Orleans, LA 70113
    PH: (504) 581-4892
    FAX: (504) 561-6024
    Email: ldavis@hhklawfirm.com
    *Plaintiffs' Liaison Counsel*
    *MDL 1657*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the above has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th of June, 2016.

               */s/ Leonard A. Davis*
               Leonard A. Davis