UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

This Document Relates to All Cases

### ORDER ESTABLISHING CONFIDENTIALITY OF CERTAIN MATERIALS PENDING FURTHER ORDER OF THE COURT

Having considered the Joint Motion of Ann B. Oldfather, Lead Counsel appointed pursuant to Pretrial Order No. 45 for certain personal injury claims that were either ineligible or not enrolled in the Settlement Program ("Oldfather"), and Russ Herman, Plaintiffs' Liaison Counsel for the Plaintiffs' Steering Committee ("PSC") appointed pursuant to Pretrial Order No. 5;

**IT IS HEREBY ORDERED** that the PSC shall provide to Oldfather the most current Philip A. Garrett monthly financial report for the period ending March 31, 2016 and an accounting of cases settled outside the Settlement Program under the Master Settlement Agreement. The PSC shall facilitate for Oldfather further communications with Philip Garrett, the Garretson Group and BrownGreer that may be necessary to enable Oldfather to obtain information concerning the materials being provided by the PSC. All documents provided to Oldfather by the PSC are subject to confidentiality and nondisclosure by Oldfather, subject to further order of the Court.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E FALLON
UNITED STATES DISTRICT COURT JUDGE