IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-31070
_____

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

-----------------------------------------

LINDA ISNER, Executrix of the Estate of Jeffrey Isner, M.D.,

    Plaintiff - Appellant

v.

SEEGER WEISS, L.L.P.; CHRISTOPHER A. SEEGER; HUGHES HUBBARD & REED, L.L.P.; THEODORE V.H. MAYER; BROWNGREER, P.L.C.; ORRAN L. BROWN,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R :

    IT IS ORDERED that the unopposed joint motion of the parties for release of sealed portions of the record on appeal is GRANTED.

                                        _____/s/Jennifer Walker Elrod_____
                                          JENNIFER WALKER ELROD
                                        UNITED STATES CIRCUIT JUDGE