# *United States Court of Appeals*
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**  
**CLERK**

**TEL. 504-310-7700**  
**600 S. MAESTRI PLACE**  
**NEW ORLEANS, LA 70130**

June 10, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-31070    In Re: Vioxx Prod Liability, et al  
                       USDC No. 2:05-MD-1657  
                       USDC No. 2:12-CV-2406

The court has granted the unopposed joint motion to view and obtain sealed documents contained in the record on appeal. In accordance with this court's order, you may obtain the sealed materials from the District Court. The sealed materials are for your review ONLY. This material should be maintained in your office under seal and returned to the District Court as soon as it has served your purpose.

                                          Sincerely,

                                          LYLE W. CAYCE, Clerk

                                          By: _____  
                                          Cindy M. Broadhead, Deputy Clerk  
                                          504-310-7707

Mr. William W. Blevins  
Mr. David S. Clancy  
Mr. Philip E. Murray Jr.  
Ms. Emily Renshaw Pistilli  
Mr. Richard M. Zielinski