Arnold L. Katz, M.D.

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA


IN RE: VIOXX PRODUCTS         ) MDL DOCKET NO. 1657
LIABILITY LITIGATION          ) SECTION L
                              )
                              ) JUDGE FALLON
THIS DOCUMENT RELATES TO:     )
                              ) MAGISTRATE JUDGE
JO LEVITT,                    ) KNOWLES
                              )
                 Plaintiff,   )
                              )
vs.                           ) 2:06-cv-09757-EEF-DEK
                              )
MERCK & CO., INC.,            )
                              )
                 Defendant.   )
                              )




        DEPOSITION OF ARNOLD L. KATZ, M.D., a Witness,

taken on behalf of the Defendant before Lindi E.

Cooney, CSR No. 0919, CCR No. 1089, pursuant to

Notice on the 30th day of January, 2013, at the

offices of Dr. Arnold Katz, M.D., 10550 Quivira Road,

Suite 320, Lenexa, Kansas.

Arnold L. Katz, M.D.

| | |
|---|---|
| **Page 2** | **Page 4** |

**Page 2**

```
 1              APPEARANCES
 2
 3  NO APPEARANCE FOR THE PLAINTIFF:
 4
 5  APPEARING FOR THE DEFENDANT:
 6      M. Elaine Horn, Esquire
        Jonathan L. Williams, Esquire
 7      Williams & Connolly, LLP
        725 Twelfth Street N.W.
 8      Washington, D.C. 20005
        202-434-5000
 9      elainehorn@wc.com
10
11              INDEX
12  WITNESS:                PAGE:
13  ARNOLD L. KATZ, M.D.
14      Examination By Ms. Horn        3
15
16              EXHIBITS
17  EXHIBIT                 PAGE
18  NUMBER   DESCRIPTION          IDENTIFIED
19     1     List of Cases         5
20     2     Dr. Arnold CV         8
21     3     Medical Chart        26
22
23  NOTE: Katz Exhibits 1 through 3 were attached to the
24  original transcript.
```

**Page 3**

```
 1      (Deposition commenced at 9:15 a.m.)
 2           ARNOLD L. KATZ, M.D.,
 3  being first duly sworn, testified under oath as
 4  follows:
 5           EXAMINATION
 6  BY MS. HORN:
 7      Q.    Can you go ahead and state your full
 8  name for the record?
 9      A.    Arnold Leslie Katz.
10      Q.    And we spoke briefly before we went on
11  the record. My name is Elaine Horn. I'm a lawyer
12  for Merck, as is my colleague here Mr. Williams. And
13  you gave us some documents in response to our
14  subpoena and we're going to go over a few of those.
15  I'll mark those as exhibits in just a moment. Do you
16  understand that you are not being -- you're not a
17  party in this case you're not being sued?
18      A.    Yes.
19      Q.    And do you understand that you're here
20  today to discuss your care and treatment of Ms. Jo
21  Levitt?
22      A.    Yes.
23      Q.    And you've been deposed before?
24      A.    Yes.
```

**Page 4**

```
 1      Q.    As a fact witness or expert witness or
 2  both?
 3      A.    Both.
 4           (Katz Exhibit 1 was marked
 5  for identification.)
 6      Q.    (By Ms. Horn) You gave us a list of
 7  cases in which you have testified within the last
 8  five years?
 9      A.    Yes.
10      Q.    Are these as an expert or something
11  else?
12      A.    One would be characterized as an
13  expert witness. That would be the Tyrrell case.
14      Q.    And the other two you were a fact
15  witness?
16      A.    Yes. In the Tyrrell case because I
17  knew the patient it would be factual as well.
18      Q.    Mixed?
19      A.    A mix.
20      Q.    Have you ever been a plaintiff or a
21  defendant in a lawsuit?
22      A.    Never.
23      Q.    Lucky.
24      A.    (Witness nods head.)
```

**Page 5**

```
 1      Q.    And have you had any communications
 2  with Ms. Levitt about this particular lawsuit?
 3      A.    No.
 4      Q.    Do you recall having any conversation
 5  with any attorney representing Ms. Levitt regarding
 6  this lawsuit?
 7      A.    No.
 8      Q.    Do you recall having any conversations
 9  with anybody about this lawsuit prior to today?
10      A.    No.
11      Q.    What did you do to prepare for your
12  deposition today?
13      A.    I went back and pulled the record out
14  of our storage area and did a review of lists of
15  medications that she's taken, and briefly looked at
16  the chart.
17      Q.    Did you do any additional research,
18  like any Internet research or anything like that?
19      A.    No.
20      Q.    Going back to the list of cases, the
21  first case listed is April 22nd, 2009, Klausen versus
22  Deverauz Condo Association. Just briefly what was
23  that case about?
24      A.    I believe that was a personal injury
```

Arnold L. Katz, M.D.

**Page 26**

1    A.   I started using it fairly early after
2  its release.  It may have been late 1999.  For some
3  reason I'm remembering 1999 as the Celebrex release
4  date.  And I believe that Vioxx was approximately six
5  months behind Celebrex.  I think I am correct in the
6  late 1999 early 2000 time frame.
7    Q.   I'm going to ask you some questions
8  about Mrs. Levitt.  To the extent that you want to
9  refer to your chart to answer questions please feel
10  free to do so.  When did you first prescribe Vioxx to
11  Mrs. Levitt?
12    A.   I'm looking at the date, and since I
13  prescribed it October 11th, 1999 it must have been
14  available then.  And so that would go along with the
15  late 1999 time frame.  And I started 25 milligrams a
16  day on October 11th, 1999.
17    Q.   I'm going to mark as Exhibit 3 a copy
18  of the -- Mrs. Levitt's chart that was produced to us
19  previously.
20        (Katz Exhibit 3 was marked
21  for identification.)
22    Q.   (By Ms. Horn) I'm going to hand this
23  to you.  If you want to look at your own chart you
24  can do whatever is easier for you.  Do you recall

**Page 27**

1  whether Mrs. Levitt had been previously prescribed
2  Vioxx by another physician prior to seeing you?
3    A.   I don't see that listed.
4    Q.   We might circle back later to
5  something that references that.  But let's assume for
6  the moment that when Mrs. Levitt came to see you she
7  was not currently taking Vioxx?
8    A.   Correct.
9    Q.   Did you base your decision to
10  prescribe Vioxx to Ms. Levitt on your own assessment
11  and evaluation of her condition and what you thought
12  would work best for her?
13    A.   Yes.
14    Q.   So if a prior physician had prescribed
15  -- prescribed Vioxx to her at an earlier time that
16  did not influence your decision to prescribe Vioxx to
17  her, is that correct?
18    A.   Probably the best answer to that would
19  be yes and no, in that if she felt she were doing
20  well with Vioxx I would probably tell -- say we
21  should continue it.  If she said she wasn't satisfied
22  then I would make a change.  I'm looking actually at
23  her initial visit of October 11th.  Even though I
24  don't discuss that in the text of her first visit it

**Page 28**

1  appears that at registration on October 11th, 1999
2  that she noted that she was taking Vioxx on an
3  as-needed basis.
4    Q.   What are you looking at to determine
5  that?
6    A.   That's the flow sheet of medications.
7  And on October 11th, 1999 under Vioxx it appears that
8  she's -- she was taking one.  She said one a day.
9  And then it looks like it was probably my writing
10  that I indicated as needed, because I put prn, which
11  would mean that she was not taking it on a regular
12  basis but that she had it in her possession and at
13  least to some extent must have been taking it.
14        Here there is also a note from the
15  patient which would have been at the time of her
16  first visit, and here she does note Vioxx
17  25 milligrams and here she prescribed evidently by Dr. Hartman.
18  It says not taking.
19    Q.   Is the notation not taking, is that
20  her handwriting?
21    A.   This would be in her handwriting.  I
22  indicated that apparently she wasn't taking it
23  regularly, but on an as-needed basis she had taken
24  Vioxx at the time of her initial meeting with me.

**Page 29**

1    Q.   For what condition did you prescribe
2  Vioxx to Mrs. Levitt?
3    A.   Based on her physical findings and
4  history I said that her presentation was consistent
5  with a diagnosis of fibromyalgia.
6    Q.   And briefly, what is fibromyalgia?
7    A.   Fibromyalgia is a condition
8  characterized by chronic pain and multiple tender
9  points on physical examination.
10    Q.   Had Mrs. Levitt previously been
11  diagnosed with fibromyalgia or did you make that
12  diagnosis?
13    A.   From a review of her records it does
14  not appear that anyone had given her the diagnosis of
15  fibromyalgia.
16    Q.   Did you give her an actual diagnosis
17  of fibromyalgia?
18    A.   Yes.
19    Q.   What was the date of the diagnosis?
20    A.   October 11th, 1999.
21    Q.   Just to back up.  You referenced
22  Dr. Hartman.  Do you know who Dr. Hartman is?
23    A.   Yes.  He's a primary care physician
24  here in the Kansas City area.

8  (Pages 26 to 29)

Arnold L. Katz, M.D.

Page 62

1   with Ms. Levitt, is that right?
2       A.   Yes.
3       Q.   Under assessment what's point 1?
4       A.   There we have our answer, don't we?
5       Q.   You're going back up to the
6   Wellbutrin?
7       A.   Yeah.  Well --
8       Q.   What does this note tell you about the
9   Wellbutrin and her smoking history?
10      A.   It says Wellbutrin.  But the next
11  sentence says now addicted -- must be to gum for
12  15 years, which is nicotine gum, instead of smoking.
13  So I have no reflection there knowing whether she was
14  smoking or not.  But apparently there is the issue of
15  smoking versus not.  It seems like -- I guess it's
16  possible she was addicted to the gum instead of to
17  cigarettes for 15 years.  But she was obviously a
18  nicotine user at that point in time.
19      Q.   Would you expect Wellbutrin -- strike
20  that.  That's what that says.  Just to switch to the
21  assessment.  What's point 1?
22      A.   Yes.  Fibromyalgia still active.
23  Osteoarthritis spine stable, insomnia and chronic
24  fatigue.

Page 63

1       Q.   On point 1 the fibromyalgia still
2   active.  What was the basis for that?
3       A.   She had 6 out of 18 classic tender
4   points positive.  And if you remember back, she had
5   reached a point where she had gotten down to zero.
6       Q.   And then on No. 4 you listed chronic
7   fatigue?
8       A.   Yes.
9       Q.   Is there any indication that the
10  chronic fatigue referenced here is any different from
11  the chronic fatigue that she was experiencing in
12  1999?
13      A.   No.  I have no way of knowing that.
14      Q.   Do you have any reason to believe that
15  it's different?
16      A.   Somewhat, in that under the question
17  adequate energy she does answer yes, adequate, right
18  in the center of that April 12th, 2001 visit.
19      Q.   How do you reconcile adequate energy
20  but chronic fatigue?
21      A.   Chronic fatigue is still an issue.
22  That doesn't state whether it's better or worse.
23  It's an issue that we're addressing.  And the
24  assessment has issues that we are addressing, not

Page 64

1   whether she is worse or better.
2       Q.   If you move forward through -- to Page
3   21, the August 3rd, 2001 visit.  Now on Zoloft, feels
4   less depressed, doing okay.  She is noted more DOE?
5       A.   Dyspnea on exertion.
6       Q.   Is that shortness of breath?
7       A.   Yes.
8       Q.   That same visit she said she tried to
9   take Vioxx prn but has more pain?
10      A.   Yes.
11      Q.   If you drop down to assessment point
12  No. 4 is a reference to depression which is
13  aggravated by situation.  What's that referencing,
14  aggravated by situation?
15      A.   I think that would relate back to what
16  I noted under subjective where I said that I had a
17  long discussion regarding her mother's illness,
18  etcetera.
19      Q.   So her mother was experiencing some
20  health problems at that time?
21      A.   Yes.
22      Q.   There's a phone note from April 29,
23  2002, says insurance won't cover Vioxx.  Is there
24  something else that she can take?

Page 65

1       A.   Yes.
2       Q.   Then there's a notation to discontinue
3   Vioxx?
4       A.   And we went back to nabumetone again.
5       Q.   Relafen?
6       A.   Yeah.
7       Q.   Is the reason you discontinued the
8   Vioxx for Ms. Levitt because of her insurance?
9       A.   Right.  Poor coverage I guess.
10      Q.   Skip to go Page 25, July 12th, 2002.
11  You have a notation that Vioxx was stopped and feels
12  that she needs an NSAID.  And under assessment
13  there's a note about her fibromyalgia being active?
14      A.   Under July 12th?
15      Q.   Yes, Page 25.
16      A.   Yes.  The fibromyalgia was more
17  active.  We changed the form here.  It's a different
18  style.  But the Ts are still there, and she has 12
19  out of the 18 classic tender points on that July 12th
20  visit.
21      Q.   To the extent that she's experiencing
22  increased fibromyalgia symptoms as of July 2002,
23  would you relate those in any way to her prior
24  cardiovascular problems from 2000?

17 (Pages 62 to 65)