Jo Levitt

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: VIOXX PRODUCTS        ) MDL DOCKET NO. 1657
LIABILITY LITIGATION         ) SECTION L
                             )
                             ) JUDGE FALLON
THIS DOCUMENT RELATES TO:    )
                             ) MAGISTRATE JUDGE
JO LEVITT,                   ) KNOWLES
                             )
            Plaintiff,       )
                             )
vs.                          ) 2:06-cv-09757-EEF-DEK
                             )
MERCK & CO., INC.,           )
                             )
            Defendant.       )
                             )
```

     VIDEOTAPED DEPOSITION OF JO LEVITT, the Plaintiff, taken on behalf of the Defendant before Shelby L. Mead, CSR No. 1472, CCR No. 940(G), pursuant to Notice on the 23rd day of July, 2012, at the offices of Bryan Cave, LLP, One Kansas City Place, 1200 Main Street, Conference Room 37 North, Kansas City, Missouri.

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 2

```
 1              APPEARANCES
 2
       PLAINTIFF APPEARING PRO SE
 3
 4
       APPEARING FOR THE DEFENDANT:
 5
           Jonathan L. Williams, Esquire
 6         M. Elaine Horn, Esquire
           Williams & Connolly, LLP
 7         725 Twelfth Street, N.W.
           Washington, D.C. 20005
 8         202-434-5000
           Jonathanwilliams@wc.com
 9
10
       VIDEOGRAPHER:
11
           Mr. Jeremy Martin
12
13
14
15             INDEX
16
17     WITNESS:                    PAGE:
18     JO LEVITT
19       Examination by Ms. Horn          4
20
21     EXHIBITS:   DESCRIPTION:   REFERENCED:
22     No. 1     Plaintiff Profile      76
23     No. 2     Amended and Supplemental  80
24               Plaintiff Profile
```

Page 3

```
 1             INDEX
 2           (Continued)
 3
 4     EXHIBITS:   DESCRIPTION:   REFERENCED:
 5     No. 3     Dr. Katz Records       132
 6     No. 4     Spreadsheets           138
 7     No. 5     Dr. Neiburger Letter   141
 8     No. 6     Dr. Maslan Letter      145
 9     No. 7     Plaintiff Records      147
10     No. 8     Dr. Mittleman Records  153
11     NOTES: Levitt Exhibits 1-8 attached to the
12     original.
```

Page 4

```
 1              THE VIDEOGRAPHER:  This is the
 2     videotape deposition of Jo Levitt, Case No.
 3     2:06-cv-09757-EEF-DEK.  Today's date is July 23 of
 4     2012.  Time is now 8:59 central time, we're going on
 5     the record.  Counsel, will you please state your
 6     appearances.
 7              MS. HORN:  Elaine Horn from Williams &
 8     Connolly on behalf of Defendant Merck.
 9              MR. WILLIAMS:  Jonathan Williams of
10     Williams & Connolly for Merck.
11              THE VIDEOGRAPHER:  Thank you.  Would
12     you please swear in the witness.
13              JO LEVITT,
14     being first duly sworn, testified under oath as
15     follows:
16              EXAMINATION
17     BY MS. HORN:
18        Q.   Okay.  Could you state your full name
19     for the record?
20        A.   Pardon me?
21        Q.   Could state your full name for the
22     record?
23        A.   Yes, Mellie Jo Levitt.
24        Q.   And generally do you go by Jo?
```

Page 5

```
 1        A.   Yeah, I do.
 2        Q.   Okay.  Now, you are not represented by
 3     an attorney here today?
 4        A.   That's right, but not by choice.
 5        Q.   The first thing I wanted to say is you
 6     have previously been represented by an attorney in
 7     this case?
 8        A.   I was originally, yes.
 9        Q.   Now, I know that there would've been
10     times where you would've had communications with that
11     attorney or attorneys and those would be considered
12     privileged, so any question that I ask you today, I'm
13     not trying to get at the substance of any
14     communications you had with one of your attorneys, so
15     I just want to make sure that we're clear on that.
16        A.   Uh-huh.
17        Q.   So if for some reason you think that
18     the answer to a question requires you to talk about
19     something that you discussed with one of your
20     attorneys, then let us know that so we can try to
21     rephrase the question.
22        A.   Okay.  Would you mind talking a little
23     bit louder for me, I'm sorry.
24        Q.   Sure.  I probably should talk slower
```

Jo Levitt

Page 18

1  Q. Do you recall when that was?
2  A. No.
3  Q. And do you -- are you currently an
4  owner of Chocolate Soup?
5  A. No.
6  Q. Were the -- were the manufacturing
7  part of the business and the retail part of the
8  business, were they separate entities or were they
9  always the same?
10  A. They actually -- he will be able to
11  tell you a little bit more about the setup of it
12  because I wasn't that involved, but there was a
13  Chocolate Soup retail, okay, and a Chocolate Soup
14  manufacturing.
15  Q. And manufacturing, where was that
16  located?
17  A. We were in Raytown for years and then
18  we moved to Lee's Summit.
19  Q. And those are both in Kansas?
20  A. No, no, that's in Missouri, sorry.
21  Q. And then for the retail --
22  A. We had 14 stores. You want me to name
23  them? Dallas; Houston; New Orleans; Germantown;
24  Tennessee; Chicago -- Winnetka in Chicago;

Page 19

1  Charleston; Atlanta; St. Louis; Kansas City. How
2  many is that?
3  Q. I don't know, but if you get some
4  others, we can fill them in, but all in all there
5  were a total of 14?
6  A. Well, no, there never started --
7  started out 14, they were built over the years.
8  Q. Okay. And when the -- did you ever
9  have any franchisees?
10  A. No.
11  Q. So all 14 stores that were owned were
12  owned by you?
13  A. Right.
14  Q. And when the stores were opened, did
15  you personally open them?
16  A. Yes. Well, I mean, did I personally
17  open them, some of them, but we had -- you know, we
18  hired people and we had a national retail manager
19  and, you know, she did some of the opening and then
20  we had a crew here in Kansas City that would go out
21  and open the stores.
22  Q. So what was the -- what was the last
23  year that you had 14 stores?
24  A. I'm not quite sure, but I know that we

Page 20

1  did in '99, 2000.
2  Q. You did?
3  A. Uh-huh.
4  Q. Okay. Are you currently employed?
5  A. No.
6  Q. Now, have you ever -- can you just
7  describe for me the role of vice president?
8  A. Well, basically I ran the factory, I
9  was in charge of all of the buying because besides
10  manufacturing we also bought other -- from other
11  people, other things that we didn't make. For
12  example, we didn't make coats, so to round out our
13  retail selection we bought on the outside and so I
14  was in charge of all design, all retailing, I guess I
15  was -- everything -- I was in charge of everything
16  other than the financial part of it.
17  Q. And am I correct that your husband
18  held the title of president?
19  A. Yeah.
20  Q. And why was he president and you were
21  vice president?
22  A. Because a president is the one that
23  goes to the bank to get the money and so on and
24  besides he's my husband, why not.

Page 21

1  Q. So in terms of -- strike that.
2  Generally how many hours would you work?
3  A. I mean, it varied, but basically, I
4  mean, you know, 10, 12 hours, sometimes more than
5  that, I mean, depending on what had to be done. I
6  mean, if you were going -- if you would work at the
7  factory and make sure everything was going right
8  there and then if you had to go on a trip, I mean, do
9  you count that as working while you're traveling and
10  so on?
11  Q. Oh, absolutely.
12  A. I mean, you got up early this morning
13  and flew in or come in last night or late last night.
14  Q. So did you travel a lot for your work?
15  A. Yes, I went to markets four times a
16  year at least, went overseas, Philippines, went to
17  Mexico for it.
18  Q. So let's just say in a typical year or
19  in late '90s, how much travel were you doing?
20  A. Traveling at least four times a year
21  and sometimes more.
22  Q. And on average you're saying you would
23  work 10 to 12 hours a day?
24  A. Uh-huh.

6 (Pages 18 to 21)

Page 22

1    Q.   And how many days a week?
2    A.   Six, seven.
3    Q.   And how much time did your husband
4  devote to the business?
5    A.   I guess when he needed to, but he was
6  also involved in some other things so.
7    Q.   Okay. And in that how many -- again
8  focusing on the late '90s, say '95 to 2000, how many
9  employees did you have?
10   A.   Well, in Chocolate Soup a few hundred,
11 maybe 200, I know we had like 35 sewing machine
12 operators, probably at the factory, our factory was
13 about 35,000 square feet and we had -- other than
14 maybe 30 or 35 sewing machine operators, we had
15 support staff of 1, 2, 3, 4, 5, 6, 7, 8, another half
16 that many in other people in the office and in the
17 design area and the cutting and receiving and then
18 we -- oh, I'm sorry we had the warehouse, which was a
19 separate area, which about the same size as the
20 factory and we had maybe -- I think it would go up
21 and down more over there, we had like permanent
22 employees and then we had a few that would come in
23 depending on the busy seasons.
24   Q.   And then you had management employees?

Page 23

1    A.   Pardon me?
2    Q.   You had managers who you worked with
3  to help manage?
4    A.   Yeah, we had a manager of the
5  warehouse and I had a manager at the factory, but a
6  lot of it was hands on.
7    Q.   And when you say a lot of it was hands
8  on, what do you mean?
9    A.   Well, because I did the designing and
10 I knew how to make the garment and so basically, I
11 mean, I was involved in not everything, but about --
12 if we are going to buy new machinery or whatever it
13 is, I knew what it was that we needed to buy and so
14 on.
15   Q.   Okay. Focusing for a moment on the
16 retail stores.
17   A.   Uh-huh.
18   Q.   Did the retail stores sell other
19 merchandise other than the merchandise that you
20 designed?
21   A.   Yes, they did and we sold about half
22 of our own and half of things that we purchased.
23   Q.   And then for the -- for the retail
24 side how many management personnel did you have?

Page 24

1    A.   Well, we had a manager of every store
2  and then she probably -- she had an assistant manager
3  and then they had, you know, quite a bit of part-time
4  help was the other and then we had a national retail
5  manager that was out of -- she actually ran a store
6  besides that in Memphis, Tennessee.
7    Q.   And was there anybody in a management
8  position between the national retail manager and the
9  individual store managers?
10   A.   No, no.
11   Q.   Okay. And how much time did you
12 devote on the retail side?
13   A.   I didn't devote as much time on the
14 retail side as far as the day-to-day running of it,
15 my husband did more than that, in other words, he
16 would do the pricing, yeah, give him something to do,
17 he would do the pricing and he would do -- decide
18 when we were going to have sales or what we were
19 going to do and then I would, you know, work with
20 people on our advertising and so on.
21   Q.   Okay. And the national retail
22 manager, this is a woman?
23   A.   Uh-huh.
24   Q.   What was her name?

Page 25

1    A.   Nancy. She's had a couple of last
2  names, so I'm not quite -- I'll be happy to give it
3  to you, but I don't know what her last name is now.
4    Q.   What was her last name when you worked
5  with her?
6    A.   Nancy, God, I'm sorry, I can't
7  remember it. Nancy Jones, sorry.
8    Q.   And she was based in Memphis?
9    A.   Yeah. Actually, Germantown.
10   Q.   Did you ever manage any of the stores
11 yourself?
12   A.   No. Actually we started -- the first
13 store we had was out on Wornall Road here in Kansas
14 City, it used to be Shanklin's Delicatessen and we
15 started out manufacturing in the basement of it and
16 retailing above and so, I mean, we were around.
17 Yeah, I mean, we were like a big dressmaker
18 basically.
19   Q.   Did you -- at any point in time did
20 you have other designers besides yourself?
21   A.   Yeah, I had people that were
22 underneath me that did -- worked on different things,
23 in other words, they -- I would tell them what we
24 were -- what I was interested in and then we would go

Page 26

1  from there on the thing and those were more in the
2  last years, not in the beginning.
3      Q.  And how many designers did you have?
4      A.  We had somebody that worked on the
5  computer for us, one, and then I had a pattern maker,
6  designer, whatever, and who else was in there, oh, I
7  had somebody that would work on the appliques, so I
8  think there was three of us -- three back there.
9      Q.  And who was the manager of the
10 warehouse?
11     A.  Well, there would've been different
12 managers of the warehouse through the years.  I mean,
13 Zeta Schump was one of them.
14     Q.  Who was manager of the warehouse in
15 the late '90s, 2000?
16     A.  Oh, in the late '90s.
17     Q.  Like 1990, 2000 time frame?
18     A.  Oh, I'm sorry, give me a minute.
19     Q.  Sure.  We'll circle back to that.  I
20 also wanted to know the manager for the factory?
21     A.  Oh, Carl Murphy was manager of the
22 factory for a long time.  Before Carl Murphy I went
23 through several different ones through the years, but
24 he probably was the manager the longest.

Page 27

1      Q.  And was he manager of the factory in
2  1999, 2000?
3      A.  I don't know whether he was or not.  I
4  think he was -- yeah, I'm sure he was, I'm sure he
5  was.
6      Q.  And where does he live?
7      A.  He lives in Raytown I think.
8      Q.  And the manager of the warehouse, was
9  there less turnover in that position?
10     A.  Pardon me?
11     Q.  Was there less turnover in the manager
12 of the warehouse position?
13     A.  Oh, we didn't have a lot of turnover
14 in our company really.  I will tell you her name in a
15 minute, it slips.
16     Q.  Other than --
17     A.  I don't know, have a conversation, you
18 know, do you remember the name of this person and it
19 takes a while and, yes, I'll remember it.
20     Q.  If it pops back to you, just let me
21 know.
22     A.  It will.  I tried not to think about
23 all of that for a while I guess.
24     Q.  So you were vice president, your

Page 28

1  husband was president, were there any other people
2  with officer titles?
3      A.  Yes, we had an accountant, Bob Bazan.
4  Actually, he was a CPA, not an accountant.  I don't
5  know where -- we're not really big on titles and
6  stuff.  I think he was probably vice president too,
7  but I don't know for sure.
8      Q.  Okay.  And anyone else who had a
9  similar role, an officer role?
10     A.  No, no.
11     Q.  And Bob Bazan, is he -- does he live
12 in Kansas City?
13     A.  Yes.
14     Q.  Okay.  And can you spell his name for
15 us?
16     A.  B-A-Z-A-N.
17     Q.  And during the time when you had 14
18 retail stores, did you visit all of the stores each
19 year?
20     A.  No, I did not.  That was the retail
21 manager and when I did visit, I normally would visit
22 and no one would know who I was.
23     Q.  So almost like a secret shopper?
24     A.  Yeah, secret shopper.

Page 29

1      Q.  Do you recall how the company was
2  organized, was it an S corporation or something else?
3      A.  We were a regular corporation, I will
4  throw you, I had a hotel too.
5      Q.  We are going to come to that.
6      A.  Okay.
7      Q.  So the entities that you're probably
8  looking for are II, Inc., American XO, like the
9  letter XO?
10     A.  Oh, yeah, you know, like I love you,
11 which my husband didn't know what that meant until
12 when I came up with it.
13     Q.  Anything else?
14     A.  And I guess that's -- I think that
15 those are the -- and Chocolate Soup, Inc., and
16 Chocolate Soup Retail.
17     Q.  And II, Inc., that owned the hotel?
18     A.  That you would have to ask him all of
19 that.
20     Q.  And what about American XO, what did
21 that do?
22     A.  It held -- I don't know how it was --
23 I just signed the papers at the end because I'm not
24 really interested in it.

Page 34

1  it wasn't sold because of the market. I mean, it was
2  actually sold and we had a contract on it like
3  November maybe.
4      Q.  Of what year?
5      A.  Of 2008, so it was after, you know,
6  the crash that they backed out.
7      Q.  Okay. And just to bring that around
8  to you're saying that the bank also took over --
9  strike that. You said the bank took over Chocolate
10 Soup?
11     A.  Yeah, because, I mean, we owed them
12 money on all of it.
13     Q.  Okay. And so the assets -- I'm trying
14 to figure out how that came about. Were there assets
15 of the company that were pledged to the bank and they
16 seized them or something like that?
17     A.  Right, right.
18     Q.  Did you work out an agreement or
19 arrangement with the bank where they were going to
20 take over the company?
21     A.  I didn't.
22     Q.  Did your husband?
23     A.  You'll have to talk with him about it.
24     Q.  Were there any court proceedings

Page 35

1  involved --
2      A.  No.
3      Q.  -- in this transaction?
4      A.  No, no, no. We did not go bankrupt,
5  that's not something that you want to do.
6      Q.  But, I mean --
7      A.  That's not something that's real
8  palatable to us.
9      Q.  And it's not the case that the bank
10 like went to court to petition to get access to
11 assets?
12     A.  No, huh-uh.
13     Q.  You worked out a voluntary --
14     A.  Right.
15     Q.  -- or mutual agreement?
16     A.  Right, right.
17     Q.  And the hotel that you mentioned, what
18 was the name of it?
19     A.  The Villager.
20     Q.  And where was that?
21     A.  Lincoln, Nebraska.
22     Q.  And when did you become the owner of
23 that property?
24     A.  Thirty years ago maybe, 25 years ago.

Page 36

1      Q.  So 1980s?
2      A.  Yeah, more like '75, let's put it
3  that.
4      Q.  And how did you become to be the owner
5  of that hotel?
6      A.  My father built the hotel and he sold
7  it to us.
8      Q.  And how far away is Lincoln, Nebraska
9  from Kansas City?
10     A.  250 miles or something, my family was
11 originally from Nebraska. I never lived in Nebraska,
12 no, but my mother and father were originally from
13 Nebraska.
14     Q.  And did you have any management role
15 in the hotel?
16     A.  No, I just was in charge of the design
17 and --
18     Q.  When you say design, what do you mean
19 when you say design?
20     A.  Well, because you'd have to redo the
21 hotel and I redid the hotel when we took it over and
22 I was in the process of going to revamp it in, you
23 know, '99, 2000, 2001.
24     Q.  Who actually managed the hotel?

Page 37

1      A.  We've had different managers, we had
2  one manager for years, his name was Charlie Huff
3  and -- but at that time I don't really remember who
4  was managing it at that time. After Charlie, we went
5  through, I don't know, three or four managers, young
6  guys that I didn't hire, Bob Bazan hired them.
7      Q.  Did you visit the hotel?
8      A.  Uh-huh.
9      Q.  How often did you visit the hotel?
10     A.  Through the years a couple times,
11 maybe twice a year or something like that through the
12 years depending on, you know, what was going on at
13 the hotel at the time. If we were doing something
14 like we built on to the hotel and I would go up more
15 often, just depends on what was going on.
16     Q.  When you're saying like you were
17 responsible for design in the hotel, do you mean like
18 interior design or something else?
19     A.  Yeah, interior design and exterior
20 design, in other words, it started out as -- it was a
21 '50s hotel and we did a lot of landscaping, we
22 brought in a lot of rocks and stuff from Missouri and
23 we put -- it had a flat roof on it, we put a pitched
24 roof on it, it had a small little office and we, you

10 (Pages 34 to 37)

Page 170

1  Q. Okay. And then you drop down to the
2  next entry of September 29th, 2003, drop down to the
3  next September entry. The fifth line down, She has
4  been overwhelmed by many physical problems and
5  financial problems. She seems to have a handle on
6  the financial problems and is able to work regularly.
7  Do you see that?
8  A. She has been overwhelmed and many
9  physical....
10 Q. So would you agree that as of the fall
11 of 2003 you were able to work regularly in your
12 business?
13 A. No, I don't know why he characterized
14 it that way. I don't know what I would have said
15 that would make him characterize it that way. When I
16 said work regularly, I mean, work like I did before,
17 work whatever. I don't know. I don't know what --
18 she was overwhelmed by many physical problems and
19 financial problems. Can I remember any of this,
20 2003.
21 Q. If you don't remember --
22 A. What?
23 Q. You trying to remember something?
24 A. Yeah, I mean, I was just trying to

Page 171

1  remember that to see if I -- it's amazing how much a
2  psychiatrist writes about you. It's like reading --
3  Q. It's like reading --
4  A. What?
5  Q. I said it's like reading, I was just
6  repeating what you were just saying.
7  A. Okay.
8  Q. You want to turn to page 15. And the
9  entry that's marked April 29th, 2004.
10 A. Uh-huh.
11 Q. It's the fourth one down?
12 A. Uh-huh.
13 Q. Do you see it, it says, Patient
14 continues to struggle with depression and the
15 difficulties she had with the neighbor over building
16 an addition to her house. I'm assuming this is the
17 same dispute that you were talking about earlier in
18 2000?
19 A. Uh-huh.
20 Q. Do you have any recollection why this
21 would be coming up again in 2004?
22 A. I'm sorry, I couldn't hear you, what
23 was it again?
24 Q. Is this the same dispute that we were

Page 172

1  talking about before that took place in 1999 and
2  2000?
3  A. Yeah, this would've been, this
4  would've been. I'll tell you what it is now reading
5  this is apparently when I went in to him, when you're
6  going to a psychiatrist you tell them, you know, all
7  about your past and so on and what's happening with
8  you. I mean, I don't know that in 2004 that I was
9  necessarily upset about my next door neighbor, but
10 he's recounting the things that I had told him before
11 and has anything changed or anything like that, in
12 other words, I'm not reading this -- let me read it
13 again. We talked at length about the etiology of
14 depression and things seemed to be going better for
15 her. Her physical health seems to have stabilized to
16 some degree and she's on oxygen that has helped her
17 sleep at night. Okay. What was the question again?
18 Q. Under the April 29th, 2004 paragraph,
19 We have patient?
20 A. On the what?
21 Q. April 29th, 2004?
22 A. Okay. I hadn't read down there.
23 Q. It says, Patient continues to struggle
24 with depression and the difficulty she had with the

Page 173

1  neighbor over building an addition to her house. Did
2  anything additional happen in 2004 regarding the
3  neighbor dispute or the addition to your house?
4  A. Okay. Wait a minute.
5  Q. Had anything new happened with regard
6  to either the addition to your house or the dispute
7  with the neighbor?
8  A. No, I guess, I mean, the only thing I
9  can see, I mean, on this thing is just my growing
10 frustration of not being able to do what I used to do
11 at that time. I mean, that's what I see, I see
12 that -- I'm frustrated, I can't do what I did.
13 Q. Okay. If you move to the next page.
14 A. Huh?
15 Q. Move to the next page.
16 A. Okay.
17 Q. Page 16.
18 A. Sixteen?
19 Q. Yes. The paragraph at the top, June
20 11th, 2004?
21 A. Okay, 6/11?
22 Q. 6/11, yes. Patient is increasingly
23 depressed and disappointed in regard to the fact that
24 she did not get a visa from immigration for a baker

Page 174

1  that she needs for a business that she is working on.
2  Do you recall what that is about?
3       A.   Uh-huh.
4       Q.   What was that?
5       A.   What was that?
6       Q.   Uh-huh.
7       A.   Well, at the hotel, this must have
8  been the project that I was trying to go up there.
9  Is that, as I said, we needed to do a bunch of stuff
10 at the hotel that -- revamp and so on and what one of
11 the things is that I was going to have is I was going
12 to have a bakery up there and since -- if you can
13 believe it in Nebraska with all of the wheat, they
14 had no bakers and so I got on -- I joined the Baker's
15 Guild so I could get on the internet and to see
16 whether I could get anybody to come to Nebraska from
17 anyplace and nobody seems to want to go to Nebraska
18 and so I don't know how -- I don't remember how I did
19 it, but I got somebody that was interested from
20 France and because we were a -- well, I wanted to
21 bring him over and to bring somebody in, I mean, I
22 didn't realize it is a big long deal to try to bring
23 somebody in and so I can remember now is that they
24 turned down the visa because -- not because I didn't

Page 175

1  advertise and all of that kind of stuff that you have
2  to advertise before you can bring somebody in to take
3  an American job is that we weren't like a big hotel
4  in Chicago or something like that and they can bring
5  someone -- they can bring someone in, they didn't
6  have any trouble, but I was upset with the visa
7  people because -- I'm just trying to remember why it
8  was.  Oh, I know, we had a three-star rating at our
9  hotel and a hotel, a big hotel in Chicago would have
10 a three star rating and I found out that a hotel in
11 Chicago with a three star rating doesn't have any
12 problems bringing in a French baker, okay, but
13 because we're little in Nebraska, I mean, they don't
14 want to let you do that, so I guess that's why I was
15 upset at immigration because they wouldn't let us
16 bring one in, although I went back and worked on it.
17      Q.   Were you able to get the bakery open?
18      A.   I was able to get the baker in -- not
19 in the end, not in the end.  Not in the end.  Not in
20 the end.
21      Q.   All right.  If you turn to the next
22 page.
23      A.   Okay.  Patient talked about the
24 fears --

Page 176

1       Q.   No, the next page on page 17.
2       A.   I'm sorry, did you say something?
3       Q.   Yeah, I was saying turn the page.
4       A.   Oh, the last page?
5       Q.   Yeah, the next page.  At the top we
6  have September 6th, 9/6/05, September 6, 2005,
7  Patient continues to struggle but is functioning in
8  her work and in her family life, she is sleeping and
9  eating well.  Do you think that was an accurate
10 description of your life as of September of 2005?
11      A.   I'm sorry, I can't hear you?
12      Q.   Do you think that that was an accurate
13 description of your life as of September 2005?
14      A.   2007 or 2005?
15      Q.   September 2005.
16      A.   Okay.  Here.  Do I think I was
17 functioning at my work in 2005, no.  Do I think I was
18 sleeping well, I don't know, I mean, I certainly have
19 been eating well.  I -- she was less desperate,
20 apparently my sinus problems weren't bothering me.
21 Apparently I wasn't suicidal, her concentration was
22 better.  I don't know, I think it is partly right and
23 partly wrong.
24      Q.   Would you agree that you must have

Page 177

1  said something to Dr. Mittleman to make him think you
2  were functioning at work and your family life?
3       A.   I'm sorry, what?
4       Q.   Do you agree you must have said
5  something to Dr. Mittleman at that time to make him
6  think you were functioning at work and at your family
7  life?
8       A.   Of course, he wouldn't have written it
9  if he didn't think that was it.  I mean, was I
10 painting a happy face for him on some stuff that I
11 didn't want to talk about that he didn't understand,
12 yeah, possibly.  I don't know.
13      Q.   If you drop down two paragraphs?
14      A.   Uh-huh.
15      Q.   May 1st, 2007, this is the actual last
16 entry that we have with Dr. Mittleman.
17      A.   Uh-huh.
18      Q.   Third line, She continues to be
19 pessimistic and tearful.  She talked about her
20 daughter being ill, her husband needing bypass
21 surgery and concerns about business?
22      A.   Oh.
23      Q.   Was there a period of time when your
24 daughter was ill?

45 (Pages 174 to 177)