IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY VANEK | ) | |
| | ) | Case No. 4:06CV3223 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| I.I. INC., a Nebraska Corporation | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT OF BOB BAZAN

I, Bob Bazan, being duly sworn on oath, depose, state and declare as follows:

1. I am competent to testify about the matters set forth in this Affidavit, which is being submitted in support of the Motion for Summary Judgment filed by the Defendant I.I. Inc. d/b/a Villager Courtyard & Gardens Hotel (the "Villager") in the above-captioned matter. I make this Affidavit on the basis of my own personal knowledge. I am a custodian of the records attached to this Affidavit, all of which were made at or near the time by, or from information possessed by a person with knowledge and kept in the ordinary course of a regularly conducted business activity of the Villager. It is Villager's regular practice to make the documents attached to this Affidavit.

2. Since the early 1980's, I have served as the Chief Financial Officer of I.I. Inc.. As the Chief Financial Officer, I am responsible for coordinating payroll, finances, and accounting among



the various entities owned by the Defendant and American XO, and have personal knowledge of all financial figures.

3. I.I. Inc., is a Nebraska corporation. I.I. Inc. is a subsidiary of American XO, as is the Villager. I.I. Inc. owns the Villager located in Lincoln, Nebraska. Sadie's Saloon is also located on the premises and is owned and operated by I.I. Inc.

4. James Levitt and Jo Levitt are the directors of I.I. Inc.

5. I.I. Inc. and the Villager have common ownership, common control, common payroll, and common human resources.

6. I.I. Inc.'s principal place of business is: 905 NE Colbern Road, Lee Summit, Missouri.

7. The Villager is located at 5200 "O" Street, Lincoln, Nebraska.

8. Since approximately 1999, the Villager has experienced negative cash flow.

9. I am familiar with all financial aspects of American XO, I.I. Inc., and the Villager.

10. I.I. Inc. employs Thomas King & Company, P.C., Certified Public Accountants, to prepare the annual financial statements for American XO, I.I. Inc., and the Villager.

11. Attached hereto as Exhibit A, are the consolidated balance sheets of American XO and the related companies, as of January 31, 2006 and 2005, along with the related consolidated statements of income, retained earnings and cash flows for the years then ended.

12. The financial statements pertaining to I.I. Inc., are set forth in pages 14 through 20 of Exhibit A. The following figures are applicable:

  a. In 2006, the balance sheet shows a stockholders' deficit of $1,406,568.00 and a deficit of $976,236.00 for 2005. (located on page 14 of Exhibit A);

1

  b. In 2006, the income statement shows a net loss of $701,264.00 from operations and a net loss of $501,880.00 in 2005 from operations. (located on page 15 of Exhibit A);

  c. In 2006, food and beverage sales for the Villager were $727,923.00. Whereas, sales for Sadie's in 2006 were $186,000.00. The gross profit for food and beverage was $41,127.00 <u>before</u> allocated costs, which totaled $1,450,633.00. (located on page 17 of Exhibit A);

  d. In 2005, food and beverage sales for the Villager were $726,894.00. Whereas, sales for Sadie's in 2005 were $179,000.00. The gross profit for food and beverage was $6,654.00 <u>before</u> allocated costs, which totaled $1,464,217.00. (located on page 18 of Exhibit A); and

  e. The gross profit increased from 2005 to 2006 by $34,403.00, which was attributable to cost reductions in the amount of $33,444.00. (located on pages 17-18 of Exhibit A).

13. I have an extensive knowledge of all the numbers relied upon by Thomas King & Co. to calculate the figures set forth in Exhibit A.

14. On or about March 24, 2005, Sadie's had negative cash flow. A number of variables exacerbated Sadie's losses, including: the Lincoln Smoking Ban and "O" Street construction.

15. In an effort to decrease costs, I.I. Inc. eliminated various positions, including the Plaintiff's position.

16. Plaintiff's former position as Manager of Sadie's has never been filled.

17. If Villager's Motion for Summary Judgment is not granted, I anticipate being called

2

as a witness to testify at trial and will testify as to the matters set forth in this Affidavit and referenced and incorporated documents.

Dated this 2 day of May 2007.

_____
Bob Bazan

STATE OF MISSOURI )
                  )ss.
COUNTY OF JACKSON )

SUBSCRIBED AND SWORN TO before me, a Notary Public, this 2 day of May 2007, by Bob Bazan, on behalf of I.I. Inc..

(SEAL)

_____
Notary Public

Kerry Froelich
Notary Public
Notary Seal
State of Missouri
Commission # 06913352
Exp. 7/31/2010

G:\WDOX\clients\30678\000\00129040.WPD

3