IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| SHERRY VANEK | ) | |
| | ) | Case No. 4:06CV3223 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| I.I. INC., a Nebraska Corporation | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## AFFIDAVIT OF JO LEVITT

I, Jo Levitt, being duly sworn on oath, depose, state and declare as follows:

1. I was born on June 2, 1943, and am competent to testify about the matters set forth in this Affidavit, which is being submitted in support of the Motion for Summary Judgment filed by the Defendant I.I. Inc. d/b/a Villager Courtyard & Gardens Hotel (the "Villager") in the above-captioned matter. I make this Affidavit on the basis of my own personal knowledge. I am a custodian of the records attached to this Affidavit, all of which were made at or near the time by, or from information possessed by a person with knowledge and kept in the ordinary course of a regularly conducted business activity of the Villager. It is the Villager's regular practice to make the documents attached to this Affidavit.

2. Since 1979, I have been an owner and director of the Villager along with James

Levitt. In this capacity, I am responsible for overseeing the operations, financials, and human resources of the Villager.

3. I.I. Inc., is a Nebraska corporation. I.I. Inc. and the Villager are subsidiaries of American XO. I.I. Inc. owns the Villager located in Lincoln, Nebraska. Sadie's Saloon is also located on the premises and is owned and operated by I.I. Inc.

4. I.I. Inc.'s principal place of business is: 905 NE Colbern Road, Lee Summit, Missouri.

5. Villager is located at 5200 "O" Street, Lincoln, Nebraska.

6. Attached hereto as Exhibit B is the Villager's staff manual.

7. Villager is an affirmative action/equal opportunity employer. During all times relevant to this action, Villager maintained a written equal employment opportunity policy that is published in its staff handbook. The policy requires that recruitment, hiring, training and promotion of all persons in all job classifications be accomplished without regard to race, color, sex, age, religion, national origin, disability or veteran status. (located on page 5 of Exhibit B).

8. The Villager's Staff Manual contains a policy prohibiting sexual harassment and requires employees to "immediately report the matter to the General Manger." (located on page 5 of Exhibit B).

9. The current General Manager of the Villager is Tamela Skrdland.

10. Effective July 1, 2001, Plaintiff Sherry Vanek("Plaintiff") became the Manager for Sadie's.

11. Plaintiff contacted me in June 2000 seeking employment. I was the ultimate decision maker in hiring the Plaintiff.

1

12. From early 2004 through March 24, 2005, Plaintiff reported directed to Jeff Ford, former General Manager of the Villager. Jeff Ford was terminated in October 2006.

13. At all times during her employment, Plaintiff was an "at-will" employee.

14. The Plaintiff previously worked for me in the mid-1980's.

15. During the Plaintiff's employment, I did not receive any formal or informal complaints from the Plaintiff regarding any incidents of sexual harassment. Moreover, I did not receive any formal or informal notice regarding the alleged comments made by Andy Jatczak to the Plaintiff.

16. Andy Jatczak quit on April 2, 2005.

17. At the time of Plaintiff's termination, Sadie's was experiencing a negative cash flow situation. A number of variables further increased Sadie's losses. First, the Lincoln Smoking Ban is a city-wide smoking ban that went into effect January 1, 2005. This smoking ban ordinance applies to all Lincoln indoor places of employment and public places. As such, the Villager lost the business of numerous "smoking" patrons. Second, the "O" Street construction project which widened "O" street from 52nd Street to Wedgwood, drastically inhibited public access to the Villager. This construction project was in place from approximately 2003 to 2005. In an effort to decrease costs, I terminated the Plaintiff's position. Jeff Ford was not involved in this termination decision.

18. Plaintiff's work performance was satisfactory.

19. Plaintiff's former position as Manager of Sadie's has not been filled.

20. The Plaintiff's job duties included: ordering liquor, organizing wait staff, tending bar, writing Keno, waiting tables, and greeting and seating. The Plaintiff's duties were assumed by the General Manager, and Sadie's wait staff and bartenders.

2

21. The job duties of the General Manager of the Villager include overseeing all operational aspects of the Villager, which includes Hotel Operations Management and Food & Beverage Management.

22. At all relevant times herein, Greg Friesen was the Food and Beverage Manager. The job duties of the Food & Beverage Manager of the Villager included overseeing all food and beverage functions with respect to Sadie's, Spike & Ollie's, and banquets. Greg Friesen resigned on May 13, 2005.

23. On March 24, 2005, I met with Plaintiff in a boardroom at the Villager to discuss Sadie's declining business. During this meeting I informed Plaintiff that her position was being terminated.

24. In addition to the Plaintiff, the following positions have been <u>eliminated</u> due to declining business profits:

  a. Buela Claypool, female, (D.O.B.: January 29, 1936) was in housekeeping. She was terminated on March 23, 2005.

  b. Korey Lloyd, male, (D.O.B.: November 9, 1973) was the front office manager. He voluntarily resigned on March 29, 2005.

  c. Greg Friesen, male, (D.O.B.: November 11, 1973) was the Food and Beverage Manager. He voluntarily resigned on May 13, 2005.

  d. Otis Major, male, was in with Maintenance. He left the Villager due to illness in 2006.

  e. Jim Hester, male, was Head of Maintenance. He left the Villager due to illness in late 2006.

25. If Villager's Motion for Summary Judgment is not granted, I anticipate being called as a witness to testify at trial and will testify as to the matters set forth in this Affidavit and referenced and incorporated documents.

Dated this 2 day of May 2007.

_Jo Levitt_

STATE OF KANSAS )
                 )ss.
COUNTY OF JOHNSON )

SUBSCRIBED AND SWORN TO before me, a Notary Public, this 2ND day of May 2007, by Jo Levitt, on behalf of I.I. Inc..

(SEAL)

_Janice L. Berry_
Notary Public

G:\WDOX\clients\30678\000\00128414.WPD

JANICE BERRY
NOTARY PUBLIC
STATE OF KANSAS
COMMISSION #946915
MY COMMISSION EXPIRES 1/29/2011

4