```
 1        IN THE UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF NEBRASKA
 2

 3   ---------------------------x
     SHERRY VANEK,              )
 4                              )
               Plaintiff,       )
 5                              )
         -vs-                   )   Case No. 4:06-CV-03223
 6                              )
     I.I. INC.,                 )
 7                              )
               Defendant.       )        COPY
 8   ---------------------------x

 9

10                Taken at the law offices at
                  1201 Lincoln Mall
11                Lincoln, Nebraska
                  May 16, 2007
12                9:00 a.m.

13

14

15            DEPOSITION OF JEFF FORD

16         TAKEN ON BEHALF OF THE PLAINTIFF

17

18              A-P-P-E-A-R-A-N-C-E-S

19   For the Plaintiff:    MS. KATHLEEN M. NEARY
                           Attorney at Law
20                         411 South 13th Street, #300
                           Lincoln, Nebraska 68508
21
     For the Defendant:    MR. MARK A. FAHLESON
22                         MS. SARAH S. PILLEN
                           Attorneys at Law
23                         1201 Lincoln Mall
                           Lincoln, Nebraska 68508
24

25
                    Jane M. Malone, RPR
           Lehman Reporting Services   (402)435-4903
```

Exhibit 12

```
 1                    S-T-I-P-U-L-A-T-I-O-N
 2              It is stipulated and agreed by and between the
 3    parties hereto by their respective counsel of record
 4    that the oral deposition of Jeff Ford may be taken
 5    commencing at 9:00 a.m. on this 16th day of May, 2007,
 6    at 1201 Lincoln Mall, Lincoln, Nebraska.
 7              It is stipulated that the original deposition
 8    will be delivered to Ms. Kathleen Neary, attorney for
 9    the Plaintiff.
10              It is stipulated that all objections may be
11    made pursuant to the Federal Rules of Civil Procedure.
12              It is stipulated and agreed that the deposition
13    may be transcribed outside the presence of the witness
14    and that the signature of the witness to the deposition,
15    together with the examination, is waived.
16
17
18
19
20
21
22
23
24
25
```

```
 1                    P-R-O-C-E-E-D-I-N-G-S
 2              (The deposition of Jeff Ford commenced at
 3    9:00 a.m. on this 16th day of May, 2007, with counsel
 4    and the deponent present; Also present, Tamela Skrdlant
 5    and Casey Larsen.)
 6                         (Exhibits No. 8 through 17 were marked
                            for identification by the Reporter
 7                          and is attached hereto.)
 8                       JEFF FORD
 9    having been first duly sworn to tell the truth, the
10    whole truth, and nothing but the truth, deposeth and
11    sayeth as follows:
12                    DIRECT EXAMINATION
13    BY MS. NEARY:
14       Q    And could you state your name for the record?
15       A    Jeff Ford.
16       Q    And Mr. Ford, what is your date of birth?
17       A    August 26, 1965.
18       Q    And how old does that make you -- How old does
19    that make you today?
20       A    Almost 42.
21       Q    All right.  Thank you.  What is your
22    resident -- residential address?
23       A    2019 Pepper Avenue, Lincoln.
24       Q    And what's, what's your home phone number, sir?
25       A    Area code 402-435-1027.
```

                    Jane M. Malone, RPR
            Lehman Reporting Services   (402)435-4903

Jeff Ford -- Direct by Ms. Neary

1   Q   Okay.  And tell me when you first learned about
2   it, who -- about the plans to close it and renovate it?
3   Who was there?  Who said what?
4   A   Jo Levitt and myself.
5   Q   And that meeting took place in Lincoln?
6   A   Yes.
7   Q   And what did Jo Levitt say to you, just
8   generally the best you can remember?
9   A   She wanted to close Sadie's.  She wanted to
10  renovate it.  The smoking ban had really hurt the
11  business.  She doesn't see it getting any better.
12      She would really like to have more of an
13  entertainment room instead of a chicken house with a
14  bar; that she would like to, you know, make it more of a
15  sports-type bar with TVs, pool tables, dart boards to
16  draw in some of the younger crowd from like Nebraska
17  Wesleyan or East Campus to make it more of a hot spot
18  hangout.
19  Q   For young people?
20  A   Correct.
21  Q   All right.  Has Sadie's ever drawn in that East
22  Campus, meaning the University of Nebraska East Campus
23  students or the University -- the Wesleyan University
24  students prior to the time that you left your employment
25  there?

Jane M. Malone, RPR
Lehman Reporting Services   (402)435-4903