# John Ward Economics
Economic Consultants

| | | **Address** |
|---|---|---|
| Voice | 913-381-9420 | 8340 Mission Rd, Ste 235 |
| Fax | 913-648-5740 | Prairie Village, KS  66206-1362 |
| E-Mail | Staff@JohnWardEconomics.com | |
| Website | www.JohnWardEconomics.com | |

---

## Fax Cover Letter

Date: 4-2-2014                                   Time: 1:12pm

To: Scott Hall

Fax #: 816-836-8966

From: John Ward

Pages in this fax including the cover page: 2

Original to follow by mail? No

Notes:

---

### Confidentiality Notice

The information contained in this facsimile message is legally privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this telecopy is strictly prohibited. If you received this telecopy in error, please immediately notify us by telephone at 913-381-9420.

[Street Address]
[City, State  ZIP Code]
[Telephone]
[Fax]
[Web Address]





| | | | |
|---|---|---|---|
| **To:** | Scott Hall | **Fax:** | 913 648 5740 |
| **From:** | John Ward | **Date:** | 816 836-8966 |
| **Re:** | Levitt | **Pages:** | 2 |
| **Cc:** | [Name] | | |

☐ **Urgent**    ☒ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

Comments:  Scott: I reviewed all of the material in the timeline with Kurt and we have the opinion that we should not change the wording of the report, but can expand on elements of loss in deposition. One of the problems in looking at the corporation's net income is that in a personal injury case we calculate loss of earnings capacity to the injured person versus lost income to the corporation which is a return to capital. It would be hard to segregate losses of income due to her depression separate from returns to capital and returns to her husband's effort, as well as market conditions.  Similarly, net worth is a book value concept and can vary widely because of market conditions. For example, net worth for the Levitt's rose to $12.5 million from $9.3 million in 2005. I think the best measure is earnings for a CEO and explaining that this does not include benefits that can be added to in the forms of increased liquidated worth of the business, health, travel, car, ect. payments in addition to salary. She can make a claim for such payments directly. Jack