UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | MAGISTRATE JUDGE |
| 2:06-cv-09757-EEF-DEK | * | KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFF'S BUSINESS DAMAGES CLAIMS

Upon consideration of Defendant Merck Sharp & Dohme Corp.'s Motion for Partial Summary Judgement on Plaintiff's Business Damages Claims, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that summary judgment is entered as to the business loss damages claimed by Plaintiff. Plaintiff may not recover for any alleged lost profits from her family businesses, the value of the businesses, or any other economic losses associated with those businesses; and

**IT IS FURTHER ORDERED** that Plaintiff may not introduce evidence at trial regarding her alleged business losses.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE