# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | MAGISTRATE JUDGE |
| 2:06-cv-09757-EEF-DEK | * | KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION
### TO FILE CERTAIN DOCUMENTS UNDER SEAL (DAMAGES)

Upon consideration of the foregoing Motion to File Certain Documents Under Seal, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Exhibits 3, 4, 12, 13, 14, 15, and 19 to Merck's Motion for Partial Summary Judgment on Plaintiff's Business Damages Claims in the above-captioned case is to be filed under seal.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE