DAVID MADIGAN, Ph.D., - 5/11/2011

Page 1

```
UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW JERSEY
-----------------------------------x

IN RE MERCK & CO., INC. SECURITIES,
DERIVATIVE & "ERISA" LITIGATION

     MDL NO. 1658 (SRC)
-----------------------------------x
THIS DOCUMENT RELATES TO:
THE CONSOLIDATED ERISA ACTION

     Case No. 3:05 CV 01151-SRC-TJB
     Case No. 3:05 CV 02369-SRC-TJB

-----------------------------------x

                    May 11, 2011
                    9:00 a.m.


     Deposition of DAVID MADIGAN, Ph.D.,

taken by Defendants, pursuant to Notice, at the

offices of Hughes, Hubbard & Reed LLP, One

Battery Park Plaza, New York, New York, before

TAMMEY M. PASTOR, a Registered Professional

Reporter, Certified LiveNote Reporter and Notary

Public within and for the State of New York.
```

Page 10

1              DAVID MADIGAN
2    statistics at Columbia University; is that          09:04:07
3    correct?                                            09:04:10
4        A.   That's correct.                            09:04:10
5        Q.   That department is not part of            09:04:13
6    the medical school, is that correct?               09:04:14
7        A.   That's correct.                           09:04:15
8        Q.   Does Columbia have a                      09:04:16
9    biostatistics department?                          09:04:18
10       A.   Yes, it does.                             09:04:19
11       Q.   Do you have an appointment within         09:04:20
12   that department?                                   09:04:21
13       A.   No, I do not.                             09:04:22
14       Q.   Do you have an appointment within         09:04:23
15   the medical school at Columbia?                    09:04:24
16       A.   No, I do not.                             09:04:26
17       Q.   You are not a medical doctor;             09:04:27
18   correct?                                           09:04:28
19       A.   Correct.                                  09:04:28
20       Q.   You are not an epidemiologist?            09:04:29
21       A.   Correct.                                  09:04:31
22       Q.   You don't hold yourself out as            09:04:31
23   having expertise in cardiology; correct?           09:04:34
24       A.   Correct.                                  09:04:36
25       Q.   So am I also correct it would be          09:04:37

Page 11

1              DAVID MADIGAN
2    beyond your expertise to diagnose in any           09:04:41
3    particular patient whether that patient had or     09:04:44
4    did not have a myocardioa infarction?              09:04:46
5        A.   Correct.                                  09:04:49
6        Q.   Similarly it would be beyond your         09:04:50
7    expertise to diagnose in any particular patient    09:04:52
8    whether that patient did or did not have a         09:04:54
9    cardiovascular thrombotic event?                   09:04:57
10       A.   Correct.                                  09:05:00
11       Q.   You also don't hold yourself out          09:05:00
12   as an expert in vascular biology; correct?         09:05:03
13       A.   That's correct.                           09:05:06
14       Q.   So any opinions about the                 09:05:07
15   mechanism by which Vioxx does or does not work     09:05:12
16   in the body will be beyond your expertise?         09:05:16
17       A.   Correct.                                  09:05:18
18       Q.   You will not be offering any              09:05:18
19   opinions about the mechanisms by which Vioxx       09:05:19
20   acts or does not act in the body in this case;     09:05:23
21   correct?                                           09:05:25
22       A.   Only as so far as I consulted             09:05:25
23   with Drs. Krumholz and Kostis.                     09:05:28
24       Q.   You do not have any personal              09:05:30
25   expertise in that mechanism?                       09:05:31

Page 12

1              DAVID MADIGAN
2        A.   That's correct.                           09:05:33
3        Q.   Have you ever sat on a Data               09:05:37
4    Safety Monitoring Board?                           09:05:40
5        A.   No.                                       09:05:40
6        Q.   Have you ever been a member of            09:05:40
7    FDA Advisory Committee?                            09:05:42
8        A.   Yes.                                      09:05:44
9        Q.   For which Advisory Committee?             09:05:44
10       A.   I am on the Drug Safety and Risk          09:05:46
11   Management Advisory Committee.                     09:05:50
12       Q.   When did you first become a               09:05:50
13   member of that committee?                          09:05:51
14       A.   Recently a few months ago.                09:05:52
15       Q.   Has that Advisory Committee met           09:05:55
16   since you joined the committee?                    09:05:58
17       A.   Initially I was a consultant to           09:06:01
18   the committee.  So I attended one meeting.         09:06:03
19       Q.   What was the subject of that              09:06:05
20   meeting?                                           09:06:06
21       A.   Proton pump inhibitors.                   09:06:07
22       Q.   Do you recall when that meeting           09:06:10
23   was?                                               09:06:11
24       A.   I would guess late last year.             09:06:15
25       Q.   You attended that meeting in the          09:06:17

Page 13

1              DAVID MADIGAN
2    capacity as a consultant to the committee?         09:06:19
3        A.   That's correct.                           09:06:21
4        Q.   Has the committee met since you           09:06:21
5    joined it as a member?                             09:06:23
6        A.   I don't know.  I don't think so.          09:06:27
7        Q.   You have not attended a meeting           09:06:29
8    as a member; correct?                              09:06:30
9        A.   That's correct.  I have not.              09:06:32
10       Q.   If I can refer you to paragraph           09:06:38
11   6, under section 1.1 Bio Sketch.  Do you see       09:06:41
12   that?                                              09:06:44
13       A.   Yes.                                      09:06:45
14       Q.   Halfway down the paragraph you            09:06:46
15   list you have published more than 100 technical    09:06:48
16   papers.  You list a variety of topics, do you      09:06:51
17   see that?                                          09:06:53
18       A.   Yes.                                      09:06:53
19       Q.   One of those topics is text               09:06:53
20   mining; correct?                                   09:06:55
21       A.   Correct.                                  09:06:57
22       Q.   Would you explain what text               09:06:57
23   mining is, please.                                 09:06:59
24       A.   So text mining refers to develop          09:07:00
25   of statistical and computing methods and           09:07:02

4 (Pages 10 to 13)