# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| ***This document relates to*** | * | JUDGE FALLON |
| | * | |
| ***Jo Levitt v. Merck Sharp & Dohme Corp.***, | * | MAGISTRATE JUDGE |
| **2:06-cv-09757-EEF-DEK** | * | KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO
### EXCLUDE EXPERT OPINIONS OF DAVID MADIGAN, PH.D.

Upon consideration of Defendant Merck Sharp & Dohme Corp.'s Motion to Exclude

Expert Opinions of David Madigan, Ph.D., the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Dr. Madigan is precluded from offering at trial:

(i)     Medical testimony, including opinions on the adequacy of Merck's disclosures of

Vioxx risk information to doctors;

(ii)    Opinions on Merck's state of mind and intentions; and

(iii)   Opinions based on any undisclosed statistical analyses, including those conducted

at the request of his fellow Plaintiff's expert, Dr. David Egilman.

**IT IS FURTHER ORDERED** that Dr. Madigan is hereby precluded from offering

opinions in the form of narrative summaries of documents.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE