# Mid-America Cardiology

10787 Nall, Suite 300
Overland Park, KS 66211
(913) 588-9400

Page 1

**JO LEVITT**   Home: (816)444-1300 Office: (816)356-8080
66 Year Old Female   DOB: 06/03/1943   KU#: 9100133   Athena Ent.ID: 2442317

**09/11/2009 - External Correspondence: Pt. History**
**Provider: Thomas L. Rosamond MD**
**Location of Care: Mid-America Cardiology at The University of Kansas Hospital**

To Whom It May Concern:

I want to take this opportunity to review Ms. Jo Levitt's medical record, at her request, regarding her coronary artery disease. In brief, I think it is likely that Vioxx therapy contributed significantly to the aggressive presentation of her coronary artery disease.

Ms. Levitt began her Vioxx therapy, I believe, in August 1999.

I initially became involved in her care subsequently in March 2000, when she presented with acute unstable angina. I saw her in consultation from Dr. Ronald Hartman regarding her symptoms of chest pain and EKG changes. I saw her initially on March 9, 2000 after she presented with about a week of exertional chest discomfort and indigestion. She was initially to be transferred to St. Luke's, but because of ambulance diversion, was diverted to St. Luke's Hospital South, where I saw her in consultation. My consultation from that interaction is available in our electronic medical record and is available for review from March 10, 2000.

During that evaluation, her cardiac enzymes were negative, but her EKGs were consistent with high-grade proximal LAD stenosis. Subsequent diagnostic heart catheterization performed on March 10, 2000 showed a high-grade stenosis of the proximal LAD just beyond the first diagonal which itself had a 60-percent ostial stenosis and possibly some intraluminal thrombus in the LAD, suggesting acute plaque rupture while she was on Vioxx.

Her other past history at that time was significant for possible remote superficial thrombophlebitis, mild hypercholesterolemia, and a remote history of smoking. Her family history was not particularly positive for coronary disease at an early age, although she had some elderly family members that had known coronary disease.

She subsequently was transferred to St. Luke's Hospital where Dr. Peter Tadros, my colleague, placed a stent in both the LAD and the diagonal using a kissing balloon technique with a very good result. She was started on Plavix, aspirin, Lopressor and Lipitor at that time. She was also on Vioxx 25 mg daily for musculoskeletal and osteoarthritic pains.

WCSR
SEP 2 8 2009
RECEIVED

Thereafter she developed early stent restenosis in May, 2000. In my letter from that interaction on May 29, 2000 I note that we were surprised to find that her LAD stent was severely re-narrowed in such a short period of time. It is my understanding that she was still on Vioxx at that time.

She was subsequently seen by Dr. Michael Gordon in surgical consultation and subsequently went to the OR during that hospital stay. She had a LIMA graft placed to the LAD and vein graft to the diagonal.

Given the course of events, it seems likely based upon her historical information and what we now know in retrospect about Vioxx, that Vioxx likely contributed to her aggressive coronary artery presentation.

M012A65523

# Mid-America Cardiology

10787 Nall, Suite 300
Overland Park, KS 66211
(913) 588-9400

---

**JO LEVITT**                                                    Home: (816)444-1300   Office: (816)356-8080
66 Year Old Female    DOB: 06/03/1943    KU#: 9100133    Athena Ent.ID: 2442317

---

I hope this review of our previous experience with Ms. Levitt is helpful. I have used our primary documents from that interaction to review the medical record. It should be noted that we have not seen Ms. Levitt in followup since the year 20002, but I hope this historical review of the documents that we have available is helpful.

Thanks again. If I can elaborate further, please do not hesitate to contact me.

Sincerely,


Thomas L Rosamond, MD

TLR/MedQ
DD: 09/11/2009 16:56:57   DT: 09/11/2009 17:42:12
Job #: 151243/3873323172

cc:  Ronald B Hartman
     MS JO LEVITT

**Signed by Thomas L. Rosamond MD on 09/13/2009 at 11:25 PM**

M012A65524

**MID-AMERICA CARDIOLOGY**
**KUMED**
10787 Nall, Ste 300 | Overland Park, KS 66211

64113+1170

Mr. Jo Hewitt
1247 W. 56th St
Kansas City, Mo. 64113-1170



02 1P
0007194773
$ 000.44⁰
PITNEY BOWES
SEP 16 2009

M012A65525