

54709199
Dec 13 2013
06:28PM

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Joe Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFFS DESIGNATION OF EXPERT WITNESSES

Comes Plaintiff, by counsel, and provides the following information pursuant to Interrogatories served herein, F.R.C.P. 26, PTO 58, and/or this Court's Minute Entry dated November 14, 2013, as the case may be.

### Experts for Whom Written Reports Are Being Filed Herewith

**The following individuals are Plaintiff's retained experts:**

1. **John Ward, Ph.D.**,
   University of Missouri-Kansas City
   Department of Economics,
   211 Haag Hall, 5100 Rockhill Road,
   Kansas City, Missouri, 64110
   (816) 235-1309.

   Fee schedule, list of testimony and curriculum vitae are attached hereto.

2. **Jay Schapira, M.D., FACC, FCCP, FACP, FAHA**
   Cedars Sinai Medical Towers
   8635 West Third Street Suite 750W
   Los Angeles, CA 90048
   (310) 659-2030

   Fee schedule, list of testimony and curriculum vitae are attached hereto.

3.  **David Egilman, M.D., MPH**
    Never Again Consulting
    8 North Main Street
    Attleboro, MA 02703
    degilman@egilman.com

    Fee schedule, list of testimony and curriculum vitae are attached hereto.

4.  **David Madigan, Ph.D.**
    30 Sunset Drive
    Chatham, NJ 07928

    Fee schedule, list of testimony and curriculum vitae are attached hereto.

5.  **Terry Cordray, M.S., CCM, CRC, ABVE, LPC**
    10000 W. 75th St., #200
    Overland Park, KS 66204
    913-362-0255
    tcordray@kc.rr.com

    Fee schedule, list of testimony and curriculum vitae are attached hereto.

**Experts for Whom Written Reports Have Not Been, And Will Not Be, Filed**

The following persons are Jo Levitt's treating physicians and professional care providers. It is expected that they will testify on the subject matter of Jo Levitt's medical condition, medical care and/or medical treatment. It is expected that their testimony will be consistent with their records. None of the following potential witnesses are retained experts. None have been hired by Plaintiffs. The addresses of the persons named below have been provided in Plaintiff's Plaintiff Profile Form and again below.

1.  **Hartman, Ronald, M.D./Internal Medicine**
    Hartman Medical Associates
    5520 College Blvd
    Leawood, K S66211

2. **Bishop, Henry MD/OB-Gyn**
Kansas City Women's Clinic
10600 Quivira Rd, Suite 3
Overland Park, KS 66215
(913) 586-0045

3. **Crouse, Linda MD/Cardiologist**
Kramer & Crouse
7301 East Frontage Rd Ste 200
Shawnee Mission, KS 66204

4. **Steven B. Laster, M.D.**
Cardiovascular Consultants
4330 Wornall, Suite 200
Kansas City, Missouri 64111

5. **Rosamond, Thomas M.D./Cardiologist**
Mid-American Cardiology
University of Kansas Hospital
Mission, KS 66202

6. **Tadros, Peter, M.D./Cardiologist**
Mid-American Cardiology
University of Kansas Hospital
Mission, KS 66202

7. **Gorton, Michael  MD/ Thoracic Surgeon**
Mid America Thoracic and Cardiovascular Surgeons
4320 Wornall Road
Medical Plaza II, Suite 50
Kansas City, MO 64111

8. **Dr. Kent Stevenson**
5200 West 94th Terrace, Suite 105
Prairie Village, KS 66207
913 649 5567

9. **Stephen Samuelson, M.D./Psychiatry**
Kansas City Psychiatric Group
4500 College Blvd Suite 304
Overland Park, KS 66211
(913) 338-0400 (Office)
(913) 338-0428 (Fax)

10. **Frederick Mittleman MD/Psychiatrist**
    721 North 5th Avenue
    Tucson, Arizona 85705

11. **Katz, Arnold MD/ Rheumatologist**
    Arthritis Specialists of Greater Kansas City
    10550 Quivira Rd Suite 320
    Overland Park, KS 66215

12. **Neiburger, James MD/ Allergist & Immunologist**
    Allergy & Asthma Care
    10787 Nall Avenue, Suite 200
    Overland Park, Kansas 66211
    (913) 491-3300

13. **Burroughs, Nathan MD/ ENT**
    9411 North Oak Trafficway
    Kansas City, Missouri 64101

14. **Richard Price MD**
    5701 W 119th St Suite 320
    Overland Park, KS 66209

15. **Dr. Eugene Go / endocrinologist**
    5005 Port St. John Parkway
    Port St. John Florida, 32927

16. **Physicians and Employees of Shawnee Mission Medical Center**

17. **Physicians and Employees of St. Luke's Hospital**

18. **Physicians and Employees of St. Luke's South Hospital**

19. **Physicians and Employees of Medical Bureau**

20. **Physicians and Employees of Research Medical Center**

**Plaintiffs' Treating Physicians**.

To the extent she has not already done so, Plaintiff reserves the right to call and may call any and all treating physicians, nurses, care providers, pharmacists, or any other medical personnel involved in her care to testify as fact witnesses or expert witnesses regarding the nature and extent of each Plaintiff's injuries and damages. Plaintiff also reserves the right to call the records librarian of each medical provider if necessary.

**Reservations**

Plaintiff reserves the right to call expert witnesses in rebuttal and/or supplement this expert disclosure as necessary. Plaintiffs also reserve the right to call all any witness, expert or otherwise, named by Defendants.

Respectfully submitted,

**HUMPHREY, FARRINGTON & McCLAIN, P.C.**

/s/ Daniel A. Thomas
| | |
|---|---|
| Kenneth B. McClain | MO #32430 |
| Daniel A. Thomas | MO #52030 |

221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Notice of Appearance has been served upon Defense Counsel, Jonathan Williams, Defendant Liaison Counsel, Dorothy H. Wimberly, and Plaintiff Liaison Counsel, Ann Oldfather, by U.S. mail and email and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 13th day of December, 2013.

      /s/ Daniel A. Thomas
Daniel A. Thomas  MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**