UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | MAGISTRATE JUDGE |
| 2:06-cv-09757-EEF-DEK | * | KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO EXCLUDE EXPERT OPINION OF THOMAS ROSAMOND, M.D.**

Upon consideration of Defendant Merck Sharp & Dohme Corp.'s Motion to Exclude Expert Opinion of Thomas Rosamond, M.D., the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Dr. Rosamond is precluded from offering at trial any expert opinions that do not derive from information learned during actual treatment of Plaintiff, including any opinion that Vioxx caused or contributed to Plaintiff's alleged cardiovascular injuries.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE