# Jay N. Schapira, M.D.
### A PROFESSIONAL CORPORATION

CARDIOVASCULAR DISEASES • INTERNAL MEDICINE
CARDIAC CATHETERIZATION
CORONARY ANGIOPLASTY

DIPLOMATE, AMERICAN BOARD
OF INTERNAL MEDICINE
CERTIFIED, SUBSPECIALTY OF
CARDIOVASCULAR DISEASE

FELLOW, AMERICAN COLLEGE OF PHYSICIANS
FELLOW, AMERICAN COLLEGE OF CARDIOLOGY
FELLOW, AMERICAN COLLEGE OF CHEST PHYSICIANS

January 18, 2016

Mr. Danny Thomas
**Humphrey, Farrington & McClain, P.C.**
221 W. Lexington, Suite 400
Independence, MO  64051

Re:     Jo Levitt vs Merck & Co., Inc.
Date of Birth: 6-3-43
Case No: 2:06-CV09757-EEF-DEK

## SUPPLEMENTAL REPORT

Dear Mr. Thomas:

I have reviewed the three depositions recently supplied to me, those for cardiologist Thomas Rosamond, M.D.; rheumatologist Arnold Katz, M.D. and internist Ronald Hartman, M.D.

After careful review of these materials, I do not feel that any changes to my original report are necessary with the exception of a wording change on page 7, wherein I refer to an "acute myocardial infarction" and feel that this is more properly stated as "acute coronary syndrome."

Should you have any further questions, please do not hesitate to contact me.

Sincerely,

Jay N. Schapira, M.D., FACC, FACP, FCCP, FAHA
*Clinical Professor of Medicine, Cedars-Sinai Heart Institute*
*Clinical Professor of Medicine, Geffen-UCLA School of Medicine*
*Assistant Clinical Professor of Nursing, UCLA School of Nursing*

**Cedars-Sinai Heart Institute**
*#1 Heart Program in the West*
*Top 10 Heart Programs in the U.S.*
*U.S. News and World Report 2013-2015*

JNSsa

Cedars-Sinai Medical Office Towers  8635 West Third Street, Suite 750W  Los Angeles, California 90048-6169  (310) 659-2030  FAX (310) 659-1369