**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | MAGISTRATE JUDGE |
| **2:06-cv-09757-EEF-DEK** | * | KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO**
**EXCLUDE EXPERT OPINIONS OF JAY N. SCHAPIRA, M.D.**

Upon consideration of Defendant Merck Sharp & Dohme Corp.'s Motion to Exclude

Expert Opinions of Jay N. Schapira, M.D., the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Dr. Schapira is precluded from offering at trial

opinions on the following topics:

(i)     General or specific causation related to Vioxx;

(ii)    That Ms. Levitt experienced myocardial infarction; and

(iii)   Subjects outside his expertise, including psychology, disability, and business

        analysis.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE