# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | *   KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

*************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion to Exclude the Opinion of Jay N. Schapira, M.D. is noticed for submission on August 3, 2016, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated: June 27, 2016

        Respectfully submitted,

By: */s/ Dorothy H. Wimberly*
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE, PIGMAN WALTHER
    WITTMAN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone: 504-581-3200
    Fax:   504-581-3361

    *Defendants' Liaison Counsel*

    —and—

1208555v1

Douglas R. Marvin
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
527 Twelfth Street, N.W.
Washington, D.C. 20005
Phone:  202-434-5000
Fax:      202434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

2

**CERTIFICATE OF SERVICE**

  I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of June, 2016.

                */s/ Dorothy H. Wimberly*
                Dorothy H. Wimberly, 18509
                STONE PIGMAN WALTHER WITTMANN L.L.C.
                546 Carondelet Street
                New Orleans, Louisiana  70130
                Phone:  504-581-3200
                Fax:     504-581-3361
                dwimberly@stonepigman.com

                Defendants' Liaison Counsel

1208555v1