UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | * MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | * SECTION L |
| LITIGATION | * |
| | * JUDGE FALLON |
| *This document relates to* | * |
| | * MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

**DEFENDANT MERCK SHARP & DOHME CORP.'S
<u>REQUEST FOR ORAL ARGUMENT</u>**

Pursuant to Local Rule 78.1, Defendant Merck Sharp & Dohme Corp. respectfully requests oral argument on its Motion to Exclude Expert Opinions of Jay N. Schapira M.D.. Oral argument will assist the court in resolving the issues presented in the Motion.


Dated:  June 27, 2016                    Respectfully submitted,


                                By: */s/ Dorothy H. Wimberly*
                                Phillip A. Wittmann, 13625
                                Dorothy H. Wimberly, 18509
                                STONE PIGMAN WALTHER
                                WITTMANN L.L.C.
                                546 Carondelet Street
                                New Orleans, Louisiana 70130
                                Phone: 504-581-3200
                                Fax:    504-581-3361

                                *Defendants' Liaison Counsel*

                                  —and—

                                Douglas R. Marvin
                                M. Elaine Horn
                                Emily Renshaw Pistilli
                                WILLIAMS & CONNOLLY LLP


1208541v1

725 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

2

1208541v1

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Request for Oral Argument has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of June, 2016.

/s/ *Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel