Confidential - David S. Egilman, M.D., MPH

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

IN RE:  VIOXX Products Liability Litigation

MDL No. 1657

This Document Relates to:

| | |
|---|---|
| State of Alaska v. Merck & Co., Inc.<br>     2:06-CV-03132 | Section L |
| Jim Hood, Attorney General ex rel., State of Mississippi v. Merck & Co., Inc.<br>     2:05-CV-6755 | JUDGE ELDON<br>E. FALLON |
| State of Montana v. Merck & Co., Inc.<br>     2:06-CV-04302 | MAGISTRATE<br>JUDGE KNOWLES |
| State of Utah v. Merck & Co., Inc.<br>     2:06-CV-09336 | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

CONFIDENTIAL

VIDEOTAPED DEPOSITION OF DAVID S. EGILMAN, MD, MPH

Saturday, January 25th, 2013
9:40 a.m.

Held At:
    Providence Marriott Downtown
    1 Orms Street
    Providence, Rhode Island

REPORTED BY:

Maureen O'Connor Pollard, RMR, CLR, RSA

Golkow Technologies, Inc. - 1.877.370.DEPS

Confidential - David S. Egilman, M.D., MPH

Page 2

1  APPEARANCES:
2  FOR THE STATE OF UTAH:
3    BY:  ERIC H. WEINBERG, ESQ.
4        LAW OFFICES OF ERIC H. WEINBERG
5        149 Livingston Avenue
6        New Brunswick, New Jersey 08903
7        877-934-6274
8        ehw@erichweinberg.com
9
10 FOR THE STATE OF ALASKA AND STATE OF MONTANA:
11   BY:  BRIAN M. VINES, ESQ.
12       HARE, WYNN, NEWELL & NEWTON, LLP
13       2025 3rd Ave. North, Suite 800
14       Birmingham, Alabama 35203
15       205-328-5330
16       bvines@hwnn.com
17
18 FOR THE STATE OF MONTANA:
19   BY:  WILLIAM A. ROSSBACH, ESQ.
20       ROSSBACH HART PC
21       401 N. Washington Street
22       Missoula, Montana 59807
23       406-543-5156
24       bill@rossbachlaw.com
25

Page 3

1  APPEARANCES (Cont.'d):
2
3  FOR THE DEFENDANT MERCK & CO., INC:
4    BY:  ANDREW L. GOLDMAN, ESQ.
5        GOLDMAN ISMAIL TOMASELLI BRENNEN
6        & BAUM LLP
7        564 W. Randolph Street, Suite 400
8        Chicago, Illinois 60661
9        312-681-6000
10       agoldman@goldmanismail.com
11
12 Also Present:
13 Nancy Iida
14 Remi Wilson
15
16 Ted Apstein
17 Abass Mohamed Noor (a.m. session only)
18 Edgar Paul Woznica (a.m. session only)
19 Julia Gutierez (a.m. session only)
20 Laura Ucik (a.m. session only)
21
22
23 Videographer:  Wesley Hicks
24
25

Page 4

1  PRESENT VIA SPEAKERPHONE:
2  FOR THE STATE OF MONTANA:
3    BY:  KELLEY L. HUBBARD, ESQ.
4        ASSISTANT ATTORNEY GENERAL
5        215 N. Sanders
6        Helena, Montana 59620
7        406-444-2026
8        khubbard@mt.gov
9
10 FOR THE STATE OF MISSISSIPPI:
11   BY:  JOHN B. HUNT, IV, ESQ
12       LANGSTON & LANGSTON, PLLC
13       201 North President Street
14       Jackson, Mississippi 39201
15       888-329-0827
16       jack@langstonlawyers.com
17 FOR THE STATE OF UTAH:
18   BY:  RICHARD SCHULTE, ESQ.
19       WRIGHT & SCHULTE LLC
20       812 East National Road
21       Vandalia, Ohio 45377
22       937-435-9999
23       rschulte@yourlegalhelp.com
24
25

Page 5

1  APPEARANCES (Cont.'d):
2
3  FOR THE STATE OF UTAH:
4    BY:  KENNETH D. LOUGEE, ESQ.
5        LAW FIRM OF SIEGFRIED & JENSEN
6        5664 Green Street
7        Salt Lake City, Utah 84123
8        801-997-6984
9        Kenneth@sjatty.com
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 22

1  counsel for the State of Utah, I agree with his
2  request.
3      Secondly, the fact that we're here on
4  a weekend needs to be put in context.  The
5  deposition of Dr. Egilman was scheduled on two
6  prior occasions on weekdays, both of which were
7  adjourned by you, one a few days before for
8  personal reasons, to which I acceded of course,
9  the second because of weather issues that led to
10 the cancellation of the deposition at 8:30 the
11 night before.
12     You were offered this deposition on
13 January 17th, which is a Friday, and declined,
14 and so that's my response to what you just said.
15 Otherwise, either proceed or not at your
16 election.
17     MR. GOLDMAN:  To be clear, Eric, you
18 offered the 17th, but before I even got back to
19 you, you said it wasn't available, so that
20 wasn't an option.
21     MR. WEINBERG:  You responded to me and
22 said can we have another date.
23     MR. GOLDMAN:  Yes.  But I would have
24 taken the 17th if we didn't.  The last thing I
25 want to do is spend a Saturday away from the

Page 23

1  family taking a deposition.  I'm sure everyone
2  feels the same.
3      MR. WEINBERG:  If I had known that, I
4  would have been here a week ago.
5      MR. GOLDMAN:  Okay.  Then I suggest we
6  take a break, and I'm going to consult with my
7  client and see if my client shares my view on
8  this.  And if we have to suspend the deposition,
9  which would really be a shame over something
10 like this, then we will.
11     MR. WEINBERG:  Okay.  Let's take a
12 break.
13     (Whereupon, a recess was taken from
14 9:48 a.m. to 10:18 a.m.)
15      (On the video record.)
16     THE VIDEOGRAPHER:  We are now on the
17 record.  My name is Wesley Hicks, I'm a
18 videographer for Golkow Technologies.
19     Today's date is January 25th, 2014,
20 and the time is 10:20 a.m.
21     This video deposition is being held in
22 Providence, Rhode Island, In Re:  Vioxx products
23 Liability Litigation, relating to State of
24 Alaska versus Merck and Co., Inc., Jim Hood,
25 Attorney General, ex rel, State of Mississippi

Page 24

1  versus Merck and Co., Inc., State of Montana
2  versus Merck and Co., Inc., and the State of
3  Utah versus Merck and Co., Inc., for the United
4  States District Court, Eastern District of
5  Louisiana.  MDL Number 1657, Section L, Judge
6  Eldon E. Fallon, and Magistrate Judge Knowles.
7      The deponent is David S. Egilman, MD.
8      Counsel, please voice identify
9  yourselves and state whom you represent.
10     MR. GOLDMAN:  My name is Andy Goldman.
11 I represent Merck.
12     MR. WEINBERG:  Eric Weinberg for the
13 State of Utah.
14     MR. VINES:  Brian Vines for the States
15 of Alaska and Montana.
16     MR. ROSSBACH:  Bill Rossbach for the
17 State of Montana.
18     THE VIDEOGRAPHER:  Attorneys on the
19 telephone?
20     MR. LOUGEE:  Kenneth Lougee, State of
21 Utah.
22     PHONE PARTICIPANT:  (Unintelligible).
23     MS. HUBBARD:  Kelly Hubbard for the
24 State of Montana.
25     THE VIDEOGRAPHER:  The second attorney

Page 25

1  on the phone, you were very unclear.
2      MR. LOUGEE:  This is Kenneth Lougee
3  for the State of Utah.
4      THE VIDEOGRAPHER:  Would all others
5  present in the room please state your names.
6      MR. HUNT:  This is John Hunt for the
7  State of Mississippi.
8      THE VIDEOGRAPHER:  Is that everyone on
9  the phone?
10     Would all others present please state
11 your name for the record.
12     MS. GUTIEREZ:  Julie Gutierez.
13     MR. NOOR:  Abass Noor.
14     MS. UCIK:  Laura Ucik.
15     MR. APSTEIN:  Ted Apstein.
16     MR. WOZNICA:  Edward Woznica.
17     MS. WILSON:  Remi Wilson.
18     THE VIDEOGRAPHER:  The court reporter
19 is Maureen Pollard, and will now swear the
20 witness.
21
22     DAVID S. EGILMAN, MD, MPH,
23 having been first duly sworn, was examined and
24 testified as follows:
25     DIRECT EXAMINATION

7 (Pages 22 to 25)

Confidential - David S. Egilman, M.D., MPH

Page 194

1 if you -- if Dr. Scolnick says that the VIGOR
2 trial is just like testing Mevacor on patients
3 with hepatitis, then that is a statement that
4 you are intending to injure people in that
5 trial.
6    Q. That's your interpretation of an
7 isolated e-mail from Dr. Scolnick, right?
8       MR. WEINBERG: Objection to form.
9    A. What do you mean my interpretation? I
10 gave you what he said. He said testing -- this
11 is like testing Mevacor in patients with
12 hepatitis. Mevacor is a drug that's
13 contraindicated in patients with hepatitis.
14 It's a Merck drug. He knows exactly what that
15 means.
16 BY MR. GOLDMAN:
17    Q. Your --
18    A. The only inference would be that he
19 was joking. It didn't seem like a joke to me.
20    Q. Is your -- are you an expert in
21 discerning a company's intent, sir?
22    A. No, I didn't say a company's intent.
23 That's why I said Scolnick says this, this,
24 this --
25    Q. I heard what you said. My question --

Page 195

1 I didn't ask about Scolnick. I said; are you an
2 expert in discerning a company's intent, and
3 your answer was no.
4       MR. WEINBERG: Objection.
5 BY MR. GOLDMAN:
6    Q. Right?
7       MR. WEINBERG: Hold on.
8       Objection to form, as if -- the
9 question assumes that companies as opposed to
10 individuals have intent. I think you need to
11 listen to what the witness has just told you.
12 Objection to form.
13    A. Well, let me just say -- let me
14 withdraw the previous no answer, and say in some
15 cases companies are explicit about their intent.
16 In other cases, one would have to have expert
17 knowledge to determine if a decision was done
18 with intent. In some cases might allow for me
19 to use my expert knowledge, as I did with
20 Mevacor hepatitis example, to express intent.
21 BY MR. GOLDMAN:
22    Q. So you hold yourself out as an expert
23 in discerning a company's intent or an
24 individual's intent based on your interpretation
25 of an e-mail, is that what I'm hearing?

Page 196

1    A. I don't know what you're hearing.
2 That's what I'm saying.
3    Q. Okay. Do you know of anybody --
4    A. Before your next question, why don't
5 we just take a break.
6    Q. No, I want to finish this line of
7 questions.
8       MR. WEINBERG: Whoa, whoa, whoa. Do
9 you need a break?
10       THE WITNESS: Yeah.
11 BY MR. GOLDMAN:
12    Q. I'd like to ask two more questions on
13 this line, unless you need to go to the bathroom
14 right now.
15    A. Go right ahead.
16    Q. Are you aware of any medical article
17 written by anybody who is not a Plaintiffs'
18 expert in Vioxx litigation who has expressed the
19 opinion that Merck intended to injure patients
20 in the VIGOR trial?
21    A. No.
22    Q. Are you aware of any statement by the
23 FDA, or any member of the FDA advisory
24 committee, or any consultant that ever advised
25 Merck, or any regulatory agency in the world

Page 197

1 that said that Merck intended to hurt patients
2 in the VIGOR GI outcomes trial?
3    A. No.
4       MR. GOLDMAN: Okay. Let's take a
5 break.
6       THE VIDEOGRAPHER: Going off the
7 record. The time is 4:35 p.m.
8       (Whereupon, a recess was taken.)
9       THE VIDEOGRAPHER: We're back on the
10 record at 4:49 p.m.
11 BY MR. GOLDMAN:
12    Q. Is it your opinion, Dr. Egilman, that
13 each of the authors of the Bombardier article on
14 the VIGOR trial intended to harm patients who
15 participated in the VIGOR trial?
16       MR. WEINBERG: Objection.
17    A. No.
18 BY MR. GOLDMAN:
19    Q. Do you have any reason to believe that
20 any of the dozen or so authors of the VIGOR
21 paper that was published in the New England
22 Journal of Medicine and the institutions where
23 they worked intended to harm anyone in the VIGOR
24 trial?
25    A. Well, I forget where Marie Griffiths

50 (Pages 194 to 197)

Confidential - David S. Egilman, M.D., MPH

Page 262

1  want to let me look at his screen which has the
2  paper?  Yes?
3      Q.  Sure, that's fine.
4          While you're looking, Dr. Egilman, to
5  make it faster --
6      A.  I've got to stretch them one at a
7  time.  It's not going to make it faster.
8          Is Alaska AL or AK?
9      Q.  AK.
10         MR. ROSSBACH:  AK.  Alabama is AL.
11         THE WITNESS:  Okay.  At least we
12 settled that.
13         MR. WEINBERG:  OK is Oklahoma.
14     A.  No Alaska.  Let me just put the whole
15 word in first.  No Alaska.
16         Next?
17 BY MR. GOLDMAN:
18     Q.  Montana.
19     A.  Montana is MN?  Is it MN?
20         MR. ROSSBACH:  MT, please.
21     A.  I've been there.  I sent a lot of mail
22 in.
23         No Montana.
24 BY MR. GOLDMAN:
25     Q.  Mississippi, MS.?

Page 263

1      A.  MS.  That one I know.
2          No Mississippi.
3      Q.  Utah?
4      A.  A lot of words with UTs in them.
5          Utah, yes.
6      Q.  Yes, one cite.  Okay.  So let me ask
7  the question again.
8          Doctor --
9      A.  That was this one.  How about 091 and
10 126?
11     Q.  Yeah, you can check those.
12     A.  126, I have to look at the CSR.  It's
13 not published, right?
14         MR. WEINBERG:  Right.
15         THE WITNESS:  So why don't you pull
16 up --
17         MR. WEINBERG:  091?
18         THE WITNESS:  Pull up 091.
19         MR. GOLDMAN:  Why don't you do it,
20 Eric, and do the search, and tell what you find.
21 Withdrawn.
22 BY MR. GOLDMAN:
23     Q.  Dr. Egilman --
24     A.  Do you think I trust his work?
25         MR. WEINBERG:  You should.

Page 264

1  BY MR. GOLDMAN:
2      Q.  Dr. Egilman, having looked at the Thal
3  publication for Protocol 078, do you agree that
4  there were no clinical trial sites for that
5  Alzheimer's disease Vioxx trial in the State of
6  Alaska?
7      A.  That's correct.
8      Q.  Do you agree there were no clinical
9  trial sites for the 078 study in the State of
10 Montana?
11     A.  That's correct.
12     Q.  There were no clinical trial sites for
13 the 078 Vioxx trial in Mississippi?
14     A.  That's correct.
15     Q.  There was one clinical trial site in
16 Utah for the 078 Vioxx trial, right?
17     A.  That's correct.
18         Just one second.  Mr. Lougee, are you
19 on the phone there still?  No.
20     Q.  Have you identified any patient in
21 Utah who suffered any thrombotic event while
22 taking Vioxx during the 078 or any other
23 Alzheimer's trials?
24     A.  No, I have not.
25     Q.  Have you identified any patient in

Page 265

1  Utah who passed away from any cause while taking
2  Vioxx during any of the Alzheimer's trials?
3      A.  Any particular patient?
4      Q.  Yes, who was taking Vioxx during the
5  Alzheimer's trials at the Utah clinical trial
6  site.
7      A.  No, I have not.
8      Q.  Have you identified any patient in
9  Utah who was diagnosed with Alzheimer's disease
10 during any of the Alzheimer's Vioxx trials?
11     A.  No, I have not.
12     Q.  Are you aware of any claim for
13 reimbursement to Utah Medicaid that was
14 submitted on behalf of participants in any of
15 the Alzheimer's trials?
16         MR. WEINBERG:  Objection to form.
17 BY MR. GOLDMAN:
18     Q.  Are you aware of any Vioxx claim being
19 submitted to Utah Medicaid on behalf of any
20 participants who used Vioxx during the
21 Alzheimer's trials?
22     A.  No, I am not.
23     Q.  You're not a board certified
24 neurologist or psychiatrist, are you?
25     A.  That is correct.