# CURRICULUM VITAE
## DAVID STEVEN EGILMAN, MD, MPH

| | |
|---|---|
| Business Mailing Address: | Never Again Consulting<br>8 North Main St.<br>Attleboro, MA  02703 |
| Business Telephone Number:<br>Business Fax Number:<br>E-Mail: | 508-226-5091<br>425-699-7033<br>degilman@egilman.com |

## EDUCATION

| | |
|---|---|
| Undergraduate | Brown University, Molecular Biology, BS 1974, Sigma Xi |
| Medical School | Brown University, 1974-1978, MD |
| Other Advanced Degrees | Harvard School of Public Health, 1981-1982, MPH 1982 |

## POSTGRADUATE TRAINING

| | |
|---|---|
| Internship and Residency | University of Rochester, Rochester, NY, Internship and residency in Internal Medicine, 1978-1981 |
| NIH Training | National Institutes of Health, Washington DC, Epidemiology Training Program, 1981 - 1984 |
| Residency | Carney Hospital, Boston Massachusetts, Residency in Preventive Medicine, 1992 - 1993 |
| Residency | National Institute of Occupational Safety and Health, Residency in Occupational Medicine, 1983 - 1984 |

## UNIFORM SERVICE

US Public Health Service, 1981-1984

PROFESSIONAL LICENSES AND BOARD CERTIFICATION
Rhode Island State Medical License, No. 6742, 1985
Mississippi State Medical License, No. 8872, 1979
Massachusetts State Medical License, No. 56511, 1986
Diplomat of American Board of Preventive Medicine, Occupational Medicine, 1986
Diplomat of American Board on Internal Medicine, 1981
Diplomat of American Board of Medical Examiners, 1979


ACADEMIC APPOINTMENTS

Clinical Associate Professor, Department of Family Medicine, Brown University,
    Providence, RI, 2009 - present
Clinical Associate Professor, Department of Community Health, Brown University,
    Providence, RI, 1996 - 2009
Clinical Assistant Professor, Department of Community Health, Brown University,
    Providence, RI, 1990 - 1996
Clinical Instructor, Department of Community Health, Brown University, Providence,
    RI, 1985 - 1990


HOSPITAL APPOINTMENTS

Courtesy Staff, Memorial Hospital, 1987 -2002, Physician
Courtesy Staff, Memorial Hospital, 2002 – Present, Senior Physician


OTHER APPOINTMENTS

Member, Committee on Health Based Exposure Limits to Toxic Substances, American
    Public Health, Association, 1988
Chairperson, Rhode Island Committee for Health Rights in Central America, 1986 -
    1989
Editor in Chief, International Journal of Occupational & Environmental Health 2008-
Present
President of the Board, Global Health Through Education Training and Service, 2002-
    Present
Board Member, Citizens for Responsible Care and Research, 1997- 2011
Board Member, Alliance for Human Research Protection, 2011-present

MEMBERSHIP IN SOCIETIES
Institute of Food Technologists, The Society for Food Science and Technology, 2006-
2007
American Society for Environmental History, 2003 - Present
American Medical Association, 1989 - Present
American Society of Internal Medicine, 1984 - 2008

American Public Health Association, 1979 - Present
Brown Medical Association, Board of Directors, 1978 - 1992
American College of Occupational and Environmental Medicine, 1992 – Present
Document Custodian Industrial Hygiene Foundation 2005 - Present

AWARDS

Volvo for Life Award Top 100  2004
Rae Unzicker Award of The National Association for Rights Protection and Advocacy
2007

ORIGINAL PUBLICATIONS IN PEER-REVIEWED JOURNALS

1.  Egilman, D., Reinert, A.: The Origin and Development of the Asbestos Threshold
    Limit Value: Scientific indifference and corporate influence. Int. J. Health Serv.
    25:667-696, 1995.

2.  Durand, K. and Egilman, D., Possible Corruption Of IH Literature By DuPont:
    The Imron Respirator Studies, Am Ind. Hyg.. Assoc. J. 56:817-825, August 1995.

3.  Egilman, D., Reinert, A.: Asbestos Exposure and Lung Cancer: Asbestosis is Not
    Necessary. Am. J. Ind. Med. 30:398-406, 1996.

4.  Schnoor, T., Steenland, K, Eglend, G, Boeniger, M, Egilman, D, Mortality of
    Workers Exposed to Toluene Diisocyante in the Polyurethane Foam Industry,
    Occ. Env. Med., 53:703-707, 1996.

5.  Egilman, D., Wallace, W., Stubbs, C., and Mora-Corrasco, F.  "A Little Too
    Much of the Buchenwald Touch? Military Radiation Research at the University of
    Cincinnati, 1960-1972." *Accountability in Research* Vol. 6, pp. 63-102, 1998.

6.  Egilman, D., Wallace, W., Stubbs, C., and Mora-Corrasco, F.  "Ethical Aerobics:
    ACHRE's Flight from Responsibility." *Accountability in Research* Vol. 6, pp. 15-
    61, 1998.

7.  Egilman, D., Wallace, W., Hom, C., W. R. Grace Corporate Corruption of the
    Medical Literature, *Accountability in Research* Vol. 6, pp.127-147, 1998.

8.  Egilman, D.S., Kim, J., Biklen, M. Proving Causation: The Use and Abuse of
    Medical and Scientific Evidence Inside the Courtroom—An Epidemiologist's
    Critique of the Judicial Interpretation of the *Daubert* Ruling.  Food and Drug Law
    Journal 58:2, 2003.

9.  Egilman, D.S., Fehnel, C., Bohme, S.R. Exposing the "Myth" of ABC: A Critique
    of the Canadian Asbestos Mining Industry-McGill Chrysotile Studies.  Amer J
    Ind Med 44:5, 2003.

10. Egilman D.S., Bagley S., Biklen M., Golub A.S., Bohme S.R. The Beryllium "Double Standard" Standard. International Journal of Health Services 33:4, 2003, pages 769-812.

11. Egilman, D. Suppression Bias at the Journal of Occupational and Environmental Medicine. Int J Occup Environ Health 2005: 11: 202-204.

12. Egilman D.S., Bohme S.R, Guest Editors, Special Issue: The Corporate Corruption of Science. Int J Occup Environ Health 2005: 11(4).

13. Egilman D.S., Bohme S.R. Over a Barrel: Corporate Corruption of Science and Its Effects on Workers and the Environment. Int J Occup Environ Health 2005: 11(4), 331-337.

14. Egilman D.S., Billings M.A. Abuse of Epidemiology: The Automobile Manufacturers Manufacture a Defense to Asbestos Liability. Int J Occup Environ Health 2005: 11(4), 360-371.

15. Bohme S.R., Zorabedian J, Egilman D.S. Maximizing Profit and Endangering Health: Corporate Strategies to Avoid Litigation and Regulation Int J Occup Environ Health 2005: 11(4), 338-348.

16. Egilman D.S, Scout. Corporate Corruption of Science: The Case of Chromium (VI). Int J Occup Environ Health 2005: 12(2), 184-191.

17. Egilman D. S., Presler A. H. Report of Specific Cardiovascular Outcomes of the ADVANTAGE Trial. Ann Intern Med 2006 144: 781-781.

18. Bailar JC et al. FIOH-sponsored newsletter misrepresents asbestos hazards in Zimbabwe, Int J Occup Environ Health. 2006 Jul-Sep;12(3):254-8.

19. Egilman D.S., Mailloux C.J., Valentin, C.S. Popcorn Worker Lung Caused by Corporate and Regulatory Negligence: An Avoidable Tragedy. Int J Occup Environ Health 2007. 13(1): 85-98.

20. Egilman D.S., Howe S. Against Anti-health Epidemiology: Corporate Obstruction of Public Health via Manipulation of Epidemiology. Int J Occup Environ Health 2007. 13(1):118-124.

21. Krumholz HM, Ross JS, Presler AH, Egilman DS. What have we learnt from Vioxx?. BMJ 2007 Jan 20; 334(7585):120-3.

22. Egilman D.S., Scout, Kol , L., Hegg, L., Bohme, S. R. Commentary: Manipulated Data In Shell's Benzene Historical Exposure Study. Int J Occup Environ Health 2007: 13(2), 222-232.

23. LaDou J, Teitelbaum DT, Egilman DS, Frank AL, Kramer SN, Huff J.  American College of Occupational and Environmental Medicine (ACOEM): a professional association in service to industry. Int J Occup Environ Health. 2007 Oct-Dec;13(4):404-26.

24. De Maeseneer J, van Weel C, Egilman D, Mfenyana K, Kaufman A, Sewankambo N., Strengthening primary care: addressing the disparity between vertical and horizontal investment. Br J Gen Pract. 2008 Jan;58(546):3-4

25. De Maeseneer J, van Weel C, Egilman D, Mfenyana K, Kaufman A, Sewankambo N, Flinkenflögel M., Funding for primary health care in developing countries.  BMJ. 2008 Mar 8;336(7643):518-9.

26. Ross JS, Hill KP, Egilman DS, Krumholz HM. Guest authorship and ghostwriting in publications related to rofecoxib: a case study of industry documents from rofecoxib litigation. JAMA. 2008 Apr 16;299(15):1800-12.

27. Kevin P. Hill, Joseph S. Ross, David S. Egilman, and Harlan M. Krumholz The ADVANTAGE Seeding Trial: A Review of Internal Documents. Ann Intern Med, Aug 2008; 149: 251 - 258.

28. Egilman DS, Bohme SR. IJOEH and the critique of bias. Int J Occup Environ Health. 2008 Apr-Jun;14(2):147-51

29. Egilman D. Ford, General Motors, Chrysler, asbestos and a "Sane appreciation of the risks." Int J Occup Environ Health. 2009 Jan-Mar;15 (1):109-10.

30. Egilman D. Fiber types, asbestos potency, and environmental causation: a peer review of published work and legal and regulatory scientific testimony. Int J Occup Environ Health. 2009 Apr-Jun;15(2):202-28.

31. Swanson C,  Mosley H, Sanders, D,  Egilman D,  De Maeseneer J, Chowdhury M, Lanata C, Dearden K, Malcolm B, Coomentary: Call for global health-systems impact assessments. The Lancet, July 2, 2009

32. Ross JS, Madigan D, Hill KP, Egilman DS, Wang Y, Krumholz HM, Pooled analysis of rofecoxib placebo-controlled clinical trial data: lessons for postmarket pharmaceutical safety surveillance. Arch Intern Med. 2009 Nov 23;169(21):1976-85.

33. Egilman D, Menéndez LM. A case of occupational peritoneal mesothelioma from exposure to tremolite-free chrysotile in Quebec, Canada: A black swan case. Am J Ind Med. 2010 Aug 18.

34. Ross, JS, Madigan D ,Konstam MA, Egilman DS, Krumholz HM, Persistence of Cardiovascular Risk After Rofecoxib Discontinuation. Arch Intern Med, Dec 13/27, 2010; 170: 2035 – 2036

35. Krumholz SD, Egilman DS, Ross JS. Study of neurontin: titrate to effect, profile of safety (STEPS) trial: a narrative account of a gabapentin seeding trial. Arch Intern Med. 2011 Jun 27;171(12):1100-7.

36. Egilman, DS, Schilling, JH, Menendez, L A Proposal for a Safe Exposure Level for Diacetyl, IJOEH, Vol 17, No 2, 2011

37. Egilman, DS, Druar, NM, Corporate versus Public Interests: Community Responsibility to Defend Scientific Integrity, IJOEH, Vol 17, No 2, 2011

38. Egilman D, Bird T, Mora F, Druar N. Gets AIDS and survive? The perverse" effects of aid: addressing the social and environmental determinants of health, promoting sustainable primary care, and rethinking global health aid. Int J Occup Environ Health. 2011 Oct-Dec;17(4):364-82.

39. Egilman DS, Ardolino EL, Howe S, Bird T. Deconstructing a State-of-the-Art Review of the Asbestos Brake Industry. New Solut. 2011 Jan 1;21(4):545-71.

40. Egilman D, Schilling H., Bronchiolitis obliterans and consumer exposure to butter-flavored microwave popcorn: a case series, IJOEH, 2012 18(1):29-42


OTHER NON-PEER-REVIEWED PUBLICATIONS

1. Egilman, D., Alcoholism and Liver Injury (letter). NEJM. 208:260, 1978.

2. Ahrenholz, S., Egilman, D. Health Hazard Evaluation - Wooster, Ohio: Report No. 82-223-1340. Cincinnati, Ohio: National Institute for Occupational Safety and Health, 1982.

3. Stephenson, RL., Egilman, D., Health Hazard Evaluation - Rockport, Indiana: Report No. 82-359-1382. Cincinnati, Ohio: National Institute for Occupational Safety and Health, 1983.

4. Salisbury, S., Egilman, D., Health Hazard Evaluation - Port Gibson, Mississippi: Report No. 83-132-1508. Cincinnati, Ohio: National Institute for Occupational Safety and Health, 1984.

5. Egilman, D., Lichty, P., Cost and Benefits of Hepatitis Prophylaxis (letter), JAMA, 251:2794, 1984.

6. Kelly, R.M., Egilman, D.S., Gordon, JE. Long Term Effects Following Isocyanate Exposure (letter), J. Occup. Med., 27(7):469-470, 1985.

7. Frumkin, H., Egilman, DS. Christiani, D., Pepper, L., Sprince, N., Himmelstein, J. Asbestos Related Disease (letter), JAMA, 254(10):1307-1308, 1985.

8. Egilman, D., Greer D. S. International exchange for medical training (letter), NEJM., 314:652, March 6, 1986

9. Egilman, D., Greer, D.: International Health Needs (commentary), International J. Of Dermatology, 26(6):351-353, 1987.

10. Schnorr, T., Egilman, D.: Health Effects of Toluene Diisocyanate, In: Zenz, Carl, Occupational Medicine, Principles and Practical Applications, 2nd ed., Year Book Medical Publishers, Chicago 1988.

11. Egilman, D., Ethics of Mandatory Masturbation (letter), JOM, 30; 12:992, December 1988.

12. Egilman D., Missing Information-The Enemy of Chemical Safety, Industry November 1989.

13. Egilman D., The Training Exchange: An opportunity to serve (letter), Am J Public Health (1989 Nov) 79(11):1570

14. Egilman, D., Haag, Beverly J.: Guideline for Medical Surveillance, Industry, April 1989.

15. Egilman, D., The Training Exchange: An Opportunity to Serve, AJPH, Volume 79, No. 11, Page 1570, 1989

16. Egilman, D., The emperor has no clothes: TLV's and Corporate influence, Am Ind. Hyg. Assoc. J., 187-188, March 1990.

17. Hardy, HL., Egilman, D.: Corruption of Occupational Medical Literature: The Asbestos Example (letter). Am. J. Ind. Med. 20(1):127-129.1991.

18. Egilman, D., Public Health and Epistemology. Am. J. Ind. Med, 22:457-459, 1992.

19. Egilman, D., The Past Foretells the Future. Links 10(1):13 - 15.1993.

20. Egilman, D., Hardy, HL: Manipulation of Early Animal Research on Asbestos Cancer (letter). Am. J. Ind. Med. 24:787-791.1993.

21. Ziem, G., Cone, J., Castleman, B., Cunningham, K., Egilman, D.: Health-Based Exposure Limits. Draft 7, October 23, 1993, HEEL Committee.

22. Egilman, D., Reinert, A.: What Is Informed Consent? Washington Post, January 14, 1994: P 24.

23. Ziem, G., Cone, J., Castleman, B., Cunningham, K., Egilman, D.: Chemical Exposure Guidelines, Version 9. San Jose, CA: APHA Committee on Occupational Safety and Health. October 1995.

24. Egilman, D., Reinert, A.: Commentary: The Asbestos TLV: Early Evidence of Inadequacy. Am. J. Ind. Med., 30:369-370, 1996. Egilman D, Punnett L, Hjelm EW, Welch L. Evidence for work-related musculoskeletal disorders. J Occup Environ Med. 1996 Nov;38(11):1079-80; author reply 1083-4

25. Goldin, G., Goldin, A., Egilman, D.: Mesothelioma an Unwarranted Causal Model (letter) JOM, 38:3,239-240, 1996.

26. Egilman, D., Punnett L, Wigaeus Hjelm E., Welch L., Keyboarding can cause Injury (letter), JOEM, 38:10 1079-1081, November 1996.

27. Egilman, D., Stubbs, C., "Evaluating the Health Risks of Silicone Breast Implants ", Letter to the editor, NEJM Vol 335, Number 315, October 10, 1996.

28. Egilman, D., Wallace, W., Stubbs, C., and Mora-Corrasco, F. "A Little Too Much of the Buchenwald Touch? Military Radiation Research at the University of Cincinnati, 1960-1972." *Accountability in Research* Vol. 6, pp. 63-102, 1998.

29. Egilman, D., Wallace, W., Stubbs, C., and Mora-Corrasco, F. "Ethical Aerobics: ACHRE's Flight from Responsibility." *Accountability in Research* Vol. 6, pp. 15-61, 1998.

30. Egilman, D., Wallace, W., Hom, C., W. R. Grace Corporate Corruption of the Medical Literature, *Accountability in Research* Vol. 6, pp.127-147, 1998.

31. Egilman, D., Hom, C., Commentary: Corruption of the Medical Literature: A Second Visit, Am. J. Ind. Med., 34:4 401-404, October 1998.

32. Egilman, D., Walta, M., Letter to the Editor: Breast Implant Verdicts Resulted From Corporate Misconduct and Legitimate Science, Am. J. Pub. H., 89:11 1763-1764, November 1999.

33. Egilman, D., Hornblum, A., Letter to the Editor: Guinea Pigs Behind Bars, *The Boston Globe*, Monday, November 29, 1999.

34. Egilman, D., Reinert, A., Letter to the Editor: Corruption of Previously Published Asbestos Medical Literature: The 1958 QAMA Miner Cancer Study, Archives Env. Health, Vol 55, No. 1, Jan/Feb 2000.

35. Egilman, D., Letter to the Editor: Re: Researchers Should Talk to Workers, Am. J. Ind. Med., 39:3 347, March 2001.

36. Ludwig E.R., Madeksho, L., and Egilman, D., Letter to the Editor, Commentary, Re: Mesothelioma and Lung Tumors Attributable to Asbestos Among Petroleum Workers, Am. J. Ind. Med., 3

37. Egilman, D., Asbestos Screenings, Am. J. Ind. Med., 42:2, August 2002.

38. Egilman, D., Bagley, S., Connolly, S., Letter to the Editor: Anything But Beryllium: The Beryllium Industry's Corruption of Safety Information, Am. J. Ind. Med., 42:3, September 2002.

39. Egilman, D., Ehrle, L.H. Letter: Handling Conflicts of Interest between Industry and Academia. *JAMA*. 2003; 289;3240.

40. Axelson O, Balbus JM, Cohen G, Davis D, Donnay A, Doolittle R, Duran BM, Egilman D, et al. Regulatory Toxicolgy and Pharmacology. Int J Occup Environ Health. 2003 Oct-Dec;9(4):386-9; author reply 389-90

41. Jacobson MF, Sharpe VA, Angell M, Ashford NA, Blum A, Chary LK, Cho M, Coull BC, Davis D, Doolittle RF, Egilman D, et al. Editorial policies on financial disclosure. Nat Neurosci. 2003 Oct;6(10):1001.

42. Egilman, D., Bohme, S.R. Threshold Limit Values: Should We Trust Them? NECOEM Reporter 2:7, Spring 2003.

43. Angell, M et al. Letter to the Editor [Journal Should Strengthen Conflict of Interest Disclosure Policy] Nature Neuroscience 6: 10, October 2003.

44. Egilman D., Bohme S.R. Commentary: Attorney-directed screenings can be hazardous. Amer J Ind Med. 45:3, 2004, pages 305-307.

45. Egilman D., Roberts M.L. Letter to the Editor. RE: The Controlled Use of Asbestos. Int J Occup Environ Health. 10:1, 2004, pages 99-103.

46. Breihl, Jaime et al. Letter: Texaco and Its Consultants. Int J Occ Env Health 11: 217-220, 2005.

47. Egilman D.S., Bohme S.R. Letter: Chevron-Texaco's Science. Int J Occ Env Health 11(4): 456-457.

48. Egilman D.S. Bohme S.R. Vioxx Marketing: Merck's Failure to Warn. International Ergonomics Association 2006 Conference Proceedings.

49. Bohme S. R., Egilman D.S. Pharmaceutical Warnings and "Direct to Consumer" Marketing. International Ergonomics Association 2006 Conference Proceedings.

50. Egilman D.S., Bohme SR. In Reply. Int J Occup Environ Health 2005: 12(2), 182-186.

51. Egilman D.S., Howe, S. In Reply. Int J Occup Environ Health 2007: 13(1), 134-136.

52. Egilman D.S., Presler, A. H., Valentin, C. S. Avoiding the Regulatory Capture of the FDA. Archives of Internal Medicine. 167:2007, page 732.

53. Egilman D, Tweedale G, McCulloch J, Kovarik W, Castleman B, Longo W, Levin S, Bohme SR P.W.J. Bartrip's attack on Irving J, Selikoff.Am J Ind Med. 2004 Aug;46(2):151-5

54. Bohme SR, Egilman D. Beyond reputation: debate on the role of corporate influence in occupational and environmental medicine. New Solut. 2008;18(3):317-24.

55. Abdo KM, Camargo CA Jr, Davis D, Egilman D, Epstein SS, Froines J, Hattis D, Hooper K, Huff J, Infante PF, Jacobson MF, Teitelbaum DT, Tickner JA. Letter to U.S. FDA commissioner. Questions about the safety of the artificial sweetener aspartame

56. Egilman, D., Seeding Trials: Just Say no, BMJ 2009; 339 11/2/ 2009

57. Swanson RC, Mosley H, Sanders D, Egilman D, et al.,, Call for global health-systems impact assessments, Lancet. 2009 Aug 8;374(9688):433-5.

58. Takaro T, Davis D, Van Rensburg J, et al., Scientists appeal to Quebec Premier Charest to stop exporting asbestos to the developing world. Int J Occup Environ Health. 2010 Apr-Jun;16(2):241-8.

59. Egilman DS, Bohme S. Small is not necessarily beautiful. Int J Occup Environ Health. 2010 Oct-Dec;16(4):542-3.

60. Egilman D., Continued Controversy on Chrysotile Biopersistence, Response, Int J Occup Environ Health. 2011 Jam-Mar;17(1):99-102.

61. Egilman DS, Druar NM. Editorial: Corporate versus public interests: community responsibility to defend scientific integrity. Int J Occup Environ Health. 2011 Apr-Jun;17(2):181-5.

62. De Maeseneer J, Roberts RG, Demarzo M, Heath I, Sewankambo N, Kidd MR, van Weel C, Egilman D, Boelen C, Willems S. Tackling NCDs: a different approach is needed. Lancet. 2011 Sep 5.

63. Egilman D. An elaboration of "proof" of peritoneal mesothelioma from tremolite free chrysotile. Am J Ind Med. 2011 Aug;54(8):647

64. De Maeseneer J, Egilman D, Burdick WP, Kaufman A. Medical schools in sub-Saharan Africa. Lancet. 2011 Oct 8;378(9799):1294

65. Egilman D. Report of a recent "brake" through in the fiber burden-mesothelioma dialogue. Inhal Toxicol. 2012; 24(2):136-7.

66. Egilman D, Schilling JH. Letter to the Editor regarding the Donovan et al. (2011) article. Crit Rev Toxicol. 2012 Feb;42(2):169-72

67. Egilman D. Report of a recent "brake" through in the fiber burden-mesothelioma dialogue. Inhal Toxicol. 2012; 24(2):136-7.

68. Egilman D, Longo WE. Egilman's assessment regarding exposures of auto mechanics to amphiboles is correct. Inhal Toxicol. 2012 Jul 27.

## BOOK CHAPTERS

1. Crossgrove, W., Egilman, D., Heywood, P. et al.: Colonialism, International Trade, and the Nation-state, In: Newman, L., Crossgrove, W., Kates, R., et al., Hunger in History: Food Shortage, Poverty and Deprivation. Cambridge, MA: Basil Blackwell Inc., 1990.

2. Egilman D.S., Bohme S.R. "A Brief History of Warnings." Handbook of Warnings, ed. Michael Wogalter. Mahwah, NJ: Lawrence Erlbaum Associates, 2006.

3. Bohme S.R., Egilman D.S., "Consider the Source: Warnings and Anti-Warnings in the Tobacco, Automobile, Beryllium and Pharmaceutical Industries." Handbook of Warnings, ed. Michael Wogalter. Mahwah, NJ: Lawrence Erlbaum Associates, 2006.

4. Egilman, D, Ardolino E., The Pharmaceutical Industry, Disease Industry: A Prescription for Illness and Death., in The Bottom Line or Public Health: Tactics Corporations Use to Influence Health and Health Policy, and What We Can Do to Counter Them, William H. Wiist (Editor), Oxford University Press, USA; (March 2010)

## INVITED PRESENTATIONS

1. Egilman, David: Isocyanate Exposures in Spray Painting, APHA, Nov. 1982.

2. Egilman, David: Right To Know - How to Use the Information, APHA, Nov. 1983.

3. Kubetz, Sheila, Egilman David: Right To Know - Use of Media to Promote Use of the Law, APHA, Nov. 1983.

4. Egilman, David: Theories of Causation - A Comparison of the Tobacco Institute, Chemical Manufacturers and Bayesian Approaches, APHA, Nov. 1984.

5. Egilman, David: Occupational Malfeasance in Department of Energy Nuclear Weapons Production Facilities, APHA, Sept. 1986.

6. Egilman, David: International Health Work: First Do No Harm, Family Medicine Grand Rounds, Memorial Hospital of Rhode Island, Feb. 1991.

7. Egilman, David: Lead and Other Environmental Hazards, Grand Rounds, Charlton Memorial Hospital, Fall River, MA, Mar. 1991.

8. Egilman, David: Science, Epistemology, And The Law, Guest Lecture for Toxic Torts: Professor Daynard, Northeastern University Law School, Boston, MA, July 1991.

9. Egilman, David: The Making of an Occupational/Environmental Disaster: The Corruption of the Asbestos Literature, Family Medicine Grand Rounds, Memorial Hospital of Rhode Island, Mar. 1991.

10. Egilman, David, and Alexander Reinert: Corruption Of The Asbestos Epidemiological Literature, APHA, Nov. 1991.

11. Kate Duran and Egilman, David: Corruption Of IH Literature By Chemical Companies, APHA, Nov. 1991.

12. Egilman, David, and Alexander Reinert: The History Of The Asbestos TLV, APHA, Nov. 1991.

13. Egilman, David: Oral Testimony Before the Subcommittee on Energy and Commerce, US House of Representatives, January 18, 1994.

14. Aaberg, Ann M., Lochner, Kimberly, Battel, Julie, Egilman, D., Creating Partnerships: The Public Health Initiative of "Braintree Healthy People 2000", APHA, October 1994.

15. Egilman, David: Oral Testimony Before the President's Advisory Committee on Human Radiation Experiments, February 1995

16. Egilman, David: Oral Testimony Before the President's Advisory Committee on Human Radiation Experiments, July 17, 1995

17. Egilman, D., Stubbs, C.: Health Effects of Silicone Breast Implants, APHA, November 1996

18. Egilman, D., Health Effects of Silicone Breast Implants: Corporate Misconduct, February 26, 1997

19. Egilman D.  Participant, Institute of Medicine, Division of Health Sciences Policy, Town Meeting on Clinical Research in the Public Interest, National Academy of Sciences, Washington, D.C. July 10-11, 1997

20. Egilman D.  Guest faculty, Appellate Judges Seminar Series, "Use of Expert Testimony", Portsmouth, NH, September 15,1998

21. Egilman D.  Presenting the State-of-the-Art Expert in a Defense Premises Liability Case, A Trial Demonstration, Andrews Publications Asbestos Litigation Conference, May 2000.

22. Egilman, D.S., The History Of Warnings By Asbestos Product Manufacturers: Who Warned When, About What, And Who Did Not, Andrews Publications Asbestos Litigation Conference, May 2000.

23. Egilman, D.S., Ludwig, E., Asbestos Warnings: Who Knew What When and What They Said, APHA, November 2000.

24. Egilman, D.S. Role of Insurance Companies in Industrial Health: Example of the Asbestos Tragedy, APHA, October 2001.

25. Egilman, D.S. Chronic Beryllium Disease and the Politics of Occupational Health, APHA, October 2001.

26. Egilman, D.S. AIDS Behind Bars: HIV and Correctional Institutions. World AIDS Day Conference, Brown University December 2001

27. Egilman, D.S., The Corporate Corruption of Epidemiologic Literature and Methods, Annual SER Meeting, June 2002.

28. Egilman, D.S., Bagley, S., The Corporate Corruption of Epidemiology:   The Asbestos, Beryllium, Tobacco Industries and the Role of Attorneys and Public Relations Firms, IEA World Conference of Epidemiology, August 2002.

29. Egilman, D.S., Connolly, S., Golub, A., QAMA/McGill Corruption of the Epidemiologic Literature on Canadian Asbestos Mining, IEA World Conference of Epidemiology, August 2002.

30. Greenberg, J.F., Egilman, D.S., Globalization and Occupational and Environmental Health: Developing the Human Resources to Address New Challenges, APHA, November 2002.

31. Greenberg, J.F., Egilman, D.S., Filling the Primary Care Gap: A Model for Promoting Community-Based Education in the Developing World, APHA, November 2002.

32. Egilman, D.S., Tobacco Marketing as an Anti-warnings Program, APHA, November 2002.

33. Egilman, D.S., Evidence of Continued Corruption of the Epidemiological Literature, APHA, November 2002.

34. Egilman, D.S., Social Causes of the Sexual Transmission Fallacy: Racism, Oligopoly, and Bureaucratic Inertia. Brown University. May 2003.

35. Egilman, D.S., Written Testimony before the US Senate Subcommittee on Antitrust, Competition Policy and Consumer Rights Hearing, "Hospital Group Purchasing: Has the Market Become More Open to Competition?" July 16, 2003.

36. Mugdal, S., Hegg, L., Egilman, D., Goldman, R., Carel, R. Knowledge, Training and Practice of Occupational and Environmental Health among Network: TUFH Member Institutions. The Network: TUFH International Conference, October 2003.

37. Greenberg, J., Hegg, L., Egilman, D.S. Safe Healthcare: A Review of Models for Public and Health Professions Education. The Network: TUFH International Conference, October 2003.

38. Egilman, D.S., Greenberg, J., Fellini, B. Global Health through Education, Training and Service (GHETS): A Network: TUFH Development Program. The Network: TUFH International Conference, October 2003.

39. Egilman, D.S., Bohme, S.R., The suppression of science: How corporate interests hide the truth and how to stop them, Center for Science In the Public Interest Conference, July 2004.

40. Egilman, D.S., Falender, J., GRAS and Popcorn Butter Flavoring, APHA, November 2004.

41. Egilman, D.S., Falender, J., OxyContin: How profits took priority over public health, APHA, November 2004.

42. Egilman, D.S., Presler A., Kol, L., Petroleum Industry Influence on Benzene Science and Regulation, APHA, November 2004.

43. Bohme, S.R., Egilman, D.S., Occupational warnings: Protecting people or protecting profit, APHA, November 2004.

44. Egilman D.S. Bohme S.R. Vioxx Marketing: Merck's Failure to Warn. International Ergonomics Association Conference, July 2006.

45. Bohme S. R., Egilman D.S. Pharmaceutical Warnings and "Direct to Consumer" Marketing. International Ergonomics Association Conference, July 2006.

46. Egilman D.S.  Panel Member: From Practice to Science: How Application Guides Warning Research.  International Ergonomics Association Conference, July 2006

47. Egilman DS, Billings MA., Differential Peeky Bias, .Int J Occup Environ Health. 2006 Jul-Sep;12(3):294

48. Billings M., Egilman D., Owens T.,  Revisionist history by tobacco companies: Old news that's not fit to publish. APHA, November 7, 2006.

49. Egilman D. S., Scout. Epidemiologic techniques: How to hide a benzene cancer relationship. APHA, November 6, 2006.

50. Egilman DS, Presler AH, Valentin CS.,  Avoiding the regulatory capture of the Food and Drug Administration., Arch Intern Med. 2007 Apr 9;167(7):732-3

51. Egilman D.S., Lessons from Vioxx; testimony on Arcoxia. FDA Arthritis Advisory Committee, April 12, 2007.

52. Egilman D.S., Testimony at FDA Endocrinologic and Metabolic Drugs Advisory Committee and the Drug Safety and Risk Management Advisory Committee on Avandia, July  30, 2007

53. Aragon A.,  López L,  Ruíz M, Sandino R., Egilman  DS, Forbes B, Bohme S.R., Billings M. Promoción de Salud y Seguridad de  Trabajadores (PROSSTRAB): A Union-Medical School Partnership for Improving Occupational Health in Nicaragua.  APHA, November 5, 2007.

54. Egilman D., What's wrong with current health aid practices, Simon Frasier University Symposium on International Health, Vancouver Canada, May 9, 2008.

55. Egilman D., Roundtable on Vertical vs. Horizontal funding: Primum Non Nocere, Global Health Council's 35th Annual Conference, "Community Health: Delivering, Serving, Engaging, Leading," May 29, 2008 Washington, DC.

56. Egilman, David: Off-label drug use, Family Medicine Grand Rounds, Memorial Hospital of Rhode Island, September 2009.

57. Egilman, David:, Occupational Health Family Medicine Grand Rounds, Memorial Hospital of Rhode Island, December 2009.

58. Egilman, D., Determining a safe exposure level for diacetyl-containing butter flavoring, APHA, November 2010.

59. Egilman, D., Peritoneal mesothelioma found in a mine worker exposed to tremolite free asbestos in a Canadian mine,  APHA, November 2010.

60. Egilman, D., Using Media to Promote non-Corporate Science, APHA, November 2010.

61. De Maeseneer J., Egilman D., Mini workshop on 15 by 2015: Strengthening Primary Health Care in Developing Countries, International Conference, Advancing quality through Partnerships of health Professions Education and health Services Institutions, Kathmandu, Nepal, November 14, 2010.

62. Dettinger J., Egilman D., Mini workshop on Grant Proposal Writing : A Basic Tutorial and Skill-Building Workshop, International Conference, Advancing quality through Partnerships of health Professions Education and health Services Institutions, Kathmandu, Nepal, November 14, 2010.

63. Egilman D., Druar N., How to Cheat on an Epidemiologic Study, The 3rd North American Congress of Epidemiology, Montreal Canada, June 22, 2011.

64. Egilman, D., Schilling, J., Tracking an occupational hazard down the food manufacturing chain: Flavorings-induced bronchiolitis obliterans in popcorn consumers, APHA October 30, 2011.

65. Egilman D., A Case Study in Unethical Conduct of Physicians and Hygienists at a Shipyard, APHA, October 30, 2011.

66. Egilman D., Bird T., Get AIDS and Survive: Are We Making Things Worse By Doing "Good"? APHA October 31, 2011.

UNIVERSITY TEACHING ROLES

1992 – 1994; 2002-2003. Preceptor, Affinity Group Program, Brown University Medical School, Providence, RI.

1988 – 2010   Department of Community Health, Brown University,

Various Courses at Brown University

BIO 168 Health and Politics In Latin America or The Development of Scientific Knowledge in the Twentieth Century, or Science and Power: A Bioethical Inquiry 1988 – 2009
Medical School Elective - Science and Power 2012

2002- Present. Preceptor, Department of Family Medicine, Memorial Hospital, Brown University Medical School, Providence, RI.

Summer 2006. Advisor for UTRA (Undergraduate Teaching and Research Award) Project for Andrew Lipsky (2007)

2006-2007. Thesis Advisor for Khiet Ho (2007).

2006-2008 Thesis Advisor Susanna Bohme PhD candidate