UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**MOTION TO REIMBURSE HELD COSTS**
**(VIOXX CONSUMER SETTLEMENT FUND)**

NOW COMES, Co-Lead Settlement Class Counsel, Russ M. Herman and Elizabeth Cabraser, who move this court for an Order, in connection with the Vioxx Consumer Settlement, authorizing the Depository Bank, Esquire Bank, to reimburse various firms' held costs out of the court established Vioxx Consumer Settlement Fund, all as is more fully shown in the accompanying memorandum in support.  The Court Appointed CPA, Philip A. Garrett, has reviewed this motion approves of this filing as indicated below.

1

                                                      Respectfully submitted,

Dated: July 8, 2016

                                                    /s/ Russ M. Herman
                                                    Russ M. Herman, Esquire
                                                    Leonard A. Davis, Esquire
                                                    HERMAN, HERMAN & KATZ, L.L.C.
                                                    820 O'Keefe Avenue
                                                    New Orleans, Louisiana 70113
                                                    Phone: (504) 581-4892
                                                    Fax: (504) 561-6024
                                                    ldavis@hhklawfirm.com
                                                    *Plaintiffs' Liaison Counsel*
                                                    *MDL 1657 and*
                                                    *Co-Lead Class Settlement Counsel*

                                                    Elizabeth J. Cabraser, Esquire
                                                    LIEFF CABRASER HEIMANN & BERNSTEIN, L.L.P.
                                                    275 Battery Street, 29th Floor
                                                    San Francisco, CA 94111
                                                    Phone:  (415) 956-1000
                                                    Fax:  (415) 956-1008
                                                    ecabraser@lchb.com
                                                    *Co-Lead Class Settlement Counsel*

APPROVED:

_____
Philip A. Garrett
Dated: 7/8/2016

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of July, 2016.

                                                                       */s/ Leonard A. Davis*
                                                                       Leonard A. Davis