# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to All Cases** | * | |
| | * | **MAG. JUDGE KNOWLES** |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

### MEMORANDUM IN SUPPORT OF
### MOTION TO REIMBURSE HELD COSTS
### (VIOXX CONSUMER SETTLEMENT FUND)

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted on behalf of Co-Lead Settlement Class Counsel, Russ M. Herman and Elizabeth Cabraser, in support of their Motion to Reimburse Held Costs (Vioxx Consumer Settlement Fund).

On August 2, 2013, this Court (the "MDL Court") entered an Order for Preliminary Certification of a Class for Purposes of Settlement and Preliminary Approval of Class Settlement, Class Notice and Related Matters [Rec. Doc. 64526].   On August 19, 2013, the Court granted an Order establishing the Vioxx Consumer Settlement Fund [Rec. Doc. 64546] with Esquire Bank.

Pursuant to Pretrial Order No. 6, time and expenses have been submitted to and reviewed by the court-appointed CPA, Philip A. Garrett.  According to reports provided

1

by Philip Garrett, total held costs in this matter through June 14, 2016 total $185,580.91. These submissions have been made to Mr. Garrett pursuant to Pre-Trial Order No. 6, dated April 8, 2005.  The expense submissions have all been reviewed by Mr. Garrett. Class Counsel request that each of the following firms be reimbursed its held costs as follows:

| | | |
|---|---|---|
| 1. | The Getty Law Group | $124,633.22 |
| 2. | Bingham Greenebaum Doll | $31,698.53 |
| 3. | Whitfield Bryson & Mason | $13,506.15 |
| 4. | Johnson & Perkinson | $9,647.02 |
| 5. | Keller Rohrback | $5,441.95 |
| 6. | Sanford Heisler & Kimpel | $654.04 |

Sufficient funds are being held by Esquire Bank to reimburse the various law firms for these held expenses.  BrownGreer, the Court Appointed Claims Administrator, should be directed by the Court to proceed with administering the reimbursement of the held expenses.

Respectfully submitted,

Dated: July 8, 2016

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657 and*
*Co-Lead Class Settlement Counsel*

Elizabeth J. Cabraser, Esquire
LIEFF CABRASER HEIMANN & BERNSTEIN,
L.L.P.
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone:  (415) 956-1000
Fax:  (415) 956-1008
ecabraser@lchb.com
*Co-Lead Class Settlement Counsel*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 8th day of July, 2016.

/s/ *Leonard A. Davis*
Leonard A. Davis