UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

# O R D E R

Considering the Motion to Reimburse Held Costs (Vioxx Consumer Settlement Fund) filed by Co-Lead Settlement Class Counsel, Russ M. Herman and Elizabeth Cabraser;

IT IS ORDERED BY THE COURT that the Depository Bank, Esquire Bank, is authorized to disburse $185,580.91 for reimbursement of held costs, which shall be paid to the following:

| | | |
|---|---|---|
| 1. | The Getty Law Group | $124,633.22 |
| 2. | Bingham Greenebaum Doll | $31,698.53 |
| 3. | Whitfield Bryson & Mason | $13,506.15 |
| 4. | Johnson & Perkinson | $9,647.02 |
| 5. | Keller Rohrback | $5,441.95 |
| 6. | Sanford Heisler & Kimpel | $654.04 |

IT IS FURTHER ORDERED BY THE COURT that BrownGreer, the Court Appointed Claims Administrator, shall proceed with administering the reimbursement of the held expenses to the various law firms.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge