UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION TO MODIFY THE BRIEFING SCHEDULE FOR *DAUBERT* MOTIONS, DISPOSITIVE MOTIONS AND MOTIONS IN *LIMINE* AND FOR EXPEDITED CONSIDERATION**

Plaintiff respectfully requests a modification of the current briefing schedule for *Daubert* motions, dispositive motions and motions in *limine*. Further, because this motion impacts a deadline that will pass before the next scheduled submission date, Plaintiff requests expedited consideration of this motion. The grounds itinerary for relief are as follows.

1. The current Scheduling Order provides the following deadlines for the *Daubert* motions, dispositive motions and motions in *limine*:

    - **Filing Oppositions to *Daubert* and Dispositive Motions**    July 15, 2016
    - **Filing Replies to Oppositions**    July 27, 2016
    - **Hearing on *Daubert*/Dispositive motions**    August 3, 2016
    - **Filing motions in *limine***    August 18, 2016
    - **Filing Oppositions to motions in *limine***    September 1, 2016
    - **Filing Replies to Oppositions**    September 15, 2016

2. On June 29, 2016, Defendant Merck filed four motions to exclude the majority of plaintiff's expert opinions. (ECF Nos. 65382, 65387, 65384, and 65390). On that same day,

Merck also filed a Motion for Partial Summary Judgment on Plaintiff's Business Damages Claims. (ECF No. 65379).

3. As indicated above, Plaintiff's responses to all of these pleadings are due by July 15, 2016.

4. Plaintiff cannot properly respond to these extensive and crucial motions by the July 15, 2016 deadline.

5. Plaintiff respectfully requests that the Scheduling Order be modified as follows:

- **Filing Oppositions to *Daubert*/Dispositive motions**     August 17, 2016
- **Filing Replies to *Daubert*/Dispositive oppositions**    September 15, 2016
- **Hearing on *Daubert* Dispositive motions**               September 28, 2016
- **Filing motions in *limine***                             October 28, 2016
- **Filing Oppositions to motions in *limine***              November 17, 2016
- **Filing Replies to Oppositions**                          December 7, 2016

6. Plaintiff is asking for an additional thirty days to respond to the Daubert motions and the Motion for Partial Summary Judgment, versus a shorter extension, because Plaintiff counsel's summer calendar is extremely congested throughout the months of July and August.

7. Specifically, Plaintiff's counsel leaves for a 10 day vacation with his family beginning on July 21, 2016.

8. Upon returning from vacation, Plaintiff's counsel is scheduled to start a wrongful death trial on August 1, 2016 in the Circuit Court of Platte County, Missouri.[1]

9. Plaintiff's counsel has contacted counsel for Merck who has agreed to these proposed changes to the Scheduling Order. Although specific dates have been proposed above, Defendant

---

[1] Plaintiff's counsel is also scheduled to start a personal injury trial on August 17, 2016 but Plaintiff's counsel does not anticipate that this trial date will inhibit Plaintiff counsel's ability to meet an August 15, 2016 deadline in this matter.

requests that the Court consider deferring setting dates for motions in *limine* until after it has issued rulings on the Daubert and summary judgment issues.  Defendant believes that, once those rulings are issued, the parties would be in a better position to draft motions in *limine* that are refined and tailored to the issues that the Court believes should be addressed at trial.

10.  This request for modification is not made for the purposes of delay, but rather to allow Plaintiff's counsel the time necessary to meaningfully respond to Defendant's substantial motions.

11. The granting of this motion will not unduly prejudice either party.

12. A proposed order is attached.

Respectfully submitted,

**HUMPHREY**, **FARRINGTON** & **McCLAIN, P.C.**

/s/ Daniel A. Thomas
Kenneth B. McClain           MO #32430
Daniel A. Thomas             MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Plaintiff's Motion To Modify The Briefing Schedule For *Daubert* Motions, Dispositive Motions And Motions In *Limine* And For Expedited Consideration** has been served on Defense Counsel, Jonathan Williams, and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 11th day of July, 2016.

/s/ Daniel A. Thomas
Kenneth B. McClain            MO #32430
Daniel A. Thomas              MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**