UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING MOTION TO MODFIY SCHEDULE

Considering Plaintiff's unopposed motion for a modification of deadlines in the above-captioned case and request for expedited consideration, and the reasons provided therein,

IT IS HEREBY ORDERED that the motion is granted and the briefing deadlines in this case are modified as follows:

- **Filing Oppositions to *Daubert*/Dispositive motions**     August 17, 2016
- **Filing Replies to *Daubert*/Dispositive oppositions**     September 15, 2016
- **Hearing on *Daubert* Dispositive motions**     September 28, 2016
- **Filing motions in *limine***     October 28, 2016
- **Filing Oppositions to motions in *limine***     November 17, 2016
- **Filing Replies to Oppositions**     December 7, 2016

NEW ORLEANS, LOUISIANA, this __ day of July, 2016

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE