UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |
|---|---|
| IN RE: VIOXX<br>　　PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
| THIS DOCUMENT RELATES TO: | *Jo Levitt v. Merck & Co., Inc.* 2:06-cv-09757-EEF-DEK |

Having granted the parties' June 3, 2016, Motion for Extension of Deadlines, the Court finds moot the parties June 1, 2016 Motion for Extension of Deadlines.  Therefore,

**IT IS ORDERED** that the Motion for Extension of Deadlines, R. Doc. 65362, be **DISMISSED AS MOOT**.

New Orleans, Louisiana, this 30th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE