UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>    **PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     *Jo Levitt v. Merck Sharp & Dohme Corp.,* **06-9757**

## ORDER

**IT IS ORDERED** that the Court will hear oral argument on Defendants' Motion for Partial Summary Judgment, R. 65379, and Defendants' Motions to Exclude Expert Opinions, R. 65382, 65384, 65387, 65390, on Wednesday, August 3, 2016 at 9:00 a.m.

New Orleans, Louisiana, this 30th day of June, 2016.

_____
UNITED STATES DISTRICT JUDGE