UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | MAGISTRATE JUDGE |
| 2:06-cv-09757-EEF-DEK | * | KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER GRANTING DEFENDANT'S MOTION
## TO FILE CERTAIN DOCUMENTS UNDER SEAL (SCHAPIRA)

Upon consideration of the foregoing Motion to File Certain Documents Under Seal, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Exhibit 2 to Defendant's Motion to Exclude Expert Opinions of Jay N. Schapira, M.D. in the above-captioned case is to be filed under seal.

New Orleans, Louisiana, this   11th   day of     July     , 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE