UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
    PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:    *Jo Levitt v. Merck & Co., Inc.* 2:06-cv-09757-EEF-DEK

# ORDER

The Court has reviewed Plaintiff's Motion for Extension of Deadlines, R. 65396, and finds it appropriate to grant a brief extension. The Court is sensitive to the personal issues of counsel, but the scheduling order for this matter has already been modified numerous times. *See* R. 65369, 65362, 65342, 65318. The Court sees no reason to further delay the resolution of the present matters. Therefore,

**IT IS ORDERED** that the Motion for Extension of Deadlines, R. Doc. 65396, is hereby **GRANTED IN PART**. The submission date for Merck's Motion for Partial Summary Judgment, R. 65379, and Merck's Motions to Exclude Expert Opinions, R. 65382, 65384, 65387, 65390, shall be set for August 17, 2016.

**IT IS FURTHER ORDERED** that oral argument shall be held regarding the aforementioned motions at 9:00 a.m. on August 17, 2016.

**IT IS FURTHER ORDERED** that the parties shall meet and confer on or before Friday, July 15, 2016, for the purpose of submitting a joint scheduling order that accommodates the above-referenced submission date for *Daubert*/dispositive motions.

**IT IS FURTHER ORDERED** that the parties shall file a joint motion to modify schedule into the Record on or before Friday, July 15, 2016.

New Orleans, Louisiana, this 13th day of July, 2016.

_____
UNITED STATES DISTRICT JUDGE