UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| *This document relates to* | * | JUDGE FALLON |
| *Jo Levitt v. Merck & Co., Inc.*<br>2:06-cv-09757-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT PROPOSED ORDER GRANTING MOTION TO MODIFY SCHEDULE

Considering Plaintiff's unopposed motion for a modification of deadlines in the above-captioned case and request for expedited consideration, and the reasons provided therein,

IT IS HEREBY ORDERED that the motion is GRANTED in part and the briefing deadlines in this case are modified as follows:

- **Filing Oppositions to *Daubert*/Dispositive Motions**     July 27, 2016
- **Filing Replies to *Daubert*/Dispositive Oppositions**     August 10, 2016
- **Hearing on *Daubert*/Dispositive Motions**     August 17, 2016
- **Filing Motions in *Limine***     September 17, 2016[1]
- **Filing Oppositions to Motions in *Limine***     October 7, 2016
- **Filing Replies to Oppositions**     October 27, 2016

NEW ORLEANS, LOUISIANA, this __ day of July, 2016

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

---

[1] Although specific dates have been proposed above, Defendant requests that the Court consider deferring setting dates for motions in *limine* until after it has issued rulings on the *Daubert* and summary judgment issues. Defendant believes that, once those rulings are issued, the parties would be in a better position to draft motions in *limine* that are refined and tailored to the issues that the Court believes should be addressed at trial.