# Exhibit B

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  VIOXX PRODUCTS | ) | MDL DOCKET NO. 1657 |
| LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Videotaped |
| | ) | Deposition of: |
| Jo Levitt v. Merck Sharp & | ) | |
| Dohme Corp., Case No: | ) | DAVID EGILMAN, M.D. |
| 2:06-cv-09757-EEF-DEK | ) | |

April 12, 2016

8:49 a.m.

Location:  Siegfried & Jensen

5664 South Green Street

Salt Lake City, UT  84123

Reporter:  Teri Hansen Cronenwett

Certified Realtime Reporter, Registered Merit Reporter

Golkow Technologies, Inc. - 1.877.370.DEPS

David Egilman, M.D.

| Page 38 | Page 40 |
|---|---|
| 1    Aside from the details of the treatment, which<br>2  also would be as a result of the -- which I would be<br>3  glad to go through, but that's a pretty good summary.<br>4  In other words, I will be glad to tell you what medicine<br>5  she took when, which resulted from the previous<br>6  described events. If you don't want me to do that, I<br>7  can stop here.<br>8      Q. Well, it wouldn't be responsive to my question<br>9  because my question really was, I wanted you to,<br>10 Dr. Egilman, tell me what specific cardiovascular events<br>11 or conditions you believe were the result of Ms.<br>12 Levitt's Vioxx use. And I grant that you identified<br>13 some conditions related to the heart, and then others<br>14 that I think might not be. But -- but -- but let's --<br>15 let's keep moving.<br>16     Have you communicated with any of plaintiff's<br>17 experts in this case?<br>18     A. I think I -- well, experts, no. I don't know<br>19 if I know who all the other experts are.<br>20     Q. That was going to be my next question.<br>21     A. I may have but without knowing it.<br>22     Q. Have you communicated with Dr. David<br>23 Madigan --<br>24     A. Yes.<br>25     Q. -- about his testimony in this case? | 1     A. Yes.<br>2     Q. Can you give them to me?<br>3     A. Yes.<br>4     Q. Would you please?<br>5     A. Sure.<br>6     Q. What -- what would the folder say?<br>7     A. There's a folder of PowerPoints on ACS. But I<br>8  forgot what it's titled. It's also the articles on ACS<br>9  are in a large green folder.<br>10    Q. Should we go off the record?<br>11    A. No, we don't have to go off the record. I'm<br>12 just looking for the folder.<br>13        MR. BOEHM: Kept --<br>14    A. Here we go. There should be a PowerPoint in<br>15 here. I think. Maybe this one.<br>16        MR. BOEHM: Ken, I'm going to ask to go off<br>17 the record so -- because the -- the searching that --<br>18 that we're having to do is really just eating up the<br>19 time that I have today.<br>20        MR. MCCLAIN: Well, we -- we can go off the<br>21 record. But you asked him to find the folder. So I<br>22 think he's trying to do that. If you don't want it,<br>23 then we can move on, but -- or find it at a break,<br>24 but --<br>25        THE WITNESS: Right. Yeah. |
| Page 39 | Page 41 |
| 1     A. About his testimony in this case, no. I<br>2  communicated with David Madigan.<br>3     Q. Have you communicated with Dr. Madigan about<br>4  the facts of this case?<br>5     A. Yes.<br>6     Q. Have you communicated with Dr. Madigan about<br>7  the facts of this case insofar as those facts are --<br>8  specifically pertain to Ms. Levitt?<br>9     A. Not sure I understand the question. But I<br>10 think the answer is yes.<br>11    Q. And what have you communicated with<br>12 Dr. Madigan about that you understand to be specific to<br>13 Ms. Levitt?<br>14    A. Well, I got him to run the placebo data for<br>15 acute coronary syndrome over the -- all the placebo data<br>16 that he has from all the Merck studies.<br>17    Q. When did you ask him to do that?<br>18    A. This week.<br>19    Q. Did he provide any results to you?<br>20    A. He did.<br>21    Q. From that analysis?<br>22    A. Yes.<br>23    Q. Did you bring those?<br>24    A. Yes.<br>25    Q. Those results with you here today? | 1        MR. BOEHM: Let's go off the record. I<br>2  would -- I would like to have it. Let's go off the<br>3  record.<br>4        THE WITNESS: That's okay. We can just<br>5  continue, because I don't want to take a break.<br>6        MR. BOEHM: Let's go off the record.<br>7        THE VIDEOGRAPHER: Going off the record. The<br>8  time is 9:35 a.m.<br>9        (Recess from 9:35 a.m. to 9:44 a.m.)<br>10       THE VIDEOGRAPHER: Going back on the record.<br>11 The time is 9:44 a.m.<br>12       (Deposition Exhibit No. 2 was marked.)<br>13    Q. (By Mr. Boehm) Dr. Egilman, when we went off<br>14 the record, you and Mr. McClain were in search of a<br>15 folder that you indicated contained the results of an<br>16 analysis that Dr. Madigan had performed at your request.<br>17 And after intensive efforts, you were able to identify a<br>18 green folder that has -- has the words "acute coronary<br>19 syndrome, PPT," written in Sharpie on the folder; is<br>20 that correct?<br>21    A. Yes.<br>22    Q. And we've marked the contents of that as<br>23 Exhibit 2. The -- the contents of this green folder<br>24 can -- is a PowerPoint entitled Cardiovascular Risks of<br>25 Nonsteroidal Antiinflammatory Drugs in Patients after a |

11 (Pages 38 to 41)