UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S MOTION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL (ROSAMOND)

Pursuant to L.R. 5.6 and Pretrial Order No. 13, Plaintiff Jo Levitt hereby requests that the Court order that Exhibit 2 to Plaintiff's Opposition to Defendant's Motion to Exclude the Expert Opinions of Dr. Thomas Rosamond, M.D. in the above-captioned case be filed under seal.

In support of this Motion, Plaintiff states that this exhibit contains medical records that are confidential under Pretrial Order No. 13.

Respectfully submitted,

**HUMPHREY, FARRINGTON & McCLAIN, P.C.**

*/s/ Daniel A. Thomas*
Kenneth B. McClain                MO #32430
Daniel A. Thomas                  MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion for Leave to File Certain Documents Under Seal** has been served on Defense Counsel, Elaine Horn and Emily Pistilli and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 27th day of July, 2016.

/s/ Daniel A. Thomas
Kenneth B. McClain           MO #32430
Daniel A. Thomas             MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**