# Exhibit A

# CURRICULUM VITAE

## JAY N. SCHAPIRA, M.D., FACC, FCCP, FACP, FAHA

### September 2013

| | |
|---|---|
| Address: | Cedars Sinai Medical Office Towers<br>8635 West Third Street, Suite 75OW<br>Los Angeles, California 90048 |
| Office Telephone: | (310) 659-2030 |
| Birthplace: | Corpus Christi, Texas |
| Marital Status: | Married |
| Children: | 4 Children |

## DEGREES AND TRAINING:

| | | |
|---|---|---|
| 1965-1969 | - | B.A. in Mathematics (with honors); University of Texas at Austin; Austin, Texas |
| 1969-1973 | - | M.D., Baylor College of Medicine; Houston, Texas |
| 1973-1974 | - | Intern in Internal Medicine, Baylor College of Medicine; Houston, Texas |
| 1974-1975 | - | Resident in Internal Medicine, Baylor College of Medicine; Houston, Texas |
| 1975-1976 | - | Chief Resident in Internal Medicine, The Methodist Hospital and Baylor College of Medicine; Houston, Texas |
| 1976-1978 | - | Postdoctoral Fellow in Cardiology, Stanford University School of Medicine; Stanford, California |

## MEDICAL LICENSURE:

| | |
|---|---|
| 1973-Present | Texas |
| 1976-Present | California |

## BOARD CERTIFICATION:

| | |
|---|---|
| 1976-Present | Diplomate, American Board of Internal Medicine |
| 1979-Present | Diplomate, American Board of Cardiovascular Disease |

Jay N. Schapira, M.D.
Curriculum Vitae - page 2                                                              September 2013

**FACULTY APPOINTMENTS:**

| | |
|---|---|
| 1978-1998 | Assistant Clinical Professor of Medicine, University of California at Los Angeles, School of Medicine |
| 1998-2009 | Associate Clinical Professor of Medicine, University of California at Los Angeles, School of Medicine |
| 2009-Present | Clinical Professor of Medicine, Geffen School of Medicine, University of California at Los Angeles |
| 2003 to Present | Assistant Clinical Professor of Nursing, UCLA School of Nursing |
| 2010 to Present | Faculty, Cedars Sinai Heart Institute |

**INTERNATIONAL ACADEMIC APPOINTMENTS:**

1997 to Present   Honorary Professor, Academia Nacional de Medicina de Brazil

**APPOINTMENTS:**

| | |
|---|---|
| 1978 to Present | Attending Physician, Ronald Reagan UCLA Medical Center in Los Angeles, California |
| 1978 to Present | Attending Physician, Cedars-Sinai Medical Center; Los Angeles, California |

**SOCIETIES:**

| | |
|---|---|
| 1973 | Member, American College of Physicians |
| 1977 | Member, American College of Cardiology |
| 1985 | Fellow, American College of Cardiology |
| 1987 | Fellow, American College of Physicians |
| 1987 | Fellow, American College of Chest Physicians |
| 1996 | Member, American Society of Internal Medicine |
| 1997 | Member, Writer's Guild of America |
| 1997 | Member, Academia Nacional de Medicina de Brazil |
| 2008 | Fellow, American Heart Association |
| 2008 | Member, American Heart Association |

Jay N. Schapira, M.D.
Curriculum Vitae - page 3                                                                 September 2013

### MANUSCRIPT PEER REVIEW FOR JOURNALS:

| | |
|---|---|
| 1979 | American Journal of Cardiology |
| 1979 | Chest |
| 1980 | Editorial Review for Williams & Wilkins |
| 1980 | Editorial Review for University Park Press |
| 1986 | Editorial Review for the Archives of Internal Medicine |
| 2004-2008 | Reviews in Cardiovascular Medicine |

### GOVERNMENT APPOINTMENTS:

1988-Present    Consultant to the Medical Board of California

### OTHER STATE LICENSES:

1998-Present    Licensed Physician Assistant Supervisor, State of California

### COMMUNITY WORK:

| | |
|---|---|
| 1983-Present | Board of Directors, Fashion Industries Charities in Support of Cedars-Sinai Medical Center |
| 1985-1986 | Co-Chairman, Medical Division, United Jewish Welfare Federation of Greater Los Angeles |
| 1997-Present | Cardiology Consultant to the Los Angeles Free Clinic, Los Angeles, California |

### OTHER PROFESSIONAL ACTIVITIES AND HONORS:

| | |
|---|---|
| 1999-Present | Sergeant, El Monte Police Department, El Monte, CA, Technical Reserve |
| 2008-2009 | Entertainment Chair, L.A. Heart Ball 2009, Los Angeles Affiliate of the American Heart Association |
| 2009-2010 | Member, National Coding and Nomenclature Committee, American College of Cardiology, Washington, D.C. |
| 2013 | Received the *Daniel J. Wallace Founder's Award* from Lupus L.A., for work in micro-vascular angina in lupus patients at the May 9, 2013 Orange Ball in Los Angeles, CA. |

Jay N. Schapira, M.D.
Curriculum Vitae - page 4                                                                                        September 2013

**BOOKS:**

1.  Schapira, Jay N; Davidson, Robert M; and Charuzi, Yzhar: Two-Dimensional Echocardiography. Baltimore, Williams and Wilkins 1982

2.  Schapira, Jay N; Davidson, Robert M; and Charuzi, Yzhar: Two-Dimensional Echocardiography, Japanese edition 1982.

3.  Schapira, Jay N. and Harold, John G.: Two-Dimensional Echocardiography and Cardiac Doppler, Second Edition. Baltimore, Williams and Wilkins 1990

**BIBLIOGRAPHY:**

1.  Schapira JN: The withering flower: value of a physician's clinical experience. Harris County Physician 18 (3):12, 1976

2.  Schapira JN: The withering flower. Bulletin Sinai Hospital of Detroit. 23 (1&2):10, 1977

3.  Miller DC, Schapira JN, Stinson EB, Shumway NE: Left ventricular-coronary sinus fistula following repeated mitral valve replacements. *J. Thorac Cardiovasc Surg* 76:43-45, 1978

4.  Schapira JN, Stemple DR, Martin RP, Rakowski H, Stinson EB, Popp RL: Single and two-dimensional echocardiographic of visualization of the effects of septal myectomy in idiopathic hypertrophic subaortic stenosis. *Circulation* 58:850, 1978

5.  Rossiter SJ, Stinson EB, Oyer PE, Miller DC, Schapira JN, Martin RP, Shumway NE: Prosthetic valve endocarditis: Comparison of heterograft tissue valves and mechanical valves. *J Thorac Cardiovasc Surg* 76:795, 1978

6.  Schapira JN: Should anticoagulants be used to treat acute myocardial infarction? Clinical Strategies in Ischemic Heart Disease: New Concepts and Current Controversies (eds) E Corday, HJC Swan, Williams and Wilkins, Baltimore, Maryland, 1979

7.  Schapira JN: What is the future of ultrasound in the diagnosis of ischemic heart disease. Clinical Strategies in Ischemic Heart Disease: New Concepts and Current Controversies (eds) E Corday, HJC Swan, Williams and Wilkins, Baltimore, Maryland, 1979

8.  Fowles RE, Martin RP, Abrams JM, Schapira JN, French JW, Popp RL: Two-dimensional echocardiographic features of bicuspid aortic valve. *Chest* 75:434, 1979

9.  Schapira JN, Martin RP, Fowles RE, Rakowski H, Stinson EB, French JW, Shumway NE, Popp RL: Two-dimensional echocardiographic assessment of patients with bioprosthetic valves. *Am J Cardiol* 43:;510, 1979

10. Schapira JN, Martin RP, Fowles RE, Popp RL: Single and two-dimensional echocardiographic

Jay N. Schapira, M.D.
Curriculum Vitae - page 5                                                                  September 2013
features of the inter-atrial septum in normal subjects and patients with an atrial septal defect. *Am J Cardiol* 43:816, 1979

**BIBLIOGRAPHY continued:**

11.   Schapira JN, Schwartz DC: The atrial gallop: Determination of its clinical significance. ACCEL (American College of Cardiology Extended Learning) 11:3, 1979

12.   Schapira JN, Popp RL: Letter-to-the editor. *Circulation* 60:216, 1979

13.   Corday E, Schapira JN, Wyatt HL, Gueret P, Heng MK, Meerbaum S: Documentation of acute myocardial ischemic by ultrasonic methods. Proceedings, VIII World Congress of Cardiology, Tokyo, 17-23 September, 1978. Excerpta Medic

14.   Schapira JN, Kohn MS, Beaver WL, Popp RL: In vitro of quantitation of canine left ventricular volume by phased-array sector scan. *Cardiology* 67:1, 1981

15.   Schapira JN: Two-dimensional echocardiographic imaging of secundum and sinus venous atrial septal defects. IN Two-Dimensional Real-Time Ultrasonic Imaging of the Heart (ed E Guiliani Martinus-Nijhoff, Amsterdam) 1981

16.   Schapira Jay N., Fowles, Robert E., Alderman, Edwin, Bowden, Robert, Popp, Richard L.: Relation of P-$S_4$ interval to left ventricular end-diastolic pressure. *British Heart Journal* 1982;47-270

17.   Lopez JA, Harold JG, Rosenthal M, Schapira JN, Oseran PS, Peter T: Trimethoprim-Sulfamethoxazole Induced Torsade, *American Journal of Cardiology,* 1987;59(4):376

18.   Evans B, Schapira JN, Eigler N: Dislodgment of a Saphenous Vein Thrombus by Injection of Native Coronary Artery. *Catheterization and Cardiovascular Diagnosis*, 1991;23(3):180, 1991

19.   Carmo E and Schapira J N.: Unmasking the Masquerader: Extrinsic pulmonary stenosis due to mediastinal teratoma mimicking congenital pulmonary stenosis. The role of Doppler echocardiography in the differential diagnosis. *Archives of the Brazilian Academy of Medicine*. June, 1999

20.   Wong M, Staszewsky L, Latini R, et al. Co-Investigator Val-HeFT Study: Valsartan benefits left ventricular structure and function in heart failure: Val-HeFT echocardiographic study. *Journal of the American College of Cardiology* 2002:40;970-975.

21.   Kupferwasswer, LI, Lee MS, Schapira JN and Makkar RR: Percutaneous Coronary Intervention in Unprotected Left Main Disease: A Status Report. *Minerva Cardioangiol* Oct 2006;54(5):633-41.

22.   Wertman BM, Cheng VY, S Kar, Gransar H, Berg R, Naik H, Makkar R, Schapira JN, Friedman J, and Berman DS. Characterization of complex coronary artery stenosis morphology by coronary computed tomographic angiography. *JACC Imaging* 2009;2(8):950-958

23.   Chakravarty T, White AJ, Buch M, Naik H, Doctor N, Schapira J, Kar S, Forrester JS, Weiss RE, and Makkar R: Meta-analysis of incidence, clinical characteristics and implications of stent fracture. *Am J Cardiol* 2010 Oct 15;106(8):1075-80.

**BIBLIOGRAPHY continued:**

24.  Schapira J and Voroshilovsky V:  Management of atrial fibrillation:  Focus on rate versus rhythm control.  *Reviews in Cardiovascular Medicine* 2010;11(1):1-12.

25.  Voroshilovsky O and Schapira J:  Management of Atrial Fibrillation: Focus on catheter-based ablation.  *Reviews in Cardiovascular Medicine* 2010;11(2)1-10.

26.  Ishimori ML, Martin R, Berman DS, Goykman P, Shaw LJ, Shufelt C, Slomka PH, Thomason L, Schapira J, Yang Y, Wallace DJ, Weisman MH, Bairey-Merz N: Myocardial ischemia in the absence of obstructive coronary artery disease in patients with systemic lupus erythematosus: Initial Report. *JACC Cardiol Imaging* 2011;4:27-33.

27.  Chakravarty T, Buch M, Naik H, White A, Doctor N, Schapira J, Mirocha JM, Fontana G, Forrester J, Makkar R:  Predictive accuracy of SYNTAX score for predicting long-term outcomes of unprotected left main coronary artery revascularization.  *Am J Cardiol*   2011 Feb1;107(3):360-6.

**ABSTRACTS:**

1.  Viroslav J., Schapira, J., Steven, P.M.:  Indirect estimation of lung elastic recoil by body plethysmography.  Am Review Resp Disease 103 (6):890, 1971

2.  Rakowski, H., Martin, R.P., Schapira, J.N., Wexler, L., Silverman, J.F., Cipriano, P.R., Guthaner, D.F., Popp, R.L.:  Left ventricular aneurysm:  detection and determination of resectability by two-dimensional ultrasound.  Circulation (Suppl III) 56:III-Abstracts 153, 1977

3.  Schapira, J.N., Martin, P.R., Fowles, R.E., Popp, R.L.:  Single and two-dimensional echocardiographic features of the interatrial septum in normal subjects.  Clin Res 26(2):145A, 1978

4.  Schapira, J.N., Martin, R.P., Stemple, D.R., Rakowski, H., Stinson, E.B., Popp, R.L.: Assessment of septal myectomy in hypertrophic subaortic stenosis by single and two-dimensional echocardiography.  Am J Cardiol 41(2)371, 1978

5.  Schapira, J.N., Martin, R.P., Fowles, R.E., Rakowski, H., Stinson, E.B., French, J.W., Shumway, N.E., Popp, R.L.:  Two-dimensional ultrasonic sector scanning for assessment of patients with bioprosthetic valves.  Am J Cardiol 41(2):406, 1978

6.  Fowles, R.E., Martin, R.P., Schapira, J.,N., Popp, R.L.:  Two-dimensional ultrasonic classification of cardio-myopathies.  Am J Cardiol 41(2):371, 1978

7.  Kohn, M.S., Schapira, J.N., Beaver, W.L,., Popp, R.L.:  In vitro estimation of canine left ventricular volumes by phased-array sector scan.  Clin Res 26(3):244A, 1978

8.  Schapira, J.N., Meltzer, R.S., Alderman, E.L., Fitzgerald, J.W., Strunk, B.L., Popp, R.L., Mason, J.W., Barry, W.H.:  Quantitative evaluation of left atrial pressure-volume relationships in patients with aortic stenosis and atrial septal defect.  Clin Re 26(3)269A, 1978

9.  Fowles, R.E., Abrams, J.M., Martin, R.P., Schapira, J.N., French, J.W., Popp, R.L.: Two-dimensional echocardiographic diagnosis of congenitally malformed aortic valves. Clin Res 26(3):232A, 1978

10. Schapira, J.N., Bowden, R.E., Fowles, R.E., Popp, R.L.: The atrial gallop: Determination of its clinical significance. Circulation 58:II-75, (Suppl II), 1978

11. Feldman, H., Halpern, S., Gray, R., Schapira, J., Kraus, R., Allen, H., Chaux, A., Conklin, C., Matloff, J.: In vitro echocardiographic validation of clinical St. Jude mitral valve images. Clinical Research Vol. 28-Abstracts 5-A, 1980

12. Feldman. H., Halpern, S., Gray, R., Schapira, J., Kraus, R., Allen, H., Chaux, A., Matloff, J.: Non-invasive evaluation of the St. Jude valve in the mitral position. Clinical Research Vol. 28-Abstracts 5-A, 1980

13. Wertman BM, Cheng VY, S Kar, Gransar H, Berg R, Naik H, Makkar R, Schapira JN, Friedman J, and Berman DS. Identification and characterization of severe coronary artery stenoses by dual-source 64-slice coronary computed tomography angiography: comparison with invasive coronary angiography. Circulation 2008;118:S-1062.

14. Ishimori ML, Martin R, Berman DS, Goykhman P, Shaw LJ, Shufelt CL, Slomka PJ, Thomson LEJ, Schapira J, Yang Y, Wallace DJ, Bairey Merz CN, and Weisman MH: Myocardial ischemia in the absence of obstructive coronary artery disease in patients with systemic lupus erythematosus. 9TH International Congress on Systemic Lupus Erythematosus. Vancouver, Canada. LUPUS 2010.

15. Goykhman P, Thomson L, Yang Y, Shaw LJ, Berman D, Gill E, Ishimori M, Martin R, Wallace D, Schapira J, Shufelt C, Weisman M, Bairey-Merz C: The utility of adenosine stress-rest cardiac magnetic resonance imaging in evaluating cardiac function and perfusion in women with systemic lupus erythematosus.. JACC 2010;55:10 (Supp 1) A127 #1190.

## RESEARCH:

1.  Cool-MI: Cooling As An Adjunctive Therapy To Percutaneous Intervention In Patients With Acute Myocardial Infarction. (Co-Investigator): Lepor N, Makkar R, Kar S, Eigler N, Buchbinder N, Samuels B, Schapira J, Berman D, Silka P, Geft I, and Khorsandi M. Cedars-Sinai Medical Center, Los Angeles, California. 2003-2004.

2.  TherOx AO System AMIHOT Phase II Trial. A Randomised, Controlled, Multicenter Trial of Aqueous Oxygen Infusion for 90 Minutes Post Primary PTCA/Stent Intervention in Acute Myocardial Infarction Patients. (Co-Investigator): Makkar R, Eigler N, Kar S, Lepor N, Samuels B, Buchbinder N, Khorsandi M, Schapira J, and Geft I. Cedars-Sinai Medical Center, Los Angeles, California. 2003-2004.

3.  A Randomized, Double-Blind, Placebo-Controlled, Parallel-Group Study of the Efficacy and Safety of the ACAT Inhibitor CS-505 for Reducing the Progression of Atherosclerosis in Subjects with Coronary Artery Disease using Intravascular Ultrasound (IVUS). (Co-Investigator): Makkar R, Eigler N, Kar S, Buchbinder N, Samuels B, Schapira J, Geft I, and Khorsandi M. Cedars-Sinai Medical Center, Los Angeles, California. 2003-2004.

Jay N. Schapira, M.D.
Curriculum Vitae - page 8                                                                 September 2013

**RESEARCH:**

4.      The REVITALISE Project: Randomised evaluation of intracoronary transplantation of bone marrow stem cells in myocardial infarction. (Co-Investigator) Cedars-Sinai Cardiovascular Intervention Center Makkar R, Marban E, Matsushita S, Doumanian A, Forrester J, White T, Chakravarty T and Schapira, JN. 2007(ongoing)