# Exhibit B

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

<u>**AFFIDVIT OF DR. JAY N. SCHAPIRA, M.D.**</u>

STATE OF CALIFORNIA )
                                   ) ss
COUNTY OF LOS ANGELES )

I, Jay N. Schapira, being duly sworn, state and attest as follows:

1.       I am a board-certified cardiologist.

2.       I currently practice medicine, and routinely diagnose patients.

3.       Along with diagnosing my patients with cardiovascular injuries, I additionally diagnose my patients with cognitive issues, including depression, associated with their cardiovascular injuries.

4.       I provide treatment for my patients' cognitive issues in the form of medications, counselling, and referral to specialists.

5.       In diagnosing my patients with cognitive issues, including depression, I inquire into the patient's lifestyle, functionality, occupation, disability, family issues, habits, day-to-day functions, and more.

6.       On April 26, 2016 I was deposed in this case.

7.    I brought a large number of articles to my deposition. Attached as Exhibit A is a list of the articles regarding Vioxx that I brought to my deposition with me.

FURTHER AFFIANT SAYETH NOT



Jay N. Schapira

STATE OF _CALIFORNIA_  )
                                           ) ss.
COUNTY OF _LOS ANGELES_ )

Subscribed and sworn to before me this _21ST_ day of _JULY_, 2016:

_Suzanne Marie Anderson_
Notary Public

My commission expires: _9.29.16_

SUZANNE MARIE ANDERSON
COMM. 1990102
NOTARY PUBLIC CALIFORNIA
LOS ANGELES COUNTY
My Comm. Expires Sept. 29, 2016

QRS-1

# Exhibit A

**UpToDate**

**Wolters Kluwer** Health

Official reprint from UpToDate®
www.uptodate.com ©2014 UpToDate®

# Overview of the risk equivalents and established risk factors for cardiovascular disease

| Author | Section Editor | Deputy Editor |
|---|---|---|
| Peter WF Wilson, MD | Christopher P Cannon, MD | Brian C Downey, MD, FACC |

**Disclosures**

All topics are updated as new evidence becomes available and our peer review process is complete.
Literature review current through: Feb 2014. | This topic last updated: Jan 16, 2014.

**INTRODUCTION** — Cardiovascular disease (CVD) is common in the general population, affecting the majority of adults past the age of 60 years. In 2012, CVD was estimated to result in 17.3 million deaths worldwide on an annual basis [1]. As a diagnostic category, CVD includes four major areas:

- Coronary heart disease (CHD), manifested by myocardial infarction (MI), angina pectoris, heart failure, and coronary death

- Cerebrovascular disease, manifested by stroke and transient ischemic attack

- Peripheral artery disease, manifested by intermittent claudication

- Aortic atherosclerosis and thoracic or abdominal aortic aneurysm

CHD accounts for approximately one-third to one-half of the total cases of CVD. The lifetime risk of CHD was illustrated in a study of 7733 participants, age 40 to 94, in the Framingham Heart Study who were initially free of CHD [2]. The lifetime risk for individuals at age 40 was 49 percent in men and 32 percent in women. Even those who were free from CHD at age 70 had a non-trivial lifetime risk of developing CHD (35 and 24 percent in men and women, respectively). Similar findings have been reported in a metaanalysis of 18 cohorts involving over 250,000 men and women [3]. (See "Estimation of cardiovascular risk in an individual patient without known cardiovascular disease", section on 'Lifetime risk'.)

Despite increases in longevity and decreases in age-specific death rates from CVD, CHD, and stroke since 1975 (figure 1 and figure 2), CVD and its related complications remain highly prevalent and expensive to treat [4-7]. While CVD remains the leading cause of death in most developed countries, with approximately one million Americans annually dying from CVD, mortality from acute MI appears to have decreased by as much as 50 percent in the 1990s and 2000s. The prevalence of CVD is rapidly increasing in developing countries as well [8-10].

Many risk factors for cardiovascular disease are modifiable by specific preventive measures. In the worldwide INTERHEART study of patients from 52 countries, nine potentially modifiable factors accounted for over 90 percent of the population-attributable risk of a first MI: smoking, dyslipidemia, hypertension, diabetes, abdominal obesity, psychosocial factors, daily consumption of fruits and vegetables, regular alcohol consumption, and regular physical activity [11].

An overview of the established risk factors for CVD is presented here. An overview of the possible emerging CVD risk factors, data supporting the importance of the individual risk factors (eg, hyperlipidemia, hypertension, smoking), coronary risk factors of particular importance in women and in young patients, and estimation of coronary risk in an individual patient are discussed elsewhere. (See "Overview of the possible risk factors for cardiovascular disease" and "Treatment of lipids (including hypercholesterolemia) in primary prevention" and "Overview of hypertension in adults", section on 'Treatment' and "Determinants and management of cardiovascular risk in women" and "Coronary heart disease and myocardial infarction in young men and women".)

**Comment**

# Vioxx, the implosion of Merck, and aftershocks at the FDA



Today we publish results from a cumulative meta-analysis which show that the unacceptable cardiovascular risks of Vioxx (rofecoxib) were evident as early as 2000—a full 4 years before the drug was finally withdrawn from the market by its manufacturer, Merck. This discovery points to astonishing failures in Merck's internal systems of post-marketing surveillance, as well as to lethal weaknesses in the US Food and Drug Administration's regulatory oversight. In a recent Editorial, we commended Merck for acting promptly in the face of new findings about the safety of Vioxx.[1] Our praise was premature. The evidence showing that Vioxx caused significant adverse events was apparent well before data from the APPROVe trial triggered Merck's overdue intervention. This week's report by Peter Jüni and colleagues will add significant weight to ongoing litigation against Merck by patients who believe they were harmed by this drug.

These findings also come in the wake of new disclosures that suggest Merck was indeed fully aware of Vioxx's potential risks by 2000. Investigations by the Wall Street Journal[2] have revealed e-mails that confirm Merck executives' knowledge of their drug's adverse cardiovascular profile—the risk was "clearly there", according to one senior researcher. Merck's marketing literature included a document intended for its sales representatives which discussed how to respond to questions about Vioxx—it was labelled "Dodge Ball Vioxx". Given this disturbing contradiction—Merck's own understanding of Vioxx's true risk profile and its attempt to gloss over these risks in their public statements at the time—it is hard to see how Merck's chief executive officer, Raymond Gilmartin, can retain the confidence of the public, his company's most important constituency.

The FDA's position is no less comfortable. The public expects national drug regulators to complete research, such as that published by Jüni and colleagues, in their ongoing efforts to protect patients from undue harm. But, too often, the FDA saw and continues to see the pharmaceutical industry as its customer—a vital source of funding for its activities—and not as a sector of society in need of strong regulation.

Worse still, the FDA's Office of Drug Safety co-exists in the same division—the Centre for Drug Evaluation and Research (CDER)—as the Office of New Drugs, the part of the agency that works most closely with industry to license new medicines. Once a licensing approval has been made it is naturally in CDER's own interests to stand by its original decision. CDER's reputation would be damaged if its licensing judgments were constantly challenged by its own staff. This understandable but dangerous tendency to discourage dissent makes the Office of Drug Safety, which sits lower in the hierarchy of CDER than the Office of New Drugs, weak and ineffective. The inherent precedence that licensing of new drugs takes over safety evaluation is a serious flaw in FDA's complex regulatory structure.

In the case of Vioxx, FDA was urged to mandate further clinical safety testing after a 2001 analysis suggested a "clear-cut excess number of myocardial infarctions".[3] It did not do so. This refusal to engage with an issue of grave clinical concern illustrates the agency's in-built paralysis, a predicament that has to be addressed through fundamental organisational reform.

On Nov 2, 2004, the FDA tried to shore up its tarnished reputation by posting on its website an early version of a recently completed observational study into the safety of Vioxx. The report comes with a warning that it has "not been fully evaluated by the FDA and may not reflect the official views of the agency". The FDA investigators estimate that over 27 000 excess cases of acute myocardial infarction and sudden cardiac death occurred in the USA between 1999 and 2003. "These cases", they write, "would have been avoided had celecoxib been used instead of rofecoxib". This study is presently under review at The Lancet. It is unclear why the FDA could not have waited for the fully evaluated report to have been scrutinised, revised, and published according to the norms of scientific peer review. Bypassing independent peer review smacks of panic in the FDA, which is under intense reputational pressure. And yet its decision to try to undermine the integrity of this work again shows that the agency's senior management is more concerned with external appearance than rigorous science.

The licensing of Vioxx and its continued use in the face of unambiguous evidence of harm have been public-health catastrophes. This controversy will not end with the drug's withdrawal. Merck's likely litigation bill is put at between US$10 and $15 billion. The company has seen its revenues and market capitalisation slashed. It has been financially disabled and its reputation lies in ruins. It is not at all clear that Merck will survive this growing scandal.

But the most important legacy of this episode is the continued erosion of trust that public-health institutions will suffer. Failure to act decisively on signals of risk might minimise short-term political criticism for regulators, or shareholder unrest for company chief executives. But the long-term consequence of prevarication is a tide of public scepticism about just whose interests drug makers and regulators truly represent.

It is no good saying, as some academic physicians have said to me, that one must expect pharmaceutical companies to do all they can to protect their products, even in the face of clear evidence of risk. And it is of little help to suggest that regulators have a nearly impossible job of balancing harms and benefits. Defenders of our systems of drug regulation argue that the blame for the Vioxx debacle in-

Published online
November 5, 2004
http://image.thelancet.com/
extras/04cmt396web.pdf
See Articles page 2021

*Achapira*

Arthritis & Rheumatism (Arthritis Care & Research)
Vol. 59, No. 8, August 15, 2008, pp 1058–1073
DOI 10.1002/art.23929
© 2008, American College of Rheumatology

SPECIAL ARTICLE

# Recommendations for Use of Selective and Nonselective Nonsteroidal Antiinflammatory Drugs: An American College of Rheumatology White Paper

## AMERICAN COLLEGE OF RHEUMATOLOGY AD HOC GROUP ON USE OF SELECTIVE AND NONSELECTIVE NONSTEROIDAL ANTIINFLAMMATORY DRUGS

*Guidelines and recommendations developed and/or endorsed by the American College of Rheumatology are intended to provide guidance for particular patterns of practice and not to dictate the care of a particular patient. The ACR considers adherence to these guidelines and recommendations to be voluntary, with the ultimate determination regarding their application to be made by the physician in light of each patient's individual circumstances. Guidelines and recommendations are intended to promote beneficial or desirable outcomes, but cannot guarantee any specific outcome. Guidelines and recommendations developed or endorsed by the College are subject to periodic revision as warranted by the evolution of medical knowledge, technology, and practice.*

## INTRODUCTION

Nonsteroidal antiinflammatory drugs (NSAIDs) provide important analgesic and antiinflammatory benefits to mil-lions of patients. Although the most common serious tox-icities associated with NSAID use are gastrointestinal (GI) effects, concerns about cardiovascular safety have caused many patients to discontinue their use (1). There is cur-

The American College of Rheumatology receives financial support from the following nonsteroidal antiinflammatory drug manufacturers: Pfizer, Merck, Wyeth, Bristol-Myers Squibb, Roche, Johnson & Johnson, and Novartis. Dr. Crof-ford's work was supported by research grants from Pfizer, Allergan, Wyeth, Johnson & Johnson, and Boehringer-In-gelheim. Dr. Saag's work was supported by research grants from Merck, Novartis, Procter & Gamble, Amgen, Centocor, Lilly, Avantis, and Roche. Dr. Solomon's work was sup-ported in the past by research grants from Merck, Pfizer, Savient, Procter & Gamble, Biogen Idec, and Millennium.

Members of the American College of Rheumatology Ad Hoc Group on Use of Selective and Nonselective Nonsteroi-dal Antiinflammatory Drugs are as follows: Sonali P. Desai, MD; Daniel H. Solomon, MD, MPH; Brigham & Women's Hospital, Boston, Massachusetts; Steven B. Abramson, MD; New York University Hospital for Joint Diseases, New York; Lenore Buckley, MD, MPH; Virginia Commonwealth Uni-versity, Richmond; Leslie J. Crofford, MD; University of Kentucky, Lexington; John J. Cush, MD; Baylor University Medical Center, Dallas, Texas; Daniel J. Lovell, MD, MPH; Children's Hospital Medical Center, Cincinnati, Ohio; Ken-neth G. Saag, MD; MSc; University of Alabama, Birming-ham.

The American College of Rheumatology is an indepen-dent professional, medical and scientific society which does not guarantee, warrant, or endorse any commercial product or service.

Dr. Abramson has received consultant fees (less than $10,000 each) from Novartis, Pfizer, GlaxoSmithKline, Ab-bott, Amgen, Centocor, Merck, NicOx, Bristol-Myers Squibb, CombinatRx, UCB, Genzyme, and Schering-Plough, and owns stock and/or holds stock options in Roche, Bris-tol-Myers Squibb, Amgen, Pfizer, and Merck. Dr. Crofford has received consultant fees, speaking fees, and/or honoraria (less than $10,000 each) from Pfizer, Lilly, Wyeth, Merck, Sanofi-Aventis, and Allergan, and is a member of the Data Safety and Monitoring Board for the PRECISION Study, which is spon-sored by Pfizer. Dr. Cush has received consultant fees, speak-ing fees, and/or honoraria (less than $10,000 each) from UCB, Pfizer, Wyeth, Novartis, Centocor, Celgene, and Roche, has received speaking fees (more than $10,000) from Abbott, and serves as a clinical investigator for Genentech, Pfizer, UCB, Celgene, and Roche. Dr. Lovell has received consultant fees, speaking fees, and/or honoraria (less than $10,000 each) from Hoffmann-La Roche, Centocor, Abbott, Wyeth, Regeneron, Am-gen, Novartis, Bristol-Myers Squibb, Pfizer, Roche, and Xoma. Dr. Saag has received consultant fees, speaking fees, and/or honoraria (less than $10,000 each) from Merck, Novartis, Savi-ent, Procter & Gamble, Amgen, UCB, and Lilly, and has re-ceived consultant fees, speaking fees, and/or honoraria (more than $10,000) from Novartis. Dr. Solomon has served as an unpaid consultant for Abbott and Amgen, and is an unpaid member of the Executive Committee of a trial sponsored by Pfizer.

Address correspondence to Daniel H. Solomon, MD, MPH, Division of Rheumatology, Immunology and Allergy, Brigham & Women's Hospital, 75 Francis Street, Boston, MA 02115. E-mail: dhsolomon@partners.org.

Submitted for publication November 26, 2007; accepted in revised form March 3, 2008.

*The* NEW ENGLAND JOURNAL *of* MEDICINE

---

## ORIGINAL ARTICLE

# Rofecoxib and Cardiovascular Adverse Events in Adjuvant Treatment of Colorectal Cancer

David J. Kerr, M.D., Janet A. Dunn, Ph.D., Michael J. Langman, M.D.,
Justine L. Smith, B.Sc., Rachel S.J. Midgley, M.D., Andrew Stanley, M.Phil.,
Joanne C. Stokes, B.Sc., Patrick Julier, M.Sc., Claire Iveson, B.Sc., Ravi Duvvuri, B.Sc.,
and Christopher C. McConkey, M.Sc., for the VICTOR Trial Group*

---

### ABSTRACT

From the Oncology Clinical Trials Office, University of Oxford, Oxford (D.J.K., J.L.S., R.S.J.M., J.C.S., P.J., C.I., R.D.); the Statistical Centre at Warwick Medical School Clinical Trials Unit, University of Warwick, Coventry (J.A.D., M.J.L., C.C.M.); and City Hospital, Birmingham (A.S.) — all in the United Kingdom. Address reprint requests to Dr. Kerr at the Department of Clinical Pharmacology, University of Oxford, Radcliffe Infirmary, Woodstock Rd., Oxford OX2 6HA, United Kingdom, or at david.kerr@clinpharm.ox.ac.uk.

*Members of the Vioxx in Colorectal Cancer Therapy: Definition of Optimal Regime (VICTOR) Trial Group are listed in the Appendix.

N Engl J Med 2007;357:360-9.
*Copyright © 2007 Massachusetts Medical Society.*

**BACKGROUND**

Selective cyclooxygenase inhibitors may retard the progression of cancer, but they have enhanced thrombotic potential. We report on cardiovascular adverse events in patients receiving rofecoxib to reduce rates of recurrence of colorectal cancer.

**METHODS**

All serious adverse events that were cardiovascular thrombotic events were reviewed in 2434 patients with stage II or III colorectal cancer participating in a randomized, placebo-controlled trial of rofecoxib, 25 mg daily, started after potentially curative tumor resection and chemotherapy or radiotherapy as indicated. The trial was terminated prematurely owing to worldwide withdrawal of rofecoxib. To examine possible persistent risks, we examined cardiovascular thrombotic events reported up to 24 months after the trial was closed.

**RESULTS**

The median duration of active treatment was 7.4 months. The 1167 patients receiving rofecoxib and the 1160 patients receiving placebo were well matched, with a median follow-up period of 33.0 months (interquartile range, 27.6 to 40.1) and 33.4 months (27.7 to 40.4), respectively. Of the 23 confirmed cardiovascular thrombotic events, 16 occurred in the rofecoxib group during or within 14 days after the treatment period, with an estimated relative risk of 2.66 (from the Cox proportional-hazards model; 95% confidence interval [CI], 1.03 to 6.86; P=0.04). Analysis of the Antiplatelet Trialists' Collaboration end point (the combined incidence of death from cardiovascular, hemorrhagic, and unknown causes; of nonfatal myocardial infarction; and of nonfatal ischemic and hemorrhagic stroke) gave an unadjusted relative risk of 1.60 (95% CI, 0.57 to 4.51; P=0.37). Fourteen more cardiovascular thrombotic events, six in the rofecoxib group, were reported within the 2 years after trial closure, with an overall unadjusted relative risk of 1.50 (95% CI, 0.76 to 2.94; P=0.24). Four patients in the rofecoxib group and two in the placebo group died from thrombotic causes during or within 14 days after the treatment period, and during the follow-up period, one patient in the rofecoxib group and five patients in the placebo group died from cardiovascular causes.

**CONCLUSIONS**

Rofecoxib therapy was associated with an increased frequency of adverse cardiovascular events among patients with a median study treatment of 7.4 months' duration. (Current Controlled Trials number, ISRCTN98278138.)

The New England Journal of Medicine
Downloaded from nejm.org on February 12, 2014. For personal use only. No other uses without permission.
Copyright © 2007 Massachusetts Medical Society. All rights reserved.

**Annals of Internal Medicine**

Article

# The Risk for Myocardial Infarction with Cyclooxygenase-2 Inhibitors: A Population Study of Elderly Adults

Linda E. Lévesque, BScPhm, MSc; James M. Brophy, MD, PhD; and Bin Zhang, MSc

**Background:** Cyclooxygenase-2 (COX-2) selective inhibitors have been marketed since 1999 as safer alternatives to nonsteroidal anti-inflammatory drugs (NSAIDs). Debate about their cardiac safety has culminated in the recent withdrawal of rofecoxib. Additional studies are needed to better understand this risk and to determine whether this safety concern represents a class effect.

**Objective:** To assess the influence of various NSAIDs on the risk for a first myocardial infarction (MI).

**Design:** Population-based, retrospective cohort study analyzed using a time-matched, nested case-control approach.

**Setting:** Québec, Canada.

**Participants:** 113 927 elderly persons without previous MI and newly treated with an NSAID between 1 January 1999 and 30 June 2002.

**Measurements:** NSAID exposure and occurrence of MI assessed by using Québec's administrative health databases.

**Results:** Compared with no use of NSAIDs in the year preceding the event, current use of rofecoxib was associated with an increased risk for an acute MI (rate ratio [RR], 1.24 [95% CI, 1.05 to 1.46]) that was more pronounced at higher doses (RR, 1.73 [CI, 1.09 to 2.76]). The concomitant use of aspirin appears to decrease the risk associated with low-dose rofecoxib (RR, 1.00 [CI, 0.77 to 1.28]) but not with high-dose rofecoxib (RR, 2.36 [CI, 1.27 to 4.39]). No increased risks were observed with celecoxib (RR, 0.99 [CI, 0.85 to 1.16]) or the other NSAIDs.

**Limitations:** The study could not completely account for all potential confounders, including over-the-counter use of aspirin and ibuprofen.

**Conclusions:** These results provide evidence of an increased risk for acute MI in current users of rofecoxib among elderly persons with no history of MI. This risk appears greater at higher doses. Aspirin use mitigates the risk associated with low-dose but not high-dose rofecoxib. There was no evidence of an increased risk with the other NSAIDs.

*Ann Intern Med. 2005;142:481-489.*                    www.annals.org
For author affiliations, see end of text.

Cyclooxygenase-2 (COX-2) selective inhibitors, with their improved gastrointestinal toxicity profile, have been marketed since 1999 as safer alternatives to traditional nonsteroidal anti-inflammatory drugs (NSAIDs) (1–3). Although these agents experienced unprecedented growth in market share, their use has not lacked controversy. Concerns regarding their potential cardiovascular toxicity were first raised in 2000 after the Vioxx Gastrointestinal Outcomes Research (VIGOR) study (2), and then again in 2001 by the U.S. Food and Drug Administration (4) and a pooled analysis (5). However, the results of the large Celecoxib Long-term Arthritis Safety Study (CLASS) did not support the cardiotoxicity hypothesis for all COX-2 inhibitors (6). Initially, it was unclear whether the use of different comparator groups, differences between rofecoxib and celecoxib, or differences in the use of concomitant aspirin explained these divergent results. Subsequent observational studies (7–10) and meta-analyses (11–13) also reported conflicting results. Moreover, none of the studies published to date have had the power to adequately address the potentially risk-modifying effects of aspirin.

On 30 September 2004, Merck & Co., Inc., announced the worldwide voluntary withdrawal of rofecoxib after the data safety monitoring board overseeing the Adenomatous Polyp Prevention on Vioxx (APPROVe) trial of rofecoxib, 25 mg/d, in individuals at risk for developing colon cancer recommended that the study be halted prematurely (14, 15). An interim analysis found that after 18 months of use, rofecoxib increased the risk for confirmed cardiovascular events compared with placebo. The Food and Drug Administration has since indicated that they now intend to carefully review the safety of all marketed COX-2 inhibitors (16).

Considerable uncertainty remains regarding the clinical profile of persons at risk for COX-2–mediated cardiovascular events and whether celecoxib, as well as other COX-2 selective agents, poses a similar risk. We conducted a retrospective, population-based cohort study to address these unresolved issues. Using a large and relatively unselected population of elderly persons who had no history of myocardial infarction (MI) and were initiating treatment with an NSAID, we assessed 1) whether and to what extent the use of various NSAIDs changes the risk for a first MI compared with persons who did not use these agents in the year preceding the event date and 2) how dose, concomitant therapy with aspirin, and both factors simultaneously may modify this risk.

*See also:*

**Print**
Editors' Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 482
Summary for Patients . . . . . . . . . . . . . . . . . . . . . . . I-45

**Web-Only**
Conversion of figure and tables into slides



Search ⋮ Latest content

Performing your original search, *http://www.ncbi.nlm.nih.gov/pmc/articles/PMC1779871/*, in PMC will retrieve 354354 records.

BMJ. 2007 January 20; 334(7585): 120–123.
doi: 10.1136/bmj.39024.487720.68

PMCID: PMC1779871

# What have we learnt from Vioxx?

Harlan M Krumholz, Harold H Hines Junior professor of medicine and epidemiology and public health,[1] Joseph S Ross, instructor,[2] Amos H Presler, research associate,[3] and David S Egilman, clinical associate professor[4]

[1]Department of Medicine, Yale University School of Medicine, 333 Cedar Street, PO Box 208088, New Haven, CT 06520-8088, USA
[2]Department of Geriatrics and Adult Development, Mount Sinai School of Medicine, New York, USA
[3]Never Again Consulting, Attleboro, MA, USA
[4]Department of Bio Med Community Health, Brown University, Providence, RI, USA
Correspondence to: H M Krumholz ; Email: harlan.krumholz@yale.edu

Copyright © BMJ Publishing Group Ltd 2007

This article has been cited by other articles in PMC.

In October UK patients who had cardiovascular events while taking rofecoxib lost the right to fight Merck in the US for compensation. But researchers and journals can still benefit from this case if they learn from the mistakes, write **Harlan Krumholz and colleagues**

Rofecoxib (Vioxx) was introduced by Merck in 1999 as an effective, safer alternative to non-steroidal anti-inflammatory drugs for the treatment of pain associated with osteoarthritis. It was subsequently found to increase the risk of cardiovascular disease and withdrawn from the worldwide market. Merck now faces legal claims from nearly 30 000 people who had cardiovascular events while taking the drug.[1] The company has stated that it will fight each case, denying liability.[2] Our recent participation in litigation at the request of plaintiffs provided a unique opportunity to thoroughly examine and reflect on much of the accumulated court documents, research, and other evidence. This story offers important lessons about how best to promote constructive collaboration between academic medicine and industry.

## Early suspicion of cardiovascular risk
Go to:

Since the early development of rofecoxib, some scientists at Merck were concerned that the drug might adversely affect the cardiovascular system by altering the ratio of prostacyclin to thromboxane, which act in opposition, balancing blood flow and clotting.[W1] A study sponsored by Merck during 1996-7 reported that rofecoxib reduced urinary metabolites of prostacyclin in healthy volunteers.[W2] In internal emails made public through litigation,[3] Merck officials sought to soften the academic authors' interpretation that cyclo-oxygenase-2 (COX 2) inhibition within the vascular endothelium may increase the propensity for thrombus formation, the basis of what became known as the FitzGerald hypothesis.[W3] The academic authors changed the manuscript at Merck's request—for example, they changed "systemic biosynthesis of prostacyclin ... was decreased by [rofecoxib]" to "Cox-2 may play a role in the systematic biosynthesis of prostacyclin."[3] [W2] To the authors' credit, they continued to investigate the effects of COX 2 inhibition and ultimately provided much of the basic science knowledge that clarified the pathways by which rofecoxib probably leads to cardiovascular events.[W4-W7]

The New England Journal of Medicine

# COMPARISON OF UPPER GASTROINTESTINAL TOXICITY OF ROFECOXIB AND NAPROXEN IN PATIENTS WITH RHEUMATOID ARTHRITIS

Claire Bombardier, M.D., Loren Laine, M.D., Alise Reicin, M.D., Deborah Shapiro, Dr.P.H., Ruben Burgos-Vargas, M.D., Barry Davis, M.D., Ph.D., Richard Day, M.D., Marcos Bosi Ferraz, M.D., Ph.D., Christopher J. Hawkey, M.D., Marc C. Hochberg, M.D., Tore K. Kvien, M.D., and Thomas J. Schnitzer, M.D., Ph.D., for the VIGOR Study Group

## ABSTRACT

*Background*   Each year, clinical upper gastrointestinal events occur in 2 to 4 percent of patients who are taking nonselective nonsteroidal antiinflammatory drugs (NSAIDs). We assessed whether rofecoxib, a selective inhibitor of cyclooxygenase-2, would be associated with a lower incidence of clinically important upper gastrointestinal events than is the nonselective NSAID naproxen among patients with rheumatoid arthritis.

*Methods*   We randomly assigned 8076 patients who were at least 50 years of age (or at least 40 years of age and receiving long-term glucocorticoid therapy) and who had rheumatoid arthritis to receive either 50 mg of rofecoxib daily or 500 mg of naproxen twice daily. The primary end point was confirmed clinical upper gastrointestinal events (gastroduodenal perforation or obstruction, upper gastrointestinal bleeding, and symptomatic gastroduodenal ulcers).

*Results*   Rofecoxib and naproxen had similar efficacy against rheumatoid arthritis. During a median follow-up of 9.0 months, 2.1 confirmed gastrointestinal events per 100 patient-years occurred with rofecoxib, as compared with 4.5 per 100 patient-years with naproxen (relative risk, 0.5; 95 percent confidence interval, 0.3 to 0.6; P<0.001). The respective rates of complicated confirmed events (perforation, obstruction, and severe upper gastrointestinal bleeding) were 0.6 per 100 patient-years and 1.4 per 100 patient-years (relative risk, 0.4; 95 percent confidence interval, 0.2 to 0.8; P=0.005). The incidence of myocardial infarction was lower among patients in the naproxen group than among those in the rofecoxib group (0.1 percent vs. 0.4 percent; relative risk, 0.2; 95 percent confidence interval, 0.1 to 0.7); the overall mortality rate and the rate of death from cardiovascular causes were similar in the two groups.

*Conclusions*   In patients with rheumatoid arthritis, treatment with rofecoxib, a selective inhibitor of cyclooxygenase-2, is associated with significantly fewer clinically important upper gastrointestinal events than treatment with naproxen, a nonselective inhibitor. (N Engl J Med 2000;343:1520–8.)
©2000, Massachusetts Medical Society.

NONSTEROIDAL antiinflammatory drugs (NSAIDs) are among the most commonly used medications in the world.[1] A major factor limiting their use is gastrointestinal toxicity. Although endoscopic studies reveal that gastric or duodenal ulcers develop in 15 to 30 percent of patients who regularly take NSAIDs,[2] the chief concern is clinically important gastrointestinal problems, such as bleeding. It has been estimated that more than 100,000 patients are hospitalized and 16,500 die each year in the United States as a result of NSAID-associated gastrointestinal events.[3,4]

Most NSAIDs inhibit both cyclooxygenase-1 and cyclooxygenase-2, isoenzymes involved in the synthesis of prostaglandins.[5] Cyclooxygenase-1 is constitutively expressed and generates prostanoids involved in the maintenance of the integrity of gastrointestinal mucosa and platelet aggregation,[6] whereas at sites of inflammation, cyclooxygenase-2 is induced to generate prostaglandins that mediate inflammation and pain.[7] The antiinflammatory effects of nonselective NSAIDs (those that inhibit both cyclooxygenase-1 and cyclooxygenase-2) therefore appear to be mediated through the inhibition of cyclooxygenase-2,[8] whereas their harmful effects in the gastrointestinal tract as well as their antiplatelet effects are believed to occur primarily through the inhibition of cyclooxygenase-1.[5]

Agents that selectively inhibit cyclooxygenase-2 have antiinflammatory and analgesic effects that are simi-

From the Institute for Work and Health, Mount Sinai Hospital, and the University Health Network, Toronto (C.B.); the Gastrointestinal Division, Department of Medicine, University of Southern California School of Medicine, Los Angeles (L.L.); Merck, Rahway, N.J. (A.R., D.S.); the Faculty of Medicine and Research Division, Universidad Nacional Autonoma de Mexico, and Hospital General de Mexico, Mexico City, Mexico (R.B.-V.); University of Texas–Houston School of Public Health, Houston (B.D.); the Department of Clinical Pharmacology, University of New South Wales and St. Vincent's Hospital, Sydney, Australia (R.D.); the Division of Rheumatology, Department of Medicine, Escola Paulista de Medicina, Universidade Federal de São Paulo, São Paulo, Brazil (M.B.F.); the Division of Gastroenterology, School of Medical and Surgical Sciences, University Hospital, Nottingham, United Kingdom (C.J.H.); the Division of Rheumatology and Clinical Immunology, University of Maryland, Baltimore (M.C.H.); Oslo City Department of Rheumatology, and Diakonhjemmet Hospital, Oslo, Norway (T.K.K.); and the Office of Clinical Research and Training, Northwestern University School of Medicine, Chicago (T.J.S.). Address reprint requests to Dr. Bombardier at the Institute for Work and Health, 250 Bloor St. E., Suite 702, Toronto, ON M4W 1E6, Canada, or at claire.bombardier@utoronto.ca.

Arthur Weaver, M.D., Arthritis Center of Nebraska, Lincoln, was another author.

Case 2:05-md-01657-EEF-DEK   Document 65410-2   Filed 07/27/16   Page 12 of 37

# COMPARISON OF UPPER GASTROINTESTINAL TOXICITY OF ROFECOXIB AND NAPROXEN IN PATIENTS WITH RHEUMATOID ARTHRITIS

Claire Bombardier, M.D., Loren Laine, M.D., Alise Reicin, M.D., Deborah Shapiro, Dr.P.H., Ruben Burgos-Vargas, M.D., Barry Davis, M.D., Ph.D., Richard Day, M.D., Marcos Bosi Ferraz, M.D., Ph.D., Christopher J. Hawkey, M.D., Marc C. Hochberg, M.D., Tore K. Kvien, M.D., and Thomas J. Schnitzer, M.D., Ph.D., for the VIGOR Study Group

## ABSTRACT

*Background*   Each year, clinical upper gastrointestinal events occur in 2 to 4 percent of patients who are taking nonselective nonsteroidal antiinflammatory drugs (NSAIDs). We assessed whether rofecoxib, a selective inhibitor of cyclooxygenase-2, would be associated with a lower incidence of clinically important upper gastrointestinal events than is the nonselective NSAID naproxen among patients with rheumatoid arthritis.

*Methods*   We randomly assigned 8076 patients who were at least 50 years of age (or at least 40 years of age and receiving long-term glucocorticoid therapy) and who had rheumatoid arthritis to receive either 50 mg of rofecoxib daily or 500 mg of naproxen twice daily. The primary end point was confirmed clinical upper gastrointestinal events (gastroduodenal perforation or obstruction, upper gastrointestinal bleeding, and symptomatic gastroduodenal ulcers).

*Results*   Rofecoxib and naproxen had similar efficacy against rheumatoid arthritis. During a median follow-up of 9.0 months, 2.1 confirmed gastrointestinal events per 100 patient-years occurred with rofecoxib, as compared with 4.5 per 100 patient-years with naproxen (relative risk, 0.5; 95 percent confidence interval, 0.3 to 0.6; P<0.001). The respective rates of complicated confirmed events (perforation, obstruction, and severe upper gastrointestinal bleeding) were 0.6 per 100 patient-years and 1.4 per 100 patient-years (relative risk, 0.4; 95 percent confidence interval, 0.2 to 0.8; P=0.005). The incidence of myocardial infarction was lower among patients in the naproxen group than among those in the rofecoxib group (0.1 percent vs. 0.4 percent; relative risk, 0.2; 95 percent confidence interval, 0.1 to 0.7); the overall mortality rate and the rate of death from cardiovascular causes were similar in the two groups.

*Conclusions*   In patients with rheumatoid arthritis, treatment with rofecoxib, a selective inhibitor of cyclooxygenase-2, is associated with significantly fewer clinically important upper gastrointestinal events than treatment with naproxen, a nonselective inhibitor. (N Engl J Med 2000;343:1520-8.)

©2000, Massachusetts Medical Society.

NONSTEROIDAL antiinflammatory drugs (NSAIDs) are among the most commonly used medications in the world.[1] A major factor limiting their use is gastrointestinal toxicity. Although endoscopic studies reveal that gastric or duodenal ulcers develop in 15 to 30 percent of patients who regularly take NSAIDs,[2] the chief concern is clinically important gastrointestinal problems, such as bleeding. It has been estimated that more than 100,000 patients are hospitalized and 16,500 die each year in the United States as a result of NSAID-associated gastrointestinal events.[3,4]

Most NSAIDs inhibit both cyclooxygenase-1 and cyclooxygenase-2, isoenzymes involved in the synthesis of prostaglandins.[5] Cyclooxygenase-1 is constitutively expressed and generates prostanoids involved in the maintenance of the integrity of gastrointestinal mucosa and platelet aggregation,[6] whereas at sites of inflammation, cyclooxygenase-2 is induced to generate prostaglandins that mediate inflammation and pain.[7] The antiinflammatory effects of nonselective NSAIDs (those that inhibit both cyclooxygenase-1 and cyclooxygenase-2) therefore appear to be mediated through the inhibition of cyclooxygenase-2,[8] whereas their harmful effects in the gastrointestinal tract as well as their antiplatelet effects are believed to occur primarily through the inhibition of cyclooxygenase-1.[5]

Agents that selectively inhibit cyclooxygenase-2 have antiinflammatory and analgesic effects that are simi-

From the Institute for Work and Health, Mount Sinai Hospital, and the University Health Network, Toronto (C.B.); the Gastrointestinal Division, Department of Medicine, University of Southern California School of Medicine, Los Angeles (L.L.); Merck, Rahway, N.J. (A.R., D.S.); the Faculty of Medicine and Research Division, Universidad Nacional Autonoma de Mexico, and Hospital General de Mexico, Mexico City, Mexico (R.B.-V.); University of Texas–Houston School of Public Health, Houston (B.D.); the Department of Clinical Pharmacology, University of New South Wales and St. Vincent's Hospital, Sydney, Australia (R.D.); the Division of Rheumatology, Department of Medicine, Escola Paulista de Medicina, Universidade Federal de São Paulo, São Paulo, Brazil (M.B.F.); the Division of Gastroenterology, School of Medical and Surgical Sciences, University Hospital, Nottingham, United Kingdom (C.J.H.); the Division of Rheumatology and Clinical Immunology, University of Maryland, Baltimore (M.C.H.); Oslo City Department of Rheumatology, and Diakonhjemmet Hospital, Oslo, Norway (T.K.K.); and the Office of Clinical Research and Training, Northwestern University School of Medicine, Chicago (T.J.S.). Address reprint requests to Dr. Bombardier at the Institute for Work and Health, 250 Bloor St. E., Suite 702, Toronto, ON M4W 1E6, Canada, or at claire.bombardier@utoronto.ca.

Arthur Weaver, M.D., Arthritis Center of Nebraska, Lincoln, was another author.

The New England Journal of Medicine
Downloaded from nejm.org at UC SHARED JOURNAL COLLECTION on March 13, 2014. For personal use only. No other uses without permission.
Copyright © 2000 Massachusetts Medical Society. All rights reserved.

**Annals of Internal Medicine** | ARTICLE

# Gastrointestinal Tolerability and Effectiveness of Rofecoxib versus Naproxen in the Treatment of Osteoarthritis
## A Randomized, Controlled Trial

Jeffrey R. Lisse, MD; Monica Perlman, MD, MPH; Gunnar Johansson, MD; James R. Shoemaker, DO; Joy Schechtman, DO; Carol S. Skalky, BA; Mary E. Dixon, BS; Adam B. Polis, MA; Arthur J. Mollen, DO; and Gregory P. Geba, MD, MPH, for the ADVANTAGE Study Group*

**Background:** Gastrointestinal (GI) toxicity mediated by dual cyclooxygenase (COX)-1 and COX-2 inhibition of nonsteroidal anti-inflammatory drugs (NSAIDs) can cause serious alterations of mucosal integrity or, more commonly, intolerable GI symptoms that may necessitate discontinuation of therapy. Unlike NSAIDs, rofecoxib targets only the COX-2 isoform.

**Objective:** To assess the tolerability of rofecoxib compared with naproxen for treatment of osteoarthritis.

**Design:** Randomized, controlled trial.

**Setting:** 600 office and clinical research sites.

**Patients:** 5557 patients (mean age, 63 years) with a baseline diagnosis of osteoarthritis of the knee, hip, hand, or spine.

**Intervention:** Rofecoxib, 25 mg/d, or naproxen, 500 mg twice daily. Use of routine medications, including aspirin, was permitted.

**Measurements:** Discontinuation due to GI adverse events (primary end point) and use of concomitant medication to treat GI symptoms (secondary end point). Efficacy was determined by patient-reported global assessment of disease status and the Australian/Canadian Osteoarthritis Hand Index, as well as discontinuations due to lack of efficacy. Patients were evaluated at baseline and at weeks 6 and 12.

**Results:** Rates of cumulative discontinuation due to GI adverse events were statistically significantly lower in the rofecoxib group than in the naproxen group (5.9% vs. 8.1%; relative risk, 0.74 [95% CI, 0.60 to 0.92]; $P = 0.005$), as were rates of cumulative use of medication to treat GI symptoms (9.1% vs. 11.2%; relative risk, 0.79 [CI, 0.66 to 0.96]; $P = 0.014$). Subgroup analysis of patients who used low-dose aspirin (13%) and those who previously discontinued using arthritis medication because of GI symptoms (15%) demonstrated a relative risk similar to the overall sample for discontinuation due to GI adverse events (relative risk, 0.56 [CI, 0.31 to 1.01] and 0.53 [CI, 0.34 to 0.84], respectively). No statistically significant difference was observed between treatments for efficacy in treating osteoarthritis or for occurrence of other adverse events.

**Conclusions:** In patients with osteoarthritis treated for 12 weeks, rofecoxib, 25 mg/d, was as effective as naproxen, 500 mg twice daily, but had statistically significantly superior GI tolerability and led to less use of concomitant GI medications. Benefits of rofecoxib in subgroup analyses were consistent with findings in the overall sample.

*Ann Intern Med. 2003;139:539-546.*                    www.annals.org
For author affiliations, see end of text.
* For members of the ADVANTAGE (Assessment of Differences between Vioxx and Naproxen To Ascertain Gastrointestinal Tolerability and Effectiveness) Study Group, see the Appendix, available at www.annals.org.

O steoarthritis usually affects older persons who frequently take many medications for comorbid conditions (1–3). Patients with osteoarthritis often use nonsteroidal anti-inflammatory drugs (NSAIDs) to treat symptoms because of the analgesic and anti-inflammatory effects of these drugs; in addition, NSAIDs are preferred to simple analgesics such as acetaminophen or mild opiates (4). Gastrointestinal (GI) toxicity is a common side effect of dual cyclooxygenase (COX)-1– and COX-2–inhibiting NSAIDs. In older patients, GI toxicity is increased by concomitant aspirin use, previous GI intolerability, and other comorbid conditions. The 2 main forms of NSAID-induced GI toxicity manifest as serious alterations in mucosal integrity (leading to perforations, ulcers, and GI bleeding) and GI intolerability, which is more common. Gastrointestinal intolerability is exemplified by dyspepsia, constipation, and abdominal pain that in its most severe form prompts discontinuation of therapy or initiation of treatment with GI protective agents.

Nonsteroidal anti-inflammatory drugs affect prostaglandin synthesis through dual inhibition of COX iso-

forms COX-1 and COX-2 (5–8). Cyclooxygenase-1 is responsible for producing prostanoids involved in GI mucosal protection and normal platelet function, while COX-2 leads to the production of prostaglandins that mediate pain and inflammation (9–11). Gastrointestinal toxicity induced by NSAIDs is thought to be principally caused by inhibition of COX-1 (12, 13). Rofecoxib is a COX-2 selective inhibitor and spares COX-1 inhibition. A pooled analysis of 8 efficacy trials in osteoarthritis and a large prospective study of outcomes in rheumatoid arthritis showed that rofecoxib maintained efficacy and resulted in a significantly lower incidence of serious GI toxicity compared with nonspecific dual COX inhibitors (14, 15).

We prospectively compared rofecoxib and a dual COX-inhibiting NSAID (naproxen) in relatively unselected patients with characteristics typical of persons seen in clinical practice. Our study sample included elderly patients with comorbid conditions. Forty-nine percent had hypertension, 60% had a history of cardiovascular events, and 47% had a history of GI events, including previous discontinuation of therapy with arthritis medication because of GI symptoms (15%).

Downloaded From: http://annals.org/ by a UCLA Biomedical Lib/Serials User on 03/15/2014

vip

CURRENT MEDICAL RESEARCH AND OPINION®
VOL. 23, NO. 9, 2007, 2063–2070

0300-7995
doi:10.1185/030079907X218526

© 2007 LIBRAPHARM LIMITED

All rights reserved: reproduction in whole or part not permitted

ORIGINAL ARTICLE

# The VIOXX in prostate cancer prevention study: cardiovascular events observed in the rofecoxib 25 mg and placebo treatment groups*

Janet van Adelsberg[a], Peter Gann[b], Amy T. Ko[a],
Jan-Erik Damber[c], Christopher Logothetis[d], Michael
Marberger[e], Bernd J. Schmitz-Dräger[f], Andrea Tubaro[g],
Celia J. Harms[a] and Claus Roehrborn[h]

[a]Merck Research Laboratories, Rahway, NJ, USA
[b]Department of Pathology, University of Chicago, Chicago, IL, USA
[c]Department of Urology, Sahlgrenska University, Gothenburg, Sweden
[d]Genitourinary Medical Oncology, MD Anderson Cancer Center, Houston, TX, USA
[e]Department of Urology, University of Vienna, Austria
[f]Department of Urology, EuroMed Clinic, Fürth, Germany
[g]Department of Urology, La Sapienza University, Rome, Italy
[h]Department of Urology, University of Texas, Dallas, USA

Address for correspondence: Janet van Adelsberg, MD, Merck & Co., Inc., RY34B-280,
P.O. Box 2000, Rahway, NJ 07065, USA. Tel.: +1 732 594 9349; Fax: +1 732 594 8140;
janet_vanadelsberg@merck.com

Key words: Cardiovascular – Prostate cancer – Rofecoxib – Safety

## ABSTRACT

Background: A double-blind, randomized, placebo-controlled study was designed to determine the cumulative incidence of developing prostate cancer over 6 years of treatment with rofecoxib 25 mg/day versus placebo. Before completion, this trial was terminated following the voluntary withdrawal of rofecoxib. (On September 30, 2004, Merck & Co., Inc. announced the voluntary worldwide withdrawal of rofecoxib from the market.) Here we report the cardiovascular (CV) safety data collected from this study.

Methods: A total of 4741 men (44–81 years old) exhibiting prostate-specific antigen levels (PSA) between 2.5 and 10 ng/mL were enrolled. Patients were stratified by PSA level and use of low-dose aspirin (LDA), then randomized to rofecoxib 25 mg ($n = 2369$) or placebo ($n = 2372$). Safety data were analyzed in all patients receiving ≥1 dose of study medication. All reported thrombotic CV events occurring on-treatment or within 14 days after study drug discontinuation were adjudicated by an independent panel of clinical experts blinded to treatment assignment. Rates per 100 patient-years and relative risk (RR) of thrombotic CV events, rofecoxib vs. placebo, were determined.

Results: Approximately 36% of patients had ≥2 CV risk factors or LDA indicated. Median treatment duration was 4.14 (range: 0.03–15.90) months. Twenty-nine patients (14 rofecoxib, rate 1.27; 15 placebo, rate 1.36) experienced confirmed thrombotic CV events; RR 0.94 (95% CI: 0.45, 1.94) vs. placebo. Four patients (one rofecoxib; three placebo) died due to a confirmed thrombotic event. Significantly more patients receiving rofecoxib ($n = 20$; 0.8%) experienced hypertension-related adverse events versus placebo ($n = 2$; 0.1%). There were no cases of congestive heart failure.

Conclusions: Rofecoxib 25 mg and placebo demonstrated similar risk of thrombotic CV events in this limited dataset.

---

* Clinical protocol registered at: http://www.clinicaltrials.gov/show/NCT00060476

RIGHTSLINK®

ARTHRITIS & RHEUMATISM
Vol. 54, No. 11, November 2006, pp 3390–3398
DOI 10.1002/art.22219
© 2006, American College of Rheumatology

# Simultaneous Assessment of Short-Term Gastrointestinal Benefits and Cardiovascular Risks of Selective Cyclooxygenase 2 Inhibitors and Nonselective Nonsteroidal Antiinflammatory Drugs

## An Instrumental Variable Analysis

Sebastian Schneeweiss,[1] Daniel H. Solomon,[2] Philip S. Wang,[2] Jeremy Rassen,[2] and M. Alan Brookhart[2]

*Objective.* To simultaneously assess the short-term reduction in risk of gastrointestinal (GI) complications and increase in risk of acute myocardial infarction (MI) by celecoxib compared with rofecoxib and several nonselective nonsteroidal antiinflammatory drugs (NSAIDs) using instrumental variable analysis.

*Methods.* A population of 49,711 Medicare beneficiaries ages 65 years and older who initiated nonselective NSAID or selective cyclooxygenase 2 inhibitor therapy between January 1, 1999, and December 31, 2002, was identified. The increase in risk of GI complications and MI within 180 days after initiation of NSAID (rofecoxib, diclofenac, ibuprofen, and naproxen compared with celecoxib) therapy was assessed using instrumental variable analysis.

*Results.* Compared with nonselective NSAIDs, celecoxib reduced the risk of GI complications by 1.4 per 100 users but increased the risk of MI by 0.3 per 100 users. Rofecoxib decreased GI complications by 1.1 per 100 users and increased the risk of MI by 0.3 per 100 users. Using celecoxib as the reference exposure showed an increase in the MI risk for rofecoxib (risk difference [RD] 1.40, 95% confidence interval [95% CI] −0.20, 3.01) and diclofenac (RD 6.07, 95% CI −0.02, 12.15). The RD for naproxen as well as its upper 95% CI was the lowest of all NSAIDs (RD −0.30, 95% CI −2.74, 2.14) and there was no significant difference in GI complication rates among all NSAIDs.

*Conclusion.* In this instrumental variable analysis, diclofenac and rofecoxib had the least favorable benefit–risk balance among NSAIDs in older adults.

Dr. Schneeweiss' work was supported by the National Institute on Aging (grants R01-AG-021950 and R01-AG-023178) and the Agency for Healthcare Research and Quality (grant 2-R01-HS-10881). Dr. Schneeweiss is principal investigator at the Brigham and Women's DEcIDE Research Center, funded by the Agency for Healthcare Research and Quality. Dr. Solomon's work was supported by the Engalitcheff Award from the Arthritis Foundation and by NIH grant K23-AR-48616 from the National Institute of Arthritis and Musculoskeletal and Skin Diseases.

[1]Sebastian Schneeweiss, MD, ScD: Harvard Medical School and Harvard School of Public Health, Boston, Massachusetts; [2]Daniel H. Solomon, MD, MPH, Philip S. Wang, MD, DrPH, Jeremy Rassen, MS, M. Alan Brookhart, PhD: Harvard Medical School, Boston, Massachusetts.

Drs. Solomon and Schneeweiss have in the past received research funding from Merck and Pfizer to study the safety of selective cyclooxygenase 2 inhibitors; however, neither company funded this study.

Address correspondence and reprint requests to Sebastian Schneeweiss MD, ScD, Associate Professor of Medicine and Epidemiology, Harvard Medical School, Division of Pharmacoepidemiology and Pharmacoeconomics, Department of Medicine, Brigham and Women's Hospital, 1620 Tremont Street, Suite 3030, Boston, MA 021205. E-mail: schneeweiss@post.harvard.edu.

Submitted for publication May 10, 2006; accepted in revised form August 16, 2006.

The withdrawal of rofecoxib as a consequence of accumulating evidence of its cardiac risks (1–5) has subjected all nonsteroidal antiinflammatory drugs (NSAIDs), including the other marketed selective cyclooxygenase 2 (COX-2) inhibitor, to intensified scrutiny. A Food and Drug Administration advisory committee concluded that the safety profile of COX-2 selective and nonselective NSAIDs needed to be reevaluated with respect to cardiac as well as gastrointestinal (GI) events (6–8).

Although results of randomized controlled trials (RCTs) are available on the relative GI safety of selective COX-2 inhibitors (1,9) and their risk of acute

Approve Trial

*The* NEW ENGLAND JOURNAL *of* MEDICINE

---

ORIGINAL ARTICLE

---

# Cardiovascular Events Associated with Rofecoxib in a Colorectal Adenoma Chemoprevention Trial

Robert S. Bresalier, M.D., Robert S. Sandler, M.D., Hui Quan, Ph.D.,
James A. Bolognese, M.Stat., Bettina Oxenius, M.D., Kevin Horgan, M.D.,
Christopher Lines, Ph.D., Robert Riddell, M.D., Dion Morton, M.D.,
Angel Lanas, M.D., Marvin A. Konstam, M.D., and John A. Baron, M.D.,
for the Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators*

---

## ABSTRACT

From the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, Houston (R.S.B.); the Department of Medicine, University of North Carolina at Chapel Hill, Chapel Hill (R.S.S.); Merck Research Laboratories, West Point, Pa. (H.Q., J.A. Bolognese, B.O., K.H., C.L.); the Department of Pathology, Mount Sinai Hospital, Toronto (R.R.); the Department of Surgery, University of Birmingham, Birmingham, United Kingdom (D.M.); the Department of Medicine, Clinic University Hospital, Zaragoza, Spain (A.L.); the Department of Medicine, Tufts–New England Medical Center, Boston (M.A.K.); and the Departments of Medicine and Community and Family Medicine, Dartmouth Medical School, Hanover, N.H. (J.A. Baron). Address reprint requests to Dr. Bresalier at the Department of Gastrointestinal Medicine and Nutrition, University of Texas M.D. Anderson Cancer Center, 1515 Holcombe Blvd., Houston, TX 77030-4009, or at rbresali@mdanderson.org.

*The members of the APPROVe Trial are listed in the Appendix.

This article was published at www.nejm.org on February 15, 2005.

N Engl J Med 2005;352:1092-102.
*Copyright © 2005 Massachusetts Medical Society.*

**BACKGROUND**

Selective inhibition of cyclooxygenase-2 (COX-2) may be associated with an increased risk of thrombotic events, but only limited long-term data have been available for analysis. We report on the cardiovascular outcomes associated with the use of the selective COX-2 inhibitor rofecoxib in a long-term, multicenter, randomized, placebo-controlled, double-blind trial designed to determine the effect of three years of treatment with rofecoxib on the risk of recurrent neoplastic polyps of the large bowel in patients with a history of colorectal adenomas.

**METHODS**

A total of 2586 patients with a history of colorectal adenomas underwent randomization: 1287 were assigned to receive 25 mg of rofecoxib daily, and 1299 to receive placebo. All investigator-reported serious adverse events that represented potential thrombotic cardiovascular events were adjudicated in a blinded fashion by an external committee.

**RESULTS**

A total of 46 patients in the rofecoxib group had a confirmed thrombotic event during 3059 patient-years of follow-up (1.50 events per 100 patient-years), as compared with 26 patients in the placebo group during 3327 patient-years of follow-up (0.78 event per 100 patient-years); the corresponding relative risk was 1.92 (95 percent confidence interval, 1.19 to 3.11; P=0.008). The increased relative risk became apparent after 18 months of treatment; during the first 18 months, the event rates were similar in the two groups. The results primarily reflect a greater number of myocardial infarctions and ischemic cerebrovascular events in the rofecoxib group. There was earlier separation (at approximately five months) between groups in the incidence of nonadjudicated investigator-reported congestive heart failure, pulmonary edema, or cardiac failure (hazard ratio for the comparison of the rofecoxib group with the placebo group, 4.61; 95 percent confidence interval, 1.50 to 18.83). Overall and cardiovascular mortality was similar in the two groups.

**CONCLUSIONS**

Among patients with a history of colorectal adenomas, the use of rofecoxib was associated with an increased cardiovascular risk.

Downloaded from www.nejm.org at BROWN UNIVERSITY SCIENCES LIBRARY on November 15, 2008 .
Copyright © 2005 Massachusetts Medical Society. All rights reserved.

Therapeutics

# Rofecoxib increased risk of CV events in patients with history of colorectal adenomas ≥1 year after stopping treatment

## STUDY DESIGN

**Design:** randomised controlled trial (RCT) (The Adenomatous Polyp Prevention on Vioxx [APPROVe] study). ClinicalTrials.gov NCT0282386.

**Allocation:** unclear.*

**Blinding:** blinded (patients, clinicians, and outcome assessors).*

## STUDY QUESTION

**Setting:** 108 centres worldwide.

**Patients:** 2587 patients ≥40 years of age (mean age 59 y, 62% men) who had ≥1 histologically confirmed large bowel adenoma removed in the 12 weeks before study entry and no known remaining polyps in the bowel after complete colonoscopy. Exclusion criteria included need for chronic non-steroidal anti-inflammatory drug treatment; uncontrolled hypertension (>165/95 mm Hg); angina or congestive heart failure; myocardial infarction (MI), coronary angioplasty, or coronary arterial bypass grafting in the past year; and stroke or transient ischaemic attack in the past 2 years.

**Intervention:** rofecoxib, 25 mg/day (n = 1287), or matching placebo (n = 1300) for 3 years.

**Outcomes:** included the composite end point of MI, stroke, or vascular death; vascular death; and all-cause mortality.

**Follow-up period:** median 4.4 years (≥1 y after stopping treatment).

**Patient follow-up:** 84% (intention-to-treat analysis).

## MAIN RESULTS

The study stopped 2 months early based on recommendations from the safety committee. The rofecoxib group had a higher incidence of the composite outcome than the placebo group (table); groups did not differ for vascular death or all-cause mortality (table).

## CONCLUSION

Rofecoxib increased risk of cardiovascular events in patients with history of colorectal adenomas ≥1 year after stopping treatment.

*See glossary.

ABSTRACTED FROM

Baron JA, Sandler RS, Bresalier RS, et al. Cardiovascular events associated with rofecoxib: final analysis of the APPROVe trial. *Lancet* 2008;872:1756–64.

**Correspondence to:** Professor J A Baron, Dartmouth Medical School, Lebanon, NH, USA; john.a.baron@dartmouth.edu

**Source of funding:** Merck Research Laboratories.

▶ Clinical impact ratings: Cardiology 6/7; Rheumatology 6/7; Oncology/Gastrointestinal 6/7; Gastroenterology 5/7

Rofecoxib *v* placebo in patients with history of colorectal adenomas*

| Outcomes | Rofecoxib | Placebo | At a median 4.4 years | |
|---|---|---|---|---|
| | | | RRI (95% CI) | NNH (CI) |
| Composite outcome† | 4.6% | 2.6% | 77% (17 to 167) | 50 (23 to 229) |
| Vascular death | 1.2% | 1.0% | 26% (−39 to 160) | Not significant |
| All-cause mortality | 2.8% | 2.2% | 31% (−20 to 112) | Not significant |

*Abbreviations defined in glossary. RRI, NNH, and CI calculated from control event rates and unadjusted hazard ratios in article.
†Myocardial infarction (2.6% *v* 1.4%), stroke (1.5% *v* 0.7%), or vascular death.

COMMENTARY

The APPROVe trial, which reported excessive thrombotic events in patients receiving rofecoxib for colorectal polyp prevention,[1] left 2 important questions unanswered. First, in the original study, excessive thrombotic events in the rofecoxib group occurred only after 18 months. This finding raises the possibility of a delayed cardio-thrombotic effect with rofecoxib. However, the analytical approach has been criticised and whether a latent period exists for cardiotoxicity with rofecoxib remains controversial.[2][3] Second, the original study reported events up to 14 days after stopping treatment. Therefore, an equally important question is whether the excess cardiothrombotic risk will persist long after treatment has stopped. To address these questions, Baron *et al* reanalysed

the thrombotic events associated with rofecoxib in the intention-to-treat population without the 14-day censoring that was previously used. In addition, they reported risk in those who had stopped treatment for ≥1 year. In the reanalysis, an early increase in risk was seen and the hazard for developing thrombotic events did not substantially change over time. Consequently, the notion that a latent period exists in cardiothrombotic risk with rofecoxib is not supported by this study. Importantly, the study showed that risk persists for 1 year after cessation of treatment. It still needs to be determined whether similar findings are evident in other long-term RCTs of COX-2 selective non-steroidal anti-inflammatory drugs. If so, they would have important implications for the use of

these drugs in patients with pre-existing vascular risk factors.

Francis K L Chan, MD
Chinese University of Hong Kong,
Hong Kong, China

1. Bresalier RS, Sandler RS, Quan H, *et al*, for the Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. *N Engl J Med* 2005;352:1092–102.
2. Nissen SE. Adverse cardiovascular effects of rofecoxib [letter]. *N Engl J Med* 2006;355:203–4; author reply 203–5.
3. Furberg CD. Adverse cardiovascular effects of rofecoxib [letter]. *N Engl J Med* 2006;355:204; author reply 204–5.

PHARMACOEPIDEMIOLOGY AND DRUG SAFETY 2006; 15: 641–652
Published online 4 January 2006 in Wiley InterScience (www.interscience.wiley.com). DOI: 10.1002/pds.1192

## ORIGINAL REPORT

# Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications[†]

Priscilla Velentgas PhD[1]*, William West PhD[1], Carolyn C. Cannuscio ScD[3], Douglas J. Watson PhD[2] and Alexander M. Walker MD, DrPH[1]

[1]Ingenix i3 Drug Safety, Auburndale, MA, USA
[2]Department of Epidemiology, Merck Research Laboratories, West Point, PA, USA
[3]Robert Wood Johnson Health and Society Scholars Program, University of Pennsylvania, Philadelphia, PA, USA

## SUMMARY

**Purpose**  The purpose of this study was to estimate rates of acute coronary syndrome (ACS), and sudden cardiac death in relation to use of rofecoxib, celecoxib, naproxen, diclofenac, and ibuprofen.
**Methods**  We conducted a retrospective cohort study among 424 584 health plan enrollees ages 40–64 who used non-aspirin non-steroidal anti-inflammatory drugs (NANSAIDs) by prescription from 1999 to 2001. We used automated medical and pharmacy claims data to compute person-time exposed to study drugs, and to identify hospitalizations for ACS. The primary endpoint was ACS, inclusive of myocardial infarction (MI), unstable angina, and sudden cardiac death as identified through claims data and confirmed through hospital medical records, or through the National Death Index.
**Results**  Compared with ibuprofen or diclofenac use, the relative risk (RR) of ACS during periods of current rofecoxib use was 1.35 (95%CI 1.09–1.68). For current use of celecoxib, the RR was 1.03 (95%CI 0.83–1.27). Risks in the first 30 days of rofecoxib and celecoxib use were modestly elevated. Rofecoxib use at the 25 mg/day (modal) dose was associated with an elevated risk of ACS (RR 1.54, 95%CI 1.15–2.04), while use at 26–50 mg/day (>modal) was not (RR 0.81, 95%CI 0.41–1.60). There were no increased risks with modal or greater than modal doses of celecoxib or naproxen compared with all doses of ibuprofen or diclofenac combined.
**Conclusions**  The incidence of ACS was 1.35 times greater during rofecoxib use than use of ibuprofen or diclofenac. No statistically significant elevation in risk was observed with celecoxib use. Naproxen use was not associated with risk of ACS. Copyright © 2006 John Wiley & Sons, Ltd.

KEY WORDS — COX-2 inhibitors; NSAIDs; acute coronary syndrome (ACS); myocardial infarction (MI)

## INTRODUCTION

Merck's withdrawal of rofecoxib from the market in September 2004 was based on results of the APPROVe adenomatous polyp prevention trial, which showed an increased risk of thrombotic cardiovascular events for patients taking 25 mg rofecoxib compared with placebo that became evident after 18 months of treatment.[1] Rather than ending the debate regarding the cardiovascular risks of rofecoxib and other COX-2 inhibitors, this event precipitated a groundswell of concern regarding a potential class effect of these medications, as well as raising new questions about the safety of non-selective NSAIDs. More recently, results of a clinical trial of celecoxib in colorectal adenoma prevention, and the second of two

---

* Correspondence to: Dr P. Velentgas, i3 Drug Safety, Riverside Center, Suite 3-122, 275 Grove St., Auburndale, MA 02466, USA.
E-mail: priscilla.velentgas@i3drugsafety.com
†No conflict of interest was declared.
Contract grant sponsor: Merck and Co, Inc.

Received 3 March 2004
Revised 22 July 2005
Accepted 2 August 2005

Copyright © 2006 John Wiley & Sons, Ltd.

OPEN ACCESS Freely available online

PLoS MEDICINE

# Cardiovascular Risk with Non-Steroidal Anti-Inflammatory Drugs: Systematic Review of Population-Based Controlled Observational Studies

Patricia McGettigan[1], David Henry[2,3,4]*

1 Hull York Medical School, Hull, United Kingdom, 2 Institute for Clinical Evaluative Sciences, Toronto, Ontario, Canada, 3 Department of Medicine, University of Toronto, Toronto, Ontario, Canada, 4 Discipline of Clinical Pharmacology, School of Medicine and Public Health, University of Newcastle, Newcastle, Australia

## Abstract

**Background:** Randomised trials have highlighted the cardiovascular risks of non-steroidal anti-inflammatory drugs (NSAIDs) in high doses and sometimes atypical settings. Here, we provide estimates of the comparative risks with individual NSAIDs at typical doses in community settings.

**Methods and Findings:** We performed a systematic review of community-based controlled observational studies. We conducted comprehensive literature searches, extracted adjusted relative risk (RR) estimates, and pooled the estimates for major cardiovascular events associated with use of individual NSAIDs, in different doses, and in populations with low and high background risks of cardiovascular events. We also compared individual drugs in pair-wise (within study) analyses, generating ratios of RRs (RRRs). Thirty case-control studies included 184,946 cardiovascular events, and 21 cohort studies described outcomes in >2.7 million exposed individuals. Of the extensively studied drugs (ten or more studies), the highest overall risks were seen with rofecoxib, 1.45 (95% CI 1.33, 1.59), and diclofenac, 1.40 (1.27, 1.55), and the lowest with ibuprofen, 1.18 (1.11, 1.25), and naproxen, 1.09 (1.02, 1.16). In a sub-set of studies, risk was elevated with low doses of rofecoxib, 1.37 (1.20, 1.57), celecoxib, 1.26 (1.09, 1.47), and diclofenac, 1.22 (1.12, 1.33), and rose in each case with higher doses. Ibuprofen risk was seen only with higher doses. Naproxen was risk-neutral at all doses. Of the less studied drugs etoricoxib, 2.05 (1.45, 2.88), etodolac, 1.55 (1.28, 1.87), and indomethacin, 1.30 (1.19, 1.41), had the highest risks. In pair-wise comparisons, etoricoxib had a higher RR than ibuprofen, RRR = 1.68 (99% CI 1.14, 2.49); and naproxen, RRR = 1.75 (1.16, 2.64); etodolac was not significantly different from naproxen and ibuprofen. Naproxen had a significantly lower risk than ibuprofen, RRR = 0.92 (0.87, 0.99). RR estimates were constant with different background risks for cardiovascular disease and rose early in the course of treatment.

**Conclusions:** This review suggests that among widely used NSAIDs, naproxen and low-dose ibuprofen are least likely to increase cardiovascular risk. Diclofenac in doses available without prescription elevates risk. The data for etoricoxib were sparse, but in pair-wise comparisons this drug had a significantly higher RR than naproxen or ibuprofen. Indomethacin is an older, rather toxic drug, and the evidence on cardiovascular risk casts doubt on its continued clinical use.

**Please see later in the article for the Editors' Summary.**

Citation: McGettigan P, Henry D (2011) Cardiovascular Risk with Non-Steroidal Anti-Inflammatory Drugs: Systematic Review of Population-Based Controlled Observational Studies. PLoS Med 8(9): e1001098. doi:10.1371/journal.pmed.1001098

Academic Editor: Brian L. Strom, University of Pennsylvania School of Medicine, United States of America

Received February 24, 2011; Accepted August 17, 2011; Published September 27, 2011

Copyright: © 2011 McGettigan, Henry. This is an open-access article distributed under the terms of the Creative Commons Attribution License, which permits unrestricted use, distribution, and reproduction in any medium, provided the original author and source are credited.

Funding: No specific funding was received for this study.

Competing Interests: The authors have declared that no competing interests exist.

Abbreviations: CI, confidence interval; NSAID, non-steroidal anti-inflammatory drug; RR, relative risk; RRR, ratio of relative risks

* E-mail: david.henry@ices.on.ca



## LETTERS

6. Lee IM, Cook NR, Gaziano JM, Gordon D, Ridker PM, Manson JE, Hennekens CH, Buring JE. A randomized trial of vitamin E in the primary prevention of cardiovascular disease in 39, 876 women: The Women's Health Study. American College of Cardiology Annual Scientific Session, 7 March 2005. Accessed at www.acc05online.acc.org/highlights/keyLectures.aspx?sessionId=80308&&class=7 on 23 March 2005.

7. Pastor-Barriuso R, Guallar E, Coresh J. Transition models for change-point estimation in logistic regression. Stat Med. 2003;22:1141-62. [PMID: 12652559]

8. Goetghebeur E, Pocock SJ. Detection and estimation of J-shaped risk-response relationships. Journal of the Royal Statistical Society [A]. 1995;158:107-21.

9. Egger M, Smith GD, Altman DG, eds. Systematic Reviews in Health Care. Meta-Analysis in Context. 2nd ed. London: BMJ Books; 2001.

10. Fang JC, Kinlay S, Beltrame J, Hikiti H, Wainstein M, Behrendt D, et al. Effect of vitamins C and E on progression of transplant-associated arteriosclerosis: a randomised trial. Lancet. 2002;359:1108-13. [PMID: 11943259]

11. Salonen JT, Nyyssonen K, Salonen R, Lakka HM, Kaikkonen J, Porkkala-Sarataho E, et al. Antioxidant Supplementation in Atherosclerosis Prevention (ASAP) study: a randomized trial of the effect of vitamins E and C on 3-year progression of carotid atherosclerosis. J Intern Med. 2000;248:377-86. [PMID: 11123502]

12. Salonen RM, Nyyssonen K, Kaikkonen J, Porkkala-Sarataho E, Voutilainen S, Rissanen TH, et al. Six-year effect of combined vitamin C and E supplementation on atherosclerotic progression: the Antioxidant Supplementation in Atherosclerosis Prevention (ASAP) Study. Circulation. 2003;107:947-53. [PMID: 12600905]

13. Lonn E, Yusuf S, Dzavik V, Doris C, Yi Q, Smith S, et al. Effects of ramipril and vitamin E on atherosclerosis: the study to evaluate carotid ultrasound changes in patients treated with ramipril and vitamin E (SECURE). Circulation. 2001;103:919-25. [PMID: 11181464]

14. Hodis HN, Mack WJ, LaBree L, Mahrer PR, Sevanian A, Liu CR, et al. Alpha-tocopherol supplementation in healthy individuals reduces low-density lipoprotein oxidation but not atherosclerosis: the Vitamin E Atherosclerosis Prevention Study (VEAPS). Circulation. 2002;106:1453-9. [PMID: 12234947]

15. Waters DD, Alderman EL, Hsia J, Howard BV, Cobb FR, Rogers WJ, et al. Effects of hormone replacement therapy and antioxidant vitamin supplements on coronary atherosclerosis in postmenopausal women: a randomized controlled trial. JAMA. 2002;288:2432-40. [PMID: 12435256]

16. Brown BG, Zhao XQ, Chait A, Fisher LD, Cheung MC, Morse JS, et al. Simvastatin and niacin, antioxidant vitamins, or the combination for the prevention of coronary disease. N Engl J Med. 2001;345:1583-92. [PMID: 11757504]

### Report of Specific Cardiovascular Outcomes of the ADVANTAGE Trial

**TO THE EDITOR:** In light of the attention that the article on the ADVANTAGE (Assessment of Differences between Vioxx and Naprosyn To Ascertain Gastrointestinal Tolerability and Effectiveness) study (1) has received, we thought it would be useful to provide additional information clarifying the specific vascular events that contributed to the aggregate end points reported and the process by which individual cases were assigned to those end points.

Lisse and colleagues (1) reported cardiovascular events in the ADVANTAGE study using 2 aggregate end points: confirmed thrombotic cardiovascular serious adverse experiences and the Antiplatelet Trialists' Collaboration (APTC) combined end point. The former included reports of myocardial infarction, unstable angina, sudden cardiac death, ischemic stroke, transient ischemic attack, peripheral arterial thrombosis, peripheral venous thrombosis, and pulmonary embolism that were confirmed by adjudication according to a prespecified program-wide standard operating procedure. This procedure was initiated in 1998 before the start of the ADVANTAGE

**Table 1. Summary of Confirmed Thrombotic Cardiovascular Serious Adverse Experiences in the ADVANTAGE Trial***

| Thrombotic Serious Cardiovascular Term | Rofecoxib Group (n = 2785), n (%) | Naproxen Group (n = 2772), n (%) |
|---|---|---|
| Patients with adverse event | 9 (0.32) | 12 (0.43) |
| Cardiac events | 8 (0.29) | 3 (0.11) |
|   Acute myocardial infarction | 5 (0.18) | 1 (0.04) |
|   Sudden cardiac death† | 2 (0.07) | 0 (0.00) |
|   Unstable angina pectoris | 1 (0.04) | 2 (0.07) |
| Cerebrovascular events | 1 (0.04) | 7 (0.25) |
|   Ischemic cerebrovascular stroke | 0 (0.00) | 6 (0.22) |
|   Transient ischemic attack | 1 (0.04) | 1 (0.04) |
| Peripheral venous events | 0 (0.00) | 2 (0.07) |
|   Peripheral venous thrombosis | 0 (0.00) | 2 (0.07) |

* Patients may be counted in more than one row but are counted only once within a row. ADVANTAGE = Assessment of Differences between Vioxx and Naprosyn To Ascertain Gastrointestinal Tolerability and Effectiveness.
† Sudden cardiac deaths were reported together with fatal myocardial infarctions in the study by Konstam and associates (4).

trial (2). The APTC combined end point included cardiovascular and hemorrhagic deaths and deaths of unknown cause, nonfatal myocardial ischemia, and nonfatal stroke (3) and was the prespecified end point in the pooled analyses of cardiovascular events with rofecoxib (4, 5).

All investigator reports of potential cardiac, cerebrovascular, or peripheral arterial or venous thrombotic events that used one of a set of prespecified adverse experience terms were prospectively adjudicated by external blinded panels of medical specialists for inclusion in the confirmed thrombotic and APTC end points. In addition, all deaths that did not meet criteria for this external adjudication were prospectively reviewed by a Merck cardiologist blinded to treatment assignment to determine whether the death met the broader APTC end point criteria. Tables 1 and 2 show the confirmed thrombotic cardiovascular serious adverse experiences and APTC combined end point events, respectively, from the ADVANTAGE trial as reported by Lisse and colleagues (1).

**Table 2. Summary of the Antiplatelet Trialists' Collaboration Combined End Point in the ADVANTAGE Trial***

| APTC Term | Rofecoxib Group (n = 2785), n (%) | Naproxen Group (n = 2772), n (%) |
|---|---|---|
| Patients with adverse event | 10 (0.36) | 7 (0.25) |
| Cardiac events | 7 (0.25) | 1 (0.04) |
|   Acute myocardial infarction | 5 (0.18) | 1 (0.04) |
|   Sudden cardiac death† | 2 (0.07) | 0 (0.00) |
| Cerebrovascular events | 0 (0.00) | 6 (0.22) |
|   Ischemic cerebrovascular stroke | 0 (0.00) | 6 (0.22) |
| Other events | 3 (0.11) | 0 (0.00) |
|   Arterial rupture | 1 (0.04) | 0 (0.00) |
|   Hemorrhagic stroke | 1 (0.04) | 0 (0.00) |
|   Unknown cause of death‡ | 1 (0.04) | 0 (0.00) |

* Patients may be counted in more than one row but are counted only once within a row. ADVANTAGE = Assessment of Differences between Vioxx and Naprosyn To Ascertain Gastrointestinal Tolerability and Effectiveness; APTC = Antiplatelet Trialists' Collaboration.
† Sudden cardiac deaths were reported together with fatal myocardial infarctions in the trial by Konstam and associates (4).
‡ The investigator-reported cause of death was hypertensive heart disease, based on autopsy findings. The U.S. Food and Drug Administration retrospectively reclassified the cause of death as sudden cardiac death.

Downloaded From: http://annals.org/ by a Brown University User on 10/06/2013

Curr Hypertens Rep (2010) 12:258–266
DOI 10.1007/s11906-010-0120-8

# Do the Blood Pressure Effects of Nonsteroidal Antiinflammatory Drugs Influence Cardiovascular Morbidity and Mortality?

**William J. Elliott**

Published online: 5 June 2010
© Springer Science+Business Media, LLC 2010

**Abstract** There are many theories about why selective inhibitors of the second isoform of cyclooxygenase (COX-2) increase cardiovascular risk. Although torcetrapib raises blood pressure and cardiovascular risk, it has been difficult to prove such a link for COX-2 inhibitors in randomized clinical trials. This review shows a significant correlation in placebo-controlled trials between the five agents' elevations in blood pressures and their rate ratios for cardiovascular events. A larger body of evidence arises from randomized clinical trial comparisons of selective versus nonselective inhibitors of COX-2, but these results are heterogeneous for naproxen versus other traditional agents. The best current trial evidence comes from the centrally adjudicated placebo-controlled trials of celecoxib for colonic polyps: If the blood pressure did not rise at 1 or 3 years after randomization, cardiovascular risk did not significantly increase. Many more data will become available in 2013, after the only prospective clinical trial involving cardiovascular end points is completed.

**Keywords** Meta-analysis · Celecoxib · Rofecoxib · Valdecoxib · Etoricoxib · Parecoxib · Lumiracoxib · COX-2 inhibitors · Incident hypertension · Composite cardiovascular end point

## Introduction

Selective inhibitors of the second isoform of cyclooxygenase (COX-2) were once very popular prescription medications

W. J. Elliott (✉)
Division of Pharmacology,
Pacific Northwest University of Health Sciences,
200 University Parkway,
Yakima, WA 98901, USA
e-mail: wj.elliott@yahoo.com

for osteoarthritis, rheumatoid arthritis, and many other causes of acute and chronic pain. Long-term data from longitudinal observational, cohort, and case-control studies, however, have generally shown a small but statistically significant increase in cardiovascular risk for users of COX-2 inhibitors, some nonselective nonsteroidal antiinflammatory drugs (NSAIDs) [1], and acetaminophen [2], compared with nonusers of these agents. These study designs rank lower in the hierarchy of medical evidence than clinical trials, however, because their conclusions are prone to various impossible-to-detect confounders, including indication bias.

In the United States, this increased cardiovascular risk has led to a major decrease in sales of COX-2 inhibitors (from $3.6 billion in 2000 to $1.5 billion in 2008), as well as the addition of a "black-box warning" to all prescription and over-the-counter NSAIDs, the survival of only a single COX-2 selective inhibitor, and a Scientific Statement from the American Heart Association that recommends use of COX-2 selective inhibitors only as the fifth and final option for treating musculoskeletal symptoms [3]. Other authoritative groups (particularly those primarily interested in rheumatology) feel that this recommendation overlooks the proven clinical effectiveness of the COX-2 inhibitors, as well as their better gastrointestinal safety and tolerability, compared with nonselective NSAIDs.

## The Search for An Etiology

The increases in cardiovascular risk associated with COX-2 inhibitors and some of the NSAIDs are small in absolute terms but significant in clinical importance, so the search for their etiology is difficult. Several hypotheses exist, but gathering data about each theory has become more challenging, or even impossible, as the number of COX-2

■ SPECIAL COMMUNICATION

# Risk of Cardiovascular Events Associated With Selective COX-2 Inhibitors

Debabrata Mukherjee, MD

Steven E. Nissen, MD

Eric J. Topol, MD

ASPIRIN AND NONSTEROIDAL anti-inflammatory agents (NSAIDs) have proven analgesic, anti-inflammatory, and antithrombotic properties but also have significant gastric toxicity. The gastrointestinal toxicity appears to be related to cyclooxygenase 1 (COX-1) inhibition.[1] In 1990, Fu et al[2] detected a novel COX protein in monocytes stimulated by interleukin, and a year later Kujubu et al[3] identified a gene with considerable homology to COX-1.

Identification of this COX-2 protein rekindled the efforts of the pharmaceutical industry to produce a safer analgesic and anti-inflammatory drug via selective inhibition of COX-2, and this class of agents was introduced in 1999. By October 2000, celecoxib and rofecoxib had sales exceeding $3 billion in the United States, and a prescription volume in excess of 100 million for the 12-month period ending in July 2000.[4]

The development of COX-2 inhibitors as anti-inflammatory agents without gastric toxicity is based on the premise that COX-1 predominates in the gastric mucosa and yields protective prostaglandins, whereas COX-2 is induced in inflammation and leads to pain, swelling, and discomfort. However, selective COX-2 inhibitors decrease vascular prostacyclin (PGI$_2$) production and may affect the balance between prothrombotic and antithrombotic eicosanoids.[5] Unlike the platelet inhibition afforded by COX-1 inhibitors, COX-2 inhibitors do not share this salutary antithrombotic property. In

Atherosclerosis is a process with inflammatory features and selective cyclooxygenase 2 (COX-2) inhibitors may potentially have antiatherogenic effects by virtue of inhibiting inflammation. However, by decreasing vasodilatory and antiaggregatory prostacyclin production, COX-2 antagonists may lead to increased prothrombotic activity. To define the cardiovascular effects of COX-2 inhibitors when used for arthritis and musculoskeletal pain in patients without coronary artery disease, we performed a MEDLINE search to identify all English-language articles on use of COX-2 inhibitors published between 1998 and February 2001. We also reviewed relevant submissions to the US Food and Drug Administration by pharmaceutical companies.

Our search yielded 2 major randomized trials, the Vioxx Gastrointestinal Outcomes Research Study (VIGOR; 8076 patients) and the Celecoxib Long-term Arthritis Safety Study (CLASS; 8059 patients), as well as 2 smaller trials with approximately 1000 patients each. The results from VIGOR showed that the relative risk of developing a confirmed adjudicated thrombotic cardiovascular event (myocardial infarction, unstable angina, cardiac thrombus, resuscitated cardiac arrest, sudden or unexplained death, ischemic stroke, and transient ischemic attacks) with rofecoxib treatment compared with naproxen was 2.38 (95% confidence interval, 1.39-4.00; P=.002). There was no significant difference in cardiovascular event (myocardial infarction, stroke, and death) rates between celecoxib and nonsteroidal anti-inflammatory agents in CLASS. The annualized myocardial infarction rates for COX-2 inhibitors in both VIGOR and CLASS were significantly higher than that in the placebo group of a recent meta-analysis of 23 407 patients in primary prevention trials (0.52%): 0.74% with rofecoxib (P=.04 compared with the placebo group of the meta-analysis) and 0.80% with celecoxib (P=.02 compared with the placebo group of the meta-analysis).

The available data raise a cautionary flag about the risk of cardiovascular events with COX-2 inhibitors. Further prospective trial evaluation may characterize and determine the magnitude of the risk.

*JAMA. 2001;286:954-959*                                www.jama.com

contrast, by decreasing vasodilatory and antiaggregatory PGI$_2$ production, COX-2 antagonists may tip the balance in favor of prothrombotic eicosanoids (eg, thromboxane A$_2$) and may

Author Affiliations: Department of Cardiovascular Medicine, The Cleveland Clinic Foundation, Cleveland, Ohio.

Corresponding Author and Reprints: Eric J. Topol, MD, Department of Cardiovascular Medicine, The Cleveland Clinic Foundation, F 25, 9500 Euclid Ave, Cleveland, OH 44195 (e-mail: topole@ccf.org).

©2001 American Medical Association. All rights reserved.

Downloaded From: http://jama.jamanetwork.com/ by a Brown University User  on 02/09/2014

Case 2:05-md-01657-EEF-DEK  Document 65410-2  Filed 07/27/16  Page 23 of 37
3/7/2014
Estimation of cardiovascular risk in an individual patient without known cardiovascular disease

# UpToDate

**Official reprint from UpToDate®**
www.uptodate.com ©2014 UpToDate®

 **Wolters Kluwer** Health

**Estimation of cardiovascular risk in an individual patient without known cardiovascular disease**

| Author | Section Editor | Deputy Editor |
|---|---|---|
| Peter WF Wilson, MD | Bernard J Gersh, MB, ChB, DPhil, FRCP, MACC | Brian C Downey, MD, FACC |

**Disclosures**

All topics are updated as new evidence becomes available and our peer review process is complete.
Literature review current through: Feb 2014. | This topic last updated: Jan 27, 2014.

**INTRODUCTION** — Atherosclerotic cardiovascular disease (CVD) is common in the general population, affecting the majority of adults past the age of 60 years. As a diagnostic category, CVD includes four major areas:

- Coronary heart disease (CHD) manifested by fatal or nonfatal myocardial infarction (MI), angina pectoris, and/or heart failure (HF)
- Cerebrovascular disease manifested by fatal or nonfatal stroke and transient ischemic attack
- Peripheral artery disease manifested by intermittent claudication and critical limb ischemia
- Aortic atherosclerosis and thoracic or abdominal aortic aneurysm

Although CHD is the most common manifestation of CVD, CHD represents only approximately 50 percent of the total number of first CVD events. The lifetime risk of CHD was illustrated in a study of 7733 participants, age 40 to 94, in the Framingham Heart Study who were initially free of CHD [1]. The lifetime risk for individuals at age 40 was 49 percent in men and 32 percent in women. Even those who were apparently free from disease at age 70 had a lifetime risk of 35 percent and 24 percent in men and women, respectively. The lifetime risk of CHD varies importantly with the aggregate risk factor burden (figure 1) [2]. (See 'Lifetime risk' below.)

Many risk factors for cardiovascular disease are modifiable by specific preventive measures. In the worldwide INTERHEART study of patients from 52 countries, nine potentially modifiable factors accounted for over 90 percent of the population-attributable risk of a first MI [3]. These included smoking, dyslipidemia, hypertension, diabetes, abdominal obesity, psychosocial factors (eg, depression, perceived stress, life events), daily consumption of fruits and vegetables, regular alcohol consumption, and regular physical activity. An overview of the multiple cardiovascular disease risk factors is presented separately. (See "Overview of the risk equivalents and established risk factors for cardiovascular disease".)

While a general estimate of the relative risk for CVD can be approximated by counting the number of traditional risk factors present in a patient, a more precise estimation of the absolute risk for a first CVD event is desirable when making treatment recommendations for a specific individual. The predictive value of risk factors and the use of multivariate risk models to estimate cardiovascular risk in an individual patient will be reviewed here. The use of the risk models in decision making for the management of hypercholesterolemia or initiation of aspirin therapy for primary prevention is discussed elsewhere. (See "Treatment of lipids (including hypercholesterolemia) in primary prevention", section on 'Deciding whom to treat' and "Benefits and risks of aspirin in secondary and primary prevention of cardiovascular disease".)

**WHO SHOULD UNDERGO ESTIMATION OF CARDIOVASCULAR DISEASE RISK?** — Certain individuals with established cardiovascular disease (CVD) or CVD risk equivalents are known to be at high risk of recurrent cardiovascular events and should be treated with appropriate secondary prevention measures. (See "Secondary prevention of cardiovascular disease".)

---

**REVIEW ARTICLE**

MECHANISMS OF DISEASE

# Mechanisms of Acute Coronary Syndromes and Their Implications for Therapy

Peter Libby, M.D.

From the Division of Cardiovascular Medicine, Department of Medicine, Brigham and Women's Hospital, Harvard Medical School, Boston. Address reprint requests to Dr. Libby at the Division of Cardiovascular Medicine, Department of Medicine, Brigham and Women's Hospital, Harvard Medical School, 77 Ave. Louis Pasteur, Boston, MA 02115, or at plibby@rics.bwh .harvard.edu.

N Engl J Med 2013;368:2004-13.
DOI: 10.1056/NEJMra1216063
Copyright © 2013 Massachusetts Medical Society.

ATHEROSCLEROTIC LESIONS IN HUMANS TYPICALLY FORM OVER THE course of years to decades, one of the longest incubation periods among human diseases. Despite the chronicity of atherosclerosis, thrombotic complications — the most dreaded clinical consequences of this disease — occur suddenly, and often without warning. Our familiarity with the disease has generally led us to accept this apparent paradox without wonder. What mechanisms explain the abrupt transition from stable ischemic heart disease or asymptomatic atherosclerosis to acute coronary syndromes? This review examines our current understanding of the mechanisms underlying these syndromes. According to the traditional view, progressive stenosis narrows the lumen of an atherosclerotic coronary artery to such an extent that a small platelet thrombus could occlude the vessel completely. Thus, an occlusive thrombus complicating a high-grade stenosis would arrest flow and cause ST-segment elevation myocardial infarction. Acute coronary syndromes without ST-segment elevation would result from an incomplete or transient obstruction of flow in the culprit coronary artery at a site of critical stenosis.

These concepts have governed our traditional approaches to atherosclerosis therapy. Our diagnostic tools generally evaluate the ischemia that results from established, fixed stenosis (e.g., stress testing and perfusion scanning) or visualize the stenosis itself by means of arteriography. Our treatments have targeted the stenosis with the use of percutaneous intervention or bypass surgery.

## PATHOGENESIS OF ACUTE CORONARY SYNDROMES

Findings from clinical and pathological studies have challenged these commonly held notions of the pathophysiological features of coronary atherosclerosis and its treatment.[2-4] Surprisingly, serial angiographic studies have revealed that the plaque at the site of the culprit lesion of a future acute myocardial infarction often does not cause stenosis that, as seen on the antecedent angiogram, is sufficiently severe to limit flow. Angiographic monitoring of responses to thrombolytic therapy has shown that after lysis of the offending thrombus, the underlying stenosis is often not the cause of the critical stenosis of the artery. In a prospective angiographic study involving patients undergoing percutaneous intervention for coronary artery disease, only half the subsequent events arose from lesions with sufficient stenosis to have warranted intervention at the time of revascularization.[5] Computed tomographic (CT) angiography, which permits evaluation of the arterial wall (not just the lumen), has shown that the characteristics of plaque associated with acute coronary syndromes include low attenuation (i.e., little or no calcification) and outward expansion of the artery wall, a process that tends to accommodate the growth of plaque while minimizing luminal encroachment.[6-8] Intravascular ultrasonography has shown that in acute coronary syndromes, the culprits often lie proximal to the sites of maximal stenosis — the traditional targets of revascularization therapies.[9]

The New England Journal of Medicine
Downloaded from nejm.org at LOS ANGELES (UCLA) on April 23, 2016. For personal use only. No other uses without permission.
Copyright © 2013 Massachusetts Medical Society. All rights reserved.

Symposium

● Journal of INTERNAL MEDICINE

doi: 10.1111/j.1365-2796.2008.01965.x

# The molecular mechanisms of the thrombotic complications of atherosclerosis

● **P. Libby**

*From the Division of Cardiovascular Medicine, Brigham and Women's Hospital, Harvard Medical School, Boston, MA, USA*

**Abstract.** Libby P (Brigham and Women's Hospital, Harvard Medical School, Boston, MA, USA). The molecular mechanisms of the thrombotic complications of atherosclerosis (Review). *J Intern Med* 2008; 263: 517–527

Our evolving knowledge of the cellular and molecular mechanisms underlying atherosclerosis has helped uncover the underlying causes behind thrombotic complications of this disease. Most fatal coronary thrombosis result from fibrous cap rupture or superficial erosion. Recent research has established a role for matrix metalloproteinases in the regulation of aspects of plaque structure related to propensity to disrupt and provoke thrombosis. Inflammatory pathways impinge on proteinase activity and aspects of oxidative stress that may favour plaque disruption. Novel molecular imaging strategies may permit visualization of proteinase activity *in vivo*, providing a new functional window on pathophysiology.

**Keywords:** cathepsin, collagen, extracellular matrix, fibrous cap, matrix metalloproteinase, plaque rupture.

Anatomopathological and clinical evidence that has accumulated over the past 20 years has caused us to reevaluate our traditional concepts of the pathogenesis of atherosclerosis. In particular, these data have challenged our notions of the mechanisms by which chronic stable or asymptomatic disease transitions to the acute thrombotic manifestations of atherosclerosis that bring patients to our attention as practitioners most dramatically. This article updates our previous contribution to this journal on the subject of inflammation in plaque pathogenesis [1].

Rather than a progressive stenosis to a chronically flow-limiting lesion, we now recognize that thrombotic complications result from physical disruption of the atherosclerotic plaque [2–4]. The major mechanisms that cause such disruption include rupture of the plaque's fibrous cap and superficial erosion of the endothelial monolayer (Fig. 1) [5]. The fibrous cap overlies the lipid core of the atheromatous, fatty plaque. The fracture of this structure exposes blood to procoagulants in the lipid core and triggers thrombosis. This mechanism accounts for some two-thirds to three-quarters of fatal acute myocardial infarctions, based on autopsy studies. Superficial erosion accounts for fatal coronary thrombosis in about 20–25% of cases.

## Basic inflammation biology and mechanisms that regulate the integrity of the atherosclerotic plaque's fibrous cap

Because of the fundamental role of plaque disruption in the acute coronary syndromes, our laboratory sought to make the link between this aspect of plaque complication and the vascular biology of inflammation that had occupied our laboratory and others over the years. We reasoned that understanding the local control of the metabolism of collagen, i.e. the major structural component of the plaque's fibrous cap, would provide insights into thrombotic complications.

To make the link with inflammation biology, we hypothesized that inflammatory mediators would decrease the synthesis of interstitial collagen, a

*European Heart Journal* (1997) 18, 911–918

# Psychosocial variables in female vs male patients with stable angina pectoris and matched healthy controls

## E. Billing*, P. Hjemdahl† and N. Rehnqvist*

*\*Department of Medicine, Danderyd Hospital, Danderyd, Sweden; †Department of Clinical Pharmacology, Karolinska Hospital, Stockholm, Sweden*

**Aim** This study was set up to evaluate psychosocial risk factors in patients with stable angina pectoris, with particular attention to gender differences, as this has previously been studied mainly in relation to myocardial infarction in males.

**Material** Seven hundred and sixty-seven patients (236 women) were studied. They were selected from the 809 patients included in the Angina Prognosis Study in Stockholm (APSIS), and 50 matched healthy subjects.

**Method** Data were gathered by structured psychosocial interviews on inclusion into the APSIS study.

**Results** Patients with stable angina pectoris experienced significantly more stressful events, and suffered more frequently from disturbed and psychosomatic symptoms than healthy controls. At work they experienced less skill

discretion and less control. The patients had higher rating scores for hostility and lower levels of self-rated overall well-being. With regard to gender differences, women were more likely to suffer from the strain of work, psychosomatic symptoms, disturbed sleep and stressful events than male patients. Females rated less type A-behaviour and hostility than males.

**Conclusions** These findings suggest that previously known psychosocial risk factors for acute myocardial infarction are more common in patients with stable angina pectoris than in controls, and differ between female and male patients

*(Eur Heart J 1997; 18: 911–918)*

**Key Words:** Angina pectoris, psychosocial factors, sleep disturbances, psychosomatic symptoms, type-A behaviour, work strain, life satisfaction.

Downloaded from http://eurheartj.oxfordjournals.org/ by guest on April 23, 2016

## Introduction

Several studies have suggested that psychosocial factors influence the risk of developing ischaemic heart disease and its complications. In this field, most previous research has concentrated on men, and on patients with acute myocardial infarction[1,2]. Four clusters of psychosocial factors are commonly studied in association with ischaemic heart disease: (1) personality factors (type-A behaviour, neurotic personality), (2) stressful life events, and psychological demands (anxiety, depression, disturbed sleep), (3) work-related factors (physical and mental demands), and (4) social factors (education, social status, marital status). Post-infarction patients in several studies have been shown to have many of the above clusters of psychosocial risk factors[3].

Knowledge concerning psychosocial factors in patients with stable angina pectoris, on the other hand,

is sparse, as is knowledge concerning possible differences between male and female patients. As such factors are being increasingly acknowledged in the care of the patient, it is important to study both women and men.

The aim of this study was to evaluate whether psychosocial variables differ between patients with stable angina pectoris and matched healthy controls. Particular attention was paid to differences between the sexes. The parameters chosen were the strain of work, disturbed sleep, the number of accumulated stressful events, psychosomatic symptoms, type-A behaviour and life satisfaction. These variables have previously been considered to be important in the development of ischaemic heart disease[2–5].

## Material

### Patients

The present report concerns baseline data from a prospective study, the Angina Prognosis Study in

Revision submitted 19 May 1996, and accepted 28 May 1996.

*Correspondence:* Ewa Billing, Department of Medicine, Danderyd Hospital, S-182 88 Danderyd, Sweden.

0195-668X/97/060911+08 $18.00/0

© 1997 The European Society of Cardiology

 Official reprint from UpToDate®
www.uptodate.com ©2016 UpToDate® 

## Psychosocial factors in coronary and cerebral vascular disease

**Author**
Geoffrey H Tofler, MD

**Section Editor**
Jonathan M Silver, MD

**Deputy Editor**
David Solomon, MD

All topics are updated as new evidence becomes available and our peer review process is complete.
**Literature review current through: Mar 2016. | This topic last updated: Jan 21, 2016.**

**INTRODUCTION** — Although recent attention has focused on the role of psychosocial factors in the acute precipitation of myocardial infarction and sudden cardiac death, psychosocial factors may also contribute to the early development of atherosclerosis [1]. The link between psychologic stress and atherosclerosis may be both direct, via damage of the endothelium, and indirect, via aggravation of traditional risk factors such as smoking, hypertension, and lipid metabolism.

Unfortunately, human studies of stress and coronary atherosclerosis have been limited in scope, due primarily to the difficulty in quantifying the degree of atherosclerosis in asymptomatic subjects. Thus, although angiographic data suggest that more extensive atherosclerosis is seen in patients with type A personality [2], confounding issues limit the interpretation. Stronger epidemiologic studies have linked psychosocial factors such as bereavement, loss of job, and depression with hard end points such as myocardial infarction and sudden death [3]. One study which followed 1592 men and women for five years reported that the personality trait of submissiveness, a marker for type B behavior, was protective against nonfatal and total myocardial infarction, particularly in women (relative risk 0.59 and 0.69, respectively) [4].

**Depression screening** — Depression is associated with increased morbidity and mortality in patients with established coronary heart disease. We agree with the 2008 American Heart Association scientific advisory on Depression and Coronary Heart Disease which recommends screening for depressive symptoms in such patients [5]. (See "Screening for depression in adults".)

**STUDIES IN ANIMALS** — The best insights into the role of psychological stress in atherosclerosis come from animal studies, in particular a series of experiments using cynomolgus monkeys [6]. When fed a diet sufficiently rich in saturated fat and cholesterol, these monkeys develop atherosclerosis very rapidly with lesions similar to those seen in humans. Also similar to humans, premenopausal female monkeys are relatively protected from atherosclerosis.

These animals display complex patterns of social interaction characterized by hierarchies of dominant (aggressive) and subordinate (submissive) animals. Since the monkeys respond aggressively to new animals attempting to join their social groupings, the placement of strangers within groups forms the basis for a stressful challenge.

As an initial experiment, 30 animals consumed an atherogenic diet for 22 months [7]. Half of the animals were placed in a stable environment while the other half were moved to new animal groups at one to three month intervals. Animals placed in the latter unstable environment displayed more extreme versions of their behavior. When the coronary arteries were examined at the end of the study, the aggressive animals in the unstable group had more extensive atherosclerosis than did any of the other groups. The development of atherosclerosis was independent of differences in serum cholesterol or triglycerides or blood pressure. Even in normolipemic animals, there was more atherosclerosis in the aggressive animals that were placed in the disrupted social environment. In addition, the arteries of animals housed in an unstable social environment displayed more coronary vasoconstriction than those in a stable environment [8].

The investigators next evaluated the effect of heart rate reactivity to a standardized stress: displaying a large monkey catch-glove in a prominent and threatening manner [9]. Based on heart rate response, the animals were divided into high and low reactors. The high heart reactors had intimal lesions that were twice as extensive as those seen in low-reactors. In a later report, the administration of propranolol, in doses that produced a 20 percent

# COX-2 inhibitors (coxibs)

## GENERAL INFORMATION

The cyclo-oxygenase (COX) that is responsible for prostaglandin synthesis exists in two isoforms, COX-1 and COX-2, which differ in their structure, regulation, expression, and function. COX-1 is expressed normally in a constant amount in almost all body tissues and produces prostaglandins important for the maintenance of normal homeostasis. In particular, among other important functions, they help to protect the gastrointestinal mucosa against ulceration and regulate renal function and platelet activity. COX-1 appears to be largely unaffected by inflammatory stimuli. In contrast, the COX-2 isoform is constitutively expressed only in the brain, in bone (associated with osteoblast activity), in the female reproductive tract (associated with both the ovulatory cycle and implantation of fertilized ova), and in the kidney, where it mayn play an important role in regulating renal function. In many other cells COX-2 is expressed at very low levels or is undetectable, but it is readily induced by inflammatory cytokines, mitogens, and endotoxins. Therefore, prostaglandins generated by COX-2 mediate pain and inflammation in many tissues and probably also have a role in renal, brain, and reproductive physiology, and in tissue repair [1–4].

Traditional non-steroidal anti-inflammatory drugs (NSAIDs) inhibit both COX-1 and COX-2, providing benefit at sites of inflammation, but at the cost of potential adverse effects related to COX-1 inhibition, particularly in areas such as the gastrointestinal mucosa, platelets, and the kidney. The development of a drug that inhibits only COX-2 would offer the promise of relieving pain and inflammation without some, if not all, of these adverse effects. However, the concept that selective inhibition of COX-2 is only a positive event and inhibition of COX-1 a bad one may be simplistic, as it is flawed by many experimental data that have also implicated COX-2 as an integral component in the maintenance of physiological homeostasis [3]. In particular, COX-2 may reduce inflammation by generating anti-inflammatory prostanoids [5]; COX-2, like COX-1, may be present in normal gastric mucosa [6,7] and can play a physiological role there in defense mechanisms [8,9], and there is evidence that prostaglandins derived from COX-2 may be important in the healing of gastric ulcers [9–12]. Furthermore, COX-2 inhibition alone may be insufficient to resolve inflammation and pain [13], suggesting that COX-1 inhibition may play a role in reducing inflammation as well [14]. Although the relevance of these experimental observations to the possible beneficial role of COX-2 activity is uncertain, they cannot be simply dismissed.

Nearly all of the traditional NSAIDs are predominantly COX-1-selective. In fact, only two of them, meloxicam and nimesulide [1,2], have been shown to have some COX-2 selectivity in humans. Two other NSAIDs, etodolac and nabumetone, may be COX-2 preferential inhibitors, but the evidence is less convincing than for meloxicam or nimesulide. Unfortunately, despite their wide use, clinical and epidemiological evidence that supports the claim of better tolerability of these preferential inhibitors with respect to other NSAIDs, is scanty and even controversial [1,4]. Furthermore, for both meloxicam and nimesulide there are data consistent with reduced COX-2 selectivity at high doses, those usually used in clinical practice. These considerations have prompted research for more selective COX-2 inhibitors, and three compounds, celecoxib, parecoxib, and rofecoxib, have become available. These compounds are much more selective than previous preferential inhibitors and they have no effect on COX-1 (COX-1 sparing drugs) over the whole range of doses used and concentrations achieved in clinical use. In particular, they have been shown in humans to spare gastric COX-1 to a much greater extent than traditional NSAIDs.

Is there convincing evidence that COX-2-selective NSAIDs offer a distinct therapeutic advantage over non-selective ones? To prove the usefulness of these compounds, clinical studies should show:

- whether the COX-2 selective inhibitors are as effective as older NSAIDs in the relief of pain and/or inflammation;
- whether in the effective dosage range there is evidence of less damage to the mucosa of the upper gastrointestinal tract than with conventional NSAIDs;
- whether there are any effects on platelet in effective doses;
- whether unexpected adverse drug reactions compromise the safety of these compounds.

As far as the last of these criteria is concerned, the finding that rofecoxib increases the risk of cardiovascular disease (heart attacks and strokes) during long-term therapy has led to a reappraisal of the role of the COX-2 inhibitors. Furthermore, both rofecoxib and valdecoxib have been withdrawn by their manufacturers, the former because of its increase cardiovascular effects and the latter because of an increased risk of cardiovascular events after coronary artery bypass surgery and reports of potentially fatal skin reactions.

Celecoxib and rofecoxib have been evaluated in large randomized trials lasting from weeks to 1 year, for the relief of the signs and symptoms of osteoarthritis or rheumatoid arthritis in adults [1,15–21]. In all of these studies both compounds were more effective than placebo and at least as effective as traditional NSAIDs (that is ibuprofen, diclofenac, nabumetone, naproxen). However, there is less information about their efficacy as analgesics. A few randomized, double-blind trials have shown that both compounds are more effective than placebo; rofecoxib was as effective as non-selective NSAIDs (ibuprofen, naproxen) in relieving the pain of osteoarthritis or after dental surgery, but celecoxib was less effective [22–26]. Rofecoxib was also analgesic in patients with primary dysmenorrhea [27]. However, there are no published data on the usefulness of COX-2-selective NSAIDs in other types of acute pain, such as that related to acute gout, migraine, cancer, or biliary or ureteric colic.

© 2016 Elsevier B.V. All rights reserved.

Journal of the American College of Cardiology
© 2002 by the American College of Cardiology
Published by Elsevier Science Inc.

Vol. 39, No. 3, 2002
ISSN 0735-1097/02/$22.00
PII S0735-1097(01)01749-1

## PERSPECTIVE

# Why Do Cyclo-Oxygenase-2 Inhibitors Cause Cardiovascular Events?

Richard J. Bing, MD, Magdalena Lomnicka
*Pasadena, California*

This report confirms evidence that selective nonsteroidal anti-inflammatory drugs (NSAIDs), such as celecoxib, can lead to thrombotic cardiovascular events. Aspirin, a nonselective COX-1 (cyclo-oxygenase) and COX-2 inhibitor may result in gastric toxicity. For this reason, selective COX-2 inhibitors have been developed to reduce erosion of the gastric mucosa. Both selective and nonselective NSAIDs reduce prostacyclin formation in the infarcted heart; they accomplish this by tipping the balance of prostacyclin/thromboxane in favor of thromboxane, a prothrombotic eicosanoid. The relative increase in thromboxane, coupled with a diminution in prostacyclin in infarcted heart muscle, can lead to the development of thrombotic cardiovascular events. This may be prevented by the addition of a nitric oxide donor to NSAIDs. (J Am Coll Cardiol 2002;39:521–2) © 2002 by the American College of Cardiology

Cyclo-oxygenase (COX) or prostaglandin endoperoxidase H synthase inhibitors are important contributors to the treatment of arthritis and other inflammatory conditions. Cyclo-oxygenases catalyze the conversion of arachidonic acid and $O_2$ to $PGH_2$, the committed step in prostanoid synthesis (1). The two isoenzymes, COX-1 and COX-2, are encoded by separate genes located on different chromosomes. The COX-2 expression can be induced through multiple signaling pathways involving protein kinases A and C, tyrosine kinases and bacterial endotoxin, among others (1). Both isoenzymes are homodimeric, heme-containing glycosylated proteins with two catalytic sites (1). They are targets of nonselective nonsteroidal anti-inflammatory drugs (NSAIDs); aspirin, a nonselective NSAID, acts via COX-1 to inhibit platelet thromboxane $A_2$ formation and, therefore, lowers mortality from ischemic heart disease (1). Inhibition of COX-2 reduces inflammation, fever and probably colon cancer (2,3). Covalent modifications of COX enzymes by aspirin cause permanent inactivation of the enzyme (1). Because of their anti-inflammatory action, COX inhibitors have been selected for long-term treatment of inflammatory conditions. The COX-2 inhibitors predispose to erosion of the gastric mucosa with subsequent hemorrhage. Both COX-2 selective and nonselective COX inhibitors cause renal toxicity with papillary necrosis and interstitial nephritis (4).

Recently, Mukherjee et al. (5) analyzed clinical trials dealing with the effect of celecoxib and rofecoxib, two selective COX-2 inhibitors, on cardiovascular events. They concluded that these two inhibitors are responsible for a significant risk of cardiovascular thrombotic events. Based on one of the clinical trials (Vioxx Gastrointestinal Outcomes Research), they showed that the relative risk of developing thrombotic cardiovascular events such as myocardial infarction or unstable angina was high as compared to naproxen, a nonselective COX inhibitor (5). The investigators conclude that COX-2 inhibition favors prothrombotic events by tipping the balance of prostacyclin/thromboxane in favor of thromboxane, a prethrombotic eicosanoid (5). Experimental data have confirmed these conclusions.

The release of prostaglandins from ischemic tissue was first demonstrated by McGiff et al. (6). The heart metabolizes arachidonic acid into different prostaglandins (7), particularly prostacyclin (8). An increase in prostaglandins in canine coronary venous blood occurs during postocclusive reactive hyperemia (9). Acute myocardial ischemia not only increases prostacyclin but also thromboxane in coronary vein blood (10). Prostacyclin increases in microsomes prepared from infarcted myocardium (10). It is likely that macrophages are the main source of prostaglandins and thromboxane (11). Production of prostacyclin and thromboxane by the infarcted heart in situ occurs in conjunction with increased activation of the inducible form of nitric oxide-synthase (iNOS) (12). The induction of iNOS in the ischemic rabbit and human heart increases the coronary arterial-venous coronary difference of $NO_2$ and $NO_3$ ($NO_x$). Activation of iNOS occurs primarily by activated macrophages during the inflammatory phase (12).

Both nitric oxide (NO) and prostaglandins play an important role in the infarcted heart (2). Prostacyclin is a vasodilator that prevents cardiac arrhythmias and platelet aggregation; thromboxane, in contrast, promotes platelet aggregation, acts as a vasoconstrictor and initiates ventricular arrhythmias (2). Nitric oxide counteracts thromboxane, inhibits platelet aggregation and compensates for the NSAIDs' induced reduction of prostacyclin (2). Production

From the Huntington Medical Research Institutes, Department of Experimental Cardiology, Pasadena, California. This work was supported by grants from the Charles S. and Carmen DeMora Hale Foundation, the Patron Saint Foundation and the Ann Peppers Foundation.

Manuscript received October 11, 2001; accepted November 2, 2001.

Reviews and Overviews

# Treatment-Resistant Depression and Mortality After Acute Coronary Syndrome

Robert M. Carney, Ph.D.

Kenneth E. Freedland, Ph.D.

Depression is a risk factor for morbidity and mortality in patients with coronary heart disease, especially following acute coronary syndrome. Evidence from recent clinical trials suggests that treatment-resistant depression may be associated with a particularly high risk of mortality or cardiac morbidity in patients following acute coronary syndrome. This article reviews this evidence and considers possible explanations for this relationship. Directions for future research are also considered, with particular emphasis on efforts to elucidate the underlying mechanisms and to develop more efficacious treatments for depression in patients with coronary heart disease.

(Am J Psychiatry 2009; 166:410–417)

Depression is a risk factor for morbidity and mortality in coronary heart disease. A meta-analysis of 22 studies found that major depression more than doubles the risk of mortality after an acute myocardial infarction (1). There has been less research on the prognostic importance of depression after hospitalization for unstable angina, but in one study, depression increased the risk of nonfatal myocardial infarction or cardiac death more than fourfold after an episode of unstable angina (2). Thus, depression is a significant risk factor in both forms of acute coronary syndrome.

It has been clear for some time that the risk of mortality is not uniformly high among depressed acute coronary syndrome patients, but little progress has been made in differentiating between high- and low-risk forms of depression following acute coronary syndrome. However, converging evidence from several recent studies suggests the possibility that *treatment-resistant major depression* may be a distinctly high-risk form of depression in patients following acute coronary syndrome.

## Treatment-Resistant Depression

Treatment resistance has been defined in a variety of ways in the depression literature (3). Failure to respond to a single trial of monotherapy is the most inclusive definition, Thase and Rush's five-stage model (4) is the most restrictive, and failure to respond to two or more monotherapies is one of the most common. About 50% of depressed patients have an adequate response to antidepressant therapy, and about 15% have a partial response, but between 20% and 35% are classified as nonresponders (5). In addition, some patients actually become more severely depressed after the initiation of treatment. Thus, there is a wide range of responses to treatment of depression, extending from full remission to partial response, nonresponse, or deterioration.

Various approaches for overcoming treatment resistance have been tried, including sequential, combination, and augmentation therapies. The Sequenced Treatment Alternatives to Relieve Depression (STAR*D) trial is the largest effort to date to identify effective strategies for treating refractory depression under conditions similar to those encountered in clinical practice (6). Over 4,000 outpatients with nonpsychotic unipolar depression were enrolled in STAR*D. Many of them had psychiatric or medical comorbidities. All of the participants were initially treated with citalopram and given a higher dose (55 mg/day) for a longer duration (12 weeks) than is usually provided in routine care. Remission of depression was defined as a score of ≤7 on the 17-item Hamilton Depression Rating Scale (HAM-D) or ≤5 on the 16-item Quick Inventory of Depressive Symptomatology, Self-Report (QIDS-SR). Response was defined as a ≥50% reduction in the QIDS-SR score.

Two popular strategies for treating depression nonresponsive to this regimen were tested in the STAR*D trial: switching to a different antidepressant or augmenting citalopram with a second drug or with cognitive therapy. About 25% of patients whose depression did not respond to citalopram experienced remission after switching to a second antidepressant (7). A slightly higher percentage achieved remission after augmentation of citalopram with bupropion (7, 8). Thus, about 50% of the participants experienced remission, either during the initial citalopram-only phase or during the switching or augmentation phase. Response but not full remission was achieved in another 20%. Over 30% did not experience full remission even after trying two additional antidepressants or cognitive therapy for a total of up to four treatments. Those who did respond to either the third or fourth treatment had a high relapse rate (9). Antidepressant trials often produce more favorable outcomes than these, but most of them ex-

This article is the subject of a CME course (p. 501).

complexity short and long term mechanism

Available online at www.annclinlabsci.org

*Annals of Clinical & Laboratory Science, vol. 35, no.4, 2005*                    347

# *Review:* Cardiovascular Complications of Non-Steroidal Anti-Inflammatory Drugs

**Egil Fosslien**
Department of Pathology, College of Medicine, University of Illinois at Chicago, Chicago, Illinois

**Abstract.** Coxibs, such as rofecoxib, celecoxib, and valdecoxib, selectively inhibit cyclooxygenase (COX)-2, the mainly inducible, pro-inflammatory COX isoform. Unlike traditional non-steroidal anti-inflammatory drugs (NSAIDs) most coxibs do not significantly inhibit COX-1 and are therefore less toxic to the gastro-intestinal tract. Hence, coxibs widely replaced traditional NSAIDs for treatment of arthritis and other painful inflammatory conditions. In many, but not all, clinical studies, coxibs became associated with higher risks of myocardial infarction (MI) and stroke. Several mechanisms may be involved in the patho-genesis of such complications. First, selective inhibition of COX-1 lowers platelet synthesis of thromboxane (TXA$_2$), a thrombogenic and atherogenic eicosanoid. Selective inhibition of COX-2 limits endothelial cell synthesis of prostacyclin (PGI$_2$), an arachidonic acid product that opposes the effects of thromboxane. In apoE-/- mice, interruption of TXA$_2$ signaling by deletion of its receptor (TP) limits atherogenesis, whereas interruption of PGI2 signaling by deletion of its receptor (IP) accelerates atherogenesis. This suggests that selective inhibition of COX-2 can disrupt the physiological balance between thromboxane and prostacyclin and thus increase atherosclerosis, thrombogenesis, and the risk of cardiovascular complications. Second, COX inhibition can raise levels of arachidonic acid, which can inhibit mitochondrial oxidative phosphoryl-ation (OXPHOS) and increase OXPHOS generation of reactive oxygen species. Several NSAIDs, including coxibs and meloxicam, directly uncouple or inhibit OXPHOS. Studies of apoE-/- mice indicate that mitochondrial dysfunction plays an early role in atherogenesis. Third, many NSAIDs exhibit COX-independent properties. For example, in animal models, short-term treatment with celecoxib reduces monocyte chemotaxis by reducing expression of monocyte chemoattractant protein (MCP)-1. However, long-term treatment results in the opposite effect and accelerates atherogenesis. In conclusion, to reduce the risk of cardiovascular complications during long-term coxib therapy, low-dose aspirin supplementation should be considered. An alternative is to use a less COX-2-selective inhibitor such as meloxicam. Genotyping of -765 alleles of the COX-2 gene promoter and examining the polymorphism of other genes involved in eicosanoid metabolism or NSAID degradation may become helpful in predicting patients who are at higher risk of cardiovascular complications during selective COX-2 inhibitor therapy.

**Keywords:** NSAIDs, COX-2 inhibitors, coxibs, cardiovascular disease, myocardial infarction, arthritis, neoplasia, chemotherapy

## Introduction

Several, but not all, clinical studies have revealed an increased rate of cardiovascular complications after long-term use of coxibs such as rofecoxib, celecoxib, and valdecoxib, which are nonsteroidal anti-inflammatory drugs (NSAIDs) that selectively inhibit cyclooxygenase (COX)-2. Despite signif-icant variability of findings in these studies, the increased rates of myocardial infarction and stroke emerging from rofecoxib studies and cardiovascular complications found in celecoxib cancer prevention studies raise concerns about the cardiovascular safety of long-term treatment with coxibs, as well as traditional NSAIDs that inhibit both COX-1 and COX-2 [1-5].

Cyclooxygenase (COX)-2 expression is elevated at sites of inflammation such as in synovial tissues in rheumatoid arthritis, osteoarthritis, and ankyl-osing spondylitis [6]. Traditional, non-selective NSAIDs are effective in treating inflammation

Address correspondence to: Egil Fosslien, M.D., 502 Fairview Ave, Glen Ellyn, IL 60137, USA; tel 630 469 6824; e-mail efosslie@uic.edu.

01 Fosslien 347-385.indd  347                                        10/11/05  7:48:16 AM

**Annals of Internal Medicine**   Egilman Exhibit 7a   | LETTERS

COMMENTS AND RESPONSES

## Report of Specific Cardiovascular Outcomes of the ADVANTAGE Trial

TO THE EDITOR: In their letter to the editor, Braunstein and Polis (1) address the omission of important cardiovascular safety results from a 2003 report on the ADVANTAGE (Assessment of Differences between Vioxx and Naproxen To Ascertain Gastrointestinal Tolerability and Effectiveness) trial (2). The 2003 article, authored by Lisse and colleagues (including Polis), reported no statistically significant differences for any cardiovascular end points in comparisons of Vioxx (rofecoxib, Merck & Co., Inc., Whitehouse Station, New Jersey) and naproxen in a 12-week clinical trial. In fact, almost 3 years earlier, Merck gave the U.S. Food and Drug Administration (FDA) a data table that showed a statistically significant relative risk of 7.0 for cardiac events among patients receiving Vioxx compared with those receiving naproxen in the ADVANTAGE trial. The Merck data table is included in a 3-page letter (3) that was written in 2001 in response to the FDA's request for additional information regarding the ADVANTAGE trial. It shows 7 serious adverse cardiac events in patients receiving Vioxx (6 events adjudicated as myocardial infarction and 1 event adjudicated as a "sudden/unknown" death) and 1 adjudicated myocardial infarction in a patient receiving naproxen. In addition, another event that was "reported as hypertensive heart disease and death by Merck" was reclassified by the FDA in November 2001 as a "sudden/unknown" death, pushing the cardiac events for Vioxx to 8 (4).

Merck's letter and the FDA's reclassification are emphatic evidence of Merck's knowledge that the ADVANTAGE trial showed that Vioxx use caused an important and statistically significant excess risk for cardiac events, namely myocardial infarction and "sudden/unknown" death. Merck's omission of this important risk information from its 2003 article in *Annals* presents a serious public health hazard because it misled the medical community. Braunstein and Polis said that Merck's predefined procedures kept hypertensive heart disease and death from being externally adjudicated, which would explain their exclusion from the Antiplatelet Trialists' Collaboration "cardiac event" group. Because Merck defined a list of external adjudication events that excluded such relevant events as hypertensive heart disease, it was fortunate that the FDA adjudicated the case. Merck still omitted this information when they published the trial.

Underlying this already egregious omission of safety data is more deeply disturbing evidence of medicine that has run amok. Internal Merck documents reveal that the ADVANTAGE trial did not have a medical purpose. Instead, it was a "seeding trial," meant to seed the medical community with Merck's message that the trial was approved for the market. Thus, the deaths of trial patients receiving Vioxx were deaths in an unnecessary trial. The real participants in the trial were the physician "investigators" (nonparticipants served as controls) who were chosen to participate by Merck sales representatives (5). Merck intended to promote the drug to influential doctors and their patients and then analyze the prescribing information of these physician-investigators for marketing purposes. A Merck public relations supervisor instructed employees to avoid revealing the true purpose of the trial: "I eliminated the reference to seeding. It may be a seeding study, but let's not call it that in our internal documents" (6).

Merck's conduct in designing, conducting, analyzing, and publishing the ADVANTAGE trial is disturbing at best. The ethical ramifications of drug-related deaths in a "seeding trial" deserve a more thorough examination than is possible here. The practice of selectively reporting drug safety data is evidence for the need for complete and public disclosure—perhaps on the Internet—of clinical trial data for new drugs. If anything, ADVANTAGE teaches us that we cannot rely on drug companies to honestly report all of the important data.

David S. Egilman, MD, MPH
Amos H. Presler, BA
Brown University
Attleboro, MA 02703

Potential Financial Conflicts of Interest: *Expert testimony:* Dr. Egilman has served as an expert witness in Vioxx litigation. Mr. Presler is employed by Dr. Egilman.

References
1. Braunstein N, Polis A. Report of specific cardiovascular outcomes of the ADVANTAGE trial [Letter]. Ann Intern Med. 2005;143:158-9. [PMID: 15968005]
2. Lisse JR, Perlman M, Johansson G, Shoemaker JR, Schechtman J, Skalky CS, et al. Gastrointestinal tolerability and effectiveness of rofecoxib versus naproxen in the treatment of osteoarthritis: a randomized, controlled trial. Ann Intern Med. 2003;139:539-46. [PMID: 14530224]
3. Silverman RE. Merck Research Laboratories letter to FDA, Center for Drug Evaluation and Research: NDA 21-042/S-007: Vioxx (rofecoxib tablets). Response to FDA request for information; 2001. Presented in evidence in *Cona v. Merck*. 2006.
4. Villalba ML. Medical officer review, NDA 21-042 and NDA 21-052 (rofecoxib tablets and rofecoxib oral solution). Re: Complete response to approvable letter for 21-042/S 007 and 21-052/S 004. U.S. Food and Drug Administration; 2001.
5. Smith B. Communication to J. Webb re: Vioxx seeding study selection. 8 January 1999. Bates no. MRK-AFB0001598. Presented in evidence in *Humeston v. Merck*. 2005.
6. Weiner JD. E-mail to K. Lindemann, C. Fanelli, and R. Higbee. Subject: ADVANTAGE ideas. 19 March 1999. Bates nos. MRK-ADI0024344–MRKADI0024346. Presented in evidence in *Humeston v. Merck*. 2005.

## Socioeconomic Status and Mortality

TO THE EDITOR: Alter and colleagues (1) address an important question regarding mediating factors that potentially account for the contribution of socioeconomic status to health care disparities. However, because of the potential social and political implications of these results, careful consideration should be given to several key issues that limit the authors' interpretations. First, it has been previously suggested that socioeconomic status is a multidimensional construct. Although operational definitions are numerous, most incorporate aspects of educational attainment, occupation, and social class. Use of self-reported income as a single measure to represent this construct therefore has the potential to markedly reduce strength of the intended "signal" and underestimate its association with the outcome of interest (2). Second, the authors applied exclusion criteria that potentially attenuate an association between socioeconomic status and mortality and may introduce bias. The authors observe, for example, that patients with lower income had a significantly higher prevalence of cardiac risk factors and were less likely to receive specialty care. By eliminating from analysis those patients who died

Annals of Internal Medicine
Egilman Exhibit 7d
ARTICLE

# The ADVANTAGE Seeding Trial: A Review of Internal Documents

Kevin P. Hill, MD, MHS; Joseph S. Ross, MD, MHS; David S. Egilman, MD, MPH; and Harlan M. Krumholz, MD, SM

**Background:** Seeding trials, clinical studies conducted by pharmaceutical companies that are designed to seem as if they answer a scientific question but primarily fulfill marketing objectives, have not been described in detail.

**Purpose:** To describe a known seeding trial, ADVANTAGE (Assessment of Differences between Vioxx and Naproxen To Ascertain Gastrointestinal Tolerability and Effectiveness), through documents of the trial sponsor, Merck & Co. (Whitehouse Station, New Jersey).

**Data Sources:** Merck internal and external correspondence, reports, and presentations elicited to inform legal proceedings of *Cona v Merck and Co., Inc.*, and *McDarby v Merck and Co., Inc.* The documents were created between 1998 and 2006.

**Data Extraction:** An iterative case-study process of review, discussion, and re-review of documents to identify themes relevant to the design and conduct of ADVANTAGE. To supplement the case-study review, the authors did a systematic review of the literature to identify published manuscripts focused on seeding trials and their conduct.

**Data Synthesis:** Review of the documents revealed 3 key themes: The trial was designed by Merck's marketing division to fulfill a marketing objective; Merck's marketing division handled both the scientific and the marketing data, including collection, analysis, and dissemination; and Merck hid the marketing nature of the trial from participants, physician investigators, and institutional review board members. Although the systematic review of the literature identified 6 articles that focused on the practice of seeding trials, none provided documentary evidence of their existence or conduct.

**Limitations:** The legal documents in these cases provide useful, but limited, information about the practices of the pharmaceutical industry. This description of 1 company's actions is incomplete and may have limited generalizability.

**Conclusion:** Documentary evidence shows that ADVANTAGE is an example of marketing framed as science. The documents indicate that ADVANTAGE was a seeding trial developed by Merck's marketing division to promote prescription of Vioxx (rofecoxib) when it became available on the market in 1999.

*Ann Intern Med.* 2008;149:251-258.
For author affiliations, see end of text.
www.annals.org

Although much has been written about the marketing tactics of the pharmaceutical industry (1, 2), seeding trials have not been characterized in depth. Seeding trials are clinical trials designed by pharmaceutical companies to promote the use of pharmacotherapies that were recently approved or are under review by the U.S. Food and Drug Administration (FDA). Seeding trials are designed to appear as if they answer a scientific question but primarily fulfill marketing objectives. Kessler and colleagues (3) portrayed seeding trials as "attempts to entice doctors to prescribe a new drug being marketed by the company" while the company puts its product in the hands of practicing physicians, hoping that the experience of treating patients with the study drug and a pleasant, even profitable, interaction with the company will result in more loyal physicians who prescribe the drug (4). Despite attempts to call attention to seeding trials (5, 6), limited information about them is available in the public domain.

Confidential internal communications made public as a result of recent litigation against Merck & Co. regarding the cardiovascular safety of Vioxx (rofecoxib; Merck & Co., Whitehouse Station, New Jersey) offer a view of the planning, implementation, and publication of a seeding trial from the pharmaceutical company's perspective. We examined the documents related to the ADVANTAGE (Assessment of Differences between Vioxx and Naproxen To Ascertain Gastrointestinal Tolerability and Effectiveness) clinical trial, a seeding trial designed and conducted by Merck that was published in the peer-reviewed literature on 7 October 2003 (7).

## METHODS

### Review of the Litigation Documents

During *Cona v Merck and Co., Inc.*, and *McDarby v Merck and Co., Inc.*, documents produced by Merck in response to discovery requests were archived in an integrated database maintained by the plaintiff's attorneys. These documents were created between 1998 and 2006 and included Merck internal and external correspondence, reports, and presentations. As paid consultants to the attorneys representing the plaintiffs, we had access to all archived documents. We identified a subset of approximately 2000 relevant documents by using the following search terms: *seeding*, *marketing*, *ADVANTAGE*, and the names of Merck employees and academically affiliated authors known to be associated with the ADVANTAGE clinical trial. Document numbers are approximate because information within 1 document may overlap with another, making it difficult to determine the exact number of distinct documents.

*See also:*

**Print**
Editors' Notes . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 252
Editorial comment . . . . . . . . . . . . . . . . . . . . . . . . . 279

**Web-Only**
Conversion of graphics into slides

© 2008 American College of Physicians 251

Downloaded From: http://annals.org/ on 02/16/2014

## Manipulation of Advantage

In Vigor (the label) they combine fatal mi and sudden death. They labeled the total Fatal MI/Sudden Death. Recall the final mi numbers were 20 to 4.  nonfatal mi was 18 to 4. So there were 3 SDs on V and 4 on N.

**Table 3**
**VIGOR-Serious Cardiovascular**
**Thrombotic Adverse Events[1]**

| | VIOXX 50 mg N=4047 n[2] | Naproxen 1000 mg N=4029 n[2] |
|---|---|---|
| Any CV thrombotic event | 45* | 19 |
| Cardiac events | 28** | 10 |
|   Fatal MI/Sudden death | 5 | 4 |
|   Non-fatal MI | 18** | 4 |
|   Unstable angina | 5 | 2 |
| Cerebrovascular | 11 | 8 |
|   Ischemic stroke | 9 | 8 |
|   TIA | 2 | 0 |
| Peripheral | 6 | 1 |

[1]Confirmed by blinded adjudication committee, [2]N=Patients randomized, [3]n=Patients with events

*p-value <0.002 and ** p-value ≤0.008 for relative risk compared to naproxen by Cox proportional hazard model

In Konstam table 6 they again combined fatal MI and SDs but labeled the category Fatal MI

Braunstein acknowledged this in a foot note in his letter responding to the NYTIMES article on 5005.

NIH Public Access   Egilman Exhibit 7e
**Author Manuscript**
Arch Intern Med. Author manuscript; available in PMC 2010 November 23.

Published in final edited form as:
*Arch Intern Med.* 2009 November 23; 169(21): 1976–1985. doi:10.1001/archinternmed.2009.394.

# Pooled Analysis of Rofecoxib Placebo-Controlled Clinical Trial Data: Lessons for Post-Market Pharmaceutical Safety Surveillance

Joseph S. Ross, MD, MHS[1], David Madigan, PhD[2], Kevin P. Hill, MD, MHS[3], David S. Egilman, MD, MPH[4], Yongfei Wang, MS[5], and Harlan M. Krumholz, MD, SM[5,6]

[1]Department of Geriatrics and Adult Development, Mount Sinai School of Medicine, New York, NY

[2]Department of Statistics, Columbia University, New York, NY

[3]Department of Psychiatry, Harvard Medical School, and McLean Hospital, Boston, MA

[4]Department of Community Health, Brown University, Providence, RI

[5]Yale-New Haven Hospital Center for Outcomes Research and Evaluation and Section of Cardiovascular Medicine, Yale University School of Medicine, New Haven, CT

[6]Robert Wood Johnson Clinical Scholars Program, Department of Medicine and Section of Health Policy and Administration, School of Public Health, Yale University School of Medicine; New Haven, CT

## Abstract

**Background**—In September 2004, rofecoxib was voluntarily withdrawn from the worldwide market. Our objective was to determine whether and when analysis of published and unpublished placebo-controlled trials could have revealed cardiovascular risk associated with rofecoxib before its withdrawal as an example to inform future post-market pharmaceutical safety surveillance efforts.

**Methods**—We conducted a cumulative subject-level pooled analysis of data from all randomized, placebo-controlled trials of rofecoxib conducted by the manufacturer before September 2004. Our main outcome measurement was incidence of any investigator-reported death from any cause or cardiovascular thromboembolic (CVT) adverse event.

**Results**—We identified 30 randomized, placebo-controlled trials of rofecoxib that enrolled 20,152 subjects. Trial duration ranged from 4 weeks to 4 years, enrollment ranged from 17 to 2586 subjects prescribed either rofecoxib or placebo, and rofecoxib dosage ranged from 12.5 mg to 50

Address for Correspondence: Joseph S. Ross, MD, MHS, Mount Sinai School of Medicine, One Gustave L. Levy Place, Box 1070, New York, NY 10029, (telephone) 212-241-9370, (fax) 212-860-9737, joseph.ross@mssm.edu.
Author Contributions: Drs. Ross, Madigan, Wang, and Krumholz had full access to all the data in the study and take responsibility for the integrity of the data and the accuracy of the analysis.
*Study concept and design:* Ross, Madigan, Egilman, Krumholz
*Acquisition of data:* Madigan, Wang, Krumholz
*Analysis and interpretation of data:* Ross, Madigan, Hill, Egilman, Wang, Krumholz
*Drafting of the manuscript:* Ross, Krumholz
*Critical revision of the manuscript for important intellectual content:* Ross, Madigan, Hill, Egilman, Wang, Krumholz
*Statistical analysis:* Madigan, Wang
*Administrative, technical, or material support:* Krumholz
*Study supervision:* Krumholz

**Therapeutics**

# Rofecoxib increased risk of CV events in patients with history of colorectal adenomas ≥1 year after stopping treatment

## STUDY DESIGN

**Design:** randomised controlled trial (RCT) (The Adenomatous Polyp Prevention on Vioxx [APPROVe] study). ClinicalTrials.gov NCT0282386.

**Allocation:** unclear.*

**Blinding:** blinded (patients, clinicians, and outcome assessors).*

## STUDY QUESTION

**Setting:** 108 centres worldwide.

**Patients:** 2587 patients ≥40 years of age (mean age 59 y, 62% men) who had ≥1 histologically confirmed large bowel adenoma removed in the 12 weeks before study entry and no known remaining polyps in the bowel after complete colonoscopy. Exclusion criteria included need for chronic non-steroidal anti-inflammatory drug treatment; uncontrolled hypertension (>165/95 mm Hg); angina or congestive heart failure; myocardial infarction (MI), coronary angioplasty, or coronary arterial bypass grafting in the past year; and stroke or transient ischaemic attack in the past 2 years.

**Intervention:** rofecoxib, 25 mg/day (n = 1287), or matching placebo (n = 1300) for 3 years.

**Outcomes:** included the composite end point of MI, stroke, or vascular death; vascular death; and all-cause mortality.

**Follow-up period:** median 4.4 years (≥1 y after stopping treatment).

**Patient follow-up:** 84% (intention-to-treat analysis).

## MAIN RESULTS

The study stopped 2 months early based on recommendations from the safety committee. The rofecoxib group had a higher incidence of the composite outcome than the placebo group (table); groups did not differ for vascular death or all-cause mortality (table).

## CONCLUSION

Rofecoxib increased risk of cardiovascular events in patients with history of colorectal adenomas ≥1 year after stopping treatment.

*See glossary.

## ABSTRACTED FROM

Baron JA, Sandler RS, Bresalier RS, et al. Cardiovascular events associated with rofecoxib: final analysis of the APPROVe trial. *Lancet* 2008;372:1756–64.

Correspondence to: Professor J A Baron, Dartmouth Medical School, Lebanon, NH, USA; john.a.baron@dartmouth.edu

Source of funding: Merck Research Laboratories.

► Clinical impact ratings: Cardiology 6/7; Rheumatology 6/7; Oncology/Gastrointestinal 6/7; Gastroenterology 5/7

Rofecoxib v placebo in patients with history of colorectal adenomas*

| Outcomes | Rofecoxib | Placebo | At a median 4.4 years | |
|---|---|---|---|---|
| | | | RRI (95% CI) | NNH (CI) |
| Composite outcome† | 4.6% | 2.6% | 77% (17 to 167) | 50 (23 to 229) |
| Vascular death | 1.2% | 1.0% | 26% (−39 to 160) | Not significant |
| All-cause mortality | 2.8% | 2.2% | 31% (−20 to 112) | Not significant |

*Abbreviations defined in glossary. RRI, NNH, and CI calculated from control event rates and unadjusted hazard ratios in article.
†Myocardial infarction (2.6% v 1.4%), stroke (1.5% v 0.7%), or vascular death.

## COMMENTARY

The APPROVe trial, which reported excessive thrombotic events in patients receiving rofecoxib for colorectal polyp prevention,[1] left 2 important questions unanswered. First, in the original study, excessive thrombotic events in the rofecoxib group occurred only after 18 months. This finding raises the possibility of a delayed cardio-thrombotic effect with rofecoxib. However, the analytical approach has been criticised and whether a latent period exists for cardiotoxicity with rofecoxib remains controversial.[2 3] Second, the original study reported events up to 14 days after stopping treatment. Therefore, an equally important question is whether the excess cardiothrombotic risk will persist long after treatment has stopped. To address these questions, Baron et al reanalysed the thrombotic events associated with rofecoxib in the intention-to-treat population without the 14-day censoring that was previously used. In addition, they reported risk in those who had stopped treatment for >1 year. In the reanalysis, an early increase in risk was seen and the hazard for developing thrombotic events did not substantially change over time. Consequently, the notion that a latent period exists in cardiothrombotic risk with rofecoxib is not supported by this study. Importantly, the study showed that risk persists for 1 year after cessation of treatment. It still needs to be determined whether similar findings are evident in other long-term RCTs of COX-2 selective non-steroidal anti-inflammatory drugs. If so, they would have important implications for the use of these drugs in patients with pre-existing vascular risk factors.

Francis K L Chan, MD
Chinese University of Hong Kong,
Hong Kong, China

1. Bresalier RS, Sandler RS, Quan H, *et al*, for the Adenomatous Polyp Prevention on Vioxx (APPROVe) Trial Investigators. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. *N Engl J Med* 2005;352:1092–102.
2. Nissen SE. Adverse cardiovascular effects of rofecoxib [letter]. *N Engl J Med* 2006;355:203–4; author reply 203–5.
3. Furberg CD. Adverse cardiovascular effects of rofecoxib [letter]. *N Engl J Med* 2006;355:204; author reply 204–5.

# NIH Public Access
## Author Manuscript
*Arch Intern Med.* Author manuscript; available in PMC 2011 December 13.

**Egilman Exhibit 7g**

Published in final edited form as:
*Arch Intern Med.* 2010 December 13; 170(22): 2035–2036. doi:10.1001/archinternmed.2010.461.

# Does Rofecoxib Cardiovascular Risk Persist After Discontinuation?

Joseph S. Ross, MD, MHS[1], David Madigan, PhD[2], Marvin A. Konstam, MD[3], David S. Egilman, MD, MPH[4], and Harlan M. Krumholz, MD, SM[5]

[1] Department of Geriatrics and Palliative Medicine, Mount Sinai School of Medicine, New York, NY, USA

[2] Department of Statistics, Columbia University, New York, NY, USA

[3] The CardioVascular Center and Department of Medicine, Tufts Medical Center, Tufts University School of Medicine, Boston, MA, USA

[4] Department of Community Health, Brown University, Providence, RI, USA

[5] Robert Wood Johnson Clinical Scholars Program and Section of Cardiovascular Medicine, Department of Medicine and Section of Health Policy and Administration, School of Public Health, Yale University School of Medicine, and Yale-New Haven Hospital Center for Outcomes Research and Evaluation, New Haven, CT, USA

## To The Editor

Interim results from the Adenomatous Polyp PRevention On Vioxx (APPROVe) trial demonstrated that rofecoxib was associated with an increased risk of cardiovascular events,[1] leading to Merck's withdrawal of rofecoxib from the worldwide market in September 2004. In October 2008, long-term follow-up findings were published;[2] during a one-year period of post-drug observation, increased cardiovascular risk associated with rofecoxib persisted after stopping treatment.

Address for Correspondence: Joseph S. Ross, MD, MHS, Mount Sinai School of Medicine, One Gustave L. Levy Place, Box 1070, New York, NY 10029, (telephone) 212-241-9370, (fax) 212-860-9737, joseph.ross@mssm.edu.

Financial Disclosures: With the exception of Dr. Konstam, all authors were previously consultants at the request of plaintiffs in litigation against Merck and Co., Inc. related to rofecoxib in the United States. Dr. Madigan was previously a consultant at the request of plaintiffs in litigation against Merck and Co., Inc. related to rofecoxib in Australia and against Pfizer, Inc. related to celecoxib in the United States. Dr. Egilman is currently a consultant at the request of plaintiffs in litigation against Pfizer, Inc. related to gabapentin in the United States. Over the past 5 years, Dr. Madigan has been a consultant to Pfizer, Wyeth, Sanofi-Aventis, and Takeda and currently serves on the clinical review team of iGuard.org; Dr. Konstam has been a consultant to Merck, including work related to rofecoxib, as well as to AstraZeneca, Novartis, Sanofi, Biogen, Otsuka, Cardiokine, J&J, Pfizer, and Trevena; Dr. Krumholz has had research contracts with the American College of Cardiology and the Colorado Foundation for Medical Care; has previously served on the advisory boards of Alere and Amgen, and currently serves on one with UnitedHealthcare; is a scientific advisor for Centegen; has been a subject expert for VHA, Inc.; has received speakers' compensation from the American College of Cardiology; and is Editor-in-Chief of *Circulation: Cardiovascular Quality and Outcomes*, and *Journal Watch Cardiology* of the Massachusetts Medical Society.

Author Contributions: Drs. Ross, Madigan, and Krumholz had full access to all the data in the study and take responsibility for the integrity of the data and the accuracy of the analysis.
*Study concept and design:* Ross, Egilman, Krumholz
*Acquisition of data:* Madigan, Krumholz
*Analysis and interpretation of data:* Ross, Madigan, Konstam, Egilman, Krumholz
*Drafting of the manuscript:* Ross
*Critical revision of the manuscript for important intellectual content:* Ross, Madigan, Konstam, Egilman, Krumholz
*Statistical analysis:* Madigan
*Administrative, technical, or material support:* Krumholz
*Study supervision:* Krumholz