# Exhibit C

Page 1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

---

| | | |
|---|---|---|
| IN RE: VIOXX PRODUCTS | ) | MDL DOCKET NO. 1657 |
| LIABILITY LITIGATION | ) | SECTION L |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | Videotaped |
| | ) | Deposition of: |
| Jo Levitt v. Merck Sharp & | ) | |
| Dohme Corp., Case No: | ) | DAVID EGILMAN, M.D. |
| 2:06-cv-09757-EEF-DEK | ) | |

---

April 12, 2016

8:49 a.m.

Location:  Siegfried & Jensen

5664 South Green Street

Salt Lake City, UT  84123

Reporter:  Teri Hansen Cronenwett

Certified Realtime Reporter, Registered Merit Reporter

Golkow Technologies, Inc. - 1.877.370.DEPS

### Page 118

1   A.  Well, the -- the overview issue is that
2   there's not enough oxygen getting to heart muscle.
3   Q.  And is that sometimes described as unstable
4   angina?
5   A.  No.  That over -- well, yes, but many other
6   things.  In other words, you could have a heart attack
7   as a result of that imbalance.  You could -- you don't
8   have to have -- you can -- you can go from that
9   imbalance to an MI.  You can go from that imbalance to
10  arrhythmia without passing through an MI or unstable
11  angina.
12          Twenty to 40 percent of heart attacks are --
13  are silent, in that there are no symptoms, particularly
14  in diabetics.  So someone might not have pain, might
15  have, if you could monitor them, spasm and then have a
16  heart attack.  But you wouldn't know about the spasm
17  part.
18          Someone can -- does experience pain, a
19  nondiabetic, then you're going to get the acute coronary
20  syndrome which is going to be pain.  In either case you
21  could have shortness of breath accompanying it.  And arm
22  pain, I mean, all kinds of things.  Back pain.  There
23  was lots of other symptoms that can come with having a
24  heart attack.
25  Q.  All right.  Let's just go through the --

### Page 119

1   A.  Or -- or precipitant angina.  Pectoris.
2   Q.  Okay.  Are you done?  Sorry.
3   A.  Go right ahead.
4   Q.  Let's go through the four end points that you
5   asked Dr. Madigan to include in his analysis.  Are you
6   expressing an opinion in this case?  And I believe I
7   already asked you this, so forgive me, but I want to
8   make sure it's clear.
9           Are you expressing an opinion in this case
10  that Ms. Levitt experienced a myocardial infarction?
11  A.  No.
12      MR. MCCLAIN:  He's already talked about that.
13  Q.  (By Mr. Boehm) Are you expressing an opinion
14  in this case that Ms. Levitt experienced sudden death?
15  That was obvious.
16      MR. MCCLAIN:  Don't answer it.  I instruct you
17  not to answer that question.
18      MR. BOEHM:  Are you --
19      MR. MCCLAIN:  It's embarrassing.
20  Q.  (By Mr. Boehm) Are you -- are you expressing
21  an opinion in this case --
22  A.  Excuse me.  I don't listen to him.
23  Q.  Okay.  Go ahead.
24  A.  Unless you want to withdraw the question.
25  Q.  No, go ahead.  You can answer it if you like.

### Page 120

1   A.  I do not think that she died.
2   Q.  Are you expressing an opinion in this case
3   that Ms. Levitt experienced cardiac arrest?
4   A.  That would be the same as dying.  So once you
5   have established that she didn't die, she neither had
6   sudden death or cardiac arrest.
7   Q.  So the last of the four end points that you
8   had told Dr. Madigan to use for his acute coronary
9   syndrome metaanalysis would be unstable angina, correct?
10  A.  Yes and no.
11  Q.  You earlier today told me that you told
12  Dr. Madigan to use three cardiovascular end points for
13  his acute coronary syndrome pooled analysis,
14  metaanalysis, and then he volunteered to add one more.
15  Cardiac arrest, correct?
16  A.  He offered one and I accepted his offer.
17  Q.  Okay.  Okay.  Is it your opinion that
18  Ms. Levitt experienced unstable angina?
19  A.  Yes.
20  Q.  Is there any other underlying acute coronary
21  syndrome condition that you are saying to a reasonable
22  degree of medical certainty Ms. Levitt experienced?
23  A.  My previous answer is -- needs to be
24  explained.  I said yes, okay, to the question: Is it
25  your opinion that Ms. Levitt experienced unstable

### Page 121

1   angina?  The answer is yes, and acute coronary syndrome.
2   Since acute coronary syndrome is defined as those three
3   events.  As a syndrome.  So if you have an MI, sudden
4   death, or unstable angina, either of them, you have
5   acute coronary syndrome.  Okay.
6           That is -- so let me see if I can come up with
7   an analogy.  If you're dressed, okay, then you are
8   not -- you're dressed because you have a shirt on and
9   pants, and a hat.  Okay.  So you can only have a hat on.
10  Well, how about only shirt on and you're dressed.  Okay.
11  But you also could have -- you -- you have these other
12  things that could also be contributing to being dressed
13  and it's one syndrome.  Being dressed.
14  Q.  Other than unstable --
15  A.  Not the best analogy.  I'll have to come up
16  with something better.
17  Q.  Other than unstable angina, are you expressing
18  an opinion to a medical -- to a degree of medical
19  certainty that Ms. Levitt experienced any other symptom
20  or cardiovascular condition under the umbrella of acute
21  coronary syndrome in connection with her use of Vioxx?
22  A.  Yes.
23  Q.  What?
24  A.  She had anxiety and she had shortness of
25  breath.