# Exhibit E

ClinicalKey

BOOK

# Braunwald's Heart Disease: A Textbook of Cardiovascular Medicine, Tenth Edition

## Table of Contents

Table of Contents    Videos 240

Front Matter

Copyright

Dedication

Acknowledgments

Contributors

Preface to the Tenth Edition

Preface—Adapted from the First Edition

Video Contents

Look for these other titles in the Braunwald's Heart Disease Family

1. Global Burden of Cardiovascular Disease
2. Heart Disease in Varied Populations
3. Ethics in Cardiovascular Medicine
4. Clinical Decision Making in Cardiology
5. Measurement and Improvement of Quality of Care : Relevance to Cardiovascular Clinical Practice
6. Critical Evaluation of Clinical Trials
7. Personalized and Precision Cardiovascular Medicine
8. Principles of Cardiovascular Genetics
9. Drug Therapeutics and Personalized Medicine
10. Biomarkers, Proteomics, Metabolomics, and Personalized Medicine
11. The History and Physical Examination : An Evidence-Based Approach
12. Electrocardiography
13. Exercise Testing
14. Echocardiography
15. The Chest Radiograph in Cardiovascular Disease
16. Nuclear Cardiology
17. Cardiovascular Magnetic Resonance Imaging
18. Cardiac Computed Tomography
19. Cardiac Catheterization
20. Coronary Arteriography and Intracoronary Imaging
21. Mechanisms of Cardiac Contraction and Relaxation
22. Pathophysiology of Heart Failure
23. Clinical Assessment of Heart Failure
24. Diagnosis and Management of Acute Heart Failure
25. Management of Patients with Heart Failure with Reduced Ejection Fraction
26. Devices for Monitoring and Managing Heart Failure
27. Heart Failure with a Preserved Ejection Fraction
28. Surgical Management of Heart Failure
29. Mechanical Circulatory Support
30. Cardiovascular Regeneration and Gene Therapy
31. Care of Patients with End-Stage Heart Disease
32. Genetics of Cardiac Arrhythmia
33. Genesis of Cardiac Arrhythmia Electrophysiologic Considerati
34. Diagnosis of Cardiac Arrhythm
35. Therapy for Cardiac Arrhythm
36. Pacemakers and Implantable Cardioverter-Defibrillators
37. Specific Arrhythmias : Diagnos and Treatment
38. Atrial Fibrillation: Clinical Features, Mechanisms, and Management
39. Cardiac Arrest and Sudden Cardiac Death
40. Hypotension and Syncope
41. The Vascular Biology of Atherosclerosis
42. Risk Markers and the Primary Prevention of Cardiovascular Disease
43. Systemic Hypertension : Mechanisms and Diagnosis
44. Systemic Hypertension : Management
45. Lipoprotein Disorders and Cardiovascular Disease
46. Nutrition and Cardiovascular a Metabolic Diseases
47. Exercise-Based, Comprehensiv Cardiac Rehabilitation
48. Integrative Approaches to the Management of Patients with Heart Disease
49. Coronary Blood Flow and Myocardial Ischemia

50. Approach to the Patient with Chest Pain
51. ST-Elevation Myocardial Infarction : Pathology, Pathophysiology, and Clinical Features
52. ST-Elevation Myocardial Infarction : Management
53. Non–ST Elevation Acute Coronary Syndromes
54. Stable Ischemic Heart Disease
55. Percutaneous Coronary Intervention
56. Transcatheter Therapies for Structural Heart Disease in Adults
57. Diseases of the Aorta
58. Peripheral Artery Diseases
59. Prevention and Management of Ischemic Stroke
60. Treatment of Noncoronary Obstructive Vascular Disease
61. Diabetes and the Cardiovascular System
62. Congenital Heart Disease
63. Valvular Heart Disease
64. Cardiovascular Infections
65. The Dilated, Restrictive, and Infiltrative Cardiomyopathies
66. Hypertrophic Cardiomyopathy
67. Myocarditis
68. Chemical Cardiomyopathies
69. Cardiovascular Complications of Cancer Therapeutic Agents
70. Cardiovascular Abnormalities in HIV-Infected Individuals
71. Pericardial Diseases
72. Traumatic Heart Disease
73. Pulmonary Embolism
74. Pulmonary Hypertension
75. Sleep Apnea and Cardiovascular Disease
76. Cardiovascular Disease in the Elderly
77. Cardiovascular Disease in Women
78. Pregnancy and Heart Disease
79. Exercise and Sports Cardiology
80. Anesthesia and Noncardiac Surgery in Patients with Heart Disease
81. Endocrine Disorders and Cardiovascular Disease
82. Hemostasis, Thrombosis, Fibrinolysis, and Cardiovascular Disease
83. Rheumatic Fever
84. Rheumatic Diseases and the Cardiovascular System
85. Tumors Affecting the Cardiovascular System
86. Psychiatric and Behavioral Aspects of Cardiovascular Disease
87. Neurologic Disorders and Cardiovascular Disease
88. Interface Between Renal Disease and Cardiovascular Illness
89. Cardiovascular Manifestations of Autonomic Disorders

Disclosure Index

ELSEVIER   Copyright © 2016 Elsevier, Inc. All rights reserved.   RELX Group™