# Exhibit A

Jay N. Schapira, M.D.

**Page 1**

```
 1      UNITED STATES DISTRICT COURT
           EASTERN DISTRICT OF LOUISIANA
 2
 3                    ---
 4
        IN RE: VIOXX PRODUCTS      : MDL DOCKET NO. 1657
 5      LIABILITY LITIGATION       : SECTION L
                                   :
 6      THIS DOCUMENT RELATES TO:  :
                                   :
 7      Jo Levitt v. Merck Sharp & : NO.
        Dohme Corp.                : 2:06-cv-09757-EEK-DEK
 8
 9                    ---
10               VOLUME I
            Tuesday, April 26, 2016
11
                      ---
12
13      Videotaped deposition of JAY N. SCHAPIRA,
14  M.D., held at the offices of JAY N. SCHAPIRA, M.D.,
15  Cedars-Sinai Medical Towers, 8635 West Third Street,
16  Suite 750W, Los Angeles, California, commencing at
17  approximately 9:12 a.m., before Rosemary Locklear, a
18  Registered Professional Reporter, Certified Realtime
19  Reporter and California CSR (#13969).
20
21
22                    ---
23
24          GOLKOW TECHNOLOGIES, INC.
25      877.370.3377 ph|917.591.5672 Fax
               deps@golkow.com
```

**Page 2**

```
 1  APPEARANCES:
 2
 3      HUMPHREY FARRINGTON & MCCLAIN, P.C.
        BY:  DANIEL A. THOMAS, ESQUIRE (via
 4      videoconference)
        DAT@hfmlegal.com
 5      221 West Lexington, Suite 400
        Independence, Missouri 64050
 6      (816) 836-5050
        Appearing on behalf of the Plaintiff
 7
 8
        WILLIAMS & CONNOLLY, LLP
 9      BY:  PAUL E. BOEHM, ESQUIRE
        pboehm@wc.com
10      BY:  BENJAMIN W. GRAHAM, ESQUIRE
        bgraham@wc.com
11      725 Twelfth Street, N.W.
        Washington, DC 20005
12      (202) 434-5366
        Appearing on behalf of the Defendant
13
14
    ALSO PRESENT:
15
16
        JIM LOPEZ, Video Operator
17
18
                   ---
19
```

**Page 3**

```
 1              I N D E X
 2
 3  WITNESS                              PAGE
 4
 5  JAY N. SCHAPIRA, M.D.
 6
 7      By Mr. Boehm                       6
 8
 9              ---
10
11          EXHIBIT INDEX
12  NUMBER                              MARKED
13
14  Schapira-1   4-page document dated 3/14/16    10
                 entitled "Merck Sharp & Dohme
15               Corp.'s Amended Notice of
                 Videotaped Deposition of
16               Jay N. Schapira, M.D."
17  Schapira-2   1-page document dated 12/19/13   11
                 entitled "Invoice," plus
18               attachments
19  Schapira-3   20-page document entitled        49
                 "Mary Jo Levitt"
20
    Schapira-4   20-page document entitled        57
21               "Mary Jo Levitt"
```

**Page 4**

```
 1      EXHIBIT INDEX (Continued)
 2  NUMBER                              MARKED
 3
 4  Schapira-5    8-page letter dated 12/12/13    80
                  to Ghada A. Anis from Jay N.
 5                Schapira, plus attachments
 6  Schapira-6    1-page letter dated 11/5/02 to  107
                  Ronald B. Hartman, M.D., from
 7                Steven B. Laster, M.D.
 8  Schapira-7    2-page document dated 10/3/02   110
                  entitled "Rest-Exercise TC-99M
 9                Sestamibi Spect Scintigraphic
                  Report," JL-CC-000004 -
10                JL-CC-000005
11  Schapira-8    8-page copy of handwritten      116
                  notes
12
    Schapira-9    2-page copy of handwritten      116
13                notes entitled "Levitt"
14  Schapira-10   5-page copy of handwritten      116
                  notes
15
    Schapira-11   2-page copy of handwritten      116
16                notes entitled "Jo Levitt"
17  Schapira-12   5-page copy of handwritten      116
                  notes entitled "Risk Factors
18                for CAD"
19  Schapira-13   3-page copy of handwritten      116
                  notes
20
    Schapira-14   4-page document entitled        116
21                "Levitt - Anti-Inflammatories"
```

Jay N. Schapira, M.D.

### 121

1  Q.   -- diagnosis is?
2  A.   -- which were impacted by her unstable angina,
3  her -- twice and then her -- her episode of afterwards.
4        So the differential diagnosis of depression, in
5  my mind, is the underlying causes which would have led
6  to it, which I've elaborated on.
7  Q.   My question to you, just to -- so you have it in
8  mind, is what factors did you consider?  What specific
9  factors --
10 A.   Uh-huh.
11 Q.   -- did you consider when you conducted what you
12 are now describing as a differential diagnosis to
13 consider --
14 A.   Yeah.
15 Q.   -- the cause or causes of her depression?
16 A.   I considered her childhood, her bulimia, her
17 stress of her business factors prior to her surgery,
18 her -- her cardiac events and the additional problems
19 that befell her after her cardiac events in 2000,
20 recognizing that those were co-morbidities on top of her
21 cardiac condition which contributed to her depression.
22 Q.   Did you consider the economic impacts -- let me
23 strike that.
24      Did you consider external economic factors that
25 impacted her business enterprise?

### 122

1  A.   Yes.
2  Q.   Tell me about that.
3  A.   Okay.  So it's my understanding -- as a
4  cardiologist, I get into that a little bit with
5  patients -- that she was a manufacturer of apparel for
6  high school girls and that she had tried to maintain her
7  business and be competitive in that business and she was
8  very active in that business from really the bottom to
9  the top, both manufacturing, wholesale, retail, the
10 whole thing, through, you know, the late '90s and that
11 she had tried to maintain her manufacturing in this
12 country, that became to be a more competitive challenge
13 for her, and that she was in the business -- she was in
14 the process of morphing it to offshore manufacturing in
15 order to be able to become profitable and be competitive
16 with other people in the same business.
17      And so she had business pressures and she had to
18 change things a bit, and that required, you know,
19 some -- some skills that she had -- she had, and she had
20 to apply those skills.  And people can usually make the
21 transition.
22 Q.   Okay.  So you, as a cardiologist, are expressing
23 the opinion that people are usually capable to adjust to
24 the external economic forces that impact their
25 businesses; right?

### 123

1  A.   That's not what I'm saying.
2  Q.   Well, you just said people usually can do that,
3  and that surprised me since you're a cardiologist, not
4  an economist or a business expert in this case.  So I
5  want to understand what you meant by that.
6  A.   Okay.
7       MR. THOMAS:  There's no question pending.  It's
8  just argument.
9  BY MR. BOEHM:
10 Q.   Go ahead.
11      THE WITNESS:  Say that again, please.
12      MR. BOEHM:  He just objected.
13      MR. THOMAS:  There's no question pending.  It's
14 just argument from counsel.
15      THE WITNESS:  Okay.  So I'm talking about
16 somebody like Miss Levitt, with her type of situation,
17 not people in general.
18      I'm talking about people -- I ask my patients
19 these questions, it takes me about three or four
20 minutes, to understand what their problems are.  They
21 just give me the basics.  I usually get it.  Sometimes I
22 don't but I usually do.
23      And I want to understand what their pressures
24 are.  And the people who can build a successful business
25 are usually very capable of adjusting and -- and -- and

### 124

1  making it successful when they're given challenges.
2       I can see you now.  Danny, I can see you.
3       Oh, wait.  There's a -- there's an error message
4  up here.  What do I do?
5       VIDEO OPERATOR:  That's fine.
6       MR. BOEHM:  How about we just put that device
7  away?  Because it's just wasting our time.  We shouldn't
8  have to break every time you can or cannot see him on
9  the video screen.
10 BY MR. BOEHM:
11 Q.   You indicated that one of the factors that you
12 took into account with respect to the so-called
13 differential diagnosis that you did with respect to her
14 depression that's not in your report was the fact that
15 she had had unstable angina twice; right?
16 A.   Yes.
17 Q.   **What are the two times when you believe Miss**
18 **Levitt had unstable angina?**
19 A.   **March and June.**
20 Q.   **You mean March and June of the year 2000?**
21 A.   **Yes, sir.  At the time of her first presentation**
22 **and her second presentation.**
23 Q.   Have you reviewed the medical literature on the
24 subject of whether or not Vioxx is causally associated
25 with an increased risk of unstable angina?