# Exhibit B

**Page 1**

```
 1         UNITED STATES DISTRICT COURT
 2         EASTERN DISTRICT OF LOUISIANA
 3
 4   IN RE: VIOXX PRODUCTS    ) MDL DOCKET NO. 1657
     LIABILITY LITIGATION     ) SECTION L
 5                            )
                              ) JUDGE FALLON
 6   THIS DOCUMENT RELATES TO:)
                              ) MAGISTRATE JUDGE
 7   JO LEVITT,               ) KNOWLES
                              )
 8        Plaintiff,          )
                              )
 9   vs.                      ) 2:06-cv-09757-EEF-DEK
                              )
10   MERCK & CO., INC.,       )
                              )
11        Defendant.          )
                              )
12
13
14        DEPOSITION OF ROBERT D. BAZAN, a Witness,
15   taken on behalf of the Defendant before Beverly A.
16   Connell, CSR No. 834, CCR No. 768, RPR-RMR, CRR,
17   pursuant to Notice on the 16th day of January, 2013,
18   at the offices of Bryan Cave LLP, One Kansas City
19   Place, 1200 Main Street, Suite 3500, Kansas City,
20   Missouri.
21
22
23
24
```

**Page 2**

```
 1                    APPEARANCES
 2
 3   NO APPEARANCE FOR THE PLAINTIFF.
 4
 5   APPEARING FOR THE DEFENDANT:
 6        Jonathan L. Williams, Esquire
          Williams & Connolly, LLP
 7        725 Twelfth Street, N.W.
          Washington, D.C. 20005
 8        202-434-5000
          jonathanwilliams@wc.com
 9
10                      INDEX
11   WITNESS:                              PAGE
12   ROBERT D. BAZAN
13     Examination By Mr. Williams           4
14
15                    EXHIBITS
16   EXHIBIT                               PAGE
     NUMBER     DESCRIPTION              IDENTIFIED
17
     1    01-03-12 letter (Notice &          8
18        Subpoena)
19   2    10-03-08 letter (Real Estate      27
          Purchase Agreement)
20
     3    Hand-drawn diagram                50
21
     4    Financial statements              55
22
     5    Summary of Financial              95
23        Statements spreadsheet
24   6    E-mails                          128
```

**Page 3**

```
 1                     INDEX
 2                   (Continued)
 3   EXHIBIT                              PAGE
     NUMBER     DESCRIPTION             IDENTIFIED
 4
     7    08-19-2010 letter re 401(k)      143
 5        plan
 6   8    Chocolate Soup, Inc. 401(k)      144
          Profit Sharing Plan & Trust
 7        Annual Valuation for the
          12-31-2009 Plan Year End
 8
     9    W-2 forms                         145
 9
10   10   Payroll "haircut" document        146
11   11   Employee Earnings Summaries       149
12   12   2009 W-2s                         152
13   13   Employer's Annual                 154
          Reconciliation of Earnings
14        Tax Withheld
15   14   American XO, Inc.,                156
          documentation
16   15   Employee Earnings Summary         181
17   16   Federal Annual Form               186
          940/Schedule A
18
19
20
21
22
23
24
```

**Page 4**

```
 1          (Deposition commenced at 9:35 a.m.)
 2          (Bazan Exhibit 1 was marked for
 3   identification.)
 4               ROBERT D. BAZAN,
 5   being first duly sworn, testified under oath as
 6   follows:
 7                  EXAMINATION
 8   BY MR. WILLIAMS:
 9        Q.   Good morning, Mr. -- is it Bazan or
10   Bazan?
11        A.   Bazan.
12        Q.   Bazan.  My name is Jonathan Williams
13   and I represent Merck in this lawsuit.  And I'm going
14   to ask you some questions about Jo Levitt's lawsuit
15   against the company today.
16        A.   Okay.
17        Q.   Could you first state your full legal
18   name for the record, please?
19        A.   Robert David Bazan, B-A-Z-A-N.
20        Q.   And have you ever gone by any other
21   names?
22        A.   No.
23        Q.   Would you tell me your date of birth,
24   please?
```

Robert D. Bazan

13

1   A.   Well, it's a small family-run business
2   owned by -- by the husband Jim and the wife Jo.  Jo
3   was Chocolate Soup.
4   Q.   And was she working full-time then?
5   A.   Oh, no.  Huh-uh.  Barely saw her.
6   Q.   Was Jim Levitt working full-time then?
7   A.   Jim was not working full-time.  He had
8   some health issues, too.  And I'm trying to think.
9   Probably around '08 or '07, somewhere off in there, I
10  don't remember the exact time, but he had some health
11  issues, too.  Basically, those last few years, I was
12  running the whole show, so.
13  Q.   When, approximately, did -- did it
14  happen that you started running the whole show at the
15  company?
16  A.   Well, Jo -- I can't remember when she
17  had her heart attack.  I don't remember the years.
18  But there was a period of time right after she had a
19  heart attack where she couldn't work.  She didn't
20  have any energy.  She didn't have any stamina.  We
21  barely saw her.  What you have to appreciate, she was
22  the design person, the creativity person of Chocolate
23  Soup.  And they've been around since 1969, you know.
24  And she was the -- in the clothing business, the

14

1   designer and the -- she ran the production, you know.
2   They're everything to the business, you know.
3   Centers around that function.  If you're having --
4   you got -- clothes evolve, you know, fashions change.
5   And she was that person that was the -- she was the
6   one who made it go, you know.
7   Q.   And did she stop -- strike that.  Let
8   me ask this again.
9        Did she slow down working immediately
10  after her heart problems?
11  A.   Yes.  These people's personal lives
12  are very private.  There was a period in there where
13  it was like where's Jo, you know, how's Jo, where's
14  Jo, you know, we didn't see her.  And then I'm
15  thinking like this -- do you know when she had her
16  heart attack?
17  Q.   It was in 2000.
18  A.   2000?
19  Q.   Uh-huh.
20  A.   Oh, okay.  Yeah, it was immediate
21  impact after that.  She just couldn't -- she couldn't
22  work, you know.  I saw some things firsthand, you
23  know.
24  Q.   And so it was immediately after her

15

1   heart attacks in 2000 she stopped working completely?
2   A.   Pretty doggoned much, yeah.  And then
3   maybe in a very limited capacity if -- she would
4   still go -- try to go on the buying trips with us.
5   There's two parts to Chocolate Soup.  There's the
6   manufacturing side, and then there's the stuff that
7   we buy that we don't make; blue jeans, coats,
8   et cetera.  Chocolate Soup was a unique look of
9   appliqued clothing.  That was our forte.  And that
10  was -- that was kind of like the movie.  That's why
11  they came to the movie, but -- excuse me, they'd buy
12  the blue jeans, they'd buy the other stuff, which is
13  the popcorn, so.  Yeah, she was the creative talent.
14  No doubt about it.
15  Q.   And the applique clothing was the
16  clothing that was manufactured by Chocolate Soup?
17  A.   Yes.
18  Q.   And then there were other clothes that
19  were purchased and sold by Chocolate Soup?
20  A.   Yes.
21  Q.   Well, we'll get back to the business a
22  little bit more.
23       Did you -- besides the Levitts, did
24  you talk with anyone to prepare for this deposition?

16

1   A.   No.
2   Q.   Talk with any family members about it?
3   A.   I told my boss I had to go today.  And
4   told my wife they're about as exciting as watching
5   the Chiefs play, so.
6   Q.   Now, you live at 1717 NE 80th Place;
7   is that correct?
8   A.   That is correct.
9   Q.   And does anybody else live there with
10  you?
11  A.   My wife.
12  Q.   Do you have any children?
13  A.   She's in Springfield.
14  Q.   How long have you lived at -- on NE
15  80th Place?
16  A.   '92.  Was that the year of the flood?
17  We moved in the year of the flood.  So '92, I think.
18  Q.   But you were living there in 2000?
19  A.   Yes.
20  Q.   Do you have any plans to move?
21  A.   Yes.
22  Q.   When do you plan to move?
23  A.   As soon as I can retire.
24  Q.   Where do you plan to move?

29

1  Main and Main, if you know what I'm saying.  It's got
2  great access, you know.  These guys were going to
3  develop it into a -- kind of an open area shopping
4  center type thing.  And I think they were even going
5  to get some money from the city to do deck parking.
6  It was a pretty grandiose plan they had.  Well, guess
7  what happens?  That's the height of the real estate
8  crash.  Between the lines, I think one of their
9  key -- keystone tenants backed out, so they started
10 getting nervous and they just basically walked.  And
11 terrible deal.
12      Q.    You think that if the economy had
13 stayed strong, that deal would have happened?
14      A.    Oh, yeah.  Yeah.
15      Q.    The hotel wasn't doing very well then,
16 I guess?
17      A.    In the latter few years, like 7 and 8,
18 we were not cash flowing.  Our plan there was Jo was
19 trying to get up there, and the aspect on the plan
20 there was to try to get the restaurant back up and
21 running.  At one point in time, I'm going to say in
22 the 1990s, maybe early 2000s, this is off the top of
23 my head, but we were doing million six, million and
24 eight in food and beverage sales.  And then, you

30

1  know, the restaurant started slipping.  So the
2  turnaround was to try to get at least enough
3  additional revenue out of the revenue -- or out of
4  the restaurant side that we at least covered debt
5  service, you know.  So Chocolate Soup wouldn't be
6  funding this venture up there for the negative cash
7  flow, to get to the point where we could sell it.
8  That was kind of the game plan.  That was their exit
9  plan on it.
10     Q.    And that was the exit plan starting in
11 '99 or 2000?  Or when?
12     A.    No.  She -- best guesstimate, '03-ish.
13     Q.    And Jo was in charge of taking care of
14 that?
15     A.    I'm sorry?
16     Q.    Jo Levitt was in charge of taking care
17 of that?
18     A.    Yeah.  Yeah.  And it was -- it never
19 really got -- her plan for the restaurant -- well,
20 okay, let me explain.  We had the restaurant out
21 front called Spike & Ollie's.  It's all in this one
22 building.  We had a bar and a pan fried chicken
23 restaurant called Sadie's.  Sadie's -- we actually --
24 she made some progress with it and we got it --

31

1  revenues up in it.  It was doing better.  But the
2  whole complex where it was a centralized kitchen
3  because you've got banquet out the back, restaurant
4  in the front, restaurant over here.  So you got to
5  look at the whole thing.  The restaurant in the front
6  was down to 300,000 of revenue maybe.
7       Q.    This is in '03/'04?
8       A.    No.  No.  No.  No. In the latter
9  years, 6, 7, and 8 probably.  But in the early years,
10 it was doing 800, 900 thousand.  So when we weren't
11 cash flowing, starting about 5 or 6, maybe 4, then --
12 well, you got to do something, you know, the business
13 has got to evolve into something.  And she tried to
14 get a French bakery opened up there.  And just for a
15 lot of reasons, it just never happened, you know.
16      Q.    Can you give me some of those reasons?
17      A.    Yeah.  It's kind of a political
18 reason.  She hired a guy from France that was a
19 French pastry baker.  And he was good.  And we
20 couldn't get him legalized to stay in this country.
21      Q.    He couldn't get a visa?
22      A.    No.  No.  I hate to say this, but if
23 he would have came up probably from the south of the
24 border, I bet he probably could have gotten one.

32

1  But this guy had a lot of talent, you know.  And
2  Mrs. Levitt worked on getting him with a 10-year work
3  permit or whatever the visa is.  Or a permanent
4  residency.  And couldn't do it.
5       Q.    What did that work involve for her?
6       A.    What's that?
7       Q.    What did that work involve for her in
8  trying to shift to a bakery?
9       A.    Had to redo the whole front end of the
10 restaurant.  It was a major reconstruction, that
11 front end, which she did the designing on.  Painted
12 the inside with a bright blue auto paint.  The place
13 was -- actually it was pretty cool.  The lady had a
14 lot of creative ideas, you know.  And just about
15 ready to open.  And I don't remember if that was '06,
16 '07, you know.  But Frederick had to go back to
17 France.  That idea kind of went down the tubes.
18      Q.    What did she do to design it?  Did
19 she work with someone, or?
20      A.    We had -- we had a gentleman on the
21 payroll up there by the name of Mark Moore, who was
22 very good in construction.  And he was very good in
23 running the maintenance up there.  So if Jo wanted
24 something done as far as design layout, whatever, she

33

1  would basically communicate her ideas to Mark and
2  they would do it, you know.
3      Q.   So the restaurant was really her
4  thing?  Is that accurate?
5      A.   (Indicating.)
6      Q.   She was leading the charge on the
7  restaurant.  Is that accurate?
8      A.   Leading the charge?  As best she
9  could.  But she didn't have a lot of stamina.  She
10 didn't have any energy.  There was times where she'd
11 go to Lincoln and not come out of her room, you know.
12 I had that same experience on some buying trips.  It
13 wasn't good.
14     Q.   Did you talk with her about that at
15 all?
16     A.   Huh?
17     Q.   Did you talk with her about those
18 experiences at all?
19     A.   (Indicating.)
20     Q.   When she wouldn't come out of her
21 room, did you ever have any conversations with her
22 about that?
23     A.   Well, I'll relate to you an experience
24 that happened when we were in Vegas.  We do two

34

1  buying trips a year.  There's -- it's called the
2  MAGIC show.  It happens in February, happens in --
3  sometime in August.  And we were working -- well, we
4  were done working for the whole day.  And it's a real
5  grind.  It's like eight to six.  Because her and I
6  basically went out -- at some point we started
7  bringing a third lady -- or another lady with us, I'm
8  sorry, to help do the picking.  My side of the buying
9  part of it, I was the numbers guy.  I had a history
10 of how we'd performed with each vendor, how margins
11 were.  I actually had pictures of everything that
12 we'd bought from them, thumbnails.  So when we were
13 going to go work that line the next year at the
14 booth, I mean, I could bring it out and show her
15 visually what -- you know, what we did, whatever.
16 Anyway, it scared the hell out of me.  We started
17 working at one booth and she was doing okay.  I mean,
18 she was in there picking.  I thought, gosh, this is
19 kind of the old Jo, you know.  And about an hour
20 later she just disappeared, you know.  Well, I
21 assumed she went to the bathroom.  So I set there
22 like an idiot for 15, 20 minutes thinking she's
23 coming back, just waiting on her to come back.  And
24 she didn't come back.

35

1      Q.   She didn't say anything before she
2  left, to you?
3      A.   No.  So I went upstairs to the
4  restroom area just to see if I could find her.  You
5  know, I didn't know if she had a relapse, if she had
6  a heart problem, you know, I don't know.  You know?
7  And so I finally called Jim and said, Jim, I don't
8  know where in the hell Jo went.  And I said can you
9  try to call her.  I said I've called her cell phone,
10 she won't answer, you know.  So he called me back
11 about a half hour later and says she's done.  Do the
12 best you can.  So.
13     Q.   Had you heard about anything like that
14 happening with her before?
15     A.   Yeah.
16     Q.   Or seen it?
17     A.   What's that?
18     Q.   Or seen it?
19     A.   Yeah, there was another buying trip
20 where we'd walk -- we were standing at Bally's and we
21 walked to Paris for dinner, which is not too far
22 away.
23     Q.   This is in Vegas as well?
24     A.   Yeah.  And we made it over there fine.

36

1  We had a good dinner, you know.  I don't recall if we
2  were with a vendor or not.  But we walked back and
3  about halfway back, she basically said I'm not
4  feeling very well, and she started -- she looked real
5  pale.  We actually set down at one of the water
6  fountains out there in front of Paris for, I don't
7  know, 15 minutes, and I said do you want me to call
8  911, you know -- you know, what do you want me to do,
9  you know.  She said just get me back to the room.  So
10 we set there for a while.  And she got better.  And
11 basically I wouldn't say I carried her back to the
12 room, but I would -- you know, she was holding on,
13 and I got her back to the room.  And I don't believe
14 she went to work the next day either, so.
15     Q.   When do you think that was?
16     A.   '06, '07.  That's just my best guess.
17     Q.   Six to seven years after she had her
18 heart problems?
19     A.   It might have been a few years after
20 that.  But it was definitely after she had her heart
21 attack, yeah.
22     Q.   What did it look like to her?  Like
23 she was -- to you?  Did it just look like she was
24 tired?  Or how would you describe the state she

Robert D. Bazan

**Page 37**

1  seemed to be in?
2  A. No stamina. Lack of energy.
3  Q. Did she seem depressed?
4  A. She was -- there were signs of
5  depression, yeah. Yeah.
6  Q. What signs of depression are you
7  thinking of?
8  A. Irritability, sadness, inability to
9  function, if you know what I mean. I've seen
10 depression my whole life, starting with my mother.
11 And she had the symptoms of it, you know.
12 Q. Did you notice anything like that
13 before 2000?
14 A. Oh, no. No. Jo? No. She was -- she
15 was a energetic workaholic, you know.
16 Q. Did she ever take vacations before
17 2000?
18 A. I guess, yeah.
19 Q. And do you know about any of them?
20 A. Not really. Their -- their private
21 lives -- or excuse me, their personal lives are very
22 private. They don't tell a lot of people what they
23 do or where they've been. They're very private about
24 that. I always respected it.

**Page 38**

1  Q. You just didn't want to pry?
2  A. What's that?
3  Q. You didn't want to pry?
4  A. They're the bosses, you know.
5  Q. You said she was a workaholic, I
6  think?
7  A. Yeah.
8  Q. How much would she work?
9  A. Eight, 10-hour days. Or more. When
10 we would go to -- on buying trips before -- before
11 she had her heart problems, she'd wear me out. I
12 mean, it was always, okay, let's go one more place,
13 let's go here, let's do this, let's go see this line
14 here. You know? It was like okay, you know. Okay,
15 let's go do it, you know. But before she had the
16 heart attack, we'd go to the shows. I mean, my God,
17 we got there whenever it opened. If they opened at
18 eight, we were there at eight. If they closed at
19 6:30 -- we were still working at 6:30, I mean, you
20 know. The way the buying works, she was the picker,
21 but I had all the analytical information and pictures
22 from last year. And she basically would rate what
23 she saw. She was always looking for trends, you
24 know. She was a designer, you know, really good

**Page 39**

1  buyer. Hell of a good buyer. And always looking for
2  that leading edge trends in kids, you know. It
3  doesn't change as much as it does in ladies. But,
4  oh, yeah, there was times where we'd work 6:30 and,
5  you know, some client would take us to -- not client
6  sorry, vendor would take us to dinner and, you know,
7  you'd get back to your room at 10:00 and you're up in
8  the morning at 6:00 ready to go again. But yeah, she
9  was a real trooper. She was really good at it.
10 Q. And you'd do those buying trips twice
11 a year, is that what you said?
12 A. We used to do more in the -- I'm going
13 to say I really got active in the buying somewhere in
14 the mid '90s, I think. She and I used to do Vegas
15 twice a year, New York three times a year. So we'd
16 do five trips. And they were -- everybody said, oh,
17 gosh, I wish I could go to New York and have all the
18 fun you're having, and I'd go you're welcome to take
19 my place any time you want to.
20 Q. Because you were working these six
21 a.m. to who knows how late days?
22 A. Yeah. It was -- it was pretty
23 involved. Jo's hell fire.
24 Q. Did she do a five-day week? Would she

**Page 40**

1  work six or seven days? How many days a week was she
2  doing these 8- to 10-hour days?
3  A. Full-time yeah.
4  Q. Full-time meaning?
5  A. Every day. Yeah.
6  Q. Every day five days a week, every day
7  working on weekends?
8  A. Well, that I wouldn't know. You know,
9  I knew on some occasions that she was there on the
10 weekends, just from, you know -- from the production
11 guy would come to me and said, oh, Jo must have came
12 in because we've got a bunch of work that was
13 released, you know.
14 Q. Let's back up and talk about your role
15 at Chocolate Soup.
16 A. Okay.
17 Q. You started in about 1980?
18 A. Yeah, January 1980.
19 Q. And that was when the hotel had been
20 purchased in Lincoln; right?
21 A. Yes.
22 Q. And so what was your -- well, strike
23 that.
24    And you'd been doing some accounting

45

Manufacturing never sold anywhere else. It was totally exclusive to the retail stores.

Q. Before -- was there ever a period when it wasn't -- Chocolate Soup Manufacturing, when it wasn't selling only to the Chocolate Soup Retail stores?

A. Yeah. Probably in the very, very -- **they started the company like in '69 out of their garage.** Jo designed appliques, which they, I guess, actually probably cut out in their garage. And Jim was kind of the salesman and would go to the -- like fabric stores. And he had a display that he always kind of thought was interesting. It actually took up one square foot of retail space. Okay? Well, if you know anything about retail, sales are measured in terms of sales per square foot. So that was his selling point. So he sold these applique kits, you know. Then somewhere in '71 opened a store here in Kansas City. Sometime shortly thereafter or a year later, in the '70s sometime. Then they opened in St. Louis. And another store from -- in Oak Brook, Illinois. And then, you know, may have added -- oh, then they went south. That's what it was. After that, then they went to Dallas and Houston. As the

46

business continued to grow, I think we went into Germantown, Tennessee, a suburb of Memphis. Then, let's see, where did we go after that? Kind of like Atlanta, Birmingham. Bethesda at one time.

Q. In Maryland?
A. What's that?
Q. In Maryland?
A. Yeah. Yeah, I picked that store.
Q. You picked it you say?
A. Yeah. Yeah. I actually picked -- picked the location, yeah.
Q. Were you involved in the locations of any other stores?
A. That was the only one. I actually was back there for a seminar on cost accounting and, you know, I had -- I had the weekend off so I did a bunch of driving around and I -- it wasn't my final call, of course. You know, they were the owners of the business. But, hey, this ain't too bad of an area right here. It's, you know, what do you think? You know, they went ahead and put a store there. We were there -- we were in Bethesda five or six years I think. Maybe a little longer, I don't know.
Q. And so once you started in 1980, was

47

Chocolate Soup Manufacturing at that time dealing exclusively through the Chocolate Soup Retail stores?

A. Well, yeah, see, before they formed the sub-S, all the manufacturing and all retail activity was in Chocolate Soup.

Q. Okay.
A. I refer to it as manufacturing. Its legal name is just Chocolate Soup, Inc., okay? This entity over here, the sub-S is Chocolate Soup Retail, Inc. So originally it was all just Chocolate Soup, Inc. I just referred to it as manufacturing because that's -- when we did the division, this was retail, this was manufacturing.

Q. And what was the reason for the division?
A. Tax law changes. 1984 was the year to go out and form a Subchapter S. Yeah.
Q. And so the Levitts owned 100 percent of American XO as well; is that right?
A. Yes.
Q. And so when you started, there was the Chocolate Soup entity and there was II, Inc., and American XO; is that right?
A. No. No. American XO came on the

48

scene -- this is a walk down memory lane here. Let's see, when I first started there, it was just Chocolate Soup. Then on November 15th, '79, they bought the hotel. This probably -- let's see. Formed the holding company probably in 1980-ish. I'm not sure why, quite frankly, at the moment. I can't think of...

Q. Were you there when it was formed?
A. Yeah. Yeah.
Q. Did you participate in that decision?
A. Yeah. It was just -- one of the reasons we did it mainly because we had people who, even including my office staff, that spent time on hotel books, spent time on Chocolate Soup stuff, you know, spent time on Chocolate Soup Retail stuff. So basically what I used it for was kind of like a Payroll Master it's called, where all the payroll is here, so you only got one set of W-2s, instead of three sets of W-2s. And then just allocated wages out.

Q. So it's easier to pay employees through that entity than --
A. Yeah.
Q. Were there any other advantages to

Robert D. Bazan

```
                                          49
 1  having a holding company?
 2      A.   It followed consolidated return.
 3  Yeah, that's why.  Good question.  Because this
 4  was -- we would file a separate return here and a
 5  separate return here.
 6      Q.   You're pointing now to the Chocolate
 7  Soup Manufacturing and the retail S corp?
 8      A.   Yeah.  But it was called Chocolate
 9  Soup, Inc., at the time.  And then II, Inc., okay?
10  The holding company then made it easier for us to
11  file one tax return, one -- one consolidated federal
12  return.
13      Q.   Instead of the entities, the two
14  entities, the Chocolate Soup and II didn't have to
15  file tax returns; is that right?
16      A.   They filed a consolidated return as
17  part of American XO.
18      Q.   I see.
19      A.   So instead of having two returns by
20  forming the holding company, okay, then we filed just
21  a consolidated return.  I'm pretty sure that --
22  that's why we did it.
23      Q.   And then the S corp, the income just
24  passed through to the Levitts; is that right?
```

```
                                          50
 1      A.   Yes.
 2      Q.   If you don't mind, I'd like to just
 3  mark this as an exhibit so that I have your drawing
 4  of what the structure was like.
 5      A.   I would have made it more formal, if
 6  you had wanted it.
 7      Q.   If you'd like to redraw it, you're
 8  welcome to.  But this is fine.
 9      A.   If you understand it, I understand it.
10           MR. WILLIAMS:  What number are we on?
11           THE REPORTER:  Three.
12           (Bazan Exhibit 3 was marked for
13  identification.)
14           (Off the record.)
15  BY MR. WILLIAMS:
16      Q.   What is it I should remember?
17      A.   It wasn't called Chocolate Soup
18  Manufacturing, Inc.  It was Chocolate Soup, Inc., who
19  owned all the retail stores, owned all the
20  manufacturing facility, you know.  And then in '84
21  when we formed the Subchapter S, then the retail
22  operations, they sold improvements, store inventories
23  all went over here and this became just a
24  manufacturing entity at that point.
```

```
                                          51
 1      Q.   And did the name change for Chocolate
 2  Soup, Inc., or was it just de facto the manufacturing
 3  entity?
 4      A.   I refer to it -- I just refer to it as
 5  Chocolate Soup Manufacturing.  Just to distinguish it
 6  between retail.  But its legal name was Chocolate
 7  Soup, Inc.
 8      Q.   And so after 1984, all of the retail
 9  was in the S corp?
10      A.   Yeah.  I'm not 100 percent positive on
11  '84, but that seems to ring a bell.
12      Q.   But as soon as the S corp was formed,
13  all the retail went to the S corp?
14      A.   Yes.  But bear in mind, no matter how
15  you slice it, they owned 100 percent of the retail
16  corporation.  Okay?  They owned 100 percent of this
17  stock who in turn owned 100 percent of both the --
18  the subsidiary corporations.
19      Q.   So it's all the Levitts in the end?
20      A.   Yes.  Absolutely.
21      Q.   Now, did they receive a salary in
22  addition to being owners?
23      A.   Oh, yeah.  Yeah.
24      Q.   Do you remember what their salaries
```

```
                                          52
 1  were?
 2      A.   For years and years and years, it was
 3  180,000 split 108 to Jim and 72 to Jo.
 4      Q.   Was that an arbitrary decision to
 5  split it that way?
 6      A.   You know, I asked one time -- that's a
 7  60/40 split.  Okay?  I asked one time, I said, well,
 8  where did you come up with this at?  And he goes, I
 9  don't know, my lawyer told me it should be 60/40.  So
10  I don't know.
11      Q.   Did they have 401(k)s or anything?
12      A.   Yes.
13      Q.   Do you -- did you set up those
14  401(k)s?
15      A.   Yes.  Probably in early 2000s maybe.
16  I don't know.
17      Q.   Do you have any recollection of what
18  their contributions were to those 401(k)s?
19      A.   Whatever the max was.  They were --
20  this is a top heavy plan, because it was 2, 3
21  percent, whatever legally you could set aside on a
22  401(k).
23      Q.   And would Chocolate Soup have had
24  records of their 401(k) contributions?
```

73

1  Lou Gerstner came on in the early '90s, turned the
2  company on its head.  Well, Chocolate Soup on a much,
3  much smaller scale, you got the same thing.  You're
4  doing well financially and all of a sudden business
5  conditions change, or whatever, so you have to adapt.
6  You know?  That was the plan on the hotel, was to get
7  it up to where it -- the restaurant could cash flow.
8      Q.  So was the clothing business
9  subsidizing the hotel essentially at that time?
10     A.  Well, as much as we could, sure.
11 Yeah, but it was -- it was tough.  Yeah.  It was
12 tough going.
13     Q.  But you were responsible at various
14 times for hiring managers at the hotel; is that
15 right?
16     A.  I'm sorry?
17     Q.  Did you -- did you participate in
18 hiring managers at the hotel?
19     A.  Yes.
20     Q.  Other than the manager, who worked at
21 the hotel?
22     A.  Well, you've got -- you have a head
23 chef.  You know, restaurant staff.  You've got
24 bartenders.  You've got front desk clerks at a hotel.

74

1  You've got 15, 20 maids.  It was a 192 room hotel.
2  Probably altogether there was probably 60 -- 60 to 70
3  employees up there in Lincoln.
4      Q.  Did you --
5      A.  And maybe -- go ahead.
6      Q.  Well, keep going.  Were there more
7  kinds of employees?
8      A.  Well, there was two that were paid off
9  of American XO that specifically worked at the hotel.
10 There was Tamela, with a funny last name.  I'm not
11 even going to attempt to spell her last name, because
12 I'll have it wrong.  But it's on the W-2 there.  She
13 was the hotel general manager.  Made around 40, 43
14 thousand a year.  Mark was the construction
15 maintenance man.
16     Q.  What was Mark's last name?
17     A.  Moore, M-O-O-R-E.
18     Q.  Can you give me a little background
19 about the hotel, how the Levitts came to own it?
20     A.  Their father's business.
21     Q.  And do you know about when it was
22 built?
23     A.  Built in phases between '69 and '71.
24     Q.  And they purchased it in '80 you said?

75

1      A.  No, November 15th, 1979.
2      Q.  Who -- who was the clientele?  Was it
3  near an interstate and got travelers?
4      A.  No.  No.  We were a mid-town location.
5  It's -- O Street is the longest Running Street in
6  Lincoln, Nebraska.  It goes from the west side of
7  town to the east side of town.  We were at 52nd.  So
8  we were a little bit out of the downtown area, but
9  right where the hub of retail and activity was.  A
10 giant Hy-Vee store next door and all kinds of good
11 stuff.
12     Q.  So --
13     A.  It was a mid-town property would be a
14 good description.
15     Q.  If you were going to say a certain
16 time period was the best time period for the hotel
17 financially, when would that have been?
18     A.  Oh, in the mid to late '90s, it was a
19 cash machine.  It was a cash cow.
20     Q.  So what changed?
21     A.  What changed?  Well, competition, I
22 guess, changed.  You know?  The restaurants were
23 doing -- started to slip.  That's when she was trying
24 to make some efforts to get up there and do something

76

1  about it.  ==There was -- we did major renovations in==
2  =='97 through '99.  I mean major renovations to the==
3  ==facility.==
4      Q.  Were you involved in those
5  renovations?
6      A.  ==No.  She -- it was her designs.  I was==
7  ==involved to the extent that I paid the bills.==
8      Q.  Was that an architect?
9      A.  No.  She did it.  This is what I want.
10 Well.  In all fairness, yes, if there was -- to meet
11 code, city code, yeah, at some point -- some
12 additions that we did required architectural
13 drawings, yeah.  They were just rubber stamping her
14 ideas.
15     Q.  Was the hotel branded?  Was it a Best
16 Western?
17     A.  It was a Best Western.
18     Q.  Was it a Best Western the entire time
19 that you worked?
20     A.  That got dropped in -- sometime in the
21 early 2000s.  We weren't getting much bang for the
22 buck for it.
23     Q.  You'd have to make a payment to Best
24 Western to be a Best Western hotel?

77

1  A. Yeah.
2  Q. Now, in the '90s when you said it was
3  doing well, do you have any idea what the profits
4  were?
5  A. Cash flowing a million bucks.
6  Q. And when you say cash flow, you mean?
7  A. EBITDA. E-B-I-T-D-A. Earnings before
8  interest, tax, depreciation and amortization. And
9  the debt service at that point was maybe 400,000 a
10 year. So it was doing -- doing very good.
11 Q. Is that after the renovations?
12 A. Yes.
13 Q. And was the debt service primarily
14 to -- for the cost of renovations?
15 A. Yes. Well. And the existing
16 mortgage. The existing mortgage and the new money
17 rolled into the -- rolled into it.
18 Q. And did both the hotels -- both the
19 hotel and the restaurants decline in business? Or
20 was it just one or the other?
21 A. Well, it just -- from its peak, the
22 restaurants were doing -- the restaurant and banquet
23 facility were doing in its heyday like a million
24 eight. You know, it was pretty good profitable. The

78

1  hotel now when you get around to the 2000s, it
2  started to slip, okay? The numbers speak for
3  themselves if you'd have saw it. But -- so what's
4  the plan? Well, their plan was, okay, the business
5  needs to evolve. Well, let's get the restaurant back
6  up to where it's covering debt service. Chocolate
7  Soup then doesn't have this lug going over here on
8  the hotel. We'll do fine over here on the soup side.
9  You know? Just unfortunate she -- she just didn't
10 have any get-up-and-go. I mean, it just -- no
11 stamina, no -- no energy as versus pre-heart attack.
12 I mean, pre-heart attack, that woman was a dynamo.
13 She really was.
14 Q. Was there ever any conversation about,
15 you know, hiring somebody to do the kinds of things
16 that she did?
17 A. To replace Jo? I don't think you
18 could replace Jo. No way. She was that good.
19 Q. But was there any -- accepting that
20 everybody's unique, was there any thought, you know,
21 we're not getting the same contribution that we -- we
22 used to from Jo, maybe we need to find somebody else
23 to help out on this?
24 A. No. We just needed more of her is

79

1  what we needed. She went off salary at some point.
2  I'm going to say sometime in the early 2000s.
3  Totally went off salary when she wasn't working. It
4  was only Jim getting the salary. And then, you know,
5  now we get to '06, '07, '08, you know, then Jim
6  finally quit taking a salary. These people did
7  everything they could to try to reorganize the
8  business, you know, get it to survive, get the hotel
9  sold. If the hotel would have sold for the 8.5
10 million, I'd still be working for them. I mean, it
11 wiped out -- it would have wiped out all the debt at
12 Chocolate Soup. We would have started with a fresh,
13 clean slate. It was unfortunate that sale just
14 didn't make it. So that was his out plan.
15     The other thing that the business was
16 evolving in this -- in this time frame, I'm saying
17 from the 2000s going forward here, that it was --
18 it's prohibitively expensive to manufacture clothes
19 in the United States; i.e., there is next to none
20 manufacturing in this country. Well, we started
21 developing -- with her input, we started
22 developing -- oh. When you went to the MAGIC show,
23 there was two other shows, there was the off-price
24 shows where you went to look for bargains, and then

80

1  there was an overseas trade show.
2  Q. These are shows to purchase clothing?
3  A. Yeah. They ran in conjunction with
4  MAGIC. When you go to MAGIC, there's -- the MAGIC
5  show stands for Men's Apparel Guild In California.
6  But they have women's, ladies, kids retail booths --
7  not retail booths, vendor booths. Then they have an
8  off-price show where there was bargains to go look
9  for.
10 Q. And this is in Vegas?
11 A. Yes. And then in addition to that,
12 they have an overseas manufacturing. We spent -- oh,
13 we would go over there and -- we made some contacts.
14 We actually got a -- what we wanted to do was, you
15 know, basically wind down the manufacturing at Soup
16 and start making with our label overseas. Okay?
17 Q. When did that thought start?
18 A. Early 2000s, I guess. You know? And
19 constantly kind of going forward.
20 Q. Jo -- Ms. Levitt, when she testified,
21 said that she had been in the Philippines when
22 Imelda -- when Marcos fell. Do you remember anything
23 about that?
24 A. I was there, too.

Page 81

1  Q. You were?
2  A. Yeah.
3  Q. And so that wouldn't have been in the
4  2000s?
5  A. I don't know. If you know the year,
6  that's fine. I don't know what year it was.
7  Q. It was -- I think it was in the '80s.
8  In any event, it was --
9  A. '80s? Nah. I don't know.
10 Q. Well, do you remember, was that trip
11 before the 2000s?
12 A. Oh, absolutely. Yeah.
13 Q. And that was related to the
14 possibility of overseas manufacturing as well; is
15 that right?
16 A. It actually related to one specific
17 company. There was a -- some friends that we had in
18 the business, they both have since passed. But I
19 can't even think of their names. But they had a very
20 nice line of smocked baby clothes made in the
21 Philippines. It was called Rosie's Kids. And they
22 were in their late 60s, maybe even in their 70s, they
23 had no continuation plan for children or anything.
24 And we were interested in buying Rosie Kids and

Page 82

1  getting our -- buying Rosie Kids and maintaining that
2  line. Okay? And then hopefully what we wanted to do
3  was then bring in some Chocolate Soup stuff and get
4  it made with our label in it out of the Philippines.
5  Q. So that would have been a way for you
6  to start doing some --
7  A. Oh, yeah. The cost differential
8  between U.S. and overseas is crazy. I had a $4.00
9  dress came in from China one time -- well, $4.00
10 landed cost to me, Kansas City, Missouri. Took it
11 apart, looked at it, it was smocked across here
12 (indicating). Covered buttons. Full make. I mean,
13 it was a wonderful looking dress, you know. It was
14 denim. We were paying $4.00 for it. If I had to
15 produce that here, it had $6.00 -- $6.00 and maybe
16 $7.00 worth of material in it.
17 Q. And forgetting labor?
18 A. Plus the labor. Plus the labor. Then
19 plus our overhead load on top of it. I mean, it --
20 you cannot -- you cannot manufacture anything in this
21 country in the garment industry. I mean, I bet
22 everybody's label in here says made in China, made in
23 Bangladesh, made somewhere.
24 Q. Was anybody pushing for the

Page 83

1  manufacturing to remain in the United States --
2  A. Heavens no.
3  Q. -- during the 2000s?
4  A. Heavens no.
5  Q. So that was a consensus with you and
6  the Levitts that the overseas manufacturing was
7  something that would have to happen?
8  A. Yeah, it -- it's cost prohibitive. We
9  were paying 10, 12 dollars an hour for a seamstress.
10 You go to China, they make 50 cents a day. And
11 they're more skilled than our people were. If you
12 want lower costs with a higher margin, then you got
13 to go overseas. That's what -- she spent efforts
14 doing that. We had a Vietnam contact that we
15 developed that was -- she was heavily -- or not as
16 heavily involved. I was heavily involved in contact
17 with the lady. And then -- but we actually got
18 something going in Vietnam. You know?
19 Q. And you think that was in the 2000s?
20 A. Yeah. Yeah. But it was -- they were
21 hand-smocked clothes coming out of Ho Chi Minh City
22 and they were beautiful garments. And we were trying
23 to get them to adapt them to our patterns, our sizes
24 of clothes. You know, we always thought our stuff

Page 84

1  ran a little too small. Or Jo thought they ran too
2  small. You know? So we got something going there.
3  And then one show out in Vegas, we were trying to get
4  something going with this manufacturer in India. You
5  know, she found this guy and talked to him and come
6  found me and drug me over there. They had a great
7  needle. I mean, they really did nice work. And
8  would work with companies our size. And, you know,
9  it would have been -- I guess what I'm trying to tell
10 you as part of what business processes go through is
11 they try to evolve. Okay? I mean, it costs too much
12 to manufacture here, what are we going to do about
13 it? Well, we got to try -- got to go to plan A, you
14 know, see what plan A does.
15 Q. So the Vietnam contact, did that ever
16 result in an agreement for them to produce clothing
17 for Chocolate Soup?
18 A. They actually made garments for us
19 with our label in them. And they sold like hotcakes.
20 Q. And were they manufacturing all of the
21 Chocolate Soup branded garments at any point?
22 A. No. No. No. No. These were -- her
23 forte was smocked goods, which are across here
24 (indicating) it's called hand-smocking.

Robert D. Bazan

### 93

1  manufacturing offshore, would the Chocolate Soup
2  branded apparel have been a larger part of the sales?
3  Was that the plan?
4       A.   Well, at that point if you're not
5  doing any manufacturing, you're doing what the Ralph
6  Laurens of the world do.  I mean, you have Ralph
7  Lauren label, but it's made everywhere, you know.  So
8  the goal was we'll have the Chocolate Soup label and
9  we'll have it made in various countries.
10      Q.   And if you'd been able to reduce the
11 costs of producing Chocolate Soup labeled apparel --
12 well, strike that.
13           I'm trying to understand was the
14 percentage reduction in the apparel in the stores
15 that was Chocolate Soup branded, was that because of
16 the cost of production?  Or were there other factors
17 that caused that change?
18      A.   Quite honestly, a lot of it was
19 because Jo was in charge of the production, she was
20 in charge of the designing, the creative ideas.  When
21 she couldn't work, things would sit in the plant
22 that -- just waiting on somebody to put the okay on
23 it so we could get it into production.  You know?
24 And so they would come to me and, you know, what do

### 94

1  we do?  And I go I guess send people home if she --
2  you know, if you can't get an answer from her, you
3  know, I'll speak to Jim and see what I can get done
4  on it.  You know?  And then occasionally sometime she
5  would -- I would find out Monday morning, production
6  guy would come in and say, well, she must have been
7  in over the weekend because we released a thousand
8  garments into sewing or something, you know.
9       Q.   And that was a new problem after the
10 heart attack?
11      A.   Yeah.
12      Q.   And you don't remember having that
13 problem at all before she had --
14      A.   Oh, God, no.
15      Q.   -- the heart attack?
16      A.   If you would have known her -- see,
17 I've had the pleasure of knowing her for -- since
18 '70 -- '80.  And up until the time she got sick, one
19 of the most astute, shrewd, creative business people
20 I've ever known -- I've ever worked with.  She's
21 pretty good.  Like I say, in essence, how you
22 describe Chocolate Soup, Jo Levitt was Chocolate
23 Soup.  That's what it was.
24      Q.   And so you would say that until the --

### 95

1  these financial problems occurred in the 2000s with
2  the credit issues, it was a very successful company,
3  in your mind?
4       A.   Oh, yeah.  Yeah.  Things changed
5  dramatically when her health went south.  I mean, it
6  just wasn't the same.  It just wasn't the same.  You
7  know?
8       Q.   Do you know what the maximum profits
9  for the manufacturing and retail clothing were in any
10 year?
11      A.   It was a lot.  I just don't -- I mean,
12 I got no numbers here to go back and look.  I'm
13 sorry.
14      Q.   Do you know what time period the
15 clothing business was the most successful?
16      A.   Pre-heart attack.  '80s.  Late '80s
17 and '90s were very good years.
18      Q.   I'm going to mark -- hopefully, this
19 will solve the number problem.
20           MR. WILLIAMS:  Are we on No. 5?  Mark
21 this as Exhibit 5.
22           (Bazan Exhibit 5 was marked for
23 identification.)
24 BY MR. WILLIAMS:

### 96

1       Q.   Have you seen this before?  It
2  wouldn't have had that stamp on it when you saw it.
3           (Brief pause.)
4           While you look at it, this exhibit
5  is LevittJ-WinNRPDMedMisc-00001.  And page 2 as well.
6           (Brief pause.)
7           I see it's stamped as received in
8  September 28th of 2009 on the front.
9       A.   Yeah, this page here is definitely a
10 summary that -- I believe I prepared this.  This
11 gives you a history by year here.
12      Q.   Do you think you prepared -- you're
13 referring to page 2.  Do you think you prepared page
14 1 as well?
15      A.   Well, let me go back to that.  I'll go
16 back to it in a second.
17          (Brief pause.)
18          Since this is real estate on this
19 page, one thing that I didn't set out here, and I'm
20 not quite sure why, I don't see an entry for
21 depreciation.  Because real estate, where you're
22 seeing those losses, you know, if depreciation in
23 those years was three or four hundred thousand
24 dollars it was still cash flowing.  It doesn't appear

Robert D. Bazan

117

1 respond to?
2   A.  I don't think I understand what you're
3 looking for here.
4   Q.  By the time I reached the end of the
5 question, I didn't understand it either. Let me try
6 again. Were there any -- what kinds of challenges in
7 addition to the inventory issue, if any, was
8 Chocolate Soup looking at in 2008?
9   A.  Well, credit issues. Which goes
10 hand-in-hand with replenishing the inventory. If
11 you're not paying your bills on time, then the
12 vendors don't want to ship you.
13   Q.  Were there issues that would not have
14 been resolved by the sale of the hotel, broader
15 market forces, anything like that, that Chocolate
16 Soup would have had to deal with going forward
17 that -- in addition to this inventory issue?
18   A.  I'm having trouble seeing what you're
19 asking me.
20   Q.  Let me try one more time. So you had
21 an inventory problem; right?
22   A.  Lack of inventory.
23   Q.  And that was going to be addressed by
24 getting some cash?

118

1   A.  Yes.
2   Q.  Were there other kinds of large scale
3 strategic issues that were going to need to be
4 addressed in the business? Or even small scale
5 issues that were going to need to be addressed? What
6 kinds of issues was Chocolate Soup facing in addition
7 to this cash problem and inventory -- related
8 inventory problem in 2008?
9   **A.  Well, you know, I guess I go back to**
10 **if -- the other half of the equation was if we could**
11 **have got -- if Jo's health would have been good**
12 **enough in 2009 to come back and work like she did**
13 **pre-heart attack, yeah, things would have been**
14 **different.** I mean, most -- most buyers in kids'
15 clothes, okay, are women. Why? Moms buy kids'
16 clothes. Okay? I did the best I could. And I -- I
17 learned to pick what was selling because I had these
18 nice photographs of what sold last year and stuff.
19 But you always wanted the woman's opinion. 'Cause Jo
20 was, Bob, that's out of style. That's the wrong
21 color denim. You got to be over here. This is
22 new -- you know? You know, she got -- so instead of
23 buying denim from last year, maybe black denim, she's
24 saying no, black denim is out this year, we got to be

119

1 going over here in this direction, buy this, a
2 different wash formula. Just an example I'm trying
3 to make you there.
4   Q.  What about Jane Wilkes?
5   A.  Jane was a part-time employee. She
6 worked two days a week. She liked what she did. She
7 bought our accessories. Its stocks -- excuse me,
8 socks, hair bows, related stuff. Stuff -- stuffed
9 animals. Plush was pretty good for us. So that was
10 kind of her niche back there. But I never was for
11 sure when -- because of Jo's health, when a major
12 vendor was coming in, which they would come in to
13 Kansas City, fly the line in from New York, I was
14 never sure 100 percent that Jo was going to show up
15 that day, you know. She said she was going to be
16 there. But just in case, I always brought Jane in
17 that day, just to -- if Jo didn't show up, then, you
18 know, Bob and Jane would do the best they could with
19 it.
20   MR. WILLIAMS:  Let's go off the record
21 for a second.
22   (Off the record.)
23 BY MR. WILLIAMS:
24   Q.  So backing up a bunch of steps. We've

120

1 generally been talking about you and the Levitts and
2 what you did at the businesses. Was that kind of
3 like a core unofficial or official management group,
4 or were there other people who you -- well, stop
5 there. Were you three the main ones making decisions
6 about the business?
7   A.  Yeah.
8   Q.  Was there anyone else who, I guess,
9 for lack of a better term, exerted as much influence
10 as the three of you?
11   A.  No. No.
12   Q.  There was, as I recall, a woman in
13 Germantown who I think managed a lot of the retail
14 operation?
15   A.  Nancy Blake. Blake-Jones, I think.
16 Or Nancy Jones-Blake. Nancy Jones-Blake.
17   Q.  And she was in Germantown; is that
18 right?
19   A.  Yeah, she was our national sales
20 manager.
21   Q.  What does that mean?
22   A.  Well, when you had 14 stores, she'd go
23 in and hire and fire people. Set store policy. Make
24 surprise visits. Follow-up on customer complaints.

```
                                    121
 1   Whatever else a sales manager kind of does, I guess.
 2        Q.   Was she involved in decisions about
 3   what to stock at the stores?
 4        A.   No.  No.  None whatsoever.  Oh, she
 5   offered me ideas, don't let me get that wrong.  She'd
 6   go, hey, we're doing really well with this or
 7   something.
 8        Q.   But she didn't go buy clothes --
 9        A.   No.
10        Q.   -- with you and Jo?
11        A.   No.
12        Q.   And was it generally just you and Jo
13   Levitt who went to these events where you would
14   purchase clothing?  Or were there other people?
15        A.   Well, up to about 1990 -- up to '92 or
16   so it used to be Jim and Jo.  Okay?  Jim and Jo went
17   to all the shows.  Jim and Jo did all the buying.
18   Jim thought on the numbers side of it I had a pretty
19   good knack for it.  And pretty soon as I would do the
20   analysis on the order -- try to give you an example.
21   Maybe she's got a thousand pantsuits on the order.  I
22   looked last year and we bought 3,000 from them and
23   had a 90 percent sell through with 65 point gross
24   margins.  Okay, then we would kind of meet, hey, Jo,
```

```
                                    122
 1   based on this you need to get more pantsuits.  Then
 2   she'd go back through what she picked and say, well,
 3   I like this one better, do this, this, and this.  And
 4   then it became her and -- her and I.  We traveled --
 5   we dredged New York from mid '90s all the way up
 6   through 2001.
 7        Q.   And so your role was essentially to
 8   give her information about sales of previous year,
 9   negotiate prices, things like that?
10        A.   ==Yeah, I was -- I would -- as far as
11   I'm concerned, she's the boss.==
12        Q.   Uh-huh.
13        A.   Okay?  I'm the assistant.  Yes, I
14   supplied information to help her make good decisions.
15   Okay?  Or pick what she wants, you know.  Like my
16   example I gave you earlier on the jeans, she'd go,
17   no, that's fine, this is the style that's in this
18   year, but.  And then a lot of that wears off when you
19   work with somebody that long.  And then, you know,
20   obviously the last three or four years it was kind of
21   me winging it, you know.  I learned a lot from her.
22        Q.   The -- did you feel like you knew
23   enough to do it on your own?
24        A.   No.  I have.  It took me a lot longer
```

```
                                    123
 1   than it would take her to do it.  'Cause I can look
 2   at history lessons, okay?  And say we did very well
 3   with sundresses from Good Lad that are applique, you
 4   know.  I was kind of a walking computer on prices,
 5   you know.  If we needed sundresses, I'd go, well,
 6   let's go over there, I know they've got some for like
 7   seven bucks, you know.  So I was good on the -- very
 8   good on the numbers ends of it.  ==But it was a team
 9   effort with her and I.  She does the picking.  We
10   used what was called a star system.  Literally, she
11   would go like this on a catalog or a picture that
12   they gave us.  Okay?  And, you know, one star -- four
13   stars meant we liked it better.  Okay?  Et cetera,
14   et cetera.  If she really liked something, she'd go
15   like that (indicating).  Okay?  Well, then it was my
16   job --==
17        Q.   When you say go like that, you marked
18   down a whole bunch of stars there?
19        A.   ==Yeah, a whole lot of stars.  It was
20   the star system we called it.  Well, it was then my
21   duty to convert that into quantities that I thought
22   we could sell.==  In other words, if I thought -- here
23   I probably wouldn't even order that.  Just drop it
24   out.  Here maybe I'd try -- depending on the number
```

```
                                    124
 1   of stores we had, maybe I'd try seven -- six dozen.
 2   Depends on the vendor pack and quantity.  Over here
 3   I'd go, well, she really likes it, okay, so I'd go
 4   back and go how deep can I really sell something that
 5   we really think's hot, you know.  Okay, I like the
 6   price, that's a sharp price, compared to last year,
 7   yeah.  Then I'd look at pace of sales.  Pace of sales
 8   is if 120 come in and the first week they're on your
 9   floor you sell 80 of them, that's a hot seller.
10   Okay?  I also had systems -- programs that would show
11   that to me.  Okay?  And I'd jump back on the vendor
12   and see if we could get a reorder on it.  Okay?  It
13   was a team effort.  But she was -- she was the
14   designer.  She's the creative -- she's a creative
15   person.  She's looking at trends, you know.  Fashions
16   don't stay the same.  They don't stay the same.
17        Q.   Did you and she ever disagree about
18   what ought to be purchased or how much ought to be
19   purchased?
20        A.   Oh, yeah.
21        Q.   How would that interaction go?
22        A.   She'd hear me out and I'd hear her
23   out.  I knew the order.  She was the boss.  And I
24   worked there.  ==And, you know, I wouldn't say I caved==
```

Robert D. Bazan

125

1  in.  But her -- she's so talented that I'm going to
2  respect her opinion on how well she likes something
3  more than I'm going to respect my opinion on how well
4  I like it.  Because women buy kids' clothes.  Not
5  men.
6       Q.   Were there times where you convinced
7  her not to buy something?
8       A.   What's that?
9       Q.   Were there times when you convinced
10  her not to buy something?
11       A.   Oh, yeah.  Yeah.
12       Q.   And what kind of arguments would you
13  use to convince her not to buy something?
14       A.   Had to be very tactful.
15       Q.   But I assume you -- you weren't going
16  to say -- or your primary role was not to say, well,
17  actually I just think that's unattractive.  You'd
18  talk more about, well, certain things are selling in
19  our stores and maybe that's not the kind of thing.
20  Is that the kind of argument that you'd make?
21       A.   Yeah.  If -- again, they were the
22  owners.  Okay?  I did not own any stock.  So I got to
23  kind of say, okay, it's their business.  Okay?  But
24  if I didn't like something and I had -- had some

126

1  reasons why I didn't, I would talk to her about it.
2  Sure, I didn't back down.  I'm not afraid to talk to
3  her.
4       Q.   And presumably, that's why they had
5  you working for them, they thought your opinion was
6  useful?
7       A.   I was their right-hand man.
8       Q.   Did you ever express any interest in
9  having an ownership stake with the companies?
10       A.   No.
11       Q.   Did you ever have an interest in
12  having an ownership stake in the companies?
13       A.   Nope.
14       Q.   Why not?
15       A.   Just pay me.  Well, the tradeoff to
16  that is I was making $130,000 a year.  Okay?
17       Q.   You weren't upset about your
18  compensation?
19       A.   No.  No.  With that kind of
20  compensation, I was perfectly happy.  You know?  I
21  got burned, you know?  I personally got burned out of
22  this thing.
23       Q.   Burned by what you mean because your
24  job now doesn't pay you as much as --

127

1       A.   Oh, no.  No.  No.  No.  No.  After --
2  state of Nebraska reared its ugly head from a 1999
3  audit.  1999, mind you.  Didn't make any efforts to
4  try to resolve the issue.  We filed appeals with
5  them -- it was about a $45,000 tax issue on an audit.
6  And Nebraska's got its own version of sales tax up
7  there.
8       Q.   And that's where the hotel is; right?
9       A.   Yes.  Yeah, what was crazy about this
10  thing, the barn door's closed.  Any time the state
11  could have put a lien on the property for the 45,000.
12  Didn't do it for 10 years.  I'm going to get a little
13  hot here.  Okay?  After the horse is out of the barn
14  and the bank has repossessed it and own it 100
15  percent, they come after the Levitts, first of all,
16  to try to settle the sales tax issue from 19 -- I'm
17  telling you, now we're in 2000 --
18       Q.   13.
19       A.   Yeah, but it was -- when did they come
20  after it?  2009.  Okay?  A year later, okay, because
21  I was an officer, at least back in '99, okay, I
22  wasn't at the time they made their jeopardy
23  assessment up there, okay, they came after me.  I'm
24  out of work.  I'm diabetic.  Okay?  I'm unemployed.

128

1  I can't make the mortgage payment.  These assholes
2  from Nebraska are coming after me.  So I got nailed
3  for 1,500 in legal fees and 7,500 to settle the
4  damned thing for them to drop all issues against me.
5  Yeah, this hasn't been a pretty picture.  You know,
6  that one e-mail in there from -- pertains to Texas,
7  you know.  Supposedly, Texas -- you really can't ever
8  go out of business in Texas even if you're out of
9  business in Texas unless you file 4,000 reports.
10  That one (indicating).
11       Q.   Is this what you're talking about?
12       A.   Yes.
13            MR. WILLIAMS:  Let's go ahead and mark
14  it and then we can talk about it.  We're marking this
15  as Bazan 6.
16            (Bazan Exhibit 6 was marked for
17  identification.)
18            (Off the record.)
19  BY MR. WILLIAMS:
20       Q.   So you were referencing an e-mail that
21  had to do with Texas.  This is Bazan Exhibit No. 6.
22  What were you thinking of about this e-mail?  What's
23  this e-mail about?
24       A.   This e-mail?

129

1    Q.   Yeah.
2    A.   Well, it's a -- let's see, what's the
3    date on the first one?
4    Q.   March 5th, 2012.
5    A.   Okay.  Chocolate Soup officially
6    closed -- the bank sold the assets off on March 15th,
7    2010.  Okay?  Chocolate Soup's out of business.  They
8    have no money, nothing.  All right?  This was the
9    State of Texas looking for -- they don't have a state
10   income tax down there.  They have what's called a
11   franchise tax.  Okay?  It's fairly sizeable.  I don't
12   know, it's -- I don't quite remember.  But in the big
13   scheme of things, it's maybe three or four thousand
14   -- maybe $5,000 a year.  And, well, I didn't -- I
15   wasn't working at Chocolate Soup.  Okay?  And low and
16   behold, they find me somehow and want me to come up
17   with it.  And fortunately, one of the -- one or two
18   of the years -- how do I want to say this?  I guess
19   you have to have the State of Texas permission to go
20   out of business and you got to file all these forms
21   that you're no longer there, et cetera, et cetera.
22   Dissolution of -- articles of dissolution, the whole
23   bit.  Well, it was like, hey, I'm not getting paid
24   for this, what the hell do you want me to do?  So

130

1    this guy wrote me and talked to him a couple of times
2    on the phone and he goes -- and I said I can't sign
3    those, I'm not an officer, I'm not going to sign
4    them, you know.  And I basically -- I couldn't find
5    the actual tax report, but we sent them in two or
6    three years, and I signed them as Robert D. Bazan,
7    former employee, blah-blah-blah, on behalf of James
8    J. Levitt.  But they were -- had I not filed those,
9    and had I not communicated with him, they were going
10   to come after me for about eight grand.
11   Q.   They being the State of Texas?
12   A.   Yeah.  Because what they say was,
13   well, if you didn't file the report, we're going to
14   estimate it based on your prior reports and we can't
15   get ahold of Levitt, so we can get ahold of you, we
16   want eight grand from you.  So I was glad when that
17   thing got taken care of.
18   Q.   On the second page here -- you might
19   need to unclip it for a second.  You say "I hear his
20   health is not good and he is financially struggling."
21   I think you're referring to Mr. Levitt?
22   A.   Yes.
23   Q.   Do you have any knowledge of the
24   Levitts' current financial situation?

131

1    A.   It's not good.  I don't know what
2    they're living on.
3    Q.   Do you know if either one of them is
4    employed?
5    A.   I have no idea.  But I don't think so.
6    Q.   Do you have any idea if they have any
7    retirement savings?
8    A.   Have any what?
9    Q.   Any retirement savings in a 401(k) or
10   something like that?
11   A.   What they had I think is long gone.
12   They took their money out in -- let me see.  I'm
13   going to say in early 2010 -- yes.  When the bank was
14   trying to sell the assets, they cashed out the 401
15   money.  I'm thinking it was around 100,000, you know,
16   both of them.  It might have been more.  I don't
17   know.  Which he was going to try to do a friendly
18   purchase from the bank with some people that had some
19   money.  It just didn't work out.  He went up -- the
20   bank finally just sold it to these other people.
21   Q.   Did --
22   A.   He cashed that out -- I'm pretty sure
23   he cashed that out early 2010.
24   Q.   Do you know if the Levitts guaranteed

132

1    any loans that were made to Chocolate Soup or --
2    A.   Oh, absolutely.  Yeah.
3    Q.   Do you have any idea in total of how
4    much their guaranties might have been?
5    A.   Well, you had a 4.3 million mortgage
6    on the hotel.
7    Q.   Do you know if they guarantied the
8    whole amount of that?
9    A.   Yeah.  The bank had personal
10   guaranties on everything.  Cross -- cross company
11   guaranties.  But they basically -- we had a 1.250,
12   one and a quarter million operating line on Chocolate
13   Soup.  And American XO, 400, 450 thousand.  Those
14   were all guarantied.
15   Q.   So when the companies weren't able
16   to pay their money, then the effect was that the
17   banks were in a position to go to the Levitts to
18   pay the money; is that right?
19   A.   Yeah.  To the extent they have assets,
20   yeah.
21   Q.   Can you -- I think before you said
22   that you worked for Chocolate Soup until 2010?
23   A.   Yes.
24   Q.   Is that correct?

Robert D. Bazan

**133**

1  A.  Uh-huh.
2  Q.  The hotel was taken over by Mission
3  Bank in 2009; is that right?
4  A.  No.  December -- the deal fell through
5  with the Lincoln guy for 8.5 million, that fell
6  through on December 6 of 2008.  Okay?
7  Q.  Okay.
8  A.  Jim was -- Jim tried to work something
9  out with the bank, and I think finally the end of
10 December he did a deed in lieu of foreclosure.  I've
11 never seen those papers.  But subsequently from
12 working with -- talking to the bank on liquidating
13 the rest of the assets, I don't think he's going to
14 get anything out of that deed in lieu, you know.
15 Q.  So the deed in lieu happened and then
16 Chocolate Soup clothing company was still operating
17 then?
18 A.  Yes.
19 Q.  So what happened next with the
20 clothing company?
21 A.  We were out at 905 NE Colbern in about
22 a 40,000 square foot building that was offices,
23 plant.  Could have been a warehouse.  We had a
24 secondary location.  May of that year, North American

**134**

1  Savings Bank, we were paying Jim rents on the
2  building.  Jim owned the building personally.  Okay?
3  The 905 NE Colbern.  Okay?  By default they took it.
4  Q.  The building, or the company?
5  A.  They took the building out there.
6  Q.  Because the company was no longer able
7  to pay Jim, and then Jim wasn't able to pay --
8  A.  Right.
9  Q.  -- the bank?  So when the bank took
10 the building, what did the company do?
11 A.  Well, we -- we got a 30-day notice to
12 vacate.
13 Q.  So they were going to evict because --
14 A.  Yeah.
15 Q.  -- the company wasn't paying the
16 money?
17 A.  Yeah.  Yeah.
18 Q.  Okay.
19 A.  Yeah.  I got -- I took the service on
20 it out of Chocolate Soup.  It was a done deal by the
21 time I saw it.  I mean, this was 30 days notice to
22 vacate.  I mean, you know.  You know, if he got
23 communication before that, I don't have any records
24 of it.

**135**

1  Q.  You weren't involved in any
2  negotiations with either bank?
3  A.  No.  Never.
4  Q.  That was all Jim?
5  A.  Yeah.
6  Q.  Do you know any other employees who
7  might have been involved in negotiations with the
8  banks?
9  A.  No.  Just him.
10 Q.  So you get the 30-day notice to
11 vacate.  And that's approximately when?
12 A.  May 2009.
13 Q.  Okay.  So what happened next?  Is that
14 the end?
15 A.  Well, I'm going -- well, if you would
16 have saw the place.  We had -- we had a huge fabric
17 inventory.  Huge.  Huge notions, huge buttons, huge
18 zipper, huge everything.  Huge thread inventory.  Jo
19 actually got ahold of whoever is president of North
20 American Bank and said we can't get out of there in
21 30 days.  Okay?
22 Q.  Because there was too much stuff in
23 there?
24 A.  Yeah.  I mean -- yeah.  I mean.  She

**136**

1  got a six-month extension, and I gave her high kudos,
2  because I -- I thought we were just (indicating), you
3  know, hit the street Charlie, we're out of there.  So
4  she got us a six-month extension.  And phenomenal
5  monthly rent of a thousand bucks.  It was just kind
6  of -- I don't know, I guess maybe they felt sorry for
7  her, or the company, or whatever.  But he was going
8  to give us an orderly period to liquidate.  So from
9  May through September we started pitching all stuff.
10 Stuff that we didn't need, you know.
11 Q.  What kinds of things?
12 A.  Oh, we used to -- well, sales tickets,
13 for example, we used to do a three-part sales ticket
14 in the store; one for the customer, one for the file,
15 one for the store copy.  Just started throwing that
16 stuff away.  Because it was -- I kept anything that
17 was still open as far as the sales statute.  But
18 records from sales tax tickets that were taking up a
19 lot of space, the size of this room, I mean, we
20 started pitching things out.  You know?
21 Q.  Old records and things like that --
22 A.  Yeah.  Yeah.  Yeah.
23 Q.  -- were gotten rid of?
24 A.  Yeah.

Robert D. Bazan

**137**

1  Q. And you used as your guide on what to
2  retain and what to get rid of, though, in any
3  statutory retention requirements?
4  A. We kept those at that point, sure.
5  Q. Okay. But other than that --
6  A. Yeah, if I had -- if I had bills from
7  1999 for the hotel, I, you know, threw them in the
8  trash.
9  Q. And this was in -- this was then 2009?
10 A. Yeah, it was from May through October
11 of 2009. Okay? Towards the end, what we did, we
12 started -- the bank was pretty much calling the shots
13 at this point.
14 Q. Okay.
15 A. I mean, they understood North American
16 wanted us out of there.
17 Q. They being the Levitts understood
18 that?
19 A. I'm sorry?
20 Q. You said they. You're referring to
21 the Levitts understood that --
22 A. No, Mission Bank at that point knew
23 that we needed to vacate. So I was in touch with the
24 president and said, yeah, you know, we're starting to

**138**

1  liquidate the stuff. So we ran about a two or three
2  week sale out at the factory. I mean, we had 120
3  sewing machines, you know? Anywhere from $200.00 to
4  $10,000 in the right hands. So we -- pretty much I
5  think it was like in October is when we did -- we
6  opened it to the public. Oh, my God, people would
7  come in and just -- so we got rid of all -- we got
8  rid of everything. Sold it off. The bank got the
9  proceeds. Sewing machines, unfortunately, were not a
10 big commodity, because there isn't any production
11 left in this country.
12 Q. If you would have been in China, you
13 could have sold them?
14 A. Yeah. So we had -- I may have sold
15 10, 15 sewing machines. The rack system in the back
16 that held all the fabric on tiers was -- I got 10
17 grand for that. And the 4x8 sheets of plywood
18 probably went for 15, 20 dollars apiece. And I was
19 able to sell a few machines. Fabric and stuff were
20 whatever I could get, you know. A dollar, two
21 dollars, three dollars a yard.
22 Q. So at this point you had -- Chocolate
23 Soup had already started cutting back on salaries and
24 staff; is that right?

**139**

1  A. Oh, yeah. Yeah. Oh, wow. Probably
2  around May or June we let all the seamstresses go in
3  the factory. I mean, it was close her down, sell it
4  off, vacate the building, you know.
5  Q. So around May or so you and the
6  Levitts had decided that it was over?
7  A. North American did. Just vacate the
8  building, you know. I didn't see either one of them.
9  You know, Jim came out one time 'cause I was asking
10 him about -- you know, I wasn't sure on some of the
11 fabric how to price it. You know? Some of this
12 stuff if you bought it at retail, you'd -- you know,
13 for small yardage they'd -- the fabric store people,
14 they'd probably charge you 10, 20 dollars a yard for
15 the fabric. But what do you do when you've got a 50
16 yard bolt, you know. How do you start taking off.
17 So I just brought him out just to get some guidance
18 on what he thought what I should do and stuff. But
19 the proceeds less expenses went to the -- went to the
20 bank. So at that point, we have no manufacturing
21 plant. We've vacated there. We've carved out a
22 small office out of a really crappy warehouse
23 building, I mean a office about as big as this desk,
24 and worked out of there from like October through

**140**

1  March when they found a guy to buy it.
2  Q. All three of you worked out of that
3  office?
4  A. No. Me.
5  Q. Just you?
6  A. Yeah.
7  Q. So we at this point is you?
8  A. What's that?
9  Q. You were it as far as people working
10 at that point?
11 A. Yeah.
12 Q. Okay. So you worked for the Levitts
13 for about 30 years then; right?
14 A. Yes.
15 Q. Did you -- were you friends with them
16 outside of work?
17 A. Not really.
18 Q. Did you ever go over to their house or
19 anything?
20 A. I've been to their house, sure.
21 Q. For what kinds of occasions?
22 A. Oh. I was over there several times
23 when that Kroh Brothers bankruptcy thing was going
24 on. Because it was -- you know, we had to figure out

Robert D. Bazan

161

1  very private. And you'd kind of hear something here
2  or something there. Jim would say something to me.
3  Initially I think she had a stent put in. I couldn't
4  tell you when. It didn't work. I believe then three
5  to six months later they did open heart surgery on
6  it. And, you know, we just didn't see much of Jo
7  after that, you know.
8      Q.   Did you see her between those two
9  events?
10     A.   What's that?
11     Q.   Did she come in to work between those
12 two events?
13     A.   Wow. I can't honestly say. That's 13
14 years ago. I don't know.
15     Q.   Do you know if she'd ever missed work
16 for -- can you -- strike that.
17          Do you remember her missing work for
18 health reasons before the heart attack? The heart
19 problems.
20     **A.   Jo was a workaholic. I'm sure at some**
21 **point in 30 years she took a day or two off for a**
22 **cold or flu or whatever. But no prolonged periods**
23 **like what happened after her heart attack. I mean,**
24 **it's night and day.**

162

1      Q.   Did you think she worked too much
2  while she was working all that time?
3      A.   I was working as much.
4      Q.   Did she ever say anything about people
5  telling her to work less?
6      A.   She never said that to me, no.
7      Q.   And did you ever notice any issues
8  with fatigue for her before she had the heart issues?
9      A.   No.
10     Q.   When she had her stents placed and had
11 her surgery, did you go to see her in the hospital?
12     A.   No.
13     Q.   Do you know if anybody from Chocolate
14 Soup went?
15     A.   No.
16     Q.   You don't know, or nobody did?
17     A.   No. Nobody did.
18     Q.   Okay.
19     A.   These -- I hate to repeat it. But
20 these people's private lives are -- or personal lives
21 are very private. You know?
22     Q.   More so than you think is usual?
23     A.   People are who they are. You know, I
24 worked there 30 years and maybe went to dinner with

163

1  them a couple times. Okay? I mean, they had outside
2  friends and outside interests. Don't mix business
3  with pleasure. And I was happy with that. You know?
4      Q.   So you've never talked to any of her
5  doctors then?
6      A.   No.
7      Q.   Have you ever been to a doctor named
8  Dr. Hartman?
9      A.   Me?
10     Q.   Yeah.
11     A.   No.
12     Q.   Have you ever been to a rheumatologist
13 named Dr. Katz?
14     A.   No.
15     Q.   And you said you've never had any
16 cardiac problems. Is that right?
17     A.   Knock on wood.
18     Q.   Did she come back to work -- did Jo
19 Levitt come back to work after having her heart
20 surgery?
21     A.   Well, that's a period of time where it
22 was very infrequent and seldom -- I was just, you
23 know, talking to Jim, I'd say, hey, can we get Jo in
24 here, we're working Good Lad. I'll see, she's not

164

1  feeling well.
2      Q.   Do you know if she worked from home?
3      A.   There's not much you could do when
4  you're in design. Because all the final approval on
5  how we're going to embellish this garment, I mean,
6  you can't do that at home. She'd have to go out and
7  look at it.
8      Q.   Were samples ever sent to her at home,
9  as far as you know?
10     A.   I don't know.
11     Q.   Do you know anything about any other
12 medical issues with Jo Levitt?
13     A.   No. Oh. Let me re-answer that. She
14 had sinus problems.
15     Q.   Did she ever talk about those?
16     A.   No.
17     Q.   How did you know she had sinus
18 problems?
19     A.   Off the record, please.
20     Q.   You need to answer the question on the
21 record.
22     A.   Huh?
23     Q.   You need to answer the question on the
24 record.

173

1  Q.  You aren't aware of anything else
2  holding it back?
3      A.  That was the biggest thing.  Without
4  him, it's -- what good are you?
5      Q.  Jim Levitt told me during his
6  deposition about some problems with the managers at
7  the hotel in the early 2000s.  He mentioned that
8  there were some -- I think some drug issues with one
9  of the managers.  Do you have any memory of that?
10     A.  Drug issues?  Did you say drug abuse
11 issues with a manager?
12     Q.  It wasn't clear if it was drug abuse
13 issues with the manager, or drug problems at the
14 hotel.  Does any of that ring a bell?
15     A.  That does not ring a bell with me, no.
16     Q.  Were there ever problems with
17 employees at the hotel taking antiques or other
18 furniture at the hotel?
19     A.  Oh, yeah.
20     Q.  When did that happen?
21     A.  Mid 2000s.  There were -- Jo put --
22 she had some personal antiques that she owned,
23 pianos, player piano, probably a whole bunch of other
24 stuff I'm not thinking about, and she put -- oh,

174

1  yeah, the armoire.  There was a real ornate
2  hand-carved armoire.  It was there on one of her
3  visits.  Okay?  And the next visit we -- she got this
4  -- well, I got it too, because I was with her on that
5  trip.  We got this big song and dance about that it
6  was all -- it fell apart, broke into pieces,
7  blah-blah, blah-blah, blah.  Well, Jo dug her feet
8  in.  She was a bulldog.  And she didn't believe
9  anything what they were saying.  And finally traced
10 it down, yeah, the general manager had sold it.
11     Q.  And taken the money?
12     A.  Yeah.
13     Q.  Did you fire the general manager?
14     A.  Yes, we did.
15     Q.  Did you --
16     A.  And we actually got the armoire back,
17 if I remember.  He had to go buy it back.
18     Q.  Were the police involved at all?
19     A.  What's that?
20     Q.  Were the police involved at all?
21     A.  I don't think so.
22         (Off the record.)
23 BY MR. WILLIAMS:
24     Q.  This is Exhibit No. 5.

175

1      A.  Yeah, we looked at this before.
2      Q.  Yeah, just a couple more questions
3  about it.
4      A.  Okay.
5      Q.  There's no -- well, in the category of
6  cost of goods sold, what would that -- what kind of
7  expenses would fall into that category, do you know?
8      A.  This is on the hotel?
9      Q.  That's right.
10     A.  That would be -- it would be liquor --
11 liquor purchases, beverage purchases, food purchases.
12 And on hotel accounting, you would also include the
13 cost to operate -- the direct operating costs of the
14 room -- rooms rental.  That would include front desk,
15 maids, supplies for the room, soap, whatever.
16 Whatever, whatever.
17     Q.  Did the hotel advertise?
18     A.  Sure.
19     Q.  Billboards?  What kind of --
20     A.  We had billboards on -- the major
21 highway up there is I-80.  We had one or two
22 billboards each direction on I-80.  Had one on
23 Highway 34, which is the way you get there if you're
24 coming up from the South, like Kansas City.

176

1      Q.  Anything else beyond billboards?
2      A.  Well, the restaurants we'd run display
3  ads in the newspapers.  Big days in the banquets were
4  like special cooked -- special things for like
5  Christmas, Thanksgiving, Mother's Day.  A lot of
6  print.
7          And then Best Western was -- you got
8  some ancillary benefit from being a member of Best
9  Western.  They had a book.  You could go online.  If
10 somebody went online for the Best Western looking for
11 Lincoln, you know, we'd pop up there.
12     Q.  Now, my understanding is that the
13 hotel has burned down?
14     A.  Burnt down?
15     Q.  Do you know about that?
16     A.  There was a small fire when they were
17 demolishing it.
18     Q.  Okay.
19     A.  But it didn't burn it completely down.
20     Q.  So it was being demolished and then
21 there was a fire?
22     A.  Yeah, the guy that was demolishing it
23 started a fire.
24     Q.  Okay.  And that was after --