# Exhibit C

James J. Levitt

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE: VIOXX PRODUCTS       ) MDL DOCKET NO. 1657
LIABILITY LITIGATION        ) SECTION L
                            )
                            ) JUDGE FALLON
THIS DOCUMENT RELATES TO:   )
                            ) MAGISTRATE JUDGE
JO LEVITT,                  ) KNOWLES
                            )
           Plaintiff,       )
                            )
vs.                         ) 2:06-cv-09757-EEF-DEK
                            )
MERCK & CO., INC.,          )
                            )
           Defendant.       )
                            )
```

      VIDEOTAPED DEPOSITION OF JAMES J. LEVITT, a Witness, taken on behalf of the Defendant before Shelby L. Mead, CSR No. 1472, CCR No. 940(G), pursuant to Notice on the 24th day of July, 2012, at the offices of Bryan Cave, LLP, One Kansas City Place, 1200 Main Street, Conference Room 37 North, Kansas City, Missouri.

Golkow Technologies, Inc. - 1.877.370.DEPS

James J. Levitt

|  Page 18 | Page 20 |
|---|---|
| 1  Q. You told me that one nephew has a<br>2  litigation practice, what kind of law does your other<br>3  nephew practice?<br>4  A. He's also a litigation attorney, he's<br>5  in Nashville, Tennessee.<br>6  Q. And what are their names?<br>7  A. Fardon, F-A-R-D-O-N, is their last<br>8  name.<br>9  Q. And their first names?<br>10  A. Josh -- I'm sorry, Josh is the actor,<br>11  Zach and Alex, Alexander.<br>12  Q. Which one is in Chicago?<br>13  A. Zach.<br>14  Q. Are you currently employed?<br>15  A. No.<br>16  Q. When was the last time that you were<br>17  employed?<br>18  A. I'm not even sure about that.<br>19  Probably three years ago.<br>20  Q. And who was your employer at that<br>21  time?<br>22  A. Chocolate Soup.<br>23  Q. Were you involved in any other<br>24  businesses at that time? | 1  spending money, I made decisions -- I participated in<br>2  decisions on hiring people, firing people.<br>3  Q. Did you do that -- is regards to<br>4  hiring and firing, did you do that for all levels of<br>5  employees?<br>6  A. No.<br>7  Q. Who did you participate in the hiring<br>8  and firing?<br>9  A. Management.<br>10  Q. Were there multiple people who you<br>11  would classify as management?<br>12  A. Yes, there were multiple people and I<br>13  wasn't the key person that did that, I was -- my wife<br>14  was probably more involved in that end of it than I<br>15  was and somebody that worked for us was also involved<br>16  in it.<br>17  Q. When you say someone who worked for<br>18  us, who are you referring to?<br>19  A. I'm sorry, are you asking what?<br>20  Q. You said someone who worked for you<br>21  was also involved in it?<br>22  A. Yeah, we had an individual that worked<br>23  for us in Kansas City and he was involved in running<br>24  the hotel also. |

| Page 19 | Page 21 |
|---|---|
| 1  A. Yes.<br>2  Q. Would you tell me what they were?<br>3  A. Well, it was real estate business, all<br>4  Great Plains development.<br>5  Q. Did your wife have any involvement<br>6  with that business?<br>7  A. No.<br>8  Q. Are you familiar with a business<br>9  called II, Incorporated?<br>10  A. Yes.<br>11  Q. And could you tell me what the nature<br>12  of that business is?<br>13  A. It was a hotel, owned a hotel in<br>14  Lincoln, Nebraska.<br>15  Q. Were you also involved with that?<br>16  A. Yes.<br>17  Q. What was your involvement with that,<br>18  what was your position?<br>19  A. I don't know. I mean, I was -- I<br>20  owned it, my wife and I owned it, but I don't know<br>21  what my official title was, I don't remember.<br>22  Q. What kinds of -- what kinds of duties<br>23  did you have in connection with II, Incorporated?<br>24  A. Well, I bought it, I made decisions on | 1  Q. Who was that?<br>2  A. Bob Bazan.<br>3  Q. In addition to making -- purchasing<br>4  the company and making decisions about hiring and<br>5  firing employees there, what other activities with<br>6  the company did you participate in?<br>7  A. Offhand I can't think of any.<br>8  Q. How would you describe Mr. Bazan,<br>9  Mr. Bazan or Bazan, I'm sorry?<br>10  A. B-A-Z-A-N, Bazan.<br>11  Q. ==Bazan, okay. How would you describe==<br>12  ==his role?==<br>13  A. ==He was just another executive with our==<br>14  ==company== that was pretty -- we were all involved with<br>15  everything.<br>16  Q. When you say involved with everything,<br>17  do you mean both II and Chocolate Soup?<br>18  A. Yes.<br>19  Q. And as far as the day-to-day<br>20  management of the hotel, who was -- was Mr. Bazan<br>21  primarily responsible for that?<br>22  A. No.<br>23  Q. Were there people who worked --<br>24  A. Yes. |

6 (Pages 18 to 21)

James J. Levitt

```
                                Page 22
 1      Q.   -- underneath him?
 2      A.   No, we would always -- we would have a
 3  general manager.
 4      Q.   And the general manager took care of
 5  the day-to-day management of the hotel?
 6      A.   Yes.
 7      Q.   Could you tell me the name of the
 8  hotel?
 9      A.   Name of the hotel?
10      Q.   Yes.
11      A.   Villager.
12      Q.   And how -- how old was that hotel?
13      A.   Good question.  Probably 40 years old,
14  but it had been -- you know, we completely remodeled
15  it and so on, so it didn't look like an old hotel.
16      Q.   When did you do those renovations?
17      A.   Continuously.
18      Q.   Were there specific times when you
19  did -- was there always -- when you say continuously,
20  was there always about the same kind of work going
21  on?
22      A.   The same kind of what?
23      Q.   Work going on.
24      A.   I mean, if you know anything about the

                                Page 23
 1  hotel business, you got -- you always have -- every
 2  year you have a lot to do, but then from time to time
 3  you have more major projects.
 4      Q.   When did you have major projects?
 5      A.   You know, at different times, I mean,
 6  and I don't know what you mean by major product --
 7  projects.  If the parking -- there's a lot of parking
 8  area, if the parking lot needs to be recovered,
 9  that's pretty major money wise, but not very
10  difficult to manage.
11      Q.   Did you ever undertake any projects
12  that were significant changes to the hotel, not
13  maintenance kinds of projects?
14      A.   Significant?
15      Q.   Strike that.  Did you ever do any --
16  was your wife primarily in charge of the renovations?
17      A.   Absolutely.
18      Q.   Did you have any involvement in them?
19      A.   Sure, I had involvement in the
20  decisions on whether -- I mean, she would come to me
21  with what she wanted to do and I would have
22  involvement in the decision on whether to do it or
23  not and how much it would cost.
24      Q.   Did -- you said that your wife was not

                                Page 24
 1  involved in the day-to-day operations of the hotel;
 2  is that right?
 3      A.   I didn't say that I didn't think.  Did
 4  I say that?
 5      Q.   Is that correct?
 6      A.   Huh?
 7      Q.   Is it correct that she was not
 8  involved in the day-to-day running of the hotel?
 9      A.   Well, I don't know what you consider
10  involved, I mean, if you're on the phone with people
11  talking to them all the time, is that involvement?  I
12  mean, they're in Lincoln and we were in Kansas City
13  for the most part.
14      Q.   Did you make trips to Lincoln?
15      A.   Yes, we did.
16      Q.   How often would you say you did that?
17      A.   I don't know, not nearly as often as
18  she did.
19      Q.   How often would you say that she did
20  that?
21      A.   I don't know because there wasn't a
22  regular schedule.
23      Q.   How much time would you say you spent
24  each week dealing with the hotel?

                                Page 25
 1      A.   Dealing with the hotel, is that
 2  what --
 3      Q.   Yes.
 4      A.   Too much time.
 5      Q.   If you were going to guess a number of
 6  hours?
 7      A.   It would just be a wild guess.  Am I
 8  supposed to make wild guesses?
 9      Q.   Was it more than five hours a week?
10      A.   It very well could've been, certainly
11  at times it was.
12      Q.   Did it vary a lot?
13      A.   Vary a lot?
14      Q.   Yes.
15      A.   Yeah.
16      Q.   How much time did your wife spend on
17  the hotel?
18      A.   A good deal more than I did.
19      Q.   Was it a consistent amount each week?
20      A.   No.
21      Q.   Could you -- was there a time that was
22  particularly busy for your wife when she was working
23  on the hotel?
24      A.   That was what?
```

Page 26

1   Q.   Particularly busy where she was
2   spending a particularly large amount of time there?
3   A.   Yeah, if we were doing a major
4   remodeling, she certainly would be busier than at
5   other times.
6   Q.   During those times do you have an
7   estimate of how much time a week she would spend on
8   the hotel?
9   A.   No, because it varied, I mean,
10  sometimes she would have to go up there and stay
11  there a few days.
12  Q.   Did -- you said sometimes she would
13  have to stay there a few days, did that happen -- how
14  many times did that happen?
15  A.   I don't know.
16  Q.   Did your wife spend more time on the
17  hotel or on Chocolate Soup?
18  A.   Certainly in the earlier years I would
19  say she spent more time on Chocolate Soup, I mean,
20  she was at Chocolate Soup and running the -- you
21  know, designing the line and over the production and
22  so on, but -- yeah, she spent more time at Chocolate
23  Soup.  After she had a heart attack, she tried to
24  keep working, not very successfully, it pretty well

Page 27

1   just got down to the hotel.
2   Q.   How much time after she had a heart
3   attack would she spend working on the hotel?
4   A.   How much time would she spend?  You
5   know, it's really hard to say because it's a sad
6   story.  The hotel had big problems, was doing badly,
7   she would go up there, she was trying to open a
8   bakery, a French bakery, which I think she would have
9   been real successful at before all of the stuff
10  happened to her and I would talk to the people at the
11  hotel and what would end up happening is she would go
12  up there with good intentions, but she would end up
13  just staying in her room and sleeping 20 hours at a
14  time.
15  Q.   What kinds of decisions was the
16  manager of the hotel responsible for making?
17  A.   Running the day-to-day operations.
18  Q.   What kinds of decisions would the
19  manager need to consult with you, your wife or
20  Mr. Bazan about?
21  A.   Well, general business decisions,
22  sometimes about rates, about anything that was
23  important.
24  Q.   Could you give some examples in

Page 28

1   addition to rates that he would consult with you
2   about?
3   A.   Well, my wife was involved always very
4   much with the food operation, so, I mean, she was
5   very involved.
6   Q.   Can you name the manager of the hotel
7   in about 2000?
8   A.   I don't think so because we started
9   having management problems, we fired -- we hired and
10  fired about three managers and I'm just -- their
11  names just aren't coming to me.  There was a -- the
12  last manager I remember that was there quite a while
13  was Charlie Huff, I don't know if he was there
14  through 2000.
15  Q.   When you say that you hired and fired
16  about three managers, when did those decisions take
17  place?
18  A.   I'm real bad on time frames, so I'm
19  going to guess it happened in the early, you know,
20  2000 to 2005 maybe.
21  Q.   Do you know --
22  A.   I might be wrong I don't -- I just
23  don't remember.
24  Q.   Do you recall about the shortest

Page 29

1   period of time that any one manager was a manager for
2   the hotel?
3   A.   No, but it was a relatively short
4   period of time.  If I had to guess, I would say that
5   maybe somebody only lasted about four or five months.
6   Q.   Do you remember the reasons for
7   terminating that manager?
8   A.   Well --
9   Q.   Sorry, strike that.  Was that manager
10  terminated?
11  A.   Yes, yes.
12  Q.   And do you remember the reasons for
13  terminating that manager?
14  A.   I don't know if we are talking about
15  that manager.  We had all kinds of -- we started
16  having all kinds of problems up there, people were
17  doing drugs and some of the managers were doing drugs
18  and, of course, when we found out about that, we had
19  to do something.
20  Q.   What other problems -- what other
21  management problems were there that you had to
22  address with these managers?
23  A.   With what managers, with the --
24  Q.   The ones who --

James J. Levitt

Page 30

```
 1      A.   Who didn't last very long?
 2      Q.   Yes.
 3      A.   One of them we felt like he was
 4   stealing and just not doing a very good job.
 5      Q.   What did you think that manager was
 6   stealing?
 7      A.   What did I think he was stealing, I
 8   thought he was -- for one thing we had missing -- we
 9   had a bunch of antiques up there and they went
10   missing and he was the guy in charge, so I don't know
11   that he was stealing them.
12      Q.   Do you know approximately when that
13   was?
14      A.   I'm guessing sometime in the 2000 on
15   period.
16      Q.   What other kinds of management
17   problems were there since 2000?
18      A.   You name it, we had them.
19      Q.   Could you name a few more --
20      A.   I mean, you realize you're talking
21   about the restaurant business for one thing, the food
22   and beverage business, there are always problems in
23   that.
24      Q.   What kind of problems -- when you say
```

Page 31

```
 1   there are always problems, what kind of problems are
 2   there in that business?
 3      A.   Problems with getting competent help.
 4      Q.   And whose job was it to find competent
 5   help at the restaurant?
 6      A.   Well, whether it was her job or not,
 7   my wife managed to do it, not that it was easy
 8   necessarily living with the competent help she hired,
 9   but she wanted to put out a superb product and at
10   different times she managed to do that by working
11   with some pretty difficult people to work with.
12      Q.   So there was a restaurant at the
13   hotel; is that right?
14      A.   Two.
15      Q.   And what kinds of food did they serve?
16      A.   We had a bar restaurant that served
17   fried chicken and then we had a kind of a standard
18   restaurant.
19      Q.   What were the names of those
20   restaurants?
21      A.   Originally it was -- the restaurant
22   was Spike & Ollies and the other one was named
23   Sadies.
24      Q.   There was a name change to the
```

Page 32

```
 1   restaurants?
 2      A.   You know, I don't remember right now.
 3   There was a name change when we bought the hotel and
 4   I think it pretty much stayed Spike & Ollies and then
 5   I think we may have changed it toward the end.  I
 6   know we remodeled it, but I don't remember.
 7      Q.   Was there a -- what was the reason for
 8   remodeling the restaurant?
 9      A.   Business was starting to slip and it
10   was getting old, I mean, that's what you do in that
11   business.
12      Q.   You were trying to rebrand it?
13      A.   Well, yes, Jo was trying to turn it
14   into a French bakery in the end and had -- God, it
15   looked great even though it was never totally
16   completed.
17      Q.   Why wasn't it completed?
18      A.   Because we ran out of money because
19   the hotel was bleeding money at that point in time.
20      Q.   What changed with the hotel that
21   caused it to lose so much money?
22      A.   The food operation went to hell is
23   probably the biggest single reason.
24      Q.   Was more -- was more money coming from
```

Page 33

```
 1   the food operation than the hotel?
 2      A.   No, but the food operation was losing
 3   tons of money.  And I would even have to think
 4   about -- no, I think the hotel side always generated
 5   more volume.
 6      Q.   I'm going to ask you a few questions
 7   now about Chocolate Soup.  You were president there;
 8   is that right?
 9      A.   That's what it says, we didn't pay
10   much attention to titles.
11      Q.   What were your duties at Chocolate
12   Soup?
13      A.   I was the CEO, the big -- the decision
14   maker in the end along with my wife on just about
15   everything that we did.
16      Q.   Were there decisions that you always
17   made together?
18      A.   On Chocolate Soup, I mean, she pretty
19   well had free rein.  She was limited in her open to
20   buy, I mean, she couldn't have gone out and bought
21   twice as many clothes as we needed.  I would say most
22   of the decisions, no, they weren't made together, but
23   certainly if something came up that was going to have
24   a major impact on the business or we decided to start
```

9 (Pages 30 to 33)

James J. Levitt

Page 34

1  doing something different even if it wasn't an area
2  she was interested in, I would certainly sit down and
3  discuss it with her before doing it.
4      Q.   Were there aspects of the business
5  that you were primarily responsible for?
6      A.   Yes, the financial end of the
7  business.
8      Q.   Well, when you say the financial end
9  of the business, does that include getting --
10 obtaining financing for the company?
11     A.   Yes.
12     Q.   And does that include overseeing
13 accounting?
14     A.   Overseeing what?
15     Q.   Accounting.
16     A.   I still didn't --
17     Q.   Accounting and taxes?
18     A.   Oh, overseeing the taxes?
19     Q.   Accounting and taxes?
20     A.   I'm not --
21     Q.   Overseeing the accounts and the income
22 for the business, does it include that?
23     A.   Well, you mean looking at the --
24 paying attention to the financial statements and the

Page 35

1  gross margins and so on?
2      Q.   Yeah, sorry, yes.
3      A.   Yes, that's the kind of things I did,
4  yes.
5      Q.   Were you involved in the decisions
6  about what kinds of goods to sell?
7      A.   Yes.
8      Q.   How much of your time did you spend on
9  deciding what products should be offered at the
10 stores?
11     A.   Well, basically that was taken care of
12 by my wife, but we would certainly discuss the
13 direction that we were going in, she would discuss
14 with me and I would have input like if she decided
15 that out of the blue argyle was going to be real hot
16 this year, then she would discuss it with me and we
17 would talk about how much we were going to buy and
18 when we're in the buying process, you know, I would
19 be involved in saying, you know, Well, you got that
20 much, do you want to go any further, I mean, so that
21 would be my involvement, but she was the primary
22 decision maker right down the line.
23     Q.   Now, your company, Chocolate Soup, it
24 manufactured clothing in addition to having retail

Page 36

1  stores; is that right?
2      A.   Yes.
3      Q.   Were those different business
4  functions part of the same entity or different
5  incorporated entities?
6      A.   We had two different incorporated
7  entities.  Initially it was all the same.
8      Q.   What were the different entities
9  called?
10     A.   Chocolate Soup retail was a sub S
11 corporation owned by my wife and I equally and
12 Chocolate Soup Manufacturing was a division of
13 American XO, which was just a holding company that
14 also owned II, Inc., that was the hotel.
15     Q.   And who were the owners of American
16 XO?
17     A.   My wife and I.
18     Q.   Did anyone else have an ownership
19 interest in American XO?
20     A.   No.
21     Q.   Did anyone else have an interest in
22 the manufacturing --
23     A.   The manufacturing was part of XO,
24 nobody had an interest in anything other than my wife

Page 37

1  and I.
2      Q.   And in addition -- strike that.  Did
3  you receive a salary from any of those entities?
4      A.   Yes.
5      Q.   How -- who determined what your salary
6  was?
7      A.   Me.
8      Q.   And which entities did you receive a
9  salary from?
10     A.   I believe it went through American XO.
11     Q.   Do you recall the highest salary you
12 ever received from American XO?
13     A.   You know, then you had the sub S too
14 that was the retail, so you just want to know the XO
15 side of it?
16     Q.   Just tell me between all of the
17 entities what the highest salary was -- the most that
18 you would receive?
19     A.   I don't know, maybe a million dollars.
20     Q.   And when was that?
21     A.   Probably, I don't know, it could've
22 been in the '80s for all I know or in the early '90s
23 or I don't remember.
24     Q.   Did the amount you receive -- strike

10 (Pages 34 to 37)

James J. Levitt

Page 38

1    that.  What did -- was there a consistent amount you
2    would receive each year?
3         A.   No.  Although, yeah, I mean, there
4    were periods we were paying a certain salary, but if
5    you own a sub S corporation, it depends -- it depends
6    on what it earns.
7         Q.   When -- did you receive dividends in
8    addition to the salary or are you including dividends
9    as part of that number?
10        A.   No, we didn't receive dividends.
11        Q.   Did you receive any compensation other
12   than salary?
13        A.   From the companies?
14        Q.   Yes.
15        A.   Well, again if you're talking about
16   the sub S corporation, you know -- do you know how
17   sub S's work?
18        Q.   Go ahead and explain to me the
19   distinction that you're thinking of.
20        A.   Well, the corporation earns money, but
21   it's all attributed to the individual, so if the
22   company for the sake of argument earned a million
23   dollars, okay, the individual owes the taxes on it,
24   okay, so -- and I guess -- you can make distributions

Page 39

1    and you make distributions in order, one, to pay the
2    taxes and, two, for your own use.  I don't know what
3    you technically call that.  I don't think it's a
4    dividend and I don't think it's compensation.  It's
5    not taxed as compensation.
6         Q.   So when I've been asking you about
7    salaries, you've been including the entire amounts
8    that you receive -- in your mind when you've answered
9    that, you've been including the entire amount that
10   you've received in any given year; is that right?
11        A.   You mean from all of the entities?
12        Q.   Yes.
13        A.   Yes.
14        Q.   Okay.  And did you and your wife
15   receive -- when you've been -- strike that.  When
16   you've been answering the questions, have you been
17   referring to the income that you received personally
18   or you and your wife combined?
19        A.   Well, when I told you I was guessing a
20   million dollars, it would've been us -- the combined,
21   combined.
22        Q.   How did you -- strike that.  How long
23   did you have the retail operation in addition to the
24   clothing manufacturing operation?

Page 40

1         A.   Well, we had them both the same amount
2    of time because we started out manufacturing goods
3    were our own retail store and let me think about how
4    old my daughter is.  I'm going to guess that we had
5    it maybe as long as 40 years.
6         Q.   So you started out with one store; is
7    that right?
8         A.   Yes.
9         Q.   And whose idea was it to start the
10   business?
11        A.   Well, my wife, it was her idea, she
12   was -- she had a thing about appliques that go on
13   clothes, she wanted to -- in fact, we manufactured
14   appliques initially and sold them to dry goods
15   stores.
16        Q.   Did you have any other jobs while you
17   were working with Chocolate Soup?
18        A.   Yes.
19        Q.   What was -- what was the first job
20   that you had while working with Chocolate --
21        A.   What was the what?
22        Q.   The first job that you had while
23   working with Chocolate Soup?
24        A.   I guess I'm not understanding what you

Page 41

1    mean by job, I mean, did I have a job at the hotel, I
2    don't think the hotel paid me directly.  I was --
3         Q.   Sorry.
4         A.   -- director and part owner of a bank
5    that took -- at various times took a lot of my time.
6    Later I was the chairman of a savings and loan that
7    took all my time for a while.
8         Q.   What was the name of the bank?
9         A.   First National Bank of Shawnee
10   Mission.
11        Q.   And what was the name of the savings
12   and loan?
13        A.   Eureka Federal Savings.
14        Q.   What was the last year in which you
15   were an owner of the bank?
16        A.   I don't know.  I'm guessing sometime
17   in the '90s.
18        Q.   And what was the last year that you
19   were an owner of the savings and loan?
20        A.   I'm going to guess that it was
21   sometime around 1990 that we sold it.
22        Q.   Well, when did you start -- when did
23   you become an owner of the bank?
24        A.   Of what?

11 (Pages 38 to 41)

Golkow Technologies, Inc. - 1.877.370.DEPS

James J. Levitt

Page 62

1    A.   Pardon?
2    Q.   Do you know if Chocolate Soup is still
3    being operated as --
4    A.   Barely.  I mean, he's just -- it has
5    just gone like that (indicating) and I think they
6    have -- I talked to somebody recently, I mean,
7    recently would be about three months ago.  They have
8    two or three stores and they're like working out of
9    his garage or something, so, I mean, they're going to
10   be gone, I knew they were going to be gone early on.
11   Q.   And when was the last year that you
12   and your wife were operating Chocolate Soup?
13   A.   Well, Jo really was out of Chocolate
14   Soup quite a while before I was.  She was no longer
15   involved in anything.  She just couldn't do it and
16   let me think.  First of all, Jo really did hardly
17   anything at Chocolate Soup after her heart operation,
18   I mean, she showed up, but that was about it and
19   didn't necessarily show up that often and believe me
20   when you got a wife that was a genius at that stuff,
21   I mean, she was incredible and the whole thing is
22   built around her and then she's just gone, so I --
23   she didn't have much involvement with Chocolate Soup
24   in the 2000s, I mean, after 2000.

Page 63

1    Q.   But you remained involved?
2    A.   What?
3    Q.   You remained involved?
4    A.   I did.
5    Q.   Until what year?
6    A.   I don't know, maybe -- let me see, my
7    son-in-law died in -- at the end of '08, so at least
8    into '09 and maybe even -- it might have been
9    early -- I know we were still running it until about
10   March of whatever year it was and maybe it might have
11   been 2010.
12   Q.   And the hotel, when did you and your
13   wife stop running the hotel?
14   A.   Around the same time, it may have been
15   later.  No -- yeah -- no, it was around the same
16   time, it might have been before Chocolate Soup.
17   Q.   And why did you stop running them?
18   A.   Because it was losing, you know, like
19   half a million dollars a year, it was just going to
20   get worse because we didn't have the money to do what
21   we had to do and the big mistake I made because of
22   all of the stuff that was going on in my life and
23   Jo's life with my son-in-law and her just sometimes
24   sleep ing 20 hours a day, it was a great piece of

Page 64

1    land, forget the hotel, and my intention was to try
2    to sell it and I did finally put it up, signed a
3    contract that would have bailed out everything, okay,
4    and then the market crashed and there was no money
5    for real estate at all.
6    Q.   But you said you had a contract to
7    sell it; is that right?
8    A.   Yes.
9    Q.   And what -- what did you do when the
10   buyer backed out?
11   A.   Wasn't anything I could do.  I mean,
12   real estate you don't -- it would be pretty rare that
13   you would sign a contract that the buyer didn't have
14   outs on, I mean, this was -- he signed the contract
15   and there was all kinds of due diligence and this and
16   that, environmental, all of that stuff had to be done
17   and it was -- I kept him on a short leash meaning it
18   was only -- he had like six months to perform,
19   normally it would be longer for a project like that
20   of that size and he backed out, which wasn't -- by
21   the time he backed out, you know, I was just glad the
22   phone wasn't ringing, but I knew he was going to back
23   out.  I mean, the stuff that happened is real world
24   and overnight there was -- it was a great location

Page 65

1    and the reason that he was buying it, he was a local,
2    I mean, he had other people involved because they
3    basically had -- they're like, oh, God, I can't even
4    remember how much land now, at least ten acres of
5    land.  They had the whole 80 percent of it probably
6    pre spoken for.
7    Q.   And it was your view that you
8    couldn't --
9    A.   But overnight they were all gone,
10   retailers just shut down their expansion.
11   ==Q.   You've said a few times that your wife==
12   ==didn't work much after her surgery, what's your==
13   ==understanding of why she didn't work after that time?==
14   ==A.   Well, she's obviously real depressed==
15   ==and she has no energy and it -- I thought I read==
16   ==somewhere one time that people couldn't even sleep 20==
17   ==hours in a row, but she has done that and more on a==
18   ==number of occasions.==
19   Q.   Do you know if she ever spoke to a
20   doctor about these problems?
21   A.   If she's what?
22   Q.   If she ever spoke to a doctor about
23   these problems?
24   A.   She has, but Jo was always real

17 (Pages 62 to 65)

James J. Levitt

Page 66

```
 1   aggressive on, I mean, doctors, you know, because she
 2   had problems with sinus and then later she had
 3   problems with pain and she was always reading stuff
 4   and getting new, you know, doctors, whatever, I mean,
 5   she has lost the energy to even do that, I mean, she
 6   just don't go to the doctor as much.
 7        Q.   Did any doctor ever tell her that she
 8   should work less?
 9        A.   That she's what?
10        Q.   That she should work less?
11        A.   I don't know.  May have when she was
12   younger and in fine shape, but I don't think you
13   could tell her that today.
14        Q.   The sleeping 20 hours a day, that was
15   because she was depressed and fatigued?
16        A.   I don't know.
17        Q.   Did she ever tell you why she slept so
18   much?
19        A.   She doesn't feel good and she doesn't
20   necessarily admit that she sleeps that much.  I mean,
21   she doesn't -- she has never been negative about, you
22   know -- she will tell people today, Yeah, I can -- I
23   mean, she thinks she can still do all of this stuff,
24   but I know now after many experiences over and over
```

Page 67

```
 1   she can't.
 2        Q.   Has she had any heart problems
 3   since -- has she had any heart problems since 2000?
 4        A.   You mean since the bypass operation?
 5        Q.   Yes.
 6        A.   I don't think so.  I'm trying to think
 7   when we had a big hullaballoo with our neighbor and
 8   went down to court on construction we were doing on
 9   the house and she ended up in the emergency room, but
10   my answer is I don't think that she's had specific
11   heart problems, but I guess you never know, do you?
12   We don't know that the plaque doesn't continue to
13   build up because you don't take the test that shows
14   you that.
15        Q.   Why hasn't she been for any tests?
16        A.   Well, the test I'm talking about
17   nobody takes unless they, you know, like rush them to
18   the hospital.  I wish I could remember the name of
19   it.  I took it, what is it?
20        Q.   Does she see a cardiologist?
21        A.   Does she see one?
22        Q.   Yes.
23        A.   She does, but I don't know how long it
24   has been since she has been to the cardiologist,
```

Page 68

```
 1   which is just totally unlike her.  I practically beg
 2   her to go to make doctor appointments, I mean, it
 3   used to be she always had a lot of appointments.  I
 4   couldn't keep track of all of the doctors she was
 5   going to because she was trying to solve her problems
 6   and she just doesn't really try to solve them
 7   anymore.
 8        Q.   Were you involved much in her medical
 9   care before 2000?
10        A.   Well, I mean, I wasn't a nurse, I
11   wasn't a doctor, I certainly would do all I could to
12   help, but it wasn't -- these problems weren't
13   debilitating.
14        Q.   Did you discuss -- did you discuss her
15   sinus problems with her?
16        A.   Oh, yeah, I mean, I had real bad sinus
17   when I was younger, it just went away for some
18   reason, so I understood what she was going through,
19   so, you know, I would listen to her and all of the
20   problems and she had operations and this and that and
21   nothing seemed to work, but it didn't stop her from
22   being real productive, I mean, it may have made her
23   bitch a little more, but it didn't stop her from
24   being productive.
```

Page 69

```
 1        Q.   So she never said anything to you that
 2   suggested her sinuses were interfering with her
 3   ability to work?
 4        A.   Oh, no, no, I mean, obviously it
 5   interfered with her ability to work when she had
 6   sinus operation and was out a few days.
 7        Q.   But it -- you never got the sense that
 8   her productivity was affected other than the
 9   operation?
10        A.   Oh, no, no.
11        Q.   Your wife has also been diagnosed with
12   fibromyalgia; is that right?
13        A.   I mean, do they know absolutely that
14   she had that, I guess it's now an accepted disease or
15   does she know absolutely, yeah, but I think she was
16   diagnosed with it.
17        Q.   Do you know approximately when?
18        A.   No.  Some -- a long time ago.
19        Q.   Before 2000?
20        A.   I think so, but I don't really know.
21   I would have to ask her.
22        Q.   Do you know has she ever told you the
23   basis for that diagnosis?
24        A.   No.  Jo always complained about her
```

18 (Pages 66 to 69)

James J. Levitt

Page 70

1  energy levels.  She was the most energetic person
2  I've ever been around, I mean, it was crazy, she
3  claimed that she didn't have any energy, but she
4  would run everybody ragged.  I mean, we would go back
5  to New York, you never knew where she was, she was
6  just always off on to something else.  You know, I
7  mean, it just wasn't -- I think a lot of what she was
8  complaining about, I mean, from my viewpoint wasn't
9  that relative because she was real productive, one of
10  the most productive people I've ever been around.
11       Q.   When did you have your bypass surgery?
12       A.   Pardon?
13       Q.   When did you have your bypass surgery?
14       A.   Oh, God, the only reason I can
15  probably remember is I remember when my son-in-law
16  died and I'm going to guess then it was May of 2009
17  and if it wasn't 2009, it was 2010.
18       Q.   Did you have insurance to cover that?
19       A.   Yes.
20       Q.   And did your wife have insurance at
21  the time?
22       A.   Did she have insurance at the time,
23  yeah, we maintained insurance at Chocolate Soup right
24  up until a month or two before we got out of it.

Page 71

1       Q.   So was there any time between 2000 and
2  then that either you or your wife did not have
3  insurance, medical insurance?
4       A.   No.
5       Q.   Do you know if insurance, the medical
6  insurance would not have covered visits to a
7  cardiologist?
8       A.   Would not have covered what?
9       Q.   Visits to a cardiologist for your
10  wife?
11       A.   What to a cardiologist?
12       Q.   Visits, appointments?
13       A.   Oh, surely it did.
14       Q.   Since you had your bypass, has your
15  energy level been affected?
16       A.   Do I what?
17       Q.   Has your energy level been affected
18  since you had your bypass surgery?
19       A.   The question was how was I still
20  walking around with 100 percent blockage in all of my
21  arteries, I asked the cardiologist that and he looked
22  at my -- at the, you know, MRI and said he couldn't
23  answer it, but do I have a lot of energy, no.  I had
24  a lot of problems right afterwards that turned out to

Page 72

1  be related to the drugs, you know, they make
2  everybody take and I experimented this and that.  I
3  mean, I was -- I was sleeping 20 hours a day until I
4  got the drug thing straightened out.  The operation
5  was a success, but I -- you know, I don't feel real
6  energetic.
7       Q.   But since the drug situation you said
8  was figured out, you haven't had any particular
9  problems with fatigue?
10       A.   With what?
11       Q.   Fatigue.
12       A.   I mean, I have fatigue problems, but
13  not, you know, not serious.
14       Q.   You don't sleep 20 hours a day?
15       A.   Oh, no, oh, no.
16       Q.   Why do you think there has been such a
17  difference in your reaction to your bypass surgery
18  and your wife's reaction to hers?
19       A.   I don't have a clue.  She had a
20  totally -- I do know that she had a totally different
21  problem than I did.  I've known a lot of people that
22  have gone and, you know, had that test when they were
23  having problems and they would say you got 70 percent
24  blockage here and 90 percent in that one and I never

Page 73

1  heard what I got 100 percent, but she had no
2  blockage, I mean, her -- I think it was the doctor
3  that did the stent operation actually took me in
4  there before the operation and I was looking in a
5  viewer and it had a film, you know, and I know those
6  things aren't finely tuned enough to be -- to catch
7  everything I guess, but, I mean, she looked like a --
8  it was just clear.  What she had was apparently some
9  plaque that broke off and got, you know, in a corner
10  thing, but what I'm saying is what he showed me and
11  told me was that she was clear other than that, which
12  they were taking care of, so obviously what she has,
13  I'm not a doctor or a cardiologist, probably amounts
14  to being a different disease than what I have.
15       Q.   Do you know if she ever spoke to a
16  doctor about -- strike that.  Do you know if any
17  doctor ever told her that the fatigue was related to
18  her heart?
19       A.   Well, I'm going to have to think about
20  that.  First of all, she's so fatigued she rarely
21  goes to doctors anymore.  I know that because I
22  always query her or try to go with her, although, she
23  usually won't let me go.  I'm sure that doctors have
24  talked to her about it, but I can't specifically

19 (Pages 70 to 73)

James J. Levitt

Page 78

```
 1   okay, but I know there are people that are depressed.
 2   I don't think she was ever depressed because I don't
 3   see how somebody could do what she did and be
 4   depressed.  She may have thought she was depressed, I
 5   mean, she probably claimed to be depressed, but I
 6   didn't think she was depressed.  I didn't think she
 7   was always real happy and we used to fight like hell
 8   a lot, but I didn't see any -- I didn't know what
 9   depression was until after she had that heart
10   operation.  Now I know what depression is.
11       Q.   As far as a formal diagnosis of
12   depression though, you would defer to a psychiatrist
13   or psychologist?
14       A.   I what?
15       Q.   Would you say that a psychiatrist or
16   psychologist would be better placed to make a
17   diagnosis of depression?
18       A.   Oh, absolutely, and I'm well aware, I
19   mean, she has told me that, you know, her
20   psychiatrist that she's depressed and I'm well aware
21   that she was trying all different kinds of
22   anti-depressant drugs at one point.
23       Q.   And this included at points before
24   2000?
```

Page 79

```
 1       A.   Huh-uh.
 2       Q.   No?
 3       A.   No.
 4       Q.   To your knowledge your wife never took
 5   any medications for depression before 2000?
 6       A.   I'm not saying that she didn't take
 7   any for depression, I'm saying for the most part I
 8   wouldn't have known about it, I have to think about
 9   it.
10       Q.   So you don't know, is that the --
11       A.   Yeah, I mean, sitting here right now I
12   don't know for sure.  Could she have taken an
13   anti-depressant at some point in time, yeah, I mean,
14   a lot of people that I work with who were not
15   depressed people were taking anti-depressants, it
16   seemed like everybody was taken them.
17       Q.   When did your wife see Dr. O'Hearne?
18       A.   God, I don't know.  It would've been
19   before -- I'm almost certain it would've been before
20   2000.
21       Q.   Do you know why she saw Dr. O'Hearne?
22       A.   To tell you the truth I really don't
23   know why because she forced me into going.  I guess
24   she thought he was -- I don't know what she thought
```

Page 80

```
 1   it was, but I went and had a session with him and I
 2   didn't care for it at all, so, you know, she was
 3   somebody that would -- if she hadn't had so many
 4   responsibilities and had a lot of money, I could
 5   imagine her like some of the, I don't want to say
 6   Hollywood people because she's not like that, but I
 7   could -- I mean, she could have gone for going to a
 8   psychoanalyst or something like that, I mean, her
 9   personality is such it wouldn't surprise me if she
10   had done something like that.
11       Q.   I want to return to your businesses.
12   I'm going to show you what was marked yesterday as
13   Exhibit No. 4.  It appears to be a chart.  I'm glad
14   you have the glasses.
15       A.   Yeah, that looks like tiny, tiny
16   stuff, I can read it kind of.  I guess I can't read
17   it if I don't know if it's upside down or right side
18   up.  Oh, I can see it now, it's a little fuzzy.
19       Q.   If you want to find your glasses, I
20   will wait for you.
21       A.   Well, I don't know, I had so much
22   trouble finding them before I probably won't find
23   them this time.  I can't believe I didn't get them
24   ready.  I thought I did.  I could probably kind of
```

Page 81

```
 1   make it out, it looks like some Chocolate Soup
 2   numbers.  If I don't have to know the exact numbers,
 3   I should be okay.
 4       Q.   I am going to ask you about the
 5   numbers.  First of all, have you seen this chart
 6   before?
 7       A.   I don't know.
 8       Q.   Because you can't see it or because
 9   you don't know?
10       A.   I don't know the answer to that
11   either.
12       Q.   Okay.
13       A.   Give me a second.
14            MR. WILLIAMS:  Why don't we go off the
15   record.
16       A.   This is humiliating because I haven't
17   had to go through it.
18            THE VIDEOGRAPHER:  Time is now 10:55,
19   we're going off the record.
20            (Recess.)
21            THE VIDEOGRAPHER:  The time is now
22   11:06, we're back on the record.
23   BY MR. WILLIAMS:
24       Q.   So before the break I handed you what
```

21 (Pages 78 to 81)

Golkow Technologies, Inc. - 1.877.370.DEPS

James J. Levitt

Page 98

1  selling and, you know, what we wanted more of and
2  what we wanted less of and all of that kind of stuff,
3  but as far as picking -- oh, and he was a deal maker,
4  we started buying upscale closeouts, that's one thing
5  that Jo got us to do, but then she wasn't around to
6  carry through with it, we had started buying upscale
7  closeouts, so Bazan was a -- you know, he was a good
8  negotiator on that stuff, he was a good numbers man
9  and he loved it, he absolutely loved it, so he would
10 trot off to the shows and, you know, try to make
11 deals.
12      Q.   Did he -- would he make deals even
13 when your wife was still more actively involved?
14      A.   Not -- I mean, some and sometimes I
15 know there was -- you know, it would get touchy at
16 times because Bazan would tell me about a deal and I
17 knew it was a good deal and decided I, you know,
18 would do that deal and Jo didn't want to do the deal,
19 so, there were some problems like that, but no, he
20 wasn't -- ==he didn't make a lot of decisions when Jo==
21 ==was actively involved.== ==He basically started going to==
22 ==the shows with her and he knew, you know, I taught==
23 ==him how to do the open to buy and all of that kind of==
24 ==stuff off the computer and basically she had a system==

Page 99

1  ==where she doesn't do numbers, you know, her system==
2  ==was she'd give it five stars, four stars, three==
3  ==stars, two stars, one star and then Bazan figures out==
4  ==from that how much to order of each of them.==
5       Q.   So he would be responsible for
6  negotiating prices and issues like that?
7       A.   Oh, yeah, yeah.
8       Q.   Just turn the page --
9       A.   Yeah, Bazan is completely confident
10 buyer in everything except fashion things.
11      Q.   But you said he -- both you and he
12 over time got a better sense for the fashion trends
13 and the kinds of clothing that it would make sense to
14 sell?
15      A.   Yeah, the problem is fashion is about
16 change and I don't think either of us recognized
17 change, I mean, we were going for price, you know, it
18 was pretty safe to buy upstairs closeouts if you
19 could find them, upstairs off price if you could find
20 them and you just trust the label that it's going to
21 be pretty good stuff.
22      Q.   When you say upstairs, what do you
23 mean?
24      A.   Expensive.

Page 100

1       Q.   Could you turn the page of this chart
2  to the second page.  And you'll see on the first line
3  it says II, Inc., d/b/a Villager Courtyard and
4  Gardens and that refers to the hotel in Nebraska; is
5  that right.
6       A.   Right.
7       Q.   Could you -- strike that.  And just
8  looking across the top that looks like -- those look
9  like dates in descending order.  Would January 31st
10 have been the end of a fiscal year for you?
11      A.   Yes.
12      Q.   I noticed that on the other sheet the
13 date is 12/31?
14      A.   Uh-huh.
15      Q.   On the first sheet whereas here it's
16 1/31.  Is there any reason for that difference?
17      A.   Yes.
18      Q.   What's the reason?
19      A.   Well, retailers typically are 1/31,
20 okay, but when you get a sub S corporation, you can't
21 be 1/31.
22      Q.   And that is because it's treated as
23 personally --
24      A.   It's just against the rules.  You

Page 101

1  can't be 1/31, you have to be a fiscal year end, so a
2  question if I had Bazan here right now I would ask
3  him is, and I don't see anything wrong with this if
4  this is what he did, he just, you know, like I say,
5  he took manufacturing the full 2008 figure through
6  1/31 and took the other just through 12/31, in other
7  words, you got twelve months on both, but it's all --
8  this is not a perfect thing anyway, it's going to
9  come out in the wash.  On the other hand it wouldn't
10 have surprised me and that may have to do with maybe
11 King showed him how to combine the statements, I
12 don't know, I don't know.
13      Q.   Let's just go back to the second
14 sheet.
15      A.   But it's not going to change anything.
16      Q.   Okay.
17      A.   I mean, it might make one year higher
18 and another one lower.
19      Q.   Turning back to the second sheet, the
20 II, Inc., Villager hotel, can you just explain to me
21 what the costs of goods sold would include?
22      A.   I mean, that's a good question.
23      Q.   Is that a question I would have to ask
24 Mr. Bazan?

26 (Pages 98 to 101)

James J. Levitt

Page 106

```
 1     Q.   Oh, sure.  I'm looking in particular
 2  at 1998 where the interest expenses appears to
 3  increase for several years and then there's a large
 4  increase in 2001 to 2002?
 5     A.   Yeah, it would've been because of
 6  additional borrowing.
 7     Q.   Do you know why you would've done
 8  additional borrowing around those times?
 9     A.   Well, there is more than one reason
10  that you could do additional borrowing.  You could do
11  it because you're losing money, you could do it
12  because you're remodeling and there was always, I
13  mean, I think we determined that we really had to
14  spend, you know, just a couple hundred thousand every
15  year just to keep the place up and then if you were
16  doing anything different, it would be more and we'd
17  likely get a loan at the bank and that was the most
18  likely reason for a significant change would be a
19  remodeling.  I mean, I got kind of on the wrong line.
20  It would be a remodeling, but by the time you get
21  down to where you're losing a lot of money, your
22  interest expense is going to go up.
23     Q.   And that would be because you were
24  unable to pay the interest or because you were taking
```

Page 107

```
 1  additional --
 2     A.   At some point, yeah.
 3     Q.   Looking at the net sales line, which
 4  is the second line directly under the dates?
 5     A.   Uh-huh.
 6     Q.   It looks like the sales were pretty
 7  consistent around the upper 300,000s in the '90s, is
 8  that what it looks like to you?
 9     A.   That's not 300,000.
10     Q.   Sorry, upper 300,000, i.e., almost
11  400?
12     A.   I'm reading millions, not hundred
13  thousands, millions.
14     Q.   Oh, I'm sorry, you're right, left out
15  a comma.  Are those figures consistent with your
16  recollection?
17     A.   I'm sorry, consistent with what?
18     Q.   With your recollection of the --
19     A.   Yeah.
20     Q.   -- the sales during that time?
21     A.   Yeah, yes.  Sorry.
22     Q.   And in the 2000s you said you had
23  management difficulties at the hotel; is that right?
24     A.   We always had management difficulties,
```

Page 108

```
 1  but we had some big management difficulties in the
 2  2000s.
 3     Q.   And would that be -- would that be an
 4  explanation for why the numbers dropped down into the
 5  two millions?
 6     A.   Well, I mean, it didn't drop to two
 7  million overnight, but, I mean, this becomes a
 8  cumulative effect thing.  We had other problems, you
 9  know, Chocolate soup wasn't doing well, blah, blah,
10  blah, and this stuff starts accumulating and Jo was
11  trying to do something about this and by the way the
12  restaurant is where you, you know, you would see a
13  big swing in sales and obviously the restaurant just
14  went to pot, I mean, the food and beverage business
15  went to pot.
16     Q.   You think the change in sales was
17  primarily due to the restaurant?
18     A.   I know -- I mean the -- I know in the
19  end, I mean, we weren't doing any business in the
20  hotel either because, I mean, we hadn't -- we hadn't
21  kept the property up, we couldn't, we didn't have the
22  money, all right, so, I mean, at some point you get
23  into a downward spiral, but I would think that in the
24  beginning -- yeah, when you see like -- well, let's
```

Page 109

```
 1  go again.  When you see, for example, four million in
 2  2000, okay?
 3     Q.   Okay.
 4     A.   And then just two years later, go two
 5  years forward and it's 2 million 9, that doesn't
 6  happen in the hotel.  There had to be a huge, and I'm
 7  not saying the hotel couldn't have been lower, but a
 8  huge move at that point in time had to be in food and
 9  beverage.
10     Q.   And do you have any idea what would
11  account for that change in the food and beverage
12  sales?
13     A.   Well, yeah, I mean, Jo was the only
14  one, I mean, it was beyond everybody else, she was
15  the only one that could deal with those -- the people
16  and get them to do what they were supposed to do and
17  my guess is it just -- without her around and I don't
18  mean she had to be up there, I mean, everybody used
19  to be scared of her whether she was there or not, but
20  I don't think she -- she just couldn't handle it
21  anymore, so that would be a reason, yes.  And the
22  food, I'm talking about the food business, if Jo
23  wasn't around, I mean, you got the hotel sitting
24  there and nothing much has changed, okay, but in that
```

28 (Pages 106 to 109)