# Exhibit D

Page 1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | ) MDL DOCKET NO. 1657 ) SECTION L ) |
| THIS DOCUMENT RELATES TO: | ) JUDGE FALLON ) ) MAGISTRATE JUDGE |
| JO LEVITT, | ) KNOWLES ) |
| Plaintiff, | ) ) |
| vs. | ) 2:06-cv-09757-EEF-DEK ) |
| MERCK & CO., INC., | ) ) |
| Defendant. | ) ) |

VIDEOTAPED DEPOSITION OF JO LEVITT, the Plaintiff, taken on behalf of the Defendant before Shelby L. Mead, CSR No. 1472, CCR No. 940(G), pursuant to Notice on the 23rd day of July, 2012, at the offices of Bryan Cave, LLP, One Kansas City Place, 1200 Main Street, Conference Room 37 North, Kansas City, Missouri.

Golkow Technologies, Inc. - 1.877.370.DEPS

Page 18

1  Q. Do you recall when that was?
2  A. No.
3  Q. And do you -- are you currently an
4  owner of Chocolate Soup?
5  A. No.
6  Q. Were the -- were the manufacturing
7  part of the business and the retail part of the
8  business, were they separate entities or were they
9  always the same?
10 A. They actually -- he will be able to
11 tell you a little bit more about the setup of it
12 because I wasn't that involved, but there was a
13 Chocolate Soup retail, okay, and a Chocolate Soup
14 manufacturing.
15 Q. And manufacturing, where was that
16 located?
17 A. We were in Raytown for years and then
18 we moved to Lee's Summit.
19 Q. And those are both in Kansas?
20 A. No, no, that's in Missouri, sorry.
21 Q. And then for the retail --
22 A. We had 14 stores. You want me to name
23 them? Dallas; Houston; New Orleans; Germantown;
24 Tennessee; Chicago -- Winnetka in Chicago;

Page 19

1  Charleston; Atlanta; St. Louis; Kansas City. How
2  many is that?
3  Q. I don't know, but if you get some
4  others, we can fill them in, but all in all there
5  were a total of 14?
6  A. Well, no, there never started --
7  started out 14, they were built over the years.
8  Q. Okay. And when the -- did you ever
9  have any franchisees?
10 A. No.
11 Q. So all 14 stores that were owned were
12 owned by you?
13 A. Right.
14 Q. And when the stores were opened, did
15 you personally open them?
16 A. Yes. Well, I mean, did I personally
17 open them, some of them, but we had -- you know, we
18 hired people and we had a national retail manager
19 and, you know, she did some of the opening and then
20 we had a crew here in Kansas City that would go out
21 and open the stores.
22 Q. So what was the -- what was the last
23 year that you had 14 stores?
24 A. I'm not quite sure, but I know that we

Page 20

1  did in '99, 2000.
2  Q. You did?
3  A. Uh-huh.
4  Q. Okay. Are you currently employed?
5  A. No.
6  Q. Now, have you ever -- can you just
7  describe for me the role of vice president?
8  A. Well, basically I ran the factory, I
9  was in charge of all of the buying because besides
10 manufacturing we also bought other -- from other
11 people, other things that we didn't make. For
12 example, we didn't make coats, so to round out our
13 retail selection we bought on the outside and so I
14 was in charge of all design, all retailing, I guess I
15 was -- everything -- I was in charge of everything
16 other than the financial part of it.
17 Q. And am I correct that your husband
18 held the title of president?
19 A. Yeah.
20 Q. And why was he president and you were
21 vice president?
22 A. Because a president is the one that
23 goes to the bank to get the money and so on and
24 besides he's my husband, why not.

Page 21

1  Q. So in terms of -- strike that.
2  Generally how many hours would you work?
3  A. I mean, it varied, but basically, I
4  mean, you know, 10, 12 hours, sometimes more than
5  that, I mean, depending on what had to be done. I
6  mean, if you were going -- if you would work at the
7  factory and make sure everything was going right
8  there and then if you had to go on a trip, I mean, do
9  you count that as working while you're traveling and
10 so on?
11 Q. Oh, absolutely.
12 A. I mean, you got up early this morning
13 and flew in or come in last night or late last night.
14 Q. So did you travel a lot for your work?
15 A. Yes, I went to markets four times a
16 year at least, went overseas, Philippines, went to
17 Mexico for it.
18 Q. So let's just say in a typical year or
19 in late '90s, how much travel were you doing?
20 A. Traveling at least four times a year
21 and sometimes more.
22 Q. And on average you're saying you would
23 work 10 to 12 hours a day?
24 A. Uh-huh.

Page 22

1   Q.   And how many days a week?
2   A.   Six, seven.
3   Q.   And how much time did your husband
4   devote to the business?
5   A.   I guess when he needed to, but he was
6   also involved in some other things so.
7   Q.   Okay. And in that how many -- again
8   focusing on the late '90s, say '95 to 2000, how many
9   employees did you have?
10  A.   Well, in Chocolate Soup a few hundred,
11  maybe 200, I know we had like 35 sewing machine
12  operators, probably at the factory, our factory was
13  about 35,000 square feet and we had -- other than
14  maybe 30 or 35 sewing machine operators, we had
15  support staff of 1, 2, 3, 4, 5, 6, 7, 8, another half
16  that many in other people in the office and in the
17  design area and the cutting and receiving and then
18  we -- oh, I'm sorry we had the warehouse, which was a
19  separate area, which about the same size as the
20  factory and we had maybe -- I think it would go up
21  and down more over there, we had like permanent
22  employees and then we had a few that would come in
23  depending on the busy seasons.
24  Q.   And then you had management employees?

Page 23

1   A.   Pardon me?
2   Q.   You had managers who you worked with
3   to help manage?
4   A.   Yeah, we had a manager of the
5   warehouse and I had a manager at the factory, but a
6   lot of it was hands on.
7   Q.   And when you say a lot of it was hands
8   on, what do you mean?
9   A.   Well, because I did the designing and
10  I knew how to make the garment and so basically, I
11  mean, I was involved in not everything, but about --
12  if we are going to buy new machinery or whatever it
13  is, I knew what it was that we needed to buy and so
14  on.
15  Q.   Okay. Focusing for a moment on the
16  retail stores.
17  A.   Uh-huh.
18  Q.   Did the retail stores sell other
19  merchandise other than the merchandise that you
20  designed?
21  A.   Yes, they did and we sold about half
22  of our own and half of things that we purchased.
23  Q.   And then for the -- for the retail
24  side how many management personnel did you have?

Page 24

1   A.   Well, we had a manager of every store
2   and then she probably -- she had an assistant manager
3   and then they had, you know, quite a bit of part-time
4   help was the other and then we had a national retail
5   manager that was out of -- she actually ran a store
6   besides that in Memphis, Tennessee.
7   Q.   And was there anybody in a management
8   position between the national retail manager and the
9   individual store managers?
10  A.   No, no.
11  Q.   Okay. And how much time did you
12  devote on the retail side?
13  A.   I didn't devote as much time on the
14  retail side as far as the day-to-day running of it,
15  my husband did more than that, in other words, he
16  would do the pricing, yeah, give him something to do,
17  he would do the pricing and he would do -- decide
18  when we were going to have sales or what we were
19  going to do and then I would, you know, work with
20  people on our advertising and so on.
21  Q.   Okay. And the national retail
22  manager, this is a woman?
23  A.   Uh-huh.
24  Q.   What was her name?

Page 25

1   A.   Nancy. She's had a couple of last
2   names, so I'm not quite -- I'll be happy to give it
3   to you, but I don't know what her last name is now.
4   Q.   What was her last name when you worked
5   with her?
6   A.   Nancy, God, I'm sorry, I can't
7   remember it. Nancy Jones, sorry.
8   Q.   And she was based in Memphis?
9   A.   Yeah. Actually, Germantown.
10  Q.   Did you ever manage any of the stores
11  yourself?
12  A.   No. Actually we started -- the first
13  store we had was out on Wornall Road here in Kansas
14  City, it used to be Shanklin's Delicatessen and we
15  started out manufacturing in the basement of it and
16  retailing above and so, I mean, we were around.
17  Yeah, I mean, we were like a big dressmaker
18  basically.
19  Q.   Did you -- at any point in time did
20  you have other designers besides yourself?
21  A.   Yeah, I had people that were
22  underneath me that did -- worked on different things,
23  in other words, they -- I would tell them what we
24  were -- what I was interested in and then we would go

Page 26

1  from there on the thing and those were more in the
2  last years, not in the beginning.
3      Q.   And how many designers did you have?
4      A.   We had somebody that worked on the
5  computer for us, one, and then I had a pattern maker,
6  designer, whatever, and who else was in there, oh, I
7  had somebody that would work on the appliques, so I
8  think there was three of us -- three back there.
9      Q.   And who was the manager of the
10 warehouse?
11     A.   Well, there would've been different
12 managers of the warehouse through the years. I mean,
13 Zeta Schump was one of them.
14     Q.   Who was manager of the warehouse in
15 the late '90s, 2000?
16     A.   Oh, in the late '90s.
17     Q.   Like 1990, 2000 time frame?
18     A.   Oh, I'm sorry, give me a minute.
19     Q.   Sure. We'll circle back to that. I
20 also wanted to know the manager for the factory?
21     A.   Oh, Carl Murphy was manager of the
22 factory for a long time. Before Carl Murphy I went
23 through several different ones through the years, but
24 he probably was the manager the longest.

Page 27

1      Q.   And was he manager of the factory in
2  1999, 2000?
3      A.   I don't know whether he was or not. I
4  think he was -- yeah, I'm sure he was, I'm sure he
5  was.
6      Q.   And where does he live?
7      A.   He lives in Raytown I think.
8      Q.   And the manager of the warehouse, was
9  there less turnover in that position?
10     A.   Pardon me?
11     Q.   Was there less turnover in the manager
12 of the warehouse position?
13     A.   Oh, we didn't have a lot of turnover
14 in our company really. I will tell you her name in a
15 minute, it slips.
16     Q.   Other than --
17     A.   I don't know, have a conversation, you
18 know, do you remember the name of this person and it
19 takes a while and, yes, I'll remember it.
20     Q.   If it pops back to you, just let me
21 know.
22     A.   It will. I tried not to think about
23 all of that for a while I guess.
24     Q.   So you were vice president, your

Page 28

1  husband was president, were there any other people
2  with officer titles?
3      A.   Yes, we had an accountant, Bob Bazan.
4  Actually, he was a CPA, not an accountant. I don't
5  know where -- we're not really big on titles and
6  stuff. I think he was probably vice president too,
7  but I don't know for sure.
8      Q.   Okay. And anyone else who had a
9  similar role, an officer role?
10     A.   No, no.
11     Q.   And Bob Bazan, is he -- does he live
12 in Kansas City?
13     A.   Yes.
14     Q.   Okay. And can you spell his name for
15 us?
16     A.   B-A-Z-A-N.
17     Q.   And during the time when you had 14
18 retail stores, did you visit all of the stores each
19 year?
20     A.   No, I did not. That was the retail
21 manager and when I did visit, I normally would visit
22 and no one would know who I was.
23     Q.   So almost like a secret shopper?
24     A.   Yeah, secret shopper.

Page 29

1      Q.   Do you recall how the company was
2  organized, was it an S corporation or something else?
3      A.   We were a regular corporation, I will
4  throw you, I had a hotel too.
5      Q.   We are going to come to that.
6      A.   Okay.
7      Q.   So the entities that you're probably
8  looking for are II, Inc., American XO, like the
9  letter XO?
10     A.   Oh, yeah, you know, like I love you,
11 which my husband didn't know what that meant until
12 when I came up with it.
13     Q.   Anything else?
14     A.   And I guess that's -- I think that
15 those are the -- and Chocolate Soup, Inc., and
16 Chocolate Soup Retail.
17     Q.   And II, Inc., that owned the hotel?
18     A.   That you would have to ask him all of
19 that.
20     Q.   And what about American XO, what did
21 that do?
22     A.   It held -- I don't know how it was --
23 I just signed the papers at the end because I'm not
24 really interested in it.

Page 34

1  it wasn't sold because of the market. I mean, it was
2  actually sold and we had a contract on it like
3  November maybe.
4      Q.  Of what year?
5      A.  Of 2008, so it was after, you know,
6  the crash that they backed out.
7      Q.  Okay. And just to bring that around
8  to you're saying that the bank also took over --
9  strike that. You said the bank took over Chocolate
10 Soup?
11     A.  Yeah, because, I mean, we owed them
12 money on all of it.
13     Q.  Okay. And so the assets -- I'm trying
14 to figure out how that came about. Were there assets
15 of the company that were pledged to the bank and they
16 seized them or something like that?
17     A.  Right, right.
18     Q.  Did you work out an agreement or
19 arrangement with the bank where they were going to
20 take over the company?
21     A.  I didn't.
22     Q.  Did your husband?
23     A.  You'll have to talk with him about it.
24     Q.  Were there any court proceedings

Page 35

1  involved --
2      A.  No.
3      Q.  -- in this transaction?
4      A.  No, no, no. We did not go bankrupt,
5  that's not something that you want to do.
6      Q.  But, I mean --
7      A.  That's not something that's real
8  palatable to us.
9      Q.  And it's not the case that the bank
10 like went to court to petition to get access to
11 assets?
12     A.  No, huh-uh.
13     Q.  You worked out a voluntary --
14     A.  Right.
15     Q.  -- or mutual agreement?
16     A.  Right, right.
17     Q.  And the hotel that you mentioned, what
18 was the name of it?
19     A.  The Villager.
20     Q.  And where was that?
21     A.  Lincoln, Nebraska.
22     Q.  And when did you become the owner of
23 that property?
24     A.  Thirty years ago maybe, 25 years ago.

Page 36

1      Q.  So 1980s?
2      A.  Yeah, more like '75, let's put it
3  that.
4      Q.  And how did you become to be the owner
5  of that hotel?
6      A.  My father built the hotel and he sold
7  it to us.
8      Q.  And how far away is Lincoln, Nebraska
9  from Kansas City?
10     A.  250 miles or something, my family was
11 originally from Nebraska. I never lived in Nebraska,
12 no, but my mother and father were originally from
13 Nebraska.
14     ==Q.  And did you have any management role==
15 ==in the hotel?==
16     ==A.  No, I just was in charge of the design==
17 ==and --==
18     ==Q.  When you say design, what do you mean==
19 ==when you say design?==
20     ==A.  Well, because you'd have to redo the==
21 ==hotel and I redid the hotel when we took it over and==
22 ==I was in the process of going to revamp it in, you==
23 ==know, '99, 2000, 2001.==
24     Q.  Who actually managed the hotel?

Page 37

1      A.  We've had different managers, we had
2  one manager for years, his name was Charlie Huff
3  and -- but at that time I don't really remember who
4  was managing it at that time. After Charlie, we went
5  through, I don't know, three or four managers, young
6  guys that I didn't hire, Bob Bazan hired them.
7      Q.  Did you visit the hotel?
8      A.  Uh-huh.
9      Q.  How often did you visit the hotel?
10     A.  Through the years a couple times,
11 maybe twice a year or something like that through the
12 years depending on, you know, what was going on at
13 the hotel at the time. If we were doing something
14 like we built on to the hotel and I would go up more
15 often, just depends on what was going on.
16     ==Q.  When you're saying like you were==
17 ==responsible for design in the hotel, do you mean like==
18 ==interior design or something else?==
19     ==A.  Yeah, interior design and exterior==
20 ==design, in other words, it started out as -- it was a==
21 =='50s hotel and we did a lot of landscaping, we==
22 ==brought in a lot of rocks and stuff from Missouri and==
23 ==we put -- it had a flat roof on it, we put a pitched==
24 ==roof on it, it had a small little office and we, you==

Page 38

1  know, expanded the office and it had ballroom and,
2  you know, we would do things there, had two
3  restaurants.
4      Q.  Okay.  Was it a branded hotel or
5  independent?
6      A.  It was a Best Western for years.
7      Q.  I believe you said when you took it
8  over, it had about 50 rooms?
9      A.  No, it had 200 rooms.
10     Q.  When you took it over?
11     A.  Uh-huh.
12     Q.  And did you -- did it grow from there?
13     A.  Did it what?
14     Q.  Did it become larger?
15     A.  Well, some of the public space became
16 larger, yeah, I mean, we added on as far as the
17 office lobby area was.
18     Q.  But it stayed about 200 rooms?
19     A.  Oh, yeah, it was still about 200
20 rooms.
21     Q.  And, now, what happened with that
22 hotel?
23     A.  What happened with the hotel, the bank
24 took it over.

Page 39

1      Q.  And when did the bank take it over?
2      A.  The same time it took over Chocolate
3  Soup, 2008.
4      Q.  And same bank?
5      A.  Uh-huh.
6      Q.  And did you have any other property
7  that was taken over by the bank in 2008?
8      A.  Not to my knowledge.
9      Q.  Okay.  Were you aware that Chocolate
10 Soup is also a trademark for like a candy or flavored
11 syrup?
12     A.  Yeah, that was ours.
13     Q.  Can you explain that?
14     A.  Yeah, we sold chocolate soup in the
15 stores and in several other places, but it was like
16 Hershey's syrup, but instead of Hershey's syrup,
17 Chocolate Soup.
18     Q.  So you actually sold food items under
19 that name?
20     A.  Yeah, uh-huh.
21     Q.  And how -- where was that made and how
22 was that sold?
23     A.  Well, we made some of it at the hotel
24 in the kitchens up there.

Page 40

1      Q.  And how long were you selling --
2      A.  Chocolate soup.
3      Q.  -- Chocolate Soup soup?
4      A.  I don't know, years.
5      Q.  When did -- do you know when you
6  stopped selling it?
7      A.  Pardon me?
8      Q.  When did you stop selling it?
9      A.  We didn't really, I mean, we haven't
10 sold any in the last year because we haven't been
11 around, but it was always sold through our stores.
12     Q.  Was it sold through any other places
13 other than the actual retail stores?
14     A.  Actually not really, no, huh-uh.
15     Q.  And did you know that the actual
16 trademark, the legal trademark was renewed in 2007?
17     A.  It was renewed in 2007?
18     Q.  Yes.
19     A.  Yeah, it should be.  I mean, I think
20 as far as I know, I mean, we renewed it.
21     Q.  So were you still selling things under
22 that mark in 2007?
23     A.  Uh-huh.
24     Q.  And what were you selling, the same

Page 41

1  items?
2      A.  One item, chocolate soup.
3      Q.  Okay.  Do you have an estimate as to
4  how much chocolate soup you sold?
5      A.  No, I can't tell you.  Sometimes, I
6  mean, sometimes we would give it away if people were
7  buying things or we would have a special or something
8  like that.  It was a promotional thing for the kids
9  in our store, they liked it.
10     Q.  Okay.  At one point in time did your
11 husband have an ownership interest in a bank?
12     A.  Uh-huh.
13     Q.  And was that a -- did you also have an
14 ownership interest in the bank?
15     A.  No, well, other than -- no, I mean --
16 other than Missouri.
17     Q.  Other than it's a joint asset?
18     A.  What?
19     Q.  As a joint asset?
20     A.  Yes, I think so.
21     Q.  Do you know how that -- strike that.
22 Did your husband have a banking background?
23     A.  No, he had a background in -- he was a
24 stockbroker and he's smart and he's good at math.

Page 90

1   A.   Uh-huh, yes.
2   Q.   And then there's an answer, I want to
3   focus on the first part, Several days before March 9,
4   1999 shortness of breath, chest pain, sweating,
5   chewed aspirin, called 911. And the question I had
6   was about the chewed aspirin, why did you chew
7   aspirin?
8   A.   Because I felt like that I might be
9   having a heart attack or, I mean, I might -- in other
10  words, I felt real funny and might be having a heart
11  attack and, I mean, I always heard that you're
12  supposed to chew aspirin.
13  Q.   So it was something that you had
14  generally heard?
15  A.   Yeah, uh-huh.
16  Q.   Had that ever happened to you before?
17  A.   No.
18  Q.   Do you know someone that had happened
19  to?
20  A.   No.
21  Q.   And then the fire department, which I
22  am assuming that means the ambulance that came and
23  they wanted to take you to the hospital, but you
24  declined?

Page 91

1   A.   Uh-huh, I'm sorry.
2   Q.   And that same day an ambulance arrived
3   and they wanted to take you to the hospital, but you
4   declined?
5   A.   Right.
6   Q.   And why did you decline?
7   A.   Because I felt silly because they
8   couldn't tell that anything, you know, was wrong, in
9   other words, they could not read anything by whatever
10  the EKG and I just -- I felt foolish, you know, and I
11  said, you know, I would try to go see my doctor or
12  whatever. I mean, I felt like I had overreacted and
13  silly because all of the sudden, I mean, I had the
14  fire department out there and --
15  Q.   Had you -- prior to that date had you
16  ever had an incident before where you had to call an
17  ambulance?
18  A.   No.
19  Q.   So it was the first time you called an
20  ambulance for yourself?
21  A.   Right, right.
22  Q.   Turn to page 9 and section J where it
23  says employment information?
24  A.   Uh-huh.

Page 92

1   Q.   Current employer Chocolate Soup and
2   here the dates of employment are listed as 19 blank
3   to 2002 and I just wanted to clarify that, you
4   continued to work with Chocolate Soup after 2002,
5   right?
6   A.   Yes, I continued to work part time, I
7   mean, as much as I could.
8   Q.   And you were still vice president
9   after 2002?
10  A.   Oh, yeah.
11  Q.   And after 2002 you're saying you
12  worked part time, what did that consist of?
13  A.   I did what I could, I didn't go in to
14  the office like I did before and I just -- I didn't
15  do as much. I don't know why -- I mean, I don't know
16  why I put here 2002 in there, I mean, basically, I
17  mean, I did what I could, you know, what I could
18  until the end, that's -- I don't know why I put 2002
19  or whatever I did. I apologize.
20  Q.   Or it could be a typo that happens
21  also.
22  A.   Right.
23  Q.   So that's why I wanted to clarify, so
24  you continued to work as vice president?

Page 93

1   A.   Yeah, I was always vice president
2   until the end.
3   Q.   And the end is 2008?
4   A.   Uh-huh, right, right.
5   Q.   And after the year 2000 --
6   A.   Is this mine or do I have to give this
7   back to you?
8   Q.   That copy you need to give back
9   because it has the official exhibit stickers, but we
10  can give you -- we can give you copies.
11  A.   Thank you, thank you.
12  Q.   Yeah, we'll get them for you at the
13  end.
14  A.   So you'll give me copies of both of
15  these?
16  Q.   Yeah, we'll give you copies of all of
17  the exhibits.
18  A.   Okay. Thank you.
19  Q.   So from 2000 to 2008?
20  A.   Uh-huh.
21  Q.   How often would you go to work?
22  ==A.   Well, in the beginning -- I went back==
23  ==to work right away -- right away, okay, and I just==
24  ==wasn't able to -- I would come home and I would just==

Page 94

1  be exhausted and I just couldn't do as much as what I
2  did in the past, I had no intention, I thought, you
3  know, I'm going to get over this stuff and it's going
4  to be -- you know, it's going to be fine and as time
5  went on I knew it wasn't fine and I couldn't do what
6  I used to do and I didn't have the energy and I
7  didn't have the -- I didn't have the -- you know, to
8  get up every day and do all of this stuff. You have
9  to have some enthusiasm too to do what you do because
10 it's hard. People that are successful are people
11 that have energy and they have enthusiasm and drive
12 and if you don't have that anymore, then you can't do
13 the job you did before.
14     Q.  So around what time period
15 approximately would you say that you -- strike that.
16 It sounds like from what you just said that after
17 your events in 2000 you went back to work?
18     A.  Uh-huh.
19     Q.  And that at some point that started to
20 taper off?
21     A.  Right.
22     Q.  When did it start to taper off, the
23 amount of time that you would go into work?
24     A.  When did it taper off. First of all,

Page 95

1  I mean, before my work tapered off all of the rest of
2  my life tapered off, you know, you can give -- you
3  don't go after work, you don't go out with your
4  friends, you go home and go to bed instead of doing
5  the things that you would do normally, so I guess
6  that was the first thing that happened and then after
7  that it just got more and more that I would spend
8  less and less time being able to do what I did and I
9  don't know whether when I went back, I mean, you kid
10 yourself whether you're doing as good a job as you
11 did before, but -- now, this is all -- this is all
12 real humiliating to me, embarrassing to me because
13 this is not the way I wanted my life to go. I just
14 couldn't do the things I did before and I knew it and
15 at first I would go to work and I would come home and
16 I would go to sleep and then it got so that, you
17 know, I would -- and I went on my trips that I was
18 supposed to and when I got there, these are big huge
19 areas that you have to go around, I didn't have the
20 energy to do that I, you know, would go with someone
21 and then finally I got so I just didn't go at all, I
22 had someone else go and do, you know, some of the
23 buying and stuff that I had done in the past. I just
24 let it little by little, you know, slip away that I

Page 96

1  couldn't do it anymore and I was just knocking my
2  head up against a wall and if I did it, I mean, I was
3  exhausted.
4      Q.  And I have just a couple of very
5  specific questions.
6      A.  Okay.
7      Q.  Before focusing on 1999?
8      A.  Uh-huh.
9      Q.  When you would like get up and go to
10 work, where would you go?
11     A.  Oh, I would go to the factory in Lee's
12 Summit.
13     Q.  And did you have an office there?
14     A.  Uh-huh.
15     Q.  And so before when we're talking about
16 going to work five, six, seven days a week, that's
17 the office you would go to?
18     A.  Uh-huh, office and factory.
19     Q.  Office and factory and when you
20 weren't traveling, that's the location you would work
21 from?
22     A.  Uh-huh, right.
23     Q.  And did that continue in 2000?
24     A.  Uh-huh, yes, I did.

Page 97

1      Q.  And at some point did your office move
2  from Lee's Summit to someplace else?
3      A.  No. Well, at the very end I guess
4  that they moved the offices when the new people took
5  it over to -- back to the warehouse.
6      Q.  But when you were in charge, was it --
7      A.  No, no, no, huh-uh, it was there.
8      Q.  Did you have an assistant?
9      A.  Did I have what.
10     Q.  An assistant or secretary or anything
11 like that?
12     A.  Not per se, no, I mean, I had people
13 that worked underneath me, I mean, I had a factory
14 manager and I had this and that, but did I have an
15 assistant, no, I guess.
16     Q.  Did you have anybody that you
17 considered like your right-hand man or right-hand
18 woman?
19     A.  They were all my right-hand men and
20 women.
21     Q.  Okay. Who else had an actual office
22 at the Lee's Summit location?
23     A.  Who else was at the office?
24     Q.  Did you have an actual physical office