# Exhibit E

James J. Levitt

## Page 1

```
    UNITED STATES DISTRICT COURT
     EASTERN DISTRICT OF LOUISIANA


IN RE:  VIOXX         ) MDL DOCKET NO. 1657
PRODUCTS LIABILITY    ) SECTION L
LITIGATION            ) JUDGE FALLON
                      ) MAGISTRATE JUDGE
THIS DOCUMENT RELATES TO: ) KNOWLES
Jo Levitt,            )
         Plaintiff,   )
-v-                   ) Case No.:
Merck Sharp & Dohme   ) 2:06-cv-09757-EEF-DEK
Corporation,          )
         Defendant.   )
_____)

          December 8, 2015

     DEPOSITION OF JAMES J. LEVITT,
Volume 1, produced, sworn and examined on behalf of
the Defendant, pursuant to Notice, on Tuesday, the
8th day of December 2015, between the hours of
10:18 a.m. and 3:02 p.m. of that day, at the law
offices of Humphrey Farrington & McClain, P.C.,
221 West Lexington Avenue, Suite 400, in the City of
Independence, in the County of Jackson, and the
State of Missouri, before me, NAOLA C. VAUGHN, KS
CCR 0895, CRR, RPR, a Certified Court Reporter,
within and for the States of Missouri and Kansas.
```

## Page 2

```
          A P P E A R A N C E S

For the Plaintiff:
   HUMPHREY FARRINGTON & McCLAIN, P.C.
   221 W. Lexington Avenue, Suite 400
   Independence, Missouri  64050
   816.398.7435
   BY:  DANIEL A. THOMAS, ESQUIRE
   dat@hfmlegal.com


For the Defendant:
   WILLIAMS & CONNOLLY LLP
   725 Twelfth Street, N.W.
   Washington, D.C.  20005
   202.434.5000
   BY:  EMILY RENSHAW PISTILLI, ESQUIRE
        M. ELAINE HORN, ESQUIRE
   epistilli@wc.com
   ehorn@wc.com
```

## Page 3

```
              I N D E X
WITNESS:  JAMES J. LEVITT
Examination by Ms. Horn ..........................  4

              EXHIBITS
NUMBER   DESCRIPTION                           PAGE
Exhibit 1 - Merck Sharp & Dohme Corp.'s Amended   8
     Notice and Subpoena for Videotaped
     Deposition of American XO Inc.
     Pursuant to Fed. R. Civ. P. 30(b)(6)

Exhibit 2 - Subpoena to Produce Documents,       17
     Information, or Objects or to
     Permit Inspection of Premises in
     a Civil Action
Exhibit 3 - Financial Statements                 50
     LevittJ-WinNRPDMedMisc-00020 - 65

Exhibit 4 - The American XO Group of Companies   76
     Balance Sheet
     LevittJ-MissionBank-00719

Exhibit 5 - The American XO Group of Companies   93
     Combined Balance Sheets
     As of January 31
     LevittJ-MissionBank-01712 - 01714
Exhibit 6 - The American XO Group of Companies   93
     Combined Financial Statements
     For the Years Ended
     January 31, 1999 and 1998
     LevittJ-MissionBank-04021 - 04043
Exhibit 7 - The American XO Group of Companies   93
     Consolidated Financial Statements
     For the Years Ended
     January 31, 2003 and 2002
     LevittJ-MissionBank-03926 - 03947
Exhibit 8 - 8/6/97 Proposed Commitment to Loan  113
     Discount Committee/Clay Coburn
     LevittJ-MissionBank-01706 - 01715
```

## Page 4

```
          EXHIBITS (Continued)
NUMBER   DESCRIPTION                           PAGE
Exhibit 9 - 5/12/98 Proposed Commitment to Loan 113
     Discount Committee/Clay Coburn
     LevittJ-MissionBank-01695 - 01705
Exhibit 10 - 5/17/2000 Proposed Committment to  113
     Loan Discount Committee/Clay Coburn
     LevittJ-MissionBank-01687 - 01705
Exhibit 11 - 10/4/89 letter to Robert Bazan from 119
     J.G. Blake
     LevittJ-CBIZAcctTaxAdvy-00573 - 00574
```

```
                    17
1   of those entities.
2       Q.  But you're not sure how it was
3   allocated?
4       A.  I don't remember.
5       Q.  How was the salary determined in terms
6   of the amount of salary?
7       A.  My wife and I would decide what to pay
8   in salary.
9       Q.  And how often would that decision be
10  made?
11      A.  I don't know how often. We didn't --
12  the purpose wasn't to pay big salaries, because if
13  we needed to get money out, we could get it out.
14  I mean, we would -- you know, if we needed money
15  for some reason, like I don't know if we did this
16  when we bought the house and needed a down
17  payment. I don't think we even did a down
18  payment. But we would have just increased the
19  salary that year.
20          So we didn't pay very high salaries.
21  But we knew the money was there if we needed it
22  one way or another.
23          In a sub S corporation, of course,
24  it's all attributable to the shareholder.
25      Q.  I'm going to mark as Exhibit 2 the
```

```
                    18
1   subpoena to produce documents that we served on
2   American XO.
3           MS. HORN: And I don't have a second
4   copy for you, Danny, but you can look at it before
5   I hand it.
6           (Exhibit 2 marked.)
7       Q.  BY MS. HORN: You've been handed
8   Exhibit 2, which is a subpoena to produce
9   documents that was served on American XO in
10  November.
11      A.  Yes.
12      Q.  And can you turn in several pages.
13  Like the last -- the next-to-the-last page,
14  there's a list of documents that were requested.
15          MR. THOMAS: I don't know if you saw
16  my email, but I did send an email after we just
17  now spoke confirming what you and I discussed.
18          MS. HORN: You just want to state it
19  for the record?
20          MR. THOMAS: Yeah. Yeah. I have --
21  as counsel for Jo and Jim Levitt, I have reviewed
22  the subpoenas for American XO Inc., II Inc.,
23  Chocolate Soup Retail Inc., and Chocolate Soup
24  Inc., and have confirmed that neither Jim or Jo
25  Levitt have any more documents in their
```

```
                    19
1   possession, custody, or control responsive to the
2   subpoena, other than the documents they've already
3   provided or documents that are now in Merck's
4   possession, such as the Mission Bank documents and
5   the CBIB -- CBIF documents.
6           And so he doesn't -- he can confirm
7   that with his own testimony, but we did -- we did
8   do a search for the documents responsive to your
9   subpoenas.
10      Q.  BY MS. HORN: Okay. Well, I'll ask
11  you that.
12          When the -- have you seen the subpoena
13  before; do you recall?
14      A.  This subpoena?
15      Q.  Yes. Or something like it with this
16  list of document requests. You can just take your
17  time.
18      A.  Probably. I don't really remember it
19  specifically. But --
20      Q.  And did you search for documents that
21  would be responsive to these requests?
22      A.  Yes. The original subpoena for
23  documents, going back further in the case. I
24  mean, we searched everywhere, everything we could
25  find everywhere.
```

```
                    20
1           And then when we hired them as
2   attorneys, we searched further, because they
3   wanted us to do a thorough. So basically we
4   turned over all the documents that we had at that
5   time.
6       Q.  Okay. So to the extent that these
7   documents existed, and we'll call them the books
8   and records, financial records for the company --
9   for the corporation, when the -- when the
10  corporation was in business, where were those
11  documents maintained?
12      A.  At the factory. Manufacturing
13  facility.
14      Q.  And when you made the effort to search
15  for documents for this litigation, where did you
16  search?
17      A.  Our house.
18      Q.  And did you search anyplace else?
19      A.  Pardon?
20      Q.  Did you search anyplace else other
21  than your house?
22      A.  There really wasn't anywhere else to
23  search. The manufacturing facility was foreclosed
24  upon. And it happened to be at a period that I'd
25  had triple bypass surgery and wasn't in very good
```

James J. Levitt

```
                                                21
 1   shape.  And I kept telling everybody that worked
 2   for me, get the stuff out of there, but for
 3   whatever reason they did not get the records.  And
 4   we later then tried to get them from whomever
 5   bought the building and couldn't.
 6        Q.   And when you say you tried to get the
 7   records but couldn't, when was that?
 8        A.   Boy, I don't remember.  I'm going to
 9   guess it's sometime in '09, '10.
10        Q.   And I just want to get one more
11   detail.  How did you try to get the records from
12   whomever bought the building?
13        A.   I think we called the -- I'm trying to
14   remember who bought it.  Maybe it was a church.
15   We just asked them, and they said they didn't have
16   anything anymore.  Whatever was in the building,
17   they had disposed of.
18        Q.   So it's your belief that the documents
19   or books and records were left in the building at
20   the time it was foreclosed upon?
21        A.   Pardon?
22        Q.   Is it your belief that the documents
23   for the corporation or corporations were left in
24   the building at the time the building was
25   foreclosed upon?
```

```
                                                22
 1        A.   Yes.
 2        Q.   And what year was that?
 3        A.   I'm guessing it was '09, but it's just
 4   a guess on my part.  I think in your prior
 5   deposition of me, I probably had a better memory,
 6   but I'm just not remembering now.
 7        Q.   Do you recall when this particular
 8   lawsuit was filed?
 9        A.   I believe it was something like --
10   well, it would -- probably in 2006.
11        Q.   And at the time the lawsuit was filed
12   in 2006, did American XO or any of the other
13   corporations receive any instructions to preserve
14   documents?
15        A.   Well, what little I know about legal
16   things now, which isn't much, I assume that -- I
17   don't know.  I don't -- did I see anything like
18   that?  No.  But it wouldn't surprise me.  We
19   certainly didn't do anything to not preserve
20   documents.
21             In fact, I remember now that we had to
22   come up with a bunch of stuff for the lawyer, and
23   I think that's when we started our search of the
24   house of anything that we had.
25        Q.   In 2006 did you -- did the company
```

```
                                                23
 1   still own the manufacturing facility?
 2        A.   Yeah.  Let me -- let me back up a
 3   little.  Yes, we did, and I would think that we
 4   supplied the -- through the attorneys that we had
 5   in Kansas whatever they asked for.
 6        Q.   Who was responsible for maintaining
 7   the books and records for American XO?
 8        A.   Bob Bazan.
 9        Q.   And where would he have maintained the
10   actual records?
11        A.   At the factory.
12        Q.   And was he also the same person who
13   would maintained the books and records for
14   II Inc.?
15        A.   Yes.  For all the companies.
16        Q.   So also the same answer for Chocolate
17   Soup Retail --
18        A.   Right.
19        Q.   -- and Chocolate Soup Manufacturing?
20             Were there any documents for II Inc.
21   that were maintained in Lincoln, Nebraska?
22        A.   Well, there were at the time.  I mean,
23   there weren't -- it wouldn't have been things like
24   the general ledger or the income tax statements or
25   anything like that.  It would have just been, you
```

```
                                                24
 1   know, like internal computer stuff.
 2        Q.   And do you know whether any effort was
 3   made to preserve documents that may have been in
 4   Lincoln, Nebraska?
 5        A.   No, I don't think we would have had
 6   any reason to, because any documents that
 7   anybody -- I mean, I wasn't thinking about
 8   lawsuits.  But any documents at -- even the time
 9   the hotel was closed, any documents that anybody
10   would want would be the documents that we had had
11   stored at our factory.  They wouldn't be the
12   documents at the hotel.
13        Q.   Can you turn back to Exhibit 1 for a
14   moment?  Can you turn back to Exhibit 1 for a
15   moment?
16        A.   I'm here.
17        Q.   Yes.  And the page which has the
18   topics of deposition.
19        A.   The first page?
20        Q.   The page looks like this.  It's
21   Exhibit A, topics for deposition.
22        A.   Oh, okay.
23        Q.   And if you skip down to topic No. 5,
24   where it reads, "Evaluation of the Chocolate Soup
25   AXO companies, their assets, liabilities or their
```

**45**

1    A.   No.  Some -- I spent some time on it.
2    He wanted me to spend a lot more time.  The
3    primary thing I did was spend time determining
4    whether or not he should go ahead and buy some
5    property and develop it or whether we should buy a
6    building, whether it be an office building or
7    retail.  I mean, I was involved in making the
8    decision on whether to do it.
9         And so that would -- you know,
10   sometimes there was hardly anything to do, and
11   other times it took a little time.
12   Q.   So let's say the late '90s, where
13   did -- where do you think -- strike that.
14       In the late '90s, where did you spend
15   most of your time?
16   A.   On Chocolate Soup and the hotel.
17   Q.   And from 2004, where'd you spend most
18   of your time?
19   A.   Well, it would have been Chocolate
20   Soup and the hotel and some time on Great Plains,
21   but not a lot of time.
22   Q.   For either American XO or its
23   subsidiaries, Chocolate Soup Manufacturing or
24   II Inc., was there ever a strategic plan prepared?
25   A.   Not that I -- not formally, no.

**46**

1    Q.   For American XO or any of its
2    subsidiaries, were there any management or
3    succession plans prepared?
4    A.   No.
5    Q.   For American XO or any of its
6    subsidiaries, were there ever any consultants
7    hired and consultant reports prepared?
8    A.   Consulting what?
9    Q.   Consult -- were there ever any
10   consultants hired?  Like management consultants.
11   A.   I can think of -- one time we hired a
12   management consultant for a short time at the
13   hotel.  After we fired a manager, we needed to get
14   somebody up there quick to kind of hold things
15   together until we could hire a new one.
16   Q.   And when was that?
17   A.   I don't remember.  I'm going to guess
18   it was sometime between -- you know, it could have
19   been anywhere from 2003 to 2006, something like
20   that.
21   Q.   Other than that, were there ever any
22   management consultants hired or management -- or
23   any consultant reports prepared, written reports
24   prepared?
25   A.   No.  And I don't think there was --

**47**

1    well, there -- I mean, he wrote things, but there
2    was never a formal management consulting report
3    from that.
4    Q.   For American XO or any of its
5    subsidiaries, were there ever any formal business
6    plans prepared?
7    A.   No.
8    Q.   At any point in time was there
9    consideration given to selling stock to other
10   potential buyers in American XO?
11   A.   I don't know about American XO, but
12   when -- we started Chocolate Soup with $5,000.  We
13   had no money.  And it started doing business,
14   which meant we needed more money.
15       We got a small business loan of
16   100,000 initially, and we went through that Zappos.
17   And we wanted to grow quite a bit.  So we did talk
18   to some people about investing in Chocolate Soup.
19   But after we got through talking to them, we
20   decided we didn't want any -- we didn't want to
21   answer to any partners.  So we never did.
22   Q.   And approximately, roughly, when was
23   that?
24   A.   Oh, that would have been -- you know,
25   it could have been 1980 or something like that.

**48**

1    '78, '79 when -- in fact, actually, it probably
2    was in the early '70s.  Not that long after we
3    formed Chocolate Soup.
4    Q.   At any point in time was there ever
5    any discussion or consideration given doing an IPO
6    or turning into a publicly traded company or
7    anything like that?
8    A.   Oh, in those days it would have been
9    real hard for a small company like ours to do an
10   IPO.  It's all -- it's all different now.
11   Although, yeah, I mean, there was some discussion
12   about it.  I knew, for example, that you'd have to
13   get audit -- you should have two audited
14   statements before you do a public offering.
15   ==At one point, a New York Stock==
16   ==Exchange firm approached me and said they wanted==
17   ==to buy Chocolate Soup for $7 million.  And it==
18   ==would have been about half cash and half stock.==
19   ==And I did an analysis of the company and just told==
20   ==them no.  So it never really went anywhere.==
21   Q.   And when was that -- was the offer
22   made?
23   A.   God, I don't -- it would have been
24   after we had most of our stores.  But I just --
25   probably would have been in the '80s.

James J. Levitt

49

1  Q.  And when you say you did an analysis
2  of the company, which company are you talking
3  about?
4  A.  You know, I should remember, and I'm
5  going to say what I think it was, but I don't -- I
6  don't remember for sure.
7      It was Munsingwear, which had done
8  poorly for years.  And I seem to remember the
9  stock was about 2, and this guy -- some guy named
10 Hanson called me.  He had taken over the company
11 and he was going to re -- he was going to change
12 everything and make acquisitions and make it fly.
13 And I didn't think it looked very good.
14     However, the stock, as I recall, went
15 from about 2 to 12 right away.  But then a couple
16 of years after that I think they went under.  So
17 my feelings, I guess, were both right and wrong
18 about them.
19     If I'm wrong about it being
20 Munsingwear, it would have been something like
21 Hanes or something.  Anyway, it was an underwear
22 name.
23     MS. HORN:  I want to go take a break.
24     MR. THOMAS:  Okay.
25     THE VIDEOGRAPHER:  Okay.  We're off

50

1  the record.  It is 11:19 a.m.
2      (A recess was taken.)
3      THE VIDEOGRAPHER:  Okay.  By agreement
4  of counsel, this ends tape No. 1.  It's 11:21 a.m.
5      (A recess was taken.)
6      THE VIDEOGRAPHER:  Beginning of tape
7  No. 2.  It's 11:35 a.m.  We're back on the record.
8  Q.  BY MS. HORN:  Okay.  I would like to
9  mark No. 3, a third exhibit.
10     (Exhibit 3 marked.)
11 Q.  BY MS. HORN:  And what I have marked
12 as Exhibit 3 is a collection of -- we'll call them
13 a collection of financial statements for James J.
14 and Millie J. Levitt, and this is also a document
15 that was previously marked as an exhibit in the
16 Bazan deposition.
17     And, Mr. Levitt, do you recognize this
18 packet of documents?
19 A.  I do.
20 Q.  And these are financial statements for
21 you and your wife; is that correct?
22 A.  Yes.
23 Q.  Who would have prepared these
24 statements?
25 A.  I did.

51

1  Q.  And how would you have prepared them?
2  A.  Well, I go over each of the assets and
3  search for the liabilities that we have.
4  Q.  And these statements -- there's one
5  for basically each year, 1997 through 2007.
6      Were the statements prepared
7  contemporaneously?
8  A.  They were -- they were prepared for
9  the banks, yes.
10     And it wasn't -- there would be
11 different banks.  I'm trying to remember why some
12 other banks would get them.  I mean, we had a
13 lease for the bank.  Maybe we did a little
14 business with some other bank.  Perhaps some of
15 our -- we might have given some of these to
16 suppliers.
17 Q.  Okay.  So these were prepared for the
18 purpose of giving them to third parties --
19 A.  Yes.
20 Q.  -- to represent your financials?
21 A.  Yes.
22 Q.  So, for instance, this first financial
23 statement for June -- dated June 15th, 1997, would
24 this have been prepared in 1997?
25 A.  It would have been prepared around --

52

1  I mean, real close to the time that's on the
2  statement in each and every case.
3  Q.  And so looking at the June 15th, 1997,
4  statement --
5  A.  Yeah.
6  Q.  -- which shows total liabilities and
7  net worth -- strike that -- which shows a net
8  worth of $10,329,000.  Is that correct?
9  A.  Correct.
10 Q.  And then looking at -- according to
11 this statement, the investments total $10,305,000;
12 is that correct?
13 A.  You talking about the net worth on the
14 next statement?
15 Q.  No.  For the 1997 statement.  There's
16 a listing under assets for investments, and the
17 schedule.
18 A.  Oh, yes.
19 Q.  And the total listed is $10,305,000;
20 is that correct?
21 A.  Well, let's see.  6, 7, 5, 8, 4, 9,
22 10 -- yeah, about.
23 Q.  And for investments, it says, "See
24 schedule."  So when we turn over the page, there's
25 a list of investments and a list of secured loans.

James J. Levitt

53

1  Q. Do you see that?
2  A. Yes.
3  Q. All right. So the list of
4  investments -- I'm not going to get through all of
5  them -- the numbers, but there's different entries
6  for American XO and Chocolate Soup Retail, and
7  then there's entries for five other entities; is
8  that right?
9  A. When you say five other entities, I
10 think it's just talking about five other loans; is
11 that right?
12 Q. Okay. I'm on the top part, which is
13 investments.
14 A. Okay. I'm lost where you are. Are
15 you on this?
16 Q. Yes.
17 A. Okay. Okay. That's fine.
18 Q. And am I reading this correctly that
19 that top part of the sheet which says investments
20 and then has a series of entities followed by
21 numbers, that's a listing of the investments that
22 you held in 1997?
23 A. That's correct.
24 Q. All right. And it -- and if you add
25 it up, this should total the $10,305,000 that's on

54

1  the first page; is that correct? Under
2  investments. Under assets.
3  A. Yeah.
4  Q. Okay. So of that approximately
5  $10 million, 4 million -- 4.75 million is
6  attributed to American XO and Chocolate Soup
7  Retail; correct?
8  A. Correct.
9  Q. And then the remainder of that
10 10 million is spread out over Shawnee Mission Bank
11 shares, Great Plains, and the other real estate;
12 is that right?
13 A. Correct.
14 Q. Focusing on the $4.7 million that's
15 attributed to American XO and Chocolate Soup
16 Retail, this would include the hotel at that time;
17 right?
18 A. Yes.
19 Q. And would that include the land that
20 the hotel sat on?
21 A. Yes.
22 Q. And how was that figure arrived at,
23 the $4.75 million?
24 A. Well, I don't have the backup to
25 arrive at that figure right now. But I mean,

55

1  basically, I did an analysis of Chocolate Soup
2  Retail and an analysis of American XO. These were
3  prepared for the bank, and the bank, of course,
4  had all the financial statements of all the
5  businesses.
6       And, yeah, they even visited the
7  locations and -- I mean, they did an analysis
8  probably at least once a year, if not somewhat
9  more often, to some degree, and so they had the
10 figures.
11 Q. Okay. But at the time that you
12 prepared this statement in 1997 and the ones that
13 follow, you were intending for the banks to rely
14 on them; right?
15 A. Yes.
16 Q. And you said you don't have the backup
17 for that. What would --
18 A. I don't have the backup right now to
19 tell you how it was allocated -- how the 4.750 was
20 allocated.
21 Q. Okay. What would the backup be to
22 figure that out?
23 A. I would have written down -- I would
24 have figured out this much for, you know, the
25 Chocolate Soup operation and that much for the

56

1  hotel.
2  Q. And how would you have done that?
3  A. I would have done it using all of our
4  internal figures and any financial statements we
5  had at the time and so on and so forth. Same way
6  the bank does it.
7  Q. And did anybody -- would anyone have
8  helped you figure that out?
9  A. No.
10 Q. And as between --
11 A. Now, I should tell you up front on all
12 these statements, I -- we were private -- I wanted
13 to do my personal, private -- you know, I guess I
14 could have gotten an outside accountant and spent
15 a bunch of time and money and have a bigger
16 packet.
17      I didn't want to do that. So I tended
18 to be real conservative on the values, and I know
19 the bank would take it from there. That's why I
20 did them. This was simple for me to do this in
21 this short form.
22      But there could have been backup. I
23 want to give you -- for example, Great Plains
24 Financial, my partner, who was an exalted real
25 estate attorney before we went into this business,

James J. Levitt

57

1   I mean, just on Great Plains Financial, he
2   probably gave the bank something that thick.  I
3   mean, he'd have MAI appraisals and have this and
4   have that.
5           All I would do is take his number and
6   take my percentage that I owned of the company and
7   then I -- I don't remember, but I'd probably
8   discount his number 20 percent or something like
9   that.
10       Q.   And why would you discount his number
11  by 20 percent?
12       A.   Because I wanted to be low on this --
13  because this was good enough to get what we
14  needed.  And I wanted to be conservative so the
15  bank wouldn't come back to me and say, well,
16  you're a little high on what you claim on your net
17  worth.
18           Plus the fact that, I mean, there is
19  a -- when you sign your name and mail something to
20  a bank, you could end up going to the slammer if
21  you put the wrong figures in there.  So I'd rather
22  be a little bit low than a little bit high.
23       Q.   Okay.  So if someone like me, for
24  instance, wanted to verify this 4.75 figure, what
25  would I do to -- how would I do that?

58

1        A.   Well, the bank would have the data,
2   and it may very well be in the discovery that we
3   got from the bank.  I know they did -- when I
4   scanned through there -- and I didn't spend a lot
5   of time on it, but they had numbers where they put
6   values on each of these things themselves.
7        Q.   But they did not prepare this
8   particular statement.  This is your statement;
9   right?
10       A.   Right.
11       Q.   Okay.  So in terms of the documents
12  that you looked at, were they actual documents
13  that you looked at to prepare that number?
14       A.   Well, yeah, there were documents I
15  looked at, and we had an internal computer system.
16  I'd go like that and get a lot of this stuff.  We
17  had a database that I knew how to use and used
18  extensively.
19       Q.   And what happened to the computers in
20  the database?
21       A.   Well, the computer did get moved to
22  the warehouse because the whole operation moved to
23  the warehouse.  We had closed some stores.
24           We had about a 40,000-foot
25  manufacturing facility.  We obviously didn't need

59

1   that anymore, anyway.  And then we had closed some
2   stores.  So the warehouse had some free space.  So
3   we moved the whole office over to the warehouse
4   that we rented in Raytown, and the computer was
5   moved over there.
6   ==But the computer didn't -- Bazan did==
7   ==work, you know, like in QuickBooks and stuff like==
8   ==that and could put -- I assume he could put==
9   ==financial statements out there.  But our computer==
10  ==didn't do formal type financial statements.  I==
11  ==mean, the information was there.==
12       Q.   And what ultimately happened to those
13  computers?
14       A.   What happened to the computer?
15       Q.   Yes.  That had the information.
16       A.   Bazan told me he went to work one day,
17  because he went to work for the people, and it was
18  gone.  And he asked what happened to it.  And I
19  don't remember what he told me, but he wasn't too
20  happy about it.
21       Q.   And when -- sorry.  Go ahead.
22       A.   Well, I was just going to say they
23  changed systems at some point and they just got
24  rid of the computer.
25       Q.   And when did that happen?

60

1        A.   It probably -- yeah, it would have
2   been in -- I think it would have been in '09, late
3   '09.
4        Q.   Do you have a computer today?
5        A.   Do I have a computer today?
6        Q.   Yes.
7        A.   Yeah.  I have a computer today, and I
8   have the phone, and I have -- we have another
9   computer that we share.
10       Q.   And the -- so you have a -- you have
11  your own computer, and then you have the computer
12  you share with your wife.
13           Is that what you're saying?
14       A.   Yeah.
15       Q.   The computer that you have that's your
16  computer that you don't share, how long have you
17  had that?
18       A.   Probably three or four years.  I had a
19  computer back when the other people bought the
20  business.  I mean, I had a computer then.  I just
21  upgraded it at some point.
22       Q.   And what did you do with the old
23  computer?
24       A.   I transferred everything to the new
25  computer.

### Page 69

1 much value you assigned to the hotel in 1997?
2    A.  Yeah.  I really don't know at this
3 stage of the game.  It wouldn't surprise me if it
4 wasn't a couple million, but it would just be a
5 guess on my part.  But, remember, that's not
6 just -- that's value in the hotel less the debt.
7    Q.  Okay.
8    A.  The hotel could go up and down in
9 value, but what flows down to here could change,
10 depending on the debt, because we might do a
11 remodeling and increase the debt.
12    Q.  For these -- if you need to look at
13 them, please do, but for these financial
14 statements that start in 1997 and go through 2007,
15 did you use the same method for valuing the
16 investments each year?
17    A.  I used the same method each year
18 except, if I'm remembering all the way back when
19 we turned these over a long time ago, well, in
20 2000 -- by 2006, I had started to take down the
21 Chocolate Soup portion significantly.
22         In fact, in 2005, if you look, you'd
23 see American XO and Chocolate Soup Retail Inc.
24 580,000; okay?  ==I think I took Chocolate Soup to==
25 ==almost nothing.  And then -- and that's toward the==

### Page 70

1 ==end of 2005.==
2 ==         Then in 2007 all of a sudden this==
3 ==thing jumps to 5,220,000.  That was due to the==
4 ==contract on the hotel that was about==
5 ==8-1/2 million.  And I'm going to back that up a==
6 ==little bit.==
7 ==         It wasn't the contract at this point,==
8 ==but what it was is we were -- we had a guy do an==
9 ==analysis for us on the value of the land.  It's==
10 ==the first time I'd done that.  Because the hotel==
11 ==was doing terrible, so we might sell the hotel.==
12 ==What is the land worth?  And so this is -- this==
13 ==changed almost as if there is no hotel.  It's just==
14 ==a land valuation.==
15 ==   Q.  And prior to 2007 the value assigned==
16 ==to the hotel did not include any value for the==
17 ==land?==
18 ==   A.  That's right.==  That's why, if you get
19 all the way down to -- you know, Chocolate Soup
20 and the hotel together were 500 and some thousand
21 dollars.
22         The location of the land was the
23 primary reason for buying the hotel.  I will tell
24 you that.  I mean, Lincoln, Nebraska, is one main
25 street.  O street runs throughout the whole town.

### Page 71

1 And we were right in the middle of it.  And at the
2 time we had a contract for the land, there was
3 hardly any land left on O Street, and ours was
4 prime.
5         And I talked to realtors up there, and
6 they were -- the prices just continually went up
7 because whenever land was bought by a developer,
8 they developed it immediately and had it leased
9 out from national tenants.  All of a sudden a
10 bunch of national tenants were coming to Lincoln,
11 Nebraska.
12         So had there not been a crash, that
13 deal would have gone through.  And I suspect that
14 land is worth that much or more today.
15    Q.  I'm looking forward to -- I'm just
16 flipping through the various statements.  So in
17 1997 there's -- for American XO and Chocolate Soup
18 Retail, there's a value assigned of $4.5 million.
19         Continuing forward, for 1998 the value
20 for American XO and Chocolate Soup Retail is also
21 $4.5 million; is that correct?
22    A.  In 1998?
23    Q.  Yes.
24    A.  4 million 5, yes.
25    Q.  Okay.  And then in 1999, the value for

### Page 72

1 American XO and Chocolate Soup Retail is
2 $4.5 million; is that correct?
3    A.  Um-hum, yes.
4    Q.  And he seems to skip 2000.
5    A.  You say skip 2000?
6    Q.  No.  Do you see a financial statement
7 for 2000?
8    A.  Yes.  There's --
9    Q.  Which number?
10    A.  Well, no.  The reason is we had to do
11 these approximately once a year for bank
12 regulatory purposes.  And, you know, I'd do them
13 when the bank would ask for them.
14         So you got December 15th of '99.  Then
15 you got April 30th of 2001 was the next one.  So
16 it was, you know, 13 months or 14 -- whatever it
17 is.  You know, I guess 4 and 12.  So 15 months.
18 Sometimes it was shorter than a year when I did
19 the next one and sometimes longer, but they
20 averaged about once a year.
21    Q.  Okay.  So do you recall any specific
22 reason why there wasn't one prepared in calendar
23 year 2000?
24    A.  Probably they didn't ask for them.  I
25 generally made them up when they asked for them.

James J. Levitt

73

1  I think the regulations were that they had to
2  have -- they were supposed to have something in
3  their file that was, like, current within a year.
4  And, of course, they all fudge on that. I was a
5  banker, but you can't fudge two years. You know,
6  they could be off a few months.
7      Q.   Okay. So in December of 1999 the
8  value for American XO and Chocolate Soup is listed
9  as $4.5 million. And then in April -- as of
10 April 30th, 2001, the value for American XO and
11 Chocolate Soup Retail is listed as $3 million; is
12 that right?
13     A.   Um-hum.
14     Q.   So there's a change of $1.5 million?
15     A.   1.5, yes.
16     Q.   Yes. And what was the basis for
17 making that change?
18     A.   I don't know. This is years later. I
19 mean, obviously, it must have had a reason for it.
20         I know Chocolate Soup certainly didn't
21 have a good year and earn money in 2001. But I
22 also remember there's a hotel -- about that time,
23 all of a sudden, because all these national
24 tenants and national businesses were coming to
25 Lincoln, Nebraska, there were a number of hotels

74

1  that opened.
2          And I don't -- if you gave me that
3  thing with the operating results of American XO of
4  the hotel, which isn't -- the hotel -- my guess is
5  the hotel didn't have a great year because of all
6  the new properties that opened up, and I probably
7  valued the hotel lower.
8      Q.   So in 2000 there were new hotels that
9  came to Lincoln, Nebraska, that competed with your
10 property?
11     A.   There were some new hotels, yeah.
12     Q.   Prior to 2000, was there any
13 significant competition for the Lincoln hotel?
14     A.   There's a lot -- there's a lot of
15 competition.
16         And we'd been affected by new
17 competition before. Generally what would happen
18 is, like, they opened a Residence Inn down the
19 street from us. And they didn't do very well,
20 which was a problem for us, because they were --
21 you know, these are like apartments. And they
22 were renting them out real cheap.
23         So they kind of hit our business. And
24 then the year after that, it goes back up -- you
25 always figure you kind of crawl back to where you

75

1  were when you get this kind of thing happening is
2  the norm.
3      Q.   So around this time, it's your
4  recollection that a Residence Inn opened near your
5  Lincoln property?
6      A.   Oh, there were others in earlier
7  years, but I don't remember specifically.
8          But, yeah, individual properties,
9  depending on where they were located, and if the
10 market was strong enough, it wouldn't have a big
11 effect on you, but when they opened a new hotel
12 and they weren't doing enough business and they
13 would -- if it was a good hotel, it was good or
14 better than ours, I mean, one that should get a
15 higher rate than we should, but they're offering
16 rates for less, that's going to affect your
17 business. That's just the normal course of being
18 in the hotel business.
19     Q.   And a moment ago I believe you said
20 that you thought something like that happened in
21 2000 which drove down the value of the hotel in
22 your 2001 statement; right?
23     A.   Well, it drove down my estimate of the
24 value of the hotel. I decided to be more
25 conservative.

76

1      Q.   Well, I just wanted to nail down,
2  which hotel opened around that time you were
3  thinking of.
4      A.   I don't remember. I think there was a
5  Courtyard Garden, there was a Hampton Inn, maybe a
6  Holiday Inn. I can't remember.
7          (Exhibit 4 marked.)
8      Q.   BY MS. HORN:  What I've had marked as
9  Exhibit 4 is a one-page document. The title at
10 the very top says The American XO Group of
11 Companies, the Combined Financial Statements of
12 American XO Inc., Chocolate Soup Inc., and II Inc.
13     A.   Right.
14     Q.   And there's various columns which span
15 the years 2002 through 2007; is that right?
16     A.   Yes.
17     Q.   Do you recognize this document?
18     A.   Pardon?
19     Q.   Do you recognize this document?
20     A.   Yes.
21     Q.   Who prepared this document?
22     A.   I'm assuming it was the bank.
23     Q.   And what's your understanding of
24 the -- where the information would have come from
25 to prepare this document?

133

1  I remember one of them was Smith
2  Brothers.  There were two brothers named Smith,
3  and they had an interest in investing in Chocolate
4  Soup.  They were in a business called Lounge
5  Craft, which was, you know, a successful -- some
6  kind of women's wear business.  And we did talk to
7  them.
8      Q.  And were there ever any numbers
9  discussed?
10     A.  Oh, I don't remember the numbers.
11     Q.  So, again, focusing on this 1999 time
12 period, what do you believe were the top two or
13 three factors -- positive factors that were
14 affecting the value of the company?
15     A.  The positive factors was the name and
16 the quality and the fact that Jo designed clothes
17 that people really, really wanted.  We had people
18 fly in twice a year to buy $1500 worth of clothes
19 for their kids because they didn't have a
20 Chocolate Soup store in their area.  They loved
21 her clothes.
22     Q.  And am I correct that the Chocolate
23 Soup Retail outlet sold both clothes designed by
24 Jo and clothes that were manufactured by others?
25     A.  **Eventually, when the imports started**

134

1  **to bite, Jo started buying clothes from other**
2  **resources.  And it turned out that she was as good**
3  **a buyer as she was a designer.  She knew what was**
4  **hot or would be hot.**
5      Q.  And approximately when did the
6  Chocolate Soup stores start carrying other
7  merchandise besides the Chocolate Soup designs?
8      A.  I know we started the company.  We got
9  up to 3 million in sales.  We were very proud of
10 the fact we made like a million dollars before our
11 salary, 3 million in sales.  We paid our people
12 more.  And compared to our competitors with this
13 upstairs line, we sold the clothes for less.  So I
14 mean, we were -- everybody was a winner.
15         And that's when the imports started to
16 bite.  So you go down the line.  Our sales growth
17 started to slip and then we started buying clothes
18 from other resources and would buy more each year.
19 And we ended up -- after a few years, we had
20 10 million in sales.  And we made $1 million.  It
21 took 10 million to make $1 million.
22         In other words, Jo competing against
23 American manufacturers could provide the highest
24 return on sales of anybody in the entire business.
25 I mean, we had the highest sales per square foot

135

1  in our stores of anybody in the entire business.
2  That was all Jo.
3          But when it got to the point they
4  started making the more expensive, better stuff
5  overseas and it was a lot cheaper, it hurt us.
6      Q.  So my question was:  At what point in
7  time did Chocolate Soup Retail stores start
8  selling merchandise other than Chocolate Soup
9  designs?
10     A.  Well, I'm guessing probably five, six
11 years after it started.  I'm guessing.  I mean,
12 this is a long time ago.  But we also started kind
13 of small.  In other words, Chocolate Soup was
14 100 percent of the sales.  Then it was 80 percent.
15 Then it was 60 percent.  And it just -- it kept
16 going down.
17     Q.  So as of 1999, what percentage of the
18 sales were Chocolate Soup designs versus other
19 designs?
20     A.  If I had to guess, and it would just
21 be a guess, maybe a third of the sales were
22 Chocolate Soup.
23     Q.  Is there any document you could look
24 at that would help you figure out what percentage
25 of sales were Chocolate Soup designs versus the

136

1  designs of others?
2      A.  No.  If I had access to the computer
3  we used in the business, I could tell exactly.
4  But, no, I don't have a document.
5          MR. THOMAS:  We ready?  All right.
6          MS. HORN:  One more question.
7      Q   BY MS. HORN:  And then in terms of
8  1999 and the value you assigned to Chocolate Soup
9  Retail, what were the top two or three negative
10 factors affecting the value?
11     A.  In 19?
12     Q.  '99.
13     A.  1999.  The -- yeah.  We were planning
14 to have some stuff made overseas, but I guess you
15 could say there wasn't -- you know, we had to get
16 it done.
17         The imports eventually would have just
18 flat put us out of business.  I mean, you just
19 can't compete with that.  There's no manufacturing
20 business left in this country for apparel.  And
21 with good reason.
22         We lasted longer than anybody else
23 because, one, we were more efficient that anybody
24 else that did what we do, which was small run, you
25 know, high-priced kids wear.

James J. Levitt

145

1   Q.   Originally when the Chocolate Soup
2   designs started out, did they start out as
3   appliqués, some kind of appliqués?
4   A.   Pardon?
5   Q.   The Chocolate Soup designs, did they
6   start out as appliqués?
7   A.   We started out making appliqués.
8   Q.   And then what did it become?
9   A.   We became Chocolate Soup. We started
10  making the whole garment. Started in our garage,
11  like Steve Jobs.
12  Q.   At any point in time were there any
13  assistant designers or people who helped Jo
14  actually come up with designs?
15  A.   Yes. I mean, we tried to get talented
16  people. We hired some pretty talented artists and
17  this and that. But, I mean, basically we never
18  did get anybody that really produced stuff for us
19  without Jo, you know, being over them that was any
20  good. We tried and tried and tried. It was
21  just -- but we had people that were helpful. We
22  had people working on the patterns and -- I mean,
23  she had a lot of people under her that --
24       I mean, she kept her thumb on them to
25  make sure she got -- I mean, she was a stickler.

146

1   Quality was our thing. That's why our name was so
2   important. I mean, people that had bought our
3   clothes for 10 years. The quality is great. The
4   way they were made, the fabrics we used and
5   everything, and she just -- she insisted on
6   control over all that. She wouldn't let people
7   go.
8       The sewing machine operators, the
9   quality control in the factory, because of Jo, was
10  real high quality control in the factory. She
11  came up with a system where the operator -- you
12  know, you got different operations, and it goes
13  from operator to operator.
14      And Jo set up a system where every
15  operator it went to would, in effect, have to
16  check the prior operator's work.
17  Q.   So Once Jo starts spending less time
18  on Chocolate Soup, did the quality go down?
19  A.   Well, if -- yes, of course. I mean,
20  when Jo really wasn't there anymore, the quality
21  went way down, yes. So did the production level.
22  Everything went down.
23  Q.   And in terms of the assistant
24  designers, were there actually -- were there
25  actual people who would help come up with creative

147

1   ideas for clothes -- to design the clothes?
2   A.   Not many. We had one guy that was a
3   really great artist, and we did have him design
4   some stuff. Not the whole garment, but like the
5   appliqués and this and that. And we all thought
6   they were great, but they didn't do very well.
7       I mean, we tried a lot of people. We
8   gave them a chance to do this and that. But the
9   final determination was always whether it sold or
10  not. That's all I cared about is how -- the pace
11  of sales.
12  Q.   And what time period were you, you
13  know, looking for these assistant designers? Was
14  it the entire time you were open, or was there a
15  certain period of time you were doing this?
16  A.   Well, when we got big enough that we
17  could afford to hire one more person, from that
18  point on.
19  Q.   And once Joe started spending less
20  time on Chocolate Soup, did you make efforts to
21  find additional people to help come up with
22  designs?
23  A.   No. We had people. I mean, it was
24  not -- it was pretty hopeless. Basically, what we
25  started doing was making a lot of Jo's old stuff,

148

1   because we had a lot of stuff from 20 years ago.
2   And this stuff doesn't really change. So we
3   started making a lot of the old stuff.
4   Q.   And in terms of buying merchandise
5   that was manufactured or designed by others --
6   A.   Um-hum.
7   Q.   -- who other than Jo would go on those
8   buying trips to find merchandise?
9   A.   Well, it used to be that Jo would go
10  with Bob Bezan. I mean, he was the numbers man.
11  She'd pick the garments, tell him what was good
12  and what she wanted and so on.
13      And then Jane Wilkes was what I titled
14  the non-closing buyer. She bought about
15  10 percent -- I mean represented about 10 percent
16  of our sales, things other than clothes, and she
17  would go with them also.
18  Q.   And just give me an example of
19  non-clothing items that you would sell.
20  A.   Oh, God, I don't know. That's why I
21  shouldn't have been in this business. I mean,
22  there'd be bracelets, necklaces. There could be
23  ribbons, socks. You name it. But not garments.
24  Q.   Where did Jane Wilkes work? Did she
25  work in the main office?

James J. Levitt

149

1   A.   She worked in the main office.  She
2   wasn't full-time.  She started buying -- going
3   with Bob to buy clothes.  And I'm trying to think
4   if there was somebody else that went with him -- I
5   don't think there was -- after Jo couldn't do it
6   anymore.  I mean, Jo was still doing it.  We
7   thought Jo was going to be fine.  We thought she
8   would recover.  She never told anybody she
9   couldn't work.
10      She went back to Las Vegas with all of
11  them, but she had a tough time.  And then one time
12  I remember she called me crying and said, I just
13  can't do it.  I said, get on a plane and come
14  home, and I think that was pretty much it for her.
15      Q.   Which year was that?
16      A.   I don't know.  I can guess.  If I
17  could talk to her, she might figure it out.  Could
18  have been as late as 2004.  I mean, Jo never
19  formally said, I'm not working anymore.  Jo, as it
20  turns out --
21          MR. THOMAS:   There's not a question
22  pending.
23          THE DEPONENT:   Huh?
24          MR. THOMAS:   There's not a question
25  pending relating to what you're talking about.

150

1           MS. HORN:   Did you have something you
2   wanted to say?
3       A.   I was going to say she was embarrassed
4   that she couldn't do what she used to do.  She
5   didn't want to tell anybody.  She kept trying.
6       Q.   Focusing on the manufacturing of the
7   actual clothes, could you just give me the
8   overview of how that worked?  Because you've
9   mentioned several different -- like there's a
10  pattern maker, there's a seamstress, there's
11  sewing machines.
12      ==Once somebody came up with the design,==
13  ==once Jo came up with the design for the garment,==
14  ==what was the process of getting it actually in the==
15  ==stores?==
16      ==A.   Well, you had to order the fabric in.==
17  ==That was Jo.  I mean, she didn't order on the==
18  ==phone, but she picked the fabrics that we used.==
19  ==You had to order any trims or adornments or==
20  ==whatever you were going to do to the design.==
21      We had to make -- God, what do you
22  call them?  You know, die -- we die cut the stuff
23  originally, but then we got a machine that cut by
24  computer.  We cut out the stuff for, like, the
25  appliqués on that.

151

1       The material would be put up on a long
2   table.  I forget how long it was.  It could have
3   been -- I don't know.  It could have been 80 feet
4   long.  They were long tables.  And we piled the
5   material up deep, and the cutting machine would
6   come along and cut out the pieces to the garment.
7       And this is one of the things Eric
8   did.  The instructions had to be written -- I
9   mean, there could be -- depends on the garment.
10  There might be 15 operations to put that garment
11  together.  And he'd do all that.  Then he was the
12  piece rate guy.  He'd figure out the piece rate
13  that we'd pay for each operation.
14      And then they were -- you know, the
15  stuff was bundled by bundle girls, and it was
16  taken to the sewing machine operators, and they
17  started sewing the garments together.
18      Q.   Were -- so all of the garments were
19  sewed together by actual seamstresses?
20      A.   Oh, yeah.
21      Q.   And then after the garments were sewn,
22  what happened?
23      A.   They were -- I mean, there could be
24  other operations.  You might have to attach
25  things.  You put buttons on.  I guess you would

152

1   call that sewing.  Whatever.
2       But once the garment was finished,
3   what happened?  It went to the warehouse.  It was
4   shipped to the stores.
5       Q.   Where was the warehouse?
6       A.   The warehouse was in -- I mean, when
7   we had the factory at 95th and Colbern,
8   Lee's Summit, the warehouse was in Raytown,
9   58th and Raytown Road.  I'm going to guess that
10  was 5 miles away, maybe.
11      Q.   And then at some point you moved the
12  warehouse to the same location as the
13  manufacturer?
14      A.   We moved the manufacturing -- no.  The
15  manufacturing -- we shut down the manufacturing at
16  some point.  We moved the company to the
17  warehouse.
18          MS. HORN:   Okay.  All right.  I think
19  this is a good break.
20          MR. THOMAS:   Okay.
21          THE VIDEOGRAPHER:   This ends tape
22  No. 3.  It concludes today's deposition.  It is
23  3:02 p.m. and we're off the record.
24     (The deposition recessed at 3:02 p.m., to be
25      resumed at 9:00 a.m. the following day.)