# Exhibit F

## Page 158

```
 1          UNITED STATES DISTRICT COURT
            EASTERN DISTRICT OF LOUISIANA
 2
 3
    IN RE: VIOXX      ) MDL DOCKET NO. 1657
 4  PRODUCTS LIABILITY ) SECTION L
    LITIGATION        ) JUDGE FALLON
 5                    ) MAGISTRATE JUDGE
    THIS DOCUMENT RELATES TO: ) KNOWLES
 6  Jo Levitt,        )
         Plaintiff,   )
 7  -v-               ) Case No.:
    Merck Sharp & Dohme ) 2:06-cv-09757-EEF-DEK
 8  Corporation,      )
         Defendant.   )
 9  _____)
10
              December 9, 2015
11
12       DEPOSITION OF JAMES J. LEVITT,
13  Volume 2, produced, sworn and examined on behalf of
14  the Defendant, pursuant to Notice, on Tuesday, the
15  8th day of December 2015, between the hours of
16  10:06 a.m. and 12:14 p.m. of that day, at the law
17  offices of Humphrey Farrington & McClain, P.C.,
18  221 West Lexington Avenue, Suite 400, in the City of
19  Independence, in the County of Jackson, and the
20  State of Missouri, before me, NAOLA C. VAUGHN, KS
21  CCR 0895, CRR, RPR, a Certified Court Reporter,
22  within and for the States of Missouri and Kansas.
23
24
25
```

## Page 159

```
 1             A P P E A R A N C E S
 2
    For the Plaintiff:
 3    HUMPHREY FARRINGTON & McCLAIN, P.C.
      221 W. Lexington Avenue, Suite 400
 4    Independence, Missouri 64050
      816.398.7435
 5    BY: DANIEL A. THOMAS, ESQUIRE
      dat@hfmlegal.com
 6
 7
 8  For the Defendant:
      WILLIAMS & CONNOLLY LLP
 9    725 Twelfth Street, N.W.
      Washington, D.C. 20005
10    202.434.5000
      BY: EMILY RENSHAW PISTILLI, ESQUIRE
11        M. ELAINE HORN, ESQUIRE
      epistilli@wc.com
12    ehorn@wc.com
13
14  Also present: Jim Ross, videographer
15
16
17
18
19
20
21
22
23
24
25
```

## Page 160

```
 1                I N D E X
 2  WITNESS: JAMES J. LEVITT
 3  Examination by Ms. Horn .......................... 161
 4
 5              EXHIBITS
 6  NUMBER  DESCRIPTION                          PAGE
 7  Exhibit 12 - Loan Summary Report             161
                Review date: June 28, 2004
 8              MissionBank-001410 - 1490
 9  Exhibit 13 - 8/5/09 letter to Nebraska Department 206
                of Revenue to Thomas King
10              LevittJ-CBIZAcctTaxAdvy-00473 - 00477
11  Exhibit 14 - 2004 1040 for James J and M. Jo Levitt 216
                LevittJ-MissionBank-01533 - 1569
12
    Exhibit 15 - 2007 1120 US Corporation Income 220
13              Tax Return
                MissionBank-003535 - 3679
14
    Exhibit 16 - 6/13/01 Proposed Commitment for Loan 226
15              Discount Committee/Clay Coburn
                LevittJ-MissionBank-01635 - 1643
16
    Exhibit 17 - Summary of Financial Statements 231
17
    Exhibit 18 - Merck Sharp & Dohme Corp.'s Amended  237
18              Notice and Subpoena For Videotaped
                Deposition of Chocolate Soup Retail
19              Inc. Pursuant to Fed. R.
                Civ. P. 30(b)(6)
20
    Exhibit 19 - Merck Sharp & Dohme Corp.'s Amended  237
21              Notice and Subpoena For Videotaped
                Deposition of LL Inc. Pursuant to
22              Fed. R. Civ. P. 30(b)(6)
23  Exhibit 20 - Merck Sharp & Dohme Corp.'s Amended  238
                Notice and Subpoena For Videotaped
24              Deposition of Chocolate Soup Inc.
                Pursuant to Fed. R. Civ. P. 30(b)(6)
25
```

## Page 161

```
 1         THE VIDEOGRAPHER:  Okay.  We're back
 2  on the record.  Today's date is December the 9th,
 3  2015.  The time is 10:06 a.m.  This is Volume 2 of
 4  the deposition of Jim Levitt, 30(b)(6) for
 5  American XO Incorporated.
 6         If you'd please re-swear the witness.
 7         JAMES J. LEVITT,
 8  a witness, being first duly sworn, testified as
 9  follows:
10         MS. HORN:  Okay.  I'm going to mark
11  Exhibit 12.
12         (Exhibit 12 marked.)
13         EXAMINATION (Continued)
14  BY MS. HORN:
15     Q.  And I have had marked as Exhibit 12 a
16  collection of loan summary reports that were
17  produced in this litigation by Mission Bank.  And
18  I believe they are in reverse chronological order.
19         And so, Mr. Levitt, I do have some
20  questions about the information that's in this
21  document, so but we're going to go in from the
22  back, working forward because it's reverse.
23     A.  Um-hum.
24     Q.  And if you want to take a moment to
25  look at it, that's fine.
```

James J. Levitt

174

1  been renovated to include carpeting, lighting, and
2  window and door treatments.  All improvements have
3  been completed.  However, the borrower was
4  reportedly unhappy with the Holiday Inn
5  franchise."
6       A.   Yeah.  I think --
7       Q.   Did I read that correctly?
8       A.   I think we read that before, yeah.
9       Q.   Okay.  So yesterday when we were -- we
10 were discussing some major renovations that took
11 place at the hotel, I'm just trying to pinpoint
12 whether that was -- this is the time period where
13 those were taking place, in 1997 through 1999.
14      A.   I don't think we were necessarily
15 talking about these.  I'm not sure what these
16 renovations were, nor how much we spent on them.
17      ==I just -- I do recall that when Jo had==
18 ==her heart attack that we had a lot more renovating==
19 ==to do.==  That's not saying a lot, because we always
20 had a lot of renovating to do.  I mean, if -- if
21 you saw that place that we bought and then saw
22 what we ended up with, it is totally different.  I
23 don't think this says anything about landscaping.
24 She did big time landscaping stuff up there.  I
25 don't remember the siding.  I don't remember doing

175

1  anything to the siding.  But she would have been a
2  better person to ask this when you had her under
3  deposition because she was in charge of it.
4       Q.   And continuing with this 2001 report,
5  if you flip a couple more pages in, it's the page
6  with the Bates number ending 1463.
7       A.   I've got it.
8       Q.   All right.  The section titled "Review
9  Summary."
10           You see that?
11      A.   Yeah.
12      Q.   All right.  You go down to the third
13 paragraph, where it starts, "As of fiscal yearend
14 January 2001, American XO Group exhibited a
15 significant decline in net operating income from
16 previous yearend.  The decline is attributed to
17 the Villager Motor Inn, which reportedly suffered
18 from increased competition and poor on-site
19 management."
20           And then Chocolate -- it goes on to
21 say that Chocolate Soup Inc. and Retail showed an
22 $86,000 increase in operating income from the
23 previous yearend.
24           Do you see that?
25      A.   Where's Chocolate Soup Retail?  In the

176

1  next paragraph?
2       Q.   No.  It's the same -- it's the same
3  paragraph.
4       A.   Okay.  Read -- okay.  Chocolate Soup
5  Inc. and Retail show an 86,000 increase in
6  operating income from the previous year end is
7  what this says.
8       Q.   Yes.
9       A.   I see that.
10      Q.   Okay.  This -- where it says the
11 decline --
12      A.   This, by the way, is the year end
13 January 2001.  So basically that's the year of
14 2000.
15      Q.   Okay.  And the reference to "the
16 decline in income at the Villager Motor Inn is due
17 to increased competition and poor on-site
18 management."
19           Do you recall what that -- what
20 that -- what was going on then?
21      A.   Well, I don't remember the timing of
22 problems we had with management there.  But we had
23 a lot of problems with management.  We fired two
24 or three managers at different times.  I assume
25 that's what that refers to.

177

1       Q.   And do you recall what the "increased
2  competition" is referencing?
3       A.   That's what I told you about
4  yesterday.
5       Q.   Do you recall with any specificity
6  what the new hotels were?
7       A.   I remember there was a DoubleTree.  I
8  can't remember if there was a new Hampton Inn.  I
9  know there was a Hampton Inn up there.  No.  I
10 don't remember the names of the specific hotels
11 right now.
12      Q.   We're going to move up to the 2002
13 report.
14           MR. THOMAS:  What's the Bates number
15 on that?
16           MS. HORN:  I was going to find it.
17      Q.   BY MS. HORN:  The report itself starts
18 at the page ending 1443.  1443.  My questions are
19 going to start at page 1450.  But just so we're
20 on -- so if you look at page 1443, it has a date
21 on the report, which is September 25, 2002.
22      A.   I've got 43 and 50 up.  What do you
23 want me to do?
24      Q.   All right.  43 so that you can see the
25 date of the report, which is a 2002 --

### 182

1    group.  However, it is recognized Chocolate Soup
2    is manufacturing products for a nonprofitable
3    store."
4            So, I mean -- I guess.  I mean, when
5    you start losing money, everything's un -- became
6    unprofitable.  So I'm not -- I don't know that
7    that's a very good sentence, when he says
8    continued manufacturing products for nonprofitable
9    stores.  We had become nonprofitable probably in
10   all of the stores.  And it wasn't really a
11   question of whether the stores were profitable or
12   not.  Had to do with the product we were able to
13   produce and get into the stores.
14       Q.   Okay.  And if you turn ahead a couple
15   of pages to the page ending 1436.
16       A.   36?
17       Q.   Yes.
18            And it's the bottom -- the paragraph
19   at the bottom of the page starts, "As of
20   year ended January 31, 2003, the Villager Motor
21   Inn generated net operating income of 186," or
22   $186,000.
23            And if you could just go ahead and
24   read that paragraph to yourself.  I had a couple
25   of questions.

### 183

1       A.   Where is the net -- oh, there is the
2    net operating income.
3            I see it all.
4       Q.   Okay.  And would you agree that this
5    paragraph is discussing the poor -- overall poor
6    performance financially of the Villager Motor Inn
7    in 2003?  2002-2003?
8       A.   Yes.
9       Q.   All right.  And in this particular
10   paragraph, again, if you go towards the bottom, it
11   looks like the -- well, strike that.
12            There's a sentence that starts,
13   "Officer Coburn stated there were two new hotels
14   built in the area, which has hurt all respective
15   hotels as the local market reportedly cannot
16   support three hotels.  Due to increased
17   competition, it is uncertain if the hotel's
18   operating performance will improve."
19            So would you agree that a major reason
20   that the hotel was performing poorly is because of
21   increased competition?
22       A.   Well, I don't know about increased
23   competition that specific year, but we knew there
24   was going to be increased competition, which is
25   why Jo was reinventing the hotel.  The idea was to

### 184

1    make it a boutique hotel, and that's why there was
2    always a lot of renovation, and I know there was
3    still renovation that had to be done, but we were
4    running out of money.
5            And that was the point in time when Jo
6    decided she was going to turn around the
7    restaurant operation.  We had hired a guy that --
8    a great French baker from France.  I mean, he was
9    incredible.  And she was having the front end
10   restaurant remodeled.  We were going to turn it
11   into a bakery, and the problem -- that's a time
12   when we found out how badly she was stuttering
13   because she was going up to the hotel and spending
14   two, three weeks at a time up there.  And it was
15   getting back to me indirectly that sometimes for
16   three days she didn't -- she wouldn't come out of
17   her room.  She was basically just sleeping the
18   whole time.  But she did get some stuff done.  I
19   mean, she got the -- most of the bakery, it was
20   beautiful done, but we never -- we never opened
21   the bakery.  Just wasn't -- she wasn't able to put
22   it all together.
23       Q.   And --
24       A.   And that was a big part of our
25   turnaround plan.

### 185

1       Q.   What's your -- why were you not able
2    to get the bakery -- the bakery open?
3       A.   Because -- because it was all -- what
4    we were going to do was all -- there -- you don't
5    just open a bakery and hire some bakers, okay.
6    This was going to be great stuff.  And it was a
7    lot of work to get the whole thing, buy all the
8    equipment, remodel -- she remodeled the front end
9    for unbelievably low cost, but it still cost
10   money.  And then you -- you've got to get a team
11   of people and do this and do that, and you have to
12   have people that can do that.  We didn't have
13   people that could do that other than Jo, and Jo
14   said she could do it, but she wasn't able to do
15   it.
16       Q.   Isn't the reason the bakery didn't
17   open because the French baker was denied a Visa?
18       A.   He never had a Visa.  We were working
19   on getting him legal.
20       Q.   Right.  He was denied -- he was denied
21   legal status.
22       A.   Nah-huh.  I'm not aware that he was
23   ever denied.
24       Q.   You're not aware that he was not
25   denied a Visa that would have enabled him to work

James J. Levitt

**186**

1  in the United States?
2  A. That's right.
3  MR. THOMAS: Objection. Foundation.
4  A. I am not aware of that.
5  Q. BY MS. HORN: Okay.
6  A. We were working with an attorney, an
7  immigration attorney, to try to get him -- I don't
8  know what they called it at the time, a green card
9  or something like that. But that is not why the
10 bakery was never opened, because there were other
11 bakeries.
12 MR. THOMAS: There's not a question
13 pending, Jim.
14 THE DEPONENT: Well, that's part of
15 the answer to the question.
16 MR. THOMAS: All right.
17 Q. BY MS. HORN: If your -- if your wife
18 testified about the reason the French bakery
19 wasn't opened, would you defer to her testimony on
20 that?
21 A. I'd like to know what it was. I
22 didn't read her testimony. You know, her memory
23 could be different than mine.
24 ==Q. Who was responsible for the bakery==
25 ==project?==

**187**

1  ==A. Who was responsible for it?==
2  ==Q. Yes.==
3  ==A. She was.==
4  Q. Did you have any -- what was your role
5  in the bakery project?
6  A. Very little, other than be a hearing
7  boy and support -- you know, telling her I would
8  support her on the stuff that she wanted to get
9  done and so on.
10 Q. Okay. Turn the page to 1437 in the
11 same document.
12 A. 1437?
13 Q. Yeah. If you just flip the page.
14 And this is a continuation of the
15 discussion of the hotel. If you look about the
16 third paragraph down, which starts, "President
17 Coburn informed that the land on which the hotel
18 is located is reportedly very valuable. The
19 borrower has indicated a restaurant chain has
20 offered to purchase a portion of the land in
21 excess of $1 million.
22 Do you recall a restaurant chain
23 offering to buy a portion of the land in 2003
24 where the hotel was located?
25 A. What is it you're asking?

**188**

1  Q. Do you recall whether or not a
2  hotel -- strike that.
3  Do you recall anything about this
4  incident that's being described in the paragraph,
5  that the hotel tried to buy --
6  A. What was the date?
7  Q. -- tried to buy a portion of the land.
8  The date of the report is June 9th,
9  2003.
10 A. No. I'm guessing here that they were
11 talking about the theatre, what had previously
12 been the theatre portion of the land. And we had
13 been offered by a number of companies, a lot of --
14 mostly restaurants, that either wanted to buy or
15 lease and put in -- and some of these were big
16 national chain restaurants.
17 And I recall -- some of the leases
18 ended up valuing the land actually at about a
19 million and a half that were offered, and I recall
20 that there was at least a million-dollar offer for
21 the land itself. So I mean, I'm certainly not
22 calling this inaccurate. I don't specifically
23 remember this -- this particular one, but there
24 was a lot of interest in that land.
25 Q. And --

**189**

1  A. They had an empty building up there, I
2  think, at that time.
3  Q. So why was it that the land was never
4  sold, that particular parcel?
5  A. Because -- this was 2003; right?
6  Q. Yes.
7  A. Jo wanted to keep the theatre
8  property. If we turned the thing into a -- it was
9  going to be a boutique hotel, and we were going to
10 do more meetings and this and that. And she
11 wanted to use that building as a banquet facility.
12 Additional banquet facilities. Place for weddings
13 and stuff like that.
14 Q. When President Coburn from the bank
15 wanted information about what was going on with
16 the hotel, future plans or the like, who would he
17 talk to for that?
18 A. He probably talked to me. I'm sure he
19 talked to Jo, but I don't know what kind of shape
20 Jo was in at that time to talk to him.
21 Obviously she was the creative person
22 behind all -- all of this. And, by the way, when
23 you say -- like, Do you recall why you didn't sell
24 the land, we don't have to sell land just because
25 somebody offers you money to buy it.

James J. Levitt

198

1   A.   He would have reported to the three of
2   us, except that Jo was no longer very active in
3   managing the property. She was working on some
4   remodeling. He would have reported to the three
5   of us.
6       Q.   Did you ever personally ever go to the
7   hotel property in the --
8       A.   Did I what?
9       Q.   Did you personally go to the hotel
10  property to supervise what was going on?
11      A.   Did I ever? Occasionally. Not often.
12  Bazan was up there a lot and Jo in
13  later years was up there a lot. I was never up
14  there a lot.
15      Q.   So focusing on that time period of the
16  late -- of like 2004 time period, 2004-2005, what
17  interaction did you have with the general manager
18  at the hotel?
19      A.   I mean, I'm sure I talked to him on
20  the telephone. I'm sure I talked to him when I
21  was up there. I'm sure I talked to him when he
22  came to Kansas City. And if I saw something I
23  thought we needed changing or something, I, you
24  know, would have called him directly and told him
25  what we wanted him to do, whenever it was.

199

1       Q.   Who was the last general manager for
2   the hotel?
3       A.   I don't remember. Do you have a name?
4   I might remember --
5       Q.   I'm asking you.
6       A.   -- if you popped it out.
7       Q.   I'm asking you.
8           Do you -- do you recall any of the
9   names of general managers for the hotel?
10      A.   Do I what?
11      Q.   Do you recall any names of the general
12  manager of the hotel?
13      A.   Charlie Huff was one of the -- who
14  was -- had managed it for quite a few years. And
15  then, you know, we had hired and fired people over
16  a few year period, and it's hard for me to
17  remember their names. There was one that was
18  named Jeff Ford. But I don't know where he fit in
19  there.
20      Q.   Do you remember whether you thought he
21  was a good manager or not good manager?
22      A.   None of them were good managers. We
23  had problems with all of them.
24      Q.   When it came time to terminate a
25  manager, who actually terminated that person?

200

1       A.   I don't remember. Could have been me.
2   Could have been Jo. Could have been Bob Bazan.
3       Q.   Do you have any recollection of --
4   you, personally going to Lincoln, Nebraska, to
5   fire somebody?
6       A.   Did I -- did I ever make a trip to
7   Lincoln, Nebraska, to fire somebody?
8       Q.   Yes.
9       A.   I don't recall offhand. I probably
10  fired some people in Lincoln, Nebraska. May have
11  had -- you know, it depends on who you're talking
12  about. May have had the general manager fire
13  somebody up there. I don't know. Don't remember.
14      Q.   Do you recall whether Jo ever traveled
15  to Lincoln, Nebraska, to fire anybody?
16      A.   Well, I don't know that she went to
17  Lincoln, Nebraska, to fire somebody. But I know
18  she more than once was in Lincoln, Nebraska, and
19  fired people.
20      Q.   Do you recall what time period that
21  you're thinking of?
22      A.   Probably from almost the beginning of
23  when we owned the property.
24      Q.   Do you recall any instance after 2000
25  and she had her heart issues where she traveled to

201

1   Lincoln, Nebraska, to fire somebody?
2       A.   I don't recall. That doesn't mean
3   that she didn't do it.
4       Q.   Okay. After 2000, how often did she
5   go to Lincoln, Nebraska?
6       A.   She went up there fairly often. The
7   problem was she didn't accomplish very much.
8       Q.   Was there a period in time when she
9   stopped going up there?
10      A.   There was.
11      Q.   And when was that?
12      A.   I don't know. If I had to guess, she
13  might have thrown in the towel when -- I don't
14  know. Could have been 2004, 2005.
15      Q.   And I believe there was prior
16  testimony in this case that at some point in time
17  you stopped allocating a salary to Mrs. Levitt.
18          Do you recall that event?
19      A.   I know that we stopped allocating a
20  salary to her.
21      Q.   And when was that? When did that --
22  when did you stop --
23      A.   I don't know that.
24      Q.   -- doing that?
25      A.   I don't know when -- what year it was,

**222**

1  A. I would assume it would be the assets
2  on the books of the hotel. And plus -- this is
3  American XO, plus the assets on the books of
4  Chocolate Soup Manufacturing. That'd be sewing
5  machines, the cleaning machine, and so on, and
6  then the hotel property from an accounting, strict
7  accounting/bookkeeping standpoint.
8  Q. Okay. If you turn in -- using the
9  Bates numbers as page numbers, if you turn in to
10  page 3557, please.
11  And this is a section that's listing
12  out the owners for the company.
13  A. Yes.
14  Q. And you see it lists 45 percent, James
15  Levitt; 45 percent, Jo Levitt; and then
16  10 percent, Ashley Levitt.
17  A. Well, you know --
18  Q. So my question is: When did Ashley
19  become a shareholder in the corporation?
20  A. I don't know. I'd forgotten all about
21  it until I saw this. At some point we made her a
22  10 percent shareholder in the thing. We never
23  paid attention to it. And since the whole thing
24  went under, it became irrelevant. But I -- if you
25  had -- if you had asked me under oath who owned

**223**

1  this company, I would have said Jo and I. I
2  wasn't aware of -- I wasn't aware that Ashley
3  still had 10 percent of it, though -- although I
4  do now remember that we did make her 10 percent
5  shareholder at some time.
6  Q. But you don't recall when that -- when
7  that first took place?
8  A. Oh, no, I don't.
9  Q. And was there -- did you -- at the
10  time the company went under, as far as you know,
11  was she still a 10 percent shareholder?
12  A. At the time it went under what?
13  Q. Was she still a 10 percent
14  shareholder?
15  A. I don't -- I didn't know she was for
16  years. I mean, this is the first that I've seen
17  this. I never looked at this. I just forgot
18  about it.
19  Q. Okay. So you never bought her out?
20  A. No.
21  Q. Okay. Yesterday we talked a -- or I
22  asked you some questions about your valuations of
23  Chocolate Soup Retail for 1999 and 2000 time
24  period.
25  Do you remember that?

**224**

1  A. Yes.
2  Q. And you said that your value would be
3  approximately $5 million; is that right?
4  A. I just said that, in my own mind,
5  that's what it would have been.
6  Q. And in your mind, what go -- what
7  would go into --
8  A. In what -- what year did you just say?
9  Q. The 1999-2000 period.
10  A. Oh, okay.
11  Q. And in your mind, what would go into
12  making a valuation assessment for a company such
13  as Chocolate Soup?
14  A. Well, it was -- the history, the
15  goodwill, that people liked Chocolate Soup so
16  much, and the design. The potential that if the
17  goods could have been manufactured offshore, I
18  mean, it would -- anybody would do great. So that
19  gave it value. It was Jo. A lot of the value was
20  just Jo. We talk about Jo's salary. Jo would
21  have had no problem going out and getting a
22  quarter million, $300,000-a-year job putting
23  together lines for clothing companies.
24  Q. Did Mrs. Levitt ever have a job
25  working for another company doing clothing design?

**225**

1  A. I'm sorry?
2  Q. Did Mrs. Levitt ever have a job
3  designing clothes for another company?
4  A. A job with another company?
5  Q. Designing clothes. Did she ever have
6  such a job?
7  A. No.
8  Q. And why do you think that she could go
9  out and get a job for $250,000 designing clothes?
10  A. Because of -- she's so successful. I
11  mean, there were -- you know, there were all kinds
12  of art. We were rated by practically every
13  newspaper of every -- we had 14 stores. That's --
14  in 14 different cities, all big cities like Dallas
15  and Houston and so on. And in just about every
16  city, we were rated by the, you know, local paper,
17  whether it was Atlanta Constitution or whatever.
18  It was the number one kids store in the town.
19  Okay. It was the reputation. The goodwill.
20  The only problem that we had is that
21  every year it cost us more to make clothes, and
22  yet there was such an influx of imports of better
23  clothes. The average price of kids' clothes was
24  actually going down of those types of clothes
25  instead of up.