# Exhibit I

**1**

```
 1    UNITED STATES DISTRICT COURT
      EASTERN DISTRICT OF LOUISIANA
 2
      IN RE:  VIOXX         ) MDL DOCKET NO. 1657
 3    PRODUCTS LIABILITY    ) SECTION L
      LITIGATION            ) JUDGE FALLON
 4                          ) MAGISTRATE JUDGE
      THIS DOCUMENT RELATES TO: ) KNOWLES
 5    Jo Levitt,            )
          Plaintiff,        )
 6    -v-                   ) Case No.:
      Merck Sharp & Dohme   ) 2:06-cv-09757-EEF-DEK
 7    Corporation,          )
          Defendant.        )
 8    _____)
 9
10        VIDEO DEPOSITION OF JENNIFER ASHLEY ANDERSON,
11
      produced, sworn, and examined on Thursday, the
12    19th day of November, 2015, between the hours
      of 8:00 o'clock in the forenoon and 6:00 o'clock
13    in the afternoon of that day at the law offices
      of Humphrey Farrington & McClain, P.C., 221 West
14    Lexington Avenue, Suite 400, in the City of
      Independence, County of Jackson, State of
15    Missouri, before:
16     JANIECE Y. YOUNG, RPR, CSR-No. 1217, CCR-No. 798
          Registered Professional Reporter
17          Certified LiveNote Reporter
      a Certified Court Reporter within and for the State
18    of Missouri and a Certified Shorthand Reporter
      within and for the State of Kansas.
19
      Taken on behalf of Defendants pursuant to Notice to
20    Take Depositions and Subpoena Duces Tecum.
21
22
23
24
25
```

**2**

```
 1                   APPEARANCES
 2
 3    For the Plaintiff:
 4        HUMPHREY FARRINGTON & McCLAIN, P.C.
          221 West Lexington Avenue, Suite 400
 5        Independence, MO 64050
          (816) 398-7435
 6        BY:  DANIEL A. THOMAS, ESQUIRE
              dat@hfmlegal.com
 7
 8
 9    For the Defendant:
10        WILLIAMS & CONNOLLY LLP
          725 Twelfth Street N.W.
11        Washington, D.C. 20005
          (202) 434-5000
12        BY:  EMILY RENSHAW PISTILLI, ESQUIRE
              epistilli@wc.com
13
14
      Also present:  BENJAMIN W. GRAHAM
15                   JIM ROBERTS, VIDEOGRAPHER
16
17
18
19
20
21
22
23
24
25
```

**3**

```
 1                      INDEX
 2
 3
 4    JENNIFER ASHLEY ANDERSON                    PAGE
 5
 6    EXAMINATION BY MS. PISTILLI............    4
 7    CERTIFICATE............................  154
 8    ERRATA SHEET...........................  155
 9    SIGNATURE PAGE.........................  156
10
11
12
13                     EXHIBITS
14
15    EXHIBIT                                   PAGE
16    NO.       DESCRIPTION                REFERENCED
17
18    Exhibit 1   Deposition Notice and
19                Subpoena Duces Tecum........   113
20
21
22
23
24
25
```

**4**

```
 1        (The deposition commenced at 10:35 a.m.)
 2            THE VIDEOGRAPHER:  Today's date is
 3    November the 19th, 2015.  The time is 10:35 a.m.
 4    This videotaped deposition is being held in
 5    Independence, Missouri, in the matter of Levitt
 6    versus Merck, the Vioxx litigation for the
 7    United States District Court, the Eastern District
 8    of Louisiana.  The deponent is Jennifer Anderson.
 9        Counsel, will you please introduce
10    yourselves and your affiliation.
11            MS. PISTILLI:  Emily Pistilli from
12    Williams & Connolly representing Merck.
13            MR. THOMAS:  Danny Thomas for
14    plaintiffs.
15            THE VIDEOGRAPHER:  The court reporter
16    is Janiece Young and will now swear the witness.
17            JENNIFER ASHLEY ANDERSON,
18    of lawful age, having been first duly sworn to tell
19    the truth, the whole truth, and nothing but the
20    truth, testified as follows:
21                    EXAMINATION
22    BY MS. PISTILLI:
23        Q.  Good morning again.  So my name is
24    Emily Pistilli.  I just introduced myself before we
25    started but, again, for the record.  So I represent
```

**Page 73**

1  Q. So that's how it started?
2  A. It started out -- it was called Appliqués
3  by Ashley. And she just sold -- that's where she
4  was making them out of the house, so that's
5  probably what you're thinking of. She would make
6  the appliqués. And then they would be in fabric
7  stores and stuff for people to buy.
8  Q. And then at some point, she and your
9  father, I guess, got the idea to start their own
10 business selling clothing with the appliqués
11 already on them?
12 A. Yes. At some point, my dad started doing
13 the business side of it, yes.
14 Q. Well, whose idea was it to start the
15 business, if you know?
16 A. My mom. My dad would have never wanted
17 to go into the kids' clothing business; that would
18 not have been his pick.
19 Q. What was his business background?
20 A. He had a stockbroker license that he got
21 when I was two.
22 Q. Was that his -- when he was working a
23 lot, was that his primary focus when you were
24 young, his -- his financial stockbroker business,
25 or was he spending most of his work time on the

**Page 74**

1  Chocolate Soup businesses?
2  A. I don't think he was a stockbroker that
3  long. I mean, at some point, he quit the
4  stockbroking business and came to run the business,
5  financial part of the Chocolate Soup.
6  Q. So what was your father's role in the
7  business?
8  A. The financial end.
9  ==Q. And what was your mother's role in the==
10 ==business?==
11 ==A. She was the business. I mean, she was a==
12 ==designer and came up with all the ideas on the==
13 ==clothes: how to make the clothes, how to do the==
14 ==appliqués, how to purchase the clothes when they==
15 ==bought lines. She just had a fantastic eye. She==
16 ==was pretty remarkable.==
17 Q. Who -- did you have a, when you were
18 growing up, a regular family dinner with your
19 parents most nights?
20 A. No.
21 Q. So who did you have dinner with most
22 nights?
23 A. Mema or grandma.
24 Q. And did your parents eat at the office or
25 something like that?

**Page 75**

1  A. Yeah. Or sometimes they'd bring a pizza
2  home and even go back, you know.
3  Q. Who did -- who did the housework?
4  A. Mema when we lived at Mema's house. And
5  they didn't live at my grandma's house. When I say
6  "grandma," I mean Dad's mom.
7  Q. Got it, okay.
8  A. It's a lot easier to answer questions
9  about myself than it is about --
10 Q. About them?
11 A. -- about who my parents see and what
12 they, you know.
13 Q. Who did the housework when you moved into
14 your family house on 56th Street?
15 A. We had various cleaning people.
16 Q. Did you have a nanny at any point in
17 time, that type of thing?
18 A. No.
19 Q. So it was your grandparents --
20 A. Correct.
21 Q. -- your grandmothers who were --
22 A. My grandmothers.
23 Q. -- doing the child care if your parents
24 were working?
25 A. Yeah.

**Page 76**

1  Q. When your mother started traveling for
2  work, did the rest of the family ever go with her?
3  A. I remember maybe one time going to --
4  where did I go with her once? I went to Dallas
5  with her once, maybe. And I might -- I went to
6  New York with her once. And I don't remember the
7  ages that I did that. And I think I went to
8  Las Vegas with her once.
9  Q. So then --
10 A. And my dad traveled with her sometimes
11 but --
12 Q. Your dad traveled?
13 A. -- not usually.
14 Q. So similar set of questions from when --
15 breaking it down to the next time period forward,
16 the time period after you'd moved back to
17 Kansas City but before your kids were born.
18 A. Okay.
19 Q. What was your mom's level of --
20 A. Let me -- let me figure that out really
21 quick.
22 Q. Sure, yeah.
23 A. Okay. So when I moved back to
24 Kansas City -- and what was the other end of it?
25 There's -- you kind --

Jennifer Ashley Anderson

Page 81

1  I'm not sure about after Kate. Yeah, I think
2  probably after Kate too, but I'm not sure.
3      Q.  And what -- what ended up happening with
4  the French bakery, if you know?
5      A.  It never made it. I mean, my mom just
6  didn't have the energy to do what she used to do.
7      Q.  About how long a period was it that she
8  was trying to launch that -- that part of the
9  business or that --
10     A.  I'm not certain --
11     Q.  -- new part of the business?
12     A.  -- not certain how long. I mean, if I
13 just had to take a guess, I would say it was a year
14 or so, but --
15         I spoke to my mom frequently when she was
16 up there in Lincoln, you know, just worried about
17 her because I couldn't see her or talk to her near
18 as much or whatever. And usually when I would
19 call, she would be asleep and just staying in her
20 room up there, just not good.
21     Q.  I'm kind of skipping around between two
22 topics.
23         When your first child was born, Sam,
24 about how often did your mom see the new baby?
25     A.  I would sometimes bring him down there.

Page 82

1  She didn't come out very often, so I would say
2  maybe once a month.
3      Q.  To -- you'd sometimes bring him to her
4  house?
5      A.  Yeah, I'd bring him over to her house.
6      Q.  And same thing with your -- is it the
7  same -- about the same with your second child, with
8  your daughter?
9      A.  Yeah, I would say -- I would say so.
10     Q.  About once a month?
11     A.  Uh-huh.
12     Q.  Has there been -- so and -- and is that
13 basically similar to how often she sees them
14 currently, about once a month?
15     A.  If I had to average it, I would say,
16 yeah, probably once a month. Maybe not even --
17     Q.  Has it changed over -- I'm sorry; I cut
18 you off.
19     A.  No.
20     Q.  Has it changed over time, or has that --
21 has it changed over time the amount of time she's
22 spent with her grandchildren, or has it been --
23     A.  I think it's been fairly consistent. She
24 hasn't really spent a lot of time with them. I
25 wish she would spend more. I mean, it's a lot for

Page 83

1  her to even get up the energy to want to be around
2  them. But when she is around them, it does make
3  her smile, you know, happy. I think the kids are
4  kind of the light of her life now.
5      Q.  Does she baby-sit at all?
6      A.  No, no.
7      Q.  She never has?
8      A.  I would say the total of baby-sitting
9  time that my parents did when my kids were little
10 were maybe once a year on New Year's Eve when I
11 couldn't get a babysitter, they would come over and
12 sit there and put a binky in their mouth.
13     Q.  Does --
14     A.  First off, my parents only had an only
15 child, so, you know --
16     Q.  Does she ever take them places?
17     A.  No.
18     Q.  Or does she ever do anything with them
19 independently, or is it usually with you also
20 involved?
21     A.  We really don't do a lot, so if she does
22 something, she would come out to my house and we
23 would have dinner, watch a movie, like I stated,
24 and -- yeah.
25     Q.  Does she have a close relationship with

Page 84

1  them, with your kids?
2      A.  I think she has a decent relationship
3  with them, you know. My parents are very
4  intellectual, so I think that with my son, they
5  have an intellectual relationship and, you know --
6  yeah. I mean, they have a decent relationship with
7  them for sure. They love them to death.
8          MS. PISTILLI: Let me -- how many
9  more minutes?
10         THE VIDEOGRAPHER: Seven.
11         MS. PISTILLI: Let me see if I can
12 ask you some of these questions before we break.
13     Q.  (By Ms. Pistilli) So the names of the
14 family businesses, the family business entities
15 that I know about for your parents, I'm going to
16 name them, and then tell me if they mean anything
17 to you: American XO, Inc.; Chocolate Soup, Inc.;
18 Chocolate Soup Retail, Inc.; and II, Inc.
19         Do those names mean anything to you, or
20 did you just think of the business as Chocolate
21 Soup and the hotel?
22     A.  We just thought of it as Chocolate Soup
23 and the hotel.
24     Q.  Okay. And the Chocolate Soup and the
25 hotel, those -- you know, those two groups of --

Jennifer Ashley Anderson

85

1  however the business entities are divided, those
2  two entities, the Chocolate Soup and the hotel, are
3  those your parents' -- were those your parents'
4  main -- two main businesses?
5      A.   To my knowledge, yeah.
6      Q.   Any other businesses that you remember
7  them being involved in?
8      A.   My dad was involved in the savings and
9  loan and a bank and stuff.  He had stuff going on
10 with the bank and the savings and loan.
11     Q.   But as far as your mom, was it just the
12 hotel and the Chocolate Soup --
13     A.   To my knowledge, yeah.
14     Q.   -- clothing business?
15          And are those businesses -- referring to
16 both the Chocolate Soup businesses and the hotel,
17 are they still in operation --
18     A.   No.
19     Q.   -- today?
20          And what's your understanding why your
21 parents stopped operating those businesses?
22     A.   When you say -- can we go back to calling
23 it Chocolate Soup and the hotel, because it's --
24     Q.   Yes.  Let's break it down.
25     A.   -- just two -- is that all right with

86

1  you?
2      Q.   Yeah.  So as far as Chocolate Soup, when
3  did Chocolate Soup -- and I'm not really asking you
4  legally when the businesses dissolved or anything
5  like that, but in your -- to your memory, when did
6  Chocolate Soup, the clothing business, stop
7  operating?
8      A.   Sam was born, Kevin passed away.  It
9  would have been after my husband passed away, so
10 maybe 2009-10, maybe 2010.
11     Q.   What's your understanding of why
12 Chocolate Soup stopped operating?
13     A.   Well, the way that Chocolate Soup got
14 into the situation that it was was my mom was
15 Chocolate Soup.  I mean, she did all the designing;
16 it was all her ideas.  I mean, it was just -- it
17 was her.
18          And when she didn't feel well anymore, it
19 was difficult for her to keep up that kind of pace,
20 keep coming up with all those ideas, being that
21 dynamic person that she was.  And the business just
22 started not being as successful as it was before.
23          So to answer your question, why did it --
24 legally, why did it -- I don't know legally why it
25 come to an end, but I know that it started to lose

87

1  money and not do as well as it had done in the
2  past.  You know, it had done really, really well
3  for so many years.
4      Q.   Was there somebody who stepped into your
5  mother's role, or tried to step into your mother's
6  role when she -- when she started not feeling well?
7      A.   Like, step into her role?
8      Q.   At work.  Was there someone who was
9  taking over the types of tasks that she had
10 previously done at Chocolate Soup?
11     A.   Well, I mean, nobody could have done that
12 since it was all pretty much her ideas and stuff.
13 So, no, not to my knowledge that somebody -- I
14 mean, Bob Bazan was their accountant there.  I
15 think maybe he tried to do some of the buying trips
16 and stuff when they would go, you know, to buy the
17 clothes, because some of the clothes were
18 manufactured there, which were all my mom's
19 designs.
20          And then they also purchased clothes that
21 they sold in the store.  That was, again, all my
22 mom's eye picking the items and stuff that were
23 going to sell in the store; so --
24          I think Bob did -- I guess that would be
25 the answer maybe; Bob did the purchasing.

88

1      Q.   Let's just --
2      A.   My mom didn't -- couldn't go on the
3  trip -- the trips anymore to do all the purchasing.
4      Q.   The buying trips?
5      A.   Right.
6      Q.   When was the last time you remember her
7  going on a buying trip?
8      A.   Oh, gosh, before Sam was born maybe.  But
9  maybe not.  I mean, she could have maybe gone on
10 one after that, but it wouldn't have been many that
11 I know of.  She just didn't have the energy for it.
12 She just -- I mean, she went from being this person
13 that was go, go, go and to -- to not.
14     Q.   Did she continue to go to the office in
15 the 2000 time frame after she had her heart
16 surgery?
17     A.   Again, I wasn't with my mom all the time,
18 and I had just had two babies and lived fairly far
19 away.  But, no, I do not remember her going into
20 the office a lot.  Did she go?  I'm sure she did,
21 but not frequently.
22          MS. PISTILLI:  I think -- let's stop
23 before we -- let's go off the record.
24          THE VIDEOGRAPHER:  This ends Tape
25 No. 1.  It's 11:56 a.m., and we're off the record.

Jennifer Ashley Anderson

141

1    Q.  Did you have any reaction to your mother
2    having -- well, let me back up.
3         My understanding from the records of what
4    she had was stenosis in her artery that led to the
5    heart surgery.  Did you have any reaction to -- let
6    me start over.
7         Did anyone talk about the possible cause
8    at that point in time of why she was having heart
9    trouble that led to the heart surgery?
10   A.  Not that I remember.
11   Q.  You don't remember anyone talking about
12   Vioxx at that point in time?
13   A.  Not that I remember.
14   Q.  Do you remember anything about the
15   activities your mother did in the days leading up
16   to the -- her second hospitalization for the bypass
17   surgery?
18   A.  No, because I was at home with my baby.
19       I think I -- that's part of the problem,
20   why I'm not -- I'm kind of not having as good a
21   memory as I would have otherwise because I had a
22   brand-new baby and because I was at home nursing
23   the baby.
24   Q.  Do you remember if the renovation
25   conflict that we discussed earlier about the

142

1    carriage house was active during this period of
2    time?
3    A.  Actually, yeah, I do.
4    Q.  What do you remember about that?
5    A.  I remember that it was either after the
6    first time she was in the hospital or the second
7    time in the hospital that they were trying to get
8    things settled with the carriage house being built.
9    And I guess that would be what the -- I don't know
10   who they were talking to about it, but there was
11   something on the carriage house, and they couldn't
12   build it unless it was approved by the city or
13   whatever.
14       So, yeah, I remember that.  And I even
15   think there was a hearing or something.
16   Q.  Do you remember that causing her any
17   particular stress at that point in time?
18   A.  Well, I mean, I remember her not being
19   happy about -- about it.  But, I mean, yeah -- so I
20   guess she was unhappy about that.
21   Q.  We talked about this, about your mother's
22   current health somewhat.  What are the specific
23   conditions that she tells you that bother her the
24   most today in this period of time?
25   A.  We don't talk a lot about her health,

143

1    just like I said.  I mean, I don't think she wants
2    to burden me with it.
3         She just feels absolutely exhausted all
4    the time.  She's not herself.  She hasn't been
5    herself in a long, long time.  I think the biggest
6    complaint that she would ever render would be it's
7    just absolutely no energy.  You know, I think her
8    memory is not as good as it used to be.  She just
9    generally does not feel well.
10   Q.  And does she relate that to, if you know,
11   to her heart procedures or to something else?
12   A.  I know what I relate it to because I knew
13   what my mom was like before the heart procedures
14   and what my mom was like after the heart
15   procedures.  And before the heart procedures, she
16   was a real, you know, go-getter with more energy.
17   And since the heart procedures, she's just not my
18   same mom anymore.
19   Q.  So going back to the heart procedure, the
20   bypass surgery in May 2000, what do you remember of
21   her after she got out of the hospital in that point
22   in time?
23   A.  I remember her coming home, staying home.
24   Again, I didn't go down there as much as I probably
25   should have -- probably have some guilt around

144

1    that -- because I had a new baby.  But I just
2    remember her not feeling good, you know.
3    Q.  Since that time, have there been periods
4    of time when she's been doing relatively better?
5    A.  There's been periods of time when I think
6    my mom absolutely has tried to, you know, get back
7    to her normal life.  I mean, she's not used to
8    feeling bad.  My mom has done a lot with her life,
9    and I think that she would love to have gotten it
10   back.
11       So do I think she made a sincere attempt
12   to do so?  Sure, I do.
13   Q.  Were there times when you thought she was
14   doing better since the heart -- heart procedures?
15   A.  Never like really like the way she used
16   to be, no.
17   Q.  Have there been times since the heart
18   procedures that she's had, relatively speaking,
19   more activity or less activity?
20   A.  She had the activity of, like -- like I
21   said, she'd come over to my house and hang out with
22   the kids in the kitchen or, you know, have dinner
23   with us, watch movies, stuff like that.  So that's
24   more activity than her just laying in bed at home,
25   I suppose, you know.