# Exhibit K

# John Ward Economics

**Personal Injury Economic Loss Estimation**

## Report Data

| | |
|---|---|
| Injured person: | **Jo Levitt** |
| Date of birth: | June 3, 1943 |
| Race, gender: | non-Hispanic white, female |
| Marital status: | Married to Jim Levitt (5/10/1943) |
| Education: | Bachelor degree |
| | |
| Date of injury: | March 10, 2000 |
| Age at injury: | 56.77 years |
| | |
| Report date: | January 19, 2016 |
| Present value date: | January 19, 2016 |
| Present value date age: | 72.63 years |
| Average life expectancy: | 14.93 remaining years from age 72 to age 86.93 (*U.S. Life Tables, 2011*) |

## Nature of Report

Attorney Ken McClain retained John Ward Economics to estimate economic values related to a physical injury that Jo Levitt sustained on March 10, 2000. The firm's economists (John O. Ward, Ph.D., Kurt V. Krueger, Ph.D.) reviewed the information provided to them and then this report was prepared using generally accepted economic methodologies and reliable economic data. Any information related to this case that we receive after the report date may change our economic analysis. We display our calculations to the nearest dollar; hence, adding two values together may result in a displayed figure +/- $1.

## Summary of Information Provided

Jo Levitt has medical injuries related to her taking the prescription medication Vioxx which led to her requiring a double bypass heart surgery on May 26, 2000. Related to her injuries, Mrs. Levitt states that she experiences pain, depression, and anxiety.

At the time of her injury, Mrs. Levitt was an entrepreneur. Together with her husband, she owned and operated a multi-million dollar sales business with significant assets. Mrs. Levitt reports that after her surgery she had to cut down on her hours worked in her business to the point that by May 2004 her work activity was trivial. As a result of her inability to work, Mrs. Levitt states that her businesses have suffered greatly and she has lost significant asset values.

Mrs. Levitt lives in Kansas City, Missouri with her husband. Mrs. Levitt's injury has restricted her ability to perform household work. She reports difficulties in cleaning, cooking, maintaining her property, shopping, driving, and helping her family members.

## Categories of Economic Analysis

In this case, John Ward Economics has been asked to form economic loss estimates related to litigation damage claims associated with lost earning capacity and household work services.

In this report, our estimate of lost earning capacity is limited to the base salary that Mrs. Levitt would have likely paid to herself had she continued to own and operate her business. In addition to base salary, Mrs. Levitt had historically earned substantial business profits and financial gains in the assets that she purchased and then later sold. Mr. and Mrs. Levitt as best suited to report those past financial economic losses directly to the trier of fact.

## Lost Earning Capacity

We calculate Mrs. Levitt's pre-injury earning capacity beginning on May 1, 2004 for 14.35 continuous years to an earning capacity worklife age of 72.56 years. The number of continuous years of earning capacity worklife is calculated considered a risk-adjusted (see below) period from May 1, 2004 to Mrs. Levitt's healthy life expectancy at the time of her injury, age 77.08 or July 1, 2020. We found Mrs. Levitt's healthy life expectancy age at age 56 in 2004 as a non-Hispanic white female in *Healthy Life Expectancy, 2011* as published by Expectancy Data.[1]

According to her Social Security records, as a basic annual salary Mrs. Levitt had been paying herself $72,000 in wages through her business but she also had other business cash flows and asset accumulations through her business. In this report, we only consider wage earning capacity and do not value any lost business income or asset destruction due to Mrs. Levitt's inability to work.

In the first estimate of loss (see Table 1), we set wage earning capacity equal to $72,000 per year in 2004 dollars.

Because Mrs. Levitt's Social Security earnings were self-determined and influenced by income tax and business cash-flow factors, we make a second estimate of her earning capacity (see Table 2) based upon the median annual wage and salary earnings of Chief Executives by age as reported in the *American Community Survey*. This estimate of loss is essentially a minimum replacement cost valuation of Mrs. Levitt's labor efforts.

We constructed an age-earnings profile using the year-round, full-time wage and salary earnings of Chief Executives and Legislators. We do not consider the earnings of self-employed chief executives. The data source used to estimate the age-earnings profile is *Full-time Earnings in the United States, 2011-2013* as published by Expectancy Data.[2] That report tabulates earnings data

[1] http://ExpectancyData.com
[2] http://ExpectancyData.com

from the U.S. Census Bureau's *American Community Survey, 2011-2013*.[3] The earnings data by age group and the estimated age-earnings profile are:



| Age/Earnings | 30 to 34 | 35 to 39 | 40 to 44 | 45 to 49 | 50 to 54 | 55 to 59 | 60 to 64 |
|---|---|---|---|---|---|---|---|
| Median | $87,115 | $105,461 | $120,906 | $126,554 | $130,981 | $129,718 | $120,906 |



Benefits earned with employment as a chief executive are based upon the average percentage of full-time management, business, and financial occupation workers' earnings that their private industry employers pay for retirement and health benefits. We found that data in the Bureau of Labor Statistics' *Employer Cost for Employee Benefits*.[4] The benefit data are shown in an attached exhibit.

Base earning capacity was historically adjusted to each past year and to the third quarter 2015 using the Employment Cost Index (ECI). The ECI is published by the Bureau of Labor Statistics (BLS) in their LABSTAT database LABSTAT database.[5] The LABSTAT series ECI data code used is CIU2020000110000I: Wages & salaries, Private industry: Management, business, and financial.

*Risk Adjustments to the Attainment of Earning Capacity*

To the worklife period, we applied risk probability adjustments to account for the involuntary reasons why Mrs. Levitt would not be able to achieve her earning capacity. We based the risk of death on mortality data concerning non-Hispanic white females living in the United States. We

[3] http://www.census.gov/acs/www/
[4] http://www.bls.gov/schedule/archives/ecec_nr.htm
[5] http://data.bls.gov/cgi-bin/srgate

assigned the annual risks of being unable to work due to disability and wanting to work but not being able to find work using data regarding the U.S. population of non-Hispanic women with a bachelor degree level of education.

We reduce earning capacity by the risk probability of death calculated using the life table data in *U.S. Life Tables, 2011*. Those life tables are published by the National Center for Health Statistics.[6] We calculated the annual risk probabilities of (a) being unable to work due to disability, and (b) wanting to work but unable to find work. The data source used to calculate these probabilities is the *Current Population Survey* which is published by the U.S. Census Bureau and the Bureau of Labor Statistics.[7] The time period used to calculate the disability probability was January 2009[8] to September 2015. The time period used to calculate the unemployment probability was January 2005[9] to September 2015. The calculated data and methodology that we use to estimate the risk probabilities of disability and unemployment are detailed in a document published in the econometrics section of our Internet site and dated to the fourth quarter of 2015.[10] Because we hold education constant, persons not in the labor force because they are students are deleted from the population. For each probability calculation, we divide the U.S. population into two groups: inactive and active. The proportion of the persons active in the population measures the probability of being able to attain earning capacity. For the hazard of disability, active persons are all persons in the labor force plus all persons not-in-the-labor-force and not having a disability; inactive persons are all others. For the hazard of unemployment, inactive persons are those in the labor force but unemployed under the official BLS 4-week definition plus the persons who are not-in-the-labor force but want to work and feel that no job is available for them (BLS defined discouraged workers); active persons are all others. The risk probabilities of disability and unemployment are calculated using a Markov increment-decrement probability tracking movement between the inactive and active states.[11]

## Economic Value of Lost Household Work Services

We calculate the economic value of Mrs. Levitt's lost household work services beginning on March 11, 2000 for 20.30 continuous years to a service worklife age of 77.07 years. We arrive at the continuous age figure using a risk-adjusted (see below) service during the total period from March 11, 2000 to Mrs. Levitt's full-function healthy life expectancy at age 85.62. We found that full-function life span information in *Healthy Life Expectancy, 2011* as published by Expectancy Data[12] for non-Hispanic white females by age.

We made our estimates of Mrs. Levitt's economic household work services based on information provided by Mrs. Levitt. Due to her injury, Mrs. Levitt estimates that she is no longer able to

---

6 http://www.cdc.gov/nchs/products/life_tables.htm
7 http://thedataweb.rm.census.gov/ftp/cps_ftp.html
8 From 2006 to 2008, the CPS underwent a revision to its disability questions and since January 2009 the CPS disability questions have been consistent.
9 This CPS last underwent a major revision in 2004, so we start the analysis in 2005 with consistent data.
10 http://JohnWardEconomics.com
11 For a description of the Markov model, see Gary R. Skoog, James E. Ciecka, and Kurt V. Krueger (2011) The Markov Process Model of Labor Force Activity: Extended Tables of Central Tendency, Shape, Percentile Points, and Bootstrap Standard Errors. *Journal of Forensic Economics*: August 2011, Vol. 22, No. 2, pp. 165-229.
12 http://ExpectancyData.com. For a description of the healthy life expectancy model, see *Years of Healthy Life*, Healthy People 2000 Statistical Notes, Number 7 April 1995 (Centers for Disease Control).

perform 80% of her pre-injury household work. We calculated the loss using the average weekly hours of persons comparable to Mrs. Levitt as reported in *The Dollar Value of a Day, 2014* (DVD)[13] as published by Expectancy Data.[14] The DVD tabulates the Bureau of Labor Statistics' (BLS) *American Time Use Survey*.[15] The DVD also includes estimates regarding the hourly value of activities using wage data from the BLS' Occupational Employment Statistics program.[16] The data utilized from the DVD regarding the weekly hours and hourly value of household work services is shown in the table below.

| Time period | March 11, 2000 to age 85.62 |
|---|---|
| DVD table # | 75 |
| DVD table title | Table 75. Married females, ages 55 and over, that work full-time, no children under age 18 |
| Household production hours | 20.93 |
| Percentage lost | 80.0% |
| **Lost weekly service hours** | **16.74** |
| Hourly 2014$ value in Kansas City, MO-KS | $13.03 |
| **Annual value of lost services (2014$)** | **$11,342** |

The 2014 dollar values of household work services from the DVD were adjusted historically in each past year and to third quarter 2015 levels using the Employment Cost Index (ECI). The ECI is published by the Bureau of Labor Statistics (BLS) in their LABSTAT database LABSTAT database.[17] The LABSTAT series ECI data code used is CIU2010000300000I--Private Industry, Total Compensation: Service occupations.

The calculation of the economic value of household work services is shown in Table 3 attached to this report.

*Risk Adjustments to Services*

We reduce the combined hours and dollar value of services for normal average mortality risk probabilities of non-Hispanic white females calculated using the life table data in *U.S. Life Tables, 2011*. Those life tables are published by the National Center for Health Statistics.[18] Mrs. Levitt's normal life expectancy is 14.93 remaining years from her age 72 to her age 86.93.

We reduce the combined hours and dollar value of services for normal average morbidity risk probabilities which affect personal productivity by age. We base that probability on functional health status as measured by morbidity statistics regarding non-Hispanic white females found in *Healthy Life Expectancy, 2011* as published by Expectancy Data.[19] Mrs. Levitt's normal healthy life expectancy is 10.56 remaining years from her age 72 to her age 82.56.

[13] A 2006 survey of forensic economists found this study to be the data source mentioned more often than any other in the measurement of household services (see Brookshire, Luthy & Slesnick, "2006 Survey of Forensic Economists: Their Methods, Estimates, and Perspectives" *Journal of Forensic Economics*, 19(1) 2006, p. 43).
[14] http://ExpectancyData.com
[15] http://www.bls.gov/tus/
[16] http://www.bls.gov/oes/
[17] http://data.bls.gov/cgi-bin/srgate
[18] http://www.cdc.gov/nchs/products/life_tables.htm
[19] http://ExpectancyData.com

## Future Growth and Discount Rates

Our real inflation-free growth forecasts are calculated from Moody's Analytics forecasts[20] and Bureau of Labor Statistics' economic time series data.[21] Moody's Analytics forecasts are widely used in the private sector and by government agencies. For example, the Social Security Administration uses Moody's Analytics forecasts as references for their own long term forecasts and the Moody's[22] and their products and solutions are used by more than 800 major corporations worldwide.[23] The incremental methodology that we use to make growth forecasts are detailed in a document for the fourth quarter of 2015 as published in the econometrics section of our Internet site.[24] After the 30-year primary forecast period, service-related costs are increased at the annual real rate of 0.64%, Moody's 30-year average forecast of the Employment Cost Index for the total compensation of all workers. The specific real, inflation-free growth forecasts used in this report, by element listed below, are shown in an attached exhibit.

| Economic element | Time series forecasted: BLS LABSTAT[25] data code, title and Moody's Analytics base forecast series |
|---|---|
| Earning capacity | CIU2020000110000I: Wages & salaries, Private industry: Management, business, and financial forecasted at 0.000% incremental to Moody's forecast of ECI: Wages and Salaries - Private Industry - All Workers, (Index Dec-2005=100, SA) (ID=FECIWPQ_US_) |
| Services | CIU2010000300000I: Total compensation, Private industry: Service occupations forecasted at 0.000% incremental to Moody's forecast of ECI: Total Compensation - Private Industry - All Workers, (Index Dec-2005=100, SA) (ID=FECICPQ_US_) |

Future economic amounts are discounted to present value based on the *spot rate values* of the latest published Treasury Nominal and Real Coupon Issues Yield Curve (TNC and TRC) for U.S. Treasury securities as found at the U.S. Department of Treasury Internet site.[26] Between published maturity dates, yields are interpolated using a cubic spline.[27] Because the U.S. Treasury currently publishes the TNC and TRC data for the last trading day of each month, we adjust the month-end yield curves to the latest trading day within the current month using the U.S. Treasury's daily published bond-equivalent yield curve data.[28] In an attached exhibit; by maturity, the month end yield curve is elevated or demoted by the ratio of the daily yields at month end to the current date.

---

[20] The Moody's Analytics U.S. macro model is a large, 1,600-equation simultaneous-equilibrium model that allows for interrelationships among all of the sectors of the U.S. economy, including production, income, financial markets, consumer spending, and labor markets. A description of the forecast model which produces the growth forecasts used can be found at http://www.economy.com/home/products/samples/macromodel.pdf.

[21] http://data.bls.gov/cgi-bin/srgate

[22] http://www.ssa.gov/oact/tr/2015/2015_Long-Range_Economic_Assumptions.pdf. For example, the comparison of long-term forecasts of the growth in real U.S. labor earnings by forecasting service or government agency noted by the Social Security Administration in their 2015 Trustee report are: Moody's Analytics 1.5%; Global Insight – 1.6%; Macroeconomic Advisors – 1.6%; Office of Management and Budget – 1.7%; Congressional Budget Office – 1.3%; Social Security Administration 1.5%; and, the average 1.5%.

[23] https://www.economy.com/about/frequently-asked-questions

[24] http://JohnWardEconomics.com

[25] http://data.bls.gov/cgi-bin/srgate

[26] https://www.treasury.gov/resource-center/economic-policy/corp-bond-yield/Pages/TNC-YC.aspx. A description of the TNC and TRC yield curves can be found in two papers published at the bottom of this web page.

[27] This is the method used by the U.S. Treasury Department. See the U.S. Treasury Department's methodology description at http://www.treasury.gov/resource-center/data-chart-center/interest-rates/Pages/yieldmethod.aspx

[28] https://www.treasury.gov/resource-center/data-chart-center/interest-rates/Pages/TextView.aspx?data=yield

Economic amounts that are not subject to income taxes are discounted to present value using income tax-adjusted U.S. Treasury yields using the lowest marginal federal income tax bracket (10%).[29] The tax-adjusted nominal yields are equal to the nominal bond yields times one minus the tax rate. The tax-adjusted real, inflation-free yields equal the geometric subtraction of the TRC/TIPS yields and the geometric subtraction of the TNC nominal yield and the tax-adjusted yield. The breakeven inflation expectation is calculated as the geometric subtraction of the TNC and TRC yield curves by maturity date.

## Summary of Economic Analysis

In this case, John Ward Economics was asked to provide estimates of economic values related to litigation damage claims associated with lost earning capacity and household work services. We have made our estimation using generally accepted economic methods and impersonal but reliable economic data.

In this report, our estimate of lost earning capacity is limited to the base salary that Mrs. Levitt would have likely paid to herself had she continued to own and operate her business. In addition to base salary, Mrs. Levitt had historically earned substantial business profits and financial gains in the assets that she purchased and then later sold. Mr. and Mrs. Levitt as best suited to report their past financial losses directly to the trier of fact.

The present discounted values of Mrs. Levitt's economic loss amounts that we have considered and estimated in this report are as follows:

| **Estimate 1. Historical base salary of $72,000** | Past | Future | Total |
|---|---|---|---|
| Earning capacity | $884,037 | $330,314 | $1,214,351 |
| Household work services | $125,618 | $89,356 | $214,973 |
| | $1,009,655 | $419,670 | **$1,429,325** |

| **Estimate 2. Base wage salary level of Chief Executives** | Past | Future | Total |
|---|---|---|---|
| Earning capacity | $1,226,746 | $335,009 | $1,561,754 |
| Household work services | $125,618 | $89,356 | $214,973 |
| | $1,352,363 | $424,364 | **$1,776,728** |



John O. Ward, Ph.D.

Kurt V. Krueger, Ph.D.

[29] http://www.irs.gov/pub/irs-pdf/i1040gi.pdf

## Table 1. Wage earning capacity set to $72,000 in 2004 dollars

***Plaintiff name: Jo Levitt***

| Year | End of year age | Earning capacity | Past nominal and future real growth | Portion of year | **Anticipated earning capacity** | Survival probability | Disability probability | Unemployed probability | **Expected earning capacity** | Discount factor: TIPS | **Present value of expected earning capacity** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | 61 | $72,000 | 1.0000 | 0.67123 | $48,329 | 1.00000 | 0.99242 | 0.99410 | $47,680 | 1.00000 | $47,680 | $47,680 |
| 2005 | 62 | $72,000 | 1.0192 | 1.00000 | $73,381 | 1.00000 | 0.97514 | 0.98312 | $70,349 | 1.00000 | $70,349 | $118,029 |
| 2006 | 63 | $72,000 | 1.0473 | 1.00000 | $75,408 | 1.00000 | 0.96014 | 0.97954 | $70,921 | 1.00000 | $70,921 | $188,950 |
| 2007 | 64 | $72,000 | 1.0824 | 1.00000 | $77,931 | 1.00000 | 0.94946 | 0.97795 | $72,361 | 1.00000 | $72,361 | $261,311 |
| 2008 | 65 | $72,000 | 1.1177 | 1.00000 | $80,473 | 1.00000 | 0.94135 | 0.97790 | $74,079 | 1.00000 | $74,079 | $335,389 |
| 2009 | 66 | $72,000 | 1.1302 | 1.00000 | $81,375 | 1.00000 | 0.93440 | 0.97898 | $74,438 | 1.00000 | $74,438 | $409,827 |
| 2010 | 67 | $72,000 | 1.1527 | 1.00000 | $82,996 | 1.00000 | 0.92832 | 0.98077 | $75,566 | 1.00000 | $75,566 | $485,393 |
| 2011 | 68 | $72,000 | 1.1722 | 1.00000 | $84,396 | 1.00000 | 0.92310 | 0.98259 | $76,549 | 1.00000 | $76,549 | $561,943 |
| 2012 | 69 | $72,000 | 1.1921 | 1.00000 | $85,833 | 1.00000 | 0.91799 | 0.98405 | $77,537 | 1.00000 | $77,537 | $639,480 |
| 2013 | 70 | $72,000 | 1.2187 | 1.00000 | $87,748 | 1.00000 | 0.91165 | 0.98511 | $78,804 | 1.00000 | $78,804 | $718,284 |
| 2014 | 71 | $72,000 | 1.2469 | 1.00000 | $89,774 | 1.00000 | 0.90304 | 0.98608 | $79,941 | 1.00000 | $79,941 | $798,225 |
| 2015 | 72 | $72,000 | 1.2863 | 1.00000 | $92,611 | 1.00000 | 0.89235 | 0.98729 | $81,591 | 1.00000 | $81,591 | $879,816 |
| 2016 | 73 | $72,000 | 1.2863 | 0.05205 | $4,821 | 1.00000 | 0.88609 | 0.98809 | $4,221 | 1.00000 | $4,221 | $884,037 |
| **Past: through Jan 19, 2016** | | | | 11.72 years | $965,076 | 11.72 years | 10.95 years | 10.76 years | $884,037 | | **$884,037** | |
| 2016 | 73 | $72,000 | 1.2845 | 0.94795 | $87,668 | 0.99059 | 0.87975 | 0.98895 | $75,556 | 1.00047 | $75,592 | $959,629 |
| 2017 | 74 | $72,000 | 1.2883 | 1.00000 | $92,758 | 0.97018 | 0.86644 | 0.99067 | $77,245 | 0.99963 | $77,216 | $1,036,845 |
| 2018 | 75 | $72,000 | 1.2868 | 1.00000 | $92,647 | 0.94759 | 0.85147 | 0.99211 | $74,162 | 0.99646 | $73,899 | $1,110,744 |
| 2019 | 76 | $72,000 | 1.2811 | 1.00000 | $92,240 | 0.92323 | 0.83573 | 0.99318 | $70,684 | 0.99117 | $70,060 | $1,180,805 |
| 2020 | 77 | $72,000 | 1.2789 | 0.49863 | $45,916 | 0.90381 | 0.82457 | 0.99393 | $34,011 | 0.98634 | $33,547 | $1,214,351 |
| **Future: Jan 20, 2016 to Age 77.08** | | | | 4.45 years | $411,228 | 4.23 years | 3.62 years | 3.59 years | $331,658 | | **$330,314** | |
| | | **Sum of past and future** | | 16.17 years<br>Age 77.08 | $1,376,304 | 15.95 years<br>Age 76.86 | 14.57 years<br>Age 75.48 | 14.35 years<br>Age 75.26 | $1,215,696 | | **$1,214,351** | |

**John Ward Economics**

**Table 2. Earning capacity set to median earnings of Chief Executives (2013 dollars) plus average benefits**

***Plaintiff name: Jo Levitt***

| Year | End of year age | Earning capacity | Past nominal and future real growth | Portion of year | **Anticipated earning capacity** | Survival probability | Disability probability | Unemployed probability | **Expected earning capacity** | Discount factor: TIPS | **Present value of expected earning capacity** | Benefit percentage | Present value of benefits | **Present value of expected earning capacity and benefits** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2004 | 61 | $123,248 | 0.8112 | 0.67123 | $67,111 | 1.00000 | 0.99242 | 0.99410 | $66,209 | 1.00000 | $66,209 | 11.75% | $7,777 | $73,987 | $73,987 |
| 2005 | 62 | $121,328 | 0.8317 | 1.00000 | $100,912 | 1.00000 | 0.97514 | 0.98312 | $96,743 | 1.00000 | $96,743 | 12.57% | $12,156 | $108,899 | $182,886 |
| 2006 | 63 | $119,197 | 0.8575 | 1.00000 | $102,208 | 1.00000 | 0.96014 | 0.97954 | $96,126 | 1.00000 | $96,126 | 12.74% | $12,247 | $108,373 | $291,258 |
| 2007 | 64 | $116,854 | 0.8887 | 1.00000 | $103,843 | 1.00000 | 0.94946 | 0.97795 | $96,421 | 1.00000 | $96,421 | 12.58% | $12,128 | $108,549 | $399,808 |
| 2008 | 65 | $114,301 | 0.9175 | 1.00000 | $104,875 | 1.00000 | 0.94135 | 0.97790 | $96,542 | 1.00000 | $96,542 | 12.70% | $12,260 | $108,802 | $508,609 |
| 2009 | 66 | $111,536 | 0.9314 | 1.00000 | $103,879 | 1.00000 | 0.93440 | 0.97898 | $95,024 | 1.00000 | $95,024 | 12.80% | $12,159 | $107,183 | $615,792 |
| 2010 | 67 | $108,560 | 0.9470 | 1.00000 | $102,811 | 1.00000 | 0.92832 | 0.98077 | $93,607 | 1.00000 | $93,607 | 13.18% | $12,338 | $105,945 | $721,737 |
| 2011 | 68 | $105,372 | 0.9630 | 1.00000 | $101,469 | 1.00000 | 0.92310 | 0.98259 | $92,035 | 1.00000 | $92,035 | 13.35% | $12,289 | $104,324 | $826,061 |
| 2012 | 69 | $101,974 | 0.9801 | 1.00000 | $99,946 | 1.00000 | 0.91799 | 0.98405 | $90,286 | 1.00000 | $90,286 | 13.29% | $12,002 | $102,289 | $928,350 |
| 2013 | 70 | $98,364 | 1.0000 | 1.00000 | $98,364 | 1.00000 | 0.91165 | 0.98511 | $88,338 | 1.00000 | $88,338 | 13.85% | $12,236 | $100,574 | $1,028,924 |
| 2014 | 71 | $94,543 | 1.0205 | 1.00000 | $96,482 | 1.00000 | 0.90304 | 0.98608 | $85,914 | 1.00000 | $85,914 | 14.38% | $12,351 | $98,265 | $1,127,189 |
| 2015 | 72 | $90,511 | 1.0473 | 1.00000 | $94,792 | 1.00000 | 0.89235 | 0.98729 | $83,513 | 1.00000 | $83,513 | 13.61% | $11,366 | $94,879 | $1,222,068 |
| 2016 | 73 | $86,267 | 1.0473 | 0.05205 | $4,703 | 1.00000 | 0.88609 | 0.98809 | $4,118 | 1.00000 | $4,118 | 13.61% | $560 | $4,678 | $1,226,746 |
| **Past: through Jan 19, 2016** | | | | 11.72 years | $1,181,396 | 11.72 years | 10.95 years | 10.76 years | $1,084,877 | | $1,084,877 | | $141,869 | **$1,226,746** | |
| 2016 | 73 | $86,267 | 1.0480 | 0.94795 | $85,698 | 0.99059 | 0.87975 | 0.98895 | $73,859 | 1.00047 | $73,894 | 13.61% | $10,057 | $83,950 | $1,310,696 |
| 2017 | 74 | $81,813 | 1.0546 | 1.00000 | $86,277 | 0.97018 | 0.86644 | 0.99067 | $71,848 | 0.99963 | $71,821 | 13.61% | $9,775 | $81,596 | $1,392,292 |
| 2018 | 75 | $77,147 | 1.0581 | 1.00000 | $81,630 | 0.94759 | 0.85147 | 0.99211 | $65,343 | 0.99646 | $65,111 | 13.61% | $8,861 | $73,973 | $1,466,265 |
| 2019 | 76 | $72,270 | 1.0586 | 1.00000 | $76,501 | 0.92323 | 0.83573 | 0.99318 | $58,624 | 0.99117 | $58,106 | 13.61% | $7,908 | $66,014 | $1,532,279 |
| 2020 | 77 | $67,181 | 1.0601 | 0.49863 | $35,511 | 0.90381 | 0.82457 | 0.99393 | $26,304 | 0.98634 | $25,945 | 13.61% | $3,531 | $29,476 | $1,561,754 |
| **Future: Jan 20, 2016 to Age 77.08** | | | | 4.45 years | $365,617 | 4.23 years | 3.62 years | 3.59 years | $295,977 | | $294,877 | | $40,132 | **$335,009** | |
| John Ward Economics | | | **Sum of past and future** | 16.17 years | $1,547,013 | 15.95 years | 14.57 years | 14.35 years | $1,380,854 | | $1,379,754 | | $182,001 | **$1,561,754** | |
| | | | | Age 77.08 | | Age 76.86 | Age 75.48 | Age 75.26 | | | | | | | |

## Table 3. Lost household work services

***Plaintiff name: Jo Levitt***

| Year | End of year age | Weekly service hours | Hourly value of services | Past nominal and future real growth | Portion of year | **Anticipated weekly service hours** | Survival probability | Functional probability | **Expected weekly service hours** | Discount factor: After 10% tax TIPS | **Present value of expected weekly service hours** | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2000 | 57 | 16.74 | $13.03 | 0.7336 | 0.81096 | $6,747 | 1.00000 | 0.81662 | $5,510 | 1.00000 | $5,510 | $5,510 |
| 2001 | 58 | 16.74 | $13.03 | 0.7336 | 1.00000 | $8,320 | 1.00000 | 0.80852 | $6,727 | 1.00000 | $6,727 | $12,237 |
| 2002 | 59 | 16.74 | $13.03 | 0.7583 | 1.00000 | $8,601 | 1.00000 | 0.80156 | $6,894 | 1.00000 | $6,894 | $19,132 |
| 2003 | 60 | 16.74 | $13.03 | 0.7823 | 1.00000 | $8,873 | 1.00000 | 0.79964 | $7,095 | 1.00000 | $7,095 | $26,227 |
| 2004 | 61 | 16.74 | $13.03 | 0.8066 | 1.00000 | $9,149 | 1.00000 | 0.79686 | $7,291 | 1.00000 | $7,291 | $33,517 |
| 2005 | 62 | 16.74 | $13.03 | 0.8264 | 1.00000 | $9,373 | 1.00000 | 0.79440 | $7,446 | 1.00000 | $7,446 | $40,963 |
| 2006 | 63 | 16.74 | $13.03 | 0.8487 | 1.00000 | $9,626 | 1.00000 | 0.79475 | $7,650 | 1.00000 | $7,650 | $48,614 |
| 2007 | 64 | 16.74 | $13.03 | 0.8807 | 1.00000 | $9,990 | 1.00000 | 0.79209 | $7,913 | 1.00000 | $7,913 | $56,526 |
| 2008 | 65 | 16.74 | $13.03 | 0.9070 | 1.00000 | $10,287 | 1.00000 | 0.78889 | $8,115 | 1.00000 | $8,115 | $64,642 |
| 2009 | 66 | 16.74 | $13.03 | 0.9265 | 1.00000 | $10,509 | 1.00000 | 0.78186 | $8,217 | 1.00000 | $8,217 | $72,858 |
| 2010 | 67 | 16.74 | $13.03 | 0.9407 | 1.00000 | $10,670 | 1.00000 | 0.77758 | $8,296 | 1.00000 | $8,296 | $81,154 |
| 2011 | 68 | 16.74 | $13.03 | 0.9567 | 1.00000 | $10,851 | 1.00000 | 0.78356 | $8,503 | 1.00000 | $8,503 | $89,657 |
| 2012 | 69 | 16.74 | $13.03 | 0.9713 | 1.00000 | $11,017 | 1.00000 | 0.79142 | $8,719 | 1.00000 | $8,719 | $98,376 |
| 2013 | 70 | 16.74 | $13.03 | 0.9858 | 1.00000 | $11,182 | 1.00000 | 0.79444 | $8,883 | 1.00000 | $8,883 | $107,259 |
| 2014 | 71 | 16.74 | $13.03 | 1.0000 | 1.00000 | $11,342 | 1.00000 | 0.78711 | $8,928 | 1.00000 | $8,928 | $116,187 |
| 2015 | 72 | 16.74 | $13.03 | 1.0208 | 1.00000 | $11,579 | 1.00000 | 0.77452 | $8,968 | 1.00000 | $8,968 | $125,155 |
| 2016 | 73 | 16.74 | $13.03 | 1.0208 | 0.05205 | $603 | 1.00000 | 0.76825 | $463 | 1.00000 | $463 | $125,618 |
| **Past: through Jan 19, 2016** | | | | | 15.86 years | $158,719 | 15.86 years | 12.57 years | $125,618 | | **$125,618** | |
| 2016 | 73 | 16.74 | $13.03 | 1.0215 | 0.94795 | $10,983 | 0.99059 | 0.76357 | $8,307 | 1.00076 | $8,313 | $133,931 |
| 2017 | 74 | 16.74 | $13.03 | 1.0279 | 1.00000 | $11,659 | 0.97018 | 0.75835 | $8,578 | 1.00079 | $8,585 | $142,516 |
| 2018 | 75 | 16.74 | $13.03 | 1.0314 | 1.00000 | $11,698 | 0.94759 | 0.75535 | $8,373 | 0.99909 | $8,365 | $150,881 |
| 2019 | 76 | 16.74 | $13.03 | 1.0318 | 1.00000 | $11,703 | 0.92323 | 0.75463 | $8,153 | 0.99566 | $8,118 | $158,999 |
| 2020 | 77 | 16.74 | $13.03 | 1.0338 | 1.00000 | $11,726 | 0.89699 | 0.75381 | $7,929 | 0.99086 | $7,856 | $166,855 |
| 2021 | 78 | 16.74 | $13.03 | 1.0372 | 1.00000 | $11,764 | 0.86848 | 0.75090 | $7,672 | 0.98554 | $7,561 | $174,416 |
| 2022 | 79 | 16.74 | $13.03 | 1.0422 | 1.00000 | $11,821 | 0.83781 | 0.74131 | $7,342 | 0.97940 | $7,191 | $181,607 |
| 2023 | 80 | 16.74 | $13.03 | 1.0488 | 1.00000 | $11,896 | 0.80485 | 0.72014 | $6,895 | 0.96801 | $6,674 | $188,281 |
| 2024 | 81 | 16.74 | $13.03 | 1.0562 | 1.00000 | $11,980 | 0.76981 | 0.69158 | $6,378 | 0.95966 | $6,121 | $194,402 |
| 2025 | 82 | 16.74 | $13.03 | 1.0650 | 1.00000 | $12,079 | 0.73246 | 0.66927 | $5,921 | 0.95202 | $5,637 | $200,039 |
| 2026 | 83 | 16.74 | $13.03 | 1.0746 | 1.00000 | $12,188 | 0.69300 | 0.66101 | $5,583 | 0.93741 | $5,234 | $205,273 |
| 2027 | 84 | 16.74 | $13.03 | 1.0846 | 1.00000 | $12,302 | 0.65124 | 0.66276 | $5,310 | 0.92728 | $4,924 | $210,196 |
| 2028 | 85 | 16.74 | $13.03 | 1.0943 | 1.00000 | $12,412 | 0.60706 | 0.66730 | $5,028 | 0.91659 | $4,609 | $214,805 |
| 2029 | 86 | 16.74 | $13.03 | 1.0993 | 0.03836 | $478 | 0.58318 | 0.66143 | $184 | 0.91125 | $168 | $214,973 |
| **Future: Jan 20, 2016 to Age 85.62** | | | | | 12.99 years | $154,689 | 10.66 years | 7.73 years | $91,653 | | **$89,356** | |
| | | | | **Sum of past and future** | 28.85 years<br>Age 85.62 | $313,408 | 26.53 years<br>Age 83.30 | 20.30 years<br>Age 77.07 | $217,271 | | **$214,973** | |

John Ward Economics

**Exhibit A. Employer hourly costs of insurance and retirement benefits as a percentage of hourly money earnings**

**Private Industry: Full-time workers in management, business, and financial occupations**

| Year | Wages and salaries | Paid leave | Supple-mental pay | Total money earnings | Total money earnings plus insurance and retirement and savings | Insurance | Insurance as a % of money earnings | Retirement and savings | Retirement and savings as a % of money earnings |
|---|---|---|---|---|---|---|---|---|---|
| 2004 | $33.16 | $3.79 | $1.87 | $38.82 | $43.38 | $2.72 | 7.01% | $1.84 | 4.74% |
| 2005 | $33.95 | $3.99 | $2.09 | $40.03 | $45.06 | $2.92 | 7.29% | $2.11 | 5.27% |
| 2006 | $35.42 | $4.56 | $2.17 | $42.15 | $47.52 | $3.14 | 7.45% | $2.23 | 5.29% |
| 2007 | $36.41 | $4.73 | $2.19 | $43.33 | $48.78 | $3.29 | 7.59% | $2.16 | 4.98% |
| 2008 | $37.92 | $4.94 | $2.42 | $45.28 | $51.03 | $3.44 | 7.60% | $2.31 | 5.10% |
| 2009 | $38.71 | $5.09 | $2.31 | $46.11 | $52.01 | $3.62 | 7.85% | $2.28 | 4.94% |
| 2010 | $39.29 | $5.16 | $2.21 | $46.66 | $52.81 | $3.77 | 8.08% | $2.38 | 5.10% |
| 2011 | $40.40 | $5.31 | $2.37 | $48.08 | $54.50 | $3.90 | 8.11% | $2.52 | 5.24% |
| 2012 | $41.03 | $5.40 | $2.39 | $48.82 | $55.31 | $3.98 | 8.15% | $2.51 | 5.14% |
| 2013 | $41.85 | $5.53 | $2.29 | $49.67 | $56.55 | $4.16 | 8.38% | $2.72 | 5.48% |
| 2014 | $43.67 | $5.83 | $2.88 | $52.38 | $59.91 | $4.36 | 8.32% | $3.17 | 6.05% |
| 2015 | $45.47 | $6.04 | $4.70 | $56.21 | $63.86 | $4.48 | 7.97% | $3.17 | 5.64% |
| Growth | 2.91% | 4.33% | 8.74% | 3.42% | 3.58% | 4.64% | | 5.07% | |
| Inflation | 2.11% | | | | | | | | |
| Real Growth | 0.79% | 2.17% | 6.49% | 1.29% | 1.44% | 2.48% | | 2.90% | |

**Notes:**

Data are annual averages except 2015 which are the June-2015 data values.

**Source:**

*Employer Costs for Employee Compensation*

Bureau of Labor Statistics

http://www.bls.gov/ncs/ect/

**Exhibit B. Future real, inflation-free September to September growth rates (years 2046/7 shows the long-term growth rate)**

(1) Wages & salaries, Private industry: Management, business, and financial

(2) Total compensation, Private industry: Management, professional, and related

(3) Total compensation, Private industry: Service occupations

| Year | (1) | (2) | (3) |
|---|---|---|---|
| Sep-2016 | -0.031% | 0.234% | 0.234% |
| Sep-2017 | 0.227% | 0.592% | 0.592% |
| Sep-2018 | -0.274% | 0.208% | 0.208% |
| Sep-2019 | -0.391% | 0.071% | 0.071% |
| Sep-2020 | -0.184% | 0.225% | 0.225% |
| Sep-2021 | -0.038% | 0.363% | 0.363% |
| Sep-2022 | 0.148% | 0.529% | 0.529% |
| Sep-2023 | 0.310% | 0.651% | 0.651% |
| Sep-2024 | 0.420% | 0.738% | 0.738% |
| Sep-2025 | 0.555% | 0.856% | 0.856% |
| Sep-2026 | 0.625% | 0.911% | 0.911% |
| Sep-2027 | 0.653% | 0.929% | 0.929% |
| Sep-2028 | 0.605% | 0.888% | 0.888% |
| Sep-2029 | 0.569% | 0.860% | 0.860% |
| Sep-2030 | 0.505% | 0.814% | 0.814% |
| Sep-2031 | 0.470% | 0.799% | 0.799% |
| Sep-2032 | 0.482% | 0.817% | 0.817% |
| Sep-2033 | 0.483% | 0.810% | 0.810% |
| Sep-2034 | 0.468% | 0.791% | 0.791% |
| Sep-2035 | 0.431% | 0.756% | 0.756% |
| Sep-2036 | 0.381% | 0.711% | 0.711% |
| Sep-2037 | 0.338% | 0.670% | 0.670% |
| Sep-2038 | 0.323% | 0.652% | 0.652% |
| Sep-2039 | 0.329% | 0.644% | 0.644% |
| Sep-2040 | 0.333% | 0.635% | 0.635% |
| Sep-2041 | 0.305% | 0.608% | 0.608% |
| Sep-2042 | 0.246% | 0.560% | 0.560% |
| Sep-2043 | 0.222% | 0.498% | 0.498% |
| Sep-2044 | 0.250% | 0.517% | 0.517% |
| Sep-2045 | 0.543% | 0.608% | 0.608% |
| Sep-2046 | 0.640% | 0.640% | 0.640% |
| Sep-2047 | 0.640% | 0.640% | 0.640% |

**Exhibit C. U.S. Treasury security bond-equivalent and zero-coupon spot yield data**

***Source: U.S. Department of the Treasury***

| Maturity in years | *Bills, notes, bonds (Bond-equivalent yields)* 1/15/2016 | 12/31/2015 | %Diff | *TIPS (Bond-equivalent yields)* 1/15/2016 | 12/31/2015 | %Diff |
|---|---|---|---|---|---|---|
| 0.5 | 0.37% | 0.49% | -24.49% | | | |
| 1 | 0.49% | 0.65% | -24.62% | | | |
| 2 | 0.85% | 1.06% | -19.81% | | | |
| 3 | 1.08% | 1.31% | -17.56% | | | |
| 5 | 1.46% | 1.76% | -17.05% | 0.34% | 0.45% | -25.05% |
| 7 | 1.79% | 2.09% | -14.35% | 0.50% | 0.59% | -15.36% |
| 10 | 2.03% | 2.27% | -10.57% | 0.67% | 0.73% | -7.98% |
| 20 | 2.44% | 2.67% | -8.61% | 1.05% | 1.07% | -1.53% |
| 30 | 2.81% | 3.01% | -6.64% | 1.27% | 1.28% | -0.62% |

| | *Previous month-end values* | | | *Current values calculated by adjusting month-end values by the %Diff rates above* | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| Maturity in years | Maturity date | TNC - Bills, notes, bonds | TRC - TIPS | Maturity date | TNC - Bills, notes, bonds | TRC - TIPS | Breakeven inflation | Total inflation | 10% tax adjusted TNC rates | 10% tax adjusted TRC rates |
| 0 | 12/31/2015 | 0.70% | -0.14% | 1/19/2016 | 0.00% | 0.00% | 0.00% | 100.00% | 0.00% | 0.00% |
| 0.5 | 7/1/2016 | 0.83% | -0.08% | 7/19/2016 | 0.63% | -0.10% | 0.73% | 100.36% | 0.56% | -0.16% |
| 1 | 12/31/2016 | 0.95% | -0.02% | 1/19/2017 | 0.72% | -0.03% | 0.74% | 100.73% | 0.64% | -0.10% |
| 1.5 | 7/1/2017 | 1.09% | 0.04% | 7/19/2017 | 0.82% | 0.03% | 0.79% | 101.13% | 0.74% | -0.05% |
| 2 | 12/31/2017 | 1.23% | 0.12% | 1/19/2018 | 0.99% | 0.09% | 0.90% | 101.58% | 0.89% | -0.01% |
| 2.5 | 7/1/2018 | 1.37% | 0.20% | 7/19/2018 | 1.10% | 0.15% | 0.95% | 102.06% | 0.99% | 0.04% |
| 3 | 12/31/2018 | 1.50% | 0.27% | 1/19/2019 | 1.24% | 0.20% | 1.03% | 102.59% | 1.11% | 0.08% |
| 3.5 | 7/1/2019 | 1.62% | 0.35% | 7/19/2019 | 1.34% | 0.26% | 1.07% | 103.14% | 1.20% | 0.13% |
| 4 | 12/31/2019 | 1.74% | 0.41% | 1/19/2020 | 1.43% | 0.31% | 1.12% | 103.71% | 1.29% | 0.17% |
| 4.5 | 7/1/2020 | 1.83% | 0.48% | 7/19/2020 | 1.51% | 0.36% | 1.14% | 104.31% | 1.36% | 0.21% |
| 5 | 12/31/2020 | 1.92% | 0.53% | 1/19/2021 | 1.59% | 0.40% | 1.19% | 104.93% | 1.43% | 0.24% |
| 5.5 | 7/1/2021 | 2.00% | 0.58% | 7/19/2021 | 1.66% | 0.43% | 1.22% | 105.56% | 1.49% | 0.27% |
| 6 | 12/31/2021 | 2.06% | 0.63% | 1/19/2022 | 1.71% | 0.47% | 1.23% | 106.21% | 1.54% | 0.30% |
| 6.5 | 7/1/2022 | 2.12% | 0.67% | 7/19/2022 | 1.76% | 0.50% | 1.25% | 106.87% | 1.58% | 0.33% |
| 7 | 12/31/2022 | 2.17% | 0.71% | 1/19/2023 | 1.86% | 0.60% | 1.25% | 107.54% | 1.67% | 0.42% |
| 7.5 | 7/1/2023 | 2.22% | 0.74% | 7/19/2023 | 1.90% | 0.63% | 1.27% | 108.22% | 1.71% | 0.44% |
| 8 | 12/31/2023 | 2.26% | 0.78% | 1/19/2024 | 1.94% | 0.66% | 1.27% | 108.90% | 1.74% | 0.47% |
| 8.5 | 7/1/2024 | 2.31% | 0.81% | 7/19/2024 | 1.98% | 0.69% | 1.28% | 109.60% | 1.78% | 0.49% |
| 9 | 12/31/2024 | 2.34% | 0.83% | 1/19/2025 | 2.00% | 0.70% | 1.29% | 110.30% | 1.80% | 0.50% |
| 9.5 | 7/1/2025 | 2.38% | 0.86% | 7/19/2025 | 2.04% | 0.73% | 1.30% | 111.02% | 1.83% | 0.53% |
| 10 | 12/31/2025 | 2.41% | 0.89% | 1/19/2026 | 2.16% | 0.82% | 1.33% | 111.75% | 1.94% | 0.61% |
| 10.5 | 7/1/2026 | 2.45% | 0.91% | 7/19/2026 | 2.19% | 0.84% | 1.34% | 112.50% | 1.97% | 0.62% |
| 11 | 12/31/2026 | 2.48% | 0.94% | 1/19/2027 | 2.22% | 0.86% | 1.34% | 113.25% | 2.00% | 0.65% |
| 11.5 | 7/1/2027 | 2.50% | 0.96% | 7/19/2027 | 2.24% | 0.88% | 1.34% | 114.01% | 2.01% | 0.66% |
| 12 | 12/31/2027 | 2.53% | 0.98% | 1/19/2028 | 2.26% | 0.90% | 1.35% | 114.78% | 2.04% | 0.68% |
| 12.5 | 7/1/2028 | 2.55% | 1.01% | 7/19/2028 | 2.28% | 0.93% | 1.34% | 115.54% | 2.05% | 0.70% |
| 13 | 12/31/2028 | 2.58% | 1.03% | 1/19/2029 | 2.31% | 0.95% | 1.35% | 116.32% | 2.08% | 0.72% |
| 13.5 | 7/1/2029 | 2.60% | 1.05% | 7/19/2029 | 2.33% | 0.97% | 1.35% | 117.10% | 2.09% | 0.74% |
| 14 | 12/31/2029 | 2.62% | 1.07% | 1/19/2030 | 2.34% | 0.98% | 1.35% | 117.88% | 2.11% | 0.75% |
| 14.5 | 7/1/2030 | 2.64% | 1.09% | 7/19/2030 | 2.36% | 1.00% | 1.34% | 118.67% | 2.12% | 0.77% |
| 15 | 12/31/2030 | 2.66% | 1.11% | 1/19/2031 | 2.38% | 1.02% | 1.34% | 119.47% | 2.14% | 0.79% |