# EXHIBIT A

## CURRICULUM VITAE
## DAVID STEVEN EGILMAN, MD, MPH

| | |
|---|---|
| Business Mailing Address: | Never Again Consulting<br>8 North Main St.<br>Attleboro, MA  02703 |
| Business Telephone Number: | 508-226-5091 |
| Business Fax Number: | 425-699-7033 |
| E-Mail: | degilman@egilman.com |

### EDUCATION

| | |
|---|---|
| Undergraduate | Brown University, Molecular Biology, BS 1974, Sigma Xi |
| Medical School | Brown University, 1974 – 1978, MD |
| Other Advanced Degrees | Harvard School of Public Health, 1981–1982, MPH 1982 |

### POSTGRADUATE TRAINING

| | |
|---|---|
| Internship and Residency | University of Rochester, Rochester, NY, Internship and Residency in Internal Medicine, 1978 – 1981 |
| NIH Training | National Institutes of Health, Washington DC, Epidemiology Training Program, 1981 – 1984 |
| Residency | Carney Hospital, Boston Massachusetts, Residency in Preventive Medicine, 1992 – 1993 |
| Residency | National Institute of Occupational Safety and Health, Residency in Occupational Medicine, 1983 – 1984 |

### UNIFORM SERVICE

US Public Health Service, 1981 – 1984

.

PROFESSIONAL LICENSES AND BOARD CERTIFICATION
Rhode Island State Medical License, No. 6742, 1985
Mississippi State Medical License, No. 8872, 1979
Massachusetts State Medical License, No. 56511, 1986
Diplomat of American Board of Preventive Medicine, Occupational Medicine, 1986
Diplomat of American Board on Internal Medicine, 1981
Diplomat of American Board of Medical Examiners, 1979


ACADEMIC APPOINTMENTS

Clinical Professor, Department of Family Medicine, Brown University, Providence, RI,
   July 2012 – Present
Clinical Associate Professor, Department of Family Medicine, Brown University,
   Providence, RI, 2009 – June 2012
Clinical Associate Professor, Department of Community Health, Brown University,
   Providence, RI, 1996 – 2009
Clinical Assistant Professor, Department of Community Health, Brown University,
   Providence, RI, 1990 – 1996
Clinical Instructor, Department of Community Health, Brown University, Providence, RI,
   1985 – 1990
Clinical Instructor in Health Sciences, Bouve College of Pharmacy and Health Sciences,
   Northeastern University, Boston, MA, 1995 – 2002


HOSPITAL APPOINTMENTS

Courtesy Staff, Memorial Hospital, 1987 – 2002, Physician
Courtesy Staff, Memorial Hospital, 2002 – Present, Senior Physician


OTHER APPOINTMENTS

Member, Committee on Health Based Exposure Limits to Toxic Substances, American
   Public Health, Association, 1988
Chairperson, Rhode Island Committee for Health Rights in Central America, 1986 –
   1989
Editor-in-Chief, International Journal of Occupational & Environmental Health 2008 –
Present
President of the Board, Global Health Through Education Training and Service, 2002 –
   Present
Board Member, Citizens for Responsible Care and Research, 1997 – 2011
Board Member, Alliance for Human Research Protection, 2011 – Present

## MEMBERSHIP IN SOCIETIES

Institute of Food Technologists, The Society for Food Science and Technology, 2006 – 2007
American Society for Environmental History, 2003 – Present
American Medical Association, 1989 – Present
American Society of Internal Medicine, 1984 – 2008
American Public Health Association, 1979 – Present
Brown Medical Association, Board of Directors, 1978 – 1992
American College of Occupational and Environmental Medicine, 1992 – Present
Document Custodian Industrial Hygiene Foundation 2005 – Present
National Fire Protection Association (NFPA)

## AWARDS

Volvo for Life Award Top 100, 2004
Rae Unzicker Award of The National Association for Rights Protection and Advocacy 2007
2014 Dr. Irving Selikoff Lifetime Achievement Award - ADAO

## ORIGINAL PUBLICATIONS IN PEER-REVIEWED JOURNALS

1. Egilman DS and Reinert AA. The Origin and Development of the Asbestos Threshold Limit Value: Scientific indifference and corporate influence. Int. J. Health Serv. 25:667-696, 1995.

2. Durand K and Egilman DS. Possible Corruption Of IH Literature By DuPont: The Imron Respirator Studies, Am Ind. Hyg. Assoc. J. 56:817-825, August 1995.

3. Egilman DS and Reinert AA. Asbestos Exposure and Lung Cancer: Asbestosis is Not Necessary. Am. J. Ind. Med. 30:398-406, 1996.

4. Schnoor TM, Steenland K, Eglend GM, Boeniger M, and Egilman DS. Mortality of Workers Exposed to Toluene Diisocyante in the Polyurethane Foam Industry, Occ. Env. Med., 53:703-707, 1996.

5. Egilman DS, Wallace W, Stubbs C, Mora-Corrasco F.  A Little Too Much of the Buchenwald Touch? Military Radiation Research at the University of Cincinnati, 1960-1972. Accountability in Research Vol. 6, pp. 63-102, 1998.

6. Egilman D, Wallace W, Stubbs C, and Mora-Corrasco F. Ethical Aerobics: ACHRE's Flight from Responsibility. Accountability in Research Vol. 6, pp. 15-61, 1998.

7. Egilman D, Wallace W, and Hom C. Corporate Corruption of the Medical Literature. Accountability in Research Vol. 6, pp.127-147, 1998.

8. Egilman DS, Kim J, and Biklen M. Proving Causation: The Use and Abuse of Medical and Scientific Evidence Inside the Courtroom—An Epidemiologist's Critique of the Judicial Interpretation of the *Daubert* Ruling. Food and Drug Law Journal 58:2, 2003.

9. Egilman DS, Fehnel C, and Bohme SR. Exposing the "Myth" of ABC: A Critique of the Canadian Asbestos Mining Industry-McGill Chrysotile Studies. Amer J Ind Med 44:5, 2003.

10. Egilman DS, Bagley S, Biklen M, Golub AS, and Bohme SR. The Beryllium "Double Standard" Standard. International Journal of Health Services 33:4, 2003, pages 769-812.

11. Egilman DS. Suppression Bias at the Journal of Occupational and Environmental Medicine. Int. J Occup Environ Health 2005: 11: 202-204.

12. Egilman DS and Bohme SR. Guest Editors, Special Issue: The Corporate Corruption of Science. Int. J Occup Environ Health 2005: 11(4).

13. Egilman DS and Bohme SR. Over a Barrel: Corporate Corruption of Science and Its Effects on Workers and the Environment. Int. J Occup Environ Health 2005: 11(4), 331-337.

14. Egilman DS and Billings MA. Abuse of Epidemiology: The Automobile Manufacturers Manufacture a Defense to Asbestos Liability. Int. J Occup Environ Health 2005: 11(4), 360-371.

15. Bohme SR, Zorabedian J, Egilman DS. Maximizing Profit and Endangering Health: Corporate Strategies to Avoid Litigation and Regulation Int. J Occup Environ Health 2005: 11(4), 338-348.

16. Egilman DS and Scout. Corporate Corruption of Science: The Case of Chromium (VI). Int. J Occup Environ Health 2006: 12(2), 184-191.

17. Bailar JC et al. FIOH-sponsored newsletter misrepresents asbestos hazards in Zimbabwe, Int. J Occup Environ Health. 2006 Jul-Sep;12(3):254-8.

18. Egilman DS, Mailloux CJ, and Valentin CS. Popcorn Worker Lung Caused by Corporate and Regulatory Negligence: An Avoidable Tragedy. Int. J Occup Environ Health 2007. 13(1): 85-98.

19. Egilman DS and Howe S. Against Anti-health Epidemiology: Corporate Obstruction of Public Health via Manipulation of Epidemiology. Int. J Occup Environ Health 2007. 13(1):118-124.

20. Krumholz HM, Ross JS, Presler AH, and Egilman DS. What have we learnt from Vioxx? BMJ 2007 Jan 20; 334(7585):120-3.

21. Egilman DS, Scout, Kol L, Hegg L, and Bohme SR. Commentary: Manipulated Data In Shell's Benzene Historical Exposure Study. Int. J Occup Environ Health 2007: 13(2), 222-232.

22. LaDou J, Teitelbaum DT, Egilman DS, Frank AL, Kramer SN, and Huff J. American College of Occupational and Environmental Medicine (ACOEM): a professional association in service to industry. Int. J Occup Environ Health 2007 Oct-Dec;13(4):404-26.

23. De Maeseneer J, van Weel C, Egilman D, Mfenyana K, Kaufman A, and Sewankambo N. Strengthening primary care: addressing the disparity between vertical and horizontal investment. Br J Gen Pract 2008 Jan;58(546):3-4

24. De Maeseneer J, van Weel C, Egilman D, Mfenyana K, Kaufman A, Sewankambo N, and Flinkenflögel M. Funding for primary health care in developing countries. BMJ 2008 Mar 8;336(7643):518-9.

25. Ross JS, Hill KP, Egilman DS, and Krumholz HM. Guest authorship and ghostwriting in publications related to rofecoxib: a case study of industry documents from rofecoxib litigation. JAMA 2008 Apr 16; 299(15):1800-12.

26. Hill KP, Ross JS, Egilman DS, and Krumholz HM. The ADVANTAGE Seeding Trial: A Review of Internal Documents. Ann Intern Med, Aug 2008; 149: 251 - 258.

27. Egilman DS, Bohme SR. IJOEH and the critique of bias. Int J Occup Environ Health 2008 Apr-Jun;14(2):147-51

28. Egilman DS. Ford, General Motors, Chrysler, asbestos and a "Sane appreciation of the risks." Int. J Occup Environ Health 2009 Jan-Mar;15 (1):109-10.

29. Egilman DS. Fiber types, asbestos potency, and environmental causation: a peer review of published work and legal and regulatory scientific testimony. Int. J Occup Environ Health 2009 Apr-Jun; 15(2):202-28.

30. Swanson C, Mosley H, Sanders, D, Egilman D, De Maeseneer J, Chowdhury M, Lanata C, Dearden K, and Malcolm B, Commentary: Call for global health-systems impact assessments. Lancet, 2009 July 2.

31. Ross JS, Madigan D, Hill KP, Egilman DS, Wang Y, and Krumholz HM. Pooled analysis of rofecoxib placebo-controlled clinical trial data: lessons for postmarket pharmaceutical safety surveillance. Arch Intern Med. 2009 Nov 23; 169(21):1976-85.

32. Egilman D and Menéndez LM. A case of occupational peritoneal mesothelioma from exposure to tremolite-free chrysotile in Quebec, Canada: A black swan case. Am J Ind Med. 2010 Aug 18.

33. Ross JS, Madigan D, Konstam MA, Egilman DS, and Krumholz HM. Persistence of Cardiovascular Risk after Rofecoxib Discontinuation. Arch Intern Med, Dec 13/27, 2010; 170: 2035 – 2036

34. Krumholz SD, Egilman DS, and Ross JS. Study of neurontin: titrate to effect, profile of safety (STEPS) trial: a narrative account of a gabapentin seeding trial. Arch Intern Med. 2011 Jun 27; 171(12):1100-7.

35. Egilman DS, Schilling JH, and Menendez L. A Proposal for a Safe Exposure Level for Diacetyl. Int. J Occup Environ Health 17(2), 2011.

36. Egilman DS and Druar NM. Corporate versus Public Interests: Community Responsibility to Defend Scientific Integrity. Int. J Occup Environ Health 17(2), 2011.

37. Egilman D, Bird T, Mora F, and Druar N. Gets AIDS and survive? The "Perverse" Effects of Aid: addressing the social and environmental determinants of health, promoting sustainable primary care, and rethinking global health aid. Int. J Occup Environ Health. 2011 Oct-Dec; 17(4):364-82.

38. Egilman DS, Ardolino EL, Howe S, and Bird T. Deconstructing a State-of-the-Art Review of the Asbestos Brake Industry. New Solut. 2011 Jan 1; 21(4):545-71.

39. Egilman D and Schilling H., Bronchiolitis obliterans and consumer exposure to butter-flavored microwave popcorn: a case series. Int. J Occup Environ Health 2012; 18(1):29-42.

40. Egilman DS, Bird T, and Lee C. MetLife and its Corporate Allies: dust diseases and the manipulation of science. Int. J Occup Environ Health 2013; 19(4).

41. Egilman DS, Bird T, and Lee C. Dust diseases and the legacy of corporate manipulation of science and law.  Int. J Occup Environ Health 2014; 20(2).

42. Egilman DS. Letter to the Editor: Workers and consumers should not be exposed to chemicals that have not been tested for toxicity.  Amer J Indus Med 2014 Aug;57(8):970-1.

43. Baur X., Budnik LT, Ruff K, Egilman DS, Lemen RA, Soskolne CL. Ethics, morality, and conflicting interests: how questionable professional integrity in some scientists supports professional integrity in some scientists supports global corporate influence in public health. Int. J Occup Environ Health 2015:21(2):172-175.

## OTHER NON-PEER-REVIEWED PUBLICATIONS

1.  Egilman D. Alcoholism and Liver Injury (letter). NEJM. 208:260, 1978.

2.  Ahrenholz S and Egilman D. Health Hazard Evaluation - Wooster, Ohio: Report No. 82-223-1340. Cincinnati, Ohio: National Institute for Occupational Safety and Health, 1982.

3.  Stephenson RL and Egilman DS. Health Hazard Evaluation - Rockport, Indiana: Report No. 82-359-1382. Cincinnati, Ohio: National Institute for Occupational Safety and Health, 1983.

4.  Salisbury S and Egilman D. Health Hazard Evaluation - Port Gibson, Mississippi: Report No. 83-132-1508. Cincinnati, Ohio: National Institute for Occupational Safety and Health, 1984.

5.  Egilman D and Lichty P. Cost and Benefits of Hepatitis Prophylaxis (letter), JAMA, 251:2794, 1984.

6.  Kelly RM, Egilman DS, Gordon JE. Long Term Effects Following Isocyanate Exposure (letter), J. Occup. Med., 27(7):469-470, 1985.

7.  Frumkin H, Egilman DS, Christiani D, Pepper L, Sprince N, and Himmelstein J. Asbestos Related Disease (letter), JAMA, 254(10):1307-1308, 1985.

8.  Egilman DS and Greer DS. International exchange for medical training (letter), NEJM., 314:652, March 6, 1986.

9.  Egilman DS and Greer DS. International Health Needs (commentary), International J. Of Dermatology, 26(6):351-353, 1987.

10. Schnorr T and Egilman DS. Toluene Diisocyanate and Other Isocyanates. In: Zenz, Carl, Occupational Medicine, Principles and Practical Applications, 2nd ed., Year Book Medical Publishers, Chicago 1988.

11. Egilman DS. Ethics of Mandatory Masturbation (letter). JOM, 30; 12:992, December 1988.

12. Egilman DS. Missing Information-The Enemy of Chemical Safety. Industry November 1989.

13. Egilman DS. The Training Exchange: An opportunity to serve (letter). Am J Public Health 79(11):1570, November 1989

14. Egilman DS and Haag BJ. Guideline for Medical Surveillance. Industry, April 1989.

15. Egilman DS. The emperor has no clothes: TLV's and Corporate influence. Am Ind. Hyg. Assoc. J., 187-188, March 1990.

16. Hardy HL and Egilman DS. Corruption of Occupational Medical Literature: The Asbestos Example (letter). Am. J. Ind. Med. 20(1):127-129.1991.

17. Egilman DS. Public Health and Epistemology. Am. J. Ind. Med, 22:457-459, 1992.

18. Egilman DS. The Past Foretells the Future. Links 10(1):13 - 15.1993.

19. Egilman DS and Hardy HL. Manipulation of Early Animal Research on Asbestos Cancer (letter). Am. J. Ind. Med. 24:787-791.1993.

20. Ziem G, Cone J, Castleman B, Cunningham K, and Egilman D. Health-Based Exposure Limits. Draft 7, October 23, 1993, HEEL Committee.

21. Egilman DS and Reinert AA. "What Is Informed Consent?" Washington Post, January 14, 1994: P 24.

22. Ziem G, Cone J, Castleman B, Cunningham K, Egilman D. Chemical Exposure Guidelines, Version 9. San Jose, CA: APHA Committee on Occupational Safety and Health. October 1995.

23. Egilman DS and Reinert AA. Commentary: The Asbestos TLV: Early Evidence of Inadequacy. Am. J. Ind. Med., 30:369-370, 1996. Egilman D, Punnett L, Hjelm EW, Welch L. Evidence for work-related musculoskeletal disorders. J Occup Environ Med. 1996 Nov;38(11):1079-80; author reply 1083-4

24. Goldin G, Goldin A, and Egilman D. Mesothelioma an Unwarranted Causal Model (letter). JOM, 38:3,239-240, 1996.

25. Egilman D, Punnett L, Wigaeus Hjelm E, and Welch L. Keyboarding can cause Injury (letter). JOEM, 38:10 1079-1081, November 1996.

26. Egilman D and Stubbs C. Evaluating the Health Risks of Silicone Breast Implants. Letter to the editor, NEJM Vol 335, Number 315, October 10, 1996.

27. Egilman D and Hom C. Commentary: Corruption of the Medical Literature: A Second Visit. Am. J. Ind. Med., 34:4 401-404, October 1998.

28. Egilman D and Walta M. Letter to the Editor: Breast Implant Verdicts Resulted From Corporate Misconduct and Legitimate Science. Am. J. Pub. H., 89:11 1763-1764, November 1999.

29. Egilman D and Hornblum A. "Letter to the Editor: Guinea Pigs Behind Bars." *The Boston Globe*, November 29, 1999.

30. Egilman DS and Reinert AA. Letter to the Editor: Corruption of Previously Published Asbestos Medical Literature: The 1958 QAMA Miner Cancer Study. Archives Env. Health, Vol 55, No. 1, Jan/Feb 2000.

31. Egilman DS. Letter to the Editor: Re: Researchers Should Talk to Workers. Am. J. Ind. Med., 39:3 347, March 2001.

32. Ludwig ER, Madeksho L, and Egilman D. Letter to the Editor, Commentary, Re: Mesothelioma and Lung Tumors Attributable to Asbestos Among Petroleum Workers. Am. J. Ind. Med., 3

33. Egilman DS. Asbestos Screenings. Am. J. Ind. Med., 42:2, August 2002.

34. Egilman D, Bagley S, and Connolly S. Letter to the Editor: Anything But Beryllium: The Beryllium Industry's Corruption of Safety Information, Am. J. Ind. Med., 42:3, September 2002.

35. Egilman D and Ehrle LH.  Letter: Handling Conflicts of Interest between Industry and Academia. *JAMA*. 2003; 289;3240.

36. Axelson O, Balbus JM, Cohen G, Davis D, Donnay A, Doolittle R, Duran BM, Egilman D, et al.  Regulatory Toxicolgy and Pharmacology. Int. J Occup Environ Health. 2003 Oct-Dec;9(4):386-9; author reply 389-90

37. Jacobson MF, Sharpe VA, Angell M, Ashford NA, Blum A, Chary LK, Cho M, Coull BC, Davis D, Doolittle RF, Egilman D, et al.  Editorial policies on financial disclosure. Nat Neurosci. 2003 Oct;6(10):1001.

38. Egilman DS and Bohme SR.  Threshold Limit Values:  Should We Trust Them? NECOEM Reporter 2:7, Spring 2003.

39. Angell, M et al. Letter to the Editor [Journal Should Strengthen Conflict of Interest Disclosure Policy] Nature Neuroscience 6: 10, October 2003.

40. Egilman DS and Bohme SR. Commentary: Attorney-directed screenings can be hazardous. Amer J Ind Med. 45:3, 2004, pages 305-307.

41. Egilman DS and Roberts ML. Letter to the Editor. RE: The Controlled Use of Asbestos. Int. J Occup Environ Health. 10:1, 2004, pages 99-103.

42. Egilman D, Tweedale G, McCulloch J, Kovarik W, Castleman B, Longo W, Levin S, and Bohme SR. P.W.J. Bartrip's attack on Irving J, Selikoff. Am J Ind Med. 2004 Aug;46(2):151-5

43. Breihl, Jaime et al. Letter: Texaco and Its Consultants. Int. J Occ Env Health 11: 217-220, 2005.

44. Egilman DS and Bohme SR. In Reply. Int. J Occup Environ Health 2005: 12(2), 182-186.

45. Egilman DS and Bohme SR. Letter: Chevron-Texaco's Science. Int. J Occ Env Health 11(4): 456-457.

46. Egilman DS and Bohme SR. Vioxx Marketing: Merck's Failure to Warn. International Ergonomics Association 2006 Conference Proceedings.

47. Bohme SR and Egilman DS. Pharmaceutical Warnings and "Direct to Consumer" Marketing. International Ergonomics Association 2006 Conference Proceedings.

48. Egilman DS and Billings MA. Differential Peeky Bias, .Int. J Occup Environ Health. 2006 Jul-Sep;12(3):294.

49. Egilman DS and Howe S. In Reply. Int. J Occup Environ Health 2007: 13(1), 134-136.

50. Egilman DS, Presler AH, and Valentin CS. Avoiding the Regulatory Capture of the FDA. Archives of Internal Medicine. 167:2007, page 732.

51. Bohme SR and Egilman DS. Beyond reputation: debate on the role of corporate influence in occupational and environmental medicine. New Solut. 2008;18(3):317-24.

52. Abdo KM, Camargo CA Jr, Davis D, Egilman D, Epstein SS, Froines J, Hattis D, Hooper K, Huff J, Infante PF, Jacobson MF, Teitelbaum DT, and Tickner JA. Letter to U.S. FDA commissioner. Questions about the safety of the artificial sweetener aspartame.

53. Egilman DS. Seeding Trials: Just Say No. BMJ 2009; 339 11/2/2009

54. Swanson RC, Mosley H, Sanders D, Egilman D, et al. Call for global health-systems impact assessments. Lancet. 2009 Aug 8;374(9688):433-5.

55. Takaro T, Davis D, Van Rensburg J, et al. Scientists appeal to Quebec Premier Charest to stop exporting asbestos to the developing world. Int. J Occup Environ Health. 2010 Apr-Jun;16(2):241-8.

56. Egilman DS and Bohme SR. Small is not necessarily beautiful. Int. J Occup Environ Health. 2010 Oct-Dec;16(4):542-3.

57. Egilman DS. Continued Controversy on Chrysotile Biopersistence. Response, Int. J Occup Environ Health. 2011 Jam-Mar;17(1):99-102.

58. Egilman DS and Druar NM. Editorial: Corporate versus public interests: community responsibility to defend scientific integrity. Int. J Occup Environ Health. 2011 Apr-Jun;17(2):181-5.

59. De Maeseneer J, Roberts RG, Demarzo M, Heath I, Sewankambo N, Kidd MR, van Weel C, Egilman D, Boelen C, Willems S. Tackling NCDs: a different approach is needed. Lancet. 2011 Sep 5.

60. Egilman DS. An elaboration of "proof" of peritoneal mesothelioma from tremolite free chrysotile. Am J Ind Med. 2011 Aug;54(8):647

61. De Maeseneer J, Egilman D, Burdick WP, and Kaufman A. Medical schools in sub-Saharan Africa. Lancet. 2011 Oct 8;378(9799):1294.

62. Egilman DS and Druar NM. Spin your science into gold: direct to consumer marketing within social media platforms. Work (Reading, Mass.). Work, 2012 Jan 1; 41(0):4494-502.

63. Egilman DS. Report of a recent "brake" through in the fiber burden-mesothelioma dialogue. Inhal Toxicol. 2012;24(2):136-7.

64. Egilman DS and Schilling JH. Letter to the Editor regarding the Donovan et al. (2011) article. Crit Rev Toxicol. 2012 Feb;42(2):169-72.

65. Egilman DS. Report of a recent "brake" through in the fiber burden-mesothelioma dialogue. Inhal Toxicol. 2012; 24(2): 136-7.

66. Egilman DS and Longo WE. Egilman's assessment regarding exposures of auto mechanics to amphiboles is correct. Inhal Toxicol. 2012 Jul 27.

67. Egilman DS and Druar NM. Comments on Donovan et al., "Evaluation of take home (para-occupational) exposure to asbestos and disease: A review of the literature." Int. J Occup Env Health 2013 Jul-Sep;19(3):163-8

68. Egilman DS. The importance of scientific debate, Int. J Occup Environ Health. 2013 Jul-Sep;19(3):157-9.

69. Aguilar Madrid G, Beaudry M, Bell W, et. al., Statement in response to asbestos industry efforts to prevent a ban on asbestos in Pakistan: chrysotile asbestos use is not safe and must be banned. Arch Environ Occup Health. 2013;68(4):243-9.

70. Egilman DS, Schilling JH, Safe Exposure Level for Diacetyl response, Int. J Occup Environ Health, 2014 Jan-Mar;20(1) 6-8.

71. Egilman DS and Bohme SR. Corporate corruption of science and its effects on workers and the environment, Chain Reaction – The National Magazine of Friends of the Earth Australia, 2014 July;121:20-23.

72. Egilman DS and Tran T. A commentary on Roggli's "The So-Called Short-Fiber Controversy". Int. J Occup Environ Health 2016; DOI: 10.1080/10773525.2016.1153866

## BOOK CHAPTERS

1. Crossgrove W, Egilman D, Heywood P, et al. Colonialism, International Trade, and the Nation-state, In: Newman, L., Crossgrove, W., Kates, R., et al., Hunger in History: Food Shortage, Poverty and Deprivation. Cambridge, MA: Basil Blackwell Inc., 1990.

2. Egilman DS, Bohme SR. "A Brief History of Warnings." Handbook of Warnings, ed. Michael Wogalter. Mahwah, NJ: Lawrence Erlbaum Associates, 2006.

3. Bohme SR, Egilman DS. "Consider the Source: Warnings and Anti-Warnings in the Tobacco, Automobile, Beryllium and Pharmaceutical Industries." Handbook of Warnings, ed. Michael Wogalter. Mahwah, NJ: Lawrence Erlbaum Associates, 2006.

4. Egilman D, Ardolino E. The Pharmaceutical Industry, Disease Industry: A Prescription for Illness and Death., in The Bottom Line or Public Health: Tactics Corporations Use to Influence Health and Health Policy, and What We Can Do to Counter Them, William H. Wiist (Editor), Oxford University Press, USA; (March 2010)

## INVITED PRESENTATIONS

1. Egilman DS. Isocyanate Exposures in Spray Painting. APHA, Nov. 1982.

2. Egilman DS. Right To Know - How to Use the Information. APHA, Nov. 1983.

3. Kubetz S, Egilman D. Right To Know - Use of Media to Promote Use of the Law. APHA, Nov. 1983.

4. Egilman DS. Theories of Causation - A Comparison of the Tobacco Institute, Chemical Manufacturers and Bayesian Approaches. APHA, Nov. 1984.

5. Egilman DS. Occupational Malfeasance in Department of Energy Nuclear Weapons Production Facilities. APHA, Sept. 1986.

6. Egilman DS. International Health Work: First Do No Harm. Family Medicine Grand Rounds, Memorial Hospital of Rhode Island, Feb. 1991.

7. Egilman DS. Lead and Other Environmental Hazards. Grand Rounds, Charlton Memorial Hospital, Fall River, MA, Mar. 1991.

8. Egilman DS. Science, Epistemology, and The Law. Guest Lecture for Toxic Torts: Professor Daynard, Northeastern University Law School, Boston, MA, July 1991.

9. Egilman DS. The Making of an Occupational/Environmental Disaster: The Corruption of the Asbestos Literature. Family Medicine Grand Rounds, Memorial Hospital of Rhode Island, Mar. 1991.

10. Egilman DS and Reinert AA. Corruption Of The Asbestos Epidemiological Literature, APHA, Nov. 1991.

11. Duran K and Egilman DS. Corruption Of IH Literature By Chemical Companies, APHA, Nov. 1991.

12. Egilman DS and Reinert AA. The History Of The Asbestos TLV, APHA, Nov. 1991.

13. Egilman DS. Oral Testimony Before the Subcommittee on Energy and Commerce, US House of Representatives, January 18, 1994.

14. Aaberg AM, Lochner K, Battel J, Egilman D. Creating Partnerships: The Public Health Initiative of "Braintree Healthy People 2000." APHA, October 1994.

15. Egilman DS. Oral Testimony Before the President's Advisory Committee on Human Radiation Experiments, February 1995.

16. Egilman DS. Oral Testimony Before the President's Advisory Committee on Human Radiation Experiments, July 17, 1995.

17. Egilman DS and Stubbs C. Health Effects of Silicone Breast Implants. APHA, November 1996.

18. Egilman DS. Health Effects of Silicone Breast Implants: Corporate Misconduct, February 26, 1997.

19. Egilman DS.  Participant, Institute of Medicine, Division of Health Sciences Policy, Town Meeting on Clinical Research in the Public Interest, National Academy of Sciences, Washington, D.C. July 10-11, 1997.

20. Egilman DS.  Guest faculty, Appellate Judges Seminar Series, "Use of Expert Testimony", Portsmouth, NH, September 15,1998.

21. Egilman DS.  Presenting the State-of-the-Art Expert in a Defense Premises Liability Case, A Trial Demonstration, Andrews Publications Asbestos Litigation Conference, May 2000.

22. Egilman DS. The History Of Warnings By Asbestos Product Manufacturers: Who Warned When, About What, And Who Did Not. Andrews Publications Asbestos Litigation Conference, May 2000.

23. Egilman DS and Ludwig E. Asbestos Warnings: Who Knew What When and What They Said. APHA, November 2000.

24. Egilman DS. Role of Insurance Companies in Industrial Health: Example of the Asbestos Tragedy. APHA, October 2001.

25. Egilman DS. Chronic Beryllium Disease and the Politics of Occupational Health. APHA, October 2001.

26. Egilman DS. AIDS Behind Bars: HIV and Correctional Institutions. World AIDS Day Conference, Brown University December 2001.

27. Egilman DS. The Corporate Corruption of Epidemiologic Literature and Methods. Annual SER Meeting, June 2002.

28. Egilman DS and Bagley S. The Corporate Corruption of Epidemiology:   The Asbestos, Beryllium, Tobacco Industries and the Role of Attorneys and Public Relations Firms, IEA World Conference of Epidemiology, August 2002.

29. Egilman DS, Connolly S, and Golub A. QAMA/McGill Corruption of the Epidemiologic Literature on Canadian Asbestos Mining. IEA World Conference of Epidemiology, August 2002.

30. Greenberg JF and Egilman DS. Globalization and Occupational and Environmental Health: Developing the Human Resources to Address New Challenges. APHA, November 2002.

31. Greenberg JF and Egilman DS. Filling the Primary Care Gap: A Model for Promoting Community-Based Education in the Developing World. APHA, November 2002.

32. Egilman DS. Tobacco Marketing as an Anti-warnings Program. APHA, November 2002.

33. Egilman DS. Evidence of Continued Corruption of the Epidemiological Literature. APHA, November 2002.

34. Egilman DS. Social Causes of the Sexual Transmission Fallacy: Racism, Oligopoly, and Bureaucratic Inertia. Brown University.  May 2003.

35. Egilman DS. Written Testimony before the US Senate Subcommittee on Antitrust, Competition Policy and Consumer Rights Hearing, "Hospital Group Purchasing:  Has the Market Become More Open to Competition?" July 16, 2003.

36. Mugdal S, Hegg L, Egilman D, Goldman R, and Carel R.  Knowledge, Training and Practice of Occupational and Environmental Health among Network: TUFH Member Institutions. The Network: TUFH International Conference, October 2003.

37. Greenberg J, Hegg L, and Egilman DS. Safe Healthcare:  A Review of Models for Public and Health Professions Education. The Network: TUFH International Conference, October 2003.

38. Egilman DS, Greenberg J, and Fellini B. Global Health through Education, Training and Service (GHETS):  A Network: TUFH Development Program. The Network: TUFH International Conference, October 2003.

39. Egilman DS and Bohme SR. The suppression of science: How corporate interests hide the truth and how to stop them. Center for Science In the Public Interest Conference, July 2004.

40. Egilman DS and Falender J. GRAS and Popcorn Butter Flavoring. APHA, November 2004.

41. Egilman DS and Falender, J. OxyContin: How profits took priority over public health. APHA, November 2004.

42. Egilman DS, Presler A, Kol L. Petroleum Industry Influence on Benzene Science and Regulation. APHA, November 2004.

43. Bohme SR and Egilman DS. Occupational warnings: Protecting people or protecting profit. APHA, November 2004.

44. Egilman DS and Bohme SR. Vioxx Marketing: Merck's Failure to Warn. International Ergonomics Association Conference, July 2006.

45. Bohme SR and Egilman DS. Pharmaceutical Warnings and "Direct to Consumer" Marketing. International Ergonomics Association Conference, July 2006.

46. Egilman DS. Panel Member: From Practice to Science: How Application Guides Warning Research.  International Ergonomics Association Conference, July 2006

47. Billings M., Egilman D, Owens T. Revisionist history by tobacco companies: Old news that's not fit to publish. APHA, November 7, 2006.

48. Egilman DS, Scout. Epidemiologic techniques: How to hide a benzene cancer relationship. APHA, November 6, 2006.

49. Egilman DS. Lessons from Vioxx; testimony on Arcoxia. FDA Arthritis Advisory Committee, April 12, 2007.

50. Egilman DS. Testimony at FDA Endocrinologic and Metabolic Drugs Advisory Committee and the Drug Safety and Risk Management Advisory Committee on Avandia, July 30, 2007

51. Aragon A, López L, Ruíz M, Sandino R., Egilman DS, Forbes B, Bohme SR, and Billings M. Promoción de Salud y Seguridad de Trabajadores (PROSSTRAB): A Union-Medical School Partnership for Improving Occupational Health in Nicaragua. APHA, November 5, 2007.

52. Egilman DS. What's wrong with current health aid practices. Simon Frasier University Symposium on International Health, Vancouver Canada, May 9, 2008.

53. Egilman DS. Roundtable on Vertical vs. Horizontal funding: Primum Non Nocere. Global Health Council's 35th Annual Conference, "Community Health: Delivering, Serving, Engaging, Leading," May 29, 2008 Washington, DC.

54. Egilman DS. Off-label drug use. Family Medicine Grand Rounds, Memorial Hospital of Rhode Island, September 2009.

55. Egilman DS. Occupational Health. Family Medicine Grand Rounds, Memorial Hospital of Rhode Island, December 2009.

56. Egilman DS. Determining a safe exposure level for diacetyl-containing butter flavoring. APHA, November 2010.

57. Egilman DS. Peritoneal mesothelioma found in a mine worker exposed to tremolite free asbestos in a Canadian mine. APHA, November 2010.

58. Egilman DS. Using Media to Promote Non-Corporate Science. APHA, November 2010.

59. De Maeseneer J and Egilman DS. Mini workshop on 15 by 2015: Strengthening Primary Health Care in Developing Countries. International Conference, Advancing quality through Partnerships of health Professions Education and Health Services Institutions, Kathmandu, Nepal, November 14, 2010.

60. Dettinger J and Egilman DS. Mini workshop on Grant Proposal Writing: A Basic Tutorial and Skill-Building Workshop, International Conference, Advancing

Quality Through Partnerships of Health Professions Education and Health Services Institutions, Kathmandu, Nepal, November 14, 2010.

61. Egilman DS and Druar N. How to Cheat on an Epidemiologic Study. The 3rd North American Congress of Epidemiology, Montreal, Canada, June 22, 2011.

62. Egilman DS and Schilling JH. Tracking an occupational hazard down the food manufacturing chain: Flavorings-induced bronchiolitis obliterans in popcorn consumers. APHA, October 30, 2011.

63. Egilman DS. A Case Study in Unethical Conduct of Physicians and Hygienists at a Shipyard. APHA, October 30, 2011.

64. Egilman DS and Bird T. Get AIDS and Survive: Are We Making Things Worse By Doing "Good"? APHA, October 31, 2011.

65. Egilman D. The perverse effects of aid. GlobeMed Hilltop Global Health Conference at Middlebury College, October 27, 2012.

66. Egilman DS and Lee C. From development to withdrawal of Raptiva: A case study examining conflicts of interest in pharma-FDA relationships, inadequate safety studies, and circumvention of the physician intermediary. APHA, October 30, 2012.

67. Crear J, Egilman D, Exploding Gas Tanks A report on the public health hazard and regulatory challenges surrounding portable gasoline containers, APHA November 2013.

68. Smith, D, Wallace, H, Egilman D, A Case Study in Unethical Conduct of a Medical Device Manufacturer, APHA 2013

69. Baur X, Budnik LT, Ruff K, Egilman DS, Lemen RA, Soskolne, CL. Ethics in the applied sciences: The challenge of preventing corporate influence over public health regulation. Collegium Ramazzini, Ramazzini Days 2014, Carpi, Italy, October 24-26, 2014.


## CONSULTING

1985    Consultant to Union Carbide Corporation (UCC) on Bhopal


## UNIVERSITY TEACHING ROLES

1992 – 1994; 2002 – 2003  Preceptor, Affinity Group Program, Brown University Medical School, Providence, RI.

1988 – 2010  Department of Community Health, Brown University.

2002 – Present.  Preceptor, Department of Family Medicine, Memorial Hospital, Brown University Medical School, Providence, RI.

2010 – 2011 Clinical Assistant Professor, Department of Family Medicine, Brown University.

2012 – Present Clinical Professor, Department of Family Medicine, Brown University.


Various Courses at Brown University (1988 – 2010, 2012)

    Health and Politics in Latin America
    The Development of Scientific Knowledge in the Twentieth Century
    Science and Power: A Bioethical Inquiry

Summer 2006   Advisor for UTRA (Undergraduate Teaching and Research Award) Project for Andrew Lipsky (2007)

2006 – 2007   Thesis Advisor for Khiet Ho (2007)

2006 – 2008   Thesis Advisor Susanna Bohme, PhD (2008)

2014 – Course Founder, www.NextGenU.org  (Course:  Community Oriented Primary Care [COPC]).

2011   Minton vs Exxon
      Morrison vs Warren Pumps
      DiBenedetto vs UCC
      Bush vs Eaton
      Johnson vs Genentech
      Fenstermaker vs UCC
      Price vs Honeywell
      Garwood vs Advocate Mines

2012   Pluebell vs Merck
      Velazquez vs. Flavor and Extract Manuf. Assoc.
      Couscouris vs Lorillard
      Watson vs Dillon Cos. dba King Soopers
      Daughetee vs Chr. Hansen, Inc. et al
      Scott vs Ford
      Johnson vs Genentech
      Coffer/Worsham et al vs Citrus & Allied

2013   Sawyer/Cook vs Lorillard
      VanBebber vs KCP&L
      Odell vs UCC
      State of Kentucky vs. Merck
      Rosas vs Flavorchem et al
      Nelson vs UCC
      Mannahan vs Caterpillar
      Stults vs American Pop Corn Co. et al

2014   Willis vs BP Oil
      Utah vs Merck
      Rosas vs Flavorchem et al
      McCarthy vs. AAF-McQuay, Inc. and as successor to Singer, et al.
      Maglio vs Metropolitan Life Ins. Co. et al
      Placencia vs Ferro
      Koepke vs Ford Motor Co. et al
      Leek vs Belnortel
      Smead vs DSM Food Specialties, et al
      Anderson vs Aldrich Chemical et al
      Phillips vs Georgia-Pacific
      de Leon et al  vs. Flavor & Fragrance Specialties, Inc., et al.
      Baldwin vs UCC

2015   Smead/Anderson vs IFF
      Sheely vs NCAA et al.
      Boyd vs Ameron
      Norful vs Cooper Bussmann
      Solorzano vs Honeywell