# EXHIBIT B



David Egilman, M.D., M.P.H.
8 North Main Street, Suite 404
Attleboro, Massachusetts 02703
Telephone 508-226-5091 Fax 425-699-7033

"Statistics are human beings with the tears wiped away."
Irving J. Selikoff, M.D.

May 9, 2014

Re: Jo Levitt

To whom it may concern:

Based on my review of medical records and depositions (Katz, Bazan, Middleman, and the Levitts), Merck discovery, and interviews with Mr. and Mrs. Levitt, I am submitting this updated report.

Mrs. Levitt was in a state of good health until she developed sinusitis in 1985. From the early 1990s, she was also treated for allergies. She never experienced depression during this time period as a result of her sinus problems. In the early 1990s she was treated with Prozac for depressive symptoms. From 1994 to 1999 she took Motrin 600mg-1800mg periodically. She also occasionally took naproxen (1996).

Family history:

- Father deceased (2011) - leiomysarcoma, cardiac arrythmia in his 60s
- Mother deceased (2001) – diabetes, rheumatoid arthritis, heart disease
- Maternal grandmother – stroke in her 80s
- 2 brothers - alive and well
- 1 daughter - alive and well
- 2 grandchildren – alive and well

Social history:

- Married to James Levitt (1966 to present)
- 1 daughter, Jennifer Ashley Levitt Anderson (born: 1967)
- 2 grandchildren (Sam, 14 and Kate, 12)
- Prior co-owner with husband of "Chocolate Soup" (children's clothing chain) 1975-2008 and "American XO" (hotel operation) 1982-2008
- Past smoker (smoked approximately 1 pack of cigarettes from age 18-40 -- quit in ~1983)

Past medical history:

*Surgical history:*
- 1962   Tonsillectomy
- 1988   2 sinus surgeries
- 1990   D&C due to endometrial polyp
- 1996   Hysterectomy due to large uterine fibroid, Bilateral salpingo-oophorectomy and Appendectomy

*Other medical history:*
- Degenerative disc disease/ Spondylolisthesis - 1996
- Bilateral hip pain - 1996
- Intermittent low back pain – 1996
- Knee injury with collateral ligament injury - 1998
- Decreased hearing on the right
- Hyperlipidemia
- Flexible sigmoidoscopy – normal - 07/22/1999
- CAT scan, abdomen and head – normal – 7/30/1999
- Venous Doppler, right lower extremity – 1/27/2000
- Depression

05/17/1993     Dr. James Neiburger wrote to Mrs. Levitt's PCP, Dr. Ronald Hartman, that he had completed a pre-operative evaluation for Mrs. Levitt prior to plastic surgery.  BP 110/60; Pulse 70; and regular RR of 15.  Past medical history: She had, in 1962, a tonsillectomy. In 1988 she had 2 sinus surgeries. In 1990 she had a D & C for an endometrial polyp.  She'd had measles, mumps, chicken pox, and herpes simplex around the mouth.

05/17/1993     Dr. Edward Herman interpreted a chest x-ray (PA and lateral) which revealed no acute abnormality.  He noted that cervical rib formation was seen.

05/17/1993     Lab results indicated cholesterol high at 225; Ferritin by RIA - low at 5 L (7-600); LDL high at 151 (104-130); Coronary risk factor - normal.  PTT low at 26.2 (26.5-36.5) - ANA positive.

05/21/1993     Dr. Hartman wrote to Mrs. Levitt with results of her recent labs which were normal, except for slightly low serum ferritin. Cholesterol level: 225 mg/dl. LDL level was 151 and HDL was 55.  Triglyceride level was 97 mg/dl.  Dr. Hartman wrote: "Overall, your risk for coronary artery disease is below average for your age and sex, thanks to a good HDL level and an almost perfect cholesterol level.  But 225 is slightly above what we consider desirable, but in the borderline range.  Your low triglycerides indicate a low fat diet."

03/30/1994     Mrs. Levitt was seen by Dr. Ronald Hartman regarding a problem with her hips. His subjective notes included:  has bilateral trochanteric bursitis.  Has been taking Motrin 600mg twice/day and just has some mild residual discomfort.  Weight: 149. He planned an increase in

Motrin use to 3x/day and use of heat.  If no better in a week, he planned a bone scan to confirm no stress fractures from jogging.

10/19/1994    Seen by Dr. Hartman regarding return of Mrs. Levitt's bilateral hip pain.  Weight: 143.  He advised her to try Daypro 600mg two daily (samples), with a plan to do additional work-up if not better in 1 week.

11/04/1994    Seen by Dr. Hartman regarding hip pain that was not much better. Weight 143.  Mrs. Levitt reportedly had some minor improvement with Daypro, but was still having ankle, toe, knee, and hip stiffness, as well as stiffness in other joints.  She had no redness or swelling.  He planned an arthritis screen and bone scan.

11/10/1994    Labs: Routine chemistries indicated that Mrs. Levitt's ANA was positive at 1:80 (<1:40 = neg).  Her ANA pattern was cytoplasmic. The staining reaction was suggestive of AMA Centromere ("Crest Syndrome").  C-reactive protein was negative, and rheumatoid factor - negative; ASO screen - positive.

06/09/1995    During an office visit with Dr. Hartman, Mrs. Levitt complained of malaise, fatigue, and polyarthralgias.  She was on Premarin for the 2nd month, and was taking Advil for polyarthralgias.  She was also on antibiotics for her sinuses.  He found no local findings upon examination, and her blood pressure was 120/80.  He planned to check screening studies.

06/14/1995    Dr. Hartman wrote to Mrs. Levitt regarding the results of her recent lab studies.  All blood indicators for connective tissue disease were now normal.  All other values normal, except the erythrocyte sedimentation rate (a non-specific marker for inflammation) was slightly elevated.

09/10/1996    Seen by Dr. Hartman due to back pain and pain down in her left leg.  His written notes indicate that she wanted to try an anti-depressant.  Her current medications included: Estratest; [Cummslyn?] [Nivoaliole?]; and Entex LA.  He planned to add Paxil 20mg daily and Naprosyn. Examination:  Weight: 141.5; Blood pressure:  106/70; Pulse: 84; respiration rate: 18; and temperature: 96.5.  He assessed her with:  1) Depression - "Wants to go on SSRI" - try Paxil 20mg daily.  2)  Left sciatica and hip discomfort experiencing regularly.  Add Naprosyn.  He planned to check L-5 spine [ ].

09/10/1996    Dr. Neal Lurtz interpreted an image of Mrs. Levitt's lumbar spine.  His impression: 1) Grade I Anterior Spondylolisthesis of L5 on S1 with bilateral Spondylolysis; 2) Multilevel degenerative changes and disc space narrowings from L2-3 through L5-S1.

09/25/1996    Written communication from Dr. Hartman about the degenerative changes revealed from spine examination. He recommended an MRI if symptoms persist.

11/7/1996    Dr. Deborah Troy interpreted an MRI of lumbar spine - Incomplete study.  Impression: Limited MRI of the lumbar spine with sagittal views only obtained. There does appear to be significant degenerative disc disease at all of the disc spaces between L2 and S1.

Changes are most pronounced at L2-3 with a prominent posterior and left posterolateral disc bulge. Disc herniation cannot be ruled out without axial images.

11/19/1996     Dr. Robert Tenny (neurological surgeon) wrote to Dr. Hartman regarding Mrs. Levitt's back pain.  He reviewed her case: a "life long" history of intermittent low back pain.  Two years ago when running, had pain in hips.  Hip x-ray appeared to be normal.  Was told this was secondary to pulled muscle.  Noted to have arthritic changes of the 1st digit of her foot. She reported aching hips following her hysterectomy (June, 1996).  She had also experienced low back pain following a car accident several years ago. She had had no major medical illness.  Current medications:  Motrin 600mg twice daily; Estratest one daily; Nasalide twice daily; Opticrom daily; and Extend LA as needed.  Following his examination and review of an MRI of her lumbar spine (11/07/1996) his impression was that of:  1) Grade 1 spondylolisthesis of L5 on S1.  This may due to degenerative changes or underlying bilateral pars interarticularis defects at this level.  Because of her long history of low back pain, the latter is more likely; 2) Degenerative disc disease at the L2, L3, and L4 interspaces.  He recommended that she may benefit by increasing her dose of Ibuprofen to 2400mg daily.  She was advised regarding lumbar care and exercise, and urged to call office if no improvement in two weeks.

01/26/1998     Seen by Dr. Hartman for an office visit.  His handwritten notes indicate that she stepped into a 3' hole 8 weeks ago, and experienced left knee locking and pain, even with Ibuprofen. His impression: Cartilage tear.  Planned an MCL exam and a left knee MRI.  Examination: Weight: 141; blood pressure: 110/70; pulse: 76; respiration rate: 16.  Current medications included Motrin up to 1800mg.

01/29/1998     Dr. Rick Moritz interpreted an MRI of Mrs. Levitt's left knee.  Impression: 1) Evidence of edema and hemorrhage in the region of the medial collateral ligament (MCL), most compatible with a ligamentous tear; 2) Probable peripheral tear of posterior horn of medial meniscus with small associated meniscal cyst; 3) thinning of the inferior attachment of the anterior cruciate ligament (ACL).

11/05/1998     Seen by Dr. Hartman for an office visit. His handwritten notes indicate that Mrs. Levitt had hematuria and low back pain. He assessed her with a UTI.  Medication: planned Cipro 250mg x 20 pro BID (no exercising), and Pyridium, 100mg po TID.

11/25/1998     Dr. Hartman wrote to Mrs. Levitt regarding the results of her recent urine laboratory studies.  They indicated a sensitivity to the Cipro that she had taken.

07/20/1999     Seen by Dr. Hartman for her annual physical. His notes indicate that Mrs. Levitt had muscle aches, fatigue, and had decreased exercise.  Test results included a lipid profile ratio that predicted an above-average long term risk of heart disease for her age and sex, a normal ECG (unconfirmed report) and a high (47) ACTH - (<46 pg/ml). Dr. Hartman noted that, as discussed, he would not add any medications for this until the cause of her aches and pains were identified and treated.  Bone mineral levels (calcium and phosphorous) were normal. She had hip pain with running. She was running 1-1.5 miles. She asked for Vioxx because she had read that it was a "super aspirin." She had read about Vioxx in the WSJ and/or NY Times, or Science Magazine.  She later saw TV advertising. She was working 10 – 12 hours per day. She worked 6

days/week on average. She walked around all day long in a 3,330 square foot area, and went up and down approximately 20 stairs, 2 times/hour. She was on her feet 8 hours/day. She repeatedly lifted 50-75 lb. boxes of clothes. She used totes, which she dragged or lifted. She repeatedly lifted, not from the ground but from elevated bins, bolts of fabric weighing up to 100 lbs. She would carry the bolts 10-15 feet.

07/21/1999    Upper GI study performed by Dr. Sandra Heard indicated that no hernia or reflux was detected. The stomach and duodenum showed no evidence of ulcer.

07/22/1999    Flexible sigmoidoscopy procedure for rectal bleeding. Procedure revealed that no tumors or polyps were seen, and internal and external hemorrhoids were the apparent source of bleeding.

07/26/1999    Letter from Dr. Hartman to Mrs. Levitt included additional results of recent annual exam. Upper GI series – normal. Serum cortisol was elevated at 29.6; ACTH was not suppressed - in fact, was slightly above normal at 47. Ordered MRI brain (esp. pituitary) and CT abdomen (esp. adrenal glands). Lyme disease, ANA, and rheumatoid factor -- all negative.

07/30/1999    Dr. A. Noto interpreted a CT scan of the abdomen as unremarkable, and an open MRI of the pituitary gland as normal.

08/04/1999    Dr. Hartman communication with Mrs. Levitt stated, "The radiologist reports that the abdomen appeared entirely normal there were no adrenal tumors. The MRI of your pituitary gland was also normal…We are going to ascribe your elevated cortisol and ACTH levels to stress since no evidence of an adenoma or tumor was found."

08/24/1999    Seen by Dr. Hartman who reviewed test results. He noted that Mrs. Levitt wanted to see a dermatologist regarding rosacea. According to his notes, she also wanted to try Vioxx for her arthralgias. He noted: "if no better in two weeks, send for consult."

Mrs. Levitt thinks that the records of James Neiburger MD mention Vioxx.

10/11/1999    Seen in consult by Dr. Arnold Katz (rheumatologist) for evaluation of musculoskeletal pain. He noted that Mrs. Levitt had given up running 6-8 years ago due to numerous complaints, e.g., bilateral hip pain, low back pain. She had dealt with sinus/allergy problems and frequent infections for 15 years. Facial rash on both cheeks for 15 years. Recent migratory attacks of musculoskeletal pain in both upper extremities. Questioned lupus due to +ANA 3-4 years prior, though noted most recent ANA (July, 1999) was negative.

She reported occasional use of amitriptyline and felt that she slept normally. He questioned situational depression due to her use of Prozac at times. Concerned re: borderline elevated ACTH/cortisol levels this past summer. Current medications: Ibuprofen, Aspirin, Oxaprozin (Daypro), Prednisone, Piroxicam (Feldene), Naproxen, Nabumetone. Family history included mother with rheumatoid arthritis and father with gout.

10/11/1999    A medication list included in Dr. Katz' file lists those apparently being taken by Mrs. Levitt. It includes under the pain category: Vioxx 25mg "not taking". Dr. Hartman's name is listed near this note. Mrs. Levitt did not take aspirin every day; she cannot remember exactly how often, but not more than once per week. The note indicates that she was not taking Vioxx, but this applies to only a few days surrounding the taking of prednisone.

Diagnosed with fibromyalgia. Medication changes: advised to start on Vioxx at 25mg daily with food, and take amitriptyline 25mg nightly. Depending on clinical progress, planned possible addition of SSRI. Ordered cortisol test and started on physical therapy twice weekly for 3 weeks.

10/26/1999    Notes of Dr. Katz indicate to advise Mrs. Levitt that her sedimentation rate was normal at 17; CPK was normal; and ANA was negative. He also wrote that since ACTH was normal and cortisol was up only minimally, he would not investigate further at this time.

11/15/1999    Seen by Dr. Katz. According to his notes, Mrs. Levitt had been taking Vioxx during day; now taking it every evening. Pain continued. Cortisol test (10/20/1999) again high. ANA negative. Assessed with fibromyalgia – slightly better control, and chronic fatigue. Considered endocrinology evaluation. Medication change: discontinued Amitriptyline; added Effexor XR 37.5mg/day. Continued other medications.

12/13/1999    Seen in consult by Dr. Eugene Go (endocrinologist) due to hypercortisolism. He reported in undated letter to Dr. Katz: family history (mother) of diabetes and a smoking history of 1 pack/day from 18-40, with some depression after quitting. Assessed with fatigue, myalgia, arthralgia, and hyperlipidemia. Considered elevated cortisol concerning. A 24 urine cortisol test (performed by Dr. Go) showed 51 mcg/24 hours (upper limit of normal), and a dexamethasone suppression test came back less than 1 (normal). Lipid profile and cholesterol was 242 and LDL was 171. Referred for dietary counseling. She was not depressed at this time.

12/27/1999    Seen by Dr. Katz whose (subjective) notes indicated that Dr. Go continues his evaluation. Mrs. Levitt had started exercise, but it "wiped her out". Also: "Vioxx has helped with pain. If she misses med, she has increased pain." Assessed with fibromyalgia – overall better; chronic fatigue persists; elevated cortisol - ?etiol., and +ANA. Medications: continued current medications, including Vioxx and Effexor XR.

12/27/1999    Prescription written by Dr. Katz included Vioxx 25mg 1 day with food. Rep. 2; and Effexor XR 75mg 1/day. Rep. 2.

01/27/2000    Seen by Dr. Hartman. Reported sudden onset (while walking upstairs) of severe pain in right calf for 2 days -- now limping. Assessed with [popliteal] tear vs. DVT. Planned an orthopedic consult, a right popliteal Doppler venogram - rule out popliteal, and a lipid check. Current medications: Effexor; Vioxx; Humabid; Nasacort; Opticom, Estrotest, Premarin .9, ASA, Estring, NKDA. New medications: added Lipitor 10mg daily.

01/27/2000    Venous Doppler Right Lower Extremity – normal. No thrombus. Findings suggestive of thrombophlebitis due to extreme tenderness on evaluating the calf region. She was

limping to ease the pain, though there was no injury. This pain presented "out of the blue," and went away by itself.

02/07/2000    Seen by Dr. Arnold Katz who noted recent right calf pain and radiologist's advice -- despite negative Doppler study – to treat it as though it were a thrombosis. (Subjective) notes indicate that Mrs. Levitt "was switched from Vioxx to Relafen, which has been effective, but would rather go back to Vioxx. Pain was improved in rt. Calf area – was having 'shooting pains' – now gone." Noted that Dr. Go had found no definite reason for increased cortisol; he will see her in May. Not sleeping well. Vital signs stable. Assessed with fibromyalgia – still active; insomnia – contributes to problem; chronic fatigue; right lower extremity pain – doubt DVT. Medication changes: add Trazodine 50mg nightly; continue other medications.  Planned to obtain right lower extremity Doppler.

02/28/2000    Seen by Dr. Nathan Burroughs who wrote that Mrs. Levitt continues to get episodic thick tenacious nose secretions.  "She states that this is a constant problem for her and it is 'controlling' my life.'"  He advised anterior ethmoidectomy on right side over the ager [sic] nasi cells.

03/06/2000    Notes of (other than) Dr. Katz (though from his production file) indicate that Mrs. Levitt reported heartburn, pressure in the center of her chest, cramps in her calfs and back of arms, and "horrible" fatigue once last week and now since weekend.  According to the note, she reported no shortness of breath or tingle down her arm.  The note indicates "crushing pressure under sternum + a burning sensation.  When it happens, gets clamy [sic] /p." Reportedly, she had taken (medication) Tagament, and was constipated. Notes on the same document, apparently written by Dr. Katz: "could be Relafen-related problems - but regardless, concerned with reflux esoph. Hold for Relafen.  Needs to call Dr. Hartman." On the same record is another notation of 03/06/2000 (written by someone other than Dr. Katz, though from his production file) indicating that Mrs. Levitt called and stated that she was off Relafen and on Vioxx 25mg.  The note continued: "Still go ahead + see Dr. Hartman + go off Vioxx, until further eval. by Dr. Hartman. It was charted wrong on med sheet." This note was signed, "OK" by Dr. Katz.

03/09/2000    Presented to Saint Luke's South Hospital (SLS) offices with complaints of chest pain for last week.  The History & Physical report of SLS attending physician, Dr. Hartman, indicated that Mrs. Levitt reported having woken up with severe epigastric discomfort accompanied by nausea, diaphoresis and profound sweats that left her feeling cold and clammy. Pain remitted on its own over next hour and she went about her day.  Noticed intermittent epigastric discomfort and chest pressure. She had called her rheumatologist who recommended discontinuing her Vioxx, which she did, though symptoms continued. EKG (of 03/09/2000) was Abnormal.  ST&T have abnormality, possible anterolateral ischemia [-0.1+ MV T Wave in V3-V6.] With flipped T-waves in the anterior lateral leads, EKG represented a definite change from her EKG one year ago (July, 1999) which had normal tracing.

She now had definite anterior lateral changes. Given nitroglycerin, chest pressure was relieved. Noted that she has had rheumatic complaints most of her life.  Current medications: recently taking Vioxx on daily basis along with Humibid, Nasacort, Opticrom for her allergies, Estrates, Premarin, aspirin, Estring, and Effexor for PMS.  Most recent cholesterol in July, 1999: 238,

HDL 38, LDL 187. Vital statistics: BP: 114/80; Pulse: 90 and regular; Respiratory rate: 16. Transferred to St. Luke's South ER where she was to be admitted. Dr. Hartman's diagnosis included: 1) Subacute myocardial infarction; 2) Arthritis; 3) Seasonal allergies; 4) Chronic sinusitis; 5) Depression; 6) Menopause; 7) Macrocytic changes. Planned a cardiology consult for early catheterization after admission.

The report of the medical service that transported Mrs. Levitt to St. Luke's ER indicated that current medications included: Nasacort, Patanol eye, Entex LA, ASA-qd, Effexor 75mg qd, Vioxx 25mg, Premarin, Estratest, Estring 2mg. Past medical history noted: High cholesterol. Vitals: BP: 127/104; Pulse: 100; RR: 20; Temp: 97. Seen by Dr. Prosser.

03/09/2000    Chemistry labs performed at St. Luke's South. (Includes 3/09 and 3/10/2000 cardiac studies.) CK: 131 (3/09) and 100 (both studies on 3/10); CK-MG: 2.7 (on 3/09); and 1.9 and 2.2 (on 3/10); Troponin: All 3 studies (on 3/09 and 3/10) normal. Lipid studies - all normal. Hematology: MCV high at 101 (on 3/10). Coagulation - APTT - high at >200 (22-36).

03/10/2000    Chest x-ray interpreted by Dr. Robert Thompson showed no active disease in the chest.

03/10/2000    Cardiac catheterization (Coronary Cineangiography and Left Ventriculography) performed at St. Luke's South revealed single-vessel coronary artery disease involving the proximal- to mid-left anterior descending and the origin of the diagonal at that site. The overall left ventricular function was normal.

03/10/2000    Letter of Dr. Thomas Rosamond (Mid-America Cardiology) to Dr. Hartman re: History & Physical. Noted Mrs. Levitt's report of recent symptoms: sub-sternal chest indigestion-like pressure that radiated towards both axillae reaching 8 on scale of 1-10, mild diaphoresis, mild SOB, and nausea. She had felt sense of presyncope but no actual loss of consciousness or palpitations. Family called ER, though symptoms had subsided by time emergency arrived, and she opted not to go to the hospital. Had episodes on the following day of substernal chest pressure occurring primarily with mild exercise and relieved by rest. On one occasion, took aspirin and Zantac, hoping it would improve symptoms, without success. On March 9th, awoke for first time because of chest discomfort and went to Dr. Hartman's office where EKG showed T-wave inversion. Reported that her EKG, despite subsiding of symptoms while in ER, continued to show significant ST segment depression from V1 through V5. Relayed that her cardiac enzymes were negative and she ruled out for a myocardial infarction. Noted diagnostic cardiac catheterization today revealed moderately severe stenosis of the LAD and at first diagonal. Diagonal itself had 60% stenosis. LAD lesion ~80%, possibly with some intraluminal thrombus. Noted a past medical history of possible superficial thrombophlebitis in remote past, "but a true deep venous thrombosis was present"; mild hypercholesterolemia (for which she was started over the past 4-6 weeks on Lipitor); remote history of smoking 2 packs/day until approximately 10 years ago; low back pain; and a negative evaluation for Cushing's syndrome following her elevated resting Cortisol. Thought that symptoms sounded like unstable angina with new EKG changes compatible with LAD ischemia. Advised proceed with angioplasty and/or stent placement. Medications (while awaiting angioplasty): kept on IV

heparin, 300mg oral Plavix (pm prior) and 75mg this morning. Has been maintained on aspirin, Lopressor 25mg po bid and nitroglycerin paste.

03/10/2000    ECG - Abnormal. Sinus bradycardia, Rate 50, Anterior T-wave abnormalities. Possible ischemia.

03/10/2000    Discharge summary (from St. Luke's South) of Dr. Ronald Hartman reported that it was elected to transfer Mrs. Levitt to St. Luke's Hospital in Kansas City for angioplasty and stent. Discharge medications: Heparin drip, maintaining her PTT in the therapeutic range. She had Tenormin 25mg daily, 1 inch of nitropaste q.8h, and aspirin - 1 daily, along with Pepcid 20mg bid. Discharged with low-fat, low-cholesterol diet, with activity to be determined after the stenting and angioplasty. Final diagnosis: unstable angina and a secondary diagnosis of coronary atherosclerosis of native coronary arteries, including left anterior descending artery.

03/10/2000    Angioplasty and stent placement performed at St. Luke's Hospital in Kansas City by Dr. Peter Tadros. Clinical indications included no significant past medical history with symptoms and signs consistent with unstable angina. His pre-procedure diagnosis: Ninety-percent stenosis at the bifurcation of the left anterior descending coronary artery and first diagonal branch (lesion type B2). Prior to the procedure, a loading dose of Plavix 375mg was administered. Post-procedure diagnosis: Zero-percent residual stenosis in the left anterior descending coronary artery and 40% residual stenosis in the ostial first diagonal branch. Planned medications: ReoPro infusion for 12 hours; Aspirin 325mg orally daily indefinitely; Plavix 75mg orally daily for 30 days.

03/11/2000    Post-angioplasty/stent discharge report of Dr. Kit Bjella Powers reflected a discharge diagnosis of unstable angina; coronary artery disease; hypertension; and hyperlipidemia. Discharge medications included: Plavix 75mg q day; Enteric coated aspirin 325 mg q day; Lipitor 1 po q day (same dose as per home); Effexor 150mg bid; Vioxx 25mg q day; Premarin 0.625mg q day; Estrin 2mg; Entex LA 1 q day; Lopressor 25mg bid; nitroglycerin sublingual prn. Mrs. Levitt was advised to follow a no added salt, low fat and low cholesterol diet. Activity as tolerated per instructions post angioplasty.

03/11/2000    Hospital discharge summary from Dr. Rosamond to Dr. Hartman following successful LAD diagonal angioplasty. Mrs. Levitt's discharge medications included Plavix 75mg q day; Enteric coated aspirin 325mg q day; Lipitor 1 po q day (same dose as per home); Effexor 150mg bid; Vioxx 25mg q day; Premarin 0.625mg q day; Estrin 2mg; Entex LA 1 q day; Lopressor 25mg bid; nitroglycerin sublingual prn. Dr. Rosamond requested to see her for follow up and determine if testing is necessary for persistent back pain.

03/11/2000    Dr. Kit's Bjella Power's report to Dr. Ronald Hartman following angioplasty/stenting stated that there was minor residual stenosis of the ostium of the diagonal but TIMI 3 flow was seen in both vessels. Planned medications: stay on aspirin and Plavix (Plavix for a 30 day period.) Noted that Mrs. Levitt had been on Lipitor for approximately 6 weeks and, as she had an excellent current lipid profile (total cholesterol: 150s, with LDL of 99.), Dr. Powers suggested continue on Lipitor as is.

03/13/2000     Seen by Dr. Arnold Katz.  He noted that Mrs. Levitt reported severe "heartburn" on 3/2/2000, called 911 and was told to go to hospital but that she didn't go, then called to his office (on 3/6/00) (referenced progress note), and then saw Dr. Hartman (on 3/9) who did an EKG showing flipped T-waves.  She reported that during her recent ordeal, her low back pain was worse, but that she felt okay. According to his notes, Mrs. Levitt said that her right calf pain "has gone away." He assessed her with fibromyalgia - more active; coronary artery disease - now stable; insomnia - now better; and chronic fatigue. His notes indicate regarding medications: Restart Vioxx 25mg +QAM - food; continue other meds. Advised continue activity per cardiologist, with follow-up in 6 weeks.

03/23/2000     Seen by Dr. Rosamond in 2-week follow up.  Mrs. Levitt reported no cardiovascular symptoms (e.g., SOB, PND, palpitations, nausea.) He listed her discharge medications as: Plavix 75mg po qd, aspirin 1 tablet qd, Lipitor 20mg qd, Effexor 150mg, 2 tabs qd, Vioxx 25mg qd, Premarin 0.6mg qd, Estring 2mg qd, Entex LA daily, Lopressor 25mg po bid, Nitroglycerin prn, and Nasacort.) He wrote to Dr. Hartman that since discharge she hasn't really required any nitroglycerin, but almost from the day she went home she had some mild, mid-back, constant aching discomfort right in middle of her thoracic spine area without radiation.  She reported having felt somewhat fatigued since starting Lopressor therapy.  Upon examination, pulse was 65 and blood pressure was 104/72 in both arms.  She had no peripheral edema. Dr. Rosamond relayed that a twelve-lead EKG indicated normal sinus rhythm, and that Mrs. Levitt's previously inverted T-waves had resolved.  She had slightly delayed R-wave progression but no evidence for previous infarction. Other available labs (from 3/11/2000) included normal serum electrolytes, WBC 9.3K, and hemoglobin of 12.9.  Thought current symptoms atypical so performed echocardiogram:  Mrs. Levitt walked for 8 minutes and 1 second on standard Bruce protocol, with an appropriate blood pressure response (120/60).  Her baseline electrocardiogram revealed a normal sinus rhythm.  With exercise, there were no ischemic ST segment changes.  She had two ventricular contractions isolated during recovery. Dr. Rosamond considered this to be a negative maximal stress electrocardiogram with atypical back pain.  He felt that her resting echocardiogram showed a normal ejection fraction and that with stress she had a normal response.  He questioned whether her mid-back pain was musculoskeletal in nature and felt that it did not appear to be anginal or cardiac.  Medications: Thought her fatigue was partly explained by Lopressor therapy and asked her to reduce dose by half and call back to report change.  Otherwise, advised her to stay on Plavix, aspirin, and Lipitor, and other medications as previously prescribed.  Mrs. Levitt reduced her work load after the stent to 5 days/week, 8 hours/day. She used the stairs only occasionally. At this time they had 14 stores with 14 different leases. She could not manage work. The business began to deteriorate. She didn't trust her decision making and it was more difficult for her to make decisions. She lost confidence.

04/19/2000     A Clinical List Change from Dr. Rosamond's office indicated medication changes: Lopressor Tab 50mg 1/2 po bid to Lopressor Tab 50mg 1/2 tab po qd; Removed medication of Plavix Tab 75mg 1 po qd; Changed medication from Nasacort AERS 55 mcg/ACT 2 squirts qd to Nasacort AERS 55 MCG/ACT 4 squirts qd; Added new medication of Estratest tabs 1.25-2.5mg 1 po qd.

04/21/2000     Seen by Dr. Rosamond who reported in a letter to Dr. Hartman that Mrs. Levitt expressed continual fatigue and anxiety regarding her cardiac diagnosis.  He noted that having decreased her Lopressor down to 25mg in past for similar symptoms provided no improvement. He listed her current medications as:  Nitrostat prn (not used); Lopressor 20mg qd; aspirin one table qd; Nasacort, Entex, Estring, Premarin, Vioxx, Effexor, and Estratest. His examination revealed a blood pressure of 120/70, a pulse of 93, and weight of 141 lbs.  He expressed that he would like to get her off Lopressor entirely, and that if her symptoms were not improved with that, consider a cardiac diagnosis, or perhaps ongoing depression for her symptoms of chronic fatigue syndrome. Before stopping Lopressor, he planned an exercise stress thallium perfusion to determine if Mrs. Levitt had any residual ischemia.  If that was not completely negative, he planned to stop her Lopressor in a titrated fashion over a week or so and watch for improvement; if none, he felt he would have to consider a non-cardiac etiology for her fatigue.  He enrolled her in cardiac rehabilitation, expressing that perhaps it would boost her confidence as well.

04/24/2000     Exercise stress thallium study performed by Dr. James Vacek. Indication:  known coronary artery disease.  Current mediations were listed as:  Lopressor, Nitrostat, Lipitor, aspirin, Nasacort, Entex, Estring, Premarin, Vioxx, Effexor, and Estratest.  Left ventricular ejection fraction (post stress, in the resting state) = 59%.  Exercise electrocardiogram findings: Mrs. Levitt exercised for 6 minutes and 39 seconds on a Bruce protocol, achieving a peak heart rate of 147 bpm, (90% of predicted maximum.) Dr. Vacek summarized the study as revealing no evidence of significant fixed or reversible perfusion defects, with a preserved left ventricular systolic function and a pulmonary/myocardial count ratio within normal limits.  He opined that the study did not reveal evidence of significant active inducible ischemia or prior myocardial injury.

04/26/2000     A phone note from Dr. Rosamond's office indicated that it was OK for Mrs. Levitt to come off of her beta-blocker.

05/12/2000     Seen by Dr. Katz to whom Mrs. Levitt reported persistent fatigue and returned hip area pain over last 2 days.  His notes indicate that she reported not having started cardiac rehabilitation and that the cardiologist felt that her heart was strong.  He noted that the only SSRI except Effexor was Prozac and that even with Effexor, Mrs. Levitt may feel anxious.  Assessed with fibromyalgia - still active; "fatigue - ?related to meds (fibro, depression, or CAD)"; insomnia; and increased cortisol - needs follow-up.  He planned a follow-up endocrine evaluation.  Medication changes included: discontinue Effexor; Paxil 20mg q AM; Xanax 0.25mg - +prn daily. Continue other medications. Follow up in 6 weeks.

05/26/2000     Mrs. Levitt called Dr. Rosamond's office to report pain (last night) across her chest that went through to her back, and into her neck.  It was not associated with diaphoresis, or nausea, although she did feel slightly short of breath.  She stated that she fell asleep and woke up with this same pain, which she described as being similar to what she had had before her PTCA/Stent. Ten minutes prior to her call she had taken a nitroglycerin which relieved her pain somewhat, but not totally.  She was advised to take another nitroglycerin while on the phone; this relieved the anterior chest pain, but not the back pain.  Per Dr. Rosamond's instruction, she went to the emergency room at St. Luke's.

05/26/2000     Seen in consult by Dr. Rosamond, who noted that her recurrent chest pain symptoms led to more nitroglycerin and oxygen while in the emergency room. Her chest pain improved somewhat, though was still present, and rated 4-5 on scale of 1-10. Dr. Rosamond noted that she recently tapered off of a beta blocker after successfully performing a Bruce protocol stress thallium in April of this year. He noted her past medical history of having completed a 30-day course of Plavix at the time of her initial procedure. He listed Mrs. Levitt's current medications as: Lipitor 20mg q day; Effexor 150mg po bid; Vioxx 25mg po bid; Premarin; Entex LA; Lopressor (having recently been discontinued); nitroglycerin prn. No known allergies. His examination revealed a blood pressure of 121/71; pulse of 85; and a respiratory rate of 20. She was 99% saturated on room air. Labs revealed a white count of 5.4 th/UL, hemoglobin 13.0, platelet count 346,000, potassium 4.2, creatinine 0.7, and hemoglobin 13. Cardiac enzymes were normal. Troponin was less than 0.1. CK - 101 with an MB of 2.3. Pro-time is 11.4. A 12-lead EKG showed normal sinus rhythm. No definite ischemic defects and no definite evidence for pericarditis were detected. There were nonspecific T-wave abnormalities in anterolateral leads. Remarking on the uncertainties of her clinical situation and ongoing chest pain despite nitroglycerin, Dr. Rosamond assessed Mrs. Levitt with either noncardiac pain or early restenosis. Ordered a cardiac catheterization, noting that if there was no evidence of restenosis, thought that Mrs. Levitt had either fibromyalgia or gastroesophageal reflux type symptomatology treatable as an outpatient.

05/26/2000     Left heart catheterization, left ventriculography, and selective coronary arteriography performed by Dr. Randall Genton. Procedure medications included 10mg intravenous Diazepam. Dr. Genton found normal left ventricular size and systolic function; a critical left anterior descending intransient restenosis with critical left anterior descending diagonal bifurcation stenosis; and mild to moderate ostial left main and circumflex disease.

05/26/2000     Chest x-ray (AP upright portable) was read by Dr. Baron Adkins. He saw no active disease in the chest.

05/26/2000     Seen in consult by cardiologist, Dr. Michael Gorton. He described her recurrent chest discomfort and new cardiac catheterization that revealed a 95% proximal LAD and 90% proximal diagonal stenosis. He noted that Mrs. Levitt's LV function was preserved, and that she had no right or circumflex disease. He reviewed her past medical history of tentative diagnosis of depression or fibromyalgia, as well as her previous superficial thrombophlebitis and mild hypercholesterolemia. He listed her current medications as: Plavix 75mg qd; aspirin 1 qd, Lipitor 20mg qhs, Effexor 150mg bid, Vioxx 25mg bid, Premarin, Entex LA prn, Lopressor 25mg bid, nitroglycerin. His review of systems pointed to a history negative for premature coronary artery disease. He noted her chronic fatigue and anxiety symptoms. Dr. Gorton assessed Mrs. Levitt with high grade proximal left anterior descending and diagonal stenosis with angina pectoris status post stent with restenosis early. He felt that her best chance for long-term survival was surgical revascularization utilizing internal mammary artery to her left anterior descending, and either an arterial conduit or vein graft to her diagonal.

05/28/2000     Mrs. Levitt underwent a double vessel coronary bypass with a left internal mammary to the LAD and a vein graft to a diagonal. This was performed by Dr. Michael Gorton

who listed her diagnosis as coronary artery disease. He also cited her known history of coronary artery disease.

05/28/2000     Dr. Baron Adkins performed a post-operative chest x-ray (AP supine portable), the indication for which was coronary artery disease/postoperative emergency bypass. He saw no evidence of pneumothorax, consolidation, or significant effusion.  As a result of her heart disease (physical and psychological side effects therefrom) Mrs. Levitt could not run the business. Physically tired and depressed, she lost her drive.  She was fatalistic.  Following the CABG, Mrs. Levitt was mentally and physically exhausted.  The "CABG just threw her." After her CABG she had a major reduction in work activity due to shortness of breath, and depression. She began a downward spiral.  She was constantly worried about dying (from lifting or other activity) and heart disease. She was the prime mover for what they would make or sell at her business, but she could not go to the market for clothing fabric, and could not travel because she was too tired and fearful of having a heart problem abroad.  Timing of production was off, resulting in factory downtime. She was concerned about having the "widow maker," and was especially concerned because her initial symptoms did not warn her of her risk; she feared that she could just drop dead at any time. Because of this she was afraid to be active.  She had chest pain from time to time and could not distinguish heart from joint pain, and this increased her anxiety.  Because of her fatigue, anxiety and depression she could not run the business, and it eventually failed. This failure compounded her feelings of guilt and anxiety. She felt guilty about letting down her husband and her employees.  She designed the operation to keep the employees working all year long. Fifty percent of employees were long-term. Mrs. Levitt's company paid good wages. They had a family business approach, and tried to upgrade employee skills and salaries. For years, they were voted *Best of Dallas* for children's clothes. The workers felt the same pride of ownership as the owners. Workers adopted the philosophy that, 'every garment had to be right.' Mrs. Levitt woke up at night, worried that some garment might injure a child if a button was not sewn on and they swallowed it. She used ten stitches per inch rather than 8 to assure strength. Mrs. Levitt noted that she really cared about the wellbeing of her customers.

05/29/2000     Dr. Baron Adkins performed a chest x-ray (AP upright portable) due to recent median sternotomy, coronary artery disease.  He discovered a large, right pneumothorax.

05/29/2000     Dr. Baron Adkins performed a chest x-ray (AP upright portable) due to right chest tube placement for right pneumothorax. His impression: placement of right-sided chest tube with re-expansion of right lung, with minimal infiltrate and/or atelectasis in the right lung base.

05/29/2000     Dr. David Dixon performed a chest x-ray (AP upright portable) due to postop/removal of mediastinal drain.  He noted some increased haziness in both bases with some apparent increase in cardiac size when compared to morning film, though his impression was that of no significant change.

05/29/2000     Dr. Rosamond wrote to Dr. Hartman regarding Mrs. Levitt's day one post-surgery recovery.  He expressed surprise regarding the fact that LAD stent had severely re-narrowed down to perhaps a 95% stenosis, and remarked that the original of diagonal had also re-narrowed to 90%. Dr. Rosamond wrote that Mrs. Levitt had some minor plaquing in the circumflex and left main and right coronary artery, but essentially no other disease.  Her left ventricular function

was well maintained.  Given this high grade stenosis, Dr. Rosamond felt she had very aggressive disease which required the bypass surgery.  He was not entirely sure that her symptoms on presentation were angina. She did not rule in for myocardial infarction and there were no definitive EKG changes.  He expressed that her history of fibromyalgia may be complicating her presentation somewhat but, regardless, considered Mrs. Levitt's very high grade stenosis as having been fortuitously detected.  At one day post bypass, she had a small pneumothorax on the right requiring a chest tube.  She remained in Intensive Care.

05/30/2000     Dr. Betrand Gallet interpreted a chest x-ray (AP upright portable) due to coronary artery disease.  His impression:  Postoperative chest with repositioning of right chest tube.  Although no pleural line is identified, a small right apical pneumothorax cannot be excluded.  Persistent bibasilar atelectasis and small effusions, unchanged.

05/30/2000     Dr. Pablo Delgado interpreted a chest x-ray (AP) due to tube removal.  Impression: 1) Right apical pneumothorax; 2) Small bilateral pleural effusion and atelectasis.

05/31/2000     Dr. Rosamond performed an SLH Echo Doppler.  Indication:  CAD (Ischemic heart disease), S/P CABG.  Results:  ECHO - Left ventricular ejection fraction: 65%, Abnormal septal motion, Inferior vena cava consistent with mildly elevated central venous pressure.  DOPPLER - Trace mitral valve regurgitation; Mild tricuspid valve regurgitation; estimated peak systolic PA pressure = 31 mmHG, Mild diastolic dysfunction.

06/01/2000     A lab report indicated that Mrs. Levitt's homocysteine level was normal.

06/02/2000     Dr. Rosamond reported to Dr. Ronald Hartman regarding Mrs. Levitt's discharge (today) after bypass surgery.  He reported that when her stenosis was identified, she may have had some minimal plaquing in the circumflex and left main, but no significant disease.  He wrote that there is mild plaquing in the right, and her overall ejection fraction was normal.  Mrs. Levitt was discharged with the following medications:  Atenolol 25mg per day; Tylenol; Vioxx; Paxil 20mg/day, Lipitor 20mg/day; and aspirin one tablet daily.

06/09/2000     Seen for an office visit by Dr. Hartman who noted exam today good.  Chest clear.  No edema.  Blood pressure: 110/80; Pulse: 80; Respiration rate: 16.  Medications:  continue current meds.

06/14/2000     A lab report indicated a normal homocysteine level.

06/15/2000     A note of Dr. Martin Emert (Mid-America Cardiology) indicates that Mrs. Levitt called to report "indigestion type pain".  She was status post CABG within the last 2 weeks.  She reports having been awakened twice by epigastric pain.  She took aspirin and Atenolol and pain subsided.  She experienced occasional palpitations during afternoon waking hours with no associated symptoms.  Dr. Emert advised taking pulse and antacids.  He planned to obtain a 12-lead ECG.  He noted that Mrs. Levitt's chest pain was non-pleuritic and non-positional.

06/19/2000     Discharge report of Dr. Gorton (following coronary artery bypass grafting times two on 5/28/00 with coronary angiogram on 5/26/00) listed a discharge diagnosis of:  1)

Unstable angina with coronary artery disease; 2) History of depression; 3) Hypercholesterolemia. He noted an uncomplicated postoperative course except for a transient episode of atrial fibrillation which was treated with beta blockers before Mrs. Levitt was discharged.

06/30/2000     Seen by Dr. Arnold Katz. According to his notes, Mrs. Levitt reported mildly improved energy and better pain control. She had a new scaly rash over portion of her left wrist. Dr. Katz assessed Mrs. Levitt with fibromyalgia - stable; fatigue - persists - milder - ?previous element of cardiovascular weakness; - stable; chest wall pain - recent surgery; [ ]. Her medications included: Tylenol #3 qd. On Paxil - prefers to Effexor XR. Lopressor stopped. He planned a steroid cream for her wrist and advised to continue medications.

07/2000     Returned to work. She was extremely fatigued after working for only 6 hours/day. She could not walk around the factory because she was, "too pooped."

07/17/2000     Seen by Dr. Gorton for 6-week follow-up post bypass surgery. He wrote that she has not had recurring sub-sternal chest discomfort that she had had pre-operatively. "She has had some fleeting twinges of pain in her sternum which I assured here were musculoskeletal in character". Lungs were clear on examination. He lifted her activity restrictions.

07/20/2000     Seen by Dr. Rosamond who wrote to Dr. Hartman regarding her 6-week follow-up. He recorded some postoperative atrial fibrillation and a ten-beat run of wide complex tachycardia after starting Atenolol. Mrs. Levitt reported general fatigue. He wondered if fatigue was from Atenolol. Her heart sounded regular, he did not detect an S3. She had no peripheral edema. A twelve-lead EKG showed normal sinus rhythm with normal QT interval, PR interval of 167 MSEC, and was unremarkable. He summarized that Mrs. Levitt's post-operative ejection fraction was normal. He planned to check a CBC and Bruce protocol stress thallium study. If stress test unsatisfactory, will enroll her in cardiac rehab. Planned to check hemoglobin level, noting that if level was still depressed, may consider iron supplemental therapy. Planned to check lipid status. After thallium study, planned a fasting lipid profile, and a homocysteine level check.

07/25/2000     Mrs. Levitt was admitted to St. Luke's Hospital of Kansas due to shortness of breath, palpitations, and tachycardia. Dr. Vacek performed a History & Physical. Noted that she has been under a continually stressful situation. Apparently involved in a rezoning controversy and today was in court when she developed abrupt shortness of breath, palpitations, tachycardia, diaphoresis, nausea and diarrhea, as well as tingling and numbness of the extremities. She did not develop typical ischemic chest pain. Discharge medications: Atenolol 25mg bid; Paxil 25mg per day; Lipitor 20mg per day, aspirin 325mg daily, Entex, Nasacort, Premarin, Vioxx, Estrace; and multivitamin supplement. He wrote that upon examination, Mrs. Levitt appeared quite distraught. Several times she burst into tears, saying that she felt she was under considerable stress and was also ashamed to have come to the hospital. Initial heart rate was 102 when came to hospital -- decreased to 85. BP: 114/73; Respirations: 18 per minute. O2 saturation was 99%. Cardiac exam - regular. No clubbing, cyanosis or edema evident. A 12-lead electrocardiogram showed sinus rhythm with diffuse minor T-wave flattening. Dr. Vacek's impression was that of: 1) Coronary artery disease, status post recent coronary artery bypass surgery; 2) Probable anxiety/panic attack with possible hyperventilation; 3) Rule out cardiac

ischemia or injury. He planned to admit her to telemetry to follow cardiac rhythm; a follow up electrocardiogram with serial cardiac enzymes to exclude evolving ischemia or injury; an Echo Doppler study to exclude pericardial effusion; and a stress thallium study. Noted she had been scheduled for stress thallium imaging for follow-up after her bypass surgery via the MAC office on 7/28/00. Planned to move that ahead and perform this study the next day, assuming she ruled out for myocardial injury.

07/25/2000    Acute Cardiac Injury Panel. CK: 42 (on 7/26) and 41 and 59 (on 7/25) CK-MB: 1.2 and 1.4 (on 7/25) and 1.2 (on 7/26) -- ref. range: 0.0-6.0. Troponin I: - negative (on 7/25 and 7/26) at <0.10 (ref. range: 0.00-1.9).

07/26/2000    SLH Echo Doppler. Indication: Chest pain, Tachycardia, CAD (Ischemic heart disease), S/P CABG. CARDIAC DIMENSIONS - Normal range. ECHO: Left ventricular ejection fraction: 55-60%, Minimal posterior pericardial effusion; Mild pericardial thickening. DOPPLER: Mild Mitral Valve regurgitation; Trace tricuspid valve regurgitation; Estimated peak systolic PA Pressure = 26 mmHG; E:A Inversion of transmitral Doppler flow; Mild Diastolic dysfunction (delayed relaxation pattern).

07/26/2000    Exercise stress thallium study performed by Dr. Vacek. Current medications: Ecotrin, Atenolol, Lipitor, and Vioxx. Left ventricular Ejection Fraction (post stress, in the resting state) = 59%. SUMMARY: This exercise stress thallium study reveals no evidence of significant reversible perfusion defect within the limits of stress imposed by this protocol. This is a slight decrease of mid-anterior uptake most likely attributable to breast tissue attenuation rather than prior myocardial injury. Left ventricular function is preserved.

07/26/2000    Nuclear Medicine Treadmill Test Data Sheet. Weight: 142; Height: 56". Medications: [?]; Lipitor, Atenolol; Paxil; Vioxx. Reason for stopping: fatigue. Comments: Patient with complaints of SOB and overall fatigue. Decreased incline to reach 6 minute test end.

07/26/2000    Dr. Vacek wrote to Dr. Hartman regarding Mrs. Levitt's two vessel bypass surgery. He expressed that he thought it unlikely that Ms. Levitt's symptoms ware cardiac in etiology, believing that she had an anxiety or panic attack. He indicated that Mrs. Levitt planned to follow up with him if this continued to be a problem in the future. He advised that she continue her current regular medications: Ecotrin 325mg qd; Tenormin 25mg bid; Lipitor 20mg qd; Paxil 25mg pd; Vioxx 25mg qd, and hormonal supplement (dose unknown).

10/03/2000    Seen by Dr. Katz. His notes indicate that Mrs. Levitt reported severe fatigue, and that going to cardiac rehab 3x/week, "knocks me out". She had some anterior chest pain, mainly at rest - she does not feel heart-related. Weight: 149 lbs. He assessed her with: fatigue - chronic - ? - aggravated by Paxil; fibromyalgia - better; insomnia; chest wall pain. Medications: decrease Paxil to 20mgld x 10 days then go to 10mgld next days, then stop med. He planned a cardiology follow-up visit and a lab check. (10/30/2000 - Lab Chemistry and hematology values were all within normal range.)

11/14/2000    Seen by Dr. Katz. His notes indicate that Mrs. Levitt's cardiovascular status was stable. She had stayed with rehabilitation. Medications: She reported now on Wellbutrin SR,

which seemed to help more than Paxil. No palpitations with Wellbutrin. She reported upper and lower back pain. He assessed her with fibromyalgia - better; spinal pain - ?OA; insomnia - better; chronic fatigue - improved. He planned x-rays thoracic/lumbar spine; obtain recent labs. Advised to continue medications and continue cardiac rehabilitation.

11/27/2000     A phone note from Dr. Rosamond's office indicates that Mrs. Levitt called reporting chest pain relieved by Nitroglycerin. Dr. Rosamond planned to see her that afternoon, and scheduled a stress echo.

11/27/2000     Exercise Echo interpreted by Dr. James Vacek as a normal stress echo without evidence for ischemia. He noted chest pressure and VPCs with stress.

11/27/2000     Treadmill Test Data Sheet. Weight: 146; Height: 66". Medications listed as: Atenolol, ASA, Lipitor. Max duration: 6:29. Reason for stopping: patient request.

11/27/2000     Seen by Dr. Rosamond for symptoms similar to those recorded in July of this year. She had some variable chest pains, some slight diaphoresis, a sense of indigestion and anxiety. He noted that Mrs. Levitt had had several of those episodes over the past several months, where she would take a (medication) nitroglycerin even though she wasn't experiencing substernal chest pain. He felt that he could not obtain an exertional anginal type character to her symptoms. Due to concern of her previous problems, did feel that a test -- stress echocardiogram -- would be appropriate. Prior to that, a physical exam was unremarkable. HEENT exam was negative. No jugular venous distension, thyromegaly or carotid bruits. The lungs were clear. Heart tones were regular. No gallops or rubs detected. No peripheral edema, cyanosis, or clubbing. He reviewed Mrs. Levitt's tests: the 12-lead electrocardiogram showed a normal sinus rhythm with no changes from previous electrocardiograms. Her subsequent resting echo showed 50% ejection fraction. There were no regional wall motion abnormalities other than a mildly abnormal septal motion consistent with her previous bypass surgery. Valvular structures were unremarkable. There was no pericardial fluid. She subsequently walked for 6 minutes and 29 seconds on a standard Bruce protocol. She did feel a sense of chest pressure and stopped upon her own request. She reached 7 MET. There were no diagnostic ECG changes for ischemia. She had occasional PVCs during recovery but post exercise her ECHO showed improved function without evidence for ischemia. Dr. Rosamond summarized that Mrs. Levitt's symptoms are somewhat atypical and he suspected they were not anginal in character. He suspected that Dr. Vacek was right in July that her symptoms are more likely to be nonspecific musculoskeletal complaints or perhaps panic anxiety episodes, and wrote that, if symptoms continue, would ask her to follow up with (Dr. Hartman) regarding other non-cardiac diagnoses for her symptoms. He expressed sympathy with Mrs. Levitt re: her long road over past year with this problem and her considerable stress, but it appears that from a cardiac standpoint her bypass conduits remain patent, and her ejection fraction is well maintained. Dr. wrote that he didn't have any evidence for a peri-cardiectomy syndrome, and planned to continue her current regimen.

11/27/2000     A note of Lisa Love of Dr. Rosamond's office indicates an Rx refill for Nitrostat Sub 0.4mg prn - as directed.

11/28/2000     A phone note of Tish Ferzzi, RN of Dr. Rosamond's office indicates that, per Dr. Rosamond's request, she called Mrs. Levitt in follow up to her office visit yesterday.  Mrs. Levitt reported feeling much better and was working.

11/30/2000     Dr. Sandra Heard interpreted a lumbar spine x-ray (multiple views) as 1) 1 cm spondylosithesis of L4; 2) Bilateral spondylolysis L5; 3) Moderate DJD; 4) Mild multi-level retrolisthesis as discussed.  Her impression of the thoracic spine:  Mild DJD.

12/11/2000     Notes of Dr. Katz indicate that that Mrs. Levitt's x-ray showed mild osteoarthritis thoracic spine, and moderate osteoarthritis in her lumbar spine -- with a mal-alignment at the L5/S1 interspace. He expressed that the latter may explain her low back pain.  He noted moderate osteoarthritis of the cervical spine.

12/19/2000     Dr. Marc Inciardi of Menorah Medical Park interpreted a CT of the Sinus, limited and found no evidence for disease.

01/25/2001     Seen by Dr. Katz.  She described pain in hip area bilaterally.  She reported that cardiologist recommended a sleep study.  He assessed her with: fibromyalgia - active; OA - sp - stable; insomnia; and fatigue. He planned a repeat thyroid. Medications:  He added Soma 350mg HS and advised to continue other medications.  Follow up in 4 months.

04/12/2001     Seen by Dr. Arnold Katz.  His notes indicate that Mrs. Levitt reported that Wellbutrin was stimulating her appetite.  She felt that she was now addicted to nicotine gum (x 15 years) instead of smoking.  She expressed pain in both lateral hip areas, as well as pain in her neck that radiated into her shoulders. Dr. Katz' notes indicate that Mrs. Levitt saw a cardiologist now yearly.  Medications: She took Soma prn.  He assessed her with fibromyalgia - still active; OA - sp - stable; insomnia; and chronic fatigue.  Medication changes:  Discontinued Wellbutrin - SR; Added Zoloft 50mg - +am; Continue other medications.

06/26/2001     Blood chemistry labs.

07/02/2001     Dr. Hartman wrote to Mrs. Levitt regarding the results of recent lab exam.  Total cholesterol and triglycerides were 142 and 80.  HDL level was 56.  LDL level was 70.  Lipid profile ratio (total cholesterol to HDL cholesterol) was 2.5.  He stated that this predicts an improved long term risk of heart disease for her age and sex, and he recommended continuing her current regimen.

07/23/2001     A note authored by Sue Ann Vreeland of Dr. Rosamond's office indicates an Rx refill: Atenolol Tab 25mg 1po qd.

08/03/2001     Seen by Dr. Arnold Katz.  His notes indicate that Mrs. Levitt reported now being on (medication) Zoloft and feeling less depressed.  She had experienced more dyspnea on exertion. She stated that she had been advised to make an appointment with a cardiologist.  According to Dr. Katz' notes, she reported good pain control when taking all prescribed. "Has tried to take Vioxx prn and then has more pain." He wrote that she was no longer doing cardiac rehabilitation. A long discussion regarding mother's illness is noted.  His examination revealed a

blood pressure of 104/70, and a pulse of 80. He assessed her with fibromyalgia - fairly active; OA - sp stable; insomnia - improved; depression - aggravated by situation; increased dorsal kyphosis; increased DOE (dyspnea). He planned a bone density study and advised that Mrs. Levitt call a cardiologist regarding her dyspnea on exertion. Medications: Advised to continue.

08/14/2001     Bone mineral density test normal. ((AP Spine (L1-L2) T-Score: 0.5 - normal; DualFemur (Total mean): -0.8 - normal.))

08/24/2001     Dr. Katz noted that Mrs. Levitt's Bone Density reveals no osteoporosis. He planned to recheck this in two years.

10/08/2001     A note authored by Diane Kovich, RN of Dr. Rosamond's office indicates a medication refill: Nitrostat Sub 0.4mg prn - as directed.

11/09/2001     Seen by Dr. Arnold Katz, whose notes indicate that Mrs. Levitt was on (medication) Prednisone dose prn for URI along with antibiotic. He noted that Mrs. Levitt's mother died yesterday. He assessed Mrs. Levitt with fibromyalgia - overall stable, even with increased stress; OA - sp; insomnia; depression - stable. He planned a lab check.

02/12/2002     Labs: CBC, Comprehensive metabolic panel, Lipid panel. HDL cholesterol was low at 34.

04/05/2002     Seen by Dr. Arnold Katz who noted Mrs. Levitt's medications: was on Prednisone for sinus problems. Didn't need antibiotics. Stopped Zoloft. He wrote that she wants to continue Vioxx/Soma. She reported sleeping better recently. She also reported numbness in hands for last month, with episodes lasting 60-90 minutes. He assessed her with: fibromyalgia; insomnia; depression; numbness - hands -?CT. Medications: Added Celexa 20mg - AM; Advised continue Vioxx/Soma.

04/11/2002     Complete History & Physical examination performed by Dr. Hartman. Current medications included: Atenolol 50mg daily; Nasocort Aq; Entex LA BID: Premarin 0.625 mgm; Estratest; Lipitor 20mgm daily (held while on Lamisil trial); Vioxx 25mgm daily; Welchol six tablets; NTG, ASA. His Review of Systems suggested no musculoskeletal issues (patient has no stiffness, aching, pain, swelling or erythema of the joints.) According to his notes, Mrs. Levitt's Review of Systems indicated: Cardiac - no history of palpitations, chest pain, exercise intolerance or heart murmur. Upon examination, blood pressure was 120/80; pulse was 80; respiration rate was 15; and T: 98.4. She exhibited no skin rash. Her heart appeared to be normal. Her extremities revealed no edema, cyanosis, clubbing, calf tenderness, Homan's sign, or abnormalities of the joints. Dr. Hartman's impression: 1) CAD; 2) HTN; 3) Hyperlipidemia; 4) Depression. He planned to collect screening studies.

04/29/2002     Notes of (other than) Dr. Katz (though from his production file) indicate that insurance would not cover Vioxx 25mg; is there something else that Mrs. Levitt could [?]. Dr. Katz's note on the same record was to discontinue Vioxx. He advised that she could try Relafen 500mg #60x2 Sig two AM and with food.

05/24/2002     Labs: Blood chemistry.

05/30/2002     Dr. Hartman wrote to Mrs. Levitt regarding the results of her recent lab exam. He relayed that her white blood cell count was normal, as was her red blood cell count (which meant that she no longer had macrocytic anemia.) Medications: He advised that she continue use of B12 supplement. Her total cholesterol and triglycerides were 170 and 117; her HDL level was 60. LDL level was 86. Lipid profile ratio (total cholesterol to HDL cholesterol) was 2.8. According to Dr. Hartman, this predicted a below average long term risk of heart disease for her age and sex. He noted that Mrs. Levitt's liver function, thyroid, and kidney function were all normal.

07/12/2002     Seen by Dr. Arnold Katz. His notes indicate that Mrs. Levitt reported the following: a bad sinus infection for past 2 months, for which she had tried a few antibiotics; fibromyalgia was stable; her hand numbness was better; and that she was sleeping better overall. Dr. Katz wrote: "Vioxx stopped. Feels that she needs NSAID." He assessed her with fibromyalgia - active!; insomnia - some improvement; depression; OA - feet. Medications: He advised Mrs. Levitt try Bextra 10mg – t day – food, and continue other medications.

08/03/2002     A Patient Medical History form from the Kansas City Women's Clinic file indicates that Mrs. Levitt had, among other problems, chest pain, shortness of breath, sinus problems, joint and back pain. Her current medications were listed as: Premarin .9mg, Lipitor, Colestrin, O-ring, Estratest, Blood pressure pill, and sinus medications.

09/12/2002     Mrs. Levitt was admitted to St. Luke's emergency room with complaints of sharp chest pain.

09/12/2002     Dr. Thomas Gleason interpreted a chest x-ray (single view). He found no radiographic evidence suggesting an acute cardiopulmonary process.

09/12/2002     ECG

09/12/2002     Labs: Cardiac Injury Panel, Chemistry, Urinalysis, Hematology, and Differential.

09/13/2002     Dr. Steven Laster documented a history of Mrs. Levitt's present illness: She was admitted with chest discomfort. She hadn't had cardiac follow-up since her double coronary and grafting procedure. Her symptoms previously were somewhat different -- more of a heartburn type, with some central chest discomfort. He noted that she had used nitroglycerin on several occasions over the past several months for dyspnea: "She has some exertional dyspnea, but is fairly active and goes about her activities without any chest discomfort." She denied current GI symptoms, PND, orthopnea, pedal edema, dyspnea, syncope, claudication, TIA or stroke symptoms. Her current medications included: Antibiotics for sinus infection, aspirin, Lipitor, Welchol, Atenolol, Humibid-LA, Premarin, arthritis medication, as well as allergy medications. He made a note regarding her beta blocker.*  He questioned if she was allergic to Cipro. He reported her past medical history as including arthritis. He listed her cardiac risk factors as: coronary artery disease, hyperlipidemia, she quit smoking 20 years ago. He noted that she chews nicotine gum. His examination of her suggested that her cardiac exam measures were normal.

Labs taken indicated that her cardiac enzymes were negative. A 12-lead electrocardiogram revealed a normal sinus rhythm. Nonspecific T-wave abnormality. Dr. Laster's impression: 1) Atypical chest pain; 2) Status post coronary artery bypass surgery in 2000; 3) Hyperlipidemia; 4) Sinusitis. He recommended a: 1) *Pharmacologic stress test. (She had taken a beta blocker this morning...); 2) Continue current medications; 3) Consider stopping estrogen replacement; 4) Check fasting lipid profile; 5) Further recommendations to follow review of her stress test.

09/13/2002     Dr. Laster wrote to Dr. Hartman with a discharge summary, reporting that Mrs. Levitt was admitted and ruled out for a myocardial infarction with a non-ischemic EKG and negative cardiac enzymes. Pharmacologic stress testing had been planned for the following morning but was not performed as she had drunk coffee that morning and was on beta blocker therapy. He felt that Mrs. Levitt's symptoms were likely noncardiac, and suggested that she return next week for stress testing. Her discharge medications included: Aspirin 325mg qd; Tenormin 50mg qd, Lipitor 20mg qd; Tequin po qd, a previously. Her discharge diagnosis: 1) Atypical chest pain; 2) Prior coronary artery bypass surgery; 3) Hyperlipidemia; 4) Sinusitis.

09/16/2002     Thallium Adenosine Stress Only study was interpreted by Dr. Iain McGhie. Medications taken in last 24 hours: Premarin, Tenormin, Lipitor, Tequin. Reason for pharmacologic stress: medications. His summary: 1) Clinical response: non-diagnostic; 2) Electrocardiographic response: non-ischemic; 3) scintigraphic response: N/A. Special comment: Patient was unable to cooperate for acquisition of the images.

09/30/2002     A note authored by Diane Kovich, RN of Dr. Rosamond's office indicates a prescription refill for Atenolol Tab 25mg 1 po qd.

10/03/2002     A Rest-Exercise TC-99M Sestamibi Spect Scintigraphic study was interpreted by Dr. James O'Keefe, Jr. Medications in the past 24 hours were listed as: Premarin, ASA, Lipitor, Bextra, Nasalcort, Tequin; Held: Tenormin. Indications for test: Known CAD, Hyperlipidemia, Positive family history, abnormal ECG, Coronary Artery Bypass Graft, NonAnginal Chest Pain. His summary: 1) Clinical response: Ischemic; 2) Electrocardiographic response: non-diagnostic (baseline abnormalities); 3) Scintigraphic response: non-ischemic. Combined test findings: 1) Normal myocardial perfusion. No definite evidence for myocardial ischemia; 2) Minor nontransmural injury in the anteroseptal regions near the apex; 3) Normal global systolic function, rest LVEF 60%; 4) Study falls in low risk prognostic category; 5) Patient has not had prior nuclear study in our laboratory.

10/03/2002     Exercise Stress Test Report / Bruce Protocol

10/22/2002     A note authored by Diane Kovich, RN of Dr. Rosamond's office indicates a prescription refill for Atenolol Tab 25mg 1 po qd.

11/05/2002     Dr. Steven Laster wrote to Dr. Ronald Hartman regarding Mrs. Levitt's rest/exercise sestamibi stress imaging. He relayed that she had exercised for 6.4 minutes and achieved 92% of maximum heart rate for her age. The test had been terminated due to dyspnea, but she experienced chest and leg discomfort during exercise. Diagnostic EKG changes were not seen. He wrote that the images revealed non-transmural injury in the anterior septum, but no

definite evidence of ischemia. Left ventricular function was normal. Given low risk nature of study, he felt that ischemia was unlikely, though she described occasional chest discomfort with exertion that is relieved by nitroglycerin. Dr. Laster felt it reasonable to try 75mg of atenolol, rather than 50, to provide extra beta blockade.

11/06/2002    A phone note authored by Diane Kovich, RN of Dr. Rosamond's office indicates that the pharmacy had been calling for a month to get Mrs. Levitt's Atenolol refilled but no one from that office had called back. "Mrs. Levitt was going to call about making an appt. - she has not been seen for almost 2 years."

01/03/2003    Seen by Dr. Arnold Katz. According to his notes, Mrs. Levitt was taking (medication) Bextra prn. She reported episodes (not daily) of numbness in either hand lasting approximately 60 minutes. She described a color change in affected fingers (usually 2nd and 3rd). Pain control was ok. She reported occasional chest wall pain/discomfort left. Dr. Katz assessed her with: fibromyalgia - better; costochondritis - more symptoms; stable depression; hand numbness - ?early carpal. Medications: He planned to continue medications, and added Neurontin.

01/24/2003    Seen by Dr. Frederick Mittleman (psychiatrist). He described her as a 59-year old, upset about chronic sinus illness, and upset and hopeless about whether or not she will be able to recover. He noted that she described recent long term treatments for sinus, including sinus surgery. He also noted that she has arthritis (with reported pain), fibromyalgia, and chronic fatigue. He wrote that she admitted to symptoms of depression all of her life, e.g., low energy, low interest, periods of anxiety, tearfulness, and fleeting suicidal thoughts. She stated that she has lost all hope, though denied being actively suicidal. She reported having had individual therapy with Dr. O'Hearn in the past, and was put on (medication) Paxil and Zoloft by another (unnamed) doctor. She expressed that her life long history has been one of pessimism and negativism. She was reportedly upset about a legal battle with neighbor, and felt negatively towards them. She was concerned about her business and business reversals in the current economic climate. Her current medications included: Atenolol, Neurontin, Lipitor, Welchol, Entex LA, Clarinex, Aspirin, Premarin, Levaquin antibiotic, a nasal spray for her allergies. Her past history included mention of her brother who had had depression and difficulties in his life. Reported that she uses nicotine gum. He noted no history of abuse.

Dr. Mittleman's diagnosis:  Axis I: Major Depression, recurrent, severe, with obsessive preoccupations; Axis II : No diagnosis; Axis III: Status post hysterectomy, chronic sinusitis, status post cardiac bypass surgery, history of fibromyalgia, history of chronic pain, history of arthritis; Axis IV: Loss of mother, economic reversals, two surgeries, and multiple physical problems; Axis V: Current 55, highest 65-70.

Recommended individual therapy and medication management for her depression. Medication: suggested trial of Effexor XR 37.5mg, increasing to 75mg, and advised to discuss recommendation for Effexor with Dr. Hartman.

02/28/2003    Seen by Dr. Mittleman who noted that Mrs. Levitt seemed calmer/ less agitated today. They discussed the traumas of her last 3 years: heart surgery, concerns about business,

conflict with neighbor and his lawsuit re: construction.  She was more focused today; less preoccupied about sinuses.  Medication: Effexor XR had been helpful; he advised increasing it to 150mg.

03/31/2003     Seen by Dr. Mittleman.  She talked about her preoccupation with death since high school, and how she thinks a great deal about that.  Medication: He wrote that she is less depressed with Effexor --- "We will [add] Wellbutrin SR 100mg bid."  She talked about how daughter and husband are important to her.  Also talked about how her creativity has been helpful to her.  He wrote that she was less preoccupied with negativism.  He stated that she was not actively suicidal, but clearly preoccupied with issues regarding death.

04/04/2003     Seen by Dr. Arnold Katz.  He wrote that Mrs. Levitt reported better pain control, though achier during two recent sinus infections.  She stated that she was sleeping "a lot" - advised by psychiatrist Dr. Middleman [sic] that she is depressed.  Chest wall stable.  Weight: 136.  He assessed her with fibromyalgia - min.; costochondritis; depression - under treatment; hand numbness - better.  Medications were continued.

05/02/2003     Lab:  Blood chemistry - Cortisol high at 23.8 (taken at 3:48pm).  PM range: 3.1-16.7.

05/03/2003     Office visit with Dr. Hartman.  His notes indicate that he discussed chronic sinusitis with Mrs. Levitt and Mayo Clinic.  He listed her current medications as:  Premarin 0.9mg; Estring; Aspirin; Welchol prn bid; Lipitor [?0] mg; Atenolol 50mg 1- to 1.5/day; Pulmicort Respaks; Neurontin [30?]mg QHS; Wellbutrin 150mg ID; Effexor 150mg XR daily; he planned to have her discontinue Welchol; Zetia? 10mg.

05/13/2003     Seen by Dr. Mittleman.  He wrote that she continues to be depressed, with low energy, difficulty concentrating, and forgetfulness.  Medication:  He did not think Wellbutrin was helping, and planned to discontinue.  Also planned to raise the Effexor to 225mg (as it seems to help) and do trial of Provigil 100mg, increasing to 200mg.  He had no evidence of suicidal thoughts or psychosis.  He wrote that there is no pleasure in her life.

06/23/2003     Seen by Dr. Mittleman.  She reported feeling about 50% better, with an improved energy and interest level.  She did not want to sleep all day.  Medication: She reported no side effects from Effexor, and Dr. raised to 300mg.  Raised Provigil from 200 to 300mg.  She felt Provigil had been helpful.

07/08/2003     Seen by Dr. Hartman for a physical exam.  He noted Mrs. Levitt's recent problems with depression and fact that she was seeking treatment with her psychiatrist, who had put her on Neurontin, Effexor XR, and Provigil.  His notes indicate that Dr. Neiburger had her on an allergy program: Pantanol, Pulmicort capsules, Guafenix [sic].  Her OB/GYN had her on Estring and Premarin.  Her cardiologist has increased her Atenolol to 150mg.  She is on Zetia and Lipitor for hyperlipidemia, and hypertension with critical coronary disease that required stenting of the LAD and angioplasty.  Current medications included: Atenolol 150mg daily; Nasocort Aq; Humibid LA BID; Premarin 0.9mgm; Estring 0.2mgm; Lipitor 20mgm daily; Zetia 10mgm daily; Patanol; Pulmicort; Effexxor [sic] XR 150mgm BID; Neurontin 300mgm daily;

Provigil 150mg daily; NTG; ASA.  Upon examination, her blood pressure was 130/80; pulse was 60; respiration rate was 16; and temperature: 98.7.  His impression:  1) CAD; 2) HTN; 3) Hyperlipidemia; 4) Depression; 5) PLMD.  He planned to collect screening studies.

07/08/2003     Prescription to Lincare, Inc. for overnight oximetry indicated that Dr. Hartman listed a diagnosis of "sleep disordered – CAD".

07/21/2003     Francisco Lopez, Lincare Center Manager, reports Mrs. Levitt's Nocturnal Oximetry findings.

07/23/2003     Dr. Hartman writes prescription for Nighttime Oximetry on Room Air.

07/28/2003     Sleep study/Clinical Polysomnogram (due to snoring, fatigue, morning headache, fragmented sleep, and daytime sleepiness) was interpreted by Ann Romaker, MD, FCCP, ACP. She listed current medications as: Lipitor, Zetia, ASA, Atenolol, Premarin, Neurontin, Effexor, Provigil, Guaifenesin, Pulmicort, Patanol, Nasacort, Humibid, Estring, Ambien (test night only.) In her report to Dr. Hartman on 2003.07-28, she wrote that the sleep study demonstrated severe periodic limb movement disorder with 184 leg jerks per hour of sleep. Fifty one percent of these were associated with obvious EEG arousal.  She recommended treating her PLMD with a dopaminergic agent and/or a benzodiazepine at bedtime.  Significant apnea not present during sleep study.

07/30/2003     Dr. Ann Romaker wrote to Dr. Hartman regarding Mrs. Levitt's sleep study.  It revealed severe periodic limb movement disorder with 184 leg jerks per hour of sleep. Fifty one percent of these were associated with obvious EEG arousal.  She recommended treating Mrs. Levitt's PLMD with a dopaminergic agent and/or a benzodiazepine at bedtime.  Significant apnea not present during sleep study.

08/05/2003     Labs:  Lipid panel

08/11/2003     Dr. Hartman wrote to Mrs. Levitt with the results of her recent lab exam.  White blood cells were normal; red blood cells were normal (no longer had macrocytic anemia.) Medications: Continue B12 supplement.  Total cholesterol and triglycerides were 151 and 166. HDL level was 58.  LDL level was 60.  Lipid profile ratio (total cholesterol to HDL cholesterol) = 2.6.  He wrote that this predicts a below average long term risk of heart disease for her age and sex.

08/19/2003     Seen by Dr. Mittleman who described Mrs. Levitt as being more hopeful. He wrote that she talked about making decisions related to hotel project that she was working on. Medication: He noted that she had been diagnosed with restless leg, and was on Mirapex. (Talked about side effects, though he thought it may improve her mood.) Discussed fact that Provigil was helping, and he raised it from 300mg to 400mg. Continued on Effexor XR 300mg/day.  He noted that she had been placed on oxygen at night.

08/29/2003     Seen by Dr. Arnold Katz whose notes indicate that Mrs. Levitt reported a stable condition.  She was using O2 at night and Mirapex at HS for restless legs. She reported chest

wall/hips were more painful. Medications prescribed by Dr. Middleman [sic]: Effexor-XR - helpful; Provigil. He assessed her with: fibromyalgia; fatigue - improved; depression - better; no hand numbness. He planned a continuation of her current medications.

09/25/2003     Dr. Ann Romaker wrote to Dr. Hartman regarding Mrs. Levitt's sleep study of 09/22/2003 due to complaints of limb movements. The study did not show significant periodic limb movement disorder, though there can be variability.  Significant apnea not present. She recommended a multiple sleep latency test evaluation if daytime sleepiness persisted.

09/29/2003     Seen by Dr. Mittleman who reported that Mrs. Levitt was doing better – was less in distress.  Medication: She was continuing on Effexor XR 150mg [sic?] bid and Provigil 400mg. They discussed the addition of Pamelor, but suggested she check with cardiologist, given her condition. He wrote that she was overwhelmed by many physical problems and financial problems, but felt that she seemed to have a handle on the financial problems and was able to work regularly. She reported no side effects from current medications.

11/03/2003     Seen by Dr. Mittleman.  Mrs. Levitt reported that she had a new sinus infection, and was increasingly depressed. Dr. offered empathy with her recent heart problems, business reversals and other reversals.  He made no changes to her medications, and noted that she continues on Effexor 150mg SR [sic?] bid and Provigil 200mg 2 daily.

01/09/2004     Seen by Dr. Mittleman who talked with Mrs. Levitt about the etiology of depression.  He wrote that things seemed to be going better, noting that she had been able to make decisions regarding her business, and felt more optimistic in that regard. Medication: She was on oxygen and Mirapex which had helped her to sleep at night.  He wrote for information from her sleep physician, Dr. Romaker. Continued on Effexor XR 150mg bid [sic?] and Provigil 200mg 2 daily.  Weight gain was her only reported side effect from her medications.

03/04/2004     Seen by Dr. Mittleman who reported that Mrs. Levitt continued to be worried about financial success and the ability to make changes in her business that will not lead to bankruptcy. He wrote that she was less preoccupied about her health today.  Dr. Mittleman wrote that she reported increased symptoms of bulimia (a condition which she had had in the past.) However she denied any bulimia. She merely thought about bulimia. Bulimia was limited to her teen years. Medication: He suggested add a low dose of an SSRI, Lexapro 10mg and lower the Effexor to 150mg.  He planned for her to continue on Provigil.

04/29/2004     Seen by Dr. Mittleman who described that Mrs. Levitt continued to struggle with depression and difficulty she had with neighbor over building an addition to her house. Medication: She reported that she doesn't think anti-depressants are working as well as Effexor, although her bulimia and binging have diminished. She denied this to me.  He suggested increase Lexapro from 10 to 15, and then 20mg.  He planned to stop the Effexor and continue on Provigil 400mg.  He wrote that she was not suicidal but continues to be significantly depressed.

06/10/2004     Seen by Dr. Mittleman.  He noted that Mrs. Levitt continues to be significantly depressed.  Medication:  She went off of the Lexapro.  He suggested start back on Effexor as the

Lexapro was not well tolerated.  Dr. Mittleman expressed concern about intensity of her depression, her hopelessness, and guiltiness.

06/11/2004     Seen by Dr. Mittleman who wrote that Mrs. Levitt is increasingly depressed and disappointed regarding fact that she did not get a visa from immigration for a baker that she needs for a business that she is working on.  She feels "like a failure".  Medication:  suggested she begin Effexor 37.5mg XR and then go to 75mg. Discussed getting a clearance from her internist for the Pamelor. She denied being overly suicidal but did feel hopeless.

06/24/2004     Seen by Dr. Mittleman.  Mrs. Levitt reportedly, "Talked about her fears of financial loss after working hard her whole life.  She is very concerned about a potential for financial reversal and whether she could sustain herself through that.  She talked about her father losing money and how he made it through, something she doesn't know whether she can do."

07/16/2004     Seen by Dr. Hartman for a physical exam.  His notes indicate that her cardiologist has increased her Atenolol to 150mg.  She is on Zetia and Lipitor for hyperlipidemia, and hypertension with critical coronary disease that required stenting of the LAD and angioplasty. She has PLMD.  Current medications:  Atenolol 150mgm daily; Nasocort Aq; Humibid LA BID; Premarin 0.9mgm; Estring 0.2mgm; Lipitor 20mgm daily; Zetia 10mgm daily; Patanol; Pulmicort; Effexxor [sic] XR 150mgm BID (with arrow to Cymbalta - handwritten); Mirapex 0.25mgm; Provigil 150mgm daily; NTG; ASA.  Upon examination, her blood pressure was 130/80; pulse was 60; respiration rate was 16; and temperature: 98.7.  His impression was that of:  1) CAD; 2) HTN; 3) Hyperlipiderdemia: 4) Depression; 5) PLMD.  He planned to collect screening studies.

10/15/2004     Seen by Dr. Mittleman.  He reported that Mrs. Levitt continues to be significantly depressed, though (medication): continues on Provigil 400mg. She hasn't been able to take the Effexor because of side effects. He suggested trial of Cymbalta 30mg once daily. She talked about her intellectual interests and her eccentric, intelligent husband.  She was still struggling with her business and financial problems in addition to her health problems.

11/11/2004     Seen by Dr. Mittleman who wrote that Mrs. Levitt seems somewhat less depressed. She was tolerating Cymbalta relatively well, and was more able to converse.  He noted that she talked about being faced with death during her heart surgery.  She talked about having grown up visiting a nursing home run by her grandparents, and fact that her mother spent time with the old people.  She talked about continuing to worry about her business. According to Dr. Mittleman, she had a bit more energy.  Medication: Planned to increase Cymbalta from 30mg a day to 60mg Monday, Wednesday, and Friday (30mg on alternate days), and continue with Provigil 400mg. She denied being suicidal today.

02/22/2005     Seen by Dr. Hartman in follow up.  Mrs. Levitt had body aches, chills, congestion.  Her influenza test was positive.  He assessed her with Influenza.  Medications: Added Tamiflu 75mg prn, BID #10; Z-pack.

03/15/2005     Seen by Dr. Hartman.  He noted that Mrs. Levitt had post-influenza chest congestion and sinus congestion. Medication: He prescribed a Z-pak and Mucinex.

09/06/2005      Seen by Dr. Mittleman who wrote that Mrs. Levitt continues to struggle, but is functioning at her work and in her family life.  She is sleeping and eating well.  She is less desperate regarding her sinus problem.  Medication: She continues on Cymbalta 60mg and Provigil 400mg.  Reviewed all medications.  She was not suicidal. He noted that her concentration was better.

09/19/2005      Seen by Dr. Hartman regarding 36 hours of bloody [stool] and cramps.  He planned to check stool for enteric pathogens. He added medication:  Cipro 500 pro bid.  She reported being mildly short of breath at times, and he advised she go to the cardiologist ASAP.

09/19/2005      Lab: Blood chemistry and hematology

09/21/2005      Chest x-ray (two views) was interpreted by Dr. Timothy Kennedy.  Impression: normal post-op chest.

09/23/2005      Stool culture – negative for enteric flora.

09/25/2005      Seen by Dr. Linda Crouse (cardiologist) for evaluation.  Mrs. Levitt reported chest pain, chronic fatigue, leg (upper thigh) pain, back pain with exercise, and shortness of breath with climbing a flight of stairs or walking.  She also expressed upper thigh pain with exertion. Dr. Crouse noted her other cardiac history:  ASHD, and arteriosclerosis risk factors: hyperlipidemia (on medications: Lipitor and Zetia); postmenopausal; no thyroid problems; previous smoker (quit in ~1983); not diabetic.  She noted a family history of heart disease (mother).  ROS:  General: Unplanned weight gain of 5 lbs in last 6 months; daily fatigue, Skin: easy bruising, enlarging spots or scaling, Neurological/Psychological: inability to sleep, feeling sad, hopeless, helpless, Head/Ears:  sinus problems, toothache, bleeding gums, Digestive: blood in the stool, Musculoskeletal: bone or joint pain, numb feet/hands, Hematology:  frequent infections. No medical allergies.  Current medications: Lipitor qd, Zetia 10mg qd, Atenolol (n/a), Cymbalta 60mg qd, Provigil 100mg qd, Baby aspirin 81mg qd. Vital signs:  Blood pressure- 100/67; heart rate- 76; weight- 154; height- 66".  She indicated that upon examination, cardiac signs were normal.  Her impression was that of 1) ASHD; 2) Atypical chest pain; 3) Hyperlipidemia, treated. She reported on the Exercise test performed:  Walked for 7 minutes 11 seconds on Bruce protocol, achieving a 10.1 MET level.  A Stress Echo was performed simultaneously, which indicated mild anteroseptal hypokinesis at rest, which improved after exercise.  No new wall motion abnormalities were noted.  She did have some back pain on the treadmill.  Dr. gave her nitroglycerin for her back pain.  She recommended a continuation of her current medical regimen, with the addition of Nitroglycerin 0.4mg prn.

09/25/2005      Final Stress Echocardiograph report of Dr. Linda Crouse.  Procedures performed: Exercise Stress Echocardiogram; 2-d and M-Mode combination; Spectral Analysis Doppler; Color Flow Doppler; Bruce Treadmill Max. TM Grad: 14%.  Reason for test:  chest pain; status post CABG.  Total exercise time: 7 min 11 sec. Mets: 10.  Reason for stopping: Fatigue; Dyspnea; BP Response Max BP: 225/49; %HR achieved: 82%.  Measurements: M-mode values - normal.  Doppler: Peak stress: HR: 129 BP 225/49.  Echocardiographic Interpretation: LVEF (ejection fraction): 50%.  Mild hypokinesis of the mid- to distal-antero septal wall; Mild Mitral

valve regurgitation; Normal Aorta.; Normal aortic valve; Left atrial size normal; Right ventricular size normal. Trace tricuspid regurgitation; PAP based tricuspid regurgitant Jet estimated at 22 mm hG. CONCLUSION: EF: 50%; Mild anteroseptal hypokinesis; Mild mitral valve regurgitation; Trace tricuspid valve regurgitation; PAP estimated at 22 mmHg. Post exercise: Anteroseptal wall improves with exercise. Other walls improve. Height: 66in; Weight: 154.

11/29/2005     Seen by Dr. Hartman for a physical exam. His notes reflect that her cardiologist has increased her Atenolol to 150mg. She is on Zetia and Lipitor for hyperlipidemia, and hypertension with critical coronary disease that required stenting of the LAD and angioplasty. Current medications included: Atenolol 150mgm daily; Nasocort Aq; Humibid LA BID: Premarin 0.9mgm; Estring 0.2mgm; Lipitor 20mgm daily; Zetia 10mgm daily; Patanol; Cymbalta; Mirapex 0.25mgm; Provigil 150mgm daily; NTG; ASA. EXAM: BP: 110/60; Pulse: 60; RR: 16; T: 98.7. ROS: Musculoskeletal - no pain; Skin - no rash ... Heart - all normal. (end of record/some pages not available.)

12/05/2005     Dr. William Cirocco performed a colonoscopy to evaluate recent bleeding episodes.

12/05/2005     Dr. Cirocco wrote to Dr. Hartman that Mrs. Levitt's rectal bleeding had resolved.

06/08/2006     A Patient Medical History form from the Kansas City Women's Clinic file indicates that Mrs. Levitt had, among other problems, chest pain, shortness of breath, and sinus problems.

10/04/2006     Seen by Dr. Mittleman. He noted that Mrs. Levitt continues to be very sad and depressed. According to his record, she feels that her life was changed after her heart attack. Finances and her business issues continue to be problematic. Medication: He suggested increase Cymbalta to 90mg, continue the Provigil 400mg, as she feels the medicine is helpful. She did not talk about suicide, but continues to be significantly depressed.

02/14/2007     Seen by Dr. Hartman for physical exam. He noted that her cardiologist has increased her Atenolol to 150mg. She is on Zetia and Lipitor for hyperlipidemia, and hypertension with critical coronary disease that required stenting of the LAD and angioplasty. Her current medications included: Atenolol 150mgm daily; Nasocort Aq; Humibid LA BID; Premarin 0.9mgm; Estring 0.2mgm; Lipitor 20mgm daily; Zetia10mgm daily; Patanol; Cymbalta; Mirapex 0.25mgm; Provigil 150mgm daily; NTG; ASA. ROS: Skin - no history of rash ...; Musculoskeletal - Patient has no stiffness, aching, pain, swelling or erythema of the joints; Cardiac - no history. His examination revealed a blood pressure of 110/60; pulse of 60; respiration rate of 16; and temperature of 98.7. He observed no musculoskeletal pain; and described her heart as normal. Her extremities exhibited no edema and no abnormalities of the joints. Impression: 1) CAD: 2) HTN: 3) Hyperlipidemia; 4) Depression; 5) PLMD. Plan: Collect screening studies.

02/14/2007     Bone mineral density (BMD) test interpreted by Dr. Jennifer Crawley. Indications: Height loss, HRT, Hysterectomy, Oophrectomy, Post-menopausal. AP Spine (L1-L2) T-Score: --0.7 - normal; DualFemur (mean): -1.5 - osteopenia.

02/27/2007     Seen by Dr. Hartman for an office visit. His handwritten notes indicate, "Osteopenia." Medications: Actonel 35 [ ]; Calcium 1500mg. Sinusitis - Levaquin 500mg; Claritin-D.

05/01/2007     Seen by Dr. Mittleman. Medication: Continues on Cymbalta 90mg and Provigil 400mg/day. Mrs. Levitt continued to be very pessimistic and tearful. Talked about her daughter's being ill, her husband's needing bypass surgery, and concerns about business. He noted that she was not overtly suicidal. He gave her referrals to new doctors. He wrote that medicines are needed to preclude exacerbation of severe immobilizing depression.

11/06/2007     An Echocardiograph for hypertension and s/p CABG at Kramer & Crouse Cardiology revealed: EF-45%, mild mid to distal antero-septal and apical hypokinesis, mild aortic valve sclerosis, mild mitral and tricuspid valve regurgitation, trace pulmonic valve regurgitation and PAP estimated at 30 mmHg.

11/28/2007     Dr. Venkat Pasnoori interpreted a Treadmill Radioisotope Cardiac Stress Test. Mrs. Levitt's current medications included: Atenolol, aspirin, Cymbalta, Lipitor, Provigil, and Zetia. Per the record, the patient was exercised on the treadmill on a Bruce protocol. Patient walked on the treadmill for 7 minutes 40 seconds and achieved 10.1 METs. Blood pressure and heart rate of 140 bpm, which is ~90% of age predicted maximum heart rate. The test was terminated secondary to achievement of target heart rate and fatigue. The patient had no chest discomfort during the procedure. Patient received 7.7mCi of technetium 99M sestamibi IV at peak stress. Conclusion: 1) Treadmill Radioisotope Cardiac Stress test did not show any evidence of ischemia or infarct; 2) Gated images showed normal left ventricular function with an overall estimated ejection fraction of 75%; 3) Compared to age and gender matched controls, the patient had good activity tolerance.

03/04/2008:     Seen by Dr. Hartman for a physical examination. Mrs. Levitt reported that her son-in-law developed stage IV melanoma with brain mets, and that her husband has been using that as an excuse to delay going for his own heart surgery. Dr. Hartman noted her problems with depression and treatment with a psychiatrist. She was also on an allergy program via Dr. Neiburger and was seeing her OB/GYN regularly. He noted that her cardiologist has increased her atenolol to 150mgm, and that she was on Zetia and Lipitor for hyperlipidemia, and hypertension with critical coronary disease that required stenting of the LAD and angioplasty. Current medications: Atenolol 150mg daily, Nasocort Aq, Humibid LA BID, Premarin 0.9mgm, Estring 0.2mgm, Lipitor 20mgm daily, Zetia 10mgm daily, Patanol, Cymbalta, Mirapex 0.25mgm, Provigil 150mgm daily, NTG, and ASA. His review of systems noted no history musculoskeletal pain and no history of cardiac palpitations, chest pain, exercise intolerance or heart murmur. Upon examination, her blood pressure was 110/60, and pulse was 60. Respiration rate was 16. He noted a normal cardiac exam. Impression: 1) CAD; 2) HTN; 3) Hyperlipidemia; 4) Depression; 5) PLMD. He planned to collect screening studies.

04/23/2008     Whole-body bone scan shows findings in the lumbar spine are consistent with degenerative changes demonstrated on current radiographs. There is no abnormality seen in the rib cage.

04/23/2008     2-view chest x-ray reveals no acute cardiopulmonary abnormality.

04/23/2008     4-view left rib x-ray shows 1) there is no acute abnormality seen in the left rib cage; 2) degenerative changes in the lumbar spine.

06/11/2008     Bone Mineral Density examination.  Assessment:  Femur neck mean - 0.816g/cm2 with a T-Score of -1.4.  Considered osteopenic, with a moderate fracture risk. Treatment was advised; AP Spine L1-L2 is 1.176g/cm2 with a T-Score of 0.2.  Considered normal, with a low fracture risk.

06/11/2008     Bilateral Digital Screening Mammogram - Stable breasts without radiographic evidence of malignancy.

03/23/2009     Physical examination indicates normal findings. BP: 110/60; Pulse: 60; regular RR: 16;  and T: 98.  Current medications: atenolol 150mgm daily, nasocort aq, humibid LA BID, premarin 0.9mgmm estring 0.2mgm, lipitor 20mgm daily, zetia 10mgm daily, patanol, cymbalta, mirapex 0.25mgm, provigil 150mgm daily, NTG and Asa.

05/01/2009     Medical note reads, "maxillary + sphenoid sinusitis".  Prescribed Keflex 500mg.

09/11/2009     Dr. Thomas Rosamond wrote an external correspondence regarding Mrs. Levitt's history. "In brief, I think it is likely that Vioxx therapy contributed significantly to the aggressive presentation of her coronary artery disease…Given the course of events, it seems likely based upon her historical information and what we now know in retrospect about Vioxx, that Vioxx likely contributed to her aggressive coronary artery presentation."

02/28/2011     Seen by Dr. Hartman for a physical examination.  Mrs. Levitt reported that she had stopped her medications, Zetia and Fosamax.  She had been seeing Dr. Samuelson to treat her depression, but had to switch due to insurance issues. Dr. Hartman recommended Dr. E. Kent Stevenson.  Current medications: Atenolol 150mgm daily; Nasocort Aq; Humigid LA bid, Premarin 0.9mgm, Estring 0.2mgm, Lipitor 20mgm daily, Patanol, Cymbalta, Mirapex 0.25mgm, Provigil 150mgm daily, NTG, and ASA.  Mrs. Levitt's father had just died, and had had leiomyosarcoma.  Physical examination was unremarkable.  Blood pressure was 130/60; pulse was 70 and regular, and respiration rate: 19. His impression: 1) CAD; 2) HTN: 3) Hyperlipidemia; 4) Depression; and 5) PLMD.

03/29/2011     In 2011, Mrs. Levitt was seen by Dr. Edward Stevenson (psychiatrist) per the referral of Dr. Hartman. Dr. Stevenson's Initial Outpatient Note lists three medications under both past psychiatric history and under current medications: Cymbalta 60mg, Provigil 200mg bid, and Xanax 0.25mg.  He noted that she had anxiety, and that her affect was sad.  His diagnosis: Axis I: Mjr[?] Depression; Axis II: "-"; Axis III: "-"; Axis IV: moderate; Axis V: Current: 55; Last year: 50[?]. Cymbalta 60mg was prescribed at this visit.

Mrs. Levitt is currently on .81mg asa; no other medications. Her average day now: She gets up at 2 pm and makes lunch (sandwich of peanut butter and jelly, or pasta.) She then checks email. She then goes, slowly, upstairs (15 stairs); if she goes quickly, she gets short of breath. She watches TV in bed for 4 hours. She falls asleep for a 1-hour nap. She gets up, and makes a meal of hot dogs, chicken, or pizza. She watches TV, and uses the internet for 2-3 hours. She goes to sleep at 2 am. She has crying spells once per month. She feels sad all of the time. She has gained weight -- 40 lbs. in the past 8 years. She had lost 20 lbs. over the past few years, and now is about 20 lbs. above her pre-CABG weight.

Mrs. Levitt has had no bulimia since she was a teenager. She told Dr. Middleman that she had the feelings that she had when she had bulimia (it "was not a big deal" – "teenage testing.")

Her zoning fight lasted 9 months in 2001. Dr. Middleman's note regarding zoning relates to a past issue.

Her sinusitis made her angry. She knew that this was temporary and that, "she would not die from it." She knew that, "it would not go on forever" and, "I could do something about it." Her sinusitis did not contribute - directly or indirectly - to her inability to work. It was not a significant contributing factor in her depression.

Regarding Mrs. Levitt's restless leg syndrome: Dr. Hartman advised she have a sleep study. She was put on oxygen following this. She had a drop in PM oxygen. She is on oxygen at night since 2003.

| Daily activities questions | |
|---|---|
| When you go walking with people of the same age as you, do you fall behind so they have to wait for you? | n/a |
| Can you have a shower without feeling breathless? | Takes bath with difficulty only once week |
| Do you have difficulty making a cup of tea because you get breathless? | no |
| Could you carry a shopping bag up a flight of stairs without having to stop? | Limit to 15 lbs |
| Do you quickly become breathless and have to stop if walking uphill? | no |
| Can you get dressed without having to stop because you feel breathless? | yes |
| Do you get breathless bending down to tie up your shoelaces? | n/a |

| | |
|---|---|
| Do you get breathless walking around from room to room on the level in your house? | no |
| When you are sitting down and not doing anything, do you often get breathless or exhausted? | no |
| Do you have to walk upstairs more slowly or have to stop part way up the stairs to avoid getting breathless? | Yes slow. No stop required |
| Do you often experience shortness of breath after walking a few yards or at rest? | no |
| Do you often refuse to join in activities because you will get breathless? | n/a |
| Do you have difficulty with washing, dressing and moving around the house because you get breathless? | no |
| Do you get out of breath or feel limited when you are going about your normal daily activities? | no |
| In the last month, have you been prevented from doing something you wanted to do because it involved some walking or climbing stairs? | n/a |
| Do you get breathless doing a basic shop at the supermarket? | no |
| Can you walk up 1 flight of stairs without stopping? | Yes slowly |
| Can you walk up 2 flights of stairs without stopping? | n/a doesn't try |
| Do you frequently get breathless at rest? | no |

Relevant quotes from Mr. Bazan's deposition on impairment:

Page:   13
1           A.    Well, it's a small family-run business
2      owned by -- by the husband Jim and the wife Jo.  Jo
3      was Chocolate Soup.

4       Q.    And was she working full-time then?
5       A.    Oh, no.  Huh-uh.  Barely saw her.
6       Q.    Was Jim Levitt working full-time then?
7       A.    Jim was not working full-time.  He had
8    some health issues, too.  And I'm trying to think.
9    Probably around '08 or '07, somewhere off in there, I
10   don't remember the exact time, but he had some health
11   issues, too.  Basically, those last few years, I was
12   running the whole show, so.
13      Q.    When, approximately, did -- did it
14   happen that you started running the whole show at the
15   company?
16      A.    Well, Jo -- I can't remember when she
17   had her heart attack.  I don't remember the years.
18   But there was a period of time right after she had a
19   heart attack where she couldn't work.  She didn't
20   have any energy.  She didn't have any stamina.  We
21   barely saw her.  What you have to appreciate, she was
22   the design person, the creativity person of Chocolate
23   Soup.  And they've been around since 1969, you know.
24   And she was the -- in the clothing business, the

Page:  14
1    designer and the -- she ran the production, you know.
2    They're everything to the business, you know.
3    Centers around that function.  If you're having --
4    you got -- clothes evolve, you know, fashions change.
5    And she was that person that was the -- she was the
6    one who made it go, you know.
7       Q.    And did she stop -- strike that.  Let
8    me ask this again.
9              Did she slow down working immediately
10   after her heart problems?
11      A.    Yes.  These people's personal lives
12   are very private.  There was a period in there where
13   it was like where's Jo, you know, how's Jo, where's
14   Jo, you know, we didn't see her.  And then I'm
15   thinking like this -- do you know when she had her
16   heart attack?
17      Q.    It was in 2000.
18      A.    2000?
19      Q.    Uh-huh.
20      A.    Oh, okay.  Yeah, it was immediate
21   impact after that.  She just couldn't -- she couldn't
22   work, you know.  I saw some things firsthand, you
23   know.

24       Q.   And so it was immediately after her

Page:  14
1     designer and the -- she ran the production, you know.
2     They're everything to the business, you know.
3     Centers around that function.  If you're having --
4     you got -- clothes evolve, you know, fashions change.
5     And she was that person that was the -- she was the
6     one who made it go, you know.
7        Q.   And did she stop -- strike that.  Let
8     me ask this again.
9           Did she slow down working immediately
10    after her heart problems?
11        A.   Yes.  These people's personal lives
12    are very private.  There was a period in there where
13    it was like where's Jo, you know, how's Jo, where's
14    Jo, you know, we didn't see her.  And then I'm
15    thinking like this -- do you know when she had her
16    heart attack?
17        Q.   It was in 2000.
18        A.   2000?
19        Q.   Uh-huh.
20        A.   Oh, okay.  Yeah, it was immediate
21    impact after that.  She just couldn't -- she couldn't
22    work, you know.  I saw some things firsthand, you
23    know.
24        Q.   And so it was immediately after her

Page:  15
1     heart attacks in 2000 she stopped working completely?
2        A.   Pretty doggoned much, yeah.  And then
3     maybe in a very limited capacity if -- she would
4     still go -- try to go on the buying trips with us.
5     There's two parts to Chocolate Soup.  There's the
6     manufacturing side, and then there's the stuff that
7     we buy that we don't make; blue jeans, coats,
8     et cetera.  Chocolate Soup was a unique look of
9     appliqued clothing.  That was our forte.  And that
10    was -- that was kind of like the movie.  That's why
11    they came to the movie, but -- excuse me, they'd buy
12    the blue jeans, they'd buy the other stuff, which is
13    the popcorn, so.  Yeah, she was the creative talent.
14    No doubt about it.
15        Q.   And the applique clothing was the

16    clothing that was manufactured by Chocolate Soup?
17        A.    Yes.
18        Q.    And then there were other clothes that
19    were purchased and sold by Chocolate Soup?
20        A.    Yes.
21        Q.    Well, we'll get back to the business a
22    little bit more.
23            Did you -- besides the Levitts, did
24    you talk with anyone to prepare for this deposition?

Page:   32
1    But this guy had a lot of talent, you know.  And
2    Mrs. Levitt worked on getting him with a 10-year work
3    permit or whatever the visa is.  Or a permanent
4    residency.  And couldn't do it.
5        Q.    What did that work involve for her?
6        A.    What's that?
7        Q.    What did that work involve for her in
8    trying to shift to a bakery?
9        A.    Had to redo the whole front end of the
10    restaurant.  It was a major reconstruction, that
11    front end, which she did the designing on.  Painted
12    the inside with a bright blue auto paint.  The place
13    was -- actually it was pretty cool.  The lady had a
14    lot of creative ideas, you know.  And just about
15    ready to open.  And I don't remember if that was '06,
16    '07, you know.  But Frederick had to go back to
17    France.  That idea kind of went down the tubes.
18        Q.    What did she do to design it?  Did
19    she work with someone, or?
20        A.    We had -- we had a gentleman on the
21    payroll up there by the name of Mark Moore, who was
22    very good in construction.  And he was very good in
23    running the maintenance up there.  So if Jo wanted
24    something done as far as design layout, whatever, she

Page:   33
1    would basically communicate her ideas to Mark and
2    they would do it, you know.
3        Q.    So the restaurant was really her
4    thing?  Is that accurate?
5        A.    (Indicating.)
6        Q.    She was leading the charge on the
7    restaurant.  Is that accurate?

8      A.    Leading the charge?  As best she
9   could.  But she didn't have a lot of stamina.  She
10  didn't have any energy.  There was times where she'd
11  go to Lincoln and not come out of her room, you know.
12  I had that same experience on some buying trips.  It
13  wasn't good.
14      Q.    Did you talk with her about that at
15  all?
16      A.    Huh?
17      Q.    Did you talk with her about those
18  experiences at all?
19      A.    (Indicating.)
20      Q.    When she wouldn't come out of her
21  room, did you ever have any conversations with her
22  about that?
23      A.    Well, I'll relate to you an experience
24  that happened when we were in Vegas.  We do two

Page:  34
1  buying trips a year.  There's -- it's called the
2  MAGIC show.  It happens in February, happens in --
3  sometime in August.  And we were working -- well, we
4  were done working for the whole day.  And it's a real
5  grind.  It's like eight to six.  Because her and I
6  basically went out -- at some point we started
7  bringing a third lady -- or another lady with us, I'm
8  sorry, to help do the picking.  My side of the buying
9  part of it, I was the numbers guy.  I had a history
10  of how we'd performed with each vendor, how margins
11  were.  I actually had pictures of everything that
12  we'd bought from them, thumbnails.  So when we were
13  going to go work that line the next year at the
14  booth, I mean, I could bring it out and show her
15  visually what -- you know, what we did, whatever.
16  Anyway, it scared the hell out of me.  We started
17  working at one booth and she was doing okay.  I mean,
18  she was in there picking.  I thought, gosh, this is
19  kind of the old Jo, you know.  And about an hour
20  later she just disappeared, you know.  Well, I
21  assumed she went to the bathroom.  So I set there
22  like an idiot for 15, 20 minutes thinking she's
23  coming back, just waiting on her to come back.  And
24  she didn't come back.

Page:  35
1      Q.    She didn't say anything before she

2   left, to you?
3          A.   No.  So I went upstairs to the
4   restroom area just to see if I could find her.  You
5   know, I didn't know if she had a relapse, if she had
6   a heart problem, you know, I don't know.  You know?
7   And so I finally called Jim and said, Jim, I don't
8   know where in the hell Jo went.  And I said can you
9   try to call her.  I said I've called her cell phone,
10   she won't answer, you know.  So he called me back
11   about a half hour later and says she's done.  Do the
12   best you can.  So.
13          Q.   Had you heard about anything like that
14   happening with her before?
15          A.   Yeah.
16          Q.   Or seen it?
17          A.   What's that?
18          Q.   Or seen it?
19          A.   Yeah, there was another buying trip
20   where we'd walk -- we were standing at Bally's and we
21   walked to Paris for dinner, which is not too far
22   away.
23          Q.   This is in Vegas as well?
24          A.   Yeah.  And we made it over there fine.

Page:   36
1   We had a good dinner, you know.  I don't recall if we
2   were with a vendor or not.  But we walked back and
3   about halfway back, she basically said I'm not
4   feeling very well, and she started -- she looked real
5   pale.  We actually set down at one of the water
6   fountains out there in front of Paris for, I don't
7   know, 15 minutes, and I said do you want me to call
8   911, you know -- you know, what do you want me to do,
9   you know.  She said just get me back to the room.  So
10   we set there for a while.  And she got better.  And
11   basically I wouldn't say I carried her back to the
12   room, but I would -- you know, she was holding on,
13   and I got her back to the room.  And I don't believe
14   she went to work the next day either, so.
15          Q.   When do you think that was?
16          A.   '06, '07.  That's just my best guess.
17          Q.   Six to seven years after she had her
18   heart problems?
19          A.   It might have been a few years after
20   that.  But it was definitely after she had her heart
21   attack, yeah.

22        Q.   What did it look like to her?  Like
23    she was -- to you?  Did it just look like she was
24    tired?  Or how would you describe the state she

Page:   37
1    seemed to be in?
2        A.   No stamina.  Lack of energy.
3        Q.   Did she seem depressed?
4        A.   She was -- there were signs of
5    depression, yeah.  Yeah.
6        Q.   What signs of depression are you
7    thinking of?
8        A.   Irritability, sadness, inability to
9    function, if you know what I mean.  I've seen
10    depression my whole life, starting with my mother.
11    And she had the symptoms of it, you know.
12        Q.   Did you notice anything like that
13    before 2000?
14        A.   Oh, no.  No.  Jo?  No.  She was -- she
15    was a energetic workaholic, you know.
16        Q.   Did she ever take vacations before
17    2000?
18        A.   I guess, yeah.
19        Q.   And do you know about any of them?
20        A.   Not really.  Their -- their private
21    lives -- or excuse me, their personal lives are very
22    private.  They don't tell a lot of people what they
23    do or where they've been.  They're very private about
24    that.  I always respected it.


Page:   38
1        Q.   You just didn't want to pry?
2        A.   What's that?
3        Q.   You didn't want to pry?
4        A.   They're the bosses, you know.
5        Q.   You said she was a workaholic, I
6    think?
7        A.   Yeah.
8        Q.   How much would she work?
9        A.   Eight, 10-hour days.  Or more.  When
10    we would go to -- on buying trips before -- before
11    she had her heart problems, she'd wear me out.  I
12    mean, it was always, okay, let's go one more place,
13    let's go here, let's do this, let's go see this line
14    here.  You know?  It was like okay, you know.  Okay,

15    let's go do it, you know.  But before she had the
16    heart attack, we'd go to the shows.  I mean, my God,
17    we got there whenever it opened.  If they opened at
18    eight, we were there at eight.  If they closed at
19    6:30 -- we were still working at 6:30, I mean, you
20    know.  The way the buying works, she was the picker,
21    but I had all the analytical information and pictures
22    from last year.  And she basically would rate what
23    she saw.  She was always looking for trends, you
24    know.  She was a designer, you know, really good

Page:   39
1    buyer.  Hell of a good buyer.  And always looking for
2    that leading edge trends in kids, you know.  It
3    doesn't change as much as it does in ladies.  But,
4    oh, yeah, there was times where we'd work 6:30 and,
5    you know, some client would take us to -- not client
6    sorry, vendor would take us to dinner and, you know,
7    you'd get back to your room at 10:00 and you're up in
8    the morning at 6:00 ready to go again.  But yeah, she
9    was a real trooper.  She was really good at it.
10        Q.   And you'd do those buying trips twice
11    a year, is that what you said?
12        A.   We used to do more in the -- I'm going
13    to say I really got active in the buying somewhere in
14    the mid '90s, I think.  She and I used to do Vegas
15    twice a year, New York three times a year.  So we'd
16    do five trips.  And they were -- everybody said, oh,
17    gosh, I wish I could go to New York and have all the
18    fun you're having, and I'd go you're welcome to take
19    my place any time you want to.
20        Q.   Because you were working these six
21    a.m. to who knows how late days?
22        A.   Yeah.  It was -- it was pretty
23    involved.  Jo's hell fire.
24        Q.   Did she do a five-day week?  Would she

Page:   40
1    work six or seven days?  How many days a week was she
2    doing these 8- to 10-hour days?
3        A.   Full-time yeah.
4        Q.   Full-time meaning?
5        A.   Every day.  Yeah.
6        Q.   Every day five days a week, every day
7    working on weekends?
8        A.   Well, that I wouldn't know.  You know,

9    I knew on some occasions that she was there on the
10   weekends, just from, you know -- from the production
11   guy would come to me and said, oh, Jo must have came
12   in because we've got a bunch of work that was
13   released, you know.
14       Q.   Let's back up and talk about your role
15   at Chocolate Soup.
16       A.   Okay.
17       Q.   You started in about 1980?
18       A.   Yeah, January 1980.
19       Q.   And that was when the hotel had been
20   purchased in Lincoln; right?
21       A.   Yes.
22       Q.   And so what was your -- well, strike
23   that.
24           And you'd been doing some accounting


Page:  77
1       A.   Yeah.
2       Q.   Now, in the '90s when you said it was
3   doing well, do you have any idea what the profits
4   were?
5       A.   Cash flowing a million bucks.
6       Q.   And when you say cash flow, you mean?
7       A.   EBITDA. E-B-I-T-D-A. Earnings before
8   interest, tax, depreciation and amortization. And
9   the debt service at that point was maybe 400,000 a
10   year. So it was doing -- doing very good.
11       Q.   Is that after the renovations?
12       A.   Yes.
13       Q.   And was the debt service primarily
14   to -- for the cost of renovations?
15       A.   Yes. Well. And the existing
16   mortgage. The existing mortgage and the new money
17   rolled into the -- rolled into it.
18       Q.   And did both the hotels -- both the
19   hotel and the restaurants decline in business?  Or
20   was it just one or the other?
21       A.   Well, it just -- from its peak, the
22   restaurants were doing -- the restaurant and banquet
23   facility were doing in its heyday like a million
24   eight. You know, it was pretty good profitable. The

Page:  78

1    hotel now when you get around to the 2000s, it
2    started to slip, okay?  The numbers speak for
3    themselves if you'd have saw it.  But -- so what's
4    the plan?  Well, their plan was, okay, the business
5    needs to evolve.  Well, let's get the restaurant back
6    up to where it's covering debt service.  Chocolate
7    Soup then doesn't have this lug going over here on
8    the hotel.  We'll do fine over here on the soup side.
9    You know?  Just unfortunate she -- she just didn't
10   have any get-up-and-go.  I mean, it just -- no
11   stamina, no -- no energy as versus pre-heart attack.
12   I mean, pre-heart attack, that woman was a dynamo.
13   She really was.
14        Q.    Was there ever any conversation about,
15   you know, hiring somebody to do the kinds of things
16   that she did?
17        A.    To replace Jo?  I don't think you
18   could replace Jo.  No way.  She was that good.
19        Q.    But was there any -- accepting that
20   everybody's unique, was there any thought, you know,
21   we're not getting the same contribution that we -- we
22   used to from Jo, maybe we need to find somebody else
23   to help out on this?
24        A.    No.  We just needed more of her is

Page:  79
1    what we needed.  She went off salary at some point.
2    I'm going to say sometime in the early 2000s.
3    Totally went off salary when she wasn't working.  It
4    was only Jim getting the salary.  And then, you know,
5    now we get to '06, '07, '08, you know, then Jim
6    finally quit taking a salary.  These people did
7    everything they could to try to reorganize the
8    business, you know, get it to survive, get the hotel
9    sold.  If the hotel would have sold for the 8.5
10   million, I'd still be working for them.  I mean, it
11   wiped out -- it would have wiped out all the debt at
12   Chocolate Soup.  We would have started with a fresh,
13   clean slate.  It was unfortunate that sale just
14   didn't make it.  So that was his out plan.
15           The other thing that the business was
16   evolving in this -- in this time frame, I'm saying
17   from the 2000s going forward here, that it was --
18   it's prohibitively expensive to manufacture clothes
19   in the United States; i.e., there is next to none
20   manufacturing in this country.  Well, we started

21     developing -- with her input, we started
22     developing -- oh.  When you went to the MAGIC show,
23     there was two other shows, there was the off-price
24     shows where you went to look for bargains, and then

Page:   80

1     there was an overseas trade show.
2          Q.    These are shows to purchase clothing?
3          A.    Yeah.  They ran in conjunction with
4     MAGIC.  When you go to MAGIC, there's -- the MAGIC
5     show stands for Men's Apparel Guild In California.
6     But they have women's, ladies, kids retail booths --
7     not retail booths, vendor booths.  Then they have an
8     off-price show where there was bargains to go look
9     for.
10         Q.    And this is in Vegas?
11         A.    Yes.  And then in addition to that,
12    they have an overseas manufacturing.  We spent -- oh,
13    we would go over there and -- we made some contacts.
14    We actually got a -- what we wanted to do was, you
15    know, basically wind down the manufacturing at Soup
16    and start making with our label overseas.  Okay?
17         Q.    When did that thought start?
18         A.    Early 2000s, I guess.  You know?  And
19    constantly kind of going forward.
20         Q.    Jo -- Ms. Levitt, when she testified,
21    said that she had been in the Philippines when
22    Imelda -- when Marcos fell.  Do you remember anything
23    about that?
24         A.    I was there, too.


Page:   89

1     got to evolve, we're going to have -- okay, let's
2     start trying to get some of this stuff made overseas
3     so we can get some decent gross profits back in here
4     in the business and go on down the road.
5          Q.    So the sales for Chocolate Soup, I
6     mean, there wasn't a demand problem, your sales were
7     fine; is that right?  It was the cost of producing in
8     the U.S. and the cost of subsidizing the hotel as it
9     started to lose money, is that --
10         A.    Yeah, and then we ran -- then -- then
11    as we -- we ran into cash crunches, okay?  I couldn't
12    buy -- Mr. Levitt would set up what he wanted, how

13    many units he wanted of pants, how many units he --
14    it's called an open to buy, of tops, pant sets, for
15    example. Okay? He would work up the numbers. My
16    job was to try to go find them, take Joe or when Jo
17    couldn't travel anymore, take another lady with me to
18    do the picking and buy them -- buying the stuff.
19    And, you know, I did pretty good -- I did pretty
20    good.
21         Q.    Who was the other lady that you would
22    take after Jo Levitt couldn't go?
23         A.    We had a lady that she was what we
24    call our accessory buyer. Her name was Jane Wilkes.


Page:   93
1    manufacturing offshore, would the Chocolate Soup
2    branded apparel have been a larger part of the sales?
3    Was that the plan?
4         A.    Well, at that point if you're not
5    doing any manufacturing, you're doing what the Ralph
6    Laurens of the world do. I mean, you have Ralph
7    Lauren label, but it's made everywhere, you know. So
8    the goal was we'll have the Chocolate Soup label and
9    we'll have it made in various countries.
10        Q.    And if you'd been able to reduce the
11    costs of producing Chocolate Soup labeled apparel --
12    well, strike that.
13         I'm trying to understand was the
14    percentage reduction in the apparel in the stores
15    that was Chocolate Soup branded, was that because of
16    the cost of production? Or were there other factors
17    that caused that change?
18         A.    Quite honestly, a lot of it was
19    because Jo was in charge of the production, she was
20    in charge of the designing, the creative ideas. When
21    she couldn't work, things would sit in the plant
22    that -- just waiting on somebody to put the okay on
23    it so we could get it into production. You know?
24    And so they would come to me and, you know, what do

Page:   94
1    we do? And I go I guess send people home if she --
2    you know, if you can't get an answer from her, you
3    know, I'll speak to Jim and see what I can get done
4    on it. You know? And then occasionally sometime she
5    would -- I would find out Monday morning, production

6   guy would come in and say, well, she must have been
7   in over the weekend because we released a thousand
8   garments into sewing or something, you know.
9       Q.    And that was a new problem after the
10  heart attack?
11       A.    Yeah.
12       Q.    And you don't remember having that
13  problem at all before she had --
14       A.    Oh, God, no.
15       Q.    -- the heart attack?
16       A.    If you would have known her -- see,
17  I've had the pleasure of knowing her for -- since
18  '70 -- '80. And up until the time she got sick, one
19  of the most astute, shrewd, creative business people
20  I've ever known -- I've ever worked with.  She's
21  pretty good.  Like I say, in essence, how you
22  describe Chocolate Soup, Jo Levitt was Chocolate
23  Soup.  That's what it was.
24       Q.    And so you would say that until the --

Page:  95
1    these financial problems occurred in the 2000s with
2    the credit issues, it was a very successful company,
3    in your mind?
4       A.    Oh, yeah.  Yeah.  Things changed
5    dramatically when her health went south.  I mean, it
6    just wasn't the same.  It just wasn't the same.  You
7    know?
8       Q.    Do you know what the maximum profits
9    for the manufacturing and retail clothing were in any
10  year?
11       A.    It was a lot.  I just don't -- I mean,
12  I got no numbers here to go back and look.  I'm
13  sorry.
14       Q.    Do you know what time period the
15  clothing business was the most successful?
16       A.    Pre-heart attack. '80s. Late '80s
17  and '90s were very good years.
18       Q.    I'm going to mark -- hopefully, this
19  will solve the number problem.
20       MR. WILLIAMS:  Are we on No. 5?  Mark
21  this as Exhibit 5.
22       (Bazan Exhibit 5 was marked for
23  identification.)
24  BY MR. WILLIAMS:

Page:   114
1      interest payments, so the idea was to try to reduce
2      the payroll?
3           A.    Yeah.  Yeah.  After '08 I -- you know,
4      at the end of '08, by that point, the -- the hotel
5      was gone.  The bank repo'd it.  If that deal would
6      have went through in December of '08, it would have
7      been really nice.  So at the end of '08, then it was,
8      you know, where do we go from here?  Well, that did
9      cut some of the interest load down.  'Cause we didn't
10     have to have the mortgage debt to worry about
11     anymore.
12          Q.    But you went from thinking that you
13     were going to make a profit of about $4,000,000-plus
14     to just not having that hotel anymore, period; right?
15     That's what happened when the bank repo'd it?  And
16     the sale fell through.
17          A.    What's that now?
18          Q.    You said earlier, I think, that there
19     would have been $4,000,000 or so above the mortgage
20     amount that would have -- could have been fused into
21     the Chocolate Soup business if that --
22          A.    Yes.
23          Q.    -- sale had gone through?  So once the
24     bank took control of the hotel, you got rid of the


Page:   118
1           A.    Yes.
2           Q.    Were there other kinds of large scale
3      strategic issues that were going to need to be
4      addressed in the business?  Or even small scale
5      issues that were going to need to be addressed?  What
6      kinds of issues was Chocolate Soup facing in addition
7      to this cash problem and inventory -- related
8      inventory problem in 2008?
9           A.    Well, you know, I guess I go back to
10     if -- the other half of the equation was if we could
11     have got -- if Jo's health would have been good
12     enough in 2009 to come back and work like she did
13     pre-heart attack, yeah, things would have been
14     different.  I mean, most -- most buyers in kids'
15     clothes, okay, are women.  Why?  Moms buy kids'
16     clothes.  Okay?  I did the best I could.  And I -- I

17    learned to pick what was selling because I had these
18    nice photographs of what sold last year and stuff.
19    But you always wanted the woman's opinion.  'Cause Jo
20    was, Bob, that's out of style.  That's the wrong
21    color denim.  You got to be over here.  This is
22    new -- you know?  You know, she got -- so instead of
23    buying denim from last year, maybe black denim, she's
24    saying no, black denim is out this year, we got to be

Page:  119

1    going over here in this direction, buy this, a
2    different wash formula.  Just an example I'm trying
3    to make you there.
4        Q.    What about Jane Wilkes?
5        A.    Jane was a part-time employee.  She
6    worked two days a week.  She liked what she did.  She
7    bought our accessories.  Its stocks -- excuse me,
8    socks, hair bows, related stuff.  Stuff -- stuffed
9    animals.  Plush was pretty good for us.  So that was
10    kind of her niche back there.  But I never was for
11    sure when -- because of Jo's health, when a major
12    vendor was coming in, which they would come in to
13    Kansas City, fly the line in from New York, I was
14    never sure 100 percent that Jo was going to show up
15    that day, you know.  She said she was going to be
16    there.  But just in case, I always brought Jane in
17    that day, just to -- if Jo didn't show up, then, you
18    know, Bob and Jane would do the best they could with
19    it.
20        MR. WILLIAMS:  Let's go off the record
21    for a second.
22        (Off the record.)
23    BY MR. WILLIAMS:
24        Q.    So backing up a bunch of steps.  We've

Page:  119

1    going over here in this direction, buy this, a
2    different wash formula.  Just an example I'm trying
3    to make you there.
4        Q.    What about Jane Wilkes?
5        A.    Jane was a part-time employee.  She
6    worked two days a week.  She liked what she did.  She
7    bought our accessories.  Its stocks -- excuse me,
8    socks, hair bows, related stuff.  Stuff -- stuffed
9    animals.  Plush was pretty good for us.  So that was

10    kind of her niche back there.  But I never was for
11    sure when -- because of Jo's health, when a major
12    vendor was coming in, which they would come in to
13    Kansas City, fly the line in from New York, I was
14    never sure 100 percent that Jo was going to show up
15    that day, you know.  She said she was going to be
16    there.  But just in case, I always brought Jane in
17    that day, just to -- if Jo didn't show up, then, you
18    know, Bob and Jane would do the best they could with
19    it.
20           MR. WILLIAMS:  Let's go off the record
21    for a second.
22           (Off the record.)
23    BY MR. WILLIAMS:
24       Q.    So backing up a bunch of steps.  We've

Page:   121
1     Whatever else a sales manager kind of does, I guess.
2        Q.    Was she involved in decisions about
3     what to stock at the stores?
4        A.    No.  No.  None whatsoever.  Oh, she
5     offered me ideas, don't let me get that wrong.  She'd
6     go, hey, we're doing really well with this or
7     something.
8        Q.    But she didn't go buy clothes --
9        A.    No.
10       Q.    -- with you and Jo?
11       A.    No.
12       Q.    And was it generally just you and Jo
13    Levitt who went to these events where you would
14    purchase clothing?  Or were there other people?
15       A.    Well, up to about 1990 -- up to '92 or
16    so it used to be Jim and Jo.  Okay?  Jim and Jo went
17    to all the shows.  Jim and Jo did all the buying.
18    Jim thought on the numbers side of it I had a pretty
19    good knack for it.  And pretty soon as I would do the
20    analysis on the order -- try to give you an example.
21    Maybe she's got a thousand pantsuits on the order.  I
22    looked last year and we bought 3,000 from them and
23    had a 90 percent sell through with 65 point gross
24    margins.  Okay, then we would kind of meet, hey, Jo,

Page:   122
1     based on this you need to get more pantsuits.  Then

2      she'd go back through what she picked and say, well,
3      I like this one better, do this, this, and this.  And
4      then it became her and -- her and I.  We traveled --
5      we dredged New York from mid '90s all the way up
6      through 2001.
7              Q.    And so your role was essentially to
8      give her information about sales of previous year,
9      negotiate prices, things like that?
10             A.    Yeah, I was -- I would -- as far as
11     I'm concerned, she's the boss.
12             Q.    Uh-huh.
13             A.    Okay?  I'm the assistant.  Yes, I
14     supplied information to help her make good decisions.
15     Okay?  Or pick what she wants, you know.  Like my
16     example I gave you earlier on the jeans, she'd go,
17     no, that's fine, this is the style that's in this
18     year, but.  And then a lot of that wears off when you
19     work with somebody that long.  And then, you know,
20     obviously the last three or four years it was kind of
21     me winging it, you know.  I learned a lot from her.
22             Q.    The -- did you feel like you knew
23     enough to do it on your own?
24             A.    No.  I have.  It took me a lot longer

Page:  123

1      than it would take her to do it.  'Cause I can look
2      at history lessons, okay?  And say we did very well
3      with sundresses from Good Lad that are applique, you
4      know.  I was kind of a walking computer on prices,
5      you know.  If we needed sundresses, I'd go, well,
6      let's go over there, I know they've got some for like
7      seven bucks, you know.  So I was good on the -- very
8      good on the numbers ends of it.  But it was a team
9      effort with her and I.  She does the picking.  We
10     used what was called a star system.  Literally, she
11     would go like this on a catalog or a picture that
12     they gave us.  Okay?  And, you know, one star -- four
13     stars meant we liked it better.  Okay?  Et cetera,
14     et cetera.  If she really liked something, she'd go
15     like that (indicating).  Okay?  Well, then it was my
16     job --
17             Q.    When you say go like that, you marked
18     down a whole bunch of stars there?
19             A.    Yeah, a whole lot of stars.  It was
20     the star system we called it.  Well, it was then my
21     duty to convert that into quantities that I thought

22    we could sell.  In other words, if I thought -- here
23    I probably wouldn't even order that.  Just drop it
24    out.  Here maybe I'd try -- depending on the number

Page:   123
1    than it would take her to do it.  'Cause I can look
2    at history lessons, okay?  And say we did very well
3    with sundresses from Good Lad that are applique, you
4    know.  I was kind of a walking computer on prices,
5    you know.  If we needed sundresses, I'd go, well,
6    let's go over there, I know they've got some for like
7    seven bucks, you know.  So I was good on the -- very
8    good on the numbers ends of it.  But it was a team
9    effort with her and I.  She does the picking.  We
10    used what was called a star system.  Literally, she
11    would go like this on a catalog or a picture that
12    they gave us.  Okay?  And, you know, one star -- four
13    stars meant we liked it better.  Okay?  Et cetera,
14    et cetera.  If she really liked something, she'd go
15    like that (indicating).  Okay?  Well, then it was my
16    job --
17        Q.     When you say go like that, you marked
18    down a whole bunch of stars there?
19        A.     Yeah, a whole lot of stars.  It was
20    the star system we called it.  Well, it was then my
21    duty to convert that into quantities that I thought
22    we could sell.  In other words, if I thought -- here
23    I probably wouldn't even order that.  Just drop it
24    out.  Here maybe I'd try -- depending on the number

Page:   124
1    of stores we had, maybe I'd try seven -- six dozen.
2    Depends on the vendor pack and quantity.  Over here
3    I'd go, well, she really likes it, okay, so I'd go
4    back and go how deep can I really sell something that
5    we really think's hot, you know.  Okay, I like the
6    price, that's a sharp price, compared to last year,
7    yeah.  Then I'd look at pace of sales.  Pace of sales
8    is if 120 come in and the first week they're on your
9    floor you sell 80 of them, that's a hot seller.
10    Okay?  I also had systems -- programs that would show
11    that to me.  Okay?  And I'd jump back on the vendor
12    and see if we could get a reorder on it.  Okay?  It
13    was a team effort.  But she was -- she was the
14    designer.  She's the creative -- she's a creative

15    person. She's looking at trends, you know. Fashions
16    don't stay the same. They don't stay the same.
17        Q.   Did you and she ever disagree about
18    what ought to be purchased or how much ought to be
19    purchased?
20        A.   Oh, yeah.
21        Q.   How would that interaction go?
22        A.   She'd hear me out and I'd hear her
23    out. I knew the order. She was the boss. And I
24    worked there. And, you know, I wouldn't say I caved

Page:   125
1     in. But her -- she's so talented that I'm going to
2     respect her opinion on how well she likes something
3     more than I'm going to respect my opinion on how well
4     I like it. Because women buy kids' clothes. Not
5     men.
6         Q.   Were there times where you convinced
7     her not to buy something?
8         A.   What's that?
9         Q.   Were there times when you convinced
10    her not to buy something?
11        A.   Oh, yeah. Yeah.
12        Q.   And what kind of arguments would you
13    use to convince her not to buy something?
14        A.   Had to be very tactful.
15        Q.   But I assume you -- you weren't going
16    to say -- or your primary role was not to say, well,
17    actually I just think that's unattractive. You'd
18    talk more about, well, certain things are selling in
19    our stores and maybe that's not the kind of thing.
20    Is that the kind of argument that you'd make?
21        A.   Yeah. If -- again, they were the
22    owners. Okay? I did not own any stock. So I got to
23    kind of say, okay, it's their business. Okay? But
24    if I didn't like something and I had -- had some

Page:   161
1     very private. And you'd kind of hear something here
2     or something there. Jim would say something to me.
3     Initially I think she had a stent put in. I couldn't
4     tell you when. It didn't work. I believe then three
5     to six months later they did open heart surgery on
6     it. And, you know, we just didn't see much of Jo
7     after that, you know.
8         Q.   Did you see her between those two

9   events?
10       A.   What's that?
11       Q.   Did she come in to work between those
12   two events?
13       A.   Wow.  I can't honestly say.  That's 13
14   years ago.  I don't know.
15       Q.   Do you know if she'd ever missed work
16   for -- can you -- strike that.
17           Do you remember her missing work for
18   health reasons before the heart attack?  The heart
19   problems.
20       A.   Jo was a workaholic.  I'm sure at some
21   point in 30 years she took a day or two off for a
22   cold or flu or whatever.  But no prolonged periods
23   like what happened after her heart attack.  I mean,
24   it's night and day.


Page:   162
1        Q.   Did you think she worked too much
2    while she was working all that time?
3        A.   I was working as much.
4        Q.   Did she ever say anything about people
5    telling her to work less?
6        A.   She never said that to me, no.
7        Q.   And did you ever notice any issues
8    with fatigue for her before she had the heart issues?
9        A.   No.
10       Q.   When she had her stents placed and had
11   her surgery, did you go to see her in the hospital?
12       A.   No.
13       Q.   Do you know if anybody from Chocolate
14   Soup went?
15       A.   No.
16       Q.   You don't know, or nobody did?
17       A.   No.  Nobody did.
18       Q.   Okay.
19       A.   These -- I hate to repeat it.  But
20   these people's private lives are -- or personal lives
21   are very private.  You know?
22       Q.   More so than you think is usual?
23       A.   People are who they are.  You know, I
24   worked there 30 years and maybe went to dinner with


Page:   164

1  feeling well.
2      Q.    Do you know if she worked from home?
3      A.    There's not much you could do when
4  you're in design.  Because all the final approval on
5  how we're going to embellish this garment, I mean,
6  you can't do that at home.  She'd have to go out and
7  look at it.
8      Q.    Were samples ever sent to her at home,
9  as far as you know?
10     A.    I don't know.
11     Q.    Do you know anything about any other
12 medical issues with Jo Levitt?
13     A.    No.  Oh.  Let me re-answer that.  She
14 had sinus problems.
15     Q.    Did she ever talk about those?
16     A.    No.
17     Q.    How did you know she had sinus
18 problems?
19     A.    Off the record, please.
20     Q.    You need to answer the question on the
21 record.
22     A.    Huh?
23     Q.    You need to answer the question on the
24 record.


Page:   167
1  lawsuit?
2      A.    The day you called.
3      Q.    Were you surprised?
4      A.    Yes.  Because I thought this was --
5  Merck settled that thing years ago, so.
6      Q.    But you didn't know about this
7  specific lawsuit before then?
8      A.    No.
9      Q.    You just -- you're referring to you
10 thought Merck generally settled Vioxx claims a long
11 time ago?
12     A.    Yes.
13     Q.    Okay.  When she had these heart
14 problems, I mean, were there significant events going
15 on at the business?  Were you opening new stores or
16 anything like that?
17     A.    No.
18     Q.    Do you know if she had been -- how
19 much did she travel, generally?

```
20        A.    What's that?
21        Q.    How much did Jo Levitt travel,
22   generally?  Five trips a year you've mentioned?
23        A.    Pre-heart attack, we went -- we made
24   five business trips a year.
```

Based on the above, I am supplementing my previous opinion relating to Mrs. Levitt's impairment.

Differential diagnosis for Mrs. Levitt's CABG and stent:

1. Atherosclerosis
2. Cardiomyopathy, Dilated
3. Coronary Artery Vasospasm
4. Diabetes Mellitus, Type 1
5. Diabetes Mellitus, Type 2
6. Giant Cell Arteritis
7. Hypercholesterolemia, Familial
8. Hypercholesterolemia, Polygenic
9. Hypertension
10. Hypertensive Heart Disease
11. Isolated Coronary Artery Anomalies
12. Kawasaki Disease
13. Myocarditis
14. Nicotine Addiction
15. Exposure to drugs that increase the risk of coronary artery disease
16. Age
17. Gender

She did not have cardiomyopathy, coronary artery vasospasm, diabetes, Giant cell arteritis, coronary artery abnormalities, Kawasaki disease, or myocarditis. Mrs. Levitt had hyperlipidemia, history of smoking, family history of coronary artery disease, and hypertension. Vioxx may have contributed to her atherosclerosis. Her gender was cardio protective. Vioxx was the only drug she was taking that increased her risk of ACS when she had her ACS. All of these contributed to her cardiac disease and subsequent treatment. Vioxx was the only NSAID that she was taking prior to and following her procedures. Vioxx is also the only NSAID that has been shown to cause an increased risk of cardiovascular (CV) events after patients stop taking the drug (Baron 2009). All of the risk factors increased the contribution of Vioxx to the absolute and relative risk of Mrs. Levitt's developing Acute Coronary Syndrome (ACS).

The differential diagnosis for depression includes:

1. Central nervous system diseases (e.g., Parkinson disease, dementia, multiple sclerosis, neoplastic lesions)
2. Endocrine disorders (e.g., hyperthyroidism, hypothyroidism)

3. Drug-related conditions (e.g., cocaine abuse, side effects of some CNS depressants)
4. Infectious disease (e.g., mononucleosis)
5. Sleep-related disorders

Central nervous system diseases (e.g., Parkinson disease, dementia, multiple sclerosis, neoplastic lesions):

> She did not have these.

Endocrine disorders (Addison disease, Cushing syndrome, hyper- and hypo-thyroidism, prolactinomas, and hyperparathyroidism. Post-menopausal):

> She had none of these diseases but was post-menopausal, which increased her risk of CAD.

Drug-related disorders:

Drugs

1. Smoking-cessation aids (e.g., varenicline)
2. Steroids
3. Estrogen
4. H2 blockers (e.g., ranitidine, cimetidine)
5. Sedatives
6. Muscle relaxants
7. Appetite suppressants
8. Chemotherapy agents (e.g., vincristine, procarbazine, L-asparaginase, interferon, vinblastine)

Of these she only took episodic prednisone and estrogen. The former is not associated with persistent increased risk of CAD. Estrogen may have contributed to her increased risk of CAD.

Ko et. al found no significant increased risk of depressive symptoms with beta-blockers, although they found a small statistically significant risk of fatigue and sexual dysfunction. (Ko DT, Hebert PR, Coffey CS, Sedrakyan A, Curtis JP, Krumholz HM. Beta-blocker therapy and symptoms of depression, fatigue, and sexual dysfunction. *JAMA*. Jul 17 2002;288(3):351-7.)

It is possible that use of atenolol contributed to her depression.

Substance use:

- Alcohol
- Cocaine
- Amphetamines

- Cannabinoids
- Sedatives/hypnotics

She took only episodic Xanax; therefore, I do not believe this contributed to her depression.

Infectious diseases (Lyme disease, mononucleosis, human immunodeficiency virus (HIV) encephalopathy, and syphilis):

She had none of these.

Autoimmune diseases (Systemic lupus erythematosus (SLE)):

She never had this.

Sleep disorders (Sleep apnea):

This was ruled out.

Additional medical diseases:

1. Adjustment Disorders
2. Anemia
3. Chronic Fatigue Syndrome
4. Dissociative Disorders
5. Hypochondriasis
6. Hypoglycemia
7. Schizoaffective Disorder
8. Schizophrenia

There is no evidence she had any of these, except for a possible episode of anemia. This is not associated with increased risk of CAD, and it is unclear if she was anemic and/or for how long.

Prior history of depression:

She had a prior history of depression, and this increased her risk of becoming depressed after her coronary procedures.

Post-stent and CABG depression is well recognized, and I believe that Mrs. Levitt's stent and CABG procedures were significant contributing factors in the development of her depression.

After Mrs. Levitt's stent surgery she could not work for 2-3 weeks at her usual workload. After her CABG she lost cognitive abilities, became fatigued, and could not carry out her usual work activities. For example, prior to her CABG she had total recall for clothing (i.e., she could remember what people had worn to events such as high school functions.) These were crucial

skills for the operation of her businesses. In addition, she became more depressed after her CABG. While she had been depressed prior to her surgery, she had functioned at a very high level; the simultaneous operation (approximately 25 years) of her two businesses demanded regular travel and constant decision-making. She lost her business as a result of depressive symptoms, fatigue, shortness of breath, and cognitive losses following -- and caused by -- her CABG. Her sinus problems did not limit her work, and only contributed to her mood when she had severe problems. This was always temporary. Any suggestion that Mrs. Levitt is "malingering" is moot, as her treating physicians diagnosed her physical problems and depression years before the initiation of her lawsuit. Her most important business problems predated the litigation.

Finally, Merck has not produced its contracts with Dr. Katz, the slide decks that he used when he spoke on their behalf, and any other materials with which they provided him when he served both as an investigator in the Advantage trial and as a paid agent. On a more likely than not basis, Merck obtained records relating to Mrs. Levitt's Vioxx prescriptions when she unwittingly served as a study subject in the Advantage trial. Merck also failed to inform Dr. Katz that he was a study subject in the Advantage trial. Merck has failed to produce records of Dr. Katz's Vioxx prescriptions which they obtained.

Sincerely yours,

David S. Egilman, MD, MPH