# EXHIBIT I

DOUGLAS E. VAUGHAN, MD  5/27/2016

Page 1

1  UNITED STATES DISTRICT COURT
2  EASTERN DISTRICT OF LOUISIANA
3  - - - - - - - - - - - - -x
4  JO LEVITT,                :
5       Plaintiff,           :
6  v.                        : Civil Action No.
7  MERCK SHARP & DOHME       : 2:06-cv-09757-EEF-DEK
8  CORP.,                    :
9       Defendant.           :
10 - - - - - - - - - - - - -x
11
12     Videotaped Deposition of DOUGLAS E. VAUGHAN, MD
13                  Chicago, Illinois
14                 Friday, May 27, 2016
15                     10:06 a.m.
16
17
18
19
20
21
22
23
24
25 Reported By: Anca Hrisca, CSR, RPR, CRR

Page 2

1     Deposition of DOUGLAS E. VAUGHAN, MD, held at the
2  offices of:
3
4
5     Midwest Litigation Services
6     115 South LaSalle Street
7     Suite 2600
8     Chicago, Illinois 60603
9     312.648.6200
10
11
12
13     Pursuant to notice, before Anca Hrisca, a
14 Certified Shorthand Reporter, Registered Professional
15 Reporter, and Certified Realtime Reporter, in and for
16 the State of Illinois.

Page 3

1              APPEARANCES
2  ON BEHALF OF PLAINTIFF LEVITT:
3     DANIEL A. THOMAS, ESQUIRE
4     HUMPHREY, FARRINGTON & McCLAIN, P.C.
5     221 West Lexington
6     Suite 400
7     P.O. Box 900
8     Independence, Missouri 64051
9     816.836.5050
10    via teleconference
11
12 ON BEHALF OF DEFENDANT MERCK SHARP & DOHME CORP.:
13    PAUL BOEHM, ESQUIRE
14    WILLIAMS & CONNELLY LLP
15    725 Twelfth Street, N.W.
16    Washington, D.C. 20005
17    202.434.5366

Page 4

1           APPEARANCES CONTINUED
2  ON BEHALF OF DEFENDANT MERCK SHARP & DOHME CORP.:
3     JOE W. TOMASELLI, JR., ESQUIRE
4     GOLDMAN ISMAIL TOMASELLI BRENNAN & BAUM LLP
5     3131 Turtle Creek Boulevard
6     Suite 1210
7     Dallas, Texas 75219
8     214.880.9900
9
10 ALSO PRESENT:
11    SCOT ZIARKO, Videographer

1 (Pages 1 to 4)

Page 25

1 a difference between plaque rupture and plaque
2 erosion?
3   A  Well, that's a completely different
4 question, and that refers to anatomical changes inside
5 a coronary artery that might predispose to acute
6 coronary syndromes or other related problems.
7   Q  Are women more prone to cardiac disease
8 than men?
9       MR. BOEHM:  Objection to form.
10   A  Women are prone to some cardiac diseases
11 more than men.  Women are the only gender that get
12 postpartum cardiomyopathy, for example.
13       If you're talking about other kinds of
14 problems, there are differences in terms of incidents,
15 prevalence, age of onset, et cetera.
16   Q  What cardiac diseases are women more prone
17 to than men?
18   A  Well, I mentioned one; postpartum
19 cardiomyopathy only happens in women because men don't
20 have a postpartum state.  Some forms of vascular
21 disease are more common in women than men.  Pulmonary
22 hypertension is more common in women than men.  Some
23 forms of an aneurysmal disease are more common in
24 women, like Ehlers-Danlos Type IV and other related
25 genetic forms of cardiovascular disease.  Certainly,

Page 26

1 women are more prone to have -- more commonly have
2 disease related to scleroderma or other
3 immune-mediated cardiovascular disease.
4       So there are lots of different forms of
5 cardiovascular disease that occur more commonly in
6 women than in men.
7   Q  Now, back to this -- this question I asked
8 that you said that it did, this plaque erosion versus
9 plaque rupture.  Is it true that plaque erosion is
10 more common in women?
11   A  You know, that's -- I don't know if I can
12 give you an answer for that.  I think that --
13 that's -- the biology and the incidence of plaque
14 erosion versus plaque rupture is a changing target.
15 With the widespread use of statins and other
16 cardiovascular medicines over the last four years, the
17 overall prevalence and incidence in plaque rupture
18 versus plaque erosion has changed dramatically.  It
19 specifically depends on the population that you're
20 speaking to, and there are other risk factors.
21   Q  Can you give me a definition of acute
22 coronary syndrome?
23   A  Sure.  Acute coronary syndrome is a --
24 is a term that encompasses a variety of clinical
25 presentations that are mediated by coronary artery

Page 27

1 disease and myocardial ischemia.  It runs a spectrum
2 of disorders from unstable angina to non-Q-wave
3 infarction to Q-wave infarction.
4   Q  Is a non-Q-wave -- that's not the same as
5 non-ST-segment, is it?
6   A  Yeah, I think in the contemporary parlance,
7 a non-ST segment elevation MI would be similar to
8 a non-Q-wave infarction.  And an ST-segment elevation
9 MI would be a Q-wave infarction, in general.  Those
10 are sort of the same broad categories of presentation.
11   Q  Now, is thrombus involved in all these
12 presentations?
13       MR. BOEHM:  Objection to form.
14   A  No, not always.  In many -- in many
15 circumstances, thrombus is involved in acute coronary
16 syndromes, but not always.
17   Q  What about an unstable angina?
18   A  Thrombus can contribute to the presentation
19 of unstable angina, but there are other factors that
20 can contribute to unstable angina, including just
21 plaque rupture alone, with or without thrombosis.
22 Altered coronary vascular tone can also contribute to
23 unstable angina.  There are people that develop
24 secondary unstable angina without any real alteration
25 in the pathology of the coronary arteries.  Sometimes

Page 28

1 they have a fever or an altered cardiac demand or
2 heart failure, and that increases cardiac oxygen
3 demand, as well.
4       So any person that presents with unstable
5 angina, you first have to determine whether or not
6 it's primary or secondary unstable angina.  And then
7 after that's completed, then you can particularly --
8 if it's -- if you think it's primary unstable angina,
9 you can think about a variety of different factors
10 that might have precipitated an event.
11   Q  What about -- can plaque erosion increase
12 the probability of unstable angina?
13   A  Yes, I think that plaque erosion can be
14 one of the contributors to the development of an --
15 of acute coronary syndrome or unstable angina.  Not
16 always.
17   Q  Now, would you agree that acute myocardial
18 infarction is the most extreme example of acute
19 coronary syndrome?
20       MR. BOEHM:  Objection to form.
21   A  I'm not sure what you mean by "extreme."
22   Q  Well, the most -- the most dangerous.
23 I don't know.
24   A  I think -- I'd put sudden cardiac death
25 maybe as most extreme.  Yeah.