# EXHIBIT K

# ACS meta-analysis

- Vioxx vs placebo (all trials)
  - 1.53 (1.09, 2.15) p=0.013
    - Not including cardiac arrest
  - 1.621 (1.167, 2.25) p=0.004
    - Including cardiac arrest