# EXHIBIT L

PHARMACOEPIDEMIOLOGY AND DRUG SAFETY 2006; **15**: 641–652
Published online 4 January 2006 in Wiley InterScience (www.interscience.wiley.com). **DOI**: 10.1002/pds.1192

ORIGINAL REPORT

# Cardiovascular risk of selective cyclooxygenase-2 inhibitors and other non-aspirin non-steroidal anti-inflammatory medications[†]

Priscilla Velentgas PhD[1]*, William West PhD[1], Carolyn C. Cannuscio ScD[3], Douglas J. Watson PhD[2] and Alexander M. Walker MD, DrPH[1]

[1]*Ingenix i3 Drug Safety, Auburndale, MA, USA*
[2]*Department of Epidemiology, Merck Research Laboratories, West Point, PA, USA*
[3]*Robert Wood Johnson Health and Society Scholars Program, University of Pennsylvania, Philadelphia, PA, USA*

SUMMARY

**Purpose** The purpose of this study was to estimate rates of acute coronary syndrome (ACS), and sudden cardiac death in relation to use of rofecoxib, celecoxib, naproxen, diclofenac, and ibuprofen.
**Methods** We conducted a retrospective cohort study among 424 584 health plan enrollees ages 40–64 who used non-aspirin non-steroidal anti-inflammatory drugs (NANSAIDs) by prescription from 1999 to 2001. We used automated medical and pharmacy claims data to compute person-time exposed to study drugs, and to identify hospitalizations for ACS. The primary endpoint was ACS, inclusive of myocardial infarction (MI), unstable angina, and sudden cardiac death as identified through claims data and confirmed through hospital medical records, or through the National Death Index.
**Results** Compared with ibuprofen or diclofenac use, the relative risk (RR) of ACS during periods of current rofecoxib use was 1.35 (95%CI 1.09–1.68). For current use of celecoxib, the RR was 1.03 (95%CI 0.83–1.27). Risks in the first 30 days of rofecoxib and celecoxib use were modestly elevated. Rofecoxib use at the 25 mg/day (modal) dose was associated with an elevated risk of ACS (RR 1.54, 95%CI 1.15–2.04), while use at 26–50 mg/day (>modal) was not (RR 0.81, 95%CI 0.41–1.60). There were no increased risks with modal or greater than modal doses of celecoxib or naproxen compared with all doses of ibuprofen or diclofenac combined.
**Conclusions** The incidence of ACS was 1.35 times greater during rofecoxib use than use of ibuprofen or diclofenac. No statistically significant elevation in risk was observed with celecoxib use. Naproxen use was not associated with risk of ACS. Copyright © 2006 John Wiley & Sons, Ltd.

KEY WORDS — COX-2 inhibitors; NSAIDs; acute coronary syndrome (ACS); myocardial infarction (MI)

## INTRODUCTION

Merck's withdrawal of rofecoxib from the market in September 2004 was based on results of the APPROVe adenomatous polyp prevention trial, which showed an increased risk of thrombotic cardiovascular events for patients taking 25 mg rofecoxib compared with placebo that became evident after 18 months of treatment.[1] Rather than ending the debate regarding the cardiovascular risks of rofecoxib and other COX-2 inhibitors, this event precipitated a groundswell of concern regarding a potential class effect of these medications, as well as raising new questions about the safety of non-selective NSAIDs. More recently, results of a clinical trial of celecoxib in colorectal adenoma prevention, and the second of two

* Correspondence to: Dr P. Velentgas, i3 Drug Safety, Riverside Center, Suite 3-122, 275 Grove St., Auburndale, MA 02466, USA.
E-mail: priscilla.velentgas@i3drugsafety.com
[†]No conflict of interest was declared.
Contract grant sponsor: Merck and Co, Inc.

Received 3 March 2004
Revised 22 July 2005
Accepted 2 August 2005

Copyright © 2006 John Wiley & Sons, Ltd.

trials of valdecoxib in patients following coronary artery bypass surgery, have also suggested an adverse cardiovascular effect of these drugs.[2,3]

Public concern regarding the cardiovascular safety of rofecoxib arose following reports from the Vioxx Gastrointestinal Outcomes Research (VIGOR) study. This clinical trial of gastrointestinal safety of rofecoxib reported that those assigned to naproxen had a lower risk of myocardial infarction (MI) than patients assigned to rofecoxib.[4] In contrast, the Celecoxib Long-Term Arthritis Safety Study (CLASS) reported no differences in rates of cardiovascular events between celecoxib and ibuprofen or naproxen.[5] One major difference between these trials was that they used different non-aspirin non-steroidal anti-inflammatory drugs (NANSAIDs) as comparators; another difference was that VIGOR included only RA patients, among whom elevated MI risk has been noted in the past.[6] Two pooled analyses of VIGOR and other randomized clinical trials of rofecoxib compared with placebo, with naproxen, and with other NANSAIDs showed an excess of cardiovascular events associated with rofecoxib only when compared with naproxen.[7,8] Another meta-analysis argued that the relative risk (RR) did not depend on the control group (placebo, non-naproxen NANSAID, or naproxen) and reported an increased risk with rofecoxib against all comparators combined.[9]

In 2002, Ray et al.[10] reported that use of rofecoxib at a dose greater than 25 mg was associated with a 70% increase in risk of serious coronary heart disease (CHD), compared with non-use of NANSAIDs. The RR was 1.9 (95% 1.1–3.4) among those who were new users. Solomon et al.[11] reported modestly elevated RRs of acute MI associated with current rofecoxib use of all doses combined, compared with celecoxib use (odds ratio [OR] 1.24, 95%CI 1.05–1.46), ibuprofen use (OR 1.21, 95%CI 0.92–1.58), naproxen use (OR 1.17, 95%CI 0.90–1.52) or no current NSAID use (OR 1.14, 95%CI 1.00–1.31) from a matched case control study set in a large Medicare population. More substantial elevations were observed for rofecoxib at a greater than 25 mg dose compared with celecoxib greater than 200 mg, and in the first 90 days of use compared with celecoxib use of similar duration. From a case-control study at Kaiser Permanente of Northern California, Graham et al.[12] reported an OR of 3.00 (95%CI 1.09–8.31; based on 10 exposed MI events) for current rofecoxib use at >25 mg per day, and a non-significantly elevated OR of 1.23 for current use of lower doses of rofecoxib (95%CI 0.89–1.71), both compared with use of NANSAIDs more than 60 days in the past. Naproxen was associated with an elevation in risk of MI in the Graham study (OR 1.14, 95%CI 1.00–1.30 compared with remote use), whereas celecoxib was not (OR 0.84, 95%CI 0.67–1.04 compared with remote use). A nested case-control study conducted by Levesque et al.[13] reported elevated RRs of MI with both lower dose (25 mg or less/day) (RR 1.21, 95%CI 1.02–1.43) and higher dose (>25 mg/day) rofecoxib (RR 1.73, 95%CI 1.09–2.76) compared with non-use of NSAIDS, but not with celecoxib at any dose. Other studies did not observe an increased risk of MI with use of rofecoxib.[14–16] A case-control study that relied on self-reported medication use reported lowered risk of MI among NANSAID and celecoxib users, and no apparent elevation of risk of MI among rofecoxib users, compared with non-users of NANSAIDs.[17]

The purpose of this study was to estimate the rate of MI/ACS and sudden cardiac death in relation to the use of the COX-2 inhibitor medications, rofecoxib and celecoxib, and other NANSAID drugs, naproxen, diclofenac, and ibuprofen.

## METHODS

### Study data

Data for this study were based on the insurance claims and administrative records of UnitedHealthcare, a large health care company in the United States, with more than 340 000 physicians contracted to provide health care services to over 10 million members. Insurance claims data were supplemented by direct review of patient medical charts. The New England IRB and its associated Privacy Board approved this study. The study's procedures for maintaining confidentiality of protected health information met criteria for waiver of individual informed consent.

We used automated health insurance claims data from the Ingenix Research Database. Each claim record contains encrypted identifiers for patient and provider, date of service, and all diagnosis and procedure codes corresponding to a given claim. Diagnoses are coded using International Classification of Diseases, Ninth Revision (ICD-9), and procedures are coded using Current Procedural Terminology (CPT) or Health Care Financing Agency (HCFA) Common Procedure Coding System (HCPCS). Drugs are identified by chemical entity, brand name, and National Drug Classification (NDC) code. Drug records specify the formulation, dose, and quantity dispensed. Also included in the database are the enrollment start and stop dates for each individual, gender, and date of birth.

We also performed a search of the National Death Index in order to obtain information about fact and cause of deaths occurring within the study cohort.

### Study cohort

We identified patients aged 40–64 years who received at least one dispensing of rofecoxib, celecoxib, naproxen, ibuprofen, or diclofenac in oral tablet or capsule form from 1 January 1999 to 30 June 2001. Patients with a history of MI recorded in their medical claims records in the year prior to first recorded NANSAID use in the study period were excluded, as were those whose dispensing records yielded a computed daily dose of greater than twice the modal dose for any NANSAID. The final study population numbered 424 584.

### Outcomes

*Primary and secondary endpoints.* The primary study endpoint was a combined endpoint of acute coronary syndrome (ACS), inclusive of MI, and sudden cardiac death. MI and ACS were identified through screening of patients' inpatient medical claims for ICD-9 codes of 410 (MI) or 411.1 (intermediate coronary syndrome), and confirmed through review of information abstracted from patients' hospital medical records. Clinical confirmation of this endpoint was based on information available in patient charts confirming the presence of either MI (including both Q-wave and non-Q-wave MI), or unstable angina, in accordance with current clinical definitions of ACS.[18–20] Additionally, we searched the National Death Index (NDI) for evidence of a sudden or cardiac death based on the presence of one of the following ICD-10 codes as the primary cause of death: I21, I22, I24, I25, I44, I45, I46, I47, I48, I49, R96, R98. The combination of chart-confirmed MI/ACS and sudden cardiac death will be referred to as 'confirmed MI/ACS' throughout the rest of this report.

A secondary endpoint was MI or death from CHD. It included cases of MI identified from inpatient hospital claims associated with an ICD-9 code 410, and deaths identified through the NDI with an ICD-10 code consistent with death from ischemic heart disease: I21, I22, I24, I25. We excluded potential cases of MI identified from hospital claims with less than a 3-day length of stay in hospital, as these are unlikely to be true MIs, unless the status at discharge was deceased or transferred to another hospital facility. This endpoint was included to facilitate comparisons with the results of an earlier medical claims-based study of risk of serious CHD associated with COX-2 inhibitor NANSAIDs.[10] This endpoint will be referred to as 'MI claims events.'

*Medical record abstraction.* The medical records of patients with a potential MI/ACS event were sought from inpatient medical facilities. We completed abstraction for 1367 of 1798 or 76% of target events. Reasons for failure to complete abstractions included unavailable records, refusal by the facility, and discrepancies in the dates of the hospitalizations identified from the claims data. We reviewed the completed abstraction forms and supporting documents and deleted any mentions of study drug exposure so that reviewers would be blinded with regard to patients' NANSAID exposure. Medical consultants reviewed the completed abstraction forms and photocopies of test results, admission or discharge summaries, physician's notes, and other available material, for each potential case event. Each consultant worked from guidelines that had been developed from commonly used clinical criteria, adapted to information obtained through chart review. Events for which consultants were uncertain as to whether the available data met study criteria were reviewed and adjudicated by AMW.

To assess the reproducibility of medical record review, 155 charts of potential MI/ACS events were reabstracted by a different research nurse and the abstract was reviewed by a different medical reviewer, who was also blinded to exposure information.

*National Death Index Search.* We submitted identifying information to the National Death Index (NDI) for 53 495 members of the study cohort whose enrollment terminated before the end of the study period, with no record of re-enrollment. All records were searched against U.S. death records for the years 1999–2001, depending on the year in which the patient was last enrolled. The NDI Plus service provided causes of death along with the fact and date of death.

### Person-time, exposure to COX-2s and other NANSAIDs

The starting date of observation for each individual began on the latest of (1) 1 January 1999, (2) first dispensing of an eligible NANSAID during the study period, (3) the date s/he turned 40. Follow-up for a given patient ended at the earliest of (1) disenrollment from the health plan, (2) 65th birthday, (3) occurrence of a study event, (4) death, or (5) the end of the study period (30 June 2001). Each individual could thus contribute only one event in the analysis.

We classified exposure to COX-2s and other NANSAIDs using dates of dispensing, days of medication supplied, quantity of drug, and dose in milligrams (mg) from recorded pharmacy dispensings. Formulations other than oral tablets and capsules were excluded from consideration, as were combination medications of NANSAIDs with narcotics such as hydrocodone.

*Periods of current and recent use of NANSAIDs.* Person-time at risk was classified and aggregated for each NANSAID as 'current use,' 'recent use,' and 'non-use.' Periods of current use began on the day of a new medication dispensing and continued through the number of days supplied. Recent use began the day following the last day of current use and continued for 60 days. Periods of non-use of a given NANSAID included all person-days more than 60 days following last date of current use. Periods of non-use of any NANSAID were not included in analysis as comparisons between periods of use of different NANSAIDs were of primary interest. Usage windows for different NANSAIDs were calculated independently, were permitted to overlap, and were handled jointly in multivariate analyses.

*Periods of new, continuous use of NANSAIDs.* New, continuous use of an NANSAID was defined as beginning with the first dispensing of a study drug during the study period, with no use of any NANSAID in the 180 days preceding the date of this dispensing. A period of new, continuous NANSAID use ended when a gap in use (as determined from dates of dispensing and days supply) of greater than 30 days occurred, or a new dispensing of a different NANSAID was recorded. Gaps in use of up to 30 days were 'bridged' to form a single period of continuous use, as brief gaps in time between refilling of prescriptions do not necessarily reflect non-use of medication. Each individual patient contributed no more than one period of new, continuous NANSAID use to the total person-time of observation for these analyses.

*Daily dose.* We computed the average daily dose of medication used for each medication dispensing during periods of new, continuous use of NANSAIDs by multiplying the quantity of drug by the dose as strength in mg and divided by the days supply.

*Covariate definition and measurement*

In addition to the above classifications of NANSAID exposure, person-time for all cohort members was classified according to covariates computed at baseline. We ascertained each of the following characteristics for each cohort member as of the date of cohort entry: age, gender, geographic region of health plan, and months of preceding continuous enrollment with health plan.

History of prior cardiac disease (exclusive of MI), stroke, and of other comorbid conditions in the year prior to study entry was determined for all subjects and was identified by ICD-9 diagnosis code(s) associated with at least one office visit or inpatient hospital stay as recorded in the claims database. The other comorbid conditions identified were transient ischemic attack, peripheral arterial disease, diabetes mellitus, hypertension, hyperlipidemia/hypercholesterolemia, and rheumatoid arthritis.

Use of cardiovascular and other comedications in the year prior to study entry was determined for all subjects on the basis of a history of dispensings of the selected medications in the pharmacy claims data.

*Analysis*

We computed standardized incidence rates (IRs) for all five study drugs by weighting exposure-specific person-time according to the proportion of person-years observed in each stratum of age, gender, and prior cardiac history, for all current use person time within the overall study population. The STATA statistical package provided exact confidence intervals; we used SAS version 8.02 for all other analyses.

The primary reference group was use of ibuprofen or diclofenac. At the time of this study, ibuprofen, diclofenac, and naproxen represented the vast majority of non-selective or traditional NANSAID use in UnitedHealthcare. In accord with an *a priori* specification in the study protocol, we tested and verified the equality of the coefficients for current use of ibuprofen and current use of diclofenac in a multivariate model containing all covariates and terms for current use of other NANSAIDs ($p = 0.49$). The direction of association, if any, of naproxen use with cardiovascular risk was a matter of active speculation at the outset of this work; therefore naproxen was not considered for inclusion in the combined reference group.

We used Poisson regression analysis to estimate rates of each endpoint during periods of current and recent use of the NANSAIDs rofecoxib, celecoxib, and naproxen, compared with use of ibuprofen or diclofenac, with adjustment for age, gender, calendar year, comorbidities, and comedication use at time of study entry. Results from Poisson regression models are

Case 2:05-md-01657-EEF-DEK   Document 65415-11   Filed 07/27/16   Page 6 of 13

reported as adjusted rate ratios and 95% confidence intervals.

Among continuous new users, rofecoxib use was categorized as <25 mg/day, 25 mg/day (the modal dose), and 26–50 mg/day; celecoxib use was categorized as <200 mg/day, 200 mg/day (the modal dose), and 201–400 mg/day; naproxen use was categorized as <1000 mg/day, 1000 mg/day (the modal dose), and 1001–2000 mg/day. These categories were compared to a referent group of new, continuous use of ibuprofen or diclofenac (of any dosage). An alternate analysis comparing use of the approved maximum chronic doses of rofecoxib (25 mg daily) to celecoxib (400 mg daily), as well as use of the acute pain dose of rofecoxib (50 mg daily) to the same referent group was also conducted.

New continuous use of rofecoxib, celecoxib, and naproxen and ibuprofen or diclofenac was also categorized according to time since initiation as first 30 days of use, next 31–60 days of use, 61–90 days of use, and greater than 90 days of use, with the referent group including the first 30 days of new, continuous use of ibuprofen or diclofenac. This analysis adjusted for all covariates.

## RESULTS

### Characteristics of the study population

We identified 424 584 plan members with at least one dispensing of one of the five study medications, rofecoxib, celecoxib, diclofenac, ibuprofen, or naproxen, and without a history of MI or other exclusions. The mean duration of study drug use during the period of observation was 5.1 months, for a total of 177 239 person-years of study-drug-exposed follow-up.

Table 1 compares the subpopulations of the NANSAID cohort with at least one dispensing for each of the five study drugs with regard to demographic characteristics, comorbid conditions and comedication use, and health care utilization in the 6 months prior to study entry. Since groups of users of each specific NANSAID are defined according to use at any time during the study period, they are not mutually exclusive, that is, an individual patient may have used more than one study drug in some analyses.

Overall, NANSAID users were 57% female, with the users of the COX-2 medications slightly more likely to be female than users of the predecessor NANSAIDs ibuprofen and naproxen. COX-2 users were notably older than other NANSAID users, with celecoxib users tending to be slightly older than rofecoxib users. Diclofenac users resembled COX-2 users in these respects more closely than users of ibuprofen and naproxen.

About 7% of rofecoxib users and 8% of celecoxib users had a history of prior cardiac disease (other than MI) in the year prior to first NANSAID dispensing, compared with about 5% of ibuprofen and naproxen users, and 6% of diclofenac users. Less than 1% of all NANSAID users had a history of stroke or TIA. Prevalence of other comorbid conditions at baseline differed only slightly between groups. Celecoxib users were more likely to have rheumatoid arthritis (3.1%) than rofecoxib or diclofenac users (1.9% for both) and users of other NANSAIDs.

Celecoxib users had the highest prevalence of cardiovascular and other comedication use at baseline, followed closely by rofecoxib users, who differed little from celecoxib users. Ibuprofen and naproxen users had the lowest prevalence of cardiovascular medication use, with diclofenac users intermediate.

Rofecoxib and celecoxib users had more physician visits and higher total medical care expenditures (exclusive of prescription drugs) in the 6 months before cohort eligibility than did users of other NANSAIDs. There were no substantial differences in frequency of either ER visits or inpatient hospitalizations between users of different NANSAIDs. Among patients with a hospitalization in the past 6 months (about 3% overall), the mean length of stay was highest for celecoxib users and rofecoxib users, and somewhat lower for users of other NANSAIDS.

Users of rofecoxib 25 mg and celecoxib 400 mg (the recommended maximum chronic pain doses) were notably older than users of ibuprofen or diclofenac and had similarly higher prevalence of comorbid conditions and use of cardiovascular medications (data not shown). Users of rofecoxib 50 mg (the recommended acute pain dose) were intermediate between the other drug/dose groups in regard to these characteristics.

### Confirmed MI/ACS in relation to use of NANSAIDs

Table 2 presents numbers of confirmed MI/ACS events, person-years, and IRs of events occurring during current use of each of the five study medications. IRs have been standardized according to the distribution of age, gender, and prior cardiac history within all current use of NANSAIDs in the study cohort. The highest adjusted IR of confirmed MI/ACS was observed during periods of rofecoxib use, at 8.40 events per 1000 person-years (PY), based on 122 events, while the lowest adjusted incidence of confirmed MI/ACS occurred among periods of ibuprofen use (IR 6.66/1000 PY, based on 90 events). Similar

Case 2:05-md-01657-EEF-DEK   Document 65415-11   Filed 07/27/16   Page 7 of 13

Table 1. Characteristics of COX-2 and other NANSAID users in UnitedHealthcare, 1999–2001

|  | Rofecoxib (n = 67 799) % | Celecoxib (n = 75 703) % | Diclofenac (n = 52 080) % | Ibuprofen (n = 138 504) % | Naproxen (n = 185 524) % |
|---|---|---|---|---|---|
| **Gender** | | | | | |
| Female | 59.9% | 60.5% | 58.5% | 57.6% | 57.0% |
| Male | 40.1% | 39.5% | 41.5% | 42.4% | 43.0% |
| **Age at cohort entry** | | | | | |
| 40–44 | 21.5% | 18.8% | 23.9% | 32.3% | 30.3% |
| 45–49 | 22.8% | 21.7% | 23.9% | 26.1% | 25.8% |
| 50–54 | 24.2% | 24.4% | 23.3% | 20.6% | 21.6% |
| 55–59 | 19.0% | 20.6% | 17.6% | 13.5% | 14.1% |
| 60–64 | 12.5% | 14.5% | 11.3% | 7.6% | 8.2% |
| **Comorbid conditions** | | | | | |
| Cardiac history | 7.4% | 7.7% | 5.8% | 5.0% | 5.3% |
| Stroke | 0.5% | 0.5% | 0.3% | 0.3% | 0.3% |
| Transient ischemic attack | 0.5% | 0.5% | 0.4% | 0.3% | 0.3% |
| Peripheral artery disease | 0.8% | 0.9% | 0.7% | 0.5% | 0.6% |
| Diabetes | 8.7% | 9.3% | 8.4% | 7.6% | 7.4% |
| Hypertension | 25.2% | 26.4% | 23.2% | 21.3% | 21.8% |
| Hyperlipidemia | 20.1% | 19.7% | 17.0% | 15.4% | 16.3% |
| Rheumatoid arthritis | 1.9% | 3.1% | 1.9% | 0.8% | 0.8% |
| **Cardiovascular comedications** | | | | | |
| Anti-coagulants | 1.6% | 1.8% | 0.8% | 0.7% | 0.6% |
| Other anti-hyperlipidemics | 15.3% | 15.6% | 12.9% | 10.7% | 11.3% |
| Oral diuretics | 13.7% | 15.1% | 12.7% | 11.1% | 11.2% |
| ACE inhibitors | 12.2% | 13.1% | 12.0% | 10.6% | 10.8% |
| Anti-arrhythmics | 0.4% | 0.5% | 0.3% | 0.2% | 0.2% |
| Anti-platelet drugs | 0.7% | 0.8% | 0.5% | 0.4% | 0.4% |
| Beta-blockers | 10.1% | 10.4% | 8.9% | 7.8% | 8.1% |
| Calcium channel blockers | 10.4% | 11.4% | 9.8% | 8.6% | 8.7% |
| Statins | 13.9% | 14.2% | 11.7% | 9.8% | 10.3% |
| Nitrates | 2.0% | 2.2% | 1.7% | 1.5% | 1.5% |
| Estrogens | 24.5% | 25.6% | 22.1% | 18.1% | 18.4% |
| Angiotensin receptor antagonist | 3.4% | 3.2% | 2.2% | 1.8% | 1.9% |
| Digoxin | 0.9% | 1.0% | 0.7% | 0.6% | 0.6% |
| Oral steroids | 17.5% | 17.1% | 15.0% | 12.6% | 13.6% |
| **Health care utilization in preceding 6 months** | | | | | |
| **Physician visits** | | | | | |
| 0 | 8.5% | 8.1% | 11.8% | 16.8% | 15.5% |
| 1 | 12.2% | 11.5% | 14.6% | 16.1% | 16.9% |
| 2+ | 48.3% | 49.3% | 46.0% | 42.2% | 43.6% |
| **ER visits** | | | | | |
| 0 | 62.0% | 61.9% | 65.8% | 66.6% | 68.7% |
| 1 | 5.7% | 5.6% | 5.4% | 7.0% | 6.1% |
| 2+ | 1.4% | 1.3% | 1.1% | 1.5% | 1.3% |
| **Hospitalizations** | | | | | |
| 0 | 65.6% | 65.3% | 70.0% | 71.2% | 73.7% |
| 1 | 3.1% | 3.0% | 2.1% | 3.6% | 2.1% |
| 2+ | 0.5% | 0.5% | 0.2% | 0.3% | 0.2% |
|  | Mean | Mean | Mean | Mean | Mean |
| Number of hospitalizations | 1.17 | 1.18 | 1.14 | 1.1 | 1.13 |
| Length of stay | 5.4 | 6.02 | 4.84 | 4.06 | 4.45 |
| Hospital cost | 6451.99 | 6981.58 | 4937.26 | 4871.4 | 4802.64 |
| Total claims for outpatient/ inpatient medical care past 6 months | 1101.33 | 1137.28 | 710.32 | 784.60 | 615.35 |

Table 2. Rates of confirmed MI/ACS* during current use of COX-2s and other NANSAIDs, UnitedHealthcare, 1999–2001

|  | Events | PY | Adjusted IR** | Lower 95%CL | Upper 95%CL |
|---|---|---|---|---|---|
| Rofecoxib | 128 | 14118 | 8.82 | 7.29 | 10.34 |
| Celecoxib | 145 | 19635 | 6.85 | 5.73 | 7.98 |
| Diclofenac | 89 | 10835 | 7.86 | 6.23 | 9.49 |
| Ibuprofen | 91 | 14530 | 6.77 | 5.37 | 8.16 |
| Naproxen | 179 | 23997 | 7.69 | 6.56 | 8.81 |
| Ibu or diclo | 176 | 25315 | 7.18 | 6.12 | 8.23 |

CL = confidence limit.
*Primary endpoint comprised of MI, acute coronary syndrome and sudden cardiac death, confirmed through hospital medical record documentation or National Death Index.
**Standardized according to age, sex, and prior history of a vascular event.

patterns were observed for rates of MI claims events (data not shown).

Table 3 shows adjusted rate ratios from multivariate Poisson regression models for risk of confirmed MI/ACS associated with current periods of use of rofecoxib, celecoxib, and naproxen in comparison to a combined reference group of current ibuprofen and diclofenac use. Periods of current use of rofecoxib were associated with an approximately 35% elevation in risk of confirmed MI/ACS (RR 1.35, 95%CI 1.09–1.68). There was no apparent association of current celecoxib use with risk of confirmed MI/ACS (RR 1.03, 95%CI 0.83–1.27). The rate ratio for current naproxen use compared with ibuprofen or diclofenac use was 1.14 (95%CI 0.93–1.39).

These relationships were similar when we computed rate ratios for the secondary endpoint of MI claims events. The rate ratio for current rofecoxib use compared with ibuprofen or diclofenac use was 1.30 (95%CI 1.00–1.69), for current celecoxib use the rate ratio was 1.08 (95%CI 0.85–1.37), and for current naproxen use the rate ratio was 1.22 (95%CI 0.97–1.52).

Given the debate regarding choice of an NANSAID comparator for studies of cardiovascular risk in users of COX-2s and other NANSAIDs, we also repeated the analyses (MI/ACS endpoint) with an ibuprofen-only reference group. The rate ratio for current rofecoxib use compared with ibuprofen use was 1.49 (95%CI 1.17–1.88), for current celecoxib use the rate ratio was 1.13 (95%CI 0.90–1.42), and for current naproxen use the rate ratio was 1.26 (95%CI 1.01–1.57). The rate ratio for current diclofenac compared with ibuprofen was 1.33 (95%CI 1.02–1.73).

The multivariate Poisson regression confirmed the expected associations of increased risk of confirmed

Table 3. Rates and relative risk of confirmed MI/ACS* associated with NANSAID use, UnitedHealthcare, 1999–2001

|  | Events | Person-years | Crude rate per 1000 PY | Adjusted rate ratio | Lower 95%CL | Upper 95%CL |
|---|---|---|---|---|---|---|
| Ibuprofen/diclofenac |  |  |  |  |  |  |
| Current** | 176 | 25315 | 6.95 | 1.00 [Ref] | — | — |
| Recent | 227 | 40377 | 5.62 | 1.00 | 0.83 | 1.20 |
| Rofecoxib |  |  |  |  |  |  |
| Current | 128 | 14118 | 9.07 | 1.35 | 1.09 | 1.68 |
| Recent | 73 | 10307 | 7.08 | 1.15 | 0.88 | 1.50 |
| Celecoxib |  |  |  |  |  |  |
| Current | 145 | 19635 | 7.38 | 1.03 | 0.83 | 1.27 |
| Recent | 82 | 13574 | 6.04 | 0.91 | 0.70 | 1.17 |
| Naproxen |  |  |  |  |  |  |
| Current | 179 | 23997 | 7.46 | 1.14 | 0.93 | 1.39 |
| Recent | 182 | 38113 | 4.78 | 0.86 | 0.70 | 1.04 |

*Primary endpoint comprised of MI, acute coronary syndrome and sudden cardiac death, confirmed through hospital medical record documentation or National Death Index.
**Reference group for all categories of current and recent rofecoxib, celecoxib and naproxen use, and recent ibuprofen or diclofenac use.
†Adjusted for other NANSAID use as shown in table, age, gender, calendar year, comorbid conditions, and CV comedication use.

Case 2:05-md-01657-EEF-DEK Document 65415-11 Filed 07/27/16 Page 9 of 13

MI/ACS for a variety of conditions, including increasing age, male gender (RR 2.60, 95%CI 2.24–3.02), cardiac history (RR 1.78, 95%CI 1.49–2.13), peripheral arterial disease (RR 1.66, 95%CI 1.16–2.37), and diabetes (RR 1.92, 95%CI 1.65–2.22). There was also increased risk with some cardiovascular medications, particularly beta-blockers (RR 1.38, 95%CI 1.17–1.62) and nitrates (RR 2.39, 95%CI 1.93–2.97), reflecting the increased MI risk among patients with the indications for which these medications are prescribed. Very similar patterns were observed in regard to predictors of MI claims events (data not shown).

Table 4 presents the relation between time since onset of NANSAID use and the risk of confirmed MI/ACS. During periods of new, continuous use of NANSAIDs, there were no clear trends of increasing or decreasing risk with time since onset. Though the first 30 days of use of both rofecoxib (RR 1.51, 95%CI 0.98–2.34) and celecoxib (RR 1.21, 95%CI 0.80–1.84) were associated with somewhat higher rates of confirmed MI/ACS, elevations in risk for rofecoxib were not confined to that period of exposure (RR for rofecoxib 61–90 days of use 1.44, 95%CI 0.80–2.57).

To identify possible high- or low-risk subgroups within the study population, we examined interactions of current use of each study medication with age group, gender, and prior cardiac history were tested in a multivariate model including all covariates. None of these interactions was significant at $p < 0.05$.

We repeated analyses similar to those shown in Table 3, comparing periods of current and recent NANSAID use, limited to patients with at least 6 months of prior enrollment. Results did not differ substantively from those in the study cohort as a whole.

### Dose of NANSAIDs

Table 5 presents the incidence of MI/ACS associated with use of rofecoxib, celecoxib, and naproxen at daily doses equivalent to, less than, and greater than the modal (most commonly prescribed) dose of each medication during periods of new, continuous use of NANSAIDs. There was relatively little use of these medications at doses less than the modal dose. There was no indication of increasing risk with higher daily dose of rofecoxib, celecoxib, or naproxen. Alternate analyses comparing specific doses of rofecoxib (25 and 50 mg) and celecoxib (400 mg) to the referent group of ibuprofen and diclofenac (all doses) yielded similar results (data not shown).

Table 4. Rates and rate ratios of confirmed MI/ACS* associated with days of medication use during periods of new, continuous use of COX-2s, and other NANSAIDs, UnitedHealthcare, 1999–2001

|  | Events | Person-years | Rate per 1000 PY | Adjusted rate ratio** | Lower 95%CL | Upper 95%CL |
|---|---|---|---|---|---|---|
| Ibuprofen/diclofenac | | | | | | |
| 0–30† | 66 | 11 565 | 5.71 | 1.00 [Ref] | — | — |
| 31–60 | 35 | 7761 | 4.51 | 0.78 | 0.51 | 1.17 |
| 61–90 | 15 | 3319 | 4.52 | 0.74 | 0.42 | 1.29 |
| 91+ | 36 | 5906 | 6.10 | 0.89 | 0.59 | 1.34 |
| Rofecoxib | | | | | | |
| 0–30 | 31 | 3374 | 9.19 | 1.51 | 0.98 | 2.34 |
| 31–60 | 17 | 2724 | 6.24 | 1.01 | 0.59 | 1.73 |
| 61–90 | 14 | 1487 | 9.42 | 1.44 | 0.80 | 2.57 |
| 91+ | 30 | 3875 | 7.74 | 1.06 | 0.69 | 1.65 |
| Celecoxib | | | | | | |
| 0–30 | 35 | 4158 | 8.42 | 1.21 | 0.80 | 1.84 |
| 31–60 | 24 | 3602 | 6.66 | 0.95 | 0.59 | 1.52 |
| 61–90 | 13 | 2214 | 5.87 | 0.80 | 0.44 | 1.45 |
| 91+ | 42 | 7389 | 5.68 | 0.73 | 0.49 | 1.08 |
| Naproxen | | | | | | |
| 0–30 | 69 | 12 124 | 5.69 | 1.01 | 0.72 | 1.42 |
| 31–60 | 32 | 8993 | 3.56 | 0.62 | 0.40 | 0.94 |
| 61–90 | 14 | 3628 | 3.86 | 0.62 | 0.35 | 1.11 |
| 91+ | 34 | 5470 | 6.21 | 0.83 | 0.54 | 1.26 |

*Primary endpoint comprised of MI, acute coronary syndrome and sudden cardiac death, confirmed through hospital medical record documentation or National Death Index.
**Compared with use of ibuprofen or diclofenac (0–30 days), and adjusted for other NANSAID use as shown in table, age, gender, calendar year, comorbid conditions, and CV comedication use.
†Reference group for all categories of days of rofecoxib, celecoxib and naproxen use, and ibuprofen or diclofenac use of 31 days or more.

Table 5. Rates and rate ratios of confirmed MI/ACS* associated with daily dose of medication use during periods of new, continuous use of COX-2s, and Other NANSAIDs, UnitedHealthcare, 1999–2001

|  | Events | Person-years | Rate per 1000 PY | Adjusted rate ratio** | Lower 95%CL | Upper 95%CL |
|---|---|---|---|---|---|---|
| Ibuprofen/diclofenac (all doses) | 152 | 28 551 | 5.32 | 1.00 [Ref] | — | — |
| Rofecoxib |  |  |  |  |  |  |
| Less than 25 mg/day | 6 | 945 | 6.35 | 1.03 | 0.45 | 2.34 |
| 25 mg/day | 77 | 8466 | 9.10 | 1.54 | 1.15 | 2.04 |
| 26–50 mg/day | 9 | 2049 | 4.39 | 0.81 | 0.41 | 1.60 |
| Celecoxib |  |  |  |  |  |  |
| Less than 200 mg/day | 2 | 415 | 4.82 | 0.75 | 0.19 | 3.03 |
| 200 mg/day | 75 | 12 036 | 6.23 | 0.95 | 0.72 | 1.25 |
| 201–400 mg/day | 35 | 4913 | 7.12 | 1.14 | 0.78 | 1.65 |
| Naproxen |  |  |  |  |  |  |
| Less than 1000 mg/day | 14 | 3381 | 4.14 | 0.75 | 0.44 | 1.30 |
| 1000 mg/day | 113 | 20 452 | 5.53 | 0.99 | 0.78 | 1.27 |
| 1001–2000 mg/day | 20 | 6382 | 3.13 | 0.67 | 0.42 | 1.07 |

*Primary endpoint comprised of MI, acute coronary syndrome, and sudden cardiac death, confirmed through hospital medical record documentation or National Death Index.
**Compared with use of ibuprofen or diclofenac (all doses), and adjusted for other NANSAID use, age, gender, calendar year, comorbid conditions, and CV comedication use.

Patterns were similar albeit based on fewer events for the MI claims events endpoint (data not shown).

*Chart re-abstraction and chart-claims correlations*

Re-abstraction of 155 potential MI/ACS events yielded an overall concordance between first and second reviews of 84%. Concordance varied somewhat (not statistically significantly) across drug groups, being lower for events in the COX-2 selective inhibitor groups than the NANSAID groups. Events that were assigned a claims diagnosis code indicative of MI were confirmed through chart review more than 87% of the time, whereas events assigned a diagnosis code of ACS but not MI were confirmed only 67% of the time. The principal source of discordance for ACS lay in the distinction between unstable angina (which counted as ACS) and progressively worsening angina (which did not), based on the narratives in the patient records.

## DISCUSSION

Overall, crude and adjusted rates of confirmed MI/ACS and MI claims events were higher during periods of current rofecoxib use than during periods of other NANSAID use, whereas celecoxib showed no such increase. In this respect, the current findings are similar to the results of some prior epidemiologic studies.[8-10] Risks in the first 30 days of rofecoxib and celecoxib were modestly elevated. In contrast with results of the Tennessee Medicaid,[8] Medicare populations from two eastern U.S. states,[9] and Kaiser Permanente of Northern California,[10] we found an excess risk of confirmed MI/ACS or MI claims events with rofecoxib at the 25 mg/day dose, though not with higher doses. This study as well as all of the above referenced studies has had only small numbers of cases exposed to the higher doses of rofecoxib. The confidence intervals of the estimates for higher and lower dose rofecoxib comparisons overlap substantially, and the differences among these estimates may be only a matter of statistical variation. Alternatively, they could reflect underlying differences in individuals prescribed the 'chronic pain' versus 'acute pain' recommended doses for which covariate adjustment did not fully account. We also observed no protective association of current naproxen use with rates of MI/ACS or MI claims events, contradicting some prior studies.[21-23]

It does not appear that differences between rofecoxib and celecoxib users account for the differences in risk of confirmed MI/ACS in these two groups, since the two populations were very similar demographically and with respect to the use of and reasons for using health services, and all of these were accounted for in the multivariate analyses. However, it is possible that all differences were not captured due to imprecisely measured or unmeasured covariates, including aspirin use, and clinical indicators such as cholesterol and blood pressure.

There are important differences between our study, Ray et al. Tennessee Medicaid cohort study, Solomon et al. case-control study within a Medicare population,

and Graham's study within the Kaiser Permanente population. Our study was conducted in the commercially insured UnitedHealthcare population. Though the UnitedHealthcare population includes persons with medical coverage who are over age 65, the age range for our study was limited by choice to 40–65, given some concern about the generalizability of inferences that can be drawn from older persons who remain employed (or whose spouses do). Thus our study reflects the effects of the study drugs in persons 65 or younger. Any biological effect of NANSAID use on risk of MI could well vary with age, or with illnesses that come with advancing age and the availability of results from studies conducted both in primarily younger and older populations provide a more complete body of data from which to draw inferences about these relationships.

Legitimate questions have recently been raised about the most appropriate comparison group for evaluating adverse effects of COX-2 inhibitors in randomized clinical trials. Both placebo and NANSAIDs have been proposed as control groups, depending on the specific question being addressed and the population of interest. However, both are useful to fully understand the CV risks of COX-2 selective inhibitors and to put them in context with other available therapies. The same applies to observational studies in this arena. Ray et al.[10] used non-users of NANSAIDs as the reference group for most comparisons. Non-users of NANSAIDs tend to have substantially lower prevalence of treatments for and diagnoses of cardiovascular disease, and lower prevalence of cardiovascular and other co-medication use than users of prescription NANSAIDs. There is always the risk that control for the proxies of poor health found in claims databases may be insufficient to eliminate confounding by the health conditions themselves. Comparisons between periods of current and recent use of different NANSAID medications as in the present study are likely subject to less confounding by differences in these baseline risk factors than would be comparisons between periods of use of NANSAIDs with non-use person time, as users of NANSAIDs in general share a set of characteristics including higher prevalence of cardiovascular and other co-morbidities as compared with non-users of NANSAIDs, that may not be possible to fully adjust for by usual methods. In the Kaiser–Permanente study, comparisons were made between current NANSAID use and non-use of NANSAIDs (>60 days since use of any NANSAID), as well as with celecoxib use.[12]

There have also been differences in choice of comparator NANSAIDs for observational studies and for randomized trials, and debate continues on this point as well. Given noted differences in COX-2 selectivity between ibuprofen and diclofenac, we repeated key analyses with an ibuprofen-only reference group. Since ibuprofen use is associated with lower rates of ACS in these data, associations of current rofecoxib use, current celecoxib use, and current naproxen use were all somewhat larger in magnitude than with the combined ibuprofen-diclofenac reference group used in most analyses. The findings of increased risk of events with current rofecoxib (RR 1.49, 95%CI 1.17–1.88), no apparent association with current celecoxib (RR 1.13, 95%CI 0.90–1.42), and a possible increase in risk associated with current naproxen (RR 1.26, 95%CI 1.01–1.57) would not indicate substantially different conclusions should be drawn based on these additional analyses.

This study included both a primary, medical chart-review confirmed, endpoint of ACS (inclusive of MI) and sudden death, and a secondary endpoint of MI and CHD death as identified from claims data, both of which were supplemented by NDI data to assure completeness in ascertainment of out-of-hospital deaths. Though both the chart-review confirmation of ACS and use of ICD codes present in claims data to identify outcomes have some limitations, the opportunity to compare results from the two endpoints was valuable. Use of ICD codes to identify MI has been shown in other data sources to have a high positive predictive value.[24] Overall, we obtained 76% of the desired medical charts for review. We believe providers' anxieties about how to apply HIPAA requirements for patient privacy, which were implemented while the study was underway, may have led to some of the refusals we encountered. The similarity between results based on the primary endpoint of confirmed MI/ACS and the MI claims events endpoint is reassuring, since the latter involved insurance claims only and was not influenced by incomplete ascertainment due to lack of provider cooperation. There is no reason to believe that success in obtaining medical records is differentially related to use of rofecoxib or celecoxib, or indeed to NANSAID use in general.

The overall concordance between the results of replicated abstractions and reviews by different study personnel was 84%. There were modest variations by study drug, with concordance among users of COX-2 medications somewhat lower than users of NANSAIDs. The effect of this variation on the results cannot be determined. However, the similarity between results based on the primary endpoint of confirmed MI/ACS and the MI claims events endpoint suggests that differential reviewer misclassification of outcomes

according to drug exposure is unlikely to explain the observed associations. It is not, however, out of the question that cardiac events may have been more carefully documented in users of COX-2 drugs than in users of other NANSAIDs, and possibly more so for rofecoxib after the dissemination of the VIGOR and CLASS trial results in 2000. We have no direct way of testing this hypothesis.

Limitations of this study include reliance on computerized outpatient pharmacy records to determine periods of NANSAID exposure. Though an unbiased source of exposure information relative to outcome, records of dispensings of NANSAID medications are a proxy for actual use. Use of over-the-counter NANSAIDs including aspirin, which were not measured in this study, would be unlikely to introduce substantial confounding unless aspirin use differed in regard to NANSAID use. A prior patient survey conducted by Ingenix in a similar patient population indicates that aspirin use, over-the-counter NANSAID use, and smoking were unlikely to exert a strong confounding effect on studies of COX-2 inhibitors, other NANSAIDs, and MI;[25] these results were also confirmed by Schneeweiss et al.[26] Residual confounding by other unmeasured factors such as body mass index, diet, and exercise may also have affected these results. However, for any of these to be operative as confounder, it would have to have been substantially correlated with the choice of rofecoxib over celecoxib. The great similarity in the distribution of known risk factors in users of these agents (Table 1) makes such additional confounding seem unlikely.

We note that use of the standard approach to estimation of error in Poisson regression, as in this study, yields confidence intervals that are conservative when the outcome is common; however the confidence intervals approach those from other (log-binomial or stratified) methods when the outcome is rare.[27–29] Given that MI/ACS events in this study were rare (about 8 per 1000 person-years), the coverage area of our confidence intervals is likely to differ from and bound that of the true confidence interval to a very small degree.

In conclusion, we observed RRs of confirmed MI/ ACS and MI claims events of 1.35 and 1.30, respectively, during periods of current rofecoxib use compared with periods of current use of ibuprofen or diclofenac. The observed elevation in risk was confined to the 25 mg/day dose, the same dose as in the APPROVe trial. We interpret this as additional evidence from an observational study that the increased risk of cardiovascular events with rofecoxib includes the 25 mg dose. Risks in the first 30 days of rofecoxib and celecoxib use were modestly elevated. Overall, periods of celecoxib use and naproxen use were not associated with higher rates of study events in comparison to use of ibuprofen or diclofenac. Most prior studies that examined dose-related CV risk with rofecoxib found increased risk estimates with >25 mg but not for =25 mg. Our failure to identify an increased risk with rofecoxib at >25 mg day is most likely a matter of statistical variation, as the confidence intervals of the estimates for higher and lower dose rofecoxib comparisons overlap substantially. Alternatively, they could reflect underlying differences in individuals prescribed the 'chronic pain' versus 'acute pain' recommended doses for which covariate adjustment did not fully account.

### KEY POINTS

- The relative risk of acute coronary syndrome (ACS) with rofecoxib was 1.35 (95%CI 1.09–1.68) compared with use of ibuprofen or diclofenac.
- No elevation in risk of ACS was observed with celecoxib use.
- Naproxen use was not associated with risk of ACS.

## ACKNOWLEDGEMENTS

This project was funded by a contract with Merck and Co, Inc. Merck and Co. contributed to the design of the study, analytic plan, and interpretation of data, and reviewed the manuscript before submission for publication. The contract granted Ingenix i3 Drug Safety rights to retain final approval over content and publication. We also thank Dr Richard Grant for providing consultation on development of definitions of acute coronary syndrome based on medical chart review for this study.

## REFERENCES

1. Bresalier RS, Sandler RS, Quan H, et al. Cardiovascular events associated with rofecoxib in a colorectal adenoma chemoprevention trial. N Engl J Med 2005; 352(11): 1092–1102.
2. Solomon SD, Mc Murray JJV, Pfeffer MA, et al. Cardiovascular risk associated with celecoxib in a clinical trial for colorectal adenoma prevention. N Engl J Med 2005; 352(11): 1071–1080.
3. Nussmeier NA, Whelton AA, Brown MT, et al. Complications of the COX-2 Inhibitors Parecoxib and Valdecoxib after Cardiac Surgery. N Engl J Med 2005; 352(11): 1081–1091.

4. Bombardier C, Laine L, Reicin A, et al. Comparison of upper gastrointestinal toxicity of rofecoxib and naproxen in patients with rheumatoid arthritis. N Engl J Med 2000; 343(21): 1520–1528.
5. Silverstein FE, Faich G, Goldstein JL, et al. For the Celecoxib Long-Term Arthritis Safety Study. Gastrointestinal toxicity with celecoxib vs. nonsteroidal anti-inflammatory drugs for osteoarthritis and rheumatoid arthritis: the CLASS study: a randomized clinical trial. JAMA 2000; 284: 1247–1255.
6. Solomon DH, Karlson EW, Rimm EB, et al. Cardiovascular morbidity and mortality in women diagnosed with rheumatoid arthritis. Circulation 2003; 107: 1303–1307.
7. Konstam MA, Weir MR, Reicin A, et al. Cardiovascular thrombotic events in controlled, clinical trials of rofecoxib. Circulation 2001; 104: r15–r23.
8. Reicin A, Shapiro D, Sperling RS, et al. Comparison of cardiovascular thrombotic events in patients with osteoarthritis treated with rofecoxib versus nonselective nonsteroidal anti-inflammatory drugs (ibuprofen, diclofenac, and nabumetone). Am J Cardiol 2002; 89: 204–209.
9. Juni P, Nartey L, Reichenbach S, et al. Risk of cardiovascular events and rofecoxib: cumulative meta-analysis. Lancet 2004; 364(9450): 2021–2029.
10. Ray WA, Stein CM, Daugherty JR, Hall K, Arbogast PG, Griffin MR. COX-2 selective non-steroidal anti-inflammatory drugs and risk of serious coronary heart disease. [Research Letter] Lancet 2002; 360: 1071–1073.
11. Solomon DH, Schneeweiss S, Glynn RJ, et al. Relationship between selective cyclooxygenase-2 inhibitors and acute myocardial infarction in older adults. Circulation 2004; 109: 2068–2073.
12. Graham DJ, Campen D, Hui R, et al. Risk of acute myocardial infarction and sudden cardiac death in patients treated with cyclo-oxygenase 2 selective and non-selective non-steroidal anti-inflammatory drugs: nested case-control study. Lancet 2005; 365: 475–478.
13. Levesque LE, Brophy JM, Zhang B. The risk for myocardial infarction with cyclooxygenase-2 inhibitors: a population study of elderly adults. Ann Intern Med 2005; 142.
14. Mamdani M, Rochon P, Juurlink Anderson GM, et al. Effect of COX-2 selective cyclooxygenase inhibitors and naproxen on short term risk of acute myocardial infarction in the elderly. Arch Int Med 2003; 163: 481–486.
15. Rahme, Kong SX, Watson DJ, et al. Association between rofecoxib, diclofenac/ibuprofen and hospitalization for acute myocardial infarction. Pharmacoepidemiology Drug Saf 2004; 13: S235.
16. Shaya FT, Blume SW, Blanchette CM, et al. Selective cyclooxygenase-2 inhibition and cardiovascular effects. An observational study of a Medicaid population. Arch Int Med 2005; 165: 181–186.
17. Kimmel SE, Berlin JA, Reilly M, et al. Patients exposed to rofecoxib and celecoxib have different odds of nonfatal myocardial infarction. Ann Intern Med 2005; 142: 157–164.
18. Cannon CP, Hand MH, Bahr R, et al., for the National Heart Attack Alert Program (NHAAP) Coordinating Committee Critical Pathways Writing Group. Critical pathways for management of patients with acute coronary syndromes: an assessment by the National Heart Attack Alert Program. Am Heart J 2002; 143(5): 777–789.
19. Maynard SJ, Scott GO, Riddell JW, Adgey AA. Management of acute coronary syndromes. Br Med J 2000; 321(7255): 220–223.
20. Theroux P, Fuster V. Acute coronary syndromes: unstable angina and non-Q-wave myocardial infarction. Circulation 1998; 97(12): 1195–1206.
21. Watson DJ, Rhodes T, Cai B, et al. Lower risk of thromboembolic cardiovascular events with naproxen among patients with rheumatoid arthritis. Arch Intern Med 2002; 162: 1105–1110.
22. Solomon DH, Glynn RJ, Levin R, et al. Nonsteroidal anti-inflammatory drug use and acute myocardial infarction. Arch Intern Med 2002; 162: 1099–1104.
23. Rahme E, Pilote L, LeLorier J. Association between naproxen use and protection against acute myocardial infarction. Arch Intern Med 2002; 162: 1111–1115.
24. Kiyota Y, Schneeweiss S, Glynn RJ, et al. Accuracy of medicare claims-based diagnosis of acute myocardial infarction: estimating positive predictive value on the basis of review of medical records. Am Heart J 2004; 148: 99–104.
25. Velentgas P, Cali C, Diedrick GA, et al. A survey of aspirin use, non-prescription NSAID use, and cigarette smoking among users and non-users of prescription NSAIDs: estimates of the effect of unmeasured confounding by these factors on studies of NSAID Use and risk of myocardial infarction. [Abstract] International Society for Pharmacoepidemiology Meeting 2001.
26. Schneeweiss S, Glynn RJ, Tsai EH, et al. Adjusting for unmeasured confounders in pharmacoepidemiologic claims data using external information: the example of COX2 inhibitors and myocardial infarction. Epidemiology 2005; 16: 17–24.
27. Zou G. A modified Poisson regression approach to prospective studies with binary data. Am J Epidemiol 2004; 159: 702–706.
28. Carter RE, Lipsitz SR, Tilley BC. Quasi-likelihood estimation for relative risk regression models. Biostatistics 2005; 6: 39–44.
29. Mc Nutt LA, Wu C, Xue X, Hafner JP. Estimating the relative risk in cohort studies and clinical trials of common outcomes. Am J Epidemiol 2003; 157: 940–943.