UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX® | * MDL Docket No. 1657 |
| | * |
| **PRODUCTS LIABILITY LITIGATION** | * SECTION L |
| | * |
| This document relates to | * JUDGE FALLON |
| | * |
| Jo Levitt v. Merck & Co., Inc. | * MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL (EGILMAN)

IT IS HEREBY ORDERED that Plaintiff Jo Levitt's Exhibit G to her Opposition to Defendant's Motion to Exclude Expert Opinions of Dr. David Egilman, M.D. is to be filed under seal.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE