# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:     VIOXX® | * MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * SECTION L |
| This document relates to | * JUDGE FALLON |
| Jo Levitt v. Merck & Co., Inc.<br>2:06-cv-09757-EEF-DEK | * MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*  \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING PLAINTIFF'S MOTION TO FILE CERTAIN DOCUMENTS UNDER SEAL (ROSAMOND)

IT IS HEREBY ORDERED that Plaintiff Jo Levitt's Exhibit 2 to her Opposition to Defendant's Motion to Exclude Expert Opinions of Dr. Thomas Rosamond, M.D. is to be filed under seal.

New Orleans, Louisiana, this  28th  day of     July    , 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE