# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:   VIOXX® | * MDL Docket No. 1657 |
| | * |
| **PRODUCTS LIABILITY LITIGATION** | * SECTION L |
| | * |
| This document relates to | * JUDGE FALLON |
| | * |
| Jo Levitt v. Merck & Co., Inc. | * MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER GRANTING PLAINTIFF'S MOTION
## TO FILE CERTAIN DOCUMENTS UNDER SEAL (SUMMARY JUDGMENT)

IT IS HEREBY ORDERED that Plaintiff Jo Levitt's Exhibits G, J, L, and M to her Opposition to Defendant's Motion for Partial Summary Judgment on Plaintiff's Business Damages are to be filed under seal.

New Orleans, Louisiana, this  28th   day of      July     , 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE