MINUTE ENTRY
FALLON, J.
AUGUST 3, 2016

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br>NO.  05-MD-1657<br>SECTION: L |

**This document relates to:**   06-9757

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:   Kenneth McClain, Esq. for Plaintiff Jo Levitt
Benjamin Barnett, Esq., Dorothy Wimberly, Esq., Esq. and Elaine Horn, Esq. for Defendants

1. Motion to Maintain Confidential Designation by Defendant Merck Sharp & Dohme Corp. (65337)

After Argument – Taken under Submission

**2.** Motion for Protective Order Barring Similar Requests and to Maintain Confidential Document Designations Under Pretrial Order 13 by Defendant Merck Sharp & Dohme Corp.  (65349)

After Argument – Taken under Submission

JS10:    :18