**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: VIOXX**
      **PRODUCTS LIABILITY LITIGATION**

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**      ***Jo Levitt v. Merck Sharp & Dohme Corp.*, 06-9757**

## <u>ORDER</u>

Upon review of the briefing, the Court finds it appropriate to inform the parties that the Court is well-briefed on the Motions to Exclude Expert Opinions, R. 65382, 65384, 65387, 65390, and that the parties shall therefore focus their argument on the Motion for Partial Summary Judgment, R. 65379.

New Orleans, Louisiana, this 15th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE