UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Jo Levitt v. Merck Sharp & Dohme Corp.,* **06-9757**

## ORDER

**IT IS ORDERED** that the Court will hear oral argument on Defendants' Motion for Partial Summary Judgment, R. 65379, and Defendants' Motions to Exclude Expert Opinions, R. 65382, 65384, 65387, 65390, on Wednesday, August 17, 2016 at 10:00 a.m.  The parties may participate telephonically by using the following call-in information: telephone number 877-336-1839; access code 4227405; security code 081716.

New Orleans, Louisiana, this 15th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE