MINUTE ENTRY
FALLON, J.
AUGUST 17, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.   05-MD-1657<br><br>SECTION: L |

**This document relates to:   06-9757**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Karen Ibos

Appearances:   Kenneth McClain, Esq. for Plaintiff Jo Levitt
                        Paul Boehm, Esq., Elaine Horn, Esq. and Benjamin Graham, Esq. for Defendants

1. Motion of defendant, Merck Sharp & Dohme Corp., for Partial Summary Judgment on Plaintiff's Business Damages Claims     (65379)

After argument – Motion was taken under submission

2. Motion of defendant, Merck Sharp & Dohme Corp., to Exclude Expert Opinions of David Madigan, Ph.D.     (65382)

3. Motion of defendant, Merck Sharp & Dohme Corp., to Exclude Expert Opinion of Thomas Rosamond, M.D.   (65384)

4. Motion of defendant, Merck Sharp & Dohme Corp., to Exclude Expert Opinions of Jay N. Schapira, M.D.   (65387)

5. Motion of defendant, Merck Sharp & Dohme Corp., to Exclude Expert Opinions of David Egilman, M.D.   (65390)

After Argument on Motions 2 – 5:   the matters are taken under advisement for fourteen days so that the parties may file stipulations as to the scope of witness testimony. Any Motions in Limine should be filed two weeks after the Court rules on the pending Daubert Motions.

JS10:    :40