UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

**This Document Relates To:**

C.A. 05-1111   UFCW Local 1776 v. Merck & Co. Inc.
C.A. 05-2269   Sheet Metal Workers Local No. 20 Welfare & Benefit v. Merck & Co. Inc.
C.A. 08-1068   Healthcare Recoveries, Inc. v. Merck & Co.
C.A. 08-1633   AvMed, Inc. v. BrownGreer PLC
C.A. 08-3627   1199SEIU Greater New York Benefit Fund v. BrownGreer PLC
C.A. 09-2861   Commonwealth of Pennsylvania v. Merck & Co. Inc.
C.A. 09-3116   HMO Louisiana, Inc. v. Merck & Co. Inc.
C.A. 09-6363   Central Regional Employees Benefit Fund v. Merck & Co. Inc.

## ORDER TO SHOW CAUSE

**IT IS ORDERED** that the above-captioned matters are set for a Rule to Show Cause on WEDNESDAY, SEPTEMBER 28, 2016, AT 10:00AM.  Parties are to appear, IN PERSON, to show cause why the above-captioned matters should not dismissed, with/without prejudice, for failure to prosecute. Any party wishing to appear via telephone shall contact the Court by September 14, 2016, to make arrangements for dial in information.

New Orleans, Louisiana, this  19th   day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE