UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

## MOTION TO REMOVE FUNDS FROM REGISTRY
## OF THE COURT AND TO DEPOSIT INTO A FINANCIAL INSTITUTION

NOW COMES Russ M. Herman, Plaintiffs' Liaison Counsel ("PLC"), who, as will be more fully set forth in the attached Memorandum in Support, respectfully request that an Order be issued directing the Clerk of Court to disburse funds held on deposit in the registry of the court in the total amount of $743,097.20 and place funds into an account with a local New Orleans, Louisiana, financial institution familiar with the Court, namely the Whitney National Bank, so that the funds can be secured for safe keeping pending further orders of the Court.

Movant has presented this motion, along with the memorandum in support and proposed order, to the Clerk of Court for review in compliance with local Rule 67.3 and the Clerk of Court certifies below its approval of the filing of this motion, memorandum and proposed order.

The Court should direct that each law firm representing a claimant and pro se that has funds held on deposit in the registry of the Court be notified so that they can take appropriate action to resolve any outstanding impediments so that the claimant can receive the funds attributable to their claim.  Further, the Court should direct each claimant to show cause why any funds should remain on deposit and to identify any outstanding deficiencies and obstacles to final disbursement of the funds.

1

WHEREFORE mover prays that this motion be GRANTED and an Order issue directing the Clerk of Court to disburse funds being held in the registry of the court to an account to be established with a local New Orleans, Louisiana, financial institution familiar with the Court, namely the Whitney National Bank, so that the funds can be secured for safe keeping pending further orders of the Court and that the Court should direct that each law firm representing a claimant and any pro se that has funds held on deposit in the registry of the Court be notified so that they can take appropriate action to resolve any outstanding impediments so that the claimant can receive the funds attributable to their claim.  Further, the Court should direct each claimant to show cause why any funds should remain on deposit and to identify any outstanding deficiencies and obstacles to final disbursement of the funds.

.

Dated: August 25, 2016

Respectfully submitted,

By:   */s/ Leonard A. Davis*
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA  70113
Phone: (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 25th day of August, 2016.

      /s/ Leonard A. Davis
      **Leonard A. Davis**

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

**CERTIFICATION OF CLERK OF COURT**

I, _____, Clerk of Court, United States District Court, Eastern District of Louisiana, do hereby certify that in compliance with local Rule 67.3, I have reviewed the above Motion to Remove Funds From Registry of Court And To Deposit Into A Financial Institution, with the accompanying memorandum in support and proposed Order, and do approve and the accuracy and filing of the motion, memorandum and order.

DATED:_____            _____
                                                              Print Name:_____
                                                              Clerk of Court
                                                             United States District Court
                                                             Eastern District of Louisiana