# EXHIBIT "A"

**Lillian Flemming**

| Subject: | FW: Vioxx Registry Money |

-----Original Message-----
From: Kim_Lange@laed.uscourts.gov [mailto:Kim_Lange@laed.uscourts.gov]
Sent: Thursday, August 25, 2016 11:16 AM
To: Lenny Davis
Subject: Vioxx Registry Money


Lenny,

During our conversation about the registry funds in the Vioxx case, we discussed whether the money should be placed in an interest bearing account once disbursed to the law firm. As a follow up to that conversation I wanted to add that once registry funds are held for a specific period of time the court is required to move the money to unclaimed funds, and would no longer earn interest. If the law firm chooses to place the funds in a non-interest bearing account it would be consistent with what the court would ultimately do.

Hope this helps you with your decision.


Thanks,

Kimberly Ann Lange
Financial Administrator
U.S.D.C. Louisiana Eastern District
Ph: 504-589-7786
Fax: 504-589-7784