# EXHIBIT "B"

| Case | | Amount | Claimant Name | Date of Deposit | | Page | Number |
|---|---|---|---|---|---|---|---|
| 05-1657 | V | $ | Todd Miller | 10/4/2011 | Wire deposit per order of Judge Fallon dated 9/30/11 | 2 | 5 |
| 05-1657 | Y | $ | Dorothy Joiner | 6/29/2012 | Per order of Judge Fallon dated 6/20/12 | See Order | See Order |
| 05-1657 | U | $ | Thomas Hughes | 10/4/2011 | Wire deposit per order of Judge Fallon dated 9/30/11 | 2 | 4 |
| 05-1657 | W | $ | Naomi O'Brien | 10/4/2011 | Wire deposit per order of Judge Fallon dated 9/30/11 | 2 | 6 |
| 05-1657 | D | $ | Wilma Fletcher | 9/20/2011 | Wire deposit per order of Judge Fallon dated 9/19/11 | 1 | 2 |
| 05-1657 | Q | $ | William A Marshall | 9/20/2011 | Wire deposit per order of Judge Fallon dated 9/19/11 | 1 | 15 |
| 05-1657 | R | $ | Barbara Ann Carter | 10/4/2011 | Wire deposit per order of Judge Fallon dated 9/30/11 | 2 | 1 |
| 05-1657 | S | $ | Patricia Epler | 10/4/2011 | Wire deposit per order of Judge Fallon dated 9/30/11 | 2 | 2 |
| 05-1657 | O | $ | Ester A Donaldson | 9/20/2011 | Wire deposit per order of Judge Fallon dated 9/19/11 | 1 | 13 |
| 05-1657 | K | $ | Ernest Effinger | 9/20/2011 | Wire deposit per order of Judge Fallon dated 9/19/11 | 1 | 9 |
| 05-1657 | G | $ | Wilfrid St John | 9/20/2011 | Wire deposit per order of Judge Fallon dated 9/19/11 | 1 | 5 |
| 05-1657 | P | $ | Elisa P Labasano | 9/20/2011 | Wire deposit per order of Judge Fallon dated 9/19/11 | 1 | 14 |
| | | $ 743,097.20 | | | | | |

| Case | | Amount | Per Order dated 4/4/14 | Date of Deposit | |
|---|---|---|---|---|---|
| 05-1657 | AC | $ | TPP Common Benefit Fees | 4/7/2014 | Received from the Murray Law Firm |
| | | $ 793,081.28 | | | |