UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
|       PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to All Cases** | * | |
| | * | MAG. JUDGE KNOWLES |

## MOTION TO WITHDRAW FILING

NOW COMES Russ M. Herman, Plaintiffs' Liaison Counsel ("PLC"), who respectfully submits that on August 25, 2016 a Motion to Remove Funds From Registry of the Court and to Deposit Into a Financial Institution [Rec. Doc. 65444] was filed with the Court.  The Clerk's review of the filing brought to light a couple of minor revisions required by the Clerk's office, and accordingly, movant requests that the entirety of the filing at Rec. Doc. 65444 be withdrawn.  After the appropriate revisions are made, the Motion to Remove Funds From Registry of the Court and to Deposit Into a Financial Institution will be re-filed in its entirety.

WHEREFORE mover prays that this motion be GRANTED and that the entirety of the filing at Rec. Doc. 65444 be withdrawn from the record..

Dated: August 26, 2016     Respectfully submitted,

By:   */s/ Leonard A. Davis*
      Russ M. Herman, Esquire
      Leonard A. Davis, Esquire
      HERMAN, HERMAN & KATZ, LLC
      820 O'Keefe Avenue
      New Orleans, LA  70113
      Phone: (504) 581-4892
      Fax:  (504) 561-6024
      ldavis@hhklawfirm.com
      *Plaintiffs' Liaison Counsel*
      *MDL 1657*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of August, 2016.

                                                /s/ Leonard A. Davis
                                                **Leonard A. Davis**