## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

## O R D E R

Considering the Motion to Withdraw Filing filed by Russ M. Herman, Plaintiffs' Liaison

Counsel;

IT IS ORDERED BY THE COURT that the Motion to Remove Funds From Registry of

the Court and to Deposit Into a Financial Institution [Rec. Doc. 65444] filed on August 25, 2016

be and is hereby withdrawn.

New Orleans, Louisiana, this _____ day of _____, 2016.


_____
Eldon E. Fallon
United States District Court Judge