UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
|          PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

**MEMORANDUM IN SUPPORT OF
MOTION TO REMOVE FUNDS FROM REGISTRY
OF THE COURT FOR DEPOSIT INTO A FINANCIAL INSTITUTION**

**MAY IT PLEASE THE COURT:**

The memorandum is being submitted on behalf of Russ M. Herman, Plaintiffs' Liaison Counsel ("PLC"), in support of this Motion to Remove Funds From Registry of the Court for Deposit Into A Financial Institution.

On August 10, 2016, Kimberly Ann Lange, Financial Administrator, United States District Court, Louisiana Eastern District, advised Philip A. Garrett, CPA, the court appointed Accountant, that each year the Court is required to review all registry funds on deposit.  Those funds that have been held for five (5) years must be transferred to unclaimed funds and further advised that a majority of the funds in the registry for Vioxx will meet this requirement by the end of 2016.  Attached as Exhibit "A" is correspondence from the Clerk of Court's office that sets forth further information regarding these funds.  Mr. Garrett has consulted with Plaintiffs' Liaison Counsel and advises that the funds should not go to "unclaimed funds."

The Clerk of Court has provided information regarding the funds on deposit.  According to the Clerk, there presently is on deposit $743,097.20, which is derived from twelve (12) different matters, all as more fully set forth in the attached spreadsheet (Exhibit "B") provided by

1

the Clerk of Court.[1]  These funds were placed on deposit into the registry of the Court in accordance with the Court's Order of June 20, 2012 in Case No. 2:05-md-01657-EEF-DEK (relates to 2:06-cv-1971-EEK-DEK)  [Rec. Doc. 63946], the Court's Order of September 19, 2011 in Case No. 2:05-md-01657-EEF-DEK (relates to 06-6633, 05-4325, 05-2931, 06-1418, 06-6943, and 06-5783) [Rec. Doc. 63407], and the Court's Order of September 30, 2011 in Case No. 2:05-md-01657-EEF-DEK (relates to 07-7518, 06-7090, and 05-276) [Rec. Doc. 63456].

This motion does not address Case No. 05-1657, as pertaining to the third-party payor common benefit claim, as that matter will be dealt with in connection with the third-party payor aspect of this litigation.  This motion only addresses the twelve (12) claimants identified in the above referenced court orders and the attached Exhibit "B."  These twelve (12) claimants have previously been represented by the following law firms:

| CLAIMANT | FIRM/ATTORNEY | EMAIL/PHONE |
|---|---|---|
| **Miller, Todd**<br>2006-62709 (TX)<br>Orders [Rec. Doc. 63438 – Exhibit C and Rec. Doc. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | 2905 Sackett St.<br>Houston, TX  77098<br>888.222.7052 |
| **Joiner, Dorothy**<br>06-1971<br>Order [Rec. Doc. 63946] | Pro Se | 3931 Olive, Apt. B<br>St. Louis, MO  63108<br>AND<br>Brown & Crouppen, PC<br>720 Olive Street<br>St. Louis, MO 63101<br>laurac@getBC.com<br>andeem@getBC.com<br>sethw@getBC.com |
| **Hughes, Thomas**<br>MDL Tolling<br>Orders  [Rec.  Doc.  63438  – Exhibit C  and Rec. Doc. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | 2905 Sackett St.<br>Houston, TX  77098<br>888.222.7052 |
|  |  |  |

---

[1]  The spreadsheet has been redacted to delete the amount for each particular claimant to preserve confidentiality, all as required by prior Orders of this Court and any  Settlement Agreement.  Further, this does not include the TPP common benefit fees addressed in the Order dated 4/4/14.

| | | |
|---|---|---|
| **O'Brien, Naomi**<br>2:06-cv-07090<br>Orders [Rec. Doc. 63438 – Exhibit C  and Rec. Doc. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | 2905 Sackett St.<br>Houston, TX  77098<br>888.222.7052 |
| **Carter, Barbara Ann**<br>2:07-cv-07518<br>Orders [Rec. Doc. 63438 – Exhibit C  and Rec. Doc. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | 2905 Sackett St.<br>Houston, TX  77098<br>888.222.7052 |
| **Epler, Patricia**<br>2:07-cv-07518<br>Orders [Rec. Doc. 63438 – Exhibit C  and Rec. Doc. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | 2905 Sackett St.<br>Houston, TX  77098<br>888.222.7052 |
| **Fletcher, Wilma**<br>(2:05-cv-04325)<br>Orders [Rec. Doc. 63216 – Ex. C and Rec. Doc. 63407] | Carey & Danis, LLC<br><br>John Carey, Esq.<br>Joseph Danis, Esq. | 8235 Forsyth Boulevard<br>Suite 1100<br>St. Louis, MO 63105<br>jcarey@careydanis.com<br>jdanis@careydanis.com |
| **St. Jean, Wilfrid and Elza**<br>ATL-L-6802-05-MT (NJ)<br>Orders [Rec. Doc. 63216 – Ex. C and Rec. Doc. 63407] | Dankner & Milstein, PC<br>Jay W. Dankner, Esq.<br>Edward P. Milstein, Esq. | 41 East 57th Street<br>New York, NY 10022<br>212.751.8000 |
| **Effinger, Ernest**<br>MDL Tolling<br>Orders [Rec. Doc. 63216 – Ex. C and Rec. Doc. 63407] | Lopez McHugh, LLP<br>James J. McHugh, Jr., Esq.<br>Ramon Rossi Lopez, Esq. | 214 Flynn Avenue<br>Moorestown, NJ  08057<br>856.273.8500<br>AND<br>1123 Admiral Peary Way<br>Quarters K<br>Philadelphia, PA 19112<br>ccapouellez@lopezmchugh.com<br> rjohnson@lopezmchugh.com |
| **Donaldson, Esther A.**<br>ATL-L-8872-06-MT (NJ)<br>Orders [Rec. Doc. 63216 – Ex. C and Rec. Doc. 63407] | Seeger Weiss, LLP<br><br><br><br><br><br>Christopher Seeger, Esq.<br>Scott George, Esq. | 550 Broad Street<br>Suite 920<br>Newark, NJ 07102<br>AND<br>77 WATER STREET, 26th Floor<br>NEW YORK, NY 10005<br>(212)-584-0700<br>cseeger@seegerweiss.com<br>sgeorge@seegerweiss.com |
| | | |

| | | |
|---|---|---|
| **Labasano, Elisa P.**<br>MDL Tolling<br>Orders [Rec. Doc. 63216 – Ex. C and Rec. Doc. 63407] | The Law Group, Ltd. | Three First National Plaza<br>50th Floor<br>Chicago, IL 60602<br>pgs@thelawgroupltd.com<br>kdh@thelawgroupltd.com |
| **Marshall, William A.**<br>ATL-L-953-05MT (NJ)<br>Orders [Rec. Doc. 63216 – Ex. C and Rec. Doc. 63407] | Weinberg, Eric H., Law Firm of | 149 Livingston Avenue<br>New Brunswick, NJ 08901<br>ehw@erichweinberg.com<br>tlongo@erichweinberg.com<br>ttayts@erichweinberg.com<br>rea7001@cox.net |

The funds presently on deposit with the Clerk of Court identified in Exhibit "B" should be released from the registry of the Court and deposited in a local New Orleans, Louisiana, financial institution familiar with the Court, namely the Whitney National Bank, so that the funds can be secured for safe keeping pending further orders of the Court. The account at the Whitney National Bank should be established by Philip Garrett and/or Plaintiffs' Liaison Counsel. This account will be established in a non-interest bearing account. When funds are disbursed to claimants, any interest income will be included in the distribution and any 1099 or other tax reporting that is necessary. It is anticipated that the Court appointed CPA, Phil Garrett, will calculate any taxes due on interest income at year end and those amounts that are for taxes, as well as any costs that have been incurred in connection with the account and administration, will be reserved to be paid so that the net amount of the interest income will be allocated annually to each claimant.

The Court should direct that each law firm representing a claimant and the pro se claimant identified on Exhibit "B" be notified of this motion and request that the appropriate action be

taken by the claimants law firm or the pro se claimant to resolve any outstanding impediments so that the claimants can receive the funds attributable to their claim.

The Court should direct each of these claimants to show cause why these funds should remain on deposit, to identify any outstanding deficiencies and obstacles to final disbursement of the funds to the claimants and why the claimants are not entitled to have the funds attributable to their claims released, provided any legal impediment to receiving the funds has been resolved.

Dated: August 26, 2016                                            Respectfully submitted,

By:     */s/ Leonard A. Davis*
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, LLC
820 O'Keefe Avenue
New Orleans, LA  70113
Phone: (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of August, 2016.

/s/ Leonard A. Davis
**Leonard A. Davis**