**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  VIOXX | * | **MDL Docket No. 1657** |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| This document relates to All Cases | * | |
| | * | **MAG. JUDGE KNOWLES** |

**O R D E R**

Considering the Motion to Remove Funds From Registry of the Court For Deposit Into A Financial Institution filed by Russ M. Herman, Plaintiffs' Liaison Counsel ("PLC");

IT IS ORDERED BY THE COURT that:

1. Philip A. Garrett, the Court Appointed CPA, and/or Russ M. Herman, Plaintiffs' Liaison Counsel, shall establish an account with Whitney National Bank.  This account will be established as a non-interest bearing account.  When funds are disbursed, any interest income will be included in the distribution and any 1099 or other tax reporting that is necessary.  The Court appointed CPA, Phil Garrett, will calculate any taxes due on interest income at year end and those amounts that are for taxes, as well as any costs that have been incurred in connection with the account and administration, will be reserved to be paid so that the net amount of the interest income will be allocated annually to each claimant.

2. The account shall be used to deposit funds from the registry of the Court for the various claimants identified on Exhibit "B" to the Motion to Remove Funds from Registry of the Court For Deposit Into a Financial Institution.  These funds shall be secured for safe keeping in the account pending further orders of the Court.

1

3.  The Clerk of Court is authorized and directed to draw a check (or checks) on the funds on deposit in the registry of this Court in the principal amount of $743,097.20, plus all interest earned, less the assessment fees for administration of funds, payable to Garrett & Co. and mail or deliver the check (or checks) to Philip A. Garrett or Russ M. Herman at 820 O'Keefe Avenue, New Orleans, Louisiana 70113.   Garrett & Co. shall, at the request of the Clerk of Court, provide a tax payer identification number.

4.  Each claimant identified in the chart below should take the appropriate action to resolve any outstanding impediments so that the claimant can receive the funds attributable to their claim and the Court directs that each claimant show cause why these funds should remain on deposit, identify any outstanding deficiencies and obstacles to final disbursement of the funds to the claimant and why the claimants are not entitled to have the funds attributable to their claims released, provided any legal impediment to receiving the funds have been resolved at a hearing scheduled to take place on the _____ day of _____, 2016, at _____ o'clock ____.m.

| CLAIMANT | FIRM/ATTORNEY | EMAIL/PHONE |
|---|---|---|
| **Miller, Todd**<br>2006-62709 (TX)<br>Orders [Rec. Doc. 63438 – Exhibit C  and Rec. Doc. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | 2905 Sackett St.<br>Houston, TX  77098<br>888.222.7052 |
| **Joiner, Dorothy**<br>06-1971<br>Order [Rec. Doc. 63946] | Pro Se | 3931 Olive, Apt. B<br>St. Louis, MO  63108<br>AND<br>Brown & Crouppen, PC |

| | | 720 Olive Street<br>St. Louis, MO 63101<br>laurac@getBC.com<br>andeem@getBC.com<br>sethw@getBC.com |
|---|---|---|
| **Hughes, Thomas**<br>MDL Tolling<br>Orders [Rec. Doc. 63438 – Exhibit C and Rec. Doc. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | 2905 Sackett St.<br>Houston, TX  77098<br>888.222.7052 |
| **O'Brien, Naomi**<br>2:06-cv-07090<br>Orders [Rec. Doc. 63438 – Exhibit C and Rec. Doc. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | 2905 Sackett St.<br>Houston, TX  77098<br>888.222.7052 |
| **Carter, Barbara Ann**<br>2:07-cv-07518<br>Orders [Rec. Doc. 63438 – Exhibit C and Rec. Doc. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | 2905 Sackett St.<br>Houston, TX  77098<br>888.222.7052 |
| **Epler, Patricia**<br>2:07-cv-07518<br>Orders [Rec. Doc. 63438 – Exhibit C and Rec. Doc. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | 2905 Sackett St.<br>Houston, TX  77098<br>888.222.7052 |
| **Fletcher, Wilma**<br>(2:05-cv-04325)<br>Orders [Rec. Doc. 63216 – Ex. C and Rec. Doc. 63407] | Carey & Danis, LLC<br><br><br>John Carey, Esq.<br>Joseph Danis, Esq. | 8235 Forsyth Boulevard<br>Suite 1100<br>St. Louis, MO 63105<br>jcarey@careydanis.com<br>jdanis@careydanis.com |
| **St. Jean, Wilfrid and Elza**<br>ATL-L-6802-05-MT (NJ)<br>Orders [Rec. Doc. 63216 – Ex. C and Rec. Doc. 63407] | Dankner & Milstein, PC<br>Jay W. Dankner, Esq.<br>Edward P. Milstein, Esq. | 41 East 57th Street<br>New York, NY 10022<br>212.751.8000 |
| **Effinger, Ernest**<br>MDL Tolling<br>Orders [Rec. Doc. 63216 – Ex. C and Rec. Doc. 63407] | Lopez McHugh, LLP<br>James J. McHugh, Jr., Esq.<br>Ramon Rossi Lopez, Esq. | 214 Flynn Avenue<br>Moorestown, NJ  08057<br>856.273.8500<br>AND<br>1123 Admiral Peary Way<br>Quarters K<br>Philadelphia, PA 19112<br>ccapouellez@lopezmchugh.com<br>rjohnson@lopezmchugh.com |
| **Donaldson, Esther A.**<br>ATL-L-8872-06-MT (NJ)<br>Orders [Rec. Doc. 63216 – Ex. C and Rec. Doc. 63407] | Seeger Weiss, LLP | 550 Broad Street<br>Suite 920<br>Newark, NJ 07102<br>AND |

| | | |
|---|---|---|
| | Christopher Seeger, Esq.<br>Scott George, Esq. | 77 WATER STREET, 26th Floor<br>NEW YORK, NY 10005<br>(212)-584-0700<br>cseeger@seegerweiss.com<br>sgeorge@seegerweiss.com |
| **Labasano, Elisa P.**<br>MDL Tolling<br>Orders [Rec. Doc. 63216 – Ex. C<br>and Rec. Doc. 63407] | The Law Group, Ltd. | Three First National Plaza<br>50th Floor<br>Chicago, IL 60602<br>pgs@thelawgroupltd.com<br>kdh@thelawgroupltd.com |
| **Marshall, William A.**<br>ATL-L-953-05MT (NJ)<br>Orders [Rec. Doc. 63216 – Ex. C<br>and Rec. Doc. 63407] | Weinberg, Eric H., Law Firm of | 149 Livingston Avenue<br>New Brunswick, NJ 08901<br>ehw@erichweinberg.com<br>tlongo@erichweinberg.com<br>ttayts@erichweinberg.com<br>rea7001@cox.net |

5.  Liaison counsel is directed to notify each claimant and the pro se claimant of this

motion and request that they take the appropriate action.

New Orleans, Louisiana, this ___ day of _____, 2016.

_____
Eldon E. Fallon
United States District Court Judge

4