UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

### NOTICE OF COMPLIANCE WITH RULE 67.3

PLEASE TAKE NOTICE that Plaintiffs' Liaison Counsel, Russ M. Herman, has complied with Local Rule 67.3 by having the Clerk of Court for the United States District Court, Eastern District of Louisiana, review the Motion to Remove Funds From Registry of the Court and to Deposit Into a Financial Institution, memorandum in support and proposed order filed simultaneously with this Notice, prior to filing.

Dated: August 26, 2016            Respectfully submitted,

By:     /s/ Leonard A. Davis
         Russ M. Herman, Esquire
         Leonard A. Davis, Esquire
         HERMAN, HERMAN & KATZ, LLC
         820 O'Keefe Avenue
         New Orleans, LA  70113
         Phone: (504) 581-4892
         Fax:  (504) 561-6024
         ldavis@hhklawfirm.com
         *Plaintiffs' Liaison Counsel*
         *MDL 1657*

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in

accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26\textsuperscript{th} day of August, 2016.

/s/ Leonard A. Davis
**Leonard A. Davis**