# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to All Cases** | * | |
| | * | **MAG. JUDGE KNOWLES** |

## <u>O R D E R</u>

Considering the Motion to Withdraw Filing filed by Russ M. Herman, Plaintiffs' Liaison Counsel;

IT IS ORDERED BY THE COURT that the Motion to Remove Funds From Registry of the Court and to Deposit Into a Financial Institution [Rec. Doc. 65444] filed on August 25, 2016 be and is hereby withdrawn.

New Orleans, Louisiana, this 30th day of _____August_____, 2016.

_____
Eldon E. Fallon
United States District Court Judge