UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX                                        MDL DOCKET NO. 1657
PRODUCTS LIABILITY LITIGATION                       SECTION L

                                                    JUDGE FALLON
                                                    MAGISTRATE JUDGE KNOWLES

THIS DOCUMENT RELATES TO:

*Jo Levitt v. Merck Sharp & Dohme Corp.*, 2:06-cv-09757-EEF-DEK

## MERCK SHARP & DOHME CORP.'S NOTICE OF ESTIMATE OF COSTS

PLEASE TAKE NOTICE that, in accordance with this Court's Order & Reasons regarding Merck's Motions to Maintain Confidential Document Designations entered on August 12, 2016, Merck has provided to Plaintiff's counsel an estimate of the costs Merck would bear in addressing whether the documents at issue in the Motions merit protection under Rule 26(c) as confidential material.

Dated:  August 30, 2016

                                                  Respectfully submitted,

By:    */s/ Emily Renshaw Pistilli*
       Douglas R. Marvin
       M. Elaine Horn
       Emily Renshaw Pistilli
       WILLIAMS & CONNOLLY LLP
       725 Twelfth Street, N.W.
       Washington, D.C. 20005
       Phone:  202-434-5000
       Fax:    202-434-5029

       Attorneys for Merck Sharp & Dohme Corp.

       —and—

Phillip A. Wittman, 13625
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER WITTMAN, L.L.C.
546 Carondelet Street
New Orleans, LA 70130
Phone:  504-581-3200
Fax:     504-581-3361

Defendants' Liaison Counsel

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing Notice has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of August, 2016.

                                            */s/ Dorothy H. Wimberly*
                                            Dorothy H. Wimberly, 18509
                                            STONE PIGMAN WALTHER WITTMANN L.L.C.
                                            546 Carondelet Street
                                            New Orleans, Louisiana  70130
                                            Phone:  504-581-3200
                                            Fax:     504-581-3361
                                            dwimberly@stonepigman.com

                                            Defendants' Liaison Counsel