UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *This document relates to* | * | JUDGE FALLON |
| *Jo Levitt v. Merck & Co., Inc.*<br>2:06-cv-09757-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### JOINT MOTION FOR EXTENSION OF TIME TO FILE
### JOINT STIPULATIONS REGARDING CERTAIN EXPERT OPINIONS

COMES NOW Plaintiff and Defendant, by and through counsel, and hereby request an extension of time to meet and confer regarding possible joint stipulations regarding certain expert opinions. In support of their Motion, the parties state:

1. On August 17, 2016, a hearing was held wherein the Court heard arguments concerning Merck's Motion for Partial Summary Judgment, Merck's Motion to Exclude Expert Opinions of Dr. Egilman, Merck's Motion to Exclude Expert Opinions of Dr. Schapira, Merck's Motion to Exclude Expert Opinions of Dr. Rosamond, and Merck's Motion to Exclude Expert Opinions of Dr. Madigan.

2. At the end of the hearing, Plaintiff's counsel indicated that Plaintiff does not intend to elicit at trial certain of the opinions at issue in Merck's motions. Plaintiff requested that the Court refrain from entering an Order excluding these opinions and permit the parties to meet and confer regarding possible stipulations identifying which opinions, in particular, Plaintiff no longer intends to elicit.

3. The Court agreed to provide the parties fourteen days to meet and confer.

2

4.  Lead counsel for Plaintiff, Kenneth B. McClain, began a two-week toxic tort trial on August 22, 2016.

5.  Although counsel for both parties have been in communication regarding the stipulation and both parties have exchanged proposals, they are still continuing to work toward a final agreement.

6.  As such, the parties hereby request a one-week extension of time to submit any joint stipulation or stipulations regarding those expert opinions that Plaintiff does not intend to elicit at trial.

7.  This request for extension of time is not made for the purposes of delay, but rather to allow the parties to continue working on the stipulation. The granting of this motion will not unduly prejudice the parties nor delay these proceedings.

WHEREFORE, both parties respectfully request that the time to submit joint stipulations regarding certain expert opinions be extended until September 8, 2016.

Dated:  September 1, 2016

By: /s/ Emily Renshaw Pistilli_____

    Douglas R. Marvin
    M. Elaine Horn
    Emily Renshaw Pistilli
    WILLIAMS & CONNOLLY LLP
    725 Twelfth Street, NW
    Washington, DC 20005
    Phone: 202-434-5000
    Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

By: /s/ Daniel A. Thomas

    Kenneth B. McClain
    Danny A. Thomas
    HUMPHREY, FARRINGTON &
    MCCLAIN, P.C.
    221 West Lexington Street, Suite 400
    Independence, MO 64051
    Phone: 816-398-7435
    Fax:    816-836-8966

*Attorneys for Jo Levitt*

## **CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing Joint Motion for Extension of Time to File Joint Stipulations Regarding Certain Expert Opinions has been served on Defense Counsel, Douglas Marvin, M. Elaine Horn and Emily Renshaw Pistilli, and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 1st day of September, 2016.

/S/ DANIEL A. THOMAS
Kenneth B. McClain           MO #32430
Daniel A. Thomas             MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**