# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:    VIOXX® | * MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * SECTION L |
| This document relates to | * JUDGE FALLON |
| Jo Levitt v. Merck & Co., Inc.<br>2:06-cv-09757-EEF-DEK | * MAGISTRATE JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## [ORDER

Having considered the parties' Joint Motion for Extension of Time to File Stipulation Regarding Expert Opinions, it is hereby

**ORDERED** that the motion is **GRANTED**. The parties are granted leave through and including September 8, 2016, within which to file their Stipulation Regarding the Scope of Plaintiff's Experts' Opinions.

New Orleans, Louisiana, this __2nd__ day of ____September____, 2016.

_____
UNITED STATES DISTRICT COURT JUDGE