UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JOINT MOTION FOR ENTRY OF A JOINT STIPULATION
REGARDING THE TESTIMONY OF DAVID EGILMAN, M.D.**

Pursuant to the agreement of the parties, Plaintiff Jo Levitt and Defendant Merck Sharp & Dohme Corp. hereby request that the Court enter the attached Joint Stipulation Limiting the Testimony of David Egilman, M.D. in the above-captioned case. *See* Exhibit A.

Dated: September 8, 2016

                                                           By: /s/ Daniel A. Thomas

                                                           Kenneth B. McClain
                                                           Danny A. Thomas
                                                           HUMPHREY, FARRINGTON &
                                                           MCCLAIN, P.C.
                                                           221 West Lexington Street, Suite 400
                                                           Independence, MO 64051
                                                           Phone: 816-398-7435
                                                           Fax:           816-836-8966

                                                           *Attorneys for Jo Levitt*

                                                           – and –

                                                           By: Emily Renshaw Pistilli
                                                           Douglas R. Marvin
                                                           M. Elaine Horn
                                                           Emily Renshaw Pistilli
                                                           WILLIAMS & CONNOLLY LLP
                                                           725 Twelfth Street, NW

Washington, DC 20005
Phone: 202-434-5000
Fax:    202-434-5029

*Attorneys for Merck Sharp & Dohme Corp.*