# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | MAGISTRATE JUDGE |
| 2:06-cv-09757-EEF-DEK | * | KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## JOINT STIPULATION REGARDING THE
## TESTIMONY OF DAVID EGILMAN, M.D.

Plaintiff agrees and stipulates that she will not seek to elicit, and will instruct David Egilman, M.D. not to offer, testimony at trial on the following topics:

1. *Specific causation opinions that Vioxx is causally associated with or caused Jo Levitt to suffer from Alzheimer's disease, dementia or cognitive impairment.*

2. *General or specific causation opinions that Vioxx is causally associated with atherosclerosis, atherogenesis, or restenosis.*

3. *Ethics*. This category includes but is not limited to opinions that Merck violated any duties, obligations, or standards (legal or otherwise); and opinions that Merck's conduct was "wrong" or "immoral."

4. *Merck's intentions, beliefs, or knowledge – i.e., state of mind.* This category includes but is not limited to opinions that Merck "deliberately" misrepresented data; that Merck "intended" not to disclose accurate information on the Vioxx label; that Merck "manipulated" the data; that Merck was "aware" of certain data or information; or that Merck actively tried not to comply with the Food and Drug Administration's requests and instructions.

Dated:  September 8, 2016

| | |
|---|---|
| By: */s/ Daniel A. Thomas* | By:/s/ Emily Renshaw Pistilli |
| Kenneth B. McClain | Douglas R. Marvin |
| Danny A. Thomas | M. Elaine Horn |
| HUMPHREY, FARRINGTON & | Emily Renshaw Pistilli |
| MCCLAIN, P.C. | WILLIAMS & CONNOLLY LLP |

| | |
|---|---|
| 221 West Lexington Street, Suite 400<br>Independence, MO 64051<br>Phone: 816-398-7435<br>Fax:     816-836-8966 | 725 Twelfth Street, NW<br>Washington, DC 20005<br>Phone: 202-434-5000<br>Fax:     202-434-5029 |
| *Attorneys for Jo Levitt* | *Attorneys for Merck Sharp & Dohme Corp.* |