UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | MAGISTRATE JUDGE |
| 2:06-cv-09757-EEF-DEK | * | KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### ORDER GRANTING THE PARTIES' JOINT MOTION FOR ENTRY OF A JOINT STIPULATION REGARDING THE <u>TESTIMONY OF DAVID EGILMAN, M.D.</u>

Upon consideration of the foregoing Joint Motion for Entry of a Joint Stipulation Regarding the Testimony of David Egilman, M.D., the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that the Stipulation attached as Exhibit A to the foregoing Motion shall be entered into the record in the above-captioned case.

New Orleans, Louisiana, this  12th  day of September, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT JUDGE