MINUTE ENTRY
FALLON, J.
SEPTEMBER 14, 2016

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE:  XARELTO (RIVAROXABAN) | * | MDL 2592 |
| PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| THIS DOCUMENT RELATES TO | * | |
| ALL CASES | * | JUDGE ELDON E. FALLON |
| | * | |
| | * | MAG. JUDGE NORTH |

* * * * * * * * * * * * * * * * * * * * * * * *

**THIS DOCUMENT RELATES TO ALL CASES**

A telephonic hearing was held on this date in the chambers of Judge Eldon E. Fallon.  The

PSC was represented by Lenny Davis and Roger Denton.  Defendants were represented by Susan

Chanda Miller, Sharko, Tim Coon, and Andy Solow. Third Party Portola was represented by Mark

Lambert and Heather Navarro.

At the conference, the Court discussed Portola's production of documents and made a

ruling regarding the details of that production.

The status conference was transcribed by Court Reporter Mary Thompson.  To obtain a

copy of the transcript, contact Ms. Thompson at (504) 589-7783.

JS10(00:20)