IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX<br>PRODUCTS LIABILITY LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>C.A. 05-1111 UFCW Local 1776 v. Merck & Co. Inc.<br>C.A. 05-2269 Sheet Metal Workers Local No. 20<br>  Welfare & Benefit v. Merck & Co. Inc.<br>C.A. 08-1068 Healthcare Recoveries, Inc. v. Merck & Co.<br>C.A. 08-1633 AvMed, Inc. v. BrownGreer PLC<br>C.A. 08-3627 119SEIU Greater New York Benefit Fund v.<br>  BrownGreer PLC<br>C.A. 09-2861 Commonwealth of Pennsylvania v. Merck &<br>  Co. Inc.<br>C.A. 09-3116 HMO Louisiana, Inc. v. Merck & Co., Inc.<br>C.A. 09-6363 Central Regional Employees Benefit Fund v.<br>  Merck & Co. Inc. | MDL NO. 1657<br><br>SECTION: L<br><br>JUDGE FALLON<br><br>MAG. JUDGE KNOWLES |

**RESPONSE OF PLAINTIFFS' STEERING COMMITTEE TO
ORDER TO SHOW CAUSE**

Now comes the Plaintiffs' Steering Committee, who hereby responds to the Court's Order to Show Cause (Rec. Doc. 65443) by advising the Court as to the current status of the eight (8) matters to which the Order relates, as follows:

1. C.A. 05-1111 *UFCW Local 1776 v. Merck & Co. Inc.*

    a. Case settled in Private TPP Settlement Agreement and Release executed on September 14, 2009. The PSC will supply the Court with a full copy of the Private TPP Settlement Agreement and Release upon request.

2. C.A. 05-2269  *Sheet Metal Workers Local No. 20 Welfare & Benefit v. Merck & Co. Inc.*

    a. Case settled in Private TPP Settlement Agreement executed on September 14, 2009.  The PSC will supply the Court with a full copy of the Private TPP Settlement Agreement and Release upon request.

3. C.A. 08-1068  *Healthcare Recoveries, Inc. v. Merck & Co.*

    a. Case settled per counsel of record, Jerry Block.  Mr. Block's email confirming that the case can be dismissed is attached as Exhibit A.

4. C.A. 08-1633  *AvMed, Inc. v. BrownGreer PLC*

    a. Case settled in Private TPP Settlement Agreement and Release executed on September 14, 2009. The PSC will supply the Court with a full copy of the Private TPP Settlement Agreement and Release upon request.

5. C.A. 08-3627  *119SEIU Greater New York Benefit Fund v. BrownGreer PLC*

    a. Case settled in Private TPP Settlement Agreement and Release executed on September 14, 2009. The PSC will supply the Court with a full copy of the Private TPP Settlement Agreement and Release upon request.

6. C.A. 09-2861  *Commonwealth of Pennsylvania v. Merck & Co. Inc.*

    a. Case against Merck has settled. The only open issue in this case is the Plaintiff's Steering Committee's Motion for Common Benefit Assessment. (Rec. Doc. 64205) . In Order & Reasons of the Court issued April 29, 2013 (Rec. Doc. 64364), Your Honor referred factual issues to Special Master Patrick Juneau or his designee.  Attached as Exhibit B.

7. C.A. 09-3116  *HMO Louisiana, Inc. v. Merck & Co., Inc.*

    a. Advised on May 26, 2016 by counsel for plaintiff, James R. Dugan, II, that the case settled in the Private TPP Settlement.  See email from counsel attached hereto as Exhibit C.

8. C.A. 09-6363  *Central Regional Employees Benefit Fund v. Merck & Co. Inc.*

    a. Advised on May 26, 2016 by counsel for plaintiff, James R. Dugan, II, that the case was not resolved in the Private TPP Settlement.  See letter to counsel regarding the Court's Order to Show Cause attached hereto as Exhibit D which advises Mr. Dugan to appear at the September 28, 2016 hearing to explain the status of this case to the Court.

As six (6) of the eight (8) matters to which the Order relates have been settled, the Plaintiffs' Steering Committee has no objection to the Court enter an order dismissing those matters as a result of settlement in the Private TPP Settlement, and that parties to those actions be relieved of their obligation to appear.

DATED:  September 20, 2016                Respectfully submitted,

*/s/ Leonard A. Davis*
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone:  (504) 581-4892
Fax:  (504) 561-6024
ldavis@hhklawfirm.com

*Plaintiffs' Liaison Counsel*

- 3 -

- 4 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of September, 2016.

                                         */s/ Leonard A. Davis*
                                         LEONARD A. DAVIS