# EXHIBIT A

**Dena White**
___

| | |
|---|---|
| **From:** | Block, Jerome H. <JBlock@levylaw.com> |
| **Sent:** | Monday, September 19, 2016 3:35 PM |
| **To:** | Dawn Barrios; Diane Paolicelli; Dena White |
| **Cc:** | Davis, Leonard A.; Birchfield, Anthony D. Jr.; Herman, Russ M.; Seeger, Chris; Maimon, Moshe S.; Komitor, Robert I.; Konigsberg, Alan J.; Steven Phillips; Melissa Stewart |
| **Subject:** | RE: Vioxx Order to Show Cause |
| **Importance:** | High |

Dawn and PSC-- Having spoken to Diane Paolicelli today, and I having now had the opportunity to review the pleadings in this case as well as our electronic files. This email confirms that *C.A. 08-1068, Health Care Recoveries, Inc. v. Merck & Co.* has been resolved and should be dismissed as moot by the Court. Please let me know if you have any questions or if you would like to discuss this matter.

Sincerely,

Jerry

Jerome H. Block
Levy Konigsberg LLP
800 Third Ave.
New York, NY 10022
212-605-6270
www.levylaw.com

---

**From:** Diane Paolicelli [mailto:DPaolicelli@p2law.com]
**Sent:** Monday, September 19, 2016 10:30 AM
**To:** Dena White
**Cc:** Dawn Barrios; Davis, Leonard A.; Birchfield, Anthony D. Jr.; Herman, Russ M.; Seeger, Chris; Maimon, Moshe S. (MMaimon@lpklaw.com); Block, Jerome H. (JBlock@levylaw.com); Komitor, Robert I. (RKomitor@lpklaw.com); Konigsberg, Alan J. (AKonigsberg@lpklaw.com); Steven Phillips; Melissa Stewart
**Subject:** RE: Vioxx Order to Show Cause
**Importance:** High

Hi Dawn:
As Melissa explained, Steven Phillips and I, along with others, split from Levy Konigsberg (formerly Levy Phillips & Konigsberg) over 4 years ago. We did not take these clients with us. I am copying my former partners on your email. You will need to speak with them if you have not done so already. My recollection is that this litigation was entirely settled, but without access to the files – which are all in Levy Konigsberg's possession – I cannot confirm this. They will need to do that.

I did not get any message from anyone on this until Friday, and I was out of town. Perhaps the Court will give Levy Konigsberg more time to respond?

Please feel free to call me if you need something further. I am in my office all day.

1

Diane Paolicelli
Partner


PHILLIPS & PAOLICELLI, LLP
ATTORNEYS AT LAW

747 Third Ave., 6th Floor
New York, NY 10017
(212) 388-5100
(646) 581-9221 (Direct)
(212) 388-5200 (Fax)
dpaolicelli@p2law.com
www.p2law.com

CONFIDENTIALITY STATEMENT
This e-mail transmission and any accompanying attachment contains information that is confidential, privileged and exempt from disclosure under applicable law. This e-mail is intended only for the use of the individual or entity to which it is addressed. If you receive this e-mail in error or you are not the intended recipient, do not read, copy or disseminate in any manner. If you are not the intended recipient, you may not disseminate, distribute or copy this communication and any disclosure, copying, distribution, use or taking any action in reliance on the contents of this information is strictly prohibited. If you received this communication in error, please reply to the message immediately by informing the sender that the message was misdirected and after advising the sender you must erase the message from your computer system and destroy any hard copies that may have been made. Thank you for your assistance in correcting this error.

STATEMENT RE: TAX ADVICE
"As required by IRS regulations, you are advised that any advice contained in this communication (including any attachments) is not intended or written to be used, and cannot be used, for the purpose of (i) avoiding penalties under the Internal Revenue Code or (ii) promoting, marketing or recommending to another party any transaction or matter addressed herein."

Note: To protect against computer viruses, e-mail programs may prevent sending or receiving certain types of file attachments. Check your e-mail security settings to determine how attachments are handled.

---

**From:** Dena White [mailto:dwhite@bkc-law.com]
**Sent:** Friday, September 16, 2016 3:28 PM
**To:** Diane Paolicelli
**Cc:** Dawn Barrios; Davis, Leonard A.; Birchfield, Anthony D. Jr.; Herman, Russ M.; Seeger, Chris
**Subject:** Vioxx Order to Show Cause

Ms. Paolicelli,

Please see the attached correspondence from Ms. Barrios.

Thanks,