# EXHIBIT C

## Dena White

| | |
|---|---|
| **From:** | James R. Dugan, II <jdugan@dugan-lawfirm.com> |
| **Sent:** | Thursday, May 26, 2016 11:36 AM |
| **To:** | Dena White |
| **Cc:** | Davis, Leonard A.; Lillian Flemming; Dawn Barrios; Douglas Plymale |
| **Subject:** | Re: HMO Louisiana, Inc. v. Merck |

Resolved in private tpp case it can be dismissed thanks

Sent from my iPhone

On May 26, 2016, at 12:15 PM, Dena White <dwhite@bkc-law.com> wrote:

> Counsel,
>
> Judge Fallon is working on closing out the Vioxx docket and your case *HMO Louisiana, Inc. v. Merck & Co. Inc.*, No. 2:09-cv-03116, is still open.  Please let us know the status of this case.
>
> Thanks,
> Dena
>
> **Dena M. White**
> Paralegal to Dawn M. Barrios, Esq. and Bruce S. Kingsdorf, Esq.
>
> <bkce813e1>
>
> 701 Poydras Street, Suite 3650
> New Orleans, LA 70139
> 504.524.3300 (phone)
> 504.524.3313 (fax)
>
>  Please consider the environment before printing this e-mail

1