# EXHIBIT D

# BARRIOS KINGSDORF & CASTEIX, L.L.P.
ATTORNEYS AT LAW

DAWN M. BARRIOS
BRUCE S. KINGSDORF
BARBARA TREUTING CASTEIX

ZACHARY L. WOOL

ONE SHELL SQUARE
701 POYDRAS STREET, SUITE 3650
NEW ORLEANS, LA 70139-3650
TELEPHONE (504) 524-3300
FACSIMILE (504) 524-3313
WWW.BKC-LAW.COM

September 16, 2016

**Via Email Only (jdugan@dugan-lawfirm.com)**

James Dugan, Esq.
Dugan Law Firm
365 Canal St., Suite 1000
New Orleans, LA 70130

Re:   *Central Regional Employees Benefit Fund et al v. Merck & Co Inc.*

Dear Jim:

As you know, Judge Fallon has issued the enclosed Order to Show Cause directed to attorneys having cases on the open docket. You advised me on May 26, 2016 via email that you will not give the PSC permission to dismiss the case.

On Tuesday the PSC's response is due and unless I hear from you to the contrary, we will report to Judge Fallon that you will not dismiss your case.

Please note that the hearing is on Wednesday, September 28, 2016 at 10:00 a.m. and we suggest that you make an appearance to address the issue regarding your case.

Sincerely,

Dawn M. Barrios

cc via email:   Lenny Davis, Esq.
Andy Birchfield, Esq.
Russ Herman, Esq.
Chris Seeger, Esq.

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY      MDL NO. 1657
LITIGATION

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

**This Document Relates To:**

C.A. 05-1111    UFCW Local 1776 v. Merck & Co. Inc.
C.A. 05-2269    Sheet Metal Workers Local No. 20 Welfare & Benefit v. Merck & Co. Inc.
C.A. 08-1068    Healthcare Recoveries, Inc. v. Merck & Co.
C.A. 08-1633    AvMed, Inc. v. BrownGreer PLC
C.A. 08-3627    1199SEIU Greater New York Benefit Fund v. BrownGreer PLC
C.A. 09-2861    Commonwealth of Pennsylvania v. Merck & Co. Inc.
C.A. 09-3116    HMO Louisiana, Inc. v. Merck & Co. Inc.
C.A. 09-6363    Central Regional Employees Benefit Fund v. Merck & Co. Inc.

## ORDER TO SHOW CAUSE

**IT IS ORDERED** that the above-captioned matters are set for a Rule to Show Cause on WEDNESDAY, SEPTEMBER 28, 2016, AT 10:00AM. Parties are to appear, IN PERSON, to show cause why the above-captioned matters should not dismissed, with/without prejudice, for failure to prosecute. Any party wishing to appear via telephone shall contact the Court by September 14, 2016, to make arrangements for dial in information.

New Orleans, Louisiana, this 19th day of August, 2016.

_____
UNITED STATES DISTRICT JUDGE