UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *This document relates to* | * | JUDGE FALLON |
| *Jo Levitt v. Merck & Co., Inc.*<br>2:06-cv-09757-EEF-DEK | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME**

COMES NOW Plaintiff Jo Levitt, by and through counsel, and hereby requests an extension of time to indicate whether Plaintiff accepts the costs associated with Defendant Merck's Rule 26(c) analysis, pursuant to this Court's August 8, 2016 Order. In support of this Motion, Plaintiff states:

1. At issue is Defendant Merck's Motion to Maintain Confidential Document Designations, R. Doc. 65337, and Defendant Merck's Motion to Maintain Confidential Document Designations and for Protective Order Barring Similar Requests, R. Doc. 65349.

2. Both of these Motions were regarding Plaintiff Jo Levitt's request to de-designate certain Merck documents as confidential.

3. After a hearing on these two Motions, this Court entered an Order on August 8, 2016 providing that on or before August 30, 2016, Merck was to provide Plaintiff with an estimate of the costs Merck would bear in addressing whether the documents at issue merited protection under Rule 26(c) as trade secrets, business information, or otherwise. The August 8, 2016 Order further provided that Plaintiff is to indicate on or before September 30, 2016 whether

she accepted such costs associated with Merck's Rule 26(c) analysis, and whether Plaintiff is willing to post a bond securing the payment of these costs.

4. Plaintiff now respectfully seeks a 30-day extension of time in which to accept or decline such costs and the bond associated with the payment of the costs.

5. Plaintiff's request for an extension is due in part to lead counsel for Plaintiff, Kenneth B. McClain, litigating a toxic tort trial which began on August 22, 2016. Due to the schedule of the judge, this trial has not yet completed, and trial is still occurring in the Circuit Court of Jackson County Missouri.

6. Although counsel for Plaintiff has inquired as to whether Merck opposes this request for extension of time, counsel for Merck has not yet responded.

7. As such, Plaintiff hereby respectfully requests a 30-day extension of time to indicate whether she accepts the costs associated with Merck's Rule 26(c) analysis, and whether Plaintiff is willing to post a bond securing the payment of these costs.

8. This request for extension of time is not made for the purposes of delay, but rather to accommodate the trial schedule of Plaintiff's counsel. The granting of this motion will not unduly prejudice the parties nor delay these proceedings.

WHEREFORE, Plaintiff Jo Levitt respectfully requests that the time to indicate whether she accepts the costs associated with Merck's Rule 26(c) analysis, and whether Plaintiff is willing to post a bond securing the payment of these costs, be extended until October 30, 2016, and for such further relief as this Court deems just and proper.

3

Dated:  September 29, 2016

By: /s/ Daniel A. Thomas

Kenneth B. McClain
Danny A. Thomas
HUMPHREY, FARRINGTON &
MCCLAIN, P.C.
221 West Lexington Street, Suite 400
Independence, MO 64051
Phone: 816-398-7435
Fax:     816-836-8966

.  *Attorneys for Jo Levitt*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Motion for Extension of Time has been served on Defense Counsel, Douglas Marvin, M. Elaine Horn and Emily Renshaw Pistilli, and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 29th day of September, 2016.

/S/ DANIEL A. THOMAS
Kenneth B. McClain            MO #32430
Daniel A. Thomas              MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFFS**