UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:    VIOXX® | * MDL Docket No. 1657 |
| | * |
| **PRODUCTS LIABILITY LITIGATION** | * SECTION L |
| | * |
| This document relates to | * JUDGE FALLON |
| | * |
| Jo Levitt v. Merck & Co., Inc. | * MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

Having considered Plaintiff Jo Levitt's Motion for Extension of time, it is hereby

**ORDERED** that the motion is **GRANTED**. Plaintiff is granted leave through and including October 30, 2016, within which to indicate whether she accepts the costs associated with Merck's Rule 26(c) analysis, and whether Plaintiff is willing to post a bond securing the payment of these costs.

New Orleans, Louisiana, this  29th  day of  September , 2016.

_____
UNITED STATES DISTRICT COURT JUDGE