# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *   MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *   SECTION L |
| LITIGATION | * |
| | *   JUDGE FALLON |
| *This document relates to* | * |
| | *   MAGISTRATE JUDGE |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | *   KNOWLES |
| 2:06-cv-09757-EEF-DEK | * |
| | * |

*************************************************************************

## NOTICE OF SUBMISSION

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion in Limine to Exclude Evidence Related to Myocardial Infaction (Motion in Limine No. 1) is noticed for submission on November 9, 2016, at 9:00 a.m., before the Honorable Eldon E. Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street, New Orleans, Louisiana.

Dated:  September 30, 2016

                                          Respectfully submitted,

                                 By: */s/ Dorothy H. Wimberly*
                                      Phillip A. Wittmann, 13625
                                      Dorothy H. Wimberly, 18509
                                      STONE, PIGMAN WALTHER
                                      WITTMAN L.L.C.
                                      546 Carondelet Street
                                      New Orleans, Louisiana 70130
                                      Phone:  504-581-3200
                                      Fax:     504-581-3361

                                      *Defendants' Liaison Counsel*

                                          —and—

1213828v1

Douglas R. Marvin
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
527 Twelfth Street, N.W.
Washington, D.C. 20005
Phone: 202-434-5000
Fax: 202434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

**CERTIFICATE OF SERVICE**

     I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of September, 2016.

                          */s/ Dorothy H. Wimberly*
                          Dorothy H. Wimberly, 18509
                          STONE PIGMAN WALTHER WITTMANN L.L.C.
                          546 Carondelet Street
                          New Orleans, Louisiana  70130
                          Phone:  504-581-3200
                          Fax:     504-581-3361
                          dwimberly@stonepigman.com

                          Defendants' Liaison Counsel

1213828v1