# Exhibit A

# John Ward Economics
a john o. ward & associates company

Voice 913-381-9420
Fax 913-648-5740
Email staff@JohnWardEconomics.com
Web JohnWardEconomics.com

Address
8340 Mission Rd Ste 235
Prairie Village, KS 66206-1339

---

December 11, 2013

J'Nan C. Kimak
Humphrey, Farrington & McClain, P.C.
221 West Lexington
P.O. Box 900
Independence, MO 64051

Re: Jo Levitt vs. Merck & Co. Inc.
    Ability to Pay Punitive Damage Report

Humphrey, Farington & McClain:

J'Nan C. Kimak retained John O. Ward & Associates to provide economic testimony related to the ability to pay punitive damages of Merck & Company, Inc. Merck & Company, Inc. is a global healthcare care company that delivers innovative solutions through its prescription medicines, vaccines, biologic therapies, animal health, and consumer care products, which it markets directly and through its joint ventures. The Company's operations are principally managed on a products basis and are comprised of four operating segments, which are Pharmaceutical, Animal Health, Consumer Care and Alliances segments, and one reportable segment, which is its Pharmaceutical segment.[1]

On November 3, 2009, Merck & Co. Inc. and Schering-Plough Corporation completed their previously-announced merger. In the merger, Schering-Plough acquired all of the shares of Old Merck, which became a wholly owned subsidiary of Schering-Plough and was renamed Merck Sharp & Dohme Corp. Schering-Plough continued as the surviving public company and was renamed Merck & Co. Inc. All financial measures reported in this report represent combined financial results as obtained from the website of Merck & Company, Inc. http://www.merck.com/investors/financial-reports/home.html

---

[1] Merck & Co., Inc. United States Securities and Exchange Commission. Form 10-K. For the Fiscal Year Ended December 31, 2012. Page 85. http://www.merck.com/investors/financial-reports/annual-reports-and-proxy-statements.html

My testimony will consist of an explanation of various financial measures reported by Merck & Company, Inc. in their 10-K annual filings with the Securities and Exchange Commission, their Annual Proxy Statements, and Yahoo Finance documents.

These financial measures provide the basis for the jury to determine Merck & Company, Inc.'s ability to pay a punitive damage award. Below, I provide a reliable method by which the jury can use to put a punitive damage award into perspective of Merck & Company Inc.'s financial status.

Selected financial measures of Merck & Co. Inc.'s ability to pay a punitive damage award are presented in Table 1. The selected summary financial measured reported below are for the fiscal year ended December 31, 2018 thru the fiscal year ended December 31, 2013.

1. In 2012, sales for Merck & Co. Inc. were $47,267,000,000; for the period 2008-2012, sales for Merck & Company were $192,579,000,000.
2. In 2012, net income for Merck & Co. Inc. was $6,299,000,000; for the period 2008-2012, net income was $34,627,000,000.
3. For the fiscal year ended December 31, 2012, Merck & Co. Inc. reported $13,451,000,000 in cash and cash equivalents.
4. For the fiscal year ended December 31, 2012, Merck & Co. Inc reported $34,857,000,000 in current assets and $18,348,000,000 in current liabilities; the current ratio for Merck & Co. Inc. on December 31, 2012 was 1.90.
5. For the fiscal year ended December 31, 2012, Merck & Co. Inc. reported $53,020,000,000 in stockholder's equity.
6. For the fiscal year ended December 31, 2012, Merck & Co. Inc. paid cash dividends to common shareholders in the amount of $5,173,000,000; for the years 2008-2012, Merck & Co. Inc. paid cash dividends to common shareholders in the amount of $21,569,000,000.
7. For the fiscal year ended December 31, 2012, Merck & Co. Inc. purchased Treasury Stock in the amount of $2,591,000,000; for the years 2008-2012, Merck & Co. Inc. purchased Treasury Stock in the amount of $8,830,000,000.
8. For the fiscal year ended December 31, 2012, Merck & Co. Inc. held Treasury Stock, at cost, of $24,717,000,000.

9. In May, 2012, Merck & Co. Inc. announced that its board of directors had authorized additional purchase of up to $15,000,000,000 of Merck's common stock for its treasury.[2]
10. For the period 2008-2012, Merck & Co. Inc. paid $202,844,236 in total compensation to named executive officers of Merck & Co. Inc. in their proxy report.
11. On December 11, 2013, the market capitalization of Merck & Co. Inc. was $142,910,000,000

Table 2 presents a series of hypothetical punitive damage amounts as a percentage of the financial measures of Merck & Co. Inc. as presented in Table 1. The hypothetical punitive damage amounts presented in Table 2 are based upon fiscal year ended December 31, 2012 financial measures of Merck & Co. Inc. unless otherwise noted.[3]

For example, a $50,000,000 punitive damage award against Merck & Co. Inc. would represent 0.794% of 2012 net income, 0.231% of 2008-2012 net income, 0.372% of 2012 cash and cash equivalents, 0.967% of 2012 cash dividends paid, 0.232% of 2008-2012 cash dividends paid, 1.930% of 2012 purchase of treasury stock, 0.566% of 2008-2012 purchase of treasury stock, 0.094% of 2012 stockholder's equity, 24.649% of 2008-2012 compensation paid to the named executive offices of Merck & Co. Inc., 0.202% of 2012 treasury stock, and 0.035% of the market capitalization of Merck & Co. Inc. on December 11, 2013.

Sincerely,

John O. Ward, Ph.D.

---

[2] Merck Announces New $15 Billion Share Repurchase Program. May 1, 2013. http://www.mercknewsroom.com/press-release/corporate-news/merck-announces-new-15-billion-share-repurchase-program

[3] The percent of market capitalization is as of December 11, 2013.

Table 1
Merck & Company, Inc.
Summary of Selected Financial Measures[1]

| | Year Ended December 31, 2008 | Year Ended December 31, 2009 | Year Ended December 31, 2010 | Year Ended December 31, 2011 | Year Ended December 31, 2012 |
|---|---|---|---|---|---|
| Sales | $23,850,000,000 | $27,428,000,000 | $45,987,000,000 | $48,047,000,000 | $47,267,000,000 |
| Income Before Taxes | $9,931,000,000 | $15,290,000,000 | $1,653,000,000 | $7,334,000,000 | $8,739,000,000 |
| Taxes on Income | $1,999,000,000 | $2,268,000,000 | $671,000,000 | $942,000,000 | $2,440,000,000 |
| Net Income | $7,932,000,000 | $13,022,000,000 | $982,000,000 | $6,392,000,000 | $6,299,000,000 |
| Cash and Cash Equivalents | $4,368,300,000 | $9,311,000,000 | $10,900,000,000 | $13,531,000,000 | $13,451,000,000 |
| Current Assets | $19,112,600,000 | $28,432,000,000 | $29,064,000,000 | $33,181,000,000 | $34,857,000,000 |
| Current Liabilities | $14,318,700,000 | $15,641,000,000 | $15,641,000,000 | $16,245,000,000 | $18,348,000,000 |
| Current Ratio | 1.33 | 1.82 | 1.86 | 2.04 | 1.90 |
| Treasury Stock at Cost | 30,735,500,000 | 21,044,300,000 | 22,433,000,000 | 23,792,000,000 | 24,717,000,000 |
| Total Merck & Co., Inc. Stockholders Equity | $18,758,300,000 | $59,058,000,000 | $54,376,000,000 | $54,517,000,000 | $53,020,000,000 |
| Total Paid to President/CEO and Named Executive Officers [2] | $39,101,766 | $30,869,208 | $51,874,800 | $35,219,519 | $45,778,943 |
| Earnings Per Common Share attributable to Merck & Co. Inc.'s Common Shareholders | $3.65 | $5.67 | $0.28 | $2.04 | $2.03 |
| Cash Dividends Paid Per Common Share | $1.52 | $1.52 | $1.52 | $1.52 | $1.68 |
| Cash Dividends Declared | $3,250,000,000 | $3,598,000,000 | $4,730,000,000 | $4,818,000,000 | $5,173,000,000 |
| Purchase of Treasury Stock | $2,725,000,000 | $0 | $1,593,000,000 | $1,921,000,000 | $2,591,000,000 |
| Fiscal Year-End Price of Common Shares[3] | $24.64 | $31.22 | $32.13 | $35.20 | $39.82 |
| Average Common Shares Outstanding [4] | 2,136,000,000 | 2,268,000,000 | 3,095,000,000 | 3,071,000,000 | 3,041,000,000 |
| Market Capitalization - Year End[4] | $52,631,040,000 | $70,806,960,000 | $99,442,350,000 | $108,099,200,000 | $121,092,620,000 |

SOURCE

[1] 2008-2012 Form 10-K for Merck & Company, Inc.

[2] 2008-2012 Proxy Statements for Merck & Company, Inc. Summary Compensation Table for Name Executive Officers.
For 2012 there is one additional officer who was not serving as an executive office at the end of the Company's fiscal year.

[3] Closing share price of Merck & Company, Inc. for Fiscal Year End. http://finance.yahoo.com/q/hp?s=MRK&a=11&b=31&c=2008&d=11&e=11&f=2013&g=d

[4] Average Common Shares Outstanding. Merck & Co., Inc. 2012 Form 10-K. Page 40.

[4] Market capitalization for fiscal year ended for 2008-2012 is defined as: [market capitalization = average common shares outstanding * year end closing common share price]

Table 2
Merck & Co. Inc.
Punitive Damage Awards
For Fiscal Year Ended December 31, 2012 Financial Measures

| A | B | C | D | E | F | G | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Punitive Damage Award | Percent of 2012 Net Income | Percent of 2008-2012 Net Income | Percent of 2012 Cash and Cash Equivalents | Percent of 2012 Cash Dividends Paid | Percent of 2008-2012 Cash Dividends Paid | Percent of 2012 Purchase of Treasury Stock | Percent of 2008-2012 Purchase of Treasury Stock | Percent of 2012 Stockholder's Equity | Percent of 2008-2012 Total Compensation Paid to Named Executive Officers | Percent of 2012 Treasury Stock, at Cost | Percent of Market Capitalization |
| $10,000,000 | 0.159% | 0.029% | 0.074% | 0.193% | 0.046% | 0.386% | 0.113% | 0.019% | 4.930% | 0.040% | 0.007% |
| $25,000,000 | 0.397% | 0.072% | 0.186% | 0.483% | 0.116% | 0.965% | 0.283% | 0.047% | 12.325% | 0.101% | 0.017% |
| $50,000,000 | 0.794% | 0.144% | 0.372% | 0.967% | 0.232% | 1.930% | 0.566% | 0.094% | 24.649% | 0.202% | 0.035% |
| $75,000,000 | 1.191% | 0.217% | 0.558% | 1.450% | 0.348% | 2.895% | 0.849% | 0.141% | 36.974% | 0.303% | 0.052% |
| $100,000,000 | 1.588% | 0.289% | 0.743% | 1.933% | 0.464% | 3.860% | 1.133% | 0.169% | 49.299% | 0.405% | 0.070% |
| $150,000,000 | 2.381% | 0.433% | 1.115% | 2.900% | 0.695% | 5.789% | 1.699% | 0.283% | 73.948% | 0.607% | 0.105% |
| $200,000,000 | 3.175% | 0.578% | 1.487% | 3.866% | 0.927% | 7.719% | 2.265% | 0.377% | 98.598% | 0.809% | 0.140% |
| 2012 Year End Totals[1] | $6,299,000,000 | $34,627,000,000 | $13,451,000,000 | $5,173,000,000 | $21,569,000,000 | $2,591,000,000 | $8,830,000,000 | $53,020,000,000 | $202,844,236 | $24,717,000,000 | $142,910,000,000 |

[1] Year end totals are as of Fiscal Year Ended December 31, 2012 except for market capitalization which is as of December 11, 2013.

NOTES

1. Columns B-K are percentage of Merck & Co. Inc.'s financial measures reported in Table 1.
3. Column L is the market capitalization of Merck & Co., Inc. as of December 31, 2013 as reported by YahooFinance.com