# Exhibit B

```
                    UNITED STATES DISTRICT COURT
                    EASTERN DISTRICT OF LOUISIANA


IN RE: VIOXX PRODUCTS         *   MDL DOCKET NO. 1657
LIABILITY LITIGATION          *
                              *
                              *
THIS DOCUMENT RELATES TO      *   AUGUST 14, 2006, 8:30 A.M.
                              *
                              *
GERALD BARNETT V. MERCK       *   CASE NO. 06-CV-485-L
  & CO., INC.                 *
* * * * * * * * * * * * * * * *


                            VOLUME XI
                     JURY TRIAL BEFORE THE
                   HONORABLE ELDON E. FALLON
                   UNITED STATES DISTRICT JUDGE


   APPEARANCES:

   FOR THE PLAINTIFF:         ROBINSON, CALCAGNIE & ROBINSON
                              BY:  MARK P. ROBINSON JR., ESQ.
                              620 NEWPORT CENTER DRIVE
                              NEWPORT BEACH, CALIFORNIA 92660


   FOR THE PLAINTIFF:         BEASLEY ALLEN CROW METHVIN
                                PORTIS & MILES
                              BY:  ANDY D. BIRCHFELD JR., ESQ.
                              234 COMMERCE STREET
                              POST OFFICE BOX 4160
                              MONTGOMERY, ALABAMA 36103


   FOR THE DEFENDANT:         BARTLIT BECK HERMAN
                                PALENCHAR & SCOTT
                              BY:  PHILIP S. BECK, ESQ.
                                   ANDREW L. GOLDMAN, ESQ.
                              54 W. HUBBARD STREET, SUITE 300
                              CHICAGO, ILLINOIS 60601
```

```
 1
       OFFICIAL COURT REPORTERS:    CATHY PEPPER, CCR, RPR, CRR
 2                                  TONI DOYLE TUSA, CCR, FCRR
                                    500 POYDRAS STREET, ROOM HB-406
 3                                  NEW ORLEANS, LOUISIANA 70130
                                    (504) 589-7778
 4

 5

 6
       PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY, TRANSCRIPT
 7     PRODUCED BY COMPUTER.

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 2223

1                          I N D E X

2                                                        PAGE

3  ALISE REICIN

        DIRECT EXAMINATION                              2224

4       CROSS-EXAMINATION                               2345

        REDIRECT EXAMINATION                            2432

1   AN UPDATED PUBLICATION WHERE WE PUT THE UPDATED RESULTS.

2   Q.   WELL, ARE YOU AWARE THAT THE NEW ENGLAND JOURNAL PUBLISHED

3   A DOCUMENT --

4            MR. GOLDMAN:  OBJECTION, YOUR HONOR.  CAN WE APPROACH

5   ABOUT THIS?

6            THE COURT:  YES.

7            (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD AT

8   THE BENCH.)

9            MR. GOLDMAN:  YOUR HONOR, HE IS ABOUT TO GET INTO THE

10  "EXPRESSION OF CONCERN" WHICH YOUR HONOR EXCLUDED FROM THE

11  PLUNKETT TRIAL.

12           MR. ROBINSON:  HE DIDN'T EXCLUDE IT HERE.  IT'S

13  CROSS-EXAMINATION, YOUR HONOR.  I MEAN, I THINK SHE KNEW.  SHE

14  SAW THIS.  IT GOES TO --

15           THE COURT:  NOT SO LOUD.  I CAN HEAR YOU.

16           MR. ROBINSON:  YOUR HONOR, IT SHOWS THAT, BASICALLY,

17  WHAT SHE IS SAYING IS -- SHE JUST SAID, "IT'S OKAY.  IT'S OKAY

18  IF I PUBLISHED THIS BECAUSE OF THE PRE-SPECIFIED POINT."  THEY

19  GO IN THERE AND THEY GO, "NO, THAT'S HER EXCUSE, BUT WE DON'T

20  THINK THAT'S RIGHT.  WE WOULD HAVE ACCEPTED" --

21           MR. GOLDMAN:  JUDGE, THIS IS A HEARSAY DOCUMENT

22  THAT'S PUBLISHED BY THE NEW ENGLAND JOURNAL OF MEDICINE.  IT IS

23  NOT A PEER-REVIEWED ARTICLE.  IT CANNOT BE USED TO IMPEACH HER.

24  IT'S AN OPINION OF DR. CURFMAN AND DR. DRAZEN.  IT IS NOTHING

25  MORE THAN HEARSAY, AND IT DOESN'T GO TO IMPEACH HER AT ALL.

Page 2390

1      THE COURT: THAT'S A CLOSE ONE, IT HONESTLY IS. I'LL
2 OVERRULE THE OBJECTION AND ALLOW IT. IT'S A CLOSE ONE. I DO
3 IT BECAUSE SHE KNOWS ABOUT IT. THIS IS SOMETHING THAT SHE HAS
4 GOT TO BE ABLE TO RESPOND TO.
5      MR. BECK: YOUR HONOR, ARE YOU SAYING HE CAN ASK HER
6 QUESTIONS ABOUT IT? HE CERTAINLY CANNOT PUT THE DOCUMENT IN.
7      THE COURT: NO, YOU CAN'T PUT THE DOCUMENT IN. JUST
8 ASK IF SHE KNOWS --
9      MR. ROBINSON: CAN I HAVE HER READ THE DOCUMENT?
10     MR. BECK: ASK HER IF SHE KNOWS IT AND SHE CAN
11 EXPLAIN.
12     (WHEREUPON, THE FOLLOWING PROCEEDINGS WERE HELD IN
13 OPEN COURT.)
14 BY MR. ROBINSON:
15 Q.   ARE YOU AWARE THAT LAST DECEMBER, DECEMBER 2005, THE
16 NEW ENGLAND JOURNAL OF MEDICINE PUBLISHED AN ARTICLE CALLED
17 "EXPRESSION OF CONCERN" SAYING THAT THERE WERE THREE MYOCARDIAL
18 INFARCTIONS ALL IN THE ROFECOXIB GROUP WERE NOT INCLUDED IN THE
19 DATA SUBMITTED TO THE JOURNAL?
20 A.   I AM AWARE OF THAT.
21 Q.   ARE YOU AWARE THEY SAID THAT, UNTIL THE END OF
22 NOVEMBER 2005, JUST LAST YEAR, THEY BELIEVED THAT THESE WERE
23 LATE EVENTS THAT WERE NOT --
24     MR. GOLDMAN: OBJECTION, YOUR HONOR. HE IS READING
25 FROM THE DOCUMENT.

1          MR. ROBINSON: I'LL ASK IT A DIFFERENT WAY.
2          THE COURT: YES. RESTATE THE QUESTION.
3   BY MR. ROBINSON:
4   Q.  ARE YOU AWARE THAT THEY ASSUMED THAT YOU AND DEBORAH
5   SHAPIRO DIDN'T KNOW THAT --
6          MR. GOLDMAN: OBJECTION, YOUR HONOR.
7          THE COURT: YES. JUST ASK ABOUT WHETHER THEY
8   COMPLAINED, WHETHER THEY REGISTERED A COMPLAINT.
9   BY MR. ROBINSON:
10  Q.  DID THEY REGISTER A COMPLAINT IN THE NEW ENGLAND JOURNAL
11  OF MEDICINE ABOUT YOU AND DEBORAH SHAPIRO?
12  A.  I DON'T RECALL THAT ME AND DEBORAH SHAPIRO WERE REFERRED
13  TO EXACTLY. THEY DID PUT IN A COMPLAINT THAT WE HAD NOT GIVEN
14  THEM THE UPDATED DATA. THEY DID THAT IN DECEMBER OF 2005 AFTER
15  SOMETHING RELATED TO THE TRIALS. IT'S MY UNDERSTANDING THEY
16  KNEW ABOUT THESE DATA MANY YEARS BEFORE, THOUGH. AND WE HAD
17  PUBLISHED THE UPDATED DATA MANY YEARS BEFORE.
18  Q.  DID THEY SAY YOU HAD AMPLE TIME TO INCLUDE THE DATA --
19         MR. GOLDMAN: OBJECTION, YOUR HONOR.
20         THE COURT: YES, I SUSTAIN THE OBJECTION. SHE HAS
21  TESTIFIED WHAT SHE TESTIFIED TO. LET'S MOVE ON.
22  BY MR. ROBINSON:
23  Q.  WERE YOU WEARING YOUR DEFENDER HAT WHEN YOU DEALT WITH THE
24  NEW ENGLAND JOURNAL?
25         MR. GOLDMAN: OBJECTION, YOUR HONOR, ARGUMENTATIVE.