# Exhibit F

ARNOLD KATZ M.D.   12/14/2015

## Page 1

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   In re:  Vioxx          *  MDL DOCKET NO. 1657
                            *
 4   PRODUCTS LIABILITY     *  SECTION L
     LITIGATION             *
 5                          *
     This document relates to *  JUDGE FALLON
 6                            *
     Jo Levitt v. Merck Sharp   *  MAGISTRATE JUDGE
 7   & Dohme Corp.             *  Knowles
     2:06-cv-09757-EEF-DEK      *
 8
 9
10
11
12            DEPOSITION OF ARNOLD KATZ, MD
13            TAKEN ON BEHALF OF THE PLAINTIFF
14                 DECEMBER 14, 2015
15
```

## Page 2

```
 1                I N D E X
 2   WITNESS:                        PAGE:
     ARNOLD KATZ, MD
 3     Examination by Mr. Thomas        6
       Examination by Ms. Horn         40
 4
 5                E X H I B I T S
 6   EXHIBIT                     PAGE
     NUMBER    DESCRIPTION        IDENTIFIED
 7
     1       Medical Records         43
 8
 9   NOTE: Exhibit No. 1 was attached to the
10   original transcript.
```

## Page 3

```
 1              UNITED STATES DISTRICT COURT
                EASTERN DISTRICT OF LOUISIANA
 2
 3   In re:  Vioxx          *  MDL DOCKET NO. 1657
                            *
 4   PRODUCTS LIABILITY     *  SECTION L
     LITIGATION             *
 5                          *
     This document relates to *  JUDGE FALLON
 6                            *
     Jo Levitt v. Merck Sharp   *  MAGISTRATE JUDGE
 7   & Dohme Corp.             *  Knowles
     2:06-cv-09757-EEF-DEK      *
 8
 9
10        DEPOSITION OF ARNOLD KATZ, MD, produced,
11   sworn and examined on December 14, 2015, between the
12   hours of 9:04 and 10:02 forenoon of that day, at the
13   Arthritis Specialists of Greater Kansas City, 10550
14   Quivira Road, Suite 320, Overland Park, Kansas 66215,
15   before Sheila R. Vogt, a Certified Court Reporter
16   within and for the State of Kansas, in a certain cause
17   now pending in the United States District Court,
18   Eastern District of Louisiana between Jo Levitt,
19   Plaintiff, vs. Merck Sharp & Dohme Corporation,
20   Defendant; on behalf of the Plaintiff.
```

## Page 4

```
 1               A P P E A R A N C E S
 2
     For the Plaintiff:
 3
        Mr. Daniel A. Thomas
 4      Humphrey Farrington & McClain, PC
        221 West Lexington, Suite 400
 5       PO Box 900
        Independence, Missouri 64051
 6      (816) 836-5050
         dat@hfmlegal.com
 7
 8   For the Defendant:
 9      Ms. M. Elaine Horn
        Williams & Connolly, LLP
10      725 Twelfth Street, N.W.
        Washington, DC 20005
11      (202) 434-5131
         ehorn@wc.com
12
13      Also present: Mr. Ryan Gray, Midwest
     Litigation Services videographer.
14
15
16
17
18
19
20
21   Court Reporter:
     Sheila R. Vogt, CCR, KS #1513
22   Midwest Litigation Services
     1301 Oak Street, Suite B
23   Kansas City, Missouri 64106
     (816) 221-1160
24   1-800-280-3376
25
```

| Page 17 | Page 19 |
|---|---|
| 1  the cardiologist left her on her medications, which | 1  right? |
| 2  would have included Vioxx at that time. | 2      MS. HORN: Objection, form. |
| 3      Q. Okay. And who was the cardiologist? | 3      A. Vioxx is no longer on the market. |
| 4      A. I don't have a -- I don't have a name and I | 4      Q. (By Mr. Thomas) And you believe that -- |
| 5  don't know I if received records from anyone. So I | 5  are there other -- let me ask you this: Are there |
| 6  don't know anything about the cardiologists, where | 6  anti-inflammatories that are safer from a |
| 7  they were or any further detail, according to the June | 7  cardiovascular perspective than Vioxx? |
| 8  30, 2000, note. | 8      MS. HORN: Objection to form. |
| 9      Q. Do you know who Dr. Rosamound is? | 9      A. We do not truly know that yet. |
| 10     A. No, I don't know that name. | 10     Q. (By Mr. Thomas) And you say because we |
| 11     Q. I'll represent to you that Dr. Rosamound is | 11 don't know what the FDA is withholding? |
| 12 the cardiologist, and he's testified that had he known | 12     MS. HORN: Objection, form. |
| 13 then what he now knows about Vioxx, he would have | 13     A. No. There has -- studies that need to |
| 14 never prescribed it to her. | 14 prove that these drugs, the COX-2 drugs, have |
| 15     MS. HORN: Objection, form. | 15 cardiovascular. The data is being collected, but I |
| 16     Q. (By Mr. Thomas) My question to you is a | 16 have not read any results of that study. |
| 17 little different. You were asked if you would still | 17     Q. (By Mr. Thomas) Why isn't this data |
| 18 prescribe Vioxx if it was still on the market. In | 18 collected before the drugs hit the market? |
| 19 your last deposition, you said Yes. | 19     MS. HORN: Objection, form. |
| 20     A. I still say Yes. | 20     A. I can't answer that for the pharmaceutical |
| 21     Q. Okay. My question is, would you prescribe | 21 companies. I think to truly establish the safety it |
| 22 it to Jo Levitt knowing now what we know about Vioxx | 22 requires large numbers of patients and I think that |
| 23 and her cardiac condition? | 23 subsequently this is what -- at least one -- it's my |
| 24     MS. HORN: Objection, form. | 24 understanding that Pfizer has tried to do that. |
| 25     A. With everything that I know at this point | 25 Whether they have achieved that, I don't know, and |

| Page 18 | Page 20 |
|---|---|
| 1  in time, what I would have to said to her -- since I | 1  that is accumulate a large number of patients with |
| 2  know more now about questions, not necessarily facts, | 2  increased cardiovascular risk to see which of the |
| 3  but issues that have been raised -- I would have said | 3  anti-inflammatory drugs have safety. |
| 4  to her, This is where we stand on this medication. | 4      Q. (By Mr. Thomas) If Jo Levitt was in your |
| 5  This is our knowledge of this medication. And the two | 5  office right now -- and we talked about what you would |
| 6  of us would have discussed benefit-risk ratio and she | 6  say to her if you were considering Vioxx. But if she |
| 7  would have made a decision as to whether she wanted to | 7  was in your office right now with this history of |
| 8  continue the medication knowing that, which is most | 8  stent placement and then two months later the double |
| 9  typical. For example, the physicians use medications | 9  bypass, would Vioxx be the first anti-inflammatory you |
| 10 that have black box warnings. That doesn't mean we | 10 would consider? |
| 11 don't use those medications. It just emphasizes to us | 11     MS. HORN: Objection, form. |
| 12 the importance of discussing that with the patient. | 12     A. Right. I think it depends on what other |
| 13     Q. (By Mr. Thomas) Okay. Does that mean you | 13 anti-inflammatories she had already been on. In |
| 14 would prescribe it again? | 14 looking at the COX-2 drugs at the time -- and, again, |
| 15     MS. HORN: Objection, form. | 15 this was many years ago -- I think one of our concerns |
| 16     A. As I said, I would have discussed it with | 16 that had been raised was whether there's |
| 17 her and she would have -- both of us would have made | 17 hypercoagulability with the COX-2 drugs that there |
| 18 the decision as to whether that would be a medication | 18 might not be with other anti-inflammatory drugs, and |
| 19 she would want to continue. | 19 one of the ways to prevent that concern would be to |
| 20     Q. (By Mr. Thomas) Are there other COX-2 | 20 add an aspirin. |
| 21 inhibitors that don't have block -- black-box labels? | 21     So if she felt that that were the best drug |
| 22     A. All -- the FDA has similar warnings on all | 22 that she had tried -- which apparently going through |
| 23 anti-inflammatory drugs with potential cardiovascular | 23 here, at one point we talked about other alternatives |
| 24 risk. | 24 to Vioxx, and she apparently said that she felt it was |
| 25     Q. Okay. The Vioxx is the one off the market, | 25 a very effective drug and she, herself, wanted to |