UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | MAGISTRATE JUDGE |
| 2:06-cv-09757-EEF-DEK | * | KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATING TO *THE NEW ENGLAND JOURNAL OF MEDICINE*'S DECEMBER 2005 EDITORIAL "EXPRESSION OF CONCERN"**

Upon consideration of Defendant Merck Sharp & Dohme Corp.'s Motion *in Limine* to Exclude Evidence Relating to *The New England Journal of Medicine*'s December 2005 Editorial "Expression of Concern," the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that evidence and argument relating to *The New England Journal of Medicine*'s "Expression of Concern" are excluded.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE