# Exhibit B

Page 1791

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA


IN RE: VIOXX PRODUCTS          *   MDL DOCKET NO. 1657
LIABILITY LITIGATION           *
                               *
                               *
THIS DOCUMENT RELATES TO       *   SEPTEMBER 19, 2006, 8:30 A.M.
                               *
                               *
ROBERT G. SMITH V. MERCK       *   CASE NO. 05-CV-4379-L
  & CO., INC.                  *
* * * * * * * * * * * * * * * *


VOLUME VIII
JURY TRIAL BEFORE THE
HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


APPEARANCES:

FOR THE PLAINTIFF:              WATTS LAW FIRM
                                BY:  MIKAL WATTS, ESQ.
                                TOWER II BUILDING, 14TH FLOOR
                                555 NORTH CARANCAHUA STREET
                                CORPUS CHRISTI, TEXAS 78478


FOR THE PLAINTIFF:              WILLIAMS BAILEY LAW FIRM
                                BY:  JOHN T. BOUNDAS, ESQ.
                                     STEVEN J. KHERKHER, ESQ.
                                8441 GULF FREEWAY, SUITE 600
                                HOUSTON, TEXAS  77017


FOR THE DEFENDANT:              BARTLIT BECK HERMAN
                                  PALENCHAR & SCOTT
                                BY:  PHILIP S. BECK, ESQ.
                                     ANDREW L. GOLDMAN, ESQ.
                                     CARRIE A. JABLONSKI, ESQ.
                                54 W. HUBBARD STREET, SUITE 300
                                CHICAGO, ILLINOIS 60601


**DAILY COPY**

Page 1793

1                          I N D E X

2                                                        PAGE

3   JAN WEINER (BY DEPOSITION)

        DIRECT EXAMINATION                              1794

4

5   STEVE GREFER (BY DEPOSITION)

        DIRECT EXAMINATION                              1818

6       CROSS-EXAMINATION                               1849

        REDIRECT EXAMINATION                            1914

7       RECROSS-EXAMINATION                             1916

8

    ERIC TOPOL (BY DEPOSITION)

9       DIRECT EXAMINATION                              1924

        CROSS-EXAMINATION                               1965

10      REDIRECT EXAMINATION                            2019

11

    JAMES FRIES (BY DEPOSITION)

12      DIRECT EXAMINATION                              2028

        CROSS-EXAMINATION                               2042

13      REDIRECT EXAMINATION                            2046

14

15

16

17

18

19

20

21

22

23

24

25

**DAILY COPY**

1   MR. GOLDMAN REVIEWED EARLIER, THAT 1.69 RISK, THAT'S 169

2   PERCENT, COMPARING VIOXX WITH NAPROXEN.  SO WHAT'S STRIKING

3   HERE IS THAT THEY SHOW STATISTICAL SIGNIFICANCE, THEY BASICALLY

4   CONFIRM THE VIGOR PAPER, THEY CONFIRM STUDY 090, AND THEY

5   BASICALLY ARE THEN TRYING TO CONCLUDE THAT THERE ISN'T A

6   PROBLEM WHEN IT'S STATISTICALLY SIGNIFICANT, 169 PERCENT EXCESS

7   OF RISK.

8   Q.   HOW DO YOU DO THAT?  HOW DO YOU DO THAT?  HOW DO YOU GET

9   TO THAT RESULT?

10  A.   I JUST CAN'T IMAGINE.

11       MR. KHERKHER:  PLAINTIFFS MOVE IN EVIDENCE EXHIBITS

12  1.1422, 1.1444, 1.1468.

13       MR. BECK:  NO OBJECTION TO THOSE, YOUR HONOR.

14       MR. KHERKHER:  THIS IS A 20-MINUTE DEPO OF DR. FRIES,

15  A STANFORD MEDICAL DOCTOR.

16       (WHEREUPON, JAMES FRIES, HAVING BEEN DULY SWORN,

17  TESTIFIED BY DEPOSITION AS FOLLOWS.)

18                    DIRECT EXAMINATION

19  BY MR. KHERKHER:

20  Q.   COULD YOU STATE YOUR NAME FOR THE JURY, PLEASE, DOCTOR.

21  A.   JAMES FRANKLIN FRIES.

22  Q.   YOU ARE A MEDICAL DOCTOR; CORRECT?

23  A.   THAT'S CORRECT.

24  Q.   WE'RE HERE AT STANFORD UNIVERSITY TO TAKE YOUR DEPOSITION

25  TODAY.  IS THIS WHERE YOU'RE CURRENTLY EMPLOYED?

**DAILY COPY**

Page 2047

1   Q.   DO YOU BELIEVE IN SAFETY FIRST?

2   A.   NO.  I BELIEVE THAT YOU HAVE A BALANCE WITH PHARMACEUTICAL

3   OTHER TREATMENTS BETWEEN THE GOOD AND THE HARM THAT THEY DO.

4   THINGS THAT DO A WHOLE LOT OF GOOD, THEY CAN DO QUITE A BIT OF

5   HARM, AND YOU STILL WOULD SAY THAT ON BALANCE THEY'RE GOOD

6   DRUGS.  SO IT'S A BALANCE ISSUE.

7            THE COURT:  IS THAT IT NOW?

8            MR. KHERKHER:  YES, SIR.  ONE EXHIBIT, SIR.  1.0176.

9            MR. BECK:  WE OBJECT, YOUR HONOR.  IT'S HEARSAY

10  WITHIN HEARSAY.

11           MR. KHERKHER:  IT'S THE LETTER THAT HE WROTE.

12           MR. BECK:  IT'S BEEN EXCLUDED BEFORE.

13           THE COURT:  I'M EXCLUDING IT NOW.

14           MR. KHERKHER:  THAT'S IT, THEN, JUDGE.

15           THE COURT:  ANYTHING FROM YOUR STANDPOINT?

16           MR. BECK:  IN TERMS OF DOCUMENTS?

17           THE COURT:  YES.

18           MR. BECK:  NOT THAT I KNOW OF.

19           THE COURT:  MEMBERS OF THE JURY, WE'LL STOP HERE.  I

20  HAVE ANOTHER MATTER THAT I'LL START EARLY, BUT IT WILL TAKE ME

21  UNTIL 8:45 TO FINISH IT, SO TOMORROW WE WILL START AT 8:45.

22           THE DEPUTY CLERK:  ALL RISE.

23           (WHEREUPON, THE COURT WAS IN RECESS FOR THE EVENING.)

24                         * * *

25

**DAILY COPY**