## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: Vioxx | *    MDL Case No. 1657 |
| | * |
| PRODUCTS LIABILITY | *    SECTION L |
| LITIGATION | * |
| | *    JUDGE FALLON |
| ***This document relates to*** | * |
| | *    MAGISTRATE JUDGE |
| ***Jo Levitt v. Merck Sharp & Dohme Corp.,*** | *    KNOWLES |
| **2:06-cv-09757-EEF-DEK** | * |
| | * |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## <u>NOTICE OF SUBMISSION</u>

Please take notice that Defendant Merck Sharp & Dohme Corp.'s Motion in

Limine to Exclude the Certain Testimony related to the Fries Letter. (Motion in Limine No. 4) is

noticed for submission on November 9, 2016, at 9:00 a.m., before the Honorable Eldon E.

Fallon, Judge, United States District Court, Eastern District of Louisiana, 500 Poydras Street,

New Orleans, Louisiana.

Dated:  September 30, 2016

Respectfully submitted,

By: */s/ Dorothy H. Wimberly*    
    Phillip A. Wittmann, 13625
    Dorothy H. Wimberly, 18509
    STONE, PIGMAN WALTHER
    WITTMAN L.L.C.
    546 Carondelet Street
    New Orleans, Louisiana 70130
    Phone:  504-581-3200
    Fax:     504-581-3361

    *Defendants' Liaison Counsel*

    —and—

1213836v1

Douglas R. Marvin
M. Elaine Horn
WILLIAMS & CONNOLLY LLP
527 Twelfth Street, N.W.
Washington, D.C. 20005
Phone:  202-434-5000
Fax:      202434-5029

*Attorneys for Merck Sharp & Dohme Corp.*

2

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission has been served on Liaison Counsel, Russ Herman, Ann B. Oldfather, and Phillip Wittmann, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of September, 2016.

*/s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

3