**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.,* | * | MAGISTRATE JUDGE |
| **2:06-cv-09757-EEF-DEK** | * | KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE***
**TO EXCLUDE EVIDENCE RELATED TO MERCK'S**
**PROFITS, VALUE, OR FINANCES**

Upon consideration of Defendant Merck Sharp & Dohme Corp.'s Motion *in Limine* to

Exclude Evidence Related to Merck's Profits, Value, or Finances, the Motion is hereby

**GRANTED**.

**IT IS HEREBY ORDERED** that evidence and argument relating to Merck's financial

wherewithal, including alleged motives in marketing Vioxx and Merck's incentive plans for its

sales representatives are excluded.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE