# Exhibit A

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 1

STATE OF TEXAS
23RD JUDICIAL DISTRICT COURT
BRAZORIA COUNTY, TEXAS
CAUSE NO. 19961*BH02

- - -

| | |
|---|---|
| CAROL ERNST, et al., | : |
| Plaintiff(s) | : |
| | : |
| v. | : |
| | : |
| MERCK & CO., INC., et al., | : |
| Defendant(s) | : |

- - -

VIDEOTAPED DEPOSITION UNDER ORAL EXAMINATION OF

DR. DAVID S. EGILMAN

New York, New York

Monday, June 13, 2005

- - -

REPORTED BY:  DEBRA J. WEAVER, RPR, CRR, CSR

- - -

Esquire Deposition Services

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 126

1  Vioxx?
2              MR. MEADOW:  Objection.
3              THE WITNESS:  Yes.
4  BY MR. PARKER:
5       Q.     And how many such pieces of
6  correspondence exist?
7       A.     I don't know.
8       Q.     And when, approximately, were they
9  transmitted to the FDA?
10      A.     The last several months.
11      Q.     Dr. Egilman, have you been requested
12 by the FDA to forward to it any additional documents
13 which you have not yet forwarded to them?
14      A.     Yes.
15      Q.     And what are those documents?
16             MR. MEADOW:  Just note my objection.
17 BY MR. PARKER:
18      Q.     What are those documents, sir?
19             MR. MEADOW:  Again, note my
20 objection.  It could be a substantive question.
21             THE WITNESS:  Well, on advice of
22 counsel, I'm not going to answer that question.
23 BY MR. PARKER:
24      Q.     Dr. Egilman, have you forwarded to
25 any members of a Congressional office, staff members

Page 127

```
 1    and the like, any information regarding Vioxx?
 2         A.    Yes.
 3         Q.    And to whom have you sent that
 4    information, sir?
 5         A.    Several different congressmen,
 6    Grassley's office, Waxman's office, some others.
 7         Q.    Which are the others?
 8         A.    I can't recall.
 9         Q.    So what you can recall now is
10    Grassley and Waxman's offices; is that correct?
11         A.    Correct.
12         Q.    And have you had meetings with either
13    the congressmen or senators themselves regarding
14    your investigation, your consultancy with
15    plaintiffs' counsel regarding Vioxx?
16               MR. MEADOW:  Again, note my
17    objection.  I think you're getting into substance
18    now.
19               THE WITNESS:  Can you repeat the
20    question?
21    BY MR. PARKER:
22         Q.    It was a complex question.  Let me
23    try to withdraw it and rephrase it.
24               Have you met with either congressmen
25    or senators regarding Vioxx matters?
```

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Page 128

1          MR. MEADOW: Note my objection.
2  You're getting into substance now.
3          THE WITNESS: I'm not sure -- well,
4  I've met with them at hearings. I shook hands with
5  one or more congressmen --
6  BY MR. PARKER:
7      Q.    Fair enough.
8      A.    -- and senators.
9      Q.    Have you had private meetings that
10 were not of a public hearing nature?
11     A.    With those senators or Congress
12 people directly?
13     Q.    Yes, sir.
14     A.    Yes.
15     Q.    And who, sir?
16     A.    Congressman James McGovern.
17     Q.    Okay. And have you sent -- he wasn't
18 mentioned earlier. Have you sent Congressman
19 McGovern records as well?
20     A.    No.
21     Q.    Okay. Have you met privately, and by
22 that I mean not in the context of a public hearing
23 or at a public hearing, have you met privately with
24 staff members of any congressman or senator
25 regarding Vioxx medicine?