## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | MAGISTRATE JUDGE |
| **2:06-cv-09757-EEF-DEK** | * | KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### [PROPOSED] ORDER GRANTING DEFENDANT'S MOTION *IN LIMINE* TO EXCLUDE EVIDENCE RELATED TO STATEMENTS MADE IN POLITICAL DEBATES OR GOVERNMENT ENFORCEMENT PROCEEDINGS

Upon consideration of Defendant Merck Sharp & Dohme Corp.'s Motion *in Limine* to Exclude Evidence Related to Statements Made in Political Debates or Government Enforcement Proceedings, the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that evidence of the following is excluded:  (1) verdicts, settlements, or agreements from other Vioxx-related lawsuits or other civil claims and actions, and government investigations pertaining to Vioxx; and (2) statements made in political proceedings and debate regarding Vioxx, such as at Congressional hearings.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE