# Exhibit A

```
 1                UNITED STATES DISTRICT COURT

                  EASTERN DISTRICT OF LOUISIANA
 2

 3   _____

 4

 5   IN RE:  VIOXX PRODUCTS      )   MDL DOCKET NO. 1657

 6   LIABILITY LITIGATION        )   SECTION L

 7                               )

 8   THIS DOCUMENT RELATES TO:   )   Videotaped

 9                               )   Deposition of:

10   Jo Levitt v. Merck Sharp &  )

11   Dohme Corp., Case No:       )   DAVID EGILMAN, M.D.

12   2:06-cv-09757-EEF-DEK       )

13

14

15   _____

16

17                       April 12, 2016

18                         8:49 a.m.

19

20             Location:  Siegfried & Jensen

21                  5664 South Green Street

22                  Salt Lake City, UT  84123

23

24             Reporter:  Teri Hansen Cronenwett

25    Certified Realtime Reporter, Registered Merit Reporter
```

```
 1                  A P P E A R A N C E S
 2
     For the Plaintiff:      Kenneth B. McClain, Esq.
 3                           HUMPHREY FARRINGTON & MCCLAIN, P.C.
                             221 W Lexington Ave., Suite 400
 4                           Independence, MO  64050
                             (816) 225-5444
 5                           (816) 836-5050
                             KBM@HFMLEGAL.ocm
 6
 7   For the Defendant:      Paul E. Boehm, Esq.
                             Benjamin Graham, Esq.
 8                           WILLIAMS & CONNOLLY LLP
                             725 Twelfth Street, N.W.
 9                           Washington, D.C. 20005
                             (202) 434-5366
10                           (202) 434-5029 Fax
                             pboehm@wc.com
11                           bgraham@wc.com
12
     Also Present:           Kenneth Lougee, Esq.
13                           SIEGFRIED & JENSEN
                             5664 South Green Street
14                           Salt Lake City, Utah  84123
                             (801) 997-6995
15
16   Legal Videographer:     Amy Pollock
17
18
                          I N D E X
19
     Witness                                            Page
20
     DAVID EGILMAN, M.D.
21
         Examination by Mr. Boehm                          5
22
23   PORTIONS REQUESTED TO BE MARKED
24       Page 25, line 17
25       Page 156, line 12
```

```
                    E X H I B I T S
Number       Description                          Page Marked
1            Findings, Conclusions, and Orders
             Ballinger v. Brush Wellman                31

2            Green Folder:  Acute Coronary Syndrome
             PPT, "Cardiovascular Risks of NSAIDS
             in Patients after Hospitalization"         41

3            Red Folder:  Depression & CABG,
             Articles starting with, "Incidence
             and patterns of Depression following
             Coronary Artery Bypass Graft Surgery,"
             Timberlake, et al.                         76

4            Egilman Report Jo Levitt, 12-13-13         89

5            Egilman Report, 5-9-14                     89

6            Egilman report, 3-13-14                    90

7            Handwritten notes, 2-20-14                 93

8            Mid-America Cardiology, 3-23-00,
             Exercise Echo Doppler,
             LevittJ-GortonMMD-00039                   201

9            Mid-America Cardiology, 11-27-00,
             Exercise Echo,
             LevittJ-GortonMMD-00046                   204

10           Mid-America Cardiology, 11-27-00,
             Letter from Dr. Rosamond to Dr. Ron
             Hartman, LevittJ-GortonMMD-00146          210

11           Kramer & Crouse, Nuclear Stress Test,
             11-27-07, Dr. Pasnoori,
             LevittJ-HarMedAscMR-00027                 214

12           Box of documents in colored folders       264

13           Box of documents in colored folders       264

14           Box of documents in colored folders       264

15           (Skipped)
```

David Egilman, M.D.

| | | | |
|---|---|---|---|
| 1 | 16 | John Martin Report, Vol. 1 | 270 |
| 2 | 17 | John Martin Report, Vol. 2 | 270 |
| 3 | 18 | John Martin Report, Vol. 3 | 270 |
| 4 | 19 | John Martin Report, Vol. 4 | 270 |
| 5 | 20 | Box of hard drives | 272 |
| 6 | | | |
| 7 | | | |
| 8 | | | |
| 9 | | | |
| 10 | | | |
| 11 | | | |
| 12 | | | |
| 13 | | | |
| 14 | | | |
| 15 | | | |
| 16 | | | |
| 17 | | | |
| 18 | | | |
| 19 | | | |
| 20 | | | |
| 21 | | | |
| 22 | | | |
| 23 | | | |
| 24 | | | |
| 25 | | | |

```
 1   April 12, 2016                              8:49 a.m.
 2                      P R O C E E D I N G S
 3            THE VIDEOGRAPHER:  We are now on the record.
 4   My name is Amy Pollock.  I am a videographer for Golkow
 5   Technologies.  Today's date is April 12th, 2016, and the
 6   time is 8:49 a.m.  This video deposition is being held
 7   in Salt Lake City, Utah in the matter of Levitt vs.
 8   Merck, for the U.S. District Court for the Eastern
 9   District of Louisiana.  The deponent is David Egilman,
10   M.D.  Counsel, please identified yourself.
11            MR. BOEHM:  Paul Boehm and Ben Graham from
12   Williams and Connolly on behalf of Merck.
13            MR. MCCLAIN:  Ken McClain on behalf of the
14   plaintiffs.
15            THE VIDEOGRAPHER:  The court reporter is Teri
16   Cronenwett and will now swear in the witness.
17                   DAVID EGILMAN, M.D.,
18   called as a witness at the instance of the defendant,
19   having been first duly sworn, was examined and testified
20   as follows:
21                        EXAMINATION
22   BY MR. BOEHM:
23       Q.   Good morning, Dr. Egilman.
24       A.   Good morning.
25       Q.   You've been deposed many times before; is that
```

David Egilman, M.D.

```
 1             MR. MCCLAIN:  I, I didn't say that.
 2             MR. BOEHM:  How many times you've done this.
 3             MR. MCCLAIN:  I didn't say that.
 4             MR. BOEHM:  And so you know -- you should know
 5   it better than anybody.
 6             MR. MCCLAIN:  I'm not doing --
 7             MR. BOEHM:  That what you're doing right now
 8   is inappropriate.
 9             MR. MCCLAIN:  I've not made any claims.  I'm
10   just a simple lawyer from Independence, Missouri.
11             MR. BOEHM:  Okay.
12             MR. MCCLAIN:  And -- and -- and I just have
13   said that you know the answer to this question because I
14   read the depositions that you -- your law -- your law
15   offices conducted of Dr. Egilman in this case, just this
16   case.  So that's all I am saying is --
17             MR. BOEHM:  You're -- you're violating an
18   order of Judge Eagle -- Judge Fallon's in this case.
19             MR. MCCLAIN:  I would like to talk -- I
20   like Judge Fallon.  Judge Fallon's a very reasonable
21   fellow.  Every time I've been in front of him, he and I
22   have agreed on most everything.  So if you'd like to
23   call him, I'd like to explain my position on this, that
24   I think he would agree that you don't need to ask this
25   question.
```