# Exhibit B

TRIAL TRANSCRIPT - MORNING SESSION

Page 1

REPORTER'S RECORD

VOLUME _____ of _____VOLUMES

_____

TRIAL COURT CAUSE NO. 19961*BH02

_____

CAROL A. ERNST, Individually    *   IN THE DISTRICT COURT OF
and as Personal Representative
of the Estate and Heirs of
ROBERT CHARLES ERNST,
Deceased, et al

VS.                             *   BRAZORIA COUNTY, TEXAS

MERCK & CO., INC.               *   23RD JUDICIAL DISTRICT

**********************************************************

TRIAL

Continued Examinations of Dr. David Egilman

July 29, 2005

**********************************************************

On the 29th day of July, 2005, the following proceedings came on to be heard in the above-entitled and numbered cause before the Honorable Ben Hardin, Judge presiding, held in Angleton, Brazoria County, Texas.

Proceedings reported by computerized stenotype machine; Reporter's Record produced by computer-assisted transcription.

Page 102

1  remember?
2    A. Yes, sir.
3    Q. Were most of those all in one or two different
4  types of lawsuits or all in one case?
5    A. Well, there were several cases. But, you know,
6  single asbestos cases, it's not unusual for there to be
7  a hundred companies in one case.
8    Q. Okay. By the same token, have some companies on
9  that list hired you to do investigations for them?
10   A. Yes, sir.
11   Q. TNN, federal mogul, did they hire you to do an
12 investigation for them?
13   A. Yes, sir.
14   Q. Did they hire you to consult on other issues?
15   A. Yes, sir.
16   Q. What did they hire you to do?
17   A. I consulted with them on warnings and ethical
18 issues, corporate ethics.
19   Q. You were asked about your fee.
20       Over 25 years, looks like you average around
21 $100,000 a year you've charged for you and your staff
22 and all of your people. Is that fair to say?
23   A. Yes, sir.
24   Q. And you were asked: "Do you know exactly how
25 much Lanier has paid you in this case?" Do you remember

Page 103

1  that question?
2    A. Yes, sir.
3    Q. And you told the jury what?
4    A. "Not exactly, no".
5    Q. I mean, Dr. Egilman, you remembered all these
6  statistics he didn't -- you had the dosage, you had the
7  figures, you had the pages. How is it you don't
8  remember exactly how much you've charged in this case?
9    A. Because I've asked Mr. Lanier to donate the
10 fees, not the expenses but the fees, some to the
11 charities that I work for and some to a charity that he
12 chose.
13   Q. Tell the jury where a hundred -- and have I
14 provided you now with the documentation on where your
15 fee has gone in this case?
16   A. Yes.
17   Q. Are you able to tell the jury now how much your
18 fee has been?
19   A. Yes.
20   Q. How much has it been?
21   A. $125,000 went to the Brazoria Hospital for a
22 cath unit.
23   Q. The Brazosport Memorial Hospital, you had your
24 fee donated of how much?
25   A. $125,000.

Page 104

1    Q. And that was long before you took the stand?
2    A. Yes.
3    Q. And what wing was it for or what program at the
4  Brazosport Memorial Hospital?
5    A. It's for a cath lab, cardiac.
6    Q. That's to deal with problems like Bob Ernst?
7    A. That's correct.
8         MR. KIERNAN: Objection, Your Honor;
9  leading.
10   Q. (BY MR. LANIER) Where did the other monies go?
11        THE COURT: Sustained.
12   A. Another $125,000 went to the non-profit that I'm
13 the president of called Global Health Education,
14 Training, and Service; and we do programs in Africa,
15 Asia, and Latin America.
16   Q. (BY MR. LANIER) What does the Global Health
17 Education Training (sic) do?
18   A. We help develop primary care health programs
19 with medical schools and nursing schools and nurse
20 periphery schools in Africa, Asia, and Latin America
21 primarily by providing money so that people can share
22 ideas and staff from -- say, from different parts of
23 Africa with other parts of Africa, Latin America to
24 Africa, Africa to Latin America.
25        We try to capture good ideas that are

Page 105

1  already going on in developing countries and spread them
2  to other developing countries.
3    Q. Is this the first case where you've donated your
4  fees?
5    A. No, sir.
6    Q. Have you done it in a number of these cases
7  where you've been asked about your testimony?
8    A. Yes, sir.
9    Q. Do -- you were asked about testifying in this
10 seat before. Do you remember that?
11   A. Yes, sir.
12   Q. Do you recall making your fees donated to other
13 local charities before and because of your testimony in
14 this seat?
15   A. Yes, sir.
16        MR. KIERNAN: Objection; leading, Your
17 Honor.
18        THE COURT: Sustained.
19   Q. (BY MR. LANIER) Next, in regards to questions
20 about you you were asked: "Have you ever published any
21 type of paper on VIOXX in a peer-reviewed journal?"
22        Very specific question; is that right?
23   A. Yes.
24   Q. And your answer was "no," right?
25   A. Yes.