# Exhibit C

Ernst vs Merck                                    August 17, 2005, morning
Daily Copy Transcript

```
                                                              Page 1
                         REPORTER'S RECORD
                    VOLUME _____ of _____VOLUMES
_____
                  TRIAL COURT CAUSE NO. 19961*BH02
_____
CAROL A. ERNST, Individually  *   IN THE DISTRICT COURT OF
and as Personal Representative
of the Estate and Heirs of
ROBERT CHARLES ERNST,
Deceased, et al
VS.                           *   BRAZORIA COUNTY, TEXAS
MERCK & CO., INC.             *   23RD JUDICIAL DISTRICT


************************************************************


                              TRIAL

                         Jury Charge and
                   Plaintiff's Closing Statement

                         August 16, 2005


************************************************************

           On the 16th day of August, 2005, the
following proceedings came on to be heard in the
above-entitled and numbered cause before the Honorable
Ben Hardin, Judge presiding, held in Angleton, Brazoria
County, Texas.
           Proceedings reported by computerized
stenotype machine; Reporter's Record produced by
computer-assisted transcription.
```

Innovative Legal Solutions, Inc. (713) 658 - 0802

Ernst vs Merck                                    August 17, 2005, morning
Daily Copy Transcript

Page 5

1                        CHRONOLOGICAL INDEX
2
                                                              Page
3
4    Appearances ..........................................    2
     Chronological Index...................................    5
5    Jury Charge...........................................    6
     Plaintiff's Closing Statement.........................   19
6    Reporter's Certification..............................  104
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 92

1  I just sat there and thought, "Oh, if he -- you know,
2  why is he doing this?"
3              And then he gets Dr. Egilman on the
4  stand:  "Isn't it true you've charged $250,000 for, you
5  know, three years of reading seven million documents and
6  5000 hours and all of your people?"
7              Dr. Egilman, says, "Well, 'yes' and
8  'no'," because his entire fee was donated, as he told
9  you, half of it to a global health initiative charity
10 and half of it to the local hospital for the cardiac
11 unit.  As soon -- as soon as Merck hears that testimony,
12 they back away from that.
13             "Okay.  Well, now he's not a hired gun.
14 It must be something else."
15             "Well, your staff got paid."  So, now I
16 guess they're the hired guns.  That's just wrong.  I --
17 that doesn't need to be done.
18             It's fair to point out qualification
19 issues.  I'll point out that Dr. Wiener's a prostate
20 cancer doctor, but I'm going to tell you, if you've got
21 prostate cancer, he's a good pathologist to have read
22 your slides.  That's his area.  I'm not denigrating him
23 as a person.  I'm not discrediting him as a person.  I
24 want to be clear that he's being brought in to testify
25 about something that's outside his area, but I'm not