MINUTE ENTRY
FALLON, J.
SEPTEMBER 28, 2016

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.   05-MD-1657<br><br>SECTION: L |

**This Document Relates To:**

C.A. 05-1111 UFCW Local 1776 v. Merck & Co. Inc.
C.A. 05-2269 Sheet Metal Workers Local No. 20 Welfare & Benefit v. Merck & Co. Inc.
C.A. 08-1068 Healthcare Recoveries, Inc. v. Merck & Co.
C.A. 08-1633 AvMed, Inc. v. BrownGreer PLC
C.A. 08-3627 1199SEIU Greater New York Benefit Fund v. BrownGreer PLC
C.A. 09-2861 Commonwealth of Pennsylvania v. Merck & Co. Inc.
C.A. 09-3116 HMO Louisiana, Inc. v. Merck & Co. Inc.
C.A. 09-6363 Central Regional Employees Benefit Fund v. Merck & Co. Inc.

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:  Leonard Davis, Esq. and Dawn Barrios, Esq. for Plaintiffs' Liaison Counsel
           James Dugan, II, Esq. for plaintiffs

SHOW CAUSE HEARING why the above listed cases should not be DISMISSED with/without Prejudice for Failure to Prosecute     (65443)

After Argument – Civil Action numbers 05-1111, 05-2269, 08-1068, 08-1633, 08-3627 and 09-3116 were dismissed. Plaintiffs' Liaison Counsel will file a Motion and Order of Dismissal regarding these cases.

As to C.A. 09-2861, the Court was advised this matter involves a common benefit fee issue and remains open and the Court will revisit this matter at a later date.

C.A. 09-6363 – Attorney James Duggan, II addressed the Court as to this case.  The Court has reserved ruling on this matter and Mr. Duggan will update the Court within 30 day regarding the future course of action that will be needed to resolve this case.

JS10:     :08