UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | MAGISTRATE JUDGE |
| 2:06-cv-09757-EEF-DEK | * | KNOWLES |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR RECONSIDERATION OF ITS MOTION TO EXCLUDE EXPERT OPINIONS OF DAVID EGILMAN, M.D.**

Upon consideration of Defendant Merck Sharp & Dohme Corp.'s Motion for Reconsideration of its Motion to Exclude Expert Opinions of David Egilman, M.D., the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Dr. Egilman is precluded from offering at trial the opinion that Vioxx is causally associated with unstable angina.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE