# Exhibit A

David Madigan, Ph.D.

```
 1                UNITED STATES DISTRICT COURT
                  EASTERN DISTRICT OF LOUISIANA
 2
 3    IN RE:  VIOXX              )  MDL DOCKET NO. 1657
      PRODUCTS LIABILITY         )  SECTION L
 4    LITIGATION                 )  JUDGE FALLON
                                 )  MAGISTRATE JUDGE KNOWLES
 5    THIS DOCUMENT RELATES TO:  )
      Jo Levitt,                 )
 6            Plaintiff,         )
      -v-                        )  Case No.:
 7    Merck Sharp & Dohme        )  2:06-cv-09757-EEF-DEK
      Corporation,               )
 8            Defendant.         )
      _____)
 9
10                      March 7, 2016
11             Videotaped deposition of DAVID
12    MADIGAN, Ph.D., taken at the law offices of DLA
13    Piper, 51 John F. Kennedy Parkway, Suite 120,
14    Short Hills, New Jersey, 07078-2704, before
15    Patricia R. Frank, Certified Court Reporter and
16    Notary Public of the State of New Jersey,
17    commencing at 10:15 a.m., on the above date.
18
19                      —  —  —
20
21              GOLKOW TECHNOLOGIES, INC.
            877.370.3377 ph|917.591.5672 fax
22                  deps@golkow.com
23
24
25
```

David Madigan, Ph.D.

```
 1   A P P E A R A N C E S:
 2
 3              HUMPHREY FARRINGTON & McCLAIN, P.C.
                BY: DANIEL A. THOMAS, ESQUIRE
 4              221 W. Lexington Avenue, Suite 400
                Independence, Missouri 64050
 5              816.398.7435
                dat@hfmlegal.com
 6              Attorneys for Plaintiff
                (Mr. Thomas present via web conference)
 7
                WILLIAMS & CONNOLLY LLP
 8              BY: PAUL E. BOEHM, ESQUIRE
                        and
 9              BY: BENJAMIN GRAHAM, ESQUIRE
                725 Twelfth Street, N.W.
10              Washington, D.C. 20005
                202.434.5000
11              pboehm@wc.com
                bgraham@wc.com
12              Attorneys for Defendant
13
     ALSO PRESENT:
14
                HENRY MARTE, Videographer
15
16
17
18
19
20
21
22
23
24
25
```

1  relying on Merck's definition. I'm also relying on
2  Drs. Kostis and Krumholz who then encoded that
3  definition, chose the MedDRA terms that correspond
4  to that definition. That includes unstable angina.
5     Q.   Have your analyses in this case looked
6  specifically at the issue of unstable angina and
7  what the data in the Vioxx studies show with respect
8  to unstable angina?
9     A.   I don't think I've ever separated it out.
10    Q.   Are you familiar with the term "acute
11 coronary syndrome?"
12    A.   Yes.
13    Q.   What is your understanding of what that
14 means?
15    A.   I don't really understand what -- in any
16 detail what it means. It's some sort of acute
17 coronary event in the coronary arteries I assume.
18    Q.   Have you performed any analyses of the
19 Vioxx data on the subject of acute coronary
20 syndrome?
21    A.   In isolation.
22    Q.   Have you looked at that specific
23 endpoint, acute coronary syndrome?
24    A.   Only insofar as it's part of, you know, a
25 composite. I don't even know sitting here this

David Madigan, Ph.D.

1  minute whether it is or it isn't.
2      Q.     Is it fair to say then when you use the
3  term "adverse cardiovascular event" in your report,
4  you intend that to be synonymous with the term
5  "cardiovascular thrombotic event?"
6      A.     I'm not certain. We'd have to -- I think
7  we'd have to look at the context. It could be
8  context specific. I think, generally speaking, yes,
9  but I'd need to go through the report and make sure
10 that I'm not using it in some other way somewhere.
11     Q.     Can you think of any opinions that you're
12 expressing in this case concerning adverse
13 cardiovascular non-thrombotic events?
14     A.     I can't think of any but I'm not certain
15 whether I'm always using it in precisely that way.
16     Q.     When did you last look at your report?
17     A.     This morning.
18     Q.     Do you recall seeing anything in your
19 report on the -- with respect to opinions you're
20 expressing on the subject of cardiovascular
21 non-thrombotic events based on your review of the
22 data?
23     A.     I don't recall.
24     Q.     Do you think that you did? Because if
25 you did, I want to have you help me identify where

1    incidence of restenosis, correct?
2        A.    Yes, I've not looked at that.
3        Q.    Are you aware of or can point us to any
4    studies that do show a statistically significant
5    relationship between the use of Vioxx and the
6    incidence of unstable angina?
7        A.    Not that I can recall.
8        Q.    What about acute coronary syndrome?
9        A.    Same answer. I mean I just -- not that I
10   can recall.
11       Q.    Are you aware of any studies that do show
12   a statistically significant relationship between the
13   use of Vioxx and the incidence of atherosclerosis or
14   atherogenesis?
15       A.    I'm not aware of -- I can't recall any
16   such study that ...
17       Q.    Are you aware of any study that does in
18   fact show a statistically significant relationship
19   between the use of Vioxx and the incidence of
20   restenosis?
21       A.    I am not aware of any such study.
22       Q.    Let's turn back to your report and
23   continue, if we could, to go through the tables and
24   figures. I believe the next relevant table is
25   Table 6 on Page 41, but please correct me if I've