# Exhibit B

David Egilman, M.D.

```
 1              UNITED STATES DISTRICT COURT

                EASTERN DISTRICT OF LOUISIANA
 2

 3   _____

 4

 5   IN RE:  VIOXX PRODUCTS        )   MDL DOCKET NO. 1657

 6   LIABILITY LITIGATION          )   SECTION L

 7                                 )

 8   THIS DOCUMENT RELATES TO:     )   Videotaped

 9                                 )   Deposition of:

10   Jo Levitt v. Merck Sharp &    )

11   Dohme Corp., Case No:         )   DAVID EGILMAN, M.D.

12   2:06-cv-09757-EEF-DEK         )

13

14

15   _____

16

17                    April 12, 2016

18                      8:49 a.m.

19

20        Location:  Siegfried & Jensen

21            5664 South Green Street

22            Salt Lake City, UT   84123

23

24         Reporter:  Teri Hansen Cronenwett

25    Certified Realtime Reporter, Registered Merit Reporter
```

David Egilman, M.D.

```
 1                  A P P E A R A N C E S
 2
     For the Plaintiff:     Kenneth B. McClain, Esq.
 3                          HUMPHREY FARRINGTON & MCCLAIN, P.C.
                            221 W Lexington Ave., Suite 400
 4                          Independence, MO   64050
                            (816) 225-5444
 5                          (816) 836-5050
                            KBM@HFMLEGAL.ocm
 6
 7   For the Defendant:     Paul E. Boehm, Esq.
                            Benjamin Graham, Esq.
 8                          WILLIAMS & CONNOLLY LLP
                            725 Twelfth Street, N.W.
 9                          Washington, D.C. 20005
                            (202) 434-5366
10                          (202) 434-5029 Fax
                            pboehm@wc.com
11                          bgraham@wc.com
12
     Also Present:          Kenneth Lougee, Esq.
13                          SIEGFRIED & JENSEN
                            5664 South Green Street
14                          Salt Lake City, Utah   84123
                            (801) 997-6995
15
16   Legal Videographer:    Amy Pollock
17
18
                            I N D E X
19
     Witness                                            Page
20
     DAVID EGILMAN, M.D.
21
         Examination by Mr. Boehm                       5
22
23   PORTIONS REQUESTED TO BE MARKED
24       Page 25, line 17
25       Page 156, line 12
```

David Egilman, M.D.

```
 1        A.   About his testimony in this case, no.  I
 2   communicated with David Madigan.
 3        Q.   Have you communicated with Dr. Madigan about
 4   the facts of this case?
 5        A.   Yes.
 6        Q.   Have you communicated with Dr. Madigan about
 7   the facts of this case insofar as those facts are --
 8   specifically pertain to Ms. Levitt?
 9        A.   Not sure I understand the question.  But I
10   think the answer is yes.
11        Q.   And what have you communicated with
12   Dr. Madigan about that you understand to be specific to
13   Ms. Levitt?
14        A.   Well, I got him to run the placebo data for
15   acute coronary syndrome over the -- all the placebo data
16   that he has from all the Merck studies.
17        Q.   When did you ask him to do that?
18        A.   This week.
19        Q.   Did he provide any results to you?
20        A.   He did.
21        Q.   From that analysis?
22        A.   Yes.
23        Q.   Did you bring those?
24        A.   Yes.
25        Q.   Those results with you here today?
```

David Egilman, M.D.

```
 1      A.   Yes.
 2      Q.   Can you give them to me?
 3      A.   Yes.
 4      Q.   Would you please?
 5      A.   Sure.
 6      Q.   What -- what would the folder say?
 7      A.   There's a folder of PowerPoints on ACS.  But I
 8  forgot what it's titled.  It's also the articles on ACS
 9  are in a large green folder.
10      Q.   Should we go off the record?
11      A.   No, we don't have to go off the record.  I'm
12  just looking for the folder.
13           MR. BOEHM:  Kept --
14      A.   Here we go.  There should be a PowerPoint in
15  here.  I think.  Maybe this one.
16           MR. BOEHM:  Ken, I'm going to ask to go off
17  the record so -- because the -- the searching that --
18  that we're having to do is really just eating up the
19  time that I have today.
20           MR. MCCLAIN:  Well, we -- we can go off the
21  record.  But you asked him to find the folder.  So I
22  think he's trying to do that.  If you don't want it,
23  then we can move on, but -- or find it at a break,
24  but --
25           THE WITNESS:  Right.  Yeah.
```

David Egilman, M.D.

```
 1              MR. BOEHM:  Let's go off the record.  I
 2     would -- I would like to have it.  Let's go off the
 3     record.
 4              THE WITNESS:  That's okay.  We can just
 5     continue, because I don't want to take a break.
 6              MR. BOEHM:  Let's go off the record.
 7              THE VIDEOGRAPHER:  Going off the record.  The
 8     time is 9:35 a.m.
 9              (Recess from 9:35 a.m. to 9:44 a.m.)
10              THE VIDEOGRAPHER:  Going back on the record.
11     The time is 9:44 a.m.
12              (Deposition Exhibit No. 2 was marked.)
13        Q.    (By Mr. Boehm)  Dr. Egilman, when we went off
14     the record, you and Mr. McClain were in search of a
15     folder that you indicated contained the results of an
16     analysis that Dr. Madigan had performed at your request.
17     And after intensive efforts, you were able to identify a
18     green folder that has -- has the words "acute coronary
19     syndrome, PPT," written in Sharpie on the folder; is
20     that correct?
21        A.    Yes.
22        Q.    And we've marked the contents of that as
23     Exhibit 2.  The -- the contents of this green folder
24     can -- is a PowerPoint entitled Cardiovascular Risks of
25     Nonsteroidal Antiinflammatory Drugs in Patients after a
```

```
 1   Hospitalization for Serious Coronary Disease; is that
 2   correct?
 3        A.   I don't know.
 4        Q.   Do you see that?
 5        A.   No.  That is the title of the first PowerPoint
 6   in the package of about 20 PowerPoints.
 7        Q.   Okay.  Thank you.  Can I please have it back?
 8   Thank you.
 9             So as I now understand it, this is a package
10   of several PowerPoint presentations; is that correct?
11        A.   Yes, possibly.
12        Q.   What do you mean "possibly"?
13        A.   I wouldn't characterize it as a PowerPoint
14   presentation.  I would characterize it as PowerPoint
15   presentation of data from a variety of studies.  Just
16   studies, I-E-S.
17        Q.   Did you compile these PowerPoints that are now
18   in the document we've marked as Exhibit 2?
19        A.   What do you mean by compile?
20        Q.   Did you put these slides together?
21        A.   I did not type those slides.
22        Q.   What is your source for these slides?
23        A.   I went through the articles.  I highlighted
24   what I wanted on the articles.  Put on the PowerPoints,
25   and I gave them to someone to type up.
```

David Egilman, M.D.

```
 1      Q.   Somebody who works with you?
 2      A.   Someone who works in my office.
 3      Q.   The content of the PowerPoint slides then
 4   represents what you wanted to have captured based on
 5   your review of the scientific data that is covered in --
 6   in these slides; is that fair?
 7      A.   That's correct.
 8      Q.   Just flipping through it, it looks like there
 9   are approximately 30 or so slides, and the final of
10   which is entitled ACS metaanalysis.  Do you see that?
11      A.   Yes.
12      Q.   Who prepared this slide?
13      A.   I did.
14      Q.   What did you use to prepare this slide?
15      A.   Data that Dr. Madigan gave me.
16      Q.   Where are those data?
17      A.   Besides on those slides?  The data that he got
18   from his database of patient level Merck data from the
19   SAS files.
20      Q.   How did Dr. Madigan communicate to you the
21   results of his analysis?
22      A.   I think he sent me an e-mail.  May have done
23   it orally.
24      Q.   Do you still have the e-mail that Dr. Madigan
25   sent to you communicating the results of his analysis?
```

David Egilman, M.D.

```
 1       A.    I don't think so.
 2       Q.    What happened to it?
 3       A.    I don't know.  I may still have it.  Usually,
 4  I delete my e-mails.
 5       Q.    Did you bring the e-mail that Dr. Madigan sent
 6  to you communicating the results of his ACS metaanalysis
 7  with you to today's deposition?
 8       A.    No.
 9       Q.    Have you provided that to counsel for
10  plaintiff?
11       A.    I don't recall.
12             MR. MCCLAIN:  I don't believe so.
13       Q.    (By Mr. Boehm)  Is it only the last slide that
14  captures the ACS metaanalysis that you had asked
15  Dr. Madigan to do, or -- or are there other slides in
16  this green folder, that has been now marked as Exhibit
17  2, that also capture Dr. Madigan's analysis that you
18  asked him to perform in connection with Ms. Levitt's
19  case?
20       A.    The former.
21             MR. MCCLAIN:  The former.
22       Q.    (By Mr. Boehm)  Why did you put this slide
23  together with the other materials that were in this
24  folder marked ACSPPT?
25       A.    Because it deals with that topic.  And not all
```