UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck Sharp & Dohme Corp.*, | * | MAGISTRATE JUDGE |
| 2:06-cv-09757-EEF-DEK | * | KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION FOR LEAVE TO REOPEN EXPERT DISCOVERY AND TO DEPOSE DAVID MADIGAN, PH.D.**

Upon consideration of Defendant Merck Sharp & Dohme Corp.'s Motion for Leave to Reopen Expert Discovery and to Depose David Madigan, Ph.D., the Motion is hereby **GRANTED**.

**IT IS HEREBY ORDERED** that Merck is granted leave to depose David Madigan, Ph.D., on the topic of his statistical analysis of acute coronary syndrome and that Plaintiff will make Madigan available for deposition within the next sixty (60) days.

New Orleans, Louisiana, this _____ day of _____, 2016.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE