UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

### O R D E R

Considering the Motion to Extend Deadlines Re: PTO 59(A) filed by Russ M. Herman and Leonard A. Davis of Herman, Herman & Katz, LLC, Plaintiffs' Liaison Counsel in MDL 2047 and Chair of the FCC;

IT IS ORDERED BY THE COURT that deadlines in PTO 59(A) are extended as follows:

   a. The deadline established in paragraph 16 of PTO 59(A) is extended until December 16, 2016;

   b. The deadline established in paragraph 17 of PTO 59(A) is extended until December 30, 2016; and

   c. The deadline established in paragraph 18 of PTO 59(A) is extended until January 13, 2017.

New Orleans, Louisiana, this  11th  day of _____October_____, 2016.

_____
Eldon E. Fallon
United States District Court Judge