# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>　　　PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**　　　　*Jo Levitt v. Merck Sharp & Dohme Corp.,* **06-9757**

## SUGGESTION OF REMAND

All cases in this multidistrict litigation, except for the case referred to in the caption, have been resolved. The one remaining individual case, *In re Vioxx Products Liability Litigation*, *Jo Levitt v. Merck Sharp & Dohme Corp.*, 06-9757, is now ready for trial. All the discovery in this matter has been completed, and the Court has issued substantive rulings on various pretrial issues. Accordingly, the case will no longer benefit from the coordinated proceedings in the MDL, and the Court recommends this case should be transferred back to the transferor court for trial.

Accordingly, the undersigned respectfully suggests that the Panel remand *In re Vioxx Products Liability Litigation*, *Jo Levitt v. Merck Sharp & Dohme Corp.* to the United States District Court for the Western District of Missouri.

New Orleans, Louisiana, this 4th day of October, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE