UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**PLAINTIFF'S NOTICE OF RESPONSE TO
DEFENDANT MERCK'S ESTIMATE OF COSTS**

PLEASE TAKE NOTICE that, in accordance with this Court's Order & Reasons (Document 65472) Plaintiff has provided to counsel for Merck her response to Merck's Estimate of Costs (Document 65448) entered on August 30, 2016.

Specifically, Plaintiff informed counsel for Merck that Plaintiff does not accept Merck's purported costs and that Plaintiff would not post a bond securing the payment of the costs. Plaintiff also informed Merck that she believes that Merck's purported costs were exaggerated and unreasonable.

Merck's letter containing its estimate of costs has not been provided to this Court. Plaintiff believes that an *In Camera* Inspection of Merck's proposal is warranted given the exorbitant amounts put forth by Merck.  Plaintiff understands that there has been concern regarding whether or not this Court still has jurisdiction over this dispute in light of the Court's recent Suggestions of Remand.

Plaintiff directs the Court's attention to the fact that on or about October 6, 2016, the Clerk of the Panel issued its Conditional Remand Order upon receiving this Court's Suggestion of Remand.  Pursuant to MDL Rule 10.2, the Conditional Remand Order was stayed for seven

2

(7) days to allow the parties to file any objections.  After no objection to the remand was filed, on October 14, 2016 the Clerk of the Panel lifted the stay and the Conditional Remand Order was filed.  Upon information and belief, the Conditional Remand Order has not yet been filed with the clerk of the transferee district court – the United States District Court for the Western District of Missouri.  As such, Plaintiff believes that this Court still has jurisdiction to address this dispute.

WHEREFORE, Plaintiff requests that this Court Order Merck to produce its purported costs for an *In Camera* Inspection.  Plaintiff does not believe that Merck's proposal complies with this Court's Order from August 12, 2016 (Document 65434).  Plaintiff believes that Merck included costs not considered in this Court's Order and that the estimated costs suggested by Merck are exaggerated and unreasonable.  In the alternative, Plaintiff respectfully requests that this Court enter a Certified Order on the issue so that Plaintiff may pursue appellate remedy.

Dated:  October 28, 2016

By: /s/ Daniel A. Thomas
    Kenneth B. McClain
    Danny A. Thomas
    HUMPHREY, FARRINGTON &
    MCCLAIN, P.C.
    221 West Lexington Street, Suite 400
    Independence, MO 64051
    Phone: 816-398-7435
    Fax:     816-836-8966

.
    *Attorneys for Jo Levitt*

3

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing Plaintiff's Response to Defendant Merck's Motions to Maintain Confidential Document Designations has been served on Defense Counsel, Douglas Marvin, M. Elaine Horn and Emily Renshaw Pistilli, and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 28th day of October, 2016.

      /S/ DANIEL A. THOMAS
Kenneth B. McClain      MO #32430
Daniel A. Thomas      MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFF**