UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION L |
| | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**This Document Relates To All Cases**

## ORDER

In its August 30, 2016 Order, the Court instructed specific claimants to participate in a hearing on November 8, 2016 at 9:00 to show cause why specific funds should remain on deposit, or explain to the Court what legal obstacles still exist that would prevent disbursement. R. Doc. 65449. To participate in the call, the parties should use the following call-in information. Call-in number: 866-233-3841; access code: 406019. To prevent background noise during the call, participants shall mute their individual line until the Court requests information on their claimant.

New Orleans, Louisiana, this 4th day of November, 2016.

_____
UNITED STATES DISTRICT JUDGE