MINUTE ENTRY
FALLON, J.
NOVEMBER 8, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                                    CIVIL ACTION
LIABILITY LITIGATION
                                                         NO.   05-MD-1657

                                                 SECTION: L

**This document relates to:**
**Cases listed on attachment**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:  Leonard Davis, Esq. for Plaintiffs Liaison Counsel
              Margaret Cravens, Esq. (via phone) for Claimants Todd Miller, Thomas Hughes,
              Naomi O'Brien, Barbara Ann Carter and Patricia Epler
              Eric Weinberg, Esq., (via phone) for Claimant William A. Marshall
              Carrie Capouellez, Esq., (via phone) for Claimant Ernest Effinger
              Kurt Hyzy, Esq., (via phone) for Claimant Elisa P. Labasano

## SHOW CAUSE HEARING:

Claimants are to show cause why funds should remain on deposit, identify any outstanding
deficiencies and obstacles to final disbursement of the funds to the claimant and why the
claimants are not entitled to have the funds attributable to their claims released, provided any
legal impediment to receiving the funds have been resolved   (65449)

After hearing from Counsel for the parties – all of the listed matters were Passed for 90 days and
reset for another Show Cause Hearing on Wednesday, February 8, 2017 at 9:00am.

JS10:    :21