IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 15-31070
_____

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION

-----------------------------------------

LINDA ISNER, Executrix of the Estate of Jeffrey Isner, M.D.,

    Plaintiff - Appellant

v.

SEEGER WEISS, L.L.P.; CHRISTOPHER A. SEEGER; HUGHES HUBBARD & REED, L.L.P.; THEODORE H.V. MAYER; BROWNGREER, P.L.C.; ORRAN L. BROWN,

    Defendants - Appellees

_____

Appeal from the United States District Court for the
Eastern District of Louisiana, New Orleans
_____

O R D E R :

    IT IS ORDERED that Appellant's motion for reconsideration of the clerk's order of March 14, 2016 denying the opposed motion to reopen the case, is GRANTED.

IT IS FURTHER ORDERED that no later than March 31, 2016, Appellant shall file the proper form ordering the hearing transcript and shall make the required financial arrangements with the court reporter to pay for production of the same.

        /s/Jennifer Walker Elrod
JENNIFER WALKER ELROD
UNITED STATES CIRCUIT JUDGE