# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 22, 2016

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 15-31070    In Re: Vioxx Prod Liability, et al
                         USDC No. 2:05-MD-1657
                         USDC No. 2:12-CV-2406

Enclosed is an order entered in this case.

The appeal is now reinstated. Appellant's completed transcript order form including financial arrangements with the court reporter is due to be filed in this appeal before of no later than March 31, 2016.

Failure to comply with this court order will result in the dismissal of the appeal.

                                  Sincerely,

                                  LYLE W. CAYCE, Clerk

                                  By: _____
                                  Cindy M. Broadhead, Deputy Clerk
                                  504-310-7707

Mr. William W. Blevins
Mr. David S. Clancy
Mr. Philip E. Murray Jr.
Ms. Emily Renshaw Pistilli
Mr. Richard M. Zielinski