# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

November 02, 2016

Mr. William W. Blevins
U.S. District Court, Eastern District of Louisiana
500 Poydras Street
Room C-151
New Orleans, LA 70130

    No. 15-31070   In Re: Vioxx Prod Liability, et al
                         USDC No. 2:05-MD-1657
                         USDC No. 2:12-CV-2406

Dear Mr. Blevins,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                        Sincerely,

                        LYLE W. CAYCE, Clerk

                        By: _____
                        Dantrell L. Johnson, Deputy Clerk
                        504-310-7689

cc w/encl:
    Mr. Leonard Arthur Davis
    Ms. Maurita Horn
    Mr. Philip E. Murray, Jr.
    Ms. Emily Renshaw Pistilli
    Ms. Kristin Ann Shapiro