UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | MAGISTRATE JUDGE KNOWLES |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### PLAINTIFF'S DESIGNATION OF ITEMS TO BE INCLUDED IN RECORD ON REMAND TO TRANSFEROR COURT

Pursuant to the Conditional Remand Order issued by the Judicial Panel on Multidistrict Litigation ("JPML") on October 6, 2016 and in accordance with the JPML's Rules for Multidistrict Litigation 10.04(a), Plaintiffs hereby designate the following items for inclusion in the record on remand to the transferor court in *Jo Levitt v. Merck Sharp & Dohme Corp.*, Eastern District of Louisiana Case No. 2:06-cv-09757-EEF-DEK (docketed in the transferor court, the U.S. District Court for the Western District of Missouri, as Case No. 4:06-cv-00818-DW).

On December 5, 2016, Defendant Merck filed its Designation of Record to Transferor Court. (Doc. #65484) Plaintiffs' counsel has reviewed Merck's Designation and joins in designating all of the pleadings identified by Merck. Plaintiffs also respectfully request that each of the documents in the docket entries listed below, including all attachments and exhibits thereto, be included in the record on remand and transmitted to the Clerk of the Court for the Western District of Missouri. Plaintiffs' counsel provided a copy of the below-listed pleadings to defense counsel and Merck has indicated that it has no objections.

**From In re: Vioxx Products Liability Litigation General MDL Docket, Case #: 2:05-md-01657-EEF-DEK:**

| | | |
|---|---|---|
| 11/03/2005 | 1234 | PRETRIAL ORDER #22: re 958 MOTIONs to Compel Foreign Vioxx information and information concerning Arcoxia filed by Plaintiff. Parties to comply as stated within. Signed by Judge Eldon E. Fallon on 11/2/05.(Reference: ALL CASES)(dmg, ) (Entered: 11/07/2005) |
| 06/29/2006 | 5635 | PRETRIAL ORDER # 18C: Plaintiff Profile Form, Authorizations & Merck's Profile Form. Signed by Judge Eldon E. Fallon on 6/29/06. (Attachments: # 1 Forms)(Reference: ALL CASES)(dmg, ) (Entered: 06/30/2006) |
| 06/30/2006 | 5649 | ORDER that the attached medical authorization forms shall replace those attached to 5635 Pretrial Order #18C.. Signed by Judge Eldon E. Fallon on 6/29/06. (Attachments: # 1 Authorization Forms)(Reference: ALL CASES)(dmg, ) (Entered: 07/03/2006) |
| 11/19/2007 | 12995 | ORDERED that the attached Revised Exhibit A shall be substituted in place of the version previously attached to Pretrial Order No. 28 and Pretrial Order No. 29. All exhibits to Pretrial Order No. 28 and Pretrial No. 29 can now be edited and completed electronically, and can be downloaded from the Court's website. Signed by Judge Eldon E. Fallon on 11/19/2007. (Attachments: # 1 Exhibit A)(Reference: ALL CASES)(cms, ) (Entered: 11/19/2007) |
| 05/23/2008 | 14539 | ORDER - This Court issued an Order on April 29, 2008 (clarifying a Minute Entry that issued April 25, 2008) suspending the May 1, 2008 deadline for submission of a case specific expert report under Section II.A(8) of PTO No. 28 for plaintiffs and claimants with last names beginning with the letters A through L until the next monthly status conference on May 22, 2008 at which time the Court would hear further argument on certain plaintiffs Emergency Motion for Modification and/or Suspension of Pretrial Order No. 28 and Request for Expedited Telephonic Hearing. IT IS FURTHER ORDERED that a Telephone Status Conference set for 6/18/2008 04:00 PM before Judge Eldon E. Fallon.). Signed by Judge Eldon E. Fallon on 5/22/2008.(Reference: ALL CASES)(cms, ) (Entered: 05/27/2008) |
| 05/22/2009 | 18854 | PRETRIAL ORDER #13C - Highly Confidential Information. Signed by Judge Eldon E. Fallon on 5/19/2009.(Reference: All Government Actions and All Private Third-Party Payor Cases)(cms, ) (Entered: 05/22/2009) |
| 11/17/2009 | 27287 | PRETRIAL ORDER #55 - Effect of Name Change by Merck. |

|            |       |                                                                                                                                                                                                                                                                                   |
|------------|-------|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|
|            |       | Signed by Judge Eldon E. Fallon on 11/16/2009.(Reference: ALL CASES)(cms, ) (Entered: 11/17/2009)                                                                                                                                                                               |
| 06/06/2014 | 64976 | Minute Entry for proceedings held before Judge Eldon E. Fallon: Monthly Status Conference held on 6/6/2014. Next Status Conference set for 10/2/2014 09:00 AM before Judge Eldon E. Fallon. (Court Reporter Jodi Simcox.) (Reference: ALL CASES)(cms) (Entered: 06/11/2014) |
| 08/10/2016 | 65424 | REPLY to Response to Motion filed by Defendant re 65379 MOTION for Partial Summary Judgment *on Plaintiffs Business Claims* . (Reference: 05md1657)(Wimberly, Dorothy) (Entered: 08/10/2016)                                                                                |
| 10/28/2016 | 65478 | Notice of Compliance *Plaintiffs Notice of Response to Defendant Merck's Estimate of Costs* by Plaintiff re 65448 Notice of Compliance. (Reference: 2:06-cv09757)(Thomas, Daniel) (Entered: 10/28/2016)                                                                     |
| 12/05/2016 | 65484 | NOTICE by Defendant *Merck's Designation of Record to Transferor Court following remand*. (Reference: 06-9757)(Wimberly, Dorothy) (Entered: 12/05/2016)                                                                                                                     |

Dated:  December 9, 2016

By: /s/ Daniel A. Thomas

Kenneth B. McClain
Danny A. Thomas
HUMPHREY, FARRINGTON & MCCLAIN, P.C.
221 West Lexington Street, Suite 400
Independence, MO 64051
Phone: 816-398-7435
Fax:     816-836-8966

*Attorneys for Jo Levitt*

.

4

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Plaintiff's Response to Defendant Merck's Motions to Maintain Confidential Document Designations has been served on Defense Counsel, Douglas Marvin, M. Elaine Horn and Emily Renshaw Pistilli, and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 9th day of December, 2016.

*/S/ DANIEL A. THOMAS*
Kenneth B. McClain                  MO #32430
Daniel A. Thomas                    MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile

**ATTORNEYS FOR PLAINTIFF**

4