UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| UFCW Local 1766, et al. v. Merck & Co., Inc., No. 05-01111; | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Sheet Metal Workers Local No. 20 Welfare & Benefit Fund, et al. v. Merck & Co., Inc., No. 05-02269; | * | |
| | * | |
| Healthcare Recoveries, Inc. v. Merck & Co., Inc., No. 08-01068; | * | |
| | * | |
| AvMed, Inc., et al. v. BrownGreer PLC, et al., No. 08-01633; | * | |
| | * | |
| 1199 SEIU Greater New York Benefit Fund, et al. v. BrownGreer PLC, et al., No. 08-03627; and, | * | |
| | * | |
| HMO Louisiana, Inc. v. Merck & Co., Inc., No. 09-03116 | * | |
| * * * * * * * * * * * * * * * * * * * | * | |

**JOINT MOTION TO DISMISS WITH PREJUDICE PURSUANT
TO PRIVATE TPP SETTLEMENT AGREEMENT AND RELEASE**

Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC") hereby move the Court for entry of an Order dismissing with prejudice the above-captioned cases. In support of this motion, PLC and DLC represent as follows:

- 1 -

**1.**

On September 14, 2009, Defendant Merck & Co., Inc. entered into a Private TPP Settlement Agreement and Release ("the Agreement") with certain third party payors identified in the Agreement.

**2.**

Included in the Agreement are the above-captioned plaintiffs.

**3.**

On September 28, 2016, the Court held a show cause hearing at which it ruled that the above-captioned cases should be dismissed and requested that Liaison Counsel file the instant motion.

**4.**

In accordance with the Court's directive, as reflected in its Minute Entry dated September 28, 2016 (Rec. Doc. 65469), undersigned Liaison Counsel submit this motion and request that these cases be dismissed with prejudice.

**WHEREFORE,** Plaintiffs' Liaison Counsel and Defendants' Liaison Counsel hereby move for dismissal of the above-captioned cases with prejudice.

Respectfully submitted,

| | |
|---|---|
| */s/ Leonard A. Davis* | */s/ Dorothy H. Wimberly* |
| Russ M. Herman (Bar No. 6819) | Phillip A. Wittmann (Bar No. 13625) |
| Leonard A. Davis (Bar No. 14190) | Dorothy H. Wimberly (Bar No. 18509) |
| ***Herman, Herman & Katz, L.L.C.*** | ***Stone Pigman Walther Wittmann L.L.C.*** |
| 820 O'Keefe Avenue | 546 Carondelet Street |
| New Orleans, Louisiana  70113 | New Orleans, Louisiana  70130-3588 |
| Telephone:  (504) 581-4892 | Telephone:  (504) 581-3200 |
| Fax:  (504) 561-6024 | Fax:  (504) 581-3361 |
| **Plaintiffs' Liaison Counsel** | **Defendants' Liaison Counsel** |

**CERTIFICATE**

I hereby certify that the above and foregoing motion of Plaintiffs' and Defendants' Liaison Counsel has been served upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8C, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 12th day of December, 2016.

                                                                              */s/ Dorothy H. Wimberly*
Dorothy H. Wimberly, 18509
STONE PIGMAN WALTHER
WITTMANN L.L.C.
546 Carondelet Street
New Orleans, Louisiana  70130
Phone:  504-581-3200
Fax:     504-581-3361
dwimberly@stonepigman.com

Defendants' Liaison Counsel

1215467v1