UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

**MOTION TO EXTEND DEADLINES RE: PTO 59(A)**

    NOW COME Russ M. Herman and Leonard A. Davis of Herman, Herman & Katz, LLC, Plaintiffs' Liaison Counsel in MDL 2047 and Chair of the FCC, who request that the Court amend Pre-Trial Order No. 59(A) by extending deadlines as follows:

1. The Court entered Orders on January 27, 2016 [Rec. Doc. 65322], February 23, 2016 [Rec. Doc. 65329], March 21, 2016 [Rec. Doc. 65335], May 4, 2016 [Rec. Doc. 65348], May 31, 2016 [Rec. Doc. 65367], July 11, 2016 [Rec. Doc. 65403], August 9, 2016 [Rec. Doc. 65432] and October 11, 2016 [Rec. Doc. 65474] extending certain deadlines in PTO 59(A).

2. Movants request that the deadlines in PTO 59(A) be further extended as follows:

   a. Extending the deadline established in paragraph 16 of PTO 59(A) until January 23, 2017;

   b. Extending the deadline established in paragraph 17 of PTO 59(A) until February 6, 2017; and

   c. Extending the deadline established in paragraph 18 of PTO 59(A) until February 20, 2017.

3. All of the remaining aspects of PTO 59(A) should remain in full force and effect.

Dated: December 15, 2016                                   Respectfully submitted,

                                                           By: /s/ Leonard A. Davis
                                                           Russ M. Herman, Esquire
                                                           Leonard A. Davis, Esquire
                                                           HERMAN, HERMAN & KATZ, LLC
                                                           820 O'Keefe Avenue
                                                           New Orleans, LA  70113
                                                           Phone: (504) 581-4892
                                                           Fax:  (504) 561-6024
                                                           ldavis@hhklawfirm.com
                                                           *Plaintiffs' Liaison Counsel*
                                                           *MDL 1657*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of December, 2016.

                                                           /s/ Leonard A. Davis
                                                           **Leonard A. Davis**