IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| IN RE: VIOXX PRODUTS LIABILITY LITIGATION | MDL NO. 1657<br>SECTION: L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |
|---|---|

## NOTICE OF CHANGE OF FIRM NAME

PLEASE TAKE NOTICE that, effective immediately, the firm name of Levin, Fishbein, Sedran & Berman has changed to Levin Sedran & Berman. The mailing address, telephone and facsimile numbers, as well as the e-mail addresses, have remained the same.

Respectfully submitted,

Dated: December 21, 2016

BY: /s/ Arnold Levin, Esquire
Arnold Levin, Esquire
LEVIN SEDRAN & BERMAN
510 Walnut Street, Suite 500
Philadelphia, PA 19106
215-592-1500 (phone)
215-592-4663 (fax)
alevin@lfsblaw.com

*Plaintiffs' Counsel MDL 1657*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Name of Change of Firm Name has been served upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF System, which will send a notice of electronic filing in accordance with the procedures established in MDL 1657 on this 21st day of December, 2016.

/s/Arnold Levin
**ARNOLD LEVIN, ESQUIRE**