UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| This document relates to: | * | JUDGE FALLON |
| | * | |
| UFCW Local 1766, et al. v. Merck & Co., Inc., No. 05-01111; | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| Sheet Metal Workers Local No. 20 Welfare & Benefit Fund, et al. v. Merck & Co., Inc., No. 05-02269; | * | |
| | * | |
| Healthcare Recoveries, Inc. v. Merck & Co., Inc., No. 08-01068; | * | |
| | * | |
| AvMed, Inc., et al. v. BrownGreer PLC, et al., No. 08-01633; | * | |
| | * | |
| 1199 SEIU Greater New York Benefit Fund, et al. v. BrownGreer PLC, et al., No. 08-03627; and, | * | |
| | * | |
| HMO Louisiana, Inc. v. Merck & Co., Inc., No. 09-03116 | * | |

* * * * * * * * * * * * * * * * * * *   *

**ORDER OF DISMISSAL WITH PREJUDICE AS TO ALL DEFENDANTS**

Considering the foregoing Joint Motion to Dismiss With Prejudice Pursuant to Private TPP Settlement Agreement and Release, and considering the Court's Minute Entry dated September 28, 2016 (Rec. Doc. 65469),

- 2 -

**IT IS ORDERED** that all claims of plaintiffs in the above-captioned cases, 05-0111, 05-2269, 08-1068, 08-1633, 08-3627, and 09-3116, be and they hereby are dismissed with prejudice.

**IT IS FURTHER ORDERED** that the cases be marked closed by the Clerk of Court.

**NEW ORLEANS, LOUISIANA**, this  5th  day of January, 2017.

_____
DISTRICT JUDGE