UNITED STATES COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This Document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

### AGGREGATE FEE PETITION PURSUANT TO PRE-TRIAL ORDER 59(A) BY THE COMMON BENEFIT FEE AND COST COMMITTEE

NOW INTO THE COURT COMES the Common Benefit Fee and Cost Committee (the "Fee Committee"), through its Chairs, Russ M. Herman and Leonard A. Davis, pursuant to Pre-Trial Order 59(A), who move this Court in connection with the VIOXX MDL Consumer Settlement Agreement for an award of common benefit attorneys' fees.[1]

As more fully set forth in the accompanying Memorandum in Support, adopted herein *in extenso*, the Fee Committee seeks an award of fees to be paid as a result of the Settlement Agreement related to Consumer Class Action dated July 2013, in a total aggregate amount for all such counsel not to exceed 32% of the maximum of up to $23 million Settlement Amount[2] (or an aggregate maximum amount of up to $7,360,000) less expenses incurred in connection with the litigation of the Consumer Claims and related putative Consumer Class action cases involving

---

[1] The Court has already addressed and ruled upon costs submitted by those filing applications for fees or costs by Order entered August 3, 2016 [Rec. Doc. 65422]. Since cost submissions have been approved and disbursed, this Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A) is limited to a request for common benefit counsel fees.

[2] On January 3, 2017, the Fee Committee for the VIOXX MDL Consumer Settlement met and voted unanimously that the entire amount of the common fund set aside for attorneys' fees and costs, less expenses reimbursed by the Court [Rec. Doc. 65422], be made available by the Court for the award of attorneys' fees.

Vioxx that were previously approved and disbursed by Order entered August 3, 2016 [Rec. Doc. 65422], in the amount of $185,580.91.  Thus, the Fee Committee is seeking an award of fees in the amount of $7,174,419.09.

                        Respectfully submitted,

Dated: January 20, 2017

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 165, Co-Lead Class Settlement Counsel*
*Fee Committee Chair*

COMMON BENEFIT FEE AND
COST COMMITTEE:

/s/ Richard A. Getty
RICHARD A. GETTY
Fee Committee Member


/s/ James P. Lyle
JAMES P. LYLE
Fee Committee Member


/s/ Dawn M. Barrios
DAWN M. BARRIOS
Fee Committee Member


/s/ Elizabeth J. Cabraser
ELIZABETH J. CABRASER
Fee Committee Member

2

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittman, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of January, 2017.

    /s/ Leonard A. Davis
    Leonard A. Davis