UNITED STATES COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This Document relates to All Cases** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

**EXHIBITS A THROUGH M TO THE
AGGREGATE FEE PETITION PURSUANT TO
PRE-TRIAL ORDER 59(A) BY THE
<u>COMMON BENEFIT FEE AND COST COMMITTEE</u>**

# FILED UNDER SEAL