UNITED STATES COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This Document relates to All Cases** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

**AGGREGATE ORDER**

This matter having come before the Court upon the Aggregate Fee Petition filed by the Common Benefit Fee and Cost Committee (the "Fee Committee") pursuant to Pre-Trial Order 59(A), and the Court being otherwise sufficiently advised, IT IS HEREBY ORDERED AS FOLLOWS:

1. The Fee Committee's Aggregate Fee Petition is GRANTED;

2. The Court awards aggregate fees in the amount of _____.

3. The Fee Committee shall proceed to take all steps necessary to make the proposed Allocation Recommendation contemplated by Pre-Trial Order 59(A).

Done this ____ day of _____, 2017