UNITED STATES COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This Document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

## NOTICE OF SUBMISSION

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on February 15, 2017, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Aggregate Fee Petition Pursuant to Pre-Trial Order No. 59(A) By The Common Benefit Fee and Cost Committee, and for such other and further relief as the Court may deem just and appropriate.

Respectfully submitted,

Dated: January 20, 2017

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 165, Co-Lead Class Settlement Counsel*
*Fee Committee Chair*

<u>COMMON BENEFIT FEE AND</u>
<u>COST COMMITTEE:</u>

<u>/s/ Richard A. Getty</u>
RICHARD A. GETTY
Fee Committee Member


<u>/s/ James P. Lyle</u>
JAMES P. LYLE
Fee Committee Member


<u>/s/ Dawn M. Barrios</u>
DAWN M. BARRIOS
Fee Committee Member


<u>/s/ Elizabeth J. Cabraser</u>
ELIZABETH J. CABRASER
Fee Committee Member


**<u>CERTIFICATE OF SERVICE</u>**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittman, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of January, 2017.

<u>/s/ Leonard A. Davis</u>
Leonard A. Davis