UNITED STATES COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This Document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

## MOTION FOR LEAVE TO FILE
## EXHIBITS UNDER SEAL

NOW INTO COURT COMES the Common Benefit Fee and Cost Committee (the "Fee Committee"), through its Chairs, Russ M. Herman and Leonard A. Davis, pursuant to Pre-Trial Order 59(A), who respectfully submit that the Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A) ("Fee Petition") filed on January 20, 2017 [Rec. Doc. 65491], references Exhibits A through M.  Exhibits A through M attached to the Fee Petition refer to or contain information that should remain confidential.  Accordingly, the Fee Committee requests leave of court to file Exhibits A through M attached to the Fee Petition UNDER SEAL.

WHEREFORE, the Fee Committee prays that this motion be granted and Exhibits A through M attached to the Fee Petition be filed UNDER SEAL.

Respectfully submitted,

Dated: January 20, 2017

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 165, Co-Lead Class Settlement Counsel*
*Fee Committee Chair*

COMMON BENEFIT FEE AND
COST COMMITTEE:

/s/ Richard A. Getty
RICHARD A. GETTY
Fee Committee Member


/s/ James P. Lyle
JAMES P. LYLE
Fee Committee Member


/s/ Dawn M. Barrios
DAWN M. BARRIOS
Fee Committee Member


/s/ Elizabeth J. Cabraser
ELIZABETH J. CABRASER
Fee Committee Member

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittman, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of January, 2017.

                                            /s/ Leonard A. Davis
                                            Leonard A. Davis