UNITED STATES COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This Document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

**O R D E R**

Considering the Motion for Leave to File Exhibits Under Seal filed by the Common Benefit Fee and Cost Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibits A through M attached to the Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A) filed on January 20, 2017 [Rec. Doc. 65491], be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this 25th day of January, 2017.

Eldon E. Fallon
United States District Court Judge.