UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *ALL CASES*

## ORDER

Upon review of The Common Benefit Fee and Cost Committee's Requests/Statement of Oral Argument, R. 65493, the Court finds it appropriate to set oral argument on the Motion for Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A). R. 65491. Therefore,

**IT IS ORDERED** that the Court will hear oral argument on the Motion for Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A), R. 65491, on **February 15, 2017 at 9:30 a.m.**

New Orleans, Louisiana, this 25th day of January, 2017.

_____
UNITED STATES DISTRICT JUDGE