OBJECTOR:

Geneva Meloy
1490 Arcadia Road
Kent, Ohio 44240
(330) 678-7527



U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED  JAN 30 2017

WILLIAM W. BLEVINS
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX PRODUCTS LIABILITY LITIGATION | : MDL No. 1657 |
| | : SECTION L |
| SHERRILL HERKE, individually and on behalf of a Proposed class of those similarly situated, | : JUDGE FALLON |
| | : MAG. JUDGE KNOWLES |
| Plaintiffs, | |
| v. | : No. 2:09-cv-07218 |
| MERCK & CO., INCL., | |
| Defendant. | |

### NOTICE OF OBJECTION TO MOTION FOR ATTORNEY'S FEES

I am a member of the class because I purchased Vioxx prior to October 1, 2004. My personal attorney is George W. Cochran, 1385 Russell Drive, Streetsboro, Ohio 44241 (tel: 330-607-2187). Although he helped me write this objection, he could not enter his formal appearance because he is not a member of the Eastern District of Louisiana. I object to the amount of attorney's fees requested for the following reasons:

1. I cannot check the reasonableness of class counsel's lodestar because all of the fee declarations have been submitted under seal.

2. I believe there was a lot of duplication of effort and unnecessary work done by the law firms involved.

TENDERED FOR FILING

JAN 30 2017

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy Clerk

Fee_____
Process_____
X Dktd_____
CtRmDep_____ 1
Doc. No._____

3. Extraordinary effort was not required because the primary personal injury MDL had already been settled.

4. The low claims rate—coupled with the reversion of excess funds to the defendant—justifies a lower fee than that requested.

5. In any case, one-third of the settlement fund is too much to pay in a class action.

Should my attorney be admitted to this action by pro hac vice application or special admission via the MDL rules, I reserve the right to supplement my objection with legal argument and relevant citations.

Sincerely,

*Geneva Meloy*
Geneva Meloy, Pro Se

### Certificate of Service

In addition to mailing the original Notice of Objections to the clerk's office, I certify that copies were mailed on January 28, 2017 to the following counsel:

Russ Herman, Esq.
Herman, Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113
Co-Lead Settlement Class Counsel for Plaintiffs

Douglas R. Marvin, Esq.
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C. 20005
Co-Counsel for Merck

*Geneva Meloy*
Geneva Meloy

2

CLEVELAND OH 440
27 JAN 2017 PM 2 L

Clerk's Office - U.S. District Court
Eastern District of Louisiana
500 Poydras St - Room C151
New Orleans, LA 70130

70130-336731

COCHRAN & COCHRAN
Cochran Professional Bldg
1385 Russell Drive, Suite A
Streetsboro, Ohio 44241
C & C
ATTORNEYS