UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

This Document Relates to All Cases

**EXHIBITS A AND B TO THE MOTION OF ANN B. OLDFATHER AND MEMORANDUM IN SUPPORT TO ESTABLISH COMMON BENEFIT FEE AND COST AWARD PROCEDURES IN CONNECTION WITH THE UNREIMBURSED COMMON BENEFIT WORK ON THE PERSONAL INJURY CASES**

# FILED UNDER SEAL