UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® <br><br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**This Document Relates to All Cases**

### [PROPOSED] ORDER GRANTING THE MOTION OF ANN B. OLDFATHER TO ESTABLISH COMMON BENEFIT FEE AND COST AWARD PROCEDURES IN CONNECTION WITH THE UNREIMBURSED COMMON BENEFIT WORK ON THE PERSONAL INJURY CASES

Having considered the Motion,

**IT IS HEREBY ORDERED** that the motion is GRANTED. A separate Order will be issued regarding the appointment of a Common Benefit Fee and Cost Committee in connection with the unreimbursed time and expenses incurred in connection with the personal injury cases in the Vioxx MDL.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
ELDON E FALLON
UNITED STATES DISTRICT COURT
JUDGE