UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® <br><br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**This Document Relates to All Cases**

### MOTION FOR LEAVE TO FILE EXHIBITS UNDER SEAL

Ann B. Oldfather, Liaison and Lead Counsel for Certain Personal Injury Plaintiffs, respectfully requests that Exhibits A and B to her Motion and Memorandum in Support to Establish Common Benefit Fee and Cost Award Procedures in Connection with the Unreimbursed Common Benefit Work on the Personal Injury Cases ("Motion"), filed on February 6, 2017 [Rec. Doc. 65498], be filed under seal. Exhibits A and B attached to the Motion refer to or contain information that should remain confidential. Accordingly, Ann B. Oldfather requests leave of court to file Exhibits A and B attached to the Motion under seal. A proposed order is attached.

Respectfully Submitted,

*/s/ Ann B. Oldfather*
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.636.0066  (fax)
aoldfather@oldfather.com
*Liaison and Lead Counsel for Personal Injury Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that the above has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of February, 2017.

*/s/ Ann B. Oldfather*
Ann B. Oldfather