UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

This Document Relates to All Cases

## ORDER

Considering the Motion for Leave to File Exhibits Under Seal filed by Ann B. Oldfather, Liaison and Lead Counsel for Certain Personal Injury Plaintiffs;

IT IS ORDERED BY THE COURT that the Motion is GRANTED and that Exhibits A and B attached to the Motion of Ann B. Oldfather and Memorandum in Support to Establish Common Benefit Fee and Cost Award Procedures in Connection with the Unreimbursed Common Benefit Work on the Personal Injury Cases filed on February 6, 2017 [Rec. Doc. 65498], be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge

.

        Respectfully Submitted,

        */s/ Ann B. Oldfather*
        Ann B. Oldfather
        KBA Bar #52553
        Liaison Counsel/Lead Counsel
        OLDFATHER LAW FIRM
        1330 S. Third Street
        Louisville, KY   40208
        502.637.7200
        502.636.0066  (fax)
        aoldfather@oldfather.com
        *Liaison and Lead Counsel for Personal*
        *Injury Plaintiffs*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the above has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of February, 2017.

        */s/ Ann B. Oldfather*
        Ann B. Oldfather