UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® <br><br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**This Document Relates to All Cases**

## REQUEST FOR ORAL ARGUMENT

Ann B. Oldfather, Liaison and Lead Counsel for Certain Personal Injury Plaintiffs, requests oral argument on her Motion to Establish Common Benefit Fee and Cost Award Procedures in Connection With the Unreimbursed Common Benefit Work on the Personal Injury Cases, filed on February 6, 2017 [Rec. Doc. 65498], and noticed for submission on March 1, 2017 at 9:00 a.m.

Dated February 6, 2017.

                                          Respectfully Submitted,

                                          */s/ Ann B. Oldfather*
                                          Ann B. Oldfather
                                          KBA Bar #52553
                                          Liaison Counsel/Lead Counsel
                                          OLDFATHER LAW FIRM
                                          1330 S. Third Street
                                          Louisville, KY  40208
                                          502.637.7200
                                          502.636.0066  (fax)
                                          aoldfather@oldfather.com
                                          *Liaison and Lead Counsel for Personal*
                                          *Injury Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 6th day of February, 2017.

                                        */s/ Ann B. Oldfather*
                                        Ann B. Oldfather