UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 |
| | SECTION L |
| | 2:05-md-01657-EEF-DEK |
| THIS DOCUMENT RELATES TO: | JUDGE FALLON |
| *Fletcher v. Merck & Co. Inc.,* No. 2:05-cv-04325 | MAG. JUDGE KNOWLES |

## RESPONSE TO ORDER TO SHOW CAUSE

COMES NOW Plaintiff Wilma Fletcher, deceased, by and through counsel, pursuant to the Court's August 30, 2016 Order (Document 65449) and November 8, 2016 Minute Order (Doc. 65481), and hereby identifies the obstacles to final disbursement of the funds to the claimant. Ms. Fletcher's Plaintiff Profile Form dated January 4, 2006, identifies eight children and a deceased spouse. Of her children, counsel have been able to locate only one child, a daughter, to whom counsel sent a letter on September 19, 2016, asking her to contact counsel's firm regarding settlement of her mother's lawsuit. The letter was not returned as undeliverable and, to date, Ms. Fletcher's daughter has not contacted counsel's firm.

Counsel's inability to locate and/or contact Ms. Fletcher's heirs remains an obstacle to final disbursement of the funds to claimant's representative(s). Counsel respectfully requests that their firm be awarded its attorney fees and case expenses and that the balance be placed into an unclaimed funds account.

Dated: February 7, 2017               Respectfully submitted,

**CAREY DANIS & LOWE**

By:     <u>*/s/ Jeffrey J. Lowe*</u>
       Jeffrey J. Lowe
       Francis J. Flynn
       8235 Forsyth Blvd, Suite 1100
       Phone: (314) 725-7700
       Facsimile: (314) 721-0905
       jlowe@careydanis.com
       cflynn@careydanis.com

*ATTORNEYS FOR PLAINTIFF*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that the foregoing was filed using the Court's electronic filing system and thereby served upon all registered counsel of record by electronic filing on this 7th day of February, 2017.

<u>*/s/ Jeffrey J. Lowe*</u>