UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX
PRODUCTS LIABILITY LITIGATION

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

## ORDER

The Court previously scheduled a status hearing for Tuesday, February 8, 2017 at 9:00 a.m. to discuss claimants with outstanding obstacles to disbursement. R. Doc. 65481. The call-in information for the February 8, 2017 hearing is as follows: phone number 877-336-1839, access code 4227405, security code 020817. This hearing will address the following claimants:

| Claimant | Law Firm | Information Received |
|---|---|---|
| **Miller, Todd**<br>2006-62709 (TX)<br>Orders [R. 63438 – Exhibit C and R. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | Counsel has not been able to contact claimant, or claimant's representative. |
| **Hughes, Thomas**<br>MDL Tolling<br>Orders [R. 63438 – Exhibit C and R. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | Counsel has not been able to contact claimant, or claimant's representative. |
| **O'Brien, Naomi**<br>2:06-cv-07090<br>Orders [R. 63438 – Exhibit C and R. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | Counsel has not been able to contact claimant, or claimant's representative. |
| **Carter, Barbara Ann**<br>2:07-cv-07518<br>Orders [R. 63438 – Exhibit C and R. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | Counsel submitted a judgement of heirship (attached). |
| **Epler, Patricia**<br>2:07-cv-07518<br>Orders [R. 63438 – Exhibit C and R. 63456] | Gallagher Law Firm (TX)<br>Mike Gallagher, Esq. | Counsel has not been able to contact claimant, or claimant's representative. |
| **Marshall, William A.**<br>ATL-L-953-05MT (NJ)<br>Orders [R. 63216 – Ex. C | Weinberg, Eric H., Law Firm of | Attorney cannot locate a living heir, despite numerous attempts. |

| | | |
|---|---|---|
| and R. 63407] | | |
| **Fletcher, Wilma**<br>(2:05-cv-04325)<br>Orders [R. 63216 – Ex. C and R. 63407] | Carey & Danis, LLC<br>John Carey, Esq.<br>Joseph Danis, Esq. | None. |
| **St. Jean, Wilfrid and Elza**<br>ATL-L-6802-05-MT (NJ)<br>Orders [R. 63216 – Ex. C and R. 63407] | Dankner & Milstein, PC<br>Jay W. Dankner, Esq.<br>Edward P. Milstein, Esq. | None. |
| **Effinger, Ernest**<br>MDL Tolling<br>Orders [R. 63216 – Ex. C and R. 63407] | Lopez McHugh, LLP<br>James J. McHugh, Jr., Esq.<br>Ramon Rossi Lopez, Esq. | None. |
| **Donaldson, Esther A.**<br>ATL-L-8872-06-MT (NJ)<br>Orders [R. 63216 – Ex. C and R. 63407] | Seeger Weiss, LLP | None. |
| **Labasano, Elisa P.**<br>MDL Tolling<br>Orders [R. 63216 – Ex. C and R. 63407] | The Law Group, Ltd. | None. |
| **Joiner, Dorothy**<br>06-1971<br>Order [R. 63946] | Pro se | None. |

*[signature]*