UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® <br><br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

This Document Relates to All Cases

## ORDER

Considering the Motion for Leave to File Exhibits Under Seal filed by Ann B. Oldfather, Liaison and Lead Counsel for Certain Personal Injury Plaintiffs;

IT IS ORDERED BY THE COURT that the Motion is GRANTED and that Exhibits A and B attached to the Motion of Ann B. Oldfather and Memorandum in Support to Establish Common Benefit Fee and Cost Award Procedures in Connection with the Unreimbursed Common Benefit Work on the Personal Injury Cases filed on February 6, 2017 [Rec. Doc. 65498], be and are hereby filed UNDER SEAL.

New Orleans, Louisiana, this  7th  day of     February    , 2017.

_____
Eldon E. Fallon
United States District Court Judge

.