# UNITED STATES COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This Document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

**MOTION TO RESET HEARING ON
AGGREGATE FEE PETITION PURSUANT TO
PRE-TRIAL ORDER 59(A) BY THE
<u>COMMON BENEFIT FEE AND COST COMMITTEE</u>**

NOW INTO COURT COMES the Common Benefit Fee and Cost Committee (the "Fee Committee"), through its Chairs, Russ M. Herman and Leonard A. Davis, pursuant to Pre-Trial Order 59(A), who respectfully submit that on January 20, 2017 the Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A) By the Common Benefit Fee and Cost Committee ("Aggregate Fee Petition") was filed with the Court [Rec. Doc. 65491].  On January 25, 2017, the Court issued an Order [Rec. Doc. 65495] setting the Aggregate Fee Petition for hearing, with oral argument, on February 15, 2017 at 9:30 a.m.   Due to conflicts that have arisen, the Fee Committee desires and requests that the Court reset the hearing, with oral argument, on March 15, 2017 at 11:00 o'clock a.m.

WHEREFORE mover prays that this motion be granted and that the hearing presently set for February 15, 2017 on the Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A) By the Common Benefit Fee and Cost Committee, be continued and reset for hearing, with oral argument, on March 15, 2017 at 11:00 o'clock a.m.

Respectfully submitted,

Dated: January 20, 2017

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 165, Co-Lead Class Settlement Counsel*
*Fee Committee Chair*

COMMON BENEFIT FEE AND
COST COMMITTEE:

/s/ Richard A. Getty
RICHARD A. GETTY
Fee Committee Member


/s/ James P. Lyle
JAMES P. LYLE
Fee Committee Member


/s/ Dawn M. Barrios
DAWN M. BARRIOS
Fee Committee Member


/s/ Elizabeth J. Cabraser
ELIZABETH J. CABRASER
Fee Committee Member

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittman, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of February, 2017.

                                                  /s/ Leonard A. Davis
                                                  Leonard A. Davis