UNITED STATES COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This Document relates to All Cases** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

# O R D E R

Considering the Motion to Reset Hearing on Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A) By the Common Benefit Fee and Cost Committee;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the hearing presently set for February 15, 2017 on the Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A) By the Common Benefit Fee and Cost Committee, be continued and reset for hearing, with oral argument, on March 15, 2017, at 11:00 o'clock a.m.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge