**UNITED STATES COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This Document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

EXHIBIT "A" TO
REPLY MEMORANDUM IN SUPPORT OF AGGREGATE FEE
PETITION PURSUANT TO PRE-TRIAL ORDER 59(A)
BY THE COMMON BENEFIT FEE AND COST COMMITTEE

# FILED UNDER SEAL