UNITED STATES COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This Document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

## MOTION FOR LEAVE TO FILE
## EXHIBIT UNDER SEAL

NOW COME the Common Benefit Fee and Cost Committee (the "Fee Committee"), who respectfully submit that on February 20, 2017, a Reply Memorandum in Support of Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A) By The Common Benefit Fee and Cost Committee [Rec. Doc. 65507] ("Reply Memorandum") was filed with the Court.  Exhibit A attached to the Reply Memorandum refers to or contains information that has been designated confidential and should be filed UNDER SEAL.

WHEREFORE, the Fee Committee prays that this motion be GRANTED and that Exhibit A attached to the Reply Memorandum in Support of Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A) By The Common Benefit Fee and Cost Committee [Rec. Doc. 65507] be filed UNDER SEAL.

Respectfully submitted,

Dated: February 20, 2017

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 165, Co-Lead Class Settlement Counsel*
*Fee Committee Chair*

COMMON BENEFIT FEE AND COST COMMITTEE:

/s/ Richard A. Getty
RICHARD A. GETTY
Fee Committee Member

/s/ James P. Lyle
JAMES P. LYLE
Fee Committee Member

/s/ Dawn M. Barrios
DAWN M. BARRIOS
Fee Committee Member

/s/ Elizabeth J. Cabraser
ELIZABETH J. CABRASER
Fee Committee Member

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittman, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 20th day of February, 2017.

                                          /s/ Leonard A. Davis
                                          Leonard A. Davis