UNITED STATES COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This Document relates to All Cases** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

# O R D E R

Considering the Motion for Leave to File Exhibit Under Seal filed by the Common Benefit Fee and Cost Committee (the "Fee Committee");

IT IS ORDERED BY THE COURT that the motion is GRANTED and that Exhibit A attached to the Reply Memorandum in Support of Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A) By The Common Benefit Fee and Cost Committee [Rec. Doc. 65507] be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this ____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court Judge