# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**      *ALL CASES*

## ORDER

Upon review of Ann B. Oldfather's Requests/Statement of Oral Argument, R. 65500, the Court finds it appropriate to set oral argument on the Motion to Establish Common Benefit Fee and Cost Award Procedures. R. 65498. Therefore,

**IT IS ORDERED** that the Court will hear oral argument on the Motion to Establish Common Benefit Fee and Cost Award Procedures, R. 65498, on **March 29, 2017 at 9:00 a.m.**

New Orleans, Louisiana, this 21st day of February, 2017.

_____
UNITED STATES DISTRICT JUDGE