# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * | | |

## MOTION FOR LEAVE TO FILE FEE PETITION INSTANTER AND FOR OTHER RELIEF

NOW COMES Robert J. Shelist of the Law Offices of Robert J. Shelist, P.C., counsel for the Plaintiffs in the above-entitled action, Susan F. Deckowitz, Anne Chessick, Meredith Du Brow, Marcia Greenberg, and Stuart Wagner, individually and on the behalf of all others similarly situated, and moves this Honorable Court for entry of an order granting counsel leave to file his firm's fee petition, instanter, and for the entry of an order excusing the requirement that his firm's time records be submitted via the Case Cost Management System. In furtherance of this motion, counsel states as follows:

1. Plaintiffs filed this class action on the behalf of themselves and all others similarly situated related to Merck's concealment of the negative health consequences related to the taking of its drug Vioxx and also related to Merck's wrongful manipulation of its stock price.

2. This action was filed by the law firm Shelist & Schwartz, LLP on behalf of the Plaintiffs and the Class. The Law Offices of Robert J. Shelist, P.C. is the successor in interest to Shelist & Schwartz, LLP.

3. In July 2013, a settlement was achieved on the consumer class action claims presented

in this litigation [Rec. Doc. 64501-3]. The Court approved the settlement on January 2, 2014 [Rec. Doc. 64784] which resolved the claims of all individual consumer purchasers of the drug Vioxx in the United States (with certain exceptions).

4. Merck has fulfilled its payment obligations pursuant to the settlement and the settlement funds have been distributed to the members of the class.

5. The remaining issue in this litigation with respect to the consumer class actions is the payment of legal fees to the attorneys in accord with Section 14 of the parties' Settlement Agreement.

6. On September 23, 2015, the Court entered its Pretrial Order No. 59 setting forth certain guidelines for common benefit attorneys fees and cost reimbursement [Rec. Doc. 65267]. The Court then issued Pretrial Order No. 59(A) on December 7, 2015 which further set forth further guidelines for common benefit attorney fees and cost reimbursement [Rec. Doc. 65311].

7. Thereafter, numerous orders have been entered by the Court extending the deadlines in Pretrial Order No. 59(A), as follows: on January 27, 2016 [Rec. Doc. 65322]; February 23, 2016 [Rec. Doc. 65329]; March 21, 2016 [Rec. Doc. 65335]; May 4, 2016 [Rec. Doc. 65348]; May 31, 2016 [Rec. Do. 65367]; July 11, 2016 [Rec. Doc. 65403]; August 9, 2016 [Rec. Doc. 65432]; October 11, 2016 [Rec. Doc. 65474]; and January 5, 2017 [Rec. Doc. 65489].

8. Counsel submitted his firm's fee petition, dated March 1, 2016, to the Common Benefit and Cost Committee. Therein, counsel detailed the justification for a fee award and attached time records to the petition as well as e-mails with member of the fee committee. (A copy of the fee petition is attached hereto as Exhibit A.)

9. Counsel for the fee committee have acknowledged receipt of the fee petition. (A

January 24, 2017 e-mail from counsel Leonard A. Davis of Herman, Herman & Katz, L.L.C. and Herman Gerel LLP is attached hereto as Exhibit B, evidencing the same.)

10. In addition, Mr. Davis in his January 24, 2017 e-mail advised counsel that his fee petition was late (Ex. B) despite the fact that the deadlines contained in Pretrial Order No. 59(A) have been extended at least nine times, past January 5, 2017, and no decisions have been reached on the propriety of the fee petitions.

11. Further, Mr. Davis advised in his e-mail that no court approval was obtained to submit the fee petition after the January 15, 2016 deadline date and that a court order is needed in order to have the fee petition considered (Ex. B).

12. Counsel hereby seeks leave to file his fee petition instanter.

13. In addition, previous orders have required that fee petitions be submitted to Phillip Garret, the Court appointed Certified Public Accountant, on his Case Cost Management System maintained in this litigation.

14. In counsel's Fee Affidavit, he attests that he attempted to submit his firms time records to Mr. Garrett via the Case Cost Management System but was unable to do so (see ¶ 4, Ex. A).

15. Counsel additionally seeks the entry of an order excusing the requirement that his firm's time records be submitted via the Case Cost Management System.

16. Counsel is entitled to an award of its attorney's fees and costs and procedural roadblocks to consideration of the fee petition should be lifted to avoid injustice and unfairness.

WHEREFORE, Robert J. Shelist of the Law Offices of Robert J. Shelist, P.C. respectfully requests that this Honorable Court enter an order granting counsel leave to file his firm's fee petition, instanter, and for the entry of an order excusing the requirement that his firm's time records be submitted via the Case Cost Management System. Counsel further seeks the entry of any other and additional relief that the Court deems to be just and proper.

Dated: February 22, 2017

                                      Respectfully submitted,

                                      SUSAN F. DECKOWITZ, ANNE CHESSICK, MEREDITH DUBROWN, MARCIA GREENBERG, and STUART WAGNER, individually and on the behalf of all others similarly situated,

                                              /s/ Robert J. Shelist
By:_____
                                         One of Their Attorneys

Robert J. Shelist
Law Offices of Robert J. Shelist, P.C.
500 N. Michigan Avenue
Suite 600
Chicago, Illinois 60611
(312) 226-0675
FAX: (312) 226-1053

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## CERTIFICATE OF SERVICE

I, Robert J. Shelist, certify that on February 22, 2017 I caused to be filed the foregoing document with the Clerk of the Court via the CM/ECF system.

Respectfully submitted,

SUSAN F. DECKOWITZ, ANNE CHESSICK, MEREDITH DUBROWN, MARCIA GREENBERG, and STUART WAGNER, individually and on the behalf of all others similarly situated

/s/ Robert J. Shelist
By:_____
Robert J. Shelist

Robert J. Shelist
Law Offices of Robert J. Shelist, P.C.
500 N. Michigan Avenue
Suite 600
Chicago, Illinois 60611
(312) 226-0675
Attorney I.D. No. 17466