**Subj:** RE: Vioxx Fee Petition
**Date:** 1/24/2017 1:16:55 P.M. Central Standard Time
**From:** LDAVIS@hhklawfirm.com
**To:** Rjsattorny@aol.com
**CC:** LFLEMMING@hhklawfirm.com

PTO 59(a) required affadavits to be submitted by January 15, 2016
your affidavit was dated march 1, 2016 and submitted march 14, 2016. No court approval was obtained to submit beyond the court order date
"**Layn Phillips as instructed by Adam Wierzbowski**" as set out in your email makes no sense as layne Philips is not involved in this case and I have no idea who adam wiezbowski may be. I asked regarding this and no response was received.(SEE 3/17 EMAIL ATTACHED)
Apparently submissions were not made timely to Phillip Garret the court appointed CPA. All required by the courts PTO
Please file the appropriate motion with the court if you desire the hours to be submitted and considered


Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*
CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** Rjsattorny@aol.com [mailto:Rjsattorny@aol.com]
**Sent:** Tuesday, January 24, 2017 12:22 PM
**To:** Lenny Davis <LDAVIS@hhklawfirm.com>
**Subject:** Re: Vioxx Fee Petition

Leonard:

  Of course I submitted a fee affidavit, which is 63 pages long, a copy of which is attached to this e-mail. Please advise of the procedure for determining the allocation. Thanks.

Robert

In a message dated 1/24/2017 11:35:58 A.M. Central Standard Time, LDAVIS@hhklawfirm.com writes:

> The request made to the court was a global request for fees. No allocation was sought or requested as to any participating firms seeking fees. I do not seem to recall an affidavit timely submitted by your firm in accord with the courts pre trial order on fees in the global matter. If one was submitted please send me a copy. The courts order set out the requirements of the FC and each submitting applicant for fees
>
> Leonard A. Davis

Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT

**From:** Rjsattorny@aol.com [mailto:Rjsattorny@aol.com]
**Sent:** Monday, January 23, 2017 5:17 PM
**To:** Lenny Davis <LDAVIS@hhklawfirm.com>
**Subject:** Vioxx Fee Petition

Leonard:

I am in receipt of and have reviewed the common benefit fee petition that was recently filed as well as the motion for filing under seal. I would like some clarification please.

I have filed a petition for fees. As you will recall, I was never assigned any work despite requests that I be included. I followed along with the litigation since inception, incurring substantial work in keeping myself abreast of the entire case so that I would be ready when assigned work. That never happened despite repeated assurances that I would be included.

I want to know if I am being awarded fees. You mention that twelve applicants' fee applications are approved, am I one of them? Please advise. If not, I plan to oppose the aggregate fee petition. Thanks.

Robert

Robert J. Shelist
THE LAW OFFICES OF ROBERT J. SHELIST, P.C.
500 N. Michigan Avenue
Suite 600
Chicago, Illinois 60611
(312) 226-0675 office
(312) 226-1053 fax
(312) 613-7919 cell
Writer's email: rjsattorny@aol.com

**CONFIDENTIAL: ATTORNEY WORK PRODUCT; ATTORNEY-CLIENT PRIVILEGE**
This e-mail may contain legally privileged or confidential information. If you are not the intended recipient, please do not read, copy, use, or disclose this communication to anyone other than the intended recipient. If you have received this message in error, please notify the sender and delete the email message from your system. Thank you.

-----Original Message-----
From: "Rjsattorny@aol.com" <Rjsattorny@aol.com>
To: Kate Robinson <krobinson@hhklawfirm.com>
CC: Lenny Davis <LDAVIS@hhklawfirm.com>, Russ Herman <RHERMAN@hhklawfirm.com>,

Wednesday, February 22, 2017 AOL: Rjsattorny

Joyce Romano <JROMANO@hhklawfirm.com>, "ecabraser@lchb.com" <ecabraser@lchb.com>, "barrios@bkc-law.com" <barrios@bkc-law.com>, "Lillian Flemming" <LFLEMMING@hhklawfirm.com>
Subject: Re: Merck Litigation
Date: Wed, 16 Mar 2016 19:08:29 +0000

I am submitting my application for common benefit fees on the consumer cases. I also sent a copy of the fee affidavit and time submissions to Layn Phillips as instructed by Adam Wierzbowski. The basis for the fee petition is contained therein. Thanks.

In a message dated 3/14/2016 11:15:22 A.M. Central Daylight Time, krobinson@hhklawfirm.com writes:

> From: Leonard A. Davis
>
> We received your email of March 14. I am a little confused and would appreciate some clarification:
>
> 1. Why are you submitting this fee affidavit? Please advise what specific court order this is being submitted pursuant.
> 2. Have you submitted any prior fee application in a Vioxx matter? If so, when and have you been compensated? Please provide copies of any application.
> 3. Did your firm perform common benefit work in connection with the Consumer Vioxx Claims?
> 4. Did your firm perform common benefit work in the Attorney General Vioxx Claims?
> 5. Did your firm perform common benefit work in the Personal Injury Vioxx Claims?
> 6. It would be appreciated if you could outline specifically what you are claiming and explain why the submitted time is for common benefit. Please identify what aspect of the Vioxx litigation is covered by your submission so that this can be further evaluated.
>
> From: Rjsattorny@aol.com [mailto:Rjsattorny@aol.com]
> Sent: Monday, March 14, 2016 12:11 AM
> To: Russ Herman; Lenny Davis; Joyce Romano; ecabraser@lchb.com; barrios@bkc-law.com
> Subject: Merck Litigation
>
> Counsel:
>
>   Please find attached to this e-mail my affidavit in support of my firm's fee request in the Merck class action litigation settlement. Please forward the attachment to all necessary parties. Thanks.
>
> Robert
>
> Robert J. Shelist
> THE LAW OFFICES OF ROBERT J. SHELIST, P.C.
> 500 N. Michigan Avenue
> Suite 600
> Chicago, Illinois 60611
> (312) 226-0675 office
> (312) 226-1053 fax
> (312) 613-7919 cell
> Writer's email: rjsattorny@aol.com
>
> CONFIDENTIAL: ATTORNEY WORK PRODUCT; ATTORNEY-CLIENT PRIVILEGE
> This e-mail may contain legally privileged or confidential information. If you are not the intended recipient, please do not read, copy, use, or disclose this communication to anyone other than the intended recipient. If you have received this message in error, please notify the sender and delete the email message from your system. Thank you.
> CONFIDENTIAL ATTORNEY WORK PRODUCT
> This e-mail message contains confidential, privileged information intended

```
solely for the addressee.  Please do not read, copy, or disseminate it unless
you are the addressee.  If you have received it in error, please call us
(collect) immediately at (504) 581-4892 and ask to speak with the message
sender.  Also, we would appreciate your forwarding the message back to us and
deleting it from your system.  Thank you.
```

-----Original Message-----
From: Kate Robinson <krobinson@hhklawfirm.com>
To: "'Rjsattorny@aol.com'" <Rjsattorny@aol.com>
CC: Lenny Davis <LDAVIS@hhklawfirm.com>, Russ Herman <RHERMAN@hhklawfirm.com>,
    Joyce Romano <JROMANO@hhklawfirm.com>, "'ecabraser@lchb.com'
(ecabraser@lchb.com)" <ecabraser@lchb.com>, "Dawn Barrios
(barrios@bkc-law.com)" <barrios@bkc-law.com>, Lillian Flemming
    <LFLEMMING@hhklawfirm.com>
Subject: RE: Merck Litigation
Date: Mon, 14 Mar 2016 16:15:17 +0000


From: Leonard A. Davis

We received your email of March 14. I am a little confused and would appreciate some clarification:

Why are you submitting this fee affidavit? Please advise what specific court order this is being submitted pursuant.
Have you submitted any prior fee application in a Vioxx matter? If so, when and have you been compensated? Please provide copies of any application.
Did your firm perform common benefit work in connection with the Consumer Vioxx Claims?
Did your firm perform common benefit work in the Attorney General Vioxx Claims?
Did your firm perform common benefit work in the Personal Injury Vioxx Claims?
It would be appreciated if you could outline specifically what you are claiming and explain why the submitted time is for common benefit. Please identify what aspect of the Vioxx litigation is covered by your submission so that this can be further evaluated.

**From:** Rjsattorny@aol.com [mailto:Rjsattorny@aol.com]
**Sent:** Monday, March 14, 2016 12:11 AM
**To:** Russ Herman; Lenny Davis; Joyce Romano; ecabraser@lchb.com; barrios@bkc-law.com
**Subject:** Merck Litigation

Counsel:

   Please find attached to this e-mail my affidavit in support of my firm's fee request in the Merck class action litigation settlement. Please forward the attachment to all necessary parties. Thanks.

Robert

Robert J. Shelist
THE LAW OFFICES OF ROBERT J. SHELIST, P.C.
500 N. Michigan Avenue
Suite 600
Chicago, Illinois 60611
(312) 226-0675 office
(312) 226-1053 fax
(312) 613-7919 cell
Writer's email: risattorny@aol.com

CONFIDENTIAL: ATTORNEY WORK PRODUCT; ATTORNEY-CLIENT PRIVILEGE


Wednesday, February 22, 2017 AOL: Rjsattorny

This e-mail may contain legally privileged or confidential information. If you are not the intended recipient, please do not read, copy, use, or disclose this communication to anyone other than the intended recipient. If you have received this message in error, please notify the sender and delete the email message from your system. Thank you.

-----Original Message-----
From: Lenny Davis <LDAVIS@hhklawfirm.com>
To: "'Rjsattorny@aol.com'" <Rjsattorny@aol.com>, Kate Robinson <krobinson@hhklawfirm.com>
CC: Russ Herman <RHERMAN@hhklawfirm.com>, Joyce Romano <JROMANO@hhklawfirm.com>, "ecabraser@lchb.com" <ecabraser@lchb.com>, "barrios@bkc-law.com" <barrios@bkc-law.com>, Lillian Flemming <LFLEMMING@hhklawfirm.com>
Subject: RE: Merck Litigation
Date: Thu, 17 Mar 2016 18:24:43 +0000

We received your email. I have a few questions:
1) please advise why submissions were made to layn Phillips?
2) Who is Adam Wierzbowski?
3) Have you complied with all of Judge Fallons orders including submissions to the court appointed CPA?

Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.
CONFIDENTIAL ATTORNEY WORK PRODUCT

From: Rjsattorny@aol.com [mailto:Rjsattorny@aol.com]
Sent: Wednesday, March 16, 2016 2:08 PM
To: Kate Robinson
Cc: Lenny Davis; Russ Herman; Joyce Romano; ecabraser@lchb.com; barrios@bkc-law.com; Lillian Flemming
Subject: Re: Merck Litigation

I am submitting my application for common benefit fees on the consumer cases. I also sent a copy of the fee affidavit and time submissions to Layn Phillips as instructed by Adam Wierzbowski. The basis for the fee petition is contained therein. Thanks.
In a message dated 3/14/2016 11:15:22 A.M. Central Daylight Time, krobinson@hhklawfirm.com writes:

> From: Leonard A. Davis
> We received your email of March 14. I am a little confused and would appreciate some clarification:
> 1. Why are you submitting this fee affidavit? Please advise what specific court order this is being submitted pursuant.
> 2. Have you submitted any prior fee application in a Vioxx matter? If so, when and have you been compensated? Please provide copies of any application.
> 3. Did your firm perform common benefit work in connection with the Consumer Vioxx Claims?
> 4. Did your firm perform common benefit work in the Attorney General Vioxx Claims?
> 5. Did your firm perform common benefit work in the Personal Injury Vioxx Claims?
> 6. It would be appreciated if you could outline specifically what you are claiming and explain why the submitted time is for common benefit. Please identify what aspect of the Vioxx

tigation is covered by your submission so that this can be further evaluated.

**From:** Rjsattorny@aol.com [mailto:Rjsattorny@aol.com]
**Sent:** Monday, March 14, 2016 12:11 AM
**To:** Russ Herman; Lenny Davis; Joyce Romano; ecabraser@lchb.com; barrios@bkc-law.com
**Subject:** Merck Litigation

Counsel:

Please find attached to this e-mail my affidavit in support of my firm's fee request in the Merck class action litigation settlement. Please forward the attachment to all necessary parties. Thanks.

Robert

Robert J. Shelist
THE LAW OFFICES OF ROBERT J. SHELIST, P.C.
500 N. Michigan Avenue
Suite 600
Chicago, Illinois 60611
(312) 226-0675 office
(312) 226-1053 fax
(312) 613-7919 cell
Writer's email: rjsattorny@aol.com

CONFIDENTIAL: ATTORNEY WORK PRODUCT; ATTORNEY-CLIENT PRIVILEGE
This e-mail may contain legally privileged or confidential information. If you are not the intended recipient, please do not read, copy, use, or disclose this communication to anyone other than the intended recipient. If you have received this message in error, please notify the sender and delete the email message from your system. Thank you.

CONFIDENTIAL ATTORNEY WORK PRODUCT
This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.