## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * | | |

## ORDER

This cause coming on to be heard upon the motion for substitution of counsel, due notice having been provided and the Court being duly advised in the premises, it is hereby ordered that:

(1) The law firm Shelist & Schwartz, LLP is granted leave to withdraw its appearance filed in this case for the Plaintiffs and Class and the firm's representation in this case is hereby terminated; and

(2) The Law Offices of Robert J. Shelist, P.C. are granted leave to file their appearance in this matter.

ENTER:

_____
Judge Eldon E. Fallon


Robert J. Shelist
Law Offices of Robert J. Shelist, P.C.
500 N. Michigan Avenue
Suite 600
Chicago, Illinois 60611
(312) 226-0675
FAX: (312) 226-1053