UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

*Robert Ruzicka, et. al. v. Merck & Co., Inc.*,
Case No. 2:06-cv-1971 EEK-DEK

## O R D E R

On February 8, 2017, the Court conducted a hearing on why funds should remain on deposit, to identify any outstanding deficiencies and obstacles to final disbursement of the funds to the claimants and why the claimants are not entitled to have the funds attributable to their claims released, provided any legal impediment to receiving the funds have been resolved (*see* Rec. Doc. 65481 and 65449).

At the hearing, Plaintiffs' Liaison Counsel ("PLC"), through Leonard Davis, advised that Dorothy Joiner, *pro se* claimant in this litigation, is deceased and that such information was obtained as a result of efforts undertaken by PLC to locate Dorothy Joiner.  The Court had previously instructed PLC on November 8, 2016 to request information regarding Dorothy Joiner, and PLC, on November 10, 2016, made a request in an Application for a Vital Record for a copy of the Long Form Death Certificate of Dorothy Joiner.  The Court has been further advised by PLC that the Missouri Department of Health and Senior Services, Bureau of Vital Records, has possession of the information but that additional request is required in order to obtain the information.  Therefore,

IT IS ORDERED BY THE COURT that the Missouri Department of Health and Senior Services, Bureau of Vital Records, produce the Long Form Death Certificate of Dorothy Joiner

to Leonard A. Davis, Herman, Herman & Katz, LLC, 820 O'Keefe Avenue, New Orleans, Louisiana 70113.

New Orleans, Louisiana, this 9th day of February, 2017.

Eldon E. Fallon
United States District Court Judge