UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *ALL CASES*

## ORDER

Upon review of Robert J. Shelist's Motion for Leave to File Fee Petition Instanter and for Other Relief, R. 65511, the Court finds it appropriate to set oral argument on the Motion for Leave to File Fee Petition Instanter. R. 65511. Therefore,

**IT IS ORDERED** that the Court will hear oral argument on the Motion for Leave to File Fee Petition Instanter and for Other Relief, R. 65511 on **March 29, 2017 at 9:00 a.m.**

New Orleans, Louisiana, this 3rd day of March, 2017.

_____
UNITED STATES DISTRICT JUDGE