UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: Vioxx | * | MDL Case No. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | SECTION L |
| LITIGATION | * | |
| | * | JUDGE FALLON |
| *This document relates to All Cases* | * | |
| | * | MAGISTRATE JUDGE |
| | * | KNOWLES |
| | * | |
| | * | |

***************************************************************************

### **ORDER**

Considering the foregoing Defendant Merck Sharp & Dohme Corp.'s Ex Parte Motion to Withdraw Its Response to the Common Benefit Fee and Cost Committee's Aggregate Fee Petition [Rec. Doc. 65503],

**IT IS ORDERED** that Defendant Merck Sharp & Dohme Corp.'s Response to the Common Benefit Fee and Cost Committee's Aggregate Fee Petition [Rec. Doc. 65503] be and it hereby is withdrawn.

**NEW ORLEANS, LOUISIANA**, this  9th   day of March, 2017.

_____
**ELDON E. FALLON**
**UNITED STATES DISTRICT JUDGE**

1222541v.1