MINUTE ENTRY
FALLON, J.
MARCH 15, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.   05-MD-1657<br><br>SECTION: L |

**This document relates to:**
**All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:   Russ Herman, Esq., Leonard Davis, Esq., Richard Getty, Esq., Ann Oldfather, Esq., Elizabeth Cabraser, Esq. and Matt English, Esq., for Plaintiffs
James Lyle, Esq., (via phone) for Plaintiffs
Doug Marvin, Esq., and John Beisner, Esq. for Defendants

Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A) by the Common Fee and Cost Committee     (65491)

After argument – Motion was taken under submission

JS10:     1:02