**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * | | |

**MOTION TO RESET ORAL ARGUMENT DATE**

NOW COMES Robert J. Shelist of the Law Offices of Robert J. Shelist, P.C., counsel for the Plaintiffs in the above-entitled action, Susan F. Deckowitz, Anne Chessick, Meredith Du Brow, Marcia Greenberg, and Stuart Wagner, individually and on the behalf of all others similarly situated, and moves this Honorable Court to reset the oral argument date on his Motion for Leave to File Fee Petition Instanter and for Other Relief. In furtherance of this motion, counsel states as follows:

1. Plaintiffs filed this class action on the behalf of themselves and all others similarly situated related to Merck's concealment of the negative health consequences related to the taking of its drug Vioxx and also related to Merck's wrongful manipulation of its stock price.

2. This action was filed by the law firm Shelist & Schwartz, LLP on behalf of the Plaintiffs and the Class. The Law Offices of Robert J. Shelist, P.C. is the successor in interest to Shelist & Schwartz, LLP.

3. Counsel recently filed his Motion for Leave to File Fee Petition Instanter and for Other Relief [Rec. Doc. 65511].

4. The Court entered an order on March 3, 2017 setting the matter for oral argument on

March 29, 2017 at 9:00 A.M. [Rec. Doc. 60289345].

5. Due to a work conflict, counsel is not available on the set argument date. Counsel contacted the court clerk regarding the conflict and the clerk suggested that the matter be reset to May 24, 2017 at 9:00 A.M.

6. By this motion, counsel moves to strike the March 29, 2017 oral argument date and have it reset for May 24, 2017.

7. In addition, counsel seeks leave to appear and participate in the argument telephonically.

WHEREFORE, Robert J. Shelist of the Law Offices of Robert J. Shelist, P.C. respectfully requests that this Honorable Court strike the March 29, 2017 hearing date and reset the matter for May 24, 2017. In addition, counsel seeks leave to appear and participate in the argument telephonically. Counsel further seeks the entry of any other and additional relief that the Court deems to be just and proper.

Dated: February 22, 2017

        Respectfully submitted,

        SUSAN F. DECKOWITZ, ANNE CHESSICK, MEREDITH DUBROW, MARCIA GREENBERG, and STUART WAGNER, individually and on the behalf of all others similarly situated,

        /s/ Robert J. Shelist
By:_____
        One of Their Attorneys

Robert J. Shelist
Law Offices of Robert J. Shelist, P.C.
500 N. Michigan Avenue
Suite 600
Chicago, Illinois 60611
(312) 226-0675
FAX: (312) 226-1053

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * *

## CERTIFICATE OF SERVICE

I, Robert J. Shelist, certify that on March 24, 2017 I caused to be filed the foregoing document with the Clerk of the Court via the CM/ECF system.

                                             Respectfully submitted,

                                             SUSAN F. DECKOWITZ, ANNE CHESSICK, MEREDITH DUBROW, MARCIA GREENBERG, and STUART WAGNER, individually and on the behalf of all others similarly situated

                                                 /s/ Robert J. Shelist

By:_____

                                                Robert J. Shelist

Robert J. Shelist
Law Offices of Robert J. Shelist, P.C.
500 N. Michigan Avenue
Suite 600
Chicago, Illinois 60611
(312) 226-0675
Attorney I.D. No. 17466

4