UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

This cause coming on to be heard upon the motion of Robert J. Shelist of the Law Offices of Robert J. Shelist, P.C. to reset the oral argument date. The Court being duly advised in the premises, it is hereby ordered that:

(1) Counsel's motion is granted and the March 29, 2017 oral argument is stricken and is reset for May 24, 2017 at 9:00 A.M.; and

(2) Counsel's motion for leave to appear and participate in the argument telephonically is granted.

ENTER:

_____
Judge Eldon E. Fallon

Robert J. Shelist
Law Offices of Robert J. Shelist, P.C.
500 N. Michigan Avenue
Suite 600
Chicago, Illinois 60611
(312) 226-0675
FAX: (312) 226-1053