# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

The Court has reviewed Robert J. Shelist's Motion, R. Doc. 65521 to continue oral argument regarding Plaintiff's Motion for Leave to file Fee Petition. R. Doc. 65511. Due to the late nature of this written request and the Court's current calendar, it is hereby ordered that:

(1) Counsel's motion is DENIED and the March 29, 2017 oral argument will continue as scheduled.

(2) Counsel's motion for leave to appear and participate in the argument telephonically is GRANTED. Counsel shall use the following call-in information: telephone number 877-336-1839; access code 4227405; security code 032917.

_____
Judge Eldon E. Fallon