MINUTE ENTRY
FALLON, J.
MARCH 29, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.   05-MD-1657<br><br>SECTION: L |

**This document relates to:**
**All Cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:   Russ Herman, Esq., Leonard Davis, Esq. and Ann Oldfather, Esq. for Plaintiffs
Richard Getty, Esq., Dawn Barrios, Esq., and James Lyle, Esq., all appeared via phone), for Plaintiffs
Robert J. Shelist, Esq., (via phone) for Certain Plaintiffs

1. Motion of Ann B. Oldfather, to Establish Common Benefit Fee and Cost Award Procedures in Connection with the Unreimbursed Common Benefit Work on the Personal Injury Cases (65498)

After argument – Motion was taken under submission

2. Motion of Robert J. Shelist of the Law Offices of Robert J. Shelist, P.C., for Leave to File Fee Petition Instanter and for Other Relief      (65511)

After argument - Motion was taken under submission

JS10:   1:09