UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

### [PROPOSED] ORDER GRANTING JO LEVITT'S MOTION PURSUANT TO THE ALL WRITS ACT TO COMPEL THE WESTERN DISTRICT OF MISSOURI TO VACATE AND SET ASIDE ORDER OF DISMISSAL

Upon consideration of Jo Levitt's Motion Pursuant to the All Writs Act to Compel the Western District of Missouri to Vacate and Set Aside its Order of Dismissal, the Motion is hereby **GRANTED.**

**IT IS HEREBY ORDERED** that the Western District of Missouri's Order dismissing Jo Levitt's case is hereby VACATED and SET ASIDE. Trial in this matter shall proceed as intended.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE