UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Jo Levitt v. Merck Sharp & Dohme Corp.,* **06-9757**

## ORDER

**IT IS ORDERED** that the Court will hear oral argument on Plaintiff's Motion to Set Aside Judgment, R. Doc. 65524, at 9:00 a.m. on Wednesday, June 21, 2017. Any opposition to the Motion shall be submitted to the Court by June 13, 2017.

New Orleans, Louisiana, this 21st day of April, 2017.

*[signature]*
UNITED STATES DISTRICT JUDGE