UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

```
IN RE:  VIOXX PRODUCTS        *      05-MD-1657
        LIABILITY LITIGATION  *
                              *      Section L
                              *
Relates to:  All Cases        *      March 29, 2017
* * * * * * * * * * * * * * * *
```

ORAL ARGUMENT BEFORE
THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE


<u>Appearances</u>:


For the Plaintiffs:            Herman Herman & Katz, LLC
                               BY:  RUSS M. HERMAN, ESQ.
                                    LEONARD A. DAVIS, ESQ.
                               820 O'Keefe Avenue
                               New Orleans, Louisiana 70113


For the Plaintiffs:            The Oldfather Law Firm
                               BY:  ANN B. OLDFATHER, ESQ.
                               1330 S. Third Street
                               Louisville, Kentucky 40208


For the Plaintiffs:            Barrios Kingsdorf & Casteix, LLP
                               BY:  DAWN M. BARRIOS, ESQ.
                               701 Poydras Street, Suite 3650
                               New Orleans, Louisiana 70139


For the Plaintiffs:            Law Offices of James P. Lyle, P.C.
                               BY:  JAMES P. LYLE, ESQ.
                               1116 2nd Street, N.W.
                               Albuquerque, New Mexico 87102

<u>Appearances</u>:

For the Plaintiffs:            The Getty Law Group, PLLC
                              BY:  RICHARD A. GETTY, ESQ.
                              250 West Main Street, Suite 1900
                              Lexington, Kentucky 40507


For Certain Plaintiffs:       Law Offices of Robert Shelist, PC
                              BY:  ROBERT J. SHELIST, ESQ.
                              500 N. Michigan Avenue, Suite 600
                              Chicago, Illinois 60611


Official Court Reporter:      Toni Doyle Tusa, CCR, FCRR
                              500 Poydras Street, Room B-275
                              New Orleans, Louisiana 70130
                              (504) 589-7778



Proceedings recorded by mechanical stenography using
computer-aided transcription software.

## <u>INDEX</u>

|  | <u>Page</u> |
|---|---|
| Oral Argument | |
|     Ann B. Oldfather, Esq. | 7 |
|     Russ M. Herman, Esq. | 24 |
|     Robert J. Shelist, Esq. | 35 |
|     Leonard A. Davis, Esq. | 38 |

<u>**PROCEEDINGS**</u>

**(March 29, 2017)**

THE COURT:  Be seated, please.  Good morning, ladies and gentlemen.

Let's call the case, please.

THE DEPUTY CLERK:  MDL 1657*, In re:  Vioxx Products Liability Litigation*.

THE COURT:  Counsel make their appearance for the record for this one.

MR. GETTY:  Richard Getty by phone, Your Honor.

THE COURT:  Good morning, Richard.

MR. HERMAN:  May it please the Court.

MR. LYLE:  Your Honor, this is James Lyle by phone.

THE COURT:  Okay, Mr. Lyle.

MR. SHELIST:  Your Honor, this is Robert Shelist by phone.

THE COURT:  All right.

MS. BARRIOS:  Your Honor, Dawn Barrios by phone.

MR. HERMAN:  May it please the Court.  Good morning, Judge Fallon.  Russ Herman and Leonard Davis in court for the PSC.

MS. OLDFATHER:  Good morning, Your Honor.  Ann Oldfather.

THE COURT:  By way of background in this particular matter, these issues grow out of the *Vioxx* case.  I originally

09:01

1   got the *Vioxx* case as an MDL on February 16, 2005, I think it

2   was.  We started working on the matter.  Shortly, within two

3   years or so, the bulk of the litigation was resolved.  We had

4   some 50,000 individual claims that were filed.  In addition to

5   that, however, they had many other claims with this particular

6   MDL.

7          In addition to the 50,000 individual claims,

8   there were about 26 states that attorneys general in those

9   states made a claim for reimbursement of the states' Medicaid

10  claims, indicating that had they known of the difficulty, they

11  would not have approved the claims; therefore, they wanted

12  their money back.

13         In addition to that, they had some consumer

14  claims -- a number of consumer claims -- that took the position

15  that although Vioxx didn't create any personal injuries or any

16  difficulties for them and they didn't claim any in the initial

17  claims, they felt that if they had known, they would not have

18  used Vioxx.  And, therefore, they wanted their money back for

19  purchasing Vioxx, and they wanted any other damages that they

20  incurred by hiring a doctor to represcribe prescriptions for

21  them in place of Vioxx.

22         The Court focused first on the individual claims

23  because these claims involved individuals who sustained

24  considerable damages.  The case proceeded.  I had over

25  1,000 attorneys in the case.  You can't have a case involving

09:03

1   1,000 attorneys without having some structure to the

2   litigation; therefore, I appointed committees to handle the

3   case.  I gave everybody an opportunity to apply.  I interviewed

4   the parties, and I selected a number of people to be on the

5   committee.

6           In addition, I asked the committee to provide

7   subcommittees to work on the litigation.  The subcommittees

8   would consist of all plaintiff lawyers who were interested in

9   participating in the case who were not on the PSC, the

10  Plaintiffs' Steering Committee.  Every month I have a meeting

11  with all counsel in open court.  The litigants also are

12  invited.  People on the phone are invited.  I announced that

13  any plaintiff lawyer who is interested in participating and

14  working on this litigation should apply to work on a

15  subcommittee.

16          The plaintiffs' committee created a number of

17  subcommittees.  Those committees worked on the case, took

18  depositions.  I had over 1,000 pretrial motions in the case,

19  which I handled by these subcommittees and the Plaintiffs'

20  Steering Committee.  There were over 1,000 depositions taken.

21  There were 9 million documents produced during the litigation.

22  We had six trials, one in Texas and five in New Orleans, after

23  which the parties were able to get together and resolve that

24  portion of the case.  Some 50,000 claims were resolved.

25          Then the Court focused on the next part of the

09:05

1    litigation, which was the attorneys general.  That was dealt

2    with.  Then, finally, the consumer class was worked on and the

3    consumer class was resolved.

4                All of the litigants have been paid now their

5    settlement funds, and we are dealing with attorneys' fees.  The

6    primary issue today has to do with the consumer class

7    attorneys' fees.

8                The Court heard oral argument a couple weeks ago

9    from various individuals who participated in the work of the

10   consumers.  Some of them had filed class actions, were very

11   active in that particular aspect of the litigation, and they

12   felt they were entitled to attorneys' fees.

13               Today Ann Oldfather has requested that the Court

14   focus on fees that she feels she is entitled to.  I'll hear

15   from Ann at this point.

16          **MS. OLDFATHER:**  Good morning, Your Honor.  May it

17   please the Court.  Ann Oldfather.

18               Judge, I am here in two capacities.  As you

19   mentioned, this motion did arise out of the consumer class

20   aggregate fee petition and issues that are related to that.

21   It's got a second part that Your Honor mentioned briefly, but

22   perhaps I'm focusing on more than the Court might be aware, and

23   that is in my capacity as liaison and lead counsel for one of

24   these subgroups or subcommittees for what we call the

25   ineligible or the nonenrolled claims.

09:07

1      My motion I have before the Court today deals

2 with ultimately a request to the Court that as a wrap-up to all

3 of that good work that Your Honor just mentioned, that there be

4 a mechanism put in place to resolve the few remaining groups of

5 common benefit hours that have been approved by Mr. Garrett and

6 common benefit work and also some common benefit assessments.

7      If it please the Court, the reason why I'm here

8 today is, as I mentioned, for both points, primarily though to

9 urge the Court -- and I believe by its response, the PSC

10 agrees -- to put a mechanism in place to do the final wrap-up.

11      As you mentioned, those three big groups -- the

12 injured persons, the consumer classes, and the AGs -- there has

13 also been so much more work that Your Honor knows better than

14 me, third-party claims, lots of other subgroups.  All of those

15 companies, persons, claimants, defense attorneys, many

16 plaintiffs' attorneys have all been paid, but there is a group

17 that has not been paid.  Those are specifically the work that's

18 been done by the PSC since 2010, the work that's been done by

19 me since I came into this case in the 2009 timeframe, and the

20 work that's been done by the plaintiffs' attorneys in the

21 consumer class.

22      All of that good work is something that I

23 believe is attributable to the standard this Court set.  You

24 made it very clear from the beginning, even though I wasn't

25 here when you started in 2005 -- I was in Kentucky handling a

09:09

1  group of about 200 or so *Vioxx* cases.  20 of those have been

2  remanded by the judge in the Eastern District of Kentucky,

3  Judge Hood.  So we were actively prosecuting those *Vioxx* cases.

4  I would talk with Mr. Davis and the PSC, but we were not

5  physically down here until after the master settlement.

6          If the Court please, I just want to take a very

7  brief memory lane trip because this is special to all of us.

8  There's a lot of work that's been done on this case.  The first

9  time I actually appeared in this court was telephonically on

10  April 17, 2008.  As a result of that motion -- which was a

11  rather bold motion for someone on her first appearance.  It was

12  a motion to modify PTO 28, which had been put in place at the

13  time of the settlement several months earlier and which

14  required very draconian *Lone Pine* orders.

15          Your Honor set that for a hearing on May 22,

16  2008, and I stood at this podium for the first time.  So we are

17  at nine years since I first came down here.  I was reading that

18  transcript last night, and it was really quite a joy to see

19  where we had gotten from where we were at that time.  You and I

20  had a long exchange.  I was here to say that the *Lone Pine*

21  order needed to allow people to comply with it, and Your Honor

22  ultimately agreed by modifying the severity of that

23  requirement.

24          The one guiding principle that I heard from you

25  then, Judge, and I heard from you every single time after, you

09:10

1   wanted people to have an opportunity to be heard.  So all of us
2   can stand here today after 50,000-plus individual claims and
3   these huge groups of bigger claims and say every single person
4   that was affected by Vioxx, because of your guidance, had an
5   opportunity to be heard.  They had an opportunity to submit
6   claims in the consumer class under a very favorable settlement.
7   Their dismissals were sometimes set aside so they could come
8   back in and present their claim.
9               One of the things you said to me when I was
10  arguing for this, you said, "Ms. Oldfather, there are 9,000 of
11  these noneligible claimants.  Do you want to represent all of
12  them?  If so, I might just appoint you to do that."
13              My response, Your Honor, was ask the PSC or
14  direct the PSC to set up a subcommittee to address the
15  causation issues of the non-MI and strokes, and ultimately
16  that's what you did.  You put me in charge of it.
17              One of the things you said to me was:
18  "Ms. Oldfather, you better be careful because what you are
19  looking at is getting *Daubertized*."
20              If I wasn't so intimidated at the time, where I
21  was and being a newcomer, I might have said, "That will be up
22  to you, Your Honor," and it was.  You gave us an opportunity to
23  develop that proof and to make that case, and you ultimately
24  held that causation had been shown between Vioxx and not only
25  arterial injuries but venous injuries.

09:12

1    You directed me and my committee -- which ended

2 up being me and my firm -- to take on the duties under PTO 6 to

3 establish those discovery issues, to do the discovery and

4 establish those issues.  You appointed me to fulfill duties

5 under PTO 6 just like you did the PSC.

6    So I'm here today to say, Judge, I'm used to

7 waiting for a fee.  The plaintiffs' lawyers that served on the

8 consumer class are waiting for a fee.  This is going to be on

9 the far side of the bell curve on how long we have waited, but

10 every single hour that I am now talking about has been

11 submitted through the process you ordered.  It's been submitted

12 to Phil Garrett, and it's been approved.

13    The same is true of money we spent.  My small

14 firm spent $257,000, which rivals and exceeds many people on

15 the PSC.  We have $90,000 in addition to that.  So all total,

16 we spent about $357,000 of earned money.

17    THE COURT:  Did you receive that back?

18    MS. OLDFATHER:  The 257 was received back, but the

19 90, which is approved, has not yet been paid.

20    THE COURT:  Did you receive any fee from the

21 noneligible claimants, the ones you represented?

22    MS. OLDFATHER:  The ones I represented, I did,

23 Your Honor.

24    THE COURT:  The problem I have, Ann, with looking at

25 it is that when you came into the litigation in 2008, the

09:13

1    claims had already been settled.  When I say "the claims," I

2    mean the 50,000 claims, the claims that the scientists

3    indicated were possibly caused or had some relationship to

4    Vioxx.

5              The problem that your claims had was that the

6    literature was very vague, if at all extant, that the injuries

7    that you were claiming were caused or could have been caused or

8    might have been caused by the taking or ingestion of Vioxx.  So

9    those claims were spun off, and they were not eligible because

10   the settlement only took into consideration the stroke cases

11   and the heart attack cases and the cases where the literature

12   was voluminous on the relationship might exist or did exist

13   between the consumption of that drug and those particular

14   maladies.  Your claims, the literature was not even there.

15   There was the question of whether or not there is even

16   causation.

17             There were claims that were iffy, if possible,

18   so we spun those off, but the other claims were resolved.  All

19   of the personal injury claims had been discovered, had been

20   tried, had been negotiated and resolved, and then your claims

21   were out.  I was concerned, frankly, when you wanted to

22   represent those individuals, because I knew the cost and the

23   expense that would be involved in it.  Although at that time

24   they had a lot of people who were cheering you on and were

25   willing to be on the committee and work with you on the

09:15

1   committee, I knew and having been there, done that a while,

2   that somewhere along the line those individuals would be going

3   about on other cases.  That's exactly what happened.  You were

4   left alone.

5          I appointed you one of the committee members,

6   chair of the committee.  It turns out that you were not only

7   the chair but the whole committee because there was nobody

8   else.  People were encouraging you:  Go, Ann.  Go, Ann.  Go,

9   Ann.  When you looked behind you, there was nobody there except

10  you.  You prevailed.

11         I thought you did a great job with it, but that

12  was the area of the litigation that I thought that you were

13  working on and had worked on.  The relationship to the other

14  litigation, there was none except you came to the meetings and

15  got to know everybody and everybody got to know you.  You both

16  respect and admire each other.  I understand that you worked

17  together.  The PSC, as I understand it, has in effect waived

18  their fee on those particular claims.  So you're the only one

19  that is around for those particular claims.

20         You got a fee from those individual claimants.

21  The question is whether or not you're entitled to a common

22  benefit fee in addition to that particular fee.  The problem

23  with the common benefit fee is that it comes out of your fee.

24  That's what happened with the PSC.  In other words, the

25  individual lawyers had a fee with their clients, but when I

09:17

1    gave the plaintiffs a common benefit fee, I didn't give them in

2    addition to that fee; I gave them a portion of that fee.  Here

3    you got it all.  So you got the common benefit fee as well as

4    your fee.

5              **MS. OLDFATHER:**  No, I haven't.

6              **THE COURT:**  In other words, the common benefit fee --

7              **MS. OLDFATHER:**  Oh, if it were all awarded to me,

8    Your Honor, yes.  Yes.

9              **THE COURT:**  Yes.  What I do with a common benefit

10   fee, I don't make the litigants pay in addition to their fee to

11   their contract lawyers.  It seems to me it's not fair to the

12   litigants.  The contract lawyers, many of them -- not all of

13   them, but many of them in the case get the case, they refer it

14   to the PSC.  They don't deal with it anymore other than maybe

15   filling out some forms, which they have people in their office

16   do.

17              So they are still in the litigation vis-à-vis

18   the client.  They have a contract with the client.  Their

19   contract fee, I reduced everybody's to 32 percent, but they had

20   32 percent of the amount recovered for their client.  They

21   didn't do any work on it.  The PSC did the work.

22              So I said to the individual plaintiff lawyers,

23   you have got a 32 percent fee contract with your client, but

24   I'm going to give 6 percent or 6.5 percent of that

25   32 percent -- I'm going to give 6.5 percent of a fee to the

09:18

1   PSC, but it's coming out of your 32 percent.  So the common

2   benefit fee came out of that amount.

3           In your particular case, I didn't take anything

4   out of your fee.  I gave it all to you.  So that's the way I

5   looked at it.  I felt that that was the area of the litigation

6   that you worked on.  I didn't think anybody else did the work

7   or close to the work that you did on those particular cases,

8   although I must say you relied on some of the work that the PSC

9   had done.  You got access to all of the records.  So to that

10  extent they helped you, but I gave you the whole fee.  I didn't

11  take any common benefit fee from them.  That's sort of the way

12  I looked at it.  I felt you got both common benefit as well as

13  individual fee on those particular cases.

14          **MS. OLDFATHER:**  Judge, maybe I am misunderstanding

15  you.  Here's the way the statistics are right now.  First of

16  all, there were over $16 million of settlements that were not

17  my cases.  That's the total amount of additional settlements

18  that I think I can say had I not come down here in April and

19  May would not have happened.  Those $16 million of settlements

20  were assessed at amounts that the PSC communicated to Merck,

21  which were like 2 percent or 4 percent for common benefit fees

22  and expenses.  That money was withheld from all those

23  settlements, including the few that were mine.

24          When I came down here, I had nine cases.  Yes, I

25  came here because I had an interest, but I ended up taking on a

09:20

1   whole bunch more because there were 165 or so cases that ended

2   up being these noneligible cases that were ultimately settled,

3   somewhere between 165 and 200.  I didn't get the fee in

4   anywhere near all those cases.

5              I think ultimately I got more cases because

6   people referred them to me.  I think I ended up maybe

7   representing 20 of those claimants.  Beasley Allen had 5,000

8   individual claimants in the master settlement, and that didn't

9   affect their share of their common benefit work.  So I was

10   doing the common benefit work not because I just wanted to win

11   for nine clients but because Your Honor tasked me to finish

12   that work of the PSC.

13         THE COURT:  But the common benefit that you would be

14   entitled to would be under the noneligible claimants.

15         MS. OLDFATHER:  That's one of the questions that I

16   think ultimately Your Honor will have to answer.  The amount

17   that's being held --

18         THE COURT:  The other cases had been settled, Ann.

19   How would you get a common benefit fee on those cases?

20         MS. OLDFATHER:  Because Your Honor may decide at the

21   end of the day that the common benefit is, under PTO 6, to

22   develop all of these cases for all of these plaintiffs.

23              If Your Honor looks at the work that's been done

24   since June of 2010 -- that's when you cut off the folks that

25   have worked on the main settlement.  You cut that off then.

09:22

1    You have paid all these people that submitted time.

2                    If you look at the work that's been done since

3    then, you have three groups of work that Phil Garrett has

4    approved.  On the MDL you have total approved hours of 7,738.

5    4,666 of that are all my firms's hours, and they are only

6    common benefit.  I have a completely separate set of hours

7    that's 7,000 hours that I worked on those individual cases,

8    going up and taking case-specific experts.  That was for me to

9    work on those cases just like Beasley Allen had to work on

10   their own cases.

11                    But my common benefit work when I was coming

12   down here, when I was developing general causation, all of that

13   was carefully logged because even though I am a plaintiffs'

14   attorney, I started at a big firm and I've always kept my time.

15   So all of that was carefully logged and submitted to Phil

16   Garrett.

17                    The $551,000 that was assessed based on the

18   amounts the PSC told Merck to hold back is sitting in an

19   account I think managed right now by the Garretson group.  I

20   haven't gotten any common benefit fees.

21            THE COURT:  The common benefit fee you would be

22   entitled to would be the common benefit of those particular

23   claimants, not the whole group.

24            MS. OLDFATHER:  That would be the easy --

25            THE COURT:  How would it be the whole group if the

09:23

1   case was already settled by the time you came into the

2   litigation?  Why would you then look to a common benefit from

3   the whole group?

4          **MS. OLDFATHER:**  Because the PSC had a set of duties

5   that included developing these claims.  Your Honor has got left

6   from that main settlement $6,600,000 that has not been

7   accounted for.  You have paid all the hours.  You have paid

8   everybody their time.  You have paid everybody back their

9   costs.  In any case, in my office, in your office as a

10  practitioner, if the PSC hadn't agreed to drop these other

11  cases as part of quid pro quo for the settlement with Merck,

12  they would have developed these cases.  They had an obligation

13  to develop these cases under your initial order.  They would

14  have used that money to pay for that development just like they

15  did before they settled with Merck.

16          Before they settled with Merck, Your Honor, they

17  were working on developing venous causation.  I have seen the

18  hours that were spent on that.  I have seen the experts that

19  were paid for that.  That issue has been paid for already by

20  reimbursing the attorneys that worked on the master settlement

21  and by reimbursing their costs.  They didn't pick it back up

22  because Your Honor appointed me to pick it back up.

23          Your Honor, I'm not here today to say make a

24  final decision that my work should be compensated through the

25  $6.6 million that remains from the master settlement expense

fund or through whatever you award on consumer class aggregate.
I think those decisions depend on a lot of things.  Ultimately
they depend on Your Honor, but on the way up they depend on
what the fee allocations recommend.

I am here to say to Your Honor this:  You
ordered groups of people to fulfill the PTO 6 responsibilities.
I was one of those people.  There are three groups of people
left, and there is a strange synchronicity that now exists.  If
the Court awards the full $7.1 million on the aggregate
available money for fees in the consumer class, here's what it
looks like.  You have got a total of $14 million available.
That's $6.6 million left over from the common benefit expenses,
$551,000 from the personal injury common benefit fund, and
$7.1 million available on the aggregate fee on the consumer
class.  You have about a million dollars in held costs and
assessments.  So that gets paid.  That takes it down to
$13 million.

Then you have three groups of Garrett-approved
time that add up to 29,000 hours.  You have 7,000 Garrett-
approved hours in the MDL.  Half of that is work that HHK has
done since June 10.  4,000, more than half of it, is work that
I did under the PTO 6 duties.  You have 9,500 hours approved in
the consumer class.  You have got 11,200 approved in the
attorney general litigation.

You can take all of that remaining good work

09:26

1    that was done to bring this massive project to a

2    hold-our-heads-up conclusion, that's 29,000 hours.  If you just

3    straight out divide it -- I'm not saying do this; I'm just

4    talking about the big picture.  If you divide that 29,000 into

5    $13 million, you have $448 an hour.  What did Your Honor use

6    for the lodestar on the double-check that you did in the Master

7    Settlement Agreement fee allocation?  $443 an hour.  That's the

8    symmetry that now exists.

9              **THE COURT:**  The problem, Ann, these cases, they're so

10   massive.  You have to deal with it from the standpoint of the

11   Court.  In *Vioxx* I had this massive case, and the way that you

12   have to deal with it is that you have to prioritize.  So

13   obviously you prioritize by the people who have sustained the

14   most damage.  I prioritized those claims by doing the

15   personal injury/wrongful death claims first.  Those were the

16   individuals that I focused on.  The PSC discovered it.  They

17   tried six cases.  They resolved those particular cases.

18              Then I turned to the other cases.  After those

19   cases were resolved, packaged, I dealt with the fee for those

20   particular cases.  I wrote extensively on that particular fee.

21   I created fee committees.  I have all sorts of things that go

22   into that.  I paid those firms for the work that they did.

23              It was over 100 or 110 individual claimants,

24   lawyers who made claims for those particular matters.  I

25   analyzed each of those, and I gave each of those people either

09:28

1  a fee or no fee.  It was 105, 106, I'm not quite sure,

2  individual claimants, 12 or so from the PSC, the rest on

3  subcommittees, all who reported that they did work.  I reviewed

4  them all, and it seemed to me that they did work.  They

5  participated in the discovery.  They participated in the

6  trials.  Some individuals weren't even on the PSC and got more

7  than members of the PSC got, but everybody who did work got

8  money for that particular case.

9            The case settled for $4.85 billion.  I think the

10  plaintiffs' committee, the lawyers who did common benefit work

11  on that case, got 6.5 percent of that $4.85 billion, hundreds

12  of millions of dollars.  I distributed that.  Then I looked at

13  the attorneys general.  That's a particular, separate piece of

14  the pie.

15            You want me at this point to mix all of that up

16  and come out with something that resolves the matter.  That's a

17  problem.  I don't see how they relate to each other,

18  particularly when you came into the litigation the entire

19  personal injury census was resolved.

20            MS. OLDFATHER:  Not the entire by any means,

21  Your Honor.  There was 10 percent that wasn't.  Those were the

22  ineligible claims.

23            THE COURT:  Yes, the ineligible ones.

24            MS. OLDFATHER:  Your Honor, I find myself in the

25  ironic position of kind of asking for the same thing I asked

09:30

1  for nine years ago.  I'm asking the Court to appoint a
2  committee to deal with the remaining fee issues, which would be
3  the work that has been approved by Phil Garrett for the MDL and
4  the AGs.  All of those folks have been appointed by you to do
5  PTO 6 duties.  That's where this started and that's where it
6  ends.
7          It's a legitimate question to say:  Should the
8  PSC and should I be compensated from this consumer class
9  settlement for the work we did on causation?  Theirs has
10  already been compensated up through 2010.  It hasn't been
11  compensated since then.  Mine has never been compensated.
12          The consumer class complaint depends upon
13  causation across all fronts.  That is my argument to the fee
14  allocation committee in the consumer class so that one day I
15  will be in front of you saying, Judge, they didn't give me
16  anything and they should have; or I will be in front of you
17  saying, Thank you very much for the part you gave me.
18          But I am here to say, Judge, I do not advocate
19  for just lumping all this money together and dividing it by all
20  the hours.  That is completely contrary to everything
21  Your Honor has done in this case.  What I point out is that
22  every bit of the good work that's been done over this
23  decade-plus can be valued similarly, whether it was a success
24  or not.  The AGs were not a success, but it's a huge amount of
25  common benefit work that was done.  There are common benefit

09:31    1    funds that are available to pay that.  Had the PSC taken on
         2    that work directly, there would not be this disconnect.
         3            I am here doing work that was within the job
         4    description of the PSC.  I have carefully accounted for that.
         5    I'm not here today to argue about the amount.  I'm here today
         6    to say, Judge, would you set up a process, because the consumer
         7    class brought this to a head.  That's why Your Honor presented
         8    my motion, I think, the way you did --
         9            **THE COURT:**  Right.
        10            **MS. OLDFATHER:**  -- but this is not limited to that
        11    because it would be premature.  You haven't set the aggregate,
        12    and that fee committee hasn't decided whether my work should be
        13    regarded as part of the common benefit of the consumer class.
        14            I'm simply here to say, while we are doing that,
        15    it's related because the more of my time that is paid through
        16    the consumer class, the more that is available for HHK to get
        17    full compensation for the work that it has done since June of
        18    2010 because it has 3,000 hours accounted for in the MDL.
        19            So I would ask Your Honor to set up a fee
        20    committee, and I would point out that 90 percent of the hours
        21    that are MDL-approved hours by Phil Garrett are either me or
        22    HHK.  70 percent of the hours that are Phil Garrett-approved
        23    hours for the AG are either Murray or Dugan.  It would seem
        24    that maybe the four of us would be the appropriate people to
        25    put on that committee to see what kind of common benefit work

09:33  1    was done and to make a recommendation to Your Honor.

2                   THE COURT:  I got your point.  Let me hear from your

3    opponent.

4                   MS. OLDFATHER:  Thank you for your time.

5                   THE COURT:  Thank you very much.

6                   MS. OLDFATHER:  Thank you for all the courtesies,

7    too, you have always shown me at this podium.

8                   THE COURT:  I appreciate your work.

9                   MR. HERMAN:  May it please the Court.  Good morning,

10   Judge Fallon.  Russ Herman.

11                  First of all, let me say learned counsel is an

12   extraordinary lawyer.  Every matter she has handled she handles

13   with professionalism and dignity.  She is an advocate for folks

14   that need an advocate.

15                  This is a very painful argument for me to make

16   in the sense that after 50 years you know that you take risks

17   on our side of the bar that you will never be paid for.

18   Recently we had an antitrust matter where clients got paid, the

19   lawyers got no fees.  That happens.

20                  It happened in Vioxx where, unfortunately, the

21   *New England Journal of Medicine* was subverted, and that had to

22   be uncovered; and where there were documents that were listed

23   as attorney-client privilege that weren't attorney-client.  Not

24   only were there six trials, but we started before Katrina, and

25   Your Honor was able to not interrupt that case, move a trial to

09:35

1    Houston that we all attended.  It really is extraordinary that

2    after two years of intense litigation -- and I remember being

3    involved in jury selection in five of the six cases here and

4    then asked to attend -- and I did -- the state court in

5    New Jersey.

6                    So it was laborious on behalf of everybody, but

7    to say that DVT cases, deep vein thrombosis, were not

8    investigated thoroughly by the PSC -- in my memory, we hired

9    experts.  We had *Daubert* hearings.  We had general causation

10   established.  We could not establish specific causation because

11   DVT, deep vein thrombosis, in particularly elderly people that

12   were taking this drug -- although I don't want to call them

13   elderly at this juncture of my life -- were subject to DVT for

14   a number of reasons:  diabetes, high blood pressure, you name

15   it.

16                   So what happened?  What happened was after

17   intense negotiation that Your Honor directed that lasted over a

18   year, the matter was concluded actually in Washington, D.C.,

19   between Doug Marvin and myself.  The settlement figure was

20   written on a napkin.  That happened.  It used to happen more

21   often than it happens today because counsel have a certain

22   amount of respect.

23                   At any rate, Your Honor was called immediately.

24   The matter was papered very quickly.  It was presented to the

25   PSC, and then it was presented to Your Honor because we needed

09:37

1  a hundred percent approval from the PSC members.  I think we
2  met Your Honor at 5:30 or 6:00 in the morning.  Your Honor
3  reviewed it by 8:00.  Your Honor had some suggestions, but the
4  matter was, at least as a preliminary matter, tacitly approved.
5              Your Honor directed that after June 2010, as I
6  recall, no hours would be compensated.  I can tell you our firm
7  originally didn't keep hours because we just didn't feel it was
8  necessary.  I mean for this case.  But since we keep hours in
9  every single case, they were kept not for the purposes of
10 getting a fee, but for purposes of our own internal procedures,
11 which actually were directed by dearly departed friend Sam
12 Gainsburgh, who said you ought to do this in every case.  So we
13 have done it in every case since around 1970.  Thousands of
14 hours dealing with Vioxx.  Now we are at the tail.  We need to
15 end this thing.
16             Now, I don't object to lawyers getting fees.  I
17 mean, after all, opposing counsel are charging $1,500 an hour
18 in cases in this district.  It's hard for me to argue people
19 shouldn't get fees.  I do believe you need to get compensated
20 for what you do.  I don't feel, for example, that -- we had one
21 lawyer, Your Honor will recall, who said he wanted the lead.
22 Mr. Seeger and Andy and I met and we said okay.  Good trial
23 lawyer.
24             He wanted the case tried in Pennsylvania.
25 Your Honor went through what Dante would call the gates of

09:39

1   purgatory just to get the case moved to Philadelphia.  I got a

2   call on the weekend saying he couldn't try the case.  It was up

3   to me to go ahead and notify the Court, which was very painful

4   for me.  I know it was painful in some way for this Court

5   because Your Honor had gone to extreme difficulty to get

6   approval, to get a courtroom, etc.

7           *Vioxx* is an extremely difficult case.  I don't

8   even understand the law review articles, some of them that have

9   been written, which have misstated facts, misstated the law,

10  some of them by law review writers, professors who have never

11  tried a case, any case, anywhere and do not understand how

12  difficult these cases are for both sides.

13          So my view on this is, as I said before, Merck

14  shouldn't get back the approximate $7 million.  It has got to

15  go somewhere, wherever Your Honor decides.  There may be money

16  left.  I don't know.  That's up to Your Honor.  There's about

17  $6 million to $7 million left in virtually common benefit fees

18  that have never been paid out that in some way need to be dealt

19  with.

20          Now, let me talk a little bit about AGs.  The

21  AGs tried a case.  Their hours were reviewed.  Ms. Barrios,

22  Ms. Cabraser did an excellent job.  They kept good records.

23  Other lawyers in that case, Mr. Dugan kept his hours.  They

24  were approved.  Some of the firms in that case -- I'm not here

25  to criticize them -- their hours were greatly inflated.  They

09:41

1    were for reviewing docket entries and -- I'm not going to go

2    into that any further except to say in that case it became

3    clear, as it did in three other federal circuits, that you

4    couldn't recover in a class action for consumer claims.

5            Through really a great deal of monitoring and

6    communication, we were able to keep two consumer cases alive

7    against Merck, one in California and one in New Jersey.  For

8    more than a year we tried to negotiate a settlement in those

9    cases.  After I got a call from Doug Marvin asking that I meet

10   him in Philadelphia, I notified Andy and Chris -- Chris was

11   able to be there -- and we reached a settlement.  Those papers

12   were drawn by Merck in terms of the consumer issue.

13          So I have no criticism of anything that Ann

14   Oldfather has done.

15        **THE COURT:**  Let me ask you this:  Do we know how many

16   noneligible claims there were?

17          Ann, do you have that, by any chance?

18        **MR. HERMAN:**  We have a chart.

19        **MS. OLDFATHER:**  165, plus or minus.

20        **THE COURT:**  Do you know what the cases were settled

21   for?

22        **MS. OLDFATHER:**  $16.6 million.

23        **THE COURT:**  For the noneligible claimants?

24        **MS. OLDFATHER:**  That whole, total group.

25        **THE COURT:**  How many did you have out of that?

09:43

1          **MS. OLDFATHER:**  Less than 20.  Some of those were

2     referrals.  I had nine to start with.

3          **MR. HERMAN:**  As to that total of noneligible cases,

4     my understanding is, because we got irregular reports -- Phil

5     Garrett and perhaps BrownGreer got regular reports.  The

6     reports we got were rather irregular -- was that Merck's

7     attorneys were resolving those cases directly.  They certainly

8     weren't participated in by the PSC.  We were never consulted.

9     At any rate . . .

10          **THE COURT:**  I have the picture.  I understand

11     everything.

12               With regard to Ann Oldfather's cases -- Ann, get

13     for me a list of the noneligible cases.  With the help of the

14     PSC, let me know whose cases they were, meaning the lawyers

15     involved in the case, and what the cases were settled for.  I'm

16     talking about the noneligible claims that you were chair of.

17          **MS. OLDFATHER:**  Would you also like to see the

18     assessment?  It varied from 2 percent to 1 percent to nothing

19     on some of the cases.

20          **THE COURT:**  Go ahead.

21          **MR. HERMAN:**  One other note, Your Honor, so the

22     picture is complete.  Your Honor has already indicated that our

23     depository stay open at the PSC's expense.  Not only that, when

24     we were requested for depositions and trial transcripts, we did

25     not charge for that.  They were put on discs and sent to

09:45

1   whatever lawyers had noneligible cases.  Essentially, my view

2   is that -- I'm not speaking about the cases Ann so valiantly

3   was left to handle after she had commitments from other firms,

4   but those noneligible cases, they didn't have to do any

5   discovery.  It was all done.

6             Thank you, Your Honor, for allowing me to speak.

7         **THE COURT:**  I have Ann's picture.  Let me move to the

8   next motion before me.  I have another motion before me.

9   Mr. Shelist indicates that he did work on the main case.  Let

10  me back up a little bit and talk about the main case.

11         In these MDL cases I have, as I mentioned, a

12  number of lawyers involved.  In this particular case I had

13  1,000 attorneys involved.  The 1,000 attorneys involved were

14  contract attorneys; that is to say, they had a specific

15  contract with their client to do the work.  They had the

16  responsibility with their client.  They had communication with

17  their client.  They had to keep up and advise their client as

18  to what was going on.

19         They also had some work that they were asked by

20  the committee to fill out forms and deal with their specific

21  clients.  So they did have some work required by their

22  individual clients and, therefore, in my opinion, they were

23  justified for the responsibility that they had as well as the

24  work that they had in keeping up with the case.  They were

25  entitled to some fee, but they had a fee interest negotiated

1   with their client.

2           Now, I felt that because in *Vioxx* I had cases

3   from throughout the country -- every district was represented

4   in that particular case.  There were some states that had caps

5   on the case of a third.  There were some states that didn't

6   have caps on the case.  So I reviewed all of the contract fees

7   of the individual lawyers in the case.  I found that some in

8   Texas or other places had a fee of 50 percent or 45 percent or

9   42 percent or whatever it was; some in other states had a fee

10  of a third.

11          Those individuals who were contract lawyers but

12  who were not on the PSC and who did nothing, no work in the

13  case -- they were not on subcommittees -- it seemed to me that

14  there should be some uniformity from the litigants' standpoint.

15  The fact that a litigant was born in Texas as opposed to being

16  born in New Jersey didn't mean that that individual had to pay

17  a lawyer doing the same amount of work a different fee, so I

18  put a blanket fee of 32 percent on that.

19          Every contract lawyer, then, had a fee of

20  32 percent with their client, notwithstanding whatever

21  agreement they made.  They had a 32 percent fee.  Now, those

22  individuals, those cases were handled not by the individual

23  contract lawyer but by plaintiffs' committee subcommittees.

24  They did all the work.  They negotiated the fee.

25          As I said, at one point after the litigants were

09:49

1    paid, after all of the individual claimants received their

2    money -- personal injury claimants I'm talking about received

3    their money -- I then focused on the attorneys' fees.  Even at

4    the outset of the litigation when I got the case, about a month

5    into the case, in addition to appointing the committees, I

6    appointed a CPA, and I put out pretrial orders telling

7    everybody if you do any common benefit work, you have to record

8    that, the time you did it and what you did; not just the time,

9    but I wanted to know what you did.

10              They reported that to the CPA on a monthly

11   basis.  I gave them, I think, another month's grace, but they

12   had to then fill it out contemporaneously.  So when you did the

13   work, you had to report it to the CPA and you had to report

14   what you did.

15              The CPA met with me monthly.  I reviewed all of

16   those documents.  I put it under seal and filed it in court,

17   but I reviewed all the documents.  I made sure that the work

18   was being done, that the type of work I listed was being done;

19   not only review of emails, but trials, depositions, discovery,

20   motions to the Court, argument to the Court, appeals to the

21   Fifth Circuit, and things of that sort.

22              So I reviewed all of that.  At the end of the

23   day when I announced that everybody had been paid, therefore,

24   it's now time to pay the lawyers, I said anybody doing any

25   common benefit work, you have a month or two weeks or whatever

09:51

1    it was to apply for common benefit fee.

2              I then set up some structure.  I appointed a fee

3    committee of plaintiff lawyers, both consisting of the state

4    lawyers who did work, that I knew did work, as well as the

5    plaintiff lawyers on the PSC who did work, as well as

6    subcommittee lawyers.

7              I appointed a fee allocation committee, and I

8    instructed that committee to go out and take evidence from

9    anybody who applied for a fee.  They took depositions or took

10   statements from the individuals.  They convened hearings for

11   those individuals.  It was all on the record.  Then they made a

12   recommendation to me.

13             I then told the world this is the plaintiff

14   committee's recommendation.  Anybody having any objections to

15   that recommendation, two weeks you have to object to it.  I had

16   a number of objections.

17             I then appointed a special master, somebody who

18   did not have any fee interest in the case, who didn't do any

19   work on the case -- an outsider, so to speak -- to look at the

20   objections, to again take testimony, evidence for the

21   objections, and to then make recommendations to me.

22             So at that point I had the recommendations of

23   the fee allocation committee -- the insiders, so to speak, the

24   people who did the work on the case both in federal and state

25   court -- then an outsider, somebody who didn't do any of the

09:53

1  work on the case but heard evidence, took evidence, listened to

2  the individuals, read their briefs, and made a recommendation

3  to me.

4          Then I had the CPA do a summary letting me know

5  who did the work on the case and what type of work they did.

6  You know and I know -- all of us have been around the block --

7  that you have to keep up with the case.  You have to read

8  emails these days.  You have to look at documents.  But however

9  much time you spend on that, it's dwarfed by the time somebody

10  spends trying a lawsuit, taking depositions, arguing the case

11  before the Court, writing briefs, arguing the case in the

12  Fifth Circuit.

13          All of that is interesting and all of it is

14  helpful, but the work has to be prioritized too.  Reading

15  emails is important -- I'm not saying it's not -- keeping up

16  with the case, but as opposed to reading emails and trying

17  cases, arguing appeals to the circuit or this Court, anyone who

18  has been around more than a day knows that that type of work is

19  different, more demanding.

20          So I looked at all of that material.  I took

21  into consideration the recommendations of the plaintiffs'

22  allocation committee.  I took into consideration the special

23  master's report and all of the summaries that I had.  I had

24  been keeping up with the case on a monthly basis.  I knew who

25  was doing work.  I knew the type of work that was being done.

09:54

1   When I saw something that stood out, that didn't square with my

2   understanding of what it takes -- you can't put more than

3   24 hours in a day.  I know that.  Everybody knows that.  So

4   when that happened, I just discounted those numbers.

5            So the numbers that I had from the CPA were

6   valid numbers.  I had been with the litigation since its

7   inception.  I reviewed every document from its inception.  I

8   had all that material.  I then wrote, I don't know, a 100-page

9   opinion setting forth what was done, what I did, and how I

10   analyzed each of those individuals.  Every person who made a

11   claim for a fee I analyzed.  They got at least a paragraph or

12   two or three or four paragraphs.  I allotted a fee to them.  I

13   distributed that fee to all of those individuals.

14            Today I have a motion from Mr. Robert Shelist,

15   who asks that he be allowed to submit his time later than I

16   instructed initially.  It comes some five years late, but he

17   says that he should be given the opportunity.  So I wanted to

18   hear from him.  I have him on the line now.

19            Yes, sir.

20        **MR. SHELIST:**  Yes.  May it please the Court.  Thank

21   you, Your Honor.  This is Robert Shelist.  I'm here

22   telephonically in furtherance of my petition for leave to

23   submit my fee petition and for consideration of my fees.

24            Your Honor, I have been involved in the

25   litigation since day one.  I have represented several

09:56

1    individual plaintiffs in a consumer class action case.  My
2    consumer class action case is a little bit different than most
3    of the class action cases because it also included a claim
4    related to the manipulation of the stock price by Merck by not
5    disclosing the dangers of Vioxx.  I think that's an important
6    distinction.  I advised the Plaintiffs' Steering Committee of
7    the different type of case that I had filed.

8              If Your Honor will recall, there was a footnote
9    that was placed on each and every monthly order which detailed
10   the name of my case, the case number, and the fact that my
11   consumer class action case was different and included a claim
12   related to the stock manipulation.

13             I think the fact that I had filed a different
14   case and advised everybody of the potential for remand of my
15   case to consider the stock manipulation claim was a critical
16   factor in this case getting settled.  It was pointed out to
17   Merck.  Merck knew about this particular claim.  Again, it was
18   on each and every monthly order for years, indicating what my
19   claim was.  I think that was an integral factor in getting this
20   global case settled.

21             I also had conversations with Mr. Herman and
22   Mr. Davis throughout the years indicating that I wanted to get
23   involved in common benefit work.  In fact, there are emails
24   exchanged with counsel in which I was told that I would be
25   included in doing that work.

09:58

1          If you recall, Your Honor, the consumer cases

2   were stayed for many years after a motion to dismiss had been

3   filed so that the other prioritized cases could be decided

4   first.  Then all of a sudden, out of the blue, we were notified

5   that a global settlement had been reached.

6          I then reached out to counsel again to request

7   to be included in the process of finalizing the settlement and

8   whatever else had to be involved with the settlement.  Again I

9   was told that I would be included in that process.  And yet,

10  lo and behold, after staying on top of the case for years and

11  years, I was never assigned any work.

12          So I believe I'm entitled to a common benefit

13  fee not only for having filed the stock manipulation claim,

14  which I believe was integral to the overall settlement, but

15  also because I had to keep updated on each and every document

16  that was filed so that I would be in a position to perform

17  common benefit work once it was assigned.  So, Your Honor, I

18  believe I'm entitled to a common benefit fee, and I would ask

19  the Court to award that.

20          In addition, Your Honor, I was in contact with

21  Mr. Garrett on numerous occasions and indicated that I had a

22  technological problem and was unable the submit my fees

23  directly into the system.  Apparently the system didn't allow

24  for PDF documents to be uploaded.  I just never was able to

25  resolve that technological problem in order to physically have

10:00

1   my fees uploaded into the system.  So I would ask the Court

2   also to waive that requirement in my particular case.

3             Thank you, Your Honor.

4          **THE COURT:**  Thank you very much.

5          **MR. DAVIS:**  Your Honor, Leonard Davis on behalf of

6   the PSC and plaintiffs' liaison counsel.

7            This litigation began back in 2005.  If my

8   memory is correct, I think it's in February of 2005.  Very

9   early in the litigation, Your Honor, as you mentioned earlier,

10  issued Pretrial Order 6.  Pretrial Order 6, if my memory is

11  correct, appointed the Plaintiffs' Steering Committee, but laid

12  out elaborately the process and procedure by which all counsel

13  who expected to be compensated or reimbursed needed to follow;

14  that is, for submission of time as well as expenses.

15           In fact, Your Honor, if my memory is correct --

16  and it has been a number of years -- I believe at very many

17  status conferences Your Honor mentioned the submission of time

18  and expense and, in fact, as you said earlier, delayed the time

19  in which the initial submission was to be made.  Your Honor

20  often told counsel what they needed to do.  In fact,

21  Mr. Garrett, who was appointed by Your Honor, showed up in this

22  courtroom at monthly status conferences.

23           I don't know how many status conferences there

24  were, but I would be willing to believe that there are probably

25  near a hundred or so that we had.  Quite frankly, counsel

10:02

1   either showed up in person or by phone and had an

2   opportunity -- I think at every one Your Honor asked does

3   anybody have any issues or any questions which they want to

4   address with the Court.

5                So folks had an opportunity to be present and

6   certainly had an opportunity to know about Pretrial Order 6,

7   Mr. Garrett, the case cost management system.

8                Then later on Your Honor, as you mentioned

9   earlier, issued an order that I think was PTO 59 in the

10  consumer matter specifically, which is where Mr. Shelist is

11  speaking, that set up a fee committee and, in fact, put out

12  further requirements for submission of time, cleaning up time,

13  submitting affidavits, having an opportunity to make a

14  presentation, and things like that.  It was a very elaborate

15  order which all counsel who sought fees or expense

16  reimbursement needed to follow.

17               Mr. Shelist did make contact with our firm back

18  in 2013.  In fact, at that time he was advised to either look

19  at the Court's website or was given information and

20  specifically provided copies of Your Honor's orders, as we were

21  instructed to do, and we did do with respect to many counsel.

22               Now, Mr. Shelist also said just a few moments

23  ago he was involved since day one.  Counsel who were involved

24  since day one, as Your Honor said, had an obligation to read

25  emails, check the docket, do whatever they needed to do in

10:04

1    order to be informed of the litigation.  Your Honor's orders
2    were posted on a website, which at the time was rather unique
3    because I know Your Honor began that process years earlier in
4    the *Propulsid* MDL but has done that in every MDL.  Your Honor
5    had the clerk who posted these.  We also had not only the
6    clerk's site, but I believe it was Lexis at the time -- it
7    might have been LexisNexis.  I don't really recall what it was
8    called, but it changed over time -- in which all counsel had an
9    obligation to enroll in in order to get documents, filings, and
10   other matters.
11               In addition to that, Your Honor, as I said
12   earlier, had monthly status conferences.  There were many, many
13   opportunities.  I don't know what Mr. Shelist did, and that's
14   really not where I'm going.  All I'm saying is that the fee
15   committee and liaison counsel and the PSC did what Your Honor
16   instructed us to do.
17               We are at the eleventh hour.  We are at the end
18   of the day.  In fact, we might even be in overtime, quite
19   frankly.  We have already made a fee petition in the consumer
20   matter that's pending before your Court.  We have had multiple
21   hearings now over that matter.  We do not have, as I appreciate
22   it from Mr. Shelist's motion, a submission to Mr. Garrett.  We
23   do not have any opportunity for Mr. Shelist to clean up his
24   time, as required by Your Honor in one of your PTOs, in
25   particular PTO 59 and ongoing obligations under PTO 6.  We

10:06

1    haven't had a fee committee review the affidavit because the

2    affidavit that was sent in was sent in untimely.  There has

3    been no presentation to the fee committee.

4              So I'm hearing about a consumer and a stock

5    price case.  I'm not aware of a stock price matter ever being

6    dealt with before, Your Honor, in this MDL.  I may be mistaken

7    and I could stand corrected on that, but I believe we dealt

8    more with injuries as a result of taking the drug here in this

9    courthouse.  I do believe there was a stock price litigation

10   somewhere up East.  I believe another judge in another MDL or

11   some other matter handled that, but that wasn't here.  We dealt

12   with attorney general matters, personal injury, consumer,

13   things like that.

14             I'm not aware of folks who wanted to work that

15   were denied an opportunity, and certainly people showed up in

16   this courthouse.  I can recall specifically one lawyer in

17   particular who raised a question about wanting to work, and he

18   was given that opportunity at a moment's request.  We did meet

19   with lawyers who wanted to work.  I just don't know of others

20   who have complained about not having an opportunity to

21   participate in a committee or to get involved in matters.

22             Mr. Garrett has always, to my knowledge, been

23   available.  In fact, I think his email and phone number are

24   posted in pretrial orders.  In fact, suggestions were made

25   often by the Court and by liaison counsel for people to reach

10:08

1    out to Mr. Garrett.  I believe Mr. Garrett made those requests

2    himself.

3              THE COURT:  Does Mr. Shelist have a consumer class

4    case?

5                   Mr. Shelist, do you have a consumer class case

6    or do you have a stock case or both?  How do you see it?

7              MR. SHELIST:  Your Honor, I see it as being a

8    combined class action case, that it has consumer claims and

9    stock manipulation claims.

10             THE COURT:  You don't have personal injury claims in

11   yours, though, huh?

12             MR. SHELIST:  No personal injury claims, Your Honor.

13             THE COURT:  Whom do you represent?  You have a stock

14   case.  Who are the plaintiffs?  Are they individuals or

15   corporations?

16             MR. SHELIST:  No, they are individuals that own stock

17   in Merck.

18             THE COURT:  Did you involve yourself in the stock

19   case?  I think it was handled either in Chicago or New York.  I

20   forget which.

21             MR. SHELIST:  No, Your Honor, I was not involved in

22   that.

23             MR. DAVIS:  Your Honor, the bottom line is that if

24   folks did common benefit, they have been in this courtroom.

25   They have done work.  There are some consumer cases out there

10:09

1    that are resolved, but those folks may not have done common

2    benefit.

3              I'm not going to pass on what Mr. Shelist may or

4    may not have done because at this point if Your Honor is

5    inclined, at this late time in the litigation, to allow

6    Mr. Shelist to come in and do something, we have a lot of work

7    that has to be done and a lot of expenses that we will incur.

8    For instance, Mr. Garrett will have to redo quite a lot of

9    work.  We will have a fee committee that has to fly in and redo

10   matters.  So there's a lot of time and expense that will have

11   to be redone.  That shouldn't be something that we bear.

12             THE COURT:  Okay.  I understand.

13             Thank you very much, Mr. Shelist.  I will take

14   all of this into consideration and decide the case.  Thank you

15   very much.

16             MR. SHELIST:  Thank you, Your Honor.

17             MR. DAVIS:  Thank you, Your Honor.

18             THE COURT:  Thank you, folks.  I appreciate it.

19             I've been having this case since 2005.  I know

20   it's February 16 because that was my birthday, and it was the

21   worst birthday present I ever got.

22             MS. OLDFATHER:  It's the longest lasting, Judge.

23             MR. HERMAN:  Were you 45 at that time, Judge?

24             THE COURT:  Right, right.  I wish.

25             Thank you all, folks.  Thank you.

1    Let's call the next case, Dean.

2                    * * *

3              **CERTIFICATE**

4        I, Toni Doyle Tusa, CCR, FCRR, Official Court

5  Reporter for the United States District Court, Eastern District

6  of Louisiana, certify that the foregoing is a true and correct

7  transcript, to the best of my ability and understanding, from

8  the record of proceedings in the above-entitled matter.

9

10

11                              *s/ Toni Doyle Tusa*
                                Toni Doyle Tusa, CCR, FCRR
12                              Official Court Reporter

13

14

15

16

17

18

19

20

21

22

23

24

25

**MR. DAVIS: [3]** 38/4 42/22 43/16
**MR. GETTY: [1]** 4/9
**MR. HERMAN: [7]** 4/11 4/18 24/8 28/17 29/2 29/20 43/22
**MR. LYLE: [1]** 4/12
**MR. SHELIST: [7]** 4/14 35/19 42/6 42/11 42/15 42/20 43/15
**MS. BARRIOS: [1]** 4/17
**MS. OLDFATHER: [22]** 4/21 7/15 11/17 11/21 14/4 14/6 15/13 16/14 16/19 17/23 18/3 21/19 21/23 23/9 24/3 24/5 28/18 28/21 28/23 28/25 29/16 43/21
**THE COURT: [36]** 4/2 4/7 4/10 4/13 4/16 4/23 11/16 11/19 11/23 14/5 14/8 16/12 16/17 17/20 17/24 20/8 21/22 23/8 24/1 24/4 24/7 28/14 28/19 28/22 28/24 29/9 29/19 30/6 38/3 42/2 42/9 42/12 42/17 43/11 43/17 43/23
**THE DEPUTY CLERK: [1]** 4/5

**$**
**$1,500 [1]** 26/17
**$13 [2]** 19/17 20/5
**$13 million [2]** 19/17 20/5
**$14 [1]** 19/11
**$14 million [1]** 19/11
**$16 [2]** 15/16 15/19
**$16 million [2]** 15/16 15/19
**$16.6 [1]** 28/22
**$257,000 [1]** 11/14
**$357,000 [1]** 11/16
**$4.85 [2]** 21/9 21/11
**$4.85 billion [2]** 21/9 21/11
**$443 [1]** 20/7
**$448 [1]** 20/5
**$551,000 [2]** 17/17 19/13
**$6 [1]** 27/17
**$6,600,000 [1]** 18/6
**$6.6 [2]** 18/25 19/12
**$6.6 million [1]** 18/25
**$7 [2]** 27/14 27/17
**$7 million [2]** 27/14 27/17
**$7.1 [2]** 19/9 19/14
**$7.1 million [2]** 19/9 19/14

**$90,000 [1]** 11/15

**0**
**05-MD-1657 [1]** 1/4

**1**
**1 percent [1]** 29/18
**1,000 [5]** 6/1 6/18 6/20 30/13 30/13
**1,000 attorneys [1]** 5/25
**10 [1]** 19/21
**10 percent [1]** 21/21
**100 [1]** 20/23
**100-page [1]** 35/8
**105 [1]** 21/1
**106 [1]** 21/1
**11,200 [1]** 19/23
**110 [1]** 20/23
**1116 [1]** 1/23
**12 [1]** 21/2
**1330 [1]** 1/17
**16 [2]** 5/1 43/20
**165 [3]** 16/1 16/3 28/19
**1657 [2]** 1/4 4/6
**17 [1]** 9/10
**1900 [1]** 2/3
**1970 [1]** 26/13

**2**
**2 percent [2]** 15/21 29/18
**20 [3]** 9/1 16/7 29/1
**200 [2]** 9/1 16/3
**2005 [5]** 5/1 8/25 38/7 38/8 43/19
**2008 [3]** 9/10 9/16 11/25
**2009 [1]** 8/19
**2010 [5]** 8/18 16/24 22/10 23/18 26/5
**2013 [1]** 39/18
**2017 [2]** 1/6 4/2
**22 [1]** 9/15
**24 hours [1]** 35/3
**250 [1]** 2/3
**257 [1]** 11/18
**26 [1]** 5/8
**275 [1]** 2/9
**28 [1]** 9/12
**29 [2]** 1/6 4/2
**29,000 [3]** 19/19 20/2 20/4
**2nd [1]** 1/23

**3**
**3,000 [1]** 23/18
**32 percent [8]** 14/19 14/20 14/23 14/25 15/1 31/18 31/20 31/21
**3650 [1]** 1/20

**4**
**4 percent [1]** 15/21
**4,000 [1]** 19/21

**4,666 [1]** 17/5
**40208 [1]** 1/17
**40507 [1]** 2/4
**42 percent [1]** 31/9
**45 [1]** 43/23
**45 percent [1]** 31/8

**5**
**5,000 [1]** 16/7
**50 percent [1]** 31/8
**50 years [1]** 24/16
**50,000 [4]** 5/4 5/7 6/24 12/2
**50,000-plus [1]** 10/2
**500 [2]** 2/6 2/9
**504 [1]** 2/10
**589-7778 [1]** 2/10
**59 [2]** 39/9 40/25
**5:30 [1]** 26/2

**6**
**6 percent [1]** 14/24
**6.5 percent [3]** 14/24 14/25 21/11
**600 [1]** 2/6
**60611 [1]** 2/7
**6:00 in [1]** 26/2

**7**
**7,000 [2]** 17/7 19/19
**7,738 [1]** 17/4
**70 percent [1]** 23/22
**701 [1]** 1/20
**70113 [1]** 1/14
**70130 [1]** 2/9
**70139 [1]** 1/20
**7778 [1]** 2/10

**8**
**820 [1]** 1/14
**87102 [1]** 1/23
**8:00 [1]** 26/3

**9**
**9 million [1]** 6/21
**9,000 [1]** 10/10
**9,500 [1]** 19/22
**90 [1]** 11/19
**90 percent [1]** 23/20

**A**
**ability [1]** 44/7
**able [5]** 6/23 24/25 28/6 28/11 37/24
**about [20]** 5/8 9/1 11/10 11/16 13/3 19/15 20/4 23/5 27/16 27/20 29/16 30/2 30/10 32/2 32/4 36/17 39/6 41/4 41/17 41/20
**above [1]** 44/8
**above-entitled [1]** 44/8
**access [1]** 15/9
**account [1]** 17/19
**accounted [3]** 18/7 23/4 23/18

**access [1]** 22/13
**action [6]** 28/4 30/1 36/2 36/3 36/11 42/8
**actions [1]** 7/10
**active [1]** 7/11
**actively [1]** 9/3
**actually [3]** 9/9 25/18 26/11
**add [1]** 19/19
**addition [11]** 5/4 5/7 5/13 6/6 11/15 13/22 14/2 14/10 32/5 37/20 40/11
**additional [1]** 15/17
**address [2]** 10/14 39/4
**admire [1]** 13/16
**advise [1]** 30/17
**advised [3]** 36/6 36/14 39/18
**advocate [3]** 22/18 24/13 24/14
**affect [1]** 16/9
**affected [1]** 10/4
**affidavit [2]** 41/1 41/2
**affidavits [1]** 39/13
**after [16]** 6/22 9/5 9/25 10/2 20/18 24/16 25/2 25/16 26/5 26/17 28/9 30/3 31/25 32/1 37/2 37/10
**AG [1]** 23/23
**again [4]** 33/20 36/17 37/6 37/8
**against [1]** 28/7
**aggregate [5]** 7/20 19/1 19/9 19/14 23/11
**ago [3]** 7/8 22/1 39/23
**agreed [2]** 9/22 18/10
**agreement [2]** 20/7 31/21
**agrees [1]** 8/10
**AGs [5]** 8/12 22/4 22/24 27/20 27/21
**ahead [2]** 27/3 29/20
**aided [1]** 2/13
**Albuquerque [1]** 1/23
**alive [1]** 28/6
**all [65]**
**Allen [2]** 16/7 17/9
**allocation [5]** 20/7 22/14 33/7 33/23 34/22
**allocations [1]** 19/4
**allotted [1]** 35/12
**allow [3]** 9/21 37/23 43/5
**allowed [1]** 35/15
**allowing [1]** 30/6
**alone [1]** 13/2
**along [1]** 13/2
**already [6]** 12/1 18/1 18/19 22/10 29/22 40/19

**also [11]** 6/11 8/6 8/13 29/17 30/19 36/3 36/21 37/15 38/2 39/22 40/5
**although [4]** 5/15 12/23 15/8 25/12
**always [3]** 17/14 24/7 41/22
**am [7]** 7/18 11/10 15/14 17/13 19/5 22/18 23/3
**amount [8]** 14/20 15/2 15/17 16/16 22/24 23/5 25/22 31/17
**amounts [2]** 15/20 17/18
**analyzed [3]** 20/25 35/10 35/11
**Andy [2]** 26/22 28/10
**ANN [17]** 1/16 3/4 4/22 7/13 7/15 7/17 11/24 13/8 13/8 13/9 16/18 20/9 28/13 28/17 29/12 29/12 30/2
**Ann's [1]** 30/7
**announced [2]** 6/12 32/23
**another [4]** 30/8 32/11 41/10 41/10
**answer [1]** 16/16
**antitrust [1]** 24/18
**any [27]** 5/15 5/15 5/16 5/19 6/13 11/20 14/21 15/11 17/20 18/9 21/20 25/23 27/11 28/2 28/17 29/9 30/4 32/7 32/24 33/14 33/18 33/18 33/25 37/11 39/3 39/3 40/23
**anybody [5]** 15/6 32/24 33/9 33/14 39/3
**anymore [1]** 14/14
**anyone [1]** 34/17
**anything [5]** 15/3 22/16 28/13
**anywhere [2]** 16/4 27/11
**Apparently [1]** 37/23
**appeals [2]** 32/20 34/17
**appearance [2]** 4/8 9/11
**Appearances [2]** 1/11 2/1
**appeared [1]** 9/9
**applied [1]** 33/9
**apply [3]** 6/3 6/14 33/1
**appoint [2]** 10/12 22/1
**appointed [11]** 6/2 11/4 13/5 18/22 22/4 32/6 33/2 33/7 33/17 38/11 38/21

**A**

appointing [1] 32/5
appreciate [3] 24/8 40/21 43/18
appropriate [1] 23/24
approval [2] 26/1 27/6
approved [15] 5/11 8/5 11/12 11/19 17/4 17/4 19/18 19/20 19/22 19/23 22/3 23/21 23/22 26/4 27/24
approximate [1] 27/14
April [2] 9/10 15/18
April 17 [1] 9/10
are [34] 6/11 6/12 7/5 7/20 8/17 9/16 10/10 10/18 11/8 14/17 15/15 17/5 17/5 19/7 22/25 23/1 23/14 23/23 26/14 26/17 27/12 36/23 38/24 40/17 40/17 41/23 42/14 42/14 42/16 42/25 43/1
area [2] 13/12 15/5
argue [2] 23/5 26/18
arguing [4] 10/10 34/10 34/11 34/17
argument [5] 1/8 7/8 22/13 24/15 32/20
arise [1] 7/19
around [4] 13/19 26/13 34/6 34/18
arterial [1] 10/25
articles [1] 27/8
as [44] 5/1 7/18 7/23 8/2 8/8 8/11 9/10 13/17 14/3 14/3 15/12 15/12 18/9 18/11 23/13 24/23 26/4 26/5 27/13 28/3 29/3 30/11 30/17 30/23 30/23 31/15 31/25 33/4 33/4 33/5 33/5 34/16 38/9 38/14 38/14 38/18 39/8 39/20 39/24 40/11 40/21 40/24 41/8 42/7
aside [1] 10/7
ask [5] 10/13 23/19 28/15 37/18 38/1
asked [5] 6/6 21/25 25/4 30/19 39/2
asking [3] 21/25 22/1 28/9
asks [1] 35/15
aspect [1] 7/11
assessed [2] 15/20 17/17
assessment [1] 29/18
assessments [2] 8/6

**B**

B-275 [1] 2/9
back [13] 5/12 5/18 10/8 11/17 11/18 17/18 18/8 18/21 18/22 27/14 30/10 38/7 39/17
background [1] 4/24
bar [1] 24/17
Barrios [4] 1/19 1/19 4/18 27/21
based [1] 17/17
basis [2] 32/11 34/24
be [55]
bear [1] 43/11
Beasley [2] 16/7 17/9
became [1] 28/2
because [33] 5/23 9/7 10/4 10/18 12/9 12/22 13/7 15/25 16/1 16/5 16/10 16/11 16/20 17/13 18/4 18/22 23/6 23/11 23/15 23/18 25/10 25/21 25/25 26/7 27/5 29/4 31/2 36/3 37/15 40/3 41/1 43/4 43/20
been [50]
before [11] 1/8 8/1 18/15 18/16 24/24 27/13 30/8 30/8 34/11 40/20 41/6
began [2] 38/7 40/3
beginning [1] 8/24
behalf [2] 25/6 38/5
behind [1] 13/9
behold [1] 37/10

18/16

assigned [2] 37/11 37/17
at [48]
attack [1] 12/11
attend [1] 25/4
attended [1] 25/1
attorney [5] 17/14 19/24 24/23 24/23 41/12
attorney-client [2] 24/23 24/23
attorneys [13] 5/8 5/25 6/1 7/1 8/15 8/16 8/20 18/20 21/13 29/7 30/13 30/13 39/24
attorneys' [4] 7/5 7/7 7/12 32/3
attributable [1] 8/23
available [6] 19/10 19/11 19/14 23/1 23/16 41/23
Avenue [2] 1/14 2/6
award [2] 19/1 37/19
awarded [1] 14/7
awards [1] 19/9
aware [3] 7/22 41/5 41/14

being [11] 19/21 11/2
16/2 16/17 25/2 31/15
32/18 32/18 34/25
41/5 42/7
believe [13] 8/9 8/23
26/19 37/12 37/14
37/18 38/16 38/24
40/6 41/7 41/9 41/10
42/1
bell [1] 11/9
benefit [41] 8/5 8/6
8/6 13/22 13/23 14/1
14/3 14/6 14/9 15/2
15/11 15/12 15/21
16/9 16/10 16/13
16/19 16/21 17/6
17/11 17/20 17/21
17/22 18/2 19/12
19/13 21/10 22/25
22/25 23/13 23/25
27/17 32/7 32/25 33/1
36/23 37/12 37/17
37/18 42/24 43/2
best [1] 44/7
better [2] 8/13 10/18
between [4] 10/24
12/13 16/3 25/19
big [3] 8/11 17/14
20/4
bigger [1] 10/3
billion [2] 21/9 21/11
birthday [2] 43/20
43/21
bit [4] 22/22 27/20
30/10 36/2
blanket [1] 31/18
block [1] 34/6
blood [1] 25/14
blue [1] 37/4
bold [1] 9/11
born [2] 31/15 31/16
both [7] 8/8 13/15
15/12 27/12 33/3
33/24 42/6
bottom [1] 42/23
brief [1] 9/7
briefly [1] 7/21
briefs [2] 34/2 34/11
bring [1] 20/1
brought [1] 23/7
BrownGreer [1] 29/5
bulk [1] 5/3
bunch [1] 16/1
but [51]

**C**

Cabraser [1] 27/22
California [1] 28/7
call [7] 4/5 7/24
25/12 26/25 27/2 28/9
44/1
called [2] 25/23 40/8
came [9] 8/19 9/17
11/25 13/14 15/2
15/24 15/25 18/1
21/18

can [6] 10/2 15/18
19/25 22/23 26/6
41/16
can't [2] 5/25 35/2
capacities [1] 7/18
capacity [1] 7/23
caps [2] 31/4 31/6
careful [1] 10/18
carefully [3] 17/13
17/15 23/4
case [85]
case-specific [1]
17/8
cases [55]
Casteix [1] 1/19
causation [9] 10/15
10/24 12/16 17/12
18/17 22/9 22/13 25/9
25/10
caused [4] 12/3 12/7
12/7 12/8
CCR [3] 2/8 44/4
44/11
census [1] 21/19
certain [2] 2/5 25/21
certainly [3] 29/7
39/6 41/15
CERTIFICATE [1]
44/3
certify [1] 44/6
chair [3] 13/6 13/7
29/16
chance [2] 28/17
changed [1] 40/8
charge [2] 10/16
29/25
charging [1] 26/17
chart [1] 28/18
check [2] 20/6 39/25
cheering [1] 41/9
Chicago [2] 2/7 42/19
Chris [2] 28/10 28/10
circuit [3] 32/21
34/12 34/17
circuits [1] 28/3
claim [10] 5/9 5/16
10/8 35/11 36/3 36/11
36/15 36/17 36/19
37/13
claimants [13] 8/15
10/11 11/21 13/20
16/7 16/8 16/14 17/23
20/23 21/2 28/23 32/1
32/2
claiming [1] 12/7
claims [41] 5/4 5/5
5/7 5/10 5/11 5/14
5/14 5/17 5/22 5/23
6/24 7/25 8/14 10/2
10/3 10/6 12/1 12/1
12/2 12/2 12/5 12/9
12/14 12/17 12/18
12/19 12/20 13/18
13/19 18/5 20/14
20/15 20/24 21/22
28/4 28/16 29/16 42/8

42/9 42/10 42/10 42/12

class [26] 7/2 7/3 7/6
7/10 7/19 8/21 10/6
11/8 19/1 19/10 19/15
19/23 22/8 22/12
22/14 23/7 23/13
23/16 28/4 36/1 36/2
36/3 36/11 42/3 42/5
42/8
classes [1] 8/12
clean [1] 40/23
cleaning [1] 39/12
clear [2] 8/24 28/3
clerk [1] 40/5
clerk's [1] 40/6
client [12] 14/18
14/18 14/20 14/23
24/23 24/23 30/15
30/16 30/17 30/17
31/1 31/20
clients [5] 13/25
16/11 24/18 30/21
30/22
close [1] 15/7
combined [1] 42/8
come [4] 10/7 15/18
21/16 43/6
comes [2] 13/23
35/16
coming [1] 15/1
17/11
commitments [1]
30/3
committee [32] 6/5
6/6 6/10 6/16 6/20
11/1 12/25 13/1 13/5
13/6 13/7 21/10 22/2
22/14 23/12 23/20
23/25 30/20 31/23
33/3 33/7 33/8 33/23
34/22 36/6 38/11
39/11 40/15 41/1 41/3
41/21 43/9
committee's [1]
33/14
committees [4] 6/2
6/17 20/21 32/5
common [41] 8/5 8/6
8/6 13/21 13/23 14/1
14/3 14/6 14/9 15/1
15/11 15/12 15/13
16/9 16/10 16/13
16/19 16/21 17/6
17/11 17/20 17/21
17/22 18/2 19/12
19/13 21/10 22/23
22/25 23/13 23/25
27/17 32/7 32/25 33/1
36/23 37/12 37/17
37/18 42/24 43/1
communicated [1]
15/20
communication [2]
28/6 30/16
companies [1] 8/15
compensated [8]

**C**

compensated... **[8]**
18/24 22/8 22/10
22/11 22/11 26/6
26/19 38/13
compensation **[1]**
23/17
complained **[1]** 41/20
complaint **[1]** 22/12
complete **[1]** 29/22
completely **[2]** 17/6
22/20
comply **[1]** 9/21
computer **[1]** 2/13
computer-aided **[1]**
2/13
concerned **[1]** 12/21
concluded **[1]** 25/18
conclusion **[1]** 20/2
conferences **[4]**
38/17 38/22 38/23
40/12
consider **[1]** 36/15
considerable **[1]** 5/24
consideration **[5]**
12/10 34/21 34/22
35/23 43/14
consist **[1]** 6/8
consisting **[1]** 33/3
consulted **[1]** 29/8
consumer **[35]** 5/13
5/14 7/2 7/3 7/6 7/19
8/12 8/21 10/6 11/8
19/1 19/10 19/14
19/23 22/8 22/12
22/14 23/6 23/13
23/16 28/4 28/6 28/12
36/1 36/2 36/11 37/1
39/10 40/19 41/4
42/25
consumers **[1]** 7/10
consumption **[1]**
12/13
contact **[2]** 37/20
39/17
contemporaneously
**[1]** 32/12
contract **[11]** 14/11
14/12 14/18 14/19
14/23 30/14 30/15
31/6 31/11 31/19
31/23
contrary **[1]** 22/20
convened **[1]** 33/10
conversations **[1]**
36/21
copies **[1]** 39/20
corporations **[1]**
42/15
correct **[4]** 38/8
38/11 38/15 44/6
corrected **[1]** 41/7
cost **[2]** 12/22 39/7
costs **[3]** 18/9 18/21
19/15

could **[5]** 10/7 12/7
25/10 37/3 41/7
couldn't **[1]** 27/2 28/4
counsel **[18]** 4/8 6/11
7/23 24/11 25/21
26/17 36/24 37/6 38/6
38/12 38/20 38/25
39/15 39/21 39/23
40/8 40/15 41/25
country **[1]** 31/3
couple **[1]** 7/8
court **[41]** 1/1 2/8
4/12 4/19 4/20 5/22
6/11 6/25 7/8 7/13
7/17 7/22 8/1 8/2 8/7
8/9 8/23 9/6 9/9 19/9
20/11 22/1 24/9 25/4
27/3 27/4 32/16 32/20
32/20 33/25 34/11
34/17 35/20 37/19
38/1 39/4 40/20 41/25
44/4 44/5 44/12
Court's **[1]** 39/19
courtesies **[1]** 24/6
courthouse **[1]** 41/9
41/16
courtroom **[3]** 27/6
38/22 42/24
CPA **[6]** 32/6 32/10
32/13 32/15 34/4 35/5
create **[1]** 5/15
created **[2]** 6/16
20/21
critical **[1]** 36/15
criticism **[1]** 28/13
criticize **[1]** 27/25
curve **[1]** 11/9
cut **[2]** 16/24 16/25

**D**

D.C **[1]** 25/18
damage **[1]** 20/14
damages **[2]** 5/19
5/24
dangers **[1]** 36/5
Dante **[1]** 26/25
Daubert **[1]** 25/9
Daubertized **[1]**
10/19
DAVIS **[5]** 1/13 4/20
9/4 36/22 38/5
DAWN **[1]** 1/19 4/18
day **[9]** 16/21 22/14
32/23 34/18 35/3
35/25 39/23 39/24
40/18
days **[1]** 34/8
deal **[6]** 14/14 20/10
20/12 22/2 28/5 30/20
dealing **[2]** 7/5 26/14
deals **[1]** 8/1
dealt **[6]** 7/1 20/19
27/18 41/6 41/7 41/11
Dean **[1]** 44/1
dearly **[1]** 26/11
death **[1]** 20/15

decade **[1]** 22/23
decade-plus **[1]**
22/23
decide **[2]** 16/20
43/14
decided **[2]** 23/12
37/3
decides **[1]** 27/15
decision **[1]** 18/24
decisions **[1]** 19/2
deep **[2]** 25/7 25/11
defense **[1]** 8/15
delayed **[1]** 38/18
demanding **[1]** 34/19
denied **[1]** 41/15
departed **[1]** 26/11
depend **[3]** 19/2 19/3
19/3
depends **[1]** 22/12
depositions **[6]** 6/18
6/20 29/24 32/19 33/9
34/10
depository **[1]** 29/23
description **[1]** 23/4
detailed **[1]** 36/9
develop **[3]** 10/23
16/22 18/13
developed **[1]** 18/12
developing **[3]** 17/12
18/5 18/17
development **[1]**
18/14
diabetes **[1]** 25/14
did **[51]**
didn't **[20]** 5/15 5/16
14/1 14/21 15/3 15/6
15/10 16/3 16/8 18/21
22/15 26/7 26/7 30/4
31/5 31/16 33/18
33/25 35/1 37/23
different **[6]** 31/17
34/19 36/2 36/7 36/11
36/13
difficult **[2]** 27/7
27/12
difficulties **[1]** 5/16
difficulty **[2]** 5/10
27/5
dignity **[1]** 24/13
direct **[1]** 10/14
directed **[4]** 11/1
25/17 26/5 26/11
directly **[3]** 23/2 29/7
37/23
disclosing **[1]** 36/5
disconnect **[1]** 23/2
discounted **[1]** 35/4
discovered **[2]** 12/19
20/16
discovery **[5]** 11/3
11/3 21/5 30/5 32/19
discs **[1]** 29/25
dismiss **[1]** 37/2
dismissals **[1]** 10/7
distinction **[1]** 36/6
distributed **[2]** 21/12

35/13
district **[8]** 1/1 1/2
1/9 9/2 26/18 31/3
44/5 44/5
divide **[2]** 20/3 20/4
dividing **[1]** 22/19
do **[38]** 7/6 8/10
10/11 10/12 11/13 14/9
14/16 14/21 20/3 22/4
22/18 26/12 26/19
26/20 27/11 28/15
28/17 28/20 30/4
30/15 32/7 33/18
33/25 34/4 38/20
39/21 39/21 39/25
39/25 40/16 40/21
40/23 41/9 42/5 42/6
42/6 42/13 43/6
docket **[2]** 28/1 39/25
doctor **[1]** 5/20
document **[2]** 35/7
37/15
documents **[7]** 6/21
24/22 32/16 32/17
34/8 37/24 40/9
does **[2]** 39/2 42/3
doing **[8]** 16/10 20/14
22/3 23/14 31/17
32/24 34/25 36/25
dollars **[2]** 19/15
21/12
don't **[14]** 14/10
14/14 21/17 25/12
26/16 26/20 27/7
27/16 35/8 38/23 40/7
40/13 41/19 42/10
done **[27]** 8/18 8/18
8/20 9/8 13/1 15/9
16/23 17/2 19/21 20/1
22/21 22/22 22/25
23/17 24/1 26/13
28/14 30/5 32/18
32/18 34/25 35/9 40/4
42/25 43/1 43/4 43/7
double **[1]** 20/6
double-check **[1]**
20/6
Doug **[2]** 25/19 28/9
down **[6]** 9/5 9/17
15/18 15/24 17/12
19/16
Doyle **[4]** 2/8 44/4
44/11 44/11
draconian **[1]** 9/14
drawn **[1]** 28/12
drop **[1]** 18/10
drug **[2]** 12/13 25/12
41/8
Dugan **[2]** 23/23
27/23
during **[1]** 6/21
duties **[5]** 11/2 11/4
18/4 19/22 22/5
DVT **[3]** 25/7 25/11
25/13
dwarfed **[1]** 34/9

**E**

each **[8]** 13/16 20/25
20/25 21/17 35/10
36/9 36/18 37/15
earlier **[6]** 9/13 38/9
38/18 39/9 40/3 40/12
early **[1]** 38/9
earned **[1]** 11/16
East **[1]** 41/10
EASTERN **[3]** 1/2 9/2
44/5
easy **[1]** 17/24
effect **[1]** 13/17
either **[6]** 20/25
23/21 23/23 39/1
39/18 42/19
elaborate **[1]** 39/14
elaborately **[1]** 38/12
elderly **[2]** 25/11
25/13
ELDON **[1]** 1/9
eleventh **[1]** 40/17
eligible **[1]** 12/9
else **[3]** 13/8 15/6
37/8
email **[1]** 41/23
emails **[6]** 32/19 34/8
34/15 34/16 36/23
39/25
encouraging **[1]** 13/8
end **[4]** 16/21 26/15
32/22 40/17
ended **[4]** 11/1 15/25
16/1 16/6
ends **[1]** 22/6
England **[1]** 24/21
enroll **[1]** 40/9
entire **[2]** 21/18
21/20
entitled **[9]** 7/12 7/14
13/21 16/14 17/22
20/25 37/12 37/18
44/8
entries **[1]** 28/1
ESQ **[8]** 1/13 1/13
1/16 1/19 1/22 2/3 2/6
3/4
Essentially **[1]** 30/1
establish **[3]** 11/3
11/4 25/10
established **[1]** 25/10
etc **[1]** 27/6
even **[8]** 8/24 12/14
12/15 17/13 21/6 27/8
32/3 40/18
ever **[2]** 41/5 43/21
every **[18]** 6/10 9/25
10/3 11/10 22/22
24/12 26/9 26/12
26/13 31/3 31/19 35/7
35/10 36/9 36/18
37/15 39/2 40/4
everybody **[11]** 6/3
13/15 13/15 18/8 18/8
21/7 25/6 32/7 32/23
35/3 36/14

## E

everybody's [1] 14/19
everything [2] 22/20 29/11
evidence [4] 33/8 33/20 34/1 34/1
exactly [1] 13/3
example [1] 26/20
exceeds [1] 11/14
excellent [1] 27/22
except [3] 13/9 13/14 28/2
exchange [1] 9/20
exchanged [1] 36/24
exist [2] 12/12 12/12
exists [2] 19/8 20/8
expected [1] 38/13
expense [6] 12/23 18/25 29/23 38/18 39/15 43/10
expenses [4] 15/22 19/12 38/14 43/7
experts [3] 17/8 18/18 25/9
extant [1] 12/6
extensively [1] 20/20
extent [1] 15/10
extraordinary [2] 24/12 25/1
extreme [1] 27/5
extremely [1] 27/7

## F

fact [12] 31/15 36/10 36/13 36/23 38/15 38/18 38/20 39/11 39/18 40/18 41/23 41/24
factor [2] 36/16 36/19
facts [1] 27/9
fair [1] 14/11
FALLON [3] 1/9 4/20 24/10
far [1] 11/9
favorable [1] 10/6
FCRR [3] 2/8 44/4 44/11
February [3] 5/1 38/8 43/20
February 16 [2] 5/1 43/20
federal [2] 28/3 33/24
fee [70]
feel [2] 26/7 26/20
feels [1] 7/14
fees [17] 7/5 7/7 7/12 7/14 15/21 17/20 19/10 24/19 26/16 26/19 27/17 31/6 32/3 35/23 37/22 38/1 39/15
felt [5] 5/17 7/12 15/5 15/12 31/2

few [2] 8/4 15/23 39/12
Fifth [2] 32/21 34/12
Fifth Circuit [2] 32/21 34/12
figure [1] 25/19
filed [8] 5/4 7/10 32/16 36/7 36/13 37/3 37/13 37/16
filings [1] 40/9
fill [2] 30/20 32/12
filling [1] 14/15
final [2] 8/10 18/24
finalizing [1] 37/7
finally [1] 7/2
find [1] 21/24
finish [1] 16/11
firm [6] 1/16 11/2 11/14 17/14 26/6 39/17
firms [3] 20/22 27/24 30/3
firms's [1] 17/5
first [9] 5/22 9/8 9/11 9/16 9/17 15/15 20/15 24/11 37/4
five [3] 6/22 25/3 35/16
fly [1] 43/9
focus [1] 7/14
focused [4] 5/22 6/25 20/16 32/3
focusing [1] 7/22
folks [9] 16/24 22/4 24/13 39/5 41/14 42/24 43/1 43/18 43/25
follow [2] 38/13 39/16
footnote [1] 36/8
foregoing [1] 44/6
forget [1] 42/20
forms [2] 14/15 30/20
forth [1] 35/9
found [1] 31/7
four [2] 23/24 35/12
frankly [3] 12/21 38/25 40/19
friend [1] 26/11
front [2] 22/15 22/16
fronts [1] 22/13
fulfill [1] 11/4 19/6
full [2] 19/9 23/17
fund [2] 19/1 19/13
funds [2] 7/5 23/1
further [2] 28/2 39/12
furtherance [1] 35/22

## G

Gainsburgh [1] 26/12
Garretson [1] 17/19
Garrett [18] 8/5 11/12 17/3 17/16 19/18 19/19 22/3

23/21 23/22 29/5 37/21 38/21 39/7 40/22 41/22 42/1 42/1 43/8
Garrett-approved [2] 19/18 23/22
gates [1] 26/25
gave [9] 6/3 10/22 14/1 14/2 15/4 15/10 20/25 22/17 32/11 general [7] 5/8 7/1 17/12 19/24 21/13 25/9 41/12
gentlemen [1] 4/4
get [15] 6/23 14/13 16/3 16/19 23/16 26/19 26/19 27/1 27/5 27/6 27/14 29/12 36/22 40/9 41/21
gets [1] 19/16
getting [5] 10/19 26/10 26/16 36/16 36/19
Getty [3] 2/2 2/3 4/10
give [4] 14/1 14/24 14/25 22/15
given [3] 35/17 39/19 41/18
global [2] 36/20 37/5
go [9] 13/8 13/8 13/8 20/21 27/3 27/15 28/1 29/20 33/8
going [9] 11/8 13/2 14/24 14/25 17/8 28/1 30/18 40/14 43/3
gone [1] 27/5
good [12] 4/3 4/11 4/19 4/22 7/16 8/3 8/22 19/25 22/22 24/9 26/22 27/22
got [30] 5/1 7/21 13/15 13/15 13/20 14/3 14/3 14/23 15/9 15/12 16/5 18/5 19/11 19/23 21/6 21/7 21/7 21/11 24/2 24/18 24/19 27/1 27/14 28/9 29/4 29/5 29/6 32/4 35/11 43/21
gotten [2] 9/19 17/20
grace [1] 32/11
great [2] 13/11 28/5
greatly [1] 27/25
group [8] 2/2 8/16 9/1 17/19 17/23 17/25 18/3 28/24
groups [7] 8/4 8/11 10/3 17/3 19/6 19/7 19/18
grow [1] 4/25
guidance [1] 10/4
guiding [1] 9/24

## H

had [93]
hadn't [1] 18/10

half [2] 19/20 29/21
handle [2] 6/2 30/3
handled [5] 6/19 24/12 31/22 41/1 42/19
handles [1] 24/12
handling [1] 8/25
happen [1] 29/20
happened [8] 13/3 13/24 15/19 24/20 25/16 25/16 25/20 35/4
happens [2] 24/19 25/21
hard [1] 26/18
has [31] 7/6 7/13 8/12 8/17 11/10 11/19 13/17 17/3 18/5 18/6 18/19 19/20 22/3 22/9 22/11 22/21 23/17 23/18 24/12 27/21 28/14 29/22 34/14 34/18 38/16 40/4 41/2 41/22 42/8 43/7 43/9
hasn't [2] 22/10 23/12
have [99]
haven't [4] 14/5 17/20 23/11 41/1
having [7] 6/1 13/1 33/14 37/13 39/13 41/20 43/9
he [10] 26/21 26/24 27/2 30/9 35/15 35/16 35/17 39/18 39/23 41/17
head [1] 23/7
heads [1] 20/2
hear [3] 7/14 24/2 35/18
heard [6] 7/8 9/24 9/25 10/1 10/5 34/1
hearing [2] 9/15 41/4
hearings [3] 25/9 33/10 40/21
heart [1] 12/11
held [3] 10/24 16/17 19/15
help [1] 29/13
helped [1] 15/10
helpful [1] 34/14
her [1] 9/11
here [25] 7/18 8/7 8/25 9/5 9/17 9/20 10/2 11/6 14/2 15/18 15/24 15/25 17/12 18/23 19/5 22/18 23/3 23/5 23/5 23/14 25/3 27/24 35/21 41/8 41/11
here's [2] 15/15 19/10
Herman [6] 1/12 1/12 1/13 4/20 24/10 36/21
HHK [3] 19/20 23/16 23/22

high [1] 25/14
him [3] 28/10 35/18 35/18
himself [1] 42/2
hired [1] 25/8
hiring [1] 5/20
his [4] 27/23 35/15 40/23 41/23
hold [2] 17/18 20/2
hold-our-heads-up [1] 20/2
Honor [77]
Honor's [2] 39/20 40/1
HONORABLE [1] 1/9
Hood [1] 9/3
hour [5] 11/10 20/5 20/7 26/17 40/17
hours [25] 8/5 17/4 17/5 17/6 17/7 18/7 18/18 19/19 19/20 19/22 20/2 20/2 23/18 23/20 23/21 23/22 23/23 23/24 26/6 26/7 26/8 26/14 27/21 27/23 27/25 35/3
Houston [1] 25/1
how [10] 11/9 16/19 17/25 21/17 27/11 28/15 28/25 35/9 38/23 42/6
however [2] 5/5 34/8
huge [2] 10/3 22/24
huh [1] 42/11
hundred [2] 26/1 38/25
hundreds [1] 21/11

## I

I'll [1] 7/14
I'm [29] 7/22 8/7 11/6 11/6 14/24 14/25 18/23 20/3 20/3 21/1 22/1 23/5 23/5 23/14 27/24 28/21 29/15 30/2 32/2 34/15 35/21 37/12 37/18 40/14 40/14 41/4 41/5 41/14 43/3
I've [2] 17/14 43/19
if [23] 5/17 8/7 9/6 10/12 10/20 12/6 12/17 14/7 16/23 17/2 17/25 18/10 19/8 20/2 20/4 32/7 36/8 37/1 38/7 38/10 38/15 42/23 43/4
iffy [1] 12/17
Illinois [1] 2/7
immediately [1] 25/23
important [2] 34/15 36/5
in [181]
In re [1] 4/6
inception [2] 35/7

**I**

**inception...** [1] 35/7
**inclined** [1] 43/5
**included** [6] 18/5
36/3 36/11 36/25 37/7
37/9
**including** [1] 15/23
**incur** [1] 43/7
**incurred** [1] 5/20
**INDEX** [1] 3/1
**indicated** [3] 12/3
29/22 37/21
**indicates** [1] 30/9
**indicating** [3] 5/10
36/18 36/22
**individual** [18] 5/4
5/7 5/22 10/2 13/20
13/25 14/22 15/13
16/8 17/7 20/23 21/2
30/22 31/7 31/16
31/22 32/1 36/1
**individuals** [15] 5/23
7/9 12/23 13/2 20/16
21/6 31/11 31/22
33/10 33/11 34/2
35/10 35/13 42/14
42/16
**ineligible** [3] 7/25
21/22 21/23
**inflated** [1] 27/25
**information** [1]
39/19
**informed** [1] 40/1
**ingestion** [1] 12/8
**initial** [3] 5/16 18/13
38/19
**initially** [1] 35/16
**injured** [1] 8/12
**injuries** [5] 5/15
10/25 10/25 12/6 41/8
**injury** [8] 12/19 19/13
20/15 21/19 32/2
41/12 42/10 42/12
**insiders** [1] 33/23
**instance** [1] 43/8
**instructed** [4] 33/8
35/16 39/21 40/16
**integral** [2] 36/19
37/14
**intense** [2] 25/2
25/17
**interest** [3] 15/25
30/25 33/18
**interested** [2] 6/8
6/13
**interesting** [1] 34/13
**internal** [1] 26/10
**interrupt** [1] 24/25
**interviewed** [1] 6/3
**intimidated** [1] 10/20
**into** [14] 8/19 11/25
12/10 18/1 20/4 20/22
21/18 28/2 32/5 34/21
34/22 37/23 38/1
43/14
**investigated** [1] 25/8

**invited** [2] 6/12 6/12
**involve** [1] 42/18
**involved** [14] 5/23
12/23 25/3 29/15
30/12 30/13 30/13
35/24 36/23 37/8
39/23 39/23 41/21
42/21
**involving** [1] 5/25
**ironic** [1] 21/25
**irregular** [2] 29/4
29/6
**is** [58]
**issue** [3] 7/6 18/19
28/12
**issued** [2] 38/10 39/9
**issues** [7] 4/25 7/20
10/15 11/3 11/4 22/2
39/3
**it** [97]
**it's** [15] 7/21 11/11
11/12 14/11 15/1 22/7
22/24 23/15 26/18
32/24 34/9 34/15 38/8
43/20 43/22
**its** [3] 8/9 35/6 35/7

**J**

**James** [3] 1/22 1/22
4/13
**Jersey** [3] 25/5 28/7
31/16
**job** [3] 13/11 23/3
27/22
**Journal** [1] 24/21
**joy** [1] 9/18
**judge** [15] 1/9 4/20
7/18 9/2 9/3 9/25 11/6
15/14 22/15 22/18
23/6 24/10 41/10
43/22 43/23
**Judge Fallon** [2] 4/20
24/10
**Judge Hood** [1] 9/3
**juncture** [1] 25/13
**June** [4] 16/24 19/21
23/17 26/5
**June 10** [1] 19/21
**June 2010** [1] 26/5
**jury** [1] 25/3
**just** [17] 8/3 9/6
10/12 11/5 16/10 17/9
18/14 20/2 20/3 22/19
26/7 27/1 32/8 35/4
37/24 39/22 41/19
**justified** [1] 30/23

**K**

**Katrina** [1] 24/24
**Katz** [1] 1/12
**keep** [6] 26/7 26/8
28/6 30/17 34/7 37/15
**keeping** [3] 30/24
34/15 34/24
**Kentucky** [4] 1/17
2/4 8/25 9/2

**kept** [4] 17/11 26/9
27/22 27/23
**kind** [2] 21/25 23/25
**Kingsdorf** [1] 1/19
**knew** [6] 12/22 13/1
33/4 34/24 34/25
36/17
**know** [20] 13/15
13/15 24/16 27/4
27/16 28/15 28/20
29/14 32/9 34/4 34/6
34/6 35/3 35/8 38/23
39/6 40/3 40/13 41/19
43/19
**knowledge** [1] 41/22
**known** [2] 5/10 5/17
**knows** [3] 8/13 34/18
35/3

**L**

**laborious** [1] 25/6
**ladies** [1] 4/3
**laid** [1] 38/11
**lane** [1] 9/7
**last** [1] 9/18
**lasted** [1] 25/17
**lasting** [1] 43/22
**late** [2] 35/16 43/5
**later** [3] 35/15 39/8
**law** [7] 1/16 1/22 2/2
2/5 27/8 27/9 27/10
**lawsuit** [1] 34/10
**lawyer** [8] 6/13 24/12
26/21 26/23 31/17
31/19 31/23 41/16
**lawyers** [22] 6/8 11/7
13/25 14/11 14/12
14/22 20/24 21/10
24/19 26/16 27/23
29/14 30/1 30/12 31/7
31/11 32/24 33/3 33/4
33/5 33/6 41/19
**lead** [2] 7/23 26/21
**learned** [1] 24/11
**least** [2] 26/4 35/11
**leave** [1] 35/22
**left** [7] 13/4 18/5 19/8
19/12 27/16 27/17
30/3
**legitimate** [1] 22/7
**LEONARD** [3] 1/13
4/20 38/5
**Less** [1] 29/1
**let** [7] 24/2 24/11
27/20 28/15 29/14
30/7 30/9
**Let's** [2] 4/5 44/1
**letting** [1] 34/4
**Lexington** [1] 2/4
**Lexis** [1] 40/6
**LexisNexis** [1] 40/7
**LIABILITY** [2] 1/4
4/7
**liaison** [4] 7/23 38/6
40/15 41/25
**life** [1] 25/13

**like** [8] 11/5 15/21
17/9 18/14 19/11
29/17 39/14 41/13
**limited** [1] 23/10
**line** [3] 13/2 35/18
42/23
**list** [1] 29/13
**listed** [2] 24/22 32/18
**listened** [1] 34/1
**literature** [3] 12/6
12/11 12/14
**litigant** [1] 31/15
**litigants** [5] 6/11 7/4
14/10 14/12 31/25
**litigants'** [1] 31/14
**litigation** [26] 1/4
4/7 5/3 6/2 6/7 6/14
6/21 7/1 7/11 11/25
13/12 13/14 14/17
15/5 18/2 19/24 21/18
25/2 32/4 35/6 35/25
38/7 38/9 40/1 41/9
43/5
**little** [3] 27/20 30/10
36/2
**LLC** [1] 1/12
**LLP** [1] 1/19
**lo** [1] 37/10
**lo and** [1] 37/10
**lodestar** [1] 20/6
**logged** [2] 17/13
17/15
**Lone** [2] 9/14 9/20
**Lone Pine** [1] 9/20
**long** [2] 9/20 11/9
**longest** [1] 43/22
**look** [5] 17/2 18/2
33/19 34/8 39/18
**looked** [5] 13/9 15/5
15/12 21/12 34/20
**looking** [2] 10/19
11/24
**looks** [2] 16/23 19/11
**lot** [7] 9/8 12/24 19/2
43/6 43/7 43/8 43/10
**lots** [1] 8/14
**LOUISIANA** [5] 1/2
1/14 1/20 2/9 44/6
**Louisville** [1] 1/17
**lumping** [1] 22/19
**Lyle** [4] 1/22 1/22
4/13 4/14

**M**

**made** [12] 5/9 8/24
20/24 31/21 32/17
33/11 34/2 35/10
38/19 40/19 41/24
42/1
**main** [5] 2/3 16/25
18/6 30/9 30/10
**make** [9] 4/8 10/23
14/10 18/23 24/1
24/15 33/21 39/13
39/17
**maladies** [1] 12/14

**managed** [1] 17/19
**management** [1]
39/7
**manipulation** [5]
36/4 36/12 36/15
37/13 42/9
**many** [13] 5/5 8/15
11/14 14/12 14/13
28/15 28/25 37/2
38/16 38/23 39/21
40/12 40/12
**March** [2] 1/6 4/2
**Marvin** [2] 25/19 28/9
**massive** [3] 20/1
20/10 20/11
**master** [6] 9/5 16/8
18/20 18/25 20/6
33/17
**master's** [1] 34/23
**material** [2] 34/20
35/8
**matter** [15] 4/25 5/2
21/16 24/12 24/18
25/18 25/24 26/4 26/4
39/10 40/20 40/21
41/5 41/11 44/8
**matters** [5] 20/24
40/10 41/12 41/21
43/10
**may** [13] 4/12 4/19
7/16 9/15 15/19 16/20
24/9 27/15 35/20 41/6
43/1 43/3 43/4
**maybe** [4] 14/14
15/14 16/6 23/24
**MD** [1] 1/4
**MDL** [13] 4/6 5/1 5/6
17/4 19/20 23/2 23/18
23/21 30/11 40/4 40/4
41/6 41/10
**MDL-approved** [1]
23/21
**me** [41] 8/14 8/19
10/9 10/16 10/17 11/1
11/2 11/4 14/7 14/11
16/6 16/11 17/8 18/22
21/4 21/15 22/15
22/17 23/21 24/2 24/7
24/11 24/15 26/18
27/3 27/4 27/20 28/15
29/13 29/14 30/6 30/7
30/8 30/8 30/10 31/13
32/15 33/12 33/21
34/3 34/4
**mean** [4] 12/2 26/8
26/17 31/16
**meaning** [1] 29/14
**means** [1] 21/20
**mechanical** [1] 2/12
**mechanism** [2] 8/4
8/10
**Medicaid** [1] 5/9
**Medicine** [1] 24/21
**meet** [2] 28/9 41/18
**meeting** [1] 6/10
**meetings** [1] 13/14

**M**

**members [3]** 13/5 21/7 26/1
**memory [5]** 9/7 25/8 38/8 38/10 38/15
**mentioned [9]** 7/19 7/21 8/3 8/8 8/11 30/11 38/9 38/17 39/8
**Merck [12]** 15/20 17/18 18/11 18/15 18/16 27/13 28/7 28/12 36/4 36/17 36/17 42/17
**Merck's [1]** 29/6
**met [3]** 26/2 26/22 32/15
**Mexico [1]** 1/23
**MI [1]** 10/15
**Michigan [1]** 2/6
**might [7]** 7/22 10/12 10/21 12/8 12/12 40/7 40/18
**million [15]** 6/21 15/16 15/19 18/25 19/9 19/11 19/12 19/14 19/15 19/17 20/5 27/14 27/17 27/17 28/22
**millions [1]** 21/12
**mine [2]** 15/23 22/11
**minus [1]** 28/19
**misstated [2]** 27/9 27/9
**mistaken [1]** 41/6
**misunderstanding [1]** 15/14
**mix [1]** 21/15
**modify [1]** 9/12
**modifying [1]** 9/22
**moment's [1]** 41/18
**moments [1]** 39/22
**money [12]** 5/12 5/18 11/13 11/16 15/22 18/14 19/10 21/8 22/19 27/15 32/2 32/3
**monitoring [1]** 28/5
**month [3]** 6/10 32/4 32/25
**month's [1]** 32/11
**monthly [7]** 32/10 32/15 34/24 36/9 36/18 38/22 40/12
**months [1]** 9/13
**more [14]** 7/22 8/13 16/1 16/5 19/21 21/6 23/15 23/16 25/20 28/8 34/18 34/19 35/2 41/8
**morning [7]** 4/3 4/11 4/19 4/22 7/16 24/9 26/2
**most [2]** 20/14 36/2
**motion [11]** 7/19 8/1 9/10 9/11 9/12 23/8 30/8 30/8 35/14 37/2 40/22

**motions [2]** 6/18 32/20
**move [2]** 24/25 30/7
**moved [1]** 27/1
**Mr [1]** 4/14
**Mr. [27]** 8/5 9/4 26/22 27/23 30/9 35/14 36/21 36/22 37/21 38/21 39/7 39/10 39/17 39/22 40/13 40/22 40/22 40/23 41/22 42/1 42/1 42/3 42/5 43/3 43/6 43/8 43/13
**Mr. Davis [2]** 9/4 36/22
**Mr. Dugan [1]** 27/23
**Mr. Garrett [9]** 8/5 37/21 38/21 39/7 40/22 41/22 42/1 42/1 43/8
**Mr. Herman [1]** 36/21
**Mr. Robert [1]** 35/14
**Mr. Seeger [1]** 26/22
**Mr. Shelist [11]** 30/9 39/10 39/17 39/22 40/13 40/23 42/3 42/5 43/3 43/6 43/13
**Mr. Shelist's [1]** 40/22
**Ms. [4]** 10/10 10/18 27/21 27/22
**Ms. Barrios [1]** 27/21
**Ms. Cabraser [1]** 27/22
**Ms. Oldfather [2]** 10/10 10/18
**much [7]** 8/13 22/17 24/5 34/9 38/4 43/13 43/15
**multiple [1]** 40/20
**Murray [1]** 23/23
**must [1]** 15/8
**my [40]** 7/23 8/1 10/13 11/1 11/2 11/13 15/17 17/5 17/11 17/14 18/9 18/24 22/13 23/8 23/12 23/15 25/8 25/13 27/13 29/4 30/1 30/22 35/1 35/22 35/23 35/23 36/1 36/10 36/10 36/14 36/18 37/22 38/1 38/2 38/7 38/10 38/15 41/22 43/20 44/7
**myself [2]** 21/24 25/19

**N**

**N.W [1]** 1/23
**name [2]** 25/14 36/10
**napkin [1]** 25/20
**near [2]** 16/4 38/25
**necessary [1]** 26/8

**need [4]** 24/14 26/14 26/19 27/18
**needed [6]** 9/21 25/25 38/13 38/20 39/16 39/25
**negotiate [1]** 28/8
**negotiated [3]** 12/20 30/25 31/24
**negotiation [1]** 25/17
**never [7]** 22/11 24/17 27/10 27/18 29/8 37/11 37/24
**New [10]** 1/14 1/20 1/23 2/9 6/22 24/21 25/5 28/7 31/16 42/19
**New England [1]** 24/21
**New Jersey [3]** 25/5 28/7 31/16
**New Orleans [1]** 6/22
**New York [1]** 42/19
**newcomer [1]** 10/21
**next [3]** 6/25 30/8 44/1
**night [1]** 9/18
**nine [5]** 9/17 15/24 16/11 22/1 29/2
**no [10]** 14/5 21/1 24/19 26/6 28/13 31/12 41/3 42/12 42/16 42/21
**nobody [2]** 13/7 13/9
**non [1]** 10/15
**non-MI [1]** 10/15
**none [1]** 13/14
**noneligible [11]** 10/11 11/21 16/2 16/14 28/16 28/23 29/3 29/13 29/16 30/1 30/4
**nonenrolled [1]** 7/25
**not [62]**
**note [1]** 29/21
**nothing [2]** 29/18 31/12
**notified [2]** 28/10 37/4
**notify [1]** 27/3
**notwithstanding [1]** 31/20
**now [15]** 7/4 11/10 15/15 17/19 19/8 20/8 26/14 26/16 27/20 31/2 31/21 32/24 35/18 39/22 40/21
**number [9]** 5/14 6/4 6/16 25/14 30/12 33/16 36/10 38/16 41/23
**numbers [3]** 35/4 35/5 35/6
**numerous [1]** 37/21

**O**

**O'Keefe [1]** 1/14
**object [2]** 26/16

**need [4]** 24/14 26/14 ... (continued)

**objections [4]** 33/14 33/16 33/20 33/21
**obligation [3]** 18/12 39/24 40/9
**obligations [1]** 40/25
**obviously [1]** 20/13
**occasions [1]** 37/21
**off [4]** 12/9 12/18 16/24 16/25
**office [3]** 14/15 18/9 18/9
**Offices [1]** 1/22 2/5
**Official [3]** 2/8 44/4 44/12
**often [3]** 25/21 38/20 41/25
**Oh [1]** 14/7
**okay [3]** 4/14 26/22 43/12
**Oldfather [9]** 1/16 1/16 3/4 4/23 7/13 7/17 10/10 10/18 28/14
**Oldfather's [1]** 29/12
**on [99]**
**once [1]** 37/17
**one [22]** 4/9 6/22 7/23 9/24 10/9 10/17 13/5 13/18 16/15 19/7 22/14 26/20 28/7 28/7 29/21 31/25 35/25 39/2 39/23 39/24 40/24 41/16
**ones [3]** 11/21 11/22 21/23
**ongoing [1]** 40/25
**only [10]** 10/24 12/10 13/6 13/18 17/5 24/24 29/23 32/19 37/13 40/5
**open [2]** 6/11 29/23
**opinion [2]** 30/22 35/9
**opponent [1]** 24/3
**opportunities [1]** 40/13
**opportunity [14]** 6/3 10/1 10/5 10/5 10/22 35/17 39/2 39/5 39/6 39/13 40/23 41/15 41/18 41/20
**opposed [2]** 31/15 34/16
**opposing [1]** 26/17
**or [51]**
**oral [2]** 1/8 7/8
**order [12]** 9/21 18/13 36/9 36/18 37/25 38/10 38/10 39/6 39/9 39/15 40/1 40/9
**Order 6 [3]** 38/10 38/10 39/6
**ordered [2]** 11/11 19/6
**orders [5]** 9/14 32/6

**originally [2]** 4/25 26/7
**Orleans [4]** 1/14 1/20 2/9 6/22
**other [23]** 5/5 5/19 8/14 12/18 13/3 13/13 13/16 13/24 14/6 14/14 16/18 18/10 20/18 21/17 27/23 28/3 29/21 30/3 31/8 31/9 37/3 40/10 41/11
**others [1]** 41/19
**ought [1]** 26/12
**our [6]** 20/2 24/17 26/6 26/10 29/22 39/17
**out [27]** 4/25 7/19 12/21 13/6 13/23 14/15 15/1 15/2 15/4 20/3 21/16 22/21 23/20 27/18 28/25 30/20 32/6 32/12 33/8 35/1 36/16 37/4 37/6 38/12 39/11 42/1 42/25
**outset [1]** 32/4
**outsider [2]** 33/19 33/25
**over [10]** 5/24 6/18 6/20 15/16 19/12 20/23 22/22 25/17 40/8 40/21
**overall [1]** 37/14
**overtime [1]** 40/18
**own [3]** 17/10 26/10 42/16

**P**

**P.C [1]** 1/22
**packaged [1]** 20/19
**page [2]** 3/2 35/8
**paid [18]** 7/4 8/16 8/17 11/19 17/1 18/7 18/7 18/8 18/19 18/19 19/16 20/22 23/15 24/17 24/18 27/18 32/1 32/23
**painful [3]** 24/15 27/3 27/4
**papered [1]** 25/24
**papers [1]** 28/11
**paragraph [1]** 35/11
**paragraphs [1]** 35/12
**part [5]** 6/25 7/21 18/11 22/17 23/13
**participate [1]** 41/21
**participated [4]** 7/9 21/5 21/5 29/8
**participating [2]** 6/9 6/13
**particular [23]** 4/24 5/7 7/11 12/13 13/18 13/19 13/22 15/3 15/7 15/13 17/22 20/17 20/20 20/20 20/24

# P

**particular... [8]** 21/8 21/13 30/12 31/4 36/17 38/2 40/25 41/17
**particularly [2]** 21/18 25/11
**parties [2]** 6/4 6/23
**party [1]** 8/14
**pass [1]** 43/3
**pay [5]** 14/10 18/14 23/1 31/16 32/24
**PC [1]** 2/5
**PDF [1]** 37/24
**pending [1]** 40/20
**Pennsylvania [1]** 26/24
**people [21]** 6/4 6/12 9/21 10/1 11/14 12/24 13/8 14/15 16/6 17/1 19/6 19/7 19/7 20/13 20/25 23/24 25/11 26/18 33/24 41/15 41/25
**percent [23]** 14/19 14/20 14/23 14/24 14/24 14/25 14/25 15/1 15/21 15/21 21/11 21/21 23/20 23/22 26/1 29/18 29/18 31/8 31/8 31/9 31/18 31/20 31/21
**perform [1]** 37/16
**perhaps [2]** 7/22 29/5
**person [3]** 10/3 35/10 39/1
**personal [9]** 5/15 12/19 19/13 20/15 21/19 32/2 41/12 42/10 42/12
**personal injury/wrongful [1]** 20/15
**persons [2]** 8/12 8/15
**petition [4]** 7/20 35/22 35/23 40/19
**Phil [7]** 11/12 17/3 17/15 22/3 23/21 23/22 29/4
**Philadelphia [2]** 27/1 28/10
**phone [7]** 4/10 4/13 4/16 4/18 6/12 39/1 41/23
**physically [2]** 9/5 37/25
**pick [2]** 18/21 18/22
**picture [4]** 20/4 29/10 29/22 30/7
**pie [1]** 21/14
**piece [1]** 21/13
**Pine [2]** 9/14 9/20
**place [4]** 5/21 8/4 8/10 9/12
**placed [1]** 36/9
**places [1]** 31/8

**plaintiff [6]** 6/8 6/13 14/22 33/3 33/5 33/13
**plaintiffs [10]** 1/12 1/16 1/19 1/22 2/2 2/5 14/1 16/22 36/1 42/14
**plaintiffs' [13]** 6/10 6/16 6/19 8/16 8/20 11/7 17/13 21/10 31/23 34/21 36/6 38/6 38/11
**please [9]** 4/3 4/5 4/12 4/19 7/17 8/7 9/6 24/9 35/20
**PLLC [1]** 2/2
**plus [3]** 10/2 22/23 28/19
**podium [2]** 9/16 24/7
**point [8]** 7/15 21/15 22/21 23/20 24/2 31/25 33/22 43/4
**pointed [1]** 36/16
**points [1]** 8/8
**portion [2]** 6/24 14/2
**position [3]** 5/14 21/25 37/16
**possible [1]** 12/17
**possibly [1]** 12/3
**posted [3]** 40/2 40/5 41/24
**potential [1]** 36/14
**Poydras [2]** 1/20 2/9
**practitioner [1]** 18/10
**preliminary [1]** 26/4
**premature [1]** 23/11
**prescriptions [1]** 5/20
**present [3]** 10/8 39/5 43/21
**presentation [2]** 39/14 41/3
**presented [3]** 23/7 25/24 25/25
**pressure [1]** 25/14
**pretrial [6]** 6/18 32/6 38/10 38/10 39/6 41/24
**prevailed [1]** 13/10
**price [4]** 36/4 41/5 41/5 41/9
**primarily [1]** 8/8
**primary [1]** 7/6
**principle [1]** 9/24
**prioritize [2]** 20/12 20/13
**prioritized [3]** 20/14 34/14 37/3
**privilege [1]** 24/23
**pro [1]** 18/11
**probably [1]** 38/24
**problem [7]** 11/24 12/5 13/22 20/9 21/17 37/22 37/25
**procedure [1]** 38/12
**procedures [1]** 26/10
**proceeded [1]** 5/24

**proceedings [3]** 2/12 3/10 44/8
**process [6]** 11/11 23/6 37/7 37/9 38/12 40/3
**produced [1]** 6/21
**PRODUCTS [2]** 1/4 4/6
**professionalism [1]** 24/13
**professors [1]** 27/10
**project [1]** 20/1
**proof [1]** 10/23
**Propulsid [1]** 40/4
**prosecuting [1]** 9/3
**provide [1]** 6/6
**provided [1]** 39/20
**PSC [36]** 4/21 6/9 8/9 8/18 9/4 10/13 10/14 11/5 11/15 13/17 13/24 14/14 14/21 15/1 15/8 15/20 16/12 17/18 18/4 18/10 20/16 21/2 21/6 21/7 22/8 23/1 23/4 25/8 25/25 26/1 29/8 29/14 31/12 33/5 38/6 40/15
**PSC's [1]** 29/23
**PTO [10]** 9/12 11/2 11/5 16/21 19/6 19/22 22/5 39/9 40/25 40/25
**PTOs [1]** 40/24
**purchasing [1]** 5/19
**purgatory [1]** 27/1
**purposes [2]** 26/9 26/10
**put [11]** 8/4 8/10 9/12 10/16 23/25 29/25 31/18 32/6 32/16 35/2 39/11

# Q

**question [4]** 12/15 13/21 22/7 41/17
**questions [2]** 16/15 39/3
**quickly [1]** 25/24
**quid [1]** 18/11
**quite [5]** 9/18 21/1 38/25 40/18 43/8
**quo [1]** 18/11

# R

**raised [1]** 41/17
**rate [2]** 25/23 29/9
**rather [3]** 9/11 29/6 40/2
**re [2]** 1/4 4/6
**reach [1]** 41/25
**reached [3]** 28/11 37/5 37/6
**read [3]** 34/2 34/7 39/24
**reading [3]** 9/17 34/14 34/16
**really [5]** 9/18 25/1

**reason [1]** 8/7
**reasons [1]** 25/14
**recall [6]** 26/6 26/21 36/8 37/1 40/7 41/16
**receive [2]** 11/17 11/20
**received [3]** 11/18 32/1 32/2
**Recently [1]** 24/18
**recommend [1]** 19/4
**recommendation [5]** 24/1 33/12 33/14 33/15 34/2
**recommendations [3]** 33/21 33/22 34/21
**record [4]** 4/9 32/7 33/11 44/8
**recorded [1]** 2/12
**records [2]** 15/9 27/22
**recover [1]** 28/4
**recovered [1]** 14/20
**redo [2]** 43/8 43/9
**redone [1]** 43/11
**reduced [1]** 14/19
**refer [1]** 14/13
**referrals [1]** 29/2
**referred [1]** 16/6
**regard [1]** 29/12
**regarded [1]** 23/13
**regular [1]** 29/5
**reimbursed [1]** 38/13
**reimbursement [2]** 5/9 39/16
**reimbursing [2]** 18/20 18/21
**relate [1]** 21/17
**related [4]** 7/20 23/15 36/4 36/12
**Relates [1]** 1/6
**relationship [3]** 12/3 12/12 13/13
**relied [1]** 15/8
**remaining [3]** 8/4 19/25 22/2
**remains [1]** 18/25
**remand [1]** 36/14
**remanded [1]** 9/2
**remember [1]** 25/2
**report [3]** 32/13 32/13 34/23
**reported [2]** 21/3 32/10
**Reporter [3]** 2/8 44/5 44/12
**reports [3]** 29/4 29/5 29/6
**represcribe [1]** 5/20
**represent [3]** 10/11 12/22 42/13
**represented [4]** 11/21 11/22 31/3 35/25
**representing [1]** 16/7
**request [3]** 8/2 37/6

**requested [2]** 7/13 29/24
**requests [1]** 42/1
**required [3]** 9/14 30/21 40/24
**requirement [2]** 9/23 38/2
**requirements [1]** 39/12
**resolve [3]** 6/23 8/4 37/25
**resolved [9]** 5/3 6/24 7/3 12/18 12/20 20/17 20/19 21/19 43/1
**resolves [1]** 21/16
**resolving [1]** 29/7
**respect [3]** 13/16 15/22 39/21
**response [2]** 8/9 10/13
**responsibilities [1]** 19/6
**responsibility [2]** 30/16 30/23
**rest [1]** 21/2
**result [2]** 9/10 41/8
**review [4]** 27/8 27/10 32/19 41/1
**reviewed [8]** 21/3 26/3 27/21 31/6 32/15 32/17 32/22 35/7
**reviewing [1]** 28/1
**RICHARD [3]** 2/3 4/10 4/11
**right [6]** 4/17 15/15 17/19 23/9 43/24 43/24
**risks [1]** 24/16
**rivals [1]** 11/14
**Robert [5]** 2/5 2/6 4/15 35/14 35/21
**Room [1]** 2/9
**RUSS [3]** 1/13 4/20 24/10

# S

**said [15]** 10/9 10/10 10/17 10/21 14/22 26/12 26/21 26/22 27/13 31/25 32/24 38/18 39/22 39/24 40/11
**Sam [1]** 26/11
**same [3]** 11/13 21/25 31/17
**saw [1]** 35/1
**say [16]** 9/20 10/3 11/6 12/1 15/8 15/18 18/23 19/5 22/7 22/18 23/6 23/14 24/11 25/7 28/2 30/14
**saying [6]** 20/3 22/15 22/17 27/2 34/15 40/14
**says [1]** 35/17

**scientists [1]** 12/2

**seal [1]** 32/16

**seated [1]** 4/3

**second [1]** 7/21

**Section [1]** 1/5

**see [6]** 9/18 21/17 23/25 29/17 42/6 42/7

**Seeger [1]** 26/22

**seem [1]** 23/23

**seemed [2]** 21/4 31/13

**seems [1]** 14/11

**seen [2]** 18/17 18/18

**selected [1]** 6/4

**selection [1]** 25/3

**sense [1]** 24/16

**sent [3]** 29/25 41/2 41/2

**separate [2]** 17/6 21/13

**served [1]** 11/7

**set [11]** 8/23 9/15 10/7 10/14 17/6 18/4 23/6 23/11 23/19 33/2 39/11

**setting [1]** 35/9

**settled [11]** 12/1 16/2 16/18 18/1 18/15 18/16 21/9 28/20 29/15 36/16 36/20

**settlement [20]** 7/5 9/5 9/13 10/6 12/10 16/8 16/25 18/6 18/11 18/20 18/25 20/7 22/9 25/19 28/8 28/11 37/5 37/7 37/8 37/14

**settlements [4]** 15/16 15/17 15/19 15/23

**several [2]** 9/13 35/25

**severity [1]** 9/22

**share [1]** 16/9

**she [6]** 7/14 7/14 24/12 24/12 24/13 30/3

**Shelist [16]** 2/5 2/6 4/15 30/9 35/14 35/21 39/10 39/17 39/22 40/13 40/23 42/3 42/5 43/3 43/6 43/13

**Shelist's [1]** 40/22

**Shortly [1]** 5/2

**should [8]** 6/14 18/24 22/7 22/8 22/16 23/12 31/14 35/17

**shouldn't [3]** 26/19 27/14 43/11

**showed [3]** 38/21 39/1 41/15

**shown [2]** 10/24 24/7

**side [2]** 11/9 24/17

**sides [1]** 27/12

**similarly [1]** 22/23

**simply [1]** 23/14

**since [15]** 8/18 8/19 9/17 16/24 7/2 19/21 22/11 23/17 26/8 26/13 35/6 35/25 39/23 39/24 43/19

**single [4]** 9/25 10/3 11/10 26/9

**sir [1]** 35/19

**site [1]** 40/6

**sitting [1]** 17/18

**six [4]** 6/22 20/17 24/24 25/3

**small [1]** 11/13

**so [57]**

**software [1]** 2/13

**some [30]** 5/4 5/13 6/1 6/24 7/10 8/6 12/3 14/15 15/8 21/6 26/3 27/4 27/8 27/10 27/18 27/24 29/1 29/19 30/19 30/21 30/25 31/4 31/5 31/7 31/9 31/14 33/2 35/16 41/11 42/25

**somebody [3]** 33/17 33/25 34/9

**someone [1]** 9/11

**something [5]** 8/22 21/16 35/1 43/6 43/11

**sometimes [1]** 10/7

**somewhere [4]** 13/2 16/3 27/15 41/10

**sort [2]** 15/11 32/21

**sorts [1]** 20/21

**sought [1]** 39/15

**speak [3]** 30/6 33/19 33/23

**speaking [2]** 30/2 39/11

**special [3]** 9/7 33/17 34/22

**specific [4]** 17/8 25/10 30/14 30/20

**specifically [4]** 8/17 39/10 39/20 41/16

**spend [1]** 34/9

**spends [1]** 34/10

**spent [4]** 11/13 11/14 11/16 18/18

**spun [2]** 12/9 12/18

**square [1]** 35/1

**stand [2]** 10/2 41/7

**standard [1]** 8/23

**standpoint [2]** 20/10 31/14

**start [1]** 29/2

**started [5]** 5/2 8/25 17/14 22/5 24/24

**state [3]** 25/4 33/3 33/24

**statements [1]** 33/10

**states [8]** 1/1 1/9 5/8 5/9 31/4 31/5 31/9 44/5

**states' [1]** 5/9

**statistics [1]** 15/15

**status [4]** 1/ 38/17 38/22 38/23 40/12

**stay [1]** 29/23

**stayed [1]** 37/2

**staying [1]** 37/10

**Steering [4]** 6/10 6/20 36/6 38/11

**stenography [1]** 2/12

**still [1]** 14/17

**stock [12]** 36/14 36/12 36/15 37/13 41/4 41/5 41/9 42/6 42/9 42/13 42/16 42/18

**stood [2]** 9/16 35/1

**straight [1]** 20/3

**strange [1]** 19/8

**Street [5]** 1/17 1/20 1/23 2/3 2/9

**stroke [1]** 12/10

**strokes [1]** 10/15

**structure [2]** 6/1 33/2

**subcommittee [3]** 6/15 10/14 33/6

**subcommittees [8]** 6/7 6/7 6/17 6/19 7/24 21/3 31/13 31/23

**subgroups [2]** 7/24 8/14

**subject [1]** 25/13

**submission [5]** 38/14 38/17 38/19 39/12 40/22

**submit [4]** 10/5 35/15 35/23 37/22

**submitted [4]** 11/11 11/11 17/1 17/15

**submitting [1]** 39/13

**subverted [1]** 24/21

**success [2]** 22/23 22/24

**sudden [1]** 37/4

**suggestions [2]** 26/3 41/24

**Suite [3]** 1/20 2/3 2/6

**summaries [1]** 34/23

**summary [1]** 34/4

**sure [2]** 21/1 32/17

**sustained [2]** 5/23 20/13

**symmetry [1]** 20/8

**synchronicity [1]** 19/8

**system [4]** 37/23 37/23 38/1 39/7

**T**

**tacitly [1]** 26/4

**tail [1]** 26/14

**take [9]** 9/6 11/2 15/3 15/11 19/25 24/16 33/8 33/20 43/13

**taken [2]** 6/20 23/1

**takes [2]** 19/16 35/2

**taking [6]** 12/8 15/25 17/8 25/12 34/10 41/8

**talk [3]** 9/4 27/20

**talking [4]** 11/10 20/4 39/16 32/2

**tasked [1]** 16/11

**technological [2]** 37/22 37/25

**telephonically [2]** 9/9 35/22

**tell [1]** 26/6

**telling [1]** 32/6

**terms [1]** 28/12

**testimony [1]** 33/20

**Texas [3]** 6/22 31/8 31/15

**than [12]** 7/22 8/13 14/14 19/21 21/7 25/21 28/8 29/1 34/18 35/2 35/15 36/2

**Thank [15]** 22/17 24/4 24/5 24/6 30/6 35/20 38/3 38/4 43/13 43/14 43/16 43/17 43/18 43/25 43/25

**that [294]**

**that's [29]** 8/17 8/18 8/20 9/8 10/16 13/3 13/24 15/4 15/11 15/17 16/5 16/17 16/23 16/24 17/2 17/7 17/12 20/2 20/7 21/13 21/16 22/5 22/5 22/22 23/7 27/16 36/5 40/13 40/20

**their [32]** 4/8 5/12 5/18 7/4 10/7 10/8 13/18 13/25 14/10 14/11 14/15 14/18 14/20 16/9 16/9 17/10 18/8 18/8 18/21 27/21 27/25 30/15 30/16 30/17 30/17 30/20 30/21 31/1 31/20 32/1 32/3 34/2

**Theirs [1]** 22/9

**them [18]** 5/16 5/21 7/10 10/12 14/1 14/2 14/12 14/13 14/13 15/11 16/6 21/4 25/12 27/8 27/10 27/25 32/11 35/12

**then [27]** 6/25 7/2 9/25 12/20 16/25 17/3 18/2 19/18 20/18 21/12 22/11 25/4 25/25 31/19 32/3 32/12 33/2 33/11 33/13 33/17 33/21 33/25 34/4 35/8 37/4 37/6 39/8

**there [40]** 5/8 6/20 6/21 8/3 8/12 8/16 10/10 12/14 12/15 12/15 12/17 13/1 13/7 13/9 13/9 13/14 15/16 16/1 19/7 19/8 21/21 22/25 23/2 24/22

**since [15]** ... 24/24 27/15 28/11

**28/16** 31/4 31/5 31/16 36/8 36/23 38/23 38/24 40/12 41/2 41/9 42/25 42/25

**there's [3]** 9/8 27/16 43/10

**therefore [5]** 5/11 5/18 6/2 30/22 32/23

**these [19]** 4/25 5/23 6/19 7/24 10/3 10/11 16/2 16/22 16/22 17/1 18/5 18/10 18/12 18/13 20/9 27/12 30/11 34/8 40/5

**they [86]**

**they're [1]** 20/9

**thing [2]** 21/25 26/15

**things [7]** 10/9 10/17 19/2 20/21 32/21 39/14 41/13

**think [20]** 5/1 15/6 15/18 16/5 16/6 16/16 17/19 19/2 21/9 23/8 26/1 32/11 36/5 36/13 36/19 38/8 39/2 39/9 41/23 42/19

**third [4]** 1/17 8/14 31/5 31/10

**third-party [1]** 8/14

**this [57]**

**thoroughly [1]** 25/8

**those [55]**

**though [4]** 8/8 8/24 17/13 42/11

**thought [2]** 13/11 13/12

**Thousands [1]** 26/13

**three [6]** 8/11 17/3 19/7 19/18 28/3 35/12

**thrombosis [2]** 25/7 25/11

**through [7]** 11/11 18/24 19/1 22/10 23/15 26/25 28/5

**throughout [2]** 31/3 36/22

**time [33]** 9/9 9/13 9/16 9/19 9/25 10/20 12/23 17/1 17/14 18/1 18/8 19/19 23/15 24/4 32/8 32/8 32/24 34/9 34/9 35/15 38/14 38/17 38/18 39/12 39/12 39/18 40/2 40/6 40/8 40/24 43/5 43/10 43/23

**timeframe [1]** 8/19

**today [11]** 7/6 7/13 8/1 8/8 10/2 11/6 18/23 23/5 23/5 25/21 35/14

**together [3]** 6/23 13/17 22/19

**told [2]** 17/18 33/13 36/14 37/9 38/20

**T**

**Toni [4]** 2/8 44/4 44/11 44/11
**too [2]** 24/7 34/14
**took [8]** 5/14 6/17 12/10 33/9 33/9 34/1 34/20 34/22
**top [1]** 37/10
**total [6]** 11/15 15/17 17/4 19/11 28/24 29/3
**transcript [2]** 9/18 44/7
**transcription [1]** 2/13
**transcripts [1]** 29/24
**trial [3]** 24/25 26/22 29/24
**trials [4]** 6/22 21/6 24/24 32/19
**tried [6]** 12/20 20/17 26/24 27/11 27/21 28/8
**trip [1]** 9/7
**true [2]** 11/13 44/6
**try [1]** 27/2
**trying [2]** 34/10 34/16
**turned [1]** 20/18
**turns [1]** 13/6
**Tusa [4]** 2/8 44/4 44/11 44/11
**two [7]** 5/2 7/18 25/2 28/6 32/25 33/15 35/12
**type [5]** 32/18 34/5 34/18 34/25 36/7

**U**

**ultimately [8]** 8/2 9/22 10/15 10/23 16/2 16/5 16/16 19/2
**unable [1]** 37/22
**uncovered [1]** 24/22
**under [9]** 10/6 11/2 11/5 16/14 16/21 18/13 19/22 32/16 40/25
**understand [6]** 13/16 13/17 27/8 27/11 29/10 43/12
**understanding [3]** 29/4 35/2 44/7
**unfortunately [1]** 24/20
**uniformity [1]** 31/14
**unique [1]** 40/2
**UNITED [3]** 1/1 1/9 44/5
**until [1]** 9/5
**untimely [1]** 41/2
**up [34]** 8/2 8/10 10/14 10/21 11/2 15/25 16/2 16/6 17/8 18/21 18/22 19/3 19/19 20/2 21/15 22/10 23/6 23/19 27/2

27/16 29/10 30/17 30/24 33/2 34/7 34/15 34/24 38/21 39/1 39/11 39/12 40/23 41/10 41/15
**updated [1]** 37/15
**uploaded [2]** 37/24 38/1
**upon [1]** 22/12
**urge [1]** 8/9
**us [6]** 9/7 10/1 10/22 23/24 34/6 40/16
**use [1]** 20/5
**used [4]** 5/18 11/6 18/14 25/20
**using [1]** 2/12

**V**

**vague [1]** 12/6
**valiantly [1]** 30/2
**valid [1]** 35/6
**valued [1]** 22/23
**varied [1]** 29/18
**various [1]** 7/9
**vein [2]** 25/7 25/11
**venous [2]** 10/25 18/17
**very [17]** 7/10 8/24 9/6 9/14 10/6 12/6 22/17 24/5 24/15 25/24 27/3 38/4 38/8 38/16 39/14 43/13 43/15
**view [2]** 27/13 30/1
**VIOXX [20]** 1/4 4/6 4/25 5/1 5/15 5/18 5/19 5/21 9/1 9/3 10/4 10/24 12/4 12/8 20/11 24/20 26/14 27/7 31/2 36/5
**virtually [1]** 27/17
**vis [2]** 14/17 14/17
**vis-à-vis [1]** 14/17
**voluminous [1]** 12/12

**W**

**waited [1]** 11/9
**waiting [2]** 11/7 11/8
**waive [1]** 38/2
**waived [1]** 13/17
**want [5]** 9/6 10/11 21/15 25/12 39/3
**wanted [13]** 5/11 5/18 5/19 10/1 12/21 16/10 26/21 26/24 32/9 35/17 36/22 41/14 41/19
**wanting [1]** 41/17
**was [115]**
**Washington [1]** 25/18
**wasn't [4]** 8/24 10/20 21/21 41/11
**way [9]** 4/24 15/4 15/11 15/15 19/3 20/11 23/8 27/4 27/18

we [63]
**website [2]** 39/19 40/2
**weekend [1]** 27/2
**weeks [3]** 7/8 32/25 33/15
**well [6]** 14/3 15/12 30/23 33/4 33/5 38/14
**went [1]** 26/25
**were [91]**
**weren't [3]** 21/6 24/23 29/8
**West [1]** 2/3
**what [31]** 7/24 10/16 10/18 13/3 13/24 14/9 19/4 19/10 20/5 22/21 23/25 25/16 25/16 26/20 26/25 28/20 29/15 30/18 32/8 32/9 32/14 34/5 35/2 35/9 35/9 36/18 38/20 40/7 40/13 40/15 43/3
**whatever [7]** 19/1 30/1 31/9 31/20 32/25 37/8 39/25
**when [18]** 8/25 10/9 11/25 12/1 12/21 13/9 13/25 15/24 16/24 17/11 17/12 21/18 29/23 32/4 32/12 32/23 35/1 35/4
**where [11]** 9/19 9/19 10/20 12/11 22/5 22/5 24/18 24/20 24/22 39/10 40/14
**wherever [1]** 27/15
**whether [4]** 12/15 13/21 22/23 23/12
**which [26]** 6/19 6/23 7/1 9/10 9/12 9/13 11/1 11/14 11/19 14/15 15/21 22/2 26/11 27/3 27/9 36/9 36/24 37/14 38/12 38/19 39/3 39/10 39/15 40/2 40/8 42/20
**while [2]** 13/1 23/14
**who [39]** 5/23 6/8 6/9 6/13 7/9 12/24 20/13 20/24 21/3 21/7 21/10 26/12 26/21 27/10 31/11 31/12 31/12 33/4 33/5 33/9 33/17 33/18 33/24 33/25 34/5 34/17 34/24 35/10 35/15 38/13 38/21 39/15 39/23 40/5 41/14 41/17 41/19 41/20 42/14
**whole [7]** 13/7 15/10 16/1 17/23 17/25 18/3 28/24
**Whom [1]** 42/13
**whose [1]** 29/14
**why [3]** 8/7 18/2 23/7
**will [12]** 10/21 16/16

22/15 22/16 24/17 26/21 36/8 43/7 49/8
43/9 43/10 43/13
**willing [2]** 12/25 38/24
**win [1]** 16/10
**wish [1]** 43/24
**withheld [1]** 15/22
**within [5]** 5/2 23/3
**without [1]** 6/1
**words [2]** 13/24 14/6
**work [80]**
**worked [8]** 6/17 7/2 13/13 13/16 15/6 16/25 17/7 18/20
**working [4]** 5/2 6/14 13/13 18/17
**world [1]** 33/13
**worst [1]** 43/21
**would [34]** 5/11 5/17 6/8 9/4 12/23 13/2 15/19 16/13 16/14 16/19 17/21 17/22 17/24 17/25 18/2 18/12 18/13 22/2 23/2 23/6 23/11 23/19 23/20 23/23 23/24 26/6 26/25 29/17 36/24 37/9 37/16 37/18 38/1 38/24
**wrap [2]** 8/2 8/10
**wrap-up [2]** 8/2 8/10
**writers [1]** 27/10
**writing [1]** 34/11
**written [2]** 25/20 27/9
**wrongful [1]** 20/15
**wrote [2]** 20/20 35/8

**Y**

**year [2]** 25/18 28/8
**years [13]** 5/3 9/17 22/1 24/16 25/23 35/16 36/18 36/22 37/2 37/10 37/11 38/16 40/3
**yes [7]** 14/8 14/8 14/9 15/24 21/23 35/19 35/20
**yet [2]** 11/19 37/9
**York [1]** 42/19
**you [160]**
**you're [2]** 13/18 13/21
**your [97]**
**Your Honor [74]**
**Your Honor's [2]** 39/20 40/1
**yours [1]** 42/11
**yourself [1]** 42/18