## UNITED STATES COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This Document relates to All Cases** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

## NOTICE OF FILING OF REDACTED
## LETTER DATED MAY 15, 2017 TO THE COURT

PLEASE TAKE NOTICE that a copy of the attached redacted letter of Richard A. Getty, dated May 15, 2017, to the Hon. Eldon E. Fallon, in the above-referenced matter was filed with the Court on May 15, 2017.  The letter was forwarded to the Court in unredacted form.  Any numbers reflecting Fee Applicant hours have been redacted as all such information has been filed under seal in these proceedings.

                                                                                           Respectfully submitted,

Dated: May 15, 2017                                        /s/ Richard A. Getty
                                                                                           RICHARD A. GETTY
                                                                                           FEE COMMITTEE MEMBER

                                                                                           THE GETTY LAW GROUP, PLLC
                                                                                           1900 Lexington Financial Center
                                                                                           250 West Main Street
                                                                                           Lexington, Kentucky  40507
                                                                                           Telephone:  (859) 259-1900
                                                                                           Facsimile:   (859) 259-1909
                                                                                           E-Mail:   rgetty@gettylawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittman, by U.S. mail, e-mail or by hand delivery and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, upon all parties on this 15th day of May, 2017.

/s/ Richard A. Getty
RICHARD A. GETTY
FEE COMMITTEE MEMBER

ragpld3703