# THE GETTY LAW GROUP<sub>PLLC</sub>

ATTORNEYS AT LAW

1900 Lexington Financial Center
250 West Main Street
Lexington, Kentucky 40507
Telephone: (859) 259-1900
Facsimile: (859) 259-1909

Richard A. Getty, Managing Member
Extension 217
E-Mail: rgetty@gettylawgroup.com

Via dello Studio
No. 8
50122 Florence, Italy
Telephone: 011-39-055-290-394
Facsimile: 011-39-055-264-5596

**E-MAILED AND MAILED**
Janelle_Sharer@laed.uscourts.gov

May 15, 2017

Hon. Eldon E. Fallon, Judge
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, Louisiana 70130

    Re:    In re: Vioxx Product Liability Litigation
              Case No. 05-MD-01657/MDL Docket No. 1657 (E.D. La.)
              <u>Consumer Class Aggregate Fee Petition</u>

Dear Judge Fallon:

      As I indicated during the telephonic Status Conference last Friday afternoon regarding Ann Oldfather's requests, I only intended to listen and did not intend to chime in with respect to anything. However, as you will recall, I felt compelled to respond to a comment regarding the significance or insignificance of the consumer claims. My firm devoted roughly ten years to difficult litigation with Merck, opposing every road block thrown up by its mega-firm defense team. After a point, in large part because of the Kentucky Supreme Court had not ruled after seven months plus, we agreed to a settlement of the Kentucky litigation and that it could be folded into the MDL nationwide settlement of the consumer claims.

      From day one up until the current time, our firm has devoted over ▮▮▮ hours of attorney time to either the Kentucky litigation with Merck or the MDL proceedings including the Kentucky settlement reached with Merck, as well as service on the Consumer Claims Fee Committee on which I have been honored to serve along with Russ, Lenny, Jim Lyle, Dawn Barrios and Elizabeth Cabraser. Since that appointment, all those on the Fee Committee have worked incredibly hard and we still have work to do once you decide what amount of funds will be allocated as to the consumer claims. For my firm, over ▮▮▮ hours of time have been devoted to Fee Committee work alone.

# THE GETTY LAW GROUP PLLC

Hon. Eldon E. Fallon, Judge
May 15, 2017
Page 2

  All of the work that our firm has been engaged in is considered by me to have been significant in nature and to have had a positive impact with respect to the consumer claims. Given the specific language of the Consumer Class Settlement Agreement, I, for one, never dreamed that Merck or anyone else would take a position that all of the $7.0 million plus potentially available with respect to consumer claim fee applications would not be available nor would I have thought that any fees awarded to the firms who have "labored in the vineyard" on behalf of the consumers would be limited to a portion of the low level of claims participation by the remaining Vioxx users who were still alive and who were willing to make the effort to file a claim over a decade after Vioxx was pulled from the market and the consumer claims were settled. I believe I speak for all who have submitted Fee Applications in saying that we never expected to be left "holding an empty bag" after those considerable efforts. While it has been a privilege to serve on the Fee Committee, I am sure its members never thought their service would entirely be on a pro bono basis either. I hope that you will take these matters into consideration in making a final decision regarding the Aggregate Fee Petition filed by our Committee.

  In any event, as I have stated before, it has certainly been an honor appearing before you and it has been and will continue to be an honor to serve on the Committee to which you have appointed me. A copy of this letter will be filed under the ECF system along with a Notice of Filing with the numbers noted above redacted so that all Fee Applicant hours remain confidential. Any such information has previously been filed under seal.

              Respectfully submitted,

              Richard A. Getty

RAG/kjl
cc: Russ M. Herman, Esq.
   Leonard A. Davis, Esq.
   James P. Lyle, Esq.
   Dawn M. Barrios, Esq.
   Elizabeth J. Cabraser, Esq.
   (Fee Committee Members)

   John H. Beisner, Esq.
   Douglas R. Marvin, Esq.
   (Counsel for Merck)

ragltr10340