# Exhibit 1

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

**IN RE: VIOXX**
**PRODUCTS LIABILITY LITIGATION**

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

**THIS DOCUMENT RELATES TO:**          *Jo Levitt v. Merck Sharp & Dohme Corp.*, **06-9757**

### ORDER

Both parties have expressed concern about what deadlines will control the various pretrial motions and motions *in limine* after this case is transferred to the trial court. It is not the intent of this Court to impose deadlines for motions *in limine* on the trial court. Any current or future motions *in limine* are to be decided by the trial court, not by this Court. As such, any pretrial deadlines, including deadlines for filing or responding to motions *in limine* should be set by the trial court, and any previous pretrial deadlines set by this Court are no longer binding on this matter. Therefore,

**IT IS ORDERED** that all pending pretrial motions, R. Docs. 65462, 65463, 65464, 65465, 65466, 65467, 65468, 65470, are DISMISSED AS MOOT. These motions shall be refiled in the trial court after the case is transferred.

**IT IS FURTHER ORDERED** that any previous pretrial deadlines are no longer controlling. All pretrial deadlines in the matter will be reset by the trial court.

New Orleans, Louisiana, this 12th day of October, 2016.

UNITED STATES DISTRICT JUDGE