UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|     PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
|  | : |  |
|  | : | JUDGE FALLON |
|  | : | MAG. JUDGE KNOWLES |

**This document relates to:** *Antonio Denson*

## ORDER

      The Court has received further correspondence from Vioxx claimant Anthony Denson. The Court acknowledges Mr. Denson's frequent calls and visits to Chambers. The Court has reviewed the documents Mr. Denson submitted, including the recent correspondence from Ms. Dorothy Wimberly. Mr. Denson persists in his mistaken belief that his deceased brother's estate is entitled to $47.5 million, an amount apparently based on a jury award to a different, unrelated individual with a different Vioxx injury after that individual's case was tried to verdict in state court in New Jersey. Neither Mr. Denson, nor his brother's estate, is entitled to such a reward.

      Plaintiff Antonio Denson participated in the Settlement Program; however, his claim failed the Injury Gate requirement of the Settlement Program. That determination was affirmed by the Special Master. Mr. Denson's claim was dismissed. He is not contractually entitled to additional review or recourse from this Court. As the Court has previously indicated, Mr. Denson was a citizen of New Jersey, therefore his claims were adjudicated in that state. This Court does not have jurisdiction over Mr. Denson's case. Furthermore, the Court notes that the materials Mr. Denson has submitted amply support the conclusion that he suffered from congestive heart failure and not a heart attack.

As the Court has explained on many previous occasions, Mr. Denson's claim has concluded. The Court cannot award him any amount of money because there is no basis for such an award. Neither the Court, nor any attorney related to the Vioxx case, will wire any money to his account. The Court has attempted to explain this on numerous occasions. (*See* Rec. Docs. 51200, 54507, 62697, 63675). Mr. Anthony Denson is instructed to stop delivering additional documents to the Court, and shall cease contacting Ms. Dorothy Wimberly, Ms. Ann Oldfather, and Mr. Phil Wittman. This case is over. It was dismissed by a New Jersey Court. Mr. Denson is not entitled to any further relief.

**IT IS ORDERED** that Mr. Anthony Denson's correspondence be entered into the record and that the attachments be entered into the record **UNDER SEAL** because they contain medical records and identifying information.

New Orleans, Louisiana, this 25th day of May, 2017.

_____
UNITED STATES DISTRICT JUDGE

Clerk to serve:
Anthony Denson
804 Lyons Street
New Orleans, LA 70115

cc:
Ann Oldfather
1330 S. 3rd Street
Louisville, KY 40208

Phil Wittman
546 Carondelet Street
New Orleans, LA 70130

Dorothy Wimberly
546 Carondelet Street
New Orleans, LA 70130