**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | | | |
|---|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 | |
| | * | | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L | |
| | * | | |
| *This document relates to* | * | JUDGE FALLON | |
| | * | | |
| *Jo Levitt v. Merck & Co., Inc.* | * | | |
| **2:06-cv-09757-EEF-DEK** | * | | |
| | * | | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**JO LEVITT'S MOTION FOR LEAVE TO FILE REPLY SUGGESTIONS IN SUPPORT
OF HER MOTION TO VACATE AND SET ASIDE ORDER OF DISMISSAL
PURSUANT TO THE ALL WRITS ACT**

Jo Levitt, by and through her undersigned counsel, respectfully seeks leave of this Court

to submit Reply Suggestions in Support of her Motion to Vacate and Set Aside Order of

Dismissal Pursuant to the All Writs Act (R. Doc. #65524).  In support of this Motion, Ms. Levitt

states the following:

1.      On April 18, 2017, Ms. Levitt filed her Motion Pursuant to the All Writs Act to

Compel the Western District of Missouri to Vacate and Set Aside Order of Dismissal (R. Doc.

#65524).

2.      On April 21, 2017, this Court entered an Order setting this matter for oral

argument on June 21, 2017 (R. Doc. #65525).

3.      On May 23, 2017, Merck filed a Response in Opposition to Jo Levitt's Motion

Pursuant to the All Writs Act to Compel the Western District of Missouri to Vacate and Set

Aside Order of Dismissal (R. Doc. #65528).

4.      In its Opposition, Merck argued:

    a.  That Ms. Levitt's motion was procedurally improper because this Court no longer has jurisdiction over the case;

    b.  That the "law of the case" doctrine did not apply;

    c.  That the Western District of Missouri was procedurally justified in dismissing this case despite the fact that Merck filed its Motion to Dismiss well after the deadline prescribed by this Court's Scheduling Order;

    d.  That this Court's scheduling order did not address dispositive motions;

    e.  That this Court opened the door for the filing of future dispositive motions after the case was transferred back to the Western District of Missouri;

    f.  That the Western District of Missouri properly applied the substantive law on the issue;

    g.  That Ms. Levitt's only recourse is via a Request for Reconsideration with the Western District of Missouri or an appeal to the Eight Circuit; and

    h.  That Ms. Levitt had somehow disparaged the Honorable Judge Whipple of the Western District of Missouri.

5.      On June 7, 2017, Jo Levitt filed Reply Suggestions in Support of her Motion to Vacate and Set Aside Order of Dismissal Pursuant to the All Writs Act (R. Doc. #65530).

6.      On June 8, 2017, Ms. Levitt's Counsel received a Notice of Deficient Document from the CM/ECF system which indicated that Ms. Levitt's Reply was procedurally deficient because, pursuant to Local Rules, Ms. Levitt's Counsel failed to first obtain leave of Court before filing the Reply.

7.      Ms. Levitt now seeks leave of Court to file the exact same pleading her Counsel attempted to file on June 7, 2017.

8.      A copy of this pleading, attached hereto as **Exhibit A**, was provided to defense counsel via Lexis Nexis File & Serve on the day it was filed, June 7, 2017 (Transaction # 60703944).

9.      After Ms. Levitt's Counsel received the Notice of Deficient Document, Ms. Levitt's Counsel emailed courtesy copies of the Reply to defense counsel just in case there were attorneys who were not registered with File & Serve.

10.     The Notice of Deficient Document also indicated that Ms. Levitt had until June 15, 2017 to remedy the deficiency and refile the document in its entirety.

11.     Ms. Levitt seeks permission to file her Reply so that she may address the procedural and substantive arguments raised by Merck in its Opposition.

12.     Ms. Levitt submits that providing this Court with her responsive arguments and authorities to Merck's Opposition at this time, versus during oral argument, gives the Court and Merck adequate time to review her legal arguments in advance of the hearing.

13.     Ms. Levitt's Counsel sent an email to Merck's attorneys earlier today at approximately 1:09 pm to inquire whether Merck objected to Ms. Levitt's request.

14.     As of this filing, Merck has not had an opportunity to respond.

15.     No party will be prejudiced by Ms. Levitt's request.  In fact, for the reasons stated above, all parties and this Court will benefit from Ms. Levitt filing her Reply at this time.

16.     A proposed order is attached hereto as **Exhibit B**.  A courtesy copy of this pleading and a word version of the proposed order will be provided to the Court's office.

WHEREFORE, for the reasons set forth above, Ms. Levitt respectfully requests that this Court enter an Order granting Ms. Levitt leave to file her Reply Suggestions in Support of her Motion to Vacate and Set Aside Order of Dismissal Pursuant to the All Writs Act which shall be filed no later than July 15, 2017.

Respectfully submitted,

**HUMPHREY**, **FARRINGTON** & **McCLAIN, P.C.**

*/s/ Daniel A. Thomas*

Kenneth B. McClain      MO #32430
Daniel A. Thomas       MO #52030
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile
**ATTORNEYS FOR JO LEVITT**

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing **Motion for Leave to File Reply Suggestions in Support of Jo Levitt's Motion to Vacate and Set Aside Order of Dismissal Pursuant to the All Writs Act** has been served on Defense Counsel, Douglas Marvin, Paul Boehm, Benjamin Graham, Steve Strauss, Elaine Horn and Emily Pistilli and Defendant Liaison Counsel, Dorothy H. Wimberly, by U.S. Mail and e-mail or by hand delivery and e-mail and upon all parties by electronically uploading the same to LexisNexis File & Serve in accordance with Pre-Trial Order No. 8B, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 8th day of June, 2017.

/s/ Daniel A. Thomas
Kenneth B. McClain                    MO #32430
Daniel A. Thomas                       MO #52030
HUMPHREY, FARRINGTON & McCLAIN, P.C.
221 West Lexington, Suite 400
P.O. Box 900
Independence, MO 64051
(816) 836-5050 Telephone
(816) 836-8966 Facsimile
**ATTORNEYS FOR JO LEVITT**