# Exhibit B

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX® | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| *This document relates to* | * | JUDGE FALLON |
| | * | |
| *Jo Levitt v. Merck & Co., Inc.* | * | |
| 2:06-cv-09757-EEF-DEK | * | |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## [PROPOSED] ORDER

At Plaintiff's request, **IT IS ORDERED** that Plaintiff is hereby granted leave to file a Reply Suggestions in Support of her Motion to Vacate and Set Aside Order of Dismissal Pursuant to the All Writs Act (R. Doc. #65524), which shall be filed no later than June 15, 2017.

New Orleans, Louisiana, this ___ day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE