# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX® | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| *This document relates to* | * | JUDGE FALLON |
| *Jo Levitt v. Merck & Co., Inc.*<br>2:06-cv-09757-EEF-DEK | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## ORDER

At Plaintiff's request, **IT IS ORDERED** that Plaintiff is hereby granted leave to file a Reply Suggestions in Support of her Motion to Vacate and Set Aside Order of Dismissal Pursuant to the All Writs Act (R. Doc. #65524), which shall be filed no later than June 15, 2017.

New Orleans, Louisiana, this 7th day of June, 2017.

_____
UNITED STATES DISTRICT JUDGE