MINUTE ENTRY
FALLON, J.
JUNE 21, 2017

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.   05-MD-1657<br><br>SECTION: L |

**This document relates to:**
06-9757

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Jodi Simcox

Appearances:   Kenneth McClain, Esq. for Plaintiff
Daniel Thomas, Esq. (via phone) for Plaintiff
Leonard Davis, Esq. for the Plaintiffs Steering Committee
Doug Marvin, Esq. and Benjamin Graham, Esq. for Merck

Motion of Jo Levitt, Pursuant to the All Writs Act, to Compel the Western District of Missouri to Vacate and Set Aside Order of Dismissal     (65524)

After argument – Motion was taken under submission

JS10:    :44