UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
|     PRODUCTS LIABILITY LITIGATION | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to ELSIA LABASANO | * | |
| | * | MAG. JUDGE KNOWLES |

MOTION TO RELEASE FUNDS

    NOW COMES LETICIA CERVANTES as Administrator of the Estate of Elsia Labasano by her attorneys The Law Group, Ltd, Moves this Court Approve the Release of her Vioxx Settlement Funds and in support thereof states:

1. Elsia Labasano deceased is a Vioxx claimant who received an award under the Vioxx Settlement Program.  Payment of the award has been delayed due to the below deficiency:
   " R-37a - A Representative Claimant signed for a Deceased or Incompetent Claimant. You submitted some documents attempting to prove the authority of the person who signed to act in a Representative Claimant capacity, but it is not sufficient because the paperwork does not show that a Court has approved this person as the representative."

2. On August 30, 2017 Leticia Cervantes who initially filed the Vioxx claim and signed the release was appointed Administrator of her Mother's Estate.  See copy of Order and Letters of Office attached.  Pursuant to section **733.612 of the Florida Probate Act** Leticia Cervantes as administrator is authorized to act on behalf of the estate.  A copy of section **733.612**   is attached.

3.  Brown Greer has confirmed all deficiencies have been cured. See attached.

WHEREFORE Leticia Cervantes as administrator of the Estate of Elsia Labasano moves this Court authorize the disbursement of her Vioxx settlement Funds.

Dated:   September 6, 2017                    Respectfully submitted,

                                                                           /s/ Kurt D. Hyzy
                                                                           Kurt Hyzy
                                                                          THE LAW GROUP, LTD.
                                                                           135 S. LaSalle Street, Suite 3950
                                                                           Chicago, Illinois  60603
                                                                           Phone: (312) 558-6444
                                                                           kdh@thelawgroupltd.com

## CERTIFICATE OF SERVICE

I, Kurt D. Hyzy, an attorney, certify that on September 6, 2016 I caused this Motion To Approve Release of Funds to be filed through the Court's CM/ECF System.

By: /s/Kurt D. Hyzy

# 47146
Kurt D. Hyzy
The Law Group, Ltd.
Attorneys for Plaintiff(s)
135 S. LaSalle St. Suite 3950
Chicago, IL 60603
(312) 558-6444
kdh@thelawgroupltd.com