IN THE CIRCUIT COURT FOR BAY COUNTY,
FLORIDA                                         PROBATE DIVISION
IN RE: ESTATE OF

                        File No. 2017-CP-811
ELSIA CUNANAN LABASANO
                        Division
   Deceased.



## ORDER APPOINTING PERSONAL REPRESENTATIVE

On the petition of Leticia L. Cervantes for administration of the estate of Elsia Cunanan Labasano, deceased, the court finding that the decedent died on June 20, 2004, and that Leticia L. Cervantes is entitled to appointment as personal representative by reason of she was appointed by the majority of interest of heirs, and is qualified to be personal representative, it is

ADJUDGED that Leticia L. Cervantes is appointed personal representative of the estate of the decedent, and that upon taking the prescribed oath, filing designation and acceptance of resident agent, and posting bond in the sum of $0.00, letters of administration shall be issued.

ORDERED on   8/30  , 2017.

                                                    Circuit Judge

Copy to:
Steven e. Quinnell
EFILING@QLAWFLORIDA.COM
SQUINNELL@QLAWFLORIDA.COM
(for distribution)