IN THE CIRCUIT COURT FOR BAY COUNTY,
FLORIDA                                        PROBATE DIVISION
IN RE: ESTATE OF

File No. 2017-CP-811

ELSIA CUNANAN LABASANO
                              Division
  Deceased.



## LETTERS OF ADMINISTRATION

TO ALL WHOM IT MAY CONCERN

WHEREAS, Elsia Cunanan Labasano, a resident of Bay County, Florida, died on June 20, 2004, owning assets in the State of Florida, and

WHEREAS, Leticia L. Cervantes has been appointed personal representative of the estate of the decedent and has performed all acts prerequisite to issuance of Letters of Administration in the estate,

NOW, THEREFORE, I, the undersigned circuit judge, declare Leticia L. Cervantes duly qualified under the laws of the State of Florida to act as personal representative of the estate of Elsia Cunanan Labasano, deceased, with full power to administer the estate according to law; to ask, demand, sue for, recover and receive the property of the decedent; to pay the debts of the decedent as far as the assets of the estate will permit and the law directs; and to make distribution of the estate according to law.

ORDERED on 8/10, 2017.

_____
Circuit Judge

Copy to:
Steven e. Quinnell
EFILING@QLAWFLORIDA.COM
SQUINNELL@QLAWFLORIDA.COM
(for distribution)