**Kurt Hyzy**

---

**From:** Jennifer Goodwin <jgoodwin@browngreer.com>
**Sent:** Tuesday, September 05, 2017 1:28 PM
**To:** Kurt Hyzy; rvalenti@hhklawfirm.com
**Subject:** RE: Vioxx Claimant Labasano, Elisa P. MDL Tolling VCN 1070592

Ok. Yes, I confirmed that the deficiency looks cleared to me.

**From:** Kurt Hyzy [mailto:KDH@thelawgroupltd.com]
**Sent:** Tuesday, September 05, 2017 2:24 PM
**To:** Jennifer Goodwin <jgoodwin@browngreer.com>; rvalenti@hhklawfirm.com
**Subject:** RE: Vioxx Claimant Labasano, Elisa P. MDL Tolling VCN 1070592

Thanks Jennifer, just to confirm we spoke earlier today and you confirmed the court appointed administrator of the Labasano estate is the person who previously signed the release. Thus finally clearing the last deficiency. Please advise if this is incorrect. In speaking further with Deputy Clerk Dean and the Court's financial unit, the claimant funds are no longer on deposit with the Court registry. They were transferred to the custody of CPA Phillip Garnet. The clerk directed me to follow up with Russ Herman's office and Garnet for further instruction.

Thank you,

Kurt D. Hyzy

**From:** Jennifer Goodwin [mailto:jgoodwin@browngreer.com]
**Sent:** Tuesday, September 05, 2017 11:45 AM
**To:** Kurt Hyzy; rvalenti@hhklawfirm.com
**Subject:** RE: Vioxx Claimant Labasano, Elisa P. MDL Tolling VCN 1070592

I spoke with the Deputy Clerk in Judge Fallon's chambers this morning. He indicated you should file a motion with the Court requesting that the funds be released from the Court's registry. He suggested that you not include SSN or other important personal information in the filing, or that you file it under seal if you do include that information. The Court's phone number is (504) 589-7545 if you have any questions.

**From:** Kurt Hyzy [mailto:KDH@thelawgroupltd.com]
**Sent:** Tuesday, September 05, 2017 12:21 PM
**To:** Jennifer Goodwin <jgoodwin@browngreer.com>; rvalenti@hhklawfirm.com
**Subject:** RE: Vioxx Claimant Labasano, Elisa P. MDL Tolling VCN 1070592

Hi Jennifer,

Any update?

Kurt D. Hyzy

**From:** Jennifer Goodwin [mailto:jgoodwin@browngreer.com]
**Sent:** Friday, September 01, 2017 9:33 AM