UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | **MDL Docket No. 1657** |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to ELSIA LABASANO** | * | |
| | * | **MAG. JUDGE KNOWLES** |

**ORDER**

THIS MATTER BEFORE THIS COURT ON LETICIA CERVANTES as Administrator of the Estate of Elsia Labasano Motion to Approve the Release of her Vioxx Settlement Funds due notice having been given and the Court being fully advised in the premises it is hereby Ordered:

Claimant Elsia Labasano's by the Estate Administrator's Request for Disbursement of Vioxx Settlement Funds is allowed.

New Orleans, Louisiana, this _____ day of _____, 2017.

_____
Eldon E. Fallon
United States District Court

# 47146  
Kurt D. Hyzy  
The Law Group, Ltd.  
Attorneys for Plaintiff(s)  
135 S. LaSalle St. Suite 3950  
Chicago, IL 60603  
(312) 558-6444  
kdh@thelawgroupltd.com