UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re: VIOXX** | * | MDL Docket No. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | * | |
| | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This document relates to ELSIA LABASANO** | * | |
| | * | MAG. JUDGE KNOWLES |

## ORDER

THIS MATTER BEFORE THIS COURT ON LETICIA CERVANTES as Administrator of the Estate of Elsia Labasano Motion to Approve the Release of her Vioxx Settlement Funds due notice having been given and the Court being fully advised in the premises it is hereby Ordered:

    Claimant Elsia Labasano's by the Estate Administrator's Request for Disbursement of Vioxx Settlement Funds is allowed.

New Orleans, Louisiana, this  18th  day of   September  , 2017.

_____
Eldon E. Fallon
United States District Court

# 47146
Kurt D. Hyzy
The Law Group, Ltd.
Attorneys for Plaintiff(s)
135 S. LaSalle St. Suite 3950
Chicago, IL 60603
(312) 558-6444
kdh@thelawgroupltd.com