## UNITED STATES COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| **This Document relates to All Cases** | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

## MOTION TO TRANSFER FUNDS FROM VIOXX SETTLEMENT ACCOUNT (CONSUMER SETTLEMENT)

On August 29, 2017, the Court issued an Order and Reasons [Rec. Doc. 65537] awarding attorneys' fees to Class Counsel and ordered that the amount of $4,025,000.00 be placed, by Merck, into the Registry of the Court.

Merck has indicated that on deposit with the Depository Bank in the Vioxx Consumer Settlement Fund pursuant to the Order issued by the Court on August 19, 2013 [Rec Doc. 64546] there is a total available balance of $1,888,966.00 and that to bring the balance up to $4,025,000.00, on September 29, 2017, Merck wired $2,136,033.91 to the Depository Bank. Thus, at present there is a total available balance of $4,025,000.00 in the Depository Bank.

The Depository Bank has advised Class Counsel that in order to have a complete transfer of the funds on deposit in the Depository Bank, in the amount of $4,025,000.00, a transfer from subaccounts (which include an investment account and an operating account) in the Depository Bank will require authorizations granting approval by the Claims Administrator, Brown Greer, and Class Counsel.

Movant requests that the Court issue an order authorizing Class Counsel and the Claims Administrator to complete the forms required by the Depository Bank necessary to enable the

Depository Bank to transfer funds into the Registry of the Court or, alternatively, that the funds remain held at the Depository Bank, Esquire Bank, for safekeeping until further orders are issued by the Court.

Respectfully submitted,

Dated: October 11, 2017

/s/ Russ M. Herman
Russ M. Herman, Esquire (Class Counsel)
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 165, Co-Lead Class Settlement Counsel*

Elizabeth J. Cabraser, Esquire (Class Counsel)
LIEFF CABRASER HEIMANN & BERNSTEIN, L.L.P.
275 Battery Street, 29th Floor
San Francisco, CA 94111
Phone: (415) 956-1000
Fax: (415) 956-1008
ecabraser@lchb.com
*Co-Lead Class Settlement Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittman, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 11th day of October, 2017.

/s/ Leonard A. Davis
Leonard A. Davis