UNITED STATES COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 - R. Doc. 65540 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This Document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

**O R D E R**

Considering the Motion to Transfer Funds From Vioxx Settlement Account (Consumer Settlement);

IT IS ORDERED BY THE COURT that the motion is GRANTED and Class Counsel and the Claims Administrator are authorized to complete documentation required by the Depository Bank, Esquire Bank, necessary to enable the Depository Bank to transfer funds into the Registry of the Court or to an alternative account to be held at Esquire Bank for safekeeping until further orders are issued by this Court.

New Orleans, Louisiana, this  12th  day of  October , 2017.

Eldon E. Fallon
United States District Court Judge.