UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION |
| | NO. 05-1657 |
| THIS DOCUMENT RELATES TO: HAROLD L. RUTHERFORD | |
| | SECTION "L" (3) |

## ORDER

The Court received, reviewed, and responded to the attached correspondence from Elzina and Cindy Rutherford regarding claimant Harold Rutherford. **IT IS ORDERED** that this correspondence is to be filed into the record.

New Orleans, Louisiana, this 16th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE

cc: Elzina Rutherford
    8711 County Road 236
    Town Creek, AL 36572

    Cindy Rutherford
    72 County Road 566
    Town Creek, AL 36572