

**Eldon E. Fallon**
U. S. District Judge
500 Poydras Street
New Orleans, Louisiana 70130

Telephone (504) 589-7545

Fax (504) 589-6966

Leonard A. Davis
Herman, Herman & Katz
820 O'Keefe Avenue
New Orleans, LA 70113

Dear Lenny,

I received the attached letter from Ms. Elzina Rutherford and Ms. Cindy Rutherford, clients in the Vioxx MDL. I am not exactly sure about the nature of their complaint. Please be prepared to discuss the situation in greater detail at the next status conference.

Sincerely,

Eldon E. Fallon

CC: via mail
Elzina Rutherford
8711 County Road 236
Town Creek, AL 35672

Cindy Rutherford
72 County Road 566
Town Creek, AL 35672

Elzina Rutherford                                          10/09/2017
8711 County Road 236
Town Creek, AL 35672

Cindy Rutherford
72 County Road 566
Town Creek, AL 35672

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70112

To: Honorable Eldon E. Fallon:

Herman & Herman will not help us. I am enclosing their letter for your review.

I am enclosing the paper showing that Davis & Norris took their work product besides the 32% this court stated in the vioxx order of this court.

Further, I am enclosing the letter where Bouloukos & Oglesby states they did not handle this claim even though it was their office that had my mother sign this contract July 2006 for 40%.

We have not and still do not know what each attorney's office took.

What we can show is imperfections.

The only question left is " Why would Bouloukos & Oglesby have my mother sign this contract and then refuse even with this court's order again. Not tell us the award or the part of that award they obtained?

This was the order of this court under Honorable Judge Fallon.

Why would Herman & Herman just sit on the time and not contact us only to tell us they do not have jurisdiction, when this court had the exclusive Jurisdiction for Orders, pay out, Percentages, and work product, etc. ?

I would find them all in Contempt of Court but this decision is with this court. I further would have set up an oversight committee to ensure no victim or victim's families were cheated out of the 68%. For strict perfection within this Court of 50,000 injuries or deaths. Our family was cheated out of the rest of our lives without my dad or her husband only to

be cheated out of 68%. We should not still have to be dealing with this. We still do not know what my dad's full award was out of the vioxx settlement nor do we know exactly what these Attorney's took.

This last letter really upset my mother, so I need to make this court aware.


Sincerely,
Cindy Rutherford
Elzina Rutherford



**HERMAN**
**HERMAN & KATZ**
——— L.L.C. ———
ATTORNEYS AT LAW
*Est. 1942*

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

John S. Creevy
Aaron Z. Ahlquist[2]
Craig M. Robinson
Mikalia M. Kott[3]
Danielle Treadaway Hufft
Patrick R. Busby[4]
Alexandra E. Faia
Anne E. DeVaughn
Charles M. King

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.
Robert S. Peck[5]

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Tennessee
[3] Also Admitted in Colorado
[4] Also Admitted in Alabama
& Oklahoma
[5] Only Admitted in Washington, D.C.
& New York

October 4, 2017

Elzina Rutherford
8711 County Road 236
Town Creek, AL 35672

Cindy Rutherford
72 County Road 566
Town Creek, AL 35672

      Re:    *Vioxx Products Liability Litigation*
               **MDL 1657**
               Claimant: Harold Lamar Rutherford

Dear Elzina and Cindy:

      In furtherance of your letters dated August 8, 2017 and August 20, 2017, we suggest that if you desire to pursue additional information you should contact a lawyer to handle your matter. It appears that the issue you raise is between you/The Estate of Harold L. Rutherford and the Law Offices of Bouloukos & Oglesby.

                                                    Sincerely,

                                                    **LEONARD A. DAVIS**

LAD:kdr

cc:     Honorable Eldon E. Fallon *(via email)*

Elzina Rutherford 08/20/2017
8711 co rd 236
Town Creek, AL 35672

Cindy Rutherford
72 County Road 566
Town creek, AL 35672

Bouloukos, Oglesby & Mitchell
2017 2nd Avenue North
Birmingham, AL 35203

Vioxx settlement: In Re Estate Harold L. Rutherford

To: Bouloukos, Oglesby & Mitchell:

I have included your contract for 40%. I am asking again did your LLC receive any

Attorney's fees?

We need to know the full settlement and what Attorney fees and work product that your firm took from the payouts on Elzina's Husband and my dad Harold L Rutherford. Our Estate attorney told us that you did not send what the full settlement was, along with your percentage and work product. In other words if he was awarded 1 million what was the fee you took. We need to know both the full settlement and your firms' percentage. .

Please get back with us at least in 14 days.

Elzina Rutherford
Cindy Rutherford

STATE OF ALABAMA
JEFFERSON COUNTY

I, hereby employ the law offices of BOULOUKOS AND OGLESBY and such other attorneys as they may associate with them as my attorneys in the matter of any claims which I may have against _____ as a result of ingesting Vioxx _by Harold Lamar Rutherford_.

I appoint and constitute the said BOULOUKOS AND OGLESBY, my attorneys and agents, and I give and grant unto them full power to act as my attorneys, to institute suit on said claim, to prosecute said suit, to settle said claim at their discretion before or after suit is instituted, and to take any and all steps which they deem proper or desirable.

For and in consideration of their advice, counsel and professional services and of their promise to manage and conduct my said claim, I promise to pay to BOULOUKOS & OGLESBY a fee equal to ~~forty percent (40%) of the gross amount recovered~~ from said claim. In the event of an appeal to a higher court, the attorney fee for handling the appeal will be forty percent (40%) of the interest earned on the judgment while on appeal.

It is understood that all court costs and other out-of-pocket expenses incurred by said attorneys in the investigation and preparation and prosecution of my said claim shall be deducted from any recovery before any division of the proceeds. In the event no recovery is effected, I am to pay no legal fee to said attorneys and will not be responsible for any expenses incurred.

It is agreed that if I or anyone acting in my behalf shall employ any other attorney to render any services with regard to the claim hereinabove referred to, I shall be responsible to pay such attorney or attorneys for any such services rendered and said BOULOUKOS AND OGLESBY shall not be responsible in any manner for such payment. In the event that BOULOUKOS AND OGLESBY shall employ any other such attorney, they shall likewise be responsible for his payment, _and agrees to pay out of its fees a referral fee to my attorney, Ken Shuppert of Decatur, AL_

It is understood that said attorneys agree to manage and conduct my claim as they deem appropriate and further agree to the provisions hereof.

Dated this _14th_ day of _July_, 2006.

X _E. Lamar Rutherford_
CLIENT NAME

ADDRESS AND PHONE NO.:

_8711 County Road 236_
_Town Creek, AL 35672_
_256/974-4305_

_POB 1469_
_Decatur, AL_
_256/353-78__

Josh J. Mitchell
jmitchell@bandolaw.net



David E. Oglesby
-Of Counsel-

George J. Bouloukos
-1926-2007-

August 16, 2017

Ms. Elzina Rutherford
8711 County Road 236
Town Creek, AL  35672

Ms. Cindy Rutherford
72 County Road 566
Town Creek, AL  35672

      RE:    Vioxx Settlement and the Estate of Harold L. Rutherford, deceased

Dear Mses Rutherford:

    This is in response to your letter dated August 8, 2017.  My firm did not handle the settlement disbursement with respect to Mr. Rutherford's claim.  The settlement disbursement was made by the law firm of Davis & Norris.  It is my understanding that you have contacted them about this previously and that they have given you all of the information concerning the settlement.  Please direct any questions regarding this matter to the Davis & Norris firm.

                Sincerely yours,

        **BOULOUKOS, OGLESBY & MITCHELL, L.L.C.**

                *Josh J. Mitchell*
                Josh J. Mitchell
              jmitchell@bandolaw.net

JJM/kde

Enclosure

cc:    Wesley W. Barnett, Esq.
       DAVIS & NORRIS, LLP
       The Bradshaw House
       2154 Highland Avenue
       Birmingham, AL  35205

Elzina Rutherford
8711 county road 236
Town Creek, AL 35672

08082017

Cindy Rutherford
72 County Road 566
Town Creek, AL 35672

Robert M Johnson
Vioxx Pro Se Curator
400 Poydras Street suite 2450
New Orleans, LA 70130

To: Robert M Johnson:

We need the full payout for In Re Estate Harold L Rutherford. We need to know the settlement award Elzina Rutherford Husband. And my dad Harold L Rutherford received from the vioxx settlement.

We need to here from you as soon as possible.

At least 14 days.

*Elzina Rutherford*
Elzina Rutherford
Cindy Rutherford

*Cindy Rutherford*

8/22/17

*I am no longer curator, and have no information about settlement and payout.*

*Robert M. Johnston*