October 24, 2017

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS LIABILITY LITIGATION    MDL

NO. 1657

.    SECTION: L (3)

**RECORD OF DISPOSAL**

The records of this office reflect that a Notice of Removal of Exhibits was issued on April 12, 2010, to all counsel present at the trial in the above referenced case.

There having been received no request for the return of the exhibits, and pursuant to Rule 79.3 of the Local Rules of this Court, accordingly;

The exhibits listed on the attached schedule were destroyed on October 24, 2017.

New Orleans, Louisiana,

Dean Oser
Case Manager – Section L