MINUTE ENTRY
FALLON, J.
NOVEMBER 3, 2016

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>  PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**       *Consumer Class*

An accounting status conference was held on this date with the Honorable Eldon E. Fallon. Russ Herman and Lenny Davis participated in person on behalf of the Consumer Fee Committee. Phil Garrett and Jim Garrett reported to the Court on the status of the accounts.

Accordingly,

**IT IS ORDERED** that a hearing will be held regarding distribution of attorney fees among interested parties. This hearing is hereby set for November 28, 2017 at 9:00 a.m.

JS10(01:00)