IN THE U.S. DISTRICT COURT
FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Vioxx** ) | MDL Docket No. 1657 |
| ) | |
| PRODUCTS LIABILITY ) | SECTION L |
| LITIGATION ) | |
| ) | JUDGE FALLON |
| *This document relates to Estate of* ) | |
| *Ernest D. Effinger. v. Merck & Co.,* ) | MAGISTRATE JUDGE KNOWLES |
| *Inc.* ) | |
| _____/ | |

## MOTION FOR RELEASE OF SETTLEMENT FUNDS

On behalf of Farraj Effinger, personal representative of the Estate of Ernest D. Effinger, Lopez McHugh, LLP respectfully requests that the Court release settlement funds to Lopez McHugh, LLP and in support thereof states the following:

1. On or about May 1, 2008, Kenneth Ganzie on behalf of the Estate of Ernest D. Effinger, enrolled in the Vioxx Settlement Program and subsequently received a Points Award under the terms of the Settlement Program.

2. Kenneth Ganzie, Ernest D. Effinger's brother-in-law, represented that he would obtain the necessary documents needed to act as personal representative of the Estate of Mr. Effinger in order to allow him to receive and distribute the settlement funds.

3. On August 11, 2011, this Court entered an Order giving certain identified plaintiffs, including Plaintiff in the instant matter, until September 16, 2011 to resolve any deficiencies and/or obstacles to payment or the Claims Administrator would deposit the settlement funds of those claims with the registry of this Court and tender releases and stipulations of dismissal to Merck.

4. As of September 8, 2016, Mr. Kenneth Ganzie had not yet obtained the proper documents needed to act as personal representative of the Estate of Ernest D. Effinger and had become unresponsive to our attempts to contact him by both mail and telephone.

5. Subsequently, Lopez McHugh, LLP retained a private investigator to identify and locate Ernest D. Effinger's next of kin. It was learned that Mr. Effinger was survived by two children, Farraj Effinger and Darrell Effinger, who had also passed away.

6. Lopez McHugh, LLP contacted Mr. Farraj Effinger and, with the assistance of outside counsel, Mr. Farraj Effinger has been appointed as the personal representative of the Estate of Ernest Effinger as of July 19, 2017.

7. Counsel at Lopez McHugh forwarded Letters of Authority appointing Mr. Effinger as the sole representative of his father's estate on August 3, 2017. A copy of the Letters of Authority are attached hereto as Exhibit A.

8. Counsel at Lopez McHugh subsequently provided the Letters of Authority and a newly executed Release signed by Farrah Effinger to the Claims Administrator in order to remedy the outstanding deficiency in this matter. The Claims Administrator confirmed receipt of the Letters and Release and advised, via email, that deficiency had been cured.

9. Upon information and belief, Mr. Farraj Effinger is the sole administrator of the Estate of Ernest D. Effinger and there remain no outstanding deficiencies and/or obstacles preventing payment of settlement funds out of the registry of this Honorable Court.

WHEREFORE, the undersigned counsel respectfully requests this Honorable Court enter an Order as proposed herein, releasing from the Court's registry the settlement funds due to the Estate of Ernest Effinger.

Dated: 1/26/18

Respectfully Submitted,

**Lopez McHugh, LLP**

James J. McHugh, Jr.
Carrie R. Capouellez
214 Flynn Avenue
Moorestown, NJ 08057

*Counsel for Plaintiff*

CERTIFICATE OF SERVICE

I hereby certify that the foregoing Motion for Release of Settlement Funds has been served on Liaison Counsel, Phillip Wittman, by electronic mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-trial Order No. 8B, and the foregoing Response was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system, which will send a Notice of Electronic Filing in accord with procedures established in MDL 1657.

Dated: 1/26/18

Carrie R. Capouellez, Esquire