# IN THE U.S. DISTRICT COURT
# FOR THE EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **In re: Vioxx** ) | MDL Docket No. 1657 |
| ) | |
| PRODUCTS LIABILITY ) | SECTION L |
| LITIGATION ) | |
| ) | JUDGE FALLON |
| *This document relates to Estate of* ) | |
| *Ernest D. Effinger. v. Merck & Co.,* ) | MAGISTRATE JUDGE KNOWLES |
| *Inc.* ) | |
| ) | |

## ORDER

Based upon the Motion of counsel for Farraj Effinger, representative of the estate of deceased claimant Ernest D. Effinger, seeking the release of funds attributable to Claimant Ernest D. Effinger from the registry of this Court, IT IS ORDERED that this motion is GRANTED. The Clerk of the United States District Court, Eastern District of Louisiana, is authorized and directed to draw a check on the funds deposited into the registry of this Court attributable to Claimant Ernest D. Effinger in the principle amount of $49,999.27, plus all interest earned less the assessment fee for the administration of funds, payable to his attorneys, Lopez McHugh, LLP, and mail to Lopez McHugh, LLP at 214 Flynn Avenue, Moorestown, NJ 08057.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____

United States District Judge