UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**MOTION FOR AWARD OF PLAINTIFFS'**
**COMMON BENEFIT REIMBURSEMENT OF EXPENSES**
**(ATTORNEY GENERAL MATTERS)**

NOW COMES, Plaintiffs' Liaison Counsel, Russ M. Herman, who moves this court for an Order, in connection with the Vioxx Attorney General ("AG") matters, for reimbursement to various firms' AG held costs and cash assessments, as more fully set out in the attached memorandum of law in supporting this motion.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: March 26, 2018 | /s/ Russ M. Herman |
|  | Russ M. Herman, Esquire |
|  | Leonard A. Davis, Esquire |
|  | HERMAN, HERMAN & KATZ, L.L.C. |
|  | 820 O'Keefe Avenue |
|  | New Orleans, Louisiana 70113 |
|  | Phone: (504) 581-4892 |
|  | Fax: (504) 561-6024 |
|  | ldavis@hhklawfirm.com |
|  | *Plaintiffs' Liaison Counsel* |
|  | *MDL 1657* |

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of March, 2018.

/s/ *Leonard A. Davis*
Leonard A. Davis