UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

**PLAINTIFFS' LIAISON COUNSEL'S MEMORANDUM
IN SUPPORT OF MOTION FOR AWARD OF PLAINTIFFS'
COMMON BENEFIT REIMBURSEMENT OF EXPENSES
(ATTORNEY GENERAL MATTERS)**

MAY IT PLEASE THE COURT:

This memorandum is being submitted on behalf of Russ M. Herman, Plaintiffs' Liaison Counsel, in support of his Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses (Attorney General Matters).[1]

This Court has previously issued Orders that provide for disbursement of funds for the purposes of funding common benefit shared expenses. This motion addresses common benefit shared expenses and held expenses that are applicable to the Vioxx Attorney General matters only.[2] Several of the Vioxx Attorney General matters have resolved and contributions towards

---

[1] There is presently on deposit in an escrow account being held by BrownGreer (Settlement Administrator) $6,595,584.80, which is sufficient to pay other claims for common benefit time and expenses that are not related to various Attorney General matters in this Vioxx MDL-1657. At a later date, a motion for distribution of these funds will be made for the payment of Attorney's Fees as a result of work performed for the common benefit in this MDL.

[2] The Court is familiar with the various Attorney General matters that were handled in the MDL, which included the States of Alaska, New York, Pennsylvania, California, Florida, Mississippi, Montana, Utah and Louisiana. See for example Joint Reports and various pleadings filed with the Court and discovery uploaded to File & Serve Xpress in connection with those matters.

assessments for common benefit work were made by the settling Vioxx Attorney General plaintiffs.[3]  There are sufficient funds available in the Vioxx Common Benefit Expense Fund presently administered by BrownGreer, which together with the $714,119.22 funds previously mentioned regarding the Attorney General settled matters that are held in the WNBAGAFF are sufficient to cover the amount requested in this motion.  Philip A. Garrett, CPA, continues to assist the Court and Plaintiffs' Liaison Counsel in connection with the review and administration of Vioxx financial matters, including the shared cost expenses.

**HELD COSTS**

According to the monthly report provided by Philip Garrett on February 16, 2018, total uncompensated held costs submitted to the Garrett Case Cost Management System for Attorney General matters from August 1, 2010 through January 12, 2018 total $557,934.14.   Philip Garrett has reported that each of the following law firms have uncompensated held costs:

| | |
|---|---|
| Shelly Sanford of the Sanford Law firm | $ 14,538.33 |
| Elizabeth Cabraser of the Lieff Cabraser firm | $170,376.71 |
| James Dugan of the Dugan Law Firm | $164,001.24 |
| Steve Murray, Jr. of the Murray Law Firm | $209,017.86 |
| Total: | $557,934.14 |

**ASSESSMENTS**

According to documentation provided by Philip Garrett on February 16, 2018, total Cash Assessments made by counsel in connection with various Attorney General matters from August 1, 2010 through January 12, 2018 total $679,445.00.  Philip Garrett has reported that each of the

---

[3] According to the December 31, 2017 monthly report by Philip A. Garrett, CPA issued on February 16, 2018, there is $418,824.66 being held in a Whitney National Bank-AG Attorney Fee Fund account ("WNBAGAFF"). A copy of the report is filed UNDER SEAL and attached hereto as Exhibit "A."

following law firms have uncompensated assessments:

| | |
|---|---|
| Dawn Barrios of the Barrios Kingsdorf Law firm | $ 50,000.00 |
| Mark Robinson of the Robinson Calcagnie Law Firm | $ 50,000.00 |
| Shelly Sanford of the Sanford Law Firm | $ 50,000.00 |
| Elizabeth Cabraser of the Lieff Cabraser firm | $263,945.00 |
| James Dugan of the Dugan Law Firm | $265,500.00 |
| Total | $679,445.00 |

**TIME**

According to the monthly report provided by Philip Garrett on February 16, 2018, total uncompensated time submitted by counsel in connection with various Attorney General matters from August 1, 2010 through January 12, 2018 total 7,870.80 hours. Philip Garrett has reported that each of the following law firms have uncompensated time:

| | |
|---|---|
| Shelly Sanford of the Sanford Law Firm | 527.80 |
| Elizabeth Cabraser of the Lieff Cabraser firm | 604.75 |
| James Dugan of Dugan Law Firm | 2,938.75 |
| Steve Murray, Jr. of the Murray Law Firm | 3,799.50 |
| Total: | 7,870.80 |

In a conference that took place on June 30, 2015 that included Plaintiffs' Liaison Counsel, Russ M. Herman, Plaintiffs' Co-Lead Counsel, Andy Birchfield, Shelly Sanford of the Sanford Law Firm, Dawn Barrios of the Barrios Kingsdorf firm, Elizabeth Cabraser of the Lieff Cabraser firm, James Dugan of the Dugan Law Firm, and Steven Murray, Jr. of the Murray Law Firm, it was agreed that request could be made to the Court for full reimbursement of all common benefit shared and held expenses that had been incurred in connection with the Attorney General matters so that all firms that contributed towards the Attorney General matters could be fully reimbursed.[4]

---

[4] Mark Robinson of the Robinson Calcagnie law firm did not participate in the conference, but it was represented that Mark Robinson was in favor of the action proposed.

3

Attached hereto as Exhibit "B" *in globo* is confirmation from Shelly Sanford, Mark Robinson, James Dugan, and Steven Murray, Jr. consenting to the reimbursement of expenses as full and final compensation for all Vioxx work that their firm may have performed. Dawn Barrios of the Barrios Kingsdorf firm and Elizabeth Cabraser of the Lieff Cabraser firm objected to and refused to sign a similar type letter because the Barrios Kingsdorf firm and the Lieff Cabraser firm had expended considerable additional time that is uncompensated in the consumer cases and general MDL cases involving Vioxx.

      Philip A. Garrett, the Court appointed CPA has been consulted in connection with this motion and recommends that reimbursement of the Attorney General costs should be accomplished by first utilizing the funds that are presently in the WNBAGAFF fund ($418,824.66) and that the remainder of the funds ($818,554.48) to fund the reimbursement should be obtained from the BrownGreer (Settlement Administrator) escrow account.

## **CONCLUSION**

Sufficient funds are available in the WNBAGAFF and the Vioxx Common Benefit Expense Fund to reimburse and/or pay various costs incurred for common benefit in connection with the Attorney General Matters. Plaintiffs' Liaison Counsel request that the Court approve a distribution of funds sufficient to reimburse all counsel who made Cash Assessments and incurred Held Costs in connection with Vioxx Attorney General matters.

Respectfully submitted,

Date:   March 26, 2018          By:     /s/ Russ M. Herman
**Russ M. Herman (Bar No. 6819)**
Leonard A. Davis (Bar No. 14190)
Stephen J. Herman (Bar No. 23129)
*Herman, Herman & Katz,L.L.C.*
820 O'Keefe Avenue
New Orleans, Louisiana   70113
Telephone: (504) 581-4892
Facsimile: (504) 561-6024
ldavis@hhklawfirm.com

**PLAINTIFFS' LIAISON COUNSEL**

**CERTIFICATE OF SERVICE**

    I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann and Ann Oldfather, by U.S. Mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with PreTrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of March, 2018.

                /s/ Leonard A. Davis
                Leonard A. Davis (Bar No. 14190)
                ***Herman, Herman & Katz, L.L.C.***
                820 O'Keefe Avenue
                New Orleans, LA   70113
                PH: (504) 581-4892
                FAX: (504) 561-6024
                ldavis@hhklawfirm.com