# Exhibit "B"



**HERMAN HERMAN & KATZ**
L.L.C.
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Aaron Z. Ahlquist[3]
Craig M. Robinson
Mikalia M. Kott[4]
Donald A. Mau
Danielle Treadaway Hufft
Patrick R. Busby[5]
Madelyn M. O'Brien

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in Colorado
[5] Also Admitted in Alabama
& Oklahoma

July 22, 2015

*Via E-Mail*

Mark Robinson
mrobinson@rcrlaw.net

Dawn Barrios
barrios@bkc-law.com

James Dugan
jdugan@dugan-lawfirm.com

Shelly Sanford
sanford@sanfordpllc.com

Elizabeth Cabraser
ECABRASER@lchb.com

Stephen Murray, Jr.
smurrayjr@murray-lawfirm.com

Re:     *In Re: Vioxx Products Liability Litigation*
        MDL 1657

Counsel:

As you know, Philip Garrett, CPA has provided monthly reports of expenses to Judge Fallon in connection with the Vioxx Litigation. As discussed in our recent telephone conference call it was recommended that the various law firms who handled the Attorney General matters be the subject of a motion filed with Judge Fallon seeking to obtain reimbursement for assessments and held expenses in connection with the Attorney General matters. Phil Garrett spent considerable time assembling the documents and materials submitted by various Attorney General counsel. Some revisions were made to his reporting following our telephone conference and based upon his updated monthly report we have prepared the attached draft Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses. The Memorandum in Support outlines the cash assessments (see footnote 4) as well as the held costs (see footnote 5) incurred by each firm.

It is proposed that if your firm accepts 100% of the cost for reimbursement as outlined in the attached draft Motion and Memorandum in Support that you will accept this payment as full and final compensation for all Vioxx work that your firm may have performed. In other words you will no longer make claim to any additional attorneys' fees or costs in connection with any Vioxx matter. The only exception to this would be if your firm has a claim for attorneys' fees or costs in connection with the Vioxx Consumer Settlement which will be handled separately and independently in accordance with orders to be issued by Judge Fallon in connection with the terms and conditions of the Vioxx Consumer Settlement.

July 22, 2015
Page 2

If you agree with this please indicate your approval by signing below and returning this letter to us.

Sincerely,

RUSS M. HERMAN
LEONARD A. DAVIS

LAD:kdr

ACKNOWLEDGMENTS:

_____
Mark Robinson
Date: _____

_____
Dawn Barrios
Date: _____

_____
Shelly Sanford
Date: 7-27-15

*Agreed as to AG time (534.05 hrs) and AG expenses $64,538.83*

_____
Elizabeth Cabraser
Date: _____

_____
James Dugan
Date: _____

_____
Stephen Murray, Jr.
Date: _____



620 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Aaron Z. Ahlquist[3]
Craig M. Robinson
Mikalia M. Kott[4]
Donald A. Mau
Danielle Treadaway Hufft
Patrick R. Busby[5]
Madelyn M. O'Brien

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in Colorado
[5] Also Admitted in Alabama
& Oklahoma

July 22, 2015

*Via E-Mail*

Mark Robinson
mrobinson@rcrlaw.net

Shelly Sanford
sanford@sanfordpllc.com

Dawn Barrios
barrios@bkc-law.com

Elizabeth Cabraser
ECABRASER@lchb.com

James Dugan
jdugan@dugan-lawfirm.com

Stephen Murray, Jr.
smurrayjr@murray-lawfirm.com

Re:     *In Re: Vioxx Products Liability Litigation*
        MDL 1657

Counsel:

As you know, Philip Garrett, CPA has provided monthly reports of expenses to Judge Fallon in connection with the Vioxx Litigation. As discussed in our recent telephone conference call it was recommended that the various law firms who handled the Attorney General matters be the subject of a motion filed with Judge Fallon seeking to obtain reimbursement for assessments and held expenses in connection with the Attorney General matters. Phil Garrett spent considerable time assembling the documents and materials submitted by various Attorney General counsel. Some revisions were made to his reporting following our telephone conference and based upon his updated monthly report we have prepared the attached draft Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses. The Memorandum in Support outlines the cash assessments (see footnote 4) as well as the held costs (see footnote 5) incurred by each firm.

It is proposed that if your firm accepts 100% of the cost for reimbursement as outlined in the attached draft Motion and Memorandum in Support that you will accept this payment as full and final compensation for all Vioxx work that your firm may have performed. In other words you will no longer make claim to any additional attorneys' fees or costs in connection with any Vioxx matter. The only exception to this would be if your firm has a claim for attorneys' fees or costs in connection with the Vioxx Consumer Settlement which will be handled separately and independently in accordance with orders to be issued by Judge Fallon in connection with the terms and conditions of the Vioxx Consumer Settlement.

July 22, 2015
Page 2

If you agree with this please indicate your approval by signing below and returning this letter to us.

Sincerely,

**RUSS M. HERMAN**
**LEONARD A. DAVIS**

LAD:kdr


ACKNOWLEDGMENTS:


Mark Robinson
Date: _8-6-15_

Dawn Barrios
Date: _____


Shelly Sanford
Date: _____

Elizabeth Cabraser
Date: _____


James Dugan
Date: _____

Stephen Murray, Jr.
Date: _____



**HERMAN**
**HERMAN & KATZ**
— L.L.C. —
ATTORNEYS AT LAW
Est 1942

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Aaron Z. Ahlquist[3]
Craig M. Robinson
Mikalia M. Kott[4]
Donald A. Mau
Danielle Treadaway Hufft
Patrick R. Busby[5]
Madelyn M. O'Brien

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in Colorado
[5] Also Admitted in Alabama
& Oklahoma

July 22, 2015

*Via E-Mail*

Mark Robinson
mrobinson@rcrlaw.net

Dawn Barrios
barrios@bkc-law.com

James Dugan
jdugan@dugan-lawfirm.com

Shelly Sanford
sanford@sanfordpllc.com

Elizabeth Cabraser
ECABRASER@lchb.com

Stephen Murray, Jr.
smurrayjr@murray-lawfirm.com

Re:    *In Re: Vioxx Products Liability Litigation*
       MDL 1657

Counsel:

As you know, Philip Garrett, CPA has provided monthly reports of expenses to Judge Fallon in connection with the Vioxx Litigation. As discussed in our recent telephone conference call it was recommended that the various law firms who handled the Attorney General matters be the subject of a motion filed with Judge Fallon seeking to obtain reimbursement for assessments and held expenses in connection with the Attorney General matters. Phil Garrett spent considerable time assembling the documents and materials submitted by various Attorney General counsel. Some revisions were made to his reporting following our telephone conference and based upon his updated monthly report we have prepared the attached draft Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses. The Memorandum in Support outlines the cash assessments (see footnote 4) as well as the held costs (see footnote 5) incurred by each firm.

It is proposed that if your firm accepts 100% of the cost for reimbursement as outlined in the attached draft Motion and Memorandum in Support that you will accept this payment as full and final compensation for all Vioxx work that your firm may have performed. In other words you will no longer make claim to any additional attorneys' fees or costs in connection with any Vioxx matter. The only exception to this would be if your firm has a claim for attorneys' fees or costs in connection with the Vioxx Consumer Settlement which will be handled separately and independently in accordance with orders to be issued by Judge Fallon in connection with the terms and conditions of the Vioxx Consumer Settlement.

July 22, 2015
Page 2

If you agree with this please indicate your approval by signing below and returning this letter to us.

Sincerely,

RUSS M. HERMAN
LEONARD A. DAVIS

LAD:kdr


ACKNOWLEDGMENTS:


_____
Mark Robinson
Date: _____

_____
Dawn Barrios
Date: _____

_____
Shelly Sanford
Date: _____

_____
Elizabeth Cabraser
Date: _____

_____
James Dugan
Date: __2/28/18__

_____
Stephen Murray, Jr.
Date: _____



HERMAN
HERMAN & KATZ
—— L.L.C. ——
ATTORNEYS AT LAW
Est. 1942

820 O'Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick[1]
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

Jennifer J. Greene[2]
John S. Creevy
Aaron Z. Ahlquist[3]
Craig M. Robinson
Mikalia M. Kott[4]
Donald A. Mau
Danielle Treadaway Hufft
Patrick R. Busby[5]
Madelyn M. O'Brien

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
[1] Also Admitted in Texas
[2] Also Admitted in Arkansas
[3] Also Admitted in Tennessee
[4] Also Admitted in Colorado
[5] Also Admitted in Alabama
& Oklahoma

July 22, 2015

*__Via E-Mail__*

Mark Robinson
mrobinson@rcrlaw.net

Shelly Sanford
sanford@sanfordpllc.com

Dawn Barrios
barrios@bkc-law.com

Elizabeth Cabraser
ECABRASER@lchb.com

James Dugan
jdugan@dugan-lawfirm.com

Stephen Murray, Jr.
smurrayjr@murray-lawfirm.com

Re:  *__In Re: Vioxx Products Liability Litigation__*
     MDL 1657

Counsel:

As you know, Philip Garrett, CPA has provided monthly reports of expenses to Judge Fallon in connection with the Vioxx Litigation. As discussed in our recent telephone conference call it was recommended that the various law firms who handled the Attorney General matters be the subject of a motion filed with Judge Fallon seeking to obtain reimbursement for assessments and held expenses in connection with the Attorney General matters. Phil Garrett spent considerable time assembling the documents and materials submitted by various Attorney General counsel. Some revisions were made to his reporting following our telephone conference and based upon his updated monthly report we have prepared the attached draft Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses. The Memorandum in Support outlines the cash assessments (see footnote 4) as well as the held costs (see footnote 5) incurred by each firm.

It is proposed that if your firm accepts 100% of the cost for reimbursement as outlined in the attached draft Motion and Memorandum in Support that you will accept this payment as full and final compensation for all Vioxx work that your firm may have performed. In other words you will no longer make claim to any additional attorneys' fees or costs in connection with any Vioxx matter. The only exception to this would be if your firm has a claim for attorneys' fees or costs in connection with the Vioxx Consumer Settlement which will be handled separately and independently in accordance with orders to be issued by Judge Fallon in connection with the terms and conditions of the Vioxx Consumer Settlement.

July 22, 2015
Page 2

If you agree with this please indicate your approval by signing below and returning this letter to us.

Sincerely,

RUSS M. HERMAN
LEONARD A. DAVIS

LAD:kdr

ACKNOWLEDGMENTS:

Mark Robinson
Date: _____

Dawn Barrios
Date: _____

Shelly Sanford
Date: _____

Elizabeth Cabraser
Date: _____

James Dugan
Date: _____

Stephen Murray, Jr.
Date: 8/6/15