UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion for Award of Plaintiffs' Common Benefit Reimbursements of Expenses (Attorney General Matters) filed by Plaintiffs' Liaison Counsel, Russ M. Herman;

IT IS ORDERED BY THE COURT that Philip Garrett and/or Plaintiffs' Liaison Counsel take the necessary and appropriate steps to withdraw $418,824.66 from the Whitney National Bank-AG Attorney Fee Fund Account, which represents all of the funds on deposit in this account.  This will result in this account being closed.

IT IS FURTHER ORDERED BY THE COURT that Philip Garrett and/or Plaintiffs' Liaison Counsel take the necessary and appropriate steps to withdraw from the BrownGreer (Settlement Administrator) Escrow Account the balance of the funds in the amount of $818,554.48 necessary to reimburse expenses for unreimbursed Vioxx Attorney General held costs and assessments.

IT IS FURTHER ORDERED BY THE COURT that $1,237,379.14 comprised of the following unreimbursed Vioxx Attorney General held costs and assessments shall be reimbursed:

**Held Costs:**

| | |
|---|---|
| Shelly Sanford of the Sanford Law Firm | $14,538.33 |
| Elizabeth Cabraser of the Lieff Cabraser firm | $170,376.71 |
| James Dugan of the Dugan Law Firm | $164,001.24 |
| Steven Murray, Jr. of the Murray Law Firm | $209,017.86 |
| Total: | $557,934.14 |

**Cash Assessments:**

| | |
|---|---|
| Dawn Barrios of the Barrios Kingsdorf Law firm | $ 50,000.00 |
| Mark Robinson of the Robinson Calcagnie Law Firm | $ 50,000.00 |
| Shelly Sanford of the Sanford Law Firm | $ 50,000.00 |
| Elizabeth Cabraser of the Lieff Cabraser firm | $263,945.00 |
| James Dugan of the Dugan Law Firm | $265,500.00 |
| Total | $679,445.00 |

IT IS FURTHER ORDERED BY THE COURT that the Court accepts the agreements of Shelly Sanford of the Sanford Law Firm, Mark Robinson of the Robinson Calcagnie Law firm, James Dugan of the Dugan Law Firm, and Steven Murray, Jr. of the Murray Law Firm, that the reimbursement of held costs and assessments shall constitute final compensation and full reimbursement for all work (both time and expenses) that their respective firms may have performed in all Vioxx litigation.

New Orleans, Louisiana, this ____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge