# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

NOW COMES, Plaintiffs' Liaison Counsel, Russ M. Herman, who respectfully submits that on March 26, 2018, he did file a Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses (Attorney General Matters) [Rec. Doc. 65548]. Exhibit "A" attached to the motion contains or refers to confidential information. Accordingly, mover requests that Exhibit "A" to his Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses (Attorney General Matters) [Rec. Doc. 65548] be filed UNDER SEAL.

WHEREFORE, mover prays that this motion be GRANTED and that Exhibit "A" to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses (Attorney General Matters) [Rec. Doc. 65548] be filed UNDER SEAL.

Respectfully submitted,

Dated: March 26, 2018

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel
MDL 1657*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 26th day of March, 2018.

/s/ *Leonard A. Davis*
Leonard A. Davis