UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAG. JUDGE KNOWLES |

**O R D E R**

Considering the Motion for Leave to File Exhibit Under Seal filed by Plaintiffs' Liaison Counsel;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibit "A" to Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses (Attorney General Matters) [Rec. Doc. 65548] be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 28th day of March, 2018.

_____
Eldon E. Fallon
United States District Court Judge