UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>    **PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     *ALL CASES*

## ORDER

The Court has received the Declaration of Eric H. Weinberg, R. Doc. 65551, in response to Motion for Award of Plaintiffs' Common Reimbursement of Expenses (Attorney General Matters), R. Doc. 65548. Therefore,

**IT IS ORDERED** that the Movant has 10 days from the date of this Order to reply to the Declaration. After receipt of Movant's reply, if necessary, the Court will schedule this matter for hearing.

New Orleans, Louisiana, this 4th day of April, 2018.

_____
UNITED STATES DISTRICT JUDGE