# EXHIBIT "A"

# Lillian Flemming

**Subject:** FW: Vioxx MDL expenses

---

**From:** Lenny Davis
**Sent:** Wednesday, November 19, 2014 11:04 AM
**To:** 'Eric H. Weinberg' <ehw@erichweinberg.com>
**Cc:** Russ Herman <RHERMAN@hhklawfirm.com>; Chris Seeger <cseeger@seegerweiss.com>; 'Andy Birchfield' <Andy.Birchfield@BeasleyAllen.com>
**Subject:** RE: Vioxx MDL expenses

All expenses are to be submitted in accordance with Judge Fallons orders. phil garrett keeps track of the submissions and reports to the court. if you have expenses not previously submitted I suggest you file a motion with the court and address the submission in light of pre trial orders issued by the court.


Leonard A. Davis
Attorney at Law
Herman, Herman & Katz, L.L.C.
Herman Gerel LLP
820 O'Keefe Avenue
New Orleans, Louisiana 70113
504-581-4892
504-561-6024(fax)

*This e-mail message contains confidential, privileged information intended solely for the addressee. Please do not read, copy, or disseminate it unless you are the addressee. If you have received it in error, please call us (collect) immediately at (504) 581-4892 and ask to speak with the message sender. Also, we would appreciate your forwarding the message back to us and deleting it from your system. Thank you.*

CONFIDENTIAL ATTORNEY WORK PRODUCT

---

**From:** Eric H. Weinberg [mailto:ehw@erichweinberg.com]
**Sent:** Wednesday, November 19, 2014 10:18 AM
**To:** Lenny Davis
**Subject:** Vioxx MDL expenses

Lenny,

I hope this finds you well. I read the recent pleading you filed concerning expenses. I have AG expenses I would also like to submit them for reimbursement.

Do you have a few minutes to talk this week?

Regards,

Eric

**Eric H. Weinberg**
**The Law Offices of Eric H. Weinberg**

1

**149 Livingston Avenue**
**New Brunswick, New Jersey 08901**
**732-246-7080 t**
**732-246-1981 f**
**www.ehw@erichweinberg.com**