# EXHIBIT "B"

**Lillian Flemming**

**Subject:**                    FW: Eric Weinberg and Weingerg Law Firm

**From:** Philip Garrett [mailto:pgarrett@garrettco.com]
**Sent:** Friday, April 6, 2018 12:05 PM
**To:** Lenny Davis <LDAVIS@hhklawfirm.com>
**Subject:** Eric Weinberg and Weingerg Law Firm

I have looked at the Vioxx database in CCMS and have no record of ever receiving time and/or held costs from the Weinberg Law Firm.
Any questions please contact mt.

Philip A. Garrett, CPA
600 Northwoods Drive
Abita Springs, LA  70420
pgarrett@garrettco.com
Direct: 985-635-1500
Office: 985-746-9165