# EXHIBIT "C"

Robert E. Arceneaux<br>
Robert E. Arceneaux, LLC<br>
47 Beverly Garden Drive<br>
Metairie, LA 70001<br>
(504) 833-7533 office<br>
(504) 833-7612 fax<br>
rea7001@cox.net

June 24, 2013

By Hand

Leonard A. Davis, Esq.
Herman, Herman & Katz
820 O'Keefe Avenue,
New Orleans, LA 70113

      Re:    *In re Vioxx Products Liability Litigation*, MDL 1657, TPP common benefit allocation, Eric H. Weinberg claim

Dear Mr. Davis:

      Enclosed are all of the documents that are responsive to the subpoena duces tecum you issued to Eric Weinberg in the above referenced matter. We supply these documents out of respect for the Courts' orders regarding same, without waiving any of our client's rights with regard to same.

      As I explained on June 20, while your subpoena asked for "all" time with the regard to Vioxx common benefit efforts, Mr. Weinberg's time can be categorized into three areas, as he only engaged in common benefit work for (1) personal injury litigation, (2) private TPP litigation, and (3) Attorney General TPP litigation. "All" of his common benefit time is contained within these three areas.

      All of Mr. Weinberg's time with regard to Category 1 – PI litigation – has been in the FAC's possession since the commencement of the PI Fee allocation process. In fact, in response to a Motion for Access filed by Mr. Weinberg, the FAC produced to him copies of these time records in December of 2010. Mr. Weinberg has no additions, subtractions or amendments to these records. Accordingly, he has nothing new to produce that is not already in your possession. Nonetheless, because that explanation seemed unsatisfactory to you with regard to these time records, I am providing to you an exact, byte for byte, digital copy of these records taken from the CD-Rom that you provided to me which contained them. As I explained during the partial return on June 20, this satisfies the request of the subpoena to supply all time in connection his common benefit activities relative to category 1.

Mr. Leonard Davis
June 24, 2013
Page 2

All of Mr. Weinberg's time with regard to Category 2 – private TPP litigation – has been in the FAC's possession since Mr. Weinberg submitted his claim for common benefit fees pursuant to PTO 57. They are included in the Exhibit D to Record Document 63555, filed under seal, and there can be no doubt that the FAC has had them since at least the filing date of that document, Nov. 8, 2011. Those records are complete, and Mr. Weinberg has nothing to add, subtract, or modify. Accordingly, there is nothing to produce that has not long already been in your possession. Nonetheless, because that explanation seemed unsatisfactory to you with regard to these time records, I am providing to you an exact, byte for byte, digital copy of these records taken from the CD-Rom that you provided to me which contained them. As I explained during the partial return on June 20, this satisfies the request of the subpoena to supply all time in connection his common benefit activities relative to category 2.

As I explained during the June 20 partial return, none of Mr. Weinberg's time with regard to Category 3 – Attorney General TPP litigation – overlaps or "double dips" with any of the time reported in the other two categories. This is because each category is confined to time expended during relatively discrete periods. Category 1 reports time expended between Oct. 1, 2004 and Nov. 30, 2007. Category 2 reports time expended between Nov. 12, 2007 and Sept. 13, 2009. Category 3 reports time expended from Sept 14, 2009 to date. While we could find no court order requiring Mr. Weinberg to keep records of or report Category 3 time, he now submits that time to you on the enclosed CD-Rom, along with the Category 1 and Category 2 time.

Very truly yours,

Robert E. Arceneaux

CD rom enclosed

CC w/out enclosure:     Hon. Eldon Fallon
                        Hon. Patrick Juneau, Special Master