UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

NOW COMES Plaintiffs' Liaison Counsel, Russ M. Herman ("PLC"), who upon suggesting to the Court that on April 13, 2018, a Response to Declaration of Eric H. Weinberg [Rec. Doc. 65553] ("Weinberg Response") was filed with the Court.  Exhibit "D" attached to the Weinberg Response contains or refers to information that is or has been designated confidential and should be filed UNDER SEAL.

1

WHEREFORE mover prays that this motion be GRANTED and that Exhibit "D" to the Response to Declaration of Eric H. Weinberg [Rec. Doc. 65553] be filed UNDER SEAL.

Respectfully submitted,

Dated: April 13, 2018

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 13th day of April, 2018.

/s/ *Leonard A. Davis*
Leonard A. Davis