# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This document relates to All Cases** | * | |
| | * | **MAG. JUDGE KNOWLES** |
| | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * * | * | |

## O R D E R

Considering the Motion for Leave to File Exhibit Under Seal filed by Plaintiffs' Liaison Counsel, Russ M. Herman;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Exhibit "D" to the Response to Declaration of Eric H. Weinberg [Rec. Doc. 65553] be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 17th day of _____ April _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge