UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL GOVERNMENT ACTION CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Margaret E. Woodward | * | May 1, 2018 |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### WEINBERG MOTION TO ESTABLISH
### PROCEDURES FOR ALLOCATION OF COMMON BENEFIT FEES AND COSTS
### IN GOVERNMENT ACTION CASES

NOW COME the Law Offices of Eric Weinberg, through undersigned counsel, and move, pursuant to Rule 54(d) of the Federal Rules of Civil Procedure, for the entry of an order establishing proper procedures for the award of common benefit expenses and attorneys fees in the Government Action cases.

/s/ Margaret E. Woodward
_____
MARGARET E. WOODWARD, La. Bar No.13677
1229 N. Tonti Street
New Orleans, Louisiana 70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com
Attorney for the Law Offices of Eric H. Weinberg

### CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Motion to Establish Procedures has been served on Liaison Counsel, Ann Oldfather and Phillip Wittmann, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8,  and that it was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system,

which will send a notice of electronic filing in accordance with the procedures established in MDL 1657, on this 1st day of May, 2018.

   /s/Margaret E.Woodward