UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES TO: | * | JUDGE FALLON |
| ALL GOVERNMENTAL ACTIONS | * | MAG. JUDGE KNOWLES |
| | * | |
| FILER: Margaret Woodward | * | May 1, 2018 |
| | * | |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## NOTICE OF SUBMISSION

TO: Russ M. Herman, Esq.
     Leonard A. Davis, Esq.
     Ann Oldfather

**PLEASE TAKE NOTICE** that the Law Offices of Eric Weinberg, through undersigned counsel, will submit on the briefs its Motion to Establish Procedures for Allocation of Common Benefit Fees and Costs in Government Action Cases to the Honorable Eldon E. Fallon.

/s/ Margaret E.Woodward
_____
MARGARET E. WOODWARD, La. Bar No.13677
1229 N. Tonti Street
New Orleans, Louisiana 70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com
Attorney for the Law Offices of Eric H. Weinberg

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing Notice of Submission of Motion to Establish Procedures has been served on Liaison Counsel, Ann Oldfather and Phillip Wittmann, by U.S. Mail and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre Trial Order No.8, and that it was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the

CM/ECF system, which will send a notice of electronic filing in accordance with the procedures established in MDL 1657, on this 1st day of May, 2018.


                                         /s/ Margaret E. Woodward

/s/ Margaret E. Woodward
_____
MARGARET E. WOODWARD, La. Bar No.13677
1229 N. Tonti St.
New Orleans, Louisiana  70119
(504) 301-4333 office
(504) 301-4365 fax
mewno@aol.com