**From:** Eric H. Weinberg
**Sent:** Saturday, November 07, 2009 9:29 AM
**To:** Eric H. Weinberg
**Subject:** FW: Vioxx MDL 1657 Governmental Action Working Committee Structure

---

**From:** Trudy Bryant [mailto:trudy@dugan-lawfirm.com]
**Sent:** Tuesday, July 21, 2009 12:27 PM
**To:** ashley.davis@myfloridalegal.com; bill@rossbachlaw.com; BKingsdorf@bkc-law.com; cvtisi@aol.com; cmcdonald@labaton.com; clark@langstonlawyers.com; Dvermont@ashcraftlaw.com; ddickens@doctoratlaw.com; drstallard@msn.com; davidward@sjatty.com.; DPaolicelli@lpklaw.com; DARBITBLIT@lchb.com; Douglas Plymale; Eric H. Weinberg; EMJ@lanierlawfirm.com; jfosler@foslerlawgroup.com; james.young@myfloridalegal.com; urbangator@bellsouth.net; JLowBeer@law.nyc.gov; jwsteele5@att.net; Bloom, Justin; kennethlougee@att.net; kristenjp@hbsslaw.com; laura.daugherty@myfloridalegal.com; mschultz@cprlaw.com; MStewart@lpklaw.com; miller809@aol.com; patc@csgrr.com; RANDALL.FOX@oag.state.ny.us; rmorton@utah.gov; RDeFrancesco@lpklaw.com; Russell.Kent@myfloridalegal.com; scott.palmer@myfloridalegal.com; slesser@klafterolsen.com; sbossier@bossier-law.com; smurray@murray-lawfirm.com; smurrayjr@murray-lawfirm.com; steve@hbsslaw.com; stuart@kritzer.com; tom@hbsslaw.com; Trish.Conners@myfloridalegal.com; vmcknight@ashcraftlaw.com; LDAVIS@hhkc.com; ecabraser@lchb.com; DBarrios@bkc-law.com
**Cc:** James Dugan
**Subject:** Vioxx MDL 1657 Governmental Action Working Committee Structure

Dear Counselors:

Attached please find the Vioxx MDL 1657 Governmental Committee Structure List for discussion on today's call. Please review and if there are any additions or changes we can discuss on the call.

Call in number-719-955-2350
Code-504-524-3300

*Trudy V. Bryant*
*The Dugan Law Firm & Murray Law Firm*
*Paralegal to James R. Dugan, II & Douglas R. Plymale Ph.D*
*650 Poydras Street, Suite 2150*
*New Orleans, Louisiana 70130*
*Phone (504) 648-0180*
*Fax (504) 648-0181*
*Email- trudy@dugan-lawfirm.com*

**EXH.A1**

**From:** Jessica Henry [mailto:jessica@dugan-lawfirm.com]
**Sent:** Thursday, July 23, 2009 1:38 PM
**To:** ashley.davis@myfloridalegal.com; bill@rossbachlaw.com; BKingsdorf@bkc-law.com; cvtisi@aol.com; cmcdonald@labaton.com; clark@langstonlawyers.com; Dvermont@ashcraftlaw.com; ddickens@doctoratlaw.com; drstallard@msn.com; davidward@sjatty.com.; DPaolicelli@lpklaw.com; DARBITBLIT@lchb.com; Douglas Plymale; Eric H. Weinberg; EMJ@lanierlawfirm.com; jfosler@foslerlawgroup.com; james.young@myfloridalegal.com; urbangator@bellsouth.net; JLowBeer@law.nyc.gov; jwsteele5@att.net; Bloom, Justin; kennethlougee@att.net; kristenjp@hbsslaw.com; laura.daugherty@myfloridalegal.com; mschultz@cprlaw.com; MStewart@lpklaw.com; miller809@aol.com; patc@csgrr.com; RANDALL.FOX@oag.state.ny.us; rmorton@utah.gov; RDeFrancesco@lpklaw.com; Russell.Kent@myfloridalegal.com; scott.palmer@myfloridalegal.com; slesser@klafterolsen.com; sbossier@bossier-law.com; smurray@murray-lawfirm.com; smurrayjr@murray-lawfirm.com; steve@hbsslaw.com; stuart@kritzer.com; tom@hbsslaw.com; Trish.Conners@myfloridalegal.com; vmcknight@ashcraftlaw.com; LDAVIS@hhkc.com; ecabraser@lchb.com; DBarrios@bkc-law.com; cseeger@seegerweiss.com
**Cc:** James Dugan
**Subject:** Vioxx MDL 1657 Governmental Action Working Committee Structure

Attached is a revised Vioxx MDL 1657 Governmental Action Working Committee Structure. Please review, and if anyone has corrections or suggestions please shoot me an email. In addition, for those coming in for the July 28th oral argument on the LA AG MTD, I have made dinner reservations for July 27th at 7:00 pm at Ruth's Chris in the Harrah's Hotel, 525 Fulton Street, New Orleans, LA 70130.

Thanks,

James

**EXH.A2**

# VIOXX MDL 1657 GOVERNMENTAL ACTION WORKING COMMITTEE STRUCTURE

1. Law & Briefing Committee
   *Co-Chairs*
   - (1) Elizabeth Cabraser
   - (2) Stephen Murray, Jr.
   - (3) Seth Lesser

   *Members*
   - (4) Diane Paolicelli
   - (5) Stuart Kritzer
   - (6) Roxanne DeFrancesco
   - (7) Russell Kent

2. Discovery Committee
   *Co-Chairs*
   - (1) James Young
   - (2) Randall Fox
   - (3) Douglas Plymale

   *Members*
   - (5) Shelia Bossier
   - (6) Vincent McKnight
   - (7) Bill Rossbach
   - (8) Justin Bloom
   - (9) James Fosler
   - (10) John Low-Beer

3. Experts Committee
   *Co-Chairs*
   - (1) James Dugan
   - (2) Don Arbitblit
   - (3) Eric Weinberg

   *Members*
   - (4) Steve Murray, Jr.
   - (5) Douglas Plymale
   - (6) Sheila Bossier
   - (7) JamesYoung
   - (8) Ashley Davis

4. Damages Committee
   *will work in conjunction with the expert committee

   *Co-Chairs*
   - (1) Mark Schultz
   - (2) Joseph Steele

EXH.A3

*Members*
- (3) James Young
- (4) Steve Murray, Jr.
- (5) Don Arbitblit
- (6) Douglas Plymale
- (7) Eric Weinberg
- (8) Laura Daugherty

5. <u>Administrative Committee</u>

*Co-Chairs*
- (1) Dawn Barrios
- (2) Justin Bloom

**EXH.A4**

**From:** Philip Garrett [mailto:pgarrett@garrettco.com]
**Sent:** Thursday, March 05, 2015 9:11 AM
**To:** Leslie Davis-Primo
**Cc:** Eric H. Weinberg
**Subject:** Re: Vioxx Log

Your user name and password:

| | |
|---|---|
| User name | ErichWeinb |
| Password | ZY&zeMYp |
| Your Ptnr Signature code | ZY&ze |

Any questions please give us a call.

Philip A. Garrett, CPA
156 Bald Eagle Drive
Abita Springs, La 70420
Office: 985-746-9165
Direct: 985-635-1500
pgarrett@garrettco.com
www.garrettco.com

---

**From:** Leslie Davis-Primo <ldavis-primo@erichweinberg.com>
**To:** pgarrett@garrettco.com
**Cc:** Eric H. Weinberg <ehw@erichweinberg.com>
**Sent:** Wednesday, March 4, 2015 12:45 PM
**Subject:** Vioxx Log

Mr. Garrett,
As we discussed, would you kindly forward our Firm's username and password for the Vioxx website so that we can submit our time records.
If you need any information, please do not hesitate to contact me.
Thank you.

Leslie N. Davis-Primo

EXH.B

Sent: Thursday, February 26, 2015 2:14 PM
To: pgarrett@garretco.com
Cc: Eric H. Weinberg
Subject: Vioxx Time and Expense Submission - 1 of 2

      

Weinberg ...enses - October 2... | Weinberg ...enses - Septemb... | Weinberg ...enses - August 20... | Weinberg ...enses - December... | Weinberg ...enses - February... | Weinberg ...enses - January 2... | Weinberg ...penses - July 2013

   

Weinberg ...penses - July 2014 | Weinberg ...enses - March 201... | Weinberg ...enses - May 2014 | Weinberg ...enses - November

Part 1 of 2

Mr. Garrett,

Attached please find the Vioxx Common Benefit Time and Expense submissions for Eric H. Weinberg, Esq. for July, 2013 through July, 2014.

Should you have any questions or concerns, please do not hesitate to contact us.

Thank you.


Leslie N. Davis-Primo
Paralegal
The Law Firm of Eric H. Weinberg
149 Livingston Avenue
New Brunswick, New Jersey 08901
Telephone: (732) 246-7080
Toll Free: (877) 934-6274
Fax: (732) 246-1981
ldavis-primo@erichweinberg.com

1

EXH.C