UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL GOVERNMENT ACTION CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| Filer: Margaret E. Woodward | * | May 1, 2018 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

## ORDER

The Court has before it a PLC Motion for the Award of Plaintiffs' Common Benefit Reimbursement of Expenses [Doc. 65538] and Weinberg's Motion to Establish Procedures for Allocation of Common Benefit Fees and Costs in Government Action Cases.

This Court has previously entered orders relating to the payment of common benefit fees and costs in the government action cases. Those orders are hereby modified as follows:

**IT IS ORDERED** that the PSC shall report to this Court all funds available for the payment of common benefit fees, costs, and assessments in the governmental actions, and the source of those funds, no later than _____. The PSC shall also report the deposit or disbursement of the $6000,000 paid by Merck in the Louisiana action, and state for what purpose any disbursements were made.

**IT IS FURTHER ORDERED** that all counsel making claim for common benefit fees, held costs, or assessments are to submit records of such fees, costs, or assessments to Philip Garrett no later than _____, 2018.

**IT IS FURTHER ORDERED** that Mr. Garrett shall report such fees, costs, and assessments to this Court no later than _____, 2018.

**IT IS FURTHER ORDERED** that discovery among the claimants relative to such claims shall be concluded no later than _____.

**IT IS FURTHER ORDERED** that Claimants shall file memoranda in support of their claims no later than _____. Any opposition memoranda to any claims shall be filed no later than _____, 2018.

New Orleans, Louisiana, this \_\_\_\_\_ day of _____, 2018.

_____
Hon. Eldon E. Fallon
United States District Court Judge