UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | * | MDL NO. 1657 |
| | * | |
| PRODUCTS LIABILITY | * | |
| LITIGATION | * | SECTION L |
| | * | |
| THIS DOCUMENT RELATES | * | JUDGE FALLON |
| TO ALL GOVERNMENT ACTION CASES | * | MAG. JUDGE KNOWLES |
| | * | |
| Filer: Margaret E. Woodward | * | May 1, 2018 |

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

**ORDER**

The Court has received Weinberg's Motion to Establish Procedures for Allocation of Common Benefit Fees and Costs in Government Action Cases, R. Doc. 65556, after issuing its opinion resolving Plaintiffs' Liaison Counsel's Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses (Attorney General Matters), R. Doc. 65548.

As stated by this Court in that Order, dated May 1, 2018, Mr. Weinberg comes thirteen years late. The Court has set out a procedure for determination of fees and expenses requiring contemporaneous submission of time and expenses. This procedure was clearly set out in PTO 6 at the beginning of the Vioxx MDL. Other parties, lawyers and law firms, have complied with this order. In contrast, Mr. Weinberg attempts to submit time and expense reports years later. For the reasons stated here and in the Court's previous order

**IT IS ORDERED** that Mr. Weinberg's motion, R. Doc. 65556, is hereby **DENIED**.

New Orleans, Louisiana, this   2nd   day of     May        , 2018.

_____
Hon. Eldon E. Fallon
United States District Court Judge