UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**  *Commonwealth of Pennsylvania v. Merck Sharp & Dohme Corp.,* **No. 09-2861**

## ORDER

Pursuant to the Joint Stipulation of Dismissal, R. Doc. 64221, filed January 14, 2013,

**IT IS ORDERED** that this matter is hereby **CLOSED**. The Court notes that there is an ongoing unresolved common benefit fee issue in this matter. The parties will continue to work toward resolution of the common benefit fee issue.

New Orleans, Louisiana, this 3rd day of May, 2018.

_____
UNITED STATES DISTRICT JUDGE