UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO AUTHORIZE PLAINTIFFS' LIAISON COUNSEL
TO REIMBURSE THE COURT APPOINTED CPA**

NOW COMES, Plaintiffs' Liaison Counsel, Russ M. Herman, who respectfully requests authorization to pay income taxes as a result of disbursements made pursuant to the Order issued by the Court on August 3, 2016 in this matter [Rec. Doc. 65449].  The Court Appointed CPA, Philip A. Garrett, has advised that taxes in the amount of $1,371.00 is due, which represents the amount of taxes calculated at year end 2017, pursuant to the August 3, 2018 Order.  These taxes represents interest that accrued while funds were on deposit with the Clerk of Court for various Vioxx claimants that had not taken possession of their settlement recovery proceeds.  A copy of the letter from Philip A. Garrett dated May 4, 2018 setting forth the amount of taxes due is attached as Exhibit "A."

WHEREFORE, mover prays that this motion be GRANTED and Plaintiffs' Liaison Counsel, Russ M. Herman, be authorized to pay the $1,371.00 amount of the tax

or reimburse the Court Appointed CPA, Philip A. Garrett, for the payment of the taxes due for year end 2017. The total sum of $1,371.00 should be authorized to be paid out of the Vioxx Whitney Bank Account, for payment of the taxes.

    Respectfully submitted,

Dated: June 1, 2018    /s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 1st day of June, 2018.

    /s/ *Leonard A. Davis*
    Leonard A. Davis