# Exhibit "A"

# Philip A. Garrett, CPA
## 600 Northwoods Drive
## Abita Springs, LA 70420
## 985-635-1500
## pgarrett@garrettco.com

Mr. Leonard Davis
Herman Herman and Katz
820 O'Keefe Ave
New Orleans, LA 70113

                    May 4, 2018
                    RE: Income tax for Vioxx

Dear Lenny,

    I am requesting reimbursement for income taxes I have paid and included on my personal income tax return for 2017.

    On the Vioxx Straggler accounts that were being held by the Clerk of Court and have now been moved to the Whitney Bank. These funds earned $3,344.45 of income creating an income tax of **$1,371.00**. This amount should be reimbursed from the Whitney Bank account #48412324 containing $746,441.65. This interest income was earned while under the Clerk Of Courts' control.

    I assume we need a motion to release these funds. If you can create that motion I would appreciate it.

                    Sincerely,

                    Philip A. Garrett