## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

## O R D E R

Considering the Motion to Authorize Plaintiffs' Liaison Counsel to Pay and/or Reimburse Payment of Taxes;

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Liaison Counsel, Russ M. Herman, be and is hereby authorized to pay the $1,371.00 amount of the tax or reimburse the Court Appointed CPA, Philip A. Garrett, for the payment of the taxes due. The total sum of $1,371.00 should be authorized to be paid out of the Vioxx Whitney Bank Account, for payment of the taxes.

New Orleans, Louisiana, this ___ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge