UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
MOTION TO SHUT DOWN WEBSITE**

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted on behalf of Plaintiffs' Liaison Counsel, Russ M. Herman, in support of his Motion to Shut Down Website.

Early in this matter, and in particular in connection with settlements, BrownGreer (Claims Administrator) set up and provided a website entitled "Vioxx Consumer Settlement MDL 1657" (see Exhibit "A" attached hereto). The purpose and reason for the website was to facilitate settlement of claims, all of which have been completed. BrownGreer, Merck and Class Counsel all agree that the necessity for a website is no longer needed, the matters on the website have been concluded, and the website can be shut down and suspended. Accordingly, Plaintiffs' Liaison Counsel requests that an

Order be issued allowing BrownGreer (Claims Administrator) to shut down the website and terminate its use.  Merck and BrownGreer consent to the filing of this motion.

Respectfully submitted,

Dated: July 11, 2018  /s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 11th day of July, 2018.

/s/ *Leonard A. Davis*
Leonard A. Davis