# Exhibit "A"

 

**VIOXX** CONSUMER SETTLEMENT
MDL 1657

- HOME PAGE
- SECURE CLAIMS PORTAL
- IMPORTANT DOCUMENTS
- INSTRUCTIONS
- FREQUENTLY ASKED QUESTIONS
- CONTACT THE CLAIMS ADMINISTRATOR
- FORMS FOR COMPLETING YOUR CLAIM



You will need to have Adobe® 7.0 or higher to view Printed Documents. To get the latest Version of Adobe Reader, click the icon above.

**The Claims Filing Deadline in this Settlement Program was May 6, 2014. We are no longer accepting any claims.**

# Vioxx Consumers
## *Could Get Up to $50 or More From a Settlement*

You can get $50 or more if you purchased Vioxx before October 1, 2004 for yourself or a family member.

- If you don't have records, you can get up to $50.
- If you have records, you can be reimbursed for all that you spent out-of-pocket for Vioxx.
- You may also be paid up to $75 for visiting with a doctor to discuss alternatives to Vioxx.

You can file a claim online or print and mail in a claim form.

[ FILE A CLAIM ONLINE ]          [ DOWNLOAD A CLAIM FORM ]

You may also request that the Claims Administrator send you a copy of the paper Claim Form:          [ MAIL ME A CLAIM FORM ]

If you still have questions about qualifying for a payment, you can use the Program's "Do I Qualify" utility to see if you may be eligible:          [ DO I QUALIFY FOR PAYMENT? ]

Attorneys Click Here     Español

© 2013-2014 BrownGreer PLC