UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |
| | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR DISBURSEMENT OF FUNDS
## (FOR EXPENSES)

NOW COMES Plaintiffs' Liaison Counsel, Russ M. Herman, who, as is more fully set out in the attached Memorandum in Support, respectfully requests that the Court issue an Order authorizing Plaintiffs' Liaison Counsel, Russ M. Herman, to transfer $100,000.00 presently on deposit in the BrownGreer Escrow Account held at US Bank to be used for expenses that will be incurred and handled in accordance with Pre-Trial Order No. 6.  This motion has been reviewed by Philip A. Garrett, the Court-Appointed CPA, who approves and consent to the motion.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: July 11, 2018 | /s/ Leonard A. Davis |
|  | Russ M. Herman, Esquire |
|  | Leonard A. Davis, Esquire |
|  | HERMAN, HERMAN & KATZ, L.L.C. |
|  | 820 O'Keefe Avenue |
|  | New Orleans, Louisiana 70113 |
|  | Phone: (504) 581-4892 |
|  | Fax: (504) 561-6024 |
|  | ldavis@hhklawfirm.com |
|  | *Plaintiffs' Liaison Counsel* |
|  | *MDL 1657* |

APPROVED:

Philip A. Garrett, CPA

Dated: 7/9/2018

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 11th day of July, 2018.

/s/ *Leonard A. Davis*
Leonard A. Davis