UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MEMORANDUM IN SUPPORT OF
MOTION FOR DISBURSEMENT OF FUNDS
(FOR EXPENSES)**

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted on behalf of Russ M. Herman, Plaintiffs' Liaison Counsel, in support of his Motion for Disbursement of Funds (For Expenses).

On April 8, 2005, the Court issued Pre-Trial Order No. 6, which appointed Plaintiffs' Liaison Counsel and members to the Plaintiffs' Steering Committee and set forth its responsibilities.  In connection with the administration and performance of duties, Plaintiffs' Liaison Counsel has performed substantial duties, which include coordination and responsibility of the PSC and the various functions and responsibilities set forth in Pre-Trial Order No. 6 and those expressly authorized by Orders of the Court, which included matter relating to personal injury, Attorney General claims, Third-Party Payor claims, and Consumer claims, among others.  Throughout the course of this MDL

1

which began with Pre-Trial Order No. 1 on February 18, 2005, all financial matters have been reviewed and performed with consultation of the Court-Appointed CPA, Philip A. Garrett.  Accounts were set up with financial institutions and shared expenses were handled in accordance with Pre-Trial Order No. 6.  Monthly reports were prepared by Philip A. Garrett and have been reviewed by the Court.  The PSC continues to incur expenses and requests that funds be obtained to pay ongoing expenses, which include expenses incurred for accounting, File & Serve Xpress, storage of materials, ongoing litigation matters, and other miscellaneous expenses.  Plaintiffs' Liaison Counsel request that he be authorized to withdraw from the BrownGreer Escrow Account held at US Bank and deposit into the Vioxx MDL 1657 Shared Cost Account the amount of $100,000.00 in order that Plaintiffs' Liaison Counsel and the PSC can continue to pay shared costs in the Vioxx MDL 1657 litigation.  All payments will continue to be handled in accordance with Pre-Trial Order No. 6.

Respectfully submitted,

Dated: July 11, 2018

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 11th day of July, 2018.

                                              /s/ *Leonard A. Davis*
                                              Leonard A. Davis