UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion to Shut down Website filed by Plaintiffs' Liaison Counsel, Russ M. Herman;

IT IS ORDERED BY THE COURT that BrownGreer (Claims Administrator) be and is hereby authorized to shut down the "Vioxx Consumer Settlement MDL 1657" website and terminate its use.

New Orleans, Louisiana, this <u>16th</u> day of <u>July</u>, 2018.

_____
Eldon E. Fallon
United States District Court Judge