**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

**IN RE: VIOXX**
      **PRODUCTS LIABILITY LITIGATION**

MDL NO. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

THIS DOCUMENT RELATES TO:      ***ALL CASES***

## ORDER

    The Court has received numerous requests from plaintiff's attorneys and members of the fee committee to set status conferences and hearings regarding attorney's fees in the above captioned matter. Accordingly,

    **IT IS ORDERED** that the Court will conduct a hearing in the Courtroom of Judge Eldon E. Fallon on **September 10, 2018 at 9:00 a.m.** Any plaintiff's attorneys or members of the fee committee who would like to discuss issues pertaining to Vioxx attorney's fees are invited to file motions or pleadings no later than August 27, 2018 to be considered on September 10, 2018. Interested parties are encouraged to participate in person but may participate via telephone if necessary using the following call-in information: Phone number: (800) 260-0702; Access code: 452072.

    New Orleans, Louisiana, this 17th day of July, 2018.

_____
UNITED STATES DISTRICT JUDGE