# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX** <br> **PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *ALL CASES*

## ORDER

For the convenience of the Court and the parties,

**IT IS ORDERED** that the Vioxx attorney fee hearing previously set for September 10, 2018 is hereby reset for September 11, 2018 at 9:00 a.m. The deadlines previous set by Court Order, R. Doc. 65565, are not changed. Any plaintiff's attorneys or members of the fee committee who would like to discuss issues pertaining to Vioxx attorney's fees are invited to file motions or pleadings no later than August 27, 2018 to be considered on September 10, 2018. Interested parties are encouraged to participate in person but may participate via telephone if necessary using the following call-in information: Phone number: (800) 260-0702; Access code: 452072.

New Orleans, Louisiana, this 19th day of July, 2018.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE