UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

In re: VIOXX®

PRODUCTS LIABILITY LITIGATION

MDL Docket No. 1657

SECTION L

JUDGE FALLON
MAG. JUDGE KNOWLES

This Document Relates to All Cases

**OBJECTION OF ANN B. OLDFATHER TO MOTION OF PLAINTIFFS'
LIAISON COUNSEL FOR DISBURSEMENT OF FUNDS (FOR EXPENSES)**

The undersigned respectfully objects at this time to the Motion of Plaintiffs' Liaison Counsel for Disbursement of Funds in order that this request can be discussed at the hearing set for September 11, 2018. This morning the undersigned received additional expense detail from Mr. Garrett, itemizing the expenditures made since August 2012 from the recent advances ordered by the Court. The Court has approved previous requests for advances from the Vioxx Common Benefit Fund sought by Plaintiffs' Liaison Counsel, which are now in the amount of One Million Dollars ($1,000,000), as detailed at TAB A. The litigation is now concluded and, except for minor recurring expenses in the range of $100/mo, and an irregular expense here and there, the only significant expenses for the calendar year 2018 are accounting fees.

The accounting fees certainly need to be paid when submitted, and toward that end the undersigned volunteers to pay, and suggests a $10,000 per firm assessment on claimants to the Vioxx Common Benefit Fund, rather than another

advance. In the meantime, the undersigned is confident that, with cooperation from Plaintiffs' Liaison Counsel, any concerns she has about prior expenditures can be addressed.

Accordingly, the undersigned requests that the Court set the request for an additional advance for a hearing on the currently-scheduled hearing date of September 11, 2018 at 9:00 am CDT, for purposes of further discussion as to necessity of an advance, and if so, the appropriate amount thereof.

Respectfully Submitted,

*/s/ Ann B. Oldfather*
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.636.0066  (fax)
aoldfather@oldfather.com
*Liaison and Lead Counsel for Certain*
*Personal Injury Plaintiffs*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 23rd day of July, 2018.

                */s/ Ann B. Oldfather*
                Ann B. Oldfather