COMMON BENEFIT EXPENSE FUND
ORDERS APPROVING DISBURSEMENTS

| # | Date | Description | Debit/Credit | Running Balance | Notes |
|---|------|-------------|--------------|-----------------|-------|
| 1 | | Starting Balance in Common Benefit Expense Fund | $48,500,000.00 | $48,500,000.00 | per PTO 51; if "and after reimbursement of all common benefit expenses to attorneys seeking reimbursement of expenses pursuant to Pre-Trial Order No. 6 there are any funds remaining in the Common Benefit Expense Fund, then such remaining funds shall be reimbursed to the Vioxx claimants." |
| 2 | | Corrected Starting Balance | $48,477,130.00 | $48,477,130.00 | per Doc. 64588 |
| 3 | | Reimburse Expenses to attorneys per PTO 51 | -$40,049,748.16 | $8,427,381.84 | per PTO 51 |
| 4 | | Advance to PSC | -$500,000.00 | $7,927,381.84 | per PTO 51; "shall be documented as ordered in PTO 6 or reimbursed to the Common Benefit expense Fund" |
| 5 | 12/16/2009 | Supplemental Reimbursements to Attorneys | -$49,216.08 | $7,878,165.76 | per Doc. 30153 |
| 6 | 9/11/2013 | Reimburse assessments | -$400,000.00 | $7,478,165.76 | per PTO 51(A) Doc. 64592 |
| 7 | 9/11/2013 | Pay Special Master | -$80,431.46 | $7,397,734.30 | per PTO 51(A) Doc. 64592 |
| 8 | 9/11/2013 | Reimburse HHK for pre-appointment expenses | -$5,575.18 | $7,392,159.12 | per PTO 51(A) Doc. 64592 |
| 9 | 9/11/2013 | Reimburse HHK for settlement expenses | -$9,369.42 | $7,382,789.70 | per PTO 51(A) Doc. 64592 |
| 10 | 9/11/2013 | Advance for expenses | -$200,000.00 | $7,182,789.70 | per PTO 51(A) Doc. 64592; "shall be documented as ordered in PTO 6 or reimbursed to the Common Benefit expense Fund" |
| 11 | 12/19/2013 | Reimburse (partial) OLF for expert expenses | -$257,204.90 | $6,925,584.80 | per Doc. 64755 |
| 12 | 12/9/2014 | Advance for CB expenses | -$75,000.00 | $6,850,584.80 | per Doc. 65074; "shall be documented as ordered in PTO 6 or reimbursed to the Common Benefit expense Fund" |
| 13 | 8/5/2015 | Advance for PLC Expenses | -$125,000.00 | $6,725,584.80 | per Doc 65237; "shall be documented as ordered in PTO 6 or reimbursed to the Common Benefit expense Fund" |
| 14 | 6/2/2016 | Advance for PLC expenses | -$100,000.00 | $6,625,584.80 | per Doc 6537; "shall be documented as ordered in PTO 6 or reimbursed to the Common Benefit expense Fund" |
| 15 | 5/2/2018 | Vioxx Attorney General: reimbursement of held costs and assessments | -$818,554.48 | $5,807,030.32 | per Doc 65557 |

$5,807,030.32

| Balance on hand in CB expense fund | $5,807,030.32 |
|---|---|

| Advancements to PSC for which accounting or reimbursement are due | -$1,000,000.00 |
|---|---|

$6,595,584.80   per Garrett report ao 12/31/2016