## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

### MOTION FOR LEAVE TO FILE
### REPLY TO OBJECTION OF ANN B. OLDFATHER TO
### MOTION OF PLAINITFFS' LIAISON COUNSEL FOR DISBURSEMENT
### OF FUNDS (FOR EXPENSES)

NOW COMES Plaintiffs' Liaison Counsel ("PLC"), Russ M. Herman, who upon suggesting to the Court that on July 11, 2018, he filed a Motion for Disbursement of Funds (For Expenses) [Rec. Doc. 65563] and on July 23, 2018, Ann B. Oldfather ("Oldfather") filed an Objection to Motion of Plaintiffs' Liaison Counsel for Disbursement of Fund (For Expenses) [Rec. Doc. 65567].  PLC believes a Reply to Oldfather's Objection is needed and a requests leave of court to file the attached Reply to Objection of Ann B. Oldfather to Motion of Plaintiffs' Liaison Counsel for Disbursement of Funds (For Expenses).

WHEREFORE, mover prays that this motion be GRANTED and the attached Reply to Objection of Ann B. Oldfather to Motion of Plaintiffs' Liaison Counsel for Disbursement of Funds (For Expenses) be considered and filed into the record.

Respectfully submitted,

Dated: July 30, 2018

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of July, 2018.

/s/ *Leonard A. Davis*
Leonard A. Davis