UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAG. JUDGE KNOWLES |

**O R D E R**

Considering the Motion for Leave to File Reply to Objection of Ann B. Oldfather to Motion of Plaintiffs' Liaison Counsel for Disbursement of Funds (For Expenses) filed by Plaintiffs' Liaison Counsel, Russ M. Herman;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the attached Reply to Objection of Ann B. Oldfather to Motion of Plaintiffs' Liaison Counsel for Disbursement of Funds (For Expenses) be and is hereby filed into the record.

New Orleans, Louisiana, this  1st  day of _____August_____, 2018.

_____
Eldon E. Fallon
United States District Court Judge