# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>　　**PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**　　*ALL CASES*

## ORDER

Before the Court is Plaintiffs' Liaison Counsel's Motion for Disbursement of Funds (For Expenses), R. Doc. 65563. Ann Oldfather ("the Objector") has filed an objection, R. Doc. 65567. Accordingly,

**IT IS ORDERED** that the Objector has raised an issue regarding the accuracy or expenditures in the above mentioned motion. The Objector is entitled to meet and confer with the CPA regarding these concerns. However, the Objector must pay all costs incurred by the CPA for any telephone or in-person conferences and for any reports which the CPA issues. The Objector must conclude this process within two weeks from the date of this order and indicate to the Court at that time whether the Objector wishes to continue with the objection.

New Orleans, Louisiana, this 13th day of August, 2018.

　　　　　　　　　　　　　　　　　　　　　　　　／s／ Eldon E. Fallon
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE