# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **IN RE: VIOXX**<br>**PRODUCTS LIABILITY LITIGATION** | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**   *Central Regional Employees Benefit Fund v. Merck & Co. Inc.*, **No. 09-6363**

## ORDER

The Court has been notified that the above captioned matter has settled. However, no movement has been made by the parties to dismiss the case. Accordingly,

**IT IS ORDERED** that the parties shall appear on August 29, 2018 at 9:00 a.m. in the Courtroom of the Honorable Eldon E. Fallon to show cause why the above captioned matter should not be dismissed.

New Orleans, Louisiana, this 16th day of August, 2018.

_____
UNITED STATES DISTRICT JUDGE

CC: James Dugan
     Dugan Law Firm PLC
     365 Canal St., Suite 1000
     New Orleans, LA 70130

     Phillip Wittmann
     Stone, Pigman, Walther, Wittmann, LLC
     909 Poydras Street, Suite 3150
     New Orleans, LA 70112

Lenny Davis
Herman Herman & Katz, LLC
820 O'Keefe Avenue
New Orleans, LA 70113