# UNITED STATES COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This Document relates to All Cases | * | |
| | * | MAGISTRATE JUDGE KNOWLES |

**PLEADING REGARDING VIOXX ATTORNEY FEES
PURSUANT TO ORDER ISSUED JULY 20, 2018 [REC. DOC. 65566]**

Plaintiffs' Liaison Counsel, Russ M. Herman ("PLC"), and Leonard A. Davis (collectively "Chair of the Common Benefit Fee and Cost Committee") submit to the Court a pleading pursuant to issues set forth in the Court's Order of July 20, 2018 [Rec. Doc. 65566], as follows:

1. This filing is made in accordance with the Order issued on July 20, 2018 [Rec. Doc. 65566].

2. Movants desire to address issues pertaining to Vioxx Attorney Fees at the matter set by the Court on September 11, 2018.

3. PLC and the Chair of the Common Benefit Fee and Cost Committee established pursuant to Pre-Trial Order No. 59 are prepared to address the Court regarding efforts undertaken by the Common Benefit Fee and Cost Committee, including a desire to submit to the Court a unanimous recommendation of the Common Benefit Fee and Cost Committee for an Allocation Recommendation in connection with the Consumer Settlement Agreement. This matter should be discussed at the conference on September 11, 2018. Further, a discussion regarding the Court's desire for future steps or procedures to be undertaken in

connection with the Common Benefit Fee and Cost Committee's proposed Allocation Recommendation can be discussed with the Court.

4. PLC and the Chair of the Common Benefit Fee and Cost Committee established pursuant to Pre-Trial Order No. 59 desire to discuss at the conference on September 11, 2018 the Order and Reasons issued by the Court on August 29, 2017 [Rec. Doc. 65537], the Order issued by the Court on November 17, 2017 [Rec. Doc. 65545] vacating the Court's August 29, 2017 Order and Reasons [Rec. Doc. 65537], and discuss with the Court the Common Benefit Fee and Cost Committee's unanimous request that the Court reinstate its August 29, 2017 Order and Reasons, and ask the Court to award the amount the Court finds proper using its past reasoning applied to the current circumstances.

5. PLC and the Chair of the Common Benefit Fee and Cost Committee established pursuant to Pre-Trial Order No. 59 are prepared to discuss with the Court reports issued by Philip A. Garrett, including uncompensated time and remaining uncompensated costs in the Vioxx MDL.

Respectfully submitted,

Dated: August 27, 2018

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 165, Co-Lead Class Settlement Counsel*
*Fee Committee Chair*

COMMON BENEFIT FEE AND
COST COMMITTEE:

/s/ Richard A. Getty
RICHARD A. GETTY
Fee Committee Member


/s/ James P. Lyle
JAMES P. LYLE
Fee Committee Member


/s/ Dawn M. Barrios
DAWN M. BARRIOS
Fee Committee Member


/s/ Elizabeth J. Cabraser
ELIZABETH J. CABRASER
Fee Committee Member

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittman, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 27th day of August, 2018.

/s/ Leonard A. Davis
Leonard A. Davis
