MINUTE ENTRY
FALLON, J.
AUGUST 29, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L (5) |

**This document relates to:**
**09-6363**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Cathy Pepper

Appearances:   David Scalia, Esq. for Duggan Law Firm
Leonard Davis, Esq. for the Plaintiffs Liaison Counsel
Michael Fitzgerald, Esq. (via phone)
Dorothy Wimberly, Esq. for Merck

ORDER TO SHOW CAUSE:

Parties in the above suit were ordered to appear and show cause why this matter should not be dismissed.

After argument – IT IS ORDERED that the parties have 10 business days to procure the needed signatures and/or releases and file same to dismiss the case. If the Court does not receive the necessary pleadings within that allotted time, the Court will dismiss the case on its own motion.

JS10:    :09