MINUTE ENTRY
FALLON, J.
SEPTEMBER 11, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS<br>LIABILITY LITIGATION | CIVIL ACTION<br><br>NO.  05-MD-1657<br><br>SECTION: L (5) |

**This document relates to:**
**All cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Toni Tusa

Appearances:   Russ Herman, Esq., Leonard Davis, Esq., Richard Getty, Esq., (via phone), James
Lyle, Esq., Elizabeth Cabraser, Esq. and Dawn Barrios, Esq. for the Fee
Committee
Ann Oldfather, Esq. for Certain Plaintiffs
Dennis Johnson, Esq., for Certain Plaintiffs
Gary Mason, Esq. (via phone) for Certain Plaintiffs

Hearing on Attorneys' Fees:

After argument – IT IS ORDERED that the matter was taken under submission.

JS10:   1:30