UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

*****************************************************************

IN RE: VIOXX PRODUCTS
LIABILITY LITIGATION

MDL DOCKET NO. 05-1657
NEW ORLEANS, LOUISIANA
WEDNESDAY, AUGUST 29, 2018

THIS DOCUMENT RELATES TO:
09-6363

*****************************************************************

TRANSCRIPT OF ORDER TO SHOW CAUSE HEARING PROCEEDINGS
HEARD BEFORE THE HONORABLE ELDON E. FALLON
UNITED STATES DISTRICT JUDGE

APPEARANCES:

FOR THE PLAINTIFF: HERMAN HERMAN & KATZ
BY: RUSS HERMAN, ESQUIRE
LEONARD A. DAVIS, ESQUIRE
820 O'KEEFE AVENUE
NEW ORLEANS LA 70113

FOR THE DEFENDANT: STONE PIGMAN WALTHER WITTMANN
BY: DOROTHY H. WIMBERLY, ESQUIRE
546 CARONDELET STREET
NEW ORLEANS LA 70130

ALSO PRESENT: DUGAN LAW FIRM
BY: DAVID S. SCALIA, ESQUIRE
ONE CANAL PLACE, SUITE 1000
365 CANAL STREET
NEW ORLEANS LA 70130

APPEARANCES CONTINUED:

MICHAEL FITZGERALD, ESQUIRE
(PRESENT VIA TELEPHONE)

OFFICIAL COURT REPORTER: CATHY PEPPER, CCR, RMR, CRR
CERTIFIED REALTIME REPORTER
REGISTERED MERIT REPORTER
500 POYDRAS STREET, ROOM B-275
NEW ORLEANS, LOUISIANA 70130
(504) 589-7779

PROCEEDINGS RECORDED BY MECHANICAL STENOGRAPHY. TRANSCRIPT PRODUCED BY COMPUTER.

# I N D E X

PAGE

THE COURT.......................................... 4
MR. DAVIS.......................................... 5
MR. SCALIA......................................... 7
MR. FITZGERALD..................................... 7
MS. WIMBERLY....................................... 10
THE COURT.......................................... 10

**P-R-O-C-E-E-D-I-N-G-S**

WEDNESDAY, AUGUST 29, 2018

M O R N I N G   S E S S I O N

(IN OPEN COURT)

THE DEPUTY CLERK: All rise.

THE COURT: Be seated, please. Good morning, ladies and gentlemen.

Call the first case, please.

THE DEPUTY CLERK: MDL 05-1657, In Re: Vioxx Products Liability Litigation.

THE COURT: Would counsel make their appearance for the record, please.

MR. DAVIS: Good morning, Your Honor. From Plaintiffs' Liaison Counsel's Office, Leonard Davis, and I have counsel also with me.

MR. SCALIA: David Scalia, Your Honor, with the Dugan Law Firm.

THE COURT: Okay.

MS. WIMBERLY: Dorothy Wimberly on behalf of the defendants as Defendants' Liaison Counsel and as Merck's counsel.

THE COURT: Okay. We have someone on the phone also.

The Vioxx case is 2005, so we're dealing with it

for a couple of decades almost now, and this was one matter that I thought was resolved but it apparently hasn't been. The documents haven't been filed or haven't been signed, so it seems to me it's appropriate to at least set the motion to dismiss the case if it's not going to be resolved in some fashion.

Lenny, do you or Dorothy want to tell me the facts or the problem?

MR. DAVIS: Yes, Your Honor.

Your Honor, as the Court just mentioned, this case, this particular individual case has been pending for some time. As Your Honor is well aware, there have been different components, as I call them, of the Vioxx MDL, personal injury, and then Your Honor turned his attention to others, which included the Attorney General matters, the third-party payor matters. There were some pro se's in there, there were the Ann Oldfather cases and some others that were in there.

THE COURT: I recognize there was a large litigation. We had 50,000 claims, 1,200 lawyers in the case, so it was a rather big case. We dealt with the 50,000 claims, and we had 26 states whose attorneys generals made a claim for the return of their money that they spent for their Medicaid. We dealt with those.

Now we've got a couple of thousand consumer claims that want the money back for what they paid for the

drug, although the drug was good for them; so, we're dealing with that now.

MR. DAVIS: As Your Honor noted, it has been ongoing for quite some time. I think the Vioxx matter began preKatrina, before 2005, if my memory is correct. I know it's been quite some time.

There were, as I said, different components or elements that the Court dealt with over time. We are now at the tail end, and I thank you and your staff for all the efforts and the hard work that was put into this. In particular Sheridan, of recent, has reached out with respect to this one individual case.

I can assure Your Honor that considerable effort has been spent by your staff, as well as my office, in an attempt to move this along. We've contacted Jim Dugan's office. This is one of the last matters, and I appreciate that the Court has set the matter today.

Counsel is here who can address the particulars. I've reached out. We had communications yesterday with Merck. Dorothy Wimberly, myself, John Beisner was on the e-mails. Marvin was on the e-mails.

There have been quite a number of individuals that have communicated about this case, and Mr. Dugan had assured me and has assured me that he will be addressing the matter. I've reported that to your law clerk over time.

Counsel is here to address the matter.

THE COURT: What do we do with it? Let me hear you.

MR. SCALIA: Good morning. David Scalia. I'm with the Dugan Law Firm.

This matter did settle, as I understand it, before I even worked at the Dugan firm, back about two years ago. There were five third-party payors who needed to sign the documents. As I understand it, we have two.

Mr. Fitzgerald, who is on the phone, has assured us several times over the course of the last -- oh, I think, back this May we have some e-mails where he was -- said he had five signatures or he would be able to get the five signatures.

The problem is we don't, at the Dugan firm, control the client. Mr. Fitzgerald does. He has told us yesterday that the person available or necessary to sign will -- is out of town and will be back next week. I mean, certainly the matters need to be dismissed. The agreement was reached two years ago or a year ago.

THE COURT: Let me hear from Mr. Fitzgerald. What's the reason, Mr. Fitzgerald? Why shouldn't I dismiss it now?

MR. FITZGERALD: Good morning, Your Honor. Michael Fitzgerald, appearing for those five third-party payors.

First, let me express my appreciation for the Court's indulgence -- I did speak also with Sheridan

yesterday -- and the Court's indulgence to allow me to appear by phone.

Judge, everything that's been outlined is accurate. I was a guest in your court for the 50th case management conference probably a short seven or eight years ago, and my five third-party payors, quite frankly, I thought had executed all five pages.

When the five pages were transmitted electronically back in February to Mr. Dugan's firm, February of this year, it apparently did not convey all five of the pages, only two of the five third-party payors had signed.

It's not a matter of them not having a willingness to sign. In fact, I believe that they did sign. The matter was electronically transferred but excluded the last three pages.

It's five different joint insurance funds, Judge. These are employee, I'm sorry, employer self-insured funds for the municipal entities that band together, if you're familiar, to jointly insure for health coverage.

So what happened then after that, Judge, is that Mr. Dugan and Mr. Scalia, quite frankly, were reaching out to me because we didn't have the five. Merck appropriately insisted on signatures on all five pages for the five separate funds.

It just so happened that the executive director

is the same person, Mr. Laracy, (spelled phonetically) for all five funds. When I reached out to him to get another transmission of the electronically signed documents, that's when he indicated that he was on vacation; he would be back on Friday.

Judge, I would suggest that, as you well know, the total settlement here which caused some of the confusion is Merck is paying the five joint insurance funds a total of $20,000. Early on my folks thought it was $20,000 each and had gotten approval to settle the case through their executive board based upon that. When we dove a little deeper and determined that it was 20,000 in the aggregate to be split amongst them, they had to get further approval from their board, which was done.

Judge, the only thing I can suggest, and it would certainly be at the Court's indulgence, this matter has languished for some 13 -- or been worked on for 13 years, and this seems to be the last piece of the puzzle or the tail of the dog to be put away. I think a short ten-day time period.

I have no objection, Judge. The numbers are not significant. They are, obviously, the last piece of housekeeping that needs to be attended to. If the Court were to further indulge and provide an order of, say, ten days within which to provide the electronic transmittal of those last three releases or the matter would be dismissed

administratively, we would have no objection to that.

Mr. Laracy is a very reliable gentleman. I've known him for some time. He will return on Monday. I don't doubt that he will attend to this in an expeditious way.

THE COURT: All right. Dorothy, do you have any issue with that?

MS. WIMBERLY: Your Honor, Merck has no problem with that. Ten days is reasonable but we need to get it resolved. It's an open matter.

THE COURT: I'll do that then. I'll provide ten days, failing which the case will be dismissed so that we're finished with it.

Okay. Thank you very much.

MR. SCALIA: Thank you, Your Honor.

MR. DAVIS: Thank you.

MR. FITZGERALD: Thank you, Judge.

THE COURT: Thank you, Mike.

(WHEREUPON, the proceedings were concluded.)

* * *

REPORTER'S CERTIFICATE

I, Cathy Pepper, Certified Realtime Reporter, Registered Merit Reporter, Certified Court Reporter in and for the State of Louisiana, Official Court Reporter for the United States District Court, Eastern District of Louisiana, do hereby certify that the foregoing is a true and correct transcript to the best of my ability and understanding from the record of the proceedings in the above-entitled and numbered matter.

*s/Cathy Pepper*

Cathy Pepper, CRR, RMR, CCR
Certified Realtime Reporter
Registered Merit Reporter
Official Court Reporter
United States District Court
Cathy_Pepper@laed.uscourts.gov

## $

**$20,000** [2] - 9:9

## 0

**05-1657** [2] - 1:6, 4:11
**09-6363** [1] - 1:9

## 1

**1,200** [1] - 5:19
**10** [2] - 3:9, 3:10
**1000** [1] - 1:24
**13** [2] - 9:17

## 2

**20,000** [1] - 9:12
**2005** [2] - 4:25, 6:5
**2018** [2] - 1:7, 4:2
**26** [1] - 5:21
**29** [2] - 1:7, 4:2

## 3

**365** [1] - 1:24

## 4

**4** [1] - 3:5

## 5

**5** [1] - 3:6
**50,000** [2] - 5:19, 5:20
**500** [1] - 2:7
**504** [1] - 2:8
**50th** [1] - 8:4
**546** [1] - 1:21
**589-7779** [1] - 2:8

## 7

**7** [2] - 3:7, 3:8
**70113** [1] - 1:18
**70130** [3] - 1:21, 1:25, 2:8

## 8

**820** [1] - 1:17

## A

**ability** [1] - 11:8
**able** [1] - 7:12
**above-entitled** [1] - 11:9
**accurate** [1] - 8:4
**address** [2] - 6:18, 7:1
**addressing** [1] - 6:24
**administratively** [1] - 10:1
**aggregate** [1] - 9:12
**ago** [4] - 7:7, 7:18, 8:6
**agreement** [1] - 7:17
**allow** [1] - 8:1
**almost** [1] - 5:1
**ALSO** [1] - 1:23
**Ann** [1] - 5:17
**appear** [1] - 8:1
**appearance** [1] - 4:13
**APPEARANCES** [2] - 1:14, 2:1
**appearing** [1] - 7:22
**appreciate** [1] - 6:16
**appreciation** [1] - 7:24
**appropriate** [1] - 5:4
**appropriately** [1] - 8:22
**approval** [2] - 9:10, 9:13
**assure** [1] - 6:13
**assured** [3] - 6:24, 7:9
**attempt** [1] - 6:15
**attend** [1] - 10:4
**attended** [1] - 9:22
**attention** [1] - 5:14
**Attorney** [1] - 5:15
**attorneys** [1] - 5:21
**AUGUST** [2] - 1:7, 4:2
**available** [1] - 7:15
**AVENUE** [1] - 1:17
**aware** [1] - 5:12

## B

**B-275** [1] - 2:7
**band** [1] - 8:18
**based** [1] - 9:11
**BEFORE** [1] - 1:12
**began** [1] - 6:4
**behalf** [1] - 4:21
**Beisner** [1] - 6:20
**best** [1] - 11:8
**big** [1] - 5:20
**board** [2] - 9:11, 9:14
**BY** [5] - 1:16, 1:20, 1:23, 2:10, 2:10

## C

**CANAL** [2] - 1:24, 1:24
**CARONDELET** [1] - 1:21
**case** [12] - 4:10, 4:25, 5:5, 5:11, 5:19, 5:20, 6:12, 6:23, 8:4, 9:10, 10:11
**cases** [1] - 5:17
**Cathy** [2] - 11:3, 11:12
**CATHY** [1] - 2:6
**Cathy_Pepper@laed.uscourts.gov** [1] - 11:14
**CAUSE** [1] - 1:12
**caused** [1] - 9:7
**CCR** [2] - 2:6, 11:12
**certainly** [2] - 7:17, 9:16
**CERTIFICATE** [1] - 11:1
**CERTIFIED** [1] - 2:6
**Certified** [3] - 11:3, 11:4, 11:12
**certify** [1] - 11:7
**claim** [1] - 5:21
**claims** [3] - 5:19, 5:20, 5:25
**clerk** [1] - 6:25
**CLERK** [2] - 4:7, 4:11
**client** [1] - 7:14
**communicated** [1] - 6:23
**communications** [1] - 6:19
**components** [2] - 5:13, 6:7
**COMPUTER** [1] - 2:10
**concluded** [1] - 10:18
**conference** [1] - 8:5
**confusion** [1] - 9:7
**considerable** [1] - 6:13
**consumer** [1] - 5:24
**contacted** [1] - 6:15
**CONTINUED** [1] - 2:1
**control** [1] - 7:14
**convey** [1] - 8:10
**correct** [2] - 6:5, 11:7
**counsel** [5] - 4:13, 4:16, 4:23, 6:18, 7:1
**Counsel** [1] - 4:22
**Counsel's** [1] - 4:16
**couple** [2] - 5:1, 5:24
**course** [1] - 7:10
**COURT** [13] - 1:1, 2:6, 4:4, 4:8, 4:13, 4:20, 4:24, 5:18, 7:2, 7:19, 10:5, 10:10, 10:17
**court** [1] - 8:4
**Court** [9] - 5:10, 6:8, 6:17, 9:22, 11:4, 11:5, 11:6, 11:13, 11:14
**Court's** [3] - 7:25, 8:1, 9:16
**COURT.......................................** [2] - 3:5, 3:10
**coverage** [1] - 8:19
**CRR** [2] - 2:6, 11:12

## D

**David** [2] - 4:18, 7:3
**DAVID** [1] - 1:23
**DAVIS** [5] - 1:17, 4:15, 5:9, 6:3, 10:15
**Davis** [1] - 4:16
**DAVIS........................................** [1] - 3:6
**days** [3] - 9:23, 10:8, 10:10
**dealing** [2] - 4:25, 6:1
**dealt** [3] - 5:20, 5:22, 6:8
**decades** [1] - 5:1
**deeper** [1] - 9:11
**DEFENDANT** [1] - 1:20
**defendants** [1] - 4:22
**Defendants'** [1] - 4:22
**DEPUTY** [2] - 4:7, 4:11
**determined** [1] - 9:12
**different** [3] - 5:12, 6:7, 8:16
**director** [1] - 8:25
**dismiss** [2] - 5:5, 7:20
**dismissed** [3] - 7:17, 9:25, 10:11
**District** [3] - 11:6, 11:14
**DISTRICT** [3] - 1:1, 1:1, 1:13
**DOCKET** [1] - 1:6
**DOCUMENT** [1] - 1:8
**documents** [3] - 5:3, 7:8, 9:3
**dog** [1] - 9:19
**done** [1] - 9:14
**DOROTHY** [1] - 1:20
**Dorothy** [4] - 4:21, 5:7, 6:20, 10:5
**doubt** [1] - 10:4
**dove** [1] - 9:11
**drug** [2] - 6:1
**Dugan** [6] - 4:18, 6:23, 7:4, 7:6, 7:13, 8:21
**DUGAN** [1] - 1:23
**Dugan's** [2] - 6:15, 8:9

## E

**e-mails** [3] - 6:20, 6:21, 7:11
**early** [1] - 9:9
**EASTERN** [1] - 1:1
**Eastern** [1] - 11:6
**effort** [1] - 6:13
**efforts** [1] - 6:10
**eight** [1] - 8:5
**ELDON** [1] - 1:12
**electronic** [1] - 9:24
**electronically** [3] - 8:9, 8:14, 9:3
**elements** [1] - 6:8
**employee** [1] - 8:17
**employer** [1] - 8:17
**end** [1] - 6:9
**entities** [1] - 8:18
**entitled** [1] - 11:9
**ESQUIRE** [5] - 1:16, 1:17, 1:20, 1:23, 2:3
**excluded** [1] - 8:14
**executed** [1] - 8:7
**executive** [2] - 8:25, 9:10
**expeditious** [1] - 10:4
**express** [1] - 7:24

## F

**fact** [1] - 8:13
**facts** [1] - 5:8
**failing** [1] - 10:11
**FALLON** [1] - 1:12
**familiar** [1] - 8:18
**fashion** [1] - 5:6
**February** [2] - 8:9
**filed** [1] - 5:3
**finished** [1] - 10:11
**FIRM** [1] - 1:23
**Firm** [2] - 4:19, 7:4
**firm** [3] - 7:6, 7:13, 8:9
**first** [2] - 4:10, 7:24
**Fitzgerald** [5] - 7:9, 7:14, 7:19, 7:20, 7:22
**FITZGERALD** [3] - 2:3, 7:21, 10:16
**FITZGERALD.....................................** [1] - 3:8
**five** [15] - 7:7, 7:12,

7:22, 8:6, 8:7, 8:8, 8:10, 8:11, 8:16, 8:22, 8:23, 9:2, 9:8
**folks** [1] - 9:9
**FOR** [2] - 1:16, 1:20
**foregoing** [1] - 11:7
**frankly** [2] - 8:6, 8:21
**Friday** [1] - 9:5
**funds** [5] - 8:16, 8:17, 8:24, 9:2, 9:8

**G**

**General** [1] - 5:15
**generals** [1] - 5:21
**gentleman** [1] - 10:2
**gentlemen** [1] - 4:9
**guest** [1] - 8:4

**H**

**hard** [1] - 6:10
**health** [1] - 8:19
**hear** [2] - 7:2, 7:19
**HEARD** [1] - 1:12
**HEARING** [1] - 1:12
**hereby** [1] - 11:6
**HERMAN** [3] - 1:16, 1:16
**Honor** [11] - 4:15, 4:18, 5:9, 5:10, 5:12, 5:14, 6:3, 6:13, 7:21, 10:7, 10:14
**HONORABLE** [1] - 1:12
**housekeeping** [1] - 9:22

**I**

**IN** [2] - 1:4, 4:4
**included** [1] - 5:15
**indicated** [1] - 9:4
**individual** [2] - 5:11, 6:12
**individuals** [1] - 6:22
**indulge** [1] - 9:23
**indulgence** [3] - 7:25, 8:1, 9:16
**injury** [1] - 5:13
**insisted** [1] - 8:23
**insurance** [2] - 8:16, 9:8
**insure** [1] - 8:19
**insured** [1] - 8:17
**issue** [1] - 10:5

**J**

**Jim** [1] - 6:15
**John** [1] - 6:20
**joint** [2] - 8:16, 9:8
**jointly** [1] - 8:19
**judge** [2] - 8:3, 9:15
**Judge** [5] - 8:16, 8:20, 9:6, 9:20, 10:16
**JUDGE** [1] - 1:13

**K**

**KATZ** [1] - 1:16
**known** [1] - 10:3

**L**

**LA** [3] - 1:18, 1:21, 1:25
**ladies** [1] - 4:8
**languished** [1] - 9:17
**Laracy** [2] - 9:1, 10:2
**large** [1] - 5:18
**last** [6] - 6:16, 7:10, 8:14, 9:18, 9:21, 9:25
**LAW** [1] - 1:23
**law** [1] - 6:25
**Law** [2] - 4:19, 7:4
**lawyers** [1] - 5:19
**least** [1] - 5:4
**Lenny** [1] - 5:7
**LEONARD** [1] - 1:17
**Leonard** [1] - 4:16
**LIABILITY** [1] - 1:5
**Liability** [1] - 4:12
**Liaison** [2] - 4:16, 4:22
**litigation** [1] - 5:18
**Litigation** [1] - 4:12
**LITIGATION** [1] - 1:5
**Louisiana** [2] - 11:5, 11:6
**LOUISIANA** [3] - 1:1, 1:6, 2:8

**M**

**mails** [3] - 6:20, 6:21, 7:11
**management** [1] - 8:5
**Marvin** [1] - 6:21
**matter** [12] - 5:1, 6:4, 6:17, 6:25, 7:1, 7:5, 8:12, 8:14, 9:16, 9:25, 10:9, 11:9
**matters** [4] - 5:15, 5:16, 6:16, 7:17
**MDL** [3] - 1:6, 4:11, 5:13
**mean** [1] - 7:16
**MECHANICAL** [1] - 2:10
**Medicaid** [1] - 5:22
**memory** [1] - 6:5
**mentioned** [1] - 5:10
**Merck** [4] - 6:19, 8:22, 9:8, 10:7
**Merck's** [1] - 4:22
**Merit** [2] - 11:4, 11:13
**MERIT** [1] - 2:7
**Michael** [1] - 7:22
**MICHAEL** [1] - 2:3
**Mike** [1] - 10:17
**Monday** [1] - 10:3
**money** [2] - 5:22, 5:25
**morning** [4] - 4:8, 4:15, 7:3, 7:21
**motion** [1] - 5:4
**move** [1] - 6:15
**MR** [12] - 3:6, 3:7, 3:8, 4:15, 4:18, 5:9, 6:3, 7:3, 7:21, 10:14, 10:15, 10:16
**MS** [3] - 3:9, 4:21, 10:7
**municipal** [1] - 8:18

**N**

**necessary** [1] - 7:15
**need** [2] - 7:17, 10:8
**needed** [1] - 7:7
**needs** [1] - 9:22
**NEW** [5] - 1:6, 1:18, 1:21, 1:25, 2:8
**next** [1] - 7:16
**NO** [1] - 1:6
**noted** [1] - 6:3
**number** [1] - 6:22
**numbered** [1] - 11:9
**numbers** [1] - 9:20

**O**

**O'KEEFE** [1] - 1:17
**objection** [2] - 9:20, 10:1
**obviously** [1] - 9:21
**OF** [2] - 1:1, 1:12
**office** [2] - 6:14, 6:16
**Office** [1] - 4:16
**OFFICIAL** [1] - 2:6
**Official** [2] - 11:5, 11:13
**Oldfather** [1] - 5:17
**one** [3] - 5:1, 6:12, 6:16
**ONE** [1] - 1:24
**ongoing** [1] - 6:3
**OPEN** [1] - 4:4
**open** [1] - 10:9
**ORDER** [1] - 1:12
**order** [1] - 9:23
**ORLEANS** [5] - 1:6, 1:18, 1:21, 1:25, 2:8
**outlined** [1] - 8:3

**P**

**PAGE** [1] - 3:3
**pages** [5] - 8:7, 8:8, 8:11, 8:15, 8:23
**paid** [1] - 5:25
**particular** [2] - 5:11, 6:11
**particulars** [1] - 6:18
**party** [5] - 5:15, 7:7, 7:22, 8:6, 8:11
**paying** [1] - 9:8
**payor** [1] - 5:15
**payors** [4] - 7:7, 7:23, 8:6, 8:11
**pending** [1] - 5:11
**Pepper** [3] - 11:3, 11:11, 11:12
**PEPPER** [1] - 2:6
**period** [1] - 9:19
**person** [2] - 7:15, 9:1
**personal** [1] - 5:13
**phone** [3] - 4:24, 7:9, 8:2
**phonetically** [1] - 9:1
**piece** [2] - 9:18, 9:21
**PIGMAN** [1] - 1:20
**PLACE** [1] - 1:24
**PLAINTIFF** [1] - 1:16
**Plaintiffs'** [1] - 4:15
**POYDRAS** [1] - 2:7
**preKatrina** [1] - 6:5
**PRESENT** [2] - 1:23, 2:3
**pro** [1] - 5:16
**problem** [3] - 5:8, 7:13, 10:7
**PROCEEDINGS** [3] - 1:12, 2:10, 4:1
**proceedings** [2] - 10:18, 11:9
**PRODUCED** [1] - 2:10
**Products** [1] - 4:11
**PRODUCTS** [1] - 1:4
**provide** [3] - 9:23, 9:24, 10:10
**put** [2] - 6:10, 9:19
**puzzle** [1] - 9:18

**Q**

**quite** [5] - 6:4, 6:6, 6:22, 8:6, 8:21

**R**

**rather** [1] - 5:20
**Re** [1] - 4:11
**RE** [1] - 1:4
**reached** [4] - 6:11, 6:19, 7:18, 9:2
**reaching** [1] - 8:21
**Realtime** [2] - 11:3, 11:12
**REALTIME** [1] - 2:6
**reason** [1] - 7:20
**reasonable** [1] - 10:8
**recent** [1] - 6:11
**recognize** [1] - 5:18
**record** [2] - 4:14, 11:8
**RECORDED** [1] - 2:10
**registered** [1] - 11:13
**Registered** [1] - 11:3
**REGISTERED** [1] - 2:7
**RELATES** [1] - 1:8
**releases** [1] - 9:25
**reliable** [1] - 10:2
**reported** [1] - 6:25
**REPORTER** [3] - 2:6, 2:6, 2:7
**Reporter** [7] - 11:3, 11:4, 11:5, 11:12, 11:13, 11:13
**REPORTER'S** [1] - 11:1
**resolved** [3] - 5:2, 5:5, 10:8
**respect** [1] - 6:11
**return** [2] - 5:21, 10:3
**rise** [1] - 4:7
**RMR** [2] - 2:6, 11:12
**ROOM** [1] - 2:7
**RUSS** [1] - 1:16

**S**

**s/Cathy** [1] - 11:11
**Scalia** [3] - 4:18, 7:3, 8:21
**SCALIA** [4] - 1:23, 4:18, 7:3, 10:14
**SCALIA**......................................... [1] - 3:7
**se's** [1] - 5:16

**seated** [1] - 4:8
**self** [1] - 8:17
**self-insured** [1] - 8:17
**separate** [1] - 8:23
**set** [2] - 5:4, 6:17
**settle** [2] - 7:5, 9:10
**settlement** [1] - 9:7
**seven** [1] - 8:5
**several** [1] - 7:10
**Sheridan** [2] - 6:11, 7:25
**short** [2] - 8:5, 9:19
**SHOW** [1] - 1:12
**sign** [4] - 7:7, 7:15, 8:13
**signatures** [3] - 7:12, 8:23
**signed** [3] - 5:3, 8:11, 9:3
**significant** [1] - 9:21
**someone** [1] - 4:24
**sorry** [1] - 8:17
**spelled** [1] - 9:1
**spent** [2] - 5:22, 6:14
**split** [1] - 9:12
**staff** [2] - 6:9, 6:14
**State** [1] - 11:4
**STATES** [2] - 1:1, 1:13
**States** [2] - 11:5, 11:14
**states** [1] - 5:21
**STENOGRAPHY** [1] - 2:10
**STONE** [1] - 1:20
**STREET** [3] - 1:21, 1:24, 2:7
**suggest** [2] - 9:6, 9:15
**SUITE** [1] - 1:24

**T**

**tail** [2] - 6:9, 9:18
**TELEPHONE** [1] - 2:3
**ten** [4] - 9:19, 9:23, 10:8, 10:10
**ten-day** [1] - 9:19
**THE** [17] - 1:12, 1:16, 1:20, 3:5, 3:10, 4:7, 4:8, 4:11, 4:13, 4:20, 4:24, 5:18, 7:2, 7:19, 10:5, 10:10, 10:17
**third** [5] - 5:15, 7:7, 7:22, 8:6, 8:11
**third-party** [5] - 5:15, 7:7, 7:22, 8:6, 8:11
**THIS** [1] - 1:8
**thousand** [1] - 5:24
**three** [2] - 8:15, 9:25
**TO** [2] - 1:8, 1:12
**today** [1] - 6:17
**together** [1] - 8:18
**total** [2] - 9:7, 9:8
**town** [1] - 7:16
**transcript** [1] - 11:7
**TRANSCRIPT** [2] - 1:12, 2:10
**transferred** [1] - 8:14
**transmission** [1] - 9:3
**transmittal** [1] - 9:24
**transmitted** [1] - 8:8
**true** [1] - 11:7
**turned** [1] - 5:14
**two** [4] - 7:6, 7:8, 7:18, 8:11

**U**

**UNITED** [2] - 1:1, 1:13
**United** [2] - 11:5, 11:14

**V**

**vacation** [1] - 9:4
**VIA** [1] - 2:3
**Vioxx** [4] - 4:11, 4:25, 5:13, 6:4
**VIOXX** [1] - 1:4

**W**

**WALTHER** [1] - 1:20
**WEDNESDAY** [2] - 1:7, 4:2
**week** [1] - 7:16
**WHEREUPON** [1] - 10:18
**willingness** [1] - 8:13
**WIMBERLY** [3] - 1:20, 4:21, 10:7
**Wimberly** [2] - 4:21, 6:20
**WIMBERLY.............................................** [1] - 3:9
**WITTMANN** [1] - 1:20

**Y**

**year** [2] - 7:18, 8:10
**years** [4] - 7:6, 7:18, 8:5, 9:17
**yesterday** [3] - 6:19, 7:15, 8:1