UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAG. JUDGE KNOWLES |

## O R D E R

Considering the Motion for Disbursement of Funds (For Expenses) filed by Plaintiffs' Liaison Counsel and objections to it, the Court finds that the administration of this MDL is ongoing and that the current expenses are legitimate. Accordingly,

IT IS ORDERED BY THE COURT that the motion is GRANTED and Plaintiffs' Liaison Counsel is authorized to withdraw the amount of $100,000.00 from the BrownGreer Escrow Account held at US Bank and deposit into the Vioxx MDL 1657 Shared Cost Account in order that Plaintiffs' Liaison Counsel and the PSC can continue to pay shared costs in the Vioxx MDL 1657 litigation.

IT IS FURTHER ORDERED BY THE COURT that all payments will continue to be handled in accordance with Pre-Trial Order No. 6.

New Orleans, Louisiana, this 12th day of September, 2018.

_____
Eldon E. Fallon
United States District Court Judge