UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>    PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

THIS DOCUMENT RELATES TO:   *Central Regional Employees Benefit Fund v. Merck & Co. Inc.*, No. 09-6363

## ORDER

The above captioned matter was set for a show cause hearing on August 29, 2018 because the Court had been notified that the matter was settled but no movement had been made by the parties to dismiss the case. Having heard nothing from the parties following the show cause hearing, it is the Court's understanding that no action has been taken in this matter in over a year and that the matter has been settled. Accordingly, the Court finds it is appropriate to finally dismiss this case and remove it from the Court's docket. Therefore,

**IT IS ORDERED** that the above captioned matter is hereby **DISMISSED**, with prejudice, each party to bear its own costs.

New Orleans, Louisiana, this 17th day of September, 2018.

*[signature: Eldon E. Fallon]*
UNITED STATES DISTRICT JUDGE