UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX<br>PRODUCTS LIABILITY LITIGATION | MDL NO. 1657<br><br>SECTION L<br><br>JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**     *Harold L. Rutherford*

## ORDER

The Court received the following correspondence from Ms. Elzina Rutherford and Ms. Cindy Rutherford.

**IT IS ORDERED** that this correspondence be filed into the record.

**IT IS FURTHER ORDERED** that Plaintiffs' Counsel and Liaison Counsel take any appropriate or necessary action and report back to the Court by no later than Thursday, October 4, 2018 at 5:00 p.m.

New Orleans, Louisiana, this 24th day of September, 2018.

_____
UNITED STATES DISTRICT JUDGE

cc:  Ms. Elzina Rutherford          Ms. Cindy Rutherford
     8711 County Road 236           72 County Road 566
     Town Creek, AL 35672           Town Creek, AL 35672

Elzina Rutherford                                              09/19/2018
8711 County Road 236
Town Creek, AL 35672

Cindy Rutherford
72 County Road 566
Town Creek, AL 35672

Honorable Eldon E. Fallon
United States District Court
Eastern District of Louisiana
500 Poydras St.
New Orleans, LA 70112

To: Honorable Eldon E. Fallon:

We have not heard from this office which stated that this would be discussed at the next conference. We are asking for the proper authorities to be given all of the orders that these attorneys have violated by your Court. We have no more information than when this court issued the first order. Herman & Herman on the phone stated they do not have jurisdiction.

This court had exclusive jurisdiction on Vioxx and all attorneys along with all plaintiffs.

We are requesting this court to contact the proper authorities to contact Vioxx to obtain the pay out to the Estate of Harold L Rutherford , Attorney's fees etc. An accounting of the 68% if we received 68% too what and why Bouloukos, Oglesby & Mitchell took of their part, and what Davis & Norris , LLP took.

We thought Herman & Herman was going to help us, no they just sit on time.

All we want is what is rightfully ours.

Sincerely,

Elzina Rutherford   IN RE Estate Harold Lamar Rutherford
Cindy Rutherford Daughter