# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE:  VIOXX | : | MDL NO. 1657 |
|   PRODUCTS LIABILITY LITIGATION | : | SECTION "L" (4) |
|  | : |  |
|  | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES:**

## ORDER

On September 26, 2018, the Court issued its order and reasons establishing the total attorneys' fee for the common benefit services rendered by counsel in connection with the consumer class aspect of this multidistrict litigation. R. Doc. 65586. It is now necessary to determine how this fee should be distributed among the individual counsel.

Accordingly;

**IT IS ORDERED** that the Fee Allocation Committee meet and confer and provide the Court with a recommendation as to an appropriate and fair allocation of the attorneys' fee among the attorneys who rendered common benefit services to the consumer class.

New Orleans, Louisiana, this 1st day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE