# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

|  |  |  |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
|  | : |  |
| PRODUCTS LIABILITY LITIGATION | : | SECTION "L" (4) |
|  | : |  |
|  | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES:**

## ORDER

On October 18, 2018, the Common Benefit Consumer Class Fee and Cost Committee issued its recommendation as to an appropriate and fair allocation of attorneys' fees among the attorneys who rendered common benefit services to the consumer class pursuant to the Court's October 1, 2018 Order. R. Doc. 65589.

Accordingly;

**IT IS ORDERED** that any objections to the Common Benefit Consumer Class Fee and Cost Committee's recommendation shall be filed into the record for the Court's consideration by no later than Thursday, November 1, 2018 at 5:00 p.m.

New Orleans, Louisiana, this 22nd day of October, 2018.

_____
UNITED STATES DISTRICT JUDGE