| | Percent Recommended | Dollars Recommended | Hours as of First Award [1] | Hours as of Second Award [2] | Lodestar Cross Check, effective hourly rate | Effective Mulitplier Assumed by FAC |
|---|---|---|---|---|---|---|
| Barrios, Kingsdorf & Casteix | 18.875 | $803,131.25 | - | 787.750 | $1,019.53 | 2.44 |
| assumed new hours (3) | | | | 102.833 | $7,810.03 | 18.72 |
| Bingham Greenebaum Doll | 3.500 | $148,925.00 | 2,521.250 | 2,521.250 | $59.07 | 0.14 |
| Getty Law Group | 18.875 | $803,131.25 | 2,556.950 | 2,846.200 | $282.18 | 0.68 |
| Harke, Clasby & Bushman | 3.000 | $127,650.00 | 97.700 | 97.700 | $1,306.55 | 3.13 |
| Herman, Herman & Katz | 19.625 | $835,043.75 | - | 552.000 | $1,512.76 | 3.63 |
| assumed new hours (3) | | | | 102.833 | $8,120.36 | 19.47 |
| Johnson & Perkinson | 4.000 | $170,200.00 | 1,374.500 | 1,374.500 | $123.83 | 0.30 |
| Keller Rohrback | 3.500 | $148,925.00 | 642.000 | 642.000 | $231.97 | 0.56 |
| Law Offices of James P. Lyle | 3.500 | $148,925.00 | 280.690 | 280.690 | $530.57 | 1.27 |
| Lieff Cabraser Heimann & Bernstein | 19.125 | $813,768.75 | - | 671.650 | $1,211.60 | 2.90 |
| assumed new hours (3) | | | | 102.833 | $7,913.47 | 18.97 |
| Oldfather Law Firm | - | $0.00 | - | 2,202.250 [4] | $0.00 | - |
| Sanford Heisler Kimpel | 3.000 | $127,650.00 | 1,518.900 | 1,518.900 | $84.04 | 0.20 |
| Whitfield Bryson & Mason | 3.000 | $127,650.00 | 640.000 | 640.000 | $199.45 | 0.48 |
| TOTAL | 100.000 | $4,255,000.00 | 9,631.990 [1] | 14,134.890 | | |

(1) R. Doc 65537. Objector has not been able to obtain from Mr. Herman the actual hours that comprised the 9,891.49 hour total the Court discussed in its first order. The closest figures available to Objector are those hours posted as of 12/2016, which are within 300 hours of that total.

(2) R. Doc 65586. Objector has not been able to obtain from Mr. Herman the actual hours that comprised the 14,134.89 hour total the Court discussed in its second order, or Mr. Garrett's June 2018 report the Court referenced in concluding that 10,200 hours is the appropriate number of hours for the lodestar cross-check. The closest figures available to Objector are those hours posted as of 3/2018, which do match the total of 14,134.89 hours.

(3) The shaded hours are all "new" hours, and hence fall within the Court's observation that only 308.5 hours of the total "new" hours should be counted toward Consumer common benefit fee efforts. If those allowed 308.51 hours are divided evenly between Barrios, HHK and Lieff Cabraser, the multipliers for the fee recommended for those three firms increases to 18-19 times the lodestar hourly fee award of $417.16.

(4) Pursuant to the Court's Order of November 17, 2017 (R. Doc 65545), Objector reallocated 2,202.25 directly from Vioxx general to consumer. The reallocation was accomplished by a line-by-line review and allocation to Consumer only of those categories that added benefit to the consumer claims.

# TAB 1