## MDL 1657: IN RE VIOXX (CONSUMER LITIGATION)

### RESPONSE OF OLDFATHER LAW FIRM
### TO LETTER DATED MAY 16, 2018 OF FEE COMMITTEE
### and
### TO QUESTIONS OF FEE COMMITTEE

**Ann B. Oldfather**, affirms under penalty of perjury as follows:

On May 22, 2018, I received the letter attached at TAB A from the Consumer Class Fee Committee.

I did not receive any of the attachments referenced in the Fee Committee's letter of May 16, 2018, and my repeated requests did not result in receipt of same. I have **not** seen any Garrett-approved time other than my own at any point subsequent to the detailed reports of January 2017, attached at TAB B.

At that time, eight (8) firms had Garrett-approved time and held costs posted to Consumer. No time or expense was shown for Barrios Kingsdorf, HHK, Lief Cabraser, or Oldfather Law Firm.

I know that the Oldfather Law Firm re-allocated 2,202.25 hours of Garrett-approved common benefit time from MDL general to Consumer, and I assume that Barrios Kingsdorf, HHK, and Lief Cabraser re-allocated some or all of their previously-approved and uncompensated hours from MDL general time[1] and expense. All Attorney General time and expense has been waived or paid, as confirmed by recent order (*see* Order & Reasons, Rec. Doc. 65557), but see ftn. 1.

For the same reason that Judge Fallon has consistently refused the requests of several recent applicants to late submittal of common benefit hours, it is inappropriate for fee claimants (especially those entrusted by the court with the responsibility of being on the FAC) to submit *for the first time* hours never previously put into the Garrett database. But, if hours submitted and uncompensated for AG work can be recharacterized as benefitting Consumer, indeed those should be submitted to Consumer here since the point is to **compensate common benefit work.**

---

[1]  The maximum amounts available to each of those three firms for reallocation are as follows (*see* TAB B):

|  | MDL, general | Attorney-General |
|---|---|---|
| Barrios Kingsdorf | 680.45 hours | 1,600.00 hours |
| HHK | 2,418.50 hours | 1,750.00 hours |
| Lief Cabraser | 0 hours | 604.75 hours |

TAB 2

I cannot complete the Tally Report since I don't know how many hours Barrios Kingsdorf, HHK, or Lief Cabraser re-allocated to Consumer from MDL general or AG, but I can provide these thoughts, guided by these facts and principles:

1. Everyone who performed common benefit work should be fully and fairly compensated.

2. The process for establishing the Consumer common benefit fee requires a benefit to the consumer case, but the other common benefit funds currently on hand are ***not*** so restricted. Since PTO 6 required attorneys to perform common benefit work "on behalf of plaintiffs in all actions which are consolidated with the instant multi-district litigation," and since the Court has on many different previous occasions compensated common benefit time and expense that didn't directly result in a recovery, those monies can be used for any common benefit work (just as they were recently to compensate expenses in the AG litigation).

3. There are more than sufficient funds to compensate attorneys for their common benefit work and expenditure of common benefit funds. From the information available to me, there are funds remaining on hand from the personal injury fee and expense fund of $551,479.69 and the master settlement expense fund of $5,807,030.32 ($6,625,585 less $818,554.48 paid for Vioxx Attorney General held costs and assessments), for a total of $6,358,510.01

4. The Court can establish an aggregate fee in Consumer up to the maximum $7,174,419.09.

5. There are adequate funds to accomplish full and fair compensation for all common benefit work.

6. A multiplier is appropriate for direct litigation or settlement work – such as deposition responsibility (Oldfather), trial and appellate work (Getty) and settlement work (HHK), perhaps between 1.5 and 2.0.

7. The Court entered its Order & Reasons awarding an aggregate fee in the amount of $4,025,000 on August 29, 2017 (filed 9/1/2017 as Rec. Doc. 65537). Subsequent thereto, substantial additional hours have been posted to consumer that benefitted the Consumer class. The Court vacated the aggregate fee award for the purpose of determining that additional work.

TAB 2

8. The Oldfather Law Firm has received ***no* common benefit fee.**[2] Oldfather has only been reimbursed for a portion of common benefit expense, and has an **outstanding** approved amount of common benefit expense of $90,175.06.

9. A motion is pending before the Court to establish a FAC and common benefit entitlement on the personal injury cases and remaining Vioxx common benefit work, *see* Rec. Doc 65498, heard on 3/29/2017 and taken under submission.

A raw TALLY TABLE could look like this:

| | Hours | Rate- used in MSA CB Order | Multi-plier | Amount | % |
|---|---|---|---|---|---|
| Barrios Kingsdorf | | $443.29 | TBD | unknown | TBD |
| Bingham Greenebaum | 2521.25 | $443.29 | TBD | $1,117,644.91 | TBD |
| Getty Law Firm | 2556.95 | $443.29 | TBD | $1,133,470.37 | TBD |
| Harke Clasby | 97.70 | $443.29 | TBD | $43,309.43 | TBD |
| HHK | | $443.29 | TBD | unknown | TBD |
| Johnson & Perkinson | 1374.50 | $443.29 | TBD | $609,302.11 | TBD |
| Keller Rohrback | 642.00 | $443.29 | TBD | $284,592.18 | TBD |
| Law Office of James Lyle | 260.00 | $443.29 | TBD | $115,255.40 | TBD |
| Lief Cabraser | | $443.29 | TBD | unknown | TBD |
| Oldfather Law Firm | 2202.25 | $443.29 | TBD | $976,235.40 | TBD |
| Whitfield,Bryson | 640.00 | $443.29 | TBD | $283,705.60 | TBD |
| Sanford Heisler & Kimpel | 1518.80 | $443.29 | TBD | $673,268.85 | TBD |

TOTAL: $5,236,784.25
not to exceed $7,174,419.09

---

[2]  Oldfather kept separate time records for case work done on the 22 clients for whom the firm was counsel of record, out of the 147 IE/NE claimants. Those separate time records reflect a total of 2,398.80 hours. The direct fee collected on these cases should not affect the firm's entitlement to compensation for common-benefit work in this litigation, any more than the direct representation by Beasley Allen of more than 5,000 individual clients affected its common benefit compensation award in excess of $30 million.

TAB 2

## RESPONSES TO SPECIFIC QUESTIONS

(1)     Did you participate in Trial of a Consumer Case?
        What did you do?

        Case Name

        Result

**I did not participate in trial of a Consumer Case.**

**I did however perform core *Daubert* work and core database work that directly benefitted the value and hence the settlement of the consumer cases. All of this work was previously approved on a timely basis by Phil Garrett and subsequent to court's order of November 17, 2017 (Rec. Doc. 65545. A total of 2,202.25 hours also chargeable to (and previously posted to) Vioxx MDL general has now been posted to Consumer. *See* letter dated December 12, 2017, attached at TAB C, and detailed time reports attached as TAB D.**

**It has consistently and plainly been the position of the Oldfather Law Firm that it did no direct work in the Consumer cases, but that, in at least two major particulars, its work on the personal injury cases-which is still uncompensated—benefitted the claims and hence the settlement of the Consumer class. Had the attorneys who established the general causation nexus between Vioxx and arterial events not yet been compensated by the Master Settlement monies, they too would have a claim here for benefitting the Consumer class. By establishing the general causation nexus between Vioxx and venous events, and by its considerable work in rescuing the Vioxx database, Oldfather Law Firm has also benefitted the Consumer class. *See* Letter from Oldfather to Herman and Davis of November 13, 2017, attached at TAB E.**

**It has also consistently been the position that the common benefit fees and expenses for the balance of this case should be decided simultaneously with the fee allocation and fee establishment of the consumer common benefit fee so that whatever common benefit services cannot be satisfied there can be handled through the remaining funds.**

(2)     Did you participate in Trial Prep of a Consumer Case schedule with a Court assigned Trial date?

TAB 2

Describe preparation;

Scheduled date of Trial;

Case and Docket Number of case

**No.**

(3)     Did you participate in Motion, Brief and Argument in a Consumer case?
Case Name and Docket Number;

Provide Brief(s) Filed;

Dates of Argument;

Court's Order & Reasons;

Case Name and Docket Number.

**I did not participate in Motion, Brief and Argument in a Consumer Case. But see answer to (1).**

(4)     Did you attend Status Conferences in the MDL in which Consumer case issues were one of the several matters listed or discussed?
What dates?

**I did attend every Status Conferences in the MDL but one subsequent to my appointments, and the Consumer case issues were one of the several matters listed and discussed at each.**

(5)     Did you participate directly in pursuing the consumer cases in the MDL before settlement?
Describe;

If in Court, other than the MDL, please state Class action docket numbers and case name.

**I did not participate directly in pursuing the consumer cases in the MDL before settlement.**

(6)     Were you appointed by Judge Eldon Fallon to any Committee in connection with Consumer litigation or settlement in the MDL;
Liasion?

Executive Committee?

State Liasion?

Settlement?

Class Counsel?

5

TAB 2

Fee Committee?

Other?

**I was not appointed by Judge Eldon Fallon to Committees in connection with Consumer litigation or settlement in the MDL.  I was appointed as Liaison Counsel, Class Counsel, and Lead Counsel for IE/NE Claimants.  I was not appointed to Executive Committee, State Liaison, Settlement or Fee Committees.**

(7)     Did you negotiate Face-To-Face by conference call or e-mail with Merck Counsel a Global Consumer Settlement?

**I did not negotiate face-to-face, by conference call or e-mail with Merck Counsel a Global Consumer Settlement.**

(8)     Did you negotiate with MDL Counsel to secure approval of the Settlement?
        With Whom? (Cabraser, Barrios or Herman)
        On what occasion(s)

**I did not negotiate with MDL Counsel to secure approval of the Settlement.**

(9)     Did you participate with Class Certification documents?
        Hearing?

        Notice?

        Did you travel to MDL 1657 (ED, LA.) for meetings on the above;

        If so, what were the dates?

**I did not participate with Class Certification documents.**

(10)    If you were appointed by Judge Fallon as a Member of the MDL 1657 Fee Committee, answer the following:
        Approximate number of phone conferences and e-mails you initiated or received?

        Approximate number of meeting you attended in New Orleans?

**Not applicable.**

Dated: May 28, 2018
       _____

_____
Ann B. Oldfather

6

TAB 2



HERMAN
HERMAN & KATZ
L.L.C.
ATTORNEYS AT LAW
Est. 1942

820 O=Keefe Avenue
New Orleans, Louisiana
70113-1116

p: (504) 581-4892
f: (504) 561-6024
e: info@hhklawfirm.com

hhklawfirm.com

Harry Herman (1914-1987)
Russ M. Herman*
Maury A. Herman*
Steven J. Lane
Leonard A. Davis*
James C. Klick(1)
Stephen J. Herman
Brian D. Katz
Soren E. Gisleson
Joseph E. Cain

John S. Creevy
Mikalia M. Kott(2)
Patrick R. Busby(3)
Alexandra E. Faia
Charles M. King

Of Counsel:
Herbert A. Cade
Morton H. Katz*
Joseph A. Kott, M.D., J.D.
Robert S. Peck(4)

This Firm and its Partners Are Also
Partners in Herman Gerel, LLP

* A Professional Law Corporation
(1) Also Admitted in Texas
(2) Also Admitted in Colorado
(3) Also Admitted in Alabama
& Oklahoma
(4) Only Admitted in Washington, D.C.
& New York

May 16, 2018

*VIA EMAIL*

Dear Colleagues & Appointed Members
Of the MDL 1657 Consumer Vioxx Fee Committee

Re:    **MDL 1657/CONSUMER FEE**

**PROCESS:**

Please find attached the following materials:

(1) Phil Garrett CPA's Report updated through December 31, 2017.
The Report is confirmed by Mr. Garrett as of May 8, 2018.   (See page 8 of the Report);

(2) Judge Fallon's Orders and Reasons August 29, 2017 and Order and Reasons November 28, 2017;

(3) Court Reporter's Transcripts of Sworn Testimony by Law Firms (Seven in number dated March 7, 2016);

(4) Sworn Statement of Richard Getty, March 7, 2016;

(5) Questionnaire to all claimants.   Responses with Affirmations due May 28, 2018 (No Extensions will be permitted by the Fee Committee);

(6) Fee Committee to Meet June 1, 2018 at 2:00 P.M. CST by Skype, in person or by phone.

TAB 2

TAB A

**PROCESS:**

Each member of the Fee Committee after review of all materials will recommend a percentage of a total fee to be submitted to Judge Fallon for consideration.

**FEE COMMITTEE TALLY SHEET**

| | |
|---|---|
| Barrios Kingsdorf | _____% |
| Bingham Greenebaum Doll | _____% |
| Getty Law Firm | _____% |
| Harke Clasby | _____% |
| HHK | _____% |
| Johnson & Perkinson | _____% |
| Keller Rohrback | _____% |
| Law Office of James Lyle | _____% |
| Lief Cabraser | _____% |
| Oldfather Law Firm | _____% |
| Whitfield, Bryson & Mason | _____% |
| Sanford Heisler & Kimpel | _____% |

Please sign your Tally Sheet after you have received questionnaires.   Answers will be due by May 28, 2018.

Each member of the Fee Committee will be given copies of all Tally Sheets in advance of the conference on June 1, 2018.

The Conference of June 1, 2018 will be recorded by a Court Reporter.

All materials will be packaged in duplicate or Flash Drive and hard copy and transmitted to the Court on no later than June 6, 2018.

Please note the questionnaire includes Request for Time and Resources for Service on the Fee Committee as well as Class Cert and Certification Notice.

# TAB 2

TAB A

**MDL 1657: IN RE VIOXX (CONSUMER LITIGATION)**
**(MUST BE RETURNED TO RUSS HERMAN BY 3:00 P.M. CST ON MAY 28, 2018)**

(1)     Did you participate in Trial of a Consumer Case?
        What did you do?
        Case Name
        Result

(2)     Did you participate in Trial Prep of a Consumer Case schedule with a Court assigned Trial
        date?
        Describe preparation;
        Scheduled date of Trial;
        Case and Docket Number of case

(3)     Did you participate in Motion, Brief and Argument in a Consumer case?
        Case Name and Docket Number;
        Provide Brief(s) Filed;
        Dates of Argument;
        Court's Order & Reasons;
        Case Name and Docket Number.

(4)     Did you attend Status Conferences in the MDL in which Consumer case issues were one
        of the several matters listed or discussed?
        What dates?

(5)     Did you participate directly in pursuing the consumer cases in the MDL before settlement?
        Describe;
        If in Court, other than the MDL, please state Class action docket numbers and case name.

(6)     Were you appointed by Judge Eldon Fallon to any Committee in connection with
        Consumer litigation or settlement in the MDL;
        Liasion?
        Executive Committee?
        State Liasion?
        Settlement?
        Class Counsel?
        Fee Committee?
        Other?

(7)     Did you negotiate Face-To-Face by conference call or e-mail with Merck Counsel a Global
        Consumer Settlement?

# TAB 2

TAB A

(8)     Did you negotiate with MDL Counsel to secure approval of the Settlement?
         With Whom? (Cabraser, Barrios or Herman)
         On what occasion(s)

(9)     Did you participate with Class Certification documents?
         Hearing?
         Notice?
         Did you travel to MDL 1657 (ED, LA.) for meetings on the above;
         If so, what were the dates?

(10)    If you were appointed by Judge Fallon as a Member of the MDL 1657 Fee Committee,
         answer the following:
          Approximate number of phone conferences and e-mails you initiated or received?
          Approximate number of meeting you attended in New Orleans?


                              Sincerely,



                              **RUSS M. HERMAN, ESQ.**

RMH/jsr
Enclosures
cc:
         Fee Allocation Committee *(via email)*


# TAB 2

### TAB A

**Vioxx MDL 1657**

## Time Summary By Class from September 2004 to December 2016

### Posted From 2004-09-01 to 2017-01-16

(as of 2017-01-16 15:52:24)

| Class | Time Submitted in December 2016 | Time Submitted through December 2016 |
|---|---|---|
| Attorney | 0.00 | 460,105.44 |
| Paralegal | 0.00 | 86,373.35 |
| Law Clerk | 0.00 | 9,731.25 |
| Other | 0.00 | 21,445.50 |
| **Total:** | **0.00** | **577,655.54** |

TAB 2

TAB B

## Garrett Case Cost Management System - Vioxx Products Liability Litigation
## Time Totals by Case Report from September 2004 to Deccember 2016
### Posted From 2010-08-01 to 2017-01-11

### SUMMARY - UNCOMPENSATED TIME

| | Assessment | PreTrial | Discovery | Trial | Appeal | Settlement | Less A.G time | Grand Total | | Held Costs | Cash Assessments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ATTORNEY GENERAL | 2,556.75 | 777.25 | 1,791.05 | 2,695.25 | 34.50 | 16.00 | 3,350.00 | 11,220.80 | | 567,732.42 $ | 679,445.00 |
| MDL GENERAL | 4,479.40 | 4,328.05 | 1,133.00 | 506.50 | 94.50 | 720.00 | (3,350.00) | 7,911.45 | | $ 138,550.92 | |
| CONSUMER | 3,026.60 | 4,193.24 | 725.80 | 151.00 | 953.30 | 582.05 | - | 9,631.99 | | $ 185,580.91 | |
| Grand Total | 10,062.75 | 9,298.54 | 3,649.85 | 3,352.75 | 1,082.30 | 1,318.05 | - | 28,764.24 | | 891,864.25 $ | 679,445.00 |

TAB 2

TAB B

## Garrett Case Cost Management System - Vioxx Products Liability Litigation
### Time Totals by Case Report from September 2004 to December 2016
### Posted From 2010-08-01 to 2017-01-11

### ATTORNEY GENERAL - UNCOMPENSATED TIME

| Case | Firm | Assessment | PreTrial | Discovery | Trial | Appeal | Settlement | Less A.G time | Grand Total | | Held Costs | Cash Assessments |
|------|------|-----------|----------|-----------|-------|--------|-----------|---------------|-------------|--|-----------|------------------|
| AG | Robinson | | | | | | | | - | | | $ 50,000.00 |
| AG | Sanford | 22.25 | 160.25 | 171.55 | 158.75 | | 15.00 | | 527.80 | | $ 14,538.33 | $ 50,000.00 |
| AG | Barrios    (3) | breakdown shown in MDL, general | | | | | | | 1,600.00 | | $ 9,798.28 | $ 50,000.00 |
| AG | Cabraser  (1) | 338.50 | 47.50 | 172.25 | 14.00 | 32.50 | | | 604.75 | | $ 170,376.71 | $ 263,945.00 |
| AG | Dugan    (2) | 1,441.75 | 146.75 | 533.75 | 814.25 | 2.00 | 0.25 | | 2,938.75 | | $ 164,001.24 | $ 265,500.00 |
| AG | HHK       (3) | breakdown shown in MDL, general | | | | | | | 1,750.00 | | $ - | |
| AG | Murray | 754.25 | 422.75 | 913.50 | 1,708.25 | | 0.75 | | 3,799.50 | | $ 209,017.86 | |
| | **Total Attorney General** | **2,556.75** | **777.25** | **1,791.05** | **2,695.25** | **34.50** | **16.00** | | **11,220.80** | | **567,732.42** | **$ 679,445.00** |

(1) Lief Cabraser- Reported 4,930 hours on affidavit  - Held costs per affidavit $197,343.41
(2) Dugan Law Firm - Time reported in affidavit was 3,000.  hours - Held costs per affidavit = $350,000.00
(3) Time and Held costs reported in affidavit shown in AG case and subtracted from MDL,general time.

TAB 2

TAB B

### Garrett Case Cost Management System - Vioxx Products Liability Litigation
### Time Totals by Case Report from September 2004 to December 2016
### Posted From 2010-08-01 to 2017-01-11

**MDL, general - UNCOMPENSATED TIME**

| Case | Firm | Employee | Assessment | PreTrial | Discovery | Trial | Appeal | Settlement | Less A.G time | Grand Total | | Held Costs | Cash Assessments |
|------|------|----------|-----------|----------|-----------|-------|--------|-----------|---------------|-------------|--|------------|------------------|
| MDL | Barrios Kingsdorf Total (3) | | 1,003.45 | 798.25 | 344.50 | 8.75 | 40.25 | 85.25 | (1,600.00) | 680.45 | | $ 6,175.70 | |
| MDL | Gainsburgh Benjamin Total | | 39.00 | - | - | - | - | 3.00 | | 42.00 | | | |
| MDL | Herman Herman Total (3) | | 1,471.00 | 1,549.25 | 184.25 | 289.00 | 53.75 | 621.25 | (1,750.00) | 2,418.50 | | $ 893.56 | |
| MDL | Levin Fishbein Total | | 0.50 | 1.25 | - | - | - | 1.25 | | 3.00 | | $ 40,943.95 | |
| MDL | Neblett Beard & Arsenault Total | | 14.35 | 85.45 | 0.25 | 0.25 | 0.50 | - | | 100.80 | | $ 362.65 | |
| MDL | Oldfather Law Firm Total | | 1,951.10 | 1,893.85 | 604.00 | 208.50 | - | 9.25 | | 4,666.70 | | $90,175.06 | |
| Total MDL | | | 4,479.40 | 4,328.05 | 1,133.00 | 506.50 | 94.50 | 720.00 | (3,350.00) | 7,911.45 | | $ 138,550.92 | |

TAB 2

TAB B

## Time Totals by Case Report from September 2004 to December 2016
### Posted From 2010-08-01 to 2017-01-11

**CONSUMER CASE - UNCOMPENSATED TIME**

| Case | Firm | Assessment | PreTrial | Discovery | Trial | Appeal | Settlement | Less A.G time | Grand Total | Held Costs | Cash Assessments |
|------|------|-----------|----------|-----------|-------|--------|------------|---------------|-------------|------------|------------------|
| Sherrill Herke | Bingham Greenebaum Doll | 553.50 | 920.50 | 593.25 | | 454.00 | | | 2,521.25 | $ 31,698.53 | |
| Sherrill Herke | Whitfield Bryson & Mason | 29.50 | 520.75 | 26.25 | | 63.50 | | | 640.00 | $ 13,506.15 | |
| | Getty Law | 698.20 | 1,067.70 | 100.55 | 151.00 | 432.00 | 107.50 | | 2,556.95 | $ 124,633.22 | |
| | Harke Clasby | 24.80 | 63.30 | | | 3.80 | 5.80 | | 97.70 | | |
| | Sanford Heisler & Kimpel | 1,518.90 | | | | | | | 1,518.90 | $ 654.04 | |
| | Keller Rohrback | - | 178.25 | 2.50 | | | 461.25 | | 642.00 | $ 5,441.95 | |
| | Law offices of James Lyle | 186.95 | 93.74 | | | | | | 280.69 | | |
| | Johnson & Perkinson | 14.75 | 1,349.00 | 3.25 | | | 7.50 | | 1,374.50 | $ 9,647.02 | |
| **TOTAL CONSUMER** | | **3,026.60** | **4,193.24** | **725.80** | **151.00** | **953.30** | **582.05** | **-** | **9,631.99** | **$ 185,580.91** | |

TAB 2

TAB B

# OLDFATHER LAW FIRM

### ATTORNEYS AT LAW

ANN B. OLDFATHER[†]
*aoldfather@oldfather.com*

R. SEAN DESKINS
*sdeskins@oldfather.com*

**1330 SOUTH THIRD STREET**
**LOUISVILLE, KENTUCKY 40208**
**TELEPHONE 502.637.7200 ◊ FAX 502.636.0066**

**WWW.OLDFATHER.COM**

MICHAEL R. HASKEN
*mhasken@oldfather.com*

[†]Board Certified in Civil Trial Advocacy

December 12, 2017

*<u>via email</u>*
Honorable Eldon E. Fallon
U.S. District Court E.D. Louisiana
500 Poydras Street, Room C-456
New Orleans, LA 70130

***Re:*** ***Vioxx MDL 1657: Order Regarding Telephonic Conference of***
***November 17, 2017***

Dear Judge Fallon:

I am today sending to Phil Garrett the detail he requested that moves a portion of the approved time from m y firm currently posted to MDL General from that matter to Consumer Class, specifically 657 entries and 2,202.25 hours of previously-approved time. This is in keeping with your Order referenced above.

I write for two reasons. One, to let you know this has been accomplished. Two, to ask the Court for leave to re-post these hours to MDL if they are ultimately disallowed as part of the common benefit work in Consumer Class. All of the hours are either part of the Core *Daubert* Work (briefing, expert recruitment, deposition of all experts, hearing, etc.) that established general causation for venous injuries, or hours reflecting our firm's integral involvement in solving a massive data failure in the repository database. It is my submission that these hours benefitted Consumer by putting claimants in a position of strength in being able to establish the merits of the claim *for all consumers*, to the same degree they benefitted the MDL clients and could be compensated from either fund of available common benefit monies.  I also have $90,175.06. These are all approved in the MDL matter.

My hope is that the Court will start the process of fee allocation in MDL-General so that all of these matters can be handled at once.

Sincerely,

Ann B. Oldfather

ABO/mlc

# TAB 2

TAB C

CC:      Russ Herman *(sent via e-mail)*
           Leonard Davis *(sent via e-mail)*
           Dawn Barrios *(sent via e-mail)*
           Elizabeth Cabraser *(sent via e-mail)*
           Richard A. Getty *(sent via e-mail)*
           James P. Lyle *(sent via e-mail)*

# TAB 2

TAB C

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 4/8/2010 | Ann Oldfather | Assessment | L110 | Core Daubert Work: Telephone conference w/ from Russ Herman regarding scheduling trip to depository, meeting with science committee, issues in my letter; draft of letters to dismissal claimants on PSC duties per group dismissal motions under PTO 28, 29 and 43; review list of TTD from status conference, review Wimberley's letter | 3.75 |
| 4/9/2010 | Ann Oldfather | Assessment | L100 | Core Daubert Work: Review Herman letter, forward to PSC; call Herman regarding meeting for depository review and science committee; final of letters to dismissal claimants on PSC duties per group dismissal motions under PTO 28, 29 and 43; telephone conference w/ regarding Hurst claim | 3.25 |
| 4/12/2010 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Review Orders; correspondence with Birchfield and scheduling of Science Committee meeting; | 1.25 |
| 4/13/2010 | Ann Oldfather | Assessment | L100 | Core Daubert Work: Further scheduling with Science Committee, plan travel; | 0.75 |
| 4/14/2010 | Ann Oldfather | Assessment | L100 | Core Daubert Work: Telephone conference w/ Shawn regarding developing general causation; draft, review and revise letter to Marvin with request for ss on PTO 28, 29 and 43 cases; discuss FES information from BG; letter to to Wimberly regarding excessive notifications form LNFS and extra time to review unnecessary filings | 1.25 |
| 4/26/2010 | Ann Oldfather | Assessment | L110 | Core Daubert Work: Preparation for inspection at repository, emails with Herman regarding same, correspondence with Wimberly regarding MTDs for status conference | 1.75 |
| 4/28/2010 | Ann Oldfather | Assessment | L110 | Core Daubert Work: Review materials in repository at Herman's office; meet with Birchfield, Lee O'Dell and Shelly Sanford; discuss cases with Wimberley; preparation for status conference | 10.00 |
| 7/6/2010 | Ann Oldfather | Discovery | L330 | Core Daubert Work: Further correspondence with Marvin regarding deposition schedule and cancelling same | 0.50 |
| 12/2/2010 | Ann Oldfather | Assessment | L110 | Core Daubert Work: Medical research on VTEs; review litrature regarding same in connection with Heisey deps | 2.75 |
| 12/3/2010 | Ann Oldfather | Assessment | L110 | Core Daubert Work: Further review of literature regarding VTE events | 1.75 |
| 7/13/2011 | Colleen Shields | Assessment | L120 | Core Daubert Work: Online medical research regarding APPROVe study, FDA investigation of Merck's 'ghost writing' of research studies, research holes, mechanisms by which COX-2 inhibitors affect the interaction between the vessel walls and platelets, and newly published research regarding the effects of NSAIDS on the incidence of pulmonary embolisms and other venous problems; Emails to all counsel of record regarding new research studies on risk of PE/DVT development with NSAID use | 3.00 |
| 7/18/2011 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Preparation on general causation issues. Review scholarly articles on VTE during deposition downtime | 3.75 |
| 7/19/2011 | Ann Oldfather | Assessment | L100 | Core Daubert Work: Work on causation issues in general, literature review; conference with MJH | 4.25 |
| 7/19/2011 | Megan Hastings | Assessment | L100 | Core Daubert Work: Conference with ABO on general causation. Continue review of VTE articles. | 1.00 |
| 7/20/2011 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review literature, try to contact witnesses on epidemiology; conference with Team; questions to Baily | 4.00 |
| 9/12/2011 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review regarding expert witnesses for cases in MDL; conference with MJH | 2.00 |
| 9/13/2011 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Conference with MJH regarding experts for VTE cases; research and place call to Furman, discuss with him; research and place call to Krumholz, discuss with MAria; review medical articles for transmission; draft and review and revise email to Krumholz | 5.25 |

**TAB 2**

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 9/13/2011 | Megan Hastings | Assessment | L130 | Core Daubert Work: Research VTE experts. Research Krumholz as possible expert for VTE cases. Call with Krumholz. | 1.50 |
| 10/11/2011 | Megan Hastings | Assessment | L120 | Core Daubert Work: Investigate science on VTE cases | 4.25 |
| 10/12/2011 | Colleen Shields | Assessment | L120 | Core Daubert Work: Obtain research article regarding latency Vioxx | 0.25 |
| 10/12/2011 | Megan Hastings | Assessment | L120 | Core Daubert Work: Work with CMS to obtain latency research on stroke and MI. Review stroke and latency research. | 4.00 |
| 10/17/2011 | Megan Hastings | Assessment | L110 | Core Daubert Work: Medical research venous thromboembolism | 4.00 |
| 11/3/2011 | Ann Oldfather | PreTrial | L230 | Core Daubert Work: Final preparation for Nov 2011 status conference; initial review of Merck's MSJ on VTE cases | 3.50 |
| 11/8/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Work on response to MSJ in VTE cases. | 5.00 |
| 11/9/2011 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Conference with MJH regarding initial legal research on Merck's MSJ motion based on VTE | 0.75 |
| 11/10/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Research and draft opposition to Merck MSJ VTE. | 6.50 |
| 11/11/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Research and draft opposition to Merck MSJ VTE. | 6.50 |
| 11/14/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Research and draft opposition to Merck MSJ VTE. | 6.50 |
| 11/14/2011 | Megan Hastings | Assessment | L120 | Core Daubert Work: VTE research | 1.00 |
| 11/15/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Edits to Motion to Strike/Remand Merck's MSJ | 5.00 |
| 11/15/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Edits to Motion to Strike/Remand Merck's MSJ, VTE science investigation | 2.00 |
| 11/16/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Research and draft opposition to Merck MSJ VTE. | 4.75 |
| 11/16/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Review of MSJ in VTE cases. | 2.50 |
| 11/17/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Legal research, edits to VTE MSJ opposition | 1.50 |
| 11/18/2011 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review of Merck's motion for SJ; discuss with MJH and CMS; refocus on current experts and additional ones needed; begin review of Merck's experts statements on science | 5.25 |
| 11/18/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Edits to opposition to VTE MSJ | 6.50 |
| 11/21/2011 | Megan Hastings | Discovery | L340 | Core Daubert Work: Research VTE experts | 4.50 |
| 11/22/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Edits to Motion to Strike/Remand Merck MSJ | 2.50 |
| 11/23/2011 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Work on file regarding VTE reports from Crowther and Kress, explore articles | 2.75 |
| 11/27/2011 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Work on file regarding VTE reports from Crowther and Kress, explore articles and notes regarding finding experts | 3.75 |
| 11/29/2011 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Finish notes and outline regarding Merck's motion | 6.75 |
| 12/1/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Call with Ronald Benjamin regarding strategy for bellwether and settlement of his cases. Continue drafting of Strike/Remand MSJ on VTE and opposition to Motion to Amend PTO 19 | 7.00 |
| 12/2/2011 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Conference with Team regarding response to Merck's MSJ, legal research, discuss alternatives; review scientific articles | 4.00 |
| 12/2/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Team meeting regarding Motion to strike/remand Merck's MSJ on VTE, legal research. Discuss and review VTE science research. | 2.75 |
| 12/6/2011 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review MJH draft, review and revise same; discuss changes | 1.75 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|---|---|---|---|---|---|
| 12/7/2011 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Begin draft of Motion to strike, remand Merck's MSJ on VTE claims; review final draft of Opposition to PSC motion regarding reduction of CBF in PTO 29 cases | 1.25 |
| 12/12/2011 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review and revise motion to strike/remand Merck's MSJ on VTE cases; conference with Team | 1.25 |
| 12/13/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Discuss Motion to Strike/Remand MSJ in VTE cases with ABO and CMS. Incorporate comments and revisions. | 3.00 |
| 12/15/2011 | Megan Hastings | Discovery | L340 | Core Daubert Work: Email to Elaine Horn regarding deposition dates for Kress and Crowther | 0.50 |
| 12/16/2011 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review and revise and final of motion to strike, remand Merck's MSJ on VTE claims | 3.50 |
| 12/16/2011 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Final edits to Motion to Strike/Remand Merck's MSJ | 7.00 |
| 12/19/2011 | Megan Hastings | Assessment | L130 | Core Daubert Work: Call with Dr. Kawut as potential expert witness. Review of scientific materials and email regarding same. | 3.50 |
| 12/20/2011 | Megan Hastings | Assessment | L110 | Core Daubert Work: VTE scientific research | 1.00 |
| 12/27/2011 | Colleen Shields | Assessment | L130 | Core Daubert Work: Assist MJH with obtaining medical journal articles | 0.25 |
| 12/30/2011 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review materials on motion to remand MSJ on VTE claims, email regarding fixing our Ex A; review Merck's opposition to motion | 1.00 |
| 1/6/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Meeting with MJH to discuss status conference, rulings, experts and discovery needed | 1.00 |
| 1/6/2012 | Megan Hastings | PreTrial | L230 | Core Daubert Work: Draft template for joinder in VTE continuance. Draft, finalize and submit update report #7. Status conference follow up. | 8.00 |
| 1/10/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Preparation for call with Dajani; review case study detail from MJH; conference with MJH regarding documents to Dajani; email to Dajani with merck's expert reports, case census and important dates and deadlines, discuss items from repository; | 2.00 |
| 1/10/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Meet with CMS and MJH regarding trial package and review same | 0.75 |
| 1/10/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Conference call with Dr. Dajani; meeting with ABO and MJH regarding discovery and preparing for travel to New Orleans to examine vioxx repository | 1.50 |
| 1/10/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Work with MJH to review trial package materials to determine documents for expert review | 3.00 |
| 1/10/2012 | Colleen Shields | PreTrial | L250 | Core Daubert Work: Receipt, review, distribution and file management of multiple Motions for Joinder filed with PACER | 0.75 |
| 1/10/2012 | Megan Hastings | Assessment | L120 | Core Daubert Work: Research on developing VTE science case. Research Merck SOPs and Vascular Events Database. | 6.50 |
| 1/10/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Expert research | 1.00 |
| 1/11/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Work on experts search and study review with MJH | 2.75 |
| 1/11/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Receipt and review of Dr. Dajani's CV; work with MJH regarding documents and things to be sent to Dr. Dajani | 0.25 |
| 1/11/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Work compiling documents identified for expert review by Dr. Dajani | 2.00 |
| 1/11/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Develop VTE science case and expert research. Trial package investigation. | 7.00 |
| 1/12/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Work through all files with MJH; review files from KVWG; focus on developing liability case and experts | 4.25 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 1/12/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Correspondence with Penny Herman regarding trip to repository | 1.00 |
| 1/12/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Correspondence with Penny Herman regarding confidentiality certificate, execute, scan and send same | 0.50 |
| 1/12/2012 | Colleen Shields | Assessment | L120 | Core Daubert Work: Calendaring of tasks and investigation follow up; compile documents related to Merck's attempts to have Wagganer claim dismissed and email to ABO and MJH; meeting with MJH and ABO to discuss Vioxx Repository travel, investigation and case management; draft letter to Dr. Dajani with materials for review | 2.25 |
| 1/12/2012 | Megan Hastings | Assessment | L120 | Core Daubert Work: Trial package investigation, VTE research. | 9.50 |
| 1/13/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Review of liability materials; correspondence regarding repository visit; meetings with staff | 4.75 |
| 1/13/2012 | Colleen Shields | Discovery | L320 | Core Daubert Work: Review Merck's motion for scheduling order in PTO 29 and other injury cases; copy trial package to laptop; email to and from Penny Herman regarding Concordance features available to speed review and identification of documents; discuss with MJH and ABO Russ Herman's inclusion of Judge Fallon on emails and their refusal to allow us to independently copy/transfer files from repository | 1.50 |
| 1/13/2012 | Megan Hastings | Assessment | L120 | Core Daubert Work: Trial package investigation, VTE research | 5.50 |
| 1/14/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Correspondence with Dr. Dajani, pot expert on VTE issues | 0.75 |
| 1/17/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Preparation for trip to NOLA tomorrow to review and inspect repository; multiple emails with Herman regarding access, inspection time to be allowed | 2.00 |
| 1/17/2012 | Colleen Shields | Discovery | L320 | Core Daubert Work: Emails between parties regarding OLF travel to Vioxx Depository to review documents; compile electronic equipment needed to facilitate review; print threads of emails regarding travel and access to repository for file | 2.00 |
| 1/17/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Receipt of confirmation of package delivery to Dr. Dajani; email to Dr. Dajani regarding materials | 0.25 |
| 1/17/2012 | Megan Hastings | Assessment | L120 | Core Daubert Work: Trial package investigation and VTE research in preparation for trip to Vioxx depository in NOLA. | 4.25 |
| 1/18/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Travel from RSW to MSY for repository inspection | 4.00 |
| 1/18/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Repository inspection with CMS and MJH, review files, review CSRs, determine extent of records maintained | 8.50 |
| 1/18/2012 | Ann Oldfather | Assessment | L110 | Core Daubert Work: Conference with CMS and MJH about what to focus on, issues for discovery at repository | 2.75 |
| 1/18/2012 | Colleen Shields | Discovery | L320 | Core Daubert Work: Travel from Louisville to New Orleans and review of Vioxx depository materials at Russ Herman's office, with a focus on compiling FACTS database materials | 18.00 |
| 1/18/2012 | Megan Hastings | Assessment | L120 | Core Daubert Work: Travel to and investigation of Vioxx depository in NOLA. Work with CMS and ABO to review files, CDs, etc. in preparation for VTE expert disclosures. | 17.00 |
| 1/19/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Travel from MSY to RSW after repository inspection | 4.50 |
| 1/19/2012 | Colleen Shields | Discovery | L320 | Core Daubert Work: Continue review of Vioxx depository materials produced by Merck | 9.00 |

# TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 1/19/2012 | Megan Hastings | Assessment | L120 | Core Daubert Work: Travel to and investigation of Vioxx depository in NOLA. Work with CMS to review files, CDs, etc. in preparation for VTE expert disclosures. | 9.00 |
| 1/20/2012 | Colleen Shields | Discovery | L320 | Core Daubert Work: Continued review of Vioxx depository materials; travel from New Orleans to Louisville | 10.00 |
| 1/20/2012 | Megan Hastings | Assessment | L120 | Core Daubert Work: Travel to and investigation of Vioxx depository in NOLA. Work with CMS to review files, CDs, etc. in preparation for VTE expert disclosures. | 10.00 |
| 1/23/2012 | Ann Oldfather | Assessment | L120 | Work Due to Corruption of PSC Database: Discovery of potential problems with the PSC's VCD, correspondence with Team regarding same and follow up | 1.75 |
| 1/23/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Discuss possible VTE experts with Team, article regarding prostaglandins | 0.75 |
| 1/23/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Assist MJH in locating potential experts; obtain research articles regarding COX-2, prostacyclin and development of venous thrombosis | 2.00 |
| 1/23/2012 | Colleen Shields | Assessment | L140 | Work Due to Corruption of PSC Database: Emails with Penny regarding Concordance database; Work with vendors to obtain pricing for conversion of Concordance database to Summation | 2.00 |
| 1/23/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Correspondence to Dr. Dajani with Adverse Events Database | 0.50 |
| 1/23/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Work with CMS in finding experts. Review research on COX-2, prostacyclin and development of venous thrombosis. Review materials from depository. | 7.00 |
| 1/24/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Emails with Dajani, and emails regarding Tapson, all potential VTE experts | 0.25 |
| 1/24/2012 | Ann Oldfather | Assessment | L140 | Work Due to Corruption of PSC Database: Emails and call with Team regarding developing issues with VCD | 0.75 |
| 1/24/2012 | Colleen Shields | Discovery | L320 | Work Due to Corruption of PSC Database: Work with local vendors and Seeger Weiss to get correct Concordance files and have the same converted to Summation | 1.50 |
| 1/24/2012 | Colleen Shields | Assessment | L120 | Work Due to Corruption of PSC Database: Meeting with MJH to discuss review of depository documents; meeting with MJH and law clerk regarding document review | 0.75 |
| 1/24/2012 | Megan Hastings | Assessment | L120 | Core Daubert Work: Orient law clerk to Vioxx. Meet with CMS and clerk regarding review of depository of materials. Review materials. | 7.00 |
| 1/25/2012 | Colleen Shields | Assessment | L140 | Core Daubert Work: Index CDs obtained from Depository; begin indexing materials on hard drives copied from depository | 2.00 |
| 1/25/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Continue to develop VTE expert proof and review depository proof. | 7.00 |
| 1/26/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Preparation for and conduct conference call with potential VTE expert, Tapson; report to Team | 2.00 |
| 1/30/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Print all medical research articles cited by Merck's experts, Crowther and Kress, and prepare CD of all articles; Correspondence to Dr. Dajani with articles | 1.00 |
| 1/30/2012 | Colleen Shields | Assessment | L140 | Work Due to Corruption of PSC Database: Attend to repository issues | 0.50 |
| 1/31/2012 | Colleen Shields | Assessment | L140 | Work Due to Corruption of PSC Database: Further follow up from VCD issues in repository visit | 1.25 |
| 1/31/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Follow up on VTE experts. Cull through depository and other rmaterials to provide data to experts. | 7.50 |
| 2/2/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Telephone conference w/ with MJH with Olyiaea and discuss further steps | 1.25 |
| 2/2/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Follow up with experts, pull expert materials. Teleconference with Dr. Olyaei. Pull further scientific research. | 7.50 |

# TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 2/3/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Preparation for telephone conference w/; telephone conference w/ Moye and Hoepfel; conference with MJH and CMS | 1.75 |
| 2/3/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Conference call with Drs. Moye and Hoepfel. Folllow up with Dr. Kawut. Call with Dr. Olyaei. Continue to follow up on materials to present to experts. | 6.00 |
| 2/5/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review Moye's fees, consider options and email to Hoepfel | 0.75 |
| 2/6/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Discuss Moye's fees and role; further emails with Hoepfel, discuss with Team | 0.75 |
| 2/6/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review email from Weisenthal with studies; email back discussing issues and AE proof; review and organize Merck expert reports; send same to LW | 2.50 |
| 2/6/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Strategy with ABO. Vioxx team meeting regarding experts and science case. Continue to develop science proof from depository materials, trial package, and scientific articles. | 7.75 |
| 2/8/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Work with Dr. Olyaei and Dajani on expert review and materials needed. | 3.00 |
| 2/9/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Telephone conference w/ Lucchesi with MJH; begin review of his experts material | 1.00 |
| 2/9/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Preparation for call with Zipes, arrangements regarding fee, telephone conference w/ with Zipes | 1.25 |
| 2/10/2012 | Ann Oldfather | Assessment | L120 | Work Due to Corruption of PSC Database: Conference with team regarding concordance DB, issues regarding discovery we need on AEs and review and revise email to Seeger Weiss | 0.50 |
| 2/10/2012 | Megan Hastings | Assessment | L120 | Work Due to Corruption of PSC Database: Conference with ABO and CMS on concordance database, discovery issues on adverse events. Emails with Seeger Weiss | 1.00 |
| 2/13/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Conference with Dajani; conference with MJH; work on file regarding experts; | 1.25 |
| 2/13/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review VTE articles, develop science proof, emails with experts. | 1.50 |
| 2/14/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Telephone conference with Dajani; conference with MJH regarding additional experts | 1.75 |
| 2/14/2012 | Ann Oldfather | Discovery | L350 | Work Due to Corruption of PSC Database: Discuss motion regarding concordance data base production | 0.75 |
| 2/14/2012 | Megan Hastings | PreTrial | L250 | Work Due to Corruption of PSC Database: Work with ABO on motion regarding concordance database | 1.50 |
| 2/15/2012 | Ann Oldfather | Discovery | L350 | Core Daubert Work: Review and revise motion for extension on experts due dates and to compel concordance db from PSC | 2.00 |
| 2/15/2012 | Megan Hastings | PreTrial | L250 | Work Due to Corruption of PSC Database: Motions on concordance database and extension of time to file expert reports regarding database | 7.00 |
| 2/16/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Telephone conference w/ with Dr. Luepker regarding serving as epi expert | 1.00 |
| 2/16/2012 | Megan Hastings | PreTrial | L250 | Work Due to Corruption of PSC Database: Edits to motion for an extension related to concordance database problems. Finalize and file motion. | 6.00 |
| 2/16/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Calll with Dr. Luepker | 0.50 |
| 2/20/2012 | Megan Hastings | Assessment | L110 | Core Daubert Work: Review medical records and complete chronologies on Ballantyne and Hudnut. Continue research on VTE. | 7.00 |
| 2/22/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Consult with Dajani regarding experts | 0.50 |
| 2/27/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Telephone conference w/ with Dajani and Brooks | 1.00 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 2/27/2012 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review PSC and Merck oppositions and begin work on replies regarding Daubert challenge; begin preparation for status conference; | 1.75 |
| 2/27/2012 | Ann Oldfather | Discovery | L300 | Core Daubert Work: Review and revise discovery to Merck | 1.50 |
| 2/27/2012 | Megan Hastings | PreTrial | L200 | Core Daubert Work: Review PSC and Merck oppositions and begin drafting replies | 2.00 |
| 2/28/2012 | Ann Oldfather | PreTrial | L250 | Work Due to Corruption of PSC Database: Further work on replies to oppositions regarding db and expert deadlines | 2.75 |
| 2/29/2012 | Ann Oldfather | Assessment | L120 | Work Due to Corruption of PSC Database: Reply to PSC opposition on Vioxx database production, final of same | 2.50 |
| 3/1/2012 | Ann Oldfather | Assessment | L140 | Work Due to Corruption of PSC Database: Review letters from Merck regarding discovery in Swanagin; emails regarding Weinberg database possibilities | 0.75 |
| 3/2/2012 | Ann Oldfather | Assessment | L140 | Work Due to Corruption of PSC Database: Telephone conference w/ Joe Laico regarding his rebuild of TPP Vioxx database; conference with MJH regarding next steps; conference with CMS regarding implications on promises made to us regarding delivery | 1.50 |
| 3/2/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Emails to lead counsel and follow up with court regarding court request for phone conference on Vioxx db issues, and efforts to schedule same | 0.50 |
| 3/2/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Conference with ABO and CMS regarding status conference and follow up as pertains to VTE experts, follow up on materials for experts | 4.75 |
| 3/2/2012 | Megan Hastings | Assessment | L140 | Work Due to Corruption of PSC Database: Conference with ABO and CMS regarding Vioxx concordance database issues | 2.50 |
| 3/5/2012 | Megan Hastings | PreTrial | L210 | Work Due to Corruption of PSC Database: Emails and telephone conference w/ ABO regarding court ordered meet and confer and report to court. Follow up on database issues. | 7.50 |
| 3/6/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Conference with MJH regarding items for meet and confer on DB; correspondence regarding hearing with witnesses requested by PSC versus telephone update; email to Davis of PSC requesting meet and confer | 1.25 |
| 3/6/2012 | Megan Hastings | PreTrial | L210 | Work Due to Corruption of PSC Database: Conference with ABO regarding prep for meet and confer on VCD. Follow up with PSC regarding meet and confer. | 4.50 |
| 3/7/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Calls with counsel and team conferences regarding issues with PSC's VCD | 1.50 |
| 3/7/2012 | Megan Hastings | Assessment | L140 | Work Due to Corruption of PSC Database: Continued follow up on VCD issues. Calls with Page One concordance guru regarding database issues. EMails with Eric Weinberg and staff regarding their access and ability to utilize database. Schedule conference call with Gary Alfred of Eric's office. | 9.00 |
| 3/8/2012 | Ann Oldfather | Assessment | L140 | Work Due to Corruption of PSC Database: Meeting with Team to discuss Vioxx database, review Concordance issues, review Lenny email | 1.00 |
| 3/8/2012 | Megan Hastings | Assessment | L120 | Work Due to Corruption of PSC Database: Strategy regarding access to VCD. Draft letter to PSC to obtain VCD. Cull through trial package for VTE items. | 7.50 |
| 3/9/2012 | Ann Oldfather | Assessment | L140 | Work Due to Corruption of PSC Database: Conference with CMS and MJH regarding Vioxx concordance DB issues and problems | 0.25 |
| 3/9/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Review PSC response to our motion regarding Concordance DB, review letters, draft resposne, discuss with Team; review IT issues with Team; final of response and resposne to Lenny Davis, propose common ground approach | 3.00 |

# TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|---|---|---|---|---|---|
| 3/9/2012 | Megan Hastings | Assessment | L140 | Work Due to Corruption of PSC Database: Review of VCD problems with CMS. Emails and calls with Joe Laico regarding Vioxx concordance database. Spreadsheet of contact with PSC regarding VCD. Draft of email to PSC regarding VCD. Review of trial package materials regarding VCD. | 6.75 |
| 3/12/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Further correspondence with L Davis regarding Mo to Compel on Concordance DB, emails and conference with Team | 1.75 |
| 3/12/2012 | Megan Hastings | PreTrial | L210 | Work Due to Corruption of PSC Database: Continue to follow up and assess VCD issues and work with PSC to obtain VCD. Draft letters to Judge Fallon and table of contacts between OLF and PSC. | 8.00 |
| 3/13/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Preparation for court conference; participate in court conference on Motion to Compel regarding VCD conference with Team; consult regarding ordering new hard drive; emails regarding same | 3.00 |
| 3/13/2012 | Megan Hastings | PreTrial | L210 | Work Due to Corruption of PSC Database: Continue work on obtaining VCD. Call with Judge Fallon, PSC and Merck regarding VCD and troubleshooting. Follow up call with Lenny Davis and Saul. Draft and send email to Lenny Davis of PSC regarding Vioxx concordance database. Obtain 4 TB database for VCD. | 7.00 |
| 3/14/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Consult with team and emails to L Davis regarding VCD | 1.00 |
| 3/14/2012 | Megan Hastings | Assessment | L120 | Work Due to Corruption of PSC Database: Draft CBE work spreadsheet. Follow up liaison duties, emails with Denise Fonenot. Work with Penny Herman Grisamore to obtain remote access to VCD. | 3.50 |
| 3/15/2012 | Megan Hastings | Assessment | L140 | Work Due to Corruption of PSC Database: Emails with Penny Grisamore regarding multiple version of VCD. | 0.25 |
| 3/16/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Efforts to log onto HHK VCD DB as per instructions; follow up regarding same | 0.75 |
| 3/16/2012 | Megan Hastings | Assessment | L140 | Work Due to Corruption of PSC Database: Emails with Lenny Davis regarding receipt of 4 TB database. Memo regarding database problems. Log on to VCD remotely with CMS. Call with Steve regarding VCD. EMails with Penny and Saul. | 2.50 |
| 3/17/2012 | Ann Oldfather | Assessment | L140 | Work Due to Corruption of PSC Database: Continue efforts to access remote Vioxx Computer maintenance in PSC, research and emails regarding same | 1.25 |
| 3/19/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Attempts to get data from PSC VCD; emails regarding same; conference with our consultant; conference with Team review all developments and summarize for Judge fallon, review issues and ensure problems cant be resolved and are due to PSC take down of DB | 6.00 |
| 3/19/2012 | Megan Hastings | PreTrial | L210 | Work Due to Corruption of PSC Database: Emails with Joe Escandon regarding VCD conference call. Emails with Penny and Steve Ford regarding VCD. Obtain correct VCD IP number. Arrange call with Lenny and Saul regarding correct VCD password and user name. Draft letter to Judge Fallon regarding VCD problems. | 6.50 |
| 3/20/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Preparation for and attend conference call with Judge Fallon | 1.75 |
| 3/20/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Conference with and review and revise letter of MJH regarding expert Luepker | 0.50 |
| 3/20/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Conference with CMS regarding VCD issues | 0.50 |
| 3/20/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Work with VTE expert witnesses, pull materials for witnesses. | 5.00 |

# TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 3/22/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Team meeting to preparation for call; conference call with L Davis regarding VCD | 1.50 |
| 3/26/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Draft ltr to L Davis regarding PSC misrepresentations regarding VCD; draft ltr to L Davis regarding status of VCD cloning and potential update to court; review and revise same; final of possible joint report to Davis; final of letter to Davis with PSC misrepresentations on VCD and what would and would not be included | 2.00 |
| 3/26/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Preparation for and attend conference call with Davis regarding status of updates and VCD regarding for remote log in; discuss remote log ins with CMS and MJH; emails from Davis maintaining ABO not available; | 2.00 |
| 3/26/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Conference call with Dr. Dajani regarding scope of project, time invested and fee issues; direct attention for report | 1.00 |
| 3/26/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Review Davis 'report' to Judge Fallon; do remote log ins and study VCD missing subjective data; draft, review and revise and final of report to Judge Fallon for tomorrow's conference call | 1.75 |
| 3/26/2012 | Megan Hastings | PreTrial | L210 | Work Due to Corruption of PSC Database: Conference call regarding: VCD | 0.50 |
| 3/26/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Phone call w/Dajani regarding VTE cases | 0.50 |
| 3/27/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Preparation for third conference call with Judge Fallon over VCD issue; attend same; conference with MJH and CMS afterwards; emails with Davis regarding delay of cloning pending check on missing subjective data | 1.50 |
| 3/27/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Work on experts; telephone conference w/ with Olyaei | 1.50 |
| 3/27/2012 | Megan Hastings | PreTrial | L210 | Work Due to Corruption of PSC Database: VCD issues, Phone call with Judge Fallon, review VCD | 6.00 |
| 3/27/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Phone call w/Dr. Olyaei | 0.50 |
| 3/28/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Telephone conference w/ with Luepker; telephone conference w/ with Zipes; preparation for same and follow up with MJH | 2.25 |
| 3/28/2012 | Ann Oldfather | Assessment | L140 | Work Due to Corruption of PSC Database: Meeting with CMS and MJH; VCD issues with Davis; review most recent report to Court regarding problems with Ver 10 of Concordance, need to regarding-download data from S-W; email regarding report to court, questions regarding downloading | 0.75 |
| 3/28/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Phone calls w/Drs. Spyropoulos, Luepker and Zipes | 2.00 |
| 3/28/2012 | Megan Hastings | PreTrial | L210 | Work Due to Corruption of PSC Database: Review of Vioxx Concordance Database, conference regarding problems obtaining VCD from PSC. Meeting with ABO and CMS on VCD issues with Davis. Review most recent update to Court regarding Concordance problems. | 6.00 |
| 3/29/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Email to Davis requesting any 'factual inaccuracies' in missing subjective coding; request for a conference call; email to Davis regarding remote access to VCD and copying capabilities, and correct his claim that we misunderstood; further request for conference call-- unanswered by end of day; review status report from Davis that FTP upload from S_W has been completed, being downloaded to HHKC, predicting length of time to complete and use of Concordance Ver 8 | 2.25 |

# TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 3/29/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Call, emails with Brooks, Luepker | 1.00 |
| 3/29/2012 | Megan Hastings | Assessment | L120 | Work Due to Corruption of PSC Database: Review VCD, VED, general VTE discovery | 4.25 |
| 3/30/2012 | Ann Oldfather | Assessment | L140 | Work Due to Corruption of PSC Database: Conference with CMS and MJH regarding VCD developments and review Davis emails regarding not to remote in; review emails and respond that we DID NOT; email summarizing that HHKC is on fourth iteration of VCD; request conference with Saul again; participate in impromptu conference call with Davis and Saul, MJH regarding VCD fourth and fifth iteration, use of Ver 8; conference with Team | 2.75 |
| 3/30/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Preparation for a conference with potential expert hematologist Spyropolous; conference with MJH | 1.00 |
| 3/30/2012 | Megan Hastings | PreTrial | L210 | Work Due to Corruption of PSC Database: Conference with ABO and CMS regarding VCD developments. Discuss inability to remote in; review emails. Emails regarding multiple versions of VCD and conference call with Lenny Davis and Saul on four version of VCD. Troubleshoot VTE problems. | 7.00 |
| 4/2/2012 | Colleen Shields | PreTrial | L210 | Work Due to Corruption of PSC Database: Receipt and review of multiple emails regarding status of concordance database | 0.50 |
| 4/2/2012 | Colleen Shields | Assessment | L140 | Work Due to Corruption of PSC Database: Online review version 3 of concordance database | 1.00 |
| 4/2/2012 | Megan Hastings | PreTrial | L210 | Work Due to Corruption of PSC Database: Continued follow up regarding problems with obtaining VCD | 3.50 |
| 4/3/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Review status of VCD; conference with MJH regarding request for update; review report from Davis; email to Davis-- no reply; | 0.75 |
| 4/3/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Work on file regarding experts and reports | 0.75 |
| 4/3/2012 | Colleen Shields | Assessment | L120 | Core Daubert Work: Review file to identify tasks needed; discuss tasks with clerk and coordinate development of CSR chart and trial exhibit chart | 0.50 |
| 4/3/2012 | Colleen Shields | Assessment | L140 | Work Due to Corruption of PSC Database: Meetings with ABO and MJH regarding review of the multiple VCDs and cloning the databases | 0.50 |
| 4/3/2012 | Megan Hastings | PreTrial | L210 | Work Due to Corruption of PSC Database: Follow up on problems with VCD | 2.50 |
| 4/4/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Emails and letters regarding update on status of VCD; conference with Davis and Buchanan, Mastings | 1.75 |
| 4/5/2012 | Ann Oldfather | Assessment | L140 | Work Due to Corruption of PSC Database: VCD issues and updates | 0.75 |
| 4/5/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Work with experts on clinical data review -- Brooks and April | 1.25 |
| 4/5/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review clinical trial data to provide to Z-W and Brooks. | 1.00 |
| 4/6/2012 | Megan Hastings | Assessment | L110 | Core Daubert Work: Continued review of clinical trial data | 1.00 |
| 4/10/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Telephone conference w/ David Egilman and review materials from Merck's settlement of MA criminal case; review materials to send Egilman; review and update census; | 2.25 |
| 4/10/2012 | Ann Oldfather | PreTrial | L210 | Work Due to Corruption of PSC Database: Review VCD and conference with Team; telephone conference w/ Davis and Saul; review ltr to court | 0.75 |
| 4/10/2012 | Megan Hastings | PreTrial | L210 | Work Due to Corruption of PSC Database: Review VCD. Conference with ABO and CMS. Draft letter to Judge Fallon regarding progress with VCD. | 1.50 |

# TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 4/11/2012 | Megan Hastings | Assessment | L140 | Work Due to Corruption of PSC Database: Reivew of Concordance compatibility with VCD; VCD troubleshooting . Communicatons with Rosen Tech regarding VCD problems | 3.50 |
| 4/13/2012 | Colleen Shields | Assessment | L140 | Work Due to Corruption of PSC Database: Communications with ABO and MJH regarding purchase of Concordance software; work with Rosen Technologies to obtain software | 1.00 |
| 4/14/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review Egilman docuemtns and correspond with him regarding his supplemental statement and suggested revisions; review and revise same; | 2.75 |
| 4/15/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review Egilman materials and research on net; annotate PMRD reports and exchange with Egilman | 2.50 |
| 4/16/2012 | Ann Oldfather | PreTrial | L210 | Core Daubert Work: Draft, review and revise and final of statement to Boston court in connection with Merck sentencing | 2.25 |
| 4/16/2012 | Colleen Shields | Assessment | L140 | Work Due to Corruption of PSC Database: Work with Concordance and IT personnel to get Vioxx computer up and running and ready for Vioxx databases from PSC | 0.50 |
| 4/16/2012 | Colleen Shields | Assessment | L120 | Core Daubert Work: Work with MJH to identify quotes and information needed in preparing Victim Statement for submission to Department of Justice | 0.50 |
| 4/17/2012 | Colleen Shields | Assessment | L140 | Work Due to Corruption of PSC Database: Work with IT consultant to get hard drive containing PSC databases integrated to network and begin sharing process to workstations | 1.00 |
| 4/17/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review materials for experts. Review clinical trial data and publications. | 2.00 |
| 4/18/2012 | Colleen Shields | PreTrial | L210 | Work Due to Corruption of PSC Database: Discussion with MJH regarding status of installation of VCD; prepare draft of status report to PSC on VCD installation | 0.50 |
| 4/18/2012 | Megan Hastings | Assessment | L140 | Work Due to Corruption of PSC Database: Follow up on VCD issues. Conference with CMS regarding status of installation of VCD. Draft status report to PSC on VCD installation, work with CMS on draft. | 6.00 |
| 4/19/2012 | Ann Oldfather | Assessment | L130 | Work Due to Corruption of PSC Database: Conference with MJH and CMS regarding VCD, expert issues; discuss next steps regarding scheduling orders | 1.00 |
| 4/19/2012 | Colleen Shields | Assessment | L110 | Work Due to Corruption of PSC Database: Work with MJH to set up searching, tagging and printing in Concordance; prepare copies of Concordance user guide and discuss training options with ABO and MJH; receipt and review of invoices for purchase of Concordance software | 1.50 |
| 4/19/2012 | Megan Hastings | Assessment | L120 | Work Due to Corruption of PSC Database: Review VCD. Confer with ABO and CMS regarding VCD and next steps. Discuss experts and moving forward. | 7.50 |
| 4/20/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Calls and correspondence with Egilman regarding clinical data, Boston hearing; place call to Madigan | 1.75 |
| 4/20/2012 | Megan Hastings | Assessment | L140 | Work Due to Corruption of PSC Database: Review VCD | 7.00 |
| 4/21/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Further emails with Egilman regarding his participation and that of Madigan, outline case issues and review response | 1.25 |
| 4/23/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Team meeting | 1.75 |
| 4/23/2012 | Megan Hastings | Assessment | L140 | Work Due to Corruption of PSC Database: Review VCD in preparation for expert disclosures | 6.50 |
| 4/24/2012 | Ann Oldfather | PreTrial | L230 | Work Due to Corruption of PSC Database: Further work on file regarding VCD, and conference call with court regarding same | 1.25 |
| 4/24/2012 | Megan Hastings | PreTrial | L210 | Work Due to Corruption of PSC Database: Call w/the Court regarding VCD | 0.50 |
| 4/24/2012 | Megan Hastings | Assessment | L130 | Work Due to Corruption of PSC Database: Review VCD, emails to experts regarding VCD | 6.00 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 4/24/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Emails to experts | 1.00 |
| 4/25/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Preparation for Luepker call and conference call with Luepker | 1.50 |
| 4/25/2012 | Colleen Shields | Assessment | L110 | Core Daubert Work: Online medical research regarding clinical trial endpoints | 1.00 |
| 4/25/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Call w/Dr. Luepker | 0.50 |
| 4/26/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Work with dajani, Brooks and April, conference with same; discuss dajani's report with him | 1.00 |
| 4/30/2012 | Megan Hastings | Assessment | L110 | Work Due to Corruption of PSC Database: Review of materials on VCD | 8.00 |
| 5/2/2012 | Megan Hastings | Assessment | L130 | Work Due to Corruption of PSC Database: Review of VCD for experts | 3.00 |
| 5/3/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review VCD, and VTE fact development for experts | 1.50 |
| 5/7/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Telephone conference w/ with MJH regarding experts, Lucchese | 0.50 |
| 5/7/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Receive and review planned approach from Drs. Brooks and Zambelli-Weiner; discuss with Team; respond to experts | 1.50 |
| 5/9/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: VCD, VTE fact development | 4.50 |
| 5/9/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review VCD, and VTE fact development for experts | 1.50 |
| 5/10/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Meeting with MJH regarding Concordance searches and tagging of documents for expert review | 1.00 |
| 5/10/2012 | Megan Hastings | Assessment | L140 | Core Daubert Work: Meet with CMS regarding Concordance tags. Continue VCD review | 2.00 |
| 5/10/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: VCD investigation, investigate MedWatch reports for experts | 5.25 |
| 5/15/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Work on exporting Medwatch reports and database information from Concordance for review by Dr. Brooks | 3.00 |
| 5/16/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Work with MJH regarding documents to be sent to Dr. Brooks | 0.50 |
| 5/17/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Work with MLC to burn all exported document volumes for use by Dr. Brooks | 0.50 |
| 5/18/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Correspondence to Dr. Brooks with CDs containing Medwatch Reports and database information | 0.25 |
| 5/18/2012 | Colleen Shields | Assessment | L120 | Core Daubert Work: Review emails from Emmanuel Guyon regarding Responses to Merck's MSJ and review documents submitted to us for filing; advise MJH regarding proper format for materials to be filed with court | 0.50 |
| 5/18/2012 | Megan Hastings | Assessment | L120 | Core Daubert Work: Review PTO 58 deadlines. Conference with CMS and Paige regarding discovery of VCD | 1.25 |
| 5/21/2012 | Colleen Shields | Assessment | L120 | Core Daubert Work: Multiple telephone conversations with Emmanuel Guyon regarding filing response to Merck's MSJ | 0.50 |
| 5/21/2012 | Colleen Shields | Assessment | L140 | Core Daubert Work: Obtain additional newly filed pleadings; archive necessary emails | 1.00 |
| 5/21/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review VCD, medwatch reports for experts | 1.25 |
| 5/22/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Expert report compliance; | 0.50 |
| 5/24/2012 | Colleen Shields | Assessment | L120 | Core Daubert Work: Emails from and to Lillian Flemming and Penny Grisamore regarding past due invoice for CDs copied during January visit to repository and our payment of the same; review file to confirm payment of invoices; discussion with DAL requesting she research whether the checks for payment were presented to the bank for payment | 1.00 |
| 5/24/2012 | Colleen Shields | Assessment | L120 | Core Daubert Work: Communicate with Penny Herman regarding obtaining most up-to-date privilege logs | 0.25 |

**TAB 2**

TAB D          5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|---|---|---|---|---|---|
| 5/24/2012 | Megan Hastings | Assessment | L120 | Core Daubert Work: Conference with CMS regarding Privilege logs | 0.50 |
| 5/25/2012 | Colleen Shields | Assessment | L120 | Core Daubert Work: Obtain copies of canceled checks from accountant for payments made to Digital Legal for duplication of depository items; email copies of canceled checks to Penny Herman evidencing payment | 0.25 |
| 5/29/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Review series of emails and follow up on liability case issues | 2.00 |
| 5/29/2012 | Megan Hastings | PreTrial | L200 | Core Daubert Work: Redraft motion to compel discovery responses to Merck | 1.25 |
| 5/31/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: VCD investigation, review Medwatch reports for experts | 7.00 |
| 6/4/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review medwatch reports on VCD for experts | 5.25 |
| 6/5/2012 | Ann Oldfather | Discovery | L300 | Core Daubert Work: Review Merck's discovery and conference with MJH; excerpts of liability materials for our experts | 2.00 |
| 6/5/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Research on VCD, analysis of materials | 6.00 |
| 6/6/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Follow up with Dajani on where is draft report | 0.25 |
| 6/6/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Review orders and further emails to W&C regarding producing Crowther and Kress for depositions | 0.75 |
| 6/6/2012 | Megan Hastings | Assessment | L110 | Core Daubert Work: Research on VCD for pertinent entries | 1.00 |
| 6/8/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review of materials on VCD, review publications for experts | 3.50 |
| 6/10/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Review emails and review and revise letter to W&C regarding refusal to produce experts | 0.50 |
| 6/11/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Conference with MJH regarding Spyropolous | 0.25 |
| 6/11/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review joint status report, discuss with ABO. Continued research on VCD for VTE science and liability case. | 3.00 |
| 6/12/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Team meeting to update all experts, discuss choices; conference with Brooks and Zambelli Weiner on their approach, medical watch and CSR data; | 3.00 |
| 6/12/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Correspondence from Horn regarding not producing Crowther and Kress, discuss with MJH | 0.75 |
| 6/12/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review VCD, medwatch reports, publications | 6.50 |
| 6/13/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Final of response to Horn letter regarding not producing experts; send all to Judge Fallon | 0.75 |
| 6/13/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Emails with Dajani | 0.25 |
| 6/13/2012 | Megan Hastings | Assessment | L130 | Work Due to Corruption of PSC Database: Review of materials on VCD, status conference prep | 6.50 |
| 6/19/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review VCD for science and liability case, materials for VTE experts | 3.50 |
| 6/20/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review VCD for experts | 2.50 |
| 6/22/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review VCD for experts | 5.00 |
| 7/2/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review status of experts in VTE cases; review offer of opinion from Parent; | 0.75 |
| 7/2/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review VCD and medwatch reports, continue to categorize medwatch reports for experts | 6.50 |
| 7/3/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Follow up on tasks and expert reports | 1.00 |
| 7/3/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review of VCD in preparation of filing expert reports | 5.00 |
| 7/5/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Phone conferences with Spryopolous and Brooks | 2.00 |
| 7/5/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Conference with Drs. Brooks, Z-W and Spyropoulos | 6.50 |
| 7/5/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Follow up on expert items, review VCD | 1.00 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 7/6/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Pull materials for expert witnesses, pull medwatch reports, scientific journals, preparation of expert reports | 6.50 |
| 7/6/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Analyze draft expert report of Dr. Spy | 0.75 |
| 7/9/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Materials for Brooks and Z-W report | 4.00 |
| 7/10/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review of expert reports, materials for expert reports | 4.00 |
| 7/11/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Pull together medwatch materials for Brooks and Z-W | 2.00 |
| 7/12/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Continue review and indexing of medwatch reports for experts | 6.25 |
| 7/13/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Continue review and indexing of medwatch reports for experts | 4.50 |
| 7/16/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Continue review and indexing of medwatch reports for experts | 7.50 |
| 7/17/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Conference with MJH regarding review of VTE data by reviewers, additional tracking needed | 1.00 |
| 7/17/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Conference call with April and Beth regarding review CSRs; conference with MJH regarding additional protocol information needed | 1.25 |
| 7/17/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Conference with ABO, and Brooks Z-W, regarding review of CSRs and medwatch data. Follow up on conference | 8.00 |
| 7/18/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Conference with MJH and CMS multiple times regarding problems with VCD, review of Medwatch reports for epi review; review Parent report and memo | 1.25 |
| 7/18/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Continue review and indexing of medwatch reports, Discover further problems with medwatch reports and materials on VCD, discuss with ABO and CMS, continue indexing of medwatch reports | 10.50 |
| 7/19/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Vioxx concordance database issues regarding missing images, broken paths, and absent medical-Watch data; conference with CMS and MJH multiple times regarding same; review emails between CMS and PSC; | 2.00 |
| 7/19/2012 | Megan Hastings | Assessment | L130 | Work Due to Corruption of PSC Database: Conference with ABO and CMS regarding problems with VCD: broke image paths and missing data. Emails with PSC on same. Follow up on obtaining missing images for expert review. | 7.75 |
| 7/20/2012 | Ann Oldfather | Assessment | L120 | Work Due to Corruption of PSC Database: Work on missing images from VCD; conference with MJH and CMS regarding same; emails to PSC, and with no response, emails to Merck's counsel; review Merck's earlier productions to PSC | 4.75 |
| 7/20/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Work with Brooks and Z-W on their reports and data issues | 1.25 |
| 7/20/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Work with Brooks and Z-W on their reports. Follow up on problems with VCD with PSC and broken image paths, emails on the same. | 6.00 |
| 7/21/2012 | Ann Oldfather | Assessment | L120 | Work Due to Corruption of PSC Database: Correspondence with Barnett; correspondence with Herman; finish review of production to PSC; review Merck production lists in MDL; emails to Barnett; review and revise text file listing missing images; prepare text in Excel | 2.75 |
| 7/22/2012 | Ann Oldfather | Assessment | L140 | Work Due to Corruption of PSC Database: Further review of indices and try to track down FedEx from PSC; emails | 1.00 |
| 7/23/2012 | Ann Oldfather | Assessment | L130 | Work Due to Corruption of PSC Database: Emails; conference with Team; emails regarding missing images and expert report delay regarding VCD files | 1.50 |
| 7/23/2012 | Megan Hastings | Assessment | L140 | Work Due to Corruption of PSC Database: Continue to follow up on problems with VCD and missing image paths, review of same | 5.50 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 7/24/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: VCD, VTE investigation for experts | 8.00 |
| 7/25/2012 | Ann Oldfather | Assessment | L140 | Work Due to Corruption of PSC Database: Dealing with missing documents, foldering issues; copying problems | 1.25 |
| 7/25/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Telephone conference w/ with April and Beth regarding epi report and problems due to missing images | 1.00 |
| 7/25/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Telephone conference with ABO, MJH, Dr. Brooks and Dr. Zambelli-Weiner regarding repair of database to include missing images, potential for extensions and status of review | 1.00 |
| 7/25/2012 | Colleen Shields | Assessment | L120 | Work Due to Corruption of PSC Database: Work repairing VCD; load production folders to network; review file paths and refolder thousands of images to conform to Concordance file paths; discussions with MJH and ABO regarding status of VCD repair | 7.00 |
| 7/25/2012 | Megan Hastings | Assessment | L140 | Work Due to Corruption of PSC Database: VCD, VTE investigation. Work with CMS on repairing broken image paths in VCD. | 4.25 |
| 7/26/2012 | Ann Oldfather | Assessment | L130 | Work Due to Corruption of PSC Database: Work on file regarding issues regarding missing VCD documents; conference with Team regarding same, discuss additional time for expert reports | 1.25 |
| 7/26/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Continue and complete review of Medwatch reports, tagging/foldering those reports associated with trials; export folders of documents from Concordance, burn folders to DVDs and send to experts | 7.00 |
| 7/26/2012 | Colleen Shields | Assessment | L120 | Work Due to Corruption of PSC Database: Meeting with ABO and MJH to discuss repair of VCD and impact of delay on deadlines for VTE cases | 0.50 |
| 7/26/2012 | Colleen Shields | Assessment | L140 | Work Due to Corruption of PSC Database: Emails to and from Liesl Sachse regarding missing production folders provided by the PSC | 0.25 |
| 7/26/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Continue to review VTE injuries on VCD for experts | 5.00 |
| 7/26/2012 | Megan Hastings | Assessment | L140 | Work Due to Corruption of PSC Database: Work with CMS and ABO on broken image paths, reconstituting VCD | 2.00 |
| 7/27/2012 | Colleen Shields | Assessment | L140 | Work Due to Corruption of PSC Database: Revise and finalize timeline regarding identification and repair of missing images files in Concordance | 0.75 |
| 7/27/2012 | Colleen Shields | Assessment | L120 | Work Due to Corruption of PSC Database: Review correspondence to counsel requesting extension of VTE deadlines due to missing database images; discuss with MJH | 0.25 |
| 7/27/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Export numerous document summaries from Concordance to Excel; group by the Protocol they are associated with, review to remove duplicates; email spreadsheet to Dr. Brooks and Dr. Zambelli-Weiner. | 3.00 |
| 7/27/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Emails to and from Drs. Brooks and Zambelli-Weiner regarding Medwatch reports, organization of images and protocol appendices needed | 0.50 |
| 7/27/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Review Trial Package and VCD to identify CSRs with full appendices as needed by Dr. Zambelli-Weiner for review; export Protocol 091 from Concordance; upload CSRs to DropBox | 2.00 |
| 7/27/2012 | Megan Hastings | Assessment | L130 | Work Due to Corruption of PSC Database: Continue fact discovery of VCD | 4.00 |
| 7/30/2012 | Ann Oldfather | Assessment | L130 | Work Due to Corruption of PSC Database: Document review for missing appendices; conference with Team; conference with experts | 2.00 |
| 7/30/2012 | Ann Oldfather | Discovery | L350 | Core Daubert Work: Draft. Review and revise and final of emergency motion for extension of expert deadline | 2.50 |

TAB 2

TAB D

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 7/30/2012 | Colleen Shields | Assessment | L130 | Work Due to Corruption of PSC Database: Export Protocols from VCD again due to computer error; load to Dropbox for retrieval by experts | 1.00 |
| 7/30/2012 | Colleen Shields | Discovery | L350 | Work Due to Corruption of PSC Database: Review and revise Memorandum in Support of Emergency Motion for Extension for Time to file VTE expert reports to correct information regarding diagnostics and repair of the VCD | 0.50 |
| 7/30/2012 | Megan Hastings | Discovery | L350 | Work Due to Corruption of PSC Database: Draft Memorandum in Support of Emergency Motion for Extension for Time to file VTE reports | 4.50 |
| 7/30/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Continue science discovery on VCD for VTE injuries | 0.75 |
| 7/31/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Detailed review of multiple copies of Protocols 122, 102.00 and 903.OA to locate appendices requested by experts, noting those appendices missing in every copy of the Protocols in the trial package and the VCD; discuss missing appendices with ABO and draft email to ABO regarding the same | 3.50 |
| 7/31/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review issue of missing appendices with CMS. Review Protocols 102, 122 and 903 to find appendices, discuss problem with ABO and CMS | 2.75 |
| 8/1/2012 | Ann Oldfather | Assessment | L140 | Work Due to Corruption of PSC Database: Document review for missing appendices; conference with court | 2.00 |
| 8/1/2012 | Megan Hastings | Assessment | L130 | Work Due to Corruption of PSC Database: Follow up on missing appendices | 3.75 |
| 8/1/2012 | Megan Hastings | Trial | L450 | Work Due to Corruption of PSC Database: Conference with court regarding missing appendices | 0.50 |
| 8/2/2012 | Colleen Shields | Assessment | L140 | Work Due to Corruption of PSC Database: Meeting with MJH regarding additional missing production folders and efforts made to obtain them; emails to and from Penny Herman Grisamore regarding efforts to locate and copy missing production folders | 1.00 |
| 8/2/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Meet with CMS regarding missing folders and conference on how to obtain them for experts. Follow up on expert reports. | 2.00 |
| 8/3/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Attend to Olyaie draft report; questions from Wodowski counsel regarding experts | 1.00 |
| 8/3/2012 | Colleen Shields | Assessment | L140 | Work Due to Corruption of PSC Database: Receipt of DVDs from PSC with missing folders; review Concordance Database to determine correct location of production folders; discussion with MJH regarding presence of some folders within database already; begin loading folders | 1.00 |
| 8/3/2012 | Megan Hastings | Assessment | L120 | Work Due to Corruption of PSC Database: Discuss missing folders received from PSC and upload of folders. Review of materials. | 2.00 |
| 8/6/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review of protocols and VCD materials for experts | 2.00 |
| 8/8/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Attend to Dr. Spyropolous report, conference with MJH, | 1.75 |
| 8/8/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Confirm and repair file paths for images in VCD; search VCD for protocol appendices information provided by Ben Barnett, determining that Advantage trial clinical study reports referenced in place of appendices contain 305,000 images; emails to and from experts regarding absence of appendices and further review of clinical study reports to narrow down documents needed | 2.00 |
| 8/8/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Review expert invoices; discuss expert invoices and potential motion for release of common benefit fund monies for payment of the same | 0.50 |

TAB 2

TAB D          5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 8/8/2012 | Megan Hastings | Assessment | L130 | Work Due to Corruption of PSC Database: Work with CMS on file path repair of missing materials on VCD. Continue search for protocol appendices. Correspondence with experts regarding missing appendices. | 2.25 |
| 8/9/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Conference with CMS regarding expert reports, filing deadlines and completion of reports on time. | 2.00 |
| 8/10/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Communicate with MJH and RVE regarding discoverability of expert work product; discuss timeline for expert reports, work being performed by statisticians and information needed from statisticians for completion of remaining expert reports | 1.00 |
| 8/10/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Review of expert reports, review of status of filing | 1.00 |
| 8/14/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Vioxx Team meeting, discuss expert report status, review deposit funds information from Birchfield on CB expense funds and where held; | 1.75 |
| 8/15/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Conference with Dr. Spy; review and revise draft opinions and check references; discuss with MJH | 2.50 |
| 8/15/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Email to ABO regarding draft expert reports | 0.25 |
| 8/15/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Consult with expert; phone call with Dr. Spyropoulos; prepare for status conference. | 8.00 |
| 8/17/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Attend to all expert report issues | 4.25 |
| 8/17/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Review draft reports; discussion with MJH regarding reports | 0.50 |
| 8/18/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Assist in CSR background for Brooks and Z-W; conference with MJH; review and search VCD | 3.75 |
| 8/19/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Further work on CSRs for epi proof, conference with MJH; emails with experts; arrange further conferences; review draft reports | 4.00 |
| 8/20/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review next version of epi report, telephone conference w/ MJH; discuss multiplier. discuss Spy report; set up conference calls | 2.75 |
| 8/20/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Correspond with experts, circulate reports. Attempt call with Dr. Luepker. Call with Dr. Brooks. | 6.00 |
| 8/21/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Conference with Benjamin Lucchesi, expert witness, regarding his report; telephone conference w/ with Russell Luepker possible expert; discuss reports with MJH; correspondence with Egilman regarding expert opinions | 5.75 |
| 8/22/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review of draft reports, Lucchesi, Brooks, Z-W. Spy; email Dajani regarding poor quality of his report and desire to terminate his services, t/c Dajani and discuss same; conference with MJH; telephone conference w/ Dajani again | 6.00 |
| 8/23/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Work with experts (Lucchesi); review reports | 1.75 |
| 8/24/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Correspondence with Dajani regarding potential resolution and use of a new report | 0.50 |
| 8/24/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Coordinate with experts regarding: VTE Expert reports. Multiple mails with Dr. Olyaei. | 1.50 |
| 8/25/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review all Dajani receipts and payments and invoices; review his reports and preparation for call; telephone conference w/ Dajani; suggest possible resolution to him with review of 2008 article and review of revised report | 3.25 |
| 8/26/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Emails and correspondence with Dajani and team regarding experts; review other reports and cont summarize main points Dajani | 3.00 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 8/27/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review Lucchesi materials, outline points, notes and research on pathways of cellular activity; telephone conference w/ Lucchesi | 1.50 |
| 8/27/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Telephone conference w/ Dajani, review fax with articles that should have come Sunday; notes regarding 2008 article; telephone conference w/ Dajani regarding problems with article and not willing to pay invoice; call from Mona Dajani about her father's invoice | 2.25 |
| 8/27/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Multiple emails and conversations with ABO and MJH regarding Dajani articles and fee dispute | 0.50 |
| 8/27/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Deal with Dajani issues regarding: costs, hours, correspondence, etc. | 1.00 |
| 8/27/2012 | Paige Hamby | Assessment | L130 | Core Daubert Work: Reviewed Concordance Database for information on Vioxx patents for experts | 0.50 |
| 8/28/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Work on file regarding Lucchesi report | 2.75 |
| 8/28/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review Brooks and ZW draft; conference call with experts; conference with MJH regarding same | 2.00 |
| 8/28/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Work on expert reports, general; conference with MJH | 1.25 |
| 8/28/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Finalize VTE expert reports. | 8.25 |
| 8/29/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Work on all our expert reports regarding general causation: telephone conferences and emails and multiple drafts back and forth with Lucchesi, Brooks and ZW, Olyaie; telephone conference w/ Spryropolous; further review of drafts; further review of Merck's reports; review scientific articles | 13.75 |
| 8/29/2012 | Colleen Shields | Assessment | L130 | Core Daubert Work: Obtain medical literature recommended by experts | 0.50 |
| 8/29/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Finalize VTE expert reports. | 9.50 |
| 8/30/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Work on expert reports regarding general causation; review and discuss current versions with ZW and Brooks; conference with Olyaie, review his ppt and incorporate as needed, discuss references, conference with Team regarding same; multiple calls with Lucchesi regarding science, his reports and Merck's; discuss stats; review and revise Lucchesi supplemental report and organize it in different pArts, indexing; review and revise Coagulation Cascade; medical literature searches regarding Crowther's | 16.25 |
| 8/30/2012 | Colleen Shields | Discovery | L340 | Core Daubert Work: Meetings regarding preparing expert disclosures; review expert materials and prepare charts of documents needed from experts for disclosures; begin preparing exhibits to expert disclosures; Assist April Zambelli-Weiner in preparing charts related to study population demographics; emails to experts regarding additional documents needed for Rule 26 compliance | 9.00 |
| 8/30/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Prepare and finalize VTE expert reports. | 14.00 |
| 8/31/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Final and filing of expert reports on general causation; telephone conference w/ Lucchesi for final approval of his report and declaration, discuss billings; telephone conference w/ Olyaei and emails regarding modifications to report; telephone conference w/ April to go over draft of stat report and approve for final; review and revise Brooks and ZW declaration; tcs regarding same; organization and filing procedures discussed with Team; emails with Lucchesi regarding corrections to inadvertent t | 8.25 |
| 8/31/2012 | Colleen Shields | Discovery | L340 | Core Daubert Work: Prepare exhibits to expert reports; assist with filings; communications with experts and team | 7.50 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 8/31/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Finalize and submit VTE expert reports. | 4.00 |
| 9/1/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Emails and calls with Lucchesi regarding his report verus Crowther and Kress and discuss possible corrections, exchange texts of possible changes | 3.00 |
| 9/2/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Preparation for Lucchesi call regarding corrections to report; telephone conference w/ Lucchesi; correct and file amended declaration in ECF and LNFS; emails to counsel | 3.75 |
| 9/4/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Team meeting regarding experts depositions and work on file regarding scheduling of same; review and revise emails to counsel regarding same | 1.75 |
| 9/4/2012 | Colleen Shields | Discovery | L340 | Core Daubert Work: Team meeting to discuss expert filings, depositions and fact discovery needed in anticipation of pretrial deadlines | 1.00 |
| 9/4/2012 | Colleen Shields | Assessment | L140 | Core Daubert Work: Prepare binders for experts | 1.00 |
| 9/4/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Coordinate expert depos | 5.00 |
| 9/6/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Scheduling and deposition arrangements | 1.50 |
| 9/6/2012 | Colleen Shields | Assessment | L140 | Core Daubert Work: Correspondence to our experts with binders of expert reports | 0.50 |
| 9/6/2012 | Colleen Shields | Assessment | L140 | Core Daubert Work: Email to Dr. Brooks regarding preferred location for mail due to current emergency stay in FL | 0.25 |
| 9/6/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Follow up on experts regarding reports, status, depositions, scheduling, travel and strategy | 6.25 |
| 9/10/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Scheduling experts' depositions and strategy | 0.75 |
| 9/10/2012 | Colleen Shields | Assessment | L140 | Core Daubert Work: Update expert files | 0.50 |
| 9/10/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Kress deposition notice, expert deposition coordination | 2.00 |
| 9/11/2012 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Continued work on setting depositions of experts, calls and emails regarding same; shift dates per Merck's requests | 2.00 |
| 9/11/2012 | Colleen Shields | Discovery | L340 | Core Daubert Work: attend to scheduling | 0.50 |
| 9/11/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Expert deposition coordination, submit deposition notices | 1.25 |
| 9/12/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Request potential optional dates for Kress or early copy of supplemental report; telephone conference w/ Spyropolous about potential dates other than 10/31; times for Dr. Spyropolous deposition; emails with Pistilli regarding 10/31 | 0.75 |
| 9/12/2012 | Colleen Shields | Discovery | L340 | Core Daubert Work: Deposition preparation - Kress and Crowther | 4.00 |
| 9/12/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Coordinate expert depositions | 6.00 |
| 9/13/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Email to Merck regarding potential change of Dr. Spyropolous from 10/31 as per their request; review dates offered as options for Kress from 9/17 and decline to take any via email to Pistilli; emails regarding dates to Brooks and Zambelli-Weiner | 1.25 |
| 9/13/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Coordinate with Merck regarding date change of Dr. Spyropolous deposition. Continued work on expert depositions and deposition preparation. Review of benefit of Kress deposition. | 7.50 |
| 9/14/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Emails and conferences regarding rescheduling Kress, cancelled by Merck, moving Brooks and Zambelli as a result, confirming Spyropolous; letters regarding same; discuss preparation for Kress deposition | 1.50 |
| 9/14/2012 | Colleen Shields | PreTrial | L240 | Core Daubert Work: Receipt and review of Merck's notice of Daubert challenges; review PTO 58 to confirm notice was insufficient per Order | 0.25 |
| 9/14/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Coordinate expert depositions, expert deposition preparation and strategy | 3.00 |

TAB 2

TAB D

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 9/15/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Emails regarding depositions and travel for experts | 0.75 |
| 9/17/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Review and revise email to Emily Pistilli regarding deposition details, conference with MJH regarding reports | 1.25 |
| 9/17/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Follow up on expert deposition preparation and strategy | 7.00 |
| 9/18/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Review supp reports, preparation for depositions | 1.50 |
| 9/18/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Expert deposition preparation and strategy | 7.50 |
| 9/24/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Preparation for Lucchesi deposition, first of VTE experts to be deposed | 3.75 |
| 9/24/2012 | Megan Hastings | Trial | L420 | Core Daubert Work: Preparation for Lucchesi deposition. | 8.50 |
| 9/25/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Travel to Ann Arbor | 3.50 |
| 9/25/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Preparation with Lucchesi and atty preparation for tomorrow's deposition | 7.75 |
| 9/25/2012 | Megan Hastings | Trial | L420 | Core Daubert Work: Travel to Ann Arbor for Lucchesi deposition. Lucchesi deposition preparation. | 12.00 |
| 9/26/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Attend Lucchesi deposition; conference with witness; conference with MJH | 8.00 |
| 9/26/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: To fed ex to send witness materials, travel back to Louisville from Ann Arbor | 4.50 |
| 9/26/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Deposition of Dr. Lucchesi. | 9.00 |
| 9/26/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Return travel from Lucchesi deposition. | 3.00 |
| 10/2/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Respond to Merck's request for separation of Brooks and Z-W reports, draft, review and revise same | 3.50 |
| 10/2/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Crowther deposition strategy, attend to Brooks/Z-W supplement | 4.75 |
| 10/3/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Further regarding supplementing reports; review articles written by Crowther and interviews as preparation for his deposition | 3.00 |
| 10/3/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Crowther deposition strategy, attend to Brooks/Z-W supplement | 6.50 |
| 10/4/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Preparation for experts deposition; conference with Simms office regarding research on Crowther; conference with MJH; | 2.00 |
| 10/4/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Preparation for upcoming expert depositions | 6.50 |
| 10/5/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Strategy regarding Brooks/Z-W supplement | 3.50 |
| 10/8/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Work on experts | 2.50 |
| 10/8/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Work on file regarding VTE science case in preparation for experts depositions | 6.50 |
| 10/12/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Emails regarding experts deps, preparation for Crowther | 1.25 |
| 10/13/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Preparation for trip to Toronto for Crowther deposition, and for continuing trip to Port;and for Olyaei deposition | 4.75 |
| 10/14/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Trip to Toronto and delay in Detroit, for Crowther deposition; hold for flights; stay over at airport hotel, continue deposition preparation until 1 am | 11.00 |
| 10/14/2012 | Megan Hastings | Trial | L420 | Core Daubert Work: Trial and preparation for Dr. Crowther's deposition. | 8.50 |
| 10/15/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Complete trip to Toronto for Crowther deposition, arrive at deposition location, conduct deposition of Crowther until 8 pm, discuss same and next steps | 15.00 |
| 10/15/2012 | Megan Hastings | Trial | L420 | Core Daubert Work: Travel for Dr. Crowther's deposition and prep | 6.00 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 10/15/2012 | Megan Hastings | Trial | L420 | Core Daubert Work: Preparation for Dr. Crowther's deposition | 9.00 |
| 10/16/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Travel from Toronto (Crowther's deposition) to Portland for Olyaie deposition. | 8.50 |
| 10/16/2012 | Megan Hastings | Trial | L420 | Core Daubert Work: Return travel from Dr. Crowther's deposition. | 7.50 |
| 10/17/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Preparation for meeting with Olyaei and meet Olyaei for deposition preparation | 4.50 |
| 10/17/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Deposition follow-up. | 0.50 |
| 10/18/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Present Dr. Olyaei for his deposition in Portland, conference with Olyaei | 8.50 |
| 10/18/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Email and call from Dr. Spyropolous regarding family emergency and needing to cancel his schedule 10/21 deposition; email to Williams & Connally | 0.75 |
| 10/18/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: VTE expert research/strategy | 7.00 |
| 10/19/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Attend to rescheduling of Dr. Spy deposition; report to Team on Olyaei deposition; review of transcript of Crowther | 0.75 |
| 10/19/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: VTE expert research/strategy. Coordinate depositions. | 6.50 |
| 10/20/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Multiple emails with Dr. Spy and Merck's counsel to work out new date for Dr. Spy deposition | 1.50 |
| 10/21/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Emails regarding Dr. Spy, confirming 11/11 | 0.25 |
| 10/22/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Conference with MJH regarding Olyaei deposition and follow up; conference with MJH regarding Kress deposition and issues regarding Brooks and Zambelli Weiner; | 0.25 |
| 10/22/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Analyze pros and cons of cancelling Kress, discus with MJH; cancel deposition | 1.50 |
| 10/22/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Expert research/strategy regarding Brooks and ZW depositions | 8.50 |
| 10/23/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Expert research/strategy, preparation fore Brooks and ZW | 5.50 |
| 10/24/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Finalize times and locations of Dr. SPy deposition with Baum; preparation for travel to NC for Brooks and ZW deposition | 3.25 |
| 10/24/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Prepare for depositions of Drs. Brooks and Z-W | 5.00 |
| 10/25/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Travel to Asheville for Brooks and ZW deps, preparation with witnesses; atty preparation for deps | 9.75 |
| 10/25/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Z-W/Brooks travel and deposition prep | 9.00 |
| 10/26/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Present Brooks and ZW | 12.25 |
| 10/26/2012 | Megan Hastings | Trial | L420 | Core Daubert Work: Depositions of Drs. Z-W and Brooks | 12.00 |
| 10/27/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Travel back to louisville from Asheville; wrap up after depositions; memos to Team | 6.75 |
| 10/27/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Return travel from Z-W/Brooks depositions | 5.50 |
| 10/29/2012 | Megan Hastings | Discovery | L300 | Core Daubert Work: VIoxx interrogatories, deposition follow up with Joe Tomaselli. | 0.50 |
| 10/30/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Deposition follow-up, discovery on missing CSRs for experts | 6.50 |
| 10/31/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Following up on missing CSRs, VCD research for experts | 4.50 |
| 11/1/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Following up on missing CSRs, VCD research | 1.00 |
| 11/2/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Following up on missing CSRs, VCD research, follow up with Brooks and Z-W regarding supplementing tables | 2.00 |

# TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|---|---|---|---|---|---|
| 11/5/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Following up on missing CSRs, VCD research | 0.50 |
| 11/5/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Investigate CSR synopses and missing CSRs for experts | 3.25 |
| 11/7/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Questions regarding deposition transcript | 0.25 |
| 11/8/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Preparation and materials needed for Dr. Spy deposition | 1.25 |
| 11/10/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Travel to Rochester for Dr. Spy deposition | 6.00 |
| 11/10/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Preparation with Dr. SPy and for his deposition | 4.75 |
| 11/10/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Travel to Rochester, deposition preparation with Dr. Spyropoulos | 6.50 |
| 11/10/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Preparation for Spyropoulos deposition | 3.00 |
| 11/11/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Attend Dr. Spy deposition and present witness | 8.25 |
| 11/11/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Travel from Rochester back to Louisville | 6.00 |
| 11/11/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Deposition of Dr. Spyropoulos | 10.00 |
| 11/11/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Return travel from Spyropoulos deposition | 5.50 |
| 11/12/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Follow up on Spy deposition; supplemental stats from Brooks and ZW | 2.25 |
| 11/14/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Conference with Brooks and MJH regarding CSR amendments; review letters from Merck regarding stip on Daubert issues and CSRs; | 2.00 |
| 11/14/2012 | Ann Oldfather | Discovery | L310 | Core Daubert Work: Discovery from Merck regarding additional info needed by Brooks and ZW; conference with Team | 2.00 |
| 11/16/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Conference with MJH regarding supplement from Brooks and ZW; review and revise Stipulation; email to Marvin | 1.25 |
| 11/17/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Emails and memos regarding stip on Daubert issues from Brooks and Z-W; review billings and for submission to Merck; follow up on Dr. Spy files and memo regarding same | 2.00 |
| 11/18/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Correspondence and discussions regarding further exam of Dr. ZW, stipulations and terms; begin work on expert fees for Merck to pay | 1.25 |
| 11/19/2012 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Discuss and strategy regarding motion to extend Daubert filing deadlines; emails and review same | 2.00 |
| 11/19/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: VTE expert reports; missing CSRs; deposition scheduling. | 6.75 |
| 11/20/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Expert deposition coordination; multiple emails with Doug Marvin and Joe Tomaselli; VTE missing CSRs. | 5.50 |
| 11/21/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Regarding ZW deposition | 0.50 |
| 11/27/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Emails to team and Brooks and ZW regarding supp report, additional stats on review and revise and presentation to Merck | 2.25 |
| 11/27/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Deposition scheduling, followup; VTE missing protocols | 7.50 |
| 11/28/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: VTE missing protocols | 5.75 |
| 11/29/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Attend to and search for VTE missing protocols, provide to Brooks and Z-W | 7.75 |
| 11/30/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Missing CSRs, letter to Brooks/Z-W. | 6.00 |
| 12/3/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: Continue work on Z-W and Brooks supplement regarding missing CSRs | 1.00 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 12/4/2012 | Megan Hastings | Assessment | L130 | Core Daubert Work: VTE experts, missing CSRs, letter to Brooks and Zambelli-Weiner, letter to PSC, letter to Doug Marvin | 4.00 |
| 12/5/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Preparation for April Z-W's deposition round 2; travel to MD for same; preparation with MJH | 8.25 |
| 12/5/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Prepare for deposition of Dr. April-Zambelli-Weiner. Travel for deposition of Dr. Z-W. | 12.00 |
| 12/6/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Preparation for Z-W deposition continuation; meet with April; attend second round of April's deposition; conference with April and travel to NYC | 12.25 |
| 12/6/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: Deposition of Dr. Z-W, return travel | 15.00 |
| 12/7/2012 | Megan Hastings | Discovery | L340 | Core Daubert Work: VTE cases, deposition follow up | 5.25 |
| 12/13/2012 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Overeiw and outline key points for our Daubert motion | 2.25 |
| 12/13/2012 | Megan Hastings | PreTrial | L240 | Core Daubert Work: VTE experts, work on Daubert briefs | 3.00 |
| 12/13/2012 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Draft and legal research and fact summaries for Daubert briefs | 2.00 |
| 12/14/2012 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Draft and legal research and fact summaries for Daubert motions | 7.00 |
| 12/17/2012 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Drafts and legal research for Daubert motions | 6.00 |
| 12/18/2012 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Correspondence with Merck about deadlines for MI and stroke cases | 0.50 |
| 12/18/2012 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Continued work on drafting Daubert motions | 7.00 |
| 12/19/2012 | Ann Oldfather | Discovery | L340 | Core Daubert Work: Correspondence and conferences to address Brooks and ZW's charges and adjustments to same | 1.25 |
| 12/19/2012 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review and revise draft of Daubert memo | 1.25 |
| 12/19/2012 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Continued drafting of Daubert motions | 4.50 |
| 12/20/2012 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Draft and legal research for Daubert motions | 6.75 |
| 12/21/2012 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Work on file regarding draft of Daubert motions; extension agreement given family emergency | 6.75 |
| 12/21/2012 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Complete Daubert motions | 5.00 |
| 12/22/2012 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review and revise draft Daubert motions | 3.75 |
| 12/23/2012 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Get Daubert motion to exclude Merck's experts in final and ready for filing | 4.75 |
| 12/24/2012 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Final changes to Duabert motion; correspondence with Merck; filing of same on ECF and LNFS | 4.25 |
| 12/28/2012 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Tasks for legal research regarding Merck's memo on Daubert issues | 2.00 |
| 1/2/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Work on file regarding Daubert response | 7.00 |
| 1/3/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Daubert briefing and research | 7.00 |
| 1/4/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Daubert briefing in resposne to Merck's motion | 7.00 |
| 1/7/2013 | Colleen Shields | Assessment | L130 | Core Daubert Work: Communicate with Dr. Brooks' staff to obtain completed W-9 form for Merck | 0.50 |
| 1/7/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Work on file regarding Daubert briefing in response to Merck's motion | 6.50 |
| 1/7/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Conference with MJH regarding legal research for Daubert motion. | 0.25 |
| 1/8/2013 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Experts fees and conversation regarding MJH regarding same; review emails | 1.25 |
| 1/8/2013 | Ann Oldfather | Assessment | L100 | Core Daubert Work: Telephone conference w/ Marvin regarding case deadlines; discuss same with MJH | 0.50 |
| 1/8/2013 | Megan Hastings | PreTrial | L200 | Core Daubert Work: Work on file regarding Daubert briefing in response to Merck's motion | 5.50 |

# TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 1/9/2013 | Colleen Shields | PreTrial | L240 | Core Daubert Work: Obtain medical research articles for use with Daubert motions | 0.50 |
| 1/9/2013 | Megan Hastings | PreTrial | L200 | Core Daubert Work: Work on file regarding Daubert briefing in response to Merck's motion | 4.50 |
| 1/10/2013 | Megan Hastings | PreTrial | L200 | Core Daubert Work: Work on file regarding Daubert briefing in response to Merck's motion | 6.00 |
| 1/11/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Work on file regarding Daubert briefing in response to Merck's motion | 0.75 |
| 1/11/2013 | Megan Hastings | PreTrial | L200 | Core Daubert Work: Work on file regarding Daubert briefing in response to Merck's motion | 5.50 |
| 1/14/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review case law and draft portions of response on Daubert brief; correspondence with Marvin to finalize due dates | 1.00 |
| 1/14/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Daubert opposition | 5.50 |
| 1/14/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Review Merck's Daubert motion. legal research issues per ABO. Review related cases. | 2.50 |
| 1/14/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Continue legal research for response to Merck's Daubert motion. | 0.75 |
| 1/14/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Continue legal research for response to Merck's Daubert motion. | 0.25 |
| 1/14/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Continue legal research for response to Merck's Daubert motion. | 1.00 |
| 1/15/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Daubert reply brief/motion regarding: expert payments by Merck | 3.75 |
| 1/15/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Review draft response to Merck's Daubert motion. Suggest revisions and addition of case law to response. | 0.50 |
| 1/16/2013 | Megan Hastings | PreTrial | L200 | Core Daubert Work: Continue work on file regarding Daubert reply brief/motion regarding: expert payments by Merck | 2.50 |
| 1/16/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Review draft response to Merck's Daubert motion. Continue drafting memorandum regarding case law. | 1.25 |
| 1/16/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Continue drafting memorandum regarding legal research for response to Merck's Daubert motion. | 0.75 |
| 1/17/2013 | Colleen Shields | Assessment | L130 | Core Daubert Work: Telephone call from Dr. Olyaei regarding his outstanding invoice for deposition fees; discuss with MJH | 0.75 |
| 1/17/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Work on Daubert opposition, motion to Merck regarding: expert payments. | 4.25 |
| 1/17/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Continue legal research for response to Merck's Daubert motion. Continue drafting memorandum regarding legal research for Merck's Daubert motion. | 2.50 |
| 1/18/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Work on Daubert motion | 0.50 |
| 1/19/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Annotate and review Merck's Daubert motion; direct response tasks | 4.50 |
| 1/20/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review depositions and organize approach regarding response to Merck's Daubert motion; notes to file regarding response | 5.25 |
| 1/22/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Work on Daubert issues; Work on file regarding Daubert briefing in response to Merck's motion | 2.25 |
| 1/27/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Work on Daubert briefs | 4.50 |
| 1/28/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Work on file regarding Daubert briefing in response to Merck's motion | 8.00 |
| 1/28/2013 | Paige Hamby | PreTrial | L240 | Core Daubert Work: Researched Judge Fallon prior Daubert rulings | 2.00 |
| 1/28/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Draft potions of memorandum regarding Daubert motion. Draft e-mail to ABO and MJH. | 1.75 |
| 1/28/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Conference with MJH. Draft second memorandum regarding Daubert motion. | 2.50 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 1/28/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Continue drafting second memorandum regarding Daubert motion. | 0.50 |
| 1/29/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Work on file regarding Daubert briefing in response to Merck's motion | 7.50 |
| 1/29/2013 | Paige Hamby | PreTrial | L240 | Core Daubert Work: Completed spreadsheet for MJH regarding Judge Fallon and Daubert decisions. | 3.00 |
| 1/29/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Review and edit draft response to Merck's Daubert motion. | 1.50 |
| 1/29/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Conference with MJH regarding response to Daubert motion. | 0.75 |
| 1/30/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Work on file regarding response to Merck's Daubert filing; review and revise and reorganize draft Response; notes regarding final product; legal research; (1:30 pm to 3:00 am) | 13.50 |
| 1/30/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Work on file regarding Daubert briefing in response to Merck's motion | 8.75 |
| 1/31/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Final coordination of response to Merck's Daubert filing | 1.50 |
| 1/31/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Further work on Daubert opposition and MSJ | 7.00 |
| 2/1/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review emails prodcued by Merck regarding Crowther and edited journals | 0.75 |
| 2/1/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review and discuss Merck's resposne to our Daubert motions with Team; annotate for Reply | 1.75 |
| 2/1/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Begin work on Daubert reply briefs | 5.75 |
| 2/3/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review emails and email to Doug Marvin regarding submission versus argument on Daubert motions | 0.25 |
| 2/4/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Emails with Horn regarding briefing Daubert motions; discuss letter to Court; review and revise same | 0.50 |
| 2/4/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Daubert rebuttal | 7.00 |
| 2/5/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Scheduling of conference call with court on Daubert arguments | 0.25 |
| 2/5/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Daubert reply briefs | 6.00 |
| 2/6/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Conference with MJH, preparation for and call with court regarding arguments on Daubert motions | 0.50 |
| 2/6/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Daubert reply briefs | 6.00 |
| 2/7/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Daubert reply briefs | 5.00 |
| 2/8/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Emails with MJH regarding Crowther's lit review, and how his method tracks that of our experts; review email from Lougee regarding his analysis and experts; review Utah recent filings; lengthy email to Lougee; follow up on request for ICD codes on major VTEs; locate electronic version of recent report; study report and how it impacts our proof | 4.75 |
| 2/8/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Daubert reply briefs | 5.25 |
| 2/8/2013 | Paige Hamby | Assessment | L130 | Core Daubert Work: Worked on the Crowther spreadsheet and presented analysis to MJH. | 2.50 |
| 2/9/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Telephone conference w/ with Ken Lougee; review and revise data from our epi report and Tolley's report for Utah; summarize and condense; email to Tolley; further emails with Lougee | 7.50 |
| 2/10/2013 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Liability proof in Utah's documents, review same and summarize for team | 2.00 |
| 2/11/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Work on Daubert reply | 4.50 |
| 2/11/2013 | Paige Hamby | Assessment | L130 | Core Daubert Work: Looked through Concordance and the trial package for latency issues. | 3.00 |
| 2/12/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review first draft of reply brief; notes regarding reorg; revise same and emails to MJH | 2.00 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 2/13/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Reply in Daubert motion regarding Crowther and Kress, review and revise and close to final of same; email to MJH | 3.00 |
| 2/13/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Work on Daubert reply | 5.00 |
| 2/14/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review articles Crowther relies on and summarize; review and revise draft of Reply and email to MJH with tracked changes | 5.75 |
| 2/14/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Daubert reply | 6.00 |
| 2/14/2013 | Paige Hamby | Assessment | L130 | Core Daubert Work: Read through Crowther's references for mentions of arterial or venous adverse events. | 2.50 |
| 2/14/2013 | Paige Hamby | Assessment | L130 | Core Daubert Work: Investigated Crowther's references, printed them off, and worked on the spreadsheet per MJH's request. | 3.00 |
| 2/15/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Final input regarding Reply on Daubert motion | 0.75 |
| 2/15/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Finalize and file Daubert reply | 5.50 |
| 2/15/2013 | Paige Hamby | PreTrial | L240 | Core Daubert Work: Assisted MJH with looking through the Crowther deposition (October 2012) for motion purposes. | 0.75 |
| 2/20/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Telephone conference w/ with court regarding arguments on Daubert motions | 0.25 |
| 2/20/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Call w/Judge Fallon regarding: Daubert hearing schedule. | 0.25 |
| 2/22/2013 | Sean Deskins | PreTrial | L240 | Core Daubert Work: Review replies to Daubert motions. | 0.50 |
| 2/26/2013 | Colleen Shields | PreTrial | L240 | Core Daubert Work: Begin reviewing all Daubert filings, exhibits, research, etc. and compile documents needed for hearing on Daubert motions | 1.50 |
| 2/27/2013 | Colleen Shields | PreTrial | L240 | Core Daubert Work: Continue and complete compiling documents; work with MLC to identify all Daubert pleadings and motions; email to MJH regarding guidance on additional documents to compile for Daubert hearing | 1.00 |
| 2/27/2013 | Paige Hamby | Assessment | L130 | Core Daubert Work: Concordance database for latency, strokes, and rofecoxib. | 0.50 |
| 2/28/2013 | Colleen Shields | PreTrial | L240 | Core Daubert Work: Work with clerk and MLC to have binders of all Daubert related motions bound for hearing | 0.75 |
| 3/1/2013 | Colleen Shields | PreTrial | L240 | Core Daubert Work: Prepare binders of documents for Daubert hearings | 5.00 |
| 3/1/2013 | Paige Hamby | PreTrial | L240 | Core Daubert Work: Updated Vioxx deadline board, researched latency issues. I also assisted CMS with preparing the Daubert binders. | 3.00 |
| 3/3/2013 | Megan Hastings | Trial | L450 | Core Daubert Work: Prepare for Daubert hearing | 2.00 |
| 3/4/2013 | Colleen Shields | Trial | L450 | Core Daubert Work: Meeting with MJH to discuss documents and things needed for Daubert hearing; meeting with ABO and MJH to discuss powerpoint presentation and documents and things needed for Daubert hearing; meeting with MJH to discuss bullet points and graphic ideas for powerpoint presentation; compile medical articles | 4.00 |
| 3/4/2013 | Megan Hastings | Trial | L450 | Core Daubert Work: Prepare for Daubert hearing | 10.00 |
| 3/5/2013 | Ann Oldfather | Trial | L450 | Core Daubert Work: Daubert preparation; review PPT; organize for trip; regarding=arrange travel plans after calls and emails regarding rescheduling at W&C request | 2.25 |
| 3/5/2013 | Ann Oldfather | Assessment | L120 | Core Daubert Work: Conference with Team regarding Utah report, first report, effect of same | 0.75 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|---|---|---|---|---|---|
| 3/5/2013 | Colleen Shields | Trial | L450 | Core Daubert Work: Receipt and review of 435 article from counsel for the State of Utah on prevalence of VTE events; meeting with MJH and TAW to discuss exhibits and things needed; work on compiling exhibits and documents for use at Daubert hearing; telephone call from and emails to and from Dean Oser, Case Manager for Judge Fallon, regarding computer hookups for electronic presentation at hearing; discussions with MJH regarding presentation, arguments and rescheduling of hearing | 3.50 |
| 3/5/2013 | Megan Hastings | Trial | L450 | Core Daubert Work: Prepare for Daubert hearing, review articles. | 10.00 |
| 3/6/2013 | Ann Oldfather | Trial | L450 | Core Daubert Work: Work on preparation for Daubert arguments | 9.75 |
| 3/6/2013 | Colleen Shields | Trial | L450 | Core Daubert Work: Receipt, review and organize recent pleadings from Utah v Merck; obtain case law for ABO; begin preparing binders of materials to provide to all counsel and court during Daubert hearings | 1.00 |
| 3/6/2013 | Megan Hastings | Trial | L450 | Core Daubert Work: Prepare for Daubert hearing | 7.50 |
| 3/6/2013 | Paige Hamby | PreTrial | L240 | Core Daubert Work: I assisted MJH by finding Daubert argument materials on the Vioxx Trial Package. I also updated the 'other cases' deposition list on the network. Finally, I read through the Utah report finding statistical significance. | 0.75 |
| 3/7/2013 | Ann Oldfather | Trial | L450 | Core Daubert Work: Travel to NOLA from SDF for Dauber hearing | 6.25 |
| 3/7/2013 | Ann Oldfather | Trial | L450 | Core Daubert Work: Review articles, review and revise PPT, conference with MJH, prep outline of argument, review and revise same for tomorrow's Daubert hearing | 7.00 |
| 3/7/2013 | Megan Hastings | Trial | L450 | Core Daubert Work: Travel and preparation for Daubert hearing | 14.00 |
| 3/8/2013 | Ann Oldfather | Trial | L450 | Core Daubert Work: Early for final preparation for arguments; attend court and daubert arguments | 4.25 |
| 3/8/2013 | Ann Oldfather | Trial | L450 | Core Daubert Work: Travel from NOLA back to SDF following Daubert hearings | 6.75 |
| 3/8/2013 | Megan Hastings | Trial | L450 | Core Daubert Work: Prepare for Daubert hearing | 5.00 |
| 3/8/2013 | Megan Hastings | Trial | L450 | Core Daubert Work: Attend Daubert hearing | 3.00 |
| 3/8/2013 | Megan Hastings | Trial | L450 | Core Daubert Work: Return travel from Daubert hearing | 7.50 |
| 3/9/2013 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review articles from Utah's filings, track down Dr. Ross, review his article and tables, email to him regarding his DB and whether he can help us; review Merck pooled submission to FDA for event count | 4.25 |
| 4/10/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Receipt of and read Opinion regarding Daubert motions; circulate to claimants | 1.00 |
| 4/11/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Attend to Daubert ruling; discus with experts; discuss with Team to discuss and analyze next steps | 1.00 |
| 4/12/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Follow up from Daubert ruling | 0.75 |
| 4/19/2013 | Megan Hastings | Assessment | L130 | Core Daubert Work: Phone conference with Dr. Lucchesi. | 0.50 |
| 5/13/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Final of request to Merck for payment toward experts' deposition fees | 0.75 |
| 5/13/2013 | Ann Oldfather | Assessment | L130 | Core Daubert Work: Review article and to CMS to add to treaters binder | 0.50 |
| 5/13/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Discussions with ABO regarding Daubert hearing expense reimbursement from Merck. Emails regarding same. | 0.50 |
| 6/3/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Read Merck's Motion for Reconsideration. Begin researching Motion for Reconsideration. Assign projects to CJG regarding Merck's motion. | 4.00 |
| 6/4/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Research Motion for Reconsideration. Emails with CJG regarding research and timeliness of filing. | 4.00 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|---|---|---|---|---|---|
| 6/5/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Research Motion for Reconsideration. | 3.50 |
| 6/6/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Research motions for reconsideration | 5.00 |
| 6/7/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Research response to Motion for Reconsideration. | 2.00 |
| 6/10/2013 | Megan Hastings | Assessment | L140 | Work Due to Corruption of PSC Database: Investigate Rosen Tech charges to submit to PSC. | 0.50 |
| 6/11/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Research and write Opposition to Motion for Reconsideration. | 4.00 |
| 6/14/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Continue writing Opposition to Motion for Reconsideration. | 2.50 |
| 6/18/2013 | Colleen Shields | Assessment | L120 | Core Daubert Work: Discussions with MJH regarding tasks needed; meeting with ABO, MJH and clerk to review tasks needed for Motion for reconsideration, bellwether trials and individual case discovery issues related to the same | 1.00 |
| 6/18/2013 | Megan Hastings | Assessment | L120 | Core Daubert Work: Vioxx team meeting with ABO, CMS and CJG to discuss venue waiver, Lexecon, Motion for Reconsideration, VTE scheduling and other liaison matters. | 0.75 |
| 6/18/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: After meeting with ABO, edit and redraft opposition to Motion for Reconsideration. Email to Ken Lougee setting up time to discuss developments in VTE cases. | 1.50 |
| 6/19/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Call w/Ken Lougee to discuss Motion for Reconsideration and findings in the Utah AG litigation. | 0.50 |
| 6/20/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Continue researching and writing Opposition to Motion for Reconsideration. | 3.75 |
| 6/21/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Research and edits to Opposition to Motion for Reconsideration. | 4.25 |
| 6/23/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Work on file from Daubert proof, refresh to address motion for reconsideration; organize for going forward | 2.50 |
| 6/24/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Continue editing Opposition to Motion for Reconsideration. | 2.50 |
| 7/2/2013 | Megan Hastings | PreTrial | L240 | Core Daubert Work: Edits to Opposition for Reconsideration. | 0.00 |
| 7/11/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Regarding Merck's motion to reconsider Daubert ruling; read draft of opposition; review and revise opposition; emails to MJH | 0.00 |
| 7/15/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Draft, review and revise response to motion to reconsider regarding Daubert claim | 0.00 |
| 7/16/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Final draft and approval of response to motion to reconsider Daubert ruling | 0.00 |
| 8/21/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review Reply and correspond with MJH regarding same | 0.50 |
| 8/25/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Work on draft of Reply on Merck's motion to reconsider Daubert ruling; conference with MJH regarding same; review deposition testimony | 3.25 |
| 8/25/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Further work on reply, second draft | 1.25 |
| 8/26/2013 | Colleen Shields | PreTrial | L210 | Core Daubert Work: Download all pleadings filed on PACER in August 2013; emails to and from Dennis Harrison regarding the Order entered by Judge Fallon extending his deadline for responding to Merck's MSJ; review draft of our Sur Reply to Merck's Motion for Reconsideration on the Daubert ruling; emails from and to ABO regarding Wodowski MSJ | 2.00 |
| 9/6/2013 | Ann Oldfather | PreTrial | L240 | Core Daubert Work: Review Merck's supplemental memo in support of its motion to reconsider daubert rulings | 0.75 |
| 9/6/2013 | Colleen Shields | PreTrial | L240 | Core Daubert Work: Download newly filed documents from PACER; email to Team Merck's supplemental memo in support of motion for reconsideration | 0.50 |

TAB 2

TAB D

5/28/2018

**Oldfather Law Firm Time in MDL General, Also Benefitting Consumer; Re-Allocated for Purposes of Consideration as Part of Consumer Aggregate Fee Award and Allocation**

| Date | Name | Category | Task Code | Description | Hours |
|------|------|----------|-----------|-------------|-------|
| 4/22/2014 | Colleen Shields | Assessment | L140 | Work Due to Corruption of PSC Database: Emails to and from ABO, MJH and Chris Corrigan regarding renewal of Concordance licensing needed due to PCS's lapse of same on Vioxx repository DB | 0.50 |
| | | | | | |
| | | | | Total Hours | 2202.25 |

TAB 2

TAB D          5/28/2018

# OLDFATHER LAW FIRM

## ATTORNEYS AT LAW

ANN B. OLDFATHER†
*aoldfather@oldfather.com*

R. SEAN DESKINS
*sdeskins@oldfather.com*

**1330 SOUTH THIRD STREET**
**LOUISVILLE, KENTUCKY 40208**
TELEPHONE **502.637.7200** ◊ FAX
**502.636.0066**

**WWW.OLDFATHER.COM**

MICHAEL R. HASKEN
*mhasken@oldfather.com*

†Board Certified in Civil Trial Advocacy

November 13, 2017

*(via email)*
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
Herman, Herman & Katz, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113

### RE:   *Vioxx Products Liability Litigation, MDL 1657: Consumer Class FAC*

Dear Russ and Lenny:

I am writing you and the other members of the Consumer Class FAC as a result of the email sent to me by Russ following my letter to him of November 7, 2017, and subsequent developments.

Russ said in his email of November 7, 2017 (attached) that there was a question of taking into account for consumer class aggregate fee allocation "the affidavits of Barrios, Cabraser and HHK," and further suggested that I obtain the reports I sought at that point directly from Phil Garrett, stating, "I have no plans to provide further information you requested but have no Objection to you contacting Phil Garrett."

When I contacted Phil the next day, he was happy to provide the reports, but later said he was unable to do so because Russ had declined to approve delivery to me of the reports I was requesting. We are now apparently set to discuss this with Judge Fallon on November 17, 2017 at 10:30 a.m. CST.

Of great concern to me is what exactly is meant by the statement made by Russ regarding the "affidavits of Barrios, Cabraser and HHK." None of those three firms have *any* consumer time approved by Garrett.

As a fee applicant expecting the FAC to objectively apply the factors set out in PTO 59(A), I request that the FAC:

- Provide me with copies of the Barrios, Cabraser and HHK fee affidavits that are apparently questioned as to inclusion or not.

- Determine that Judge Fallon already compensated all time through 7/31/2010 in his Order and Reasons of 8/9/2011, in which he reviewed, approved, and/or modified the recommendations of the FAC and Special Master Juneau (DE 63195).

TAB 2

TAB E

- Determine whether Barrios, Cabraser and HHK have *any* uncompensated time *before* August 1, 2010. My clear understanding is that they do not. *See* DE 63195, *supra*.

- Request the same reports from Phil Garrett that I have requested.[1] The reports in my possession clearly reveal *no consumer time from* Barrios, Cabraser and HHK, with the *only* approved time of those firms, like mine, posted to the MDL General. I am constrained from attaching my copies of the Garrett reports due to the confidentiality provisions that you imposed on me as a condition of delivery of these reports last year, but I think that the FAC should see them – for the three remaining Vioxx categories (AG, MDL and Consumer) before making any allocation decisions.

- When PTO 59(A) was issued, I reviewed the provisions allowing any claimant to correct their time posted through Garrett if it were improperly categorized. *Id.* ¶¶8-11. I decided that my time was properly posted to MDL General. The FAC should address whether Barrios, Cabraser and HHK can submit affidavits that circumvent that process.

I can certainly understand and sympathize if it is the position of Barrios, Cabraser and HHK that their uncompensated-but-Garrett-approved MDL time provided a direct benefit to the consumer class. As you know, that is why I think my uncompensated-but-Garrett-approved MDL time should be considered in the consumer class fee allocations.

I am surprised and concerned that the email from Russ reflects substantive discussions by the Consumer Class FAC in the absence of a disclosed process. This is the antithesis of how Judge Fallon conducts fee issues.  I asked Lenny at the beginning of the year when the FAC was going to meet to discuss and recommend specific fee allocations. Lenny pointed out that the FAC had asked the Court to remove that step from the then current PTO 59(A), and he said that new deadlines would be set once the aggregate fee award had been made. I have been watching the filings, and the FAC has made no such request.

I know that you gentlemen think I have no right to request a fee from the consumer funds, but, with respect, your sentiments do not obviate the transparency that Judge Fallon has always insisted be part of this process. I have complied with every requirement under PTO 59(A), and I have a right to know when, and how, the allocation decisions are going to be made.

---

[1]   The reports from Garrett's system of *all* uncompensated time regardless of matter to which it is posted.

# TAB 2

November 13, 2017
Page 3 of 3

What is even more puzzling is why the time of Barrios, Cabraser and HHK is being considered in the Consumer Class when there is plenty of money in the MDL General ($7,619,193.09) to pay the 7,738.45 hours posted to that matter (including all of Barrios and HHK hours, and all of mine), which computes to $984.59/hour. That is why I have thought for the last two years that these issues should be resolved all of one piece.

Please provide me with an update of what is going on with the Consumer Class FAC, whether and when deliberations are going to take place and whether the Court is going to be asked to set new deadlines and processes for the fee allocation process. I intend to continue to preserve all of my rights for the 4,666.70 hours and $90,175.06 in expenses owed my firm for the hands-on litigation that we single-handedly undertook and successfully accomplished by establishing venous causation.

Sincerely,

Ann B. Oldfather

ABO/mlc
CC:          Dawn Barrios *(sent via e-mail)*
             Elizabeth Cabraser *(sent via e-mail)*
             Richard A. Getty *(sent via e-mail)*
             James P. Lyle *(sent via e-mail)*

TAB 2

TAB E

**Ann B. Oldfather**

| | |
|---|---|
| **From:** | Russ Herman <RHERMAN@hhklawfirm.com> |
| **Sent:** | Tuesday, November 7, 2017 6:12 PM |
| **To:** | Ann B. Oldfather |
| **Cc:** | Lenny Davis; Michelle L. Chiavene; Richard Getty; pennname@prodigy.net; Dawn Barrios; Elizabeth Cabraser (PSC); Joyce Romano |
| **Subject:** | Re: Vioxx MDL 1657; Request for Information |

Your appearance is unnecessary . This relates
To Vioxx consumer and the meeting is for Judge Fallon to clarify questions by committee
Members Lyle and Getty . (1) will there be fee
For committee members ? (2) Did the Court
Take into consideration in awarding a gross common benefit fee the affidavits of Barrios ,
Cabraser and HHK ? THE FEE COMMITTEE
will meet the day before and make its recommendation to the Court by the end of November . However , come if you
want to attend and I have no plans to provide further information you requested but have no
Objection to you contacting Phil Garrett.
Regards, Russ


Sent from my iPhone

On Nov 7, 2017, at 4:36 PM, Ann B. Oldfather <aoldfather@oldfather.com> wrote:

> Dear Russ and Lenny, please see attached.
>
> I look forward to your response and thanks,
>
> Ann
>
> Ann B. Oldfather
> OLDFATHER LAW FIRM
> 1330 South Third Street
> Louisville, KY  40208
> 502.637.7200 (main)
> 502.855.5970 (direct line)
> 502.636.0066 (fax)
>
>
> <171107_Herman_Davis.pdf>

1

TAB 2

TAB E