**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **IN RE: VIOXX** | MDL NO. 1657 |
| **PRODUCTS LIABILITY LITIGATION** | SECTION L |
| | JUDGE FALLON |
| | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO:**          *ALL CASES*

## ORDER SETTING ORAL ARGUMENT

On October 1, 2018, the Court ordered the Fee Allocation Committee (the "Committee") to meet and confer and provide the Court with a recommendation as to an appropriate and fair allocation of the attorneys' fee among the attorneys who rendered common benefit services to the consumer class. R. Doc. 65587. On October 18, 2018, the Committee issued its final recommendation. R. Doc. 65589. The Court ordered that any objections to the Committee's recommendation be filed by no later than Thursday, November 1, 2018 at 5:00 p.m. R. Doc. 65590. Pursuant to the Court's order, the Court received two timely objections to the Committee's recommendation, one from Ann B. Oldfather, R. Doc. 65591, and one on behalf of Johnson & Perkinson, R. Doc. 65592. Accordingly;

**IT IS ORDERED** that there be oral argument on these objections, R. Docs. 65591–92, on **Wednesday, December 5, 2018 at 9:00 a.m.** in the Courtroom of Judge Eldon Fallon.

**IT IS FURTHER ORDERED** that any interested parties may file briefs or documents either in support of or adverse to the objections. These should be filed by no later than **Friday, November 30, 2018 at 5:00 p.m.** Interested parties are encouraged to participate in person but may participate via telephone if necessary using the following call-in information: Phone number: (877) 336-1839; Access code: 4227405; Security code: 12518.

New Orleans, Louisiana, this 5th day of November, 2018.

_____

UNITED STATES DISTRICT JUDGE