UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| | : | |
| PRODUCTS LIABILITY LITIGATION | : | SECTION "L" (4) |
| | : | |
| | : | JUDGE FALLON |
| .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. .. : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES:**

### ORDER

It has come to the Court's attention that the Judicial Panel on Multidistrict Litigation has terminated the litigation known as *In re Vioxx Product Liability Litigation*, bearing MDL 1657. Accordingly,

**IT IS ORDERED** that the Clerk of the United States District Court for the Eastern District of Louisiana shall close MDL 1657.

**IT IS FURTHER ORDERED** that if any party subsequently filed in or removed to a United States District Court any new claim related to this proceeding, the Court welcomes the transfer of any such action to this Court for further proceeding.

New Orleans, Louisiana, this 13th day of November 2018.

_____
UNITED STATES DISTRICT JUDGE

1