UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® <br><br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

This Document Relates to CONSUMER

## ORDER

Considering the Motion and Supporting Memorandum of Ann. B. Oldfather for Disclosure of Hours and Other Materials Related to Consumer Common Benefit Fee Recommendations filed by Lead Counsel and Liaison Counsel for the IE/NE Claims;

The FAC and/or the Court-appointed CPA, Phil Garrett, shall provide to Ann B. Oldfather, on or before _____, 2018, the following:

    1.    Exhibits A through M to Rec. Doc. 65491

    2.    The reports of Garrett-approved hours (the total, not the detail) for HHK, Barrios, Cabraser and Movant for each period reported after December 2017 and through June 2018 (non-inclusive). If the reports show no change of hours from one period to the next, the unchanged report can be omitted.

    3.    Any submission to Mr. Garrett by HHK, Barrios, Cabraser to reallocate time from one Vioxx category in which it was previously approved to another.

    4.    Any submission to Mr. Garrett of time from any of HHK, Barrios and Cabraser in the form of an affidavit.

New Orleans, Louisiana, this _____ day of _____, 2018.

                                                                                              _____
                                                                                              Eldon E. Fallon
                                                                                              United States District Court Judge