UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:  VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

**This Document Relates to CONSUMER**

## NOTICE OF SUBMISSION

Please take notice that, upon the Motion and other matters of record, the undersigned will move the Court, the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on December 5, 2018, at 9:00 a.m., or as soon thereafter as counsel can be heard, for an order on the Motion of Ann B. Oldfather for Disclosure of Hours and Other Materials Related to Consumer Common Benefit Fee Recommendations and for such other and further relief as the Court may deem just and appropriate.

            Respectfully Submitted,

            */s/ Ann B. Oldfather*
            Ann B. Oldfather, KBA Bar #52553
            Liaison Counsel/Lead Counsel
            OLDFATHER LAW FIRM
            1330 S. Third Street
            Louisville, KY   40208
            502.637.7200; 502.636.0066 (fax)
            aoldfather@oldfather.com
            *Liaison and Lead Counsel for Certain*
            *Personal Injury Plaintiffs*

**CERTIFICATE OF SERVICE**

      I hereby certify that the above has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of November, 2018.

                        */s/ Ann B. Oldfather*
                        Ann B. Oldfather