# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® <br><br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**This Document Relates to CONSUMER**

## MOTION AND SUPPORTING MEMORANDUM OF ANN B. OLDFATHER FOR EXPEDITED TELEPHONIC HEARING ON MOTION FOR DISCLOSURE

NOW COMES Lead Counsel and Liaison Counsel for the IE/NE Claims, Ann B. Oldfather ("Movant"), and moves the Court for an expedited telephonic hearing on her Motion for Disclosure of Hours and Other Materials Related to Consumer Common Benefit Fee Recommendations, as soon as the parties may be heard at the convenience of the Court. The basis for this Motion for an Expedited Hearing is the pertinence of the documents sought by the Motion for Disclosure to the issues before the Court at the hearing on Objections to the Recommendations of the Vioxx CONSUMER Fee Allocation Committee ("FAC") for Consumer Common Benefit fee awards, set for December 5, 2018, as more fully explained in that Motion-Memorandum.

Respectfully Submitted,

*/s/ Ann B. Oldfather*
Ann B. Oldfather
KBA Bar #52553
Liaison Counsel/Lead Counsel
OLDFATHER LAW FIRM
1330 S. Third Street
Louisville, KY   40208
502.637.7200
502.636.0066 (fax)
aoldfather@oldfather.com
*Liaison and Lead Counsel for Certain Personal Injury Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the above has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, by U.S. Mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 21st day of November, 2018.

*/s/ Ann B. Oldfather*
Ann B. Oldfather