UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® <br><br> PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 <br><br> SECTION L <br><br> JUDGE FALLON <br> MAG. JUDGE KNOWLES |

**This Document Relates to CONSUMER**

## ORDER

On Motion of Ann B. Oldfather for an expedited telephonic hearing on her motion for disclosure of certain documents;

IT IS ORDERED BY THE COURT that said motion for an expedited telephonic hearing is hereby GRANTED. The Court shall conduct a telephonic hearing on said motion on _____, 2018, at _____ a.m./p.m.

New Orleans, Louisiana, this _____ day of _____, 2018.

_____
Eldon E. Fallon
United States District Court Judge