UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In re: VIOXX® | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| | JUDGE FALLON<br>MAG. JUDGE KNOWLES |

This Document Relates to CONSUMER

## ORDER

On Motion of Ann B. Oldfather for an expedited telephonic hearing on her motion for disclosure of certain documents;

IT IS ORDERED BY THE COURT that said motion for an expedited telephonic hearing is hereby GRANTED. The Court shall conduct a telephonic hearing on said motion on November 26, 2018, at 2:30 p.m.

New Orleans, Louisiana, this  21st  day of  November , 2018.

_____
Eldon E. Fallon
United States District Court Judge