MINUTE ENTRY
FALLON, J.
NOVEMBER 26, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 05-1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L |
| | : | JUDGE FALLON |
| | : | MAG. JUDGE KNOWLES |

**THIS DOCUMENT RELATES TO ALL CASES**

A telephone status conference was held on this date with the Honorable Eldon E. Fallon. Lenny Davis, Russ Herman, Phil Garrett, and Ann Oldfather participated on the call. The parties discussed Ms. Oldfather's motion to disclose certain documents in advance of the December 5, 2018 fee allocation hearing. R. Doc. 65595. Accordingly,

**IT IS ORDERED** that Ms. Oldfather's motion be **GRANTED IN PART AND DENIED IN PART**. It is ordered that Ms. Oldfather be provided with Exhibit "A" to the Memorandum in Support of the Aggregate Fee Petition filed by the Common Benefit Fee and Cost Committee on January 20, 2017. R. Doc. 65491-1. Pursuant to the agreement of all parties, all other requests for documents are **DENIED**.

JS10 (00:40)