### UNITED STATES COURT

### EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **In re:  VIOXX** | * | **MDL Docket No. 1657** |
| | * | |
| **PRODUCTS LIABILITY LITIGATION** | * | **SECTION L** |
| | * | |
| | * | **JUDGE FALLON** |
| **This Document relates to All Cases** | * | |
| | * | **MAGISTRATE JUDGE KNOWLES** |

### COMMON BENEFIT CONSUMER CLASS FEE AND COST COMMITTEE'S RESPONSE TO OBJECTIONS PURSUANT TO ORDER ISSUED NOVEMBER 5, 2018 [REC. DOC. 65593]

In accordance with the Court's Order setting oral argument filed November 5, 2018 [Rec. Doc. 65593], the members of the Common Benefit Consumer Class Fee and Cost Committee ("FCC") file this pleading in response to Objections filed by Ann B. Oldfather [Rec. Doc. 65591] and on behalf of Johnson & Perkinson [Rec. Doc. 65592]:

1. The members of the FCC have complied with Pre-Trial Order No. 59 [Rec. Doc. 65267] and other directives from this Court to make a final allocation recommendation to the Court.  In accordance with the Court's directives, the members of the FCC considered all materials submitted by applicants in accordance with Pre-Trial Order No. 59 and the process undertaken during the course of the various steps required pursuant to Pre-Trial Order No. 59.  In making an analysis, the members of the FCC evaluated common benefit contributions using objective measures and the FCC's subjective understanding of the relevant contributions of each fee applicant for generating the benefits provided pursuant to the Consumer Settlement Agreement and/or otherwise substantially advancing the litigation on

behalf of all consumer claimants in this MDL.   Both qualitative and quantitative analysis were considered.

2.   The members of the FCC have fulfilled their function and the task directed by the Court as set forth in Pre-Trial Order No. 59 and recognize that the Court is the ultimate decision-maker of the award of common benefit attorney's fees and reimbursement of costs, and that the Court has complete and total discretion with respect to any such award.

3.   The members of the FCC believe that their function has been fully carried out, and at this time has been completed with respect to common benefit attorney's fees and cost reimbursement in connection with the Vioxx Consumer Settlement.

The FCC is happy to answer any questions or provide additional information to the Court, on its request.

Respectfully submitted,

Dated: November 30, 2018

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657, Co-Lead Class Settlement Counsel*
*Fee Committee Chair*

COMMON BENEFIT FEE AND
COST COMMITTEE:

/s/ Russ M. Herman
RUSS M. HERMAN
Fee Committee Member

/s/ Richard A. Getty
RICHARD A. GETTY
Fee Committee Member

/s/ James P. Lyle
JAMES P. LYLE
Fee Committee Member

/s/ Dawn M. Barrios
DAWN M. BARRIOS
Fee Committee Member

/s/ Elizabeth J. Cabraser
ELIZABETH J. CABRASER
Fee Committee Member

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittman, by U.S. mail and e-mail or by hand delivery and e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 30th day of November, 2018.

/s/ Leonard A. Davis
Leonard A. Davis