MINUTE ENTRY
FALLON, J.
DECEMBER 5, 2018

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

IN RE: VIOXX PRODUCTS                           CIVIL ACTION
LIABILITY LITIGATION

NO.   05-MD-1657

SECTION: L (5)

**This document relates to:**
**All cases**

BEFORE JUDGE ELDON E. FALLON
Case Manager: Dean Oser
Court Reporter: Mary Thompson

Appearances:  Russ Herman, Esq. as Co-Class Counsel and Chair of the Fee Committee
Leonard Davis, Esq. as Co-Class Counsel
Elizabeth Cabraser, Esq. (via phone) as Co-Class Counsel and Member of the Fee
Committee
Ann Oldfather, Esq. as Objector and Movant
Richard Getty, Esq. (via phone) as a Member of the Fee Committee
Dennis Johnson, Esq., as Objector
Dawn Barrios, Esq. as Member of the Fee Committee
James Lyle, Esq., (via phone) as a Member of the Fee Committee

---

Hearing on Objections Fee Allocation Committee's Recommendations as to the Appropriate and
Fair Allocation of Attorneys' Fees: (65591 & 65592)

After argument – Matters were taken under submission

JS10:  1:40