UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| IN RE: VIOXX | : | MDL NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | : | SECTION: L (3) |
| | : | |
| ............................................. | : | |

**THIS DOCUMENT RELATES TO ALL CASES**

**<u>ORDER</u>**

On February 6, 2017, Lead Counsel and Liaison Counsel for the IE/NE Claims, Ann B. Oldfather, filed a Motion to Establish Common Benefit Fee and Cost Award Procedures in Connection with the Unreimbursed Common Benefit Work on the Personal Injury Cases. R. Doc. 65498. Thereafter, on August 27, 2018, Ms. Oldfather filed a Motion Regarding Vioxx Common Benefit Fees and Expenses and Related Matters. R. Doc. 65575. Both motions concern requests for the disbursement of fees for common benefit work performed in the Vioxx multi-district litigation.

On September 26, 2018, the Court issued its Order & Reasons setting the appropriate common benefit fee in this consumer class action for the total sum of $4,255,000 or 18% of the $23,000,000 available settlement fund. R. Doc. 65586. On December 17, 2018, the Court issued an Order & Reasons allotting the common benefit fees for the consumer portion of the Vioxx litigation to various interested parties. R. Doc. 65601. As a result,

1

**IT IS ORDERED** that the motions regarding the establishment and allocation of a common benefit fee award filed by Ann Oldfather, R. Docs. 65498, 65575, be and hereby are **DENIED AS MOOT**.

New Orleans, Louisiana this 2nd day of January, 2019.

*(signature)*
Eldon E. Fallon
U.S. District Court Judge