UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION TO DISBURSE CONSUMER COMMON
BENEFIT FEES PURSUANT TO DECEMBER 17, 2018 ORDER & REASONS**

NOW COMES, Plaintiffs' Liaison Counsel, Russ M. Herman, who moves this court for an Order for disbursement of the common benefit fees for the Consumer portion of the Vioxx litigation that were allocated to various firms in the Court's Order & Reasons of December 17, 2018 Order & Reasons [Rec. Doc. 65601], as more fully set out in the attached memorandum of law supporting this motion. Initially deposited into the registry of the Court was the principal sum of $4,255,000.00. A copy of this motion has previously been submitted to the Clerk of Court for review.

1

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 23, 2019 | /s/ Russ M. Herman |
|  | Russ M. Herman, Esquire |
|  | Leonard A. Davis, Esquire |
|  | HERMAN, HERMAN & KATZ, L.L.C. |
|  | 820 O'Keefe Avenue |
|  | New Orleans, Louisiana 70113 |
|  | Phone: (504) 581-4892 |
|  | Fax: (504) 561-6024 |
|  | ldavis@hhklawfirm.com |
|  | *Plaintiffs' Liaison Counsel* |
|  | *MDL 1657* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of January, 2019.

/s/ *Leonard A. Davis*
Leonard A. Davis