UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF
MOTION TO DISBURSE CONSUMER COMMON
BENEFIT FEES PURSUANT TO DECEMBER 17, 2018 ORDER & REASONS**

**MAY IT PLEASE THE COURT:**

On January 20, 2017, the Common Benefit Fee and Cost Committee (the "Fee Committee"), through its Chairs, Russ M. Herman and Leonard A. Davis, filed an Aggregate Fee Petition Pursuant to Pre-Trial Order 59(A) regarding the Consumer Settlement Agreement [Rec. Doc. 65491].  Objections were filed and on October 18, 2018, the Common Benefit Consumer Class Fee and Cost Committee's Final Recommendation Pursuant to Order Issued October 1, 2018 [Rec. Doc. 65587] was filed with the Court [Rec. Doc. 65589].  After further objections and oral argument on the recommendation being heard on December 5, 2018, the Court issued Order & Reasons on December 17, 2018 that the common benefit fees for the consumer portion of the Vioxx litigation shall be allotted to the following firms in the following amounts:

1

| FIRM | FEE |
|---|---|
| Barrios, Kingsdorf & Casteix, LLP | $ 703,131.25 |
| Bingham Greenebaum Doll, LLP | $ 178,710.00 |
| The Getty Law Group, PLLC | $ 703,131.25 |
| Harke, Clasby & Bushman, LLP | $ 157,435.00 |
| Herman, Herman & Katz, LLC | $ 744,978.75 |
| Johnson & Perkinson | $ 370,200.00 |
| Keller Rohrback, LLP | $ 178,710.00 |
| Law Office of James P. Lyle | $ 200,000.00 |
| Lieff Cabraser Heimann & Bernstein, LLP | $ 723,703.75 |
| The Oldfather Law Firm | $ 0.00 |
| Sanford Heisler Kimpel, LLP | $ 130,000.00 |
| Whitfield Bryson & Mason, LLP | $ 165,000.00 |
| TOTAL | $4,255,000.00 |

All appeal delays have run and the Court should now issue an Order allowing disbursement to the above listed firms in the respective amounts indicated for each firm.

The principal amount of $4,255,000.00 was deposited and received in the registry of the Clerk of Court's designated depository in an interest bearing account on October 16, 2018. Since that time, interest has accrued on these funds and the various firms entitled to disbursement of the amounts should be paid principal, plus any interest earned thereon. Pursuant to Local Rule 67, it is appropriate for funds to be disbursed from the registry of the Court. A request has been made to the Clerk of Court for a certification to the Judge that the motion and proposed Order will comply with the requirements of the Local Rule and will state the principal amount held in the registry account. Disbursement

of the funds is to be made to each of the law firms in the amount referenced above, plus any interest earned on that amount.

Respectfully submitted,

Dated: January 23, 2019

/s/ Russ M. Herman
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

**CERTIFICATE OF SERVICE**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of January, 2019.

/s/ *Leonard A. Davis*
Leonard A. Davis