# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

## CERTIFICATION

I certify that the Motion to Disburse Consumer Common Benefit Fees Pursuant to December 17, 2018 Order & Reasons has been provided to the Clerk of Court prior to filing with the Court.

                                    Respectfully submitted,

Dated: January 23, 2019          /s/ Russ M. Herman
                                    Russ M. Herman, Esquire
                                    Leonard A. Davis, Esquire
                                    HERMAN, HERMAN & KATZ, L.L.C.
                                    820 O'Keefe Avenue
                                    New Orleans, Louisiana 70113
                                    Phone: (504) 581-4892
                                    Fax: (504) 561-6024
                                    ldavis@hhklawfirm.com
                                    *Plaintiffs' Liaison Counsel*
                                    *MDL 1657*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery

and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of January, 2019.

                                                /s/ *Leonard A. Davis*
                                                Leonard A. Davis