UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the Motion to Disburse Consumer Common Benefit Fees Pursuant to December 17, 2018 Order & Reasons;

IT IS ORDERED BY THE COURT that the motion is GRANTED and the Clerk of Court is ordered to disburse the common benefit fees presently held in the registry of the Court to the following firms in the amounts indicated for each firm (principal amount), plus any interest earned on such amounts. The Clerk is authorized and directed to wire funds or draw checks in accordance with Rule 67 on the funds on deposit in the registry of this Court for each of the below referenced firms as follows:

| FIRM | FEE (Principal Amount) |
|---|---|
| Barrios, Kingsdorf & Casteix, LLP<br>Attn: Bruce S. Kingsdorf, Esq.<br>701 Poydras St., Suite 3650<br>New Orleans, LA 70139-3650 | $ 703,131.25 |
| Bingham Greenebaum Doll, LLP<br>Attn: David O. Tittle, Esq. | $ 178,710.00 |

1

| | |
|---|---|
| 10 W. Market Street<br>Suite 2700<br>Indianapolis, IN  46204 | |
| The Getty Law Group, PLLC<br>Attn:  Richard A. Getty, Managing Member<br>1900 Lexington Financial Center<br>250 West Main Street<br>Lexington, KY  40507 | $ 703,131.25 |
| Harke, Clasby & Bushman, LLP<br>Attn:  Mirta Ramos<br>9699 NE 2nd Ave<br>Miami Shores, FL  33138 | $ 157,435.00 |
| Herman, Herman & Katz, LLC<br>Attn:  Leonard A. Davis, Esq.<br>820 O'Keefe Avenue<br>New Orleans, LA  70113 | $ 744,978.75 |
| Johnson & Perkinson<br>Attn:  Dennis J. Johnson, Esq.<br>1690 Williston Road<br>South Burlington, VT  05403 | $ 370,200.00 |
| Keller Rohrback, LLP<br>Attn:  Mark A. Griffin, Esq.<br>1201 Third Avenue, Suite 3200<br>Seattle, WA  98101-3052 | $ 178,710.00 |
| Law Office of James P. Lyle<br>Attn: James P. Lyle, Esq.<br>1116 Second Street N.W.<br>Albuquerque, NM  87102 | $ 200,000.00 |
| Lieff Cabraser Heimann & Bernstein, LLP<br>Attn:  Jim Fanucchi<br>275 Battery Street<br>29th Floor<br>San Francisco, CA  94111 | $ 723,703.75 |
| The Oldfather Law Firm | $            0.00 |
| Sanford Heisler Kimpel, LLP<br>Attn:  H. Vincent McKnight, Jr., Esq.<br>250 West 57th Street, 26th Floor<br>New York, NY  10107 | $ 130,000.00 |
| Whitfield Bryson & Mason, LLP<br>Attn:  Gary E. Mason, Esq.<br>5101 Wisconsin Avenue NW, Suite 305<br>Washington, DC  20016 | $ 165,000.00 |
| TOTAL | $4,255,000.00 |

New Orleans, Louisiana, this ____ day of _____, 2019.

_____
Eldon E. Fallon
United States District Court Judge