UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**NOTICE OF SUBMISSION**

Please take notice that, upon the pleadings and other matters of record, the undersigned will move the Court before the Honorable Judge Eldon E. Fallon, United States District Court for the Eastern District of Louisiana, Room C456, United States Courthouse, 500 Poydras Street, New Orleans, Louisiana, 70130, on February 20, 2019, at 9:00 o'clock a.m., or as soon thereafter as counsel can be heard, for an order on the Motion to Disburse Consumer Common Benefit Fees Pursuant to December 17, 2018 Order & Reasons, and for such other and further relief as the Court may deem just and appropriate.

|  |  |
|---|---|
|  | Respectfully submitted, |
| Dated: January 23, 2019 | /s/ Russ M. Herman |
|  | Russ M. Herman, Esquire |
|  | Leonard A. Davis, Esquire |
|  | HERMAN, HERMAN & KATZ, L.L.C. |
|  | 820 O'Keefe Avenue |
|  | New Orleans, Louisiana 70113 |
|  | Phone: (504) 581-4892 |
|  | Fax: (504) 561-6024 |
|  | ldavis@hhklawfirm.com |
|  | *Plaintiffs' Liaison Counsel* |
|  | *MDL 1657* |

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 23rd day of January, 2019.

/s/ *Leonard A. Davis*
Leonard A. Davis

2