UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | |
| : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | |
| : | SECTION L |
| : | |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |
| : | |

**ORDER**

    IT IS ORDERED that the BrownGreer-Escrow Common Benefit Funds shall be transferred from BrownGreer to be placed in the Court Registry.

    IT IS FURTHER ORDERED that the Garretson Resolution Group Common Benefit Funds shall be transferred from Garretson Resolution Group to be placed in the Court Registry.

    BrownGreer, Garretson Resolution Group, and Counsel may contact the Court's financial unit for further instructions.

    New Orleans, Louisiana, this 23rd day of January, 2019.

                                            Eldon E. Fallon
                                            United States District Court Judge

CC:   Matthew Garretson & Stephanie Ferrar
       Garretson Resolution Group
       600 Vine Street, Suite 2002,
       Cincinnati, Ohio 45202

       Jacob S. Woody
       BrownGreer,
       250 Rocketts Way,
       Richmond, VA   23231