UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**MOTION FOR AWARD OF PLAINTIFFS'
COMMON BENEFIT REIMBURSEMENT OF EXPENSES AND FEES
AND TO MITIGATE EXPENSES RELATING
TO ONGOING STORAGE OF MATERIALS**

NOW COMES, Plaintiffs' Liaison Counsel, Russ M. Herman, who moves this court for an Order, for reimbursement to various firms' remaining Vioxx held costs and fees, as well as to mitigate expenses relating to ongoing storage of materials, as more fully set out in the attached memorandum of law in supporting this motion.  A copy of this motion has previously been submitted to the Clerk of Court for review.

1

                                          Respectfully submitted,

Dated: March 18, 2019                 /s/ Russ M. Herman
                                        Russ M. Herman, Esquire
                                        Leonard A. Davis, Esquire
                                        HERMAN, HERMAN & KATZ, L.L.C.
                                        820 O'Keefe Avenue
                                        New Orleans, Louisiana 70113
                                        Phone: (504) 581-4892
                                        Fax: (504) 561-6024
                                        ldavis@hhklawfirm.com
                                        *Plaintiffs' Liaison Counsel*
                                        *MDL 1657*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of March, 2019.

                                        /s/ *Leonard A. Davis*
                                        Leonard A. Davis