# EXHIBIT "A"

# Garrett Case Cost Management System - Vioxx Products Liability Litigation
## Time Totals by Case Report from November 2004 to June 2018
### Posted from 2010-08-01 to 2018-08-06

**MDL, general - UNCOMPENSATED TIME**

| Case | Firm | Employee | Assessment | PreTrial | Discovery | Trial | Appeal | Settlement | Grand Total | Held Costs | Cash Assessments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| MDL | Barrios Kingsdorf Total (3) | | 610.40 | 516.50 | 340.00 | 8.75 | - | 38.25 | 1,513.90 | 16,017.08 | |
| MDL | Gainsburgh Benjamin Total | | 39.00 | - | - | - | - | 3.00 | 42.00 | | |
| MDL | Herman Herman Total (3) | | 1,459.75 | 1,587.50 | 183.50 | 285.50 | 44.75 | 387.50 | 3,948.50 | 893.56 | |
| MDL | Levin Sedran Total | | 0.50 | 1.25 | - | - | - | 1.25 | 3.00 | 41,231.65 | |
| MDL | Neblett Beard & Arsenault Total | | 14.35 | 86.20 | 0.50 | 0.25 | 0.50 | - | 101.80 | 362.65 | |
| MDL | Oldfather Law Firm Total | | 1,078.10 | 1,290.85 | 45.50 | 40.75 | - | 9.25 | 2,464.45 | 90,175.06 | |
| Total MDL | | | 3,202.10 | 3,482.30 | 569.50 | 335.25 | 45.25 | 439.25 | 8,073.65 | $ 148,680.00 | |