# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

In re:  VIOXX                                         *          MDL Docket No. 1657
                                                      *
PRODUCTS LIABILITY LITIGATION  *          SECTION L
                                                      *
                                                      *          JUDGE FALLON
This document relates to All Cases      *
                                                      *          MAG. JUDGE KNOWLES
                                                      *
                                                      *
                                                      *
* * * * * * * * * * * * * * * * * * *

## CERTIFICATION

I certify that the Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses and Fees and to Mitigate Expenses Relating to Ongoing Storage of Materials has been provided to the Clerk of Court prior to filing with the Court.

Respectfully submitted,

Dated: March 18, 2019                     /s/ Russ M. Herman
                                                      Russ M. Herman, Esquire
                                                      Leonard A. Davis, Esquire
                                                      HERMAN, HERMAN & KATZ, L.L.C.
                                                      820 O'Keefe Avenue
                                                      New Orleans, Louisiana 70113
                                                      Phone: (504) 581-4892
                                                      Fax: (504) 561-6024
                                                      ldavis@hhklawfirm.com
                                                      *Plaintiffs' Liaison Counsel*
                                                      *MDL 1657*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that the above and foregoing has been served on Liaison Counsel, Ann B. Oldfather, and Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 18th day of March, 2019.

/s/ *Leonard A. Davis*
Leonard A. Davis