"Certification of Funds in the Registry"
PRINCIPAL: $ 6,232,137.91
Financial Deputy: MBR  Date: 3/19/19

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX : | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION : | SECTION L |
| This document relates to ALL ACTIONS : | JUDGE FALLON |
| : | MAG. JUDGE KNOWLES |

# ORDER

Considering the Motion for Award of Plaintiffs' Common Benefit Reimbursement of Expenses and Fees and to Mitigate Expenses Relating to Ongoing Storage of Materials filed by Plaintiffs' Liaison Counsel, Russ M. Herman;

IT IS ORDERED BY THE COURT that the motion is granted and that Clerk of Court is authorized to reimburse the following firms out of the registry funds in the principal amount of (with no interest):

| | |
|---|---|
| Barrios Kingsdorf & Casteix, LLP<br>Attn: Dawn Barrios, Esq.<br>701 Poydras Street, Suite 3650<br>New Orleans, LA  70139-3650 | $ 16,017.08 |
| Herman Herman & Katz, LLC<br>Attn: Leonard A. Davis, Esq.<br>820 O'Keefe Avenue<br>New Orleans, LA  70113 | $    893.56 |

1

| | |
|---|---|
| Levin Sedran Berman<br>Attn:  Arnold Levin, Esq.<br>510 Walnut Street, Suite 500<br>Philadelphia, PA   19106 | $ 41,231.65 |
| Neblett Beard & Arsenault<br>Attn:  Richard J. Arsenault, Esq.<br>2220 Bonaventure Court<br>Alexandria, LA   71301 | $    362.65 |
| Oldfather Law Firm<br>Attn:  Ann Oldfather<br>1330 South Third Street<br>Louisville, KY   40208 | <u>$ 90,175.06</u> |
| Total: | $148,680.00 |

IT IS FURTHER ORDERED BY THE COURT that the Clerk of Court is authorized to remit the following principal amounts (plus any interest thereon) as common benefit attorney's fees to the following law firms:

| | |
|---|---|
| Barrios Kingsdorf & Casteix, LLP<br>Attn:  Dawn Barrios, Esq.<br>701 Poydras Street, Suite 3650<br>New Orleans, LA   70139-3650 | $1,000,000.00 |
| Oldfather Law Firm<br>Attn:  Ann Oldfather<br>1330 South Third Street<br>Louisville, KY   40208 | $1,500,000.00 |
| Herman, Herman & Katz, LLC<br>Attn:  Leonard A. Davis, Esq.<br>820 O'Keefe Avenue<br>New Orleans, LA   70113 | $3,583,457.91 |

IT IS FURTHER ORDERED BY THE COURT that Plaintiffs' Liaison Counsel shall mitigate expenses relating to ongoing storage of materials by being authorized and allowed to destroy and get rid of any Vioxx materials presently held in storage upon three (3) years from the date of this Order, and thereafter Plaintiffs' Liaison Counsel is relieved of any further obligation to preserve or maintain Vioxx materials.

IT IS FURTHER ORDERED BY THE COURT that Plaintiffs' Liaison Counsel and the PSC may cease continued operation of the Vioxx depository and, therefore, are relieved of their depository-related obligations set forth in Pre-Trial Order Nos. 1, 2 and 6.

New Orleans, Louisiana, this _19_ day of _March_, 2019.

Eldon E. Fallon
United States District Court Judge