## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| In Re: VIOXX | MDL Docket NO. 1657 |
| PRODUCTS LIABILITY LITIGATION | SECTION L |
| This document relates to ALL ACTIONS | JUDGE FALLON |

### O R D E R

Early in the above-captioned matter, Defendant Merck was ordered to report to the PSC any discovery and depositions that occurred in state proceedings. This case has since been resolved and closed. It is therefore no longer necessary for Merck to comply with this order. Accordingly,

**IT IS ORDERED** that Merck is relieved from its duty to report any discovery and depositions in state court proceedings.

New Orleans, Louisiana, this 26th day of February, 2021.

_____
Hon. Eldon E. Fallon
United States District Court Judge