UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**JOINT MOTION TO DEPOSIT FUNDS
INTO THE REGISTRY OF THE COURT**

NOW INTO COURT comes Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC") who upon suggesting to the Court that there are funds in the amount of $6,960.74 remaining in various accounts established at U.S. Bank that are presently active regarding this MDL and now hereby submit this Motion to transfer such funds to the Court Registry.[1] Further, there are additional funds in the amount of $4,060.69 remaining in an additional account that is presently active regarding this MDL and now hereby submit this Motion to transfer such funds to Merck.[2] As will be more fully shown in the attached memoranda, movers desire and request that all remaining funds on deposit at U.S. Bank ($6,960.74) that represent funds allocated to settlement proceeds, as well as funds that should be remitted to Merck ($4,060.69), for this MDL

---

[1] Additional interest may accrue since the last U.S. Bank statements and movants request that all amounts, including interest, be transferred to the Court's Registry.

[2] Additional interest may accrue since the last U.S. Bank statements and movants request that all amounts, including interest, be transferred to Merck.

1

should now be withdrawn from U.S. Bank and either deposited into the registry of this Court or transferred to Merck so that U.S. Bank accounts can be closed and to avoid any further fees being incurred on these accounts.

WHEREFORE, movers pray that this motion be granted and that funds on deposit at U.S. Bank in the amount of $6,960.74 that represent funds allocated to settlement proceeds for this MDL should now be withdrawn from U.S. Bank and deposited into the registry of this Court and that that funds on deposit at U.S. Bank in the amount of $4,060.69 that represent funds for IS settlement for this MDL should now be withdrawn from U.S. Bank and transferred to Merck so that U.S. Bank accounts can be closed and to avoid any further fees being incurred on these accounts.

Respectfully submitted,

Dated: December 2, 2021

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

/s/ Dorothy H. Wimberly
Phillip A. Wittmann (Bar No. 13625)
Dorothy H. Wimberly (Bar No. 18509)
**Stone Pigman Walther Wittmann L.L.C.**
546 Carondelet Street
New Orleans, Louisiana  70130-3588
Telephone:  (504) 581-3200
Fax:  (504) 581-3361
dwimberly@stonepigman.com
*Defendants' Liaison Counsel*
*MDL 1657*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of December, 2021.

                                        /s/ *Leonard A. Davis*
                                        Leonard A. Davis