# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAG. JUDGE KNOWLES |

## MEMORANDUM IN SUPPORT OF JOINT
## MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted on behalf of Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC") jointly in support of their Motion to Deposit Funds Into the Registry of the Court.

On November 13, 2018, this Court issued an Order closing MDL 1657 [Rec. Doc. 65594].  There are presently funds remaining in accounts at U.S. Bank for cases that have been resolved and which funds have not been yet disbursed.  As is more fully shown in the attached Exhibit "A" (FILED UNDER SEAL) received from the Claims Administrator (BrownGreer), these funds that have not yet been disbursed are a result of cases that were resolved but claimants have not yet negotiated checks and the funds have not been disbursed.  Exhibit "A" sets forth a summary of each case and the funds attributable to the particular matter.  The funds represent proceeds for four (4) different

1

claimants and a copy of this motion is being sent by email and certified mail to the counsel identified for the claimants, namely: Richard Lukasik represented by Brown Chiari, LLP; John Burkel represented by Charles H. Johnson & Associates; Richard Stanley represented by the Branch Law Firm; and Esther Donaldson represented by Seeger Weiss, LLP. As a result of the passage of time and in order to close out the U.S. Bank accounts for MDL 1647, PLC requests that the funds total $6,960.74 be deposited into the registry of the Court and that the U.S. Bank accounts be closed.[1]

The Claims Administrator (BrownGreer) has also provided pertinent case information regarding each of the four cases, which is being provided to the Court, and is attached hereto as Exhibit "B."

In addition, there remains $4,060.69 deposited at U.S. Bank in an account for IS Settlement Funds. This amount was not allocated to any claimant. Accordingly, this amount should be withdrawn and transferred back to Merck.[2]

Respectfully submitted,

Dated: December 2, 2021

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

---

[1] If any interest has accrued since the last U.S. Bank statements on these accounts, the interest should also be deposited into the Registry of the Court.

[2] If any interest has accrued since the last U.S. Bank statements on this account, the interest should also be transferred to Merck.

2

/s/ Dorothy H. Wimberly
Phillip A. Wittmann (Bar No. 13625)
Dorothy H. Wimberly (Bar No. 18509)
***Stone Pigman Walther Wittmann L.L.C.***
546 Carondelet Street
New Orleans, Louisiana  70130-3588
Telephone:  (504) 581-3200
Fax:  (504) 581-3361
dwimberly@stonepigman.com
*Defendants' Liaison Counsel*
*MDL 1657*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of December, 2021.

/s/ *Leonard A. Davis*
Leonard A. Davis