UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

# EXHIBIT "B" TO JOINT MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT

| Last Name | First Name | Case Name | Docket No | Court Name | Firm | Atty Last Name | Atty First Name | Phone No | Email |
|---|---|---|---|---|---|---|---|---|---|
| Donaldson | Esther | Carole Dawson, Individ. and as Personal Rep. of Estate of Esther A. Donaldson v. Merck & Co., Inc. | ATL-L-8872-06-MT | N.J. Super. Ct. Law Div. | Seeger Weiss LLP | Seeger | Chris | 973-639-9100 | cseeger@seegerweiss.com |
| Burkel | John | N/A | | | Charles H. Johnson & Associates | Johnson | Charles | 651-633-5685 | Bdehkes@charleshjohnsonlaw.com |
| Stanley | Richard | Richard H. Stanley v. Merck | ATL L 996906 MT | Superior Court, Atlantic County | Branch Law Firm | Branch | Turner | 505-243-3500 | tbranch@branchlawfirm.com |
| Lukasik | Richard | Lukasik v. Merck & Co., Inc. | 2:06-cv-3151 | E.D.L.A. | Brown Chiari, L.L.P. | Walsh | Theresa | 716-681-7190 | twalsh@brownchiari.com |