UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION FOR LEAVE TO FILE EXHIBIT UNDER SEAL

NOW INTO COURT comes Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC") who upon suggesting to the Court that they filed a Joint Motion to Deposit Funds Into the Registry of the Court ("Motion") [Rec. Doc. 65609] on the 2nd day of December, 2021. Exhibit "A" to the Motion contains claimant information that is confidential and should be filed UNDER SEAL. Accordingly, movers requests leave to file Exhibit "A" to their Motion UNDER SEAL.

1

WHEREFORE, mover prays that this motion be granted and that Exhibit "A" attached to the Motion [Rec. Doc. 65609] be filed UNDER SEAL.

Respectfully submitted,

Dated: December 2, 2021

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

/s/ Dorothy H. Wimberly
Phillip A. Wittmann (Bar No. 13625)
Dorothy H. Wimberly (Bar No. 18509)
***Stone Pigman Walther Wittmann L.L.C.***
546 Carondelet Street
New Orleans, Louisiana 70130-3588
Telephone: (504) 581-3200
Fax: (504) 581-3361
dwimberly@stonepigman.com
*Defendants' Liaison Counsel*
*MDL 1657*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 2nd day of December, 2021.

                                               /s/ *Leonard A. Davis*
                                               Leonard A. Davis