UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

**FIRST SUPPLEMENTAL AND AMENDED JOINT
MOTION TO DEPOSIT FUNDS INTO THE REGISTRY OF THE COURT**

NOW INTO COURT comes Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC") who upon suggesting to the Court that a Joint Motion to Deposit Funds Into the Registry of the Court was filed on December 2, 2021 [Rec. Doc. 65609] and request that the motion be supplemented and amended as follows:

There are funds totaling the amount of $13,732.63 remaining in various settlement accounts established at U.S. Bank that are presently active regarding this MDL. PLC and DLC hereby submit this First Supplemental and Amended Joint Motion to transfer such funds to the Court Registry and to Merck, all as more fully set forth herein.[1]

---

[1] Additional interest may accrue since the last U.S. Bank statements and movants request that all amounts, including interest, be transferred to the appropriate Court's Registry or Merck.

1

Movants desire and request that $6,960.74 be transferred and deposited to the Court's registry from U.S. Bank representing funds allocated to settlement proceeds as set forth in the attached Exhibit "A" being filed UNDER SEAL which replaces in full Exhibit "A" that was filed with the original Joint Motion to Deposit Funds Into the Registry of the Court that was filed on December 2, 2021 [Rec. Doc. 65609][2]. In addition, movants desire and request that $6,771.89 should be remitted to Merck and withdrawn from U.S. Bank, all as more fully set forth in the attached Exhibit "A" being filed UNDER SEAL. This will result in all of the funds held by U.S. Bank being transferred so that U.S. Bank accounts can be closed and will avoid any further fees being incurred on these accounts.

WHEREFORE, movers pray that this motion be granted and that funds on deposit at U.S. Bank in the amount of $6,960.74 that represent funds allocated to settlement proceeds for this MDL should now be withdrawn from U.S. Bank and deposited into the registry of this Court and that that funds on deposit at U.S. Bank in the amount of

---

[2] The attached Exhibit "A" clarifies items described in the prior Exhibit "A" that was filed with the original Joint Motion to Deposit Funds Into the Registry of the Court that was filed on December 2, 2021 [Rec. Doc. 65609].

$6,771.89 that represent funds for settlement accounts for this MDL should now be withdrawn from U.S. Bank and transferred to Merck so that U.S. Bank accounts can be closed and to avoid any further fees being incurred on these accounts.

          Respectfully submitted,

Dated: December 15, 2021

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

/s/ Dorothy H. Wimberly
Phillip A. Wittmann (Bar No. 13625)
Dorothy H. Wimberly (Bar No. 18509)
***Stone Pigman Walther Wittmann L.L.C.***
546 Carondelet Street
New Orleans, Louisiana  70130-3588
Telephone:  (504) 581-3200
Fax:  (504) 581-3361
dwimberly@stonepigman.com
*Defendants' Liaison Counsel*
*MDL 1657*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of December, 2021.

                                            /s/ *Leonard A. Davis*
                                            Leonard A. Davis