UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * *

**MEMORANDUM IN SUPPORT OF FIRST SUPPLEMENTAL
AND AMENDED JOINT MOTION TO DEPOSIT
FUNDS INTO THE REGISTRY OF THE COURT**

**MAY IT PLEASE THE COURT:**

This memorandum is being submitted on behalf of Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC").  Movants filed with the Court a Joint Motion to Deposit Funds Into the Registry of the Court on December 2, 2021 [Rec. Doc. 65609] and now request that the motion be supplemented and amended.

Since the filing of the original Joint Motion, further clarification of Exhibit "A" that was filed UNDER SEAL has been provided.  As a result, movants file UNDER SEAL a new Exhibit "A" setting forth a description of how the accounts totaling

$13,732.63 should be distributed to the Registry of the Court and to Merck. Movants also submit a revised proposed Order for the Court's consideration.

                              Respectfully submitted,

Dated: December 15, 2021        /s/ Leonard A. Davis
                                      Russ M. Herman, Esquire
                                      Leonard A. Davis, Esquire
                                      HERMAN, HERMAN & KATZ, L.L.C.
                                      820 O'Keefe Avenue
                                      New Orleans, Louisiana 70113
                                      Phone: (504) 581-4892
                                      Fax: (504) 561-6024
                                      ldavis@hhklawfirm.com
                                      *Plaintiffs' Liaison Counsel*
                                      *MDL 1657*

                                      /s/ Dorothy H. Wimberly
                                      Phillip A. Wittmann (Bar No. 13625)
                                      Dorothy H. Wimberly (Bar No. 18509)
                                      ***Stone Pigman Walther Wittmann L.L.C.***
                                      546 Carondelet Street
                                      New Orleans, Louisiana  70130-3588
                                      Telephone:  (504) 581-3200
                                      Fax:  (504) 581-3361
                                      dwimberly@stonepigman.com
                                      *Defendants' Liaison Counsel*
                                      *MDL 1657*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of December, 2021.

                                                      /s/ *Leonard A. Davis*
                                                      Leonard A. Davis