UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |
| | * | |
| * * * * * * * * * * * * * * * * * * | | |

### O R D E R

Considering the First Supplemental and Amended Joint Motion to Deposit Funds Into the Registry of the Court filed by Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC");

IT IS ORDERED BY THE COURT that the motion be and is hereby granted and that funds totaling $6,960.74 remaining in U.S. Bank accounts, plus any accrued interest, be withdrawn from U.S. Bank and deposited into the Registry of the Court on behalf of the various claimants.

IT IS FURTHER ORDERED BY THE COURT that the motion be and is hereby granted and that funds totaling $6,771.89 remaining in U.S. Bank settlement fund accounts, plus any accrued interest, be withdrawn from U.S. Bank and transferred to Merck.

IT IS FURTHER ORDERED BY THE COURT that once the funds have been deposited/transferred the Claims Administrator, BrownGreer, is authorized to close the U.S. Bank accounts and to avoid further fees.

New Orleans, Louisiana, this _____ day of _____, 202__.

_____
Eldon E. Fallon
United States District Court Judge