UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * *

## JOINT MOTION FOR EXPEDITED HEARING

NOW INTO COURT comes Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC") who upon suggesting to the Court that on December 15, 2021 they filed a First Supplemental and Amended Joint Motion to Deposit Funds Into the Registry of the Court was filed [Rec. Doc. 65611].

Movants desire and request that the U.S. Bank accounts as referred to in the Joint Motion be closed prior to December 31, 2021 so that additional accounting and tax filings will not be necessary for yearend 2022.  Accordingly, movants desire and request an expedited hearing on the Joint Motion so that an Order can issue in advance and prior to December 31, 2021 to avoid any further accumulation of expenses/fees on the U.S. Bank accounts.

WHEREFORE, movants pray that this motion be granted and that an expedited hearing be had on the First Supplemental and Amended Joint Motion to Deposit Funds Into the Registry of the Court was filed [Rec. Doc. 65611] filed by movants on December

1

15, 2021 and an Order issue in advance and prior to December 31, 2021 to avoid any further accumulation of expenses/fees on the various U.S. Bank accounts relating to this MDL.

                                             Respectfully submitted,

Dated: December 15, 2021         /s/ Leonard A. Davis
                                           Russ M. Herman, Esquire
                                           Leonard A. Davis, Esquire
                                           HERMAN, HERMAN & KATZ, L.L.C.
                                           820 O'Keefe Avenue
                                           New Orleans, Louisiana 70113
                                           Phone: (504) 581-4892
                                           Fax: (504) 561-6024
                                           ldavis@hhklawfirm.com
                                           *Plaintiffs' Liaison Counsel*
                                           *MDL 1657*

                                           /s/ Dorothy H. Wimberly
                                           Phillip A. Wittmann (Bar No. 13625)
                                           Dorothy H. Wimberly (Bar No. 18509)
                                           ***Stone Pigman Walther Wittmann L.L.C.***
                                           546 Carondelet Street
                                           New Orleans, Louisiana  70130-3588
                                           Telephone:  (504) 581-3200
                                           Fax:  (504) 581-3361
                                           dwimberly@stonepigman.com
                                           *Defendants' Liaison Counsel*
                                           *MDL 1657*

## CERTIFICATE OF SERVICE

      I hereby certify that the above and foregoing has been served on Liaison Counsel, Phillip Wittmann, by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pretrial Order No. 8(B), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657 on this 15th day of December, 2021.

                                                /s/ *Leonard A. Davis*
                                                Leonard A. Davis