UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

## O R D E R

Considering the Joint Motion for Expedited Hearing filed by Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC");

IT IS ORDERED BY THE COURT that the motion be and is hereby granted and that an expedited hearing be had on the First Supplemental and Amended Joint Motion to Deposit Funds Into the Registry of the Court was filed [Rec. Doc. 65611] filed by movants on December 15, 2021.

New Orleans, Louisiana, this ___ day of _____, 2021.

_____
Eldon E. Fallon
United States District Court Judge