# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAG. JUDGE KNOWLES |

# **O R D E R**

Considering the Motion for Leave to File Exhibit Under Seal filed by Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC");

**IT IS ORDERED** that the motion be and is hereby **GRANTED** and that Exhibit "A" to the First Supplemental and Amended Joint Motion to Deposit Funds Into the Registry of the Court [Rec. Doc. 65611] filed on the 15th day of December, 2021, be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 16th day of December, 2021.

Eldon E. Fallon
United States District Court Judge