UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

**O R D E R**

Considering the Joint Motion for Expedited Hearing filed by Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC");

**IT IS ORDERED** that the motion be and is hereby **GRANTED** and that an expedited hearing be had on the First Supplemental and Amended Joint Motion to Deposit Funds Into the Registry of the Court was filed [Rec. Doc. 65611] filed by movants on December 15, 2021.

New Orleans, Louisiana, this 16th day of December, 2021.

Eldon E. Fallon
United States District Court Judge