UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## **O R D E R**

Considering the Motion for Leave to File Exhibit Under Seal filed by Plaintiffs' Liaison Counsel ("PLC") and Defendants' Liaison Counsel ("DLC");

IT IS ORDERED BY THE COURT that the motion be and is hereby granted and that Exhibit "A" to the Joint Motion to Deposit Funds Into the Registry of the Court [Rec. Doc. 65609] filed on the 2nd day of December, 2021, be and is hereby filed UNDER SEAL.

New Orleans, Louisiana, this 17th day of December, 2021.

_____
Eldon E. Fallon
United States District Court Judge