# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## MOTION TO SET STATUS CONFERENCE

NOW COMES Plaintiffs' Liaison Counsel, Russ M. Herman, who respectfully requests that this Court set a status conference in this matter to discuss remaining items involved in this MDL matter.  Specifically, the items to address include:

1. Continued preservation and retention of documents and things.

2. Destruction of materials.

3. Attorney General cases.

4. Outstanding expenses/costs.

Movant requests that the status conference be scheduled at a date and time convenient to the Court after January 1, 2023.

Respectfully submitted,

Dated: December 15, 2022

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
820 O'Keefe Avenue
New Orleans, Louisiana 70113
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing has been served by U.S. mail and/or e-mail or by hand delivery and/or e-mail, and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system on this 15th day of December, 2022.

/s/ *Leonard A. Davis*
Leonard A. Davis

2