UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

* * * * * * * * * * * * * * * * * *

## O R D E R

Considering the Motion to Set Status Conference filed by Plaintiffs' Liaison Counsel, Russ M. Herman;

IT IS ORDERED BY THE COURT that a status conference in this matter be and is hereby set for the ____ day of _____, 20____, at ____ o'clock ____.m.

New Orleans, Louisiana, this ____ day of _____, 20__.

_____
Eldon E. Fallon
United States District Court Judge