UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |
| | * | |
| | * | |
| | * | |

* * * * * * * * * * * * * * * * * *

**O R D E R**

Considering the Motion to Set Status Conference filed by Plaintiffs' Liaison Counsel, Russ M. Herman;

**IT IS ORDERED BY THE COURT** that a telephone status conference in this matter be and is hereby set for the 31st day of January, 2023, at 9:00 A.M. Parties should dial in with the following information:

**Dial-In:** (877) 336 1839

**Access Code:** 4227405

New Orleans, Louisiana, this 16th day of December, 2022.

The Honorable Eldon E. Fallon
United States District Court Judge