UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re: VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | |
| | * | |
| * * * * * * * * * * * * * * * * * | | |

### **O R D E R**

Because the Court is advised that this litigation is concluded and there are no cases outstanding;

**IT IS HEREBY ORDERED** that the Plaintiffs' Steering Committee is relieved of its obligation to preserve and retain documents. It can destroy all of stored materials, including that which is retained on computers. This order shall be effective April 15, 2023, unless the Court receives an objection during that period.

New Orleans, Louisiana, this 15th day of March, 2023.

_____

The Honorable Eldon E. Fallon
United States District Judge