UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| In Re: VIOXX®PRODUCTS LIABILITY LITIGATION | MDL Docket No. 1657 SECTION L JUDGE FALLON |
|---|---|

This document relates to All Cases

### OBJECTION REGARDING REPOSITORY DESTRUCTION

PLEASE TAKE NOTICE that the undersigned OBJECTS to Order (Document 65621) allowing the Plaintiffs' Steering Committee to destroy all stored materials on the Vioxx Repository. The undersigned will meet and confer with Plaintiffs' Liaison Counsel and then bring this matter back to the Court on status conference or motion, as may be appropriate.

    Respectfully submitted,

    /s/ *Ann B. Oldfather*
    Ann B. Oldfather
    KBA Bar #52553
    Liaison Counsel/Lead Counsel
    for IE/NE Claims
    OLDFATHER LAW FIRM
    1330 S. Third Street
    Louisville, KY   40208
    502.637.7200
    502.637.3999  (fax)
    aoldfather@oldfather.com

## CERTIFICATE OF SERVICE

I hereby certify that the above and foregoing OBJECTION has been served upon Liaison Counsel, Phillip Wittmann and Russ Herman, and upon all parties by electronically uploading the same to LexisNexis File & Serve Advanced in accordance with Pre-Trial Order No. 8(C), and that the foregoing was electronically filed with the Clerk of Court of the United States District Court for the Eastern District of Louisiana by using the CM/ECF system which will send a Notice of Electronic Filing in accord with the procedures established in MDL 1657, on this 14th day of April, 2023.

/s/ *Ann B. Oldfather*
Ann B. Oldfather