**MINUTE ENTRY**
**FALLON, J.**
**SEPTEMBER 27, 2023**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE: VIOXX PRODUCTS LIABILITY LITIGATION | MDL NO. 1657 |
| | SECTION "L" (2) |
| <u>REF: ALL CASES</u> | JUDGE FALLON |

    A telephone status conference was held on this date from the chambers of Judge Eldon E. Fallon. Leonard A. Davis, Doug Marvin, and Ann Oldfather participated.

    The parties updated the Court on the status and possession of the documents. The parties also discussed next steps with regard to storage, retrieval, and destruction of certain documents.

JS10 (01:03)