UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

### EX-PARTE MOTION FOR ORDER RELIEVING THE OBLIGATION FOR CONTINUED PRESERVATION AND RETENTION OF DOCUMENTS AND THINGS AND ORDERING THE DESTRUCTION OF MATERIALS

NOW COMES Plaintiffs' Liaison Counsel, Russ M. Herman, who respectfully requests that this Court issue an Order relieving Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee in this litigation of any obligation for the continued preservation and retention of documents and things and ordering the destruction of all materials, except for the Vioxx Trial Package.

This Court issued an Order on March 15, 2023 relieving the Plaintiffs' Steering Committee of its obligation to preserve and retain documents, including ordering that it can destroy all of stored materials, including that which is retained on computers, provided no objection was received prior to April 15, 2023 (*see* Rec. Doc. 65621). Thereafter, the Court received correspondence and an objection, and numerous conferences with the Court took place to address those matters (*see e.g.* Rec. Docs. 65620 and 65623).  In the most recent conference on September 27, 2023, the Court indicated that certain materials including opinions, transcripts and exhibits of Vioxx hearings and trials are available from the Eastern District of Louisiana website and within the Clerk of

Court's office. Further, Plaintiffs' Liaison Counsel was directed to retain and preserve the Vioxx Trial Package and that all other materials of Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee, including paper, as well as electronically stored materials/computer data, relating to the Vioxx litigation, no longer needed to be retained and can be destroyed.

Movant requests that the Court issue an Order relieving Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee of any obligation for the continued preservation and retention of documents and things, and ordering the destruction of all Vioxx materials, except for the Vioxx Trial Package, which should be retained in electronic form by Plaintiffs' Liaison Counsel.

Respectfully submitted,

Dated: October 4, 2023

/s/ Leonard A. Davis
Russ M. Herman, Esquire
Leonard A. Davis, Esquire
HERMAN, HERMAN & KATZ, L.L.C.
909 Poydras Street, Suite 1860
New Orleans, Louisiana 70112
Phone: (504) 581-4892
Fax: (504) 561-6024
ldavis@hhklawfirm.com
*Plaintiffs' Liaison Counsel*
*MDL 1657*