UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| In re:  VIOXX | * | MDL Docket No. 1657 |
| | * | |
| PRODUCTS LIABILITY LITIGATION | * | SECTION L |
| | * | |
| | * | JUDGE FALLON |
| This document relates to All Cases | * | |
| | * | MAG. JUDGE KNOWLES |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## O R D E R

Considering the Ex-Parte Motion for Order Relieving the Obligation for Continued Preservation and Retention of Documents and Things and Ordering the Destruction of Materials filed by Plaintiffs' Liaison Counsel;

IT IS ORDERED BY THE COURT that Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee be relieved of any obligation for the continued preservation and retention of documents and things, except for the Vioxx Trial Package, which should be preserved in electronic format; and

IT IS FURTHER ORDERED BY THE COURT that all materials, other than the Vioxx Trial Package, including paper, as well as electronically stored materials/computer data no longer need be retained by Plaintiffs' Liaison Counsel and the Plaintiffs' Steering Committee and that such material and data can be destroyed.

New Orleans, Louisiana, this ___ day of _____, 2023.

_____
ELDON E. FALLON
UNITED STATES DISTRICT COURT JUDGE